# EXHIBIT B

# KNIGHTBROOK BOND



STATE BOARD OF REGISTRATION OF USED MOTOR VEHICLE DEALERS

AND USED MOTOR VEHICLE PARTS DEALERS - USED MOTOR VEHICLE DIVISION

## BOND INFORMATION

**BOND NUMBER:** KBAAGA10085-00        **COUNTY** Gwinnett

**LICENSED LOCATION ADDRESS:** 3020 Satellite Blvd  Duluth  GA 30096

**KNOW ALL MEN BY THESE PRESENTS** that we, **Laras Trucks Inc**, as Principal, and **Knightbrook Insurance Company** as surety, are held and firmly bound unto HIS EXCELLENCY, Governor of Georgia, and his successors in office in the just sum of THIRTY-FIVE THOUSAND AND NO/100 ($35,000) DOLLARS, for the use and benefit of any purchasers of any used motor vehicle and their vendees or successors in title, for the payment of which, well and truly to be made, we bind ourselves, our heirs, executors and assigns, each and every one of them, jointly and severally, by these presents.

It is further understood and agreed that this bond is for a period beginning on the 1st day of April, 2022, and ending on the 31st day of March, 2024.

Whereas, the above bound **Laras Trucks Inc**, Principal and Dealer, has made application to the State Board of Registration of Used Motor Vehicle Dealers and Used Motor Vehicle Parts Dealers for a license as a used motor vehicle dealer in accordance with the laws governing the used motor vehicle dealers of the State of Georgia:

NOW THEREFORE, the conditions of this obligation are such that if the above bound Principal shall comply with the conditions of any written contract or written warranty by such dealer or his agent, made in connection with the sale or exchange of any motor vehicle and shall pay all loss, damages, and expenses that may be sustained by any purchasers of any used motor vehicle and their vendees or successors in title by reason of any fraudulent misrepresentation as to liens against or titles to any used motor vehicle then the bond is to be void, otherwise it is to remain of full force and effect.

It is agreed that this bond is executed pursuant to and in accordance with the provisions of O.C.G.A. Section 43-47-8(g) et seq. Governing the registration of used motor vehicle dealers and used motor vehicle parts dealers in Georgia, and is intended to be and shall be construed to be a bond in compliance with the requirements thereof.

IN WITNESS WHEREOF, the Principal and Surety have caused these presents to be duly signed and executed under seal, this 21st day of February, 2022.

Knightbrook Insurance Company
Name of Surety Company
4751 Wilshire Boulevard, Suite 111, Los Angeles, CA 90010
Address, City, State, Zip

Signature of Licensee (Principal)

Countersigned: N/A
Resident Agency

By Attorney-in-Fact

**NOTE: BOND MUST BE SIGNED and the POWER OF ATTORNEY MUST BE ATTACHED.**
**CANCELLATION CLAUSE** – "No licensee shall cancel, or cause to be cancelled, a bond issued pursuant to the Code Section unless the Board is informed in writing by a certified letter at least 30 days prior to the proposed cancellation." O.C.G.A. § 43-47-8(i).

UMVD 7/20

# KNIGHTBROOK INSURANCE COMPANY

1751 Wilshire Boulevard, Suite 114
Los Angeles, CA 90010

Bond Number: KBAAGA10085-00

## SPECIAL POWER OF ATTORNEY

Know all men by these Presents, that the KNIGHTBROOK INSURANCE COMPANY ("KnightBrook"), a Delaware corporation, had made, constituted and appointed, and by these presents does make, constitute and appoint, in accordance with the limitations of the Managing General Agency Agreement and Underwriting Guidelines, Eric Link, of Winter Park, Florida, Robert Ashton, of Winter Park, Florida, Vanessa Rocha, of Winter Park, Florida, EACH as its true and lawful attorney for it and its name, place and stead to execute on behalf of the said company, as surety, bonds, undertakings and contracts of suretyship to be given to all obligees provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount of the sum of **$100,000** (One Hundred Thousand Dollars).

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted pursuant to due authorization by the Executive Committee of the Board of Directors of the KNIGHTBROOK INSURANCE COMPANY on the 9 day of February, 2021:

RESOLVED, that the President of the Company be, and that each or any of them hereby is, authorized to execute Powers of Attorney qualifying the attorney named in the given Power of Attorney to execute in behalf of the KNIGHTBROOK INSURANCE COMPANY bonds, undertakings and all contracts of suretyship; and that any Officer, Secretary or any Assistant Secretary be, and that each or any of them hereby is, authorized to attest the execution of any such Power of Attorney, and to attach thereto the seal of the Company.

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company when so affixed and in the future, with respect to any bond undertaking or contract of suretyship to which it is attached.

