EXHIBIT 1

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| LYNNETTE OSEI-ASIBEY and SHAWON ROBINSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SMARTRENT.COM, INC. and SMARTRENT TECHNOLOGIES, INC., <br><br> Defendants. | Case No. <br><br><br> **DEMAND FOR JURY TRIAL** |

## CONSENT TO JOIN COLLECTIVE ACTION COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT

By my signature below, I hereby consent and agree to pursue my legal claims against SmartRent.com, Inc. and SmartRent Technologies, Inc. (collectively "SmartRent") under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* and join and/or opt-in to become a party plaintiff in any legal action against SmartRent brought by Lynnette Osei-Asibey and Shawon Robinson (the "Collective Representatives") to obtain unpaid overtime compensation, liquidated damages, attorneys' fees, costs and any other relief arising out of my misclassification as an exempt Field Installation Manager and/or Senior Field Installation Manager, or any separate or subsequent action seeking remedies from SmartRent or its related entities.

I designate the law firm of Moeller Barbaree LLP, and any law firm they associate to represent me in the action(s) and, if needed, to file this consent with the Court. I further authorize any other named plaintiffs in this case as the Collective Representatives and their attorneys as my agents to make decisions on my behalf concerning the legal matter, the manner and method of pursuing the legal claims, and all other issues pertaining to this legal matter. I further agree to be bound by any settlement approved by my attorneys or any decision by any court as to my rights in this matter, as fair, adequate and reasonable.

By signing and returning this Consent to Join Form, I understand and agree that I will be represented by Moeller Barbaree LLP, 1175 Peachtree Street NE, Suite 1850, Atlanta, Georgia 30361.

Signature: _[signature]_

Name (Print): Lynnette Osei-Asibey

Date: 4/11/2023

**Information below will be redacted in filings with the court. Please print or type.**

Address: ███████

Phone: ███████

Email: ███████

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LYNNETTE OSEI-ASIBEY and SHAWON ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMARTRENT.COM, INC. and SMARTRENT TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. _____<br><br>**DEMAND FOR JURY TRIAL** |

**CONSENT TO JOIN COLLECTIVE ACTION COMPLAINT FOR**
**VIOLATIONS OF THE FAIR LABOR STANDARDS ACT**

By my signature below, I hereby consent and agree to pursue my legal claims against SmartRent.com, Inc. and SmartRent Technologies, Inc. (collectively "SmartRent") under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* and join and/or opt-in to become a party plaintiff in any legal action against SmartRent brought by Lynnette Osei-Asibey and Shawon Robinson (the "Collective Representatives") to obtain unpaid overtime compensation, liquidated damages, attorneys' fees, costs and any other relief arising out of my misclassification as an exempt Field Installation Manager and/or Senior Field Installation Manager, or any separate or subsequent action seeking remedies from SmartRent or its related entities.

I designate the law firm of Moeller Barbaree LLP, and any law firm they associate to represent me in the action(s) and, if needed, to file this consent with the Court. I further authorize any other named plaintiffs in this case as the Collective Representatives and their attorneys as my agents to make decisions on my behalf concerning the legal matter, the manner and method of pursuing the legal claims, and all other issues pertaining to this legal matter. I further agree to be bound by any settlement approved by my attorneys or any decision by any court as to my rights in this matter, as fair, adequate and reasonable.

By signing and returning this Consent to Join Form, I understand and agree that I will be represented by Moeller Barbaree LLP, 1175 Peachtree Street NE, Suite 1850, Atlanta, Georgia 30361.

Signature: _____

Name (Print): Shanon Robinson

Date: 4/12/2023

**Information below will be redacted in filings with the court. Please print or type.**

Address: [redacted]

Phone: [redacted]

Email: [redacted]

2