IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**BRIAN BARRIOS, on behalf
of himself and those similarly situated,**            CASE NO.:

    **Plaintiff,**

v.

**CULTURALINK, LLC, a Foreign Limited
Liability Company, and CULTURALINK,
INC., a Georgia Corporation,**

    **Defendants.**                                    /

## NOTICE OF FILING NOTICE OF CONSENT TO JOIN

    Plaintiff, **BRIAN BARRIOS, on behalf of himself and those similarly situated,** give notice of filing the attached Notice of Consent to Join *(attached hereto as Exhibit "A").*

    Dated this 12th day of April, 2023.

                                    **/s/ C. Ryan Morgan**
                                    C. RYAN MORGAN, ESQ.
                                    Georgia Bar No. 711884
                                    Morgan & Morgan, P.A.
                                    20 N. Orange Ave, 14th Floor
                                    Orlando, FL 32801
                                    *MAILING ADDRESS:*
                                    *P.O. Box 530244*
                                    *Atlanta, GA 30353-0244*
                                    T: (407) 420-1414

F: (407) 245-3401
E: Rmorgan@forthepeople.com
*ATTORNEY FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on the 12th of April 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that a copy of the foregoing has been forwarded to a process server to effectuate service on the Registered Agent for the Defendant this.

**/s/ C. Ryan Morgan**
C. Ryan Morgan, Esquire