## Montgomery County Ohio
## Clerk Of Courts
## Mike Foley
### Public Records Online System Version II
### 2012 CR 01526 - STATE OF OHIO Vs DARREN LAMOND HARRIS

**Case Summary Criminal**

| | | | |
|---|---|---|---|
| Prelim Case #: | | Defendant: | DARREN LAMOND HARRIS |
| DOB: | | Capture Status: | |
| Arrest Date: | | Prosecutor: | KIMBERLY ANN MELNICK |
| Judge: | MARY KATHERINE HUFFMAN | SSN: | Not Displayed |
| Jurisdiction: | DMC | | |

**Case Information**

File Date: 21-MAY-12
Status: CLOSED

**Additional Information**

**Case Comments**

| CHARGE | ORIG CHRG | INDICTED CHRG | AMENDED CHRG | DISPOSITION | DISP DATE | COUNTS |
|---|---|---|---|---|---|---|
| 1 | | ATTEMPTED RAPE (By Force) | | DISMISSED | 02-NOV-12 | 1 |
| 2 | | GROSS SEXUAL IMPOSITION (Substant Impaired) | | CONVICTED | 02-NOV-12 | 1 |

| COUNT | DISPOSITION COMMENT |
|---|---|
| 1 | |
| 2 | 12M CONFINEMENT |

2012 CR 01526- STATE OF OHIO vs DARREN LAMOND HARRIS

| IMAGE | DATE | ENTRY |
|---|---|---|
| | 11/15/2012 | COST BILL SENT HARRIS, DARREN LAMOND was sent bill for $550.00. Printed on 11/15/2012 13:43:37.70. |
| | 11/07/2012 | ENTRY FILED, NOLLE ENTERED TO THE INDICTED CHARGE. HUFFMAN Receipt: 265546 Date: 07/19/2013 |
| | 11/07/2012 | TERMINATION ENTRY FILED. SENTENCED 11-2-12 TO CRC 12 MONTHS. JAIL CREDIT OF 114 DAYS. HUFFMAN |
| | 11/06/2012 | WARRANT TO CONVEY RETURNED ENDORSED 11-5-12 |
| | 11/05/2012 | CRIMINAL SHERIFF TRANSPORTATION FEE |
| | 11/02/2012 | ENTRY FILED, FOR EXPLANATION OF DUTIES TO REGISTER AS A SEX OFFENDER OF CHILD VICTIM OFFENDER DUTIES HUFFMAN Receipt: 265546 Date: 07/19/2013 |
| | 11/02/2012 | REPARATION FEE- FELONY |
| | 11/02/2012 | ENTRY OF WAIVER AND PLEA FILED , HUFFMAN. |
| | 11/02/2012 | WAIVER OF ONE DAY SERVICE FILED. HUFFMAN |
| | 11/02/2012 | WAIVER OF INDICTMENT FILED. HUFFMAN |
| | 11/02/2012 | BILL OF INFORMATION RETURNED ENDORSED BY DEPUTY SHERIFF 11/2/12 Receipt: 264010 Date: 06/25/2013 Receipt: 265546 Date: 07/19/2013 |
| | 11/02/2012 | WARRANT TO CONVEY ISSUED TO SHERIFF |
| | 11/02/2012 | BILL OF INFORMATION FILED FOR GROSS SEXUAL IMPOSITION (DRUGS W/CONSENT) F4 |
| | 10/31/2012 | CRIMINAL SHERIFF TRANSPORTATION FEE |
| | 10/23/2012 | CRIMINAL SHERIFF TRANSPORTATION FEE |
| | 10/18/2012 | DAYTON POLICE DEPARTMENT WITNESS FEE |
| | 10/17/2012 | STATE'S WITNESS LIST FILED |
| | 09/30/2012 | DAYTON POLICE DEPARTMENT WITNESS FEE |
| | 09/05/2012 | DECISION, ORDER AND ENTRY OVERRULING MOTION TO SUPPRESS FILED. HUFFMAN Receipt: 265546 Date: 07/19/2013 |
| | 09/05/2012 | ORDER OF APPEARANCE FILED. FINAL PRE-TRIAL: 10-23-12, TRIAL: 11-05-12. HUFFMAN |
| | 08/08/2012 | CRIMINAL SHERIFF TRANSPORTATION FEE |
| | 08/07/2012 | ORDER OF APPEARANCE FILED, MOTION TO SUPPRESS 9-5-12. HUFFMAN |
| | 08/06/2012 | MOTION TO SUPPRESS FILED, STATEMENTS. Attorney: CHRISTON, JIMMIE (0038116E) |

| | | |
|---|---|---|
| | 07/30/2012 | FINGERPRINT ORDER RETURNED INCOMPLETE ADKINS |
| | 07/27/2012 | RECEIPT OF DISCOVERY PACKET FILED |
| | 07/25/2012 | NOTICE OF APPEARANCE FILED Attorney: CHRISTON, JIMMIE (0038116E) |
| | 07/25/2012 | NOTICE SETTING APPEARANCE DATES FILED. |
| | 07/25/2012 | CRIMINAL SHERIFF RECEIVING DISCHARGING PRISIONER |
| | 07/24/2012 | ENTRY & ORDER SETTING BAIL. BOND SET AT $100,000 CASH/SURETY. RECALL WARRANT. ADKINS Receipt: 265546 Date: 07/19/2013 |
| | 07/24/2012 | CRIMINAL SHERIFF VIDEO TRANSPORTATION FEE |
| | 07/24/2012 | ALERT SERVED WARRANT ON INDICTMENT served on: 07/22/2012 For: HARRIS, DARREN LAMOND |
| | 07/24/2012 | ENTRY FILED, DEFT STOOD MUTE CRIMINAL - ENTRY OF PLEA NOT GUILTY (MUTE) Sent on: 07/24/2012 10:23:36.23 |
| | 07/20/2012 | NOTICE OF APPEARANCE PUBLIC DEFENDER, INDIGENT APPLICATION FEE (RC120.36) |
| | 07/18/2012 | ALERT ISSUED WARRANT ON INDICTMENT issued on: 07/18/2012 For: HARRIS, DARREN LAMOND |
| | 07/18/2012 | INDICTMENT FOR ATTEMPTED RAPE (BY FORCE) FILED. |

Party Summary

**PLAINTIFF**
STATE OF OHIO
P.O. BOX 972
DAYTON OH 45422

**ATTORNEY(S)**
KIMBERLY ANN MELNICK
P.O. BOX 972
DAYTON OH 45422

**DEFENDANT**
DARREN LAMOND HARRIS
█████████

**ATTORNEY(S)**
JIMMIE CHRISTON
131 N. LUDLOW ST., STE 212
DAYTON OH 45402

Service Summary