## Montgomery County Ohio
## Clerk Of Courts
## Mike Foley
### Public Records Online System Version II
### 2001 CR 02887 - STATE OF OHIO Vs DARREN L. HARRIS

**Case Summary Criminal**

| | | | |
|---|---|---|---|
| Prelim Case #: | | Defendant: | DARREN L HARRIS |
| DOB: | [redacted] | Capture Status: | [redacted] |
| Arrest Date: | 26-JUN-01 | Prosecutor: | KIMBERLY ANN MELNICK |
| Judge: | SUSAN D SOLLE | SSN: | Not Displayed |
| Jurisdiction: | MTPD | | |

**Case Information**

File Date: 30-AUG-01
Status: CLOSED

**Additional Information**

INCIDENT TRACKING NUMBER (ITN): 002923ID

**Case Comments**

CA 19311

| CHARGE | ORIG CHRG | INDICTED CHRG | AMENDED CHRG | DISPOSITION | DISP DATE | COUNTS |
|---|---|---|---|---|---|---|
| 1 | RAPE (By Force Or Threat Of Force) | | | CONVICTED | 10-APR-02 | 1 |

| COUNT | DISPOSITION COMMENT |
|---|---|
| 1 | 10 YRS CRC CONCURRENT TO 01CR2159 |

2001 CR 02887- STATE OF OHIO vs DARREN L. HARRIS

| IMAGE | DATE | ENTRY |
|---|---|---|
| | 11/21/2019 | NOTICE: DISPOSAL OF PROPERTY WITHIN 60 DAYS . |
| | 01/06/2012 | CRIMINAL LTCONSULT LLC COLLECTION FEE |
| | 08/19/2003 | COST BILL SENT HARRIS, DARREN L. was sent bill for $765.99. Printed on 08/19/2003 15:58:08. |
| | 04/30/2003 | ALL ORIGINAL PAPERS RETURNED FROM COURT OF APPEALS. CA19311, 4 TRANS |
| | 05/29/2002 | DECISION, ENTRY AND ORDER FILED: EXTENDING TIME TO FILE TRANSCRIPT FROM MAY 29, 2002, TO AND INCLUDING JUNE 28, 2002. GORMAN |
| | 05/16/2002 | ORDER OF APPOINTMENT FILED, BARRY GALEN AS COUNSEL ON APPEAL. GORMAN |
| | 04/24/2002 | ORDER FOR PAYMENT OF EXTRAORDINARY FEES TO COURT APPOINTED COUNSEL. GORMAN |
| | 04/24/2002 | ENTRY FILED, THAT $6205.05 BE PAID TO BOBBY JOE COX FOR ATTY FEES. GORMAN |
| | 04/24/2002 | NOTICE OF COMMITMENT AND CALCULATION OF SENTENCE FILED. |
| | 04/17/2002 | COURT OF APPEALS DOCKETING STATEMENT FILED BY ATTY BOBBY JOE COX. |
| | 04/17/2002 | NOTICE OF APPEAL FILED BY ATTY BOBBY JOE COX. (CA 19311) |
| | 04/17/2002 | PRAECIPE TO THE COURT REPORTER FILED Attorney: COX, BOBBY JOE (0011673) |
| | 04/17/2002 | ENTRY FILED, ORDERED TRANSCRIPTS BE PROVIDED TO DEFT. ATTORNEY. GORMAN |
| | 04/17/2002 | MOTION OF DEFENDANT INSTRUCTIONS TO COURT REPORTER. Attorney: COX, BOBBY JOE (0011673) |
| | 04/16/2002 | WARRANT TO CONVEY RETURNED ENDORSED, VORE BY DEPUTY. |
| | 04/15/2002 | WARRANT TO CONVEY ISSUED TO SHERIFF |
| | 04/15/2002 | TERMINATION ENTRY FILED, 4-10-2002, DEFT. SENTENCED 10 YRS. CRC. TO BE SERVED CONCURRENT TO 2001-CR-2159. GORMAN |
| | 04/10/2002 | CRIMINAL STENOGRAPHER'S CERTIFICATE FILED |
| | 04/10/2002 | SHERIFF TRANSPORTATION FEE FILED. |
| | 03/22/2002 | JURY LIST FILED |
| | 03/21/2002 | VERDICT AND ENTRY FILED, JURY FINDS DEFT. GUILTY OF THE OFFENSE OF RAPE. GORMAN |
| | 03/21/2002 | ENTRY FILED, JURY EMPANELED AND SWORN. GORMAN |
| | 03/18/2002 | CRIMINAL STENOGRAPHER'S CERTIFICATE FILED |
| | 03/12/2002 | MONTGOMERY COUNTY SHERIFF FEE |
| | 03/06/2002 | CRIMINAL COUNTY FEE |

