**Montgomery County Ohio**
**Clerk Of Courts**
**Mike Foley**
**Public Records Online System Version II**
**2014 CR 03826 - STATE OF OHIO Vs DARREN HARRIS**

Case Summary Criminal

| | | | |
|---|---|---|---|
| Prelim Case #: | 14CRA8209 | Defendant: | DARREN HARRIS |
| DOB: | | Capture Status: | |
| Arrest Date: | 04-NOV-14 | Prosecutor: | ANTHONY D SCHOEN |
| Judge: | SUSAN D SOLLE | SSN: | Not Displayed |
| Jurisdiction: | DMC | | |

Case Information

File Date: 06-NOV-14
Status:    CLOSED

Additional Information

COURT OF APPEALS CASE NUMBER:                    CA26810

Case Comments

| CHARGE | ORIG CHRG | INDICTED CHRG | AMENDED CHRG | DISPOSITION | DISP DATE | COUNTS |
|---|---|---|---|---|---|---|
| 1 | | HAVING WEAPONS WHILE UNDER DISABILITY (Prior Offense Of Violence) | | CONVICTED | 20-AUG-15 | 1 |
| 2 | | POSSESSION OF HEROIN (1 Gram But Less Than 5 Grams) | | CONVICTED | 20-AUG-15 | 1 |

| COUNT | DISPOSITION COMMENT |
|---|---|
| 1 | 30M CONFINEMENT |
| 2 | 18M CONFINEMENT AND 1Y FIREARM SPEC; 6M DL SUSP |

2014 CR 03826- STATE OF OHIO vs DARREN HARRIS

IMAGE  DATE  ENTRY

| IMAGE | DATE | ENTRY |
|---|---|---|
| | 10/07/2016 | THE RECORD (SUMARY OF DOCKET & TRANSCRIPT, IF FILED) IS BEING KEPT WITH THE COURT OF APPEALS CASE. |
| | 12/02/2015 | COURT SUBMITTED ELECTRONIC TRANSCRIPT OF PROCEEDINGS FILED VOLUME II |
| | 12/02/2015 | COURT SUBMITTED ELECTRONIC TRANSCRIPT OF PROCEEDINGS FILED VOLUME I |
| | 10/29/2015 | COST BILL SENT- (INMATE) HARRIS, DARREN was sent bill for $1,126.00. Printed on 10/29/2015 11:41:01.17. |
| PDF | 10/22/2015 | PRAECIPE FOR CLERK TO PREPARE RECORD FOR APPEAL TO 2ND DISTRICT COURT OF APPEALS FILED BY ENRIQUE RIVERA-CEREZO |
| PDF | 10/22/2015 | PRAECIPE FOR TRANSCRIPT FILED BY ENRIQUE RIVERA-CEREZO |
| PDF | 09/09/2015 | NOTICE OF PAST DUE FILING FOR FEE APPEAL - FILING FEE DUE BY 09/23/15 |
| PDF | 08/31/2015 | ORDER OF APPOINTMENT OF APPELLANT COUNSEL ENRIQUE RIVERA-CEREZO |
| PDF | 08/31/2015 | ORDER FILED FOR PAYMENT OF EXTRAORDINARY FEES TO COURT APPOINTED COUNSEL |
| | 08/31/2015 | ENTRY FILED APPROVING COUNSEL FEES |
| PDF | 08/25/2015 | WARRANT TO CONVEY RETURNED ENDORSED; DEFENDANT CONVEYED 8/24/2015 |
| | 08/25/2015 | COST BILL SENT HARRIS, DARREN was sent bill for $1,030.00. Printed on 08/25/2015 11:57:31.73. |
| PDF | 08/24/2015 | ENTRY ACKNOWLEDGING AND UNDERSTANDING APPEAL RIGHTS |
| PDF | 08/24/2015 | DRIVER'S LICENSE SUSPENSION MAILED TO BUREAU OF MOTOR VEHICLES. |
| | 08/21/2015 | REPARATION FEE AND ADDITIONAL COST FOR INDIGENT SUPPORT FUND - FELONY |
| | 08/21/2015 | WARRANT TO CONVEY PACKAGED AND DELIVERED TO SHERIFF CRIMINAL - WARRANT TO CONVEY RETURN Sent on: 08/21/2015 15:57:39.94 |
| PDF | 08/21/2015 | RULE 58(B) CIVIL NOTICE OF FINAL APPEALABLE ORDER SENT TO ALL PARTIES THROUGH THE CLERKS AUTO-NOTIFICATION WITHIN THE EFILING SYSTEM OR BY REGULAR MAIL |
| | 08/21/2015 | TERMINATION ENTRY FILED; SENTENCED TO CRC FOR 30 MONTHS ON CT 1 AND 18 |

