# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MORGAN STANLEY PRIVATE BANK, NA,** | ) ) ) |
| **Petitioner,** | ) ) ) |
| v. | ) ) ) **CIVIL ACTION NO.:** |
| **CHARLES RANDALL,** | ) ) ) |
| **Respondent.** | ) |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

1. The undersigned counsel of record for Petitioner Morgan Stanley Private Bank, NA certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

Petitioner Morgan Stanley Private Bank, NA, which is an indirect wholly-owned subsidiary of Morgan Stanley, which is a publicly held corporation that has no parent corporation. Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc. 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock.

Charles Randall, Respondent

2. The undersigned further certifies that he is not aware of any other persons, associations, firms, partnerships, or corporations having either a financial

interest in or other interest which could be substantially affected by the outcome of this case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Counsel for Petitioner Morgan Stanley Private Bank, NA:

Bressler, Amery & Ross, P.C.
W. Preston Martin
Georgia Bar No.:  950802
2001 Park Place North
Suite 1500
Birmingham, AL 35203

Counsel for Respondent Charles Randall:

Van Kampen Law, PC
Josh Van Kampen
315 E. Worthington Ave
Charlotte, NC 28203

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed: Morgan Stanley Private Bank, NA is a citizen of New York.

Date: April 13, 2023							Respectfully submitted,

**Bressler, Amery & Ross, P.C.**

W. Preston Martin
Georgia Bar No.:  950802
2001 Park Place North
Suite 1500
Birmingham, AL 35203
pmartin@bressler.com
T: (205) 820-8213


*/s/ W. Preston Martin*
W. Preston Martin