# **EXHIBIT 2**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Aug 30 03:47:01 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 7 out of 22**

---

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# American Deli

| | |
|---|---|
| **Word Mark** | AMERICAN DELI |
| **Goods and Services** | IC 029. US 046. G & S: spicy chicken wings, prepared breaded chicken pieces and French fries. FIRST USE: 20090921. FIRST USE IN COMMERCE: 20090921 |
| | IC 030. US 046. G & S: hamburger sandwiches, submarine sandwiches and bakery desserts. FIRST USE: 20090921. FIRST USE IN COMMERCE: 20090921 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78755527 |
| **Filing Date** | November 16, 2005 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 2, 2007 |
| **Registration Number** | 3741212 |
| **Registration Date** | January 19, 2010 |
| **Owner** | (REGISTRANT) AMERICAN DELI PLUS, INC. CORPORATION GEORGIA 2716 Northeast Expressway Atlanta GEORGIA 30345 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Rachel H. Huffstetler |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AMERICAN" APART FROM THE MARK AS SHOWN |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Aug 30 03:47:01 EDT 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC
PREV DOC | NEXT DOC | LAST DOC

Please logout when you are done to release system resources allocated for you.

List At:         OR         to record:        **Record 10 out of 22**

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# AMERICAN DELI

| | |
|---|---|
| **Word Mark** | **AMERICAN DELI** |
| **Goods and Services** | IC 043. US 100 101. G & S: Cafe and restaurant services; Carry-out restaurants; Fast-food restaurants. FIRST USE: 19890200. FIRST USE IN COMMERCE: 19890200 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77640096 |
| **Filing Date** | December 26, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 29, 2009 |
| **Registration Number** | 3759938 |
| **Registration Date** | March 16, 2010 |
| **Owner** | (REGISTRANT) American Deli Plus, Inc. CORPORATION GEORGIA 2716 Northeast Expressway Atlanta GEORGIA 30345 |
| **Attorney of Record** | Rachel H. Huffstetler |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DELI" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Aug 30 03:47:01 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 2 out of 22**

---

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **AMERICAN DELI** |
| **Goods and Services** | IC 043. US 100 101. G & S: Café and restaurant services; carry-out restaurants; fast-food restaurants. FIRST USE: 20160502. FIRST USE IN COMMERCE: 20160502 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.02 - Star - a single star with four points<br>01.01.07 - Comets; Stars with tails or comets<br>01.01.10 - Stars, three or more; Three or more stars<br>01.01.13 - Stars - multiple stars with five points<br>27.03.05 - Objects forming letters or numerals |
| **Serial Number** | 87167302 |
| **Filing Date** | September 11, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 15, 2017 |
| **Registration Number** | 5320644 |
| **International Registration Number** | 1348761 |
| **Registration Date** | October 31, 2017 |
| **Owner** | (REGISTRANT) American Deli Plus, Inc. CORPORATION GEORGIA 2716 Northeast Expressway Atlanta GEORGIA 30345 |

| | |
|---|---|
| **Attorney of Record** | Anne E. Yates |
| **Prior Registrations** | 3741212;3759934;3759938 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DELI" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) red, white, and blue is/are claimed as a feature of the mark. The mark consists of the words "AMERICAN DELI" in red font with the letter "A" in "AMERICAN" formed by a red arch and a line of seven white stars contained in a single blue shooting star dissecting the arch; the color white used as a general background (and not in connection with the aforementioned stars) is not part of the mark and indicates only background areas. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to "AMERICAN DELI" |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4805:e54hll.2.2[8/30/2019 11:38:43 AM]



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Aug 30 03:47:01 EDT 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC
PREV DOC | NEXT DOC | LAST DOC

Please logout when you are done to release system resources allocated for you.

List At: ____ OR ____ to record: ____ **Record 11 out of 22**

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **AMERICAN DELI** |
| **Goods and Services** | IC 043. US 100 101. G & S: Cafe and restaurant services; Carry-out restaurants; Fast-food restaurants. FIRST USE: 19890200. FIRST USE IN COMMERCE: 19890200 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.07 - Comets; Stars with tails or comets<br>01.01.10 - Stars, three or more; Three or more stars<br>01.01.13 - Stars - multiple stars with five points<br>27.03.05 - Objects forming letters or numerals |
| **Trademark Search Facility Classification Code** | SHAPES-ASTRO Astronomical shapes consisting of celestial bodies, globes and geographical maps<br>SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-COLORS-3-OR-MORE Design listing or lined for three or more colors<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 77638385 |
| **Filing Date** | December 22, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 29, 2009 |
| **Registration Number** | 3759934 |
| **Registration Date** | March 16, 2010 |
| **Owner** | (REGISTRANT) American Deli Plus, Inc. CORPORATION GEORGIA 2716 Northeast Expressway Atlanta GEORGIA 30345 |
| **Attorney of** | |

| | |
|---|---|
| **Record** | Rachel H. Huffstetler |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DELI" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) red, white and blue is/are claimed as a feature of the mark. The mark consists of the word "AMERICAN", with a star dotting the "i" in red and the word "DELI" in blue, with a streamer of blue, containing white stars, beginning at the letter "a" and leading to the star; the color white used as a general background (and not in connection with the above-referenced stars) is not part of the mark and indicates only background areas. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to "AMERICAN DELI" |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Aug 30 03:47:01 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 1 out of 22**

---

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **AMERICAN DELI** |
| **Goods and Services** | IC 030. US 046. G & S: Chicken wing sauce. FIRST USE: 20160901. FIRST USE IN COMMERCE: 20160912 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.07 - Comets; Stars with tails or comets<br>01.01.10 - Stars, three or more; Three or more stars<br>01.01.13 - Stars - multiple stars with five points<br>27.03.05 - Objects forming letters or numerals |
| **Serial Number** | 87167289 |
| **Filing Date** | September 11, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 15, 2017 |
| **Registration Number** | 5520196 |
| **International Registration Number** | 1347270 |
| **Registration Date** | July 17, 2018 |
| **Owner** | (REGISTRANT) American Deli Plus, Inc. CORPORATION GEORGIA 2716 Northeast Expressway Atlanta GEORGIA 30345 |
| **Attorney of** | |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Record** | Anne E. Yates |
| **Prior Registrations** | 3741212;3759934;3759938 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DELI" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) red, white, and blue is/are claimed as a feature of the mark. The mark consists of the words "AMERICAN DELI" in red font with the letter "A" in "AMERICAN" formed by a red arch and a line of seven white stars contained in a single blue shooting star dissecting the arch; the color white used as a general background (and not in connection with the aforementioned stars) is not part of the mark and indicates only background areas. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to "AMERICAN DELI" |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY