# **EXHIBIT 3**



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

MAY 7, 2021

PTAS

ANNE E. YATES
1029 PEACHTREE PARKWAY NORTH, SUITE 195
FISHERBROYLES LLP
PEACHTREE CITY, GA 30269

**900613274**

```
              UNITED STATES PATENT AND TRADEMARK OFFICE
                NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 04/29/2021            REEL/FRAME: 7274/0606
                                        NUMBER OF PAGES: 5

BRIEF: ASSIGNS THE ENTIRE INTEREST

ASSIGNOR:
   AMERICAN DELI PLUS, INC.             DOC DATE: 04/28/2021
                                        CITIZENSHIP: GEORGIA
                                        ENTITY: CORPORATION

ASSIGNEE:
   AMERICAN DELI INTERNATIONAL, INC.    CITIZENSHIP: DELAWARE
                                        ENTITY: CORPORATION
   2716 NORTHEAST EXPRESSWAY
   ATLANTA, GEORGIA 30345

SERIAL NUMBER: 77638385                 FILING DATE: 12/22/2008
REGISTRATION NUMBER: 3759934            REGISTRATION DATE: 03/16/2010
MARK: AMERICAN DELI
DRAWING TYPE: AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)
              /NUMBER(S)

SERIAL NUMBER: 77640096                 FILING DATE: 12/26/2008
REGISTRATION NUMBER: 3759938            REGISTRATION DATE: 03/16/2010
MARK: AMERICAN DELI
DRAWING TYPE: STANDARD CHARACTER MARK
```

```
SERIAL NUMBER: 78755527                FILING DATE: 11/16/2005
REGISTRATION NUMBER: 3741212           REGISTRATION DATE: 01/19/2010
MARK: AMERICAN DELI
DRAWING TYPE: STANDARD CHARACTER MARK

SERIAL NUMBER: 87167289                FILING DATE: 09/11/2016
REGISTRATION NUMBER: 5520196           REGISTRATION DATE: 07/17/2018
MARK: AMERICAN DELI
DRAWING TYPE: AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)
              /NUMBER(S)

SERIAL NUMBER: 87167302                FILING DATE: 09/11/2016
REGISTRATION NUMBER: 5320644           REGISTRATION DATE: 10/31/2017
MARK: AMERICAN DELI
DRAWING TYPE: AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)
              /NUMBER(S)


ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION
```