# EXHIBIT 4

FisherBroyles

**Vincent Bushnell**
Partner
vincent.bushnell@fisherbroyles.com
Direct: 678-902-7190
945 East Paces Ferry Road NE
Suite 2000
Atlanta, Georgia 30326
www.FisherBroyles.com

March 22, 2023

**VIA USPS PRIORITY MAIL**

Global Deli Network, Inc.
Attn: Haresh Patel
213 Taylor Ridge Road
Montgomery, Alabama 36116
globaldelinetwork@gmail.com

**NOTICE OF DEFAULT**

Re: American Deli International, Inc. Franchise Agreement dated October 5, 2019 (the "Franchise Agreement"), between American Deli International, Inc. (the "Franchisor") and Global Deli Network, Inc. ("Global Deli")

Dear Mr. Patel:

We represent the Franchisor in connection with the Franchise Agreement. We write to notify Global Deli of its numerous material breaches of the terms of the Franchise Agreement.

Specifically, Global Deli has failed to (i) report its total gross sales to American Deli, (ii) pay all royalty or marketing fund amounts due to American Deli, or (iii) comply with a multitude of operational standards, including, without limitation, by using an unauthorized POS system from September 1, 2020, through December 31, 2022. Accordingly, Global Deli has breached at least Sections 4.2(a), 7.5(f), 7.6, 8.4(b), and 11.2 of the Franchise Agreement.

Global Deli thus remains in default pursuant to Sections 16.2(j) and (n) of the Franchise Agreement. American Deli demands that Global Deli cure each of the defaults listed above within five (5) days of the date of this letter, including by paying American Deli the amount of $134,551.76. This amount reflects the unreported and unpaid royalties and marketing fund contributions owed to American Deli pursuant to Sections 4.2(a) and 8.4(b) of the Franchise Agreement, plus interest and late fees owed under Sections 4.2(d) and (e), from September 1, 2020, through December 31, 2022.

The foregoing is neither intended nor should it be construed as an exhaustive statement of the facts and matters at issue, nor of Global Deli's breaches and defaults of the Franchise Agreement, nor of American Deli's claims or defenses regarding any of Global Deli's breaches or defaults of the Franchise Agreement. Nothing in this letter should be construed as a waiver or relinquishment of any claim, right, defense or remedy that American Deli may have with respect to this or any other matter, either under the Franchise Agreement or otherwise, all of which claims, rights, defenses and remedies are expressly reserved.

**Vincent Bushnell**
**FisherBroyles, LLP**
March 22, 2023 | Page 2 of 2

Pursuant to O.C.G.A. § 13-1-11, the Franchisor notifies Global Deli that the provisions in the Franchise Agreement relative to the payment of reasonable attorney's fees and costs in addition to the principal and interest shall be enforced and that Global Deli has ten (10) days from the receipt of this letter to pay the principal and interest owed without the attorney's fees or costs. If Global Deli shall pay the principal and interest in full before the expiration of such time, then the obligation to pay the attorney's fees shall be void. Please contact us for a calculation of the principal and interest owed to the Franchisor under the Franchise Agreement.

If you have any questions or would like to discuss any of the issues raised above, please contact us within five (5) days of the date of this letter. However, the Franchisor intends to vigorously protect its legal rights under the Franchise Agreement and applicable law, if necessary. We look forward to the prompt resolution of this matter.

Sincerely,

Vincent Bushnell

ATLANTA | AUSTIN | BOSTON | CHARLOTTE | CHICAGO | CINCINNATI | CLEVELAND | COLUMBUS | DALLAS
DENVER | DETROIT | HOUSTON | LONDON | LOS ANGELES | MIAMI | NAPLES | NEW YORK | PALO ALTO
PHILADELPHIA | PRINCETON | SALT LAKE CITY | SEATTLE | WASHINGTON D.C.