# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| CRAIG FRITZ and<br>KIMBERLY FRITZ, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION<br>FILE NO. _____ |
| v. | ) ) | [On removal from the Superior<br>Court of Gwinnett County, |
| STATE FARM FIRE AND<br>CASUALTY COMPANY, | ) ) ) | Georgia, Civil Action<br>File No. 23-A-01895-1] |
| Defendant. | ) ) | |

## AFFIDAVIT OF STEVEN TROTTER

In accordance with the terms and provisions of 28 U.S.C. § 1746, I hereby declare and state as follows:

### 1.

My name is Steven Trotter. I am over eighteen (18) years old and do not suffer from any mental infirmities. I have personal knowledge of, and am otherwise competent to testify regarding, the facts stated herein.

### 2.

I am employed as a Team Manager in the Claims Department with State Farm Fire and Casualty Company, and I am authorized to act on behalf of State

Farm Fire and Casualty Company ("State Farm"). Through my position as a Team Manager, I am familiar with the facts and information attested to herein.

3.

I, along with other State Farm representatives, was assigned to investigate and evaluate the claim submitted by Craig Fritz and Kimberly Fritz as the result of a water loss (the "Loss") to property located at 1278 Crumbley Road, McDonough, Georgia 30252 (the "Property"). State Farm assigned the claim number 11-31-P1-54F.

4.

On or about July 1, 2022, Plaintiffs submitted a repair estimate to State Farm in the amount of $83,187.99, which purported to reflect the cost to repair damages to the Property as a result of the Loss. A true and correct copy of this repair estimate is attached hereto as **Exhibit 1**.

5.

On or about August 31, 2022, Plaintiffs, through counsel, submitted a purported demand to State Farm seeking "the sum of $83,187.99, less previous payments and the applicable deductible." A true and correct copy of this correspondence is attached hereto as **Exhibit 2**.

6.

Plaintiff filed the subject lawsuit against State Farm on March 8, 2023, in the Superior Court of Gwinnett County, Georgia, where the case was designated as Civil Action File No. 23-A-01895-1.

7.

In their Complaint, Plaintiffs explicitly reference, and include as an exhibit, their purported demand dated August 31, 2022. Complaint, Exhibit C.

8.

State Farm has issued payments to Plaintiffs in regard to the Loss totaling $34,853.03. The applicable deductible was applied to those payments.

9.

In their Complaint, Plaintiffs also seeks bad faith penalties and attorneys' fees pursuant to O.C.G.A. § 33-4-6, which could potentially allow Plaintiffs to recover an additional fifty percent (50%) of the amount of compensatory damages awarded, plus attorneys' fees. Complaint, ¶¶ 32-39.

10.

Without conceding that Plaintiffs are entitled to any amounts from State Farm, it is State Farm's belief that, should Plaintiffs be awarded the damages they seek in this matter, they could recover a sum in excess of $75,000.00, the jurisdictional amount-in-controversy requirement pursuant to 28 U.S.C. § 1332(a).

11.

This Affidavit is given of my own knowledge to be used in support of the Notice of Removal filed on behalf of State Farm in the case <u>Craig Fritz and Kimberly Fritz v. State Farm Fire & Casualty Company</u>, and for any other purpose as such Affidavit may be used as provided by law.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Steven Trotter
State Farm Fire and Casualty Company


EXECUTED ON: _____

State of Georgia
County of Fulton, ss:
On this day, personally appeared before me

Steven B. Trotter

To me known to the person(s) described in and who executed the within and foregoing instrument, and acknowledged that he/she signed the same in his/her voluntary act and deed, for the uses and purposes therein mentioned.
Witness my hand and official seal hereto affixed.

This 12th day of April 20 23

_____
Notary Public in and for the State of Georgia.

My commission expires 06/08/2026

ANGELICA WEST
NOTARY
EXPIRES
GEORGIA
JUNE 8, 2026
PUBLIC
DEKALB COUNTY

- 4 -

# EXHIBIT 1

Client: KIMBERLY FRITZ
Property: 1278 CRUMBLEY RD
MCDONOUGH, GA 30252

Operator: CNAADJUS

Estimator: Clifford N. Austin III, MBA, SCLA, CPCU      Business: (816) 888-1702

Type of Estimate:
Date Entered: 6/30/2022      Date Assigned:

Price List: GAAT8X_MAR22
Labor Efficiency: Restoration/Service/Remodel
Estimate: KIMBERLYDAWN

**KIMBERLYDAWN**

**Main Level**



| Kitchen | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

404.00 SF Walls · · · · · · · · · · · · · · · · · · · · · 158.79 SF Ceiling
562.79 SF Walls & Ceiling · · · · · · · · · · · · 158.79 SF Floor
17.64 SY Flooring · · · · · · · · · · · · · · · · · · · 50.00 LF Floor Perimeter
53.00 LF Ceil. Perimeter

| Missing Wall - Goes to Floor | | 3' X 6' 8" | | | Opens into HALLWAY | | |
|---|---|---|---|---|---|---|---|
| **DESCRIPTION** | **QTY** | **RESET** | **REMOVE** | **REPLACE** | **TAX** | **O&P** | **TOTAL** |
| 1. Detach & Reset Dishwasher | 1.00 EA | 260.73 | 0.00 | 0.00 | 0.00 | 52.14 | 312.87 |
| 2. Refrigerator - Remove & reset | 1.00 EA | | 0.00 | 42.30 | 0.00 | 8.46 | 50.76 |
| 3. Range - electric - Remove & reset | 1.00 EA | | 0.00 | 31.73 | 0.00 | 6.34 | 38.07 |
| 4. Window drapery - hardware - Detach & reset | 2.00 EA | | 0.00 | 31.82 | 0.00 | 12.72 | 76.36 |
| WALLS | | | | | | | |
| 5. Texture drywall - smooth / skim coat | 404.00 SF | | 0.00 | 1.65 | 4.00 | 134.12 | 804.72 |
| 6. Paint the walls - one coat | 404.00 SF | | 0.00 | 0.66 | 4.73 | 54.26 | 325.63 |
| 7. R&R Baseboard - 3 1/4" | 50.00 LF | | 0.46 | 3.95 | 7.02 | 45.50 | 273.02 |
| 8. Paint baseboard - two coats | 50.00 LF | | 0.00 | 1.46 | 0.63 | 14.72 | 88.35 |
| 9. Detach & Reset Sink - double basin | 1.00 EA | 188.07 | 0.00 | 0.00 | 0.06 | 37.64 | 225.77 |
| 10. R&R Countertop - post formed plastic laminate | 12.00 LF | | 4.17 | 56.19 | 40.82 | 153.02 | 918.16 |
| POST FORMED LAMINATE COUNTERTOP SCREWED AND GLUED TO LOWER CABINETS. WILL BE UNABLE TO BE RESET AFTER REMOVAL DUE TO DAMAGE FROM GLUE TRANSFER. | | | | | | | |
| 11. R&R Cabinetry - lower (base) units - High grade | 12.00 LF | | 7.55 | 271.40 | 241.05 | 717.70 | 4,306.15 |
| LOWER CABS ARE BUILT ONSITE AND CANNOT BE BOUGHT OFF OF THE SHELF. | | | | | | | |
| 12. Seal & paint cabinetry - lower - inside and out | 12.00 LF | | 0.00 | 40.34 | 6.07 | 98.04 | 588.19 |
| 13. R&R Toe kick - pre-finished wood - 1/2" | 3.20 LF | | 1.89 | 10.44 | 1.23 | 8.14 | 48.83 |
| 14. R&R Cabinetry - upper (wall) units - High grade | 12.00 LF | | 7.55 | 204.76 | 169.07 | 543.36 | 3,260.15 |
| UPPER CABS ARE BUILT ONSITE AND CANNOT BE BOUGHT OFF OF THE SHELF. | | | | | | | |
| 15. Detach & Reset Cabinet knob or pull | 26.00 EA | 3.07 | 0.00 | 0.00 | 0.00 | 15.96 | 95.78 |
| 16. Seal & paint cabinetry - upper - inside and out | 12.00 LF | | 0.00 | 33.64 | 5.08 | 81.76 | 490.52 |
| FLOOR | | | | | | | |
| 17. R&R Sheathing - OSB - 1/2" | 159.78 SF | | 0.56 | 2.41 | 18.26 | 98.58 | 591.39 |

