# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CRAIG FRITZ and <br> KIMBERLY FRITZ, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND <br> CASUALTY COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) FILE NO. _____ <br> ) [On removal from the Superior <br> ) Court of Gwinnett County, <br> ) Georgia, Civil Action <br> ) File No. 23-A-01895-1] <br> ) <br> ) |

## CERTIFICATE OF REMOVAL

I hereby certify that that I am counsel for Defendant State Farm Fire and Casualty Company in the above-styled proceeding and this day have filed a copy of the "Notice of Removal," including "Notice of Filing Removal," in the Superior Court of Gwinnett County, Georgia, the Court from which said action was removed.

[Signature on next page]

- 1 -

Respectfully submitted this 13th day of April, 2023.

          **SWIFT, CURRIE, McGHEE & HIERS, LLP**

          */s/ Mark T. Dietrichs*
          Mark T. Dietrichs
          Georgia State Bar No. 221722
          Kyle A. Ference
          Georgia State Bar No. 683043
          ***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
Mark.Dietrichs@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

## LOCAL RULE 5.1C CERTIFICATION

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 13th day of April, 2023.

                                        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                        */s/ Mark T. Dietrichs*
                                        Mark T. Dietrichs
                                        Georgia State Bar No. 221722
                                        Kyle A. Ference
                                        Georgia State Bar No. 683043
                                        ***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
Mark.Dietrichs@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This is to certify that this day I have electronically filed ***Defendant State Farm Fire and Casualty Company's Certificate of Removal*** with the Clerk of Court by e-filing same using the CM/ECF System, which will automatically send e-mail notification of said filing to the following attorneys of record:

J. Remington Huggins, Esq.
Michael D. Turner, Esq.
THE HUGGINS LAW FIRM, LLC
110 Norcross Street
Roswell, GA 30075
remington@lawhuggins.com
mdturner@lawhuggins.com
*Attorney for Plaintiffs*

This 13th day of April, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Mark T. Dietrichs*
Mark T. Dietrichs
Georgia State Bar No. 221722
Kyle A. Ference
Georgia State Bar No. 683043
***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
Mark.Dietrichs@swiftcurrie.com
Kyle.Ference@swiftcurrie.com