ID# E-KY3ZUPN4-LMD
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-10**

JAN 03, 2023 10:36 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  23-A-10

$198.00 COST PAID

Blount, Ba'Aisha

---

**PLAINTIFF**

VS.

Schneider National Carriers, Inc. , DBA c/o
The Corporation Company (FL)
Sedlemeyer, Michael Frederick

---

**DEFENDANTS**

**SUMMONS**

TO: SCHNEIDER NATIONAL CARRIERS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Corey A. Aitken
> Morgan & Morgan, P.A.
> 178 South Main Street
> Suite 300
> Alpharetta, Georgia 30009

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 3rd day of January, 2023.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



ID# E-KY3ZUPN4-BSK
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-10**

JAN 03, 2023 10:36 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER   23-A-10

$198.00 COST PAID

Blount, Ba'Aisha

**PLAINTIFF**

VS.

Schneider National Carriers, Inc. , DBA c/o
The Corporation Company (FL)
Sedlemeyer, Michael Frederick

**DEFENDANTS**

## SUMMONS

TO: SEDLEMEYER, MICHAEL FREDERICK

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Corey A. Aitken**
> **Morgan & Morgan, P.A.**
> **178 South Main Street**
> **Suite 300**
> **Alpharetta, Georgia 30009**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 3rd day of January, 2023.**

Clerk of State Court



*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



ID# E-KY3ZUPN4-MJK
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-10**

JAN 03, 2023 10:36 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# Exhibit A

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| BA'AISHA BLOUNT,<br><br>**Plaintiff,**<br><br>v.<br><br>MICHAEL FREDERICK SEDLEMEYER<br>AND SCHNEIDER NATIONAL<br>CARRIERS, INC.,<br><br>**Defendants.** | CIVIL ACTION FILE NO. |

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW, Plaintiff BA'AISHA BLOUNT, and states her *Complaint* against Defendants MICHAEL FREDERICK SEDLEMEYER (hereinafter "Defendant Sedlemeyer") and SCHNEIDER NATIONAL CARRIERS, INC. (hereinafter "Defendant Schneider") as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff is a resident of the State of Georgia.

2.

Defendant Sedlemeyer is a citizen and resident of the State of Oklahoma, whose last known residence is 3228 S. 128th East Avenue, Tulsa, Oklahoma 74146-2342. Defendant Sedlemeyer is subject to the jurisdiction of this Court and may be served by personal service of the *Summons* and *Complaint* at that address or wherever he may be found.

3.

Defendant Schneider is the owner of the vehicle driven by Defendant Sedlemeyer and is a Foreign Profit Corporation with a principal office located at 3101 S. Packerland Drive, Green Bay,



WI 54313, which is authorized to do and doing business within the State Georgia. The Registered Agent is The Corporation Company (FL) and may be served at 106 Colony Park Drive, Suite 800-B, Cumming, GA 30040.

4.

Venue is proper in Cobb County, Georgia.

## COUNT I – NEGLIGENCE OF DEFENDANT SEDLEMEYER

5.

Plaintiff re-alleges and incorporates herein by reference Paragraphs 1 through 4 above as if the same were restated herein.

6.

On October 27, 2022, Plaintiff was driving a 2018 Toyota Camry in a prudent and careful manner, traveling south in the fourth lane on Interstate 75, in Cobb County, Georgia.

7.

At or about that same time, Defendant Sedlemeyer was driving a 2002 Freight TT also traveling south in the third lane on Interstate 75 South, in Cobb County, Georgia. Due to Defendant's negligent and reckless actions, Defendant improperly changed lanes and collided into the driver's side of Plaintiff's vehicle.

8.

At all relevant times, Defendant Sedlemeyer owed certain civil duties to Plaintiff, and, notwithstanding those duties, Defendant Sedlemeyer violated those duties as follows:

   a.   In failing to make reasonable and proper observations while driving or, if reasonable and proper observations were made, failing to act thereon;

   b.   In failing to signal when changing lanes in violation of O.C.G.A. § 40-6-123;

   c.   In failing to maintain his lane in violation of O.C.G.A. § 40-6-48;

d. In failing to observe or undertake the necessary precautions to keep the vehicle from colliding with the Plaintiff's vehicle in violation of O.C.G.A. § 40-6-390;

e. In driving the vehicle without due caution and circumspection and in a manner so as to endanger the person and/or property of others in the immediate vicinity in violation of O.C.G.A. § 40-6-241; and

f. In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

9.

Defendant Sedlemeyer's violations of the aforementioned statutory duties of care constitute negligence and negligence *per se*.

10.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant Sedlemeyer, Plaintiff suffered substantial injuries and damages including medical and other necessary expenses, mental and physical pain and suffering due to the injuries to her body, personal inconvenience, plus an inability to lead a normal life. As a result of the subject collision, to date, Plaintiff has incurred past medical expenses in the amount of $11,138.03 and will incur future medical expenses and lost wages, which is continuing and is subject to being supplemented prior to trial.

### COUNT II –RESPONDEAT SUPERIOR AGAINST SCHNEIDER NATIONAL CARRIERS, INC.

11.

Plaintiff re-alleges and incorporates herein by reference Paragraphs 1 through 10 above as if the same were restated herein.

12.

Defendant Sedlemeyer's operation of Defendant Schneider's vehicle was warranted under the express authority granted him by virtue of his agent and/or employment relationship with Defendant Schneider.

13.

When Defendant Sedlemeyer committed the negligent acts described above, he was acting under the direction and control of Defendant Schneider and was acting within the course and scope of his employment in furtherance of Defendant Schneider.

14.

The negligent acts committed by Defendant Sedlemeyer were within the course and scope of Defendant Sedlemeyer's employment and for the purpose of accomplishing the business authorized by Defendant Schneider.

15.

Defendant Schneider is therefore liable to the Plaintiff under the theory of *Respondeat Superior,* for the negligent acts and omissions of their agent and/or employee, Defendant Sedlemeyer, as such acts were committed in the course and scope of this agency and/or employment of Defendant Schneider and proximately caused the Plaintiff's injuries.

16.

Defendant Schneider is therefore liable to the Plaintiff for special and general damages in an amount to be proven at trial.

**PRAYER OF RELIEF**

WHEREFORE, Plaintiff respectfully prays and demands as follows:

(a) That Process and *Summons* issue, as provided by law, requiring Defendants to appear

and answer Plaintiff's *Complaint*;

(b) That service be had upon Defendants as provided by law;

(c) That Plaintiff have and recover general damages form such Defendants, as the jury deems are liable to Plaintiff, and in such an amount as the jury deems just and appropriate to fully and completely compensate Plaintiff for all of her injuries and pain and suffering, mental, physical and emotional, past, present, and future;

(d) That Plaintiff have and recover from Defendants, special damages for past and future medical expenses and lost wages in such an amount as shall be proven at trial;

(e) That this matter be tried before a jury;

(f) That all costs be cast against the Defendants; and

(g) For such other and further relief as this Court deems just and appropriate.

This 22nd day of December, 2022.

                              **MORGAN & MORGAN ATLANTA PLLC**

                              */s/ Corey A. Aitken*
                              COREY A. AITKEN
                              Georgia Bar No.: 404416
                              Attorney for Plaintiff

178 South Main Street, Unit 300
Alpharetta, Georgia 30009
P: 770-576-7617
F: 770-576-7667
E: caitken@forthepeople.com