ID# E-E2G3GV4U-JAT
⬡ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-10**

**FEB 03, 2023 09:36 AM**

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# Exhibit B

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BA'AISHA BLOUNT, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NUMBER  23-A-10 |
| MICHAEL FREDERICK SEDLEMEYER AND SCHNEIDER NATIONAL CARRIERS, INC., | **JURY OF 12 DEMANDED.** |
| Defendants. | |

## DEFENDANTS' ANSWER

Defendants Michael Frederick Sedlemeyer (Sedlemeyer) and Schneider National Carriers, Inc. (SNC) (sometimes collectively referred to as Defendants) answer the Complaint and Demand for Jury Trial (Complaint) as follows:

## FIRST DEFENSE

Defendants raise comparative negligence.

## SECOND DEFENSE

Without waiving the above-enumerated defenses, Defendants respond to the numbered paragraphs as follows:

## PARTIES AND JURISDICTION

1.

Defendants admit the allegations in paragraph 1.

2.

Defendants admit Sedlemeyer is a citizen and resident of the State of Oklahoma and can be served with process by delivering a copy of the Summons and Complaint as provided by law but deny the remaining allegations.



3.

SNC admits it is a foreign for-profit corporation organized and existing according to the laws of the State of Nevada, is authorized to transact business in the State of Georgia, with its principal place of business at 3101 S. Packerland Dr., Green Bay, Wisconsin 54313, and can be served with process by delivery a copy of the Summons and Complaint to its registered agent at the address alleged. Defendants deny any remaining allegations in paragraph 3.

4.

Defendants admit the allegations in paragraph 4.

## COUNT I – NEGLIGENCE OF DEFENDANT SEDLEMEYER

5.

Defendants incorporate by reference herein their responses paragraphs 1 to 4 of the Complaint.

6.

Defendants admit Plaintiff was a driving a 2018 Toyota Camry traveling south in the fifth lane from left on Interstate 75 in Cobb County, Georgia on October 27, 2022. Defendants deny the remaining allegations in paragraph 6.

7.

Defendants admit Sedlemeyer was driving a tractor-trailer traveling south in the third lane on Interstate 75 in Cobb County, Georgia when Sedlemeyer and Plaintiff moved into the fourth lane and minor contact happened there between the Camry and the tractor-trailer but deny the remaining allegations in paragraph 7.

8.

Defendants admit Sedlemeyer and Plaintiff have duties, like all motorists, to exercise

ordinary care, but deny the remaining allegations in paragraph 8.

9.

Defendants deny the allegations in paragraph 9.

10.

Defendants deny the allegations in paragraph 10.

## <u>COUNT II – RESPONDEAT SUPERIOR AGAINST SCHNEIDER NATIONAL CARRIERS, INC.</u>

11.

Defendants incorporate by reference herein their responses paragraphs 1 to 10 of the Complaint.

12.

Defendants admit Sedlemeyer was operating the tractor-trailer in the course and scope of his employment with SNC. Defendants deny the remaining allegations in paragraph 12.

13.

Defendants admit Sedlemeyer was operating the tractor-trailer in the course and scope of his employment with SNC. Defendants deny the remaining allegations in paragraph 13.

14.

Defendants admit Sedlemeyer was operating the tractor-trailer in the course and scope of his employment with SNC. Defendants deny the remaining allegations in paragraph 14.

15.

Defendants admit Sedlemeyer was operating the tractor-trailer in the course and scope of his employment with SNC. Defendants deny the remaining allegations in paragraph 15.

16.

Defendants admit Sedlemeyer was operating the tractor-trailer in the course and scope of

his employment with SNC. Defendants deny the remaining allegations in paragraph 16.

17.

Defendants deny all allegations in paragraphs 1 through 16 they did not specifically admit above.

WHEREFORE, having fully answered all allegations in paragraphs 1 to 16 of the Complaint, Defendants respectfully request all relief they are entitled to under the law.

**<u>JURY OF 12 DEMANDED.</u>**

DENNIS, CORRY, SMITH & DIXON, LLP

/s/ *John D. Dixon*
JOHN D. DIXON
Georgia bar number 223376

/s/ *William B. Pate*
WILLIAM B. PATE
Georgia bar number 793099
For the Firm
Attorneys for Defendants

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 364-4507
(404) 926-3671
Jdixon@dcplaw.com
Wpate@dcplaw.com
VWeiss@dcplaw.com

## <u>CERTIFICATE OF SERVICE</u>

I electronically filed **DEFENDANTS' ANSWER** with the Clerk of Court using the

PeachCourt eFiling system which will send notification of such filing to the following:

Corey Aitken, Esq.
Morgan & Morgan Atlanta, PLLC
178 S Main Street
Unit 300
Alpharetta, GA  30009

I served the document by United States mail in a properly-addressed envelope with

adequate postage thereon, to the following non-PeachCourt eFiling participants:  None.

This 3rd day of February, 2023.

/s/ *William B. Pate*
WILLIAM B. PATE
For the Firm

612-14618(JDD)