# STATE OF GEORGIA
## Secretary of State
### Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**Exhibit C**

ANNUAL REGISTRATION

*Electronically Filed*
Secretary of State
Filing Date: 3/23/2023 10:43:29 AM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | J910797 |
| **BUSINESS NAME** | SCHNEIDER NATIONAL CARRIERS, INC. |
| **BUSINESS TYPE** | Foreign Profit Corporation |
| **EFFECTIVE DATE** | 03/23/2023 |
| **ANNUAL REGISTRATION PERIOD** | 2023 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 3101 S. PACKERLAND DR., GREEN BAY, WI, 54313, USA |

## REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| The Corporation Company (FL) | 106 Colony Park Drive Ste 800-B, Cumming, GA, 30040, USA | Forsyth |

## OFFICERS INFORMATION

| NAME | TITLE | ADDRESS |
|---|---|---|
| James S. Filter | CEO | 3101 S. PACKERLAND DR., GREEN BAY, WI, 54313, USA |
| Jonathan G. Johnson | CFO | 3101 S Packerland Dr., Green Bay, WI, 54313, USA |
| Jonathan G. Johnson | SECRETARY | 3101 S Packerland Dr., Green Bay, WI, 54313, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Jonathan G. Johnson |
| **AUTHORIZER TITLE** | Officer |