# Exhibit D

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **BA'AISHA BLOUNT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL FREDERICK SEDLEMEYER AND SCHNEIDER NATIONAL CARRIERS, INC.,**<br><br>**Defendants** | **CIVIL ACTION FILE NO.**<br><br>**23-A-10** |

**PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S SCHNEIDER NATIONAL CARRIERS, INC.'S FIRST REQUEST FOR ADMISSIONS**

**GENERAL OBJECTIONS AND QUALIFICATIONS**

1.

Plaintiff objects to each and every Admission to the extent that answering it at the present time calls for opinions or contentions that relate to facts or the application of law to fact. Plaintiff shows that she has not been able to take depositions in this action or otherwise complete her investigation of the same, and, therefore, any response to Defendant's Schneider National Carriers, Inc.'s First Request for Admissions for opinions or contentions that relate to facts or the application of law to fact at the present time would be premature. Accordingly, Plaintiff hereby moves the Court for an Order that any such "contention" Admission need not be answered until after the completion of discovery or some later time.

2.

Plaintiff objects to each and every Admission to the extent that it would require the Plaintiff to respond by disclosing her attorney's or any other of her representatives' mental impressions,

1

conclusions, opinions, computations, calculations, projections, reasons, legal theories, other work product or the like, on the ground that said Admission exceeds the permissible scope of discovery under the Georgia Civil Practice Act.

3.

Plaintiff objects to each and every Admission to the extent that it, whether standing alone, or taken in conjunction with any and all other Request, is calculated, or would operate, to annoy, embarrass, oppress, unduly burden, or unduly cause expense to the Plaintiff or would be unduly vexatious or unduly burdensome to respond to, on the grounds that said Admission exceeds the permissible scope of discovery under the Georgia Civil Practice Act (objection on the grounds of "undue burden").

4.

Plaintiff objects to each and every Admission to the extent that it requires the Plaintiff to respond by acquiring or supplying information which would be irrelevant to the subject matter or issues of this action, and not reasonably calculated to lead to the discovery of admissible evidence, on the grounds that said Admission exceeds the permissible scope of discovery under the Georgia Civil Practice Act (objection on the ground of "irrelevancy").

5.

Plaintiff objects to each and every Admission to the extent that it would require Plaintiff to respond by waiving her attorney client privilege, on the grounds that said Admission exceeds the permissible scope of discovery under the Georgia Civil Practice Act (objection on the ground of "privilege").

6.

Plaintiff objects to the preface to the Admissions propounded by Defendant Schneider National Carriers, Inc. and the definitions and instructions included therein to the extent that such preface or definitions impose or seek to impose requirements which are in excess of or inconsistent with the requirements of the Georgia Civil Practice Act.

7.

Without waiving or prejudicing her right to assert these general objections or any other objections which may be set forth herein, and in a good faith effort to provide the information available to the Plaintiff at this stage of the discovery and the investigative process in this litigation, the Plaintiff will provide responsive and non-objectionable information now available to her with regards to certain Admissions.

8.

Insofar as any of Defendant Schneider National Carriers, Inc.'s seeks information to which the foregoing General Objections apply, specification of or failure to note particular general objections is not a waiver of those or other general objections with respect to any Admission.

9.

Plaintiff specifically reserves the right to supplement, amend, add to, or delete any portion of these Responses based on information that may be developed during the course of discovery proceedings in this case.

**REQUEST FOR ADMISSIONS RESPONSES**

1.

Admit the amount in controversy in this lawsuit exceeds $75,000.00 exclusive of interest and costs.

**RESPONSE: Admit.**

2.

Admit you seek recovery of general and special damages in excess of $75,000.00 (exclusive of interest and costs) against any or all Defendants in this lawsuit.

**RESPONSE: Admit.**

3.

Admit you contend in this lawsuit that you incurred medical expenses exceeding $76,000.00 as a result of injuries you sustained as a result of the accident at issue in this lawsuit.

**RESPONSE: Plaintiff can neither admit nor deny this Request at this time.**

4.

Admit you will not stipulate that if a judgment in this lawsuit is entered against any or all Defendants in excess of $75,000.00 that you will not enforce any judgment in excess of $75,000.00.

**RESPONSE: Admit.**

This 30th day of March, 2023

                **MORGAN & MORGAN ATLANTA PLLC**

                By: */s/ Corey A. Aitken*
                  COREY A. AITKEN
                  Georgia Bar No.: 404416
                  *Attorney for Plaintiff*

178 South Main Street, Unit 300
Alpharetta, Georgia 30009
P: 770-576-7617
F: 770-576-7667
E: caitken@forthepeople.com

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BA'AISHA BLOUNT,<br><br>      **Plaintiff,**<br><br>v.<br><br>MICHAEL FREDERICK SEDLEMEYER AND SCHNEIDER NATIONAL CARRIERS, INC.,<br><br>      **Defendants.** | CIVIL ACTION FILE NO.<br><br>21-A-10 |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *Plaintiff's Responses to Defendant Schneider National Carrier's First Request for Admissions* with the Clerk of Court using *PeachCourt eFileGA* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

John D. Dixon<br>
William B. Pate<br>
DENNIS, CORRY, SMITH & DIXON, LLP<br>
900 Circle 75 Parkway, Suite 1400<br>
Atlanta, GA 30339<br>
Jdixon@dcplaw.com<br>
Wpate@dcplaw.com<br>
*Attorneys for Defendants*

This 30th day of March, 2023

                                                      **MORGAN & MORGAN ATLANTA PLLC**

                                                      By: */s/ Corey A. Aitken*
                                                         COREY A. AITKEN
                                                         Georgia Bar No.: 404416
                                                         *Attorney for Plaintiff*

178 South Main Street, Unit 300
Alpharetta, Georgia 30009
P: 770-576-7617
F: 770-576-7667
E: caitken@forthepeople.com

DocuSign Envelope ID: F57FD60E-19D5-427F-860F-A33C8BF95D87

# IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| BA'AISHA BLOUNT,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL FREDERICK SEDLEMEYER AND SCHNEIDER NATIONAL CARRIERS, INC.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>23-A-10 |

## VERIFICATION

**PERSONALLY APPEARED BEFORE** the undersigned attesting officer duly qualified to administer oaths, Ba'Aisha Blount, who, after being duly sworn, deposes and states on oath that my responses are true and correct to the best of my knowledge, information and belief.

This 12th day of April, 2023.

_____
Ba'Aisha Blount

Sworn to and subscribed before

This 12th day of April, 2023.

_____
NOTARY PUBLIC

My commission Expires: _____

[Notary Seal: LAKESHIA BRUNSON, NOTARY PUBLIC, COBB COUNTY, GEORGIA, MY COMM. EXPIRES 01/05/2027]