# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CASSANDRA HOPKINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) CASE NO. _____ |
| **MANDARICH LAW GROUP, LLP, and CACH, LLC** | ) ) ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANT MANDARICH LAW GROUP, LLP'S JOINDER AND CONSENT TO REMOVAL

Defendant Mandarich Law Group, LLP hereby joins in and consents to Defendant Cach, LLC's removal of Civil Action No. 23-C-01155-S1, from the State Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 12th day of April, 2023.

*s/ Nicole M. Strickler*
Nicole M. Strickler
MESSLER STRICKLER BURNETTE, LTD.
142 W Station Street
Barrington, IL 60010
nstrickler@messerstrickler.com
*Counsel for Defendant Mandarich Law Group, LLP*

50617488 v1