# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: April 14, 2023 |
| RE: 20-67143-pmb<br>Bankruptcy Case No. | Dan Bogdan<br>Debtor(s) |
| | Dan Bar Enasha<br>Appellant |
| | vs |
| | Neil C. Gordon, Chapter 7 Trustee,<br>Maria Camelia Bogdan<br>Appellees |

## S U B M I S S I O N   S H E E T

**Submitted on:**

☒ Notice of Appeal filed on 04/07/2023, effective 04/13/2023- Doc. No. 158
  File date of Order being appealed from 03/23/2023 - Doc. No. 148
☐ Supplemental Record to USDC Case No.
☐ Other: Click here to enter text.

**Contents of Record:**

☒ Documents 148,158,159,177, docket sheet
☐ Designated items of    ☐ Appellant(s)    ☐ Appellee
  Filing Fee Paid -  ☒ Yes   ☐ No

If previous and/or related appeal filed, list:

**23-cv-1556-vmc**
**23-cv-1558-vmc**

FROM:  M. Regina Thomas, Clerk of Court
       United States Bankruptcy Court

By: /s/_____
    Yahaira Lugo, Deputy Clerk