

**IT IS ORDERED as set forth below:**

Date: March 23, 2023

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-67143-PMB |
| | : | |
| DAN BOGDAN, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE BAISIER |
| | : | |
| NEIL C. GORDON, CHAPTER 7 TRUSTEE, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| DAN BOGDAN, | : | |
| | : | |
| Respondent. | : | |

### ORDER ON TRUSTEE'S NOTICE OF DEFAULT, REQUEST FOR SHOW-CAUSE HEARING, AND RENEWED MOTION FOR TURNOVER OF THE PROPERTY

On March 4, 2023, Neil C. Gordon, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Dan Bogdan ("**Debtor**") filed *Trustee's Notice of Default, Request for Show-Cause Hearing, and Renewed Motion for Turnover of the Property* [Doc. No.

137] ("**Trustee's Default Notice and Renewed Motion**"). On March 8, 2023, a *Show Cause Order and Notice of In-Person Hearing* [Doc. No. 138], was entered by the Court scheduling a hearing on the Trustee's Default Notice and Renewed Motion for March 20, 2023 (the "**Show Cause Hearing**").

On November 16, 2022, Trustee had filed *Trustee's Emergency Motion for an Order (A) Compelling Debtor to (I) Perform His Statutory Duties and (II) Turn Over Property of the Bankruptcy Estate and (B) Prohibiting Debtor from Removing Fixtures or Property of the Bankruptcy Estate* [Doc. No. 102] ("**Motion to Compel**"), seeking immediate turnover of certain real property known generally as 3172 Briarcliff Road, NE, Atlanta, DeKalb County, Georgia 30329 (the "**Property**") due to Debtor's continued failure and refusal to allow Trustee's duly appointed real estate broker to list or market the Property for sale, or for alternative relief.

On November 29, 2022, a hearing was held on the Motion to Compel. On December 2, 2022, the Court entered an Order [Doc. No. 116] on the Compel Motion (the "**Compel Order**"), granting the alternative relief. Pursuant to the Compel Order, Debtor was required to have the Property cleaned up by December 31, 2022, and provide weekly photos to show his progress in the cleanup of the Property. Debtor failed to comply with these terms of the Compel Order. Only one time (right after the Compel Hearing) did Debtor provide photos of his progress in cleaning up the Property, at which time, very little progress had been made. Since that time, no further reports or photos were ever sent to Trustee. The Property was not cleaned up by December 31, 2022, and remains in a condition that impairs its saleability. Debtor provided only an "inadequate" or "incomplete" set of keys to Trustee that did not together open any exterior door of the Property. Overall, Debtor has dragged his feet over time in order to delay or prevent the sale of the Property.

Trustee's Default Notice and Renewed Motion came before the Court for the Show Cause Hearing on March 20, 2023.  Present at the Show Cause Hearing were Neil C. Gordon ("**Mr. Gordon**") as Trustee and as counsel for Trustee, Robert D. Schwartz ("**Mr. Schwartz**"), as counsel for Maria Bogdan (Debtor's estranged wife), Maria Bodgan, Taylor Mansell, as counsel for Chapter 13 Trustee, Brian Shockley, as counsel for Debtor, and Debtor.  Based on the proffer by Mr. Gordon, the proffer of Mr. Schwartz, the testimony of Debtor (including his failure to credibly refute such proffers), and the record in this case, the Court finds, for the reasons set forth on the record at the Show Cause Hearing, that Debtor is in contempt of the Compel Order and that Trustee is entitled to the immediate turnover of the Property.  Based on the foregoing, good cause having been shown, it is hereby

ORDERED that Debtor is hereby found in contempt of the Compel Order and assessed a contempt sanction in the amount of $5,000.00 (the "**Contempt Sanction**"), subject to abatement as provided below.  It is further

ORDERED that Debtor must vacate the Property on or before April 16, 2023 (the "**Deadline**"), leaving the premises free of all personal property and in a clean, broom swept condition (collectively, the "**Property Condition**"). It is further

ORDERED, if Debtor both meets the Deadline and the Property Condition, the Contempt Sanction will be abated, and if Debtor fails to meet the Deadline, Debtor shall be sanctioned an additional $100.00 per each hold-over day through April 2023, and $250.00 per each hold-over day starting May 1, 2023. It is further

ORDERED, Debtor shall pay rent to Trustee for the month of April as follows:

(i) if Debtor has not both vacated the Property and satisfied the Property Condition by April 16, 2023, Debtor must pay a full month of rent to Trustee for April 2023, in the amount of $1,500.00 made payable to "Neil Gordon, Trustee (Bogdan)."

(ii) If Debtor has both vacated the Property and satisfied the Property Condition on or before April 16, 2023, Debtor shall only be required to pay partial April rent of $1,000.00.

(iii) If Debtor has both vacated the Property and satisfied the Property Condition on or before March 31, 2023, Debtor will not be required to pay any rent for April 2023.

It is further

ORDERED, if Debtor fails to satisfy the Property Condition by the time Trustee obtains possession of the Property, Debtor will be assessed Trustee's reasonable costs and expenses incurred for removing the personal property remaining in the Property and putting it in a broom clean condition as an additional sanction. It is further

ORDERED, Debtor shall promptly turn over to Trustee a full set of working keys that open each exterior door the Property. It is further

ORDERED, that after April 16, 2023, if Debtor has not vacated the Property, Trustee may submit a motion supported by an affidavit and with a proposed order to have the Court direct the United States Marshal by any means necessary to remove Debtor from the premises of the Property.

The Clerk's Office is hereby directed to serve a copy of this Order to parties on the attached distribution list.

**[END OF DOCUMENT]**

## DISTRIBUTION LIST

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Neil C. Gordon
Taylor English Duma LLP
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339

Brian Shockley
Clark & Washington, LLC
Bldg 3
3300 Northeast Expressway
Atlanta, GA 30341

Robert D. Schwartz
P O Box 160100
Atlanta, GA 30316-1002

Dan Bodgan
3172 Briarcliff Road
Atlanta, GA 30329

Maria Camelia Bogdan
102 Gettysburg Place
Atlanta, GA 30350

Maria Camelia Bogdan
10295 Rillridge Court
Alpharetta, GA 30022