UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:   )   Case No.: _____
         )
Dan Bar Enasha )
         )   Chapter: 7
_____ )

Debtor(s)

<u>Motion For Reconsideration of Order (Doc. #148)</u>
regarding the Move-Out by April 16, 2023 ... (Rule 8008).

Comes Now, Dan Bar Enasha (The Debtor), and prays that the Court will Reconsider Part of its Ruling, due to the following factors:

1) During the ruling (Doc. #148), the Judge (and Debtor) were unaware of the presence of Asbestos in the Leased Premise, --- even though the situation of Mold was discussed, prior to the Ruling.
※ The Remediation of Mold and Containment of Asbestos, requires an additional two weeks (14 days) in order to safely render the Space "Habitable"...

Wherfore, The Debtor prays that the Court will grant the Debtor the 14-day time-extension needed, to properly deal with the elimination of Mold, and Asbestos Containment, while Extending the Abatement Ordered to April 30, 2023, in order to avoid Financially Sanctioning the Debtor, for Acting Responsibly & Preventing Health Damages.

Dated: April 07, 2023     Signature: _____

Printed Name: Dan Bar Enasha

Address: 3172 Briarcliff Road NE
Atlanta, Ga. 30329-2603

Phone: (678) 898-2419

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: __Dan Bar Enasha__ )   Case No: __20-67143-PMB__
         _____ )   Chapter __7__
                                )
         Debtor(s)              )

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __7__ day of __April__, 20__23__ I served a copy of __Motion for Reconsideration of Order (Doc. # 148) to avoid irreversible Health Damages__ which was filed in this bankruptcy matter on the __7__ day of __April__, 20__23__

Mode of service (check one):        ● MAILED        ● /DBE HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

~~Trustee (Neil C. Gordon)~~

Trustee (Neil C. Gordon — 1600 Parkwood Circle, 30339 (Taylor, English, Duma LLP)

Maria Camelia Bogdan (Robert D. Schwartz) P.O. Box 160100, Atlanta, Ga, 30316-1002

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __April 07, 2023__          Signature: _____

                                   Printed Name: __Dan Bar Enasha__

                                   Address: __3172 Briarcliff Road NE__
                                            __Atlanta, Ga, 30329-2603__
                                            __(678) 898-2419__

                                   Phone:

(Generic Certificate of Service – Revised 4/13)