[USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)](https://www.uscis.gov/about-us/uscis-response-to-covid-19)

Para tener acceso a este sitio en español, presione aquí (./es)

# Check Case Processing Times

Select your form, form category, and the office that is processing your case

Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.

**Form ***

I-918 | Petition for U Nonimmigrant Status

**Form Category ***

Petition for a noncitizen who is a victim of qualifying criminal activity, and their qualifying family member

**Field Office or Service Center ***

Vermont Service Center

Get processing time

## Processing time for Petition for U Nonimmigrant Status (I-918) at Vermont Service Center

**80% of cases are completed within**

**59**
Months

Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track the status of an immigration application, petition, or request.

ⓘ Notes

The above time range reflects the time from receipt to issuance of either a BFD notice or a notice that the petition will be considered for waiting list placement. It does not reflect the current processing times from initial receipt to the final issuance of U nonimmigrant status. If you have not already submitted your Form I-765 with your initial Petition for U nonimmigrant status, please file the Form I-765 according to the posted date on the Form I-918 page.

## ❶ What does this processing time mean?

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times (./more-info).

## ❶ When can I ask about my case?

Many routine factors impact how quickly a case is processed. We only allow inquiries for cases that are well outside the processing time listed above.

Learn more about the Case Inquiry Date (./more-info).

Enter your receipt date below to find out if you can contact us with questions.

**When is your receipt date?**

| mm/dd/yyyy |   **Get Inquiry Date**

## ↗ Other case processing times resources

Reducing Processing Backlogs (./reducing-processing-backlogs)

Frequently Asked Questions About Processing Times (./processing-times-faqs)

When to expect to receive your Green Card (./expect-green-card)

Processing information for the I-765 (./i765)

Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)

Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-

aao/aao-processing-times)

International Offices (./international-operations-office)

Historical Average Processing Times (./historic-pt)

Parole Processing (https://www.uscis.gov/humanitarian/humanitarian-parole/parole-processing)

 Case management tools

Inquire about a case outside normal processing time (https://egov.uscis.gov/e-request/displayONPTForm.do?entryPoint=init&sroPageType=onpt)

Check your case status (https://egov.uscis.gov/casestatus/landing.do)

Update your mailing address (https://egov.uscis.gov/coa/)

Ask about missing mail (https://egov.uscis.gov/e-Request/Intro.do)

Correct a typographical error (https://egov.uscis.gov/e-request/displayTypoForm.do?entryPoint=init&sroPageType=typoError)

Request appointment accommodations (https://egov.uscis.gov/e-request/displayAccomForm.do?entryPoint=init&sroPageType=accommodations)

Feedback

Let us know what you think about our redesigned Processing Times webpage at ProcessingTimesFeedback@uscis.dhs.gov (mailto:ProcessingTimesFeedback@uscis.dhs.gov)       (Please do not submit case-specific inquiries).

Return to top

**Topics (https://www.uscis.gov/topics)**

**Forms (https://www.uscis.gov/forms)**

**Newsroom (https://www.uscis.gov/news**

**Citizenship (https://www.uscis.gov/citizenship)**

**Green Card (https://www.uscis.gov/green-card)**

**Laws (https://www.uscis.gov/laws-and-policy)**

**Tools (https://www.uscis.gov/tools)**

(https://(https://(https://(https://(https://

[Contact USCIS (https://www.uscis.gov/about-us/contact-us)](https://www.uscis.gov/about-us/contact-us)

(https://www.dhs.gov)

USCIS.gov

**An official website of the [U.S. Department of Homeland Security (https://www.dhs.gov)](https://www.dhs.gov)**

[About USCIS (https://www.uscis.gov/about-us)](https://www.uscis.gov/about-us)

[Accessibility (https://www.uscis.gov/website-policies/accessibility)](https://www.uscis.gov/website-policies/accessibility)

[Budget and Performance (https://www.uscis.gov/about-us/budget-planning-and-performance)](https://www.uscis.gov/about-us/budget-planning-and-performance)

[DHS Components (https://www.uscis.gov/website-policies/dhs-component-websites)](https://www.uscis.gov/website-policies/dhs-component-websites)

[Freedom of Information Act (https://www.uscis.gov/records/request-records-through-the-freedom-of-information-act-or-privacy-act)](https://www.uscis.gov/records/request-records-through-the-freedom-of-information-act-or-privacy-act)

[No FEAR Act Data (https://www.uscis.gov/about-us/equal-employment-opportunity/equal-employment-opportunity-data-posted-pursuant-to-the-no-fear-act)](https://www.uscis.gov/about-us/equal-employment-opportunity/equal-employment-opportunity-data-posted-pursuant-to-the-no-fear-act)

[Privacy and Legal Disclaimers (https://www.uscis.gov/website-policies/privacy-and-legal-disclaimers)](https://www.uscis.gov/website-policies/privacy-and-legal-disclaimers)

[Site Map (https://www.uscis.gov/sitemap)](https://www.uscis.gov/sitemap)

[Office of the Inspector General (https://www.oig.dhs.gov/)](https://www.oig.dhs.gov/)

[The White House (https://www.whitehouse.gov/)](https://www.whitehouse.gov/)

[USA.gov (https://www.usa.gov/)](https://www.usa.gov/)

**National Terrorism Advisory System**