# Exhibit B

# GEORGIA
# CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **CRST EXPEDITED, INC.** | Control Number: | **15068474** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| NAICS Code: | **Any legal purpose** | NAICS Sub Code: | |
| Principal Office Address: | **3930 16th Avenue SW, Cedar Rapids, IA, 52404, USA** | Date of Formation / Registration Date: | **7/6/2015** |
| Jurisdiction: | **Iowa** | Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporation Service Company** |
| Physical Address: | **2 Sun Court, Suite 400, Peachtree Corners, GA, 30092, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Brent Mohasci | CFO | 3930 16TH AVE SW, CEDAR RAPIDS, IA, 52404, USA |
| Hugh Ekberg | CEO | 3930 16TH AVE SW, CEDAR RAPIDS, IA, 52404, USA |
| Lisa Stephenson | Secretary | 3930 16TH AVE SW, CEDAR RAPIDS, IA, 52404, USA |

Back    Filing History    Name History    Return to Business Search