# Exhibit D

# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | ACE AMERICAN INSURANCE COMPANY | Control Number: | J718768 |
| Business Type: | Foreign Insurance Company | Business Status: | Active/Compliance |
| Business Purpose: | NONE | | |
| Principal Office Address: | 436 WALNUT ST, PHILADELPHIA, PA, 19106, USA | Date of Formation / Registration Date: | 10/28/1968 |
| Jurisdiction: | Pennsylvania | Last Annual Registration Year: | 2023 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | C T Corporation System |
| Physical Address: | 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| County: | Gwinnett |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Brandon Peene | Secretary | 1133 Ave of the Americas, 41st Floor, New York, NY, 10036, USA |
| Drew Spitzer | CFO | 202 Halls Mill Road, Whitehouse Station, NJ, 08889, USA |
| JOHN J LUPICA | CEO | 202 Halls Mill Road, Whitehouse Station, NJ, 08889, USA |

Back    Filing History    Name History    Return to Business Search