# Exhibit E

E-FILED IN OFFICE - MB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01643-S1**

**3/20/2023 10:20 AM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

LORETTA MILLER AND EFFIE EURINE
Plaintiff,

VS.

CIVIL ACTION FILE NO. 23-C-01643-S1

YAHAJAMON COX, CRST EXPEDITED, INC., AND ACE AMERICAN INSURANCE COMPANY
Defendants.

## AFFIDAVIT OF SERVICE UPON ACE AMERICAN INSURANCE COMPANY

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of HAKIMAH HUDSON - PROCESS SERVER, who after first being duly sworn, and states:

1. My name is HAKIMAH HUDSON - PROCESS SERVER, and I am competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above action and I am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one (21). I have been appointed as Process Server in the STATE COURT OF GWINNETT COUNTY and I have been assigned in the above-styled case to perfect service of process of the pending Summons and Complaint upon ACE AMERICAN INSURANCE COMPANY.

3. On Mar 15, 2023 at approx. 8:40 am at the 289 S CULVER ST, LAWRENCEVILLE, GA 30046 address, I served the pending SUMMONS AND COMPLAINT AND DEMAND FOR TRIAL BY JURY, PLAINTIFFS' REQUEST FOR ADMISSIONS AS TO ALL DEFENDANTS, PLAINTIFFS' FIRST CONTINUING REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CRST EXPEDITED, INC., PLAINTIFFS' FIRST CONTINUING REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT YAHAJAMON COX, PLAINTIFFS' FIRST CONTINUING REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ACE AMERICAN INSURANCE COMPANY, PLAINTIFFS' FIRST CONTINUING INTERROGATORIES TO DEFENDANT CRST EXPEDITED, INC., PLAINTIFFS' FIRST CONTINUING INTERROGATORIES TO DEFENDANT YAHAJAMON COX, PLAINTIFFS' FIRST CONTINUING INTERROGATORIES TO DEFENDANT ACE AMERICAN INSURANCE COMPANY, RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY, GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM upon ACE AMERICAN INSURANCE COMPANY, by leaving said service documents with JANE RICHARDSON, an employee of CT CORPORATION SYSTEM, the Registered Agent for ACE AMERICAN INSURANCE COMPANY, and who is authorized to accept service of process on behalf of ACE AMERICAN INSURANCE COMPANY.

This 17th of March, 2023.

_____
HAKIMAH HUDSON - PROCESS SERVER

Sworn to and subscribe before me
This 17th of March, 2023
_____
Notary Public
My commission expires on  12-15-25

