# Exhibit G

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LORETTA MILLER and<br>EFFIE EURINE,<br><br>    Plaintiffs,<br><br>v.<br><br>YAHAJAMON COX, CRST EXPEDITED,<br>INC., and ACE AMERICAN<br>INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 23-C-01643-S1 |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT CRST Expedited, Inc. and ACE American Insurance Company have filed a Notice of Removal of the above-captioned action in the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1441, 1446, and 1332. Consistent with 28 U.S.C. § 1446(d), Plaintiffs Loretta Miller and Effie Eurine are hereby notified of the filing of said Notice of Removal, a true and correct copy of which is attached hereto and fully incorporated herein as **Exhibit "1."**

Respectfully submitted, this 14th day of April, 2023, by:

|  |  |
|---|---|
|  | WEINBERG, WHEELER,<br>HUDGINS, GUNN & DIAL, LLC |
| 3344 Peachtree Road, N.E., Suite 2400<br>Atlanta, GA 30326<br>(404) 876-2700<br>(404) 875-9433 [facsimile]<br>barnold@wwhgd.com<br>jvuchinich@wwhgd.com<br>*Counsel for Defendants* | */s/ Jason T. Vuchinich*<br>Brannon J. Arnold<br>Georgia Bar No. 218034<br>Jason T. Vuchinich<br>Georgia Bar No. 537503 |

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed via Odyssey eFileGA, which will automatically send notice of this filing to the following attorneys of record:

Felicia N. Johnson
MCKIBBEN JOHNSON, LLC
2295 Parklake Drive NE, Suite 434
Atlanta, Georgia 30345
fjohnson@mckibbenjohnson.com

*Counsel for Plaintiffs*

This 14th day of April, 2023.

> */s/ Jason T. Vuchinich*
> Jason T. Vuchinich