# Exhibit A

Case 1:23-mi-99999-UNA   Document 1229-1   Filed 04/14/23   Page 2 of 3

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV001543**
**4/14/2023 3:18 PM**
**Donald Talley, Clerk**
**Civil Division**

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MICHELLE GORE,<br><br>    Plaintiff,<br><br>v.<br><br>NEW PRIME, INC., ACE AMERICAN INSURANCE COMPANY, and TYLER LEE COOPER,<br><br>    Defendants. | Civil Action File No. 23-EV-001543 |

### **DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT**

COME NOW Pursuant to 28 U.S.C. § 1446(d), New Prime, Inc. Tyler Cooper, and ACE American Insurance Company (hereinafter "Defendants"), and hereby give notice that they filed a Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, on April 14, 2023. Pursuant to the provision cited, the State Court of Fulton County shall not proceed further with the case unless or until it is remanded back to the State Court by Order of the United States District Court.

Respectfully submitted this 14th day of April, 2023.

                                                      By:   */s/ Elizabeth L. Bentley, Esq.*
                                                           ELIZABETH L. BENTLEY, ESQ.
                                                            State Bar No.: 828730
                                                           [beth.bentley@swiftcurrie.com](mailto:beth.bentley@swiftcurrie.com)
                                                           ***Attorney for the Defendants***

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3231
(404) 874-8800 Phone
(404) 888-6199 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing ***Defendants' Notice of Filing Notice of Removal to Federal Court*** upon all parties via the Odyssey E-File & Serve System which will automatically send an e-mail notification to counsel of record as follows:

Thomas Rainey, Esq.
MORGAN & MORGAN ATLANTA PLLC
PO Box 57007
Atlanta, GA 30343
*trainey@forthepeople.com*
***Attorney for the Plaintiff***

Respectfully submitted this 14th day of April, 2023.

By: ***/s/ Elizabeth L. Bentley, Esq.***
ELIZABETH L. BENTLEY, ESQ.
State Bar No.: 828730
*beth.bentley@swiftcurrie.com*
***Attorney for the Defendants***

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3231
(404) 874-8800 Phone
(404) 888-6199 Fax