# Exhibit C

Case 1:23-mi-99999-UNA   Document 1229-3   Filed 04/14/23   Page 2 of 7

State Court of Fulton County
**E-FILED**
23EV001543
3/16/2023 4:43 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MICHELLE GORE,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW PRIME, INC., ACE AMERICAN INSURANCE COMPANY, and TYLER LEE COOPER,<br><br>    Defendants. | Civil Action File No. 23EV001543 |

**AFFIDAVIT OF SERVICE**

PERSONALLY, appeared before me, an officer duly qualified to administer oaths, PATRICIA ECHOLS, a permanent process server who, after being duly sworn, states the following:

1.

Affiant states that she is over 18 years of age, a citizen of the United States, and not related to the parties herein. The statements made in the affidavit are true and correct and are based upon my personal knowledge. Affiant states that service was conducted as a permanent process server with the STATE COURT OF FULTON COUNTY, and a copy of the Order authorizing me to service process is attached hereto (see Exhibit "A").

2.

I personally served LINDA BANKS, the designated person to accept service for registered agent CT CORPORATION SYSTEMS on behalf of Defendant ACE AMERICAN INSURANCE COMPANY on Wednesday, March 15, 2023, at 12:40 p.m., located at 289 S. Culver Street, Lawrenceville, Gwinnett County, Georgia 30046, and served a copy of the following document(s) as provided by the court:

1. SUMMONS;

2. COMPLAINT; and

3. GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM.

I declare under penalty of perjury that the foregoing is true and correct.

This 16th day of March 2023.

Notary Public
Derek Turnbull
Cobb County, GA
Exp. Nov. 2, 2026

Patricia Echols
Permanent Process Server
TFP Company
P. O. Box 6096
Marietta, GA 30065
770.579.0188

Sworn to and subscribed before me this 16 day of March, 2023.

_____
Notary Public Signature

My Commission Expires: 11-2-2026



# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

Administrative Order No. 23EX000001

### IN RE: ORDER FOR APPOINTMENT FOR SERVICE OF PROCESS

It appearing that the State Court of Fulton County has read and considered petitions and criminal records for the persons listed below, and the same having met certification requirements, this Court hereby allows the same to serve process for State Court proceedings,

