JS44 (Rev. 1/13 NDGA) **CIVIL COVER SHEET**

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

## I. (a) PLAINTIFF(S)

## DEFENDANT(S)

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF_____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT_____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

- 1 U.S. GOVERNMENT PLAINTIFF
- 2 U.S. GOVERNMENT DEFENDANT
- 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
- 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

| PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|
| 1 | 1 | CITIZEN OF THIS STATE | 4 | 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| 2 | 2 | CITIZEN OF ANOTHER STATE | 5 | 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| 3 | 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | 6 | 6 | FOREIGN NATION |

## IV. ORIGIN (PLACE AN "X "IN ONE BOX ONLY)

- 1 ORIGINAL PROCEEDING
- 2 REMOVED FROM STATE COURT
- 3 REMANDED FROM APPELLATE COURT
- 4 REINSTATED OR REOPENED
- 5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)
- 6 MULTIDISTRICT LITIGATION
- 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT

## V. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**(IF COMPLEX, CHECK REASON BELOW)**

1. Unusually large number of parties.
2. Unusually large number of claims or defenses.
3. Factual issues are exceptionally complex
4. Greater than normal volume of evidence.
5. Extended discovery period is needed.
6. Problems locating or preserving evidence
7. Pending parallel investigations or actions by government.
8. Multiple use of experts.
9. Need for discovery outside United States boundaries.
10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT $_____  APPLYING IFP_____  MAG. JUDGE (IFP)_____

JUDGE_____  MAG. JUDGE_____
(Referral)  NATURE OF SUIT_____  CAUSE OF ACTION_____

## VI. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

CONTRACT - "0" MONTHS DISCOVERY TRACK
  150 RECOVERY OF OVERPAYMENT &
    ENFORCEMENT OF JUDGMENT
  152 RECOVERY OF DEFAULTED STUDENT
    LOANS (Excl. Veterans)
  153 RECOVERY OF OVERPAYMENT OF
    VETERAN'S BENEFITS

CONTRACT - "4" MONTHS DISCOVERY TRACK
  110 INSURANCE
  120 MARINE
  130 MILLER ACT
  140 NEGOTIABLE INSTRUMENT
  151 MEDICARE ACT
  160 STOCKHOLDERS' SUITS
  190 OTHER CONTRACT
  195 CONTRACT PRODUCT LIABILITY
  196 FRANCHISE

REAL PROPERTY - "4" MONTHS DISCOVERY TRACK
  210 LAND CONDEMNATION
  220 FORECLOSURE
  230 RENT LEASE & EJECTMENT
  240 TORTS TO LAND
  245 TORT PRODUCT LIABILITY
  290 ALL OTHER REAL PROPERTY

TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK
  310 AIRPLANE
  315 AIRPLANE PRODUCT LIABILITY
  320 ASSAULT, LIBEL & SLANDER
  330 FEDERAL EMPLOYERS' LIABILITY
  340 MARINE
  345 MARINE PRODUCT LIABILITY
  350 MOTOR VEHICLE
  355 MOTOR VEHICLE PRODUCT LIABILITY
  360 OTHER PERSONAL INJURY
  362 PERSONAL INJURY - MEDICAL
    MALPRACTICE
  365 PERSONAL INJURY - PRODUCT LIABILITY
  367 PERSONAL INJURY - HEALTH CARE/
    PHARMACEUTICAL PRODUCT LIABILITY
  368 ASBESTOS PERSONAL INJURY PRODUCT
    LIABILITY

TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK
  370 OTHER FRAUD
  371 TRUTH IN LENDING
  380 OTHER PERSONAL PROPERTY DAMAGE
  385 PROPERTY DAMAGE PRODUCT LIABILITY

BANKRUPTCY - "0" MONTHS DISCOVERY TRACK
  422 APPEAL 28 USC 158
  423 WITHDRAWAL 28 USC 157

CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK
  441 VOTING
  442 EMPLOYMENT
  443 HOUSING/ ACCOMMODATIONS
  444 WELFARE
  440 OTHER CIVIL RIGHTS
  445 AMERICANS with DISABILITIES - Employment
  446 AMERICANS with DISABILITIES - Other
  448 EDUCATION

