IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHELLE GORE,<br><br>Plaintiff,<br><br>v.<br><br>NEW PRIME, INC., ACE AMERICAN INSURANCE COMPANY, and TYLER LEE COOPER,<br><br>Defendants. | Civil Action File No. _____ |

**DEFENDANT ACE AMERICAN INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

     a. New Prime, Inc.;

     b. ACE American Insurance Company; and

     c. Tyler Lee Cooper.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a. Other than individuals and entities who are parties to this case, there are no other persons, associations, firms, partnerships, or corporations known to Defendants which either have a financial interest in this litigation or other interest which could be substantially affected.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. Elizabeth L. Bentley, Swift Currie McGhee & Hiers, LLP; and,

    b. Thomas Rainey, Esq., Morgan and Morgan.

    c.

This 14th day of April, 2023.

(*Signature on following page*)

Respectfully submitted,
**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By: */s/ Elizabeth L. Bentley*
_____
ELIZABETH L. BENTLEY, ESQ.
State Bar No.: 828730
**Swift, Currie, McGhee & Hiers, LLP**
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
(404) 874-8800 Phone / (404) 888-6199 Fax
*beth.bentley@swiftcurrie.com*
***Attorneys for Defendants***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHELLE GORE,<br><br>Plaintiff,<br><br>v.<br><br>NEW PRIME, INC., ACE AMERICAN INSURANCE COMPANY, and TYLER LEE COOPER,<br><br>Defendants. | Civil Action File No. _____ |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **Defendant ACE American's Certificate of Interested Persons and Corporate Disclosure Statement** by filing same with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send an electronic copy of same to all parties and counsel of record as follows:

Thomas Rainey, Esq.
MORGAN & MORGAN ATLANTA PLLC
PO Box 57007
Atlanta, GA 30343
trainey@forthepeople.com

*Attorneys for the Plaintiff*

This 14th day of April, 2023.

By: */s/ Elizabeth L. Bentley*
ELIZABETH L. BENTLEY, ESQ.
State Bar No.: 828730
**SWIFT, CURRIE McGHEE & HIERS, LLP**
4857-0248-2781, v. 1