

# Notice of Service of Process

**CRH / ALL**
**Transmittal Number: 26581335**
**Date Processed: 03/19/2023**

| | |
|---|---|
| **Primary Contact:** | Diana Himes<br>KONE Inc.<br>1 Kone Ct<br>Moline, IL 61265-1374 |
| **Electronic copy provided to:** | Cecilia Canada |
| **Entity:** | KONE Inc.<br>Entity ID Number  2576508 |
| **Entity Served:** | Kone, Inc. |
| **Title of Action:** | Joshua Austin vs. Marriott - AC Hotels Buckhead |
| **Matter Name/ID:** | Joshua Austin vs. Marriott - AC Hotels Buckhead (13802336) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Fulton County State Court, GA |
| **Case/Reference No:** | 22EV006868 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 03/16/2023 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Joshua Austin<br>Not Shown |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT A

GEORGIA, FULTON COUNTY

**STATE COURT OF FULTON COUNTY**
Civil Division

DO NOT WRITE IN THIS SPACE

CIVIL ACTION FILE #: 22EV006868

Joshua Austin

Lyndsey Deramus

Plaintiff's Name, Address, City, State, Zip Code

vs.

Marriott - AC Hotels Buckhead,

Kone, Inc., other Unnamed Defendants

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ |
| [ ] SPECIAL LIEN | |
| ************ | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Joshua Austin

Address: 3911 8th Ct. South

City, State, Zip Code: Birmingham, AL 35222            Phone No.:

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

This _____ day of _____, 20_____.    _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

EXHIBIT A

State Court of Fulton County
\*\*E-FILED\*\*
22EV006868
12/13/2022 12:29 AM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSHUA AUSTIN, <br> LYNDSEY DERAMUS, <br><br> Plaintiffs, <br><br> v. <br><br> MARRIOTT - AC HOTELS BUCKHEAD, KONE, INC., other UNNAMED DEFENDANTS, <br><br> Defendants. | CIVIL ACTION <br> CASE NO.: <br><br> JURY DEMANDED |

## COMPLAINT

COMES NOW, Joshua Austin and Lyndsey DeRamus ("Plaintiffs"), in the above styled action and files this Complaint for tort and related matters against Defendant Marriott - AC Hotels Buckhead, and Kone Americas, and respectfully shows unto this Honorable Court the following:

### PARTIES AND JURISDICTION

1. Plaintiff Joshua Austin (hereinafter referred to as "Plaintiff," "Plaintiffs," or "Mr. Austin") is an adult individual, above the age of 19, and is a resident of the State of Alabama, Jefferson County.

2. Plaintiff Lyndsey DeRamus (hereinafter referred to as "Plaintiff," "Plaintiffs," or "Ms. DeRamus") is an adult individual, above the age of 19, and is a resident of the State of Texas.

3. Defendant Marriott - AC Hotels Buckhead (hereinafter referred to as "Defendant" or "Marriott"), is a domestic corporation and has its primary place of business in Atlanta, Georgia.

1

EXHIBIT A

4. Defendant Kone, Inc. (hereinafter referred to as "Defendant" or "Kone"), is a domestic corporation and has its primary place of business in Atlanta, Georgia.

5. The Unnamed Defendants (hereinafter referred to as "Defendant" or "Defendants") performed maintenance services to the elevators located in the Marriott - AC Hotels Buckhead.

6. This Court has jurisdiction over this matter.

## THE FACTS

7. That the Defendant is indebted to the Plaintiffs in the amount of $1,000,000.00 for an incident that occurred on or about December 13, 2020 in the AC Hotel - Marriott Buckhead Atlanta, Georgia location.

8. The Plaintiff's had just arrived at the hotel at approximately 9:15 pm, and entered the elevator going to the 6th floor.

9. The Plaintiff's boarded the elevator, and pushed the button to go to the 6th floor to retrieve their parking pass.

10. When they headed back down to the lobby, the Plaintiff's entered the elevator and pressed the button to the lobby.

11. As the Plaintiff's were headed back down on the elevator, suddenly and without warning, the elevator began to overspeed, causing a falling sensation.

12. The elevator then came to an abrupt stop between floors.

13. Plaintiff's were trapped in the elevator for more than 2 hours

14. As a result of the Plaintiff's being trapped in the elevator for more than 2 hours, Plaintiff was caused to suffer severe mental and emotional distress because they were trapped in the elevator.

15. Plaintiff's underwent extensive emotional and physical therapy as a result of the Defendants not maintaining the elevator in proper working order.

## COUNT I

### NEGLIGENCE

16. Plaintiff is bringing this personal injury suit due to Defendant's negligent actions in

EXHIBIT A

failing in its duty to properly maintain the elevators in proper working order for the safety of the visitors and guests at the hotel.

17. Defendant's breached their duty to maintain the elevators in proper working order by not ensuring that the elevators were inspected in a timely, consistent, and proper manner.

18. Defendant's breach of duty caused the Plaintiff's to be stuck in the elevator for more than two (2) hours.

19. Due to the negligence of the Defendant's, Plaintiff suffered substantial harm, and required extensive treatment, both physical and mental therapy. As the injuries are permanent, Plaintiff's will continue to suffer damages in the future.

## PRAYER FOR RELIEF

Plaintiff prays for judgment in the amount of $1,000,000.00 plus costs.

*Respectfully* submitted this 12th day of December, 2022.

| | |
|---|---|
| /s/ Joshua Austin | /s/ Lyndsey DeRamus |
| Pro Se Plaintiff | Pro Se Plaintiff |
| 3911 8th Ct. South | 336 Melrose Dr. |
| Birmingham, AL 35222 | Richardson, TX 75080 |

3

EXHIBIT A

State Court of Fulton County
**E-FILED**
22EV006868
3/14/2023 9:04 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| JOSHUA AUSTIN, | ) | |
| LYNDSEY DERAMUS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO.: 2022CV006868 |
| | ) | |
| MARRIOTT-AC HOTELS BUCKHEAD, | ) | |
| KONE, INC., other UNNAMED | ) | |
| DEFENDANTS | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW, M. Denzell Moton, and enters his appearance as attorney of record for Plaintiffs, Joshua Austin and Lyndsey Deramus, in the above-styled case. Please direct all correspondence and filings to the address below.

Respectfully submitted this 14th day of March, 2023.

_____
M. Denzell Moton, Esq.
Georgia Bar No. 923891

**MOTON LEGAL GROUP, LLC**
3435 Roosevelt Highway
P.O. Box 1692
Red Oak, Georgia 30272
Telephone: (404) 661-4123
Facsimile: (404) 891-2977

EXHIBIT A

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| JOSHUA AUSTIN, ) <br> LYNDSEY DERAMUS ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARRIOTT-AC HOTELS BUCKHEAD, ) <br> KONE, INC., other UNNAMED ) <br> DEFENDANTS ) <br> ) <br>     Defendants. ) | CIVIL ACTION <br> FILE NO.: <u>2022CV006868</u> |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing *Entry of Appearance* via **electronic service by Odyssey** upon the following:


Respectfully submitted this <u>14th</u> day of March, 2023.

                                                                         _[signature]_
                                                                         _____
                                                                         M. Denzell Moton, Esq.
                                                                         Georgia Bar No. 923891

**MOTON LEGAL GROUP, LLC**
3435 Roosevelt Highway
P.O. Box 1692
Red Oak, Georgia 30272
Telephone: (404) 661-4123
Facsimile: (404) 891-2977

EXHIBIT A