IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSHUA AUSTIN, LYNDSEY DERAMUS,,<br><br>  Plaintiffs,<br><br>  v.<br><br>MARRIOTT – AC HOTELS BUCKHEAD, KONE, INC., OTHER UNNAMED DEFENDANTS,<br><br>  Defendants. | Civil Action No. 22EV006868 |

## NOTICE OF NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that on April 14, 2023, Defendant KONE, Inc. filed a *Notice of Removal* of this action, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, in the United States District Court for the Northern District of Georgia, Atlanta Division. Pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further unless and until the case is remanded." A copy of the *Notice of Removal,* without exhibits, is attached hereto as Exhibit A.

This the 14th day of April, 2023.

EXHIBIT B

**MCANGUS GOUDELOCK & COURIE, LLC**

*Mary-Margaret Noland*
_____
MARY-MARGARET NOLAND (GA Bar No. 71713 SC, 688181 GA)
mary-margaret.noland@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7314
*Attorney for KONE, Inc.*

EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Removal to Federal Court* was served upon all counsel of record by depositing a copy of same in an official depository of the U.S. Mail in a postage-paid envelope:

W. Denzell Moton
Moton Legal Group, LLC
3435 Roosevelt Highway
PO Box 1692
Red Oak, Georgia 30272
Attorney for Plaintiffs

This the 14th day of April, 2023.

**MCANGUS GOUDELOCK & COURIE, LLC**

*Mary-Margaret Noland*
_____
MARY-MARGARET NOLAND (GA Bar No. 71713 SC, 688181 GA)
mary-margaret.noland@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7314
*Attorney for KONE, Inc.*

EXHIBIT B

# EXHIBIT A

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA AUSTIN, LYNDSEY DERAMUS,,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT – AC HOTELS BUCKHEAD, KONE, INC., OTHER UNNAMED DEFENDANTS,<br><br>Defendants. | Civil Action No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, KONE, Inc. (hereinafter "KONE" or "Defendant"), by and through its undersigned counsel, hereby removes this action from the State Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Removal is based on diversity jurisdiction because there is complete diversity of citizenship between Plaintiffs and Defendants served in this matter, and the amount in controversy, according to the Complaint, is $1,000,000.00. In support of its Notice of Removal ("Notice"), KONE states as follows:

### I. Background

1. This case was originally filed by Plaintiffs Joshua Austin and Lyndsey Deramus in the State Court of Fulton County, Georgia on December 13, 2022. In

their Complaint for Damages (the "Complaint"), Plaintiff Austin and Plaintiff Deramus allege that they sustained injuries after being "trapped in an elevator at the AC Hotel-Marriott Buckhead Atlanta Georgia Location. (Compl. ¶ 7-14). Although no address is provided, KONE assumes that the Plaintiffs are referencing the AC Hotel Altanta Buckhead near Phipps Plaza and located at 3600 Wieuca Road NE, Atlanta, Georgia, USA, 30326 (the "Property").

3. In accordance with 28 U.S.C. 1446(a), a copy of all process, pleadings, and orders served upon KONE are attached hereto as **Exhibit A.** A copy of the Notice of Filing Notice Of Removal, filed in the State Court of Fulton County, Georgia is attached hereto as **Exhibit B**.

## II.     This Notice of Removal is Timely Filed

2. This lawsuit is a case within the meaning of the Acts of Congress relating to removal of civil actions.

3. KONE's registered agent received a copy of Plaintiffs' Complaint by personal service of their registered agent on March 16, 2023. The Affidavit of Service of Process is attached hereto as **Exhibit C**.

4. The removal of this action to this Court is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty (30) days after March 16, 2023, which is the date KONE first received the Summons and Complaint in this action. (Exhibit C).

EXHIBIT B

5.   The United States District Court for the Northern District of Georgia, Atlanta Division, is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original action was filed and is pending.

