Case 1:23-mi-99999-UNA   Document 1235-4   Filed 04/14/23   Page 1 of 5

State Court of Fulton County
**E-FILED**
22EV006868
3/18/2023 10:30 AM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSHUA AUSTIN and LYNDSEY DERAMUS,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT - AC HOTELS BUCKHEAD, KONE, INC, and OTHER UNNAMED DEFENDANTS,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 22EV006868 |

## AFFIDAVIT OF SERVICE

COMES NOW AMY FERRERO, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that she has been permanently appointed by this Court for service of process per Order attached, she is a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the above styled case, states that on March 16, 2023 at 3:59 PM, she served KONE, INC., by personally serving ALISHA SMITH, Corporation Service Company, Registered Agent, at her business located at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092, with SUMMONS and COMPLAINT.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 17 day of MARCH, 2023

_____
Legal Ease Attorney Services, Inc.
645 Waldo Street, SE
Atlanta, Georgia 30312
(404) 849-1240

Sworn to and subscribed before me
this 17th day of March, 2023

_____
Notary Public

My commission expires:

EXHIBIT C



# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

**Administrative Order No. 23EX000001**

### IN RE: ORDER FOR APPOINTMENT FOR SERVICE OF PROCESS

It appearing that the State Court of Fulton County has read and considered petitions and criminal records for the persons listed below, and the same having met certification requirements, this Court hereby allows the same to serve process for State Court proceedings,

