# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 2/18/2021 12:32:10 PM

## BUSINESS INFORMATION
| | |
|---|---|
| **CONTROL NUMBER** | H857344 |
| **BUSINESS NAME** | KONE INC. |
| **BUSINESS TYPE** | Foreign Profit Corporation |
| **EFFECTIVE DATE** | 02/18/2021 |
| **ANNUAL REGISTRATION PERIOD** | 2021, 2022, 2023 |

## PRINCIPAL OFFICE ADDRESS
| | |
|---|---|
| **ADDRESS** | One KONE Court, Moline, IL, 61265, USA |

## REGISTERED AGENT
| NAME | ADDRESS | COUNTY |
|---|---|---|
| CORPORATION SERVICE COMPANY | 40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA, 30092, USA | Gwinnett |

## OFFICERS INFORMATION
| NAME | TITLE | ADDRESS |
|---|---|---|
| Divya Mehta | SECRETARY | 4225 Naperville Road Suite 400, Lisle, IL, 60532, USA |
| KENNETH E SCHMID | CFO | 4225 Naperville Road Suite 400, Lisle, IL, 60532, USA |
| Kenneth E Schmid | CEO | 4225 Naperville Rd Suite 400, Lisle, IL, 60532, USA |

## AUTHORIZER INFORMATION
| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Mona Howard |
| **AUTHORIZER TITLE** | Authorized Person |

EXHIBIT D