# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VICKI HARRIS and MICHAEL HARRIS,<br><br>  Plaintiffs,<br><br>v.<br><br>MERCER GLOBAL ADVISORS INC., E*TRADE SAVINGS BANK and E*TRADE SECURITIES, LLC,<br><br>  Defendants. | Civil Action No.: _____<br><br>(On removal from Superior Court of Fulton County, Georgia, Civil Action 2023-CV-374692) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Mercer Global Advisors Inc. ("Mercer") hereby provides this notice of removal of the above-captioned case from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia on the ground that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, excluding interest and costs. The grounds for this removal are further detailed as follows:

1.  Plaintiffs Vicki Harris and Michael Harris (collectively, "Plaintiffs") commenced this action by filing a complaint (the "Complaint") on December 29,

1

2022, in the Superior Court of Fulton County, Georgia, civil case number 2023-CV-374692 (the "State Court Action").

2. Defendant Mercer certifies that this Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. 28 U.S.C. §1446(a). A true and correct copy of the Complaint and other process served upon Mercer (including the summons) are attached hereto as Exhibit A.

3. Mercer was served with the Complaint on March 15, 2023. Mercer has filed no pleadings or papers in the State Court Action, and the time for Mercer to answer, move to dismiss, or otherwise respond to the Complaint has not yet expired.

4. Defendant E*TRADE Securities LLC ("E*TRADE") was served with the Complaint on March 15, 2023.

5. On information and belief, E*TRADE Savings Bank has not been properly served with the Complaint. On information and belief, E*TRADE Savings Bank no longer exists as a corporate entity.

6. Under 28 U.S.C. § 1446(b), this Notice of Removal must be filed within 30 days of service of the Complaint on Mercer. Because Mercer was served with the Complaint on March 15, 2023, this Notice of Removal is timely filed on April 14, 2023.

7. In accordance with 28 U.S.C. § 1446(d), Mercer will serve this Notice of Removal on Plaintiffs' counsel and will file a copy of this Notice of Removal with the clerk of the Superior Court of Fulton County, Georgia.

8. The United States District Court for the Northern District of Georgia, Atlanta Division, embraces Fulton County, the county in which the State Court Action is now pending. Venue is therefore proper for this Notice of Removal under 28 U.S.C. §§ 90(a)(2), 1441(a), and 1446(a).

## Diversity Jurisdiction

**Citizenship of Defendants**

9. Mercer is a Delaware Corporation with its principal place of business in Colorado. *Id*. ¶ 4.

10. Defendant E*TRADE Securities, LLC is a Delaware limited liability company. *Id*. ¶ 6. The sole member of Defendant E*TRADE Securities, LLC is ETCM Holdings LLC, which is a citizen of Virginia and Delaware.

11. On information and belief, Defendant E*TRADE Savings Bank no longer exists as a corporate entity.

**Citizenship of Plaintiffs**

12. Plaintiffs Vicki Harris and Michael Harris are both residents of the State of Georgia. Compl. ¶¶ 7-8. Neither plaintiff is a citizen of Colorado or Virginia.

13. Accordingly, the parties are diverse for the purposes of subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a).

**Amount in Controversy**

14. The amount in controversy exceeds $75,000 exclusive of interest and costs. While Plaintiffs do not allege a specific monetary valuation of their claims, the portion of Lois Walsh's E*TRADE IRA account that Plaintiffs seek has a present value of approximately $300,000.00.

15. In an April 30, 2021, email correspondence to Mathew Encino, the Vice President of Mercer, counsel for Plaintiffs represented that the E*TRADE IRA accounts at issue are worth roughly $2,000,000.00. *See* Exhibit B. Because Plaintiff Vicki Harris claims a loss equal to 5% of the accounts' value ($100,000.00) and Plaintiff Michael Harris claims a loss equal to 10% of the accounts' value ($200,000.00), the amount at issue is $300,000.00.

16. Mercer is authorized to state that E*TRADE consents to and joins in the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A).

17. A copy of this Notice of Removal will be promptly filed with the Clerk of the Superior Court of Fulton County, Georgia and served upon Plaintiffs pursuant to 28 U.S.C. § 1446(d).

18. Mercer does not waive any legal defenses or admit any allegations in Plaintiffs' Complaint and expressly reserves its right to raise any and all legal defenses in subsequent proceedings.

19. If any question arises as to the propriety of this removal, Mercer requests the opportunity to present written and oral argument in support of removal.

## CONCLUSION AND PRAYER

All of the requirements of 28 U.S.C. §§ 1332, 1441, and 1446 have been satisfied. Notice is hereby given that, for the reasons stated herein, this Court has jurisdiction over this action, and this action is removed from the State Court of Fulton County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, April 14, 2023

By: */s/Shane Nichols*

A. Shane Nichols
GA Bar No. 542654
1180 Peachtree Street NE, Suite 3350
Atlanta, Georgia 30309
Tel: 404-260 8553
Fax: 404-420-2754
ShaneNichols@mwe.com

*Attorney for Defendant*
*Mercer Global Advisors Inc.*

## **RULE 7.1(D) CERTIFICATE**

Pursuant to Local Rules 5.1(B) and 7.1(D), the undersigned counsel certifies that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

Dated: April 14, 2023

                                            */s/ Shane Nichols*
                                            MCDERMOTT WILL & EMERY LLP
                                            A. Shane Nichols
                                            Georgia Bar No. 542654

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, April 14, 2023, filed electronically via CM/ECF a true copy of the foregoing Notice of Removal with the Clerk of the Court for the United States District Court for the Northern District of Georgia using the CM/ECF system. I further certify that a true and correct copy of the foregoing Notice of Removal will be served by electronic mail to the following counsel for Plaintiffs:

>**Leslie M. Bassett**
>leslie@pridgenbassett.com
>PRIDGEN BASSETT LAW, LLC
>138 Bulloch Avenue
>Roswell, Georgia 30075
>(404) 551-5884 direct
>(678) 812-3654 facsimile
>*Counsel for Plaintiffs*

>*/s/ Shane Nichols*
>MCDERMOTT WILL & EMERY LLP
>A. Shane Nichols
>Georgia Bar No. 542654