# Exhibit B

| | |
|---|---|
| **From:** | Leslie Bassett |
| **To:** | Mathew Encino |
| **Subject:** | Lois Walsh beneficiary designations |
| **Date:** | Friday, April 30, 2021 11:49:44 AM |
| **Attachments:** | image001.jpg |
| | Exhibit A - Etrade-IRA Designation of Beneficiaries.pdf |

Mathew – Attached is Lois Walsh's beneficiary designation form for her IRA accounts (these were in effect with respect to her self-directed IRA accounts and you know the rest of the story). I've summarized below the beneficiary designations. The amount in the IRA accounts as of March 31, 2021 is :$1,999,250.20. For purposes of the numbers below, I've rounded that to $2 million.

Under the default beneficiary rules for the E*TRADE IRA (which is how E*TRADE says they will pay the account out absent a court order), the distribution would be 25% to each of Lois Walsh's four children: Vicki Harris, Robert Toepfert, Rick Toepfert, and Roger Toepfert ($500k to each approximately).

Under Lois Walsh's beneficiary designation, the distribution would be:

Vicki Harris – 30% ($600,000)
Michael Harris – 10% ($200,000 for each of the 10% beneficiaries)
Robert Toepfert – 10%
Rick Toepfert – 10%
Roger Toepfert – 10%
Daniel Walsh – 10%
Patricia Walsh – 10%
Amy Gentry – 10%

So, the amount at issue is the $900,000 that will be overpaid to Vicki Harris's three brothers (and underpaid to the remaining beneficiaries) if E*TRADE pays out according to the default beneficiary rules. That is roughly the amount of damages we plan to seek in our breach of fiduciary duty action(s) if we have to go that route. Before we do, though, I wanted to give Mercer Global Advisors an opportunity to remedy the harm here, out of court.

I look forward to hearing from you as soon as possible. Thanks very much,

Leslie



### Leslie M. Bassett
Pridgen Bassett Law

Direct:     404.844.5884
Facsimile:  678.812.3654
Email:      leslie@pridgenbassett.com
Website:    www.pridgenbassett.com

138 Bulloch Ave., Roswell, GA  30075*

IRS Circular 230 Disclosure: I am not a tax attorney. Absolutely nothing in this email constitutes reliable tax advice.
Confidential and/or Privileged: If this email contains confidential and/or privileged information, treat it accordingly.

**\*PLEASE NOTE OUR NEW ADDRESS**