IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **VICKI HARRIS and MICHAEL HARRIS**, <br><br>        Plaintiffs, <br>v. <br><br> **MERCER GLOBAL ADVISORS INC., E*TRADE SAVINGS BANK, and E*TRADE SECURITIES, LLC,** <br><br>        Defendants. | Civil Action No.: _____ <br><br> (On removal from Superior Court of Fulton County, Georgia, Civil Action 2023-CV-374692) |

### DEFENDANT E*TRADE SECURITIES LLC'S
### NOTICE OF CONSENT TO REMOVAL

In accordance with 28 U.S.C. §1446(b)(2)(A), Defendant E*TRADE Securities LLC[1] submits the following Notice of Consent to Removal. As stated in Defendant Mercer Global Advisors, Inc.'s Notice of Removal filed on April 14, 2023, E*TRADE Securities LLC consents to the removal of this action from the State Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia.

---

[1] The other E*TRADE entity named in the complaint, E*TRADE Savings Bank, no longer exists as a corporate entity and has not been properly served in this matter.

1

Respectfully Submitted,

Dated: April 14, 2023

By: */s/ James R. Browning Jr.*

**GREENBERG TRAURIG LLP**
James R. Browning Jr.
Georgia Bar No. 604862
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Tel: (678) 553-2100
Fax: (678) 553-2212
BrowningJ@GTLaw.com

Kurt A. Kappes
(*pro hac vice application to be submitted*)
1201 K Street
Suite 1100
Sacramento, CA 95814
Phone: 916.868.0650
Fax: 916.448.1709
Email: KappesK@GTLaw.com

*Attorneys for Defendant E*TRADE Securities LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day, April 14, 2023, filed electronically via CM/ECF a true copy of the foregoing Consent to Notice of Removal with the Clerk of the Court for the United States District Court for the Northern District of Georgia using the CM/ECF system. I further certify that a true and correct copy of the foregoing Consent to Notice of Removal will be served by electronic mail to the following counsel for Plaintiffs:

>**Leslie M. Bassett**
>leslie@pridgenbassett.com
>PRIDGEN BASSETT LAW, LLC
>138 Bulloch Avenue
>Roswell, Georgia 30075
>(404) 551-5884 direct
>(678) 812-3654 facsimile *Counsel for Plaintiffs*

*/s/ Shane Nichols*
_____

MCDERMOTT WILL & EMERY LLP
A. Shane Nichols
Georgia Bar No. 542654