# Exhibit 2



**gravel & shea** | ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

76 St. Paul Street
P.O. Box 369
Burlington, Vermont 05402-0369

Telephone 802.658.0220
Facsimile 802.658-1456
www.gravelshea.com

Brooks G. McArthur
*Shareholder*
bmcarthur@gravelshea.com

February 13, 2023

United Community Bank
ATTN: Subpoena Compliance
P.O. Box 398
Blairsville, GA 30514

   Re: United States of America v. Paul Hendler
     Docket No. 5:22-CR-00009

Dear Sir/Madam:

  Please be advised that I represent Paul Hendler in relation to the above entitled Federal Court matter.

  Enclosed please find a Subpoena To Produce Documents, Information, Or Objects In A Criminal Case issued and signed by the U.S. District Court of Vermont requesting material as set forth in Attachment A along with a Waiver of Service.

  The materials may be produced in document form or placed on a DVD, CD, or thumb drive. If possible, the material may also be emailed to me: bmcarthur@gravelshea.com; cparah@gravelshea.com or faxed (802) 658-1456.

  The signed Waiver can also be forwarded to me via email, fax, or mail. If I do not receive the signed Waiver back within two weeks, I will need to contact the U.S. Marshal's Office to serve the Subpoena in person.

  Please forward the requested material to me no later than <u>March 17, 2023</u>.

         Sincerely,

         GRAVEL & SHEA PC

        Brooks G. McArthur

BGM:clp
Enclosures

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| United States of America | ) |
|---|---|
| v. | ) |
| Paul Hendler | ) Case No. 5:22-CR-00009-gwc |
|  | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: United Community Bank

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:
See attached Schedule A.

| Place: | Gravel & Shea, PC<br>P.O. Box 396<br>Burlinton, VT 05402 | Date and Time:<br>3/17/2023 |
|---|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date: 2/13/2023

CLERK OF COURT

Sharrah LeClair

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Paul Hendler__
_____, who requests this subpoena, are:

Brooks G. McArthur, Esq. and the law firm of Gravel & Shea, PC; P.O. Box 369, Burlington, VT 05402; (802) 658-0220; bmcarthur@gravelshea.com

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 5:22-CR-00009 |
| | ) |
| PAUL HENDLER | ) |

## ATTACHMENT A

United Community Bank
ATTN: Subpoena Compliance
P.O. Box 398
Blairsville, GA 30514

Any and all Paycheck Protection Program (PPP) Loan documents and information including, but not limited to, loan applications and supporting documents, reconciliation/forgiveness applications and supporting documents, and loan and forgiveness determinations regarding Afternoonies, LLC d/b/a Blue Paddle Bistro (EIN: ▆▆▆▆299) for the time period of January 2020 through the present.

gravel &
   shea  ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 5:22-CR-00009 |
| ) | |
| PAUL HENDLER ) | |

## WAIVER OF SERVICE

I, _____, duly authorized representative of United Community Bank hereby waive any and all forms of service and accept service of the Subpoenas To Produce Documents, Information, Or Objects In A Criminal Case dated February 13, 2023 in relation to the above matter. Service of process is hereby accepted and any and all other formalities of service are hereby waived.

Dated: _____

Print Name: _____
Duly Authorized Representative

gravel &
shea   ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

Case No. 5:22-CR-00009-gwc

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 3)

## Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g) (Effective 12/1/08)

**(c) Producing Documents and Objects.**

   **(1) In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

   **(2) Quashing or Modifying the Subpoena.** On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

   **(3) Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service.**

   **(1) In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

   **(2) In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g) Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).