# Exhibit 3

| | |
|---|---|
| **From:** | Jill Warner |
| **To:** | Brooks G. McArthur; cparah@gravelshea.com |
| **Subject:** | RE: United States v. Paul Hendler - subpoena to United Community Bank |
| **Date:** | Monday, March 13, 2023 9:55:00 AM |

Brooks and Cathy, as I explained to Cathy a few minutes ago, your firm's Subpoena to Produce Documents, Information, or Objects in a Criminal Case issued February 13, 2023 (the "Subpoena"), was sent to our firm's client, United Community Bank, by regular mail. As Brooks acknowledges in the cover letter to the Subpoena, mailing the Subpoena was not proper service.

United Community Bank ("United") has a footprint in six states: South Carolina, Georgia, North Carolina, Tennessee, Florida and Alabama. It is not doing business in or near Vermont and cannot be compelled to produce documents in Burlington, Vermont.

The Subpoena seeks "Any and all Paycheck Protection Program (PPP) Loan documents and information, including, but not limited to, loan applications . . ." United objects to producing loan applications or information other than loan histories, loan agreements and promissory notes for any responsive PPP loans. PPP loans require SBA forms and are backed by the SBA. United is not aware of any reported decision authorizing the production of the confidential business information contained in any PPP applications or any communications between United and the SBA or underwriting analysis concerning borrowers. See Diamond Ventures, LLC v. Barreto, 452 F.3d 892,897 (D.C. Circ. 2006) (SBA loan applicants have an expectation of privacy in the information in their applications; cf. WP Co. LLC v. U.S. Small Bus. Admin., 502 F.Supp. 3d 1, 28-28 (D.D.C. 2020) (Freedom of Information Act case concerning disclosure of borrowers' names, addresses and loan amounts (only)).

United would be willing to produce a loan history, promissory note and loan agreement for any responsive PPP loans in response to a properly-served subpoena. It objects to producing "Any and all" information concerning any PPP loan. Please let me know by the end of the day on Tuesday, March 14, 2023, whether you will agree to limit the scope of the Subpoena to a loan history, promissory note and loan agreement for any responsive PPP loans. If so, I am authorized to accept service of the Subpoena, and could send you a loan history, promissory note and loan agreement for any responsive PPP loans by secure FTP link in advance of the March 17, 2023 deadline in the Subpoena. If you are not willing to limit the scope of the Subpoena as proposed herein, we will file a Miscellaneous Action in the Northern District of Georgia and move to quash it.

Thank you.

Jill Warner
BROOKS & WARNER LLC
1768 Century Boulevard NE
Suite B
Atlanta, Georgia  30345
t (404) 681-0730
f (404) 681-0780

Confidentiality Notice:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at (404) 681-0700, and destroy the original transmission and its attachments without reading or saving in any manner.

**From:** Brooks G. McArthur <bmcarthur@gravelshea.com>
**Sent:** Friday, March 10, 2023 2:35 PM
**To:** Jill Warner <jwarner@brooksandwarner.com>
**Subject:** RE: United States v. Paul Hendler - subpoena to United Community Bank

Direct line works great



**Brooks G. McArthur** | *Shareholder*
**Gravel & Shea PC**

76 St. Paul Street, 7th Floor | P.O. Box 369 | Burlington, VT  05401
T: 802-658-0220 | F: 802-658-1456 | Direct: 802-264-3205
bmcarthur@gravelshea.com | www.gravelshea.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message

**From:** Jill Warner <jwarner@brooksandwarner.com>
**Sent:** Friday, March 10, 2023 2:34 PM
**To:** Brooks G. McArthur <bmcarthur@gravelshea.com>
**Subject:** RE: United States v. Paul Hendler - subpoena to United Community Bank

Brooks, I will plan to call you at 8:30 Monday morning.  Should I call your direct line or a different number?

Thanks,
Jill

**From:** Brooks G. McArthur <bmcarthur@gravelshea.com>
**Sent:** Friday, March 10, 2023 1:29 PM
**To:** Jill Warner <jwarner@brooksandwarner.com>
**Subject:** RE: United States v. Paul Hendler - subpoena to United Community Bank

Hi Jill,

I can't talk today and I have a very tough day on Monday but I am available Monday morning at 8:30 am if you would like to call me? Brooks



**Brooks G. McArthur** | *Shareholder*
**Gravel & Shea PC**

76 St. Paul Street, 7th Floor | P.O. Box 369 | Burlington, VT  05401
T: 802-658-0220 | F: 802-658-1456 | Direct: 802-264-3205
bmcarthur@gravelshea.com | www.gravelshea.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message

**From:** Jill Warner <jwarner@brooksandwarner.com>
**Sent:** Friday, March 10, 2023 1:23 PM
**To:** Brooks G. McArthur <bmcarthur@gravelshea.com>
**Subject:** RE: United States v. Paul Hendler - subpoena to United Community Bank

Brooks, I am following up about your client's subpoena to United Community Bank.  The production date is next week.  Are you available for a call this afternoon?  If not, are you available Monday?

Thank you.
Jill

**From:** Jill Warner
**Sent:** Tuesday, March 7, 2023 6:52 PM
**To:** bmcarthur@gravelshea.com
**Subject:** United States v. Paul Hendler - subpoena to United Community Bank

Brooks, we are counsel for United Community Bank, which has received your client's subpoena in the referenced matter.  Are you available for a call Wednesday or Thursday?  I have calls at 10 and 11 on Wednesday but otherwise have good availability.  Please let me know if there is a time that would work for you.

Thank you.

Jill Warner
BROOKS & WARNER LLC
1768 Century Boulevard NE
Suite B
Atlanta, Georgia  30345
t (404) 681-0730
f (404) 681-0780

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at (404) 681-0700, and destroy the original transmission and its attachments without reading or saving in any manner.