

**CORPORATE CREATIONS®**
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Ready Mix USA, LLC                                                          11/30/2022
Jeana White Corporate Paralegal
CEMEX USA
1720 Centrepark Drive East
West Palm Beach FL 33401

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2022-518

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | **Entity Served:** | Ready Mix USA, LLC |
|----|----|----|
| 2. | **Title of Action:** | Thornton Storage, LLC vs. Ready Mix USA, LLC |
| 3. | **Document(s) Served:** | Summons<br>Complaint<br>Exhibits |
| 4. | **Court/Agency:** | Cobb County Superior Court |
| 5. | **State Served:** | Georgia |
| 6. | **Case Number:** | 22108203 |
| 7. | **Case Type:** | Continuing Trespass |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Tuesday 11/29/2022 |
| 10. | **Date to Client:** | Wednesday 11/30/2022 |
| 11. | **# Days When Answer Due<br>Answer Due Date:** | 30<br>Thursday 12/29/2022 — **CAUTION:** Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | John A. Christy<br>Atlanta, GA<br>404-681-3450 |
| 13. | **Shipped To Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 111 |
| 16. | **Notes:** | None |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

801 US Highway 1 North Palm Beach, FL 33408  Tel: (561) 694-8107  Fax: (561) 694-1639
www.CorporateCreations.com

# SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ID# 2022-0151470-CV
**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108203**

Kellie Hill - 65
NOV 23, 2022 12:09 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER   22108203

$214.00 COST PAID

THORNTON STORAGE, LLC

_____
**PLAINTIFF**

**VS.**

READY MIX USA, LLC. DBA c/o Corporate
Creations Network, Inc., Registered Agent

_____
**DEFENDANT**

**SUMMONS**

TO: READY MIX USA, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the
Plaintiff's attorney whose name and address is:

> **John Christy**
> **Schreeder Wheeler Flint LLP**
> **1100 Peachtree Street**
> **Suite 800**
> **Atlanta, Georgia 30309**

an answer to the complaint which is herewith served upon you, within 30 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.

**This 23rd day of November, 2022.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1

ID# 2022-0151469-CV
⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108203**
Kellie Hill - 65
NOV 23, 2022 12:09 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

THORNTON STORAGE, LLC,     )
                                )
      Plaintiff,          )     CIVIL ACTION FILE NO.
                                )
      v.                 )     _____
                                )
READY MIX USA, LLC,       )
                                )
      Defendant.     )

## COMPLAINT

COMES NOW Thornton Storage, LLC ("Thornton") and for its Complaint against Ready Mix USA, LLC ("Ready Mix") and shows this Court as follows:

1.

Thornton is a Georgia limited liability company, which is the owner of improved real property located at 426 North Thornton Avenue, Dalton, Georgia (the "Thornton Property").

2.

Ready Mix is a Delaware limited liability company which is qualified to do business in Georgia and transacts in the State of Georgia under the name "Ready Mix" and is therefore subject to the jurisdiction of this Court.

3.

Ready Mix has its registered office in Cobb County, Georgia and therefore venue is proper in this Court. Ready Mix may be served with the Summons and Company by service upon its Registered Agent for service of process, Corporate Creations Network,

Inc., at Ready Mix's registered office, 2985 Gordy Parkway, 1st Floor, Marietta, Cobb County, Georgia 30066.

4.

Thornton operates a self storage business (the "Thornton Business") on the Thornton Property.

5.

The Thornton Property consists of approximately 5.354 acres on which sits six (6) (3) self-storage buildings totaling approximately 42,245 square feet including: a 15,440 square foot building with 143 climate controlled self-storage units and two contractor units; a 9,385 square foot building with 111 climate controlled self-storage units; and a 7,500 square foot building with 55 non-climate controlled self-storage units.

6.

Ready Mix operates a cement mixing plant (the "Plant") on the property adjacent and to the east of the Thornton Property.

7.

When Ready Mix cement trucks return to the Plant after delivering their loads, their mixer drums are washed out.

8.

