IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THORNTON STORAGE LLC, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>READY MIX USA, LLC, )<br>)<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION NO. _____ |

### **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Defendant Ready Mix USA, LLC certifies as follows:

(1) A complete list of the parties, including proposed intervenors, and the corporate disclosure statement required by FRCP 7.1.

The parties to this action are Plaintiff, Thornton Storage LLC, and Defendant, Ready Mix USA, LLC.

Ready Mix USA, LLC does not have stock and is not publicly traded. Ready Mix USA, LLC is an indirect subsidiary of CEMEX S.A.B. de C.V., a

1

Mexican company traded on the New York Stock Exchange under stock ticker symbol CX.

(2)     A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case.

Ready Mix USA, LLC, has a sole member, CEMEX Southeast Holdings, LLC. Cemex Southeast Holdings, LLC has a sole member, Cemex, Inc., a Louisiana corporation, with its principal place of business in Texas.

(3)     A complete list of each person serving as an attorney in the case.

Ready Mix USA, LLC is represented by the undersigned Jennifer A. Simon, Kazmarek Mowrey Cloud Laseter, LLP. Plaintiff Thornton Storage LLC is represented by John A. Christy and Debra A. Wilson, Schreeder, Wheeler & Flint, LLP.

(4)     For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.

Defendant Ready Mix USA, LLC, is a citizen of the States of Louisiana and Texas because Cemex, Inc. is a Louisiana corporation with its principal place of business in Texas.

This 17th day of April, 2023.

        **KAZMAREK MOWREY CLOUD LASETER LLP**

        /s/ Jennifer A. Simon
        Jennifer A. Simon
        Georgia Bar No. 636946
        Kazmarek Mowrey Cloud Laseter LLP
        1230 Peachtree Street, NE, Suite 3600
        Atlanta, GA 30309
        (404) 812-0126
        jsimon@kmcllaw.com

        **Attorney for Defendant Ready Mix USA, LLC**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THORNTON STORAGE LLC, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. _____ |
| ) | |
| READY MIX USA, LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** on counsel for Plaintiff by filing a copy with the Court's CM/ECF system and by electronic mail, addressed as follows:

> John A. Christy
> Debra A. Wilson
> Schreeder, Wheeler & Flint, LLP
> 1100 Peachtree Street N.E., Suite 800,
> Atlanta, Georgia 30309
> jchristy@swfllp.com
> dwilson@swfllp.com
>
> *Counsel for Plaintiff Thornton Storage LLC*

This 17th day of April, 2023.

/s/ Jennifer A. Simon
Jennifer A. Simon
Georgia Bar No. 636946
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree Street, NE, Suite 3600
Atlanta, GA 30309
(404) 812-0126
jsimon@kmcllaw.com

**Attorney for Defendant Ready Mix USA, LLC**