# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHULHAENG HUH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | |
| LEMONADE INSURANCE ) | SUPERIOR COURT OF |
| COMPANY ) | DEKALB COUNTY |
| ) | CIVIL ACTION FILE NO. |
| Defendant. ) | 23CV3067 |
| ) | |
| ) | |

**NOTICE OF REMOVAL OF ACTION**
**UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)**

COME NOW Defendant LEMONADE INSURANCE COMPANY ("Defendant") and within the time prescribed by law, hereby file this Notice of Removal and hereby removes Case No. 23CV3067 (the "State Court Action") from the Superior Court of DeKalb County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. § 1441(b), 28 U.S.C. § 1446 and 28 U.S.C. § 1332, and specifically shows this Court as follows:

1.

Plaintiff filed suit against Defendant in the Superior Court of DeKalb County, which county is within the Atlanta Division of this Court. Said action has been

designated as Civil Action File No. 23CV3067 in that Court. A copy of Plaintiff's *Complaint*, along with the *Summons* and written discovery served with the *Complaint*, are attached hereto as collectively as Exhibit "A."

2.

Defendant shows that said suit was instituted on March 16, 2023 in the Superior Court of DeKalb County and served upon Defendant on March 17, 2023. Copy of the *Sheriff's Entry of Service* is attached hereto as Exhibit "B." Defendant show this Notice of Removal is filed within thirty (30) days from the date of said service of this suit on Defendant.

3.

Plaintiff Chulhaeng Huh ("Plaintiff") is a citizen of the State of Georgia and was a citizen of the State of Georgia on the date of the filing of the aforesaid civil action. (Complaint ¶ 1).

4.

Defendant is a registered foreign insurance company organized under the laws of the State of New York, with its principal place of business in New York. Defendant is not a citizen of the State of Georgia, and was not a citizen of the State of Georgia on the date of filing of the aforesaid civil action, though it is authorized to transact business in Georgia and has a registered agent in DeKalb County.

5.

Therefore, Defendant's citizenship is diverse to that of Plaintiff, and there is complete diversity of citizenship between the parties in accordance with 28 U.S.C. § 1332 (a)(1).

6.

Plaintiff's Complaint seeks damages for an alleged breach of an insurance policy issued by Defendant to Chulhaeng Huh for damage to the property located at 1009 Peninsula Crossing, Evans, Georgia 30809 (the "Property"). Plaintiff's Complaint seeks bad-faith penalties and attorney's fees pursuant to O.C.G.A. § 33-4-6 and O.C.G.A. § 13-6-11. See generally, *Complaint*.

7.

In the Complaint, Plaintiff alleges breach of contract damages of at least $54,044.64, plus bad faith penalties and attorney's fees pursuant to O.C.G.A. § 33-4-6, which if successful, allows Plaintiff to recover a penalty of "not more than 50 percent of the liability of the insurer for the loss… and all reasonable attorney's fees for the prosecution of the action against the insurer." See *Complaint,* ¶ 39 and Count I: Breach of Contract; O.C.G.A. § 33-4-6(a).

8.

Based on the allegations of Plaintiff's Complaint, the amount in controversy exceeds $75,000.00, exclusive of interest and costs. To the extent Plaintiff contests

the amount in controversy has not been met, Defendant will consent to remand in exchange for a court order precluding a recovery of damages in excess of $75,000.

9.

The registered agent for Defendant, United Corporate Services, Inc. is located at 4228 First Avenue, Suite 14, Tucker, GA 30084, DeKalb County, Georgia. (Complaint ¶ 2).

10.

Defendant filed its *Answers and Affirmative Defenses* ("Answer") and *Request for Jury Trial* ("Jury Demand") in the Superior Court of DeKalb County on April 17, 2023. Copies of the *Answer and Jury Demand* are collectively attached hereto as Exhibit "C".

11.

Moreover, Defendants are concurrently filing a written Notice of Removal with the Clerk of the Superior Court of DeKalb County, a copy of said notice being marked as "Exhibit D" and attached hereto.

12.

A copy of the Notice of Removal of Action and Notice of Filing Notice of Removal are being served on Plaintiff's attorney of record in the Superior Court proceeding and is being filed with the Clerk of the Superior Court of DeKalb County in accordance with 28 U.S.C. § 1446 (d).

13.

Plaintiff served discovery on Defendant at the time the Complaint was served. Defendant has not served responses. A copy of the *Certificate of Service* for discovery is attached collectively as Exhibit "F").

14.

By filing this Notice of Removal, Defendant does not waive, and hereby reserve all defenses to Plaintiff's Complaint, including but not limited to, failure to state a claim, lack of personal jurisdiction, improper venue and/or insufficiency of service of process.

WHEREFORE, Defendant requests this Court assume full jurisdiction over the cause herein as provided by law, and that further proceedings in the Superior Court of DeKalb County, State of Georgia be stayed.  Defendant further demands that the trial of this matter in federal court be heard by a jury.

Respectfully submitted this 17th day of April 2023.

**SWIFT CURRIE McGHEE & HIERS, LLP**

*/s/ Tracy A. Gilmore*
TRACY A. GILMORE
Georgia Bar No. 633193
MAREN R. CAVE
Georgia Bar No. 278448
*Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
(404) 874-8800 (P)
Tracy.gilmore@swiftcurrie.com
Maren.cave@swiftcurrie.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this document was prepared in Times New Roman font, 14 points, and complies with Local Rule 5.1(C) of the Northern District of Georgia.

**SWIFT CURRIE McGHEE & HIERS, LLP**

*/s/ Tracy A. Gilmore*
TRACY A. GILMORE
Georgia Bar No. 633193
MAREN R. CAVE
Georgia Bar No. 278448

*Attorneys for Defendant*


1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
(404) 874-8800 (P)
Tracy.gilmore@swiftcurrie.com
Maren.cave@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing ***Notice of Removal of Action Under 28 U.S.C. Section 1441(B) (Diversity)*** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and upon all parties to this matter as follows:

Foster L. Peebles, Esq.
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, Georgia 30075
fpeebles@lawhuggins.com
mdturner@lawhuggins.com

This 17th day of April, 2023

**SWIFT CURRIE McGHEE & HIERS, LLP**

BY:   /s/ Tracy A. Gilmore
TRACY A. GILMORE
Georgia Bar No. 633193
MAREN CAVE
Georgia Bar No. 278448
*Attorneys for Defendant*

1420 Peachtree St NE
Suite 800
Atlanta, GA 30309
(404) 874-8800
tracy.gilmore@swiftcurrie.com
maren.cave@swiftcurrie.com

4863-5799-8430, v. 1