# EXHIBIT B

*Lemonade*

| | |
|---|---|
| Date: | May 9th, 2022 |
| Insured Name: | Chulhaeng Huh |
| Address: | 1009 Peninsula Crossing, Evans, GA, 30809 |
| Claim #: | LC687788D3 |
| Policy #: | LP9268FB3D2 |
| Date of Loss: | March 16th, 2022 |

Hi Chulhaeng,

This letter is to advise you of Lemonade's coverage determination with respect to your claim. We have completed our investigation into the cause of these damages and associated coverage analysis under your policy. For reasons explained below, Lemonade has determined that there is no coverage for the replacement of your roof.

It was reported that a hailstorm/windstorm caused damage to your roof. Two independent inspections were completed to determine if your roof was impacted. Both inspections revealed no hail or wind damage to your roof.

At this time, we call your attention to your Lemonade Homeowner's Policy and in particular to the following sections:

SECTION I – PERILS INSURED AGAINST
A. Coverage A – Dwelling And Coverage B – Other Structures
1. We insure against direct physical loss to property described in Coverages A and B.
2. We do not insure, however, for loss:

(6) Any of the following:
(a) Wear and tear, marring, deterioration;
(b) Mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

Exception To c.(6) Unless the loss is otherwise excluded, we cover loss to property covered under Coverage A or B resulting from an accidental discharge or overflow of water or steam from within a:

(i) Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

(ii) Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and

*Lemonade*

replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

Section I – Exclusion A.3. Water, Paragraphs a. and c. that apply to surface water and water below the surface of the ground do not apply to loss by water covered under c.(5) and (6) above.

Under 2.b. and c. above, any ensuing loss to property described in Coverages A and B not precluded by any other provision in this policy is covered.

SECTION I – EXCLUSIONS
B. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not precluded by any other provision in this policy is covered.

1. Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in A. above to produce the loss.

3. Faulty, inadequate or defective:

d. Maintenance;

of part or all of any property whether on or off the "residence premises".

Please understand Lemonade does not profit in any way from not paying claims, since we donate the unclaimed funds to charity. However, we have to adhere to the policy conditions--like applying the deductible and abiding by the specific coverages provided.

Additionally, we are required to let you know that under

*Lemonade*

## SECTION  I -- PROPERTY COVERAGES

**H.   Suit Against Us**
No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss.

Please feel free to reach out if you have any questions.

Kindest Regards,

Your Lemonade Claims Team

# EXHIBIT C



**Foster L. Peebles, Esq.**
110 Norcross Street
Roswell, GA 30075
fpeebles@lawhuggins.com
(770) 913-6229

December 1, 2022

Lemonade Insurance Company                    **Sent Via email:**
5 Crosby Street                               help@lemonade.com
New York, NY 10013

Re:   Named Insured(s):   Chulhaeng Huh
      Policy Number:      LP229F11F06
      Claim Number:       LC687788D3
      Date of Loss:       March 16, 2022

To Whom it May Concern:

I have been retained by Chulhaeng Huh ("Mr. Huh") to represent them regarding the above referenced property insurance claim. All further communication regarding this claim should be directed to my office.

Please also accept this letter as a formal demand for a **certified copy of the relevant insurance policy, to include the original policy, any renewals, and any endorsements.** We also request a copy of any and all repair estimates drafted to date.

On March 16, 2022, Mr. Huh's dwelling, located at 1009 Peninsula Crossing, Evans, GA 30809, and which is covered by Lemonade Insurance Policy No. LP229F11F06, suffered severe damage to its roofing system from a hailstorm. In addition to the damage sustained to the dwelling of the property, Mr. Huh's personal vehicle was also severely damaged by the hail storm (pictures enclosed). Although no damages to Mr. Huh's vehicles are being claimed under this insurance Policy, the photographs of damages are reflective of the severity of damages caused by the storm.

In addition to the photographs of damages to Mr. Huh's car, I am also enclosing a photograph of the hailstorm itself, in which you can clearly see the large hailstones on the ground. Further, I am including an "Impact Report" from HailTrace, which shows that hailstones approximately 1.75" in size fell at Mr. Huh's Property on March 16, 2022.

My client has complied with all conditions contained in the insurance policy and is at a loss as to why Lemonade Insurance Company ("Lemonade") has not afforded the proper coverage under the applicable policy. This lack of good faith has forced Mr. Huh to retain my legal services in order to fairly settle their claim. It is our belief that Lemonade has violated the Unfair Claims Settlement Practice Act pursuant to O.C.G.A. § 33-6-34 and has breached the insurance policy.

To:  Lemonade Insurance Company
Client: Chulhaeng Huh
December 1, 2022
Page **2** of **2**

   Bad faith claims handling triggers additional liability on your part under O.C.G.A. § 33-4-6 that includes the amount of the claim, plus a penalty of an additional fifty percent (50%) of the value of the claim and reasonable attorneys' fees and costs.

