FILED 3/20/2023 11:35 AM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

## IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CHULHAENG HUH, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CIVIL ACTION FILE NO.: |
| | )  **23CV3067** |
| LEMONADE INSURANCE COMPANY, a foreign corporation, | ) ) ) |
| Defendant. | ) ) ) |

### AFFIDAVIT OF SERVICE

Personally appeared before the undersigned officer duly authorized to administer oaths, _____, who after first being duly sworn, deposes as follows:

My name is _____. I am over the age of eighteen (18) and I am a citizen of the United States. I am not related to or employed by any party or attorney in this lawsuit.

I hereby certify that on ___March 17th___, at ___12:59___, I delivered a copy of the Summons, Complaint & exhibits, and Plaintiff's Interrogatories & Requests for Production of Documents with Defendant's registered agent, United Corporate Services, Inc., located at 4228 First Avenue, Suite 14, Tucker, GA, 30084.

AFFIANT SAYETH NOT FURTHER this the 17th day of March, 2023.

_____
Process Server

Exhibit B