IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **CHULHAENG HUH,** *Plaintiff*, v. **LEMONADE INSURANCE COMPANY** *Defendant.* | **Civil Action No.: 23CV3067** |

### NOTICE OF FILING NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN that Defendant LEMONADE INSURANCE COMPANY pursuant to 28 U. S. C. §§ 1332, 1441 and 1446, has filed the attached Notice of Removal with the United States District Court for the Northern District of Georgia, Atlanta Division.

This 17th day of April, 2023.

        **SWIFT CURRIE McGHEE & HIERS, LLP**

        */s/ Tracy A. Gilmore*
        TRACY A. GILMORE
        Georgia Bar No. 633193
        MAREN R. CAVE
        Georgia Bar No. 278448

        *Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
(404) 874-8800 (P)
Tracy.gilmore@swiftcurrie.com
Maren.cave@swiftcurrie.com

EXHIBIT D

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **DEFENDANT'S NOTICE OF FILING REMOVAL** to the Clerk of Court using the court's electronic filing system which will automatically send electronic mail notification of such filing to counsel of record as follows:

Foster L. Peebles, Esq.
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, Georgia 30075
fpeebles@lawhuggins.com
mdturner@lawhuggins.com

This 17th day of April, 2023

        **SWIFT CURRIE McGHEE & HIERS, LLP**

BY:  */s/ Tracy A. Gilmore*
     TRACY A. GILMORE
     Georgia Bar No. 633193
     MAREN CAVE
     Georgia Bar No. 278448
     *Attorneys for Defendant*

1420 Peachtree St NE
Suite 800
Atlanta, GA 30309
(404) 874-8800
tracy.gilmore@swiftcurrie.com
maren.cave@swiftcurrie.com

4884-1229-1166, v. 1