Official Form 417A (12/18)

20-6081

[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): SHIRLEY WHITE-LETT

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - [X] Plaintiff
   - [ ] Defendant
   - [ ] Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - [ ] Debtor
   - [ ] Creditor
   - [ ] Trustee
   - [ ] Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order and Judgment on Trial

2. State the date on which the judgment, order, or decree was entered: February 27, 2023

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Shellpoint Mortgage Servicing

   Attorney:

   Akerman LLP
   Suite 725
   170 South Main Street
   Salt Lake City, UT 84101
   801-907-6900

2. Party: Select Portfolio Servicing, Inc

   Attorney:

   Holland & Knight LLP
   Suite 1800
   1180 West Peachtree Street, NW
   Atlanta, GA 30309
   404-817-8434

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

    Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_Shirley A. Lett_                           Date: April 17, 2023
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

    Shirley White-Lett, *pro se*
    456 North Saint Mary's Lane
    Marietta, GA 30064
    404-580-6411

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a copy of the forgoing and attached Notice of Appeal on the parties' counsel named below by US Mail in the manner required by law.

Served:

AKERMAN LLP
c/o Alan Hurst
Chandler Thompson
999 Peachtree Street, NE, Suite 1700 Atlanta, Georgia 30309

Suite 725
170 South Main Street
Salt Lake City, UT 84101
801-907-6900

*Counsel for Shellpoint Mortgage Servicing*


Philip George | Holland & Knight
Holland & Knight LLC
1180 West Peachtree Street, Suite 1800 |
Atlanta, GA 30309
*Counsel for Select Portfolio Servicing, Inc*

This 17th day of April, 2023.

By: /s/ Shirley D. Lett
Shirley White-Lett