

**IT IS ORDERED as set forth below:**


**Date: February 27, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| SHIRLEY LETT, | CASE NO. 10-61451-BEM |
| | CHAPTER 7 |
| Debtor. | |

SHIRLEY WHITE-LETT,

      Plaintiff,

                           ADVERSARY PROCEEDING NO.

v.                             20-6031-BEM

BANK OF NEW YORK MELLON
CORPORATION, et al.,

      Defendants.

## <u>JUDGMENT</u>

      In accordance with the Opinion entered in this proceeding on even date herewith,

it is now,

**ORDERED** that Plaintiff's request for relief under Rule 52(c) is DENIED; it is further

**ORDERED** that Plaintiff's request to exclude certain testimony of Weinberger is DENIED; it is further

**ORDERED** that the Court finds that Select Portfolio Servicing, LLC did not have knowledge of the discharge injunction and therefore is not in contempt of court and is not subject to sanctions.

**END OF DOCUMENT**

**<u>Distribution List</u>**

Shirley White-Lett
456 North Saint Marys Lane
Marietta, GA 30064

Phillip George
Holland & Knight LLP
1180 West Peachtree Street, NW
Suite 1800
Atlanta, GA 30309