# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk
United States District Court

DATE: April 17, 2023

RE: 10-61451-bem
Bankruptcy Case No.

Shirley White-Lett
Debtor(s)

20-6031-bem
Adversary Case No.

Shirley White-Lett
Appellant

vs

Shellpoint Mortgage Servicing,
Select Portfolio Servicing, Inc
Appellees

## S U B M I S S I O N   S H E E T

**Submitted on:**

☒ Notice of Appeal filed 04/17/2023- Doc. No. 232
File date of Order being appealed from 02/27/2023 - Doc. No. 223, 224

☐ Supplemental Record to USDC Case No. Click here to enter text.

**Contents of Record:**
☒ Documents 223, 224, 232, docket sheet
☐ Designated items of   ☐ Appellant(s)   ☐ Appellee
Filing Fee Paid -  ☐ Yes   ☒ No

**If previous and/or related appeals filed, list:**

1:17-cv-003385-CC-LTW
22-cv-3992-wmr
22-cv-1979-wmr
4:22-cv-082-wmr
21-cv-02471-WMR

FROM: M. Regina Thomas, Clerk of Court
United States Bankruptcy Court

By: /s/_____
Madeline Ramos-White, Deputy Clerk