**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DESTINIE STEWART | * |
| | * |
|    Plaintiff, | * |
| | * |
| V. | *  CIVIL ACTION FILE |
| | *  NO. |
| KEVIN TATE and DONNIE | * |
| WILSON TRUCKING, LLC, | * |
| | * |
|    Defendants. | * |

**DEFENDANTS KEVIN TATE AND DONNIE WILSON TRUCKING, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COME NOW, Kevin Tate ("Tate") and Donnie Wilson Trucking, LLC ("Wilson") named as Defendants in the above-styled action, and pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, hereby submit this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1.

The undersigned counsel of record for Defendants certifies that, based on the presently available facts, the following is a full and complete list of all parties to this action:

   **(a)**    **Destinie Stewart, Plaintiff.**

**(b)     Donnie Wilson Trucking, LLC, Defendant.**

**(c)     Kevin Tate, Defendant.**

2.

The undersigned counsel of record for Defendants certifies that, based on the presently-available facts, the following is a full and complete list of the parent corporations and publicly held companies owning ten percent (10%) or more of Donnie Wilson Trucking, LLC's stock:

**(a)     Donnie Wilson is the sole member of Donnie Wilson Trucking, LLC, and there are no parent corporations or publicly held companies owning ten percent (10%) or more of Donnie Wilson Trucking, LLC's stock.**

3.

The undersigned counsel of record for Defendant certifies that, based on the presently-available facts, the other persons, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by outcome of this case:

**Undersigned counsel is unaware of any other such parties at this time.**

4.

The undersigned counsel of record for Defendant certifies that, based on the presently-available facts, the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiffs:**

    **Michael D. Paul, Jr. of Morgan & Morgan Atlanta, PLLC**

**For Defendant:**

    **Jennifer E. Parrott, Esq. of Drew Eckl & Farnham, LLP**

    **Paul E. Barnhill, Esq. of Drew Eckl & Farnham, LLP**

This 17th day of April, 2023.

                                                                       **DREW ECKL & FARNHAM, LLP**

|  |  |
|---|---|
| 303 Peachtree Street, NE | */s/Paul E. Barnhill* |
| Suite 3500 | Jennifer E. Parrott |
| Atlanta, Georgia 30308 | Georgia Bar No. 080180 |
| Tel: 404-885-1400 | Paul E. Barnhill |
| Fax: 404-876-0992 | Georgia Bar No. 425240 |
| parrottj@deflaw.com | |
| barnhillp@deflaw.com | *Attorneys for Defendants* |

13444771v1
28765-233515

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendants hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 17th day of April, 2023.

                                        **DREW ECKL & FARNHAM, LLP**

                                        */s/ Paul E. Barnhill*

303 Peachtree Street, NE        Jennifer E. Parrott
Suite 3500                             Georgia Bar No. 080180
Atlanta, Georgia 30308          Paul E. Barnhill
Tel: (404) 885-1400              Georgia Bar No. 425240
Fax: (404) 876-0992
parrottj@deflaw.com             *Attorneys for Defendants*
barnhillp@deflaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DESTINIE STEWART | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CIVIL ACTION FILE |
| | * | NO. |
| KEVIN TATE and DONNIE | * | |
| WILSON TRUCKING, LLC, | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am counsel for Defendants and that I have this day filed the foregoing *Defendant Kevin Tate and Donnie Wilson Trucking, LLC's Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of Court, using the CM/ECF system, and served a copy of the foregoing upon Plaintiffs via U.S. Mail, adequate postage prepaid, addressed as follows:

Michael D. Paul, Jr.
Morgan &Morgan Atlanta, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009
mpaul@forthepeople.com

This 17th day of April, 2023.

                                        **DREW ECKL & FARNHAM, LLP**

| | |
|---|---|
| | */s/ Paul E. Barnhill* |
| 303 Peachtree Street, NE | Jennifer E. Parrott |
| Suite 3500 | Georgia Bar No. 080180 |
| Atlanta, Georgia 30308 | Paul E. Barnhill |
| Tel: (404) 885-1400 | Georgia Bar No. 425240 |
| Fax: (404) 876-0992 | |
| parrottj@deflaw.com | *Attorneys for Defendants* |
| barnhillp@deflaw.com | |

13444771v1
28765-233515