#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF GEORGIA
#### ATLANTA DIVISION

| | |
|---|---|
| DESTINIE STEWART | * |
| | * |
|   Plaintiff, | * |
| | * |
| V. | *  CIVIL ACTION FILE |
| | *  NO. |
| KEVIN TATE and DONNIE | * |
| WILSON TRUCKING, LLC, | * |
| | * |
|   Defendants. | * |

### NOTICE OF LEAVE OF ABSENCE

COMES NOW, Jennifer E. Parrott, lead counsel for Defendants, and pursuant to L.R. 83.1(E)(4), respectfully notifies the Court and all opposing counsel that she will be on leave as follows:

1.

The periods of leave during which time lead counsel Jennifer E. Parrott will be away from the practice of law are:

September 22 – October 4, 2023

November 17-27, 2023

December 22, 2023 – January 6, 2024

2.

The purpose of the leave is for family vacation, professional conferences, and speaking engagements.

This the 17th day of April, 2023.

                                      Respectfully submitted,

                                      **DREW, ECKL & FARNHAM, LLP**

                                      */s/ Jennifer E. Parrott*

| | |
|---|---|
| 303 Peachtree Street, NE | Jennifer E. Parrott |
| Suite 3500 | Georgia Bar No. 080180 |
| Atlanta, Georgia 30308 | |
| Tel: 404-885-1400 | *Attorney for Defendants* |
| Fax: 404-876-0992 | |
| parrottj@deflaw.com | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DESTINIE STEWART | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | *   CIVIL ACTION FILE |
| | *   NO. |
| KEVIN TATE and DONNIE | * |
| WILSON TRUCKING, LLC, | * |
| | * |
| Defendants. | * |

**CERTIFICATE OF SERVICE AND COMPLIANCE**
**WITH LOCAL RULE 5.1(C)**

I HEREBY CERTIFY, that I have this day filed the **NOTICE OF LEAVE OF ABSENCE** with the Clerk of Court using the CM/ECF system and served a copy of the foregoing upon Plaintiff's counsel via U.S. Mail, adequate postage prepaid, addressed as follows:

Michael D. Paul, Jr.
Morgan &Morgan Atlanta, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009
mpaul@forthepeople.com

I further certify that the foregoing has been prepared with Times New Roman, 14 point font, in compliance with L.R. 5.1(C).

This the 17th day of April, 2023.

Respectfully submitted,

**DREW ECKL & FARNHAM, LLP**

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
Tel: 404-885-1400
Fax: 404-876-0992
parrottj@deflaw.com

*/s/ Jennifer E. Parrott*
Jennifer E. Parrott
Georgia Bar No. 080180

*Attorney for Defendants*