IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SIMPLEX DESIGNS, LLC, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. _____ |
| TIGHTLINE DEVELOPMENT, LLC, | | JURY TRIAL DEMANDED |
| Defendant. | | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and Northern District of Georgia Local Rule 3.3, Plaintiff Simplex Designs, LLC ("Simplex), by and through counsel of record, files this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for Simplex certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff**: Simplex Designs, LLC.  No parent corporation or publicly held corporation owns 10% or more of Simplex's stock.

1

**Defendant**: TightLine Development, LLC.  It is unknown to Simplex whether any parent corporation or any publicly held corporation owns 10% or more of TightLine's stock.

  2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Plaintiff**: None.

**Defendant**: Unknown.

  3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff**: Coby S. Nixon, Taylor English Duma LLP;

Scott A. McKeown, Ropes & Gray LLP (*pro hac* application forthcoming);

Matthew J. Rizzolo, Ropes & Gray LLP (*pro hac* application forthcoming);

Brendan F. McLaughlin Ropes & Gray LLP (*pro hac* application forthcoming);

Alexis Ramsey, Ropes & Gray LLP (*pro hac* application forthcoming).

**Defendant**: Unknown.

  4. A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted this 17th day of April, 2023.

Dated: April 17, 2023                           Respectfully submitted,

      /s/ Coby S. Nixon
Coby S. Nixon
Georgia Bar No. 545005
cnixon@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Phone: (770) 434-6868
Facsimile: (770) 434-7376

Scott A. McKeown (*pro hac vice forthcoming*)
Matthew J. Rizzolo (*pro hac vice forthcoming*)
Brendan F. McLaughlin (*pro hac vice forthcoming*)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue
Washington, DC 20036
Tel: 202 508 4600
Fax: 202 508 4650
Scott.mckeown@ropesgray.com
Matthew.rizzolo@ropesgray.com
Brendan.mclaughlin@ropesgray.com

Alexis Ramsey (*pro hac vice forthcoming*)
**ROPES & GRAY LLP**
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
Alexis.ramsey@ropesgray.com

*Attorneys for Plaintiff Simplex Designs, LLC*

## LOCAL RULE 7.1D CERTIFICATION

The undersigned hereby certifies that the foregoing PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was prepared in Times New Roman, 14 point font, in compliance with Local Rule 5.1.

                                    */s/ Coby S. Nixon*
                                    Coby S. Nixon
                                    Georgia Bar No. 545005

                                    *Attorney for Plaintiff*
                                    *Simplex Designs, LLC*