# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk
United States District Court

DATE: April 18, 2023

RE: 20-67143-pmb
Bankruptcy Case No.

Dan Bogdan
Debtor(s)

Dan Bar Enasha
Appellant

vs

Neil C. Gordon, Chapter 7 Trustee,
Maria Camelia Bogdan,
U.S. Trustee
Appellees

## S U B M I S S I O N   S H E E T

**Submitted on:**

☒ Notice of Appeal filed on 04/14/2023- Doc. No. 190
File date of Order being appealed from 04/12/2023 - Doc. No. 176
☐ Supplemental Record to USDC Case No.
☐ Other: Click here to enter text.

**Contents of Record:**
☒ Documents 176,190, docket sheet
☐ Designated items of    ☐ Appellant(s)    ☐ Appellee
Filing Fee Paid -  ☐ Yes   ☒ No

If previous and/or related appeal filed, list:

**23-cv-1556-vmc**
**23-cv-1558-vmc**
**23-cv-1637-vmc**

FROM: M. Regina Thomas, Clerk of Court
United States Bankruptcy Court

By: /s/_____
Yahaira Lugo, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*