**APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 20−67143−pmb

*Assigned to:* Judge Paul Baisier
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
Asset

*Date filed:* 06/11/2020
*Date converted:* 04/04/2022
*341 meeting:* 06/15/2022
*Deadline for filing claims:* 08/20/2020
*Deadline for filing claims (govt.):* 12/08/2020
*Deadline for objecting to discharge:* 07/05/2022

| | |
|---|---|
| *Debtor*<br>**Dan Bogdan**<br>3172 Briar Cliff Rd<br>Atlanta, GA 30329<br>DE KALB−GA<br>SSN / ITIN: xxx−xx−5003<br>*aka* **Dan Bar Enasha** | represented by **E. L. Clark**<br>Clark & Washington, LLC<br>Bldg 3<br>3300 Northeast Expressway<br>Atlanta, GA 30341<br>(404) 522−2222<br>Fax : (404) 220−0685 |
| *Trustee*<br>**Melissa J. Davey**<br>Standing Chapter 13 Trustee<br>Suite 2250<br>233 Peachtree Street NE<br>Atlanta, GA 30303<br>678−510−1444<br>*TERMINATED: 04/04/2022* | |
| *Trustee*<br>**Neil C. Gordon**<br>Taylor English Duma LLP<br>Suite 200<br>1600 Parkwood Circle SE<br>Atlanta, GA 30339<br>404−640−5917 | represented by **Neil C. Gordon**<br>Taylor English Duma LLP<br>Suite 200<br>1600 Parkwood Circle SE<br>Atlanta, GA 30339<br>404−640−5917<br>Email: aford@taylorenglish.com<br><br>**Neil C. Gordon**<br>Taylor English Duma LLP<br>Suite 200<br>1600 Parkwood Circle SE<br>Atlanta, GA 30339<br>404−640−5917<br>Email: aford@taylorenglish.com<br><br>**Neil C. Gordon**<br>Arnall Golden Gregory LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363<br>(404) 873−8596<br>Fax : (404) 873−8597<br>*TERMINATED: 10/12/2022* |

| | |
|---|---|
| *U.S. Trustee*<br>**Office of the United States Trustee**<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>404−331−4437 | represented by **Thomas Dworschak**<br>Office of the United States Trustee<br>Room 362<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>404−331−4439<br>Email: thomas.w.dworschak@usdoj.gov |
| *Interested Party*<br>**Maria Camelia Bogdan**<br>10295 Rillridge Ct<br>Alpharetta, GA 30022<br>678−223−8752 | represented by **Robert D. Schwartz**<br>Robert D. Schwartz<br>P O Box 160100<br>Atlanta, GA 30316−1002<br>404−402−1476<br>Fax : 770−993−9672<br>Email: bobschwartzlaw@aol.com |
| *Interested Party*<br>**Flavius Bogdan** | |

| Filing Date | # | Docket Text |
|---|---|---|
| 06/11/2020 | 1 | Voluntary Petition (Chapter 13) for Individual(s), Fee $ 310 Filed by E. L. Clark of Clark & Washington, LLC on behalf of Dan Bogdan. Government Proof of Claim due by 12/8/2020. (Clark, E.) |
| 06/11/2020 | 2 | Chapter 13 Plan with NO Certificate of Service filed by E. L. Clark on behalf of Dan Bogdan. (Clark, E.) |
| 06/11/2020 | 3 | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by E. L. Clark on behalf of Dan Bogdan. (Clark, E.) |
| 06/11/2020 | 4 | Credit Counseling Service Certificate filed by E. L. Clark on behalf of Dan Bogdan. (Clark, E.) |
| 06/11/2020 | 5 | Payment Advices of Debtor, filed by E. L. Clark on behalf of Dan Bogdan. (Clark, E.) |
| 06/11/2020 | 6 | Notice of Meeting of Creditors (Chapter 13) and Confirmation Hearing. Telephonic 341 Meeting to be held on 07/28/2020 at 10:00 AM (See notice for telephonic call−in information (Ch. 13 Davey ATL)). Objections for Discharge due by 09/28/2020. Non−Government Proof of Claims due by 08/20/2020.Confirmation Hearing to be held on 09/10/2020 at 09:45 AM at Courtroom 1202, Atlanta. (related document(s) 2 Chapter 13 Plan filed by Dan Bogdan) If applicable, a hearing on the Allowance and Approval of Debtor's Counsel Attorney Fees will be held with the Confirmation Hearing. (Admin.) |
| 06/11/2020 | 7 | Receipt of Initial Docs01: Voluntary Petition (Chapter 13)(20−67143) [misc,1023aty] ( 310.00) filing fee. Receipt Number 53934868. Fee Amount 310.00 (re: Doc# 1) (U.S. Treasury) |
| 06/12/2020 | 8 | Notice of Appearance Filed by Synchrony Bank. (PRA Receivables Management, LLC) |
| 06/14/2020 | 9 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 06/14/2020. (Admin.) (Entered: 06/15/2020) |

| | | | |
|---|---|---|---|
| 06/14/2020 | | 10 | Certificate of Mailing by BNC of Chapter 13 Plan Notice Date 06/14/2020. (Admin.) (Entered: 06/15/2020) |
| 06/26/2020 | | 11 | Notice of Appearance Filed by Bryce R. Noel on behalf of LoanCare, LLC. (Noel, Bryce) |
| 07/01/2020 | | 12 | Notice of Appearance Filed by Andrea Lynn Betts on behalf of LoanCare, LLC. (Betts, Andrea) |
| 07/03/2020 | | doc | Notice of Mortgage Payment Change (Claim # 3) Re: Home Equity Line of Credit with Certificate of Service filed by SunTrust Bank now Truist Bank. (SunTrust Bank) |
| 07/06/2020 | | 13 | Certification of Debtor`s Original Signature Filed by E. L. Clark on behalf of Dan Bogdan. (related document(s)1, 2, 3)(Clark, E.) |
| 07/08/2020 | | 14 | Application to Employ Stephen M. Gibbs as SPECIAL COUNSEL filed by E. L. Clark on behalf of Dan Bogdan. (Clark, E.) |
| 07/10/2020 | | 15 | Order GRANTING Debtor's Application to Employ Stephen M Gibbs of Zachary & Seagraves, PA as Special Counsel, subject to objection within twenty−one (21) days from the date of entry of this Order. (Related Doc # 14). Service by Counsel for Debtor. Entered on 7/10/2020. (ngs) |
| 07/12/2020 | | 16 | Certificate of Mailing by BNC of Order on Application to Employ Notice Date 07/12/2020. (Admin.) (Entered: 07/13/2020) |
| 07/20/2020 | | 17 | Certificate of Service of Order on Application to Employ Special Counsel filed by E. L. Clark on behalf of Dan Bogdan. (related document(s)15) (Clark, E.) |
| 07/27/2020 | | 18 | (WITHDRAWN − SEE DOCKET #26) Objection to Confirmation of Plan *and Motion to Dismiss Case* filed by Bryce R. Noel on behalf of LoanCare, LLC. (related document(s) 2) (Noel, Bryce) Modified on 9/22/2020 (skw). |
| 07/28/2020 | | | Section 341(a) meeting held and concluded (kpc) (Entered: 07/29/2020) |
| 08/04/2020 | | doc | Notice of Mortgage Payment Change (Claim # 3) Re: Home Equity Line of Credit with Certificate of Service filed by SunTrust Bank now Truist Bank. (McMillan, Keana − Suntrust Bank) |
| 08/04/2020 | | 19 | Objection to Confirmation of Plan *And Motion to Dismiss* Filed by Melissa J. Davey on behalf of Melissa J. Davey. (Davey, Melissa) |
| 09/04/2020 | | doc | Notice of Mortgage Payment Change (Claim # 3) Re: Home Equity Line of Credit with Certificate of Service filed by SunTrust Bank now Truist Bank. (McMillan, Keana − Suntrust Bank) |
| 09/08/2020 | | 20 | Chapter 13 Pre−Confirmation Plan Modification with Certificate of Service filed by E. L. Clark on behalf of Dan Bogdan. (related document(s)2) (Clark, E.) |
| 09/08/2020 | | 21 | Amended Schedule A/B , Amended Schedule C , Amended Summary of Assets and Liabilities with Statistical Information for Individual Debtor , Verification or Declaration for Individual Debtor filed by E. L. Clark on behalf of Dan Bogdan. (Clark, E.) |

