EEOC Form 5 (11/09)

|  |  |
|---|---|
| # CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:      Agency(ies) Charge No(s):<br>[ ] FEPA<br>[X] EEOC |

_____NA_____ and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Darnetta Tyus | 312-617-0387 | 11/16/60 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1999 Cambridge Ave. | College Park GA 30337 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| City of College Park GA | 500+ | 404-767-1537 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3667 Main St. | College Park GA 30337 |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
|  |  |  |

Street Address  City, State and ZIP Code

**US EEOC ATDO RECEIVED 2022-08-09**

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| [ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN<br>[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION<br>[ ] OTHER *(Specify)* | Earliest: June 6 2022      Latest: June 6 2022<br>[ ] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

    My name is Darnetta Tyus, and I am an African American female. I have had a 39-year career in municipal government administration and management, including roles with complex and largescale city governments like Chicago and Washington DC.  I had most recently served as the Deputy City Manager of Community Affairs in Petersburg, Virginia prior to being appointed City Manager in College Park, Georgia effective on or about February 21, 2022.

    Under the municipal charter in College Park, the elected City Council and Mayor exercise all policy-making authority. As the principal chief operating officer for the city, my duties included: oversight and acting as direct report for the heads of approximately a dozen city departments; management of the city's procurement and contracting processes; guiding the budget approval process, ensuring compliance with various regulatory mandates; and advising the city's elected leadership on risk management. I was also tasked with leading the selection process for the municipal department heads, up to recommending to the Council who would be hired.

    The City Council for the past decade has consisted of four males who are elected from districts: during my tenure, the members of the Council were Ambrose Clay, Joe Carn, Ken Allen and Roderick Gay.  The Mayor is Bianca Motley Broom, the first black and first woman to be elected Mayor.

    During my tenure, I immediately encountered resistance from the all-male Council on various levels: while the standard protocol in College Park had been for the City Manager to act as the primary interface between the department heads and the Council, the Council in my case repeatedly inserted itself into the affairs of the departments. During briefing sessions, I was on multiple occasions instructed by councilmen not to speak while they were addressing department heads or staff, which inevitably diminished me in front of individuals who were my subordinates.

    I observed a culture of badgering and open intimidation toward numerous women who worked in administrative levels

of city government, including gratuitous use of profanity, raised voices, micromanagement, and insults. On one occasion, a councilman admonished the elected female mayor in a public session, asking her "Bianca, do you get off on interrupting me?"

One female department head was told by a councilman that she was "stupid" to her face. The female interim chief of police was interrogated by a male councilman in front of one of her male senior officers: this councilman humiliated the Chief by turning to the male officer to ask him "kind of job do you think she is doing?", and telling her in front of her subordinate that "you need to step it up if you want to keep this job". This is a complete breach of protocol in a municipal police department setting, where a military-like chain of command structure is the norm. A longtime municipal employee who was female told me that the atmosphere for numerous female employees was toxic and disrespectful.  While I have seen all manner of personalities in my long career in city government, overt bullying of women and clear attempts to diminish and ridicule women are not accepted or acceptable practices.

In the late spring and summer of 2022, the city decided to conduct a search for a new Police Chief. I was moving into the advanced stages of the hiring process for Chief of Police in early June 2022. The female interim chief was one of the applicants.

On June 6, 2022, Mayor Broom informed me that she regretted that she had to deliver the news that the council had voted to terminate me.  I was stunned, as I had received overwhelmingly positive feedback from department heads and the community and had received no corrective action or discipline.  There were no instances of corruption or dereliction of duty, or financial mismanagement.  When I sought to engage the City Attorney that evening, I was told that the Council would be presenting me with an option of resigning with severance.  However, beginning on the evening of June 6, various metro area Atlanta news outlets and social media were reporting that I had abruptly been fired after less than four months on the job, which the city confirmed on June 6 or June 7 in a press release. The option to resign had been taken off the table.

I am aware that the previous male city manager in College Park, who served until early 2021, had numerous performance issues and failed to limit or prevent financial and legal risk in several departments. He was never terminated and was allowed to resign when the decision was finally made by the Council to move on.  It has also been announced that I have been replaced by an interim city manager who is male.

I believe that my abrupt and unjustified firing is partly motivated by my gender, based on the pattern of overtly negative treatment of women at City Hall; the contrast in how a prior male city manager was treated by the decision-making authority in College Park, which is the City Council; and the suspicious timing of my firing, which came as I was on the verge of concluding the appointment process for the job of Chief of Police, a key position which is currently held on an interim basis by a woman.  This termination violates my rights under the Civil Rights Act of 1964, as amended in 1991.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|

Doc ID: d23ccc17f7ffc00cbab454e32e8c0777d7c524ed

| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| | SIGNATURE OF COMPLAINANT |
| 08 / 09 / 2022            *Darnetta K. Tyus* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
| Date            Charging Party Signature | |

Doc ID: d23ccc17f7ffc00cbab454e32e8c0777d7c524ed



Audit Trail

| | |
|---|---|
| **TITLE** | Darnetta Tyus EEOC charge |
| **FILE NAME** | EEOC charge Re Darnetta Tyus (1).pdf |
| **DOCUMENT ID** | d23ccc17f7ffc00cbab454e32e8c0777d7c524ed |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

**SENT**  
08 / 08 / 2022  
15:33:53 UTC-4  
Sent for signature to Darnetta Tyus (darnettatyus@yahoo.com) from jwalker@hkm.com  
IP: 50.237.225.106

**VIEWED**  
08 / 09 / 2022  
08:23:26 UTC-4  
Viewed by Darnetta Tyus (darnettatyus@yahoo.com)  
IP: 69.107.129.228

**SIGNED**  
08 / 09 / 2022  
08:24:48 UTC-4  
Signed by Darnetta Tyus (darnettatyus@yahoo.com)  
IP: 69.107.129.228

**COMPLETED**  
08 / 09 / 2022  
08:24:48 UTC-4  
The document has been completed.