U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

March 02, 2023

Mrs. Sharis McCrary
c/o Arthur G. Davis, Esquire
HKM Employment Attorneys
2024 3rd Ave. North
Suite 307
Birmingham, AL  35203

Re:  EEOC Charge Against City of College Park, et al.
   No. 410202303403

Dear Mrs. McCrary:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Atlanta District Office, Atlanta, GA.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                              Sincerely,

                              Kristen Clarke
                         Assistant Attorney General
                            Civil Rights Division

                    by       /s/ Karen L. Ferguson
                          Karen L. Ferguson
                       Supervisory Civil Rights Analyst
                       Employment Litigation Section

cc: Atlanta District Office, EEOC
   City of College Park, et al.