IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSHUA EDWARDS and
REBEKAH EDWARDS,                        )
                                        )
          Plaintiffs,                   )
                                        )
v.                                      )     CIVIL ACTION FILE NO:
                                        )     _____
STATE FARM FIRE AND CASUALTY            )
COMPANY, a foreign corporation,         ) [On removal from the Superior
                                        )  Court of Gwinnett County,
          Defendant.                    )  Georgia; Civil Action No.
                                        )  23-A-02086-2]

_____

## **CERTIFICATE**

I hereby certify that I am counsel for Defendant State Farm Fire and Casualty

Company in the above-styled proceeding and this day have filed a copy of the **Notice**

**of Removal**, including **Notice of Filing Removal**, in the Superior Court of Gwinnett

County, Georgia, the Court from which said action was removed.

This 18th day of April, 2023.

*[Signatures on next page]*

-2-

Respectfully Submitted,

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Alex A. Mikhalevsky*
Alex A. Mikhalevsky, Esq.
Georgia Bar No. 711188
Samuel M. Lyon, Esq.
Georgia Bar No. 921804
***Attorneys for the Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
404-874-8000
Alex.Mikhalevsky@swiftcurrie.com
Samuel.lyon@swiftcurrie.com

## <u>LOCAL RULE 5.1C CERTIFICATION</u>

By signature below, counsel certifies that the foregoing pleading was prepared

in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this <u>18</u><sup>th</sup> day of April, 2023.

Respectfully Submitted,

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Alex A. Mikhalevsky*
Alex A. Mikhalevsky, Esq.
Georgia Bar No. 711188
Samuel M. Lyon, Esq.
Georgia Bar No. 921804
***Attorneys for the Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
404-874-8000
Alex.Mikhalevsky@swiftcurrie.com
Samuel.lyon@swiftcurrie.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed and served the foregoing *State Farm Fire and Casualty Company's Certificate* with the Clerk of Court using the CM/ECF e-filing system, through which the Court will send notification to the following attorney:

J. Remington Huggins, Esq.
Michael D. Turner, Esq.
110 Norcross Street
Roswell, GA 30075
remington@lawhuggins.com
mdturner@lawhuggins.com
*Attorneys for Plaintiffs*

This <u>18</u><sup>th</sup> day of April, 2023.

Respectfully Submitted,

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Alex A. Mikhalevsky*
Alex A. Mikhalevsky, Esq.
Georgia Bar No. 711188
Samuel M. Lyon, Esq.
Georgia Bar No. 921804
*Attorneys for the Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
404-874-8000
Alex.Mikhalevsky@swiftcurrie.com
Samuel.lyon@swiftcurrie.com
4871-7628-1950, v. 1