Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-106-449**

**Effective Date of Registration:**
April 21, 2017

## Title

| | |
|---|---|
| Title of Work: | GROUPS REGISTRATION OF PUBLISHED PHOTOGRAPHS january 28,2016 APPROX (240) PHOTOGRAPHS Mark Seliger's published photos 2016 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | January 28, 2016 |

## Author

| | |
|---|---|
| • Author: | Mark Seliger |
| Author Created: | Photograph |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Year Born: | 1959 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Mark Seliger |

## Certification

| | |
|---|---|
| Name: | Rachel Crowe |
| Correspondence: | Yes |
| Copyright Office notes: | Basis for Registration: REGISTERED AS A GROUP OF PUBLISHED PHOTOGRAPHS |