Exhibit "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-196-130

**Effective Date of Registration:**
October 21, 2019
**Registration Decision Date:**
March 23, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 01, 2017 to December 30, 2017

## Title

|  |  |
|---|---|
| **Title of Group:** | 2017 Published Images |
| **Number of Photographs in Group:** | 217 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Earliest Publication Date in Group:** | January 01, 2017 |
| **Latest Publication Date in Group:** | December 30, 2017 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | William Arthur Streiber |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | William Arthur Streiber |
| | 2239 Camden Ave., Los Angeles, CA, 90064, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | August |
| **Name:** | Bill Hannigan |
| **Email:** | bill@augustimage.com |

## Certification

Page 1 of 2

**Name:**   William Arthur Streiber

**Date:**    October 21, 2019

---

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.