# Exhibit "C"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-919-549**

**Effective date of registration:**

June 20, 2014

---

**Title** ─────────

    **Title of Work:** Group Registration, Art Streiber, Published, January - June, 2014, 88

    **Contents Titles:** ac_04-patio_0341.jpg

        ac_06-ivy-seated_0438.jpg

        ad_plates-road_2318_RESPAWN_Desert_COMP-3.jpg

        bf_01-trailer-kitchen_0013.jpg

        bf_02-trailer-controls_0032.jpg

        bf_03-trailer-family_0071.jpg

        bf_06-cab-bf_154_176_181_3panel_COMP.jpg

        bf_08-cab-ext_0219.jpg

        bf_10-bran_0274.jpg

        bf_11-kira_0291.jpg

        cb_02-horizontal1_0048.jpg

        cs_01-abbeyroad_0069_COMP.jpg

        d85_06-group4_0337.jpg

        di_01-black_0024.jpg

        dl_03-stairwell_0146.jpg

        es_02-cover1_0188_EXT.jpg

        es_08-spread1_0564_COMP_2_EXT.jpg

        es_14-portrait_0814.jpg

        es_17-paint_0883.jpg

        gg_01-peninsula_0063.jpg

        hg_02-cover1-side_0148.jpg

        hg_04-cover2_0332.jpg

        hg_06-blocks_0635.jpg

        hg_07-running_0747_Comp_EXT.jpg

        jf_02-bed_0058.jpg

jf_04-suit_0206.jpg
jf_05-bumble-bees_0226.jpg
jf_05-bumble-bees_0309.jpg
jf_05-bumble-bees_0315.jpg
jf_07-swings_0401_COMP.jpg
jf_09-milk-blue_0594.jpg
jf_13-feeding_0803.jpg
jj_02-burt2_0247.jpg
jj_03-rooster1_0257.jpg
jj_08-blue_0571_EXT.jpg
kh_01-grill_0069.jpg
kh_02-standup_0132_COMP.jpg
kh_05-hoop_0308_COMP.jpg
os_04-window-vert_0406.jpg
Oscars2014_Day01_00435.jpg
oscars2014_Day03_02948_CROP.jpg
oscars2014_Day03_02948.jpg
oscars2014_Day04_03304.jpg
oscars2014_Day04_03487.jpg
oscars2014_Day04_03751.jpg
oscars2014_Day04_04250.jpg
oscars2014_Day04_04415.jpg
oscars2014_Day05_06256.jpg
oscars2014_Day05_06735.jpg
oscars2014_Day05_07441.jpg
oscars2014_Day05_07713.jpg
oscars2014_Day05_07829.jpg
oscars2014_Day05_07949.jpg
oscars2014_Day05_07971.jpg
oscars2014_Day05_08099.jpg
oscars2014_Day05_08208.jpg
oscars2014_Day05_08682.jpg
oscars2014_Day05_08808.jpg
oscars2014_Day05_08978.jpg
oz_13-balcony-seated-horiz_0625.jpg
oz_17-mehmet-lisa_0867_COMP_REV2.jpg
rbr_01-group-studio_0014.jpg
respawn_01-j-shiring-office_0036.jpg
respawn_02-coders_0083_COMP.jpg



respawn_03-c-lambert-grey_0130_CR.jpg
respawn_06-s-fukuda-grey_0209_CR.jpg
respawn_09-j-emslie-grey_0337.jpg
respawn_10-v-zampella-grey_0353_CR.jpg
respawn_13-d-mccoy-grey_0470_CR.jpg
respawn_14-m-grigsby-grey_0540_CR.jpg
respawn_17-r-baker-grey_0634_CR.jpg
respawn_18-t-sue-grey_0640_CR.jpg
respawn_20-art-dept_0777_COMP.jpg
respawn_21-motion-capture_0800.jpg
respawn_22-designer1_0821.jpg
respawn_23-designer2_0838.jpg
respawn_25-j-hendry-grey_0888_CR.jpg
respawn_26-r-gaines-grey_0929_CR.jpg
respawn_27-f-mackey-grey_1009_CR.jpg
respawn_28-m-moe-grey_1069_CR.jpg
respawn_31-audio_1214_COMP.jpg
sg_05-SEAwin-DENlose_0264_comp-2.jpg
sg_06-SEAlose-DENwin_0288_comp.jpg
sh_01-opener_0109.jpg
sh_09-livingroom-approved_0563.jpg
sm_01-vertical_0039.jpg
sv_09-group-dodgeball_0987_COMP_982_EXT.jpg
sv_09-group-dodgeball_1023_COMP.jpg

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 5, 2014     **Nation of 1st Publication:** United States

## Author

- **Author:** William Arthur Streiber
  **Pseudonym:** Art Streiber
  **Author Created:** photograph(s)
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** William Arthur Streiber
2239 Camden Ave., Los Angeles, CA, 90064, United States

## Rights and Permissions

**Organization Name:** Art Streiber Photography
**Name:** Jodie Younse
**Email:** jodie@artstreiber.com
**Address:** 2239 Camden Ave
Los Angeles, CA 90064  United States

**Telephone:** 310-473-4108

## Certification

**Name:** William Arthur Streiber
**Date:** June 20, 2014

