Exhibit "D"




# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-153-055**

Effective Date of Registration:
June 03, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: March 01, 2018 to December 31, 2018

**Title** _____

| | |
|---|---|
| Title of Group: | WILLIAMS HIRAKAWA 2018 Published Works |
| Number of Photographs in Group: | 562 |
| • Individual Photographs: | 18-668-VF-JohnDavidWashington_A_0048RT.jpg, 18-668-VF-JohnDavidWashington_A_0066RT.jpg, 18-668-VF-JohnDavidWashington_E_1151RT.jpg |
| Published: | March 2018 |
| • Individual Photographs: | 18-671-MarieClaire-AlishaBoe_C_2628RT.jpg, |
| Published: | April 2018 |
| • Individual Photographs: | 18-672-MarieClaire-KelseyAsbille_C_1395RT.jpg, |
| Published: | April 2018 |
| • Individual Photographs: | 18-674-Elle-Bloomingdales_01_0375.jpg, 18-674-Elle-Bloomingdales_01_0376.jpg, 18-674-Elle-Bloomingdales_01_0377.jpg, 18-674-Elle-Bloomingdales_01_0487.jpg, 18-674-Elle-Bloomingdales_01_0664.jpg, 18-674-Elle-Bloomingdales_01_1455.jpg, 18-674-Elle-Bloomingdales_02_1933.jpg, 18-674-Elle-Bloomingdales_02_2434.jpg, 18-674-Elle-Bloomingdales_03_2729.jpg, 18-674-Elle-Bloomingdales_03_2743.jpg, 18-674-Elle-Bloomingdales_03_4458.jpg, 18-674-Elle-Bloomingdales_03_4485.jpg, 18-674-Elle-Bloomingdales_04_3192.jpg, 18-674-Elle-Bloomingdales_04_3301.jpg, 18-674-Elle-Bloomingdales_04_3367.jpg, 18-674-Elle-Bloomingdales_04_3571.jpg, 18-674-Elle-Bloomingdales_05_3897.jpg, 18-674-Elle-Bloomingdales_05_3981.jpg, 18-674-Elle-Bloomingdales_05_3997.jpg, 18-674-Elle-Bloomingdales_05_4087.jpg, 18-674-Elle-Bloomingdales_05_4318.jpg, 18-674-Elle-Bloomingdales_DETAILS_4510.jpg, 18-674-Elle-Bloomingdales_DETAILS_4526.jpg, 18-674-Elle-Bloomingdales_DETAILS_4527.jpg, 18-674-Elle-Bloomingdales_DETAILS_4531.jpg, 18-674-Elle-Bloomingdales_DETAILS_4552.jpg, 18-674-Elle-Bloomingdales_DETAILS_4556.jpg, 18-674-Elle-Bloomingdales_DETAILS_4558.jpg, 18-674-Elle-Bloomingdales_DETAILS_4563.jpg, 18-674-Elle-Bloomingdales_DETAILS_4578.jpg, 18-674-Elle- |

Bloomingdales_DETAILS_4579.jpg, 18-674-Elle-
Bloomingdales_DETAILS_4592.jpg, 18-674-Elle-
Bloomingdales_DETAILS_4594.jpg, 18-674-Elle-
Bloomingdales_DETAILS_4629.jpg, 18-674-Elle-
Bloomingdales_DETAILS_4654.jpg, 18-674-Elle-
Bloomingdales_DETAILS_4662.jpg, 18-674-Elle-
Bloomingdales_DETAILS_4697.jpg, 18-674-Elle-
Bloomingdales_DETAILS_4704.jpg,

Published: April 2018

- Individual Photographs: 18-668-VF-JohnDavidWashington_B_0317RT.jpg, 18-668-VF-JohnDavidWashington_B_0318.jpg.

Published: May 2018

- Individual Photographs: 18-669-MarinaTest9654RT.jpg, 18-669-MarinaTest9654RTCOMPBWV2.jpg, 18-669-MarinaTest9654RTCOMPV2.jpg, 18-669-MarinaTest10020RT.jpg, 18-669-MarinaTest10043BWCOMPRT.jpg, 18-669-MarinaTest10043RT.jpg, 18-669-MarinaTest11459COMPRT.jpg, 18-669-MarinaTest11459COMPRTBW.jpg, 18-669-MarinaTest11534RT.jpg, 18-669-MarinaTest11936COMPBWRT.jpg, 18-669-MarinaTest12168RT.jpg, 18-669-MarinaTest12235BWRT.jpg, 18-669-MarinaTest12235RT.jpg, 18-669-MarinaTest12757BWRT.jpg, 18-669-MarinaTest12757RT.jpg, 18-669-MarinaTest12881BWRT.jpg, 18-669-MarinaTest12881RT.jpg, 18-669-MarinaTest13142BWRT.jpg, 18-669-MarinaTest13142RT.jpg, 18-669-MarinaTest13527BWRT.jpg, 18-669-MarinaTest13527RT.jpg.

