Exhibit "F"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-229-374**
**Effective Date of Registration:**
October 19, 2020
**Registration Decision Date:**
December 28, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    For Photographs Published:   February 21, 2018 to October 10, 2018

## Title

          **Title of Group:**   Gavin Bond 2018
**Number of Photographs in Group:**   115

- **Individual Photographs:**   AU11208266, AU11208268, AU11458046, AU11208272, AU11208273, AU11208274, AU11208260, AU11208261, AU11208262, AU11208264, AU11208267, AU11208269, AU11208270, AU11208271, AU11208263, AU11208265
          **Published:**   February 2018

- **Individual Photographs:**   AU21145, AU21147, AU21153, AU21155, AU21159, AU21162, AU21168, AU21197, AU21198, AU21216, AU21234, AU11470882, AU11470894, AU11470895, AU11470896, AU11470897, AU11470898, AU11470899, AU11470900, AU11470901, AU11470902, AU11470904, AU11470903, AU11482451, AU11482452
          **Published:**   March 2018

- **Individual Photographs:**   AU11345359, AU11345361, AU11346889, AU11346890, AU11346891, AU11346893, AU11346892, AU11346894, AU11346896, AU11346895, AU11346897, AU11346898, AU11346899, AU11346901, AU11346903, AU11346904, AU11346906, AU11346905, AU11346907, AU11346908, AU11346909, AU11346910, AU11346911, AU11346912, AU11346913, AU11345358, AU11345344, AU11345345, AU11345346, AU11345347, AU11345348, AU11345349, AU11345350, AU11290968, AU11290970, AU11290964, AU11290966, AU11290965, AU11290967, AU11290971, AU11290969
          **Published:**   May 2018

- **Individual Photographs:**   AU11307714, AU11307716, AU11307715, AU11307712, AU11307713, AU11307710, AU11307711, AU11307701, AU11307700, AU11307699
          **Published:**   August 2018

- **Individual Photographs:**   AU11345337, AU11345334, AU11345336, AU11345338
          **Published:**   September 2018

- **Individual Photographs:**   AU11333434, AU11333430, AU11333426, AU11333432, AU11333427, AU11333429, AU11333428, AU11333433, AU11333431, AU11333435,

|  | AU11333437, AU11333436, AU11333439, AU11333441, AU11333438, AU11333443, AU11333444, AU11333445, AU11333446 |
|---|---|
| **Published:** | October 2018 |

## Completion/Publication

| Year of Completion: | 2018 |
|---|---|
| Earliest Publication Date in Group: | February 21, 2018 |
| Latest Publication Date in Group: | October 10, 2018 |
| Nation of First Publication: | United States |

## Author

| • Author: | Gavin Bond |
|---|---|
| Author Created: | photographs |
| Work made for hire: | No |
| Citizen of: | United Kingdom |
| Domiciled in: | United States |

## Copyright Claimant

| Copyright Claimant: | Gavin Bond |
|---|---|
| | 254 Nth 6th St Apt C, Brooklyn, NY 11211, United States |

## Rights and Permissions

| Organization Name: | AUGUST |
|---|---|
| Name: | Bill Hannigan |
| Email: | bill@augustimage.com |
| Telephone: | (121)777-7008x8 |
| Address: | 793 Broadway 2nd floor |
| | New York NY 10003  United States |

## Certification

| Name: | Joe G. Naylor |
|---|---|
| Date: | October 19, 2020 |
| Applicant's Tracking Number: | USCO-06921 |

---

| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|---|---|
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs |



containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.