Exhibit "I"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-238-548**

Effective Date of Registration:
February 05, 2021
Registration Decision Date:
February 24, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: January 03, 2014 to December 20, 2014

**Title**

| | |
|---|---|
| **Title of Group:** | Martin Schoeller 2014 |
| **Number of Photographs in Group:** | 222 |
| • **Individual Photographs:** | AU1419889, AU1445874, AU1419882, AU1419883, AU1419881, AU1419880, AU1419876, AU1419875, AU1419874, AU1479633, AU1419925, AU1419923, AU1419885, AU1419884, AU1419879, AU1419895, AU1419894, AU1419893, AU1419891, AU1419890, AU1419878, AU1419877, AU1419869, AU1419868, AU1419867, AU1419866, AU1419865, AU1419864, AU1419873, AU1419872, AU1419871, AU1419870, AU1408318, AU1419927, AU1419888, AU1419887, AU1419886, AU1419926, AU1479640, AU1403519, AU1403518, AU1403517, AU1403516, AU1403515, AU1403514, AU1403513, AU1403512, AU1403511 |
| **Published:** | January 2014 |
| • **Individual Photographs:** | AU1463521 |
| **Published:** | February 2014 |
| • **Individual Photographs:** | AU1446436, AU1458970, AU1458969, AU11230341, AU1756829, AU1446427, AU1446426 |
| **Published:** | March 2014 |
| • **Individual Photographs:** | AU1458968, AU1458966, AU1456568, AU1450021, AU1450020, AU1450019, AU1450018, AU1450017, AU1450016, AU1450015, AU1450014, AU1450013, AU1479595, AU1450012, AU11230303, AU1458967, AU1452370, AU1458965, AU1458964, AU1458963, AU1452371, AU1465509, AU1479557 |
| **Published:** | April 2014 |
| • **Individual Photographs:** | AU1450025, AU1464380, AU1464379, AU1464378, AU1464377, AU1464376, AU1896289, AU1450034, AU1450033, AU1450031, AU1450030, AU1450029, AU1450027, AU1450026, AU1450024, AU1450023, AU1450022 |
| **Published:** | May 2014 |
| • **Individual Photographs:** | AU1464374, AU1464373, AU1464372, AU1464371, AU1464370, |

|   |   |
|---|---|
|   | AU1464369, AU1464273, AU1464375, AU1464387, AU1476228, AU1476227, AU1476226, AU1476225, AU1464391, AU1464390, AU1464389, AU1464388, AU1464386, AU1464385, AU1464384, AU1464383, AU1464382, AU1464381 |
| Published: | June 2014 |
| • Individual Photographs: | AU1479577, AU1476712, AU1476710, AU1476707, AU1476706, AU1476705, AU1476711, AU11230310, AU1479654, AU1476708, AU1476709 |
| Published: | July 2014 |
| • Individual Photographs: | AU11230268, AU1508958, AU1508957, AU1508956, AU1508954, AU1508955, AU1508953, AU1508951, AU1508952, AU1508950, AU11230336, AU1508959, AU1508962, AU1508961, AU1508960, AU1513992, AU1513991, AU1513990 |
| Published: | September 2014 |
| • Individual Photographs: | AU11230370, AU1514303, AU1514302, AU1514301, AU1514300, AU1502942, AU1502941, AU1502940, AU1502939, AU1502938, AU1502936, AU1502937, AU1502935, AU1514304, AU1508136, AU1508135, AU1508137, AU1508139, AU1508138, AU1513583, AU1513587, AU1513586, AU1513585, AU1513584, AU1513581, AU1513582, AU1513580 |
| Published: | October 2014 |
| • Individual Photographs: | AU1605675, AU1605673, AU1576502, AU1576501, AU1576500, AU1576499, AU1576498, AU1521701, AU1521699, AU1521702, AU1521700, AU1521670, AU1521671, AU1521669, AU1605676, AU1521668, AU1521667, AU1521666, AU11230256, AU1521665, AU1521664, AU1605674 |
| Published: | November 2014 |
| • Individual Photographs: | AU1525040, AU1574775, AU1574774, AU1574773, AU1574772, AU1574771, AU1574770, AU1574769, AU1574768, AU1525048, AU1525047, AU1525045, AU1525044, AU1525043, AU1525042, AU1525041, AU1525039, AU1525038, AU1525037, AU1757213, AU1574763, AU1574762, AU1574764, AU1574765, AU11230366 |
| Published: | December 2014 |

## Completion/Publication

|   |   |
|---|---|
| Year of Completion: | 2014 |
| Earliest Publication Date in Group: | January 03, 2014 |
| Latest Publication Date in Group: | December 20, 2014 |
| Nation of First Publication: | Germany |

## Author

|   |   |
|---|---|
| • Author: | Martin Schoeller |
| Author Created: | photographs |
| Work made for hire: | No |
| Citizen of: | Germany |
| Domiciled in: | United States |



## Copyright Claimant

**Copyright Claimant:** Martin Schoeller
105 Hudson Street, Suite 300, New York, NY 10013, United States

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (212)777-0088
**Address:** 793 Broadway 2nd fl
New York, NY 10003  United States

## Certification

**Name:** Joe G. Naylor
**Date:** February 04, 2021
**Applicant's Tracking Number:** USCO-07227

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.