Exhibit "J"





## RELATED ARTICLES



{HOLIDAY SEASON LIVE} FUTURE "SAVE ME" DROPS FRIDAY

📁 Uncategorized  ⏲ Jan 5, 2019  💬 0

{HOLIDAY SEASON LIVE} TRUMP ADDRESSES THE NATION!

📁 Uncategorized  ⏲ Nov 22, 2018  💬 0

**No comments**

Message

Name*...  Email*...  Website...

SEND

### THE DATE DILEMMA

### GM COLLEGE APPRECIATION

### BLACK RADIO UNITED

### STREETZ945 PLAYLIST

Page 3
{HOLIDAY SEASON LIVE} KEVIN DURANT "BUM A** ESPN..." - Streetz 94.5
https://streetz945atl.com/2017/08/16/holiday-season-live-kevin-durant-bum-a-espn/





Page 4
{HOLIDAY SEASON LIVE} KEVIN DURANT "BUM A** ESPN..." - Streetz 94.5
https://streetz945atl.com/2017/08/16/holiday-season-live-kevin-durant-bum-a-espn/



WIZKID

LISTEN LIVE

RECENT POSTS

WE'RE SOCIAL

NO. 1 GEORGIA TOPS KENTUCKY, GOES UNBEATEN IN SEC ACTION

© COPYRIGHT CORE COMMUNICATORS BROADCASTING, LLC. ALL RIGHTS RESERVED.

HOME   PERSONALITIES   PHOTOS   CONTACT US

Captured by FireShot Pro: 23 November 2022, 12:45:57
https://getfireshot.com





## RELATED ARTICLES



No comments

Message

Name*...    Email*...    Website...

SEND

Page 3
Chadwick Boseman dies at 43 after 4-year fight with colon cancer - Streetz 94.5
https://streetz945atl.com/2020/08/28/chadwick-boseman-dies-at-43-after-4-year-fight-with-colon-cancer/



STREETZ945ATL FANBASE





© COPYRIGHT CORE COMMUNICATORS BROADCASTING, LLC. ALL RIGHTS RESERVED.

HOME   PERSONALITIES   PHOTOS   CONTACT US







## RELATED ARTICLES

(MIDDAYS WITH JAZZY MCBEE) ISSA RAE PLANS TO REMAKE SET IT OFF

(MIDDAYS W/ JAZZY MCBEE) DR. DRE DONATES $10 MILLION TO COMPTON HIGH SCHOOL

No comments

Message

Name*...    Email*...    Website...

SEND

THE DATE DILEMMA



DRAKE "ITS AL A BLUR TOUR"





STREETZ945 PLAYLIST



STREETZ945ATL FANBASE





Captured by FireShot Pro: 23 March 2023, 14:17:49
https://getfireshot.com



Page 1
Streetz 94.5 Atlanta on Instagram: "#Streetz945 @miasiasymone reports on her #94SecondScoop that according to #NewYorkPost the Black Lives Matter founders have been making…."
https://www.instagram.com/p/Cb_W5HkA4y-/

## Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

— More





**streetz945atl** · Follow

**streetz945atl** #Streetz945
@miasiasymone reports on her
#94SecondScoop that according to
#NewYorkPost the Black Lives Matter
founders have been making some big
purchases with the money that was so
called donated to help the BLM
movement 👀 . Patrisse Cullors, Alicia
Garza and Melina Abdullah were the
Three leaders of the movement and
they were seen in a video toasting
champagne at the secretly bought
property. The $6 Million dollar
property was not reported and the
BLM officials tried to hide the
information from nosey journalists.

Reports say that the property has over
6 bedrooms & bathrooms, a pool, and
space for parking that can hold more...

**134 likes**
APRIL 5, 2022

Add a comment...                    Post

More posts from **streetz945atl**





Captured by FireShot Pro: 23 March 2023, 12:19:25
https://getfireshot.com

Page 1
Streetz 94.5 Atlanta on Instagram: "Special happy birthday to #JanelleMonae #ZoeKravitz #DeseanJackson and #RichardPryor from @joclive featuring the @streetzmorningtakeover..."
https://www.instagram.com/p/CW8KSr3Iena/



Page 1
Streetz 94.5 Atlanta on Instagram: "Y'all rocking with Hotel Lobby by @quavohuncho & @yrntakeoff 🐍 You know we are HERE on 🔛 #dacultureshift with @IAmFlyGuyDc &..."
https://www.instagram.com/p/Cd4cRWAOgM4/









Contemporary Art Chicago.

Abloh's death stunned the entertainment world. Actor Riz Ahmed said on Twitter that Abloh "stretched culture and changed the game." Fashion designer Jeff Staple wrote, "You taught us all how to dream." Pharrell Williams called Abloh "a kind, generous, thoughtful creative genius."

Abloh took what he called a "3% approach" to fashion — that a new design could be created by changing an original by 3%. Critics said Abloh was more brilliant at repackaging than creating something new. But Abloh's style was also self-aware — quotation marks were a trademark label for him — and high-minded.

