

| Atlanta Police Department<br>Policy Manual | | Standard Operating<br>Procedure |
|---|---|---|
| Effective Date<br>September 15, 2015 | | APD.SOP.2010<br>Work Rules |
| Applicable To:  All employees | | |
| Approval Authority:  Chief George N. Turner | | |
| Signature:  Signed by GNT | | Date Signed:  9/4/2015 |

Table of Content

| 1. | PURPOSE | 2 |
|---|---|---|
| 2. | POLICY | 2 |
| 3. | RESPONSIBILITIES | 2 |
| 4. | ACTION | 2 |
| 4.1 | Professional Conduct and Responsibilities | 2 |
| 4.1.1 | Appropriate Action Required | 2 |
| 4.1.2 | Cooperation | 3 |
| 4.1.3 | Truthfulness | 3 |
| 4.1.4 | Conduct | 3 |
| 4.1.5 | Obey the Law | 3 |
| 4.1.6 | Criticism | 3 |
| 4.1.7 | Suspended Employees | 3 |
| 4.1.8 | Soliciting Gifts, Gratuities, Fees, Loans, Etc. | 3 |
| 4.1.9 | Acceptance of Gifts, Gratuities, Fees, Loans, Etc. | 4 |
| 4.1.10 | Reward | 4 |
| 4.1.11 | Bribery | 4 |
| 4.1.12 | Transactions with Involved Persons | 4 |
| 4.1.13 | Using Position for Personal Gain | 4 |
| 4.1.14 | Confidentiality of Department Business | 4 |
| 4.1.15 | Right to Know | 4 |
| 4.1.16 | Personal Debt | 5 |
| 4.1.17 | Personal Problems | 5 |
| 4.1.18 | Provide Telephone Number | 5 |
| 4.1.19 | Report of Change of Address | 5 |
| 4.1.20 | Threat or Violence to an Employee | 5 |
| 4.1.21 | Personal Business | 5 |
| 4.2 | General Conduct on Duty | 5 |
| 4.2.1 | Public Service | 5 |
| 4.2.2 | Courtesy | 6 |
| 4.2.3 | Responsibilities of Supervisor | 6 |
| 4.2.4 | Manner of Issuing Orders | 6 |
| 4.2.5 | Unlawful Orders | 6 |
| 4.2.6 | Obedience to Unlawful or Improper Orders | 6 |
| 4.2.7 | Improper Orders | 6 |
| 4.2.8 | Conflicting Orders | 7 |
| 4.2.9 | Obeying Supervisory Personnel | 7 |
| 4.2.10 | Chain of Command | 7 |
| 4.2.11 | Forwarding Written Communication | 7 |
| 4.2.12 | Discrimination | 7 |
| 4.2.13 | Discriminatory References | 7 |
| 4.2.14 | Intoxicants, Stimulants, or Depressants | 7 |
| 4.2.15 | Physical Fitness for Duty | 8 |
| 4.2.16 | Sleeping on Duty | 8 |
| 4.2.17 | Malingering or Pretending | 8 |
| 4.2.18 | Punctuality | 8 |
| 4.2.19 | Absence from Duty | 8 |
| 4.2.20 | Keeping Up to Date | 8 |

| 4.2.21 | Submitting Reports | 8 |
|---|---|---|
| 4.2.22 | Identification Cards | 8 |
| 4.2.23 | Giving Identification | 9 |
| 4.2.24 | Senior Employee in Charge | 9 |
| 4.2.25 | Private Business | 9 |
| 4.2.26 | Peddling and Soliciting Prohibited | 9 |
| 4.2.27 | Loitering by Public | 9 |
| 4.2.28 | Intentionally Omitted | 9 |
| 4.2.29 | Department Correspondence | 9 |
| 4.2.30 | Recovered Property | 10 |
| 4.2.31 | Recommending Attorneys, Bondsmen, Etc. | 10 |
| 4.2.32 | General Appearance | 10 |
| 4.2.33 | Conformance to Directives | 10 |
| 4.2.34 | Abuse of Leave | 10 |
| 4.2.35 | Job Actions Prohibited | 10 |
| 4.2.36 | Personality Clashes | 10 |
| 4.2.37 | Unsatisfactory Performance | 10 |
| 4.2.38 | Outside Employment | 11 |
| 4.2.39 | Understanding Directives | 11 |
| 4.2.40 | Call to Duty | 11 |
| 4.2.41 | Available for Service | 11 |
| 4.2.42 | Wearing of Uniforms and Equipment | 11 |
| 4.2.43 | Radio to Remain On | 11 |
| 4.2.44 | Interfering with Radio Communication | 11 |
| 4.2.45 | Emergency Situations | 12 |
| 4.2.46 | Mutual Protection/Assistance | 12 |
| 4.2.47 | Off-Duty Situations | 12 |
| 4.2.48 | Cowardice | 12 |
| 4.2.49 | Abuse of Authority | 12 |
| 4.2.50 | Maltreatment or Unnecessary Force | 12 |
| 4.2.51 | Reporting Required When Force Used | 12 |
| 4.2.52 | Off-Duty Employee in Uniform in Public | 12 |
| 4.2.53 | Situations Involving Off-Duty Employees | 13 |
| 4.2.54 | Civil Actions | 13 |
| 4.2.55 | Divorce Actions | 13 |
| 4.2.56 | Situations Involving Family or Friends | 13 |
| 4.2.57 | Outside Affiliation | 13 |
| 4.2.58 | Conflicts of Interests | 13 |
| 4.2.59 | Fraternizing w/Persons of Questionable Character | 13 |
| 4.2.60 | Access to Places of Business | 14 |
| 4.2.61 | Supervisor-Subordinate Relationship | 14 |
| 4.2.62 | Indebtedness | 14 |
| 4.2.63 | Business Transactions w/Defendants or Prisoners | 14 |
| 4.2.64 | Work by Inmates | 14 |
| 4.2.65 | Contraband | 14 |
| 4.2.66 | Security Matters | 14 |
| 4.2.67 | Firearms Prohibited in Restricted Areas | 14 |
| 4.3 | Judiciary Bodies and Investigative Boards | 14 |
| 4.3.1 | Conduct and Appearance in Court | 14 |
| 4.3.2 | Subpoenaed as Defense Witness | 15 |

