# EXHIBIT 1



| | | | | | | | | | Enter Domain or IP | WHOIS |
|---|---|---|---|---|---|---|---|---|---|---|
| DOMAINS | WEBSITE | CLOUD | HOSTING | SERVERS | EMAIL | SECURITY | WHOIS | SUPPORT | LOGIN | 0 |

## martaguide.com

Updated 8 days ago

Interested in similar domains?

### Domain Information

| Domain: | martaguide.com |
|---|---|
| Registrar: | GoDaddy.com, LLC |
| Registered On: | 2007-06-17 |
| Expires On: | 2023-06-17 |
| Updated On: | 2022-09-04 |
| Status: | clientDeleteProhibited<br>clientRenewProhibited<br>clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers: | ns1.wordpress.com<br>ns2.wordpress.com<br>ns3.wordpress.com |

martaguides.com — Buy Now
martaguidebook.com — Buy Now
drmartaguide.com — Buy Now
martaguidees.com — Buy Now
martaguide.net — Buy Now
martaguideservice.com — Buy Now



Sale
.space
$24.88  $1.88
BUY NOW
*Offer ends 30th April 2023

### Registrant Contact

| Name: | Registration Private |
|---|---|
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=MARTAGUIDE.COM |



On Sale!
.INFO @ $4.88  $24.88

### Administrative Contact

| Name: | Registration Private |
|---|---|
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |



Introducing WordPress HOSTING $3.58/mo VIEW MORE

| | |
|---|---|
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=MARTAGUIDE.COM |

## Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com 2155 E Warner Rd |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=MARTAGUIDE.COM |

## Raw Whois Data

```
Domain Name: MARTAGUIDE.COM
Registry Domain ID: 1033625784_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2022-06-18T08:02:05Z
Creation Date: 2007-06-17T13:11:41Z
Registrar Registration Expiration Date: 2023-06-17T13:11:41Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
```

```
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whoi
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/res
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/resu
Name Server: NS1.WORDPRESS.COM
Name Server: NS2.WORDPRESS.COM
Name Server: NS3.WORDPRESS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-03-28T15:08:42Z <<<
For more information on Whois status codes, please visit https://icann.org/epp

TERMS OF USE: The data contained in this registrar's Whois database, while believed
registrar to be reliable, is provided "as is" with no guarantee or warranties regar
accuracy. This information is provided for the sole purpose of assisting you in obt
information about domain name registration records. Any use of this data for any ot
is expressly forbidden without the prior written permission of this registrar. By s
an inquiry, you agree to these terms and limitations of warranty. In particular, yo
to use this data to allow, enable, or otherwise support the dissemination or collec
data, in part or in its entirety, for any purpose, such as transmission by e-mail,
postal mail, facsimile or other means of mass unsolicited, commercial advertising o
of any kind, including spam. You further agree not to use this data to enable high
or robotic electronic processes designed to collect or compile this data for any pu
mining this data for your own personal or commercial purposes. Failure to comply wi
may result in termination of access to the Whois database. These terms may be subje
at any time without notice.
```

## related domain names

godaddy.com     icann.org     wordpress.com     domainsbyproxy.com     internic.net

### Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool

### Hosting & Products

Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting

### Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

