# EXHIBIT 2



BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center  14th Floor
1201 W Peachtree St NW
Atlanta  GA 30309 3471
T: +1 404 572 6600
F: +1 404 572 6999

www.bclplaw.com
Damon J. Whitaker
Direct: 404.572.6913
Fax: 404.572.6999
damon.whitaker@bclplaw.com

February 22, 2023

**VIA EMAIL**

MARTA Guide
www.martaguide.com
martaguide@gmail.com

Re:     Infringement and Unauthorized Use of MARTA Trademarks and Copyrights

Dear MARTA Guide:

We represent Metropolitan Atlanta Rapid Transit Authority, also known as MARTA.  Our client has learned you are infringing and making unauthorized uses of MARTA's trademarks and copyrights through the operation of your business under the name "MARTA Guide", including your website at www.martaguide.com and your social media pages (collectively, "**_MARTA Guide_**").  Our client has a duty to protect its intellectual property from misuse and prevent likely confusion, including confusion over whether MARTA endorses, or is in any way affiliated with your business, website, or social media pages.  As detailed below, we demand MARTA Guide immediately stop using the MARTA name, trademarks and copyrighted works, immediately take down your website and social media pages, and agree not to use any of MARTA's intellectual property without our client's express written permission.

## MARTA and Its Relevant Trademarks and Copyrights

MARTA is a public body created by the Metropolitan Rapid Transit Authority Act, which has overseen and operated the multi modal public transit system for the Greater Metropolitan Atlanta area for over 50 years.  This includes the MARTA rapid rail line and bus systems, which have numerous routes, stops, and stations throughout the greater Atlanta area.  MARTA is also responsible for driving economic development in the communities in and around Atlanta to build walkable, livable communities that have everything passengers might need within walking distance from a MARTA station or stop.  MARTA has developed and used a number of trademarks and copyrighted works in connection with its operations over the last five decades.

MARTA has used the word and stylized versions of MARTA, and its distinct orange, yellow and blue banner logo, since at least 1973, and owns all common law and federally registered rights in these marks (the "**_MARTA Marks_**").  This includes United States Trademark Registrations 5,011,587 and 5,011,589 for the following versions of the MARTA Marks:

 

(Tab A.)  These marks are registered for "transportation of passengers by paratransit vehicle, bus, and rail." (_Id._)  MARTA has also used the word and stylized versions of BREEZE since at least 2005, and owns all common law and federally registered rights in these marks (the "**_Breeze Marks_**").  This includes United States Trademark Registrations 3,134,045 and 3,134,044 for



MARTA Guide
Page 2

stored valued cards for use with transportation and retail services. (Tab B.) The MARTA Marks and the Breeze Marks are collectively referred to as the "*MARTA Trademarks*." The registrations for the MARTA Trademarks are incontestable and give MARTA exclusive nationwide rights in the marks. *See* 15 U.S.C. §§ 1057(b), 1065, and 1115(a)-(b).

MARTA also owns the copyrights in the various original works of authorship it has created over the years. This includes the copyrights in the content of MARTA's official website, published at www.itsmarta.com. The MARTA website provides a wide array of information to the public and to passengers who use MARTA's public transportation services. This includes detailed information about MARTA's rail line system, train stations and schedules, bus routes and schedules, fares, the Breeze® cards and tickets, reference guides and rider guides, and parking, as well as real-time information about current train arrival times by station, and service alerts for the MARTA buses, trains, and streetcar. The MARTA website also provides information about restaurants, entertainment and recreational venues, historical sites, tourist attractions, and other activities, events, and venues located near MARTA train stations and bus stops. In addition, the MARTA website provides information about and links to download the official MARTA mobile apps, including *MARTA On the Go* and *MARTA See & Say*. The website also provides links to MARTA's online platform for passengers to manage their Breeze® cards, which are used to pay fares in the MARTA system (accessible online at www.breezecard.com).

