# EXHIBIT 3

**https://itsmarta.com/**









**https://itsmarta.com/marta-history-vision.aspx**





Atlanta Rapid Transit Authority Act — or as we know it today: MARTA.

But we didn't put up 48 miles of rail and 740 bus stops overnight. It took nearly seven years of legislative and electoral work, along with a voter referendum, to gain the support we needed to make MARTA a reality. In 1972, we purchased the Atlanta Transit System, giving us full ownership of Atlanta's main bus system. Within a year we saw ridership increase more than 20 percent across the board.

We spent the better part of the '70s laying the groundwork for MARTA's rapid rail system. With more than $800 million in grant support from the federal government, we began operation of the East Line in 1979 — marking the start of our combined bus and rail service. By June 1996, we completed more than 20 major projects including the Airport rail line, the North Line, transit beyond the perimeter and a variety of improvements to our existing infrastructure.

However, providing Atlanta with better public transit is only half of the story. A substantial part of our work involves driving economic development in the communities around our city. That's why we've committed ourselves to Transit Oriented Development, beginning in the late '90s with Lindbergh Center Station. The idea is simple: build walkable, livable communities that put everything riders could need within walking distance from MARTA. Today, these developments help us drive $1.4 billion in economic activity annually in Georgia.

Although the way we serve this city has changed over the years, our commitment remains the same. We believe public transportation is far more than a last resort. It's a chance to better serve the people and communities all throughout our city.

## Our Vision

People taking People where they want to go today and tomorrow.

## Our Mission

To advocate for and provide safe, multimodal transit services that advance prosperity, connectivity and equity for a more livable region.



**https://itsmarta.com/train-stations-and-schedules.aspx**









**https://itsmarta.com/bus-schedules.aspx**





**https://itsmarta.com/how-to-guide.aspx**





The Silver Breeze Cards are safer than ever, and they come packed with features that make commuting with MARTA simple — like built-in transfers and the capacity for multiple fare options loaded onto a single card.

Breeze Cards and Tickets are accepted as valid fare media on Bus, Streetcar and Rail.

## Getting Started

Using Breeze starts with buying your own Breeze Card. You have a couple options for doing so:

- You can stop by one of our MARTA RideStores or purchase a card from one of our Breeze Vending Machines
- You can order one online using breezecard.com

Silver Breeze Cards cost $2 and don't include any fares from the get-go — a change from our old Breeze Cards. This means you can choose the fares that fit your needs rather than using the preloaded fares that once came with your initial card purchase. If you're not sure what our fare options are or which one is right for you, check out our Fare Programs Overview.

## Using Your Breeze Card

Once you have a card, all you need to do is head over to MARTA and start using your card. When you arrive at the station or when you board a bus, look for the blue Breeze targets on the rail gates and bus fare boxes. Tap your Breeze Card on these targets, and that's it — no scanning or transactions. Simply tap and go. The reader will let you know whether your card is accepted and how much you have remaining in your Breeze Card balance.

## How to Use Your Transfers

Every Breeze Card and Ticket comes with four transfers. This means you can change bus routes or switch from bus to train (and vice versa) without using extra fare.

The way transfers work depends on your travel. If you're transferring from a train to a bus, the transfer will be loaded to your Breeze Card or Ticket when you tap to exit the station fare gates. The fare gate screen will display the word "transfer" to confirm that a transfer was loaded to your card or ticket. Once you board the bus, tap the Breeze Card or Ticket again to use the



## How to Use Your Transfers

Every Breeze Card and Ticket comes with four transfers. This means you can change bus routes or switch from bus to train (and vice versa) without using any extra fare.

The way transfers work depends on your travel. If you're transferring from a train to a bus, the transfer will be loaded to your Breeze Card or Ticket when you tap to exit the station fare gates. The fare gate screen will display the word "transfer" to confirm that a transfer was loaded to your card or ticket. Once you board the bus, tap the Breeze Card or Ticket again to use the transfer. If you're transferring from bus to train or from bus to bus, the transfer will be automatically added to your card or ticket when you first board the bus and tap the fare box. All you need to do is tap your card or ticket again to enter the station fare gates or when boarding the next bus.

### Our Mission

To advocate and provide safe, multi-modal transit services that advance prosperity, connectivity and equity for a more livable region.

### Quick Links

About MARTA
Employee Links
Careers
Diversity & Inclusion
Accessibility Services
MARTA Police
Transit Oriented Development
Procurement
Lost Item Inquiry Form
Comments & Suggestions
COVID-19 Personnel & Ridership Impacts
Application for Mobility Eligibility
Breezecard.com

### Contact

| Route & Schedule Info | 404-848-5000 |
| Customer Service | 404-848-5000 |
| MARTA Police (Non-Emergency) | 404-848-4900 |
| MARTA Police (Emergency) | 404-848-4911 |
| MARTA Mobility | 404-848-5826 |

Select a Language:

Privacy and Legal   Terms and Conditions

**https://itsmarta.com/marta-on-the-go.aspx**





include.

