November 8, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345



U.S. Citizenship and Immigration Services



IOE0906613101

CHIKAMADU JACQUELINE UMEH
1808 ALCOVY OAKS DRIVE
LAWRENCEVILLE, GA 30045
USA

A059-262-914

RE: CHIKAMADU JACQUELINE UMEH
N-400, Application for Naturalization

## DECISION

Dear CHIKAMADU UMEH:

On May 6, 2019, you filed a Form N-400, Application for Naturalization, with U.S. Citizenship and Immigration Services (USCIS) under section 316 of the Immigration and Nationality Act (INA).

After a thorough review of the information provided in your application for naturalization, the documents supporting your application, and your testimony during your naturalization interview, USCIS has determined that you are not eligible for naturalization. Accordingly, USCIS must deny your application for naturalization.

Generally, to qualify for naturalization, under INA 316, an applicant must:

- Be 18 years of age or older at the time of filing Form N-400;
- Be lawfully admitted for permanent residence;
- Be a lawful permanent resident for at least 5 years at the time of filing Form N-400;
- Demonstrate good moral character for at least 5 years prior to the Form N-400 filing date, and during the period leading to administration of the Oath of Allegiance;
- Have resided continuously in the United States for at least 5 years as a lawful permanent resident before filing Form N-400;
- Have resided for at least 3 months in the State or USCIS District where residency is claimed before filing Form N-400;
- Have resided continuously in the United States from the date of filing Form N-400 up to the time of administration of the Oath of Allegiance;
- Be physically present in the United States for at least 2½ years at the time of filing Form N-400;
- Demonstrate a basic knowledge of U.S. history and government;
- Demonstrate the ability to read, write, and speak words in ordinary usage in the English language; and
- Establish an attachment to the principles of the U.S. Constitution and be disposed to the good order and happiness of the United States.

### Statement of Facts and Analysis Including Ground(s) for Denial

On January 31, 2015, you obtained permanent resident status in immigrant classification IR-6. USCIS received your Form N-400 on May 06, 2019, and on November 05, 2019, you appeared for an interview to determine your eligibility for naturalization.

During the interview and review of your application with an Immigration Services Officer, you testified that the information on your Form N-400, along with any amendments made during the naturalization interview, and the documents submitted by you were true and correct. The record reflects that during the statutory period, May 05, 2014 to present, you were arrested on or about March 10, 2019, and charged with Possession of a schedule II controlled substance, Possession of Cocaine, GA ,Cobb County Superior Court.  On February 26, 2020, you were convicted of Possession of drug related objects, and drugs not in original container and sentenced to 12 months probation. The act (or acts) for which you were arrested and convicted occurred on February 26, 2020.

You were arrested on or about October 09, 2017, and charged with battery - family violence, cruelty to children, GA ,Cobb County Superior Court. On January 03 2019, you entered into a Nolle Prose qui as a result of plea negotiation and completing anger management and community services.

These crimes are crimes involving moral turpitude. To qualify for naturalization, you must demonstrate that you are a person of good moral character. You have not established you are a person of good moral character because you committed and were convicted of a crime (or crimes) involving moral turpitude during the statutory period. Therefore, you are ineligible for naturalization at this time. See INA 101(f)(3) and 316(a)(3) and Title 8, Code of Federal Regulations (8 CFR), section 316.10 (b)(2)(i).

If you believe that you can overcome the grounds for this denial, you may submit a request for a hearing on Form N-336, Request for a Hearing on a Decision in Naturalization Proceedings, within 30 calendar days of service of this decision (33 days if this decision was mailed). See attached 8 CFR 336.2 (a) and 103.8(b). Without a properly filed Form N-336, this decision will become final. See INA 336.

For questions about your application, you can use our many online tools (WWW) including our virtual assistant, Emma.  If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting WWW.

Sincerely,

*Shineka C. Miller*

Shineka C. Miller
Field Office Director

cc: SANDY SCOTT


IOE0906613101


A059-262-914