Lawrenceville Police Department
300 Jackson Street
Lawrenceville, GA 30046
(770) 962-4173

Purpose Code: E
(Official Use Only)

## Request For Criminal History Information

Full Name: Chikamadu Umeh

Maiden Name: Ekezie

Street Address: 1808 Alcovy Oaks dr

City, State & Zip: Lawrenceville Ga 30045

Social Security Number: 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

Race: Black African American   Sex: Female   Date of Birth: 11-12-1970

Reason for Request: Immigration

If Employment, What Type: ___

I, the above-named individual, am requesting a check of my criminal history from the Lawrenceville Police Department, Lawrenceville, Georgia, for any criminal history maintained by the State of Georgia only.

I understand that there is a $15.00 charge for the check of my record.

I also agree that the Lawrenceville Police Department, its employees, heirs, trustees, etc., shall in no way be held at fault for the use or misuse of my record once it has been delivered to me.

Signature: _____   Date: 11-19-21

A criminal history was made through the Georgia Crime Information Center (GCIC) via computer using the above shown criteria.

[X] No Record     [ ] Record (See Attached)

**NO CRIMINAL RECORD**
(STATE OF GEORGIA ONLY)

Date: 11/19/2021

Lawrenceville Police Department   C.Ma____

[Stamp: LAWRENCEVILLE POLICE DEPARTMENT - STATE OF GEORGIA]