**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

### THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | February 22, 2022 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| N-336, Request for a Hearing on a Decision in Naturalization | A059262914 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0915254682 | February 17, 2022 | 1 of 1 |

| | DATE OF BIRTH |
|---|---|
| | November 12, 1970 |

CHIKAMADU J. UMEH
C/O JULIO ZACONET VALENTIN THE FOGLE LAW FIRM LL
55 IVAN ALLEN JR. BLVD. STE 830
ATLANTA, GA 30308

**PAYMENT INFORMATION:**

Application/Petition Fee: $700.00
Total Amount Received: $700.00
Total Balance Due: $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.



RECEIVED
MAR 0 8 REC'D
By_____

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648005
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.