Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE0915254682 | 089898949007 | N336 - REQUEST FOR HEARING ON A DECISION IN NATURALIZATION PROCEEDINGS |
| **Received Date** 02/17/2022 | **Priority Date** | **Applicant** A059 262 914 CHIKAMADU JACQUELINE UMEH |
| **Notice Date** 05/25/2022 | **Page** 1 of 1 | |

CHIKAMADU JACQUELINE UMEH
c/o CHIKAMADU JACQUELINE UMEH
THE FOGLE LAW FIRM LLC
55 IVAN ALLEN JR. BLVD., STE. 830
ATLANTA GA 30308

**Please come to:**
2150 PARKLAKE DRIVE, NE
ATLANTA, GA 30345

**On (Date):** Thursday, June 30, 2022
**At (Time):** 09:45AM

You are notified to appear before a USCIS officer regarding the application identified above at the date, time, and place indicated above. *Failure to appear for the scheduled appointment without prior notification and without good cause may result in the denial of your application.* (8 CFR 103.2)

To ensure visitor and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"

**YOU MUST APPEAR FOR THIS APPOINTMENT** - However, if you are under self-isolation or quarantine, are ill, have any symptoms of illness or are at heightened risk due to age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled.

**COVID-19 Safety Precautions** - To ensure the health and safety of all who enter USCIS facilities, you must take the following safety precautions when arriving for your appointment:
- DO NOT arrive more than 15 minutes prior to your appointment time. You will not be permitted entry into the office until 15 minutes before your appointment.
- Check www.cdc.gov for the county COVID-19 Community Level where you will appear for your appointment to understand the prevention steps for that location.
- Follow local USCIS guidance while inside USCIS facilities.
- You may have to answer health screening questions before entering.
- Bring a black or blue ink pen with you to your appointment.

**Who should come with you?** - You may be limited in who may attend your appointment with you in person.
- If you do not speak English fluently and are eligible to take the appointment in a language other than English, you should arrange to have an interpreter come with you to the appointment or be available via phone. If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the appointment or be available via phone.
- If you have a disability and have an individual who assists you, that individual may come with you.

What to bring with you to the hearing:
- This notice;
- Original of each document for which you have already submitted a photocopy with your application;
- Any other papers which have a bearing on this case. If return of original is desired, bring original and a photocopy. Foreign language documents must be presented along with certified English translations;
- Alien Registration card.

PLEASE keep this appointment, even if you do not have all the items indicated above.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY: 1-800-767-1833) as soon as possible, **even if you indicated on your application that you require an accommodation.**

If you filed your Form N-400, Application for Naturalization, on or after Dec. 1, 2020, and are required to take the 2020 version of the civics test, you may now have the option to take the 2008 version of the civics test. To learn if this option is available to you, visit the USCIS Citizenship Resource Center at uscis.gov/citizenship/2020test.



RECEIVED
JUN 0 2 REC'D
By _____

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

USCIS FIELD OFFICE
U. S. CITIZENSHIP & IMMIGRATION SVC
2150 PARKLAKE DRIVE NE
ATLANTA GA 30345
USCIS Contact Center: www.uscis.gov/contactcenter

**A Number**    **Receipt Number**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.