# THE UNITED STATES OF AMERICA
# DEPARTMENT OF HOMELAND SECURITY

## CERTIFICATE OF NATURALIZATION

No. 4173O281

Personal description of holder as of date of naturalization:

Date of birth: **FEBRUARY 20, 1973**

Sex: **FEMALE**

Height: **5** feet **00** inches

Marital status: **DIVORCED**

Country of former nationality: **INDONESIA**



(Complete and true signature of holder)

USCIS Registration No. **A078 378 772**

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

Be it known that, pursuant to an application filed with the Secretary of Homeland Security

at: **ATLANTA, GEORGIA**

The Secretary having found that:

**HERLINA KURNIAWAN**

residing at:

**LAWRENCEVILLE, GEORGIA**

having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by

**U.S. DISTRICT COURT NORTHERN GEORGIA**

at: **ATLANTA, GEORGIA**   on:   **AUGUST 07, 2020**

such person is admitted as a citizen of the United States of America.



U. S. Citizenship and Immigration Services



ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

