USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

 An official website of the United States government
Here's how you know

Español

 U.S. Citizenship and Immigration Services (https://www.uscis.gov/)

☰ Menu

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



## Response To USCIS' Request For Evidence Was Received

On December 8, 2017, we received your response to our Request for Evidence for your Form I-130, Petition for Alien Relative, Receipt Number WAC1790004949. USCIS has begun working on your case again. We will send you a decision or notify you if we need something from you. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.

**Enter Another Receipt Number** ❓