# EXHIBIT A

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **410-2023-04038** |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Vanessa Hayes** | **(770) 873-9176** | **July 26, 1976** |

| Street Address | City, State and ZIP Code |
|---|---|
| **226 Overlook Ct** | **Dallas, GA 30157** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Oaks at West Cobb, LLC** | **30-40+** | **(470) 329-7775** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3292 Ernest W Barrett Pkwy NW** | **Marietta, GA 30064** |

**Rec'd U.S. EEOC Atlanta District Office 12/07/2022**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **August 29, 2022**   Latest: **October 12, 2022**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I.   I began working for the employer on March 24, 2022, as Medication Aid/Med Tech.

II.   On August 29, 2022, I experienced a medical emergency while at work and requested an accommodation to be able to leave work for the day to go to the hospital. The company stated that if I left it would be job abandonment, but I told them I needed medical attention and I went to the hospital. When I was discharged from the hospital, I texted my supervisor, Hector Pirela, my doctor's note and informed him that I could return to work the next day. Hector informed me that he had taken me off of the schedule and when I asked if I could return to work on Wednesday, he did not respond. Hector then terminated me, asked me to turn in my badge and keys.

III.   The company then stated that I resigned, then changed its position again with Hector stating that my termination was completed improperly and that I needed to return to the office and speak with Lady Reed, the Executive Director.

IV.   On or around August 30, to my surprise, I met with Lady Reed only for her to give me two write-ups and place me back on the schedule. The two write-ups were still improper because they concerned leave that I needed for medical treatment. Lady also informed me that I would be terminated again if I got sick and needed to leave to seek medical treatment while at work. After this meeting I had to go back to the hospital because of the stress caused from the adverse actions taken against me for needing to leave work for a medical emergency.

V.   On or around September 11, 2022, I returned to work and managers and kitchen staff had attitudes with me. Specifically, manager John Paul Pelotte, was being aggressive towards me because I had given him a ticket order for a resident's food. He told me he wasn't "babysitting any tickets. Why are you giving me tickets?" I reported the issue to Lady in an email communication because of his hostility towards me for following standard routine but she did not address it. I chose to ignore the attitudes and comments being made about me.

VI.   On or around October 11, 2022, I was terminated again. The company's reason for termination was because I was gossiping but would not tell me what "gossip" I was responsible for or who reported that I was gossiping. I told them that was hearsay and that I felt I was working in a toxic environment. I had never said anything negative about anyone at my workplace. There is nothing in the handbook about gossiping.

VI. On or around October 12, 2022, I email Lady and the Regional Manager, Jennifer, informing them that I felt this most recent termination was in retaliation for the issues surrounding the August termination and write-ups and that I felt they had been setting me up. Neither responded to my email.

VII. I believe I was discriminated and retaliated against in violation of the Americans with Disabilities Act of 1990.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 12/07/2022 — Date | *Electronically Signed* — Vanessa Hay — Nintex AssureSign® — 2022-12-07 17:48:40 UTC - 172.58.4.47 — eee197a2-1ce5-48d0-9945-af640115c1b9 | Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Ianna O. Richardson, Esq. | ianna@justiceatwork.com | Barrett & Farahany

410-2023-04038

Rec'd
U.S. EEOC
Atlanta District Office
12/07/2022