SHERIFF'S ENTRY OF SERVICE

SC-85-2                                                   CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

| | | |
|---|---|---|
| Civil Action No. __23-A-02104-B__ | Superior Court ☒ | Magistrate Court ☐ |
| | State Court ☐ | Probate Court ☐ |
| Date Filed __March 15, 2023__ | Juvenile Court ☐ | |

Georgia, __GWINNETT__ _____ COUNTY

__CIDMON DIMO__ _____

_____ Plaintiff

VS.

Attorney's Address
Glen E. Stinson
State Bar No. 682560
35 Courthouse Square
Dallas, Georgia 30132
770-443-9481

__SELECTIVE INSURANCE COMPANY OF AMERICAN__
AND
__SELECTIVE INSURANCE COMPANY OF SOUTH__
__CAROLINA , JOINTLY AND SEVERALLY__  Defendant

Name and Address of Party to be Served.
SELECTIVE INSURANCE COMPANY OF AMERICA
By Serving Its Registered Agent
Corporation Service Company
2 Sun Court. Suite 400
Peachtree Corners, Georgia 30092

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**

I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

☐ Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**

☐ Served the defendant _Seloctive Insurance Company of Amelia_ a corporation by leaving a copy of the within action and summons with _Alisha Smith_ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 21 day of _March_ , 20 23 .

_Sgt Collins SO 500_ _____
                                          DEPUTY

SHERIFF DOCKET _____ PAGE _____

Exhibit "A"

E-FILED IN OFFICE - KB
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-02104-8**
Clyde Castleberry 3/15/2023 2:37 PM
**TIANA P. GARNER, CLERK**

SUMMONS                                              SC-85-1

## IN THE SUPERIOR/STATE COURT OF ____GWINNETT_____ COUNTY

## STATE OF GEORGIA

CIDMON DIMO _____

_____

_____

                                    **PLAINTIFF**

                    VS.

SELECTIVE INSURANCE COMPANY OF AMERICA
AND

SELECTIVE INSURANCE COMPANY OF SOUTH
CAROLINA

                        **DEFENDANT**

CIVIL ACTION  23-A-02104-8
NUMBER _____

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:
        Glen E. Stinson
        State Bar No. 682560
        35 Courthouse Square
        Dallas, Georgia 30132
        770-443-9481 (Telephone)
        glen@glenstinonlaw.com

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.
    15th day of March, 2023

This_____day of_____, 20_____.

                                Tiana P. Garner

                                Clerk of Superior/State Court

                                BY_____

                                                Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

E-FILED IN OFFICE - KB
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-02104-8**
**3/15/2023 2:37 PM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| CIDMON DIMO, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | |
| Vs. | * | FILE NO.:_23-A-02104-8_____ |
| | * | |
| SELECTIVE INSURANCE COMPANY | * | |
| OF AMERICA AND SELECTIVE | * | |
| INSURANCE COMPANY OF SOUTH | * | |
| CAROLINA, JOINTLY AND | * | |
| SEVERALLY, | * | |
| | * | |
| Defendant. | * | |

## COMPLAINT ON INSURANCE POLICY

Comes now, Cidmon Dimo, Plaintiff, in the above-styled action and files this, his Complaint on Insurance Policy against the Defendant, Selective Insurance Company of America and Selective Insurance Company of South Carolina, jointly and severally and shows to the Court the following:

1.

The Defendants are insurance companies registered to do business in Georgia, as a foreign corporation, being a New Jersey Corporation and Selective Insurance Company of South Carolina, which is also a foreign insurance company being an Indiana Corporation which is also an affiliate of Selective Insurance Company of America and also registered to do business in the State of Georgia as a foreign corporation. Both of these Defendants have as their Registered Agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092and are

subject to the jurisdiction of this Court.  Selective Insurance Company of American and Selective Insurance of South Carolina are joint and several obligors and/or contractors with the Plaintiff.

2.

Both Defendants may be served by serving their Registered Agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia, 30092

3.

The Defendants, jointly and severally, through their agent, Turner, Wood & Smith Insurance Company, sold, negotiated and issued an insurance policy to the Plaintiff.  Said insurance policy being S2129087, being effective from July 25, 2021 through July 25, 2022.  Said Policy Limits being $958,461.00.  A copy of the Declaration Page is attached hereto as Exhibit "A" and incorporated herein by reference thereto.

4.

Plaintiff is now and was, at the time said policy was issued, the owner of the property insured, which property is more particularly described in such policy as 1318 and 1314 Browns Bridge Road, Gainesville, Georgia 30501.

5.

The term of said policy is from July 25, 2021 through July 25, 2022, and the premium for the entire terms has been paid.

6.

On January 4, 2022, while said policy was in full force and effect, a vandalism and theft occurred on the insured building and property, which was covered by the policy causing a loss of $134,543.00.

