IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CIDMON DIMO,<br><br>    Plaintiff,<br><br>v.<br><br>SELECTIVE INSURANCE COMPANY OF AMERICA and SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA,<br><br>    Defendants. | Civil Action File No.:  23-A-02104-B |

## NOTICE OF FILING NOTICE OF REMOVAL

COME NOW Defendants **Selective Insurance Company of America** and **Selective Insurance Company of South Carolina**, by and through the undersigned counsel, and hereby notifies all parties and the Court pursuant to 28 U.S.C. § 1446(d) of the removal of this action to the United States District Court for the Northern District of Georgia.  A true and correct copy of Defendants' Notice of Removal is attached hereto as Ex. A. Pursuant to 28 U.S.C. § 1446, all further proceedings in this Court are hereby stayed.

Respectfully submitted, this 19th day of April 23022.

                                        FREEMAN MATHIS & GARY, LLP

                                        */s/ W. Shawn Bingham*
                                        W. SHAWN BINGHAM
                                        Georgia Bar No. 839706
                                        sbingham@fmglaw.com

                                        *Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
678-996-9090 (direct)
770-937-9960 (Fax)

Exhibit "B"

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing **Notice of Filing Notice of Removal** by electronically filing same with the Clerk of Court using the Odyssey eFileGA system, which will automatically send e-mail notification of such filing, to the following attorneys of record:

Glen E. Stinson<br>
35 Courthouse Square<br>
Dallas, GA 30132<br>
glen@glenstinsonlaw.com

This 19th day of April 2023.

            */s/ W. Shawn Bingham*
            W. SHAWN BINGHAM
            Georgia Bar No. 839706
            sbingham@fmglaw.com

            *Attorneys for Defendants*