# IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

Mozella T. Gibbons
1978 Creekside Ct
Decatur, GA 30032
_____
Plaintiff

Case No.: 22-PA-1328-4

VS

Ascendium Education Group
P.O. Box 9460 PCA MCE2142
Wilkes-Barre PA 18773-9460
_____
Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said court at https://efilega.tylerhost.net/ofsweb and serve upon the Plaintiff's attorney, whose name, address and email is:

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 02nd day of February, 2023.

Honorable Debra DeBerry
Clerk of Superior Court

By_____
Deputy Clerk

E-Filing and E-Service

Pursuant to the Superior Court of DeKalb County's E-File Order, dated December 27, 2016, and available at www.dksuperiorclerk.com/civil, the parties must file all documents electronically through eFileGA unless expressly exempted under the Rule. All orders and notices from the Court will be electronically filed and served through eFileGA. The parties must register for an eFileGA account, link their service contact information with the case and the party represent, and take whatever steps are necessary to ensure that correspondence from eFileGA reaches the parties' inboxes. To access eFileGA, please go to http://www.odysseyefilega.com/

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

**EXHIBIT A**

IN THE ~~STATE~~ *Superior* COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| MOZELLE GIBBONS | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE NO. 22-PA-1328-4 |
| ASCENDIUM EDUCATION GROUP, INC. | : TRIAL BY JURY |
| Defendants', | : |

## COMPLAINT OF ATTEMPT TO DEFAUD AND REIMBURSEMENT OF PAYMENT WITH RELIEF with PERMISSION OF 1ST AMEND

COME NOW, Plaintiff, Mozzelle Gibbons, by and through herself and future undersigned counsel, and files this Complaint against the Defendants of attempt to defraud the Plaintiff and government "aka" *U.S. Department of Education* for reimbursement of payment, and shows the Court as follows:

## NATURE OF COMPLAINT

1.

Plaintiff brings this action to obtain full and complete relief an reimbursement of payment along with the attempt to defraud the government in the form of Student Loans payments by masquerading itself as a loan servicing company for student loans by setting up different companies collecting fees for services, and collecting enumerable amounts of interest and then transferring the account to one of their partnering companies after being discovered of their deceptive practices in January 23, 2021.

1.

2.

This action seeks declaratory relief, compensatory and actual damages for Defendant's failure to honor the Fair Debt Collection Practices Act, Pub. L. 95-109; 91 Stat. 874, September 20, 1977 is a consumer protection amendment, establishing legal protection from abusive debt collection practices, to the consumer Credit Protection Act, as Title VII of that Act. Enacted by: the 95th United States Congress, Long title: An act to amend the Consumer Credit Protection Act to prohibit abusive practices by debt collectors, Public law: Pub. L. 95-109 Statues at Large: 91 Stat. 874 Titles amended: Title 15 U.S.C. sections created: 15 U.S.C. §§ 1692-et. seq. The FDCPA protects consumers from harassment and deceitful tactics…. described herein between Plaintiff and Defendants.

**JURISDICTION AND VENUE**

3.

Defendants' Ascendium Education Group, Inc. aka foreign entities to do business in Georgia. P.O. Box 7859 Madison, WI 53707-7859 in the county of Dekalb, Accordingly, venue in this Court is proper.

4.

Defendant may be served through Certified Mail or electronically via it registered agent. Ascendium Education Group, Inc. aka acting as a foreign entity. Defendant is, therefore, within the jurisdiction of this Court.

2.

## PARTIES

5.

Plaintiff is a resident of the State of Georgia.

6.

Defendants is the business and Loan-servicing agents listed in the above-styled case.

## FACTUAL ALLEGATIONS

7.

On or around January of 2021, The Defendants delivered this letter to the Plaintiff demanding that she was delinquent in her student loan account. Plaintiff then contacted one of her previous legal counsel that previously facilitated other matters in her life, to question why is this new company still harassing her about a debt that escalated from forty-eight hundred dollars "$4800.00" that was previously paid by and through General Motors in the year of 1984, to now at a mere balance of Twenty-Nine thousand. The associate to her counsel then allowed their investigator to research the account, and discovered that the company was originally separate parties until the companies merged into a group. Plaintiff was given knowledge from the U.S. Department of Education that the Plaintiff's debt to their account had long sense satisfied, but the Defendants were reporting that the plaintiff were still in debt to their association.

