# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MOZELLA GIBBONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASCENDIUM EDUCATION GROUP, INC.,<br><br>　　　　Defendant. | Civil Action No.: |

### DEFENDANT ASCENDIUM EDUCATION GROUP, INC.'S CERTIFICATE OF INTERESTED PERSONS AND <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Georgia Local Rule 3.3, Defendant Ascendium Education Group, Inc. ("Ascendium") hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement, as follows:

(1) The undersigned counsel of record for Ascendium certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

{}

Plaintiff Mozella Gibbons (also referred to as Mozelle Gibbons)

Defendant Ascendium Education Group, Inc.[1]

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

Ascendium Education Solutions, Inc.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this case:

Counsel for Plaintiff:

None known to Ascendium at this time.[2]

Counsel for Ascendium:

Nicholas F. McDaniel
Matthew R. Roskenkoff

---

[1] Ascendium Education Group, Inc. has been incorrectly named and is not the proper party to this action.  Ascendium Education Solutions, Inc. is the proper party, and Plaintiff requests that the Court order Plaintiff to amend the pleadings herein to reflect same or otherwise allow for the substitution of Ascendium Education Solutions, Inc. as Defendant in this matter.  Ascendium Education Group, Inc. is the parent corporation of Ascendium Education Solutions, Inc.

[2] It is unclear from the pleadings to date in this matter whether Plaintiff is represented by counsel.  The Complaint is signed by Plaintiff.  However, the signature block to the Complaint also lists an entity named "Warren-Ruffins-Turner LLC," and a business card related to such entity is attached to the Complaint following Exhibit A to same.

TAYLOR ENGLISH DUMA LLP

(4) The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party on whose behalf this certificate is filed:

N/A

\* Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. Travaglio v. Am. Express Co., 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." McCormick v. Aderholt, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting Mas v. Perry, 489 F.2d 1396, 1399 (5th Cir. 1974)).

"[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1021 (11th Cir. 2004) (citing Carden v. Arkoma Assocs., 494 U.S. 185, 195-196 (1990)).

A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, 374 F.3d at 1022.

A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. Alliant Tax Credit 31, Inc. v. Murphy, 924 F.3d 1134, 1143 (11th Cir. 2019).

Respectfully submitted this 19th day of April, 2023.

          **TAYLOR ENGLISH DUMA LLP**

          By: */s/ Nicholas F. McDaniel*
          Nicholas F. McDaniel
          Georgia Bar No. 629771
          Matthew R. Rosenkoff
          Georgia Bar No. 842117
          1600 Parkwood Circle, Suite 200
          Atlanta, Georgia 30339
          Tel: (770) 434-6868
          Fax: (770) 434-7376
          nmcdaniel@taylorenglish.com
          mrosenkoff@taylorenglish.com

          *Counsel for Defendant Ascendium Education Group, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1(C).

**TAYLOR ENGLISH DUMA LLP**

By: */s/ Nicholas F. McDaniel*
Nicholas F. McDaniel
Georgia Bar No. 629771
Matthew R. Rosenkoff
Georgia Bar No. 842117
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Tel: (770) 434-6868
Fax: (770) 434-7376
nmcdaniel@taylorenglish.com
mrosenkoff@taylorenglish.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April, 2023, a copy of the foregoing was filed via CM/ECF and served upon Plaintiff by depositing a copy with adequate postage affixed for First Class mail delivery to the addresses below:

| | |
|---|---|
| Mozella Gibbons | Warren-Ruffins-Turner LLC |
| 1978 Creekside Court | P.O Box 5015 |
| Decatur, Georgia 30032 | Atlanta, Georgia 30302 |

By: */s/ Nicholas F. McDaniel*
Nicholas F. McDaniel
Georgia Bar No. 629771