# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHARLES GRINER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| vs. ) | No. _____ |
| ) | |
| PRIME RANGERS, INC., ) | |
| RANGERS ENTERPRISE ) | |
| SATELLITE LLC, and ) | |
| RINNEL WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION AND CONSENT TO BECOME A PLAINTIFF

    I hereby give my consent to be a party and opt-in plaintiff in this lawsuit *Griner v. Prime Rangers, Inc., Rangers Enterprise Satellite LLC, and Rinnel Williams*, United States District Court for the Northern District of Georgia, which is a collective action under the Fair Labor Standards Act ("FLSA") against my employer for unpaid wages, liquidated damages, costs and attorney's fees. I was employed by Defendants and am similarly situated as other opt-in claimants. I agree to represent the Collective Classes adequately. I agree to be bound by any settlement or judgment of the Court in this action.

*DocuSigned by:*

*Charles Griner*
C42151CB104C457...

**Signature**

Charles Griner
_____
**Printed Name**

4/19/2023
_____
**Date**