IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLES JONES and<br>DONNA JONES, | )<br>)<br>) | |
| Plaintiff, | )<br>) | CIVIL ACTION<br>FILE NO. _____ |
| v. | )<br>) | |
| STATE FARM FIRE AND<br>CASUALTY COMPANY,<br>A foreign corporation, | )<br>)<br>)<br>) | [On removal from the Superior Court<br>of Gwinnett County, Civil Action File<br>No. 23-A-02205-9] |
| Defendant. | | |

### NOTICE OF REMOVAL

Comes now, STATE FARM FIRE AND CASUALTY COMPANY (hereinafter "State Farm"), by and through its undersigned counsel, and hereby files this Notice of Removal, respectfully showing this Honorable Court as follows:

1.

On March 16, 2023, Plaintiffs CHARLES JONES and DONNA JONES (the "Plaintiffs"), by and through counsel, filed a Complaint against State Farm in the Superior Court of Gwinnett County, Georgia, styled as *CHARLES JONES and DONNA JONES v. STATE FARM FIRE AND CASUALTY COMPANY*, assigned Case No. 23-A-02205-9 (the "Superior Court Action"). True and correct copies of

all process, pleadings, and orders served upon this defendant to date in the Superior Court Action are collectively attached hereto as **Exhibit "A."**

2.

The Complaint and Summons in this action were served upon State Farm on March 21, 2023, the date on which State Farm first received the Complaint and notice of this lawsuit. Thus, removal is timely under 28 U.S.C. § 1446(b).

3.

The United States District Court for the Northern District of Georgia, Atlanta Division, embraces Gwinnett County, Georgia. Removal to this Court is therefore proper under 28 U.S.C. § 1441(a).

4.

Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal, State Farm will give written notice to the Plaintiffs by notifying their attorney of record, Foster L. Peebles, Esq., of The Huggins Law Firm, LLC, and will file a copy of this Notice of Removal with the Clerk of Superior Court of Gwinnett County, which shall effect the removal.

## **DIVERSITY JURISDICTION**

5.

The United States District Court for the Northern District of Georgia, Atlanta Division, possesses diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

6.

Upon information and belief, the Plaintiffs CHARLES JONES and DONNA JONES are residents of Watkinsville, Georgia.  Thus, the Plaintiffs are citizens of the State of Georgia.

7.

State Farm is a corporation organized under the laws of the State of Illinois, with its principal place of business in the State of Illinois. Thus, State Farm is a citizen of the State of Illinois.

8.

Because Plaintiffs and State Farm are citizens of different States, complete diversity exists between Plaintiffs and State Farm in accordance with 28 U.S.C. § 1332(a)(1).

9.

In Plaintiffs' Complaint, Plaintiffs seek damages in the amount of $51,417.36. *See* Complaint, Paragraph 17. Plaintiffs seek further bad faith damages in the "amount of fifty percent (50%) of the total compensatory damages awarded or $5,00.00, whichever is greater" and their attorneys fees. *See* Complaint, Prayer for Relief. Plaintiffs seek further unspecified damages against State Farm, asking to recover "[a]ny and all applicable multipliers" and "[a]ny and all other relief that the Court may deem just and proper[.]" *See* Complaint, Prayer for Relief. Accordingly, the amount in controversy, at least $77,126.04, exceeds $75,000.00, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

10.

Venue is proper in this Court for purposes of removal under 28 U.S.C. § 1441(a), but not necessarily for purposes of 28 U.S.C. § 1391 or any other applicable venue provision. By filing this Notice of Removal, State Farm does not waive any of its jurisdictional objections or affirmative defenses.

WHEREFORE, State Farm prays that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. § 1446, and that no further proceedings be had in said case in the Superior Court of Gwinnett County, Georgia.

This 20th day of April, 2023.

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/ Mark T. Dietrichs*
        Mark T. Dietrichs
        Georgia Bar No. 221722
        Christopher A. Wood
        Georgia Bar No. 272768
        *Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
mark.dietrichs@swiftcurrie.com
christopher.wood@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I have this day electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF System.  The clerk will serve opposing counsel as follows:

Foster L. Peebles
D. Bruce Janzen, Jr.
THE HUGGINS LAW FIRM, LLC
110 Norcross Street, Roswell, GA 30075
fpeebles@lawhuggins.com
bruce@lawhuggins.com
*Attorneys for Plaintiff*

This 20th day of April, 2023.

                                                 SWIFT, CURRIE, McGHEE & HIERS, LLP

                                                 */s/ Mark T. Dietrichs*
                                                 Mark T. Dietrichs
                                                 Georgia Bar No. 221722
                                                 Christopher A. Wood
                                                 Georgia Bar No. 272768
                                                 *Attorneys for Defendant State Farm Fire*
                                                 *and Casualty Company*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
mark.dietrichs@swiftcurrie.com
christopher.wood@swiftcurrie.com

4891-1131-8876, v. 1