# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHARLES JONES and DONNA JONES, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION ) FILE NO. _____ |
| v. | ) ) [On removal from the Superior Court |
| STATE FARM FIRE AND CASUALTY COMPANY, A foreign corporation, | ) of Gwinnett County, Civil Action File ) No. 23-A-02205-9] ) ) |
| Defendant. | |

## CERTIFICATE

**WE HEREBY CERTIFY** that we are counsel for Defendant STATE FARM FIRE AND CASUALTY COMPANY in the above-styled proceeding and have this day filed a copy of a "Notice of Removal," including the "Notice of Filing Removal," in the Superior Court of Gwinnett County, Georgia, the Court from which said action was removed.

This 20th day of April, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Mark T. Dietrichs*
Mark T. Dietrichs
Georgia Bar No. 221722
Christopher A. Wood
Georgia Bar No. 272768
*Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
mark.dietrichs@swiftcurrie.com
christopher.wood@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I have this day electronically filed the foregoing **CERTIFICATE** with the Clerk of Court using the CM/ECF System. The clerk will serve opposing counsel as follows:

Foster L. Peebles
D. Bruce Janzen, Jr.
THE HUGGINS LAW FIRM, LLC
110 Norcross Street, Roswell, GA 30075
fpeebles@lawhuggins.com
bruce@lawhuggins.com
*Attorneys for Plaintiff*

This 20th day of April, 2023.

                                        SWIFT, CURRIE, McGHEE & HIERS, LLP

                                        */s/ Mark T. Dietrichs*
                                        Mark T. Dietrichs
                                        Georgia Bar No. 221722
                                        Christopher A. Wood
                                        Georgia Bar No. 272768
                                        *Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
mark.dietrichs@swiftcurrie.com
christopher.wood@swiftcurrie.com

4866-9179-4780, v. 1