# EXHIBIT "A"

Int. Cls.: **37 and 42**

Prior U.S. Cls.: **100, 101, 103 and 106**

United States Patent and Trademark Office

Reg. No. 2,032,316
Registered Jan. 21, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

### MASTERSCAPES

HAUGHT, CATHY (UNITED STATES CITIZEN)
226 WASHINGTON BOULEVARD
ABILENE, TX 79601 AND

HAUGHT, DAN (UNITED STATES CITIZEN)
226 WASHINGTON BOULEVARD
ABILENE, TX 79601

FOR: INSTALLATION AND MAINTENANCE OF IRRIGATION SYSTEMS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 5-1-1994; IN COMMERCE 5-1-1994.

FOR: LANDSCAPE GARDENING DESIGN FOR OTHERS; LANDSCAPE GARDENING; LAW CARE; IRRIGATION SYSTEMS DESIGN FOR OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-1-1994; IN COMMERCE 5-1-1994.

SER. NO. 75-073,719, FILED 3-18-1996.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY