# EXHIBIT "C"

# Michael Dvoren

| | |
|---|---|
| **From:** | Michael Dvoren |
| **Sent:** | Thursday, March 23, 2023 11:01 AM |
| **To:** | Michael Dvoren |
| **Subject:** | FW: Phone conversation |

[Redacted – Attorney Client privileged communication]

**From:** Dan Haught <dan@masterscapes.com>
**Sent:** Wednesday, July 29, 2020 8:37 AM
**To:** masterscapeslc@gmail.com
**Subject:** Phone conversation

Jeremey,

Thank you for taking the time to discuss with me the use of the MasterScapes mark. Per our conversation Monday 7/27/20 I appreciate you acknowledging that our Mark is protected and agreeing to change your company name immediately.

The name change should be complete as to prevent any potential confusion in the future, including but not limited to legal, physical and, digital presence.

Regards,

Dan Haught
Owner



325.692.1838
masterscapes.com

1