# EXHIBIT "D"



# GEORGIA CORPORATIONS DIVISION

## GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | Masterscapes Outdoor & Design LLC. | Control Number: | 21107003 |
| Business Type: | Domestic Limited Liability Company | Business Status: | Active/Compliance |
| NAICS Code: | Professional, Scientific, and Technical Services | NAICS Sub Code: | Landscape Architectural Services |
| Principal Office Address: | 1687 W North Main St, Lafayette, GA, 30728, USA | Date of Formation / Registration Date: | 4/9/2021 |
| State of Formation: | Georgia | Last Annual Registration Year: | 2023 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | Jeremy Cropper |
| Physical Address: | 1687 W North Main St, Lafayette, GA, 30728, USA |
| County: | Walker |

Back    Filing History    Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19    Report a Problem?