# EXHIBIT "E"

## Facebook "Page transparency" Page



https://www.facebook.com/msoutdooranddesignllc/about_profile_transparency

## Facebook Main Page:



https://www.facebook.com/msoutdooranddesignllc