# EXHIBIT "F"





Subscribe    Email Address    SIGN UP

Get seasonal gardening tips and more!

Copyright © 2023 Masterscapes Outdoor & Design - All Rights Reserved.

Powered by GoDaddy Website Builder

https://masterscapesoutdooranddesign.com/