# EXHIBIT "G"



https://nextdoor.com/pages/masterscapes-outdoor-design-llc-rock-spring-ga/