# EXHIBIT "H"



Michael B. Dvoren

Senior Attorney
D: 602.635.6882
O: 480.331.9397
michael@rmwarnerlaw.com
8283 N. Hayden Rd., Ste. 229
Scottsdale, AZ 85258

March 23, 2023

**Via FedEx and Email**

Jeremy Cropper
masterscapeslc@gmail.com
Masterscapes Outdoor & Design LLC
5211 Long Hollow Road
Rock Spring, GA 30739

Jeremy Cropper
Masterscapes Outdoor & Design LLC
1687 W North Main St,
Lafayette, GA, 30728

*Re:    Trademark Infringement of MASTERSCAPES, U.S. Registration No. 2,032,316.*

Mr. Cropper,

This law firm represents Dan and Cathy Haught (together, the **"Haughts"**) and their company, MasterScapes, Inc. (collectively, "**MasterScapes**") in connection with their intellectual property and litigation matters.

As I am sure you recall, I sent you a demand letter on June 09, 2020 regarding your previous trademark infringement of the Haughts' federally registered MASTERSCAPES trademark, U.S. Registration No. 2,032,316 (hereafter, the "**Mark**"). *See* **Exhibit A** attached.

Subsequent to my demand letter, you and Dan Haught communicated by phone regarding this matter on July 27, 2020, and Mr. Haught sent you a confirming email regarding that call on July 29, 2020. *See* **Exhibit B** attached. In that confirming email, Mr. Haught noted your acknowledgement that the Mark is protected and noted your agreement to change your company name immediately. *See id.*

Around that same time period, you took down your Facebook page (previously accessible at https://www.facebook.com/masterscapesllc/) for "Masterscapes, LLC" (your "doing business as" name at that time), and you took other actions to stop using the Mark, per your agreement.

Jeremy Cropper
March 23, 2023
Page 2

As a result of your agreement and the actions you took in 2020, MasterScapes considered the matter resolved.

However, MasterScapes recently discovered that you have started infringing the Mark once again.  First, you formed "Masterscapes Outdoor & Design LLC" with the State of Georgia (Entity ID 21107003) on April 09, 2021. *See* **Exhibit C** attached.[1]

Next, you created and published a Facebook page for "MS Outdoor & Design LLC" on June 03, 2021, wherein you prominently use and display the Mark. *See* **Exhibit D** attached.[2]

Third, you purchased the domain name masterscapesoutdooranddesign.com on or around January 05, 2022, and you subsequently published an associated website for "Masterscapes Outdoor & Design LLC", wherein you use and display the Mark. *See* **Exhibit E** attached.[3]

Fourth, you created and published a Nextdoor.com page for "Masterscapes Outdoor & Design LLC", wherein you prominently use and display the Mark. *See* **Exhibit F** attached.[4]

These new uses of the Mark detailed above create a likelihood of confusion, given the identical and closely related services advertised, marketed, offered, and provided by you and by MasterScapes.

For at least the reasons above, which are non-exhaustive, your new infringing uses of the identical "Masterscapes" mark constitutes trademark infringement and unfair competition under federal law. *See* 15 U.S.C. § 1114; 15 U.S.C. § 1125(a).

---

[1] Also viewable at:
https://ecorp.sos.ga.gov/BusinessSearch/BusinessInformation?businessId=3277566&businessType=Domestic%20Limited%20Liability%20Company&fromSearch=True (last accessed on March 23, 2023).

[2] Also viewable at: https://www.facebook.com/msoutdooranddesignllc (last accessed on March 23, 2023).

[3] Also viewable at https://masterscapesoutdooranddesign.com/ (last accessed on March 23, 2023).

[4] Also viewable at https://nextdoor.com/pages/masterscapes-outdoor-design-llc-rock-spring-ga/ (last accessed on March 23, 2023).

Jeremy Cropper
March 23, 2023
Page 3

Especially troubling is the fact that despite your prior acknowledgement of my clients' legal rights in and to the Mark, and you previously agreeing to change your company name and doing so in 2020, you have restarted your infringement of the Mark despite all of this. Thus, your new acts of infringement appear to be knowing and willful. As such, if my clients are forced to sue you, they will seek enhanced monetary damages, along with attorney's fees for these willful acts of infringement. *See* 15 U.S.C. § 1117.

**My clients hereby demand that you cease all uses of "Masterscapes" by or before Friday, April 21, 2023, and transition to a new business name and brand that does not use or incorporate their federally protected Mark**.

