# EXHIBIT "I"

# Re dNotify

**ReadNotify email tracking history**

| | |
|---|---|
| To | **masterscapeslc@gmail.com** |
| From | **admin@rmwarnerlaw.com** |
| Subject | Trademark Infringement of MASTERSCAPES, U.S. Registration No. 2,032,316. |
| Sent on | 23-Mar-23 at 13:25:16pm 'America/Phoenix' time |
| 1st Open | **23-Mar-23 at 13:26:02pm**  -7:00 |

**Recipient location not available**

## Tracking Details

### Opened
| | |
|---|---|
| Opened | 23-Mar-23 at 13:26:02pm (UTC -7:00)  -  46secs after sending |
| Location | **Recipient location not available** |
| Opened on | google-proxy-66-249-88-93.google.com (66.249.88.93:48160) |
| Browser | **hidden by google** (used by recipient: Moz/5.0 (WinNT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy)) |
| Last log | No more activity after 23-Mar-23 at 13:26:29pm (UTC -7:00)  -  Log data indicates email was read for at least 27secs (approx.) |

### Forwarded/opened on different computer
| | |
|---|---|
| Opened | 23-Mar-23 at 13:29:52pm (UTC -7:00)  -  4mins36secs after sending |
| Location | Atlanta, Georgia, United States (86% likelihood) |
| Opened on | a172-225-248-174.deploy.static.akamaitechnologies.com (172.225.248.174:37595) |
| Language | of recipient's PC: en-US (English/United States), en;q=0.9 (English) |
| Browser | used by recipient: Moz/5.0 |
| Accepts | Files browser can open: i/webp,i/png,i/svg+xml,i/*;q=0.8,video/*;q=0.8,*/*;q=0.5 |

### Re-Opened (by earlier reader #1)
| | |
|---|---|
| Opened | 23-Mar-23 at 13:41:33pm (UTC -7:00)  -  16mins17secs after sending |
| Location | **Recipient location not available** |
| Opened on | google-proxy-66-249-88-93.google.com (66.249.88.93:64999),google-proxy-66-249-83-79.google.com (66.249.83.79:58263) |
| Browser | **hidden by google** (used by recipient: Moz/5.0 (WinNT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy)) |
| Last log | No more activity after 23-Mar-23 at 13:52:36pm (UTC -7:00)  -  Log data indicates email was open for at least 11mins3secs (approx.) |

### Re-Opened (by earlier reader #1)
| | |
|---|---|
| Opened | 23-Mar-23 at 16:07:22pm (UTC -7:00)  -  2hours42mins6secs after sending |
| Location | **Recipient location not available** |
| Opened on | google-proxy-66-249-88-91.google.com (66.249.88.91:64771) |
| Browser | **hidden by google** (used by recipient: Moz/5.0 (WinNT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy)) |

### Re-Opened (by earlier reader #1)
| | |
|---|---|
| Opened | 23-Mar-23 at 17:02:56pm (UTC -7:00)  -  3hours37mins40secs after sending |
| Location | **Recipient location not available** |
| Opened on | google-proxy-66-249-88-91.google.com (66.249.88.91:49828) |
| Browser | **hidden by google** (used by recipient: Moz/5.0 (WinNT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy)) |
| Last log | No more activity after 23-Mar-23 at 17:04:42pm (UTC -7:00)  -  Log data indicates email was read for at least 1min46secs (approx.) |

### Re-Opened (by earlier reader #1)
| | |
|---|---|
| Opened | 23-Mar-23 at 18:08:21pm (UTC -7:00)  -  4hours43mins5secs after sending |
| Location | **Recipient location not available** |
| Opened on | google-proxy-66-249-88-93.google.com (66.249.88.93:35670) |
| Browser | **hidden by google** (used by recipient: Moz/5.0 (WinNT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy)) |

### Re-Opened (by earlier reader #1)
| | |
|---|---|
| Opened | 24-Mar-23 at 06:35:37am (UTC -7:00)  -  17hours10mins21secs after sending |
| Location | **Recipient location not available** |
| Opened on | google-proxy-66-249-88-93.google.com (66.249.88.93:63794),google-proxy-66-249-88-91.google.com (66.249.88.91:58516) |
| Browser | **hidden by google** (used by recipient: Moz/5.0 (WinNT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy)) |
| Last log | No more activity after 24-Mar-23 at 06:36:42am (UTC -7:00)  -  Log data indicates email was read for at least 1min5secs (approx.) |

### Forwarded/opened on different computer
| | |
|---|---|
| Opened | 24-Mar-23 at 06:36:42am (UTC -7:00)  -  17hours11mins26secs after sending |
| Location | Cheyenne, Wyoming, United States (86% likelihood) |
| Opened on | (40.94.28.254:53332) |
| Browser | used by recipient: Moz/5.0 (WinNT 6.1; WOW64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/35 Safari/537.36 |
| Accepts | Files browser can open: i/* |

### Re-opened (by earlier reader #1)
| | |
|---|---|
| Opened | 24-Mar-23 at 06:40:49am (UTC -7:00)  -  17hours15mins33secs after sending |
| Location | **Recipient location not available** |
| Opened on | google-proxy-66-249-88-91.google.com (66.249.88.91:52578) |
| Browser | **hidden by google** (used by recipient: Moz/5.0 (WinNT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy)) |

### Re-Opened (by earlier reader #1)
| | |
|---|---|
| Opened | 24-Mar-23 at 06:54:10am (UTC -7:00)  -  17hours28mins54secs after sending |
| Location | **Recipient location not available** |
| Opened on | google-proxy-66-249-88-93.google.com (66.249.88.93:48319) |
| Browser | **hidden by google** (used by recipient: Moz/5.0 (WinNT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy)) |

### Re-Opened (by earlier reader #1)
| | |
|---|---|
| Opened | 24-Mar-23 at 14:41:05pm (UTC -7:00)  -  1day1hour15mins49secs after sending |
| Location | **Recipient location not available** |
| Opened on | google-proxy-66-249-88-91.google.com (66.249.88.91:44782) |

Case 1:23-mi-99999-UNA   Document 1315-9   Filed 04/20/23   Page 3 of 4

| | |
|---|---|
| Browser | **hidden by google** (used by recipient: Moz/5.0 (WinNT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy)) |

| | |
|---|---|
| **Summary   -   as at 24-Mar-23 at 16:00:05pm (UTC -7:00)   -   1day2hours34mins49secs after sending** | |
| Total | Opened 11 times by 3 readers |
| Reader #1 | Opened 9 times for 14mins21secs total |
| Reader #2 | Opened 1 time |
| Reader #3 | Opened 1 time |

notification

Read Notification for " Trademark Infringement of MASTERSCOPE U.S. Registration No. 2,482,316. "