# EXHIBIT "J"

**FedEx**

April 14, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771646439376

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | Rock Spring, GA, |
| | | **Delivery date:** | Mar 28, 2023 09:38 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 771646439376 | **Ship Date:** | Mar 24, 2023 |
| | | **Weight:** | 1.0 LB/0.45 KG |
| **Recipient:** | | **Shipper:** | |
| ROCK SPRING, GA, US, | | Scottsdale, AZ, US, | |

**Reference**              Demand to Jeremy Cropper

Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

Thank you for choosing FedEx

April 14, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771646492344

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | SCROPPER | **Delivery Location:** | |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | La Fayette, GA, |
| | | **Delivery date:** | Mar 28, 2023 10:42 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 771646492344 | **Ship Date:** | Mar 24, 2023 |
| | | **Weight:** | 1.0 LB/0.45 KG |
| **Recipient:** | | **Shipper:** | |
| LAFAYETTE, GA, US, | | Scottsdale, AZ, US, | |

| **Reference** | Demand to Jeremy Cropper |
|---|---|

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx