# Exhibit B

From: "Principal" <DistributedMessenger1@exchange.principal.com>
Sent: Monday, April 11, 2022 7:27:35 AM
To: INDH451@exchange.principal.com, IJRPCLM@principal.com
Cc:
Subject: Form submission from: Death Notice Form

Submitted on 04/11/2022 - 07:26

Submitted by anonymous user: 162.131.63.154

Submitted values are:

Insured's name: Xavier Cannada
Policy #'s: 9668246
Exact Date of Death: 04/09/2022
Cause: Homicide
Additional remarks about cause: Contestable claim
Death reported by: Beneficiary
Name of reporter: Benita Allen
Who will provide death claim form to the customer? Home Office
Name: Benita Allen
Send this packet to: Email
Email address for sending: ballen8582@icloud.com
Phone Number: 404-822-9418
Will proceeds be assigned to a funeral home? Unknown
Submit this death notice to: Life Claims, H451
Did the death occur outside the US? No
Your name: Lainie Peterson
Your location: Home Office
Your email address: peterson.lainie@principal.com
Comments:
Contestable claim - Lainie - Benita indicated that someone tried to rob Xavier as he was getting home and in the process he was killed.

- Before submitting, print this page to retain a copy for your records.
- Click Submit to send the Death Notice to the department selected above.

The results of this submission may be viewed at:

https://advisorforms.principal.com/node/163/submission/101532