

# Exhibit D



**Principal Life Insurance Company**
**Principal National Life Insurance Company**
P.O. Box 10431, Des Moines, IA 50306-0431
www.principal.com
Only one company is responsible for the obligations of any given policy and is referred to herein as the 'Company'.

**Affidavit of Next of Kin**

For Assistance: 800-331-2213
Fax: 866-894-2096
Email: IndClaims@exchange.principal.com

I, _Eldry Cannada_, being duly sworn according, upon oath and under penalty of perjury, declare
(name)

that I reside at ▮▮▮▮▮▮▮▮▮▮ _Atlanta, Ga. 30316_
(street address, city, state, and zip code)

and that on _04/09/22_, _Xavier Renard Cannada_
(date of death)      (name of deceased)

had permanent legal residence at ▮▮▮▮▮▮▮▮▮▮ _Atlanta, GA. 30316_
(complete address of deceased)

and ☐ did / ☒ did not have a will or trust specifying the disposition of his or her estate.

I am the _Mother_ of the deceased. I am the legal next of kin of the deceased.
(relationship)

If checked, the following are true and accurate statements:

☒ No estate has been probated for the deceased and no application for appointment of personal representative has been made.
☒ I do not intend to probate the deceased's estate in the future.
☒ Deceased was unmarried at time of death.
☐ Deceased was married to _____ at time of death.
☐ Deceased had no living children at time of death.
☒ Deceased had living children at the time of death named _Xaria Cannada, Xia Cannada_

This form must be signed and dated before a Notary Public. This Affidavit is made in support of the undersigned's request to facilitate a life insurance death claim. The statements contained herein are true and correct to the best of my knowledge and belief.

_[signature]_                                    _Eldry Cannada_
(signature of Affiant)                           (printed name of Affiant)

_04/13/2022_
(date – mm/dd/yyyy)

Subscribed and sworn to before me this _13th_ day of _April_, 20_22_.

_[signature]_
(signature of Notary and seal)

Jaloni Williams
NOTARY PUBLIC
DeKalb County, GEORGIA
My Commission Expires
04/26/2025

DD 9343 (10/19)

Insurance products from the Principal Financial Group® are issued by Principal National Life Insurance Company (except in New York) and Principal Life Insurance Company. Principal Life and Principal National Life are members of Principal Financial Group®. This completed document is for restricted use only. No part may be copied nor disclosed without prior consent of The Principal®.

Page 1 of 1