# Exhibit E

# GEORGIA DEATH CERTIFICATE

State File Number: **2022GA000029089**

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | XAVIER RENARD CANNADA |
| 1a | IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2 | SEX | MALE |
| 2a | DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 04/09/2022 |
| 3 | SOCIAL SECURITY NUMBER | [redacted] |
| 4a | AGE (Years) | 32 |
| 4b | UNDER 1 YEAR (Mos./Days) | |
| 4c | UNDER 1 DAY (Hours/Mins) | |
| 5 | DATE OF BIRTH (Mo., Day, Year) | [redacted] |
| 6 | BIRTHPLACE | GEORGIA |
| 7a | RESIDENCE - STATE | GEORGIA |
| 7b | COUNTY | FULTON |
| 7c | CITY, TOWN | ATLANTA |
| 7d | STREET AND NUMBER | [redacted] |
| 7e | ZIP CODE | 30316 |
| 7f | INSIDE CITY LIMITS? | YES |
| 8 | ARMED FORCES? | NO |
| 8a | USUAL OCCUPATION | RAP ARTIST |
| 8b | KIND OF INDUSTRY OR BUSINESS | MUSIC |
| 9 | MARITAL STATUS | NEVER MARRIED |
| 10 | SPOUSE NAME | |
| 11 | FATHER'S FULL NAME (First, Middle, Last) | REGINALD BROWN |
| 12 | MOTHER'S MAIDEN NAME (First, Middle, Last) | ELDRY CANNADA |
| 13a | INFORMANT'S NAME (First, Middle, Last) | ELDRY CANNADA |
| 13b | RELATIONSHIP TO DECEDENT | MOTHER |
| 13c | MAILING ADDRESS | [redacted] ATLANTA GEORGIA 30316 |
| 14 | DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15 | ORIGIN OF DECEDENT (Spanish/Hispanic/Latino) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16 | DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a | IF DEATH OCCURRED IN HOSPITAL | INPATIENT |
| 17b | IF DEATH OCCURRED OTHER THAN HOSPITAL | |
| 18 | HOSPITAL OR OTHER INSTITUTION NAME | GRADY MEMORIAL HOSPITAL |
| 19 | CITY, TOWN or LOCATION OF DEATH | ATLANTA |
| 20 | COUNTY OF DEATH | FULTON |
| 21 | METHOD OF DISPOSITION | BURIAL |
| 22 | PLACE OF DISPOSITION | KENNEDY MEMORIAL GARDENS 2600 RIVER ROAD ELLENWOOD GEORGIA 30294 |
| 23 | DISPOSITION DATE | 04/23/2022 |
| 24a | EMBALMER'S NAME | NAYYA MALACHI MCKOY |
| 24b | EMBALMER LICENSE NO. | 5172 |
| 25 | FUNERAL HOME NAME | WILLIE A WATKINS FUNL HM INC |
| 25a | FUNERAL HOME ADDRESS | 1003 R D ABERNATHY BLVD SW ATLANTA GEORGIA 30310 |
| 26a | SIGNATURE OF FUNERAL DIRECTOR | JALONI WILLIAMS |
| 26b | FUN. DIR. LICENSE NO | 5752 |
| 27 | DATE PRONOUNCED DEAD | 04/09/2022 |
| 28 | HOUR PRONOUNCED DEAD | 06:32 PM |
| 29a | PRONOUNCER'S NAME | KAHDI UDOBI |
| 29b | LICENSE NUMBER | 078646 |
| 29c | DATE SIGNED | 04/09/2022 |
| 30 | TIME OF DEATH | 06:32 PM |
| 31 | WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

Received stamp: 2022 JUN -6 AM 11:00

32. Part I. Enter the chain of events—diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (A) | MULTIPLE GUNSHOT WOUNDS | SECS TO MINS |
| Due to (B) | | |
| Due to (C) | | |
| Due to (D) | | |

Part II. Significant conditions contributing to death but not related to cause given in Part 1A:

| # | Field | Value |
|---|---|---|
| 33 | WAS AUTOPSY PERFORMED? | YES |
| 34 | WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | YES |
| 35 | TOBACCO USE CONTRIBUTED TO DEATH | NO |
| 36 | IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37 | ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | HOMICIDE |
| 38 | DATE OF INJURY | 04/09/2022 |
| 39 | TIME OF INJURY | 05:55 PM |
| 40 | PLACE OF INJURY | OTHER RESIDENCE |
| 41 | INJURY AT WORK? | NO |
| 42 | LOCATION OF INJURY | [redacted] ATLANTA GEORGIA 30316 DEKALB |
| 43 | DESCRIBE HOW INJURY OCCURRED | SHOT BY ANOTHER PERSONS |
| 44 | IF TRANSPORTATION INJURY | NO |
| 45 | Medical Certifier | |
| 46 | Medical Examiner/Coroner | /S/ GERALD T GOWITT MD ME |
| 45a | DATE SIGNED | |
| 45b | HOUR OF DEATH | |
| 46a | DATE SIGNED | 04/15/2022 |
| 46b | HOUR OF DEATH | 06:32 PM |
| 47 | NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | GERALD T GOWITT 3550 KINSINGTON ROAD DECATUR GEORGIA 30032 |
| 48 | REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49 | DATE FILED - REGISTRAR | 04/19/2022 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

RECEIVED
2022 JUN -6 AM 11:00
D. C-409

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

*Christoph J Harrison*
STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

COUNTY CUSTODIAN: *Sheila V. Dennis*
ISSUED BY: *Rashunda Q. Maye*
DATE ISSUED: APR 21 2022

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
**VOID IF ALTERED OR COPIED**