# Exhibit G



Individual Life Insurance
711 High Street
Des Moines, IA  50392

**Principal National Life Insurance Company**
**Principal Life Insurance Company**
**Principal Securities, Inc.**

BENITA ALLEN

███████████████

CONYER GA 300132258

January 6, 2023

Insured – Xavier Cannada
Policyowner(s) – Benita Allen
Life Insurance Policy Number 9668246

Dear Ms. Benita Allen:

This letter is in follow up to the Rescission Agreement and Check that was previously sent to you on November 21, 2022.  We noticed you have not cashed the check as of the date of this letter, nor have we received the signed Rescission Agreement.

If we do not receive the signed Rescission Agreement by February 6, 2023 we may need to file litigation to obtain a court order to rescind this policy.

Pending receipt of the signed Rescission Agreement, Principal Life National reserves its rights, remedies, and defenses and does not intend to waive any such matters with respect to any further action that it may elect to take with regard to the Policy referenced above.

Sincerely,

Lainie Peterson
Individual Life Claims
800.331.2213
Mon-Fri 7:00 am - 5:00 pm CT

Your Financial Representative:
Michael Cellini
800.556.9393

Securities offered through Principal Securities, Inc., (800) 247−9988, member SIPC.
Principal National Life and Principal Securities are members of the Principal Financial Group®
Home Office: 711 High Street, PO Box 10431, Des Moines, Iowa 50306−0431
www.principal.com