

Exhibit H



**Principal Life Insurance Company**
**Principal National Life Insurance Company**
**Principal Securities, Inc.**

January 6, 2023

GEORGIA DEPT. OF INSURANCE
ATTN:  ZENOBIA COOPER-BIRT
CONSUMER SERVICES DIVISION
716 WEST TOWER
2 MARTIN LUTHER KING JR DR
ATLANTA  GA  30334

RE:    Case#:          555268062
       Complainant:  Benita Allen
       Policy:         Individual Life, Term Insurance Policy 9668246
       Insured:        Xavier Cannada (deceased)

       Company:      Principal National Life Insurance Company
       NAIC#:         71161

Dear Zenobia Cooper-Birt

This letter and the enclosed supporting documentation is in response to the complaint we received from your office on January 3, 2023.

The $500,000 Term life insurance policy was issued on 6-10-2021 with Xavier Cannada as the insured, and the complainant, Benita Allen, as the owner.  Principal was notified that the insured died on April 9, 2022 by homicide.  Since the insured's death occurred during the Contestability Period, Principal conducted an investigation as part of the death claim process.

As part of the investigation and processing of a death claim, we have been attempting to obtain an autopsy and toxicology report from the medical examiner.  We have been unable to receive this documentation to date because the insured's death remains part of an active criminal investigation.  We have also collected the insured's medical records and court records .

Ultimately, the medical and legal records we obtained demonstrate that the insured omitted multiple material facts and made material misrepresentations regarding his medical history and criminal history.  Had Principal been provided with all of the facts and the missing information about the insured during the application and underwriting process, we would have never issued the policy.

**Corporate Center: 711 High Street, PO Box 10431, Des Moines, Iowa 50306-0431, (800) 247-9988, FAX (866) 885-0390, www.principal.com**
Insurance products from the Principal Financial Group® are issued by Principal National Life Insurance Company (except in New York) and Principal Life Insurance Company, Securities are offered through Principal Securities, Inc., (800) 247-9988, member SIPC, Principal National, Principal Life, and Principal Securities, Inc. are members of the Principal Financial Group®

Classification: Customer Confidential

Therefore, based on the results of our investigation, we sent the beneficiary a letter notifying her that the Term life insurance policy is void due to the insured's material misrepresentations.  As such, there are no death benefits payable under the policy.

**Documentation enclosed**

Enclosed are copies of several documents, which are being provided to support Principal's position regarding this complaint.

- Cannada Rescission letter – this letter provides extensive and detailed information, and explanations as to why Principal rescinded the life insurance policy.

- Cannada Rescission Agreement – this Agreement was drafted to document the rescission of the life insurance policy.

- Cannada Premium Refund Check – this is a copy of the premium refund check we mailed to the owner/complainant.

Again, Principal's position is that the policy was rescinded because the insured omitted important information and he made material misrepresentations on the application for insurance pertaining to his medical history and criminal history.  Therefore, since there is no policy, there are no death benefits payable to the complainant, Benita Allen.

Sincerely

*John R Williams*

John R. Williams
Asst. Technical Director
Registered Representative
Individual Client Relations, 750-8D76
PH 515-452-4160
Williams.John.R@Principal.com