# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NOWACCOUNT NETWORK CORPORATION and TRADE CREDIT GUARANTY CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | Civil Action No.: _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C §§ 1441 and 1446, Defendant FedEx Ground Package System, Inc. ("FedEx Ground") hereby removes Case No. 2023CV374504 (the "State Court Action") from the Superior Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, on the ground that jurisdiction exists under 28 U.S.C. § 1332. In support of removal, FedEx Ground states as follows:

1.      On December 27, 2022, Plaintiffs NOWaccount Network Corporation ("NOWaccount") and Trade Credit Guaranty Corporation ("TCGC") (collectively, "Plaintiffs") filed their Complaint against FedEx Corporation in the State Court Action.

2. On March 24, 2023, the parties filed a consent motion to substitute FedEx Ground as the proper defendant in the State Court Action.

3. FedEx Ground accepted service of the previously filed complaint on March 24, 2023.

4. The Court in the State Court Action entered an order on April 3, 2023, substituting FedEx Ground as the defendant in place of FedEx Corporation.

5. A true and correct "copy of all process, pleadings, and orders … in [the State Court Action]" are attached hereto as Exhibit A.

6. This Court has original jurisdiction over this action under 28 U.S.C. § 1332.

7. TCGC is a Georgia corporation with its principal place of business in Atlanta, Georgia.

8. TCGC, as the assignee of NOWaccount's rights under the contract at issue in the State Court Action (Compl. ¶ 10), is the real party in interest in the case.

9. NOWaccount, as the assignor, is merely a nominal plaintiff whose citizenship is not relevant for the purpose of determining diversity of citizenship. See Navarro Sav. Ass'n v. Lee, 446 U.S. 458, 461 (1980) ("[A] federal court must disregard nominal or formal parties and rest jurisdiction only upon the citizenship of real parties to the controversy.").

10. FedEx Ground is a Delaware corporation with its principal place of business in Pennsylvania.

11. Complete diversity exists between TCGC and FedEx Ground.

12. The amount in controversy exceeds $75,000 because the Complaint identifies damages in the amount of no less than $497,260.84.

13. This Notice of Removal is timely filed because it is filed within thirty days of service of the Complaint on FedEx Ground.

14. A copy of this Notice of Removal is being served upon Plaintiffs and filed concurrently with the Superior Court of Fulton County, Georgia, as required by 28. U.S.C. § 1446(d).

WHEREFORE, for the reasons set forth above, FedEx Ground hereby gives notice that the State Court Action in the Superior Court of Fulton County, Georgia, is removed to the United States District Court for the Northern District of Georgia, Atlanta Division, and the action will proceed in federal court as properly removed thereto.

Respectfully filed on this day, April 21, 2023.

FISHER & PHILLIPS LLP

*/s/ Matthew Simpson*
Matthew Simpson
Georgia Bar No. 540260
msimpson@fisherphillips.com
FISHER & PHILLIPS, LLP
1230 Peachtree Street NE, Ste 3300
Atlanta, Georgia 30309
(404) 231-1400
(404) 240-4249 Facsimile

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NOWACCOUNT NETWORK CORPORATION and TRADE CREDIT GUARANTY CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>    Defendant. | Civil Action No.: _____ |

## CERTIFICATE OF SERVICE

I certify that on this 21st day of April, 2023, I served this *NOTICE OF REMOVAL* by email and by the Court's electronic filing system to the following counsel of record:

David Dreyer
david@dreyersterling.com
P.O. Box 89310
Atlanta, Georgia 30312
(470) 354-0600

*s/Matthew R. Simpson*
Matthew R. Simpson
Georgia Bar No. 540260
FISHER & PHILLIPS LLP