**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FULTON COUNTY, GEORGIA

**2023CV374504**

**DEC 27, 2022 12:00 AM**

*Cathelene Robinson, Clerk*
Fulton County Superior Court

IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
**SUMMONS**

| | |
|---|---|
| NOWaccount Network Corporation | Case No.: 2023CV374504 |
| Trade Credit Guaranty Corporation | |
| **Plaintiff,** | |
| vs. | |
| Fedex Corporation | |
| **Defendant** | |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://peachcourt.com/ (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

**David Dreyer**
**Dreyer Sterling**
**437 Memorial Drive**
**Suite A2**
**Atlanta, Georgia 30312**

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**This** 27th **day of** December, 20 22

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court

*Cathelene Robinson, Clerk*
Fulton County Superior Court

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

Deputy Sheriff

**Instructions:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used