IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

NOWACCOUNT NETWORK
CORPORATION and TRADE CREDIT
GUARANTY CORPORATION,

Plaintiffs,

v.

CIVIL ACTION
FILE NO. 2023CV374504

FEDEX CORPORATION,

Defendant,

### AFFIDAVIT OF SERVICE

COMES NOW, RANDAL GEORGE, before the undersigned officer duly authorized to administer oaths and states that he is a citizen of the United States, he is over the age of eighteen (18), he is not a party to the suit, he is not a relative to any party in the suit, he is not a convicted felon, he is not the attorney for any party in the suit, he has no financial interest in the litigation, and he is wholly disinterested in the litigation.

Randal George states that he served **FEDEX CORPORATION** on January 10, 2023 at 2:17 PM by serving its registered agent The Corporation Company (FL) at 106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040 with:

SUMMONS; COMPLAINT and GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM

I certify under penalty of perjury that the foregoing is true and correct.

Executed this January 10, 2023

RANDAL GEORGE
4164 Indian Trace
Lilburn, GA 30047
(404) 840-2822

NOTARY PUBLIC
Sworn to and subscribed before me
This January 10, 2023
My commission expires: .



ds/dh

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA



FILED IN OFFICE
DEC 29 2022
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

Administrative Order No. 2022-EX00 2112

**ORDER FOR APPOINTMENT FOR PROCESS SERVICE**

Having read and considered the petitions and criminal records, it appears to the Court that sufficient grounds exist whereby each petitioner meets the requirements for the appointment by the Court,

IT IS HEREBY ORDERED and ADJUDGED that the following:

| | | | |
|---|---|---|---|
| Adams John | Brazeman Craig | Farkas Bela | Hassan Muhsin |
| Adcock Kyle | Bridges Kayla | Faulkner Dana | Hassan Rashid |
| Aguirre Antuan | Briley Donnie | Fazzio Dedrea | Hassan Shahid Mushin |
| Allen Lakeita | Brown Irish | Ferguson Reginald | Hicks Andrew |
| Anderson Steven | Bryant Shemika | Ferrero Amy | Hightower Anthonio |
| Anderson Qaisar | Bunch Kim | Fisher Dawn | Hill Lisa |
| Anderson William | Butts Kimberly | Fitzgerald Floretta | Hines James |
| Andrews Gene | Byer Edmond | Floyd Anton | Horton Christopher |
| Armstrong Christopher | Campbell Blessman Sharon | Folds Catherina | Hudson Hakimah |
| Armstrong Cynara | Canela Hernandez Bryan | Folds George | Hudson Kyle |
| Armstrong Michelle | Chastain Michael | Ford Ronnie | Huguley CK Adonni |
| Backo Mustafa | Chester Rosetta | Fox Juliani | Humphrey Jr. Ronald |
| Bailey Anna | Childress Clifton | Freese Jessica | Hunter Jermarcus |
| Barnes Kristopher | Clemmons Joyce | Fuller Thomas | Irvine Xavier |
| Barnes Stacy | Cline Travis | Galvin Elizabeth | Jackson Chiquita Walker |
| Barney Steven | Cochrane Babette | Garmon Jason | Jackson, II Anthony |
| Barron Shane | Cunningham Sally | Gayle Earl | James Frank |
| Basham James | Dalman Johnathon | George Randal | Jenkins Stephanie |
| Beanland Christopher | Dambach-Cirko Patricia | Gibbs III Thomas | Johnson Earl |
| Bethel-Maxie Vaquisha | Daniels Sonia | Giles Herbert | King Amos |
| Benito Richard | Davidson Danny | Green Anjenai | Kotlar Michael J |
| Beyene Euael | Davidson Mitchell | Green Melba | Lausman Marsha |
| Blackwell Tracey | Day Duane | Greenway Kimberly | Lawson Zuri |
| Blakeney Kristian | Devaughn Carl | Haile Kahssu | Lewis Kevin |
| Blalcok James | Dolbier Jeffrey | Harbuck Michael | Louis Clyde |
| Bolling Katherine | Echols Patricia | Harris Parks | Luster Jerald |

| | | |
|---|---|---|
| Maggard Jr. Andrew | Richardson Clark | Stinyard Kelvin |
| Mallas Nicholas | Richardson Leroy | Stone Rodney |
| Mance Kay | Rivers Michael | Stover Cierra |
| Mathes Gabrielle | Robinson Jeroy | Strickland Frank |
| McClellan Rodney | Rowe Lynn | Swindle Frank |
| McGahee Larry | Rucker Keith | Swinger Ina |
| McMillon Ericka | Ruddock Margaret | Tassaw Berhane |
| Mitchell Kevin | Sanoko Hadjara | Thomas Jeffrey |
| Muhammad Azizah | Saxon Robin | Thompson Chrissana |
| Murphy Jr. Gregory | Saxon-Ford Virginia | Thompson Vanessa |
| Murrah Juanqualo | Seklecki Christian | Thrash Nancy |
| Murrieta Francisco | Shaw Yoline | Tort Henry |
| Nichols Jean | Singleton Wanda | Tuttle Gary |
| Nichols Lathan | Singleton Wesley | Velasqez Julius |
| Nolen Milton | Smith Bruce | Washington Sabrina |
| O'Brien Christopher | Smith Ronald | Watt Roosevelt |
| O'Leary Christine | Smith Virginia | Webber Melina |
| Pannell Nicole | Snellings Sharon | West Eric |
| Parker Atari | Spears Joye | Williams Jack |
| Parker Ernesqueshia | Spellen Elizabeth | Williams Lavern |
| Perlson Marc | Spellen Geoffrey | Winkelman Nan |
| Phelan Ross | Stanton Christopher | Wolfe Lisa |
| Ransome Maurice | Starks Marc | Wright Christopher |
| Reckersdrees Thomas | Stephens Shameka Geri | Yellig Ed |
| Reddick Derek | Stewart Ronnie | |
| Rhodes Kathryn | Stiggers James | |

be appointed and authorized to serve as a Permanent Process Server in the Fulton County Superior Court, for the calendar year 2023, without the necessity of an order for appointment in each individual case.

BY ORDER OF THE Court this __29th__ day of December, 2022.

Chief Judge Ural Glanville
Fulton County Superior Court
Atlanta Judicial Circuit