IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| NOWACCOUNT NETWORK CORPORATION, TRADE CREDIT GUARANTY CORPORATION, | CIVIL ACTION FILE NO. 2023CV374504 |
| Plaintiff(s), | JUDGE COX |
| v. | |
| FEDEX CORPORATION, | |
| Defendant(s), | |

## NOTICE SETTING CASE ON CALENDAR

Please see attached notice for date and time of the above styled cases hearing. All questions or announcements should be directed to the Court's Staff Attorney, Mr. Erik Smith, at erik.smith@fultoncountyga.gov.

This 22nd day of February, 2023.

*/S/ Erik E. Smith*

_____
**Erik E. Smith | Senior Staff Attorney**
**The Honorable Judge Thomas A. Cox, Jr.**
**Superior Court of Fulton County**

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

If your computer does not have a microphone or otherwise prefers, you can join the hearing via telephone. To connect via telephone, please call the phone number nearest to your location. The phone number for Georgia is 1 (646) 876-9923. The other phone numbers are: 1 312 626 6799 US (Chicago), 1 301 715 8592, 1 346 248 7799.

You will need to enter the meeting ID number when prompted to do so. The meeting ID number is 536 678 2267. Please remember to mute your telephone or microphone upon entering the hearing until your case is called. When your case is called, please activate your microphone.

Take down services are only provided by the Court in civil matters for jury selection and trial, otherwise coordinating takedown services is the responsibility of the party that desires it. If you have any questions, please call or e-mail the Senior Staff Attorney for Thomas A. Cox, Jr., Erik Smith at erik.smith@fultoncountyga.gov, or 404-612-4157.

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV372428 | 10:00 AM | 11/03/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Rita Tucker Williams | Alex HogueVS.Sandra Epperson, Mother (Parent) Next of Kin,The Estate of Troy Craig Epperson, deceased,Jane Doe, Next of Kin 1-2,Jane Doe, Next of Friend 1-2,John Doe, Next of Kin 1-2,John Doe, Next of Friend 1-2,ABC, Inc. 1-2 |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 1 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV372482 | 10:00 AM | 11/08/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Adam Caskey | PATRICK LABAT, solely in his capacity as Sheriff of Fulton CountyVS.CAPITAL CITY DEVELOPERS, LLC,CITY OF ATLANTA,ARTHUR E. FERDINAND, IN HIS CAPACITY AS FULTON COUNTY TAX COMMISSIONER |
| | **DEFENDANT ATTORNEY** | |
| | VICTORIA KEALY; John Christy | |

Comments :

- 2 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
| --- | --- | --- |
| 2022CV372539 | 10:00 AM | 11/09/2022 |

**PLAINTIFF ATTORNEY**

Adam Caskey

PATRICK LABAT, solely in his capacity as Sheriff of Fulton CountyVS.WILLIAMSON DEVELOPMENT, LLC A/K/A WILLIAMSON DEVELOPMENTS, LLC,JPMORGAN CHASE BANK AS SUCCESSOR BY MERGER TO BANK ONE NATIONAL ASSOC AS TRUSTEE,PEYTON VILLAGE CONDOMINIUM ASSOCIATION, INC,CITY OF ATLANTA,ARTHUR E. FERDINAND, IN HIS CAPACITY AS FULTON COUNTY TAX COMMISSIONER

**DEFENDANT ATTORNEY**

Comments :

- 3 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV372680 | 10:00 AM | 11/14/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Steven Winter | Rivermont Community Association, Inc. VS. Jon Couch |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 4 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV372779 | 10:00 AM | 11/15/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Bradley Hutchins | Fulton County Sheriff, Patrick Labat VS. Sandra Jones, Pine Tree Condominium Association, Inc., Capital One Bank, Any and all parties claiming interest in the excess proceeds, Midland Funding LLC, United States of America, Georgia Department of Revenue, Fulton County Tax Commissioner, and Dr. Arthur Ferdinand |
| | **DEFENDANT ATTORNEY** | |
| | VICTORIA KEALY; Aileen Bell Hughes | |

Comments :

- 5 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV372814 | 10:00 AM | 11/16/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Miye Yi | Autumn Lakes Community Association, IncVS.Felicia Thompkins |
| | **DEFENDANT ATTORNEY** | |
| | Pro Se | |

Comments :

- 6 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV372851 | 10:00 AM | 11/16/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | STEPHEN FINAMORE | The Arbors at Sandy Springs Condominium Association, Inc. VS. Victoria Rodriguez |
| | **DEFENDANT ATTORNEY** | |

Comments :

