IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| NOWACCOUNT NETWORK CORPORATION and TRADE CREDIT GUARANTY CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION,<br><br>Defendant. | Civil Action No.:<br><br>2023CV374504 |

**CONSENT MOTION TO SUBSTITUTE PARTY**

Plaintiffs NOWaccount Network Corporation ("NOWaccount ") and Trade Credit Guaranty Corporation ("TCGC") (collectively "Plaintiffs") and FedEx Corporation ('Defendant") respectfully request to substitute FedEx Ground Package System, Inc., as the Defendant and dismiss *without prejudice* FedEx Corporation.

Upon the Court's substitution of FedEx Ground Package System, Inc., as a Defendant and FedEx Ground Package System, Inc.'s return of an Acceptance of Service, FedEx Ground Package System, Inc., will have thirty (30) days to answer, respond, or otherwise plead to the Complaint. The parties further agree that this substitution is without prejudice to any and all defenses and positions FedEx Ground Package System, Inc. now has or hereinafter may have, including but not limited to jurisdiction, forum, and venue.

WHEREFORE, the Parties respectfully request that the Court:

(a) Dismiss without prejudice FedEx Corporation;

(b) Add FedEx Ground Package System, Inc., as the Defendant in this matter without prejudice to any and all defenses and positions FedEx Ground Package

System, Inc. now has or hereinafter may have, including but not limited to jurisdiction, forum, and venue;

(c) Permit the Parties to update the styling of this case to reflect the substitution of the parties;

(d) Order that FedEx Ground Package System, Inc., has thirty (30) days from its return of the Acceptance of Service to answer, respond, or otherwise plead to the Complaint upon its substitution as Defendant; and

(e) Grant such other and further relief as is just and appropriate.

Respectfully submitted, this 24th day of March, 2023.

| **DAVID DREYER LAW, LLC** | **FEDEX CORPORATION** |
|---|---|
| */s/ David N. Dreyer* | /s/ *Daniel T. French* |
| David N. Dreyer | Daniel T. French |
| Georgia Bar No. 141322 | Federal Express Corporation |
| P.O. Box 89310 | Building B 3rd Floor |
| Atlanta, Georgia 30312 | 3620 Hacks Cross Road |
| david@dreyersterling.com | Memphis, TN 38125, United States |
| (470) 354-0600 | danielfrench@fedex.com |
| *Counsel for Plaintiffs* | Phone: (901) 434-8353 |
| *NOWaccount Network Corporation* | *Counsel for Defendant* |
| *and Trade Credit Guaranty Corporation* | *FedEx Corporation* |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the **Consent Motion to Substitute Party** by filing a true and correct copy via the Court's e-filing system, which will serve all counsel of record with a copy.

Respectfully submitted this 24th day of March, 2023.

                                              **DREYER DREYER LAW, LLC**

                                              */s/ David N. Dreyer*
                                              David N. Dreyer
                                              Georgia Bar No. 141322
                                              P.O. Box 89310
                                              Atlanta, Georgia 30312
                                              david@dreyersterling.com
                                              (470) 354-0600
                                              *Counsel for Plaintiffs*
                                              *NOWaccount Network Corporation*
                                              *and Trade Credit Guaranty Corporation*