### IN THE SUPERIOR COURT OF FULTON COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| NOWACCOUNT NETWORK CORPORATION and TRADE CREDIT GUARANTY CORPORATION,<br><br>   Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION,<br><br>   Defendant. | Civil Action No.:<br><br>2023CV374504 |

### NOTICE OF FILING DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. ACCEPTANCE OF SERVICE OF PROCESS

Plaintiffs NOWaccount Network Corporation and Trade Credit Guaranty Corporation files their Notice of Filing Defendant FedEx Ground Package System, Inc's Acceptance of Service of Process, which is attached as **Exhibit A**.

Respectfully submitted this 24th day of March, 2023.

**DAVID DREYER LAW, LLC**

*/s/ David N. Dreyer*
David N. Dreyer
Georgia Bar No. 141322
P.O. Box 89310
Atlanta, Georgia 30312
david@dreyersterling.com
(470) 354-0600
*Counsel for Plaintiffs*
*NOWaccount Network Corporation*
*and Trade Credit Guaranty Corporation*

# Exhibit A