IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| NOWACCOUNT NETWORK CORPORATION and TRADE CREDIT GUARANTY CORPORATION,<br><br>  Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION,<br><br>  Defendant. | Civil Action No.:<br><br>2023CV374504 |

**ORDER**

Having read the Consent Motion to Substitute Party ("Motion"), and finding cause for the substitution, the Court hereby,

**ORDERS** that:

(a) The Motion is Granted;

(b) FedEx Corporation is dismissed ***without prejudice***;

(c) FedEx Ground Package System, Inc., is added as the Defendant in this matter without prejudice to any and all defenses and positions FedEx Ground Package System, Inc. now has or hereinafter may have, including but not limited to jurisdiction, forum, and venue;

(d) The caption of this action shall be updated to reflect that FedEx Corporation is no longer the Defendant and to reflect that Defendant FedEx Ground Package System, Inc. is the Defendant; and

(e) Upon its return of an Acceptance of Service, FedEx Ground Package System, Inc., has

thirty (30) days to answer, respond, or otherwise plead to the Complaint upon the entrance of this Order.

This 3rd day of April 2023,

_____
The Honorable Thomas A. Cox, Jr.
Superior Court of Fulton County
Atlanta Judicial Circuit