# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| NOWACCOUNT NETWORK CORPORATION and TRADE CREDIT GUARANTY CORPORATION,<br><br>  Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION,<br><br>  Defendant. | Civil Action No.:<br><br>2023CV374504 |

### NOTICE OF FILING DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. ACCEPTANCE OF SERVICE OF PROCESS

Plaintiffs NOWaccount Network Corporation and Trade Credit Guaranty Corporation files their Notice of Filing Defendant FedEx Ground Package System, Inc's Acceptance of Service of Process, which is attached as **Exhibit A**.

Respectfully submitted this 24th day of March, 2023.

**DAVID DREYER LAW, LLC**

<u>/s/ David N. Dreyer</u>
David N. Dreyer
Georgia Bar No. 141322
P.O. Box 89310
Atlanta, Georgia 30312
david@dreyersterling.com
(470) 354-0600
*Counsel for Plaintiffs*
*NOWaccount Network Corporation*
*and Trade Credit Guaranty Corporation*

# Exhibit A

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| NOWACCOUNT NETWORK CORPORATION and TRADE CREDIT GUARANTY CORPORATION,<br><br>   Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION,<br><br>   Defendant. | Civil Action No.:<br><br>2023CV374504 |

## DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. ACCEPTANCE OF SERVICE OF PROCESS

Defendant FedEx Ground Package System, Inc., through counsel, affirms that it has received and accepted a copy of the Summons and Complaint in this matter as of March 24, 2023.

FedEx Ground Package System, Inc. waives further process and any challenges to the sufficiency of service of process, but FedEx Ground Package System, Inc. does not waive and expressly reserves its right to raise any other defenses it may have in this action, including but not limited to, the defenses of jurisdiction, forum, and venue. FedEx Ground Package System, Inc. will have through and including 30 days from its return of this Acceptance of Service to answer, respond, or otherwise plead to the Complaint.

Respectfully submitted this 24th day of March, 2023.

**FEDEX GROUND PACKAGE SYSTEM, INC.**

/s/*Gregory M. Monaco*
Gregory M. Monaco
PA I.D. No. 312649
1000 FedEx Drive
Moon Township, Pennsylvania 15108
gregory.monaco@fedex.com

(412) 747-8443
*Counsel for Defendant*