# EXHIBIT A



Subject:  Social Media Policy
Page One of four
Effective Date:  August 27, 2013


I.    **POLICY**:  The purpose of the use of the City of Morrow social media is in recognizing the changing ways residents and local businesses communicate and/or obtain information about the City of Morrow.  It has been determined that social media platforms are a convenient tool to reach a broader audience in a more timely basis.    The goal of social communication from the City of Morrow should be to help residents, local businesses, and employees improve knowledge of City events and openings/closings.  This policy refers to the use of Facebook, Twitter, Linked-in, You Tube, or other social media platforms.  The appropriate use of E-Mail is covered in City of Morrow Personnel Rules & Regulations - Computer Network Usage Policy -#10.04


II.   **PROCEDURE**:

A.  The City Manager with the direction of the City of Morrow Council has the sole authority to determine when and what social media platforms will be utilized by the City.    No guidelines listed here limit the ability to add or reduce the uses of social Media by the City Manager at any time deemed appropriate.

B.  The City Manager shall determine one primary and one secondary contact for all social media updates.  These individuals shall be referred to as a "Social Media Administrator(s)".  The Social Media Administrator(s) will be responsible for the content and upkeep of all social media platforms used in the City.  The only exception to this is the use of e-mail.  All authorized staff may send e-mails as appropriate to citizen's and local businesses in accordance with the guidelines in the Personnel Rules & Regulations - Computer Network Usage Policy -#10.04.

C.   Departments wishing to establish social media sites should contact the City Manager to discuss the objectives and desired outcomes.  If it is determined that social media is appropriate, the Department Head will present the Social Media Administrator(s) with written approval for the establishment of the approved social media platform.  The Social Media Administrator may  assist or set up the desired platform for the department.

D.  Departments who have approval from the City Manager to design and maintain updates on social media platforms without utilizing the Social Media Administrators, understand that the Social Media Administrators must have full access and knowledge of all platforms used.  The Social Media Administrator will routinely monitor all platforms utilized by the City to ensure compliance with City policy.

E.  In use of any social media platform for the City of Morrow , it is understood:

1. All City of Morrow social media platforms utilized and posted by City departments are considered an extension of the City's informational network's.

2. The City's website at www.cityofmorrow.com will remain the primary and predominant internet presence.  Whenever possible content posted on social media platforms should contain links directing users to the City website for more in-depth information, forms, documents, or services necessary.

3. In accordance with Georgia State law, participation on City of Morrow social media platforms is subject to open records requests.  If individuals do not want names released in response to open record requests, they should not participate in the communication.

4. The City of Morrow's social media platforms are designed to provide relevant information to citizens of the City.  Social media platforms set up under this policy will  allow  a forum for comments and will  create a space for commenting by interested third parties.  The Administrator of the social media platforms will monitor all comments to determine if follow-up or removal is warranted in accordance to this policy.  All comments where removal is deemed appropriate will have the removal communicated with the City Manager in a reasonable time frame.

5. Content and comments posted on any City of Morrow social platforms must comply with applicable federal, state and local laws, regulations and policies. This includes adherence to established laws and policies regarding copyright, records retention, Freedom of Information Act, and privacy laws.

6. Employees participating on City of Morrow social media platforms must conduct themselves at all times as representatives of the City of Morrow. Employees who fail to conduct themselves in accordance with the City Personnel Rules & Regulations shall be subject to disciplinary action.

7. Communication on all social media platforms should be straight-forward, relevant and written in plain appropriate language.  The same high standard applied to any and all publications or messages for the City of Morrow should be applied to all social media platforms. Postings by the City, by any City employee or agent of the City, or any interested third parties, shall not be obscene, shall not foster, promote or perpetuate discrimination on the basis of race, creed, color, age, religion, gender, marital status, sexual orientation, national origin, status in regard to public assistance, or disability. Postings by the City, by any City employee or agent, or any interested third parties, shall not violate HIPAA or privacy laws, shall not violate copyright or patent laws, shall not compromise the safety or security of the public, and shall not violate any state or federal law.   Personal attacks, vulgar language, discriminatory or inflammatory posts by others are strongly discouraged.  If a post is determined to be in violation of this policy, such posts may be removed.  The conversation shall remain civil and respectful always. Inaccurate information posted may be addressed and corrected on a factual basis only.

8. The social media platforms shall only be updated by the City's Social Media Administrators or City Manager authorized designee(s) as provided for and only as allowed for in this Social Media policy.
   All postings will be monitored by the City's Social Media Administrator or the City Manager's designee. Comments from interested third parties must also be appropriate in accordance to the Social Media Policy, II. E. #7 or may be removed. The City of Morrow will utilize social media platforms as consistently as possible.  For each social media platform determined appropriate the following documents will be provided:
   a. Operational and use guidelines (attached)
   b. Standards and processes for managing accounts on social media platforms (attached)
   c. City branding standards (as determined by City Manager)
   d. Design standards (as determined by City Manager)

9.   The City of Morrow is not responsible for social media platforms that set up information in the City of Morrow's name without the City's permission or knowledge.  The City of Morrow will monitor any known social media platforms where these additions have been made without City permission.



### *Social Media Platform Operational Use & Standards*

The City Manager reserves the right to add additional platforms only after determining guidelines for those platforms. All platforms are subject to the Social Media Policy and the Social Media Platform Operational Use & Standards.   The City of Morrow is not responsible for social media platforms that set up information in the City of Morrow's name without the City's permission or knowledge.  The City of Morrow will monitor any known social media platforms where these additions have been made without City permission.

