# EXHIBIT A

CONSENT TO JOIN FLSA ACTION

  I hereby consent to join this action against Muy Pizza and related entities and individuals to pursue unpaid compensation, additional damages, attorneys' fees, and costs under the Fair Labor Standards Act, and be represented by Biller & Kimble, LLC for purposes of bringing such action.

  If I am not a named plaintiff myself, then I authorize the named plaintiff(s) to file and prosecute the above referenced matter in my name and on my behalf, and designate the named plaintiff(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and costs, and all other matters pertaining to this lawsuit. In the event I am not permitted to go forward in this action (e.g., if this action gets conditionally certified and then decertified), I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendants.

*Jaycee Brown*

Signature

Jaycee Brown

Name (Printed)

Address:

April 19, 2023

Date

Email

Phone