IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL LUTMAN, | ) | |
| | ) | CIVIL ACTION NO.: |
| Plaintiff, | ) | |
| | ) | _____ |
| v. | ) | |
| | ) | (State Court Civil Action |
| BLAIR WEATHERLY and | ) | No. 23MCE0996 Magistrate |
| BROCK & SCOTT, PLLC, | ) | Court of Cherokee County, GA) |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF REMOVAL</u>

Defendants Blair Weatherly and Brock & Scott, PLLC ("Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby file their Notice of Removal of the above referenced case filed by Plaintiff against Defendants and pending in the Magistrate Court of Cherokee County, Georgia to this honorable Court, and show the Court as follows:

1.

On March 3, 2023, Plaintiff Michael Lutman ("Plaintiff") filed a Statement of Claim (the "Complaint") against Defendants in the Magistrate Court of Cherokee County, Georgia, Case No. 23MCE0966. A true and correct copy of the Complaint is

attached hereto as Exhibit "A" and incorporated herein by reference.

2.

Defendants were served with the Complaint and Summons on March 23, 2023, by service on Defendant Brock & Scott's Registered Agent, CT Corporation. The Service of Process Transmittal Summary is attached hereto as Exhibit "B" and incorporated herein by reference.

3.

Plaintiff alleges that Defendants violated the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605(e) ("RESPA") by failing to respond to Plaintiff's Qualified Written Request (QWR).

4.

Pursuant to 28 U.S.C. § 1441(a), any civil action brought in a State Court involving matters of which the district courts have original jurisdiction may be removed by the defendant to the U.S. district court in the district and division where the action is pending.

5.

Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this action because Plaintiff's claim that Defendants violated RESPA arise under the laws

of the United States. Therefore, this case is removable under 28 U.S.C. §§ 1441 and 1446.

6.

Defendants' Notice of Removal is timely, as Defendants were served with process in the State Court action on March 23, 2023 and their Notice of Removal is filed within thirty (30) days of service.

7.

Copies of all process, pleadings, and orders served on Defendants are attached hereto as Exhibit "A," in accordance with 28 U.S.C. § 1446(a).

8.

Defendants shall file a Notice of Filing Notice of Removal in the State Court Action.

9.

Defendants shall provide written notice to Plaintiff of this Notice of Removal by serving Plaintiff with a true and correct copy of this Notice of Removal.

10.

Defendants do not waive any defenses available to them by filing their Notice of Removal.

Respectfully submitted this 21st day of April, 2023.

BROCK & SCOTT, PLLC

By: */s/ Kyle S. Kotake*
KYLE S. KOTAKE
Georgia Bar No. 428697
4360 Chamblee Dunwoody Rd., Ste. 310
Atlanta, GA  30341
(404) 789-2661 Ext. 2306
(404) 294-0919 (facsimile)
kyle.kotake@brockandscott.com
*Attorney for Defendants*

## **L.R. 7.1 CERTIFICATE OF COMPLIANCE**

Per L.R. 7.1D, I certify this pleading was prepared per L.R. 5.1C in Times New Roman, 14 point typeface.

This 21st day of April, 2023.

BROCK & SCOTT, PLLC

By: */s/ Kyle S. Kotake*
KYLE S. KOTAKE
Georgia Bar No. 428697
4360 Chamblee Dunwoody Rd., Ste. 310
Atlanta, GA  30341
(404) 789-2661 Ext. 2306
(404) 294-0919 (facsimile)
kyle.kotake@brockandscott.com
*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a precise copy of the foregoing **NOTICE OF REMOVAL** was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to ensure delivery, addressed as follows:

Michael Lutman
2828 South McCall Rd., Unit 32-14
Englewood, FL 34224

This 21st day of April, 2023.

BROCK & SCOTT, PLLC

By: */s/ Kyle S. Kotake*
    KYLE S. KOTAKE
    Georgia Bar No. 428697
    4360 Chamblee Dunwoody Rd., Ste. 310
    Atlanta, GA  30341
    (404) 789-2661 Ext. 2306
    (404) 294-0919 (facsimile)
    kyle.kotake@brockandscott.com
    *Attorney for Defendants*