# EXHIBIT A

Magistrate Court of Cherokee County
**E-FILED**
3/3/2023 4:00 PM
23MCE0996
SV
Patty Baker, Clerk
Civil Division

## MAGISTRATE COURT OF CHEROKEE COUNTY
The Honorable James E. Drane, III, Chief Magistrate
90 North Street, Suite 150
Canton, GA 30114
678-493-6431

DO NOT WRITE IN THIS SPACE
CASE NO. 23MCE0996

Plaintiff: Name/Street address/City/State/Zip Code
Michael Lofman
c/o 2828 South McGill Road Unit 2214
Englewood, Florida 34224
Phone: 770 557 5627
Email: leathercock3112@gmail.com

vs

Defendant: Name/Street address/City/State/Zip Code
Blair Weather Ing, Brock & Scott PLLP
4360 Chamblee Dunwoody Road Ste 310
Atlanta, GA 30341

### STATEMENT OF CLAIM

Type of claim (mark with an "X")
___ Suit on a note          ___ Suit on Account          X Other (Explain)

Plaintiff says the defendant is indebted to the plaintiff as follows:
Failure to respond to Qualified Written Request pursuant to Real Estate Settlement Procedures Act RESPA, 12 USC 2605 E. Defendant received the Qualified Written Request on August 15 2022 Defendant has Failed to respond and is in violation of RESPA

That said claim is in the amount of $ 9000⁰⁰ plus $ 435⁰⁰ cost to date; and all future costs of this suit.

State of Georgia, Cherokee County:
Michael Lofman _____, being duly sworn on oath, says the foregoing is a just and true statement of the claim made by plaintiff against defendant, exclusive of all set offs and just grounds of defense.

Sworn and subscribed before me,

This 3 day of March 20 23

Notary Public or Attesting Official

Plaintiff  All rights reserved

MICHAEL J QUINN
NOTARY
EXPIRES
GEORGIA
AUG. 29, 2026
PUBLIC
CHEROKEE COUNTY

### NOTICE AND SUMMONS

To: _____

You are hereby notified that _____ has made and filed a claim and is asking for judgment against you in the sum of $_____, as shown by the foregoing statement. YOU ARE REQUIRED TO FILE OR PRESENT AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. Your answer may be filed in writing during regular business hours. You may come with or without an attorney.

Stephanie Venable

Deputy Clerk, Magistrate Court of Cherokee County

**EXHIBIT B**

**Qualified Written Request**

August 11, 2022

NOTICING PARTY
Michael Lutman
2828 South McCall Road Unit 32-14
c/o Parcel Express
Englewood
Florida
Near [34224]

NOTICE TO:
Brock & Scott, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103

VIA USPS TRACKING NUMBER    9114 9022 0078 9747 6813 20

**NOTICE TO AGENTS IS NOTICE TO PRINCIPALS.
NOTICE TO PRINCIPALS IS NOTICE TO AGENTS**

**DEMAND FOR ALLEGED DEBT VALIDATION per 15 U.S.C. §1692 ET SEQ**

THIS LETTER IS LAWFUL NOTICE AND REQUEST WITH WHICH YOU ARE MANDATED
BY LAW TO COMPLY. YOU INCUR A LAWFUL LEGAL OBLIGATION TO IMMEDIATELY
FORWARD THIS DEMAND LETTER TO A RESPONSIBLE PARTY. BE IT YOUR LEGAL
DEPARTMENT, OFFICE OF PRESIDENT, INVESTOR RELATIONS, COMPLAINT
RESOLUTION DEPARTMENT OR OTHER PROPER OFFICE FOR IMMEDIATE REVIEW,
COMPLIANCE AND RESOLUTION. A MEANINGFUL TIMELY RESPONSE IS REQUIRED.
**THIS IS AN OFFER TO PAY** IF THE ALLEGED DEBT, CONTRACTS, AND BACK END
ACCOUNTING CAN BE FULLY VERIFIED BY A LIVING MAN OR WOMAN UNDER OATH
OR AFFIRMATION.

USPS 70200640000138109236

State of Georgia                )
                               )        ss Affidavit of Non-Response
County of Cherokee             )

Having been duly sworn in, Affiant declares the following:

1. Affiant, is competent to state to the matters included in this declaration, has knowledge of the facts, and hereby declares that to the best of Affiant's knowledge, the statements made in this affidavit are true, correct, complete and not meant to mislead

2. Affiant mailed on August 11, 2022 by Certified Mail Michael Norris Lutman's Qualified Written Request (attached) regarding regarding Brock & Scott, PLLC account number 8012752054. See Certificate of Service attached.  In said mailing, affiant requested that Brock & Scott, PLLC respond to affiant within Five Days, to send notice of receipt.

3. Affiant did not receive Brock & Scott, PLLC's response to Michael Norris Lutman's or any other point by point response as required, within the time requested.

4. A further initial bill for Fair Debt Collection Practices Act violations and for expenses incurred, shall also be due by all agents and/or assigns of Brock & Scott, PLLC, for their non-response, in the amount of $9,000.00 plus full release of all liens, promissory notes and deeds of trust, for failing to state a claim for which relief can be granted in favor of Brock & Scott, PLLC or its' agents.  This failure to fully respond to the QWR point by point and completely with a verified claim, confirms this agreement and bill, and confirms all demands for release of liens or other interest are due by Brock & Scott, PLLC and or all agents within 10 days of receipt of this Affidavit of Non-Response.

Notice to agent is notice to principal, notice to principal is notice to agent, who are equally and severally liable.

Further Affiant sayeth naught.

By:

Affiant By: Michael Norris Lutman © all rights reserved


State of Florida               )
                               ) ss ACKNOWLEDGEMENT
County of Charlotte            )

I, BARBARA S. HAHN, Notary Public for said County and State, do hereby certify that, personally appeared before me Michael Norris Lutman and executed the foregoing.  Witness my hand and seal this 23 day of August 2022.

Barbara S. Hahn

BARBARA S. HAHN
Notary Public - State of Florida
Commission # GG 912344
My Comm. Expires Jan 9, 2024
Bonded through National Notary Assn.

## BILL FOR FEES AND COST

### Violation of RESPA 12 U.S. Code § 2605 (e)(1)(A)
### Private Right of Action pursuant to 12 U.S.C. § 2605(f)

### Date in default: August 22, 2022

### An amount is now due by default as indicated in attached documents

**Owed to:** Michael Norris Lutman
2828 South McCall Road, Unit 32-14
c/o Parcel Express
Englewood, Florida 34224

**Email:** leatherneck3112@gmail.com

**Phone:** 770-557-5627

**Party owing the debt and duty to perform:**

PHH Mortgage Services
Post Office Box 66002
Lawrenceville, NJ 08648

newrezz c/o PHH Mortgage Services
1 Mortgage Way
Mount Laurel, NJ 08648

**and equally and severally due by**

Brock & Scott, PLLC (alleged attorneys)
3825 Forrestgate Drive
Winston Salem, NC 27103

