# EXHIBIT B



**CT Corporation**
**Service of Process Notification**
03/23/2023
CT Log Number 543474310

## Service of Process Transmittal Summary

**TO:** Karin Brock
Brock & Scott, Pllc
1315 WESTBROOK PLAZA DR
WINSTON SALEM, NC 27103-1357

**RE:** Process Served in Georgia

**FOR:** BROCK & SCOTT, PLLC (Domestic State: NC)

### ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | MICHAEL LUTMAN vs. BROCK & SCOTT, PLLC |
| **CASE #:** | 23MCE0996 |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 03/23/2023 at 13:20 |
| **JURISDICTION SERVED:** | Georgia |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air |
| | Image SOP |
| | Email Notification, Karin Brock  karin.brock@brockandscott.com |
| | Email Notification, Christina Crivello  christina.crivello@brockandscott.com |
| | Email Notification, Amy Smith  amyp.smith@brockandscott.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
289 S. Culver St.
Lawrenceville, GA 30046
888-263-1128
LawFirmTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Mar 23, 2023
**Server Name:** Drop Service

| Entity Served | BROCK & SCOTT, PLLC (LLC) |
|---|---|
| Case Number | 23MCE0996 |
| Jurisdiction | GA |

| Inserts | |
|---|---|
| | |

