# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>**410-2022-09623** |
|---|---|---|
| | | and EEOC |
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)*<br><br>Mr. Jesse Calixte | Home Phone<br><br>(470) 338-7154 | Year of Birth |
|---|---|---|
| Street Address<br><br>2050 cheshire bridge rd ne<br><br>ATLANTA, GA 30324 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name<br><br>LeaseQuery | No. Employees, Members<br><br>201 - 500 Employees | Phone No. |
|---|---|---|
| Street Address<br><br>3 RAVINIA DR STE P7<br><br>DUNWOODY, GA 30346 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON<br><br>National Origin, Race, Retaliation | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest                        Latest<br>06/01/2022                  09/28/2022 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.I was hired by the above-named employer on October 11, 2021, and last held the Lead Accounting Manager position. I was subjected to disparate treatment since the start of my employment. The situation worsened once Edriana Alacon became my new manager in or around June 2022. I submitted a complaint letter to the Executive Team and Christy Dibble, Human Resources, on September 16, 2022. On September 19, 2022, Ms. Dibble called me on my personal phone and threatened to fire me for sending the letter to her boss. I believe Ms. Dibble and Ms. Alacon worked together to place me on an incorrect (PIP) (Performance Improvement Plan). In or around August 2022, my PTO (Paid Time off) was approved to then later be disapproved by Ms. Alacon for no clear reason. I am aware of other employees outside of my protected class that were treated better than me. For example, I had higher expectations placed on me to work with clients than my similarly situated coworkers and others were given greater flexibly. I believe that I was underpaid compared to these same employees as well. The PIP was supposed to be completed in 60 days. I was terminated within the same month, on or around September 28, 2022. I believe that I have been unbale to secure another position due to the negative references given by this employer.II.The reason given for my termination was that I was no longer fit for this position. III.I believe that I have been

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. Jesse Calixte**<br><br>**01/27/2023**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>(*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **410-2022-09623** |

and EEOC

_State or local Agency, if any_

discriminated against based on my race (Black) and national origin (Haitian) as well as subjected to retaliation for opposing unlawful employment practices in violation of Title VII of the Civil Rights Act of 1964, as amended and the Equal Pay Act of 1963, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Mr. Jesse Calixte**  **01/27/2023**  _Charging Party Signature_ | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (_month, day, year_) |