# EXHIBIT B

EEOC Form 161-B (01/2022)　　　　　U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Mr. Jesse Calixte**<br>**2050 Cheshire Bridge Rd NE,**<br>**Atlanta, GA 30324** | From: **Atlanta District Office**<br>**100 Alabama Street, SW, Suite 4R30**<br>**Atlanta, GA 30303** |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **410-2022-09623** | **EMMANUEL VEGA ARREOLA,**<br>**Federal Investigator** | **(470) 531-4871** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

　　Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

　　The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA):* You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally signed by I. Daniel-Edward Anance'
Date: 2023.03.02 12:21:29 -05'00'

*I. Daniel-Edward Anance'　　　　　　　　For*
**Darrell Graham**
**District Director**

Enclosures(s)

cc:　**Jennifer B Miller**
　　**Littler Mendelson, P.C.**
　　**3424 Peachtree Rd NE, Suite 1200**
　　**Atlanta, GA 30326**
　　**(404) 443-3507**
　　**jbmiller@littler.com**

　　**Ianna Richardson**
　　**Barrett & Farahany**
　　**P.O. Box 530092**
　　**Atlanta, GA 30353**
　　**(470) 704-8502**
　　**teamior@justiceatwork.com**