**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JUANITA DUNN,<br><br>     Plaintiff,<br><br>v.<br><br>THE KROGER CO. AND XYZ CORPORATIONS 1-3,<br><br>     Defendants. | **Civil Action File No.**<br><br>_____<br><br>***Removed from:***<br>State Court of Cobb County<br>Civil Action No. 23-A-1028 |

## <u>NOTICE OF REMOVAL BY DEFENDANT THE KROGER CO.</u>

COMES NOW The Kroger Co., by and through undersigned counsel of record shows this Honorable Court the following:

1.

This civil action was filed in the State Court of Cobb County, Georgia, said county being part of the Northern District of Georgia. (N.D.G.A. Local Rule 3.1(A), LR App. A, I). This, the Atlanta Division of this Court, is the proper Division for this removal as further set forth below.

2.

The action is a civil action for personal bodily injuries and medical expenses and the United States District Court for the Northern District of Georgia has

jurisdiction because the amount in controversy exceeds $75,000 and because there is complete diversity of citizenship between Plaintiff and Defendant.

3.

The matter in dispute exceeds $75,000.00, the statutory amount in controversy, exclusive of interest and costs, as evidenced by the Plaintiff's pre-suit demand letter attached as Exhibit A.

4.

(a)    At the time of the commencement of this action in state court, and since that time, Plaintiff Juanita Dunn was, and is now, a citizen of Georgia.

(b)    Defendant, The Kroger Co., at the time the action was commenced and at the present time, was and still is a corporation, incorporated and existing under and by virtue of the laws of Ohio having its principal place of business in Ohio, and is a citizen of Ohio.

5.

A copy of process and pleadings served and filed in the State Court of Cobb County, upon Defendant The Kroger Co. is filed with this *Notice of Removal* as Exhibit B hereto.

6.

Pursuant to 28 U.S.C. § 1441, this case is removable from state court to this federal court.

7.

Venue at this time is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. §§ 1441, 1391, and 90(a)(4); *see also* N.D.G.A. Local Rules LR 3.1(B)(1)(a) and LR App. A, I.

8.

As required by 28 U.S.C. § 1446(d), Defendant shall give written notice hereof to all adverse parties and shall file a copy of this *Notice of Removal* with the Clerk of the State Court of Cobb County, Georgia.

9.

The instant *Notice of Removal* is timely filed pursuant to and in accordance with 28 U.S.C. § 1446(b)(1).

10.

Furthermore, the instant *Notice of Removal* is timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(c)(1), within one year of the commencement of the above-styled civil action.

WHEREFORE, Defendant requests that this action proceed in this Court as an action properly removed to it.

Respectfully submitted this  21st   day of  April , 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-1054
Facsimile:  (404) 870-7374
Email:       mmoffett@grsmb.com
                 cjarman@grsmb.com

_**/s/ Camille N. Jarman**_
Matthew G. Moffett
Georgia Bar No. 515323
Camille N. Jarman
Georgia Bar No. 600736
_Attorneys for The Kroger Co._

## CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1

This is to certify that on this date, the undersigned filed the foregoing with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

Anita M. Lamar, Esq.
Stephen A. Shea, Esq.
LAMAR LAW OFFICE, LLC
P.O. Box 2558
Tucker, GA 30085
alamar@atlantalegalcare.com
sshea@atlantalegalcare.com

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this  21st  day of  April , 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**          */s/ Camille N. Jarman*
950 East Paces Ferry Road, N.E.       Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta  Georgia Bar No. 515323
Atlanta, Georgia 30326                Camille N. Jarman
Telephone:  (404) 870-1054           Georgia Bar No. 600736
Facsimile:  (404) 870-7374           *Attorneys for The Kroger Co.*
Email:      mmoffett@grsmb.com
            cjarman@grsmb.com