# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUANITA DUNN,<br><br>  Plaintiff,<br><br>v.<br><br>THE KROGER CO. AND XYZ CORPORATIONS 1-3,<br><br>  Defendants. | **Civil Action File No.**<br><br>_____<br><br>*Removed from:*<br>State Court of Cobb County<br>Civil Action No. 23-A-1028 |

## DEFENDANT THE KROGER CO.'S
## DEMAND FOR TWELVE PERSON JURY

COMES NOW The Kroger Co., named in Plaintiff's Complaint for Damages, by and through undersigned counsel, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and hereby demands that this case be tried by a jury of twelve persons.

Respectfully submitted this 21st day of April, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,**<br>**MOFFETT & BRIESKE, L.L.P.**<br>950 East Paces Ferry Road, N.E.<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>Telephone:  (404) 870-1054<br>Facsimile:   (404) 870-7374<br>Email:         mmoffett@grsmb.com<br>                     cjarman@grsmb.com | */s/ Camille N. Jarman*<br>Matthew G. Moffett<br>Georgia Bar No. 515323<br>Camille N. Jarman<br>Georgia Bar No. 600736<br>*Attorneys for The Kroger Co.* |

## **CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1**

This is to certify that on this date, the undersigned filed the foregoing with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

Anita M. Lamar, Esq.
Stephen A. Shea, Esq.
LAMAR LAW OFFICE, LLC
P.O. Box 2558
Tucker, GA 30085
alamar@atlantalegalcare.com
sshea@atlantalegalcare.com

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this 21st day of April, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**            */s/ Camille N. Jarman*
950 East Paces Ferry Road, N.E.          Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta    Georgia Bar No. 515323
Atlanta, Georgia 30326                   Camille N. Jarman
Telephone:  (404) 870-1054               Georgia Bar No. 600736
Facsimile:  (404) 870-7374               *Attorneys for The Kroger Co.*
Email:      mmoffett@grsmb.com
            cjarman@grsmb.com