# EXHIBIT 1

## REQUEST TO BECOME PARTY PLAINTIFF AND PROPOSED RETAINER AGREEMENT

### Cobb County, Georgia Battalion Chiefs' Fair Labor Standards Act

I am or was employed by Cobb County, Georgia ("County") for some or all of the period since April 1, 2020, as a Battalion Chief.

I request to be a plaintiff in a lawsuit against the County. My claims against the County include its failure to pay me overtime pay and otherwise comply with the statutory provisions of the Fair Labor Standards Act ("FLSA"). In addition to back pay for the County's failure to properly pay overtime, plaintiffs will seek an equal amount of damages as liquidated damages and the recovery of attorneys' fees and costs. I recognize that this case concerns the County's failure to properly pay me overtime compensation while I was or have been employed as a Battalion Chief in the Local 2536 bargaining unit and that this case does not involve claims for overtime or other wage-related claims when working in other positions or for other employers. I understand that the out-of-pocket costs (travel costs, transcripts, copying, etc.) of this litigation are being advanced, whereas I am paying legal fees pursuant to a contingent fee.

In accordance with the confidential Retainer Agreement included with this document, I am requesting to retain the law firm of Mooney, Green, Saindon, Murphy & Welch, P.C. ("Mooney, Green"), with offices at 1920 L Street, N.W., Suite 400, Washington, D.C. 20036, and if said Firm agrees to the retainer, I authorize it to represent me concerning my claims, including declaratory relief, back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Mooney, Green may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA violations, including overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C. ("MOONEY, GREEN") DOES <u>NOT</u> MEAN THAT MOONEY, GREEN HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT MOONEY, GREEN IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF MOONEY, GREEN SIGNS THE CONFIDENTIAL RETAINER AGREEMENT.**

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Cobb County, GA – Battalion Chiefs)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME:** Bentley (Last), Steven (First), William (Middle)

**HOME ADDRESS:** 28 Old/old Alabama Rd
Emerson, GA. 30137

**PHONE (cell):** 678-232-3483   **EMAIL:** bentlsw@gmail.com

**PLAINTIFF SIGNATURE:** Steven W Bentley

## REQUEST TO BECOME PARTY PLAINTIFF AND
## PROPOSED RETAINER AGREEMENT

### Cobb County, Georgia Battalion Chiefs' Fair Labor Standards Act

I am or was employed by Cobb County, Georgia ("County") for some or all of the period since April 1, 2020, as a Battalion Chief.

I request to be a plaintiff in a lawsuit against the County. My claims against the County include its failure to pay me overtime pay and otherwise comply with the statutory provisions of the Fair Labor Standards Act ("FLSA"). In addition to back pay for the County's failure to properly pay overtime, plaintiffs will seek an equal amount of damages as liquidated damages and the recovery of attorneys' fees and costs. I recognize that this case concerns the County's failure to properly pay me overtime compensation while I was or have been employed as a Battalion Chief in the Local 2536 bargaining unit and that this case does not involve claims for overtime or other wage-related claims when working in other positions or for other employers. I understand that the out-of-pocket costs (travel costs, transcripts, copying, etc.) of this litigation are being advanced, whereas I am paying legal fees pursuant to a contingent fee.

In accordance with the confidential Retainer Agreement included with this document, I am requesting to retain the law firm of Mooney, Green, Saindon, Murphy & Welch, P.C. ("Mooney, Green"), with offices at 1920 L Street, N.W., Suite 400, Washington, D.C. 20036, and if said Firm agrees to the retainer, I authorize it to represent me concerning my claims, including declaratory relief, back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Mooney, Green may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA violations, including overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C. ("MOONEY, GREEN") DOES **NOT** MEAN THAT MOONEY, GREEN HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT MOONEY, GREEN IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF MOONEY, GREEN SIGNS THE CONFIDENTIAL RETAINER AGREEMENT.

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Cobb County, GA – Battalion Chiefs)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME:** Chastain, Gary, W
Last, First, Middle

**HOME ADDRESS:** 6355 Autumn View Pt.
Acworth, Ga. 30101
City, State, Zip Code

**PHONE (cell):** 770-361-7543   **EMAIL:** garywchastain@gmail.com

**PLAINTIFF SIGNATURE:** /s/ Gary Chastain

Scanned with CamScanner

# REQUEST TO BECOME PARTY PLAINTIFF AND
# PROPOSED RETAINER AGREEMENT

## Cobb County, Georgia Battalion Chiefs' Fair Labor Standards Act

I am or was employed by Cobb County, Georgia ("County") for some or all of the period since April 1, 2020, as a Battalion Chief.

