# EXHIBIT C

# SWORN STATEMENT
# IN PROOF OF LOSS

| | |
|---|---|
| CIP420082 | 2200592 |
| Policy Number | Claim Number |
| 1,930,000 | Burns and Wilcox, LTD. |
| Limit of Insurance | Name of Agent/Agency |
| March 25th, 2021 | 3000 Riverchase Galleria<br>Suite 700<br>Birmingham, AL 35244 |
| Date of Loss | Agency Location |

**Atain Specialty Insurance Company**
30833 Northwestern Hwy. Suite 220
Farmington Hills, MI 48334

At the time of loss, by the above-indicated policy of insurance, **Atain Specialty Insurance Company** provided insurance to Gulf American Inn, Shah Hospitality LLC DBA for the property located at **3700 Flat Shoals Road, Decatur, Georgia 30034** (the "Subject Property") against losses by **Hail, Wind and Water Intrusion** to the property described according to the terms and conditions of the said policy and all forms, endorsements, transfers, and assignments attached thereto.

**TIME & ORIGIN**: An insurable loss occurred at the Subject Property on or about **March 25th, 2021**. The cause and origin of said loss was **Hail, Wind and Water Intrusion** which resulted in damage to the Subject Property;

**OCCUPANCY**: The building(s) described, or containing the property described, is and was occupied at the time of the loss for **Motel** and no other purpose whatsoever;

**TITLE & INTEREST**: At the time of the loss, your insured was the **OWNER** of Subject Property. No other person or persons had any interest therein or encumbrance thereon, except **Premier Claims LLC and any other lien holders as listed within the Policy**;

**CHANGES**: Since the policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described; and

**TOTAL INSURANCE**: The total amount of insurance upon the specific property described by this policy was, at the time of the loss, **$1,750,000 Building** besides which there was no policy or other contract of insurance written or oral, valid or invalid.

| | SUMMARY OF THE LOSS | | |
|---|---|---|---|
| 1. | Total Building Loss: | $ | 170,334.14 |
| 2. | Personal Property/Contents: | $ | TBD |
| 3. | Mitigation: | $ | TBD |
| 4. | Business Interruption: | $ | TBD |
| 5. | Prior Payments Released | $ | 0.00 |
| 6. | Replacement Cost Total: | $ | 170,334.14 |
| 7. | Deductible: | $ | 2,500.00 |
| 8. | TOTAL: | $ | 167,834.14 |

## STATEMENT OF INSURED

The said loss did not originate by any act, design or procurement on the part of the owner or this affiant; nothing has been done by or with the privity or consent of the owner or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof. I am not a roofer, contractor, attorney, or other professional with significant experience in this area. I have been asked to provide and sign a proof of loss as a condition of getting my claim paid. I am signing this document for that reason only. Other than a layperson's understanding, I have no personal knowledge whatsoever as to the causation, scope, pricing, or coverage and rely on my public adjuster, contractor, and/or attorney to advise me on these issues.

## INTEGRATION CLAUSE

THIS SWORN STATEMENT IN PARTIAL PROOF OF LOSS REPLACES ALL PREVIOUS VERSIONS. ANY PROOF OF LOSS THAT IS SUBMITTED SUBSEQUENT TO THIS PROOF SHALL BE CONSIDERED IN ADDITION TO THIS PROOF AND BE INTEGRATED WITH THIS PROOF AS IF IT WERE FULLY AND COMPLETELY DETAILED HEREIN. If any subsequent proof of loss modifies the above figures of this demand, the proof that is later in time shall supplement any additional coverage or supersede any conflicting demand herein. As the investigation for further coverage is ongoing until full and final settlement, Premier Claims representatives and the insured reserves the right to alter and supplement such proof of loss accordingly. The fully integrated proof, with modified and/or superseding figures, shall be the insured's full and complete proof of loss for damage incurred by the above-referenced peril.

THE FURNISHING OF THIS PROOF OF LOSS BY THE INSURED OR A REPRESENTATIVE OF THE INSURED IS NOT A WAIVER OF ANY OF THE INSURED'S RIGHTS.

_____
Signature of Named Insured

JUGAL SHAH
Printed Name of Insured

State of: Georgia ; County of: DeKalb ;

Subscribed and sworn to before me this 26th day of August, 2022.

Angela R. Clemmen
Signature of Notary Public

_____
Seal of Notary Public

[Notary Seal: ANGELA R ALEXANDER, NOTARY PUBLIC, DEKALB COUNTY, GA, May 1, 2023]

2