# EXHIBIT C

## AMENDMENT TO THE DUCT DOCTOR USA, INC.
## FRANCHISE AGREEMENT

THIS AMENDMENT (the "Amendment") is made and entered into as of the 8th day of July, 2019, (the "Effective Date") by and between **DUCT DOCTOR USA, INC.**, a Georgia corporation ("Franchisor") and **CREATIVE BUILDING SOLUTIONS, LLC**, a Missouri limited liability company ("Franchisee") and amends that certain Duct Doctor USA Franchise Agreement between Franchisor and Franchisee dated Jul 08 2019 (such Franchise Agreement, together with all schedules, exhibits, addenda, and attachments to it, being referred to as the "Franchise Agreement").

### RECITALS

Franchisor has consented to the transfer of all (100%) of the equity of the Franchisee to BEA Management, LLC, a Missouri limited liability company (the "Transfer"); and

Franchisee shall contemporaneous with the execution of this Amendment enter into the Franchise Agreement for the unexpired term of the Franchise Agreement previously entered into by the Franchisee on February 11, 2013; and

Franchisor and Franchisee mutually desire to amend certain provisions of the Franchise Agreement, to add certain provisions to the Franchise Agreement, and to set forth certain agreements and understandings between them, all as set forth in this Amendment.

NOW, THEREFORE, in consideration of the foregoing and the mutual promises and commitments set forth in this Amendment, and in further consideration of the Franchise Agreement, and the mutual promises and commitments set forth therein, and for other good and valuable consideration, the receipt and sufficiency of all of which the parties hereby acknowledge, the parties to this Amendment hereby agree as follows:

1. **Definitions.**    Capitalized terms used but not otherwise defined in this Amendment shall have the same meanings as are ascribed to them in the Franchise Agreement.

2.    Section 2.1 of the Franchise Agreement is amended to delete Section 2.1 in its entirety, and in its place, the following Section 2.1 is added:

**"Initial Term**. This Agreement will take effect upon its execution by all parties (the "Effective Date"), and unless previously terminated pursuant to this Agreement the Franchise Agreement shall expire on February 10, 2023 (the "Initial Term")."

3. **Miscellaneous.**

   3.1    Time.    Time is of the essence to the performance of all obligations of Franchisee to be performed under the Franchise Agreement and this Amendment.

   3.2    Amendments.    This Amendment may not be amended except by a written agreement signed by the duly authorized officers of the parties.

Franchisee: _BA_
Franchisor: _QQ_

Creative Building Solutions, LLC
Amendment to Franchise Agreement

1

3.3     Waiver and Delay.  No waiver or delay by Franchisor in requiring strict compliance with respect to any obligation of the Franchise Agreement or this Amendment, or in the exercise of any right or remedy provided in the Franchise Agreement or this Amendment, or at law, in equity, or otherwise, and no custom or practice at variance with the requirements of the Franchise Agreement or this Amendment, will constitute a waiver or modification of any such obligation, right, remedy, or requirement, or preclude the exercise of any such right or remedy or the right to require strict compliance with any obligation set forth in the Franchise Agreement or this Amendment, or will preclude, affect, or impair enforcement of any right or remedy provided in the Franchise Agreement or this Amendment, at law, in equity, or otherwise, with respect to any subsequent default. All remedies under the Franchise Agreement or this Amendment at law, in equity, or otherwise, afforded to Franchisor shall be cumulative and not alternative, and may be exercised simultaneously or sequentially in any order.

3.4     Governing Law.  All matters arising out of or related to the Franchise Agreement or this Amendment, including without limitation all matters arising out of or related to the making, existence, construction, enforcement, and sufficiency of performance of the Franchise Agreement or this Amendment, shall be determined exclusively in accordance with, and governed exclusively by, the laws of the State of Georgia applicable to agreements made and to be entirely performed in the State of Georgia, which laws shall prevail in the event of any conflict of laws.

**4.      Construction.**

4.1     Merger; Entire Agreement, Compliance. This Amendment, together with the Franchise Agreement, is a complete integration that sets forth the entire agreement between the parties, fully superseding any and all prior negotiations, agreements, representations, or understandings between Franchisor and Franchisee, whether oral or written, related to the subject matter of the Franchise Agreement and this Amendment. Franchisor and Franchisee hereby expressly affirm that there are no oral or written agreements, "side-deals", arrangements, or understandings between them except as expressly set forth in the Franchise Agreement and this Amendment. No course of dealing, whether occurring before or after the Effective Date of this Amendment, shall operate to amend, terminate, or waive any express written provision of the Franchise Agreement or this Amendment. In the event of any conflict between any provision of this Amendment and a provision of the Franchise Agreement, the provision set forth in this Amendment shall control. Except as specifically amended by this Amendment, all provisions of the Franchise Agreement shall remain in full force and effect according to their terms, and the parties shall continue to be bound by such Franchise Agreement as modified by this Amendment.

4.2     Partial Invalidity. If any provision of this Amendment is declared invalid or unenforceable, such provision shall be modified to the minimum extent necessary to make it valid and enforceable; and if it cannot be so modified, then severed. The balance of the Amendment shall remain in full force and effect, and the parties agree that they would have signed this Amendment as so modified.

4.3     Submission of Amendment. Submission of this Amendment to Franchisee does not constitute an offer to enter into a contract. The Franchise Agreement and this Amendment shall

Franchisee: *BA*
Franchisor: *QQ*

Creative Building Solutions, LLC
Amendment to Franchise Agreement

2

become effective only on their execution by Franchisor and Franchisee, and shall not be binding on Franchisor unless and until they are signed by Franchisor's authorized officer and delivered to Franchisee.

**IN WITNESS WHEREOF**, the parties hereto have duly executed and delivered this Amendment as of the Effective Date.

**FRANCHISOR:**                                      **FRANCHISEE:**

**DUCT DOCTOR USA, INC.**                   **CREATIVE BUILDING SOLUTIONS, LLC**

By: *Glade Stricklin*                              By: *Ben Allison*
    Kenneth S. Stricklin, CEO                    Benjamin Allison, President of BEA
                                               Management, LLC, its sole member

Franchisee: *BA*
Franchisor: *QQ*

Creative Building Solutions, LLC
Amendment to Franchise Agreement

3