Case 1:23-mi-99999-UNA   Document 1336-4   Filed 04/21/23   Page 1 of 4


**EXHIBIT D**

FRANCHISE AGREEMENT
SCHEDULE "D"

PERSONAL GUARANTY OF FRANCHISEE'S PRINCIPAL OWNERS

**THIS GUARANTY** is given this 8th day of July, 2019

By (list each guarantor):  Benjamin Allison, Takashi Yano

In consideration of, and as an inducement to, the execution of that certain Franchise Agreement (the "Agreement") on this date by Duct Doctor USA, Inc. ("us," "we," or "our"), each of the undersigned personally and unconditionally (a) guarantees to us and our successors and assigns, for the term of the Agreement (including any extensions, renewals and modifications thereof) and afterward as provided in the Agreement, that CREATIVE BUILDING SOLUTIONS, LLC ("Franchisee") will punctually pay and perform each and every undertaking, agreement, and covenant set forth in the Agreement (including any amendments or modifications of the Agreement) and (b) agrees to be personally bound by, and personally liable for the breach of, each and every provision in the Agreement (including any amendments or modifications of the Agreement), both monetary obligations and obligations to take or refrain from taking specific actions or to engage or refrain from engaging in specific activities, including the non-competition, confidentiality, transfer, and arbitration requirements.

Each of the undersigned consents and agrees that: (i) his or her direct and immediate liability under this Guaranty will be joint and several, both with Franchisee and among other guarantors; (ii) he or she will render any payment or performance required under the Agreement upon demand if Franchisee fails or refuses punctually to do so; (iii) this liability will not be contingent or conditioned upon our pursuit of any remedies against Franchisee or any other person; (iv) this liability will not be diminished, relieved, or otherwise affected by any extension of time, credit, or other indulgence which we may from time to time granted to Franchisee or to any other person, including, without limitation, the acceptance of any partial payment or performance or the compromise or release of any claims (including the release of other guarantors), none of which will in any way modify or amend this Guaranty, which will be continuing and irrevocable during the term of the Agreement (including extensions), for so long as any performance is or might be owed under the Agreement by Franchisee or its owners, and for so long as we have any cause of action against Franchisee or its owners; and (v) this Guaranty will continue in full force and effect for (and as to) any extension or modification of the Agreement and despite the transfer of any interest in the Agreement or Franchisee, and each of the undersigned waives notice of any and all renewals, extensions, modifications, amendments, or transfers.

Each of the undersigned waives: (i) all rights to payments and claims for reimbursement or subrogation which any of the undersigned may have against Franchisee arising as a result of the undersigned's execution of and performance under this Guaranty; and (ii) acceptance and notice of acceptance by us of his or her undertakings under this Guaranty, notice of demand for payment of any indebtedness or non-performance of any obligations hereby guaranteed, protest and notice of default to any party with respect to the indebtedness or nonperformance of any obligations hereby guaranteed, and any other notices to which he or she may be entitled.

If we are required to enforce this Guaranty in a judicial or arbitration proceeding, and prevail in such proceeding, we shall be entitled to reimbursement of our costs and expenses, including, but not limited to, reasonable accountants', attorneys', attorneys' assistants', arbitrators', and expert witness fees, costs of investigation and proof of facts, court costs, other litigation expenses, and travel and living expenses,

- 1 -

Creative Building Solutions, LLC
Duct Doctor Franchise Agreement

whether incurred prior to, in preparation for, or in contemplation of the filing of any such proceeding. If we are required to engage legal counsel in connection with any failure by the undersigned to comply with this Guaranty, the undersigned shall reimburse us for any of the above- listed costs and expenses we incur.

Subject to the arbitration obligations and the provisions below, each of the undersigned agrees that all actions arising under this Guaranty or the Agreement, or otherwise as a result of the relationship between us and the undersigned, must be commenced in the state or federal court of general jurisdiction in whose district our headquarters is then located and each of the undersigned irrevocably submits to the jurisdiction of those courts and waives any objection he or she might have to either the jurisdiction of or venue in those courts. Nonetheless, each of the undersigned agrees that we may enforce this Guaranty and any arbitration orders and awards in the courts of the state or states in which he or she is domiciled.

**IN WITNESS WHEREOF,** each of the undersigned has affixed his or her signature on the same day and year as the Agreement was executed.

**SIGNATURES OF EACH GUARANTOR**

_____        7/8/19
Benjamin Allison                         Date

_____        7/8/19
Takashi Yano                             Date

- 2 -

Creative Building Solutions, LLC
Duct Doctor Franchise Agreement

Takashi Yano
14601 Wedd St.,
Overland Park, KS, 66221
Mcmick006@aol.com

July 5, 2019

Benjamin Allison
6655 Milhaven Dr.,
Mission, KS 66208

Authorization Letter for Signing of Documents

I, Takashi Yano, hereby authorize Benjamin Allison to sign all documents related to the purchase of Duct Doctor USA of Kansas City/the purchase of real estate located at 4130 NE Port Dr., Lee's Summit, MO, on my behalf starting from July 6, 2019 till July 9, 2019. I will be out of town from July 6, 2019 through July 9, 2019; thus, this is necessary to complete the above-referenced transactions.

Benjamin Allison shall provide proof of identity at the time of closing for verification purposes.

Sincerely,

*[signature]*

Takashi Yano