# EXHIBIT F



**FisherZucker**
BUSINESS LAWYERS

February 17, 2023

Lane Fisher*
Jeffrey Zucker*
William Graefe, Jr.*
JoyAnn Kenny†
Frank A. Reino‡
Joseph A. Brooks§

*member PA and NJ bars
† member PA, NJ, and FL bars
‡ member PA, NJ, and WI bars
§ member PA bar

**VIA OVERNIGHT MAIL AND EMAIL**
Mr. Benjamin Allison
Creative Building Solutions, LLC
Complete Service Group, LLC
4130 NE Port Drive
Lee's Summit, Missouri 64064
Email: Ben.allison3@gmail.com

Mr. Takashi Yano
14601 Wedd Street
Overland Park, Kansas 66221
Email: Mcmick006@aol.com

Brooks Ingrassia
4130 NE Port Drive
Lee's Summit, Missouri 64064
Email: brooksductdoctorkc@gmail.com

Re:  **CEASE AND DESIST USE OF TRADEMARKS AND DEMAND TO COMPLY WITH YOUR POST-EXPIRATION OBLIGATIONS UNDER THE FRANCHISE AGREEMENT**

Dear Mr. Allison, Mr. Yano and Mr. Ingrassia:

I represent Duct Doctor USA Inc. ("Duct Doctor"). I am writing to you regarding the Franchise Agreement between Duct Doctor and Creative Building Solutions, LLC ("Franchisee") entered into on July 8, 2019 (the "Franchise Agreement") pursuant to which Franchisee was granted the right and undertook the obligation to operate a Duct Doctor franchised business within the metropolitan Kansas City, Missouri area including only the counties of Jackson, Clay and Platte (the "Territory").  Mr. Allison and Mr. Yano have personally guaranteed the obligations of Franchisee and Mr. Allison and Mr. Ingrassia have executed an Agreement Not to Compete (the "Personal Noncompete Agreement") on July 8, 2019.

As you are aware, the Franchise Agreement expired on February 10, 2023. Prior to expiration, Duct Doctor offered you the option to renew the Franchise Agreement, but you refused to renew the Franchise Agreement.

As a result of the expiration of Franchise Agreement, Franchisee (and you) are obligated to comply with certain post-term obligations set forth in Section 14.1 of the Franchise Agreement.  Specifically, you are required to:

21 S. 21st Street
Philadelphia, PA 19103
P: 215.825.3100
F: 215.825.3101

811 Church Road
Suite 105
Cherry Hill, NJ 08002
P: 856.665.5253
F: 856.488.2108

www.fisherzucker.com
A limited liability company formed in the Commonwealth of Pennsylvania





Mr. Benjamin Allison
Mr. Takashi Yano
Mr. Brooks Ingrassia
February 17, 2023
Page 2 of 5

1. Not hold yourself out as a former franchisee of Duct Doctor.

2. Pay all sums owing to Duct Doctor. This includes submitting your final reports for February and paying all amounts due under the Franchise Agreement based on those reports.

3. Return to Duct Doctor the Operations Manual, Confidential Information and all trade secrets, confidential materials and other property owned by Duct Doctor.

4. Provide Duct Doctor with a complete list of Franchisee's employees, clients, customers and contacts and their respective addresses and any outstanding obligations Franchisee may have to any third parties, and all business records of Franchisee that Duct Doctor may request.

5. Cease to use in any manner whatsoever, including in Franchisee's business operations and advertising, any methods, procedures, technology or other component of the Duct Doctor System in which Duct Doctor has any right, title or interest.

6. Cease to use Duct Ductor's trademarks and any other marks and indicia of operation associated with the Duct Doctor System including stationary and other printed matter and remove all trade dress, physical characteristics, color combinations and other indications of operation under Duct Doctor System from the location of the business and the vehicles used in the business.

7. Make the following provisions concerning Duct Doctor's proprietary truck mounted air duct cleaning apparatus within thirty days of expiration of the Franchise Agreement:

    a. Offer the truck cab and chassis along with the proprietary body and equipment package to Duct Doctor's affiliate which will purchase the foregoing items based on the following valuation: (1) the cab and chassis will be valued at Blue Book value; (2) the proprietary body and equipment package will be valued at the current book value or the original cost minus reasonable depreciation. Franchisee shall make an election to sell the combined cab, chassis and equipment or may retain the cab and chassis. If the Franchisee retains the cab and chassis, it shall deliver the truck to Duct Doctor's headquarters for removal of the body and equipment package at Franchisee's expense.

    b. Franchisee may, in the alternative, dispose of the truck-mounted air-duct cleaning apparatus by having it destroyed by a commercial disposal company acceptable to Duct Doctor and providing Duct Doctor with certification of destruction in a form acceptable to Duct Doctor.



