# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DUCT DOCTOR USA, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. _____ |
| ) | |
| CREATIVE BUILDING ) | |
| SOLUTIONS, LLC; BEA ) | |
| MANAGEMENT, LLC; BENJAMIN ) | |
| ALLISON; TAKASHI YANO; and ) | |
| BROOKS INGRASSIA, ) | |
| ) | |
| Defendants ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Duct Doctor USA, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Duct Doctor USA, Inc.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

- Mark L. Seigel, Esquire

**(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:**

- Plaintiff Duct Doctor USA, Inc. is a Georgia corporation with its principal place of business in Gwinnett County, Georgia.

- Defendant Creative Building Solutions, LLC is a Missouri limited liability company with its principal place of business located in Jackson County, Missouri.

- Defendant BEA Management, LLC is a Missouri limited liability company with its principal place of business located in Jackson County, Missouri.

- Defendant Benjamin Allison is a citizen and resident of Leavenworth County, Kansas.

- Defendant Takashi Yano is a citizen and resident of Johnson County, Kansas.

- Defendant Brooks Ingrassia is a citizen and resident of Cass County, Missouri.

Respectfully submitted April 21, 2023.

                                                                THE SEIGEL LAW FIRM LLC

                                                                s/ Mark L. Seigel  
                                                                 Mark L. Seigel  
                                                                 Georgia Bar No. 634617  
                                                                 1397 Carroll Dr NW  
                                                                 Atlanta, Georgia 30318  
                                                                Direct: (770) 395-5924  
                                                                Fax: (770) 395-5921  
                                                                seigel@AddIPvalue.com

                                              ***Attorney for Plaintiff Duct Doctor USA, Inc.***