| | Country of Residence: | کشور محل اقامت: |
|---|---|---|
| امضاء دارنده گذرنامه<br>Holder's Signature: | IRAN | ایران |
| | Place of Issue:<br>MANILA | محل صدور:<br>مانیل |
| | | مدرک صدور گذرنامه:<br>گذرنامه ۱۸۱۶۹۳۴۱ ۱۳۸۹/۰۲/۱۴ ایران |
| | Name & Position of Issuing officer:<br>SAEID BAGHBAN_THIRD COUNSELLOR | نام و سمت صادر کننده:<br>سعید باغبان ـ رایزن سه |
| Observation : | | ملاحظات : |
| | آخرین تاریخ خروج: ۱۳۹۳/۰۳/۱۹ از: فرودگاه امام خمینی | |

جمهوری اسلامی ایران
**ISLAMIC REPUBLIC OF IRAN**

۹۵۶۹۳۳۷۲

Passport Number: H95693372   شماره ملی: ۲-۵۴۱۸۸-۲۳۰
نام خانوادگی: غازی
Surname: GHAZI
نام: سید علیرضا
Given Name: SEYED ALIREZA
Father's Name: SEYED NASRODDIN   نام پدر: سیدنصرالدین
تاریخ و محل تولد: ۱۳۶۷/۱۱/۱۱ شیراز
Date&Place of Birth: 31/01/1989 SHIRAZ
Sex: M   جنسیت: مرد   شماره شناسنامه: ۱۵۷۶۱
Date of Issue: 14/11/2014   تاریخ صدور: ۱۳۹۳/۰۸/۲۳
Date of Expiry: 14/11/2019   تاریخ انقضاء: ۱۳۹۸/۰۸/۲۳



P<IRN<GHAZI<<SEYED<ALIREZA<<<<<<<<<<<<<<<<<<
H956933727IRN8901310M1911149<<<<<<<<<<<<<<08