FROM:
US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
1525 WILSON BLVD.
MAILSTOP 2500
ARLINGTON, VA 20598-2500

NAME: SEYED GHAZI                                      DATE: 8/12/16
A-NUMBER: 209249537   RCPT#: ZAR1600084970             FORM: I-589

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 asylum application was received and is pending as of 8/11/16. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the above address. You will receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Bring to the interview 3 copies of documentary evidence of your relationship to those family members.

TO:
H FOGLE JR ESQ
C/O THE FOGLE LAW FIRM LLC
55 IVAN ALLEN JR BLVD STE 830
ATLANTA, GA 30308