In Witness Whereof, the KNIGHTBROOK INSURANCE COMPANY has caused its official seal to be hereto affixed, and these presents to be signed by its President and attested by its General Counsel this 21st day of February, 2022

Attest:

<<Enter Name>> EUGENE LEIDTWAK

KNIGHTBROOK INSURANCE COMPANY

By: _____
Amit B. Shah, President

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

STATE of California
COUNTY of Los Angeles

On 2/9/21 before me, Amit B. Shah, President, personally appeared, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

T. DOUGLAS
Notary Public – California
Los Angeles County
Commission # 2184270
My Comm. Expires Mar 22, 2021

I, the undersigned, an Officer of KNIGHTBROOK INSURANCE COMPANY, a Delaware Corporation, DO HEREBY CERTIFY that the foregoing and attached Power of Attorney remains in full force and has not been revoked; and, furthermore, that the Resolution of the Executive Committee of the Board of Directors set forth in the Power of Attorney is now in force.

Signed and sealed at the City of Los Angeles. Dated the 21st day of February, 2022.

_____
Amit B. Shah, President

Knightbrook Insurance Company
4751 Wilshire Blvd Suite 111
Los Angeles, CA  90010

The Professional Licensing Boards
237 Coliseum Drive
Macon, GA 31217

# Knightbrook Insurance Company
# Bond Rider

To be attached to and form part of:

Bond Number: KBAAGA10085-00
issued to: Laras Trucks Inc
in favor of: The Professional Licensing Boards
described as: GA MVD

Effective date of Rider: April 28, 2022

It is understood and agreed that the bond is changed or revised as described below:

x   Address changed:    Amend Address Change
___ Name changed:       From: 3020 Satellite Blvd, Duluth, GA, 30096
___ Bond term changed:  To: 3265 Commerce Ave, Duluth, GA, 30096
___ Other change:

Said bond shall be subject to all its terms, conditions and limitations, except as herein expressly modified.

In witness whereof, Knightbrook Insurance Company has caused its corporate seal to be hereunto affixed this 28th day of April 2022.

Knightbrook Insurance Company

By: _____
Eric M. Link, Attorney-In-Fact

**KNIGHTBROOK INSURANCE COMPANY**
4751 Wilshire Boulevard, Suite 111
Los Angeles, CA 90010

Bond Number: KBAAGA10085-00

## SPECIAL POWER OF ATTORNEY

Know all men by these Presents, that the KNIGHTBROOK INSURANCE COMPANY ("KnightBrook"), a Delaware corporation, had made, constituted and appointed, and by these presents does make, constitute and appoint, in accordance with the limitations of the Managing General Agency Agreement and Underwriting Guidelines, Eric Link, of Winter Park, Florida, Robert Ashton, of Winter Park, Florida, Vanessa Simpson, of Winter Park, Florida, EACH as its true and lawful attorney for it and its name, place and stead to execute on behalf of the said company, as surety, bonds, undertakings and contracts of suretyship to be given to all obligees provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount of the sum of **$100,000** (One Hundred Thousand Dollars).

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted pursuant to due authorization by the Executive Committee of the Board of Directors of the KNIGHTBROOK INSURANCE COMPANY on the _2nd_ day of March 2020.

RESOLVED, that the President of the Company be, and that each or any of them hereby is, authorized to execute Powers of Attorney qualifying the attorney named in the given Power of Attorney to execute in behalf of the KNIGHTBROOK INSURANCE COMPANY bonds, undertakings and all contracts of suretyship, and that any Officer, Secretary or any Assistant Secretary be, and that each or any of them hereby is, authorized to attest the execution of any such Power of Attorney, and to attach thereto the seal of the Company.

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company when so affixed and in the future, with respect to any bond undertaking or contract of suretyship to which it is attached.

In Witness Whereof, the KNIGHTBROOK INSURANCE COMPANY has caused its official seal to be hereto affixed, and these presents to be signed by its President this 28th Day of April, 20 22.

KNIGHTBROOK INSURANCE COMPANY

Attest: _____
Jackie Leung

By: _____
Amit B. Shah, President

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE of California
COUNTY of Los Angeles

On 05/08/20 before me, Amit B. Shah, President, personally appeared, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/ their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MADELAINE M. SUTPHIN
Notary Public - California
Los Angeles County
Commission # 2238220
My Comm. Expires Apr 15, 2022

I, the undersigned, an Officer of KNIGHTBROOK INSURANCE COMPANY, a Delaware Corporation, DO HEREBY CERTIFY that the foregoing and attached Power of Attorney remains in full force and has not been revoked, and, furthermore, that the Resolution of the Executive Committee of the Board of Directors set forth in the Power of Attorney is now in force.

Signed and sealed at the City of Los Angeles. Dated the 28th day of April 22.

Amit B. Shah, President