| Date | Entry |
|---|---|
| 03/04/2002 | ENTRY FILED, PAYMENT OF FOREIGN SHERIFF $6.23 OF WARREN CO. FOR SERVICE OF A WITNESS. GORMAN |
| 03/01/2002 | STATE'S SECOND AMENDED WITNESS LIST FILED. Attorney: MELNICK, KIMBERLY ANN (0062615) |
| 03/01/2002 | ENTRY FILED, ORDERING DEFT TO PROVIDE PUBIC HAIR SAMPLES. GORMAN |
| 03/01/2002 | MOTION OF PLAINTIFF TO COMPEL DEFT TO PROVIDE SAMPLES FILED. Attorney: MELNICK, KIMBERLY ANN (0062615) |
| 02/20/2002 | CRIMINAL STENOGRAPHER'S CERTIFICATE FILED |
| 02/20/2002 | SHERIFF TRANSPORTATION FEE FILED. |
| 02/13/2002 | MONTGOMERY COUNTY SHERIFF FEE |
| 01/16/2002 | ORDER OF APPEARANCE FILED, FINAL PRE-TRIAL 3-6-02 AND TRIAL 3-11-02. GORMAN |
| 12/19/2001 | CRIMINAL COUNTY FEE |
| 12/17/2001 | MONTGOMERY COUNTY SHERIFF FEE |
| 12/17/2001 | ENTRY FILED, PAYMENT OF FOREIGN SHERIFF $11.13 OF WARREN CO. FOR SERVICE OF A WITNESS. GORMAN |
| 12/05/2001 | AMENDED STATE'S WITNESS LIST FILED |
| 11/28/2001 | ORDER OF APPEARANCE FILED, FINAL PRE-TRIAL 1-16-02 AND TRIAL 1-21-02. GORMAN |
| 11/15/2001 | MONTGOMERY COUNTY SHERIFF FEE |
| 11/15/2001 | MONTGOMERY COUNTY SHERIFF FEE |
| 11/15/2001 | MONTGOMERY COUNTY SHERIFF FEE |
| 10/26/2001 | ENTRY FILED, PAYMENT OF FOREIGN SHERIFF 6.23 TO WARREN CO. FOR SERVICE ON A WITNESS. GORMAN |
| 10/25/2001 | CRIMINAL COUNTY FEE |
| 10/24/2001 | MONTGOMERY COUNTY SHERIFF FEE |
| 10/17/2001 | MONTGOMERY COUNTY SHERIFF FEE |
| 10/17/2001 | MONTGOMERY COUNTY SHERIFF FEE |
| 10/17/2001 | MONTGOMERY COUNTY SHERIFF FEE |
| 10/16/2001 | MONTGOMERY COUNTY SHERIFF FEE |
| 10/12/2001 | DEFENDANT'S WITNESS LIST FILED. Attorney: COX, BOBBY JOE (0011673) |
| 10/04/2001 | STATE'S WITNESS LIST FILED. Attorney: MELNICK, KIMBERLY ANN (0062615) |
| 09/26/2001 | SHERIFF TRANSPORTATION FEE FILED. |
| 09/26/2001 | ORDER OF APPEARANCE FILED, FINAL PRE-TRIAL 10-17-01 AND TRIAL 10-22-01. GORMAN |
| 09/19/2001 | MOTION FOR CONTINUANCE AND ENTRY FILED, GRANTED TO 9-26-01. GORMAN |
| 09/17/2001 | RECEIPT OF DISCOVERY PACKET FILED |
| 09/17/2001 | WARRANT ON INDICTMENT (FLAGGED) served on: 09/05/2001 For: HARRIS, DARREN L. |
| 09/14/2001 | SHERIFF TRANSPORTATION FEE FILED. |
| 09/13/2001 | ORDER OF APPOINTMENT FILED, BOBBY JOE COX AS COUNSEL. FROELICH |
| 09/13/2001 | ENTRY FILED, DEFT WAIVED, PLEAD NOT GUILTY 9-11-01. FROELICH |
| 09/12/2001 | DEMAND FOR DISCOVERY FILED BY ATTY BOBBY JOE COX. |
| 09/12/2001 | REQUEST FOR NOTICE OF INTENTION TO USE EVIDENCE-IN-CHIEF FILED BY ATTY BOBBY JOE COX. |
| 09/12/2001 | MOTION OF DEFENDANT FOR BILL OF PARTICULARS FILED. Attorney: COX, BOBBY JOE (0011673) |
| 09/12/2001 | NOTICE SETTING APPEARANCE DATES FILED. |
| 09/11/2001 | ENTRY FILED, SETTING BOND AT 100,000 C/S. FROELICH |
| 09/05/2001 | WARRANT ON INDICTMENT (FLAGGED) issued on: 09/05/2001 For: HARRIS, DARREN L. |
| 09/05/2001 | INDICTMENT FOR RAPE (BY FORCE OR THREAT OF FORCE) FILED |

Party Summary

**PLAINTIFF**
STATE OF OHIO
P.O. BOX 972

DAYTON OH 45422

**ATTORNEY(S)**
KIMBERLY ANN MELNICK
P.O. BOX 972
DAYTON OH 45422

**DEFENDANT**
DARREN L. HARRIS
   HOME: ON FILE
   HOME: ON FILE

840 BLANCH STREET
DAYTON OH 45408

**ATTORNEY(S)**
BOBBY JOE COX
1765 PIPER LN UNIT 207
DAYTON OH 45440

Service Summary