| | | |
|---|---|---|
| 📄 | | MONTHS ON CT2 TO BE SERVED CONCURRENT TO EACH OTHER PLUS 1 YEAR ACTUAL FOR FIREARM SERVED CONSECUTIVELY FOR A TOTAL SENTENCED OF 42 MONTHS. DRIVERS LICENSE SUSPENDED FOR 6 MONTHS |
| 📄 | 08/21/2015 | NOTICE OF APPEAL TO THE 2ND DISTRICT COURT OF APPEALS FILED (CA26810) FILED BY ADAM ARNOLD |
| 📄 | 08/21/2015 | CRIMINAL DOCKET STATEMENT FILED (CA26810) FILED BY ADAM ARNOLD |
| 📄 | 08/21/2015 | SHERIFF COURT TRANSPORT FEE |
| 📄 | 08/19/2015 | MEMORANDUM IN OPPOSITION SUPPLEMENTAL FOR THE MOTION TO SUPPRESS FILED BY NICOLE AMRHEIN |
| 📄 | 08/19/2015 | SUPPLEMENT TO MOTION IN OPPOSITION TO MOTION TO SUPPRESS FILED BY NICOLE AMRHEIN |
| 📄 | 08/19/2015 | DECISION AND ENTRY FILED; ORDER AND ENTRY DENYING DEFENDANTS MOTION FOR ACQUITTAL |
| 📄 | 08/12/2015 | SHERIFF COURT TRANSPORT FEE |
| | 08/05/2015 | JURY LIST |
| 📄 | 08/04/2015 | MOTION FOR ACQUITTAL FILED BY ADAM ARNOLD |
| | 07/31/2015 | DAYTON POLICE DEPARTMENT WITNESS FEE |
| 📄 | 07/30/2015 | ENTRY FILED SETTING BOND AT HOLD WITHOUT BOND |
| 📄 | 07/30/2015 | VERDICT AND ENTRY, DEFENDANT GUILTY SIGNED BY JUDGE FINDING THE DEFENDANT GUILTY OF COUNT 1 WITH A FINDING THAT THE DEFENDANT DID HAVE A FIREARM ON OR ABOUT HIS PERSON OR UNDER HIS CONTROL AND ALSO FINDING THE DEFENDANT GUILT OF COUNT 2 |
| 📄 | 07/30/2015 | EXHIBITS FILED IN THE COURT'S PROPERTY ROOM |
| | 07/29/2015 | VERDICT AND ENTRY, DEFENDANT GUILTY SIGNED BY JURY FINDING THE DEFENDANT GUILTY OF COUNT 1 WITH A FINDING THAT THE DEFENDANT HAD A PREVIOUS FELONY AND ALSO FINDING THE DEFENDANT GUILTY OF COUNT 2 WITH A FINDING THAT THE DEFENDANT DID HAVE MORE THAT 1 GRAM BUT LESS THAN 5 AND THE DEFENDANT ALSO HAD A FIREARM ON OR ABOUT HIS PERSON |
| 📄 | 07/29/2015 | SHERIFF COURT TRANSPORT FEE |
| | 07/28/2015 | ENTRY EMPANELING JURY |
| 📄 | 07/28/2015 | RECEIPT OF DISCOVERY PACKET FILED BY Mary Ellen Ditchey |
| 📄 | 07/22/2015 | SHERIFF COURT TRANSPORT FEE |
| | 07/20/2015 | STATE'S WITNESS LIST 2ND AMENDED FILED BY NICOLE AMRHEIN |
| | 07/19/2015 | DEFENDANT'S WITNESS LIST FILED BY ADAM ARNOLD |
| 📄 | 07/16/2015 | MOTION AND ORDER FOR CONTINUANCE RESET FROM 7/15/2015 TO 7/22/2015 |
| 📄 | 06/03/2015 | ORDER OF APPEARANCE SETTING FINAL PRE-TRIAL FOR 7/15/2015 AND TRIAL FOR 7/27/2015 |
| 📄 | 06/03/2015 | SHERIFF COURT TRANSPORT FEE |
| 📄 | 05/20/2015 | SHERIFF COURT TRANSPORT FEE |
| | 05/19/2015 | STATE'S WITNESS LIST FILED BY NICOLE AMRHEIN |
| 📄 | 05/18/2015 | MOTION IN LIMINE FILED BY ADAM ARNOLD |
| | 05/18/2015 | DEFENDANT'S WITNESS LIST FILED BY ADAM ARNOLD |
| 📄 | 05/18/2015 | NOTICE OF APPEARANCE FILED BY ADAM ARNOLD |
| 📄 | 04/30/2015 | ORDER OF APPEARANCE FINAL PRE-TRIAL 5/20/15 TRIAL 6/1/15 |