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| OLD MORTAR BED CANNOT BE REMOVED TO CREATE A SMOOTH SURFACE FOR INSTALLATION OF NEW TILE WITHOUT DAMAGING EXISTING SHEATHING. | | | | | | | |
| 18. Mortar bed for tile floors | 159.78 SF | | 0.00 | 4.95 | 28.47 | 163.88 | 983.26 |
| 19. Tile floor covering - per specs from ind. tile analysis | 159.78 SF | | 0.00 | 11.17 | 62.99 | 369.54 | 2,217.27 |
| 20. Vinyl floor covering (sheet goods) | 50.00 SF | | 0.00 | 2.77 | 7.52 | 29.20 | 175.22 |
| 21. Content Manipulation charge - per hour | 4.00 HR | | 0.00 | 39.43 | 0.00 | 31.54 | 189.26 |
| TWO WORKERS 2 HOURS EACH TO REMOVE AND RESET CONTENTS | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Kitchen | | | | | 597.00 | 2,676.62 | 16,059.73 |

**Dining Room**                                                                Height: 8'

324.00 SF Walls                              119.88 SF Ceiling
443.88 SF Walls & Ceiling                    119.88 SF Floor
13.32 SY Flooring                            39.83 LF Floor Perimeter
43.83 LF Ceil. Perimeter

**Subroom: Hallway (1)**                                                        Height: 8'

289.33 SF Walls                              61.38 SF Ceiling
350.71 SF Walls & Ceiling                    61.38 SF Floor
6.82 SY Flooring                             35.00 LF Floor Perimeter
42.00 LF Ceil. Perimeter

| Missing Wall - Goes to Floor | 3' X 6' 8" | Opens into KITCHEN |
|---|---|---|
| Missing Wall | 3' 2" X 8' | Opens into LIVING_ROOM |
| Missing Wall - Goes to Floor | 4' X 6' 8" | Opens into DINING_ROOM |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 22. Content Manipulation charge - per hour | 4.00 HR | | 0.00 | 39.43 | 0.00 | 31.54 | 189.26 |
| TWO WORKERS 2 HOURS EACH TO REMOVE AND RESET CONTENTS | | | | | | | |
| WALLS | | | | | | | |
| 23. R&R Casing - 5" - hardwood | 19.00 LF | | 0.51 | 6.52 | 8.48 | 28.42 | 170.47 |
| 24. Paint casing - oversized - two coats | 19.00 LF | | 0.00 | 1.56 | 0.36 | 6.00 | 36.00 |
| ROOM ENTRY OPENING | | | | | | | |
| 25. Texture drywall - smooth / skim coat | 613.33 SF | | 0.00 | 1.65 | 6.07 | 203.62 | 1,221.68 |

## CONTINUED - Dining Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 26.  Paint the walls - two coats | 613.33 SF | | 0.00 | 0.98 | 13.80 | 122.98 | 737.84 |
| 27.  Baseboard - 3 1/4" | 48.83 LF | | 0.00 | 3.95 | 6.86 | 39.96 | 239.70 |
| 28.  R&R Baseboard - 3 1/4" | 26.00 LF | | 0.46 | 3.95 | 3.65 | 23.68 | 141.99 |
| 29.  Paint baseboard - two coats | 74.83 LF | | 0.00 | 1.46 | 0.94 | 22.04 | 132.23 |
| 30.  R&R Quarter round - 3/4" | 74.83 LF | | 0.17 | 1.78 | 4.78 | 30.14 | 180.84 |
| 31.  Seal & paint base shoe or quarter round | 74.83 LF | | 0.00 | 0.80 | 0.74 | 12.12 | 72.72 |
| 32.  Seal & paint trim - two coats | 148.00 LF | | 0.00 | 1.44 | 1.60 | 42.94 | 257.66 |
| REMAINING TRIM IN ROOM TO MATCH REASONABLE APPEARANCE | | | | | | | |
| FLOOR | | | | | | | |
| 33.  R&R Sheathing - OSB - 1/2" | 185.07 SF | | 0.56 | 2.41 | 21.15 | 114.16 | 684.97 |
| WATER DAMAGTE TO SHEATHING DUE TO PROLONGED EXPOSURE CAUSING DETERIORATION AND WEAKNESS TO SHEATHING EVEN AFTER DRYING. | | | | | | | |
| 34.  Vapor barrier - 15# felt | 185.07 SF | | 0.00 | 0.22 | 0.83 | 8.30 | 49.85 |
| 35.  R&R Oak flooring - #1 common - no finish | 185.07 SF | | 2.36 | 8.47 | 98.44 | 420.54 | 2,523.29 |
| 36.  Sand, stain, and finish wood floor | 185.07 SF | | 0.00 | 3.78 | 17.16 | 143.36 | 860.08 |
| 37.  Add for dustless floor sanding | 185.07 SF | | 0.00 | 1.01 | 0.00 | 37.38 | 224.30 |

Totals: Dining Room                                         184.86     1,287.18     7,722.88