**IT IS HEREBY ORDERED** that the following persons:

| | | | |
|---|---|---|---|
| ABRAHAM, ROBYN L. | DAY, DUANE DAVIDSON | JENKINS, STEPHANIE | SAXON-FORD, VIRGINIA |
| ADAMS JR., JOHN G. | DEVAUGHN, CARL L. | JOHNSON, EARL C. | SEKLECKI, CHRISTIAN |
| ADCOCK, KYLE | DOLBIER, JEFFREY ALAN | KAHSSU, HAILE T. | SIBBALD, JOHN W. |
| ALLEN, LAKEITA T. | EARTHRISE, ROCHELLE | KENERSON, LORENZO | SINGLETON, WANDA |
| ANDERSON, QAISAR C. | ECHOLS, ERIC DWIGHT | KING, AMOS | SINGLETON, WESLEY G. |
| ANDERSON, WILLIAM J. | ECHOLS, PATRICIA IZETTA | KIRKLAND, SHIRLEY P. | SMITH JR., BRUCE R. |
| ANDREWS II, GENE E. | ELLIOTT, MAURICE | KOTLAR, MICHAEL J. | SMITH, RONALD L. |
| ARMSTRONG, CHRISTOPHER | FARKAS, BELA | LAUSMAN, MARSHA C. | SMITH, VIRGINIA E.C. |
| ARMSTRONG, CYNARA J. | FAULKNER, DANA V. | LAWSON, ZURI M. | SNELLINGS, SHARON |
| ARMSTRONG, MIATEUE DENISE | FAZZIO, DEDREA L. | LEWIS, KEVIN J. | SPEARS, JOYE L. |
| BACKO, MUSTAFA | FERRERO, AMY L. | LOUIS, CLYDE A. | SPELLEN, ELIZABETH B. |
| BAILEY, ANNA MARIE | FISHER, DAWN W. | LUSTER, JERALD DEON | SPELLEN, GEOFFREY B. |
| BARNES, KRISTOPHER KEVIN | FITZGERALD, FLORETTA | MAGGARD JR., ANDREW | STARKS, MARC ANTONY |
| BARNES, STACY | FOLDS, CATHERINA P. | MALLAS, NICHOLAS A. | STEPHENS, GERI S. |
| BARNEY JR., STEVEN MICHAEL | FOLDS, GEORGE LARRY | MANCE, KAY | STEWART, RONNIE N. |
| BARRON, SHANE WILLIS | FORD, RONNIE | MATHES, GABRIELLE | STIGGERS, JAMES |
| BASHAM, JAMES STEVEN | FOX, JUHANI ALLEN | MCCLELLAN, RODNEY | STONE, RODNEY D. |
| BENITO, RICHARD | FREESE, JESSICA RENEE | MCGAHEE, LARRY L. | STOVER, CIERRA B. |
| BETHEL-MAXIE, VAQUISHA R. | FULLER, THOMAS W. | MCMILLON, ERICKA D. | SWINDLE, FRANK L. |
| BEYENE, EUAEL B. | GALVIN, ELIZABETH M. | MITCHELL, KEVIN J. | SWINGER, INA L. |
| BLAKENEY, KRISTIAN JOHN | GARMON, JASON H. | MORGAN, TODD V. | TASSAW, BERHANE |
| BLALOCK, JAMES S.P. | GAYLE, EARL WINSTON | MUHAMMAD, AZIZAH | THOMAS, JEFFREY A. |
| BLESSMAN, SHARON CAMPBELL | GEORGE, RANDAL LEE | MURPHY JR., GREGORY | THOMPSON, CHRISSANA |
| BOLLING, KATHERINE DEVORE | GIBBS III, THOMAS D. | MURRAH, JANQUALO D. | THOMPSON, VANESSA |
| BRAZEMAN, CRAIG PHILIP | GILES, HERBERT F. | NICHOLS, JEAN GRINWIS | TORT, HENRY |
| BRIDGES, KAYLA DENISE | GREEN ANJENAI G. | NICHOLS, LATHAN OTTO | VELASQUEZ, JULIUS |
| BRILEY, DONNIE CHAPPELLE | GREENWAY, KIMBERLY B. | NOLEN, MILTON LEE | WASHINGTON, SABRINA |
| BROWN, IRISH J. | HANDLEY, WILEY D. | O'BRIEN, CHRISTOPHER | WATTS II, ROOSEVELT |
| BRYANT, SHEMIKA | HARBUCK, MICHAEL A. | O'LEARY, CHRISTINE L. | WEBBER, MELINA MARY |
| BUNCH, KIM | HARRIS, PARKS WAYNE | PALMER, ALITA | WEST, ERIC NOEL |
| BUTTS, KIMBERLY L. | HASSAN, MUHSIN SHAHID | PANNELL, NICOLE D. | WILLIAMS, LAVERN A. |
| BYER, EDMOND JOHN | HERNENDEZ, BRYAN C. | PARKER, ATARI L. | WINKELMAN, NAN L. |
| CABRERA-ANDERSON, SANDY | HIGHTOWER, ANTHONIO | PARKER, ERNESQUESHIA | WOLFE, LISA LYNN |
| CHASTAIN, MICHAEL ALAN | HILL, HOLLIS JEROME | PERLSON, MARC DAMON | WRIGHT, CHRISTOPHER K. |
| CHESTER, ROSETTA L. | HILL, LISA WILSON | RANSOME, MAURICE | |
| CHILDRESS, CLIFTON | HINES, JAMES W. | RASHID, HASSAN M. | |
| CLEMMONS, JOYCE YVONNE | HORTON, CHRISTOPHER T. | RECKERSDREES, THOMAS | |
| CLINE, TRAVIS DANIEL | HUDSON, HAKIMAH | REDDICK, DEREK LAMAR | |
| COCHRANE, BABETTE DAWN | HUDSON, KYLE | REYES, REAGAN J. | |
| CRUMP, THOMAS RAYNARD | HUGULEY, CK ADONNI | RHODES, KATHRYN D. | |
| CUNNINGHAM, SALLY K. | HUMPHREY JR., RONALD | RICHARDSON, LEROY | |
| DALMAN, JONATHAN B. | HUNTER, JERMARCUS D. | RIVERS, MICHAEL T. | |
| DAMBACH-CIRKO, PATRICIA J. | IRVINE, XAVIER A. | ROWE, LYNN | |
| DANIELS, SONIA LYNN | JACKSON II, ANTHONY | RUDDOCK, MARGARET | |
| DAVIDSON, DANNY DOUGLAS | JACKSON, CHIQUITA W. | SAXON, JASMINE N. | |
| DAVIDSON, MITCHELL T. | JAMES, FRANK HUGH | SAXON, ROBIN L. | |

be appointed and authorized to serve as Permanent Process Servers for the calendar year of 2023, without the necessity of an order for appointment in each individual case.