IMMIGRATION - "0" MONTHS DISCOVERY TRACK
  462 NATURALIZATION APPLICATION
  465 OTHER IMMIGRATION ACTIONS

PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK
  463 HABEAS CORPUS- Alien Detainee
  510 MOTIONS TO VACATE SENTENCE
  530 HABEAS CORPUS
  535 HABEAS CORPUS DEATH PENALTY
  540 MANDAMUS & OTHER
  550 CIVIL RIGHTS - Filed Pro se
  555 PRISON CONDITION(S) - Filed Pro se
  560 CIVIL DETAINEE: CONDITIONS OF
    CONFINEMENT

PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK
  550 CIVIL RIGHTS - Filed by Counsel
  555 PRISON CONDITION(S) - Filed by Counsel

FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK
  625 DRUG RELATED SEIZURE OF PROPERTY
    21 USC 881
  690 OTHER

LABOR - "4" MONTHS DISCOVERY TRACK
  710 FAIR LABOR STANDARDS ACT
  720 LABOR/MGMT. RELATIONS
  740 RAILWAY LABOR ACT
  751 FAMILY and MEDICAL LEAVE ACT
  790 OTHER LABOR LITIGATION
  791 EMPL. RET. INC. SECURITY ACT

PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK
  820 COPYRIGHTS
  840 TRADEMARK

PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK
  830 PATENT

SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK
  861 HIA (1395ff)
  862 BLACK LUNG (923)
  863 DIWC (405(g))
  863 DIWW (405(g))
  864 SSID TITLE XVI
  865 RSI (405(g))

FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK
  870 TAXES (U.S. Plaintiff or Defendant)
  871 IRS - THIRD PARTY 26 USC 7609

OTHER STATUTES - "4" MONTHS DISCOVERY TRACK
  375 FALSE CLAIMS ACT
  400 STATE REAPPORTIONMENT
  430 BANKS AND BANKING
  450 COMMERCE/ICC RATES/ETC.
  460 DEPORTATION
  470 RACKETEER INFLUENCED AND CORRUPT
    ORGANIZATIONS
  480 CONSUMER CREDIT
  490 CABLE/SATELLITE TV
  891 AGRICULTURAL ACTS
  893 ENVIRONMENTAL MATTERS
  895 FREEDOM OF INFORMATION ACT
  950 CONSTITUTIONALITY OF STATE STATUTES
  890 OTHER STATUTORY ACTIONS
  899 ADMINISTRATIVE PROCEDURES ACT /
    REVIEW OR APPEAL OF AGENCY DECISION

OTHER STATUTES - "8" MONTHS DISCOVERY TRACK
  410 ANTITRUST
  850 SECURITIES / COMMODITIES / EXCHANGE

OTHER STATUTES - "0" MONTHS DISCOVERY TRACK
  896  ARBITRATION
    (Confirm / Vacate / Order / Modify)

**\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3**

## VII. REQUESTED IN COMPLAINT:

  **CHECK IF CLASS ACTION UNDER F.R.Civ.P. 23**    **DEMAND $**_____

**JURY DEMAND**   **YES**   **NO**  (CHECK YES <u>ONLY</u> IF DEMANDED IN COMPLAINT)

## VIII. RELATED/REFILED CASE(S) IF ANY
  **JUDGE**_____    **DOCKET NO.**_____

**CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES:** (CHECK APPROPRIATE BOX)
  1. **PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.**
  2. **SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.**
  3. **VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.**
  4. **APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.**
  5. **REPETITIVE CASES FILED BY <u>PRO SE</u> LITIGANTS.**
  6. **COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):**

  7. **EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO.** _____ , **WHICH WAS DISMISSED. This case**   **IS**    **IS NOT** (check one box) **SUBSTANTIALLY THE SAME CASE.**

**SIGNATURE OF ATTORNEY OF RECORD**                **DATE**