### III. This Court Has Diversity Jurisdiction

6.   Upon information and belief and according to the pleadings in this matter, Plaintiff Joshua Austin is a resident, domiciliary and citizen of Jefferson County in the State of Alabama, who resides at 3911 8th Ct. Couth, Birmingham, Alabama, 35222.  Mr. Austin has filed his case in Fulton County State Court and has therefore submitted to the jurisdiction.   Plaintiff alleges he was trapped in an elevator at the AC Hotel in Buckhead, also located in Fulton County, Georgia, and that he suffered injuries related to the incident.  This Court has personal jurisdiction over Plaintiff Austin. (Exhibit A, ¶1).

7.   Upon information and belief, Plaintiff Lyndsey DeRamus is a resident, domiciliary and citizen of the State of Texas, who resides at 336 Melrose Drive, Richardson, TX 75080. Ms. DeRamus has filed her case in Fulton County State Court and has therefore submitted to the jurisdiction of Georgia.  Plaintiff alleges she was trapped in an elevator at the AC Hotel in Buckhead, also located in Fulton County, Georgia, and that she suffered injuries related to the incident.  This Court has personal jurisdiction over Plaintiff DeRamus. (Exhibit A, ¶2).

EXHIBIT B

8. KONE is a foreign corporation organized under the laws of Deleware, with its principal office address located at One KONE Court, Moline, IL, 61265, USA. KONE, pursuant to contract, performs maintenance on certain equipment at the Property in Fulton County, Georgia. **Exhibit D.**

9. Plaintiffs have named "Marriott-AC Hotels Buckhead" as a Defendant in this matter. A Search of the Georgia Secretary of State Business Records did not reveal a company by this exact name. Although they have been purportedly served, information on whether the corporation is domestic or foreign has not been provided.

10. Upon information and belief, there is complete diversity of citizenship between "the parties in interest properly joined and served as defendants." Plaintiffs' Complaint alleges $1,000,000.00 in damages. (Compl., p.7). Thus, Plaintiff's Complaint establishes that the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1441(b)(2)

### IV. Notice of Removal to the State Court of Fulton County

11. Concurrently with this Notice of Removal, KONE, Inc. will file a copy of this Notice with the State Court of Fulton County, Georgia. A copy of the written notice of the Notice of Removal to Federal Court is attached hereto as **Exhibit B.** In accordance with 28 U.S.C. § 1446(d), KONE, Inc. will give written notice to Plaintiffs by contemporaneously serving each with this Notice.

EXHIBIT B

**12.** If any question arises as to the propriety of the removal of this action, KONE spectfully requests the opportunity to present a brief and oral argument in support of its position that this case is removable. See <u>Sierminski v. Transouth Fin. Corp.</u>, 216 F.3d 945, 949 (11th Cir. 2000) (post-removal evidence in assessing removal jurisdiction may be considered by the Court.

## IV. <u>Conclusion</u>

For the foregoing reasons, KONE, Inc. respectfully requests that this civil action be, and is hereby, removed to the United States District Court for the Northern District of Georgia, Atlanta Division, that this Court assume jurisdiction of this civil action, and that this Court enter such other and further orders as may be necessary to accomplish the requested removal.

This the 14th day of April, 2023

MCANGUS GOUDELOCK & COURIE, LLC

<u>*s/Mary-Margaret F. Noland*</u>
MARY-MARGARET NOLAND (GA Bar No. 71713 SC, 688181 GA)
mary-margaret.noland@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7314
*Attorney for KONE, Inc.*

EXHIBIT B

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2023, I electronically filed the foregoing *Notice of Removal* with the Clerk of Court using the CM/ECF System and served a true and correct copy of same on Plaintiffs via First-Class Mail, postage prepaid, addressed to:

W. Denzell Moton
Moton Legal Group, LLC
3435 Roosevelt Highway
PO Box 1692
Red Oak, Georgia 30272
Attorney for Plaintiffs

This the 14th day of April, 2023.

                                            MCANGUS GOUDELOCK & COURIE, LLC

                                            *s/Mary-Margaret F. Noland*
                                            MARY-MARGARET NOLAND (GA Bar No. 71713 SC, 688181 GA)
                                            mary-margaret.noland@mgclaw.com
                                            Post Office Box 57365
                                            270 Peachtree Street, NW, Suite 1800 (30303)
                                            Atlanta, Georgia 30343
                                            (678) 500-7314
                                            *Attorney for KONE, Inc.*

EXHIBIT B