**IT IS HEREBY ORDERED** that the following persons:

| | | | |
|---|---|---|---|
| ABRAHAM, ROBYN L. | DAY, DUANE DAVIDSON | JENKINS, STEPHANIE | SAXON-FORD, VIRGINIA |
| ADAMS JR., JOHN G. | DEVAUGHN, CARL L. | JOHNSON, EARL C. | SEKLECKI, CHRISTIAN |
| ADCOCK, KYLE | DOLBIER, JEFFREY ALAN | KAHSSU, HAILE T. | SIBBALD, JOHN W. |
| ALLEN, LAKEITA T. | EARTHRISE, ROCHELLE | KENERSON, LORENZO | SINGLETON, WANDA |
| ANDERSON, QAISAR C. | ECHOLS, ERIC DWIGHT | KING, AMOS | SINGLETON, WESLEY G. |
| ANDERSON, WILLIAM J. | ECHOLS, PATRICIA IZETTA | KIRKLAND, SHIRLEY P. | SMITH JR., BRUCE R. |
| ANDREWS II, GENE E. | ELLIOTT, MAURICE | KOTLAR, MICHAEL J. | SMITH, RONALD L. |
| ARMSTRONG, CHRISTOPHER | FARKAS, BELA | LAUSMAN, MARSHA C. | SMITH, VIRGINIA E.C. |
| ARMSTRONG, CYNARA J. | FAULKNER, DANA V. | LAWSON, ZURI M. | SNELLINGS, SHARON |
| ARMSTRONG, MICHELLE D. | FAZZIO, DEDREA L. | LEWIS, KEVIN J. | SPEARS, JOYE L. |
| BACKO, MUSTAFA | FERRERO, AMY L. | LOUIS, CLYDE A. | SPELLEN, ELIZABETH B. |
| BAILEY, ANNA MARIE | FISHER, DAWN W. | LUSTER, JERALD DEON | SPELLEN, GEOFFREY B. |
| BARNES, KRISTOPHER KEVIN | FITZGERALD, FLORETTA | MAGGARD JR., ANDREW | STARKS, MARC ANTONY |
| BARNES, STACY | FOLDS, CATHERINA P. | MALLAS, NICHOLAS A. | STEPHENS, GERI S. |
| BARNEY JR., STEVEN MICHAEL | FOLDS, GEORGE LARRY | MANCE, KAY | STEWART, RONNIE N. |
| BARRON, SHANE WILLIS | FORD, RONNIE | MATHES, GABRIELLE | STIGGERS, JAMES |
| BASHAM, JAMES STEVEN | FOX, JUHANI ALLEN | MCCLELLAN, RODNEY | STONE, RODNEY D. |
| BENITO, RICHARD | FREESE, JESSICA RENEE | MCGAHEE, LARRY L. | STOVER, CIERRA B. |
| BETHEL-MAXIE, VAQUISHA R. | FULLER, THOMAS W. | MCMILLON, ERICKA D. | SWINDLE, FRANK L. |
| BEYENE, EUAEL B. | GALVIN, ELIZABETH M. | MITCHELL, KEVIN J. | SWINGER, INA L. |
| BLAKENEY, KRISTIAN JOHN | GARMON, JASON H. | MORGAN, TODD V. | TASSAW, BERHANE |
| BLALOCK, JAMES S.P. | GAYLE, EARL WINSTON | MUHAMMAD, AZIZAH | THOMAS, JEFFREY A. |
| BLESSMAN, SHARON CAMPBELL | GEORGE, RANDAL LEE | MURPHY JR., GREGORY | THOMPSON, CHRISSANA |
| BOLLING, KATHERINE DEVORE | GIBBS III, THOMAS D. | MURRAH, JANQUALO D. | THOMPSON, VANESSA |
| BRAZEMAN, CRAIG PHILIP | GILES, HERBERT F. | NICHOLS, JEAN GRINWIS | TORT, HENRY |
| BRIDGES, KAYLA DENISE | GREEN ANJENAI G. | NICHOLS, LATHAN OTTO | VELASQUEZ, JULIUS |
| BRILEY, DONNIE CHAPPELLE | GREENWAY, KIMBERLY B. | NOLEN, MILTON LEE | WASHINGTON, SABRINA |
| BROWN, IRISH J. | HANDLEY, WILEY D. | O'BRIEN, CHRISTOPHER | WATTS II, ROOSEVELT |
| BRYANT, SHEMIKA | HARBUCK, MICHAEL A. | O'LEARY, CHRISTINE L. | WEBBER, MELINA MARY |
| BUNCH, KIM | HARRIS, PARKS WAYNE | PALMER, ALITA | WEST, ERIC NOEL |
| BUTTS, KIMBERLY L. | HASSAN, MUHSIN SHAHID | PANNELL, NICOLE D. | WILLIAMS, LAVERN A. |
| BYER, EDMOND JOHN | HERNANDEZ, BRYAN C. | PARKER, ATARI L. | WINKELMAN, NAN L. |
| CABRERA-ANDERSON, SANDY | HIGHTOWER, ANTHONIO | PARKER, ERNESQUESHIA | WOLFE, LISA LYNN |
| CHASTAIN, MICHAEL ALAN | HILL, HOLLIS JEROME | PERLSON, MARC DAMON | WRIGHT, CHRISTOPHER K. |
| CHESTER, ROSETTA L. | HILL, LISA WILSON | RANSOME, MAURICE | |
| CHILDRESS, CLIFTON | HINES, JAMES W. | RASHID, HASSAN M. | |
| CLEMMONS, JOYCE YVONNE | HORTON, CHRISTOPHER T. | RECKERSDREES, THOMAS | |
| CLINE, TRAVIS DANIEL | HUDSON, HAKIMAH | REDDICK, DEREK LAMAR | |
| COCHRANE, BABETTE DAWN | HUDSON, KYLE | REYES, REAGAN J. | |
| CRUMP, THOMAS RAYNARD | HUGULEY, CK ADONNI | RHODES, KATHRYN D. | |
| CUNNINGHAM, SALLY K. | HUMPHREY JR., RONALD | RICHARDSON, LEROY | |
| DALMAN, JONATHAN B. | HUNTER, JERMARCUS D. | RIVERS, MICHAEL T. | |
| DAMBACH-CIRKO, PATRICIA J. | IRVINE, XAVIER A. | ROWE, LYNN | |
| DANIELS, SONIA LYNN | JACKSON II, ANTHONY | RUDDOCK, MARGARET | |
| DAVIDSON, DANNY DOUGLAS | JACKSON, CHIQUITA W. | SAXON, JASMINE N. | |
| DAVIDSON, MITCHELL T. | JAMES, FRANK HUGH | SAXON, ROBIN L. | |

be appointed and authorized to serve as Permanent Process Servers for the calendar year of 2023, without the necessity of an order for appointment in each individual case.