When the mixer drums are washed out, the effluent containing cement mix and slurry flows into a "washout pond" on Ready Mix's property. The washout pond routinely overflows, particularly during rain events, causing this runoff to flow onto the Thornton Property.

9.

Cement mix and slurry is not only deposited on the parking and asphalt areas of the Thornton Property, but also flows and accumulates in the underground storm water pipes on the Thornton Property as more particularly shown in **Exhibit "A"** attached hereto,.

10.

Thornton notified Ready Mix of the overflow onto its property and made demand that it cease and desist from the acts alleged herein, but Ready Mix failed to respond and has taken no action to remediate or abate the flow of its water and cement mix and slurry onto the Thornton Property. A copy of a letter to Ready Mix is attached hereto as <u>Exhibit</u> **"B"** and incorporated by reference herein as if set forth in full.

<u>COUNT I – CONTINUING TRESPASS</u>

11.

Thornton realleges and incorporates by reference herein the allegations contained in Paragraphs 1 – 10 of the Complaint with the same force and effect as if they had been restated herein.

12.

The actions and failure of Ready Mix to allow its runoff and cement slurry to flow on to the Thornton Property without the permission of Thornton constitutes a continuing trespass upon the Thornton Property.

13.

As a result of the continuing and repeated trespass upon the Thornton Property, Thornton has suffered and continues to suffer damages as a result of the presence of runoff

with cement slurry on its Property. In addition, the actions of Ready Mix have unlawfully interfered with Thornton's use and enjoyment of the Thornton Property.

14.

Despite being notified of the continuing trespass of its runoff and cement slurry, Ready Mix has failed and refused to remedy the situation and continues to allow its cement slurry to flow onto the Thornton Property and into its underground storm water drains.

15.

Ready Mix is liable for damages to Thornton in an amount to be proven with certainty at trial for the costs incurred by Thornton in remedying the damages caused by the repetitive discharge of water and cement slurry onto the Thornton Property, including but not limited to, loss of revenue and profit suffered by Thornton, and such other and further damage which will be proven at trial.

### COUNT II – NUISANCE

16.

Thornton realleges and incorporates by reference herein the allegations contained in Paragraphs 1 – 10 of the Complaint with the same force and effect as if they had been restated herein.

17.

The repetitive discharge of water and cement mix and slurry onto the Thornton Property by Ready Mix constitutes a continuing nuisance.

18.

Ready Mix is aware of the repetitive and uncontrolled discharge of water and cement slurry upon the Thornton Property and despite such knowledge and has failed to take any action to remecy or limit its discharge.

19.

Despite repeated requests, Ready Mix has failed and refused to abate the nuisance.

20.

Ready Mix is liable for damages to Thornton in an amount to be proven with certainty at trial, the costs incurred by Thornton seeking to remedy the damages caused by the repetitive discharge of Ready Mix's water and cement mix and slurry onto the Thornton Property, including lost revenue and profits suffered by the Thornton Property and such other and further damages as may be proven with certainty at trial.

## COUNT III – INJUNCTIVE RELIEF

21.

Thornton realleges and incorporates by reference herein the allegations contained in Paragraphs 1 – 20 of the Complaint with the same force and effect as if they had been restated herein.

22.

Thornton is being deprived of the use of the Thornton Property and is being irreparably injured and harmed entitling it to injunctive relief requiring Ready Mix to cease and desist from the continuing and repetitive nuisance and trespass upon the Thornton

Property as a result of the discharge of water and cement mix and slurry onto the Thornton Property.

23.

Unless restrained and enjoined Ready Mix's nuisance and trespass will continue interfering with Thornton's continued use and enjoyment of its property for which it has no adequate remedy at law.

### COUNT IV – ATTORNEYS' FEES

24.

Thornton realleges and incorporates by reference herein the allegations contained in Paragraphs 1 –23 of the Complaint with the same force and effect as if they had been restated herein.

25.

Ready Mix has acted in bad faith by failing to remedy the discharge of water and cement slurry onto the Thornton Property despite Thornton's request and the failure of Ready Mix to address the uncontrolled discharge of its water and cement mix and slurry on the Thornton Property reflects a conscious indifference to the consequences of its actions.