   Therefore, per the enclosed spreadsheets of damages to Mr. Huh's property, we are hereby making formal demand that you settle the above claim for the sum of **$54,044.64, less previous payments and the applicable deductible.** The invoice & estimate of damages is attached for your review. This demand is being made pursuant to O.C.G.A. § 33-4-6, and you have sixty (60) days in which to make payment on this claim or be subject to a lawsuit containing a claim for breach of contract and bad faith seeking all compensation allowed by law, including attorneys' fees and a penalty of fifty percent (50%) of the loss amount.

   This letter constitutes a "proper demand" for payment under O.C.G.A. § 33-4-6. If you contend that a proper demand has not been made, you must immediately notify us of the reasons for such allegation. Otherwise, it will be assumed you agree this letter constitutes a proper demand.

   The purpose of this correspondence is to encourage Lemonade to resolve Mr. Huh's claim in a fair and equitable manner in hopes of avoiding litigation. If you fail to respond to this letter with an offer of settlement that is acceptable to Mr. Huh, we will have no alternative other than recommending to Mr. Huh that a lawsuit be filed against you.

   Payment must be received in my office within sixty (60) days of your receipt of this letter in order to avoid a suit for bad faith penalties and attorney's fees. Any check issued should list Huggins Law Firm, LLC as sole payee. Any objection to these payment terms shall be submitted in writing to Huggins Law Firm, LLC within 10 days of receipt of this letter.

   I look forward to working with you to resolve this matter quickly and amicably. Please feel free to contact me should you have any questions regarding this formal 60-day demand. Should you have any questions or concerns, please reach out to me at fpeebles@lawhuggins.com or by phone at (770) 913-6229.

Sincerely,

Foster L. Peebles, Esq.
Attorney at Law

FLP/
Encl.







**HAILTRACE**
*Simplifying Weather*

hailtrace.com

# IMPACT REPORT

Report ID: **6310bf98164d70001dd4b5ab**

| | |
|---|---|
| Report created by: | **HailTrace** |

| | |
|---|---|
| Address: | **Dr. Chulhaeng Huh** **1009 Peninsula Crossing, Evans, GA 30809** |

Address: 80 E 5th St STE 100, Edmond, OK 73034 United States

Phone: 1-855-334-HAIL

Email: info@hailtrace.com

© Copyright Hailtrace 2020. All Rights Reserved.

**REPORT ID: 6310BF98164D70001DD4B5AB**

scottuga44@gmail.com

### REPORT RECIPIENT

| | |
|---|---|
| Report Recipient: | Dr. Chulhaeng Huh |
| Address: | 1009 Peninsula Crossing |
| State: | GA |
| Zip: | 30809 |
| Phone: | 8133478972 |

### REPORT INFORMATION

| | |
|---|---|
| Report Date: | 09/01/2022 |
| Carrier: | Lemonade |
| Roof Type: | Laminated arch |

  

## STORM IMPACT

2022-05-23

EVENT DETAILS

| MAGNITUDE: | ALGORITHM MAGNITUDE: | EVENT TYPE: |
|---|---|---|
| 60 MPH | N/A | WIND |

| EST. DURATION: | LATITUDE/LONGITUDE |
|---|---|
| 6 MINUTE(S) | 33.57091620000001 / -82.0917346 |

## MOST RECENT SEVERE WEATHER EVENTS

| DATE | EVENT TYPE | DURATION | MAGNITUDE | ALGORITHM MAGNITUDE | IMPACT RATING |
|------|-----------|----------|-----------|---------------------|---------------|
| 2022-05-23 | WIND | 6 min | 60 mph | - | 0/100 |
| 2022-03-16 | HAIL | 5 min | 1.75 in | 0.75 in | 10/100 |
| 2019-10-31 | WIND | - | - | - | 0/100 |
| 2016-06-30 | HAIL | - | - | 0.75 in | 5/100 |

## SEVERE WEATHER HISTORY

| DATE | EVENT TYPE | DURATION | MAGNITUDE | ALGORITHM MAGNITUDE | IMPACT RATING |
|------|-----------|----------|-----------|---------------------|---------------|
| 2012-07-01 | HAIL | - | - | 0.75 in | 0/100 |
| 2011-04-27 | HAIL | - | - | 0.75 in | 0/100 |

## TERMINOLOGY AND TECHNOLOGY

**Radar Estimated Hail Signatures** - The following data is provided by NOAA's Severe Weather Data Inventory. All data provided is the raw data within a "tile of interest" as determined by the Severe Weather Data Inventory. Only the time relevant data is shown below. The latitude and longitude are the location of where the radar estimated hail signature was recorded which may not be directly over the impact location.