| | | | |
|---|---|---|---|
| 09/09/2020 | | 22 | Amended Schedule A/B , Amended Schedule C , Amended Summary of Assets and Liabilities with Statistical Information for Individual Debtor , Verification or Declaration for Individual Debtor filed by E. L. Clark on behalf of Dan Bogdan. (Clark, E.) |
| 09/10/2020 | | | Confirmation Hearing Rescheduled. Confirmation Hearing to be held on 9/24/2020 at 09:45 AM in Courtroom 1202, Atlanta. (amm) |
| 09/12/2020 | | 23 | Notice to Debtor(s) Regarding Financial Management Certificate Due (ADIclerk). |
| 09/16/2020 | | 24 | Amended Schedule I , Amended Schedule J , Amended Summary of Assets and Liabilities with Statistical Information for Individual Debtor , Verification or Declaration for Individual Debtor filed by E. L. Clark on behalf of Dan Bogdan. (Clark, E.) |
| 09/16/2020 | | 25 | Certificate of Mailing by BNC of Notice to Debtor Re: Financial Mgmt. Cert. Notice Date 09/16/2020. (Admin.) (Entered: 09/17/2020) |
| 09/21/2020 | | 26 | Withdrawal Of Objection To Confirmation (#18) filed by Bryce R. Noel on behalf of LoanCare, LLC. (related document(s) 18) (Noel, Bryce) Modified on 9/22/2020 (skw). |
| 09/23/2020 | | 27 | Personal Financial Management Course Certificate For Debtor Dan Bogdan Provided by Second Bankruptcy Course, LLC, 800−214−7030 (FMC) |
| 09/24/2020 | | 28 | Order Confirming Chapter 13 Plan. Trustee to submit 12−Month Strict Compliance Order. Service by BNC (mrd) Modified to add Trustee information on 9/25/2020 (mrd). |
| 09/26/2020 | | 29 | Certificate of Mailing by BNC of Order Confirming Chapter 13 Plan Notice Date 09/26/2020. (Admin.) (Entered: 09/27/2020) |
| 09/26/2020 | | 30 | Notice to Debtor Re: Domestic Support Obligations with certificate of service by BNC. Notice Date 09/26/2020. (Admin.) (Entered: 09/27/2020) |
| 09/30/2020 | | 31 | Certification Regarding Review of Proof of Claims Filed by E. L. Clark on behalf of Dan Bogdan. (Clark, E.) |
| 10/02/2020 | | doc | Notice of Mortgage Payment Change (Claim # 3) Re: Home Equity Line of Credit with Certificate of Service filed by SunTrust Bank now Truist Bank. (SunTrust Bank) |
| 10/02/2020 | | 32 | Supplemental Order of Confiramtion. (Related document 28). Service by BNC. Entered on 10/2/2020. (ngs) |
| 10/04/2020 | | 33 | Certificate of Mailing by BNC of Supplemental Order Confirming Plan Notice Date 10/04/2020. (Admin.) (Entered: 10/05/2020) |
| 10/21/2020 | | 34 | Motion for Relief from Stay Fee $ 181, *Notice of Hearing and certificate of service* filed by Craig B. Lefkoff on behalf of Hyundai Lease Titling Trust. Hearing to be held on 11/5/2020 at 09:00 AM in Courtroom 1202, Atlanta, (Lefkoff, Craig) |
| 10/22/2020 | | 35 | |

| | | | |
|---|---|---|---|
| | | | Receipt of Motion for Relief from Stay(20−67143−pmb) [motion,185] (181.00) filing fee. Receipt Number 54561373. Fee Amount 181.00 (re: Doc# 34) (U.S. Treasury) |
| 11/02/2020 | | doc | Notice of Mortgage Payment Change (Claim # 3) Re: Home Equity Line of Credit with Certificate of Service filed by SunTrust Bank now Truist Bank. (McMillan, Keana − Suntrust Bank) |
| 11/03/2020 | | doc | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 9) with Certificate of Service filed by LoanCare, LLC. (Laufgas, Jennifer − Aldridge Pite) |
| 11/10/2020 | | 36 | Order GRANTING Motion for Relief from Stay of Hyundai Lease Titling Trust. (Related Doc # 34) Service by BNC.. Entered on 11/10/2020. (sls) |
| 11/12/2020 | | 37 | Certificate of Mailing by BNC of Order on Motion for Relief from Stay Notice Date 11/12/2020. (Admin.) (Entered: 11/13/2020) |
| 01/04/2021 | | doc | Notice of Mortgage Payment Change (Claim # 3) with Certificate of Service filed by SunTrust Bank now Truist Bank. (Cremony, Melaney − Suntrust Bank) |
| 01/04/2021 | | doc | Amended Notice of Mortgage Payment Change (Claim # 3) with Certificate of Service filed by SunTrust Bank now Truist Bank. (Cremony, Melaney − Suntrust Bank) |
| 01/20/2021 | | 38 | Notice of Mortgage Forbearance for 150 days Under the CARES Act with Certificate of Service Filed by Bryce R. Noel on behalf of LoanCare, LLC. (Noel, Bryce) |
| 02/04/2021 | | doc | Notice of Mortgage Payment Change (Claim # 3) Re: Home Equity Line of Credit with Certificate of Service filed by SunTrust Bank now Truist Bank. (SunTrust Bank) |
| 03/03/2021 | | doc | Notice of Mortgage Payment Change (Claim # 3) Re: Home Equity Line of Credit with Certificate of Service filed by SunTrust Bank now Truist Bank. (Braxton, JaLiza−SunTrust Bank) |
| 03/23/2021 | | 39 | Notice of Mortgage Forbearance for 180 days Under the CARES Act with Certificate of Service *Notice of Forbearance Extension Agreement* Filed by Andrew Houston McCullen on behalf of LoanCare, LLC. (McCullen, Andrew) |
| 04/01/2021 | | doc | Notice of Mortgage Payment Change (Claim # 3) with Certificate of Service filed by SunTrust Bank now Truist Bank. (Cremony, Melaney − Suntrust Bank) |
| 05/04/2021 | | doc | Notice of Mortgage Payment Change (Claim # 3) Re: Home Equity Line of Credit with Certificate of Service filed by SunTrust Bank now Truist Bank. (Braxton, JaLiza−SunTrust Bank) |
| 06/02/2021 | | 40 | Notice of Mortgage Forbearance for 240 days Under the CARES Act with Certificate of Service *Notice of Forbearance Extension Agreement* Filed by Brian K. Jordan on behalf of LoanCare, LLC. (Jordan, Brian) |
| 06/02/2021 | | doc | |