Published: May 2018

- Individual Photographs: 18-670-Fourseasons_Yacht-A_0173RT.jpg18-670-Fourseasons_Yacht-B_0576RT.jpg18-670-Fourseasons_Yacht-C_0749BWRT.jpg18-670-Fourseasons_Yacht-C_0749RT.jpg18-670-Fourseasons_Yacht-C_0849BWRT.jpg18-670-Fourseasons_Yacht-C_0849RT.jpg18-670-Fourseasons_Yacht-D_1240RT.jpg18-670-Fourseasons_Yacht-D_1394BWRT.jpg18-670-Fourseasons_Yacht-D_1394RT.jpg18-670-Fourseasons_Yacht-E_1812BWRT.jpg18-670-Fourseasons_Yacht-E_1812RT.jpg18-670-Fourseasons_Yacht-F_2141BWRT.jpg18-670-Fourseasons_Yacht-F_2141RT.jpg18-670-Fourseasons_Yacht-F_2479RT.jpg18-670-Fourseasons_Yacht-G_2701BWRT.jpg18-670-Fourseasons_Yacht-G_2701RT.jpg18-670-Fourseasons_Yacht-G_3055RT.jpg18-670-Fourseasons_Yacht-H_3257RT.jpg18-670-Fourseasons_Yacht-H_3722BWRT.jpg18-670-Fourseasons_Yacht-H_3739RT.jpg18-670-Fourseasons_Yacht-I_3965BWRT.jpg18-670-Fourseasons_Yacht-I_3965RT.jpg18-670-Fourseasons_Yacht-J_4083BWRT.jpg18-670-Fourseasons_Yacht-J_4083RT.jpg18-670-Fourseasons_Yacht-J_4222BWRT.jpg18-670-Fourseasons_Yacht-J_4222RT.jpg

Published: May 2018

- Individual Photographs: 18-671-MarieClaire-AlishaBoe_D_2855BWRT.jpg, 18-671-MarieClaire-AlishaBoe_E_3192BWRT.jpg, 18-671-MarieClaire-AlishaBoe_E_3192RT.jpg,

Published: May 2018

- Individual Photographs: _D1A8885BW.jpg, _D1A8923BW.jpg, _D1A8924BW.jpg, _D1A9041BW.jpg, _D1A9142BW.jpg, _D1A9147BW.jpg, _D1A9210BW.jpg, 18-673-Schön_BurntTrees_A_0112BWRT.jpg, 18-673-Schön_BurntTrees_A_0220BWRT.jpg, 18-673-Schön_BurntTrees_B_0263BWRT.jpg, 18-673-



                        Schön_BurntTrees_C_0656BWRT.jpg, 18-673-Schön_BurntTrees_C_0817BWRT.jpg, 18-673-Schön_BurntTrees_D_1142BWRT.jpg, 18-673-Schön_BurntTrees_E_1593BWRT.jpg, 18-673-Schön_BurntTrees_F_1824BWRT.jpg, 18-673-Schön_BurntTrees_G_2009BWRT.jpg, 18-673-Schön_BurntTrees_G_2059BWRT.jpg, 18-673-Schön_BurntTrees_I_2403BWRT.jpg, 18-673-Schön_BurntTrees_I_2867BWRT.jpg, 18-673-Schön_BurntTrees_I_3045BWRT.jpg,

      Published:   May 2018

- **Individual Photographs:** 18-675-ESPN-KevinDurant_A_0400RT.jpg, 18-675-ESPN-KevinDurant_B_0492BWRT.jpg, 18-675-ESPN-KevinDurant_B_0492RT.jpg, 18-675-ESPN-KevinDurant_B_0548RT.jpg, 18-675-ESPN-KevinDurant_B_0599RT.jpg, 18-675-ESPN-KevinDurant_B_0613RT.jpg, 18-675-ESPN-KevinDurant_C_0745RT.jpg, 18-675-ESPN-KevinDurant_D_0810RTV2.jpg,

      Published:   May 2018

- **Individual Photographs:** 18-676-Dujour-Harriman_A0134RT.jpg, 18-676-Dujour-Harriman_B0666RT.jpg, 18-676-Dujour-Harriman_B0787RT.jpg, 18-676-Dujour-Harriman_B0838RT.jpg, 18-676-Dujour-Harriman_C0944RT.jpg, 18-676-Dujour-Harriman_C1226RT.jpg, 18-676-Dujour-Harriman_C1501BWRT.jpg, 18-676-Dujour-Harriman_D2040RT.jpg, 18-676-Dujour-Harriman_D2072RT.jpg, 18-676-Dujour-Harriman_E2533RT.jpg, 18-676-Dujour-Harriman_F3181COMPBWRT.jpg, 18-676-Dujour-Harriman_F3181COMPRT.jpg, 18-676-Dujour-Harriman_F3299RT.jpg, 18-676-Dujour-Harriman_F3327RT.jpg, 18-676-Dujour-Harriman_G3449BWRT.jpg, 18-676-Dujour-Harriman_H4305RT.jpg, 18-676-Dujour-Harriman_H4386RT.jpg, 18-676-Dujour-Harriman_H4622BWRT.jpg, 18-676-Dujour-Harriman_I4730RT.jpg, 18-676-Dujour-Harriman_I4859RT.jpg, 18-676-Dujour-Harriman_I4867BWRT.jpg, 18-676-Dujour-Harriman_J5173RT.jpg.