"Streetwear in my mind is linked to Duchamp," Abloh told the New Yorker in 2019. "It's this idea of the readymade. I'm talking Lower East Side, New York. It's like hip-hop. It's sampling. I take James Brown, I chop it up, I make a new song."

Stars lined up to be dressed by Abloh. Beyoncé, Michael B. Jordan, Kim Kardashian West, Timothée Chalamet and Serena Williams have worn his clothes.

Abloh's Off-White label, which LVMH acquired a majority stake in earlier this year, made him an arbiter of cool. But his appointment at Louis Vuitton brought Abloh to the apex of an industry he was once a scrappy outsider in — and made Abloh one of the most powerful Black executives in a historically closed fashion world.

As Abloh prepared for his debut menswear show in 2018, he told GQ, "I now have a platform to change the industry."

"We're designers, so we can start a trend, we can highlight issues, we can make a lot of people focus on something or we can cause a lot of people to focus on ourselves," Abloh said. "I'm not interested in (the latter). I'm interested in using my platform as one of a very small group of African-American males to design a house, to sort of show people in a poetic way."

Abloh is survived by his wife Shannon Abloh and his children, Lowe and Grey.

Tags:    #STREETZ945atl    Virgil Abloh

## SHARE ON





YK OSIRIS TEACHES STACKBO$$ CA$H & IS READY TO PAY THE BABY $$K DEBT



WARY, WEARY WORLD SLAMS DOORS SHUT IN FACE OF NEW VARIANT

## RELATED ARTICLES



CARDI B & OFFSET OPENS FIRST MCDONALDS
🖿 Uncategorized  🕓 Jul 27, 2023  □ 0



STREETZ MORNING TAKEOVER| SOULJA BOY IN TROUBLE WITH THE FEDS?
🖿 Uncategorized  🕓 Nov 8, 2018  □ 0

## No comments

Message

Name*...        Email*...        Website...

☐

SEND



— DRAKE "ITS AL A BLUR TOUR" —






— STREETZ945 PLAYLIST —



— STREETZ945ATL FANBASE —



Page 3
Fashion designer Virgil Abloh dies of cancer at 41 · Streetz 94.5
https://streetz945atl.com/2021/11/28/fashion-designer-virgil-abloh-dies-of-cancer-at-41/



Captured by FireShot Pro: 23 March 2023, 13:58:50
https://getfireshot.com







## RELATED ARTICLES



No comments

Message

Name*...    Email*...    Website...

SEND

THE DATE DILEMMA



DRAKE "ITS AL A BLUR TOUR"





STREETZ945 PLAYLIST



STREETZ945ATL FANBASE



Page 3
[MIDDAYS W/ JAZZY MCBEE] FETTY WAP REPORTEDLY NOT FILING POLICE REPORT FOLLOWING ROBBERY! - Streetz 94.5
https://streetz945atl.com/2017/03/28/middays-w-jazzy-mcbee-fetty-wap-reportedly-not-filing-police-report-following-robbery/













RELATED ARTICLES



No comments

Message

Name*...    Email*...    Website...

SEND



— DRAKE "ITS AL A BLUR TOUR" —







STREETZ945 PLAYLIST



STREETZ945ATL FANBASE



Page 3
{ MIDDAYS W/ JAZZY MCBEE } FETTY WAP ARRESTED? - Streetz 94.5
https://streetz945atl.com/2017/11/03/middays-w-jazzy-mcbee-fetty-wap-arrested/



Captured by FireShot Pro: 23 March 2023, 14:06:57
https://getfireshot.com



Captured by FireShot Pro: 23 November 2022, 12:52:43
https://getfireshot.com

Page 2
(STREETZ MORNING TAKEOVER) KEVIN HART SUED BY FAN WHO CLAIMS ATTACKED! - Streetz 94.5
https://streetz945atl.com/2017/08/10/streetz-morning-takeover-kevin-hart-sued-by-fan-who-claims-attacked/





No comments

Message

Name*...   Email*...   Website...

SEND

— THE DATE DILEMMA —

— GM COLLEGE APPRECIATION —

— BLACK RADIO UNITED —

— STREETZ945 PLAYLIST —

Page 3
{STREETZ MORNING TAKEOVER} KEVIN HART SUED BY FAN WHO CLAIMS ATTACKED! - Streetz 94.5
https://streetz945atl.com/2017/08/10/streetz-morning-takeover-kevin-hart-sued-by-fan-who-claims-attacked/





Page 4
(STREETZ MORNING TAKEOVER) KEVIN HART SUED BY FAN WHO CLAIMS ATTACKED! - Streetz 94.5
https://streetz945atl.com/2017/08/10/streetz-morning-takeover-kevin-hart-sued-by-fan-who-claims-attacked/



Captured by FireShot Pro: 23 November 2022, 12:52:43
https://getfireshot.com