EXHIBIT

1



Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules



| | | |
|---|---|---|
| 4.3.3 | Arrest of or Court Actions Involving an Employee | 15 |
| 4.3.4 | Receipt of Service of Process | 15 |
| 4.3.5 | Claims for Damage and Legal Compromise | 15 |
| 4.3.6 | Preservation of Information | 15 |
| 4.4 | Department Property and Equipment | 16 |
| 4.4.1 | Responsibility for Examination of City Property | 16 |
| 4.4.2 | Operator to be Qualified and Authorized | 16 |
| 4.4.3 | City Vehicles or Vehicles used for LE purposes | 16 |
| 4.4.4 | Operation of City Vehicles used for LE purposes | 16 |
| 4.4.5 | Vehicle Appearance | 16 |
| 4.4.6 | Safe Driving Techniques | 17 |
| 4.4.7 | Vehicle Maintenance Checklist | 17 |
| 4.4.8 | Personal use of property | 17 |
| 4.5 | Public Activities | 17 |
| 4.5.1 | Endorsements and Testimonials | 17 |
| 4.5.2 | Authoring Books, Pamphlets, or Articles | 17 |
| 4.5.3 | Improper Organizations | 17 |
| 4.5.4 | Soliciting Advertising | 17 |
| 4.5.5 | Political Activity | 18 |
| 4.5.6 | Contributions | 18 |
| 4.6 | Firearms | 18 |
| 4.6.1 | Approved Type | 18 |

| | | |
|---|---|---|
| 4.6.2 | Issuance | 18 |
| 4.6.3 | Personal Weapons | 18 |
| 4.6.4 | Ammunition | 19 |
| 4.6.5 | Qualifying | 19 |
| 4.6.6 | Carrying of Firearms | 19 |
| 4.6.7 | Carrying a Firearm Aboard Commercial Aircraft | 19 |
| 4.6.8 | Safeguarding of Firearms | 19 |
| 4.6.9 | Use of Firearms | 19 |
| 4.6.10 | Reporting Discharge of Firearm | 20 |
| 4.6.11 | Display of Firearms | 20 |
| 4.6.12 | Loss or Theft | 20 |
| 4.6.13 | Maintenance and Repair | 21 |
| 4.6.14 | Altering Firing Mechanism | 21 |
| 4.6.15 | Inspection | 21 |
| 4.6.16 | Investigations of Firearms Use | 21 |
| 4.6.17 | Other Weapons and Equipment | 22 |
| 5. | DEFINITIONS | 22 |
| 6. | CANCELLATIONS | 22 |
| 7. | REFERENCES | 22 |

1.      PURPOSE

To establish a set of work rules and a general code of conduct for all employees of the Atlanta Police Department.

2.      POLICY

The Atlanta Police Department shall develop and maintain a set of work rules and a general code of conduct to regulate employee's behavior that shall reflect the highest standards of professionalism in law enforcement. All employees shall comply with established work rules and the general code of conduct. All violations of established work rules shall be investigated fairly, uniformly, and equitably.

3.      RESPONSIBILITIES

3.1     All supervisors are responsible for ensuring that all employees comply with this directive and for reporting and investigating violations in accordance with APD.SOP.2020 "Disciplinary Process."

3.2     All employees are responsible for complying with this directive.

3.3     The Office of Professional Standards is responsible for investigating violations of this directive as outlined in APD.SOP.2020 "Disciplinary Process".

4.      ACTION

4.1     Professional Conduct and Responsibilities

Employees of the Atlanta Police Department shall observe and abide by the following work rules that pertain to on duty and off duty situations:

4.1.1   Appropriate Action Required

Employees shall respond in an appropriate manner to all situations by:



Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules



1.  Being considerate of the rights, feelings, and interests of all persons;

2.  Taking action in each situation to provide the necessary and appropriate service and insuring the proper notification of supervisors when appropriate;

3.  Requesting the assistance of supervisors when the appropriate action required is unclear, not possible given circumstances, or not within the scope of authority of the employee of whom such action was requested; and

4.  Performing official acts in a lawful, restrained, dignified, impartial, and reasonable manner.

4.1.2   Cooperation
        CALEA 5th ed. Standards 2.1.2 and 12.1.4

1.  Employees shall cooperate with other employees and with the employees of other public agencies as necessary toward the accomplishment of professional responsibilities.

4.1.3   Truthfulness

1.  Employees shall be truthful in their written and spoken words at all times.

4.1.4   Conduct

1.  Employees shall not act in an official or private capacity in a manner that shall bring discredit upon the Department or themselves.

4.1.5   Obey the Law
        CALEA 5th ed. Standards 1.1.1 and 1.1.2

1.  Employees shall uphold the Constitutions of the United States and the State of Georgia, obey all applicable federal, state, and local laws, and comply with all applicable court decisions and orders of the courts.

4.1.6   Criticism

1.  Employees shall not publicly criticize any employee or any order, action, or policy of the Department except as officially required. Criticism, when required, shall be directed only through official Department channels, to correct any deficiency, and shall not be used to the disadvantage of the reputation or operation of the Department or any employees.

4.1.7   Suspended Employees

1.  An employee suspended without pay must relinquish their city-issued firearm, badge, and all identification cards, or any other department equipment to an OPS Supervisor, as soon as the suspension becomes effective. These items may be stored at OPS or in the Property Control Unit. Upon relinquishing their city-issued equipment, the employee will be given a copy of their property receipt form.

4.1.8   Soliciting Gifts, Gratuities, Fees, Loans, Etc.

1.  Employees shall not solicit any gift, gratuity, loan, or fee where there is any direct or indirect connection between the solicitation and their employment with the Department

 

Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules

4.1.9      Acceptance of Gifts, Gratuities, Fees, Loans, Etc.

1. Employees shall not accept, either directly or indirectly, any gift, gratuity, loan, fee, or any other thing of value arising from or offered them because of their employment with the Department without the written permission of the Chief of Police.