The MARTA website also links to MARTA's YouTube channel (www.youtube.com/@MARTAtransit) which publishes a number of MARTA's copyrighted videos, including: 1) *A Rookie's Guide to Riding the Marta Train*; 2) *Rookie's Guide for How to Ride the MARTA Bus*; and 3) *MARTA's See & Say App*. (Tab C). MARTA also owns the copyrights in the different versions of the MARTA system maps, which are available in paper copies at MARTA stations and electronic copies on MARTA's website. This includes the current rail line map, published online at https://itsmarta.com/train-stations-and-schedules.aspx.

As the owner of the copyrights in these works, MARTA owns a number of exclusive rights in the works, including the exclusive rights to publish, distribute, and copy them, and to make derivatives from them. No one may copy, publish, or otherwise use these copyrighted works without MARTA's permission.

## MARTA Guide's Infringing Activities

Your MARTA Guide business involves the unauthorized and infringing use of MARTA's trademarks and copyrights to provide the same type of information MARTA provides through its official sources. (*Compare* www.itsmarta.com *with* Tabs D-E.) In doing so, you are impersonating MARTA or otherwise creating confusion to drive online traffic to your website and social media to profit from that confusion.

For example, your www.martaguide.com website makes prominent use of the MARTA Marks as part of the header for nearly every webpage:



MARTA Guide
Page 3



(Tab D at 2, 7, 10, 14, 31, 38, 45, 49, 52, 56, 60, 63.)  You make similar use of the MARTA Marks on your Facebook, Twitter, Instagram, and Pinterest pages, all of which use the name "MARTA Guide" and include images of the MARTA rail line map and other MARTA materials.  (Tab E.)  You also use the MARTA orange, yellow, and blue banner logo to identify neighborhoods, apartments, hotels, attractions, and stores near MARTA rail line stations.  (Tab D at 10-47.)  You also actively link to pages on MARTA's official website, including MARTA's webpages for the *MARTA On the Go* app, reduced fare program, group discounts, mobility services, University Pass Program, Students Program, Partnership Program, and MARTA's Breeze Card website, among others.  (Tab F; *see also* Tab D at 48-54.)

You are also using several of MARTA's copyrighted works without permission.  For example, your website embeds and publishes copies of at least MARTA's videos titled: 1) *A Rookie's Guide to Riding the Marta Train*; 2) *Rookie's Guide for How to Ride the MARTA Bus*; and 3) *MARTA's See & Say App.*  (Tab D at 56, 60, 63.)[1]  You also have copied and are publishing a version of MARTA's rail line map.  (*Id.* at 7.)[2]

Furthermore, you are profiting from your unauthorized use of MARTA's intellectual property.  Your website is full of paid placement advertising, you do not disclose your true identity anywhere on your website or social media pages, and your social media pages direct users to your website.  (*See* Tabs D & E.)  Accordingly, you are unlawfully trading on MARTA's reputation, goodwill, and its intellectual property and rights for your own financial gain.

---

[1]  On your website at https://martaguide.com/how-to-ride-marta-trains/, https://martaguide.com/how-to-ride-marta-buses/, and https://martaguide.com/3-apps-that-will-improve-your-marta-commute/.

[2]  On your website at https://martaguide.com/rail-station-map/.



MARTA Guide
Page 4

In sum, your unauthorized use of the MARTA Trademarks and copyrights on your MARTA Guide website and social media pages is likely to cause confusion with MARTA and the MARTA Trademarks.  Your MARTA Guide website and social media pages are also likely to cause confusion as to whether these are authentic or authorized websites and social media pages of MARTA, whether MARTA has authorized your use of its intellectual property, whether MARTA has endorsed your website and social media pages, and/or whether MARTA is affiliated with your website and social media pages or sponsors you, your website or social media pages, or their content.  Hence, your conduct constitutes trademark infringement, false association, affiliation, sponsorship or endorsement, and unfair competition in violation of the federal trademark laws.  *E.g.,* 15 U.S.C. §§ 1114, 1116 & 1125.  Your conduct also constitutes copyright infringement in violation of the federal copyright laws.  *E.g.,* 17 U.S.C. § 501(a).  Accordingly, MARTA is entitled to a number of remedies, including: 1) injunctive relief prohibiting you from using the MARTA Trademarks or copyrighted works, and requiring the takedown of your website and social media pages; 2) destruction of all infringing materials, including your website and social media pages; 3) monetary damages; 4) disgorgement of your profits from the MARTA Guide website and social media pages, and from any other infringing activities; 5) corrective advertising; and 6) treble damages, attorney's fees and costs for intentional and willful infringement of the MARTA Trademarks.[3]  Your registration and use of the <martaguide.com> domain name may also constitute cybersquatting, which would entitle MARTA to an award of statutory damages up to $100,000.00, in addition to the cancellation of the domain name registration or its transfer to MARTA.  *See* 15 U.S.C. §§ 1125(d)(1) & 1117(d).