- Real-time Next Train and Next Bus tracking
- Schedules for all rail lines along with station arrival times
- Schedules for all bus routes and a bus map with real-time updates
- Access to Google Transit Trip Planner and Uber for last-mile connectivity
- A full MARTA rail system map
- A Nearby Stops feature for finding your closest bus stop
- The latest system alerts
- Access to your Breeze Card balance

### Download the App

MARTA On the Go is available for iOS and Android devices. You can download it for free from either the App Store and Google Play below.

App Store   Google Play Store

**Our Mission**

To advocate and provide safe, multi-modal transit services that advance prosperity, connectivity and equity for a more livable region.

**Quick Links**

About MARTA
Employee Links
Careers
Diversity & Inclusion
Accessibility Services
MARTA Police
Transit Oriented Development
Procurement
Lost Item Inquiry Form
Comments & Suggestions
COVID-19 Personnel & Ridership Impacts
Application for Mobility Eligibility
Breezecard.com

**Contact**

Route & Schedule Info          404-848-5000

Customer Service                   404-848-5000

MARTA Police                          404-848-4900
(Non-Emergency)

MARTA Police                          404-848-4911
(Emergency)

MARTA Mobility                       404-848-5826

Select a Language:

Select Language ▼

**https://itsmarta.com/marta-see-say.aspx**





and anonymously to MARTA Police, chat with MARTA Police and share your location with friends.

Reports can be made directly through the app, by calling 404-848-4911 or texting the new SMS number, 1-877-371-8477. Please note that 404-334-5355 will no longer be monitored for SMS reporting after May 31st.

See & Say 2.0 is available for iOS and Android devices. You can download it for free from the App Store or Google Play below.

**Download today before our current MARTA See & Say app is discontinued on May 31st!**

App Store    Google Play Store

**Our Mission**

To advocate and provide safe, multi-modal transit services that advance prosperity, connectivity and equity for a more livable region.

**Quick Links**

About MARTA
Employee Links
Careers
Diversity & Inclusion
Accessibility Services
MARTA Police
Transit Oriented Development
Procurement
Lost Item Inquiry Form
Comments & Suggestions
COVID-19 Personnel & Ridership Impacts
Application for Mobility Eligibility
Breezecard.com

**Contact**

Route & Schedule Info          404-848-5000

Customer Service                404-848-5000

MARTA Police
(Non-Emergency)                 404-848-4900

MARTA Police
(Emergency)                     404-848-4911

MARTA Mobility                  404-848-5826

**Select a Language:**

Select Language

Privacy and Legal          Terms and Conditions

## https://itsmarta.com/breeze-mobile.aspx







**https://itsmarta.com/reduced-fare-program.aspx**





Reduced Fare Breeze cards are issued in person at the following locations:

**Five Points Rail Station**
(Forsyth Street side of the station)
30 Alabama Street, SW
Atlanta, GA 30303

**MARTA Headquarters Building**
(Across from Lindbergh Center station)
2424 Piedmont Road NE
Atlanta, GA 30324

Hours of operation: Monday through Friday 8:30 am to 5:00 pm

**To qualify for the Reduced Fare Breeze card, you must meet one of the following requirements:**

- A _SENIOR CITIZEN_ age 65 or older, must provide valid photo ID with date of birth such as a driver's license, state issued identification or passport. Reduced Fare Form **required**

- Proof of a _PHYSICAL OR MENTAL DISABILITY_ by presenting one of the following and the Reduced Fare Form:
  - Social security disability
  - Veteran's Administration (Service-connected VA data card)
  - Disabled parking permit

Or complete and submit the _Healthcare Provider_ form

- _MEDICARE CARD_ (red/white/blue) Reduced Fare Form **required**

Please note that all documentation must be accompanied by a valid photo ID.

## Reduced Fare Program FAQ

**How much does a Reduced Fare Breeze Card cost?**                     ✕

The initial card is free, and your first replacement is only $2. All future replacements are $5.



**https://itsmarta.com/mobility-fares.aspx**





## Mobility Fare Guide

All MARTA Mobility Fare(s) must be loaded onto your Mobility
Photo ID Card. Payment with a standard Breeze Card is only
allowed when using it to pay for a companion.

**One Trip**
$4

**20 Trips — Mobility Discounted Pass**
$68

**30-Day Pass — Mobility Discounted Pass**
$128

Note: Your 30-Day Pass only starts after your first use — not after
you purchase the fare.

## Acceptable Types of Fare

There are a few ways to pay for fare when riding MARTA Mobility
whether you're riding alone or bringing a companion on board.