7.

Plaintiff properly notified Defendant of said loss and filed proper proof of loss forms with Defendant and performed all conditions precedent imposed upon Plaintiff by said policy.

8.

Defendant has refused to pay any benefits provided by said policy and Defendant owes to the Plaintiff the sum of $134,543.00.

9.

The Plaintiff has made numerous demands upon the Defendant to pay for the loss covered by said insurance beginning on March 14, 2022. Over sixty days have passed since a demand has been made by the holder of the policy and the insured has refused to pay the same in bad faith. The Plaintiff claims that such bad faith allows the Plaintiff to claim damages against the Defendants as allowed by O.C.G.A. 33-4-6 including reasonable attorney's fees as allowed by O.C.G.A. 33-4-6. The Plaintiff requests judgment against the Defendant for the amount of this loss of $134,543.00 and in addition, not more than 50% of the liability of the insurer for the loss or $5,000.00 whichever is greater together with attorney's fees for being forced to prosecute this action based on the bad faith of the Defendant for their failure to pay this loss.

The Defendants, jointly and severally have also been stubborn litigious and have exercised bad faith in contracting and the Plaintiff further request this Court to award him his reasonable cost and expenses of litigation in this matter as judgment against the Defendants, jointly and severally.

WHEREFORE, Plaintiff prays for judgment against Defendant for $134,543.00 plus interest and the costs of this action; together with an additional award of 50% of the liability of the insurer for this loss or $5,000.00 whichever is greater together with attorney's fees a allowed by O.C.G.A. 33-4-6 and/or based on the stubborn litigiousness and bad faith in contracting by these Defendants, jointly and severally.

The Plaintiff also demands a trial by jury in this matter.

GLEN E. STINSON
State Bar No. 682560
Attorney for Plaintiff

35 Courthouse Square
Dallas, Georgia 30132
770-443-9481 (Telephone)
770-443-9482 (Facsimile)
glen@glenstinsonlaw.com

E-FILED IN OFFICE - KB
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-02104-8**
**3/15/2023 2:37 PM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF __GWINNETT__ COUNTY

STATE OF GEORGIA

CIDMON DIMO,       *

      *

     Plaintiff,     *    CIVIL ACTION

      *       23-A-02104-8

Vs.       *   FILE NO.:_____

      *

SELECTIVE INSURANCE COMPANY   *

OF AMERICA d/b/a SELECTIVE    *

INSURANCE COMPANY OF SOUTH   *

CAROLINA AS ITS AFFILIATE,    *

      *

     Defendant.    *

## VERIFICATION

Personally appeared before me, the undersigned officer duly authorized to administer oaths, the undersigned, who, after having been duly sworn on oath, deposes and says that the within          and          foregoing

__Complaint on Insurance Policy__

is true, correct and based on personal knowledge of the affiant.

Sworn to and subscribed before me,
This the 15th day of March,
2023

_____
Notary Public

CIDMON DIMO

DEBORAH SMITH
NOTARY
EXPIRES
GEORGIA
MAY 10, 2023
PUBLIC
COBB COUNTY

| Previous Policy Number | Policy Number |
|---|---|
| S   2129087 | S   2129087 |

# BUSINESSOWNERS COVERAGE DECLARATIONS

| Policy Effective Date: JULY 25, 2021 | Coverage Effective Date: JULY 25, 2021 |
|---|---|

**Named Insured is:**

**Business of Named Insured:**

## DESCRIPTION OF PREMISES

| Prem. No. | Bldg. No. | Location | Occupancy |
|---|---|---|---|

Refer to "Schedule of Locations"

In return for payment of the premium and subject to all the terms of this policy, we agree with you to provide insurance for those coverages for which a specific limit is shown in the following coverage schedule

## COVERAGE SCHEDULE
### Property

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Blanket Insurance | Deductible | Valuation | Automatic Increase In Insurance |
|---|---|---|---|---|---|---|---|
| 1 | 1 | BUILDING | $594,410 | NONE | $1,000 | RC | 8% |
| 2 | 1 | BUILDING | $958,461 | NONE | $1,000 | RC | 8% |

## LIABILITY AND MEDICAL PAYMENTS

| | | |
|---|---|---|
| Liability and Medical Expenses Limit | $1,000,000 | |
| Medical Expenses Limit - Per Person | $10,000 | |
| General Aggregate Limit | $3,000,000 | |
| Product Aggregate Limit | $3,000,000 | |

**Forms and Endorsements:**

**Premium Amount**

$6,164.00

Refer to "Commercial Policy Forms and Endorsement Schedule"