8.

Plaintiff also discovered that each and every parties of the group was collecting interest payments from the Plaintiff as the principal continued to increase. Then after they've collected enough interest or the Plaintiff began to complain that she's already more than enough of the capital amount they would transfer the account to their other partnering company. Plaintiff began to even question the defendant though knowing that her previous employer paid the full payment from the start.

## CLAIM FOR RELIEF
## ATTEMPT TO DEFRAUD/ FAIR DEBT COLLECTION ACT

9.

Plaintiff re-alleges the preceding paragraphs as if set forth fully herein.

10.

Plaintiff entered into paying the Defendants' never knowing that these were one and all of the same company. Defendants intentionally entered into this deception to defraud the consumer to pay interest to their companies through illegal demise to deceive and defraud the Plaintiff of her hard earned income. Plaintiff made many attempts on her own to recover copies from her previous employer of documents who would've provided proof of payment to the U.S. Department of Education. Defendants has beguiled not only the Plaintiff but many other unwilling parties that did not know the whereas to fight the system.

4.

11.

The Plaintiff complied with all conditions precedent and other requirements of the fair practice act to provide proper actions.

## CLAIM FOR RELIEF
## ATTORNEY' FEES RETAINED AND EXPENSES OF LITIGATION, O.C.G.A. § 13-6-11

12.

Plaintiff re-alleges the proceeding paragraphs as if fully set forth herein.

13.

Defendant has acted in bad faith by refusing to cease and desist from harassing the Plaintiff for defrauding her of monies paid into the deception and lack of tact through fraudulent actions. This has cost the Plaintiff years of suffering from threats of garnishing her social security wages as well as providing for her family welfare.

14.

Because of the Defendant's stubbornly litigious actions, Plaintiff should be awarded her attorneys' fees and expenses of litigation that she has hired surrounding this unfair act and shall hire under O.C.G.A. § 13-6-11.

15.

WHEREFORE, Plaintiff respectfully ask that the Court would award her as follows:

(A) all expenses lost in previous collections of defraud

(B) all interest that has amounted to over sixty-thousand dollars ($65,000.00) or more.

(C) Attorney fees along with investigation fees of over five-thousand dollars that discovered the actions that concluded in this action brought against the Defendants'.

(D) All other relief to which she may be entitled.

Respectfully submitted this 19th day of July, 2022.

/s/ *Mozella T. Gibbons*
Mozzelle Gibbons
1978 Creekside CT
Decatur, GA 30032-4926
Warren-Ruffins-Turner LLC
P.O. BOX 5015
Atlanta, GA 30302

## CERTIFICATE OF SERVICE

I hereby certify that I have delivered a copy of this complaint to the Clerk of the Court for filing. I shall also serve a copy to the Defendant's or their registered agent through Registered Mail with proper postage an electronic email as proper means of service.

*Mozella Gibbons*
Mozzelle Gibbons

Ascendium Education Group
P.O. Box 7859
Madison, WI 53707-7859

# EXHIBIT A

U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686





**PLEASE RETAIN FOR YOUR RECORDS**

11/14/18

MOZELLA GIBBONS
1978 CREEKSIDE CT
DECATUR, GA  30032

### What Happened to My Payment?

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

| | |
|---|---|
| Payment From: Social Security Administration | |
| Payee Name: MOZELLA GIBBONS | |
| Original Payment Amount: $1384.80 | Payment Date: 11/14/18 |
| Payee TIN (Last Four): 4182 | Payment Type: EFT |
| Beneficiary TIN (Last Four): 4182 | Claim Account Number: 252644182 A |

### Who Do I Owe?

We applied your payment to debt that you owe to the following agency:

| | |
|---|---|
| U.S. Department of Education | TOP Trace Number: 153564847 |
| C/O NAVIENT | Account#: UF252644182 |
| P.O. BOX 9460, PCA MC E2142 | Applied to This Debt: $207.72 |
| WILKES-BARRE        PA  18773-9460 | Type of Debt: Non-Tax Federal Debt |

800-331-2314

Please see additional pages for other debts, if any.

### What Should I Do Now?

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe.** Please have this notice available when you contact the agency.

Only an agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under **Who Do I Owe.** If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP or call 1-800-304-3107. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

---