If I do not receive a written response from you or your attorney by or before **5pm EDT on Friday, March 31, 2023**, agreeing to cease *all uses* of "Masterscapes" by or before the April 21, 2023 deadline, my clients will take legal action against you to enforce their federally protected trademark rights, without further notice to you. In that legal action, they will seek monetary damages, attorney's fees, recoverable costs, and a permanent injunction to preclude you from continuing to infringe the Mark.

Regardless of your response to this letter, you have a legal obligation to preserve and not destroy, delete, conceal, or alter any evidence relevant to this matter (in any existing form or media). You must not destroy any evidence and you must suspend all document and data destruction activities, including automatic delete functions. Failure to do so may result in sanctions being imposed against you by the court for spoliation of evidence if litigation is later commenced.

Nothing contained in or omitted from this letter shall be deemed a waiver of any of my clients' rights or remedies with respect to this matter, nor is this letter intended to be a full and complete recitation of the facts, law and issues that will be addressed if this matter proceeds to litigation. All of my clients' equitable and legal rights and remedies are expressly reserved.

I respectfully request a response from you or your attorney in writing, by or before **5pm EDT on Friday, March 31, 2023**. If I do not hear back from you or your attorney by then, I will assume you have no interest in resolving this matter amicably.

Sincerely,

**RM Warner, PLC**

Michael B. Dvoren

Jeremy Cropper
March 23, 2023
Page 4


cc: Dan and Cathy Haught; MasterScapes, Inc.

MBD

# Exhibit A



3200 N. Central Avenue, 20th Floor, Phoenix, AZ 85012

jaburgwilk.com

**Michael B. Dvoren**

mbd@jaburgwilk.com
**602.248.1067 - Direct Phone**
**602.248.0522 - Main Fax**

June 9, 2020

<u>**Via Certified Mail and Email**</u>

<u>Attn</u>: Jeremy Cropper
Masterscapes, LLC
5211 Long Hollow Road
Rock Spring, GA 30739
masterscapeslc@gmail.com

*Re:    Trademark Infringement of MASTERSCAPES, U.S. Registration No. 2,032,316.*

Mr. Cropper,

This law firm represents Dan and Cathy Haught (together, the **"Haughts"**) and MasterScapes, Inc. (hereafter, "**MasterScapes**") in connection with their intellectual property matters.

As you may be aware, MasterScapes recently communicated with Facebook regarding your and Masterscapes, LLC's (collectively hereafter, "**you**" or "**your**") infringement of the Haughts' federally registered MASTERSCAPES trademark, U.S. Registration No. 2,032,316 (hereafter, the "**Mark**"). A copy of the federal trademark registration certificate for the Mark is attached hereto as **<u>Exhibit A</u>**.

The Haughts have continuously used the Mark in commerce since 1994 and it has since become "incontestable" under federal law. As such, the registration certificate attached as <u>Exhibit A</u> constitutes conclusive evidence of the Mark's validity and registration, the Haughts' ownership of it, and their *exclusive right to use it*[1] in commerce *throughout the United States*. *See* 15 U.S.C. § 1115(b); 15 U.S.C. § 1065.

The registration certificate also confers *nationwide* priority to the Haughts going back to at least the March 18, 1996 federal filing date. *See* 15 U.S.C. § 1057(c). Accordingly, the Haughts' legal rights in and to the Mark are superior to any rights you might claim or believe you have in or to "Masterscapes."

Your ongoing use of the identical "Masterscapes" mark creates a likelihood of confusion given the identical and closely related services advertised and provided by both you and my clients. Through your Facebook page (https://www.facebook.com/masterscapesllc/), you advertise, market, promote,

---

[1]     The Haughts use the Mark through their company, MasterScapes. *See* 15 U.S.C. § 1055 (allowing the use of a trademark by companies related to registrant without affecting the trademark's validity or registration).

Jeremy Cropper
June 9, 2020
Page 2

offer, sell and provide "*Lawn Care, Landscaping, Land Clearing, Stump Grinding & more!*" The Mark is registered in Class 042 for "landscape gardening design for others; landscape gardening; law [sic] care; irrigation systems design for others" (*see* Exhibit A) and my clients advertise, market, promote, offer, sell and provide these specified services under the Mark.

For at least the reasons above, which are non-exhaustive, your continuous and unauthorized use of the identical "Masterscapes" mark constitutes trademark infringement and unfair competition under federal law. *See* 15 U.S.C. § 1114; 15 U.S.C. § 1125(a).

My clients hereby demand that you cease all uses of "Masterscapes" within thirty (30) days of your receipt of this letter and transition to a new business name and brand that does not use or incorporate their federally protected Mark. If 30 days is unfeasible, my clients may be willing to discuss and come to an agreement on a slightly longer timeframe for you to transition to a new name.