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV372986 | 10:00 AM | 11/21/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | David Lawrence Rusnak | APOGEE GROUP, LLC VS. BRISTOL VENTURES, LLC |
| | **DEFENDANT ATTORNEY** | |
| | Stephen Councill | |

Comments :

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373012 | 10:00 AM | 11/21/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | James Sherman | ValuTeachers, Inc.<br>VS.<br>Richard Claypool,Monica Claypool |
| | **DEFENDANT ATTORNEY** | |
| | Paul F. Wellborn, III. | |

Comments :

- 9 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373149 | 10:00 AM | 11/21/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Monica Gilroy | Brian Matura<br>VS.<br> Estate of Winburn<br>Othernile Jones |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 10 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373351 | 10:00 AM | 11/30/2022 |

**PLAINTIFF ATTORNEY**

Hawks Landing 49 Lots, LLC VS. A Tract of Land, Being Known as Hawks Landing Drive,Tenant, Owner, or Occupant of Property, Primesouth Bank, The Owners Association of Hawks Landing, Inc., Jacqueline McKnight, Michael Watkins, Joan Watkins, Sybil Deveaux, Gaye A. Sylvester, O.D. Brisbane & Sons, Frederika Petion, and Max Antoine Carron

**DEFENDANT ATTORNEY**

Comments :

- 11 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373465 | 10:00 AM | 12/02/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | TOQEER CHOUHAN | CYBAGE SOFTWARE, PVT. LTD. VS. AMERICAN TELECONFERENCING SERVICES, LTD, d/b/a PREMIER GLOBAL SERVICES |
| | **DEFENDANT ATTORNEY** | |
| | Larry Oldham | |
| Comments : | | |

- 12 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373507 | 10:00 AM | 12/05/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Steven Winter | Stonepark of Dunwoody Unit Owners Association, Inc.VS.Katsuyo Sugano |
| | **DEFENDANT ATTORNEY** | |
| Comments : | | |

- 13 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373588 | 10:00 AM | 12/06/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | JULIE OINONEN | Dr. Bruce A. Carroll VS. Board Of Regents Of The University System Of Georgia, Georgia Gwinnett College, Dr. Jann L. Joseph, and Katherine Kyle |
| | **DEFENDANT ATTORNEY** | |
| | ZACHARY B JOHNSON | |

Comments :

- 14 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV371430 | 10:00 AM | 10/14/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | KEITH D TAYLOR | DISCOVER BANK VS. EDWIN HERROD A/K/A EDWIN J HERROD |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 15 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV372008 | 10:00 AM | 10/26/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Shenika Collier | CITIBANK N.A.  VS. |
| | | APRIL ELDER |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 16 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373834 | 10:00 AM | 12/13/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | MELANIE K LANE | Chukwudi Anya VS. |
| | | Naeema Olatunji,Elevate |
| | | Family Chiropractic, LLC |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 17 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2021CV353023 | 10:00 AM | 08/12/2021 |
| | **PLAINTIFF ATTORNEY** | |
| | Benjamin B Hungerford | DEPARTMENT OF TRANSPORTATION VS. TEN MCDONOUGH, LLC, SOUTHERN DEVELOPMENT PARTNERS, LLC, CITY OF ATLANTA, HON. KENYA JOHNSON, JUDGE, FULTON CO. PROBATE COURT, ARTHUR E. FERDINAND, FULTON CO. TAX COMMISSIONER, ANY AND ALL OTHERS CLAIMING INTEREST, 0.012 ACRES OF LAND |
| | **DEFENDANT ATTORNEY** | |
| | LAVERNE D. LONG-DANIELS | |

Comments :

- 18 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV365013 | 10:00 AM | 05/18/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | CASEY M TORRES | U.S. BANK NATIONAL ASSOCIATION, ET AL.VS.QUNCILLA CHILDS,ALL UNKNOWN HEIRS OF THE ESTATE OF DRUCILLA ARMSTRONG,TEON CHILDS,PAUL CHILDS |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 19 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV366483 | 10:00 AM | 06/21/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Flynn LaVrar | DEPARTMENT STORES NATIONAL BANK VS. TAMMY RIDGEWAY |
| | **DEFENDANT ATTORNEY** | |
| | JOANNE DESILE | |

Comments :