## Website

The City of Morrow website [www.cityofmorrow.com](www.cityofmorrow.com) has been professionally designed to bring the high standard of professionalism while promoting City of Morrow programs.  While City of Morrow Social Media Administrator(s), City Manager and Department Heads may request information added, no structural design changes will be made without the approval of the City Manager.

> **Content**:  City of Morrow Social Media Administrator(s) have access to monitor the City website.  The City Manager will designate individuals to update the City Website.  Any comments regarding the website from the Social Media Administrator should be directed to those designees.

> No posts will be permitted which violate the Social Media Policy.

> **Links**:  Links where appropriate will be permitted.  Appropriate is defined as having City-relevant information.

## Facebook

The City of Morrow and individual departments may have Facebook pages to promote activities, programs, projects, and events.  All Facebook pages should have a link to the City of Morrow website at www.cityofmorrow.com.

> **Establishing a page:**    When a department determines it has a business need for a Facebook account, it will submit a request to the City Manager.  If the design of the department's main Facebook page is intended to differ from that of the City of Morrow Facebook page, the department's design must be approved by the City Manager.  The City of Morrow Facebook boilerplate (main page appearance) will be approved by the City Manager and any changes must be approved prior to changing.

- All City branding images must meet City branding standards.
- The  City will create pages in Facebook, not groups.  Facebook pages offer distinct advantages including greater visibility, customization, and measurability.
- Description type will be "government".
- Included on the Boilerplate text will be the follow:  *This site is intended to serve as a mechanism for communication  to the public from the City of Morrow on the listed topics. It should be noted that if comments end up being allowed through a revision of the present policy, then any comments if applicable, submitted to this page, along with fans of this site,  would be public records subject to disclosure pursuant to the State of Georgia Open Records Act.  Public disclosure requests should be directed in writing to the City Clerk.*
- Included on the Boilerplate text will be the "Terms of Use".

**Terms of Use**:  IMPORTANT:  The City of Morrow's Facebook pages are intended to be used for informational purposes only.  If you wish to contact the City or to request City services, please contact City Hall at 770-961-4002 or visit the City's official website: www.cityofmorrow.com.

Under Georgia Law, your participation in the City's Facebook pages is public record.  If you do not want your name released in response to a public records request, please do not participate in this page.

**Content**:  The City of Morrow Social Media Administrator(s) will be responsible for adding posts using the Social Media Policy guidelines for appropriate branding and wording.

- The City of Morrow will strive to share information honestly and shall not post untruthful and purposefully inaccurate information.  If an inadvertent inaccuracy is posted, a correction will be published as soon as possible.
- The City of Morrow shall not violate any staff member or citizen's personal privacy in posts.
- At all times employees and agents of the City shall use good judgment when posting.  Employees and agents of the City shall not violate the Social Media Policy or they will face disciplinary action.  Employees and agents of the City may not post any content that could be interpreted as offensive, obscene, demeaning, inflammatory, or discloses any confidential information.
- Postings by the City, by any City employee or agent of the City, or by any interested third parties shall not be obscene, shall not foster, promote or perpetuate discrimination on the basis of race, creed, color, age, religion, gender, marital status, sexual orientation, national origin, status in regard to public assistance, or disability. Postings by the City, by any City employee or agent, or interested third parties shall not violate HIPAA or privacy laws, shall not violate copyright or patent laws, shall not compromise the safety or security of the public, and shall not violate any state or federal law
- Elected officials  and/or electoral candidates, or interested third parties  shall not use the City's social media platforms to run campaigns or solicit support from the public.. Elected officials and/or electoral candidates, or interested third parties may create personal social media pages if desired, but said social media pages may not be utilized for political or campaign purposes**.**
- The Social Media Administrator(s) will bring all individual complaints, concerns or service requests to the appropriate Department Head or City Manager prior to responding.  When possible specific individual issues will be resolved off-line.
- A standard reply may be used to address heated, sensitive or complex issues. This standard reply shall be:  *"The City of Morrow is very interested in the insights, opinions and concerns expressed here.  However, complex topics typically are not effectively resolved in forums such as this.  Please contact the City Manager at 770-961-4002 if you wish to discuss your concerns further or obtain additional information."*

- Good judgment should be used at all times when posting on the City's Facebook page.  The absence of listing an item in this policy does not mean the post is automatically acceptable.  Contact the Social Media Administrator(s) if you have any questions regarding acceptable posts.

## Twitter

The City of Morrow will allow the use of Twitter for purposes of informing the public of events, road closings, and other city time sensitive information.  Use of Twitter must be in accordance to the Social Media Policy.  Any City Department utilizing Twitter must have the approval of the City Manager to operate this social media.  Upon approval the Social Media Administrator should be informed and will be authorized to monitor all posts and take appropriate actions as deemed appropriate in the Social Media Policy.

## Blogs

The City of Morrow will allow the use of Blogs only as a marketing tool.  Blogs must be in accordance to the Social Media Policy.  Any City Department utilizing Blogs must have the approval of the City Manager to operate this social media.  The Social Media Administrator must be informed of the Blog location and will be authorized to monitor all posts and take appropriate actions as deemed appropriate in the Social Media Policy.