Christian Sewing CEO
Deutsche Bank
One Columbus Circle
New York, NY 10019

**Amounts Due**

| | |
|---|---|
| Forensic Audit | $1,500.00 |
| Violations of RESPA 12 USC 2605(f) | $1,000.00 |
| Violations of RESPA 12 USC 2605(f)(1)(B) | $2,000.00 |
| Misrepresent amount owed as a result of violating FDCPA | $ 1,000.00 |
| Communications of False Information per 18 USC 1001 | $ 1,000.00 |
| Plaintiff time and research | $ 2,500.00 |
| **TOTAL DUE AND OWING** | **$ 9,000.00** |

As amount unpaid following exhaustive administrative remedies, plus order for release of title due, and credit correction (undertermined amount)

By: _Michael Norris Lutman © all rights reserved_                August 23, 2022

**EXHIBIT D**

Notice of Fault

## NOTICE OF FAULT IN DISHONOR and OPPORTUNITY TO CURE

**FROM:**
Michael Norris Lutman
c/o 2828 South McCall Road Unit 32-14
Parcel Express
Englewood, Florida 34224
Hereinafter referred to as **"Borrower"**

**TO:**
Brock & Scott, PLLP
3825 Forrestgate Drive                          via Certified Mail # 9114 9028 6019 9924 2129
Winston Salem, NC 27103                                                                    c/o
Hereinafter referred to as **"Lender"**

**DATE:** 15 September, 2022

**RE:** Alleged Loan Account 8012752054

This is a Notice of Fault and Opportunity to Cure upon the previous presentment enclosed within the Certified Mailing, received Lender on August 25, 2022. And as evidenced by USPS Tracking # 7020 0640 0001 3810 9236.

By the terms and conditions of the agreement contained in that document, since the Borrower disputed the Loan, the Lender was under obligation to timely and in good faith provide full validation and verification of the debt and ALL items within the Qualified Written Request, under penalty of perjury within thirty (30) days pursuant to Uniform Commercial Code and Fair Debt Collection Practices Act, or request an extension of time.

The Lender's failure to honor the offer places the Lender at fault. This is the Borrower's good faith offer to extend the time by an additional **five (5) days** from the date of delivery to give the Lender the opportunity to cure the Lender's fault, to make the required presentment and to cure the Lender's fault.

Should the Lender fail, refuse or neglect to respond to this Notice of Fault and Opportunity to Cure, the **Borrower will enter a Notice of Fault**, as second witness, upon the Lender. All sums due as expenses and penalties, and order to release all liens, and remove all negative credit items, are effectively due upon default.

Of this presentment the Lender should take due Notice and heed, and govern oneself accordingly.

*Fault: "American Law — Negligence — an error or defect of judgment of conduct, any deviation from prudence, duty or rectitude any shortcoming, or neglect of care or performance resulting from inattention, incapacity, or perversity; a wrong tendency, course or act; bad faith or mismanagement; neglect of duty."* **Black's Law Dictionary** 4th Edition, page 738.

**Default:** *"By its derivation, a failure. An omission of that which ought to be done...Specifically, the omission or failure to perform a legal duty...The term also embraces the idea of dishonesty and of wrongful act." Ibid, page 505.*

*NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL*
*Applicable to all successors and assigns*
*Silence is Acquiescence*

Respectfully done in good faith,

By: _Michael Norris Lutman_ 9/15/22 ©

  Michael Norris Lutman, man
  without prejudice all rights reserved

NOTARY WITNESS

Florida    )
Charlotte County  )

I, _Angelique V Byler_, Notary Public for said County and State, do hereby certify that, personally appeared before me Michael Norris Lutman and executed the foregoing. Witness my hand and seal this 15th day of September 2022.

_Angelique V Byler_, Public Notary; my commission expires: 8/19/2023

Angelique V Byler
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG307-99
Expires 8/19/2023

## NOTICE OF DEFAULT IN DISHONOR and ESTOPPEL

**FROM:**
**Michael Norris Lutman**
c/o 2828 South McCall Road, Unit 32-14
Parcel Express
Englewood, Florida 34224
hereinafter referred to as "**Borrower**"

**TO:**
Brock & Scott, PLLP
3825 Forrestgate Drive
Winston Salem, NC 27103          Via Certified Mail # 7021 2720 0003 1656 8525
hereinafter referred to as "**Lender**"

**DATE:**      November 21, 2022
**RE:**        Alleged Loan Account No. 80127520544, hereinafter "**Loan**"

This is a **Final Notice of Default and Estoppel** upon the previous presentments enclosed within the Certified Mailing, received by the Lender on September 19, 2022 and as evidenced by Certified Mail # 9114 9022 0078 9824 2829 45, copies attached. Lender was presented with a Notice of Fault & Opportunity to Cure together with a valid Bill for Fees and Costs and was given five (5) days to cure their fault and honor the presentment and pay the Bill, but failed to do so. The five (5) days expired on September 26, 2022.

By the terms and conditions of the agreement contained in that document, since the Borrower disputed the Loan, the Lender was under obligation to timely and in good faith provide full validation and verification of the debt and ALL items within the Qualified Written Request, hereafter "QWR", under penalty of perjury within thirty (30) days pursuant to RESPA, Uniform Commercial Code and Fair Debt Collection Practices Act, or request an extension of time.

Lender received Borrower's QWR request on August 15, 2022 but failed to respond in full, point by point to Borrower's QWR. See Borrower's prior presentments which have all been ignored and are all unanswered.

**Maxim: "An unrebutted affidavit stands as the truth."**

PLEASE TAKE NOTICE that since Lender has no Assignment of Record with Brock & Scott, PLLP, hereafter "Brock & Scott", for this account, it may not rely on Brock & Scott to answer any QWR addressed to Lender on its behalf and is solely responsible for its own QWR response and debt validation.

The Lender's failure to honor the offer and Bill for Fees and Costs placed the Lender at fault. Borrower in good faith offered to extend the time by an additional **three (3) days** from date of delivery to give the Lender an opportunity to make the required presentment and to cure the Lender's fault.

Lender failed to respond to this Notice of Fault and Opportunity to Cure, and therefor Borrower is entering a Final Notice of Default and Estoppel, as third witness, upon the Lender. All sums due as expenses and penalties, and orders to release all liens, and remove all negative credit items, are effectively now due upon final default.

Of this presentment the Lender should take due Notice and heed, and govern oneself accordingly.

Fault: *"American La« - Negligence, an error or defect of judgment or of conduct; any deviation from prudence, duty, or rectitude, any shortcoming, or neglect of care or performance resulting from inattention, incapacity, or perversity; a wrong tendency, course, or act; bad faith or mismanagement; neglect of duty."*

Black's Law Dictionary, 4th Edition, page 738.
Default: *"By its derivation, a failure.. An omission of that which ought to be done ... Specifically, the omission or failure to perform a legal duty ... The term also embraces the idea of dishonesty and of wrongful act."*
Ibid, page 505.

*NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT*
*NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL*

*Applicable to all successors and assigns*
*Silence is Acquiescence*

By: _____

Michael Norris Lutman

FLORiclα _____ State      )
                            ) ss  ACKNOWLEDGEMENT
ChARlott-e _____ County    )

I, BARbARA S. HAHN a Public Notary for said County and State, do hereby certify that, personally appeared before me Michael Norris Lutman, a living man, and executed the foregoing. Witness my hand and seal this ___2/___ day of ___Nov___, 2022.