I request to be a plaintiff in a lawsuit against the County. My claims against the County include its failure to pay me overtime pay and otherwise comply with the statutory provisions of the Fair Labor Standards Act ("FLSA"). In addition to back pay for the County's failure to properly pay overtime, plaintiffs will seek an equal amount of damages as liquidated damages and the recovery of attorneys' fees and costs. I recognize that this case concerns the County's failure to properly pay me overtime compensation while I was or have been employed as a Battalion Chief in the Local 2536 bargaining unit and that this case does not involve claims for overtime or other wage-related claims when working in other positions or for other employers. I understand that the out-of-pocket costs (travel costs, transcripts, copying, etc.) of this litigation are being advanced, whereas I am paying legal fees pursuant to a contingent fee.

In accordance with the confidential Retainer Agreement included with this document, I am requesting to retain the law firm of Mooney, Green, Saindon, Murphy & Welch, P.C. ("Mooney, Green"), with offices at 1920 L Street, N.W., Suite 400, Washington, D.C. 20036, and if said Firm agrees to the retainer, I authorize it to represent me concerning my claims, including declaratory relief, back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Mooney, Green may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA violations, including overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C. ("MOONEY, GREEN") DOES NOT MEAN THAT MOONEY, GREEN HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT MOONEY, GREEN IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF MOONEY, GREEN SIGNS THE CONFIDENTIAL RETAINER AGREEMENT.**

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Cobb County, GA – Battalion Chiefs)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** CONNIFF, JOHN, JR.
Last / First / Middle

**HOME ADDRESS** 3011 LAWSON DRIVE
Address

MARIETTA   GA   30064
City / State / Zip Code

**PHONE (cell)** 404-427-6342   **EMAIL:** JCONNIFF@BELLSOUTH.NET

**PLAINTIFF SIGNATURE** /s/ J. Conniff

## REQUEST TO BECOME PARTY PLAINTIFF AND
## PROPOSED RETAINER AGREEMENT

### Cobb County, Georgia Battalion Chiefs' Fair Labor Standards Act

I am or was employed by Cobb County, Georgia ("County") for some or all of the period since April 1, 2020, as a Battalion Chief.

I request to be a plaintiff in a lawsuit against the County. My claims against the County include its failure to pay me overtime pay and otherwise comply with the statutory provisions of the Fair Labor Standards Act ("FLSA"). In addition to back pay for the County's failure to properly pay overtime, plaintiffs will seek an equal amount of damages as liquidated damages and the recovery of attorneys' fees and costs. I recognize that this case concerns the County's failure to properly pay me overtime compensation while I was or have been employed as a Battalion Chief in the Local 2536 bargaining unit and that this case does not involve claims for overtime or other wage-related claims when working in other positions or for other employers. I understand that the out-of-pocket costs (travel costs, transcripts, copying, etc.) of this litigation are being advanced, whereas I am paying legal fees pursuant to a contingent fee.

In accordance with the confidential Retainer Agreement included with this document, I am requesting to retain the law firm of Mooney, Green, Saindon, Murphy & Welch, P.C. ("Mooney, Green"), with offices at 1920 L Street, N.W., Suite 400, Washington, D.C. 20036, and if said Firm agrees to the retainer, I authorize it to represent me concerning my claims, including declaratory relief, back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Mooney, Green may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA violations, including overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C. ("MOONEY, GREEN") DOES NOT MEAN THAT MOONEY, GREEN HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT MOONEY, GREEN IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF MOONEY, GREEN SIGNS THE CONFIDENTIAL RETAINER AGREEMENT.**

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Cobb County, GA – Battalion Chiefs)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME:** DeMoss (Last)   Jeffery (First)   Alan (Middle)

**HOME ADDRESS:** 904 John Perry Rd
Dawsonville, GA 30534

**PHONE (cell):** 770-530-1395   **EMAIL:** bdzded2@gmail.com

**PLAINTIFF SIGNATURE:** /s/ J A DeMoss

# REQUEST TO BECOME PARTY PLAINTIFF AND
## PROPOSED RETAINER AGREEMENT

## Cobb County, Georgia Battalion Chiefs' Fair Labor Standards Act

I am or was employed by Cobb County, Georgia ("County") for some or all of the period since April 1, 2020, as a Battalion Chief.