Furthermore, Franchisee and you are obligated to comply with the post-term noncompete provision. Specially, Section 11.4.3 of the Franchise Agreement and Section 2.2 of the Personal Noncompete Agreement, Franchisee and you agreed that beginning on the date of the Franchise Agreement's expiration and continuing for two years thereafter, within the Territory or within 50 miles of the boundary of the Territory you will not own, maintain, operate, engage in, or have any interest in, any business engaged in the sale or delivery of residential or commercial air duct cleaning and indoor air quality services offered by Duct Doctor franchised businesses (a "Competitive Business") or act as a director, officer, partner, member, employee, independent contractor, consultant, principal, agent or proprietor or otherwise or participate or assist in the establishment or operation of, any business engaged in a Competitive Business.

### Your Breaches of the Franchise Agreement

Duct Doctor has learned that upon expiration of the Franchise Agreement, you began operating the formerly franchised business as Complete Service Group, LLC ("CSG") which is a Competitive Business that operates in the same Territory from the same location where Franchisee operated and with the same employees. Your ownership and operation of this Competitive Business in in violation of Section 11.4.3 of the Franchise Agreement and Section 2.2 of the Personal Noncompete Agreement.

Furthermore, Duct Doctor has learned that you continue to use Duct Doctor's trademarks in the operation of this Competitive Business. Specifically, your website (www.ductdoctorkc.com) (the "Website") remains up and directs prospective customers to call the former Franchisee's phone number. That number is active but is currently being used by CSG. In addition, there are numerous other examples of the trademarks being used on the Internet and in other marketing materials after the expiration of the Franchise Agreement to direct prospective customers to CSG.

Your unauthorized use of Duct Doctor's trademarks constitutes infringement and dilution, and is actionable under the federal trademark law, the Lanham Act.

You have also failed to return the Operations Manual and any other confidential or proprietary materials that belong to Duct Doctor.

### Duct Doctor's Demand

Duct Doctor expects you and your staff to fully, faithfully and expeditiously comply with all of the post-term obligations in Section 14 of the Franchise Agreement, including, but not limited to, those which are listed below.



You and your staff shall:

1. Immediately cease and discontinue use of all of Duct Doctor's plans, manuals, methods and procedures and return the Operations Manual and all other confidential and proprietary materials that belong to Duct Doctor;

2. Cease and discontinue all use of the trade name "DUCT DOCTOR," and the trademarks or service marks licensed to Franchisee by Duct Doctor. This includes, but is not limited to, removing all signage, de-identifying all vehicles (except for the proprietary trucks when you are required to sell back to Duct Doctor as discussed in item 7 below), cease identifying as "formerly Duct Doctor USA of Kansas City," and assign the Website and all social media accounts to Duct Doctor;

3. Submit your final monthly reports through February 10, 2023, and pay all amounts remaining due under the Franchise Agreement.

4. Provide Duct Doctor with your 2022 Profit and Loss Statements.

5. Provide Duct Doctor with a complete list of Franchisee's employees, clients, customers and contacts and their respective addresses and any outstanding obligations Franchisee may have to any third parties. Furthermore, Duct Doctor demands that you provide administrator access to and assign your account with Housecall Pro to Duct Doctor.

6. Execute any such documents as may be necessary to assign and assign to Duct Doctor the Franchisee's phone number, Website, Google My Business, Angie's List, Home Advisor, Yelp and any other similar online marketing accounts.

7. On or before March 12, 2023 (30 days from February 10), comply with Section 14.1.8 of the Franchise Agreement by either: (1) offering the Franchisee's truck cab and chassis along with the proprietary body and equipment package to Duct Doctor's affiliate or retain the cab and chassis but deliver the truck to Duct Doctor's headquarters for removal of the body and equipment package at Franchisee's expense; or (2) dispose of the truck-mounted air-duct cleaning apparatus by having it destroyed by a commercial disposal company acceptable to Duct Doctor and providing Duct Doctor with certification of destruction in a form acceptable to Duct Doctor.

8. Immediately cease operating the Competitive Business in compliance with your post-term obligations under Section 11.4.3 of the Franchise Agreement and Section 2.2 of the Personal Noncompete Agreement.

If you and the Franchisee fail to comply with the noncompete and post-term obligations under the Franchise Agreement, the personal guaranty and the Personal Noncompete Agreement Duct Doctor will commence an action against Franchisee and you



Mr. Benjamin Allison
Mr. Takashi Yano
Mr. Brooks Ingrassia
February 17, 2023
Page 5 of 5

to enforce these rights. Please note that Franchisee and you will be liable for all of Interim's costs and expenses, including their attorneys' fees, if Duct Doctor sues Franchisee and you to enforce your obligations under the Franchise Agreement and the Personal Noncompete Agreement.

Duct Doctor is now monitoring every action you take. Therefore, I urge you to cooperate with Duct Doctor and strictly adhere to your post-term obligations.

Moreover, Duct Doctor's trademarks and goodwill are very valuable. Duct Doctor will seek to enforce all of its rights and seek all of the remedies available to it to protect its trademarks and goodwill from any misguided actions you may take.

Please contact me immediately upon receipt of this correspondence to confirm you will comply. Otherwise, I will have no choice but to prepare a complaint to enforce my client's rights. You can reach me by calling my direct line at 215-825-3114.

Due to the serious nature of this matter, I strongly urge that you give it your immediate attention.

Very truly yours,

**FISHER ZUCKER**

Frank A. Reino

cc: Slade Stricklin (via email)