| | | |
|---|---|---|
| 📄 | 04/29/2015 | SHERIFF COURT TRANSPORT FEE |
| 📄 | 04/28/2015 | ORDER OVERRULING DEFENDANTS MOTION TO SUPPRESS |
| 📄 | 04/27/2015 | MOTION AND ORDER FOR CONTINUANCE GRANTED TO 04/29/15 |
| 📄 | 04/03/2015 | MEMORANDUM IN OPPOSITION OF MOTION TO SUPPRESS EVIDENCE - SUPPLEMENTAL FILED BY NICOLE AMRHEIN |
| 📄 | 03/23/2015 | MEMORANDUM TO SUPPLEMENT MOTION TO SUPPRESS FILED BY ADAM ARNOLD |
| 📄 | 03/18/2015 | ENTRY FILED; SETTING BRIEFING SCHEDULE |
| 📄 | 03/11/2015 | SHERIFF COURT TRANSPORT FEE |
| 📄 | 02/04/2015 | ORDER OF APPEARANCE SETTING MOTION TO SUPPRESS FOR 3/11/2015 |
| 📄 | 02/04/2015 | SHERIFF COURT TRANSPORT FEE |
| 📄 | 02/03/2015 | MOTION TO SUPPRESS EVIDENCE FILED BY ADAM ARNOLD |
| 📄 | 02/02/2015 | MOTION AND ORDER FOR CONTINUANCE GRANTED TO 2/4/15 |
| 📄 | 01/29/2015 | ORDER OF APPEARANCE SCHEDULING CONFERENCE 2/4/15 |
| 📄 | 01/28/2015 | SHERIFF COURT TRANSPORT FEE |
| 📄 | 01/22/2015 | SHERIFF COURT TRANSPORT FEE |
| 📄 | 01/21/2015 | ORDER OF APPEARANCE SETTING SCHEDULING CONFERENCE FOR 1/28/2015 |
| 📄 | 01/21/2015 | MOTION AND ORDER FOR CONTINUANCE GRANTED TO 1/28/15 |
| 📄 | 01/16/2015 | NOTICE OF APPEARANCE FILED BY ADAM ARNOLD |
| 📄 | 01/16/2015 | ENTRY FILED APPROVING WITHDRAW OF COUNSEL |
| 📄 | 01/16/2015 | ORDER OF APPOINTMENT OF COUNSEL ADAM ARNOLD |
| 📄 | 01/16/2015 | MOTION TO WITHDRAW AS COUNSEL FILED BY Alysia Goss |
| 📄 | 01/09/2015 | ORDER OF APPEARANCE FINAL PRE-TRIAL 2/25/15 TRIAL 3/9/15 |
| 📄 | 01/08/2015 | SHERIFF COURT TRANSPORT FEE |
| 📄 | 12/17/2014 | NOTICE OF APPEARANCE OF PUBLIC DEFENDER FILED BY ALYSIA GOSS |
| 📄 | 12/17/2014 | ENTRY FILED; DEFENDANT STOOD MUTE, COURT ENTERED PLEA OF NOT GUILTY |
| 📄 | 12/17/2014 | NOTICE SETTING APPEARANCE DATES |
| 📄 | 12/16/2014 | SHERIFF VIDEO TRANSPORT FEE |
| 📄 | 12/11/2014 | RETURN OF INDICTMENT SERVED 12/10/2014 |
| 📄 | 12/10/2014 | ORDER TO APPEAR ON INDICTED CHARGES |
| 📄 | 12/10/2014 | INDICTMENT FOR HAVING WEAPONS WHILE UNDER DISAILITY (PRIOR OFFENSE OF VIOLENCE) AND POSSESSION OF HEROIN (1 GRAM BUT LESS THAN 5 GRAMS)(1 YEAR FIREARM SPEC) FILED |
| | 11/19/2014 | DAYTON MUNICIPAL TRANSCRIPT FEE |

| 11/19/2014 | LOWER COURT TRANSCRIPT BOND SET AT $25,000.00 CASH/SURETY |

Party Summary

**PLAINTIFF**
STATE OF OHIO
P.O. BOX 972
DAYTON OH 45422

**ATTORNEY(S)**
ANTHONY D SCHOEN
P.O. BOX 972
DAYTON OH 45422

NICOLE M AMRHEIN
P.O. BOX 972
DAYTON OH 45422

**DEFENDANT**
DARREN HARRIS
LONDON CORRECTIONAL INST
ATTN: CASHIERS OFFICE

**ATTORNEY(S)**
ENRIQUE G RIVERA-CEREZO
61 N. DIXIE DRIVE., STE B
VANDALIA OH 45377

ADAM ARNOLD
ARNOLD & ARNOLD LTD 1717 LIBERTY TOWER 120 WEST SECOND STREET
DAYTON OH 45402

Service Summary