**Bedroom B**                                                            **Height: 8'**

330.67 SF Walls                 106.33 SF Ceiling
437.00 SF Walls & Ceiling      106.33 SF Floor
11.81 SY Flooring             41.33 LF Floor Perimeter
41.33 LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 38.  Content Manipulation charge - per hour | 4.00 HR | | 0.00 | 39.43 | 0.00 | 31.54 | 189.26 |
| TWO WORKERS 2 HOURS EACH TO REMOVE AND RESET CONTENTS | | | | | | | |
| CEILING | | | | | | | |
| 39.  R&R Acoustic ceiling (popcorn) texture | 106.33 SF | | 0.46 | 1.22 | 0.57 | 35.84 | 215.04 |
| 40.  Seal & paint acoustic ceiling (popcorn) texture | 106.33 SF | | 0.00 | 1.25 | 3.16 | 27.22 | 163.29 |
| WALLS | | | | | | | |
| 41.  Texture drywall - smooth / skim coat | 330.67 SF | | 0.00 | 1.65 | 3.27 | 109.78 | 658.66 |

## CONTINUED - Bedroom B

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 42. Paint the walls - two coats | 330.67 SF | | 0.00 | 0.98 | 7.44 | 66.30 | 397.80 |
| 43. R&R Baseboard - 3 1/4" | 26.00 LF | | 0.46 | 3.95 | 3.65 | 23.68 | 141.99 |
| 44. Paint baseboard - two coats | 41.33 LF | | 0.00 | 1.46 | 0.52 | 12.16 | 73.02 |
| 45. R&R Quarter round - 3/4" | 41.33 LF | | 0.17 | 1.78 | 2.64 | 16.64 | 99.88 |
| 46. Seal & paint base shoe or quarter round | 41.33 LF | | 0.00 | 0.80 | 0.41 | 6.70 | 40.17 |
| 47. Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 37.67 | 1.46 | 15.36 | 92.16 |
| 48. Paint door or window opening - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| 49. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| FLOOR | | | | | | | |
| 50. R&R Sheathing - OSB - 1/2" | 185.07 SF | | 0.56 | 2.41 | 21.15 | 114.16 | 684.97 |

WATER DAMAGTE TO SHEATHING DUE TO PROLONGED EXPOSURE CAUSING DETERIORATION AND WEAKNESS TO SHEATHING EVEN AFTER DRYING.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 51. Vapor barrier - 15# felt | 185.07 SF | | 0.00 | 0.22 | 0.83 | 8.30 | 49.85 |
| 52. R&R Oak flooring - #1 common - no finish | 185.07 SF | | 2.36 | 8.47 | 98.44 | 420.54 | 2,523.29 |
| 53. Sand, stain, and finish wood floor | 185.07 SF | | 0.00 | 3.78 | 17.16 | 143.36 | 860.08 |
| 54. Add for dustless floor sanding | 185.07 SF | | 0.00 | 1.01 | 0.00 | 37.38 | 224.30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Bedroom B | | | | | 162.46 | 1,094.52 | 6,567.16 |



**Bedroom A**  Height: 8'

| | |
|---|---|
| 362.67 SF Walls | 128.44 SF Ceiling |
| 491.10 SF Walls & Ceiling | 128.44 SF Floor |
| 14.27 SY Flooring | 45.33 LF Floor Perimeter |
| 45.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 55. Content Manipulation charge - per hour | 4.00 HR | | 0.00 | 39.43 | 0.00 | 31.54 | 189.26 |

TWO WORKERS 2 HOURS EACH TO REMOVE AND RESET CONTENTS

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| CEILING | | | | | | | |
| 56. R&R Acoustic ceiling (popcorn) texture | 128.44 SF | | 0.46 | 1.22 | 0.69 | 43.30 | 259.77 |
| 57. Seal & paint acoustic ceiling (popcorn) texture | 128.44 SF | | 0.00 | 1.25 | 3.82 | 32.88 | 197.25 |
| WALLS | | | | | | | |

KIMBERLYDAWN

### CONTINUED - Bedroom A

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 58. Texture drywall - smooth / skim coat | 362.67 SF | | 0.00 | 1.65 | 3.59 | 120.40 | 722.40 |
| 59. Paint the walls - two coats | 362.67 SF | | 0.00 | 0.98 | 8.16 | 72.72 | 436.30 |
| 60. R&R Baseboard - 3 1/4" | 26.00 LF | | 0.46 | 3.95 | 3.65 | 23.68 | 141.99 |
| 61. Paint baseboard - two coats | 45.33 LF | | 0.00 | 1.46 | 0.57 | 13.36 | 80.11 |
| 62. R&R Quarter round - 3/4" | 45.33 LF | | 0.17 | 1.78 | 2.90 | 18.26 | 109.56 |
| 63. Seal & paint base shoe or quarter round | 45.33 LF | | 0.00 | 0.80 | 0.45 | 7.36 | 44.07 |
| 64. Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 37.67 | 1.46 | 15.36 | 92.16 |
| 65. Paint door or window opening - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| 66. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| FLOOR | | | | | | | |
| 67. R&R Sheathing - OSB - 1/2" | 185.07 SF | | 0.56 | 2.41 | 21.15 | 114.16 | 684.97 |

WATER DAMAGTE TO SHEATHING DUE TO PROLONGED EXPOSURE CAUSING DETERIORATION AND WEAKNESS TO SHEATHING EVEN AFTER DRYING.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 68. Vapor barrier - 15# felt | 185.07 SF | | 0.00 | 0.22 | 0.83 | 8.30 | 49.85 |
| 69. R&R Oak flooring - #1 common - no finish | 185.07 SF | | 2.36 | 8.47 | 98.44 | 420.54 | 2,523.29 |
| 70. Sand, stain, and finish wood floor | 185.07 SF | | 0.00 | 3.78 | 17.16 | 143.36 | 860.08 |
| 71. Add for dustless floor sanding | 185.07 SF | | 0.00 | 1.01 | 0.00 | 37.38 | 224.30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Bedroom A | | | | | 164.63 | 1,128.16 | 6,768.76 |



**Bathroom**                                                                                   **Height: 8'**

| 224.00 SF Walls | 43.56 SF Ceiling |
|---|---|
| 267.56 SF Walls & Ceiling | 29.56 SF Floor |
| 3.28 SY Flooring | 28.00 LF Floor Perimeter |
| 28.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| WALLS | | | | | | | |
| 72. Texture drywall - smooth / skim coat | 224.00 SF | | 0.00 | 1.65 | 2.22 | 74.36 | 446.18 |
| 73. Paint the walls - two coats | 224.00 SF | | 0.00 | 0.98 | 5.04 | 44.90 | 269.46 |
| 74. R&R Baseboard - 3 1/4" | 28.00 LF | | 0.46 | 3.95 | 3.93 | 25.48 | 152.89 |
| 75. Paint baseboard - two coats | 28.00 LF | | 0.00 | 1.46 | 0.35 | 8.26 | 49.49 |