**SO ORDERED**, this 1st day of January, 2023.

FILED IN OFFICE
JAN 1 2023
DEPUTY CLERK STATE COURT
FULTON COUNTY, GA

Chief Judge Wesley B. Tailor
State Court of Fulton County

**EXHIBIT A**

Case 1:23-mi-99999-UNA   Document 1229-3   Filed 04/14/23   Page 5 of 7

State Court of Fulton County
**E-FILED**
23EV001543
3/16/2023 4:43 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MICHELLE GORE,<br><br>       Plaintiff,<br><br>vs.<br><br>NEW PRIME, INC., ACE AMERICAN INSURANCE COMPANY, and TYLER LEE COOPER,<br><br>       Defendants. | Civil Action File No. 23EV001543 |

**AFFIDAVIT OF SERVICE**

PERSONALLY, appeared before me, an officer duly qualified to administer oaths, PATRICIA ECHOLS, a permanent process server who, after being duly sworn, states the following:

1.

Affiant states that she is over 18 years of age, a citizen of the United States, and not related to the parties herein. The statements made in the affidavit are true and correct and are based upon my personal knowledge. Affiant states that service was conducted as a permanent process server with the STATE COURT OF FULTON COUNTY, and a copy of the Order authorizing me to service process is attached hereto (see Exhibit "A").

2.

I personally served ADRIANNA JOHNSON, the designated person to accept service for registered agent INCORP SERVICES, INC. on behalf of Defendant NEW PRIME, INC. on Wednesday, March 15, 2023, at 2:38 p.m., located at 9040 Roswell Road, Suite 500, Atlanta, Fulton County, Georgia 30350, and served a copy of the following document(s) as provided by the court:

1. SUMMONS;

2. COMPLAINT; and

3. GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM.

I declare under penalty of perjury that the foregoing is true and correct.

This 16th day of March 2023.

[Notary Public stamp: Derek Turnbull, Cobb County, GA, Exp. Nov. 2, 2026]

Patricia Echols
Permanent Process Server
TFP Company
P. O. Box 6096
Marietta, GA 30065
770.579.0188

Sworn to and subscribed before me this 16 day of March, 2023.

_____
Notary Public Signature

My Commission Expires: 11-2-2026



# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

**Administrative Order No. 23EX000001**

### IN RE: ORDER FOR APPOINTMENT FOR SERVICE OF PROCESS

It appearing that the State Court of Fulton County has read and considered petitions and criminal records for the persons listed below, and the same having met certification requirements, this Court hereby allows the same to serve process for State Court proceedings,