**SO ORDERED**, this 1st day of January, 2023.



_____
Chief Judge Wesley B. Tailor
State Court of Fulton County

**FILED IN OFFICE**
**JAN _ 1 2023**
DEPUTY CLERK STATE COURT

EXHIBIT C

State Court of Fulton County
**E-FILED**
22EV006868
3/18/2023 10:30 AM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSHUA AUSTIN and LYNDSEY DERAMUS,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT - AC HOTELS BUCKHEAD, KONE, INC, and OTHER UNNAMED DEFENDANTS,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 22EV006868 |

### AFFIDAVIT OF SERVICE

COMES NOW AMY FERRERO, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that she has been permanently appointed by this Court for service of process per Order attached, she is a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the above styled case, states that on March 16, 2023 at 2:36 PM, she served MARRIOTT - AC HOTELS BUCKHEAD, by personally serving JANE RICHARDSON, CT Corporation System, Registered Agent, at her business located at 289 S. Culver Street, Lawrenceville, Georgia 30046, with SUMMONS and COMPLAINT.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 17 day of March, 2023

Sworn to and subscribed before me this 17th day of March, 2023

_____
Notary Public

My commission expires:

_____
Legal Ease Attorney Services, Inc.
645 Waldo Street, SE
Atlanta, Georgia 30312
(404) 849-1240

EXHIBIT C



EXHIBIT C



## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

**Administrative Order No. 23EX000001**

### IN RE: ORDER FOR APPOINTMENT FOR SERVICE OF PROCESS

It appearing that the State Court of Fulton County has read and considered petitions and criminal records for the persons listed below, and the same having met certification requirements, this Court hereby allows the same to serve process for State Court proceedings,