26.

Ready Mix has therefore acted in bad faith entitling Thornton to recover its attorneys' fees in accordance with O.C.G.A. § 13-6-11.

WHEREFORE, Thornton Storage, LLC demands judgment against Ready Mix USA, LLC as follows:

(1)　　Pursuant to Count I, for an award of damages in an amount to be proven at trial, but not less than $350,000,　for the repeated and continuing trespass upon the Thornton Property and the Thornton Business;

(2)　　Pursuant to Count II, for an award of damages in an amount to be proven with certainty at trial, but not less than $350,000, for maintaining a nuisance which has had the effect of damaging the Thornton Property and the Thornton Business;

(3)　　Pursuant to Count III, for an injunction permanently enjoining Ready Mix from the continued maintenance of a nuisance and continuing trespass resulting from the discharge of water and cement mix and slurry from its property onto the Thornton Property;

(4)　　Pursuant to Count IV, for an award attorneys' fees and other costs and expenses of litigation in accordance with O.C.G.A. § 13-6-11;

(5)　　For interest as allowed by law and all costs of this action; and

(6)　　For such other and further relief as this Court deems just and proper.

/s/ *John A. Christy*
JOHN A. CHRISTY
Georgia Bar No. 125518
Attorney for Thornton Storage, LLC

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia  30309
Telephone:　(404) 681-3450
Facsimile:　　(404) 681-1046
Email:　　　jchristy@swfllp.com
K:\7688\3\Complaint.docx

EXHIBIT "A"















LAW OFFICES
## SCHREEDER, WHEELER & FLINT, LLP
1100 PEACHTREE STREET, NE
SUITE 800
ATLANTA, GEORGIA 30309-4516

TELEPHONE: (404) 681-3450
FACSIMILE: (404) 681-1046

John A. Christy

E-Mail: jchristy@swfllp.com
Direct Dial: (404) 954-9819

September 30, 2021

Ready Mix USA
c/o CEMEX                           **VIA FEDERAL EXPRESS**
1501 Belvedere Road
West Palm Beach, Florida 33406

    Re:    Property located at 426 North Thornton Avenue, Dalton, Georgia

Dear Sir or Madam:

    This firm represents Thornton Storage, LLC, the owner of property located at 426 North Thornton Avenue in Dalton, Georgia. A Ready Mix USA ("Ready Mix") facility adjoins my client's property. The purpose of this letter is to give you notice of a nuisance and trespass caused by the operation of the Ready Mix property which is damaging and interfering with the use and enjoyment of my client's property.

    During rain events, runoff from the Ready Mix property flows onto my client's property. This runoff is mixed with cement and sediment from the concrete washout pit on the Ready Mix property. The runoff constitutes a trespass and nuisance. The runoff contributes to flooding on my client's property not only because of the volume of water, but also because the cement and sediment is draining into underground stormwater pipes on my client's property and constricting the flow of water through them.

    Thornton Storage, LLC a demands that Ready Mix immediately cease and desist from trespassing on its property and maintaining a continuing nuisance which is damaging its property. If immediate action is not taken to abate this trespass and nuisance, my client will have no recourse but to seek judicial intervention to enjoin the continuing trespass and nuisance caused by the operation of the Ready Mix plant.

    I am more than happy to discuss this matter in detail with you if you wish, but expect that Ready Mix will comply with this demand.

            Sincerely,

            John A. Christy

LAW OFFICES
SCHREEDER, WHEELER & FLINT, LLP
1100 PEACHTREE STREET, NE
SUITE 800
ATLANTA, GEORGIA 30309-4516

TELEPHONE: (404) 681-3450
FACSIMILE: (404) 681-1046

John A. Christy

E-Mail: jchristy@swfllp.com
Direct Dial: (404) 954-9819

April 27, 2022

Ready Mix USA
c/o CEMEX Southeast, LLC                    **VIA FEDERAL EXPRESS**
1501 Belvedere Road
West Palm Beach, Florida 33406

Re:    Plant Located at 419 N. Selvridge, Dalton, Georgia (the "Plaint")

Dear Sir or Madam:

This firm represents Thornton Storage, LLC, the owner of property located at 426 North Thornton Avenue in Dalton, Georgia. A Ready Mix USA ("Ready Mix") facility adjoins my client's property. I previously wrote to you giving notice of a nuisance and trespass caused by the operation of the Plant which is damaging and interfering with the use and enjoyment of my client's property.