**Storm Reports for the Region** - The following storm reports are provided by the National Weather Service. Only storm reports that appeared with the severe warning polygon relevant to the time of the location's impact are shown.

**Warning for the Region** - The following severe warning(s) provided are the direct text data as issued by the National Weather Service during the time frame relevant to the time the location was impacted.

**Radar Image** - The following image is taken from the program Gibson Ridge Analyst Edition Level 2, which is used by Hail Trace Meteorologists as well as widely across the meteorological community to obtain data for Reflectivity and Correlation Coefficient/Differential Reflectivity/Storm Relative Velocity.

**Reflectivity** - Reflectivity radar images are a useful tool for locating precipitation. The radar unit sends a pulse of energy into the atmosphere. If the pulse of energy intercepts any precipitation, part of the energy is scattered back to the radar. These returning signals are called "radar echoes" and are assembled to produce radar images. The location of the colored radar echoes indicates where precipitation is falling, and the various colors indicate intensity through the color code key on the left side of the radar image itself. Doppler radar images are received approximately every 2-6 minutes and can determine if precipitation was falling at a location and if so, approximately when it started and stopped.

**Correlation Coefficient** - Correlation Coefficient provides a measure of the consistency of the shapes and sizes of targets within the radar beam. Very high values show high consistency in the size and shape of radar targets, while lower values indicate greater variability in shapes and sizes. As hail mixes with rain, the radar targets become increasingly variable. The sizes of actual hail stones vary with a storm and the larger the stones, the lower the correlation coefficient value. The National Weather Service considers Correlation coefficient values between 0.7 and 0.95 typical for hail with values below 0.85 indicative of "giant hail" (greater than 2" in diameter).

**Differential Reflectivity** - Differential Reflectivity is the logarithm ratio of the horizontal and vertical reflectivity. Positive values of Differential Reflectivity indicate that the dominate precipitation are larger in the horizontal than in the vertical. Negative values indicate the dominate precipitation are larger in the vertical than the horizontal. Hail is irregular in shape and tumbles as it falls, thus it appears spherical on radar. Spherical shapes are nearly the same horizontally and vertically, thus large hail brings values close to 0. Large hail may also be found in areas with higher Differential Reflectivity values but in correspondence with high reflectivity.

**Storm Relative Velocity** - Storm Relative Velocity is the base velocity with the average storm motion subtracted out. When storms are moving quickly, the overall motion of a storm can mask storm wind circulations. If the overall motion of a storm is removed, the wind circulation relative to the storm itself will appear more clearly. Doppler velocity products take the return energy the radar pulses and intercepts and determines how fast the particles in the air are moving relative to the radar itself. Negative values indicate motion toward the radar and are represented by a green color. Positive values indicate motion away from the radar and are represented by a red color.

Disclaimer: This site-specific Hail Impact Report has been prepared by Hail Trace and its team of meteorologists. The intention of this report is to provide an accurate date of loss that likely to have occurred from Hail, Wind, and or Tornado. This report does not include all the details that may be required for a legal session; therefore, Hail Trace has the right to refuse deposition or court sessions that may arise from disputes around weather events that pertain to the specific location of this property. Hail Trace accumulates and compiles reporting data from various sources Including, but not limited to: National Weather Service, the Storm Prediction Center, the National Climatic Data Center, NEXRAD Dual Pol Radar, the hail detection algorithm embedded in the dual pol radar, and meteorologist expert analyses to generate a site-specific Hail Impact Report and all information included in this report. And while Hail Trace attempts to be as accurate as possible, Hail Trace makes no representations or warranties of any kind, including express or implied warranties, that the information on this report is 100% accurate, complete, and / or free from defects. Hail Trace is not responsible for any use of this report or decisions based on the information contained in this report. Use of this report is further limited by and subject to the Terms of Use at https://hailtrace.com/terms-of-service

 **Precision Claim Consultants**

| | |
|---|---|
| Insured: | Huh, Chulhaeng |
| Property: | 1009 Peninsula Crossing |
| | Evans, GA 30809 |

| | |
|---|---|
| Claim Rep.: | Gabe Franker |

| | |
|---|---|
| Estimator: | Gabe Franker |

**Claim Number:** LC687788D3          **Policy Number:** LP229F11F06          **Type of Loss:** hail and wind damage

| | | | |
|---|---|---|---|
| Date of Loss: | 3/16/2022 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 8/31/2022 12:45 PM |

| | |
|---|---|
| Price List: | GAAT8X_AUG22 |
| | Restoration/Service/Remodel |
| Estimate: | HUH-_CHULAENG |

 **Precision Claim Consultants**

Please be advised, To whom it may concern:
1. We have prepared a comparative estimate to assist all parties involved in this claim. Additional photos, measurements, reports, and even the ESX export of this estimate are available by request to assist you. Please note that we are using the current months price list for estimating purposes, or the price list from when work was completed.