| | | | |
|---|---|---|---|
| | | | Notice of Mortgage Payment Change (Claim # 3) Re: Home Equity Line of Credit with Certificate of Service filed by SunTrust Bank now Truist Bank. (SunTrust Bank) |
| 06/18/2021 | | 41 | Notice of Mortgage Forbearance for 360 days Under the CARES Act with Certificate of Service *Notice of Forbearance Extension Agreement* Filed by Brian K. Jordan on behalf of LoanCare, LLC. (Jordan, Brian) |
| 06/18/2021 | | doc | Notice of Mortgage Payment Change (Claim # 9) Re: Home Equity Line of Credit with Certificate of Service filed by Wanda D. Murray on behalf of LoanCare, LLC. (Murray, Wanda) |
| 07/01/2021 | | doc | Notice of Mortgage Payment Change (Claim # 3) with Certificate of Service filed by SunTrust Bank now Truist Bank. (Cremony, Melaney − Suntrust Bank) |
| 08/04/2021 | | doc | Notice of Mortgage Payment Change (Claim # 3) with Certificate of Service filed by SunTrust Bank now Truist Bank. (Cremony, Melaney − Suntrust Bank) |
| 09/02/2021 | | doc | Notice of Mortgage Payment Change (Claim # 3) Re: Home Equity Line of Credit with Certificate of Service filed by SunTrust Bank now Truist Bank. (SunTrust Bank) |
| 10/01/2021 | | doc | Notice of Mortgage Payment Change (Claim # 3) Re: Home Equity Line of Credit with Certificate of Service filed by SunTrust Bank now Truist Bank. (SunTrust Bank) |
| 11/01/2021 | | doc | Notice of Mortgage Payment Change (Claim # 3) with Certificate of Service filed by SunTrust Bank now Truist Bank. (Cremony, Melaney − Suntrust Bank) |
| 12/02/2021 | | doc | Notice of Mortgage Payment Change (Claim # 3) Re: Home Equity Line of Credit with Certificate of Service filed by SunTrust Bank now Truist Bank. (SunTrust Bank) |
| 01/04/2022 | | doc | Notice of Mortgage Payment Change (Claim # 3) with Certificate of Service filed by SunTrust Bank now Truist Bank. (Cremony, Melaney − Suntrust Bank) |
| 02/14/2022 | | 42 | Transfer of claim Transfer Agreement 3001 (e) 3 Transferor: LoanCare, LLC (Claim No. 9) To U.S. Bank National Association, as Indenture Trustee on Behalf of and with Respect to Ajax Mortgage Loan Trust 2021−F, Mortgag−Backed Securities, Series 2021−F Fee Amount $26 *with certificate of service* filed by Andrew D. Gleason on behalf of U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2021−F, MORTGAGE−BACKED SECURITIES, SERIES 2021−F. (Gleason, Andrew) Modified on 2/14/2022 (gnh). |
| 02/14/2022 | | 43 | Receipt of Transfer of Claim( 20−67143−pmb) [claims,1058] ( 26.00) filing fee. Receipt Number A56699214. Fee Amount 26.00 (re: Doc# 42) (U.S. Treasury) |
| 02/14/2022 | | 44 | Motion for Relief from Stay Fee $ 188, *with certificate of service and notice of hearing* filed by Andrew D. Gleason on behalf of U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN |

| | | | |
|---|---|---|---|
| | | | TRUST 2021−F, MORTGAGE−BACKED SECURITIES, SERIES 2021−F. Hearing to be held on 3/10/2022 at 09:00 AM in Courtroom 1202, Atlanta, (Gleason, Andrew) Modified on 2/15/2022 (amm). NOTIFIED FILER OF MISSING DOCKET EVENT. MATTER REMOVED FROM CALENDAR UNTIL CORRECTED. |
| 02/14/2022 | | 45 | Receipt of Motion for Relief from Stay( 20−67143−pmb) [motion,185] ( 188.00) filing fee. Receipt Number A56699265. Fee Amount 188.00 (re: Doc# 44) (U.S. Treasury) |
| 02/14/2022 | | 46 | Notice of Transfer of Claim Number(s) 9 to U.S. Bank National Association, as Indenture Trustee on Behalf of and with Respect to Ajax Mortgage Loan Trust 2021−F, Mortgag−Backed Securities, Series 2021−F from LoanCare, LLC with objections due 21 days from the date of this notice. Service by BNC. (gnh) |
| 02/15/2022 | | 47 | Amended Motion for Relief from Stay and from Co−Debtor Stay as to Maria C. Bogdan filed by Andrew D. Gleason on behalf of U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2021−F, MORTGAGE−BACKED SECURITIES, SERIES 2021−F. Hearing to be held on 3/10/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)44) (Gleason, Andrew) Modified on 2/16/2022 (gnh). |
| 02/16/2022 | | 48 | Certificate of Mailing by BNC of Notice of Transfer of Claim Notice Date 02/16/2022. (Admin.) (Entered: 02/17/2022) |
| 03/01/2022 | | 49 | Motion to Dismiss Case for Failure to Make Plan Payments filed by Taylor Schlairet Mansell on behalf of Melissa J. Davey. Hearing to be held on 4/28/2022 at 09:25 AM in Courtroom 1202, Atlanta, (Mansell, Taylor) |
| 03/10/2022 | | 50 | Objection to the Bankruptcy case 20−67143−PMB filed by Maria Camelia Bogdan(Co−Debtor) . (ebjl) Modified on 3/11/2022 (cws). |
| 03/11/2022 | | | Rescheduled Hearing to be held on 3/31/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)47) (amm) |
| 03/11/2022 | | 51 | Notice of deficient filing re: Missing Certificate of Service, . Service by BNC. (related document(s)50) (cws) |
| 03/13/2022 | | 52 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 03/13/2022. (Admin.) (Entered: 03/14/2022) |
| 03/15/2022 | | 53 | Order and Notice of Hearing on Movant's Motion to Dismiss Case. Service by BNC. Hearing to be held on 3/31/2022 at 10:15 AM in Courtroom 1202, Atlanta, Entered on 3/15/2022. (related document(s)50) (sls) |
| 03/17/2022 | | 54 | Adversary case 22−05057. Complaint against U.S. Bank National Association , LoanCare, LLC Receipt Number NONE, Fee Collected $ 350 31 (Approval of sale of property of estate and of a co−owner − 363(h)) 64 (Dischargeability − 523(a)(15), divorce/sep property settlement/decree) 14 (Recovery of money/property − other) 41 (Objection / revocation of discharge − 727(c),(d),(e)) 61 (Dischargeability − 523(a)(5), domestic support) Filed by Maria Camelia Bogdan (ebjl) |