      Published:   May 2018

- **Individual Photographs:** 18-679-Glamour-Carol_Burnett-Rachel_Bloom-B_0490RT.jpg, 18-679-Glamour-Carol_Burnett-Rachel_Bloom-B_0854RT.jpg, 18-679-Glamour-Wanda_Sykes-Yvonne_Orji-A_1148RT.jpg, 18-679-Glamour-Wanda_Sykes-Yvonne_Orji-B_2069V2RT.jpg, 18-679-Glamour-Wanda_Sykes-Yvonne_Orji-C_2241V2RT.jpg, 18-679-Glamour-YvonneOrji-D_2318RT.jpg,

      Published:   May 2018

- **Individual Photographs:** 18-677-VanityFair-ElizaScanlen-A_0519RT.jpg, 18-677-VanityFair-ElizaScanlen-B_0855RT.jpg, 18-677-VanityFair-ElizaScanlen-B_1140BWRT.jpg, 18-677-VanityFair-ElizaScanlen-B_1140RT.jpg, 18-677-VanityFair-ElizaScanlen-D_1865RT.jpg, 18-677-VanityFair-ElizaScanlen-F_2738RT.jpg, 18-677-VanityFair-ElizaScanlen-F_2931BWRT.jpg, 18-677-VanityFair-ElizaScanlen-F_2931RT.jpg, 18-677-VanityFair-ElizaScanlen-F_3293RT.jpg.

      Published:   June 2018

- **Individual Photographs:** 18-681-DSCENE-HelenaChristensen_C_0694BWRT.jpg, 18-681-DSCENE-HelenaChristensen_C_0694RT.jpg, 18-681-DSCENE-HelenaChristensen_E_1061COMPBWRT.jpg, 18-681-DSCENE-HelenaChristensen_E_1061COMPRT.jpg, 18-681-DSCENE-HelenaChristensen_F_1330BWV2RT.jpg, 18-681-DSCENE-

HelenaChristensen_F_1330RT.jpg, 18-681-DSCENE-HelenaChristensen_G_1622V2RT.jpg, 18-681-DSCENE-HelenaChristensen_G_1695BWRT.jpg, 18-681-DSCENE-HelenaChristensen_G_1695RT.jpg, 18-681-DSCENE-HelenaChristensen_H_1966BWRT.jpg, 18-681-DSCENE-HelenaChristensen_H_1966V2RT.jpg, 18-681-DSCENE-HelenaChristensen_J_2396BWRT.jpg, 18-681-DSCENE-HelenaChristensen_J_2396RT.jpg, 18-681-DSCENE-HelenaChristensen_J_2426BWRT.jpg, 18-681-DSCENE-HelenaChristensen_J_2426RT.jpg, 18-681-DSCENE-HelenaChristensen_K_2759V2RT.jpg, 18-681-DSCENE-HelenaChristensen_L_2932BWRTV2.jpg, 18-681-DSCENE-HelenaChristensen_L_2932V2RT.jpg, 18-681-DSCENE-HelenaChristensen_L_2996BWV2RT.jpg, 18-681-DSCENE-HelenaChristensen_L_2996V2RT.jpg, 18-681-DSCENE-HelenaChristensen_M_3155V2RT.jpg, 18-681-DSCENE-HelenaChristensen_M_3374V2RT.jpg, 18-681-DSCENE-HelenaChristensen_N_3456RT.jpg, 18-681-DSCENE-HelenaChristensen_O_3606BWRTV3.jpg, 18-681-DSCENE-HelenaChristensen_O_3606RTV3.jpg, 18-681-DSCENE-HelenaChristensen_O_3693BWV2RT.jpg, 18-681-DSCENE-HelenaChristensen_O_3693RT.jpg.

**Published:** July 2018

- **Individual Photographs:** 18-683-HarpersBazaar-DawsonCox_A_0971RT.jpg, 18-683-HarpersBazaar-DawsonCox_A_1179RT.jpg, 18-683-HarpersBazaar-DawsonCox_A_1407BWRT.jpg, 18-683-HarpersBazaar-DawsonCox_A_1407EXTRT.jpg, 18-683-HarpersBazaar-DawsonCox_A_1407RTV2.jpg, 18-683-HarpersBazaar-FondaCullors_A_0262RT.jpg, 18-683-HarpersBazaar-FondaCullors_A_0528COMPRT.jpg, 18-683-HarpersBazaar-GabbyGiffords_A_1874BWRT.jpg, 18-683-HarpersBazaar-GabbyGiffords_A_1874RT.jpg, 18-683-HarpersBazaar-GiffordsChavez_A_2480RT.jpg, 18-683-HarpersBazaar-GiffordsChavez_A_2595.jpg.