2. Employees shall not accept, either directly or indirectly, any gift, gratuity, loan, fee, or other thing of value that might tend to influence their actions or that of any other employee in any matter of Department business.

3. Employees shall not accept, either directly or indirectly, any gift, gratuity, loan, fee, or any other thing of value, which might tend to cast an adverse reflection on the Department or any employee thereof.

4.1.10     Reward

1. Employees shall not accept any reward, of any kind, from any persons, without the prior written permission of the Chief of Police.

4.1.11     Bribery

1. Employees shall not accept any money, gratuity, loan, fee, gift of any kind, or any other thing of value, from any person if the purpose is intended to influence the employee in the performance of their official duties.

4.1.12     Transactions with Involved Persons

1. Employees shall not engage in any transaction with any complainant, suspect, defendant, prisoner, or other person involved in a Department matter whereby the successful prosecution of that matter or an employee's personal integrity may be jeopardized.

4.1.13     Using Position for Personal Gain

1. Employees shall not use their official position, identification, or employment with the Department for financial gain.

4.1.14     Confidentiality of Department Business

1. Employees shall treat as confidential the business, activities, files and reports of the Department. They must not impart knowledge of the above except to those who have a "right to know." Employees shall also comply with any nondisclosure agreement(s) in which they have entered.

4.1.15     Right to Know

1. Employees who are unable to determine an individual's or organizations "right to know," shall refer the matter to a supervisor.

4.1.16     Personal Debt

1. Employees shall not contract a debt under false or fraudulent pretenses. Employees shall not refuse to discharge their lawful obligations without reasonable cause.

 

Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules

**4.1.17    Personal Problems**
CALEA 5th ed. Standard 26.1.1

Employees with personal problems may discuss those difficulties with any of the following:

1.    His/ her immediate supervisor;

2.    His/her unit or division commander;

3.    The Department chaplain;

4.    The Personnel Services Unit commander; or

5.    The Bureau of Employee Assistance Services.

**4.1.18    Provide Telephone Number**

1.    Employees shall maintain telephone service and provide the Department and their immediate supervisor with that number. Any change of telephone number shall be immediately reported in writing. Telephone numbers shall be kept confidential.

**4.1.19    Report of Change of Address**

1.    Employee shall keep the Department and their immediate supervisor informed of their current place of residence. Any change of address shall be immediately reported in writing. Addresses shall be kept confidential.

**4.1.20    Threat or Violence to an Employee**

1.    Employees shall not threaten, strike, or attempt to strike any other employee or threaten any violence against another employee.

**4.1.21    Personal Business**

1.    Employees shall not use any property, equipment, or facilities purchased, leased, or owned by the Department or the City to conduct personal business.

**4.2    General Conduct on Duty**
CALEA 5th ed. Standard 26.1

Employees of the Department shall observe and abide by the following work rules while on duty or representing the Department:

**4.2.1    Public Service**

1.    Employees shall promptly, courteously, and effectively assist the public. A citizen's need for assistance takes precedence over any activity, except those of an emergency nature. Routine Department business shall not take precedence over providing service to the public. Prompt assistance shall be rendered whether requested in person, by telephone, or by letter. Employees shall provide immediate attention to the needs of any person without referral to any other employee or agency unless this cannot be avoided.



Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules



4.2.2   Courtesy

1. Employees shall be civil, orderly and courteous to the public, co-workers, and supervisors and should not use coarse, insensitive, abusive, violent, or profane language.

2. When in public, in an on-duty capacity or official capacity, employees shall be referred to by their appropriate rank, position, and/or title.

4.2.3   Responsibilities of Supervisor
CALEA 5th ed. Standard 11.3.2

1. Supervisory employees shall enforce the rules and regulations of the Department and shall ensure the proper conformity to Department policies and procedures.

2. Supervisors shall take immediate, appropriate action(s) when the conduct of any employee is contrary to the public interest or the good reputation or proper operation of the Department.

4.2.4   Manner of Issuing Orders

1. Supervisors shall issue orders to employees in a clear, articulate, understandable, and professional manner.

4.2.5   Unlawful Orders

1. Supervisors are prohibited from issuing any order which is in violation of any law or Department rule, regulation, directive, or procedure.

4.2.6   Obedience to Unlawful or Improper Orders

1. Employees are not required to obey an order that is improper or contrary to federal, state, or local laws or Department rules, directives, or procedures. Obedience to an unlawful or improper order is never a defense for unlawful or improper action.

2. The responsibility for refusal to obey an order rests with the refusing employee who shall be required to justify his/her actions.

4.2.7   Improper Orders

1. Employees who receive an improper or unlawful order shall, at the first opportunity, report the facts of the incident and the action taken in writing to the Chief of Police through the chain of command.

4.2.8   Conflicting Orders

1. Upon receipt of an order conflicting with any previous order, instruction, or directive, the employee affected shall, when practicable, advise the person issuing the second order of this fact in writing.

2. Responsibility for countermanding the original instruction rests with the individual issuing the second order.



Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules



    3.   If so directed by a supervisor, the latter command shall be obeyed, unless that command is unlawful or improper.

4.2.09    Obeying Supervisory Personnel

    1.   Employees shall promptly obey all proper and lawful orders of supervisors and other employees assigned to act in a supervisory capacity, including any order relayed from a superior by an employee of the same or lesser rank.

4.2.10    Chain of Command

    1.   Employees shall conduct all official business through the chain of command. While lateral communication is encouraged, employees shall inform immediate supervisors of significant matters and parties involved in such lateral communications.

4.2.11    Forwarding Written Communication

    1.   Employees who receive a written communication from another employee directed to a higher authority shall initial and promptly forward it through the chain of command, indicating approval or disapproval, and shall make such explanatory comments as the matter requires so as to fully inform the higher authority.

4.2.12    Discrimination

    1.   Employees shall not allow any of their actions or decisions to be affected by prejudice of gender, race, color, religion, sexual orientation, social class, position or standing in the community, or political belief.