### Demand to Cease Infringing MARTA's Rights

MARTA would like to resolve this issue with you amicably and without the need for litigation or other unnecessary trouble and expense.  To that end, MARTA is willing to forego

---

[3] *See e.g.*, 15 U.S.C. §§ 1116(a) (injunctive relief, including corrective advertising), § 1117(a) (monetary remedies include recovery of defendant's profits, actual damages, treble damages, and attorneys' fees and litigation costs), and § 1118 (authorizing destruction of the infringing labels, packaging, and products and of the false advertisements); 17 U.S.C. §§ 502(a) (injunctive relief), § 503 (impounding and destruction of infringing materials), § 504 (actual damages and recovery of defendant's profits).  *See also Merck Eprova AG v. Gnosis S.P.A.*, 760 F.3d 247, 251, 254-55, 261-65 (2d Cir. 2014) (affirming false advertising judgment of $527,000 in damages as trebling of defendant's profits, over $2 million in attorneys' fees, and corrective advertising); *Aronowitz v. Health-Chem Corp.*, 513 F.3d 1229, 1241 (11th Cir. 2008) ("[D]amages for trademark infringement may include (1) the defendant's profits, (2) any damages sustained by the plaintiff, and (3) the cost of the action. … 'damages sustained by the plaintiff' include 'all elements of injury to the business of the trademark owner proximately resulting from the infringer's wrongful acts' such as the costs of corrective advertising or injury to business reputation or goodwill"); *Campbell v. Bennett*, 47 F.4th 1362, 1365 (11th Cir. 2022) (copyright owner may recover actual damages and defendant's profits from infringement); *BUC Int'l Corp. v. Int'l Yacht Council Ltd.*, 489 F.3d 1129, 1138-39 (11th Cir. 2007) (affirming copyright infringement judgment for nearly $1.6 million in actual damages and permanent injunction).



MARTA Guide
Page 5

seeking many of the available remedies such as disgorgement of profits and its attorney's fees, if you take the following steps to end your unauthorized activities:

1. Immediately take down your entire website at www.martaguide.com (and anywhere else it is published) and all of the MARTA Guide social media pages (including on Facebook, Twitter, Instagram, and Pinterest).

2. Immediately stop using the MARTA name, the MARTA Trademarks, and any of MARTA's copyrighted works (this includes the use of "MARTA" in any combination with other words or symbols), and refrain from all such use in the future

3. Destroy all copies and electronic files of your website and social media pages, and confirm the destruction of these materials in writing.

4. Agree in writing not to use the MARTA name, the MARTA Trademarks, and any of MARTA's copyrighted works in the future, unless you receive the express written permission of MARTA to do so.

5. Confirm in writing you have not registered any other domain names that include the word MARTA or Breeze besides the <martaguide.com> domain (or identify all other such domains you have registered), agree not to renew the domain name(s) and allow them to lapse at the next renewal period, and agree not to register any domains in the future containing MARTA or Breeze.

6. Identify all individuals and companies you worked or collaborated with to create, publish, and/or operate the MARTA Guide website and/or social media pages, and provide all contact information you have for each.

Please confirm to me by March 6, 2023 that you will comply with these requests.

MARTA hopes you will respect its rights and cooperate to give the necessary protection for MARTA's trademarks and copyrights. However, MARTA reserves all rights and remedies it may have in this matter. We look forward to hearing from you or your counsel.