- MARTA Mobility Photo ID Card, loaded with cash, trips or a
  Mobility Pass
- $4.00 cash (customers and companions)
- One Breeze Card (issued by your employer), shown when
  boarding along with a payment of $2.50
- One Breeze Ticket (issued by your school or university), shown
  when boarding along with a payment of $2.50
- Valid SE Trans Single MARTA Mobility 1-Trip Breeze Ticket,
  tapped and dropped in ticket fare box
- Regular Breeze Card with stored value for companion riders
  ONLY (deducts $4.00)

**Our Mission**

**Quick Links**

**Contact**

Route & Schedule Info   404-848-5000

**https://itsmarta.com/passpartnership.aspx**





companies located in specific geographical regions. Their mission is to improve the quality of life through green space, recycling, and transportation initiatives. All companies who participate through a TMA will automatically get the maximum discount (20%) offered. Your company must fall within the TMA's geographic region to be eligible. Contact lperry@itsmarta.com (404-848-4446) to see if you're within a TMA zone.

Any company has the option of doing MARTA Direct. It involves working directly with MARTA to participate in the program. Depending on how many employees wish to participate, the discount can range from 5 to 20% off the monthly pass. Whether you choose to participate in the program through a TMA or MARTA Direct, the program offers great benefits for both the employer and employee.

## Partnership Fare Structure

Partnership fare pricing includes a discount of up to 20% on each $95 monthly pass purchased. The discount percentage depends on the number of cards your company purchases. All cards purchased through TMAs will receive a 20% discount. Here's the rundown of discount tiers:

Unlimited Ride Calendar Monthly Pass........$95.00

| | Sales Volume/Mth | Discount | Price |
|---|---|---|---|
| Direct | 1-9 | 5% | $90.25 |
| Direct | 10-1,499 | 15% | $80.75 |
| Direct | 1,500+ | 20% | $76.00 |
| TMA | All | 20% | $76.00 |

Take Advantage of the Perks of Partnership - Sign up Today

Enrolling your organization in the Partnership Program is easy and only takes a few steps. *Plus, enrolling is free.*

We'll contact you to provide more information on program enrollment so that you and your employees can start enjoying the



enrollment so that you and your employees can start enjoying the perks of partnering with MARTA very soon.

**Click here** for a printable version of this information

## Who's Eligible

The MARTA Partnership Program benefits partner organizations, their employees and the entire metro area community. Organizations eligible to participate are:

- Corporations
- Small businesses
- Governmental agencies
- Transportation Management Associations

## Passing on the Perks

The direct financial impacts of the Partnership Program are obvious. In fact, our partners say the program more than pays for itself. But the intangible impacts on your employees are also significant. Here are a few of the partner benefits of this program:

- You can save 7.65% on employee contributions to FICA & MEDICARE
- You won't pay federal or payroll taxes on the value of the commuter benefit, which makes this more cost effective than raising an employee's salary by a similar amount.
- If your company pays for employee parking, that cost will be reduced. Plus, you'll have more room for visitor parking.
- Employee health and productivity will increase without the stress of daily traffic and time wasted in gridlock, leading to improved retention.
- Offering new perks to boost your benefits package will increase employee morale and aide in recruiting of new talent.
- By encouraging public transit, you will by contributing to your company's sustainability initiatives and LEED (Leadership and Energy Environmental Design) certification. Plus, you'll be improving the quality of life for your employees and your community, while preserving the environment

## Look at some ways your employees will benefit:



Your employees also benefit directly from the Partnership Program. For those already riding MARTA, the discount immediately puts money back into their pockets. For others who are commuting by car, this program offers both financial and personal incentives.

## Employee Perks Of the Partnership

- Employees will save money by not driving a personal car every day, including the cost of fuel, parking fees and ongoing vehicle maintenance.
- Employees who already use MARTA for their daily commute will receive up to a 20% discount on transit costs.
- Due to tax savings associated with the program, employees will see an increase in their take home pay.
- Your employees will be safer on public transit than driving a car. In fact, the National Safety Council says riding a bus is 170 times safer than traveling in an automobile.
- By reducing the stress associated with traffic, they will be healthier. The stress of driving in congested conditions is linked directly to a long list of health problems, more headaches, colds and flu.
- Employees can use a train or bus ride to work and be productive, which isn't possible when they are driving in daily traffic.
- They can save money by using it on the weekends to attend sporting events downtown, visit attractions in the city, dine at in-town restaurants or simply travel around the metro area. Because the pass provides unlimited usage on both trains and buses.

## Guaranteed Ride Home Program

To provide you with peace of mind, members of the MARTA Partnership Program may participate in the Guaranteed Ride Home program. If you are unable to use MARTA for your normal ride home due to an unexpected illness, unscheduled overtime, sick child, etc. then Georgia Commute Options can help! The Guaranteed Ride Home program pays for up to 5 FREE rides to your home or car from work each year if an unexpected event occurs. Click here for more information

Join other companies such as ...