BP 71 19 09 19

INSURED'S COPY

SHERIFF'S ENTRY OF SERVICE                     SC-89-2                    CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

| | |
|---|---|
| Civil Action No. __23-A-02104-8__ | Superior Court ☒  Magistrate Court ☐ |
| | State Court ☐  Probate Court ☐ |
| Date Filed __March 15, 2023__ | Juvenile Court ☐ |

Georgia, __GWINNETT_____ COUNTY

CIDMON DIMO
_____

_____ Plaintiff

**Attorney's Address**
Glen E. Stinson
State Bar No. 682560                                              VS.
35 Courthouse Square
Dallas, Georgia 30132
770-443-9481                                        SELECTIVE INSURANCE COMPANY OF AMERICA
                                                    AND
Name and Address of Party to be Served.             SELECTIVE INSURANCE COMPANY OF SOUTH
SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA        CAROLINA, JOINTLY AND SEVERALLY    Defendant
By Serving its Registered Agent
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐
I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION** ☒
Served the defendant _Selective Insurance Company of South Carolina_ a corporation
by leaving a copy of the within action and summons with _Tana Rizuratth Alisha Smith_
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said
affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the
defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _21_ day of _March_, 20_23_.

_Sgt Collins (O 500)_
_____ DEPUTY

SHERIFF DOCKET_____ PAGE _____

E-FILED IN OFFICE - KB
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-02104-8**

Clyde Castleberry 3/15/2023 2:37 PM
TIANA P. GARNER, CLERK

SUMMONS            SC-85-1

## IN THE SUPERIOR/~~STATE~~ COURT OF ___GWINNETT___ COUNTY

## STATE OF GEORGIA

CIDMON DIMO

_____

_____

_____

                          **PLAINTIFF**

       VS.

SELECTIVE INSURANCE COMPANY OF AMERICA
AND
SELECTIVE INSURANCE COMPANY OF SOUTH
CAROLINA

_____

                **DEFENDANT**

CIVIL ACTION  23-A-02104-8
NUMBER _____

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

     Glen E. Stinson
     State Bar No. 682560
     35 Courthouse Square
     Dallas, Georgia 30132
     770-443-9481 (Telephone)
     glen@glenstinonlaw.com

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

15th day of March, 2023

This_____day of_____, 20_____.

Tiana P. Garner

Clerk of Superior/State Court

BY _____

                                Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

E-FILED IN OFFICE - KB
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-02104-8**
**3/15/2023 2:37 PM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| CIDMON DIMO, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | |
| Vs. | * | FILE NO.: _23-A-02104-8_ |
| | * | |
| SELECTIVE INSURANCE COMPANY | * | |
| OF AMERICA AND SELECTIVE | * | |
| INSURANCE COMPANY OF SOUTH | * | |
| CAROLINA, JOINTLY AND | * | |
| SEVERALLY, | * | |
| | * | |
| Defendant. | * | |

## COMPLAINT ON INSURANCE POLICY

Comes now, Cidmon Dimo, Plaintiff, in the above-styled action and files this, his

Complaint on Insurance Policy against the Defendant, Selective Insurance Company of America

and Selective Insurance Company of South Carolina, jointly and severally and shows to the Court

the following:

1.

The Defendants are insurance companies registered to do business in Georgia, as a foreign

corporation, being a New Jersey Corporation and Selective Insurance Company of South Carolina,

which is also a foreign insurance company being an Indiana Corporation which is also an affiliate

of Selective Insurance Company of America and also registered to do business in the State of

Georgia as a foreign corporation.  Both of these Defendants have as their Registered Agent,

Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092and are

*Complaint on Insurance Policy*
*Cidmon Dimo vs. Selective Insurance Company of America d/b/a Selective Insurance Company of South Carolina as its Affiliate*
*Gwinnett County Superior Court – CAFN #_____*

subject to the jurisdiction of this Court.  Selective Insurance Company of American and Selective Insurance of South Carolina are joint and several obligors and/or contractors with the Plaintiff.

2.

Both Defendants may be served by serving their Registered Agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia, 30092

3.

The Defendants, jointly and severally, through their agent, Turner, Wood & Smith Insurance Company, sold, negotiated and issued an insurance policy to the Plaintiff.  Said insurance policy being S2129087, being effective from July 25, 2021 through July 25, 2022.  Said Policy Limits being $958,461.00.  A copy of the Declaration Page is attached hereto as Exhibit "A" and incorporated herein by reference thereto.

4.

Plaintiff is now and was, at the time said policy was issued, the owner of the property insured, which property is more particularly described in such policy as 1318 and 1314 Browns Bridge Road, Gainesville, Georgia 30501.

5.

The term of said policy is from July 25, 2021 through July 25, 2022, and the premium for the entire terms has been paid.

6.

On January 4, 2022, while said policy was in full force and effect, a vandalism and theft occurred on the insured building and property, which was covered by the policy causing a loss of $134,543.00.