If I do not receive a written response from you by or before **Tuesday, June 23, 2020**, agreeing to cease all uses of "Masterscapes" within the timeframe specified, my clients may be forced to take legal action against you to enforce their federally protected trademark rights. Such action would include seeking monetary damages, attorney's fees, recoverable costs, and an injunction to preclude you from continuing to infringe the Mark.

Nothing contained in or omitted from this letter shall be deemed a waiver of any of my clients' rights or remedies with respect to this matter, nor is this letter intended to be a full and complete recitation of the facts, law, or issues that will be addressed if this matter proceeds to litigation. Additionally, this letter is intended for settlement purposes only and, pursuant to Federal Rule of Evidence 408, is not admissible in any legal proceeding.

I look forward to receiving your written response from you by or before **June 23, 2020** and hopefully resolving this dispute without the need for legal action.

Sincerely,

**JABURG & WILK, P.C.**

Michael B. Dvoren

MBD:mbd

cc: Dan and Cathy Haught; MasterScapes, Inc.

# EXHIBIT A

Int. Cls.: 37 and 42

Prior U.S. Cls.: 100, 101, 103 and 106

Reg. No. 2,032,316

## United States Patent and Trademark Office

Registered Jan. 21, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

## MASTERSCAPES

HAUGHT, CATHY (UNITED STATES CITIZEN)
226 WASHINGTON BOULEVARD
ABILENE, TX 79601 AND

HAUGHT, DAN (UNITED STATES CITIZEN)
226 WASHINGTON BOULEVARD
ABILENE, TX 79601

FOR: INSTALLATION AND MAINTENANCE OF IRRIGATION SYSTEMS , IN CLASS 37 (U.S. CLS. 100, 103 AND 106).
FIRST USE 5-1-1994; IN COMMERCE 5-1-1994.

FOR: LANDSCAPE GARDENING DESIGN FOR OTHERS; LANDSCAPE GARDENING; LAW CARE; IRRIGATION SYSTEMS DESIGN FOR OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 5-1-1994; IN COMMERCE 5-1-1994.

SER. NO. 75-073,719, FILED 3-18-1996.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY

Exhibit B

## Michael  Dvoren

**From:**              Michael  Dvoren
**Sent:**              Thursday, March 23, 2023 11:01 AM
**To:**                Michael  Dvoren
**Subject:**           FW: Phone conversation


[Redacted – Attorney Client privileged communication]

---

**From:** Dan Haught <dan@masterscapes.com>
**Sent:** Wednesday, July 29, 2020 8:37 AM
**To:** masterscapeslc@gmail.com
**Subject:** Phone conversation

Jeremey,

Thank you for taking the time to discuss with me the use of the MasterScapes mark. Per our conversation Monday 7/27/20 I appreciate you acknowledging that our Mark is protected and agreeing to change your company name immediately.

The name change should be complete as to prevent any potential confusion in the future, including but not limited to legal, physical and, digital presence.

Regards,

Dan Haught
Owner



325.692.1838
masterscapes.com

# Exhibit C



# GEORGIA
# CORPORATIONS
# DIVISION

GEORGIA SECRETARY OF STATE
# BRAD
# RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Masterscapes Outdoor & Design LLC.** | Control Number: | **21107003** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Active/Compliance** |
| NAICS Code: | **Professional, Scientific, and Technical Services** | NAICS Sub Code: | **Landscape Architectural Services** |
| Principal Office Address: | **1687 W North Main St, Lafayette, GA, 30728, USA** | Date of Formation / Registration Date: | **4/9/2021** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Jeremy Cropper** |
| Physical Address: | **1687 W North Main St, Lafayette, GA, 30728, USA** |
| County: | **Walker** |

Back

Filing History          Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19          **Report a Problem?**

Exhibit D

## Facebook "Page transparency" Page



https://www.facebook.com/msoutdooranddesignllc/about_profile_transparency

## Facebook Main Page:



https://www.facebook.com/msoutdooranddesignllc

# Exhibit E



https://masterscapesoutdoorandesign.com



Subscribe    Email Address                                   SIGN UP

Get seasonal gardening tips and more!

Copyright © 2023 Masterscapes Outdoor & Design - All Rights Reserved.

Powered by GoDaddy Website Builder

https://masterscapesoutdooranddesign.com/

# Exhibit F



[https://nextdoor.com/pages/masterscapes-outdoor-design-llc-rock-spring-ga/](https://nextdoor.com/pages/masterscapes-outdoor-design-llc-rock-spring-ga/)