- 20 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV366563 | 10:00 AM | 06/22/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | ALLEN TODD SPRINKLE | PNC EQUIPMENT FINANCE, LLC VS. SHAKOOR TRANSPORTATION INC.,DARREN ROSEBOROUGH |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 21 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV366940 | 10:00 AM | 07/01/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Sheila S. Huddleston | Atlanta South Rental Homes, LLC. VS. Ruth Menefee, Trisha Cooper |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 22 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV367680 | 10:00 AM | 07/20/2022 |
| | **PLAINTIFF ATTORNEY** | Pamela LockettVS.Clarence Walker |
| | STEPHEN WASLEY | |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 23 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV368677 | 10:00 AM | 08/10/2022 |
| | **PLAINTIFF ATTORNEY** | Melody Goodwin VS. Robert Humphries, Jr., Robin Travis, Crystal Chestnut, and Irish Humes |
| | MARIO D. BREEDLOVE | |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 24 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV369356 | 10:00 AM | 08/25/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | TODD J. POOLE | Lux Intown Property, LLC VS. Angel Oak Prime Bridge, LLC, and Servis One, Inc. d/b/a BSI Financial Services |
| | **DEFENDANT ATTORNEY** | |
| | Mark A Baker | |

Comments :

- 25 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373910 | 10:00 AM | 12/13/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | STEVEN JACOB CARROLL | Greenrise Technologies, LLC VS.  AHP Construction, LLC, Fidelity and Deposit Company of Maryland |
| | **DEFENDANT ATTORNEY** | |
| | John Hinton, IV. | |

Comments :

- 26 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373919 | 10:00 AM | 12/14/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Courtney B Newman | Dianne ShillingVS.First National Bank of Pennsylvania,Equifax Information Services LLC |
| | **DEFENDANT ATTORNEY** | |
| | KRISTIN ZIELMANSKI | |

Comments :

- 27 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV374049 | 10:00 AM | 12/19/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | GRIFFIN M. BELL | High Point Road Recreation Association, Inc. VS. Malcom F. Jones |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 28 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV374154 | 10:00 AM | 12/21/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | J KELSEY GRODZICKI | Patrick Fischer,Stephanie Fischer VS.Jennifer Reyes,Thais Lowery |
| | **DEFENDANT ATTORNEY** | |
| | Tom Pye | |

Comments :

- 29 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV374161 | 10:00 AM | 12/19/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | JASON BARRETT GREEN | Cynthia Anderson VS. Dalyss Hamilton |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 30 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE | |
|---|---|---|---|
| 2022CV374249 | 10:00 AM | 12/22/2022 | |
| | **PLAINTIFF ATTORNEY** | | ITRIA VENTURES LLC VS. GILL TALENT GROUP, LLC, JESSIKA THE PRANKSTER, LLC, and PATTI GILL |
| | **DEFENDANT ATTORNEY** | | |

Comments :

- 31 -

| CASE NUMBER | HEARING TIME | FILE DATE | |
|---|---|---|---|
| 2022CV372138 | 10:00 AM | 10/31/2022 | |
| | **PLAINTIFF ATTORNEY** | | Christina Anyaogu VS. Michelle Abii |
| | Dan Howard | | |
| | **DEFENDANT ATTORNEY** | | |

Comments :

- 32 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV372336 | 10:00 AM | 11/03/2022 |
| | **PLAINTIFF ATTORNEY** | |

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

JOHN AYOUB

Brix Capital CorporationVS.A Tract of Land, Being Known as 27 Gardenia Drive,Tenant, Owner, or Occupant of Property,Albert Westbrook or any Unknown Estate Representative or Unknown Heirs at Law,Dorothy Watson Westbrook or any Unknown Estate Representative or Unknown Heirs,Albert Louis Westbrook, as Administrator of the Estate of Dorothy Watson Westbro,Albert Lewis Westbrook aka Albert Louis Westbrook aka Al Westbrook or any Unknow,Al Westbrook or any Unknown Estate Representative or Unknown Heirs at Law,Doris Virginia Westbrook Parks or any Unknown Estate Representative or Unknown H,Harry L Parks Jr., or any Unknown Estate Representative or Unknown Heirs at Law,Durante C. Parks,Alice Westbrook or any Unknown Estate Representative or Unknown Heirs at Law,Alton Kyle Westbrook,Faun Garrity aka Faun Gariety aka Faun Westbrook,Alvin Westbrook aka Alvin Westbrook, Sr., or any Unknown Estate Representative o,Angela Westbrook aka Angela Duke,Albert L Westbrook or any Unknown Estate

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

**DEFENDANT ATTORNEY**

LAVERNE D. LONG-
DANIELS; THOMAS
WHITLEY; EUGENE PADEN
SMITH, Jr.