_____
Notary Signature

BARBARA S. HAHN
Notary Public - State of Florida
Commission # GG 912344
My Comm. Expires Jan 9, 2024
Bonded through National Notary Assn.

### BILL FOR FEES AND COST

#### Violation of RESPA 12 U.S. Code § 2605 (e)(1)(A)
#### Private Right of Action pursuant to 12 U.S.C. § 2605(f)

#### Date in default: August 22, 2022

#### An amount is now due by default as indicated in attached documents

Owed to: Michael Norris Lutman
2828 South McCall Road, Unit 32-14
c/o Parcel Express
Englewood, Florida 34224

Email: leatherneck3112@gmail.com

Phone: 770-557-5627

**Party owing the debt and duty to perform:**

PHH Mortgage Services
Post Office Box 66002
Lawrenceville, NJ 08648

newrezz c/o PHH Mortgage Services
1 Mortgage Way
Mount Laurel, NJ 08648

and equally and severally due by

Brock & Scott, PLLC (alleged attorneys)
3825 Forrestgate Drive
Winston Salem, NC 27103

Christian Sewing CEO
Deutsche Bank
One Columbus Circle
New York, NY 10019

Amounts Due

| | |
|---|---|
| Forensic Audit | $1,500.00 |
| Violations of RESPA 12 USC 2605(f) | $1,000.00 |
| Violations of RESPA 12 USC 2605(f)(1)(B) | $2,000.00 |
| Misrepresent amount owed as a result of violating FDCPA | $ 1,000.00 |
| Communications of False Information per 18 USC 1001 | $ 1,000.00 |
| Plaintiff time and research | $ 2,500.00 |
| **TOTAL DUE AND OWING** | **$ 9,000.00** |

As amount unpaid following exhaustive administrative remedies, plus order for release of title due. and credit correction (undertermined amount)

By: Michael Norris Lutman © all rights reserved

August 23, 2022

**EXHIBIT C**

Notice of Fault

## NOTICE OF FAULT IN DISHONOR and OPPORTUNITY TO CURE

**FROM:**
Michael Norris Lutman
c/o 2828 South McCall Road Unit 32-14
Parcel Express
Englewood, Florida 34224
Hereinafter referred to as "**Borrower**"

**TO:**
Brock & Scott, PLLP
3825 Forrestgate Drive
Winston Salem, NC 27103                     via Certified Mail # 9114 9022 0 0189824 2829
Hereinafter referred to as "**Lender**"                                                          d5

**DATE:** 15 September, 2022

**RE:** Alleged Loan Account 8012752054


This is a Notice of Fault and Opportunity to Cure upon the previous presentment enclosed within the
Certified Mailing, received Lender on August 25, 2022. And as evidenced by USPS Tracking # 7020
0640 0001 3810 9236.

By the terms and conditions of the agreement contained in that document, since the Borrower disputed
the Loan, the Lender was under obligation to timely and in good faith provide full validation and
verification of the debt and ALL items within the Qualified Written Request, under penalty of perjury
within thirty (30) days pursuant to Uniform Commercial Code and Fair Debt Collection Practices Act,
or request an extension of time.

The Lender's failure to honor the offer places the Lender at fault.  This is the Borrower's good faith
offer to extend the time by an additional **five (5) days** from the date of delivery to give the Lender the
opportunity to cure the Lender's fault, to make the required presentment and to cure the Lender's fault.

Should the Lender fail, refuse or neglect to respond to this Notice of Fault and Opportunity to Cure, the
**Borrower** will enter a **Notice of Fault**, as second witness, upon the Lender.  All sums due as expenses
and penalties, and order to release all liens, and remove all negative credit items, are effectively due
upon default.

Of this presentment the Lender should take due Notice and heed, and govern oneself accordingly.

**Fault:** *"American Law – Negligence – an error or defect of judgment of conduct, any deviation from
prudence, duty or rectitude any shortcoming, or neglect of care or performance resulting from
inattention, incapacity, or perversity; a wrong tendency, course or act; bad faith or mismanagement;
neglect of duty."* **Black's Law Dictionary** 4th Edition, page 738.

**Default:** "*By its derivation, a failure. An omission of that which ought to be done...Specifically, the omission or failure to perform a legal duty...The term also embraces the idea of dishonesty and of wrongful act.*" Ibid, page 505.

*NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL*
*Applicable to all successors and assigns*
*Silence is Acquiescence*

Respectfully done in good faith,

By: _____  9/15/22 ©

Michael Norris Lutman, man
without prejudice all rights reserved

NOTARY WITNESS

Florida            )
Charlotte County   )

I, ___Angelique V Byler___, Notary Public for said County and State, do hereby certify that, personally appeared before me Michael Norris Lutman and executed the foregoing. Witness my hand and seal this 15th day of September 2022.

_____, Public Notary; my commission expires: 8/19/2023

Angelique V Byler
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG367499
Expires 8/19/2023

**EXHIBIT A**

This letter is regarding my private real property located per your records at 132 Springwater Trace, Woodstock, Georgia 30188 and alleged Brock & Scott PLLC Reference # 22-09740 FC01.

## DEMAND TO VALIDATE ALLEGED DEBT

### MANDATORY CONSTRUCTIVE NOTICE TO CEASE AND DESIST
**Under FDCPA you must cease and desist all collection activities until this alleged Debt Validation is provided to the Post location above** See *15 U.S.C. 1692g.*

### LEGAL AUTHORITY
Under the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq./Section 805 et seq.) (hereinafter "FDCPA") when a "debt collector" initiates a communication designed to collect a debt; they are bound to comply with FDCPA mandates. (See Gburek v. Litton Loan Servicing, LP, 08-3776, 7th Cir. (2010)

Where a loan servicer becomes the loan servicer after the loan is in default, the loan servicer is a "debt collector" and becomes obligated to comply with the Fair Debt Collection Practices Act in all respects.

Before acquiring any interest in this referenced account, you claimed it was in default status and as such DICTATES YOU HAVE A LAWFUL MANDATED OBLIGATION TO COMPLY WITH THIS REQUEST IN A DETAILED COMPREHENSIVE COMPLIANT MANNER.

### "WHO" IS A "DEBT COLLECTOR"
Generally, the FDCPA covers the activities of a "debt collector." There is a two part definition of "debt collector": [1] "any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or [2] who regularly collect or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. See: 15 U.S.C. §1692(a)(6).

**Under the FDCPA after making an initial communication with an alleged debtor** (via loss mitigation or collection calls, modification/workout offers, filing NODs, bills demanding payment, or taking other actions covered by the Act), **a debt collector is required to provide WRITTEN NOTICE WITHIN FIVE DAYS**

2

**OF THE INITIAL COMMUNICATION which provides, among other things:**

(a)    A critical detailed itemized breakdown of the debt alleged due;
(b)    The name, addresses, and phone number[s] of the alleged creditor;
beneficiary or Master Servicer. Note: see: 1692 a (4). "Definition to a "Creditor"
(c)    Notice that the debt collector shall obtain and provide accurate certified
verification of debt if it is disputed within 30 days of the initial communication
(d)    Notice that the debt collector will provide the name and address of the
alleged           true creditor or beneficiary, upon request, if alleged creditor or
beneficiary is different from current alleged creditor. See 15 U.S.C. §1692(g) (a) (1-
5) Section 809.
(e)    Details of any accounting as is related to the creation of this note, the
profits generated from the note which were not disclosed, insurance proceeds
collected, and tax benefits taken, all of which would affect the balance due which
is being claimed, if you can in fact verify this at all.