I request to be a plaintiff in a lawsuit against the County. My claims against the County include its failure to pay me overtime pay and otherwise comply with the statutory provisions of the Fair Labor Standards Act ("FLSA"). In addition to back pay for the County's failure to properly pay overtime, plaintiffs will seek an equal amount of damages as liquidated damages and the recovery of attorneys' fees and costs. I recognize that this case concerns the County's failure to properly pay me overtime compensation while I was or have been employed as a Battalion Chief in the Local 2536 bargaining unit and that this case does not involve claims for overtime or other wage-related claims when working in other positions or for other employers. I understand that the out-of-pocket costs (travel costs, transcripts, copying, etc.) of this litigation are being advanced, whereas I am paying legal fees pursuant to a contingent fee.

In accordance with the confidential Retainer Agreement included with this document, I am requesting to retain the law firm of Mooney, Green, Saindon, Murphy & Welch, P.C. ("Mooney, Green"), with offices at 1920 L Street, N.W., Suite 400, Washington, D.C. 20036, and if said Firm agrees to the retainer, I authorize it to represent me concerning my claims, including declaratory relief, back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Mooney, Green may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA violations, including overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C. ("MOONEY, GREEN") DOES NOT MEAN THAT MOONEY, GREEN HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT MOONEY, GREEN IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF MOONEY, GREEN SIGNS THE CONFIDENTIAL RETAINER AGREEMENT.**

---

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Cobb County, GA – Battalion Chiefs)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Last: Lester   First: Steven   Middle: Joseph

**HOME ADDRESS**  Address: 218 Brick Mill Drive

City: Canton   State: GA   Zip Code: 30115

**PHONE (cell)**: (678) 758-2342   **EMAIL**: slester-5588@gmail.com

**PLAINTIFF SIGNATURE** /s/

# REQUEST TO BECOME PARTY PLAINTIFF AND PROPOSED RETAINER AGREEMENT

## Cobb County, Georgia Battalion Chiefs' Fair Labor Standards Act

I am or was employed by Cobb County, Georgia ("County") for some or all of the period since April 1, 2020, as a Battalion Chief.

I request to be a plaintiff in a lawsuit against the County. My claims against the County include its failure to pay me overtime pay and otherwise comply with the statutory provisions of the Fair Labor Standards Act ("FLSA"). In addition to back pay for the County's failure to properly pay overtime, plaintiffs will seek an equal amount of damages as liquidated damages and the recovery of attorneys' fees and costs. I recognize that this case concerns the County's failure to properly pay me overtime compensation while I was or have been employed as a Battalion Chief in the Local 2536 bargaining unit and that this case does not involve claims for overtime or other wage-related claims when working in other positions or for other employers. I understand that the out-of-pocket costs (travel costs, transcripts, copying, etc.) of this litigation are being advanced, whereas I am paying legal fees pursuant to a contingent fee.

In accordance with the confidential Retainer Agreement included with this document, I am requesting to retain the law firm of Mooney, Green, Saindon, Murphy & Welch, P.C. ("Mooney, Green"), with offices at 1920 L Street, N.W., Suite 400, Washington, D.C. 20036, and if said Firm agrees to the retainer, I authorize it to represent me concerning my claims, including declaratory relief, back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Mooney, Green may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA violations, including overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C. ("MOONEY, GREEN") DOES NOT MEAN THAT MOONEY, GREEN HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT MOONEY, GREEN IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF MOONEY, GREEN SIGNS THE CONFIDENTIAL RETAINER AGREEMENT.**

---

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Cobb County, GA – Battalion Chiefs)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME:** Lewis (Last) Kevin (First) R. (Middle)

**HOME ADDRESS:** 3801 HeartLeaf Dr. NW (Address)
Acworth (City) GA (State) 30101 (Zip Code)

**PHONE (cell):** (770) 265-6769   **EMAIL:** KRLewis19@yahoo.com

**PLAINTIFF SIGNATURE:** /s/ Kevin R. Lewis

## REQUEST TO BECOME PARTY PLAINTIFF AND
## PROPOSED RETAINER AGREEMENT

### Cobb County, Georgia Battalion Chiefs' Fair Labor Standards Act

I am or was employed by Cobb County, Georgia ("County") for some or all of the period since April 1, 2020, as a Battalion Chief.