## CONTINUED - Bathroom

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 76. R&R Vanity | 3.00 LF | | 7.55 | 221.71 | 46.85 | 146.94 | 881.57 |
| 77. Vanity top - Detach & reset | 3.00 LF | | 0.00 | 52.49 | 0.05 | 31.52 | 189.04 |
| 78. Seal & paint vanity - inside and out | 3.00 LF | | 0.00 | 38.15 | 1.44 | 23.18 | 139.07 |
| 79. Detach & Reset Mirror - 1/4" plate glass | 15.00 SF | 5.71 | 0.00 | 0.00 | 0.00 | 17.14 | 102.79 |
| 80. Detach & Reset Towel bar | 1.00 EA | 15.64 | 0.00 | 0.00 | 0.00 | 3.12 | 18.76 |
| 81. R&R Interior door unit | 1.00 EA | | 18.88 | 281.46 | 18.91 | 63.86 | 383.11 |
| 82. Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 37.67 | 1.46 | 15.36 | 92.16 |
| 83. Paint door or window opening - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| 84. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| 85. Detach & Reset Door knob - interior | 1.00 EA | 21.24 | 0.00 | 0.00 | 0.00 | 4.24 | 25.48 |
| FLOOR | | | | | | | |
| 86. Toilet - Detach & reset | 1.00 EA | | 0.00 | 271.75 | 0.67 | 54.50 | 326.92 |
| 87. R&R Sheathing - OSB - 1/2" | 56.21 SF | | 0.56 | 2.41 | 6.43 | 34.68 | 208.06 |

OLD MORTAR BED CANNOT BE REMOVED TO CREATE A SMOOTH SURFACE FOR INSTALLATION OF NEW TILE WITHOUT DAMAGING EXISTING SHEATHING.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 88. Mortar bed for tile floors | 56.21 SF | | 0.00 | 4.95 | 10.02 | 57.64 | 345.90 |
| 89. Tile floor covering - per specs from ind. tile analysis | 56.21 SF | | 0.00 | 11.17 | 2.93 | 126.16 | 756.96 |
| 90. Vinyl floor covering (sheet goods) | 12.00 SF | | 0.00 | 2.77 | 1.80 | 7.00 | 42.04 |

| | | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Bathroom | | | | | 103.86 | 763.90 | 4,583.28 |



| **Pantry** | | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|---|

| 86.67 SF Walls | 7.29 SF Ceiling |
|---|---|
| 93.96 SF Walls & Ceiling | 7.29 SF Floor |
| 0.81 SY Flooring | 10.83 LF Floor Perimeter |
| 10.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| WALLS | | | | | | | |
| 91. Texture drywall - smooth / skim coat | 86.67 SF | | 0.00 | 1.65 | 0.86 | 28.78 | 172.65 |
| 92. Paint the walls - two coats | 86.67 SF | | 0.00 | 0.98 | 1.95 | 17.38 | 104.27 |
| 93. R&R Baseboard - 3 1/4" | 10.83 LF | | 0.46 | 3.95 | 1.52 | 9.86 | 59.14 |

### CONTINUED - Pantry

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 94.  Paint baseboard - two coats | 10.83 LF | | 0.00 | 1.46 | 0.14 | 3.18 | 19.13 |
| 95.  R&R Interior door unit | 1.00 EA | | 18.88 | 281.46 | 18.91 | 63.86 | 383.11 |
| 96.  Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 37.67 | 1.46 | 15.36 | 92.16 |
| 97.  Paint door or window opening - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| 98.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| 99.  Detach & Reset Door knob - interior | 1.00 EA | 21.24 | 0.00 | 0.00 | 0.00 | 4.24 | 25.48 |
| 100.  Seal & paint closet shelving - single shelf | 1.00 EA | | 0.00 | 51.88 | 0.40 | 10.46 | 62.74 |
| FLOOR | | | | | | | |
| 101.  R&R Sheathing - OSB - 1/2" | 7.29 SF | | 0.56 | 2.41 | 0.83 | 4.50 | 26.98 |

OLD MORTAR BED CANNOT BE REMOVED TO CREATE A SMOOTH SURFACE FOR INSTALLATION OF NEW TILE WITHOUT DAMAGING EXISTING SHEATHING.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 102.  Mortar bed for tile floors | 7.29 SF | | 0.00 | 4.95 | 1.30 | 7.48 | 44.87 |
| 103.  Tile floor covering - per specs from ind. tile analysis | 7.29 SF | | 0.00 | 8.65 | 0.38 | 12.70 | 76.14 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Pantry | | | | | 29.51 | 203.36 | 1,220.07 |



**Closet**                                                                          **Height: 8'**

| 86.67 SF Walls | 7.13 SF Ceiling |
|---|---|
| 93.79 SF Walls & Ceiling | 7.13 SF Floor |
| 0.79 SY Flooring | 10.83 LF Floor Perimeter |
| 10.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| WALLS | | | | | | | |
| 104.  Texture drywall - smooth / skim coat | 86.67 SF | | 0.00 | 1.65 | 0.86 | 28.78 | 172.65 |
| 105.  Paint the walls - two coats | 86.67 SF | | 0.00 | 0.98 | 1.95 | 17.38 | 104.27 |
| 106.  R&R Baseboard - 3 1/4" | 10.83 LF | | 0.46 | 3.95 | 1.52 | 9.86 | 59.14 |
| 107.  Paint baseboard - two coats | 10.83 LF | | 0.00 | 1.46 | 0.14 | 3.18 | 19.13 |
| 108.  R&R Interior door unit | 1.00 EA | | 18.88 | 281.46 | 18.91 | 63.86 | 383.11 |
| 109.  Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 37.67 | 1.46 | 15.36 | 92.16 |
| 110.  Paint door or window opening - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |

## CONTINUED - Closet

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 111.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| 112.  Detach & Reset Door knob - interior | 1.00 EA | 21.24 | 0.00 | 0.00 | 0.00 | 4.24 | 25.48 |
| 113.  Seal & paint closet shelving - single shelf | 1.00 EA | | 0.00 | 51.88 | 0.40 | 10.46 | 62.74 |
| FLOOR | | | | | | | |
| 114.  Carpet pad | 7.13 SF | | 0.00 | 0.61 | 0.33 | 0.94 | 5.62 |
| 115.  Carpet | 7.13 SF | | 0.00 | 2.87 | 1.39 | 4.38 | 26.23 |

Totals:  Closet          28.72     184.00     1,103.93



**Living Room**                **Height: 8'**

| | |
|---|---|
| 505.33  SF Walls | 288.03  SF Ceiling |
| 793.36  SF Walls & Ceiling | 288.03  SF Floor |
| 32.00  SY Flooring | 62.67  LF Floor Perimeter |
| 65.67  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 8'** | **Opens into STAIRS** |
| **Missing Wall** | **3' 2" X 8'** | **Opens into HALLWAY** |