**IT IS HEREBY ORDERED** that the following persons:

ABRAHAM, ROBYN L.
ADAMS JR., JOHN G.
ADCOCK, KYLE
ALLEN, LAKEITA T.
ANDERSON, QAISAR C.
ANDERSON, WILLIAM J.
ANDREWS II, GENE E.
ARMSTRONG, CHRISTOPHER
ARMSTRONG, CYNARA J.
ARMSTRONG, MIATEUE DENISE
BACKO, MUSTAFA
BAILEY, ANNA MARIE
BARNES, KRISTOPHER KEVIN
BARNES, STACY
BARNEY JR., STEVEN MICHAEL
BARRON, SHANE WILLIS
BASHAM, JAMES STEVEN
BENITO, RICHARD
BETHEL-MAXIE, VAQUISHA R.
BEYENE, EUAEL B.
BLAKENEY, KRISTIAN JOHN
BLALOCK, JAMES S.P.
BLESSMAN, SHARON CAMPBELL
BOLLING, KATHERINE DEVORE
BRAZEMAN, CRAIG PHILIP
BRIDGES, KAYLA DENISE
BRILEY, DONNIE CHAPPELLE
BROWN, IRISH J.
BRYANT, SHEMIKA
BUNCH, KIM
BUTTS, KIMBERLY L.
BYER, EDMOND JOHN
CABRERA-ANDERSON, SANDY
CHASTAIN, MICHAEL ALAN
CHESTER, ROSETTA L.
CHILDRESS, CLIFTON
CLEMMONS, JOYCE YVONNE
CLINE, TRAVIS DANIEL
COCHRANE, BABETTE DAWN
CRUMP, THOMAS RAYNARD
CUNNINGHAM, SALLY K.
DALMAN, JONATHAN B.
DAMBACH-CIRKO, PATRICIA J.
DANIELS, SONIA LYNN
DAVIDSON, DANNY DOUGLAS
DAVIDSON, MITCHELL T.
DAY, DUANE DAVIDSON
DEVAUGHN, CARL L.
DOLBIER, JEFFREY ALAN
EARTHRISE, ROCHELLE
ECHOLS, ERIC DWIGHT
ECHOLS, PATRICIA IZETTA
ELLIOTT, MAURICE
FARKAS, BELA
FAULKNER, DANA V.
FAZZIO, DEDREA L.
FERRERO, AMY L.
FISHER, DAWN W.
FITZGERALD, FLORETTA
FOLDS, CATHERINA P.
FOLDS, GEORGE LARRY
FORD, RONNIE
FOX, JUHANI ALLEN
FREESE, JESSICA RENEE
FULLER, THOMAS W.
GALVIN, ELIZABETH M.
GARMON, JASON H.
GAYLE, EARL WINSTON
GEORGE, RANDAL LEE
GIBBS III, THOMAS D.
GILES, HERBERT F.
GREEN ANJENAI G.
GREENWAY, KIMBERLY B.
HANDLEY, WILEY D.
HARBUCK, MICHAEL A.
HARRIS, PARKS WAYNE
HASSAN, MUHSIN SHAHID
HERNENDEZ, BRYAN C.
HIGHTOWER, ANTHONIO
HILL, HOLLIS JEROME
HILL, LISA WILSON
HINES, JAMES W.
HORTON, CHRISTOPHER T.
HUDSON, HAKIMAH
HUDSON, KYLE
HUGULEY, CK ADONNI
HUMPHREY JR., RONALD
HUNTER, JERMARCUS D.
IRVINE, XAVIER A.
JACKSON II, ANTHONY
JACKSON, CHIQUITA W.
JAMES, FRANK HUGH
JENKINS, STEPHANIE
JOHNSON, EARL C.
KAHSSU, HAILE T.
KENERSON, LORENZO
KING, AMOS
KIRKLAND, SHIRLEY P.
KOTLAR, MICHAEL J.
LAUSMAN, MARSHA C.
LAWSON, ZURI M.
LEWIS, KEVIN J.
LOUIS, CLYDE A.
LUSTER, JERALD DEON
MAGGARD JR., ANDREW
MALLAS, NICHOLAS A.
MANCE, KAY
MATHES, GABRIELLE
MCCLELLAN, RODNEY
MCGAHEE, LARRY L.
MCMILLON, ERICKA D.
MITCHELL, KEVIN J.
MORGAN, TODD V.
MUHAMMAD, AZIZAH
MURPHY JR., GREGORY
MURRAH, JANQUALO D.
NICHOLS, JEAN GRINWIS
NICHOLS, LATHAN OTTO
NOLEN, MILTON LEE
O'BRIEN, CHRISTOPHER
O'LEARY, CHRISTINE L.
PALMER, ALITA
PANNELL, NICOLE D.
PARKER, ATARI L.
PARKER, ERNESQUESHIA
PERLSON, MARC DAMON
RANSOME, MAURICE
RASHID, HASSAN M.
RECKERSDREES, THOMAS
REDDICK, DEREK LAMAR
REYES, REAGAN J.
RHODES, KATHRYN D.
RICHARDSON, LEROY
RIVERS, MICHAEL T.
ROWE, LYNN
RUDDOCK, MARGARET
SAXON, JASMINE N.
SAXON, ROBIN L.
SAXON-FORD, VIRGINIA
SEKLECKI, CHRISTIAN
SIBBALD, JOHN W.
SINGLETON, WANDA
SINGLETON, WESLEY G.
SMITH JR., BRUCE R.
SMITH, RONALD L.
SMITH, VIRGINIA E.C.
SNELLINGS, SHARON
SPEARS, JOYE L.
SPELLEN, ELIZABETH B.
SPELLEN, GEOFFREY B.
STARKS, MARC ANTONY
STEPHENS, GERI S.
STEWART, RONNIE N.
STIGGERS, JAMES
STONE, RODNEY D.
STOVER, CIERRA B.
SWINDLE, FRANK L.
SWINGER, INA L.
TASSAW, BERHANE
THOMAS, JEFFREY A.
THOMPSON, CHRISSANA
THOMPSON, VANESSA
TORT, HENRY
VELASQUEZ, JULIUS
WASHINGTON, SABRINA
WATTS II, ROOSEVELT
WEBBER, MELINA MARY
WEST, ERIC NOEL
WILLIAMS, LAVERN A.
WINKELMAN, NAN L.
WOLFE, LISA LYNN
WRIGHT, CHRISTOPHER K.

be appointed and authorized to serve as Permanent Process Servers for the calendar year of 2023, without the necessity of an order for appointment in each individual case.

**SO ORDERED**, this 1st day of January, 2023.



Chief Judge Wesley B. Tailor
State Court of Fulton County

**EXHIBIT A**