**IT IS HEREBY ORDERED** that the following persons:

ABRAHAM, ROBYN L.
ADAMS JR., JOHN G.
ADCOCK, KYLE
ALLEN, LAKEITA T.
ANDERSON, QAISAR C.
ANDERSON, WILLIAM J.
ANDREWS II, GENE E.
ARMSTRONG, CHRISTOPHER
ARMSTRONG, CYNARA J.
ARMSTRONG, MICHELLE D.
BACKO, MUSTAFA
BAILEY, ANNA MARIE
BARNES, KRISTOPHER KEVIN
BARNES, STACY
BARNEY JR., STEVEN MICHAEL
BARRON, SHANE WILLIS
BASHAM, JAMES STEVEN
BENITO, RICHARD
BETHEL-MAXIE, VAQUISHA R.
BEYENE, EUAEL B.
BLAKENEY, KRISTIAN JOHN
BLALOCK, JAMES S.P.
BLESSMAN, SHARON CAMPBELL
BOLLING, KATHERINE DEVORE
BRAZEMAN, CRAIG PHILIP
BRIDGES, KAYLA DENISE
BRILEY, DONNIE CHAPPELLE
BROWN, IRISH J.
BRYANT, SHEMIKA
BUNCH, KIM
BUTTS, KIMBERLY L.
BYER, EDMOND JOHN
CABRERA-ANDERSON, SANDY
CHASTAIN, MICHAEL ALAN
CHESTER, ROSETTA L.
CHILDRESS, CLIFTON
CLEMMONS, JOYCE YVONNE
CLINE, TRAVIS DANIEL
COCHRANE, BABETTE DAWN
CRUMP, THOMAS RAYNARD
CUNNINGHAM, SALLY K.
DALMAN, JONATHAN B.
DAMBACH-CIRKO, PATRICIA J.
DANIELS, SONIA LYNN
DAVIDSON, DANNY DOUGLAS
DAVIDSON, MITCHELL T.
DAY, DUANE DAVIDSON
DEVAUGHN, CARL L.
DOLBIER, JEFFREY ALAN
EARTHRISE, ROCHELLE
ECHOLS, ERIC DWIGHT
ECHOLS, PATRICIA IZETTA
ELLIOTT, MAURICE
FARKAS, BELA
FAULKNER, DANA V.
FAZZIO, DEDREA L.
FERRERO, AMY L.
FISHER, DAWN W.
FITZGERALD, FLORETTA
FOLDS, CATHERINA P.
FOLDS, GEORGE LARRY
FORD, RONNIE
FOX, JUHANI ALLEN
FREESE, JESSICA RENEE
FULLER, THOMAS W.
GALVIN, ELIZABETH M.
GARMON, JASON H.
GAYLE, EARL WINSTON
GEORGE, RANDAL LEE
GIBBS III, THOMAS D.
GILES, HERBERT F.
GREEN ANJENAI G.
GREENWAY, KIMBERLY B.
HANDLEY, WILEY D.
HARBUCK, MICHAEL A.
HARRIS, PARKS WAYNE
HASSAN, MUHSIN SHAHID
HERNENDEZ, BRYAN C.
HIGHTOWER, ANTHONIO
HILL, HOLLIS JEROME
HILL, LISA WILSON
HINES, JAMES W.
HORTON, CHRISTOPHER T.
HUDSON, HAKIMAH
HUDSON, KYLE
HUGULEY, CK ADONNI
HUMPHREY JR., RONALD
HUNTER, JERMARCUS D.
IRVINE, XAVIER A.
JACKSON II, ANTHONY
JACKSON, CHIQUITA W.
JAMES, FRANK HUGH
JENKINS, STEPHANIE
JOHNSON, EARL C.
KAHSSU, HAILE T.
KENERSON, LORENZO
KING, AMOS
KIRKLAND, SHIRLEY P.
KOTLAR, MICHAEL J.
LAUSMAN, MARSHA C.
LAWSON, ZURI M.
LEWIS, KEVIN J.
LOUIS, CLYDE A.
LUSTER, JERALD DEON
MAGGARD JR., ANDREW
MALLAS, NICHOLAS A.
MANCE, KAY
MATHES, GABRIELLE
MCCLELLAN, RODNEY
MCGAHEE, LARRY L.
MCMILLON, ERICKA D.
MITCHELL, KEVIN J.
MORGAN, TODD V.
MUHAMMAD, AZIZAH
MURPHY JR., GREGORY
MURRAH, JANQUALO D.
NICHOLS, JEAN GRINWIS
NICHOLS, LATHAN OTTO
NOLEN, MILTON LEE
O'BRIEN, CHRISTOPHER
O'LEARY, CHRISTINE L.
PALMER, ALITA
PANNELL, NICOLE D.
PARKER, ATARI L.
PARKER, ERNESQUESHIA
PERLSON, MARC DAMON
RANSOME, MAURICE
RASHID, HASSAN M.
RECKERSDREES, THOMAS
REDDICK, DEREK LAMAR
REYES, REAGAN J.
RHODES, KATHRYN D.
RICHARDSON, LEROY
RIVERS, MICHAEL T.
ROWE, LYNN
RUDDOCK, MARGARET
SAXON, JASMINE N.
SAXON, ROBIN L.
SAXON-FORD, VIRGINIA
SEKLECKI, CHRISTIAN
SIBBALD, JOHN W.
SINGLETON, WANDA
SINGLETON, WESLEY G.
SMITH JR., BRUCE R.
SMITH, RONALD L.
SMITH, VIRGINIA E.C.
SNELLINGS, SHARON
SPEARS, JOYE L.
SPELLEN, ELIZABETH B.
SPELLEN, GEOFFREY B.
STARKS, MARC ANTONY
STEPHENS, GERI S.
STEWART, RONNIE N.
STIGGERS, JAMES
STONE, RODNEY D.
STOVER, CIERRA B.
SWINDLE, FRANK L.
SWINGER, INA L.
TASSAW, BERHANE
THOMAS, JEFFREY A.
THOMPSON, CHRISSANA
THOMPSON, VANESSA
TORT, HENRY
VELASQUEZ, JULIUS
WASHINGTON, SABRINA
WATTS II, ROOSEVELT
WEBBER, MELINA MARY
WEST, ERIC NOEL
WILLIAMS, LAVERN A.
WINKELMAN, NAN L.
WOLFE, LISA LYNN
WRIGHT, CHRISTOPHER K.

be appointed and authorized to serve as Permanent Process Servers for the calendar year of 2023, without the necessity of an order for appointment in each individual case.

**SO ORDERED**, this 1st day of January, 2023.



Chief Judge Wesley B. Tailor
State Court of Fulton County

EXHIBIT C