My client has video and other evidence of the aggregate from the Ready Mix plant which is clogging my client's underground stormwater pipes. Since you have taken no action to remove the sediment from those pipes, my client is the process of removing the sediment from the lines and expects that Ready Mix will reimburse it for these costs as well as the lost income it has suffered due to the flooding caused by the Ready Mix plant.

Furthermore, since Ready Mix has failed to abate this trespass and nuisance, Thornton Storage, LLC will proceed with legal action to enjoin the continuing trespass and nuisance caused by the operation of the Ready Mix plant.

PLEASE GOVERN YOURSELF ACCORDINGLY!

Sincerely,

John A. Christy

JAC/abm
K:\7688\3\Correspondence\Ltr to Ready Mix - 04.21.22.docx

## VERIFICATION

Personally appeared before the undersigned Notary Public duly authorized to administer oaths, came Barden Brown, the Manager of Thornton Storage, LLC (the "Company"), who deposes and states that he has reviewed the Complaint in this action and the factual allegations are true and correct based on his personal knowledge and that he is authorized on behalf of the Company to make and deliver this verification.

This the **22** day of November, 2022.

_____
Barden Brown

Sworn to and subscribed before me
This the _____ day of _____, 2022.

_____
Notary Public
My Commission Expires. _____

ID# 2022-0151471-CV

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108203**

**NOV 23, 2022 12:09 PM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**General Civil and Domestic Relations Case Filing Information Form**

☑ **Superior** or ☐ **State Court of** _Cobb_ **County**

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** _11-23-2022_ | **Case Number** _22108203_ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

THORNTON STORAGE, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

READY MIX USA, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** _Christy, John_    **Bar Number** _125518_    **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contract**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☑ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
**Case Number**                    **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.20

ID# 2022-0151472-CV
⚡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108203**
**Kellie Hill - 65**
NOV 23, 2022 12:09 PM

_____
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER   **22108203**_____

**THORNTON STORAGE, LLC**_____
Plaintiff

Vs.

**READY MIX USA, LLC**_____
Defendant

## TYPE OF ACTION

- o Divorce without Agreement Attached
- o Divorce with Agreement Attached
- o Domestic Relations
- o Damages Arising out of Contract
- o Damages Arising out of Tort
- o Condemnation
- o Equity
- o Zoning – County Ordinance Violations (i.e., Injunctive Relief-Zoning)
- o Zoning Appeals (denovo)
- o Appeal, Including denovo appeal – excluding Zoning

- o URESA
- o Name Change
- ☑ Other
- o Recusal
- o Adoption

## PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court (Whether pending simultaneously or not)?

- ☑ NO
- o YES – If yes, please fill out the following:

  1. Case # _____

  2. Parties _____

  3. Assigned Judge _____

  4. Is this case still pending?     o Yes     o No

  5. Brief description of similarities:

/S/  **Christy, John**_____
Attorney or Party Filing Suit

ID# 2022-0164889-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108203**

Kellie Hill - 65
DEC 27, 2022 08:44 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **THORNTON STORAGE LLC,**      ) | |
|      ) | |
|     **Plaintiff,**      ) | |
|      ) | **CIVIL ACTION** |
| v.      ) | **NO. 22108203** |
|      ) | |
| **READY MIX USA, LLC,**      ) | |
|      ) | |
|     **Defendant.**      ) | **Jury Trial Demanded** |
|      ) | |

## JOINT STIPULATION EXTENDING TIME FOR DEFENDANT READY MIX USA, LLC TO RESPOND TO COMPLAINT

Plaintiff Thornton Storage LLC and Defendant Ready Mix USA, LLC ("Ready Mix") stipulate to extend the time within which Ready Mix may answer or otherwise respond to the Plaintiff's Complaint in this case up to and through January 20, 2023. All defenses which might or could have been raised within the original time to answer are preserved by this extension.