**2. Code information pertinent to this claim:**
Georgia has adopted and enforces the 2012 and 2018 International Building code for commercial properties and 2012 and 2018 International Residential code with amendments for one and two-family dwellings on a state-wide basis. In General: The Uniform Codes Act is codified at chapter 2 of title 8 of The Official Code of Georgia Annotated. O.C.G.A. Section 8220(9)(B). There are twelve adopted codes. Each of these separate codes typically consist of a base code (e.g. The International Building Code as published by the International Code Council) and a set of Georgia amendments to the base code. Eight of these codes are "mandatory" (are applicable to all construction whether or not they are locally enforced) and four are "permissive" (only applicable if a local government chooses to adopt and enforce one or more of these codes).

**3. Current Mandatory Codes as Adopted by DCA & the codes are as follows:**
International Building Code, 2012/2018 Edition, with Georgia Amendments (2014) (2015)
International Residential Code, 2012/2018 Edition, with Georgia Amendments (2014) (2015)
International Fire Code, 2012 Edition, with Georgia Amendments (2014)
International Plumbing Code, 2012 Edition, with Georgia Amendments (2014) (2015)
International Mechanical Code, 2012 Edition, with Georgia Amendments (2014) (2015)
International Fuel Gas Code, 2012 Edition, with Georgia Amendments (2014) (2015)
National Electrical Code, 2014 Edition (No Georgia Amendments)

**4. According to OSHA:** "Two major classes of hazardous work involved in construction are roofing and carpentry. Among these workers, falls from heights comprise significant portions of injuries and costs. This analysis looks at workers' compensation data for injuries resulting from falls from elevations, and from falls from ladders and scaffolds. Data came from statistics collected from insured employers in 36 states, which comprises approximately 1/3 of total workers' compensation benefits."

**5. According to Xactware (Xactimate):** "The building cost data published by Xactware is not designed to be inclusive of sales tax, General O&P, or Job-Related O&P within the unit prices." General Overhead are expenses incurred by a General Contractor, that cannot be attributed to individual projects, and include any and all expenses necessary for the General Contractor to operate their business. Examples (including but not limited to): General and Administrative (G&A) expenses, office rent, utilities, office supplies, salaries for office personnel, depreciation on office equipment, licenses, and advertising. Including General Overhead expenses in an Xactimate estimate–General Overhead
expenses are not included in Xactware's unit pricing, but are typically added to the estimate as a percentage of the total bid along with the appropriate profit margin. Job-Related Overhead are expenses that can be attributed to a project, but cannot be attributed to a specific task and include any and all necessary expenses to complete the project other than direct materials and labor. Examples (including but not limited to): Project managers, onsite portable offices and restroom facilities, temporary power and fencing, security if needed, etc. Including Job-Related Overhead expenses in an Xactimate estimate–Job Related Overhead expenses should be added as separate line items to the Xactimate estimate. This is done within the Line Item Entry window of an Xactimate estimate by selecting the proper price list items, or creating your own miscellaneous items."

**6. According to the Federal Trade Commission:**
Price fixing is an agreement (written, verbal, or inferred from conduct) among competitors that raises, lowers, or stabilizes prices or competitive terms. Generally, the antitrust laws require that each company establish prices and other terms on its own, without agreeing with a competitor. When consumers make choices about what products and services to buy, they expect that the price has been determined freely on the basis of supply and demand, not by an agreement among competitors. When competitors agree to restrict competition, the result is often higher prices. Accordingly, price fixing is a major concern of government antitrust enforcement. Illegal price fixing occurs whenever two or more competitors agree to take actions that have the effect of raising, lowering or stabilizing the price of any product or service without any legitimate justification.

**Precision Claim Consultants**

## HUH-_CHULAENG

### Dwelling Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Leading Edge Supervisor/Ground Safety Supervisor* | 8.00 HR | 67.28 | 0.00 | 113.03 | 651.27 | (0.00) | 651.27 |

Requirements of the superintendent to oversee the production of restorations, expedite possible change orders, unforseen damages, quality assurance inspections and to keep the restorations on a targeted completion date.

Continually monitor safety and well-being of the workers. To answer any questions of building inspectors officials and homeowner when necessary questions arise.