| | | | |
|---|---|---|---|
| 03/17/2022 | | 55 | Amended Motion to Dismiss Case *, or in the Alternative*, Motion to convert/reconvert case from 13 to 7 filed by Trustee. Hearing to be held on 4/7/2022 at 10:15 AM in Courtroom 1202, Atlanta, (related document(s)49) (Rowland, Delaycee) |
| 03/17/2022 | | 56 | Certificate of Mailing by BNC of Order and Notice Notice Date 03/17/2022. (Admin.) (Entered: 03/18/2022) |
| 03/30/2022 | | 57 | Notice of Change of Address Filed by Melissa J. Davey on behalf of Melissa J. Davey. (Davey, Melissa) |
| 04/04/2022 | | 58 | Order On Chapter 13 Trustees Motion To Convert To Chapter 7 And Order On The Objection To Debtors Bankruptcy Case. ORDERED that the conversion fee is waived as Trustee holds no funds Filed By Maria Camelia Bogdan (Related Doc # 49 50 55) Service by BNC. Entered on 4/4/2022. Incomplete Filings due by 4/18/2022.Statement of Intention due 5/4/2022. (jla) |
| 04/04/2022 | | 59 | Notice of Meeting of Creditors (Chapter 7 − Individual − No Asset). Telephonic 341 Meeting to be held on 5/4/2022 at 09:10 AM (See notice for telephonic call−in information (Ch. 7 Gordon)). Financial Management Course due: 6/21/2022 Objections for Discharge due by 7/5/2022 (Admin) |
| 04/06/2022 | | 60 | Re−Notice Of Hearing Amended Motion for Relief from Stay and from Co−Debtor Stay as to Maria C. Bogdan *with certificate of service* Filed by Andrew D. Gleason on behalf of U.S. Bank National Association. Hearing to be held on 4/25/2022 at 01:00 PM in Courtroom 1202, Atlanta, Georgia. (related document(s) 47) (Gleason, Andrew) Modified on 4/7/2022 (skw). |
| 04/06/2022 | | 61 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 04/06/2022. (Admin.) (Entered: 04/07/2022) |
| 04/06/2022 | | 62 | Certificate of Mailing by BNC of Order on Motion to Convert/Reconvert Case to Ch. 7 Notice Date 04/06/2022. (Admin.) (Entered: 04/07/2022) |
| 04/07/2022 | | 63 | Final Report and Accounting filed by Trustee. (Davey, Melissa) |
| 04/08/2022 | | 64 | Order Approving Account and Discharging Trustee. Service by BNC (abs) |
| 04/10/2022 | | 65 | Certificate of Mailing by BNC of Order Approving Trustee's Report Notice Date 04/10/2022. (Admin.) (Entered: 04/11/2022) |
| 04/19/2022 | | 66 | Application to Employ ARNALL GOLDEN GREGORY LLP as Attorneys for Chapter 7 Trustee filed by Neil C. Gordon on behalf of Neil C. Gordon. (Gordon, Neil) |
| 04/20/2022 | | 67 | Application to Employ/ Supplement to Trustee's Application for Appointment of Attorneys filed by Neil C. Gordon on behalf of Neil C. Gordon. (related document(s)66) (Gordon, Neil) Modified on 4/21/2022 (cdp). |
| 04/25/2022 | | 68 | Order Approving Employment of Attorneys Neil C. Gordon with Arnall Golden Gregory LLP for Chapter 7 Trustee Neil C. Gordon, Subject to Objection (Hourly Fee). Applicant is directed to serve a copy of this Order on the Debtor, counsel for the Debtor, the United States Trustee, |

| | | | |
|---|---|---|---|
| | | | all counsel that have filed a request for notices in this case, and all creditors that have filed a proof of claim in this case, and to file with the Court a Certificate of Service indicating such service, all within three (3) business days of the entry of this Order.(Related Doc # 66, 67). Entered on 4/25/2022. (sls) |
| 04/25/2022 | | | Rescheduled Hearing to be held on 5/23/2022 at 01:00 PM in Courtroom 1202, Atlanta, (related document(s)47) (amm) |
| 04/27/2022 | | 69 | Certificate of Mailing by BNC of Order on Application to Employ Notice Date 04/27/2022. (Admin.) (Entered: 04/28/2022) |
| 05/03/2022 | | 70 | Certificate of Service of Order Approving Employment of Attorneys, Subject to Objection (Hourly Fee) filed by Neil C. Gordon on behalf of Neil C. Gordon. (related document(s)68) (Gordon, Neil) |
| 05/03/2022 | | 71 | Chapter 7 Trustee's Report of Assets and Request to Set Claim Deadline filed by Trustee. (Gordon, Neil) |
| 05/04/2022 | | 72 | Notice Setting Deadline to File Proofs of Claim. Service by BNC Proof of Claims due by 8/2/2022. (rhg) |
| 05/04/2022 | | 75 | Section 341(a) meeting reset on account of debtor's failure to appear. Telephonic 341 Meeting to be held on 6/15/2022 at 02:00 PM (See notice for telephonic call−in information (Ch. 7 Gordon)). (hd) (Entered: 05/11/2022) |
| 05/06/2022 | | 73 | Certificate of Mailing by BNC of Notice Fixing Claim Deadline Notice Date 05/06/2022. (Admin.) (Entered: 05/07/2022) |
| 05/09/2022 | | 74 | Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under 521(i)(1), Debtor is not required to file any further document pursuant to 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information. (ADIclerk) |
| 05/13/2022 | | 76 | Certificate of Mailing by BNC of Reset Ch. 7 Meeting of Creditors Notice Date 05/13/2022. (Admin.) (Entered: 05/14/2022) |
| 05/16/2022 | | 77 | Motion for Order Extending Deadline for Trustee to Object to Debtor's Discharge Under 11 U.S.C. Section 727 (Proposed Consent Order submitted) filed by Neil C. Gordon on behalf of Neil C. Gordon. (Gordon, Neil) Modified on 5/17/2022 (lyb). |
| 05/16/2022 | | 78 | Consent Order GRANTING Trustees Motion for Order to Extend Deadline for Trustee and/or the United States Trustee to Object to Debtor's Discharge Under 11 U.S.C. Section 727. ORDERED that the time within which the Trustee and/or the United States Trustee may file a complaint objecting to Debtors discharge under 11 U.S.C. § 727 is extended for sixty (60) days from the current deadline of July 4, 2022 through and including September 2, 2022.(Related Doc # 77) Service by |