**Published:** August 2018

- **Individual Photographs:** 18-684-HarpersBazaar-Tumi-Mari-A_1665.jpg, 18-684-HarpersBazaar-Tumi-Mari-A_1744.jpg, 18-684-HarpersBazaar-Tumi-Mari-A_2043BWRT.jpg, 18-684-HarpersBazaar-Tumi-Mari-A_2043RT.jpg, 18-684-HarpersBazaar-Tumi-Mari-A_2182.jpg, 18-684-HarpersBazaar-Tumi-Mari-A_2213BWRT.jpg, 18-684-HarpersBazaar-Tumi-Mari-A_2213RT.jpg, 18-684-HarpersBazaar-Tumi-Mari-A_2260.jpg, 18-684-HarpersBazaar-Tumi-Mari-A_2265.jpg, 18-684-HarpersBazaar-Tumi-Mari-A_2283BWRT.jpg, 18-684-HarpersBazaar-Tumi-Mari-A_2283RT.jpg, 18-684-HarpersBazaar-Tumi-Mari-B_2457.jpg, 18-684-HarpersBazaar-Tumi-Mari-B_2457RT.jpg, 18-684-HarpersBazaar-Tumi-Mari-B_2643BWRT.jpg, 18-684-HarpersBazaar-Tumi-Mari-B_2643RT.jpg, 18-684-HarpersBazaar-Tumi-Mari-B_2904BWRT.jpg, 18-684-HarpersBazaar-Tumi-Mari-B_2904RT.jpg, 18-684-HarpersBazaar-Tumi-Mari-B_2967.jpg, 18-684-HarpersBazaar-Tumi-Mari-B_3019RT.jpg, 18-684-HarpersBazaar-Tumi-Mia-A_3125.jpg, 18-684-HarpersBazaar-Tumi-Mia-B_3635.jpg, 18-684-HarpersBazaar-Tumi-Mia-B_4023.jpg, 18-684-HarpersBazaar-Tumi-Valeisha-A_0623.jpg, 18-684-HarpersBazaar-Tumi-Valeisha-B_0865.jpg, 18-684-HarpersBazaar-Tumi-Valeisha-B_0881.jpg, 18-684-HarpersBazaar-Tumi-Valeisha-B_1006.jpg, 18-684-HarpersBazaar-Tumi-Valeisha-B_1063.jpg.

**Published:** August 2018



- **Individual Photographs:** 18-682-Variety-ViolaDavis_C_0622BWRTCL20.jpg, 18-682-Variety-ViolaDavis_C_0622RT.jpg, 18-682-Variety-ViolaDavis_C_0709RT.jpg, 18-682-Variety-ViolaDavis_C_0793BWRTCL20.jpg, 18-682-Variety-ViolaDavis_C_0793RT.jpg, 18-682-Variety-ViolaDavis_D_0944BWRT.jpg, 18-682-Variety-ViolaDavis_D_0944RT.jpg, 18-682-Variety-ViolaDavis_D_0949RT.jpg, 18-682-Variety-ViolaDavis_E_1183RT.jpg, 18-682-Variety-ViolaDavis_F_1515BWRTCL.jpg, 18-682-Variety-ViolaDavis_F_1515RT.jpg, 18-682-Variety-ViolaDavis_F_1589RT.jpg,
  **Published:** September 2018

- **Individual Photographs:** 18-686-FastCo-StephC_DennisM_HowardN_G_1973.jpg, 18-686-FastCompany-DennisM_HowardN_L_3008.jpg, 18-686-FastCompany-DennisMiloseski_I_2351.jpg, 18-686-FastCompany-HowardNuk_J_2625.jpg, 18-686-FastCompany-StephCurry_A_0400BWRTCL.jpg, 18-686-FastCompany-StephCurry_A_0400RT.jpg, 18-686-FastCompany-StephCurry_A_0441BWRTCL.jpg, 18-686-FastCompany-StephCurry_A_0441RT.jpg, 18-686-FastCompany-StephCurry_B_0789BWRTCL.jpg, 18-686-FastCompany-StephCurry_B_0789RT.jpg, 18-686-FastCompany-StephCurry_C_0918BWRTCL.jpg, 18-686-FastCompany-StephCurry_D_1064BWRTCL.jpg, 18-686-FastCompany-StephCurry_D_1064RT.jpg, 18-686-FastCompany-StephCurry_D_1179BWRTCL.jpg, 18-686-FastCompany-StephCurry_D_1179RT.jpg, 18-686-FastCompany-StephCurry_E_1382BWRTCL.jpg, 18-686-FastCompany-StephCurry_E_1382RT.jpg, 18-686-FastCompany-StephCurry_F_1605BWRTCL.jpg, 18-686-FastCompany-StephCurry_F_1605RT.jpg, 18-686-FastCompany-StephCurry_F_1672BWRTCL.jpg, 18-686-FastCompany-StephCurry_F_1672RT.jpg, 18-686-FastCompany-StephCurry_F_1811BWRTCL.jpg, 18-686-FastCompany-StephCurry_F_1811RT.jpg,
  **Published:** September 2018

- **Individual Photographs:** 18-689-IODonna-EmiliaClarke_A_0056BWRT.jpg, 18-689-IODonna-EmiliaClarke_A_0056RT.jpg, 18-689-IODonna-EmiliaClarke_B_0089BWRT.jpg, 18-689-IODonna-EmiliaClarke_B_0089RT.jpg, 18-689-IODonna-EmiliaClarke_B_0204RT.jpg, 18-689-IODonna-EmiliaClarke_C_0162BWRT.jpg, 18-689-IODonna-EmiliaClarke_C_0162RT.jpg, 18-689-IODonna-EmiliaClarke_D_0156RT.jpg, 18-689-IODonna-EmiliaClarke_D_0215RT.jpg, 18-689-IODonna-EmiliaClarke_E_0085RT.jpg, 18-689-IODonna-EmiliaClarke_F_0156RT.jpg, 18-689-IODonna-EmiliaClarke_F_0293BWRT.jpg, 18-689-IODonna-EmiliaClarke_F_0293RT.jpg, 18-689-IODonna-EmiliaClarke_G_0100BWRT.jpg, 18-689-IODonna-EmiliaClarke_G_0100RT.jpg, 18-689-IODonna-EmiliaClarke_G_0182RT.jpg, 18-689-IODonna-EmiliaClarke_G_0191COMPRT.jpg, 18-689-IODonna-EmiliaClarke_G_0381BWRT.jpg, 18-689-IODonna-EmiliaClarke_G_0381RT.jpg, 18-689-IODonna-EmiliaClarke_H_0016BWRT.jpg, 18-689-IODonna-EmiliaClarke_H_0016RT.jpg, 18-689-IODonna-EmiliaClarke_H_0106RT.jpg,
  **Published:** September 2018