4.2.13    Discriminatory References

    1.   Employees shall not refer to any person in a derogatory manner because of their gender, race, color, religion, sexual orientation, social class, position or standing in the community, or political preference.

4.2.14    Intoxicants, Stimulants, or Depressants

    1.   Employees shall not consume intoxicants or illegal substances while on duty nor shall they consume intoxicants or legal or illegal substances to the extent that performance is impaired.

    2.   The smell of intoxicants on the breath or any impaired performance resulting from the use of intoxicants or legal or illegal substances by an employee reporting for duty or on duty is grounds for disciplinary action. The employee shall be immediately relieved from duty.

    3.   Intoxicants or illegal substances shall not be consumed in any Department facility or vehicle.

4.2.15    Physical Fitness for Duty
          CALEA 5th ed. Standard 22.3.2

    1.   Employees shall maintain such physical condition that they can fulfill the duties of their assignments.

 

Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules

    2.   Minimum Physical requirements:  Employees must be physically able to operate a variety of job related machines and equipment. Employees must be able to use body members to work, move or carry related objects or materials. Employees must be able to exert up to one hundred pounds of force occasionally, and/or up to fifty pounds force frequently. The physical demand requirements are at levels of those for active work. Employees must be able to lift and/or carry weights of fifty to one hundred pounds.

**4.2.16    Sleeping on Duty**

    1.   Employees shall not sleep or doze during the time they are on duty and are responsible for reporting to work physically able to appropriately complete the tour of duty.

    2.   Employees unable to remain awake or complete the tour of duty shall report to their supervisor who shall take appropriate action.

**4.2.17    Malingering or Pretending**

    1.   Employees shall not attempt to avoid their duties by feigning illness or by giving a false impression that they are performing their duties.

**4.2.18    Punctuality**

    1.   Employees shall be punctual when reporting for duty or reporting or performing any official act.

**4.2.19    Absence from Duty**

    1.   Employees shall not absent themselves from their assignment without permission from a supervisor or until properly relieved.

**4.2.20    Keeping Up to Date**

    1.   Employee reporting for duty shall acquaint themselves with events that have taken place since the end of their last tour of duty that pertain to their responsibilities or assignment.

**4.2.21    Submitting Reports**

    1.   Employees shall submit all reports which are required of them as promptly, correctly and completely as possible.

**4.2.22    Identification Cards**

    1.   While on duty and not in uniform, in Atlanta Police Department facilities, employees shall wear the department's issued photo identification card above the waist.

    2.   While on duty and not in uniform, outside department's facilities, employees shall have the department issued photo identification card readily available on their person. Employees working undercover assignments are exempt from this requirement.



Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules



3. While on duty and in uniform, other than *the sole exceptions of* a rain slicker or a traffic direction vest, employees shall at all times wear a conspicuously visible nametag.

   *This Subsection, 4.2.22 (3), may not be deleted, revised, or amended pursuant to the May 19, 2015 Order in Calhoun, et al. v. Pennington, et al. 1:09-CV-3286-TCB. Consult the City of Atlanta Department of Law with any questions or concerns.*

4.2.23   Giving Identification

   1. Employees who are in uniform, who have displayed a badge or have otherwise identified themselves as sworn employees, shall identify themselves by name and badge number upon request while on duty or performing their official duties.

   2. Sworn employees at the rank of Investigator or above shall provide, upon request, the badge number that was initially assigned to them at the rank of Officer.

   *This Section, 4.2.23, may not be deleted, revised, or amended pursuant to the May 19, 2015 Order in Calhoun, et al. v. Pennington, et al. 1:09-CV-3286-TCB. Consult the City of Atlanta Department of Law with any questions or concerns.*

4.2.24   Senior Employee in Charge

   1. When two or more employees of equal rank are simultaneously engaged in the same operation, the employee with longest service in rank shall be in charge, except when otherwise designated by a supervisor or Department policy.

4.2.25   Private Business

   1. Employees shall not conduct private business while on duty. Lunch periods are exempt.

4.2.26   Peddling and Soliciting Prohibited

   1. Employees shall not peddle or solicit in Department facilities or on Department property unless authorized by the Chief of Police.

4.2.27   Loitering by Public

   1. Employees shall not permit persons to loiter on Departmental premises or in a Department facility or vehicle, unless they are conducting official business.

4.2.28   Intentionally Omitted

4.2.29   Department Correspondence

   1. Employees shall not use Department stationery, postage, duplicating machines, typing support, or other equipment, except for official Department correspondence.

4.2.30   Recovered Property

   1. Employees shall be responsible for all property coming into their possession. Employees shall handle all property in accordance with Department policy and procedure.




Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules

**4.2.31**    Recommending Attorneys, Bondsmen, Etc.

1. Employees, while on duty or acting in an official capacity, shall not recommend an attorney or bondsman nor act as a bailer.

**4.2.32**    General Appearance

1. Employees shall be neat, clean, and well groomed while on duty. Dress shall be appropriate given the position and/or function of the employee and reflect standards that depict public service employees in the best possible image.

2. Employees shall not wear articles of clothing or ornamentation while on duty if the wearing, or the article itself, symbolizes or represents an organization or philosophy which supports discrimination in any form or any other abridgement of human rights.

**4.2.33**    Conformance to Directives

1. Employees are required to familiarize themselves with, and conform to, the rules, regulations, directives, and standard operating procedures of the Department.

**4.2.34**    Abuse of Leave

1. Employees shall not misuse or abuse the leave policies, procedures, practices, or records of the Department.

**4.2.35**    Job Actions Prohibited

1. Employees shall not, at any time, under any circumstances, participate in any job actions or apparent job actions (i.e., strikes, walk-outs, work stoppages, work slowdowns, or "sick-outs", etc.)