Sincerely,

Damon J. Whitaker
For BRYAN CAVE, LEIGHTON PAISNER LLP

cc:    Jonathan Hunt, Esq.
       Janki Patel, Esq.
       Eric P. Schroeder, Esq.
       #606409661_2

# TAB A

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,011,589**

**Registered Aug. 02, 2016**

**Int. Cl.: 39**

**Service Mark**

**Principal Register**

Metropolitan Atlanta Rapid Transit Authority (GEORGIA public body created by legislation as a joint public instrumentality )
2424 Piedmont Road
Atlanta, GA 30324

CLASS 39: transportation of passengers by paratransit vehicle, bus, and rail

FIRST USE 1-9-1973; IN COMMERCE 1-9-1973

The color(s) black, blue, amber and orange is/are claimed as a feature of the mark.

The mark consists of the stylized letters "MARTA" in black, to the right of the wording are three left-slanting stripes in blue, amber, and orange.

SER. NO. 86-809,355, FILED 11-04-2015

SUSAN KASTRI LAWRENCE, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# marta

**Reg. No. 5,011,587**

**Registered Aug. 02, 2016**

**Int. Cl.: 39**

**Service Mark**

**Principal Register**

Metropolitan Atlanta Rapid Transit Authority (GEORGIA public body created by legislation as a joint public instrumentality )
2424 Piedmont Road
Atlanta, GA 30324

CLASS 39: transportation of passengers by paratransit vehicle, bus, and rail

FIRST USE 1-9-1973; IN COMMERCE 1-9-1973

The mark consists of the letters "MARTA" in stylized form.

SER. NO. 86-809,241, FILED 11-04-2015

SUSAN KASTRI LAWRENCE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# TAB B

**Int. Cls.: 9 and 36**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 102**

**United States Patent and Trademark Office**

Reg. No. 3,134,045

Registered Aug. 22, 2006

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# BREEZE

METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY (GEORGIA PUBLIC BODY CREATED BY LEGISLATION AS A JOINT PUBLIC INSTRUMENTALITY)

2424 PIEDMONT ROAD

ATLANTA, GA 30324

FOR: STORED VALUE CARDS MAGNETICALLY CODED AND ENCODED SMART CARDS CONTAINING PROGRAMMING FOR USE WITH TRANSPORTATION SERVICES AND RETAIL SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-15-2005; IN COMMERCE 12-15-2005.

FOR: ISSUING STORED VALUE CARDS AND ENCODED SMART CARDS FOR USE WITH TRANSPORTATION SERVICES AND RETAIL SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-15-2005; IN COMMERCE 12-15-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-477,842, FILED 9-2-2004.

ALEXANDER L. POWERS, EXAMINING ATTORNEY

**Int. Cls.: 9 and 36**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 102**

**United States Patent and Trademark Office**

Reg. No. 3,134,044

Registered Aug. 22, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY (GEORGIA PUBLIC BODY CREATED BY LEGISLATION AS A JOINT PUBLIC INSTRUMENTALITY)
2424 PIEDMONT ROAD
ATLANTA, GA 30324

FOR: STORED VALUE CARDS MAGNETICALLY CODED AND ENCODED SMART CARDS CONTAINING PROGRAMMING FOR USE WITH TRANSPORTATION SERVICES AND RETAIL SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-15-2005; IN COMMERCE 12-15-2005.

FOR: ISSUING STORED VALUE CARDS AND ENCODED SMART CARDS FOR USE WITH TRANSPORTATION SERVICES AND RETAIL SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-15-2005; IN COMMERCE 12-15-2005.

SN 78-477,841, FILED 9-2-2004.