Guaranteed Ride Home program pays for up to 5 FREE rides to your home or car from work each year if an unexpected event occurs. Click here for more information

Join other companies such as...

| TMA | Liveable Buckhead | TMA | Perimeter Connects |
|---|---|---|---|
| | Baker Donelson | | Access Insurance |
| | BrandBank | | Focus Brands |
| | Intercontinental | | Hilton Garden Inn Atlanta Perimeter Center |
| | Kaiser Permanente | | Hines |
| | McAngus Goudlock & Courie, LLC | | Le Méridien Atlanta Perimeter |
| | Premiere Global Services | | The Intersect Group |
| | Pulte Group Inc. | | Vertiv |
| | Rollins Inc. | | Visiting Nurse |
| | Trimont Real Estate Advisors | | |
| | WeWork Inc. | | |
| | Wimberly, Lawson, Steckel, Schneider & Stine, P.C. | | |

To Sign-Up For MARTA Direct
Click here for a printable version of "Enrollment Form" and forward to LaKwanza Rowell at lperry@itsmarta.com.

For questions call LaKwanza Rowell at (404) 848-4446.

**Our Mission**

To advocate and provide safe, multi-modal transit services that advance prosperity, connectivity and equity for a more livable region.

**Quick Links**

About MARTA
Employee Links
Careers
Diversity & Inclusion
Accessibility Services
MARTA Police
Transit Oriented Development
Procurement
Lost Item Inquiry Form

**Contact**

| Route & Schedule Info | 404-848-5000 |
|---|---|
| Customer Service | 404-848-5000 |
| MARTA Police (Non-Emergency) | 404-848-4900 |
| MARTA Police (Emergency) | 404-848-4911 |
| MARTA Mobility | 404-848-5826 |

**https://itsmarta.com/university-program.aspx**





**see below school name and location to pick up a pass on campus**

| | | |
|---|---|---|
| Agnes Scott College | Georgia Institute of Technology | Omnitech Inc. (Human Resources Department) |
| American Intercontinental University (AIU) (Finance Department) | Georgia Piedmont Technical College (Campus Bookstore) | SAE Institute (Financial Aid Office/Student Accounts) |
| Art Institute of Atlanta Dunwoody Campus | Gwinnett College Sandy Springs Campus (Receptionist) | Spelman College |
| Atlanta English Institute (AEI) | Health and Style Institute (Business Office Manager) | Talk English School (Front Desk) |
| Atlanta Metropolitan State College (Student Accounts - 650 Building, bottom floor Rm. 121) | Herzing College (Financial Aid Office) | Savannah College of Art and Design (SCAD) (Main building at 1600 Peachtree St NW) |
| Atlanta School of Massage (Accounting Department) asm.accountingatlanta schoolofmassage.edu | Interactive College (Bookstore) | |
| Atlanta Technical College (Business Office, Bldg. B. Dennard Building. Mon -Thurs 8am-7pm & Friday 8am-2pm) | John Marshall Law School | |
| Clark Atlanta University | Literacy Action, Inc. 231 Peachtree St. Ste M-100) operations@literacyaction.org | |
| Clayton State University | Mercer University | |



| | |
|---|---|
| Clayton State University (Laker Card Center @ James University Center) | Mercer University (Sheffield Student Center Rm 208 or the Fitness Center check-in desk) |
| Elaine Sterling Institute | Morehouse College |
| Emory University (Transportation Office Pass pick up from 9am-3pm Monday - Friday the 25th-27th of each month) Call 404-727-Park (1130) for additional information) | Morehouse School of Medicine (NCP) |
| Georgia State University | Oglethorpe University |

**\* Not Currently Participating (NCP)**
For schools interested in participating in the program fill out the attached enrollment form UPASS Enrollment Form or call 404-848-4460 for more details.

↑
Back to top

**Our Mission**

To advocate and provide safe, multi-modal transit services that advance prosperity, connectivity and equity for a more livable region.

**Quick Links**

About MARTA
Employee Links
Careers
Diversity & Inclusion
Accessibility Services
MARTA Police
Transit Oriented Development
Procurement
Lost Item Inquiry Form
Comments & Suggestions
COVID-19 Personnel & Ridership Impacts
Application for Mobility Eligibility
Breezecard.com

**Contact**

| Route & Schedule Info | 404-848-5000 |
| Customer Service | 404-848-5000 |
| MARTA Police (Non-Emergency) | 404-848-4900 |
| MARTA Police (Emergency) | 404-848-4911 |
| MARTA Mobility | 404-848-5826 |

**Select a Language:**

Select Language ▼

## https://itsmarta.com/student-program.aspx





## Pricing

Participating schools can purchase passes for $14.40 each no matter how many they purchase at once.

## Enrolling Your School

Contact our School Discount Program if you want to learn more about the program or have an interest in setting up an account with your school.

School Discount Program (K-12)
404-848-4460
upass@itsmarta.com

### Our Mission

To advocate and provide safe, multi-modal transit services that advance prosperity, connectivity and equity for a more livable region.