7.

Plaintiff properly notified Defendant of said loss and filed proper proof of loss forms with Defendant and performed all conditions precedent imposed upon Plaintiff by said policy.

8.

Defendant has refused to pay any benefits provided by said policy and Defendant owes to the Plaintiff the sum of $134,543.00.

9.

The Plaintiff has made numerous demands upon the Defendant to pay for the loss covered by said insurance beginning on March 14, 2022. Over sixty days have passed since a demand has been made by the holder of the policy and the insured has refused to pay the same in bad faith. The Plaintiff claims that such bad faith allows the Plaintiff to claim damages against the Defendants as allowed by O.C.G.A. 33-4-6 including reasonable attorney's fees as allowed by O.C.G.A. 33-4-6. The Plaintiff requests judgment against the Defendant for the amount of this loss of $134,543.00 and in addition, not more than 50% of the liability of the insurer for the loss or $5,000.00 whichever is greater together with attorney's fees for being forced to prosecute this action based on the bad faith of the Defendant for their failure to pay this loss.

The Defendants, jointly and severally have also been stubborn litigious and have exercised bad faith in contracting and the Plaintiff further request this Court to award him his reasonable cost and expenses of litigation in this matter as judgment against the Defendants, jointly and severally.

WHEREFORE, Plaintiff prays for judgment against Defendant for $134,543.00 plus interest and the costs of this action; together with an additional award of 50% of the liability of the insurer for this loss or $5,000.00 whichever is greater together with attorney's fees a allowed by O.C.G.A. 33-4-6 and/or based on the stubborn litigiousness and bad faith in contracting by these Defendants, jointly and severally.

The Plaintiff also demands a trial by jury in this matter.

GLEN E. STINSON
State Bar No. 682560
Attorney for Plaintiff

35 Courthouse Square
Dallas, Georgia 30132
770-443-9481 (Telephone)
770-443-9482 (Facsimile)
glen@glenstinsonlaw.com

E-FILED IN OFFICE - KB
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-02104-8**
**3/15/2023 2:37 PM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF  GWINNETT                    COUNTY

STATE OF GEORGIA

CIDMON DIMO,                                  *
                                             *
        Plaintiff,                           *       CIVIL ACTION
                                             *            23-A-02104-8
Vs.                                          *       FILE NO.:_____
                                             *
SELECTIVE INSURANCE COMPANY                  *
OF AMERICA d/b/a SELECTIVE                    *
INSURANCE COMPANY OF SOUTH                    *
CAROLINA AS ITS AFFILIATE,                    *
                                             *
        Defendant.                           *

VERIFICATION

Personally appeared before me, the undersigned officer duly authorized to administer oaths, the undersigned, who, after having been duly sworn on oath, deposes and says that the within                                                    and                                        foregoing

 Complaint on Insurance Policy 

_____

is true, correct and based on personal knowledge of the affiant.

Sworn to and subscribed before me,
This the 15th day of March,
2023

Notary Public

EXPIRES
GEORGIA
MAY 10, 2023
PUBLIC
COBB COUNTY
DEBORAH S. NOTARY

_____
CIDMON DIMO

EXHIBIT "A"

| Previous Policy Number | Policy Number |
|---|---|
| S   2129087 | S   2129087 |

# BUSINESSOWNERS COVERAGE DECLARATIONS

| Policy Effective Date: JULY 25, 2021 | Coverage Effective Date: JULY 25, 2021 |
|---|---|

**Named Insured is:**

**Business of Named Insured:**

## DESCRIPTION OF PREMISES

| Prem. No. | Bldg. No. | Location | Occupancy |
|---|---|---|---|

Refer to "Schedule of Locations"

In return for payment of the premium and subject to all the terms of this policy, we agree with you to provide insurance for those coverages for which a specific limit is shown in the following coverage schedule

## COVERAGE SCHEDULE

### Property

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Blanket Insurance | Deductible | Valuation | Automatic Increase In Insurance |
|---|---|---|---|---|---|---|---|
| 1 | 1 | BUILDING | $594,410 | NONE | $1,000 | RC | 8% |
| 2 | 1 | BUILDING | $958,461 | NONE | $1,000 | RC | 8% |

## LIABILITY AND MEDICAL PAYMENTS

| | | | |
|---|---|---|---|
| Liability and Medical Expenses Limit | $1,000,000 | General Aggregate Limit | $3,000,000 |
| Medical Expenses Limit - Per Person | $10,000 | Product Aggregate Limit | $3,000,000 |

**Forms and Endorsements:**

Refer to "Commercial Policy Forms and Endorsement Schedule"

**Premium Amount**

$6,164.00

BP 71 19 09 19

INSURED'S COPY