Comments :

- 33 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV372455 | 10:00 AM | 11/08/2022 |

**PLAINTIFF ATTORNEY**

DAVID V HAYES

NAPLES TECHNOLOGY
VENTURES, LLC
VS.
 AGRISOURCE DATA,
LLC

**DEFENDANT ATTORNEY**

Comments :

- 34 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373184 | 10:00 AM | 11/28/2022 |

**PLAINTIFF ATTORNEY**

Peggy L Brown

Mark A. Baker
 VS.
 Angela Wright

**DEFENDANT ATTORNEY**

Comments :

- 35 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373258 | 10:00 AM | 11/29/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Harrison Woodworth | Collier Pointe Community Association, Inc. |
| | | VS. |
| | | Hope Distant,Myrna Distant |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 36 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373351 | 10:00 AM | 11/30/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | | Hawks Landing 49 Lots, LLC VS. A Tract of Land, Being Known as Hawks Landing Drive,Tenant, Owner, or Occupant of Property, Primesouth Bank, The Owners Association of Hawks Landing, Inc., Jacqueline McKnight, Michael Watkins, Joan Watkins, Sybil Deveaux, Gaye A. Sylvester, O.D. Brisbane & Sons, Frederika Petion, and Max Antoine Carron |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 37 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2022CV373404 | 10:00 AM | 12/01/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Stuart Bagley, Esquire | Donna Jones VS. Edward Smith |
| | **DEFENDANT ATTORNEY** | |
| | Karen Gregory Hines | |

Comments :

- 38 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2023CV374408 | 10:00 AM | 12/29/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | Pro Se | Jerry FerrellVS.Fulton county Tax Assessor |
| | **DEFENDANT ATTORNEY** | |
| | DETRISS THOMAS | |

Comments :

- 39 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2023CV374410 | 10:00 AM | 12/29/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | | Jerry Ferrell VS.Fulton County Tax Assessor |
| | **DEFENDANT ATTORNEY** | |

Comments :

- 40 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2023CV374504 | 10:00 AM | 12/27/2022 |
| | **PLAINTIFF ATTORNEY** | |
| | David Dreyer | NOWaccount Network Corporation,Trade Credit Guaranty CorporationVS.Fedex Corporation |
| | **DEFENDANT ATTORNEY** | |
| | Pro Se | |

Comments :

- 41 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2023CV374566 | 10:00 AM | 01/06/2023 |
| | **PLAINTIFF ATTORNEY** | |
| | HILLARY D RIGHTLER | LaQuesheia Banks on behalf of herself and her minor children VS. Josephine Ramesh, N2M Holdings, LLC, and One Source Affiliates, Inc. |
| | **DEFENDANT ATTORNEY** | |
| | Jackson A. Griner | |

Comments :

- 42 -

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2023CV374821 | 10:00 AM | 01/12/2023 |
| | **PLAINTIFF ATTORNEY** | |

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

JOHN H. COLEMAN

JJ Deeds, LLCVS.James H. Witherspoon Individually and as Administrator of the Carrie Lou Withe,Carrie Witherspoon Or Any Unknown Estate Representative Or Unknown Heirs-At-Law,Edrick Henderson Witherspoon,W. I. Witherspoon or any unknown estate representative or unknown heirs-at-law,Brenda Dozier individually and as administrator of the Mattie Witherspoon Nav,Benjamin Baldwin Or Any Unknown Estate Representative Or Unknown Heirs-At-Law,Joseph Witherspoon,Carrie Roseberry,James H. Witherspoon Jr.,Javier Witherspoon,Brenda Witherspoon,Neeka Davis,Gitonia Morrison,Anita Witherspoon Humphries,Barbara O Neal,Eddie D. Witherspoon Jr. a/k/a Harold Witherspoon,Andre Baldwin,Corrie Witherspoon,Norman Witherspoon,Barbara Jean Witherspoon,Vicki Witherspoon,Harold (McKinley) Witherspoon Jr,Murray Levester Witherspoon,Miriam Ledesma,Charisse Witherspoon,Cookie Witherspoon,Unknown heirs at law of Lucille

In the Superior Court of Fulton County
State of Georgia
**Honorable Judge  THOMAS A. COX, Jr.**
**Courtroom Location:  Courtroom 7F**
Court Session -  Civil Status Hearing
March 20, 2023

**DEFENDANT ATTORNEY**

LAVERNE D. LONG-
DANIELS; THOMAS
WHITLEY

Comments :

- 43 -

| CASE NUMBER | HEARING TIME | FILE DATE |
|---|---|---|
| 2023CV374839 | 10:00 AM | 01/13/2023 |

**PLAINTIFF ATTORNEY**

Lindsey Hillis

PATRICK REAMS,MARK
ABERNATHYVS.Fulton
county Tax Assessor

**DEFENDANT ATTORNEY**

Comments :

- 44 -