**I hereby positively dispute any and all alleged debt[s] claimed owed or
owing.** I dispute all intercessors, acting with malice aforethought thus violating
The Deceptive Trade Practices Act (*Title 15 U.S C.§45*) the FDCPA, and FDUTPA
501.2077(2) (against seniors), by being third  party predatory Debt Collectors, and
NOT bona fide party[s] who possess any status or standing to collect some
investor acquired alleged debt.

*The relevant section of FDCPA states, 15 U.S.C. §1692(g) / Section 809 states:*
"(b) If the consumer notifies the debt collector in writing within the thirty-day
period described in subsection (a) that the debt, or any portion thereof, is
disputed, or that the consumer requests the name and address of the original
creditor; **the debt collector shall cease collection of the debt; or any
disputed portion thereof, until** the debt collector obtains validation to the debt
…is mailed to the consumer, by the debt collector."

Be it known that lenders, servicers, and securitizers engaged in violation of RESPA
and TILA provisions, foreclosing without documentation of chain of title or
disclosure of true parties in interest, combined with violations of securitization
documents and insurer mandates for loss mitigation, constitute fraud on the Court
and a fraud on the borrower.

It is my understanding that your company may have been accused of engaging in
one or more predatory servicing or lending and servicing schemes. As a
consumer, I am concerned about such practices by anyone, especially Brock &
Scott PLLC or anyone who has any interest this matter

3

Needless to say, I am most concerned that potential fraudulent and deceptive practices by unscrupulous mortgage brokers; sales and transfers of mortgage servicing rights; deceptive and fraudulent servicing practices to enhance balance sheets; deceptive, abusive and fraudulent accounting tricks and practices may have also negatively affected my credit rating.

To insure that I have not been a victim of predatory servicing and/or lending practices, I have authorized a thorough review, examination, accounting and audit of this account by mortgage auditing and predatory servicing and lending experts. This exam and audit will review this mortgage account file from the date of initial contact, application and the origination of this account to the present date written above. Again this is a Qualified Written Request under the Real Estate Settlement Procedures Act, codified as Title 12 § 2605 (e)(1)(B) (e) and Reg. X § 3500.21(f)2 of the United States Code as well as a request under Truth In Lending Act [TILA] 15 U.S.C. § 1601, et seq. RESPA provides substantial penalties and fines for non-compliance or failure to answer my questions provided in this letter within thirty [30] days of its receipt.

In order to conduct the examination and audit of this loan, I need to have full and immediate disclosure including copies of all pertinent information regarding this alleged loan. The documents requested and answers to my questions are needed to insure that this alleged loan:

- Was originated in lawful compliance with all federal and state laws, regulations including, but not limited to Title 62 of the Revised Statutes, RESPA, TILA, Fair Debt Collection Act, HOEPA and other laws;

-That any sale or transfer of this alleged account or monetary instrument, was conducted in accordance with proper laws and was a lawful sale with complete disclosure to all parties with an interest; that the claimed holder in due course of the monetary instrument/mortgage/asset is holding such note in compliance with statutes, State and Federal laws and is entitled to the benefits of payments; that all good faith and reasonable disclosures of transfers, sales, POA[s], monetary instrument ownership, entitlements, full disclosure of actual funding source, terms, costs, commissions, rebates, kickbacks, fees etc. were and still are properly disclosed to me;

-That each servicer[s] and/or sub-servicers of this alleged mortgage has serviced this mortgage in accordance with statute, laws and the terms of mortgage, monetary instrument;

-That each servicer[s] and sub-servicers of this alleged mortgage has serviced in compliance with local, state and federal statutes, laws and regulations;

-That this account has properly been credited, debited, adjusted, amortized and

4

charged correctly, that any interest and principal were properly calculated and applied, and that any principal balance has been properly calculated, amortized and accounted for; that no charges, fees or expenses, not obligated in any agreement, have been charged, assessed or collected from this account

In order to validate this debt and audit this account, needed are copies of pertinent documents to be provided to me, and answers, certified, in writing, to various servicing questions. For each record kept on computer or in any other electronic file or format, provide a paper copy of all information in each field or record in each computer system, program or database used by you that contains any information on this account number or my name. NOTE: The term "account" is "alleged account"; by any use of mortgage/deed of trust is implied "alleged mortgage/deed of trust."

**As such, send to me, at the address above, copies of the requested documents , proofs and responses requested below within 10 days of the date of this request:**

Re  Reference # 22-09740 FC01

Brock & Scott, PLLC, AND  Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2 is the alleged holder of an alleged mortgage to the property located at the address 132 Springwater Trace, Woodstock, Georgia 30188.

I dispute the amount claimed as allegedly owing according to various "Monthly Billing Statements" and herewith request that you send us information about the fees, costs, escrow accounting on the alleged loan.
* I also request a definitive Proof of Debt and Proof of Your Standing to collect the alleged debt in the form of an Original Note, and not a MERS generated document.
This is a "Qualified Written Request" pursuant to the Real Estate Settlement and Procedures Act 12 U.S. Code (section 2605 (e)) to be responded to by you within 5 business days (weekends and holidays notwithstanding.

Specifically we are requesting the following information:

1. It has come to the attention of the alleged Borrower, after researching the GAAP accounting procedures, the United States Code, The Uniform Commercial Code, and certain Federal reserve Bank Publications, that there is reason to believe that the alleged Lender or financial institution is not the Holder in Due Course of the alleged Borrowers Promissory note and / or may have breached the alleged agreement concerning the above referenced, alleged loan or loan of credit. Therefore we want to know what the entire alleged agreement is, and whether you, your agents and assignees performed according to the alleged agreement.

2. Since the alleged Borrower paid money in the form of a promissory note, or mortgage note, or

other check or financial instrument according to the alleged loan agreement, the alleged Borrower is now hereby requesting Adequate Assurance of Due performance pursuant to UCC 2-609 that the alleged Lender or financial institution has performed according to the alleged loan agreement and that the original alleged Lender or financial institution used their own money to purchase the alleged Borrowers promissory note and did not accept the alleged Borrowers' promissory note as money or like money to fund the check or similar instrument, including digital or electronic transfer, that the alleged Lender then loaned to the the alleged Borrower – which would have an economic effect similar to stealing, counterfeiting, and swindling – and that the alleged Lender or financial institution has followed the Federal laws 12 USC Sec 1831n (a)(2)(A) and/or 12 CFR 741.6(b) regarding Generally Accepted Accounting Principles and Generally Accepted Auditing Standards concerning this alleged loan.

3.   Does Brock & Scott PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2 have a written contract with Michael Lutman to collect the debt? Please respond Yes or No in writing. If Yes provide written evidence.

4.   Is it true that when an alleged Borrower signs a Note, a Mortgage Note, a Promissory Note, an Adjustable Rate Note, Check, or any other similar instrument, collectively refereed to hereafter as a "NOTE" that the said note is used as a bank asset to give value to such note or credit to a bank account, resulting in a new bank asset and a new bank liability? Please respond Yes or No in writing. If Yes provide written evidence.