I request to be a plaintiff in a lawsuit against the County. My claims against the County include its failure to pay me overtime pay and otherwise comply with the statutory provisions of the Fair Labor Standards Act ("FLSA"). In addition to back pay for the County's failure to properly pay overtime, plaintiffs will seek an equal amount of damages as liquidated damages and the recovery of attorneys' fees and costs. I recognize that this case concerns the County's failure to properly pay me overtime compensation while I was or have been employed as a Battalion Chief in the Local 2536 bargaining unit and that this case does not involve claims for overtime or other wage-related claims when working in other positions or for other employers. I understand that the out-of-pocket costs (travel costs, transcripts, copying, etc.) of this litigation are being advanced, whereas I am paying legal fees pursuant to a contingent fee.

In accordance with the confidential Retainer Agreement included with this document, I am requesting to retain the law firm of Mooney, Green, Saindon, Murphy & Welch, P.C. ("Mooney, Green"), with offices at 1920 L Street, N.W., Suite 400, Washington, D.C. 20036, and if said Firm agrees to the retainer, I authorize it to represent me concerning my claims, including declaratory relief, back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Mooney, Green may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA violations, including overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C. ("MOONEY, GREEN") DOES NOT MEAN THAT MOONEY, GREEN HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT MOONEY, GREEN IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF MOONEY, GREEN SIGNS THE CONFIDENTIAL RETAINER AGREEMENT.**

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Cobb County, GA – Battalion Chiefs)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME:** Martin (Last), Ian (First), Pierre (Middle)

**HOME ADDRESS:** 39 Bluegrass Blvd SE
Rome, GA 30161

**PHONE (cell):** 706-506-1407   **EMAIL:** icmartin0698@gmail.com

**PLAINTIFF SIGNATURE:** /s/

## REQUEST TO BECOME PARTY PLAINTIFF AND
## PROPOSED RETAINER AGREEMENT

### Cobb County, Georgia Battalion Chiefs' Fair Labor Standards Act

I am or was employed by Cobb County, Georgia ("County") for some or all of the period since April 1, 2020, as a Battalion Chief.

I request to be a plaintiff in a lawsuit against the County. My claims against the County include its failure to pay me overtime pay and otherwise comply with the statutory provisions of the Fair Labor Standards Act ("FLSA"). In addition to back pay for the County's failure to properly pay overtime, plaintiffs will seek an equal amount of damages as liquidated damages and the recovery of attorneys' fees and costs. I recognize that this case concerns the County's failure to properly pay me overtime compensation while I was or have been employed as a Battalion Chief in the Local 2536 bargaining unit and that this case does not involve claims for overtime or other wage-related claims when working in other positions or for other employers. I understand that the out-of-pocket costs (travel costs, transcripts, copying, etc.) of this litigation are being advanced, whereas I am paying legal fees pursuant to a contingent fee.

In accordance with the confidential Retainer Agreement included with this document, I am requesting to retain the law firm of Mooney, Green, Saindon, Murphy & Welch, P.C. ("Mooney, Green"), with offices at 1920 I Street, N.W., Suite 400, Washington, D.C. 20036, and if said Firm agrees to the retainer, I authorize it to represent me concerning my claims, including declaratory relief, back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Mooney, Green may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA violations, including overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in the lawsuit.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C. ("MOONEY, GREEN") DOES <u>NOT</u> MEAN THAT MOONEY, GREEN HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT MOONEY, GREEN IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF MOONEY, GREEN SIGNS THE CONFIDENTIAL RETAINER AGREEMENT.**

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Cobb County, GA – Battalion Chiefs)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME:** SCHNEIDER (Last)   KEITH (First)   A. (Middle)

**HOME ADDRESS:** 403 TRUMPET COURT (Address)
CANTON (City)   GA. (State)   30144 (Zip Code)

**PHONE (cell):** 404-374-6683   **EMAIL:** KEITHANDANGELA@BELLSOUTH.NET

**PLAINTIFF SIGNATURE:** Keith A. Schneider

Scanned with CamScanner

## REQUEST TO BECOME PARTY PLAINTIFF AND
## PROPOSED RETAINER AGREEMENT

### Cobb County, Georgia Battalion Chiefs' Fair Labor Standards Act

I am or was employed by Cobb County, Georgia ("County") for some or all of the period since April 1, 2020, as a Battalion Chief.