**Subroom:  Room10 (1)**                **Height: 8'**

| | |
|---|---|
| 190.67  SF Walls | 38.65  SF Ceiling |
| 229.31  SF Walls & Ceiling | 38.65  SF Floor |
| 4.29  SY Flooring | 23.33  LF Floor Perimeter |
| 26.33  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **3' X 6' 8"** | **Opens into LIVING_ROOM** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 116.  Content Manipulation charge - per hour | 4.00 HR | | 0.00 | 39.43 | 0.00 | 31.54 | 189.26 |
| TWO WORKERS 2 HOURS EACH TO REMOVE AND RESET CONTENTS | | | | | | | |
| WALLS | | | | | | | |
| 117.  R&R Casing - 5" - hardwood | 19.00 LF | | 0.51 | 6.52 | 8.48 | 28.42 | 170.47 |
| 118.  Paint casing - oversized - two coats | 19.00 LF | | 0.00 | 1.56 | 0.36 | 6.00 | 36.00 |
| ROOM ENTRY OPENING | | | | | | | |
| 119.  Texture drywall - smooth / skim coat | 696.00 SF | | 0.00 | 1.65 | 6.89 | 231.06 | 1,386.35 |

## CONTINUED - Living Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 120. Paint the walls - two coats | 696.00 SF | | 0.00 | 0.98 | 15.66 | 139.56 | 837.30 |
| 121. R&R Baseboard - 3 1/4" | 86.00 LF | | 0.46 | 3.95 | 12.07 | 78.28 | 469.61 |
| 122. Paint baseboard - two coats | 86.00 LF | | 0.00 | 1.46 | 1.08 | 25.34 | 151.98 |
| 123. R&R Quarter round - 3/4" | 86.00 LF | | 0.17 | 1.78 | 5.50 | 34.64 | 207.84 |
| 124. Seal & paint base shoe or quarter round | 86.00 LF | | 0.00 | 0.80 | 0.85 | 13.94 | 83.59 |
| 125. Seal & paint trim - two coats | 96.00 LF | | 0.00 | 1.44 | 1.04 | 27.84 | 167.12 |
| REMAINING TRIM IN ROOM TO MATCH REASONABLE APPEARANCE | | | | | | | |
| FLOOR | | | | | | | |
| 126. R&R Sheathing - OSB - 1/2" | 405.19 SF | | 0.56 | 2.41 | 46.31 | 249.94 | 1,499.67 |
| WATER DAMAGTE TO SHEATHING DUE TO PROLONGED EXPOSURE CAUSING DETERIORATION AND WEAKNESS TO SHEATHING EVEN AFTER DRYING. | | | | | | | |
| 127. Vapor barrier - 15# felt | 405.19 SF | | 0.00 | 0.22 | 1.82 | 18.18 | 109.14 |
| 128. R&R Oak flooring - #1 common - no finish | 405.19 SF | | 2.36 | 8.47 | 215.52 | 920.76 | 5,524.49 |
| 129. Sand, stain, and finish wood floor | 405.19 SF | | 0.00 | 3.78 | 37.56 | 313.84 | 1,883.02 |
| 130. Add for dustless floor sanding | 405.19 SF | | 0.00 | 1.01 | 0.00 | 81.84 | 491.08 |

Totals: Living Room      353.14    2,201.18    13,206.92

---

**Stairs**            **Height: 15' 6"**

247.96 SF Walls          31.00 SF Ceiling
278.96 SF Walls & Ceiling          54.86 SF Floor
6.10 SY Flooring          24.82 LF Floor Perimeter
21.00 LF Ceil. Perimeter

| Missing Wall | 3' X 15' 5 15/16" | Opens into LIVING_ROOM |
|---|---|---|
| Missing Wall | 3' X 15' 5 15/16" | Opens into Exterior |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| WALLS | | | | | | | |
| 131. Texture drywall - smooth / skim coat | 247.96 SF | | 0.00 | 1.65 | 2.46 | 82.32 | 493.91 |
| 132. Paint the walls - two coats | 247.96 SF | | 0.00 | 0.98 | 5.58 | 49.72 | 298.30 |
| 133. Paint baseboard - two coats | 24.82 LF | | 0.00 | 1.46 | 0.31 | 7.30 | 43.85 |
| FLOOR | | | | | | | |
| 134. Clean and deodorize carpet | 54.86 SF | | 0.00 | 0.50 | 0.05 | 5.50 | 32.98 |

Totals: Stairs      8.40    144.84    869.04

| Total: Main Level | | | | | 1,632.58 | 9,683.76 | 58,101.77 |

**Basement**



**Storage**                                                                                              **Height: 8'**

| | | |
|---|---|---|
| 580.00 SF Walls | | 318.22 SF Ceiling |
| 898.22 SF Walls & Ceiling | | 318.22 SF Floor |
| 35.36 SY Flooring | | 72.50 LF Floor Perimeter |
| 72.50 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 135. Content Manipulation charge - per hour | 12.00 HR | | 0.00 | 39.43 | 0.00 | 94.64 | 567.80 |
| TWO WORKERS 3 HOURS EACH TO REMOVE AND RESET CONTENTS | | | | | | | |
| CEILING | | | | | | | |
| 136. R&R 1/2" drywall - hung, taped, floated, ready for paint | 318.22 SF | | 0.41 | 2.83 | 17.18 | 209.66 | 1,257.87 |
| 137. Acoustic ceiling (popcorn) texture | 318.22 SF | | 0.00 | 1.22 | 1.72 | 77.98 | 467.93 |
| 138. Seal & paint acoustic ceiling (popcorn) texture | 318.22 SF | | 0.00 | 1.25 | 9.45 | 81.46 | 488.69 |
| WALLS | | | | | | | |
| 139. R&R 1/2" drywall - hung, taped, floated, ready for paint | 580.00 SF | | 0.41 | 2.83 | 31.32 | 382.10 | 2,292.62 |
| 140. Texture drywall - smooth / skim coat | 580.00 SF | | 0.00 | 1.65 | 5.74 | 192.54 | 1,155.28 |
| 141. Seal/prime then paint the walls (2 coats) | 580.00 SF | | 0.00 | 0.96 | 9.92 | 113.34 | 680.06 |
| 142. R&R Baseboard - 3 1/4" | 72.50 LF | | 0.46 | 3.95 | 10.18 | 66.00 | 395.91 |
| 143. Paint baseboard - two coats | 72.50 LF | | 0.00 | 1.46 | 0.91 | 21.36 | 128.12 |
| 144. R&R Interior door unit | 1.00 EA | | 18.88 | 281.46 | 18.91 | 63.86 | 383.11 |
| 145. Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 37.67 | 1.46 | 15.36 | 92.16 |
| 146. Paint door or window opening - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| 147. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| 148. Detach & Reset Door knob - interior | 1.00 EA | 21.24 | 0.00 | 0.00 | 0.00 | 4.24 | 25.48 |
| FLOOR | | | | | | | |
| 149. Clean floor - Heavy | 318.22 SF | | 0.00 | 0.66 | 0.29 | 42.06 | 252.38 |