Stipulated and agreed to, this 27th day of December, 2022.

**KAZMAREK MOWREY CLOUD LASETER LLP**

Jennifer A. Simon
Georgia Bar No. 636946
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree Street, NE, Suite 3600
Atlanta, GA 30309
(404) 812-0126
jsimon@kmcllaw.com

**Attorney for Defendant Ready Mix USA, LLC**

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing JOINT STIPULATION

EXTENDING TIME FOR DEFENDANT READY MIX USA, LLC TO RESPOND TO

COMPLAINT via the PeachCourt eFiling system and via electronic mail to the following

party:

>John A. Christy
>Schreeder, Wheeler & Flint, LLP
>1100 Peachtree Street N.E., Suite 800,
>Atlanta, Georgia 30309
>jchristy@swfllp.com
>
>*Counsel for Plaintiff Thornton Storage LLC*

This 27th day of December, 2022.

_____
Jennifer A. Simon
Georgia Bar No. 636946
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree Street, NE, Suite 3600
Atlanta, GA 30309
(404) 812-0126
jsimon@kmcllaw.com

**Attorney for Defendant Ready Mix
USA, LLC**

3

ID# 2023-0010012-CV
⚡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108203**
Kellie Hill - 65
JAN 20, 2023 04:44 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

|  |  |  |
|---|---|---|
| **THORNTON STORAGE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION** |
| | ) | **NO. 22108203** |
| **READY MIX USA, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | **Jury Trial Demanded** |
| _____ | ) | |

### DEFENDANT READY MIX USA, LLC's
### ANSWER AND AFFIRMATIVE DEFENSES
### TO PLAINTIFF'S COMPLAINT

DEFENDANT Ready Mix USA, LLC ("Ready Mix") files its Answer and

Affirmative Defenses to the Plaintiff Thornton Storage LLC's Complaint, stating as follows:

1.      Ready Mix is without knowledge or information sufficient to form a belief as

to the truth of the allegations contained in Paragraph 1 and therefore denies them.

2.      Ready Mix admits it is a Delaware limited liability company, is qualified to do

business in Georgia, and that it operates in the state of Georgia under the name Ready Mix

USA. Ready Mix admits this Court has jurisdiction over Plaintiff's alleged claims, but denies

it committed any act or omission that would subject it to the jurisdiction of this Court.

Ready Mix denies the remaining allegations in Paragraph 2.

3.      Ready Mix admits its registered office is in Cobb County and that its registered

agent is Corporate Creations Network Inc. located at 2985 Gordy Parkway, 1st Floor,

Marietta, GA, 30006. Ready Mix admits venue is proper in this Court, but denies it

committed any act or omission that would subject it to this venue. Ready Mix denies the remaining allegations in Paragraph 3.

4.      Ready Mix is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 and therefore denies them.

5.      Ready Mix is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 and therefore denies them.

6.      Ready Mix admits it operates a concrete plant at 419 N. Selvidge St., Dalton, GA, and that portions of this property are adjacent and/or east of 426 N. Thornton Ave., Dalton, GA. Ready Mix denies the remaining allegations in Paragraph 6.

7.      Ready Mix admits it washes out its concrete trucks onsite at its concrete plant located at 419 N. Selvidge St., Dalton, GA.  Ready Mix denies the remaining allegations in Paragraph 7.

8.      Ready Mix denies the allegations in Paragraph 8.

9.      Ready Mix denies the allegations in Paragraph 9 and further denies the allegations contained in Exhibit "A."

10.     Ready Mix denies the allegations in Paragraph 9 and further denies the allegations contained in Exhibit "B."

## COUNT I
## CONTINUING TRESPASS

11.     Ready Mix incorporates by reference its responses to Paragraphs 1-10, above, as its answer to Paragraph 11.

12.     Ready Mix denies the allegations in Paragraph 12.

2

13.     Ready Mix denies the allegations in Paragraph 13.

14.     Ready Mix denies the allegations in Paragraph 14.

15.     Ready Mix denies the allegations in Paragraph 15.

**COUNT II**
**NUISANCE**

16.     Ready Mix incorporates by reference its responses to Paragraphs 1-15, above,

as its answer to Paragraph 16.