Due to OHSA regulations, a supervisor must be present at all times to oversee fall protection. OSHA Fall protection clause: OSHA29 CFR 1926.502 (h)

"Safety monitoring systems." Safety monitoring systems [See 1926.501(b)(10) and 1926.502(k)] and their use shall comply with the following provisions: 1926.502(h)(1)

The employer shall designate a competent person to monitor the safety of other employees and the employer shall ensure that the safety monitor complies with the following requirements: 1926.502(h)(1)(i) The safety monitor shall be competent to recognize fall hazards; 1926.502(h)(1)(ii)

The safety monitor shall warn the employee when it appears that the employee is unaware of a fall hazard or is acting in an unsafe manner; 1926.502(h)(1)(iii)

The safety monitor shall be on the same walking/working surface and within visual sighting distance of the employee being monitored;

Supervisory hours needed as an on-site supervisor will be required to oversee all employees and sub-contractors that enter the job site to make sure they adhere to OSHA standards and regulations. Due to the nature of the work being performed, special consideration should be made to allow for strict adherence to OSHA standards and regulations.1926.502(h)(1)(iv)

The safety monitor shall be close enough to communicate orally with the employee; and 1926.502(h)(1)(v)

The safety monitor shall not have other responsibilities which could take the monitor's attention from the monitoring function.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 2. Fall protection harness and lanyard - per day | 8.00 DA | 8.00 | 0.00 | 13.44 | 77.44 | (0.00) | 77.44 |

 **Precision Claim Consultants**

CONTINUED - Dwelling Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**1910.140(c)**
General requirements. The employer must ensure that personal fall protection systems meet the following requirements. Additional requirements for personal fall arrest systems and positioning systems are contained in paragraphs (d) and (e) of this section, respectively.

Due to the roof elevations with steep slopes, requirements for ropes and harnesses are required for the safety of our work force. As per OSHA requirements any work conducted over 6 feet high the workers must be in compliance with fall protection at all times.

**1926.501(b)(1)** "Unprotected sides and edges." Each employee on a walking/working surface (horizontal and vertical surface) with an unprotected side or edge which is 6 feet (1.8 m) or more above a lower level shall be protected from falling by the use of guardrail systems, safety net systems, or personal fall arrest systems.

**1926.501(b)(2)** "Leading edges."1926.501(b)(2)(i) Each employee who is constructing a leading edge 6 feet (1.8 m) or more above lower levels shall be protected from falling by guardrail systems, safety net systems, or personal fall arrest systems. Exception: When the employer can demonstrate that it is infeasible or creates a greater hazard to use these systems, the employer shall develop and implement a fall protection plan which meets the requirements of paragraph (k) of 1926.502.

Note: There is a presumption that it is feasible and will not create a greater hazard to implement at least one of the above-listed fall protection systems. Accordingly, the employer has the burden of establishing that it is appropriate to implement a fall protection plan which complies with

**1926.502(k)** for a particular workplace situation, in lieu of implementing any of those systems.

**1926.501(b)(2)(ii)** Each employee on a walking/working surface 6 feet (1.8 m) or more above a lower level where leading edges are under construction, but who is not engaged in the leading edge work, shall be protected from falling by a guardrail system, safety net system, or personal fall arrest system. If a guardrail system is chosen to provide the fall protection, and a controlled access zone has already been established for leading edge work, the control line may be used in lieu of a guardrail along the edge that parallels the leading edge.

Falls from roofs is one of the leading causes of death in construction.
https://www.osha.gov/news/newsreleases/national/12222010
"Fatalities from falls are the number one cause of workplace deaths in construction. We cannot tolerate workers getting killed in residential construction when effective means are readily available to prevent these deaths," said Assistant Secretary of Labor for Occupational Safety and Health Dr. David Michaels. "Almost every week, we see a worker killed from falling off a residential roof. We can stop these fatalities, and we must." These charges are legitimate, reasonable, and not included in any other line items; therefore, they are owed.

8 crew members 1 day

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 3. Life Line Anchor Point* | 1.00 EA | 65.20 | 0.00 | 13.69 | 78.89 | (0.00) | 78.89 |

OSHA 1910.140(c) (13)(i) states that anchors "shall be... capable of supporting at least 5,000 pounds (22.2 kN) per employee attached."

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 4. Material Hoist* | 1.00 EA | 407.54 | 0.00 | 85.58 | 493.12 | (0.00) | 493.12 |

Employees must maintain a 3-point (two hands and a foot, or two feet and a hand) contact on the ladder when climbing. Keep your body near the middle of the step and always face the ladder while climbing. Shingles must be hoisted up to be able to maintain OSHA compliance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Tear off composition shingles (no haul off) | 45.70 SQ | 101.18 | 0.00 | 971.02 | 5,594.95 | (0.00) | 5,594.95 |
| 6. Remove Additional charge for steep roof - 10/12 - 12/12 slope | 42.56 SQ | 67.86 | 0.00 | 606.50 | 3,494.62 | (0.00) | 3,494.62 |
| 7. Drip edge | 643.00 LF | 2.75 | 59.16 | 383.75 | 2,211.16 | (0.00) | 2,211.16 |