| | | | |
|---|---|---|---|
| | | | BNC. Entered on 5/16/2022. (sls) |
| 05/17/2022 | | 79 | Notice of Appearance Filed by Elizabeth F. Taylor on behalf of Dunwoody Hills Condominium Association, Inc.. (Taylor, Elizabeth) |
| 05/18/2022 | | 80 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 05/18/2022. (Admin.) (Entered: 05/19/2022) |
| 05/23/2022 | | | Rescheduled Hearing to be held on 6/27/2022 at 01:00 PM in Courtroom 1202, Atlanta, (related document(s)47) (amm) |
| 05/23/2022 | | 81 | Notice Rescheduling Hearing *with certificate of service* Filed by Andrew D. Gleason on behalf of U.S. Bank National Association. Hearing to be held on 6/27/2022 at 01:00 PM in Courtroom 1202, Atlanta, (related document(s)47)(Gleason, Andrew) |
| 06/14/2022 | | 82 | Statement of Financial Affairs , Verification or Declaration for Individual Debtor , Schedule A/B , Schedule C , Schedule D (No Creditors Added) , Schedule E/F (No Creditors Added) , Schedule G , Schedule H , Schedule I , Schedule J , Statement of Intention, Summary of Assets and Liabilities with Statistical Information for Individual Debtor filed by E. L. Clark on behalf of Dan Bogdan. (Clark, E.) Modified on 6/15/2022 (jcm). |
| 06/14/2022 | | 83 | Payment Advices of Debtor, filed by E. L. Clark on behalf of Dan Bogdan. (Clark, E.) |
| 06/15/2022 | | | Section 341(a) meeting held and concluded (rfs) (Entered: 06/21/2022) |
| 06/27/2022 | | 85 | Having reviewed the documents, if any, filed by the debtor and any additional documents provided to the United States Trustee, the United States Trustee is currently unable to determine whether the debtor's case would be presumed to be an abuse under Section 707(b) of the Bankruptcy Code, filed by US Trustee. (Dworschak, Thomas) Modified on 6/27/2022 (lyb). |
| 06/27/2022 | | 84 | Objection to Relief of Stay filed by Maria Camelia Bogdan . (related document(s)47) (rfs) |
| 06/27/2022 | | | COURT: Rescheduled hearing to be held on 8/29/2022 at 01:00 PM in Courtroom 1202, Atlanta, (related document(s)47) (mrd) |
| 06/28/2022 | | 86 | Notice of deficient filing re: Missing Certificate of Service. Service by BNC. (related document(s)84) (lyb) |
| 06/29/2022 | | 87 | Certificate of Mailing by BNC of US Trustee's No Determination of Presumed Abuse Notice Date 06/29/2022. (Admin.) (Entered: 06/30/2022) |
| 06/30/2022 | | 88 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 06/30/2022. (Admin.) (Entered: 07/01/2022) |
| 07/01/2022 | | 89 | Adversary case 22−05095. Complaint against Maria Bogdan , 31 (Approval of sale of property of estate and of a co−owner − 363(h)) 11 (Recovery of money/property − 542 turnover of property) Filed by Neil C. Gordon, Chapter 7 Trustee for the Estate of Dan Bogdan (Gordon, Neil) |
| 07/11/2022 | | 90 | |

| | | | |
|---|---|---|---|
| | | | Certificate(s) of Service of Objection to Relief of Stay filed by Maria Camelia Bogdan. (related document(s)84) (ebjl) Modified on 7/12/2022 (rhg). |
| 08/29/2022 | | 91 | Re−Notice Of Hearing − *(with certificate of service)* − Filed by Andrew D. Gleason on behalf of U.S. Bank National Association. Hearing to be held on 11/7/2022 at 01:00 PM in Courtroom 1202, Atlanta Georgia. (related document(s) 47) (Gleason, Andrew) Modified on 8/30/2022 (skw). |
| 08/30/2022 | | | Rescheduled hearing to be held on 11/7/2022 at 01:00 PM in Courtroom 1202, Atlanta, (related document(s)47) (mrd) |
| 09/14/2022 | | | The United States Trustee previously filed a statement under section 704(b)(1)(A) of the Bankruptcy Code indicating an inability to determine whether this case would be presumed to be an abuse. The United States Trustee has reviewed all materials filed and submitted by the Debtor, including certain additional documents received after the filing of the United States Trustee's initial statement under section 704(b)(1)(A). Based on this review, the United States Trustee has determined that the Debtor's case is NOT presumed to be an abuse under section 707(b)(2). filed by Office of the U.S. Trustee. (Dworschak, Thomas) Modified on 9/16/2022 (yl). |
| 10/10/2022 | | 92 | Motion to Substitute Attorney filed by Neil C. Gordon on behalf of Neil C. Gordon. (Gordon, Neil) |
| 10/12/2022 | | 93 | Order Approving Substitution of Attorneys, Subject to Objection. (Hourly Fee) (Related Doc # 92) Service by BNC. Entered on 10/12/2022. (sls) |
| 10/14/2022 | | 94 | Certificate of Mailing by BNC of Order on Motion to Substitute Attorney Notice Date 10/14/2022. (Admin.) (Entered: 10/15/2022) |
| 10/24/2022 | | 95 | Application to Employ ERA Ivy League Realty and Cassondra Green as Real Estate Agent for the Bankruptcy Estate filed by Neil C. Gordon on behalf of Neil C. Gordon. (Gordon, Neil) Modified on 10/25/2022 (crfl). |
| 10/25/2022 | | 96 | Order GRANTING Application to Employ ERA Ivy League Realty, Subject to Objection (Commission Fee at Closing) Counsel for the Trustee is directed to provide a copy of this Order via United States Mail to Debtor (Related Doc 95). Service by BNC.. Entered on 10/25/2022. (yl) |
| 10/27/2022 | | 97 | Certificate of Mailing by BNC of Order on Application to Employ Notice Date 10/27/2022. (Admin.) (Entered: 10/28/2022) |
| 11/03/2022 | | 98 | Motion to Remove Joint Assets from Bankruptcy Proceeding filed by Maria Camelia Bogdan . (hd) Modified on 11/7/2022 (sls). (Entered: 11/04/2022) |
| 11/07/2022 | | | Rescheduled Hearing to be held on 1/9/2023 at 01:00 PM in Courtroom 1202, Atlanta, (related document(s)47) (amm) |
| 11/08/2022 | | 99 | Notice of Hearing on Maria Bogdan's Motion to Remove Joint Assets from Bankruptcy Proceeding. Service by BNC. Hearing to be held on 11/29/2022 at 11:00 AM via Judge Baisier's Virtual Hearing Room. (related document(s)98) (amm) |

| | | | |
|---|---|---|---|
| 11/10/2022 | | 100 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 11/10/2022. (Admin.) (Entered: 11/11/2022) |
| 11/15/2022 | | 101 | Objection *to Order Approving Employment of Broker* filed by E. L. Clark on behalf of Dan Bogdan. (related document(s)96) (Clark, E.) |
| 11/16/2022 | | 102 | Trustee's Emergency Motion for an Order (A) Compelling Debtor to (I) Perform His Statutory Duties and (II) Turn Over Property of the Bankruptcy Estate and (B) Prohibiting Debtor from Removing Fixtures or Property of the Bankruptcy Estate filed by Neil C. Gordon on behalf of Neil C. Gordon. (Gordon, Neil) Modified on 11/17/2022 (ggd). |
| 11/17/2022 | | 103 | Notice of Hearing Filed by Neil C. Gordon on behalf of Neil C. Gordon. Hearing to be held on 11/29/2022 at 11:00 AM in Courtroom 1202, Atlanta, (related document(s)95,102)(Gordon, Neil) Modified on 11/18/2022 (sfw). |
| 11/18/2022 | | 104 | Amended Notice of Hearing Filed by Neil C. Gordon on behalf of Neil C. Gordon. Hearing to be held on 11/29/2022 at 11:00 AM in Judge Baisier's Virtual Hearing Room. (related document(s)95, 102, 103)(Gordon, Neil) Modified hearing location on 11/21/2022 (amm). |
| 11/26/2022 | | 110 | Debtor's Response − *Debtor's Emergency Motion in Compliance with LBR Rule 9075−1(a)(1) in Response and Opposition to Trustee's Emergency Motion for an Order (A) Compelling Debtor to (I) Perform His Statutory Duties and (II) Turn Over Property of the Bankruptcy Estate and (B) Prohibiting Debtor from Removing Fixtures or Property of the Bankruptcy Estate, AND in Response to the Notice of Hearing issued on 11/17/2022, AND in Response and Opposition to the Amended Notice of Hearing issued on 11/18/2022, AND in Support of Addendum to the Objection Filed on 11/15/2022*, filed by Dan Bogdan . (related document)101, 102, 103, 104) [Pursuant to General Order 45−2021, this document was received for filing via email.] (hd). Related document(s) 95 Application to Employ ERA Ivy League Realty and Cassondra Green as Real Estate Broker for the Estate . Modified linkage and modified docket text to note that pleading should be considered a Response on 11/28/2022 (amm). (Entered: 11/28/2022) |
| 11/28/2022 | | 105 | Motion to Approve Settlement Agreement */ Motion for Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure* filed by Neil C. Gordon on behalf of Neil C. Gordon. (Gordon, Neil) |
| 11/28/2022 | | 106 | Notice of Hearing */ Notice of Trustee's Motion for an Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing* Filed by Neil C. Gordon on behalf of Neil C. Gordon. Hearing to be held on 1/9/2023 at 01:10 PM in Courtroom 1202, Atlanta, (related document(s)105)(Gordon, Neil) |
| 11/28/2022 | | 107 | Certificate of Service of Notice of Motion for an Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing filed by Neil C. Gordon on behalf of Neil C. Gordon. (related document(s)106) (Gordon, Neil) |
| 11/28/2022 | | 108 | Amended Notice of Hearing */ Amended Notice of Trustee's Motion for an Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing* |