- **Individual Photographs:** 18-685-ContentMode-LucyBoynton_A_0174RT.jpg, 18-685-ContentMode-LucyBoynton_A_0196RT.jpg, 18-685-ContentMode-LucyBoynton_B_0448RT.jpg, 18-685-ContentMode-LucyBoynton_C_0828RT.jpg, 18-685-ContentMode-LucyBoynton_D_1049RT.jpg, 18-685-ContentMode-

|  |  |
|---|---|
|  | LucyBoynton_E_1185RT.jpg, 18-685-ContentMode-LucyBoynton_E_1206RT.jpg, 18-685-ContentMode-LucyBoynton_F_1508RT.jpg, 18-685-ContentMode-LucyBoynton_F_1550RT.jpg, 18-685-ContentMode-LucyBoynton_G_1721RT.jpg, 18-685-ContentMode-LucyBoynton_G_1766RT.jpg. |
| Published: | October 2018 |

- Individual Photographs: 18-688-Generation_01_EmilyWhite_00056.jpg, 18-688-Generation_01_EmilyWhite_00082.jpg, 18-688-Generations_02_EmilyWhite_00430-2.jpg, 18-688-Generations_02_EmilyWhite_00537-1.jpg, 18-688-Generations_02_EmilyWhite_00537.jpg, 18-688-Generations_02_EmilyWhite_00553-1.jpg, 18-688-Generations_02_EmilyWhite_00553.jpg, 18-688-Generations_03_EmilyField_00767.jpg, 18-688-Generations_03_EmilyField_00775.jpg, 18-688-Generations_03_EmilyField_00942.jpg, 18-688-Generations_04_EmilyBicycle_01128.jpg, 18-688-Generations_05_EmilyFlowers_01301.jpg, 18-688-Generations_06_AnnaWhite_01437.jpg, 18-688-Generations_06_AnnaWhite_01448.jpg, 18-688-Generations_06_AnnaWhite_01487.jpg, 18-688-Generations_06_AnnaWhite_01537.jpg, 18-688-Generations_06_AnnaWhite_01539.jpg, 18-688-Generations_06_AnnaWhite_01546.jpg, 18-688-Generations_07_EmilyAnnaCreek_01597.jpg, 18-688-Generations_07_EmilyAnnaCreek_01599.jpg, 18-688-Generations_07_EmilyAnnaCreek_01605.jpg, 18-688-Generations_07_EmilyAnnaCreek_01627.jpg, 18-688-Generations_07_EmilyAnnaCreek_01667.jpg, 18-688-Generations_07_EmilyAnnaCreek_01777.jpg, 18-688-Generations_07_EmilyAnnaCreek_01967.jpg, 18-688-Generations_07_EmilyAnnaCreek_02074.jpg, 18-688-Generations_07_EmilyAnnaCreek_02084.jpg, 18-688-Generations_07_EmilyAnnaCreek_02098.jpg, 18-688-Generations_08_EmilyAnnaCreek_02139.jpg, 18-688-Generations_08_EmilyAnnaCreek_02174.jpg, 18-688-Generations_08_EmilyAnnaCreek_02280.jpg, 18-688-Generations_08_EmilyAnnaCreek_02290.jpg, 18-688-Generations_09_EmilyAnnaCreek_02464.jpg, 18-688-Generations_09_EmilyAnnaCreek_02466.jpg, 18-688-Generations_09_EmilyAnnaCreek_02499.jpg, 18-688-Generations_09_EmilyAnnaCreek_02594.jpg, 18-688-Generations_09_EmilyAnnaCreek_02651.jpg, 18-688-Generations_10_EmilyAnnaCreek_02670.jpg, 18-688-Generations_10_EmilyAnnaCreek_02681.jpg, 18-688-Generations_10_EmilyAnnaCreek_02751.jpg, 18-688-Generations_10_EmilyAnnaCreek_02804.jpg, 18-688-Generations_11_EmilyAnnaCreek_02931.jpg, 18-688-Generations_11_EmilyAnnaCreek_03008.jpg

Published: November 2018

- Individual Photographs: 18-688-Generations_12_GilleanWhite_03064.jpg, 18-688-Generations_12_GilleanWhite_03139.jpg, 18-688-Generations_12_GilleanWhite_03159.jpg, 18-688-Generations_12_GilleanWhite_03183.jpg, 18-688-Generations_12_GilleanWhite_03243.jpg, 18-688-