**4.2.36**    Personality Clashes

Employees who have personality problems involving another employee, which cannot be resolved amicably, may consult with any of the following:

1. His/her immediate supervisor;

2. His/her unit, section, or division commander;

3. The Personnel Services Unit commander; or

4. The Bureau of Employee Assistance Services

**4.2.37**    Unsatisfactory Performance

1. Employees shall maintain sufficient competency to perform their duties and assume the responsibilities of their position. Employees shall perform their duties in a manner which shall establish and maintain the highest standards of efficiency in carrying out the functions and objectives of the Department.




Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules

2. Unsatisfactory performance may be demonstrated by a lack of knowledge of the application of the laws required to be enforced; an unwillingness or inability to perform assigned tasks; the failure to conform to work standards established for the employee's rank, grade, or position; the failure to take appropriate action on the occasion of a situation or incident deserving a public safety employee's attention; absence without leave; or unexcused absence from a duty assignment during a tour of duty.

3. In addition to other indications of unsatisfactory performance, repeated poor evaluations and/or repeated infractions of Department directives shall be considered prima facie evidence of unsatisfactory performance of duty:

4.2.38    Outside Employment

1. Employees shall not engage in any employment outside the Department without the prior written permission of the Chief of Police or his or her designee.

4.2.39    Understanding Directives

1. Employees who do not understand an official Department directive or procedure shall seek the advice of their supervisor.

4.2.40    Call to Duty

1. Employees shall be subject to call to active duty 24 hours a day and shall be prepared to assume active duty if ordered by a supervisor.

4.2.41    Available for Service

1. Employees shall keep themselves available for service at all times while on duty unless they are on specific assignment.

4.2.42    Wearing of Uniforms and Equipment

1. Employees shall comply with the standards and regulations that address the wearing of Department uniforms and equipment.

4.2.43    Radio to Remain On

1. Employees who have been assigned a radio for communicating purposes shall ensure that the radio is fully operational, powered, audible, and tuned to the appropriate frequency at all times while on duty unless otherwise authorized by a supervisor or necessary for the safety of the employee.

2. Employees who have been assigned a Department or City issued communication device shall ensure that the communication device is fully operational, powered, and audible while on duty unless otherwise authorized by a supervisor or necessary for the safety of the employee.

4.2.44    Interfering with Radio Communication

1. Employees shall not willfully, intentionally, or otherwise interfere with radio communication except in exigent circumstances.




Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules

4.2.45      Emergency Situations

1. Employees shall perform in all emergency situations in accordance with established
   Department procedures and shall perform during training drills in the same manner.
   Emergency situations may include, but are not limited to: terrorist activities or attacks, bomb
   threats or explosions, acts of civil unrest, fires, etc.

4.2.46      Mutual Protection/Assistance

1. Employees shall assist and/or protect any other employee immediately upon observing or
   hearing that said employee needs or requests assistance.

4.2.47      Off-Duty Situations

1. Employees shall take appropriate and necessary action when off duty in any situation where
   a felony is being committed or human life is endangered. Employees shall turn the situation
   over to on-duty public safety employees as soon as possible.

4.2.48      Cowardice

1. Employees shall not shrink from danger or fail to discharge their official duties.

4.2.49      Abuse of Authority

1. Employees shall not use their authority to abuse, harass, oppress, or persecute any person.

4.2.50      Maltreatment or Unnecessary Force

1. Employees are expressly prohibited from the unnecessary or unreasonable use of force
   against any person or property

2. Employees shall only use that force which is reasonable and necessary to affect an arrest,
   prevent an escape, necessarily restrict the movement of a prisoner, defend himself/herself
   or another from physical assault, or to accomplish other lawful objectives. The
   reasonableness inquiry refers to whether the employee's actions are "objectively
   reasonable" in light of the facts and circumstances confronting him or her, without regard to
   their underlying intent or motivation. The "reasonableness" of a particular use of force must
   be judged from the perspective of a reasonable officer on the scene, and its calculus must
   embody an allowance for the fact that police officers are often forced to make split second
   decisions about the amount of force necessary in a particular situation (Graham v. Connor,
   490 U.S. 386 (1989).

4.2.51      Reporting Required When Force Used

1. Employees who use force against any person or the property of any person shall make a
   report of the incident and report it to their supervisor as soon as practicable.

4.2.52      Off-Duty Employee in Uniform in Public

1. Employees appearing in public in uniform shall be considered on duty and must be prepared
   to assist the public by taking whatever public safety action is appropriate and necessary.

 

Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules

4.2.53    Situations Involving Off-Duty Employees

1.  Employees confronted with a situation requiring public safety intervention or action in which an off-duty employee is involved shall not intervene, except to meet an emergency that exists. As soon as possible, the employee shall notify Communications and request that a supervisor or OPS respond to the scene.

4.2.54    Civil Actions

1.  Employees shall not render any aid or assistance, in an official capacity, to either party in a civil dispute, except when ordered to do so by the court. This shall not prohibit an employee from advising a person that a matter is civil and referring that person to the proper agency for service.

4.2.55    Divorce Actions

1.  Employees shall not render any aid or assistance to either party in any divorce case or any case leading up to a divorce action, except where an emergency exists or a criminal act (or potential criminal act) has been committed and requires public safety action.

4.2.56    Situations Involving Family or Friends

1.  Employees who are confronted with a situation where public safety action is required involving family members or friends shall not intervene unless an emergency exists and then only to meet that emergency until the Department can be notified and another public safety unit arrives.

4.2.57    Outside Affiliation

1.  Employees shall not affiliate with, or become or remain a member of, any organization if such affiliation would in any way interfere with or prevent them from performing their duties as employees of the Department.

4.2.58    Conflicts of Interests

1.  Employees shall not invest or hold investments, directly or indirectly, in any financial, business, commercial, or other private transaction which creates, or gives the appearance of creating, a conflict with their official duties.

2.  Employees shall not be or become interested, directly or indirectly, in any manner, except as provided by law, in any business dealings with the City of Atlanta.

4.2.59    Fraternizing with Person(s) of Questionable Character

1.  Employees shall not fraternize or associate in a personal, social, or financial relationship with any person(s) of questionable character except in the performance of their official duties and with the knowledge and consent of their supervisor.