ALEXANDER L. POWERS, EXAMINING ATTORNEY

# TAB C









# TAB D

































## ARTS CENTER STATION

Arts Center Tower
SkyHouse Midtown
Icon Midtown
YOO on the Park
AmLi Arts Center
Atlantic House
Windsor at Midtown

## MIDTOWN STATION

77 12th Street
Hanover West Peachtree
1045 on the Park
Lofts at 900 Peachtree
Piedmont House
Alexan on 8th
Sixty 11th
Biltmore at Midtown
Post Parkside
Post Midtown
Modera Midtown
Nine15 Midtown
SkyHouse Midtown
SkyHouse South
Hanover Midtown
Vireo Midtown
YOO on the Park
Azure on the Park
Myrtle Street Apartment Homes







MAPS    SCHEDULES    FARES    PARKING    STATIONS ⌄    HOTELS    ATTRACTIONS    SHOPPING    **APARTMENTS**

NEIGHBORHOODS

OS Buckhead
Mathieson House
Grammercy at Buckhead

### LENOX STATION

In Buckhead next to Lenox Square Mall, the Lenox MARTA station has several luxury apartment communities in easy walking distance. The Pine Hills neighborhood also has houses for rent.

Buckhead 960
AMLI 3464
AMLI Buckhead
Evergreen Lenox Park
Kingsboro Place
Metropolitan at Buckhead
Phipps Place
Post Gardens

### NORTHEAST ATLANTA

### BROOKHAVEN STATION

With Town Brookhaven and the Brookhaven Village, the Brookhaven MARTA station area is popular with students, young professionals and young families who want a quieter lifestyle close to the city. There are several apartment communities to choose from that are in easy walking distance to the station or rent a house in the tree-filled neighborhood.





MAPS   SCHEDULES   FARES   PARKING   STATIONS ⌄   HOTELS   ATTRACTIONS   SHOPPING   **APARTMENTS**

NEIGHBORHOODS

## PERIMETER CENTER

### MEDICAL CENTER STATION

Next to several hospitals, the Medical Center MARTA station is at Atlanta's Perimeter. There are a few apartment communities nearby, though none less than a 10-minute walk away. However, there is free daily parking at the MARTA station.

Alta at Glenridge Springs
Aspire Perimeter
Citizen Perimeter
Aspire Perimeter
Bell Glenridge
Windsor at Glendridge
Courtland at The Hill

### DUNWOODY STATION

Next to Perimeter Mall, the Dunwoody MARTA station area is semi-suburban with office buildings, retail stores and restaurants. Several new apartment buildings are next to the station.

Advertisement
Search for

1. One Bedroom Apartment for Rent
2. Low Cost Apartments for Rent
3. Low Income Housing for Rent
4. Low Income Homes for Rent



1160 Hammond ■
The Bishop ■
SYNC at Perimeter ■
Arabelle Perimeter ■
Alexander at the Perimeter
Citizen Perimeter ■
Savannah at Park Place
The Eva

## SANDY SPRINGS STATION

The Sandy Springs MARTA station is very close to the Dunwoody MARTA station, with similar access to office buildings, stores and restaurants. There is daily and long-term parking at the station if you prefer to park and ride vs. walk to the station.

Colonial Grand at Mount Vernon ■
Flats at Perimeter Place ■
Pars at Perimeter
Peachtree Dunwoody Place ■
Point at Perimeter
Waltan Ashwood Apartments
Mount Vernon Flats ■

## NORTH SPRINGS STATION

The North Springs MARTA station is at the end of the red line and is near several apartment communities. There isn't anything to walk to other than residential areas, but with close access to the station, you can hop on the train to shop, eat or play near other stations.

Dunwoody Ridge
Avia at North Springs ■
Flats at North Springs ■
Dunwoody Courtyards ■
Hawthorne Gates
Linq at North Springs ■

## EAST SIDE



## KING MEMORIAL STATION

There are several new apartment communities in walking distance of the King Memorial MARTA station. Condos and houses are also often for rent in nearby Grant Park and Cabbagetown. For groceries, Kroger is one MARTA stop away in Inman Park or you can get a few basic items at the Grant Park Market on Memorial Drive, the Intown Market in the Pencil Factory Flats or go to the Sunday farmers market in Grant Park.

Ashley at Auburn Pointe
Auburn Glenn
Alta Dairies
Bradley Flats
Camden Vantage
Fulton Cotton Mill Lofts
Modera Reynoldstown
The George & The Leonard
Lumen Grant Park
Mattress Factory Lofts
Pencil Factory Flats
Platform Apartments
Veranda at Auburn Pointe (senior housing)

## INMAN PARK STATION

A hip area with a variety of amenities, Inman Park has new and old apartment buildings, including Station R, which is next to the station. The Inman Park Village has several rental options as well as on Krog Street near the BeltLine.