### Quick Links

About MARTA
Employee Links
Careers
Diversity & Inclusion
Accessibility Services
MARTA Police
Transit Oriented Development
Procurement
Lost Item Inquiry Form
Comments & Suggestions
COVID-19 Personnel & Ridership Impacts
Application for Mobility Eligibility
Breezecard.com

### Contact

| Route & Schedule Info | 404-848-5000 |
| Customer Service | 404-848-5000 |
| MARTA Police (Non-Emergency) | 404-848-4900 |
| MARTA Police (Emergency) | 404-848-4911 |
| MARTA Mobility | 404-848-5826 |

Select a Language:

Privacy and Legal     Terms and Conditions

**https://itsmarta.com/group-discount.aspx**





| | |
|---|---|
| 4 Day Pass | $19.00 |
| 7 Day Pass | $23.75 |

*Add $1.00 for cost of each Breeze ticket (non-reloadable)

*Add $2.00 for cost of each Breeze card (reloadable)

## Pricing Breakdown

| Quantity of Day Passes | Discount |
|---|---|
| 1-199 | No Discount Offered |
| 200 – 499 | 5% |
| 500 – 999 | 6% |
| 1,000 – 4,999 | 7% |
| 5,000 – 9,999 | 8% |
| 10,000 - 14,999 | 15% |
| 15,000 - 24,999 | 17% |
| 25,000 + | 20% |

*Discounts are only available on Breeze fare.

Discounts are available on orders of 200 passes or more. Please allow 10-15 business days for order processing. Orders are mailed via the U.S. Postal Service (Certified Mail) to one address or can be picked up in person Tuesday – Thursday from 10:00AM to 2:00PM with MARTA Media Sales at 2400 Piedmont Road, Atlanta, GA 30324.

**How to Purchase**



**How to Purchase**

Orders can be purchased directly with a check if picking up in
person, credit card, or invoiced through a consignment
agreement. For more information or to place an order for your
group contact LaKwanza Rowell at lperry@itsmarta.com or by
phone at 404-848-4460 to place an order.

Note: MARTA has a transit station on the west end of the domestic
terminal inside Hartsfield Jackson-International Airport, which
makes transit service accessible by rail to many Downtown,
Buckhead, Midtown, and Perimeter hotels.

MARTA trains operate from approximately 4:45 a.m. to 1:00 a.m.
Monday through Friday and 6:00 a.m. to 1:00 a.m. weekends and
holidays. Buses run from 5:00 a.m. to 1:00 a.m. Monday through
Friday and from 6:00 a.m. to 1:00 a.m. weekends and holidays.
Times vary on individual bus routes.

**Our Mission**

To advocate and provide safe,
multi-modal transit services that
advance prosperity, connectivity
and equity for a more livable region.

**Quick Links**

About MARTA
Employee Links
Careers
Diversity & Inclusion
Accessibility Services
MARTA Police
Transit Oriented Development
Procurement
Lost Item Inquiry Form
Comments & Suggestions
COVID-19 Personnel & Ridership
Impacts
Application for Mobility Eligibility
Breezecard.com

**Contact**

Route & Schedule Info          404-848-5000

Customer Service               404-848-5000

MARTA Police                   404-848-4900
(Non-Emergency)

MARTA Police                   404-848-4911
(Emergency)

MARTA Mobility                 404-848-5826

**Select a Language:**

## https://itsmarta.com/food-bar-crawl.aspx







**Stop Four**

# Wild Heaven Brewery

*135 Maple St B, Decatur*

Some of the best craft beer in the country is brewed right here in Atlanta. Wild Heaven is just one of the city's many amazing breweries, offering European brews with an American twist. Dig the laid-back vibes of Decatur and enjoy a brewery tour before kicking back with a cold one.

Near: Avondale Station

**Stop Five**

# The Vortex

*878 Peachtree St NE, Atlanta*

There are many contenders for Atlanta's best burger joint, but The Vortex truly stands out from the rest. With eclectic decor and a killer menu (Double Coronary Bypass, anyone?), this long-time Atlanta staple never disappoints.

**Stop Six**

# Polaris

*265 Peachtree St NW, Atlanta*

Dine in style atop Atlanta's historic Hyatt Regency Hotel. This rotating, upscale restaurant offers a 360-degree, panoramic view of downtown Atlanta, complete with chef-inspired Southern fare and handcrafted cocktails to match. The perfect place for a special occasion or romantic



disappoints.

Near: Midtown Station

cocktails to match. The perfect place for a special occasion or romantic night out. **(Temporarily Closed)**

Near: Peachtree Center and Civic Center Stations

**Stop Seven**

# El Rey Del Taco

*5288 Buford Hwy NW, Doraville*

Is this the most authentic Mexican food in the city? We'll let you decide. One thing is for sure: this taqueria brings some of the best Mexican flavors to the infamously delicious, insanely eclectic Buford Highway food scene.