5.   Is it true that the alleged Lender or financial institution follows / followed GAAP, Generally Accepted Accounting principles? Please respond Yes or No in writing. If Yes provide written evidence.

6.   Was full disclosure given regarding whether and if the alleged Borrower was to provide the funding for the alleged loan per bookkeeping entries? Please respond Yes or No in writing. If Yes provide written evidence.

7.   Does the alleged Lender or financial institution accept something of value from the alleged Borrower that is recorded as an asset on the books of the alleged Lender or financial institution resulting in a new liability on the books of the alleged Lender or financial institution? Please respond Yes or No in writing. If Yes provide written evidence.

8.   Did the alleged Lender or financial institution lend the alleged Borrower money? Please respond Yes or No in writing. If Yes provide written evidence.

9.   Is it the intent of the alleged Lender or financial institution that that the party who funded the loan, per the bookkeeping entries, is to be repaid the money lent to borrower? Please respond Yes or No in writing. If Yes provide written evidence.

10. According to the GAAP bookkeeping entries required of the alleged Lender or financial institution involved in the alleged loan, when a borrower purchases a property does the alleged Lender or financial institution involved in the alleged loan accept a new asset and or note from the alleged Borrower that funds the alleged loan to the alleged Lender or financial institution?

Please respond Yes or No in writing. If Yes provide written evidence.

11. Does the alleged Lender or financial institution involved in the alleged loan record an asset showing that the alleged Borrower owes money to the alleged Lender or financial institution involved in the alleged loan? Please respond Yes or No in writing. If Yes provide written evidence.

12. Did the alleged Lender or financial institution follow the Federal Reserve Bank's policies and procedures in the alleged financial / loan transactions? Please respond Yes or No in writing. If Yes provide written evidence.

13. Is it true that, according to the bookkeeping entries, the alleged Borrower funds the alleged loan to the same alleged Lender or financial institution? Please respond Yes or No in writing. If Yes provide written evidence.

14. Is it true that, according to the bookkeeping entries of the alleged Lender or financial institution, the alleged Borrower is the the lender to the alleged Lender or financial institution? Please respond Yes or No in writing. If Yes provide written evidence.

15. Is it true that, according to the bookkeeping entries of the alleged Lender or financial institution involved in the alleged loan, new money or credit is created when the alleged Borrower signs a note that is accepted and deposited by said alleged Lender or financial institution? Please respond Yes or No in writing. If Yes provide written evidence.

16. Is it true that, according to the alleged agreement, you, the alleged Lender or financial institution received permission from the alleged Borrower to deny the Borrower equal protection under the alleged loan agreement? Please respond Yes or No in writing. If Yes provide written evidence.

17. Is it true that, according to the alleged agreement, the alleged Lender or financial institution agreed to economics similar to stealing, counterfeiting and swindling against the alleged Borrower? Please respond Yes or No in writing. If Yes provide written evidence.

18. Is it true that the alleged Lender or financial institution violated GAAP, generally accepted accounting principles, thus making the alleged agreement null and void? Please respond Yes or No in writing. If Yes provide written evidence.

19. Is it true that the alleged Lender or financial institution converted the alleged loan agreement and / or the alleged note by using the alleged agreement and / or the alleged note as value to give value to the note, checks or similar financial instruments as proven by the bookkeeping entries, thus proving that the alleged Borrower funded the alleged note and proving that the alleged Lender or financial institution used false statements that the alleged Lender or financial institution used their own money to fund the alleged note / purchase? Please respond Yes or No in writing. If Yes provide written evidence.

20. Is it true that the alleged Lender or financial institution violated the Matching Principle of GAAP in that the alleged Lender or financial institution accepted an asset from the alleged

7

Borrower, the alleged Lender or financial institution did not credit a liability account showing that the alleged Lender or financial institution owed money to the alleged Borrower for the asset received from the alleged Borrower? Please respond Yes or No in writing. If Yes provide written evidence.

21. The alleged Lender or financial institution follows the Federal Reserve Bank's Policies and procedures? Please respond Yes or No in writing. If Yes provide written evidence.

22. The alleged Lender or financial institution accepts all specie of money mandated by the Federal reserve? Please respond Yes or No in writing. If Yes provide written evidence.

23. The alleged Lender or financial institution claims that they loaned money to Michael Lutman. Please respond Yes or No in writing. Clarify your reply as needed to reflect who allegedly borrowed money.

24. The terms and conditions of the alleged agreement disclosed that the alleged Lender or financial institution involved in the alleged loan was to use the alleged Borrowers alleged promissory note like money or credit which resulted in increasing the assets and liabilities of the Lender or financial institution or other banks and financial institutions? Please respond Yes or No in writing. If Yes provide written evidence.

25. The terms of the alleged agreement disclose that the original alleged Lender or financial institution never loaned one cent of money as adequate consideration to purchase the alleged promissory note from the alleged Borrower. Please respond Yes or No in writing. If Yes provide written evidence.

26. The terms and conditions of the alleged agreement disclose that the economics of the alleged loan were that the alleged Borrowers promissory note was exchanged for something of equal value like money or a bank check, electronic funds transfer, or draft or some similar device that was returned to the alleged Borrower as a loan. Please respond Yes or No in writing. If Yes provide written evidence.

27. The terms and conditions of the alleged agreement disclose that the alleged Lender or financial institution was to accept the alleged Borrowers promissory note like banks accept money and use the value of the promissory note to create new money or credit. Please respond Yes or No in writing. If Yes provide written evidence.

28. The terms and conditions of the alleged loan agreement allow the alleged Lender or financial institution to record the promissory note as an asset of the Lender or financial institution resulting in a new liability of a Lender or financial institution? Please respond Yes or No in writing. If Yes provide written evidence.

29. The bookkeeping entries of the alleged promissory note shows that alleged Lender or financial institution recorded the promissory note as an asset of the Lender(s), Bank(s) or financial institution(s) resulting in a new liability of the Lender(s), Bank(s) or financial institutions? Please respond Yes or No in writing. If Yes provide written evidence.

8

30. According the the terms and conditions of the alleged loan, GAAP was to be followed, including the matching principle as outlined in GAAP.? Please respond Yes or No in writing. If Yes provide written evidence.

31. The Lending Bank or financial institution, American Brokers Conduit (and its assignees) agrees that the intent of the agreement requires that the party who provided the money that funded the loan is to be repaid the money plus interest. Please respond Yes or No in writing. If Yes provide written evidence.

32. According to the loan agreement the Lender or financial institution involved in the alleged loan is to use the borrowers promissory note as money, money equivalent, or thing of value to give value to bank checks, or bank drafts, or bank electronic transfers. Please respond Yes or No in writing. If Yes provide written evidence.

33. According to GAAP bookkeeping entries, regarding the alleged loan and promissory note, Lenders' or financial institutions' assets and liabilities increased by approximately the amount of the alleged loan. Please respond Yes or No in writing. If Yes provide written evidence.

34. The alleged borrower is allowed to repay the loan using the same specie of money or credit that the bak used to fund the alleged loan thus ending all liens and interest. Please respond Yes or No in writing. If Yes provide written evidence.