I request to be a plaintiff in a lawsuit against the County. My claims against the County include its failure to pay me overtime pay and otherwise comply with the statutory provisions of the Fair Labor Standards Act ("FLSA"). In addition to back pay for the County's failure to properly pay overtime, plaintiffs will seek an equal amount of damages as liquidated damages and the recovery of attorneys' fees and costs. I recognize that this case concerns the County's failure to properly pay me overtime compensation while I was or have been employed as a Battalion Chief in the Local 2536 bargaining unit and that this case does not involve claims for overtime or other wage-related claims when working in other positions or for other employers. I understand that the out-of-pocket costs (travel costs, transcripts, copying, etc.) of this litigation are being advanced, whereas I am paying legal fees pursuant to a contingent fee.

In accordance with the confidential Retainer Agreement included with this document, I am requesting to retain the law firm of Mooney, Green, Saindon, Murphy & Welch, P.C. ("Mooney, Green"), with offices at 1920 L Street, N.W., Suite 400, Washington, D.C. 20036, and if said Firm agrees to the retainer, I authorize it to represent me concerning my claims, including declaratory relief, back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Mooney, Green may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA violations, including overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C. ("MOONEY, GREEN") DOES <u>NOT</u> MEAN THAT MOONEY, GREEN HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT MOONEY, GREEN IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF MOONEY, GREEN SIGNS THE CONFIDENTIAL RETAINER AGREEMENT.**

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Cobb County, GA – Battalion Chiefs)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME:** Smith (Last), Kyle (First), Jay (Middle)

**HOME ADDRESS:** 575 Ripplewater Drive
Marietta, GA 30064

**PHONE (cell):** 678-557-1397   **EMAIL:** kyle.schmitty@gmail.com

**PLAINTIFF SIGNATURE:** /s/ Kyle J. Smith

## REQUEST TO BECOME PARTY PLAINTIFF AND
## PROPOSED RETAINER AGREEMENT

### Cobb County, Georgia Battalion Chiefs' Fair Labor Standards Act

I am or was employed by Cobb County, Georgia ("County") for some or all of the period since April 1, 2020, as a Battalion Chief.

I request to be a plaintiff in a lawsuit against the County. My claims against the County include its failure to pay me overtime pay and otherwise comply with the statutory provisions of the Fair Labor Standards Act ("FLSA"). In addition to back pay for the County's failure to properly pay overtime, plaintiffs will seek an equal amount of damages as liquidated damages and the recovery of attorneys' fees and costs. I recognize that this case concerns the County's failure to properly pay me overtime compensation while I was or have been employed as a Battalion Chief in the Local 2536 bargaining unit and that this case does not involve claims for overtime or other wage-related claims when working in other positions or for other employers. I understand that the out-of-pocket costs (travel costs, transcripts, copying, etc.) of this litigation are being advanced, whereas I am paying legal fees pursuant to a contingent fee.

In accordance with the confidential Retainer Agreement included with this document, I am requesting to retain the law firm of Mooney, Green, Saindon, Murphy & Welch, P.C. ("Mooney, Green"), with offices at 1920 L Street, N.W., Suite 400, Washington, D.C. 20036, and if said Firm agrees to the retainer, I authorize it to represent me concerning my claims, including declaratory relief, back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Mooney, Green may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA violations, including overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C. ("MOONEY, GREEN") DOES NOT MEAN THAT MOONEY, GREEN HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT MOONEY, GREEN IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF MOONEY, GREEN SIGNS THE CONFIDENTIAL RETAINER AGREEMENT.**

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Cobb County, GA – Battalion Chiefs)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Last: TOWNSEND  First: EDWARD  Middle: N

**HOME ADDRESS**  Address: 2240 BOULEVARD GRANADA

City: ATLANTA  State: GA  Zip Code: 30311

**PHONE (cell)** 678-362-3229  **EMAIL:** EDWTOW@GMAIL.COM

**PLAINTIFF SIGNATURE** [signed]