| Totals: Storage | | | | | 108.84 | 1,390.16 | 8,340.81 |

KIMBERLYDAWN                                                                    7/1/2022          Page: 11



**Bedroom**                                                                                                           **Height: 8'**

| | | |
|---|---|---|
| 516.00 SF Walls | | 258.56 SF Ceiling |
| 774.56 SF Walls & Ceiling | | 258.56 SF Floor |
| 28.73 SY Flooring | | 64.50 LF Floor Perimeter |
| 64.50 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 150. Content Manipulation charge - per hour | 12.00 HR | | 0.00 | 39.43 | 0.00 | 94.64 | 567.80 |
| TWO WORKERS 3 HOURS EACH TO REMOVE AND RESET CONTENTS | | | | | | | |
| CEILING | | | | | | | |
| 151. R&R 1/2" drywall - hung, taped, floated, ready for paint | 258.56 SF | | 0.41 | 2.83 | 13.96 | 170.34 | 1,022.03 |
| 152. Acoustic ceiling (popcorn) texture | 258.56 SF | | 0.00 | 1.22 | 1.40 | 63.36 | 380.20 |
| 153. Seal & paint acoustic ceiling (popcorn) texture | 258.56 SF | | 0.00 | 1.25 | 7.68 | 66.18 | 397.06 |
| 154. Ceiling fan - Detach & reset | 1.00 EA | | 0.00 | 228.71 | 0.00 | 45.74 | 274.45 |
| WALLS | | | | | | | |
| 155. Detach & Reset Window blind - PVC - 2" - 14.1 to 20 SF | 1.00 EA | 31.82 | 0.00 | 0.00 | 0.00 | 6.36 | 38.18 |
| 156. R&R 1/2" drywall - hung, taped, floated, ready for paint | 516.00 SF | | 0.41 | 2.83 | 27.86 | 339.96 | 2,039.66 |
| 157. Texture drywall - smooth / skim coat | 516.00 SF | | 0.00 | 1.65 | 5.11 | 171.30 | 1,027.81 |
| 158. Seal/prime then paint the walls (2 coats) | 516.00 SF | | 0.00 | 0.96 | 8.82 | 100.84 | 605.02 |
| 159. R&R Baseboard - 3 1/4" | 64.50 LF | | 0.46 | 3.95 | 9.06 | 58.72 | 352.23 |
| 160. Paint baseboard - two coats | 64.50 LF | | 0.00 | 1.46 | 0.81 | 19.00 | 113.98 |
| 161. R&R Interior door unit | 1.00 EA | | 18.88 | 281.46 | 18.91 | 63.86 | 383.11 |
| 162. Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 37.67 | 1.46 | 15.36 | 92.16 |
| 163. Paint door or window opening - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| 164. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 31.52 | 0.88 | 12.78 | 76.70 |
| 165. Detach & Reset Door knob - interior | 1.00 EA | 21.24 | 0.00 | 0.00 | 0.00 | 4.24 | 25.48 |
| FLOOR | | | | | | | |
| 166. R&R Carpet pad | 258.56 SF | | 0.12 | 0.61 | 11.87 | 40.12 | 240.74 |
| 167. R&R Carpet | 258.56 SF | | 0.27 | 2.87 | 50.50 | 172.48 | 1,034.86 |
| Totals: Bedroom | | | | | 159.20 | 1,458.06 | 8,748.17 |

| Total: Basement | | | | | 268.04 | 2,848.22 | 17,088.98 |

**Electrical/Mechanical**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 168. Rewire - average residence - copper wiring | 1,200.00 SF | | 0.00 | 4.50 | 66.96 | 1,093.40 | 6,560.36 |
| ALLOWANCE TO REWIRE DUE TO SOAKING OF WIRING, ELECTRICAL BOXES AND OUTLETS | | | | | | | |
| 169. Clean ductwork - Interior (PER REGISTER) | 12.00 EA | | 0.00 | 33.22 | 0.10 | 79.74 | 478.48 |
| ALLOWANCE TO CLEAN DUCTWORK DUE TO WATER AND DEBRIS INSIDE SYSTEM | | | | | | | |
| Totals: Electrical/Mechanical | | | | | 67.06 | 1,173.14 | 7,038.84 |

**Debris Removal**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 170. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | | 440.00 | 0.00 | 0.00 | 88.00 | 528.00 |
| Totals: Debris Removal | | | | | 0.00 | 88.00 | 528.00 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 171. Vinyl floor covering labor minimum | 1.00 EA | | 0.00 | 115.49 | 0.00 | 23.10 | 138.59 |
| 172. Window treatment repair | 1.00 EA | | 0.00 | 38.09 | 0.00 | 7.62 | 45.71 |
| 173. Tile / marble labor minimum | 1.00 EA | | 0.00 | 145.47 | 0.00 | 29.10 | 174.57 |
| 174. Mirror/shower door labor minimum | 1.00 EA | | 0.00 | 47.90 | 0.00 | 9.58 | 57.48 |
| 175. Finish hardware labor minimum | 1.00 EA | | 0.00 | 11.71 | 0.00 | 2.34 | 14.05 |
| Totals: Labor Minimums Applied | | | | | 0.00 | 71.74 | 430.40 |

| Line Item Totals: KIMBERLYDAWN | | | | | 1,967.68 | 13,864.86 | 83,187.99 |

## Grand Total Areas:

| | | |
|---|---|---|
| 4,147.96 SF Walls | 1,567.24 SF Ceiling | 5,715.19 SF Walls and Ceiling |
| 1,577.10 SF Floor | 175.23 SY Flooring | 508.99 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 525.17 LF Ceil. Perimeter |
| | | |
| 1,577.10 Floor Area | 1,688.43 Total Area | 3,900.00 Interior Wall Area |
| 2,337.00 Exterior Wall Area | 259.67 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

## Summary

| | |
|---|---:|
| Line Item Total | 67,355.45 |
| Material Sales Tax | 1,967.68 |
| **Subtotal** | 69,323.13 |
| Overhead | 6,932.43 |
| Profit | 6,932.43 |
| **Replacement Cost Value** | **$83,187.99** |
| **Net Claim** | **$83,187.99** |

Clifford N. Austin III, MBA, SCLA, CPCU

## Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Material Sales Tax (9%) | Storage Rental Tax (9%) | Local Food Tax (5%) |
|---|---|---|---|---|---|
| Line Items | 6,932.43 | 6,932.43 | 1,967.68 | 0.00 | 0.00 |
| Total | 6,932.43 | 6,932.43 | 1,967.68 | 0.00 | 0.00 |