17.     Ready Mix denies the allegations in Paragraph 17.

18.     Ready Mix denies the allegations in Paragraph 18.

19.     Ready Mix denies the allegations in Paragraph 19.

20.     Ready Mix denies the allegations in Paragraph 20.

**COUNT III**
**INJUNCTIVE RELIEF**

21.     Ready Mix incorporates by reference its responses to Paragraphs 1-20, above,

as its answer to Paragraph 21.

22.     Ready Mix denies the allegations in Paragraph 22.

23.     Ready Mix denies the allegations in Paragraph 23.

**COUNT IV**
**ATTORNEYS' FEES**

24.     Ready Mix incorporates by reference its responses to Paragraphs 1-23, above,

as its answer to Paragraph 24.

25.     Ready Mix denies the allegations in Paragraph 25.

26.     Ready Mix denies the allegations in Paragraph 26.

Ready Mix denies the allegations contained in the "WHEREFORE" section following Paragraph 26, including all paragraphs and subparagraphs.

Ready Mix further denies each and every allegation not specifically admitted herein.

## DEFENSES

### First Defense

Plaintiff's Complaint, in whole or in part, fails to state a claim against Ready Mix upon which relief may be granted.

### Second Defense

Plaintiff's Complaint is barred by and/or the relief requested is unavailable under the doctrines of estoppel, waiver, unclean hands, unjust enrichment, failure to mitigate damages, quasi-estoppel, release, waiver, assumption of the risk, balancing of relative hardships and other equitable doctrines.

### Third Defense

The losses, injuries, or damage, if any, of which Plaintiff complains were directly, proximately, solely, and entirely caused and contributed to by the negligence, culpable fault, or conduct of others, whether or not named as parties to this action.  If Plaintiff is entitled to recovery from Ready Mix, which is denied, such recovery is diminished to the extent that the damages alleged in Plaintiff's Complaint are attributable to the negligence, culpable conduct, or fault of others.

### Fourth Defense

The losses, injuries, or damage, if any, of which Plaintiff complains were directly, proximately, solely, and entirely caused and contributed to by the negligence, culpable fault, or conduct of Plaintiff. Plaintiff's fault was equal to or greater than fifty percent, thereby denying recovery to Plaintiff. If Plaintiff's fault is determined not to be equal to or greater than fifty percent, then any recovery to which Plaintiff is entitled should be reduced in proportion to the percentage of the conduct, fault, omissions, and negligence attributable to Plaintiff.

### Fifth Defense

The alleged conduct that forms the basis for Plaintiff's claim is wholly past and not likely to be repeated.

### Sixth Defense

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations or rules of repose and/or laches.

### Seventh Defense

Plaintiff's alleged damages and injuries were a result of intervening or superseding acts or omissions of persons or entities other than Ready Mix or any related entity.

### Eighth Defense

Plaintiff failed to exercise ordinary care for his own protection. Plaintiff is not, therefore, entitled to recover from Ready Mix in this action.

5

Ninth Defense

Plaintiff consented to or licensed the alleged conduct that forms the basis for Plaintiff's claim.

Tenth Defense

Ready Mix was operating pursuant to an implied or prescriptive easement during all alleged activities referenced by Plaintiff in the Complaint.

Eleventh Defense

Plaintiff has not suffered any legally cognizable damage or injury as a result of any alleged act or omission of Ready Mix.

Twelfth Defense

The alleged injury or damage suffered by Plaintiff, if any, would be adequately compensated by damages. Accordingly, Plaintiff has a complete and adequate remedy at law and is not entitled to seek equitable relief.

Thirteenth Defense

During the Ready Mix activities referenced by Plaintiff in the Complaint, Ready Mix were operating in substantial compliance within all applicable statutes and regulations.