**Precision Claim Consultants**

CONTINUED - Dwelling Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **R905.2.8.5 Drip Edge** | | | | | | | |

A drip edge shall be provided at eaves and rake edges of shingle roofs. Adjacent segments of drip edge shall be overlapped not less than 2 inches (51 mm). Drip edges shall extend not less than 1/4 inch (6.4 mm) below the roof sheathing and extend up back onto the roof deck not less than 2 inches (51 mm). Drip edges shall be mechanically fastened to the roof deck at not more than 12 inches (305 mm) o.c. with fasteners as specified in Section R905.2.5. Underlayment shall be installed over the drip edge along eaves and under the drip edge along rake edges.  2018 IRC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8.  Roofing felt - 15 lb. | 45.70 SQ | 22.36 | 22.45 | 219.31 | 1,263.61 | (0.00) | 1,263.61 |
| 9.  Valley metal | 199.00 LF | 7.79 | 32.32 | 332.33 | 1,914.86 | (0.00) | 1,914.86 |
| 10.  Asphalt starter - peel and stick | 643.00 LF | 1.45 | 28.81 | 201.85 | 1,163.01 | (0.00) | 1,163.01 |

**Asphalt starter strip must be installed at eave and rake locations as per manufacturer installation instructions**
  See GAF tech bulletin

**R903.1 General**
Roof decks shall be covered with approved roof coverings secured to the building or structure in accordance with the provisions of this chapter. Roof assemblies shall be designed and installed in accordance with this code and the approved manufacturer's instructions such that the roof assembly shall serve to protect the building or structure.  2018 IRC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11.  Laminated - comp. shingle rfg. - w/out felt | 53.00 SQ | 193.63 | 493.62 | 2,258.76 | 13,014.77 | (0.00) | 13,014.77 |

**16% waste required for this roof system**
  See attached measurement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12.  Additional charge for steep roof - 10/12 - 12/12 slope | 42.56 SQ | 78.16 | 0.00 | 698.56 | 4,025.05 | (0.00) | 4,025.05 |
| 13.  Flashing - pipe jack | 5.00 EA | 45.94 | 5.22 | 49.34 | 284.26 | (0.00) | 284.26 |

**R903.2 Flashing**
Flashings shall be installed in a manner that prevents moisture from entering the wall and roof through joints in copings, through moisture permeable materials and at intersections with parapet walls and other penetrations through the roof plane . 2018 IRC

**R908.5 Reinstallation of Materials**
Existing slate, clay or cement tile shall be permitted for reinstallation, except that damaged, cracked or broken slate or tile shall not be reinstalled. Any existing flashings, edgings, outlets, vents or similar devices that are a part of the assembly shall be replaced where rusted, damaged or deteriorated. Aggregate surfacing materials shall not be reinstalled.  2018 IRC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14.  Step flashing | 212.00 LF | 6.70 | 26.12 | 303.76 | 1,750.28 | (0.00) | 1,750.28 |

**R903.2 Flashing**
Flashings shall be installed in a manner that prevents moisture from entering the wall and roof through joints in copings, through moisture permeable materials and at intersections with parapet walls and other penetrations through the roof plane . 2018 IRC

**R908.5 Reinstallation of Materials**
Existing slate, clay or cement tile shall be permitted for reinstallation, except that damaged, cracked or broken slate or tile shall not be reinstalled. Any existing flashings, edgings, outlets, vents or similar devices that are a part of the assembly shall be replaced where rusted, damaged or deteriorated. Aggregate surfacing materials shall not be reinstalled. 2018 IRC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15.  Counterflashing * | 96.00 LF | 7.75 | 11.14 | 158.58 | 913.72 | (0.00) | 913.72 |