| | | | |
|---|---|---|---|
| | | | *(amended to correct Meeting ID)* Filed by Neil C. Gordon on behalf of Neil C. Gordon. Hearing to be held on 1/9/2023 at 01:10 PM in Courtroom 1202, Atlanta, (related document(s)<u>106</u>)(Gordon, Neil). Related document(s) <u>105</u> *Motion to Approve Settlement Agreement / Motion for Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure*. Modified linkage on 11/28/2022 (amm). |
| 11/28/2022 | | <u>109</u> | Certificate of Service of Amended Notice of Motion for an Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing filed by Neil C. Gordon on behalf of Neil C. Gordon. (related document(s)<u>108</u>) (Gordon, Neil) |
| 11/28/2022 | | | Hearing to be held on 1/9/2023 at 01:10 PM in Courtroom 1202, Atlanta, (related document(s)<u>105</u>) − for calendaring purposes only (amm) |
| 11/28/2022 | | <u>111</u> | Request for Court Order filed by Maria Camelia Bogdan . (hd) (Entered: 11/29/2022) |
| 11/29/2022 | | <u>112</u> | Notice of Hearing on Maria Bogdan's Request for Court Order. Service by BNC. Hearing to be held on 1/9/2023 at 01:10 PM in Courtroom 1202, Atlanta, (related document(s)<u>111</u>) (amm) |
| 11/30/2022 | | <u>113</u> | Trustee's Notice of Abandonment of Property 2013 Hyundai Accent and 1999 Toyota Camry filed by Trustee. (Gordon, Neil) |
| 12/01/2022 | | <u>114</u> | Order Overruling Debtor's Objection to Order Approving Employment of Broker, ERA Ivy League Realty and Cassondra Green. The employment of the Broker is Approved, and the Broker is entitled to proceed instanter with the listing, marketing, and showing of that certain real property known generally as 3172 Briarcliff Road, Atlanta, DeKalb County, Georgia 30329.(Related Doc #<u>95</u>, <u>96</u>, and <u>101</u>). Service by BNC.. Entered on 12/1/2022. (sls) |
| 12/01/2022 | | <u>115</u> | Certificate of Mailing by BNC of Notice of Hearing Notice Date 12/01/2022. (Admin.) (Entered: 12/02/2022) |
| 12/02/2022 | | <u>116</u> | Order GRANTING Trustee's Emergency Motion for an Order (A) Compelling Debtor to (I) Perform His Statutory Duties and (II) Turn Over Property of the Bankruptcy Estate and (B) Prohibiting Debtor from Removing Fixtures or Property of the Bankruptcy Estate. (Related Doc # <u>102</u>) Service by BNC. Entered on 12/2/2022. (sls) |
| 12/02/2022 | | <u>117</u> | Order DENYING Movant's Motion to Remove Joint Assets from Bankruptcy Proceeding. (Related Doc # <u>98</u>). Service by BNC.. Entered on 12/2/2022. (sls) |
| 12/03/2022 | | <u>118</u> | Certificate of Mailing by BNC of Order on Application to Employ Notice Date 12/03/2022. (Admin.) (Entered: 12/04/2022) |
| 12/03/2022 | | <u>119</u> | Certificate of Mailing by BNC of Notice of Abandonment Notice Date 12/03/2022. (Admin.) (Entered: 12/04/2022) |
| 12/04/2022 | | <u>120</u> | Certificate of Mailing by BNC of Order on Motion for Turnover Notice Date 12/04/2022. (Admin.) (Entered: 12/05/2022) |
| 12/04/2022 | | <u>121</u> | |

| | | | |
|---|---|---|---|
| | | | Certificate of Mailing by BNC of Order on Motion Notice Date 12/04/2022. (Admin.) (Entered: 12/05/2022) |
| 01/04/2023 | | 122 | Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure. (Related Doc # 105) Service by BNC. Entered on 1/4/2023. (sls) |
| 01/04/2023 | | 123 | Notice of Appearance Filed by Robert D. Schwartz on behalf of Maria Camelia Bogdan. (Schwartz, Robert) |
| 01/04/2023 | | 124 | Motion to Retrieve Personal Belongings filed by Maria Bogdan . (aam) |
| 01/04/2023 | | 125 | Motion to Retrieve Personal Belongings filed by Flavius Bogdan . (aam) |
| 01/05/2023 | | 126 | Amended Notice of Appearance Filed by Robert D. Schwartz on behalf of Maria Camelia Bogdan. (Schwartz, Robert) |
| 01/06/2023 | | 127 | Certificate of Mailing by BNC of Order to Approve Settlement Agreement Notice Date 01/06/2023. (Admin.) (Entered: 01/07/2023) |
| 01/10/2023 | | | COURT: Rescheduled Hearing to be held on 2/27/2023 at 01:00 PM in Courtroom 1202, Atlanta, (related document(s)47) (amm) |
| 01/20/2023 | | 128 | Order RE: Request for Court Order and on Motions to Retrieve Personal Belongings. The automatic stay of 11 U.S.C. §362(a) is modified to permit the SuperiorCourt to determine the equitable division of jointly owned personal property of Debtor and Mrs. Bogdan, including personal property that is property of the Estate; provided, however, that no property of the Estate may be removed from the House by Mrs. Bogdan and/or Flavius Bogdan unless authorized by the Superior Court and with Gordons express permission after his filing of a Notice of Abandonment of such property. (Related Doc # 111, 124, 125). Service by BNC. Entered on 1/20/2023. (sls) |
| 01/22/2023 | | 129 | Certificate of Mailing by BNC of Order on Motion Notice Date 01/22/2023. (Admin.) (Entered: 01/23/2023) |
| 01/30/2023 | | 130 | Trustee's Notice of Abandonment of Property 2016 Kia Optima and 2013 Hyundai Accent filed by Trustee. (Gordon, Neil) |
| 01/31/2023 | | | Adversary 1:22−ap−5057 Closed (cws) |
| 01/31/2023 | | 131 | Trustee's Interim Report for period ending 12/31/2022 filed by Trustee. (Gordon, Neil) |
| 02/02/2023 | | 132 | Certificate of Mailing by BNC of Notice of Abandonment Notice Date 02/02/2023. (Admin.) (Entered: 02/03/2023) |
| 02/13/2023 | | 133 | Objection filed by E. L. Clark on behalf of Dan Bogdan. (related document(s)130) (Clark, E.) |
| 02/22/2023 | | 134 | Notice of Hearing *on Trustee's Notice of Proposed Abandonment {Doc. No. 130]* Filed by Neil C. Gordon on behalf of Neil C. Gordon. Hearing to be held on 3/27/2023 at 01:10 PM in Courtroom 1202, Atlanta, (related document(s)130, 133)(Gordon, Neil) Modified on 2/23/2023 (amm). − Notified filer of incorrect Form of Notice used. Removed from calendar until corrected. |