                    Generations_12_GilleanWhite_03340.jpg, 18-688-Generations_13_PicnicTable_03435.jpg, 18-688-Generations_14_AnnaTree_03827.jpg, 18-688-Generations_14_AnnaTree_03880.jpg, 18-688-Generations_15_EmilyTree_04038.jpg, 18-688-Generations_17_ParkingLot_04229.jpg, 18-688-Generations_17_ParkingLot_04240.jpg, 18-688-Generations_17_ParkingLot_04273.jpg, 18-688-Generations_17_ParkingLot_04294.jpg, 18-688-Generations_18_Field_04351.jpg, 18-688-Generations_18_Field_04407.jpg, 18-688-Generations_18_Field_04413.jpg, 18-688-Generations_18_Field_04528.jpg, 18-688-Generations_18_Field_04537.jpg, 18-688-Generations_18_Field_04556.jpg, 18-688-Generations_18_Field_04594.jpg, 18-688-Generations_18_Field_04659.jpg, 18-688-Generations_18_Field_04677.jpg, 18-688-Generations_18_Field_04686.jpg, 18-688-Generations_18_Field_04710.jpg, 18-688-Generations_18_Field_04729.jpg, 18-688-Generations_19_FieldHandsFeet_04752.jpg, 18-688-Generations_19_FieldHandsFeet_04762.jpg, 18-688-Generations_19_FieldHandsFeet_04818.jpg, 18-688-Generations_19_FieldHandsFeet_04838.jpg, 18-688-Generations_19_FieldHandsFeet_04899.jpg, 18-688-Generations_20_GilleanField_04920.jpg, 18-688-Generations_20_GilleanField_04960.jpg, 18-688-Generations_21_AnnaField_04974.jpg, 18-688-Generations_22_ShadyField_05018.jpg, 18-688-Generations_22_ShadyField_05025.jpg, 18-688-Generations_22_ShadyField_05039.jpg, 18-688-Generations_22_ShadyField_05059.jpg, 18-688-Generations_22_ShadyField_05066.jpg, 18-688-Generations_22_ShadyField_05223.jpg, 18-688-Generations_23_ShadyField_05276.jpg, 18-688-Generations_23_ShadyField_05398.jpg, 18-688-Generations_23_ShadyField_05417.jpg, 18-688-Generations_23_ShadyField_05490.jpg,

**Published:**   November 2018

- **Individual Photographs:** 18-688-Generations_24_ShadyField_05635.jpg, 18-688-Generations_24_ShadyField_05734.jpg, 18-688-Generations_24_ShadyField_05756.jpg, 18-688-Generations_25_GilleanEmilyRoad_05770.jpg, 18-688-Generations_25_GilleanEmilyRoad_05802.jpg, 18-688-Generations_25_GilleanEmilyRoad_05827.jpg, 18-688-Generations_26_EmilyRoad_05898.jpg, 18-688-Generations_26_EmilyRoad_05974.jpg, 18-688-Generations_27_GilleanRoad_05980.jpg, 18-688-Generations_27_GilleanRoad_06037.jpg, 18-688-Generations_27_GilleanRoad_06062.jpg, 18-688-Generations_27_GilleanRoad_06069.jpg, 18-688-Generations_28_AnnaGuardRail_06087.jpg, 18-688-Generations_28_AnnaGuardRail_06118.jpg, 18-688-Generations_28_AnnaGuardRail_06122.jpg, 18-688-Generations_29_EmilyCar_06129.jpg, 18-688-Generations_29_EmilyCar_06233.jpg, 18-688-Generations_29_EmilyCar_06240.jpg, 18-688-Generations_29_EmilyCar_06240COMP.jpg, 18-688-Generations_29_EmilyCar_06248.jpg, 18-688-Generations_30_AnnaFence_06273.jpg, 18-688-

          Generations_30_AnnaFence_06310.jpg, 18-688-
          Generations_30_AnnaFence_06389.jpg, 18-688-
          Generations_30_AnnaFence_06408.jpg, 18-688-
          Generations_30_AnnaFence_06426.jpg, 18-688-
          Generations_31_EmilyFence_06441.jpg, 18-688-
          Generations_31_EmilyFence_06486.jpg, 18-688-
          Generations_31_EmilyFence_06498.jpg, 18-688-
          Generations_32_GilleanFence_06531.jpg, 18-688-
          Generations_32_GilleanFence_06615.jpg, 18-688-
          Generations_33_GroupFence_06637.jpg, 18-688-
          Generations_33_GroupFence_06652.jpg, 18-688-
          Generations_33_GroupFence_06721.jpg, 18-688-
          Generations_33_GroupFence_06740.jpg, 18-688-
          Generations_34_GroupHill_06831.jpg, 18-688-
          Generations_35_EmilyHill_07090.jpg, 18-688-
          Generations_36_GilleanHill_07120.jpg, 18-688-
          Generations_36_GilleanHill_07192.jpg, 18-688-
          Generations_37_AnnaHill_07222.jpg, 18-688-
          Generations_37_AnnaHill_07265.jpg, 18-688-
          Generations_37_AnnaHill_07283.jpg, 18-688-
          Generations_38_GroupHillWalk_07304.jpg, 18-688-
          Generations_38_GroupHillWalk_07500.jpg,

**Published:** November 2018

- **Individual Photographs:** 18-688-Generations_39_GroupHillTop_07521.jpg, 18-688-Generations_39_GroupHillTop_07592.jpg, 18-688-Generations_40_AnnaHillTop_07731.jpg, 18-688-Generations_40_AnnaHillTop_07755.jpg, 18-688-Generations_41_GilleanHillTop_07855.jpg, 18-688-Generations_41_GilleanHillTop_07866.jpg, 18-688-Generations_42_EmilyHillTop_07918.jpg, 18-688-Generations_42_EmilyHillTop_07956.jpg, 18-688-Generations_42_EmilyHillTop_07979.jpg, 18-688-Generations_43_HillWalkDown_08042.jpg.