2.  Employees shall not idle, loiter, or spend unnecessary time in or around a place of ill-repute or a place of questionable reputation except in the performance of their official duties and with the knowledge and consent of their supervisor.



Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules



4.2.60     Access to Places of Business

1.   Employees shall not have a key, access card, or code to any place of business on their assigned beat or relating to their assignment without the written permission of their supervisor.

4.2.61     Supervisor-Subordinate Relationship

1.   Supervisors shall not borrow money or use their position of authority in any manner to solicit or gain personal favors from other employees.

4.2.62     Indebtedness

1.   Employees shall not become financially obligated to any person who holds a business license if that business is subject to Department control or inspection.

4.2.63     Business Transactions with Defendants or Prisoners

1.   Employees shall not buy, sell, receive, or transfer anything of value to or from any defendant or prisoner.

4.2.64     Work by Inmates

1.   Employees shall not allow inmates, prisoners, or defendants to perform any service on the personal property of anyone unless that action is part of an approved work release program.

4.2.65     Contraband

1.   Employees shall not be negligent in the control of contraband.

4.2.66     Security Matters

1.   Employees shall not discuss security matters or issues with other persons in the presence of inmates, prisoners, or defendants.

4.2.67     Firearms Prohibited in Restricted Areas

1.   Employees shall not wear or transport firearms into any areas of a local, state, or federal government facility where they are restricted.

4.3     Judiciary Bodies and Investigative Boards

Employees shall observe and abide by the following work rules while on duty or representing the Department in appearances before judiciary bodies or investigative boards.

4.3.1     Conduct and Appearance in Court

Employees appearing in court shall:

1.   Be punctual and prepared as appropriate;

2.   Conform to the court's rules of conduct;




Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules

3.  Obey all orders of the court;

4.  Dress appropriately according to the court's standards;

5.  Be truthful at all times; and

6.  Attend court as scheduled and/or when subpoenaed.

4.3.2    Subpoenaed as Defense Witness

1.  Employees subpoenaed as a defense witness in a criminal or civil case shall immediately notify, in writing, their immediate supervisor and forward a copy to the Law Department. Employees do not need permission from a supervisor or the Department to attend court as a defense witness and must comply with the requirements of the subpoena.

4.3.3    Arrest of or Court Actions Involving an Employee

1.  Employees who have been arrested or become involved in any court action, in any capacity other than as a witness for the prosecution, shall immediately notify the Chief of Police in writing through the chain of command.

4.3.4    Receipt of Service of Process

1.  Employees who are served in their official capacity in a case in which liability may attach to the employee, officials of Department, and/or the City shall immediately notify the Law Department and provide the served document and a memo stating the time, place, and date of service.

4.3.5    Claims for Damage and Legal Compromise

1.  Employees shall not file claims for damages, or make any legal compromise, for matters arising out of their position in the Department without prior written notification to the Chief of Police or his or her designee.

4.3.6    Preservation of Information

1.  Employees who receive a request to produce or preserve information (as defined below) pursuant to a subpoena issued in a criminal or civil case; an order from a court; an order from a supervisory employee; a discovery request in civil litigation; or a request by the Law Department or their own legal counsel, must preserve such information in their custody or control.

2.  Employees shall not knowingly delete or destroy any information requested or identified pursuant to subsection (1) of this work rule, and must immediately suspend deletion, overwriting, or any other possible destruction of the information.

3.  Information subject to this work rule includes, but is not limited to, data related to an employee's official duties contained on mobile phones, portable electronic devices, laptop computers, desktop computers, external hard drives, cameras, recording devices, and other electronic devices; emails; text messages; internet messages or postings of any kind; phone call logs; voice mails; memos; letters; facsimiles; reports; calendars (electronic and paper); diaries; summaries; minutes of meetings (handwritten or typed); personnel files; evaluations,



Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules



travel and expense records; audio and video recordings, dispatch and radio recordings; films; photographs; transcripts; surveys; handwritten notes; and computer records stored on tape.

4.4     Department Property and Equipment

Employees of the Department shall observe and abide by the following work rules while on duty or representing the Department as it concerns property and equipment.

4.4.1     Responsibility for and Examination of City Property

1. Employees shall be responsible for the condition and the prompt reporting of loss, damage, or defect of all Department or City property placed in their custody or use.

2. Before use, employees shall examine any city vehicle or property assigned to them, report unrecorded damage or operational defects to their supervisor, and submit the necessary written reports.

3. If property is lost, stolen, or damaged, a detailed report shall be made immediately. The immediate supervisor of the employee shall review the report and submit an investigative report through the chain of command to the section or division commander.

4.4.2     Operator to be Qualified and Authorized

1. Employees shall not operate a city vehicle or vehicles used for law enforcement purposes unless they are qualified and authorized to do so and possess a valid State of Georgia driver's license.

4.4.3     Use of City Vehicles or Vehicles used for law enforcement purposes

1. Employees shall use a city vehicle or vehicles used for law enforcement purposes only in the course of official business. No person shall be transported in a city vehicle or vehicles used for law enforcement purposes except in the course of official business.

2. Employees shall not operate personally owned vehicles as a vehicle used for law enforcement purposes, not to include using their vehicle to commute to and from their assignment and work place.

4.4.4     Operation of City Vehicles or Vehicles used for law enforcement purposes

1. Atlanta Police Department personnel shall operate all city vehicles and vehicles used for law enforcement purposes in such a manner as to avoid injury to persons or damage to property at all times.

2. Atlanta Police Department personnel shall park all city vehicles and vehicles used for law enforcement purposes in such a manner as to cause the least interference with traffic flow without compromising their safety.

4.4.5     Vehicle Appearance

1. Employees assigned to operate city vehicles or vehicles used for law enforcement purposes are responsible for ensuring their cleanliness.



Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules



4.4.6      Safe Driving Techniques

1. Atlanta Police Department personnel shall exercise due caution and exhibit good driving habits when operating all city vehicles and vehicles used for law enforcement purposes.