Alexan 1133
430 Ponce Properties
Trinity Walk (section 8)
Parkway Grand

### AVONDALE STATION

One train stop away from downtown Decatur and in walking distance of Avondale Estates, the Avondale MARTA station provides access to new and old apartment communities. Free daily parking is available at the station.

Avondale Station
Cortland Decatur East
Columbia Senior Residences at Decatur East
Willis Apartments
Derrydown Quads & Houses
Springdale Apartments
Decatur Crossing

### KENSINGTON STATION

The Kensington Station is in a less walkable area near a jail and Dekalb County government buildings.

Oak Tree Villas
Oak Creek Apartments
Avondale Reserve

### INDIAN CREEK STATION

At the end of the blue line, the Indian Creek station is next to I-285. It isn't the most pedestrian-friendly areas, but there are a couple apartment communities and stores/restaurants nearby.

Advertisement

Absolutely
ON YOUR
GAME.

6 reasons to
upgrade your
legal technology.

ACCESS CONTENT    THOMSON REUTERS



MAPS   SCHEDULES   FARES   PARKING   STATIONS ˅   HOTELS   ATTRACTIONS   SHOPPING   APARTMENTS

NEIGHBORHOODS

Kenridge Apartments
The Mint at Decatur
Redan Village
Manor at Indian Creek [senior housing]

## WEST SIDE

### VINE CITY STATION

The Vine City MARTA station is next to the Mercedes-Benz Stadium and Castleberry Hill, a historic and artsy neighborhood. The neighborhood often has a higher crime than in other parts of Atlanta.

Artist Square
Courtyard at Maple
Intown Lofts
Legacy Lofts
Northside Plaza
Odyssey Villas
Samuel W. Williams Apartments

### ASHBY STATION

Near the Atlanta University Center, the Ashby MARTA station has a few apartment buildings and many single-family homes. Washington Park and the BeltLine Westside Trail are both nearby. Note that this area is still transitional.



Heritage Commons (student housing) ▣
Magnolia Park ▣

### WEST LAKE STATION

Berean Village Senior Apartments

### H.E. HOLMES STATION

The Hamilton E. Holmes MARTA station is in a quiet residential area near I-20 and I-285.
Several apartment communities are close to the station along with fast food restaurants.

Columbia Commons ▣
Dogwood Apartments ▣
Peaks at MLK ▣

### SOUTH ATLANTA

### WEST END STATION

The West End MARTA station is near one of the oldest neighborhoods in Atlanta, the Mall at
West End. Westside BeltLine Trail and the Atlanta University Center. It is a transitional area
with higher crime rates compared to neighborhoods north and east of downtown Atlanta.

Homes for Sale in Elk
Grove

Affordable Studio



Sale ›

Free Radio Stations ›

Ashley West End
Oglethorpe Place
Donnelly Courts
1295 West Apartments
Columbia Mechanicsville

### OAKLAND CITY STATION

Oakland City/West End Apartments

### LAKEWOOD STATION

Columbia at Sylvan Hills can't get any closer to the Lakewood MARTA station. The neighboring Sylvan Hills neighborhood also has houses for rent.

Columbia at Sylvan Hills

### EAST POINT STATION

Next to the East Point MARTA station is downtown East Point, a historic city with restaurants and a few businesses. Crime tends to be higher here than in Atlanta, but some revitalization is happening and there are affordable houses for rent and for sale.

Mallalieu Pointe
Syah Apartments

### COLLEGE PARK STATION

One apartment community is a short walk away from the College Park MARTA station. From this location, you can also walk to shops and restaurants in downtown College Park.

The Pad on Harvard Apartments

### ADD AN APARTMENT

The apartment market is changing very rapidly. Please let us know if we missed an apartment building!