Near: Doraville Station

## More Trip Ideas



**https://itsmarta.com/history-tour.aspx**







**Stop Two**

# Martin Luther King Jr. National Historic Site

*450 Auburn Ave. NE, Atlanta*

Several Atlanta destinations defined Martin Luther King Jr.'s childhood. Visit Martin Luther King's childhood home, the Ebenezer Baptist Church where he was baptized and the King Center. Stop by any of these landmarks and learn about one of our nation's most influential public figures. (Temporarily Closed)

404-526-8900 http://www.thekingcenter.org

Near King Memorial MARTA station

**Stop Four**

# National Center for Civil and Human Rights

*100 Ivan Allen Jr Boulevard NW, Atlanta*

The center features exhibitions that detail the US Civil Rights Movement and the history of human rights throughout the entire world. Visit the center to learn about the figures who have fought for justice over the course of human history.

678-999-8990
https://www.civilandhumanrights.org

Near GWCC/Dome/Philips Arena/CNN station

**Stop Three**

# CNN Center

*190 Marietta Street, Atlanta*

The world headquarters of CNN features many of the network's main newsrooms and studios. Entrance to the building is free, and 50-minute guided tours leave every 10 minutes. And if you're in the mood for some food or shopping, the public downstairs area has a variety of full-service restaurants and specialty retail stores. (Temporarily Closed)

404-827-2300 http://www.cnn.com

Near GWCC/Dome/Philips Arena/CNN station



**Stop Five**

# Fernbank Museum of Natural History

*767 Clifton Road NE, Atlanta*

Fernbank Museum is an interactive experience that takes visitors through the history of our natural world. See replicas of some of the world's largest dinosaurs and learn about the development of life on Earth with permanent exhibitions as well as many special exhibitions traveling across the country. Catch a film about wildlife or our planet's at Fernbank's IMAX Theatre.

404-929-6300 http://www.fernbankmuseum.org

Near the Candler Park station

**Stop Six**

# Margaret Mitchell House

*990 Peachtree Street NE, Atlanta*

Visit the house where Margaret Mitchell wrote her Pulitzer-Prize winning novel, Gone With the Wind. The three-story, Tudor Revival house is listed on the National Register of Historic Places. Learn more about the life of this groundbreaking writer, playwright and philanthropist at the visitor center inside the building. (Temporarily Closed)

404-249-7015 http://www.exploregeorgia.org/listing/3070-margaret-mitchell-house

Near the Midtown station

**Stop Seven**

# Callanwolde Fine Arts Center



**Stop Seven**

# Callanwolde Fine Arts Center

*980 Briarcliff Road NE, Atlanta*

Built in 1920, Callanwolde is Charles Howard Candler's Tudor Revival home here in the heart of Atlanta. Charles Howard was the son of the founder of the Coca-Cola Company, and eventually became president of the company from 1916 to 1923. Visitors can walk through the gardens on the property, tour the Callanwolde Gallery or attend special events like Jazz on the Lawn.

404-872-5338  http://callanwolde.org

Near the Inman Park station

**Stop Eight**

# Rhodes Hall

*1516 Peachtree Street NW, Atlanta*

An Atlanta landmark since 1904, the "castle on Peachtree" was originally the home of Rhodes Furniture founder Amos Rhodes. This house museum offers guided tours that features Romanesque architecture.

404-881-9980  https://www.rhodeshall.org/

Near the Arts Center station



**https://itsmarta.com/music-venues.aspx**







### Stop Three

# Atlanta Symphony Orchestra

*1280 Peachtree St NE, Atlanta, GA 30309*

For an upscale night on the town, visit the city's historic symphony hall. Home to the Atlanta Symphony Orchestra and Chorus, as well as host to musicians from around the world, the Atlanta Symphony Orchestra has been part of the cultural fabric of the city since the 1930s.

Near: Arts Center Station

### Stop Four

# The Masquerade

*50 Lower Alabama Street, Atlanta*

A true Atlanta legend, this iconic venue has hosted major names in rock, alternative, electronic and hip-hop. Everyone from Fugazi to Future has graced The Masquerade's stage. After relocating to the lowest level of Atlanta Underground, this beloved venue is bringing long-time fans a brand-new experience with three unique performance rooms.

Near: Five Points Station

### Stop Five

# Smith's Olde Bar

*1578 Piedmont Ave NE, Atlanta*

With three themed rooms dedicated to live shows, it's no surprise that Smith's Olde Bar is a favorite hangout for Atlanta musicians and music lovers. Grab some pub grub and play a round of pool, then kick back and enjoy the show.



lovers. Grab some pub grub and play a round of pool, then kick back and enjoy the show.