35. The intent of the alleged agreement is that all borrowers must repay all lenders. Please respond Yes or No in writing. If Yes provide written evidence.

36. The intent of the alleged agreement was for the borrower to provide the money equivalent or capital that the lender would use to fund the loan to the borrower. Please respond Yes or No in writing. If Yes provide written evidence.

37. The intent of the alleged loan agreement was for the one who provided the money to fund the loan is to be repaid the money. Please respond Yes or No in writing. If Yes provide written evidence.

38. It was agreed in the alleged loan agreement that the economics of the alleged loan was to be similar to stealing, counterfeiting and swindling. Please respond Yes or No in writing. If Yes provide written evidence.

39. According to the terms and conditions of the alleged loan agreement money is regarded as cash. Federal Reserve Notes and any other money that that banks accept as money, that is recorded as a bank asset. Please respond Yes or No in writing. If Yes provide written evidence.

40. The intent of the alleged loan agreement is for the lender to follow GAAP regarding the promissory note as required by law or CPA audit opinion. Please respond Yes or No in writing. If Yes provide written evidence.

41. The so called lender or his assignees wrote the the alleged loan agreement. Please respond Yes or No in writing. If Yes provide written evidence.

9

42. The current party holding the alleged loan agreement understands the terms of the loan agreement including the the terms of which party who was to provide the money to fund the alleged loan. Please respond Yes or No in writing. If Yes provide written evidence.

Please provide the documents I have requested and a detailed answer to each of my questions within the lawful time designated. Upon receipt of the documents and answers, an exam and audit will be conducted that may lead to a further document request and answers to questions under an additional QWR letter. If you are able to produce this FDCPA mandated Debt Validation Demand, your evidence should include a *bona fide* (F.R.C.P.E. 903) certified Notarial Jurat; true correct authentic front and back copy[s] of the actual Broker Originators original promissory "note" endorsed and Notarized per custom and tradition complete with any or all purported attached allonge[s] Powers of Attorney, assignments, Notices of Appearance, and Representation[s] authorizations for all apparent multiple parties.

Copies of this Qualified Written Request, are being sent to FTC, HUD, Thrift Supervision, all relevant state and federal regulators, and other consumer advocates, and my congressman.

Be also advised this letter should not be construed as a "refusal to pay any lawful amounts claimed owed," but rather, a helpful cautionary advisory notice sent in re: the Fair Debt Collection Practices Act 15 USC 1692g Sec. 809 (b) that your claim is averred, denied, disputed.

It is my hope that you answer this request in accordance with law and the questions, documents and validation of debt to the penny and correct any abuse(s) or scheme(s) uncovered and documented.

**Under FDCPA, you must cease and desist any and all your collection activities until this alleged DEBT VALIDATION is provided to me at the Post location above. See *15 U.S.C. 1692g*. This would include any attempted theft of my home via foreclosure sale.**

**In addition please know that should your offices be willing and able to provide the requested materials above, I will require at least 30 days to critical examine investigate authenticate and validate your documents and testamentary evidentiary information during such time any and all collection activity must CEASE AND DESIST. This would include any attempted theft of my home via foreclosure sale.**

NOTE: Default Provision(s) under this QUALIFIED WRITTEN REQUEST

Brock & Scott PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust.

2001-2, Mortgage Loan Backed Certificates, Series 2001-2 or any agents, transfers, or assigns by omissions of, or agreement by, silence of this request via certified rebuttal of any and all points herein, agrees and consents to any violations of law and/or to immediately terminate/remove any and all right, title and interests (liens) in MICHAEL NORRIS LUTMAN, Michael Norris Lutman, MICHAEL LUTMAN, and / or Michael Lutman or any property or collateral connected to Michael Lutman or the above referenced Reference # 22-09740 FC01 and waives any and all immunities or defenses in claims and or violations agreed to in this request including, but not limited by any and all:

1. Michael Lutman's right, by breach of fiduciary responsibility and fraud and misrepresentation revocation and rescinding of any and all power of attorney or appointment Brock & Scott PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2 may have or may have had in connection with a Reference # 22-09740 FC01 and any property and/or real estate connected with said account.

2. Michael Lutman's right to have any certificated or uncertificated security re-registered in Michael Lutman's name.

3. Michael Lutman's right of collection via Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2's liability insurance and/or bond.

4. Michael Lutman's entitlement in filing and executing any instruments, as power of attorney for and by Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2, including but not limited by a new certificated security or any security agreement perfected by filing a UCC Financing Statement with the Secretary of State in the State where Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2 is located.

5. Michael Lutman's right to damages because of Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2's wrongful registration, breach of intermediary responsibility with regard to Michael Lutman's asset by Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust

11

Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2 issuing to Michael Lutman a certified check for the original value of Michael Lutman's monetary instrument.

6. Michael Lutman's right to have Reference # 22-09740 FC01 completely set off because of Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2's wrongful registration, breach of intermediary responsibility with regard to Michael Lutman's monetary instrument/asset by Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2 sending confirmation of set off of wrongful liability of Michael Lutman and issuing a certified check for the difference between the original value of Michael Lutman's monetary instrument/asset and what Michael Lutman mistakenly sent to Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2 and previous servicers as payment for such wrongful liability.

Brock & Scott, PLLC AND  Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2 or any transfers, agents or assigns offering a rebuttal of this request must do so in the manner of this request in accordance of and in compliance with current statutes and/or laws by signing in the capacity of a fully liable flesh and blood man or woman being responsible and liable under the penalty of perjury while offering direct testimony with the official capacity as an appointed agent for Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2 in accordance with Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2's Articles of Incorporation, By Laws duly signed by a current and duly sworn, under oath director(s) of such corporation/Holding Corporation/National Association.

Any direct rebuttal with certified true and complete accompanying proof must be posted to the address herein within thirty days. If no verified rebuttal of this request is made in a timely manner, a "Certificate of Non-Response" serves as judgment and consent/agreement by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other law.

12

**Power of Attorney: If Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2** fails by not rebutting to any part of this request, Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2 agrees with the granting unto Michael Lutman unlimited **Power of Attorney** and any and all full authorization in signing or endorsing Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2's name upon any instruments in satisfaction of the obligation(s) of this REQUEST/Agreement or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not discharge any obligation(s) of this agreement. Consent and agreement with this Power of Attorney by Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2 waives any and all claims of Michael Lutman, and/or defenses and remains in effect until satisfaction of all obligation(s) by Brock & Scott, PLLC AND Deutsche Bank Trust Company Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Backed Certificates, Series 2001-2 has been satisfied.

I hereby preserve all my private absolute natural rights and those secured under the: FCRA; FDCPA; Rosenthal Act; FTCPA; TILA; RESPA; Reg. Z; DECEPTIVE TRADE PRACTICES ACT; UDAAP; RICO Tort Fraud; FCRA and other federal and State laws; Codes; Statutes; Bank Rules; TREASURY; FDIC; SEC; OCC; CFPB; OCT; QUASI-GOV. FEDERAL RESERVE; CFR Regulations; Policies; Practices; Procedures and or other Rules YTBD.