## Recap by Room

**Estimate: KIMBERLYDAWN**

| Area: Main Level | | |
|---|---|---|
| Kitchen | 12,786.11 | 18.98% |
| Dining Room | 6,250.84 | 9.28% |
| Bedroom B | 5,310.18 | 7.88% |
| Bedroom A | 5,475.97 | 8.13% |
| Bathroom | 3,715.52 | 5.52% |
| Pantry | 987.20 | 1.47% |
| Closet | 891.21 | 1.32% |
| Living Room | 10,652.60 | 15.82% |
| Stairs | 715.80 | 1.06% |
| **Area Subtotal: Main Level** | **46,785.43** | **69.46%** |
| **Area: Basement** | | |
| Storage | 6,841.81 | 10.16% |
| Bedroom | 7,130.91 | 10.59% |
| **Area Subtotal: Basement** | **13,972.72** | **20.74%** |
| Electrical/Mechanical | 5,798.64 | 8.61% |
| Debris Removal | 440.00 | 0.65% |
| Labor Minimums Applied | 358.66 | 0.53% |
| **Subtotal of Areas** | **67,355.45** | **100.00%** |
| **Total** | **67,355.45** | **100.00%** |

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| APPLIANCES | 334.76 | 0.40% |
| CABINETRY | 7,166.56 | 8.61% |
| CLEANING | 636.10 | 0.76% |
| CONTENT MANIPULATION | 1,734.92 | 2.09% |
| GENERAL DEMOLITION | 4,864.20 | 5.85% |
| DOORS | 1,407.30 | 1.69% |
| DRYWALL | 12,568.21 | 15.11% |
| ELECTRICAL | 5,400.00 | 6.49% |
| FLOOR COVERING - CARPET | 924.60 | 1.11% |
| FLOOR COVERING - CERAMIC TILE | 3,580.91 | 4.30% |
| FLOOR COVERING - VINYL | 287.23 | 0.35% |
| FLOOR COVERING - WOOD | 12,946.18 | 15.56% |
| FINISH CARPENTRY / TRIMWORK | 2,463.80 | 2.96% |
| FINISH HARDWARE | 133.55 | 0.16% |
| FRAMING & ROUGH CARPENTRY | 2,852.68 | 3.43% |
| LIGHT FIXTURES | 228.71 | 0.27% |
| MARBLE - CULTURED OR NATURAL | 157.47 | 0.19% |
| MIRRORS & SHOWER DOORS | 133.55 | 0.16% |
| PLUMBING | 459.82 | 0.55% |
| PAINTING | 8,795.88 | 10.57% |
| TILE | 145.47 | 0.17% |
| WINDOW TREATMENT | 133.55 | 0.16% |
| O&P Items Subtotal | 67,355.45 | 80.97% |
| Material Sales Tax | 1,967.68 | 2.37% |
| Overhead | 6,932.43 | 8.33% |
| Profit | 6,932.43 | 8.33% |
| Total | 83,187.99 | 100.00% |