Fourteenth Defense

During the Ready Mix activities referenced by Plaintiff in the Complaint, Ready Mix was operating in compliance within all applicable industry and government standards and regulations, consistent with industry custom and the applicable standard of care, and/or its activities were reasonable as a matter of law.

6

<u>Fifteenth Defense</u>

Plaintiff's claims against Ready Mix are barred, in whole or in part, because Ready Mix's acts and omissions, if any, were legally authorized.

<u>Sixteenth Defense</u>

Some or all of Plaintiff's claims are preempted by federal law.

<u>Seventeenth Defense</u>

The violations alleged in the Complaint are de minimis in nature and have created no danger to the environment, public health or safety, or human welfare.

<u>Eighteenth Defense</u>

Plaintiff's claims are barred by the doctrine of force majeure.

<u>Nineteenth Defense</u>

Plaintiff's allegations were wholly, or in part, directly and proximately caused by acts of God and/or naturally occurring conditions.

<u>Twentieth Defense</u>

During all the alleged conduct that forms the basis for Plaintiff's claim, a bona fide controversy existed between the parties as to the causes of Plaintiff's alleged losses, damages or injuries.

<u>Twenty-First Defense</u>

Ready Mix reserves the right to plead additional defenses that may become known during the course of discovery in this case.

<u>Twenty-Second Defense</u>

WHEREFORE having fully answered Plaintiff's Complaint, Ready Mix prays that Plaintiff's Complaint be dismissed with prejudice; that judgment be rendered in favor of Ready Mix; that Plaintiff be assessed with all costs of this action incurred by Ready Mix; that Ready Mix recover its attorneys' fees and expenses pursuant to O.C.G.A. § 9-15-14; that Plaintiff recover nothing in this action from Ready Mix; that this action be tried, if it be tried at all, before a jury of twelve persons; and that Ready Mix have such other and further relief as this Court deems just and proper.

This 20th day of January, 2023.

**KAZMAREK MOWREY CLOUD
LASETER LLP**


/s/ Jennifer A. Simon
Jennifer A. Simon
Georgia Bar No. 636946
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree Street, NE, Suite 3600
Atlanta, GA 30309
(404) 812-0126
jsimon@kmcllaw.com

**Attorney for Defendant Ready Mix USA, LLC**

8

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing DEFENDANT READY MIX USA,

LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

using the PeachCourt eFiling system and via electronic mail to the following party:

John A. Christy
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street N.E., Suite 800,
Atlanta, Georgia 30309
jchristy@swfllp.com

*Counsel for Plaintiff Thornton Storage LLC*

This 20th day of January, 2023.

/s/ Jennifer A. Simon
Jennifer A. Simon
Georgia Bar No. 636946
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree Street, NE, Suite 3600
Atlanta, GA 30309
(404) 812-0126
jsimon@kmcllaw.com

**Attorney for Defendant Ready Mix
USA, LLC**

9

ID# 2023-0013152-CV
⚡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108203**
Kellie Hill - 65
JAN 27, 2023 12:28 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **THORNTON STORAGE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION** |
| | ) | **NO. 22108203** |
| **READY MIX USA, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | **Jury Trial Demanded** |
| | ) | |

### CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have served the foregoing DEFENDANT READY MIX USA,

LLC'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

THORNTON STORAGE LLC by hand delivery and via electronic mail to the following

party:

> John A. Christy
> Schreeder, Wheeler & Flint, LLP
> 1100 Peachtree Street N.E., Suite 800,
> Atlanta, Georgia 30309
> jchristy@swfllp.com
>
> *Counsel for Plaintiff Thornton Storage LLC*

12

This 26th day of January, 2023.

Jennifer A. Simon
Georgia Bar No. 636946
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree Street, NE, Suite 3600
Atlanta, GA 30309
(404) 812-0126
jsimon@kmcllaw.com

**Attorney for Defendant Ready Mix
USA, LLC**

13

ID# 2023-0024213-CV

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108203**
Kellie Hill - 65
FEB 16, 2023 11:36 AM

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

Thornton Storage LLC
**Plaintiff**

v.