**Precision Claim Consultants**

## CONTINUED - Dwelling Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **R903.2 Flashing** Flashings shall be installed in a manner that prevents moisture from entering the wall and roof through joints in copings, through moisture permeable materials and at intersections with parapet walls and other penetrations through the roof plane . 2018 IRC | | | | | | | |
| **R908.5 Reinstallation of Materials** Existing slate, clay or cement tile shall be permitted for reinstallation, except that damaged, cracked or broken slate or tile shall not be reinstalled. Any existing flashings, edgings, outlets, vents or similar devices that are a part of the assembly shall be replaced where rusted, damaged or deteriorated. Aggregate surfacing materials shall not be reinstalled. 2018 IRC | | | | | | | |
| 16. Continuous ridge vent - shingle-over style | 150.00 LF | 11.88 | 40.32 | 382.69 | 2,205.01 | (0.00) | 2,205.01 |
| 17. Ridge cap - composition shingles* | 254.00 LF | 6.61 | 60.55 | 365.30 | 2,104.79 | (0.00) | 2,104.79 |
| 18. Metal roofing - High grade | 716.00 SF | 12.82 | 193.61 | 1,968.27 | 11,341.00 | (0.00) | 11,341.00 |
| 19. Remove Additional charge for steep roof - 10/12 - 12/12 slope | 2.64 SQ | 22.90 | 0.00 | 12.70 | 73.16 | (0.00) | 73.16 |
| 20. Additional charge for steep roof - 10/12 - 12/12 slope | 2.64 SQ | 78.16 | 0.00 | 43.33 | 249.67 | (0.00) | 249.67 |
| 21. Hip / Ridge cap - metal roofing | 39.00 LF | 9.62 | 6.96 | 80.26 | 462.40 | (0.00) | 462.40 |
| 22. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 560.00 | 0.00 | 117.60 | 677.60 | (0.00) | 677.60 |
| **Totals: Dwelling Roof** | | | **980.28** | **9,379.65** | **54,044.64** | **0.00** | **54,044.64** |
| **Line Item Totals: HUH-_CHULAENG** | | | **980.28** | **9,379.65** | **54,044.64** | **0.00** | **54,044.64** |

 **Precision Claim Consultants**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 43,684.71 |
| Material Sales Tax | 980.28 |
| Subtotal | 44,664.99 |
| Overhead | 4,466.50 |
| Profit | 4,913.15 |
| **Replacement Cost Value** | **$54,044.64** |
| **Net Claim** | **$54,044.64** |

_____

Gabe Franker

Gabe  Franker

Precision Claim Consultants

8/31/2022 | 72 Photos



# Chulhaeng Huh

Chulhaeng Huh                                                          8/31/2022

# Section 1



**1009 Peninsula Crossing**
Evans, GA

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:14am
Creator: Daniel (DJ) Denny



**Impact damage**

Project: Huh, Chulhaeng
Date: 4/1/2022, 10:58am
Creator: LUKE HENDON



Impact damage

Project: Huh, Chulhaeng
Date: 4/1/2022, 10:58am
Creator: LUKE HENDON



Impact damage

Project: Huh, Chulhaeng
Date: 4/1/2022, 10:58am
Creator: LUKE HENDON



Impact damage



Project:  Huh, Chulhaeng
Date:  4/1/2022, 10:58am
Creator:  LUKE HENDON



Roof overview
Ridge vent
Pipe boot

Project:  Huh, Chulhaeng
Date:  8/9/2022, 11:54am
Creator:  Daniel (DJ) Denny



Roof overview
Ridge vent

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:57am
Creator: Daniel (DJ) Denny




Roof overview
Ridge vent
Pipe boot

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:30am
Creator: Daniel (DJ) Denny

Chulhaeng Huh                                                                                            8/31/2022



### Roof overview

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:32am
Creator: Daniel (DJ) Denny



### Roof overview

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:30am
Creator: Daniel (DJ) Denny



Roof overview

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:33am
Creator: Daniel (DJ) Denny



Roof overview
Turtle vents
Pipe boots

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:30am
Creator: Daniel (DJ) Denny



Roof overview
Ridge vent



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:32am
Creator: Daniel (DJ) Denny



Roof overview
Ridge vent
Turtle vent
Pipe boots

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:32am
Creator: Daniel (DJ) Denny

Spatter

15



Project:  Huh, Chulhaeng
Date:  8/9/2022, 11:22am
Creator:  Daniel (DJ) Denny

Roof overview
Pipe boots



Project:  Huh, Chulhaeng
Date:  8/9/2022, 11:31am
Creator:  Daniel (DJ) Denny

Pipe boots




Project: Huh, Chulhaeng
Date: 8/9/2022, 11:54am
Creator: Daniel (DJ) Denny

Roof overview
Ridge vent
Turtle vents



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:32am
Creator: Daniel (DJ) Denny

Chulhaeng Huh

8/31/2022



Roof overview

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:32am
Creator: Daniel (DJ) Denny



Roof overview
Ridge vent
Turtle vent



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:33am
Creator: Daniel (DJ) Denny



Ridge vent

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:34am
Creator: Daniel (DJ) Denny



Turtle vent
Impact damage



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:37am
Creator: Daniel (DJ) Denny

**23**



Turtle vent
Impact damage

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:37am
Creator: Daniel (DJ) Denny

**24**



Turtle vent
Impact damage

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:37am
Creator: Daniel (DJ) Denny

Spatter

25



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:41am
Creator: Daniel (DJ) Denny

Metal roof covering
Impact damage

26



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:42am
Creator: Daniel (DJ) Denny

Chulhaeng Huh                                                                                                  8/31/2022

27

Metal roof covering
Impact damage



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:42am
Creator: Daniel (DJ) Denny