| Date | | Doc # | Description |
|---|---|---|---|
| 02/27/2023 | | | Rescheduled Hearing to be held on 3/27/2023 at 01:00 PM in Courtroom 1202, Atlanta, (related document(s)47) (sfw) |
| 02/27/2023 | | 135 | Notice Rescheduling Hearing *with cerificate of service* Filed by Andrew D. Gleason on behalf of U.S. Bank National Association. Hearing to be held on 3/27/2022 at 01:00 PM in Courtroom 1202, Atlanta, (related document(s)47)(Gleason, Andrew) Modified on 2/28/2023 (amm). − Notified filer of incorrect year for hearing. Removed from calendar until corrected. |
| 02/28/2023 | | 136 | Amended Renotice of Hearing *with certificate of service* Filed by Andrew D. Gleason on behalf of U.S. Bank National Association. Hearing to be held on 3/27/2023 at 01:00 PM in Courtroom 1202, Atlanta, (related document(s)47)(Gleason, Andrew) Modified on 2/28/2023 (rso). |
| 03/04/2023 | | 137 | Notice of Default, Request for Show−Cause Hearing, and Renewed Motion for Turnover of the Property filed by Neil C. Gordon on behalf of Neil C. Gordon. (Gordon, Neil) Modified on 3/6/2023 (sls). |
| 03/08/2023 | | 138 | Show Cause Order and Notice of In−person Hearing. Service by BNC. Hearing to be held on 3/20/2023 at 10:00 AM in Courtroom 1202, Atlanta, Entered on 3/8/2023. (related document(s)137) (sls) |
| 03/09/2023 | | 139 | Motion to ReConvert Chapter 7 Case to Chapter 13 filed by E. L. Clark on behalf of Dan Bogdan. (Clark, E.) Modified on 3/10/2023 (sls). |
| 03/10/2023 | | 140 | Motion to Expedite Hearing on Motion to Reconvert Case to Chapter 13 filed by E. L. Clark on behalf of Dan Bogdan. (related document(s)139) (Clark, E.) Modified on 3/10/2023 (ggd). |
| 03/10/2023 | | 141 | Amended Notice of Hearing Filed by Neil C. Gordon on behalf of Neil C. Gordon. Hearing to be held on 3/27/2023 at 01:10 PM in Courtroom 1202, Atlanta, (related document(s)130, 133, 134)(Gordon, Neil) |
| 03/10/2023 | | 142 | Certificate of Mailing by BNC of Order and Notice Notice Date 03/10/2023. (Admin.) (Entered: 03/11/2023) |
| 03/13/2023 | | 143 | Order GRANTING Debtor's Motion for Expedited Hearing and Notice of Hearing on Motion to Reconvert Case to Chapter 13. ORDERED that Debtors counsel shall serve a copy of this Order and Notice of Hearing by the method or methods (phone call, electronic mail, fax, courier, etc.) that will provide expeditious notice and service to the Debtor, Chapter 7 Trustee, United States Trustee, and any parties that have filed a notice of appearance in this case. Debtors counsel shall serve a copy of this Order and Notice of Hearing by mail on all other creditors listed on the mailing matrix in this case. Debtors counsel is further directed to file a certificate of service setting forth the manner and method of all such service prior to the hearing. Hearing to be held on 3/20/2023 at 10:00 AM in Courtroom 1202, Atlanta, Entered on 3/13/2023. (related document(s)139, 140) (sls) |
| 03/14/2023 | | 144 | Trustee's Objection to Debtor's Motion to Re−Convert Case to Chapter 13 filed by Neil C. Gordon on behalf of Neil C. Gordon. (related document(s)139)(Gordon, Neil) Modified on 3/14/2023 (gnh). |
| 03/14/2023 | | 145 | Certificate of Service of Order Granting Debtors Motion for Expedite Hearing and Notice of Hearing on Debtors Motion to Reconvert Case to Chapter 13 filed by E. L. Clark on behalf of Dan Bogdan. (related document(s)143) (Clark, E.) |