**Published:** November 2018

- **Individual Photographs:** 18-690-01_ClareOnWhite_00071.jpg, 18-690-01_ClareOnWhite_00354.jpg, 18-690-02_ClareOnWhite_00471.jpg, 18-690-02_ClareOnWhite_00511.jpg, 18-690-02_ClareOnWhite_00789.jpg, 18-690-02_ClareOnWhite_00981.jpg, 18-690-03_GabrielWhite_01144.jpg, 18-690-03_GabrielWhite_01251.jpg, 18-690-04_ClareRasberries_01518.jpg, 18-690-07_ClareGabrielHS_01815.jpg, 18-690-07_ClareGabrielHS_01990.jpg, 18-690-07_ClareGabrielHS_02022.jpg, 18-690-08_ClareGabrielHS_02203.jpg, 18-690-09_ClareGabrielUnderpass_02251.jpg, 18-690-10_ClareGabrielUnderpass_02430.jpg, 18-690-11_ClareGabrielUnderpass_02482.jpg, 18-690-11_ClareGabrielUnderpass_02496.jpg, 18-690-12_ClareUnderpass_02691.jpg, 18-690-12_ClareUnderpass_02894.jpg, 18-690-13_GabrielUnderpass_02969.jpg, 18-690-13_GabrielUnderpass_02978.jpg, 18-690-13_GabrielUnderpass_03051.jpg, 18-690-14_ClareGabrielUnderpass_03338.jpg, 18-690-15_ClareGabrielUnderpass_03411.jpg, 18-690-16_ClareGabrielUnderpass_03461.jpg, 18-690-16_ClareGabrielUnderpass_03488.jpg, 18-690-17_ClareGabrielGasStation_03619.jpg, 18-690-18_ClareGasStation_03846.jpg, 18-690-18_ClareGasStation_03910.jpg, 18-690-19_ClareGabrielGasStation_04201.jpg, 18-690-19_ClareGabrielGasStation_04222.jpg, 18-690-20_ClarePopsicle_04263.jpg,



            18-690-20_ClarePopsicle_04356.jpg, 18-690-21_GabrielGasStation_04383.jpg, 18-690-22_ClareGabrielTommys_04426.jpg, 18-690-22_ClareGabrielTommys_04494.jpg, 18-690-22_ClareGabrielTommys_04662.jpg, 18-690-23_ClareGabrielTommys_04870.jpg, 18-690-24_ClareTommys_04953.jpg, 18-690-24_ClareTommys_04962.jpg, 18-690-24_ClareTommys_05021.jpg, 18-690-25_ClareGabrielTommys_05036.jpg, 18-690-25_ClareGabrielTommys_05131.jpg, 18-690-30_GabrielParkingLot_05579.jpg, 18-690-31_ClareParkingLot_05678.jpg, 18-690-32_ClareLawn_05747.jpg, 18-690-32_ClareLawn_05883.jpg, 18-690-33_GabrielSkate_06031.jpg, 18-690-33_GabrielSkate_06056.jpg, 18-690-34_ClareGabrielSkate_06184.jpg

    **Published:** November 2018

- **Individual Photographs:** 18-690-36_ClareGabrielPool_06600.jpg, 18-690-36_ClareGabrielPool_06615.jpg, 18-690-36_ClareGabrielPool_06616.jpg, 18-690-36_ClareGabrielPool_06711.jpg, 18-690-36_ClareGabrielPool_06787.jpg, 18-690-37_GabrielPool_06813.jpg, 18-690-37_GabrielPool_06823.jpg, 18-690-37_GabrielPool_06840.jpg, 18-690-38_ClarePool_06923.jpg, 18-690-39_ClareDoor_07161.jpg, 18-690-39_ClareDoor_07189.jpg, 18-690-40_ClareHammock_07239.jpg, 18-690-42_ClareSofa_07395.jpg, 18-690-42_ClareSofa_07488.jpg, 18-690-42_ClareSofa_07506.jpg, 18-690-43_GabrielSofa_07615.jpg, 18-690-43_GabrielSofa_07693.jpg, 18-690-44_ClareGabrielSofa_07850.jpg, 18-690-44_ClareGabrielSofa_07851.jpg, 18-690-45_ClareDeck_07977.jpg, 18-690-45_ClareDeck_08019.jpg, 18-690-46_ClareGabrielDeck_08141.jpg, 18-690-47_GabrielDeck_08222.jpg, 18-690-47_GabrielDeck_08246.jpg, 18-690-47_GabrielDeck_08302.jpg, 18-690-48_ClareCardiganDeck_08400.jpg, 18-690-49_ClareWhite_08484.jpg, 18-690-51_GabrielWhite_08754.jpg, 18-690-52_ClareCloset_08816.jpg, 18-690-53_GabrielSlide_08878.jpg, 18-690-53_GabrielSlide_08901.jpg, 18-690-54_ClareGabrielDance_09122.jpg, 18-690-54_ClareGabrielDance_09126.jpg,