4.4.7      Vehicle Maintenance Checklist

1. Employees shall complete a vehicle checklist before operating a city vehicle on a tour of duty. The completed vehicle checklist shall be kept on file, ready for inspection, for 60 days.

4.4.8      Personal use of property

1. Employees shall not convert to their own use, or have any claim on, any found or recovered property, property held as evidence, or property purchased, leased, or owned by the Department or the City.

4.5      Public Activities

Employees of the Department shall observe and abide by the following work rules while on duty or representing the Department as it concerns public activities that relate to their employment with the Department.

4.5.1      Endorsements and Testimonials

1. Employees shall not permit their names, photographs, or identities as employees of the Department to be used to endorse any product or service without the prior written permission of the Chief of Police.

4.5.2      Authoring Books, Pamphlets, or Articles

1. Any written material for publication or distribution outside the Department (except personal correspondence) which draws on the writer's experience as an employee of the Department or identifies the writer as an employee thereof, must be submitted to the Chief of Police for approval, prior to submission for publication, for determination of the correctness of any references to Department operations or policy and the appropriateness of making public any information which might be prejudicial to the lawful interest or privacy of any person.

4.5.3      Improper Organizations

1. Employees shall not join, or in any way participate with, any organization which advocates the violation of any of the laws, statutes, or ordinances of federal, state, or local governments, unless authorized by the Chief of Police or his or her designee.

4.5.4      Soliciting Advertising

1. Employees shall not solicit advertising which is to appear in any commercial publication, nor lend their support in any manner to such solicitation, which would identify themselves with the Department.

 

Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules

4.5.5    Political Activity

1.   Employees shall not solicit or receive any contribution or political service for any political purpose during duty hours or utilizing city-issued property.

2.   Employees having charge of any Department facility shall not permit any person to solicit any type of political contribution on such premises.

3.   Employees are not under any obligation to contribute to any political fund or to render any political service to any person or party and shall not be penalized in any way for refusing to do so.

4.   Employees shall not use their authority or influence to coerce the political action of any person or body or to interfere with any nomination, appointment, or election to public office of any person.

5.   Employees shall not take part in any political management or campaign or engage in any political activity whatsoever for or against any person, candidate, or party while on duty.

6.   Employees have the right to vote as they please and to privately express their opinions on all political subjects. Expressing opinions on political subjects is prohibited during the performance of their official duties.

4.5.6    Contributions

1.   Employee shall not be penalized in any way for contributing or refusing to contribute to any charitable, political, or professional organization, unless said organization is deemed improper under 4.5.03.

4.6    Firearms
CALEA 5th ed. Standards 1.3.9, 1.3.10, 1.3.11, 1.3.12 and 1.3.13

Employees of the Department shall observe and abide by the following work rules while on duty or representing the Department as it concerns firearms and other weapons and equipment.

4.6.1    Approved Type
CALEA 5th ed. Standard 1.3.9a

1.   While on duty or performing official duties employees shall only carry firearms and weapons that have been issued and/or approved by the Department.

4.6.2    Issuance

1.   The Department shall issue employees firearms and other weapons. The firearm issued shall remain with the employee throughout their period of employment and shall be surrendered upon their separation from the Department.

4.6.3    Personal Weapons
CALEA 5th ed. Standard 1.3.9 and 1.3.10

1.   Employees may carry personally-owned or other issued firearms that have been approved by the Department while on duty or performing official duties.

 

Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules

    2.   An employee may carry concealed a second firearm that has been approved by the Department

4.6.4    Ammunition
        CALEA 5th ed. Standard 1.3.9b

    1.   Employees shall only carry and/or use ammunition issued and/or approved by the Department. Ammunition issued and/or approved by the Department for training purposes shall only be carried and/or used for training purposes while participating in training activities.

4.6.5    Qualifying
        CALEA 5th ed. Standards 1.3.10 and 1.3.11

    1.   Employees shall qualify with all firearm(s) they carry on duty on an annual basis as determined by the Chief of Police.

4.6.6    Carrying of Firearms
        CALEA 5th ed. Standard 1.3.10

    1.   Employees shall be armed with a fully loaded and approved firearm whenever on duty, in uniform, performing official duties, or when traveling to and from their place of duty.

4.6.7    Carrying a Firearm Aboard Commercial Aircraft

    1.   Employees shall abide by all applicable local, state, or federal laws and regulations when carrying firearms aboard commercial aircraft.

4.6.8    Safeguarding of Firearms
        CALEA 5th ed. Standard 1.3.9, (f)

    1.   Employees shall secure all Department issued and/or approved weapons when such weapons are not in their immediate possession. Weapons must be locked in a secure enclosure that is not readily accessible to persons not authorized to use such weapons.

    2.   Employees shall secure all Department issued and/or approved weapons in their immediate possession to ensure that such weapons are not readily accessible to persons not authorized to use such weapons.

    2.   Employees who handle firearms shall do so in a safe manner, so as to avoid unintentional discharges.

4.6.9    Use of Firearms
        CALEA 5th ed. Standard 1.3.2

    1.   Employees shall only use deadly force to apprehend a suspected felon when: (a) he or she reasonably believes that the suspect possesses a deadly weapon or any object, device, or instrument which, when used offensively against a person, is likely to or actually does result in serious bodily injury; (b) when he or she reasonably believes that the suspect poses an immediate threat of physical violence to the officer or others; (c) or when there is probable cause to believe that the suspect has committed a crime involving the infliction or threatened infliction of serious physical harm (O.C.G.A. Section 17-4-20) if the employee


Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules


reasonably believes that the suspect's escape would create a continuing danger of serious physical harm to any person.

2. Employees shall not point firearms at persons in circumstances unless the discharge of that firearm would be justifiable. Employees who find it necessary to point a firearm at a person should not interpret this necessity as an obligation to discharge the weapon.

3. The firing of "warning shots" is generally prohibited due to their potential for harm. CALEA 5th ed. Standard 1.3.3

4. An employee may discharge a firearm at a dog or other animal only when no other means to bring the animal under control exists.