## FIVE POINTS STATION

- Fairfield Inn & Suites

## PEACHTREE CENTER STATION

- AC Hotel
- Aloft Atlanta Downtown
- American Hotel (DoubleTree by Hilton)
- Atlanta Marriott Marquis
- Courtyard Atlanta Downtown
- Ellis Hotel
- Hampton Inn & Suites
- Home2 Suites by Hilton
- Hilton Atlanta
- Holiday Inn Express
- Hotel Indigo Atlanta Downtown
- Hyatt Regency
- Motel 6 Atlanta Downtown
- Barclay Hotel
- Residence Inn Atlanta Downtown
- Ritz Carlton
- Sheraton Hotel
- Westin Peachtree Plaza

## CIVIC CENTER STATION

- Best Western Plus Inn at the Peachtrees
- Hyatt House
- Hyatt Place
- W Hotel
- Twelve Downtown
- Savannah Suites

## GWCC/CNN STATION

- Embassy Suites Centennial Olympic Park
- Glenn Hotel
- Hilton Garden Inn
- Omni Hotel
- Hyatt Place Centennial Olympic Park
- Reverb by Hard Rock (opening summer 2020)

## MIDTOWN



## MIDTOWN

Hotels near the Midtown and Arts Center MARTA station are closest to nightlife and trendy restaurants if these amenities are important to you. Plus, you can take a walk or jog in Piedmont Park.

### NORTH AVENUE STATION

- Crowne Plaza Atlanta Midtown
- Georgia Tech Hotel and Conference Center
- Georgian Terrace Hotel
- Hampton Inn Georgia Tech
- Hotel Indigo

### MIDTOWN STATION

- Hilton Garden Inn Atlanta Midtown
- Hyatt Atlanta Midtown
- Loews Hotel
- Regency Suites
- Residence Inn Georgia Tech
- Renaissance Midtown Hotel

### ARTS CENTER STATION

- Artmore Hotel
- Four Seasons
- Marriott Suites
- Residence Inn Peachtree at 17th
- Twelve Atlantic Station
- W Hotel

## BUCKHEAD

Buckhead hotels are near office buildings, malls and retail stores. This area of town can be great for business travelers, shoppers or those who want a high-end stay with easy access to other parts of Atlanta.

### BUCKHEAD STATION

- Courtyard Atlanta Buckhead
- Doubletree Hotel
- Embassy Suites Buckhead



- Doubletree Hotel
- Embassy Suites Buckhead
- Grand Hyatt Buckhead
- Hampton Inn Buckhead
- InterContinental Buckhead Hotel
- Mandarin Oriental Atlanta
- SpringHill Suites Buckhead
- St. Regis Hotel
- Westin Buckhead
- W Hotel

**LENOX STATION**

- Atlanta Marriott Buckhead Hotel & Conference Center
- J.W. Marriott
- Ritz-Carlton Buckhead

**BROOKHAVEN STATION**

- Extended Stay America Atlanta Buckhead

---

## PERIMETER

Hotels at Atlanta's Perimeter offer easy access to I-285, Georgia 400 highway and area businesses. Nearby destinations include the Chattahoochee River parks and The Battery/Truist Park baseball stadium, but you'll need to drive there or get an Uber or Lyft. Otherwise, enjoy shopping and major chain restaurants in and around Perimeter Mall.

**SANDY SPRINGS STATION**

- Embassy Suites Perimeter Center
- Staybridge Suites Atlanta Perimeter

**DUNWOODY STATION**

- Comfort Suites Perimeter Center
- Crowne Plaza Hotel at Ravinia
- FairField Inn & Suites Perimeter Center
- Le Méridien Atlanta Perimeter
- Marriott Perimeter Center
- Sheraton Atlanta Perimeter North

**MEDICAL CENTER STATION**























MAPS    SCHEDULES    FARES    PARKING    STATIONS ⌄    HOTELS    ATTRACTIONS    SHOPPING    APARTMENTS

NEIGHBORHOODS

## SHOPPING

Looking for retail stores and malls near MARTA?  See below for an alphabetical listing of shopping destinations.