**Near:** Piedmont Ave. @ Monroe Dr.

**Stop Six**

# Rialto

*80 Forsyth Street NW, Atlanta*

For a high-class night, check out The Rialto Center for the Performing Arts. Experience performances from Georgia State's finest musicians and world-renowned artists in the global classical and jazz community.

**Near:** Peachtree Center Station

**Stop Seven**

# State Farm Arena

*1 State Farm Drive, Atlanta*

State Farm Arena is a multipurpose sports and entertainment complex. Home to the NBA's Atlanta Hawks, the arena also features top-ranked concert tours, family shows and conferences on a global scale.

Directions: Take the Dome/GWCC/Philips Arena/CNN Station on the Blue and Green Lines. After exiting the station, follow the signs directing you towards the arena.

404-878-3000  https://www.statefarmarena.com/

**Stop Eight**

# The
# Tabernacle



Stop Eight

# The Tabernacle

*152 Luckie Street NW, Atlanta*

This converted Baptist Church has an acoustically stunning stage and features some of the biggest acts in music. The Tabernacle not only hosts music concerts, but also comedy tours and other special events throughout the year.

404-659-9022   http://www.tabernacleatl.com/

Near: Marietta St @ Centennial Park Drive

## More Trip Ideas

**Sights Worth Seeing**

Visit the landmarks that define Atlanta.

**Outdoor Escapes**

Explore the great outdoors right in Atlanta's backyard.

**Music Venues**

Check out the sights and sounds behind this city's music.



**https://itsmarta.com/outdoor-escapes.aspx**





**Stop One**

# Morningside Nature Preserve

*1941 Wellbourne Drive, Atlanta*

The preserve is located on the banks of South Fork Peachtree Creek, offering visitors 30 acres of trail for hiking and walking. The main trail crosses the creek and circles the nearby hills, opening up to a clearing with a view of the entire preserve.

Near: Midtown Station

**Stop Two**

# BeltLine Eastside

*From Piedmont Park south to Irwin Street in Inman Park*

The BeltLine is an ongoing project to create a network of public parks, multi-use trails and transit along 22 miles of repurposed railroad. Pedestrian-friendly and sustainable, the BeltLine is a great way to explore Atlanta's communities while enjoying the great outdoors. The Eastside Trail was the first completed path on the BeltLine and offers a

**Stop Three**

# Piedmont Park

*1342 Worchester Drive NE, Atlanta*

Piedmont Park covers more than 189 acres of land, making it one of the largest parks in Atlanta. Located in Midtown, the park hosts numerous events and festivals throughout the year, including MLK Day 5K Drum Run, Dogwood Festival, Atlanta Jazz Festival and Music Midtown. The park is filled with great outdoor attractions and features a lake, a dog



explore Atlanta's communities while enjoying the great outdoors. The Eastside Trail was the first completed path on the BeltLine and offers a tour of Atlanta's more urban areas.

Near: King Memorial Station

Run, Dogwood Festival, Atlanta Jazz Festival and Music Midtown. The park is filled with great outdoor attractions and features a lake, a dog park, large fields, playgrounds and tennis courts.

Near: Midtown Station

Stop Four

## Candler Park

*585 Candler Park Dr NE, Atlanta*

This expansive green space sees less foot traffic than popular Piedmont Park, but still comes with all the fixings: a basketball court, golf course, swimming pool, playground, bike path, frisbee fields and more.

Near: Edgewood-Candler Station

Stop Five

## Inman Park

*Euclid Ave And Elizabeth St, Atlanta*

Escape from the hustle and bustle of the city in this green retreat. Surrounded by the gorgeous Victorian homes that line the streets of the Inman Park area, this neighborhood gem has plenty of space for frisbee or sunbathing, plus a playground for kids.

Near: Inman Park-Reynoldstown Station



**Stop Six**

# Brookhaven Park

*4158 Peachtree Rd NE*

The rolling hills at Brookhaven Park are some of the best-kept secrets in Atlanta. Not only is there plenty of space to walk and play, it's also the biggest (unofficial) dog park in the city. Visit one of the many festivals in the park or bring your pup to make some new four-legged friends.

Near: Brookhaven Oglethorpe Station

**Stop Seven**

# Cascade Springs Nature Preserve Trail

*2852 Cascade Road SW, Atlanta*

This preserve offers 120 acres of green space filled with hiking trails, a waterfall, wildlife forests and fresh springs. Explore the Cascade Springs Trail and visit earthworks built by Civil War soldiers near Utoy Creek.

Near: West End Station

# More Trip Ideas



**https://itsmarta.com/sights-worth-seeing.aspx**





**Stop Two**

# Centennial Olympic Park and Ferris Wheel

*265 Park Ave. W NW, Atlanta and 168 Luckie Street NW.(Skyview Atlanta Ferris Wheel)*

Located in the heart of downtown Atlanta, this is one of the most beloved parks in the city. The park's fountains and lush green spaces make it a popular location for festivals, ice skating and charity events. It's also conveniently located next to the Georgia Aquarium, CNN Center and Philips Arena for a full day in the city.