Moreover, if this QWR and DEMAND FOR DEBT VALIDATION information is not provided in full, or should it conflict with other information secured and maintained by me, I reserve my natural right[s] to file for temporary restraining order[s] (TRO) preliminary injunction[s] and/or file deceptive collection practices

13

suits and/or wrongful foreclosure lawsuit[s]. I would then be seeking the full boat of redress for grievances and other: "federal" remedies permitted under law; including, but NOT limited to **actual statutory violations; damages; attorney fees; costs and/or punitive damages**; remedy sought in a trial by jury of peers.

These and other issues may also be raised in Bankruptcy or other courts under adversary proceeding[s] if necessary.

I, Michael Lutman being competent and lawfully at age of majority do declare and affirm the above statements information and beliefs are true correct and accurate to the best of my knowledge and understanding, and are testified under fear to pains or penalties for perjury as being true and correct.
Sincerely and without prejudice,

By: Michael Norris Lutman, a man Authorized Representative and agent for the executor of the estate of MICHAEL NORRIS LUTMAN

14

Michael-Norris: Lutman
copy-right/copy-claim
c/o 8450 Truman Street
Englewood, Florida [34224]
non-domestic, without-US

**AFFIDAVIT OF SILVER SURETY**

State of Florida
SS:
County of Charlotte

# AFFIDAVIT OF SILVER SURETY

## Introductory/Certification

Michael-Norris: Lutman, copy-right/copy-claim, the Undersigned Affiant, hereinafter "Affiant", does

solemnly affirm, declare, and state as follows:

1. Affiant is competent to state the matters set forth herewith.

2. Affiant has personal knowledge of the facts stated herein.

3. All the facts stated herein are true, correct, complete and not frivolous, in accordance with

   Affiant's best firsthand knowledge and understanding, and if called upon to testify as a witness

   Affiant shall so state.

## Plain Statement of Facts

1. On November 6, 2018 1, Affiant, did count out twenty-one (21) united States of America silver
   dollars in the presence of witnesses, :Patrick: Warren: of Cape Coral, Florida, and :Johnny:
   Stewart of Germantown, Tennessee.
2. All twenty-one (21) united States of America silver dollars in coin were dated pre-1933 issue.
3. Affiant had both witnesses verify the count of twenty-one (21) united States of America silver
   dollars.
4. Affiant had the witnesses verify the dates on each coin, as pre-1933 issued united States of
   America silver dollars.
5. Affiant did take back all twenty-one (21) unite States of America silver dollars into his possession
   to be held indefinitely.
6. Affiant, does hereby make this surety, pledge, bond under My seal, as full faith and credit
   guarantee under Seal in Lawful money of account of the united States of America, to any Lawful
   Bill (including True Bill) duly presented to the undersigned, in the matter of correct public
   judicial actions in the forum of Original Rules, Original Jurisdiction, for the benefit and credit of
   the particular party listed above.
7. Affiant's stated use for the united States of America silver dollars is to be as a silver dollar bond
   establishing by witness of the undersigned, the good credit, in the sum certain amount of at least

twenty-one (21) dollars in silver coinage, .900 fine, minted by the American Treasury, united States of America, pre-1933 issue, Lawful specie dollars of the united States of America, available to bond the actions of the private party listed as Affiant while in the State of Florida and/or United States.

8.  The Affiant now has a bond in tender of twenty-one (21) silver dollars, Coinage Act of A.D. 1792, Bond of Identity and Character as proof positive, competent evidence, that Affiant cannot be bankrupt, the casus debeni, cannot be under the doctrine of cession bonorum, or a forma pauperis, dolus trust.

Michael-Norris: Lutman: Principal
c/o 8450 Truman Street
Englewood, Florida state
non domestic without the US

Patrick: Warren: Witness #1
1009 northeast 10ᵗʰ street
Cape Coral, Florida state
non domestic without the US

Johnny: Stewart: Witness #2
c/o 8452 Drury Lane
Germantown, Tennessee state
non domestic without the US

Dated this ___7___ day of the month of November, 2018

Further Affiant Sayeth naught.

Michael-Norris: Lutman: copy-right/copy-claim.

## NOTARY'S VERIFICATION

Before me, the undersigned, A Notary Public for SHELBY County, State of TENNESSEE,

Personally appeared  Michael-Norris: Lutman:, who proved his identity to my satisfaction, and

acknowledged execution of this instrument this ___7___ day of November, 2018.

Notary

My Commission expires: 09/23/2019



:Michael-Norris: Lutman: Principal
c/o [2828] South McCall Road Unit 32-14
[Englewood], Florida Republic
Zip Code Exempt (DMM 1.22.32) [34224]

**MAGISTRATE COURT OF CHEROKEE COUNTY**
**The Honorable Gregory T. Douds, Chief Associate Magistrate**
**90 North Street, Suite 150**
**Canton, GA 30114**

| | | |
|---|---|---|
| **MICHAEL NORRIS LUTMAN** )  | Case # __23MCE0996__ | |
| Plaintiff ) | | |
| ) | | |
| v. ) | **BOND** | |
| ) | RF709842489US | |
| Brock & Scott, PLLP ) | | |
| Defendant ) | | |
| ) | | |

There appearing no bond of record to initiate the matter regarding Case # 23MCE0996 and any other known associated account(s) relating to MICHAEL NORRIS LUTMAN. I :Michael-Norris: Lutman: accept all charges undertake as follows:

In consideration of the fact that not lawful money of account exists in circulation, and Article I Section 10 of the US Constitution specifies the only lawful money available for settlement of debt, and in consideration of the fact that I have suffered dishonor regarding the Matter of Case # 23MCE0996 and associated account(s). I hereby underwrite this bond with my private exemption #347568685, and with the evidence of holding a reserve of twenty-one (21) united States of America silver dollars in coin dated pre-1933 issue acting as surety collateral in lawful money and as witnessed by the attached affidavit, for settlement regarding any and all obligations of performance/loss/costs sustained by the United States of America or State of Florida and the respectful citizens thereof, regarding said matter. I have further paid the freight of this vessel/document via stamp entitling me and this document right of passage as postmaster per Universal Postal Union requirements.

Unless the court or defendant can certify under oath, what other constitutionally required lawful money can be required to collateralize this account/case or if they hold a superior bond in the matter, let them bring forth the bond and bring their B410 claim form, if that party has any claims or they must dismiss their claim or charges as settled in full.

I require the defendant to certify my right of subrogation with their bond if written using my name or derivatives thereof, for the purpose of settling all accounts related to this matter. I stand in honor having brought forth my superior bond and claims, thus inferior bonds or lack thereof should cause the release of all unverified remaining claims against plaintiff upon receipt.

For deposit to the Majistrate Court
of Cherokee County, Georgia
By. *illegible signature*

As executor of the named vessel: MICHAEL NORRIS LUTMAN, and as postmaster of this document vessel, instruct the fiduciary trustee to be GREGORY T. DOUDS who is tasked to then discharge the account/case # 23MCE0996 and discharge and dismiss any and all defendants with prejudice, and let this Bond stand for securing subsequent, related, or superseding case accounts using the same Bond. If no superior claims are made or Superior Bonds are presented within 72 hours of presentment of this registered instrument, this matter stands as discharged and final.

Void where prohibited by law.

Done at Cherokee County, Georgia State, this 5th day of March, 2023.