1   1-image19 (2)
    Date Taken: 4/26/2022



2   2-DSC_0463
    Date Taken: 6/12/2022



3   3-DSC_0464
Date Taken: 6/12/2022



4   4-DSC_0465
Date Taken: 6/12/2022



5   5-DSC_0466
     Date Taken: 6/12/2022



6   6-DSC_0467
     Date Taken: 6/12/2022



7   7-DSC_0468
    Date Taken: 6/12/2022



8   8-DSC_0469
    Date Taken: 6/12/2022



9   9-DSC_0470
     Date Taken: 6/12/2022



10   10-DSC_0471
      Date Taken: 6/12/2022



KIMBERLYDAWN

11   11-DSC_0472
     Date Taken: 6/12/2022



12   12-DSC_0473
     Date Taken: 6/12/2022



13   13-DSC_0474
     Date Taken: 6/12/2022



14   14-DSC_0475
     Date Taken: 6/12/2022



15  15-DSC_0476
    Date Taken: 6/12/2022



16  16-DSC_0477
    Date Taken: 6/12/2022



17   17-DSC_0480
     Date Taken: 6/12/2022



18   18-DSC_0481
     Date Taken: 6/12/2022



19   19-DSC_0482
     Date Taken: 6/12/2022



20   20-DSC_0483
     Date Taken: 6/12/2022



21   21-DSC_0484
     Date Taken: 6/12/2022



22   22-DSC_0485
     Date Taken: 6/12/2022



23   23-DSC_0486
     Date Taken: 6/12/2022



24   24-DSC_0488
     Date Taken: 6/12/2022



25   25-DSC_0489
     Date Taken: 6/12/2022



26   26-DSC_0490
     Date Taken: 6/12/2022



27  27-DSC_0491
    Date Taken: 6/12/2022



28  28-DSC_0492
    Date Taken: 6/12/2022



29   29-DSC_0493
     Date Taken: 6/12/2022



30   30-DSC_0494
     Date Taken: 6/12/2022



31   31-DSC_0495
     Date Taken: 6/12/2022



32   32-DSC_0496
     Date Taken: 6/12/2022



33   33-DSC_0497
     Date Taken: 6/12/2022



34   34-DSC_0498
     Date Taken: 6/12/2022



35   35-DSC_0499
     Date Taken: 6/12/2022



36   36-DSC_0500
     Date Taken: 6/12/2022



37   37-DSC_0502
     Date Taken: 6/12/2022



38   38-DSC_0503
     Date Taken: 6/12/2022



39   39-DSC_0506
     Date Taken: 6/12/2022



40   40-DSC_0507
     Date Taken: 6/12/2022



41    41-DSC_0509
       Date Taken: 6/12/2022



42    42-DSC_0510
       Date Taken: 6/12/2022



43   43-DSC_0511
     Date Taken: 6/12/2022



44   44-DSC_0512
     Date Taken: 6/12/2022



45   45-DSC_0513
     Date Taken: 6/12/2022



46   46-DSC_0514
     Date Taken: 6/12/2022



47  47-DSC_0515
    Date Taken: 6/12/2022



48  48-DSC_0516
    Date Taken: 6/12/2022



49   49-DSC_0517
     Date Taken: 6/12/2022



50   50-DSC_0518
     Date Taken: 6/12/2022



51  51-DSC_0519
Date Taken: 6/12/2022



52  52-DSC_0520
Date Taken: 6/12/2022



53   53-DSC_0521
     Date Taken: 6/12/2022



54   54-DSC_0522
     Date Taken: 6/12/2022



55   55-DSC_0523
     Date Taken: 6/12/2022



56   56-DSC_0524
     Date Taken: 6/12/2022



57   57-DSC_0525
     Date Taken: 6/12/2022



58   58-DSC_0526
     Date Taken: 6/12/2022



59   59-DSC_0527
     Date Taken: 6/12/2022



60   60-DSC_0528
     Date Taken: 6/12/2022



61   61-DSC_0529
     Date Taken: 6/12/2022



62   62-DSC_0530
     Date Taken: 6/12/2022



63   63-DSC_0531
     Date Taken: 6/12/2022



64   64-DSC_0532
     Date Taken: 6/12/2022



65   65-DSC_0533
     Date Taken: 6/12/2022



66   66-DSC_0534
     Date Taken: 6/12/2022



67   67-DSC_0535
     Date Taken: 6/12/2022



68   68-DSC_0536
     Date Taken: 6/12/2022



69   69-DSC_0537
     Date Taken: 6/12/2022



70   70-DSC_0538
     Date Taken: 6/12/2022



71   71-DSC_0539
     Date Taken: 6/12/2022



72   72-DSC_0540
     Date Taken: 6/12/2022



73  73-DSC_0541
    Date Taken: 6/12/2022



74  74-DSC_0542
    Date Taken: 6/12/2022



75   75-DSC_0543
     Date Taken: 6/12/2022



76   76-DSC_0544
     Date Taken: 6/12/2022



77   77-DSC_0545
     Date Taken: 6/12/2022



78   78-DSC_0546
     Date Taken: 6/12/2022



79   79-DSC_0547
     Date Taken: 6/12/2022



80   80-DSC_0548
     Date Taken: 6/12/2022



81   81-DSC_0549
     Date Taken: 6/12/2022



82   82-DSC_0550
     Date Taken: 6/12/2022



83   83-DSC_0551
     Date Taken: 6/12/2022



84   84-DSC_0552
     Date Taken: 6/12/2022



85   85-DSC_0553
     Date Taken: 6/12/2022



86   86-DSC_0554
     Date Taken: 6/12/2022



87   87-DSC_0555
     Date Taken: 6/12/2022



88   88-DSC_0556
     Date Taken: 6/12/2022



89   89-DSC_0557
     Date Taken: 6/12/2022



90   90-DSC_0558
     Date Taken: 6/12/2022



91   91-DSC_0559
     Date Taken: 6/12/2022



92   92-DSC_0560
     Date Taken: 6/12/2022



93   93-DSC_0561
     Date Taken: 6/12/2022



94   94-image0 (6)
     Date Taken: 4/26/2022



95   95-image1 (4)
     Date Taken: 4/26/2022



96   96-image2 (4)
     Date Taken: 4/26/2022



97   97-image3 (4)
     Date Taken: 4/26/2022



98   98-image4 (4)
     Date Taken: 4/26/2022



99   99-image5 (3)
      Date Taken: 4/26/2022



100   100-image6 (3)
       Date Taken: 4/26/2022



101  101-image7 (3)
     Date Taken: 4/26/2022



102  102-image8 (4)
     Date Taken: 4/26/2022



103  103-image9 (3)
     Date Taken: 4/26/2022



104  104-image10 (2)
     Date Taken: 4/26/2022



105  105-image11 (3)
     Date Taken: 4/26/2022



106  106-image12 (3)
     Date Taken: 4/26/2022



107  107-image13 (1)
     Date Taken: 4/26/2022



108  108-image14 (1)
     Date Taken: 4/26/2022



109  109-image15 (1)
    Date Taken: 4/26/2022



110  110-image16 (1)
    Date Taken: 4/26/2022



111  111-image17 (1)
      Date Taken: 4/26/2022



112  112-image18 (1)
      Date Taken: 4/26/2022







Main Level

Basement



Bedroom

Storage

15' 5"

15' 5"

14' 11"

14' 11"

18'

17' 4"

17' 6"

21' 4"

22'

15' 3"

4'

3' 10"

15' 7"



N

Basement

KIMBERLYDAWN

7/1/2022          Page: 76

# EXHIBIT 2



**HUGGINS** LAW FIRM

**Michael D. Turner, Esq.**
110 Norcross Street
Roswell, GA 30075
mdturner@lawhuggins.com
(770) 913-6229

August 31, 2022

State Farm Fire and Casualty Company
P.O. Box 88049
Atlanta, GA 30356

**Sent Via email:**
statefarmfireclaims@statefarm.com

Re:    Named Insured(s):    Craig Fritz and Kimberly Fritz
       Policy Number:       11E8J9038
       Claim Number:        1131P154F
       Date of Loss:        March 15, 2022

To Whom it May Concern:

I have been retained by Craig Fritz and Kimberly Fritz ("Your Insured") to represent them regarding the above referenced property insurance claim. All further communication regarding this claim should be directed to my office.

Please also accept this letter as a formal demand for a **certified copy of the relevant insurance policy, to include the original policy, any renewals, and any endorsements.** We also request a copy of any and all repair estimates drafted to date, **as well as a payment sheet or payment log detailing all insurance proceeds issued to date for this claim.**

My client has complied with all conditions contained in the insurance policy. My client is at a loss as to why State Farm Fire and Casualty Company ("State Farm") has not afforded the proper coverage under the applicable policy. This lack of good faith has forced Your Insured to retain my legal services in order to fairly settle their claim. It is our belief that State Farm has violated the Unfair Claims Settlement Practice Act pursuant to O.C.G.A. § 33-6-34 and has breached the insurance policy.

Bad faith claims handling triggers additional liability on your part under O.C.G.A. § 33-4-6 that includes the amount of the claim, plus a penalty of an additional fifty percent (50%) of the value of the claim and reasonable attorneys' fees and costs.

Therefore, per the enclosed spreadsheets of damages to Your Insured's property, we are hereby making formal demand that you settle the above claim for the sum of **$83,187.99, less previous payments and the applicable deductible.** The invoice & estimate of damages is attached for your review. This demand is being made pursuant to O.C.G.A. § 33-4-6, and you have sixty (60) days in which to make payment on this claim or be subject to a lawsuit containing a claim for breach of contract and bad faith seeking all compensation allowed by law, including attorneys' fees and a penalty of fifty percent (50%) of the loss amount.

To: State Farm Fire and Casualty Company
Client: Craig Fritz and Kimberly Fritz
August 31, 2022
Page **2** of **2**

      This letter constitutes a "proper demand" for payment under O.C.G.A. § 33-4-6. If you contend that a proper demand has not been made, you must immediately notify us of the reasons for such allegation. Otherwise, it will be assumed you agree this letter constitutes a proper demand.

      The purpose of this correspondence is to encourage State Farm to resolve Your Insured's claim in a fair and equitable manner in hopes of avoiding litigation. If you fail to respond to this letter with an offer of settlement that is acceptable to Your Insured, we will have no alternative other than recommending to Your Insured that a lawsuit be filed against you.

      Payment must be received in my office within sixty (60) days of your receipt of this letter in order to avoid a suit for bad faith penalties and attorney's fees. Any check issued should list Huggins Law Firm, LLC as sole payee. Any objection to these payment terms shall be submitted in writing to Huggins Law Firm, LLC within 10 days of receipt of this letter.

      I look forward to working with you to resolve this matter quickly and amicably. Please feel free to contact me should you have any questions regarding this formal 60-day demand. Should you have any questions or concerns, please reach out to me at mdturner@lawhuggins.com or by phone at (770) 913-6229.

Sincerely,

Michael D. Turner, Esq.
Attorney at Law

MDT/aak
Encl.