Ready Mix USA LLC
**Defendant**

:
:
:
:
:
:
:

Civil Action
File Number __22·1·8203__

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

### ORDER AMENDING CASE TYPE

The above-styled case was originally categorized as __other general civil__ when Plaintiff prepared the case filing information form.

Since the initial filing, the following has occurred that has changed the nature of the case (check one):

_____ the Plaintiff(s) has/have filed an amended complaint
_____ the Defendant(s) has/have filed counterclaims
___✓___ the primary claims at issue were originally miscategorized
_____ Other: _____

IT IS HEREBY ORDERED that the Clerk of Court shall change the case type to:

**General Civil Cases**

- □ Complex Tort
  - □ Medical Malpractice
  - □ Product Liability
- □ Habeas Corpus
- ✓ General Tort (all other torts)
  - □ Auto Accident
- □ Landlord/Tenant
- □ Civil Appeal
- □ Contract
- □ Real Property
- □ Injunctions/Mandamus/Other Writ
- □ Other Civil
- □ Contempt/Modification/Post-Judgment
- □ Garnishment

**Domestic Cases**

- □ Parental Accountability Court
- □ Modification-Custody/Parenting Time/ Visitation
- □ Divorce/Annulment/Separate Maintenance
- □ Paternity/Legitimation
- □ Adoption
- □ Family Violence Petition
- □ Contempt
  - □ Non-payment of child support, medical support Support, or alimony
- □ Other Domestic
- □ Support
  - □ IV-D
  - □ Private

SO ORDERED, this __14th__ day of __February__ 20 __23__.

Judge, Cobb County Superior Court
Cobb Judicial Circuit

Revised 1/26/2023

ID# 2023-0041678-CV
⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108203**
Kellie Hill - 65
**MAR 22, 2023 11:00 AM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| THORNTON STORAGE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | |
| | ) | No. 22108203 |
| READY MIX USA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the within and foregoing Plaintiff Thornton Storage LLC's Responses to Defendant Ready Mix USA, LLC's First Interrogatories to Plaintiff Thornton Storage, LLC by statutory electronic service to:

Jennifer A. Simon
jsimon@kmcllaw.com
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30309

This the 17th day of March, 2023.

 /s/   *Debra A. Wilson*
DEBRA A. WILSON
Georgia Bar No. 767777
dwilson@swfllp.com
Attorney for Plaintiffs

Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street N.E.
Atlanta, Georgia 30309-4516
T: (404) 681-3450
F: (404) 681-1046

ID# 2023-0041677-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108203**

Kellie Hill - 65
MAR 22, 2023 11:00 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY

### STATE OF GEORGIA

| | | |
|---|---|---|
| THORNTON STORAGE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | |
| | ) | No. 22108203 |
| READY MIX USA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of t Plaintiff

Thornton Storage LLC's Responses to Defendant Ready Mix USA, LLC's First Request

for Production of Documents to Plaintiff Thornton Storage LLC by statutory electronic

service to:

Jennifer A. Simon
jsimon@kmcllaw.com
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30309

This the 17th day of March, 2023.

_/s/    Debra A. Wilson_
DEBRA A. WILSON
Georgia Bar No. 767777
dwilson@swfllp.com
Attorney for Plaintiff

Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street N.E.
Atlanta, Georgia 30309-4516
T: (404) 681-3450
F: (404) 681-1046

ID# 2023-0043037-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

22108203

Kellie Hill - 65
MAR 24, 2023 10:24 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| THORNTON STORAGE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | |
| | ) | No. 22108203 |
| READY MIX USA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of Plaintiff's

First Interrogatories and Requests for Production of Documents to Defendant Ready Mix

USA, LLC by statutory electronic service to:

Jennifer A. Simon
jsimon@kmcllaw.com
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30309

This the 23rd day of March, 2023.

    /s/   *Debra A. Wilson*
DEBRA A. WILSON
Georgia Bar No. 767777
dwilson@swfllp.com
Attorney for Plaintiffs

Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street N.E.
Atlanta, Georgia 30309-4516
T: (404) 681-3450
F: (404) 681-1046