28

Metal roof covering



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:42am
Creator: Daniel (DJ) Denny

Chulhaeng Huh                                                                                          8/31/2022

Metal roof covering

29



Project:  Huh, Chulhaeng
Date:  8/9/2022, 11:43am
Creator:  Daniel (DJ) Denny

Metal roof covering

30



Project:  Huh, Chulhaeng
Date:  8/9/2022, 11:43am
Creator:  Daniel (DJ) Denny



Metal roof covering

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:43am
Creator: Daniel (DJ) Denny



Metal roof covering

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:43am
Creator: Daniel (DJ) Denny



Metal roof covering
Impact damage



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:45am
Creator: Daniel (DJ) Denny



Metal roof covering

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:45am
Creator: Daniel (DJ) Denny

Metal roof covering

35



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:47am
Creator: Daniel (DJ) Denny

Metal roof covering
Impact damage

36



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:45am
Creator: Daniel (DJ) Denny



Metal roof covering
Impact damage

Project:  Huh, Chulhaeng
Date:  8/9/2022, 11:46am
Creator:  Daniel (DJ) Denny



Impact damage to shingle

Project:  Huh, Chulhaeng
Date:  8/9/2022, 11:54am
Creator:  Daniel (DJ) Denny



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:54am
Creator: Daniel (DJ) Denny



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:54am
Creator: Daniel (DJ) Denny



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:54am
Creator: Daniel (DJ) Denny



Impact damage to shingle



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:54am
Creator: Daniel (DJ) Denny



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:57am
Creator: Daniel (DJ) Denny



Impact damage to shingle



Project: Huh, Chulhaeng
Date: 8/9/2022, 11:57am
Creator: Daniel (DJ) Denny



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:57am
Creator: Daniel (DJ) Denny



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:57am
Creator: Daniel (DJ) Denny



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:57am
Creator: Daniel (DJ) Denny



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:57am
Creator: Daniel (DJ) Denny



Impact damage to shingle

Project:  Huh, Chulhaeng
Date:  8/9/2022, 11:57am
Creator:  Daniel (DJ) Denny



Impact damage to shingle

Project:  Huh, Chulhaeng
Date:  4/1/2022, 10:55am
Creator:  LUKE HENDON

Impact damage to shingle



Project:  Huh, Chulhaeng
Date:  4/1/2022, 10:55am
Creator:  LUKE HENDON

Impact damage to shingle



Project:  Huh, Chulhaeng
Date:  4/1/2022, 10:55am
Creator:  LUKE HENDON

53



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 4/1/2022, 10:55am
Creator: LUKE HENDON

Impact damage to shingle

54



Project: Huh, Chulhaeng
Date: 4/1/2022, 10:56am
Creator: LUKE HENDON



Impact damage to shingle



Project: Huh, Chulhaeng
Date: 4/1/2022, 10:56am
Creator: LUKE HENDON



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 4/1/2022, 11:10am
Creator: LUKE HENDON



57

Impact damage to shingle

Project: Huh, Chulhaeng
Date: 4/1/2022, 11:10am
Creator: LUKE HENDON



58

Impact damage to shingle

Project: Huh, Chulhaeng
Date: 4/1/2022, 11:09am
Creator: LUKE HENDON



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 4/1/2022, 11:09am
Creator: LUKE HENDON



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 4/1/2022, 10:56am
Creator: LUKE HENDON

Chulhaeng Huh

8/31/2022



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 4/1/2022, 10:56am
Creator: LUKE HENDON



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 4/1/2022, 10:56am
Creator: LUKE HENDON



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 4/1/2022, 11:11am
Creator: LUKE HENDON



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:52am
Creator: Daniel (DJ) Denny

Chulhaeng Huh

65



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:52am
Creator: Daniel (DJ) Denny

66



Impact damage to shingle

Project: Huh, Chulhaeng
Date: 4/1/2022, 11:11am
Creator: LUKE HENDON



67

Impact damage to shingle

Project: Huh, Chulhaeng
Date: 4/1/2022, 11:11am
Creator: LUKE HENDON



Impact damage to shingle



68

Project: Huh, Chulhaeng
Date: 8/9/2022, 11:54am
Creator: Daniel (DJ) Denny

Impact damage to shingle

69



Project: Huh, Chulhaeng
Date: 4/1/2022, 11:20am
Creator: LUKE HENDON

Impact damage to shingle

70



Project: Huh, Chulhaeng
Date: 4/1/2022, 11:20am
Creator: LUKE HENDON



Impact damage to shingle





Project:  Huh, Chulhaeng
Date:  8/9/2022, 11:52am
Creator:  Daniel (DJ) Denny



Impact damage to shingle

Project:  Huh, Chulhaeng
Date:  8/9/2022, 11:52am
Creator:  Daniel (DJ) Denny