| | | | |
|---|---|---|---|
| 03/15/2023 | | 146 | Objection to Debtor's Motion to Re−Convert Case to Chapter 13 filed by Robert D. Schwartz on behalf of Maria Camelia Bogdan. (related document(s)139)(Schwartz, Robert) Modified on 3/15/2023 (gnh). |
| 03/15/2023 | | 147 | Certificate of Mailing by BNC of Order and Notice Notice Date 03/15/2023. (Admin.) (Entered: 03/16/2023) |
| 03/23/2023 | | 148 | Order on Trustee's Notice of Default, Request for Show−Cause Hearing, and Renewed Motion for Turnover of the Property. (Related Doc 137, 102, 116) Service by BNC. Entered on 3/23/2023. (amm) |
| 03/24/2023 | | 149 | Order DENYING Debtor's Motion to Reconvert Case Chapter 13. (Related Doc # 139) Service by BNC. Entered on 3/24/2023. (sls) |
| 03/25/2023 | | 150 | Certificate of Mailing by BNC of Order on Motion for Turnover Notice Date 03/25/2023. (Admin.) (Entered: 03/26/2023) |
| 03/26/2023 | | 151 | Certificate of Mailing by BNC of Order on Motion to Convert Case 7 or 11 to 13 Notice Date 03/26/2023. (Admin.) (Entered: 03/27/2023) |
| 03/27/2023 | | | Rescheduled Hearing to be held on 5/1/2023 at 01:00 PM in Courtroom 1202, Atlanta, (related document(s)47) (sfw) |
| 03/27/2023 | | 152 | Notice Rescheduling Hearing *with certificate of service* Filed by Andrew D. Gleason on behalf of U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021−F, Mortgage−Backed Securities, Series 2021−F. Hearing to be held on 5/1/2023 at 01:00 PM in Courtroom 1202, Atlanta, (related document(s)47)(Gleason, Andrew) Modified on 3/28/2023 (rhg). |
| 03/28/2023 | | 153 | Order Overruling Objection to Trustees Notice of Proposed Abandonment. Service by BNC. Entered on 3/28/2023. (related document(s)130, 133) (sls) |
| 03/28/2023 | | 154 | Amendment to Voluntary Petition to: Correct Debtor(s) Name, with Certificate of Service , Verification or Declaration for Individual Debtor filed by E. L. Clark on behalf of Dan Bogdan. (related document(s)1) (Clark, E.) |
| 03/30/2023 | | 155 | Certificate of Mailing by BNC of Order Notice Date 03/30/2023. (Admin.) (Entered: 03/31/2023) |
| 04/07/2023 | | 156 | Pro Se Affidavit filed by Dan Bogdan . (rfs) |
| 04/07/2023 | | 157 | Debtor Request to Begin Electronic Noticing filed by Dan Bogdan . (rfs) |
| 04/07/2023 | | 158 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: 1271221 filed by Dan Bogdan. Appellant Designation due by 4/27/2023, submission by USBC to USDC due by 5/15/2023 (related document(s)148) (rfs). Modified on 4/11/2023 (yl). (NOA EFFECTIVE 4/13/2023) Modified on 4/14/2023 (yl). |
| 04/07/2023 | | 159 | Motion for Reconsideration of Order (Doc. # 148) Regarding the Move−Out by April 16, 2023 (Rule 8008) filed by Dan Bogdan . (related document(s)148) (rfs) |
| 04/07/2023 | | 160 | |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | Motion to Stay Judge's Orders as Related to the Rulings Ordered in (Doc #148), (Doc#149), (Doc # 153) filed by Dan Bogdan . (related document(s)158) (rfs) |
| 04/07/2023 | | 161 | Motion for the Recusal of Judge Paul Baisier from any Further Rulings, Regarding this Bankruptcy Case filed by Dan Bogdan . (rfs) |
| 04/07/2023 | | 162 | Motion to Disqualify (or Substitute ) The Trustee filed by Dan Bogdan . (rfs) |
| 04/07/2023 | | 164 | Notice of Appeal to District Court, Fee $ 298 Amount Paid $ none, filed by Dan Bogdan . Appellant Designation due by 4/21/2023, submission by USBC to USDC due by 5/8/2023, (related document(s)149) (yl) (Entered: 04/11/2023) |
| 04/07/2023 | | 165 | Notice of Appeal to District Court, Fee $ 298 Amount Paid $ none, filed by Dan Bogdan . Appellant Designation due by 4/25/2023, submission by USBC to USDC due by 5/11/2023, (related document(s)153) (yl) (Entered: 04/11/2023) |
| 04/10/2023 | | 163 | Application to Employ Harry Norman Realtors and Robin Blass/Lauren Blass as Real Estate Broker for the Estate filed by Neil C. Gordon on behalf of Neil C. Gordon. (Gordon, Neil) |
| 04/10/2023 | | | Receipt of Amendment filing fee. Receipt Number 1271200. Fee Amount $32.00. Paid by Dan Bar Enasha. |
| 04/10/2023 | | | Receipt of Appeal filing fee. Receipt Number 1271221. Fee Amount $298.00. Paid by Dan Bar Enasha. |
| 04/11/2023 | | 166 | Notice of deficient filing re: Missing Fee, 298.00 Service by BNC. (related document(s)164) (yl) |
| 04/11/2023 | | 167 | (ENTERED IN ERROR) Notification of Appeal Requirements (related document(s)164) (yl) Modified on 4/11/2023 (yl). |
| 04/11/2023 | | | Notice that Document Number 167 − Notification of Appeal Requirements, was entered in error. (related document(s)167) (yl) |
| 04/11/2023 | | 168 | Notification of Appeal Requirements (related document(s)164) (yl) |
| 04/11/2023 | | 169 | Order Approving Employment of Broker,Harry Norman Realty and Robin Blass/Lauren Blass, Subject to Objection(Commission Fee at Closing). The United States Trustee will receive a copy of this order via the CM/ECF system. Counsel for the Trustee is directed to provide a copy of this Order via United States Mail to Debtorat the following address: 3172 Briarcliff Road, Atlanta, Georgia 30329; to Harry Norman Realtors at the following address: 4848 Ashford Dunwoody Road, Atlanta, Georgia 30338; and to Maria Bogdan at the following address: 10295 Rillridge Court, Alpharetta, Georgia 30316−1002(Related Doc 163). Entered on 4/11/2023. (sls) Modified on 4/11/2023 (sls). |
| 04/11/2023 | | 170 | Transmittal of Notice of Appeal to District Court (related document(s), 164) (yl) |
| 04/11/2023 | | 171 | Notice of deficient filing re: Missing Fee, $298.00 Service by BNC. (related document(s)165) (yl) |

| Date | | Doc # | Description |
|---|---|---|---|
| 04/11/2023 | | 172 | Notification of Appeal Requirements (related document(s)165) (yl) |
| 04/11/2023 | | 173 | Transmittal of Notice of Appeal to District Court (related document(s)165) (yl) |
| 04/12/2023 | | 174 | Notice of Docketing Appeal by District Court. Case Number: 23−CV−1556−VMC (related document(s)164) (yl) |
| 04/12/2023 | | 175 | Notice of Docketing Appeal by District Court. Case Number: 23−CV−01558−VMC (related document(s)165) (yl) |
| 04/12/2023 | | 176 | Order DENYING Motion for Recusal. (Related Doc # 161) Service by BNC. Entered on 4/12/2023. (sls) |
| 04/13/2023 | | 177 | Order DENYING Motion for Reconsideration. (Related Doc 148, 159) Service by BNC. Entered on 4/13/2023. (sls) Modified on 4/13/2023 (sls). |
| 04/13/2023 | | 178 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 04/13/2023. (Admin.) (Entered: 04/14/2023) |
| 04/13/2023 | | 179 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 04/13/2023. (Admin.) (Entered: 04/14/2023) |
| 04/13/2023 | | 180 | Certificate of Mailing by BNC of Order on Application to Employ Notice Date 04/13/2023. (Admin.) (Entered: 04/14/2023) |
| 04/13/2023 | | 181 | Certificate of Mailing by BNC of Notice of Appeal Requirements Notice Date 04/13/2023. (Admin.) (Entered: 04/14/2023) |
| 04/13/2023 | | 182 | Certificate of Mailing by BNC of Notice of Appeal Requirements Notice Date 04/13/2023. (Admin.) (Entered: 04/14/2023) |
| 04/14/2023 | | 183 | Notification of Appeal Requirements (related document(s)158) (yl) |
| 04/14/2023 | | 184 | Order DENYING Motion to Stay Pending Appeal as to Contempt Order. Service by BNC. Entered on 4/14/2023. (related document(s)148, 158, 160) (sls) |
| 04/14/2023 | | 185 | Transmittal of Notice of Appeal to Court of Appeals (related document(s)158) (yl) |
| 04/14/2023 | | 186 | Certificate of Mailing by BNC of Order on Motion to Recuse Judge Notice Date 04/14/2023. (Admin.) (Entered: 04/15/2023) |
| 04/14/2023 | | 190 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: None, Amount Paid $ 0, filed by Dan Bogdan . Appellant Designation due by 4/28/2023, submission by USBC to USDC due by 5/15/2023, (related document(s)176) (aam) (Entered: 04/18/2023) |
| 04/14/2023 | | 191 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: None, Amount Paid $ 0, filed by Dan Bogdan . Appellant Designation due by 4/28/2023, submission by USBC to USDC due by 5/15/2023, (related document(s)184) (aam) (Entered: 04/18/2023) |
| 04/15/2023 | | 187 | Certificate of Mailing by BNC of Order on Motion to Vacate Notice Date 04/15/2023. (Admin.) (Entered: 04/16/2023) |

| | | | |
|---|---|---|---|
| 04/16/2023 | | 188 | Certificate of Mailing by BNC of Order Notice Date 04/16/2023. (Admin.) (Entered: 04/17/2023) |
| 04/16/2023 | | 189 | Certificate of Mailing by BNC of Notice of Appeal Requirements Notice Date 04/16/2023. (Admin.) (Entered: 04/17/2023) |
| 04/18/2023 | | 192 | Notice of deficient filing re: Missing Fee, $298.00 Service by BNC. (related document(s)190) (yl) |
| 04/18/2023 | | 193 | Notification of Appeal Requirements (related document(s)190) (yl) |