    **Published:** November 2018

- **Individual Photographs:** 18-687-MarieClaire-SydneySweeney_A_0264BWRT.jpg, 18-687-MarieClaire-SydneySweeney_A_0264RT.jpg, 18-687-MarieClaire-SydneySweeney_B_0581RT.jpg, 18-687-MarieClaire-SydneySweeney_B_0817RT.jpg, 18-687-MarieClaire-SydneySweeney_C_1197BWRT.jpg, 18-687-MarieClaire-SydneySweeney_C_1197RT.jpg, 18-687-MarieClaire-SydneySweeney_D_1584RT.jpg,

    **Published:** December 2018

- **Individual Photographs:** 18-689-DG-PR-EmiliaClarke_A_0156RTV2.jpg, 18-689-DG-PR-EmiliaClarke_A_0212RTV2.jpg, 18-689-DG-PR-EmiliaClarke_B_0113RTV3.jpg, 18-689-DG-PR-EmiliaClarke_C_0099BWRTV2.jpg, 18-689-DG-PR-EmiliaClarke_C_0099RTV2.jpg, 18-689-DG-PR-EmiliaClarke_C_0137BWRT.jpg, 18-689-DG-PR-EmiliaClarke_C_0137RT.jpg, 18-689-DG-PR-EmiliaClarke_C_0223BWRTV2CL.jpg, 18-689-DG-PR-EmiliaClarke_C_0223RTV2.jpg, 18-689-DG-PR-EmiliaClarke_C_0227RTV2.jpg, 18-689-DG-PR-EmiliaClarke_C_0239BWRT.jpg, 18-689-DG-PR-EmiliaClarke_C_0239RT.jpg, 18-689-DG-PR-EmiliaClarke_C_0326RT.jpg, 18-689-DG-PR-EmiliaClarke_D_0146RTV3.jpg, 18-689-DG-PR-EmiliaClarke_F_0004BWRT.jpg, 18-689-DG-PR-EmiliaClarke_F_0004RT.jpg, 18-689-DG-PR-

|                        |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
|------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                        | EmiliaClarke_F_0069RTV3.jpg, 18-689-DG-PR-EmiliaClarke_F_0079BWRTV2CL.jpg, 18-689-DG-PR-EmiliaClarke_F_0079RTV2.jpg,                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
| Published:             | December 2018                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| • Individual Photographs: | 18-696-Madame-Figaro-Shot0-copy.jpg, 18-696-Madame-Figaro-Shot01_0185RT.jpg, 18-696-Madame-Figaro-Shot01_0196RT.jpg, 18-696-Madame-Figaro-Shot02_0382RT.jpg, 18-696-Madame-Figaro-Shot02_1094RT.jpg, 18-696-Madame-Figaro-Shot03_1560RT.jpg, 18-696-Madame-Figaro-Shot03_1706RT.jpg, 18-696-Madame-Figaro-Shot04_1859RT.jpg, 18-696-Madame-Figaro-Shot04_2116RT.jpg, 18-696-Madame-Figaro-Shot05_2703RT.jpg, 18-696-Madame-Figaro-Shot05_2808RT.jpg, 18-696-Madame-Figaro-Shot05_3030RT.jpg, 18-696-Madame-Figaro-Shot06_3221RT.jpg, 18-696-Madame-Figaro-Shot07_3755RT.jpg, 18-696-Madame-Figaro-Shot08_4123RT.jpg, 18-696-Madame-Figaro-Shot09_4543RT.jpg, 18-696-Madame-Figaro-Shot10_5061RT.jpg, 18-696-Madame-Figaro-Shot10_5658RT.jpg, 18-696-Madame-Figaro-Shot11_6143RT.jpg, 18-696-Madame-Figaro-Shot11_6180RT.jpg, |
| Published:             | December 2018                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |

## Completion/Publication

| Year of Completion: | 2018 |
|---|---|
| Earliest Publication Date in Group: | March 01, 2018 |
| Latest Publication Date in Group: | December 31, 2018 |
| Nation of First Publication: | United States |

## Author

| • Author: | WILLIAMS HIRAKAWA LLC |
|---|---|
| Author Created: | photographs |
| Work made for hire: | Yes |
| Citizen of: | Japan |

## Copyright Claimant

| Copyright Claimant: | WILLIAMS HIRAKAWA LLC |
|---|---|
|  | 10879 Hillhaven Ave., Los Angeles, CA, 91042, United States |

## Rights and Permissions

| Organization Name: | WILLIAMS HIRAKAWA LLC |
|---|---|
| Name: | SARA HIRAKAWA |
| Email: | sara@williamshirakawa.com |
| Telephone: | (917)450-2661 |
| Address: | 10879 Hillhaven Ave |
|  | Los Angeles, CA 91042 United States |

## Certification



Name: SARA HIRAKAWA
Date: April 23, 2019

Correspondence: Yes

Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.