4.6.10    Reporting Discharge of Firearm

1. Employees shall report all discharges of their Department issued or approved firearms, whether accidental or intentional and regardless of who was responsible for the discharge, to their immediate supervisor as soon as possible. Discharges for training purposes are excluded.

2. Employees, whether on or off duty, shall notify their immediate supervisor as well as the officer in command of the zone or district in which the discharge took place. The employee shall submit all necessary reports without undue delay.

3. All firearm discharges require the submission of an incident report completed in its entirety. Incident reports shall also include: the employee's duty status at the time of the discharge; the make, model, and serial number of the weapon discharged: the ownership of the weapon discharged; whether the firearm and ammunition was Department issued or approved; the person who fired the weapon; the number of shots fired; the reason for the discharge; the distance between the employee and the person fired at when first shot was fired; who fired the first shot; if the employee was being fired on; and how many shots were fired at the employee. CALEA 5th ed. Standard 1.3.6

4.6.11    Display of Firearms

1. Employee, when not in uniform, shall refrain from unnecessarily displaying their firearm or holster and from making reference to the fact that they are carrying a gun.

4.6.12    Loss or Theft
CALEA 5th ed. Standard 1.3.9,(d)

1. The loss or theft of a Department issued or personally owned firearm shall be reported promptly to the employee's immediate supervisor. The supervisor so notified shall cause an immediate and thorough investigation in each case of loss in an effort to effect recovery. When the supervisor forwards his report of the investigation; it shall include a recommendation as to whether or not charges should be filed. This report shall be forwarded to the Office of Professional Standards. Employees may be required to pay for lost or stolen equipment.

  Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules  

4.6.13    Maintenance and Repair
          CALEA 5th ed. Standard 1.3.9,(c)

          1.    Firearms shall be maintained in a clean, safe, and dependable working condition.
                Responsibility for the safe operation and maintenance of the firearm rests with the employee
                to whom the firearm is issued.

          2.    Weapons found to be in need of repair shall be presented to the issuing authority who shall
                determine what action should be taken toward making repairs and arrange for a
                replacement weapon.

          3.    The cost of any repairs to a personally-owned approved weapon shall be the personal
                responsibility of the employee.

4.6.14    Altering Firing Mechanism

          1.    No alteration of the firing mechanism of any Department-owned firearm shall be permitted.
                Personally owned firearms shall not be approved if they have been found to have
                undergone modification which has rendered them unsafe.

          2.    Firearms with a trigger pull of less than three pounds shall not be permitted or approved.
                Radical alteration of trigger guards, triggers, and/or hammers shall not be permitted.

4.6.15    Inspection
          CALEA 5th ed. Standard 1.3.9, (c)

          Employees shall have all Department issued and personally owned and approved firearms
          inspected as necessary by their immediate supervisor.

4.6.16    Investigations of Firearms Use
          CALEA 5th ed. Standard 1.3.7

          1.    The employee's immediate supervisor shall investigate all firearm discharges. If the firearm
                discharge resulted in injury to a person, the immediate supervisor shall notify the
                employee's commanding officer immediately. A copy of the investigative report shall be sent
                to the Chief of Police, the Office of Professional Standards, and the division commander
                through the chain of command.

          2.    When an employee uses a firearm off duty and within the jurisdiction of the Department, the
                investigation shall be initiated by the ranking officer on duty within the command in which
                the firearm use occurred. The results of the investigation shall be distributed as required in
                sections 4.6.16(1).

          3.    When an employee uses a firearm off duty and outside the jurisdiction of the Department,
                the investigation shall be initiated by the employee's section commander. The results of the
                investigation shall be distributed as required in sections 4.6.16(1).

          4.    Whenever the discharge of a firearm results in the physical injury or death of another, the
                on-duty zone supervisor will immediately notify the Communications Section of the incident,
                request the on-duty Homicide units, the Identification unit, the Office of Professional
                Standards (OPS), and respond to the scene. The zone supervisor will take control of the
                scene until relieved by a Homicide unit to ensure that the crime scene is secure, a crime




Atlanta Police Department Policy Manual
APD.SOP.2010
Work Rules

scene log has been started, and all witnesses (including officers) remain at the scene and separated. The results of the investigation shall be distributed as required in sections 4.6.16(1).

5. When an employee who is off duty and outside the jurisdiction of the Department uses a firearm and as a result of such use a person is injured the investigation shall be conducted by the Office of Professional Standards. The results of the investigation shall be distributed as required in sections 4.6.16(1).

4.6.17   Other Weapons and Equipment

1. Employees shall not arm themselves while on duty, or in the performance of their official duties, with any firearm that is not Department approved, including but not limited to: automatic weapons, submachine gun, rifle, shotgun, gas projectile gun, handguns, etc. CALEA 5th ed. Standard 1.3.9

2. Employees shall not carry or use metal knuckles, slap gloves, blackjacks, slug shot ammunition, Oleoresin Capsicum, or any other weapons or ammunition not approved by the Chief of Police.

5.   DEFINITIONS

5.1   Department vehicle:  Any vehicle owned, leased, or otherwise controlled by the City of Atlanta or another governmental entity that is assigned, or otherwise available, for use by a Department employee.

5.2   Personally Owned Vehicles:  Any vehicle that is owned, rented, leased, or borrowed by the employed, and is not owned, operated or leased by the City of Atlanta Police Department.

6.   CANCELLATIONS

APD.SOP.2010 "Work Rules," effective June 1, 2015

7.   REFERENCES

May 19, 2015 Order in Calhoun, et al. v. Pennington, et al. 1:09-CV-3286-TCB
APD.SOP.2020 "Disciplinary Process"

Commission on Accreditation for Law Enforcement Agencies, (CALEA) 5th Edition Standards 1.1.1, 1.1.2, 1.3.2, 1.3.3, 1.3.6, 1.3.7, 1.3.9, 1.3.10, 1.3.11, 1.3.12, 1.3.13, 2.1.2, 11.3.2, 12.1.4, 22.3.2, 26.1, and 26.1.1

Graham v. Connor, 490 U.S. 386 (1989)