🟨 Near MARTA (10 minutes or less walking distance from a station)

### A

Ansley Mall 🟨
Apple Store 🟨
Atlantic Station

### B

BrandsMART USA
Brookhaven Station Shopping Center 🟨
Buckhead Station Shopping 🟨

### C

Camp Creek Marketplace
Cherokee Plaza 🟨
Cumberland Mall

### D

District at Howell Mill

### E

Edgewood Retail District 🟨

### G

Greenbriar Mall

### I

Zazzle

**POPULAR GUIDES**

MARTA Maps
Train Schedules
Fares
Red Line
Tips for Riding MARTA to and from the Atlanta Airport
5 Things to Know About the Atlanta Skytrain
Stations
Explore Atlanta on Transit

ATLANTA
CityPASS

























## 2. PURCHASE FARE

You can purchase fare at all MARTA train stations via vending machines or online if you allow time for shipping. A $1 paper ticket OR a $2 reloadable plastic Breeze Card must be purchased for each person in your group. The next step is to add one-way trips or day passes to each ticket or card. Simply follow the vending machine prompts to make your selection.

Riders should always purchase a roundtrip fare unless only a one-way trip is needed. Children under 46" ride free (limit two children per paying adult). See MARTA Fares for more information.

Once you have a Breeze Card or ticket, tap it on the blue circle to the right of a train station fare gate to enter. It will beep and open. There is one extra wide gate available at every station, which can be used by families with children and commuters with wheelchairs, bikes, strollers or luggage.

## 3. FOLLOW SIGNS

Signs in all stations provide directions to the train platforms. There are Northbound, Southbound, Eastbound and Westbound platforms based on the direction of train travel. Trains are also marked with the last station they travel to. Look at a MARTA map ahead of time to know your direction of travel, or look for a rail map in the station. Common directions are:

**Airport** – South
**North Springs/Doraville** – North
**Indian Creek** – East
**H.E. Holmes, Bankhead** – West

Some station signs also indicate which platform to use if you are traveling to Five Points/downtown Atlanta and the airport. When the train arrives, pay attention to the destination marked on the train and announcements made by the train operator to make sure you are traveling in the right direction.

## 4. TRANSFER IF NEEDED

If you need to transfer to a different line, you can transfer between all rail lines at Five Points or between the red and gold lines at the Lindbergh Center station.

## 5. TAP TO EXIT

After exiting the train at your destination station, tap your Breeze Card again to open the fare gates. Tapping your card when you exit also puts a free transfer to a bus on your card.















# TAB E









# TAB F

**Examples of MARTA Guide's Unauthorized Linking to MARTA Webpages**

| MARTA Guide Webpage | Linking to Official MARTA Website |
|---|---|
| https://martaguide.com/train-schedules/<br><br>• MARTA on the Go App (iOS and Android) | www.itsmarta.com/marta-on-the-go.aspx |
| https://martaguide.com/fares/<br><br>The regular MARTA fare is $2.50 for a one-way trip on trains and buses. You can pay exact cash, but only on buses, otherwise, fare must be added to a reloadable Breeze Card ($2) or a $1 disposable paper ticket. You can purchase the fare card or ticket, along with fare, at all MARTA rail stations or online. | https://is.breezecard.com/marta/<br>https://www.breezecard.com/ |
| https://martaguide.com/fares/<br><br>**Senior Citizens, Disabled Riders and Medicare Recipients**<br>$1.00 (view details)<br><br>**MARTA Mobility Paratransit**<br>$4.00 (learn more) | https://www.itsmarta.com/reduced-fare-program.aspx<br><br>https://www.itsmarta.com/marta-mobility.aspx |
| https://martaguide.com/fares/<br><br>**Group Discounts**<br>Requires a purchase of 200 or more day passes.<br>Learn more | https://www.itsmarta.com/group-discount.aspx |
| https://martaguide.com/fares/<br><br>**University Pass Program**<br>$68.50 monthly (students)<br>$83.80 (faculty)<br>View participating colleges | https://www.itsmarta.com/university-program.aspx |
| https://martaguide.com/fares/<br><br>**Student Pass Program**<br>$14.40 weekly<br>View participating K-12 schools | https://www.itsmarta.com/student-program.aspx |
| https://martaguide.com/fares/<br><br>**Employer Partnership Program**<br>View details | https://www.itsmarta.com/passpartnership.aspx |