Cross the street and take a ride on Atlanta's SkyView ferris wheel for breathtaking panoramic views of the downtown skyline.

Near: Peachtree Center and Dome/GWCC/Philips Arena/CNN Center Stations

**Stop Three**

# World of Coke

*121 Baker St NW, Atlanta*

The World of Coca-Cola is an Atlanta favorite. This museum features interactive exhibits, historical artifacts, a very large polar bear and an infamous tasting room where you can sample soft drinks from around the world. Try Italy's notorious Beverly beverage if you're feeling adventurous.

Near: Peachtree Center and Dome/GWCC/Philips Arena/CNN Center Stations

**Stop Four**

# Georgia Aquarium

*225 Baker St NW, Atlanta*

The Georgia Aquarium is a public aquarium in Atlanta, Georgia, USA. It houses more than a hundred thousand animals and represents several thousand species, all of which reside in 10 million US gallons of marine and salt water.



**Stop Five**

# The High



**Stop Five**

# The High Museum of Art

*1280 Peachtree St NE, Atlanta*

Home to works by some of the most influential artists in history, the High is the leading art museum in the Southeast. For a full day of art and culture at the Woodruff Arts Center, stroll through the halls of the High, then hit up the nearby Atlanta Symphony Hall or the Alliance Theater for an evening show.

Near: Arts Center Station

**Stop Six**

# Swan House

*Atlanta History Center, 130 West Paces Ferry Road NW, Atlanta*

Designed by famed Atlanta architect Philip Trammell Shutze, the Swan House is a classically-styled mansion built in 1928 for the Edward H. Inman family. Walking through the home's gardens and historic rooms is a great way to spend the day.

Near Buckhead station



**Stop Seven**

# Oakland Cemetery

*248 Oakland Ave. SE, Atlanta*

Founded in 1850, Oakland Cemetery is filled with sprawling oaks and magnolias and is the final resting place for notable Atlanta legends, including Bobby Jones, Margaret Mitchell and Maynard Jackson. It's home to some stunning architecture and near a handful of favorite local eateries.

Near: King Memorial Station

**Stop Eight**

# The Varsity

*61 North Avenue NW, Atlanta*

What'll you have? This Varsity location has the world's largest drive-in. Established in 1928, this long-running drive-in chain serves up burgers, hot dogs, fries, shakes and other American classics.

Near: North Avenue Station

**Stop Nine**

# Sweet Auburn

*Edgewood Ave. and Hilliard St.*

Throughout the 1900s, this historic African-American neighborhood was home to some of the first major black businesses in Atlanta and the country. Today, this neighborhood is the embodiment of old-meets-new, complete with rich history, vibrant street art and a burgeoning food-and-drink scene. Take a walking tour of the sites and artwork along Edgewood Ave. and stop at some of the city's best restaurants and bars



**Stop Nine**

# Sweet Auburn

*Edgewood Ave. and Hilliard St.*

Throughout the 1900s, this historic African-American neighborhood was home to some of the first major black businesses in Atlanta and the country. Today, this neighborhood is the embodiment of old-meets-new, complete with rich history, vibrant street art and a burgeoning food-and-drink scene. Take a walking tour of the sites and artwork along Edgewood Ave. and stop at some of the city's best restaurants and bars along the way.

Near: Atlanta Streetcar

**Stop Ten**

# Jimmy Carter Library & Museum

**Stop Thirteen**

# Museum of Design Atlanta

*1315 Peachtree St NE, Atlanta*

**Stop Ten**

# Jimmy Carter Library & Museum

*441 Freedom Parkway, Atlanta*

As the only Georgian ever elected president (so far), it's no surprise that Atlanta loves Jimmy Carter. While the former governor of Georgia continues his work of human rights and international peace at The Carter Center, the Jimmy Carter Library and Museum gives visitors an inside look at the president's life and accomplishments. **(Temporarily Closed)**

Near: Inman Park-Reynoldstown Station

**Stop Thirteen**

# Museum of Design Atlanta

*1315 Peachtree St NE, Atlanta*

MODA is the Southeast's only museum dedicated to all things design. From coding to crocheting to urban planning, the museum's exhibits explore innovative ideas from around the world. MODA also offers events and workshops that help adults and children bring their design dreams to life.

Near: Arts Center Station

**Stop Fourteen**

# Little 5 Points

*Moreland Ave. and Mclendon Ave., Atlanta*

As the unofficial arts district of Atlanta, this creative neighborhood is a favorite among locals and visitors alike. The neighborhood's eclectic shops boast some of the best bars, food, entertainment and vintage finds in town. And in the fall, the weirdest and wildest of Atlanta turn out in droves to attend the famous Little Five Points Halloween Parade.

Near: Inman Park Station

**Stop Fifteen**

# College Football