By: _____
:Michael-Norris: Lutman
:copy-right/cop

For deposit to the Magistrate Court
of Cherokee County, Georgia
By: *Not - Nai* *[signature]*

**EXHIBIT E**

# USPS Tracking®

FAQs >

## Track Another Package +

Tracking Number: 9114902200789747681320

Remove X

Your item was delivered to the front desk, reception area, or mail room at 10:04 am on August 15, 2022 in WINSTON SALEM, NC 27103.

USPS Tracking Plus® Available ∨

## ☑ Delivered, Front Desk/Reception/Mail Room

August 15, 2022 at 10:04 am
WINSTON SALEM, NC 27103

Get Updates ∨

Text & Email Updates                                ∨

Tracking History                                     ∧

August 15, 2022, 10:04 am
Delivered, Front Desk/Reception/Mail Room
WINSTON SALEM, NC 27103
Your item was delivered to the front desk, reception area, or mail room at 10:04 am on August 15, 2022
in WINSTON SALEM, NC 27103.

August 13, 2022, 9:41 am
No Access to Delivery Location
WINSTON SALEM, NC 27103

August 13, 2022, 5:32 am

Arrived at Post Office
WINSTON SALEM, NC 27103

August 12, 2022
In Transit to Next Facility

August 11, 2022, 5:24 pm
Departed Post Office
ENGLEWOOD, FL 34224

August 11, 2022, 1:54 pm
USPS picked up item
ENGLEWOOD, FL 34224

**USPS Tracking Plus®**                                      ⌄

**Product Information**                                      ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

USPS TRACKING #  9114 9022 0078 9747 8913 20
& CUSTOMER    For Tracking or inquiries go to USPS.com
RECEIPT       or call 1-800-222-1811.



EXHIBIT F

USPS.com® - USPS Tracking® Results                     https://tools.usps.com/go/TrackConfirmAction?qtc_tLa...

# USPS Tracking®

FAQs >

Track Another Package  +

Tracking Number: 70200640000138109236

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:12 am on August 25, 2022 in WINSTON SALEM, NC 27103.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, Front Desk/Reception/Mail Room

August 25, 2022 at 10:12 am
WINSTON SALEM, NC 27103

Get Updates ⌄

Text & Email Updates                                              ⌄

Tracking History                                                  ⌃

August 25, 2022, 10:12 am
Delivered, Front Desk/Reception/Mail Room
WINSTON SALEM, NC 27103
Your item was delivered to the front desk, reception area, or mail room at 10:12 am on August 25, 2022
in WINSTON SALEM, NC 27103.

August 25, 2022, 8:59 am
Out for Delivery
WINSTON SALEM, NC 27103

August 25, 2022, 8:48 am

Arrived at Post Office
WINSTON SALEM, NC 27103

August 24, 2022, 12:20 am
Departed USPS Regional Origin Facility
YBOR CITY FL DISTRIBUTION CENTER

August 24, 2022, 12:09 am
Arrived at USPS Regional Origin Facility
YBOR CITY FL DISTRIBUTION CENTER

August 23, 2022, 5:34 pm
Departed Post Office
ENGLEWOOD, FL 34224

August 23, 2022, 2:13 pm
USPS picked up item
ENGLEWOOD, FL 34224

**USPS Tracking Plus®**                                    ∨

**Product Information**                                    ∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**





EXHIBIT G

USPS.com® - USPS Tracking® Results                    https://tools.usps.com/go/TrackConfirmAction?tRe...

# USPS Tracking®

FAQs >

Remove X

Tracking Number:

## 9114902200789824282945

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 12:02 pm on September 19, 2022 in WINSTON SALEM, NC 27103.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, In/At Mailbox**
WINSTON SALEM, NC 27103
September 19, 2022, 12:02 pm

See All Tracking History

---

Text & Email Updates                                            ∨

---

USPS Tracking Plus®                                             ∨

---

Product Information                                             ∨

---

See Less ∧

11/21/22, 10:36



EXHIBIT H

# USPS Tracking®

FAQs >

**Tracking Number:**

## 70212720000316568525

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove X

## Latest Update

Your item was delivered to an individual at the address at 11:15 am on November 25, 2022 in WINSTON SALEM, NC 27103.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
WINSTON SALEM, NC 27103
November 25, 2022, 11:15 am

**Arrived at Post Office**
WINSTON SALEM, NC 27103
November 25, 2022, 7:33 am

**Arrived at USPS Facility**
WINSTON SALEM, NC 27103
November 24, 2022, 6:53 am

**Departed USPS Regional Facility**
GREENSBORO NC DISTRIBUTION CENTER
November 24, 2022, 3:50 am

**Arrived at USPS Regional Facility**
GREENSBORO NC DISTRIBUTION CENTER
November 23, 2022, 6:45 pm

**In Transit to Next Facility**
November 23, 2022, 4:53 pm

**Departed USPS Regional Facility**
RALEIGH NC DISTRIBUTION CENTER
November 23, 2022, 4:04 pm

**Arrived at USPS Regional Facility**
RALEIGH NC DISTRIBUTION CENTER
November 23, 2022, 3:53 pm

**In Transit to Next Facility**
November 23, 2022, 1:23 pm

**In Transit to Next Facility**
November 23, 2022, 8:46 am

**Departed USPS Regional Facility**
YBOR CITY FL DISTRIBUTION CENTER
November 23, 2022, 4:58 am

**Arrived at USPS Regional Origin Facility**
YBOR CITY FL DISTRIBUTION CENTER
November 23, 2022, 12:47 am

**Departed Post Office**
ENGLEWOOD, FL 34224
November 22, 2022, 5:27 pm

**USPS picked up item**
ENGLEWOOD, FL 34224
November 22, 2022, 3:01 pm

**Hide Tracking History**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.



FAQs

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Vlk_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Vivian Vinson  11/23/22 |
| 1. Article Addressed to:<br>Brock & Scott PLLP<br>3825 Forrestgate Drive<br>Winston Salem<br>North Carolina 27603 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6718 1060 5024 99 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br> and Mail Restricted Delivery<br> (r $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 2720 0003 1656 8525 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |



7021 2720 0003 1656 8525

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $  _10.64_

Postmark Here

NOV 22 2022

Postage

Total Postage and Fees

Sent To  Brock + Scott PLLP
Street and Apt. No., or PO Box No.  3825 Forrestgate Ave
City, State, ZIP+4®  Winston-Salem N.Carolina 27103

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions





MAGISTRATE **Court of** CHEROKEE **County**
**State of Georgia**

MICHAEL LUTMAN
Plaintiff,

                                 Case Number:   23MCE0996

vs.

BROCK & SCOTT
Defendant.

**Order Appointing Special Process Server**

Upon Motion of the Plaintiff for appointment of Special Process Server, submission of

the Affidavit of Process Server, and it appearing appropriate, just and equitable,

It is Considered, Ordered and Adjudged that   ROCHELLE EARTHRISE   is hereby

appointed special agent for the service of process in this case.

So Ordered this ___7th___ day of __March_____, 20_23_.

_____
Judge,

Magistrate   Court of   Cherokee   County, Georgia

CC:

FILED IN OFFICE
CLERK-MAGISTRATE COURT
CHEROKEE COUNTY GA
2023 MAR -7 PM 4:30
PATTY BAKER CLERK

Page 1 of 1