**U.S. Customs and Border Protection**

## Most Recent I-94

Admission (I-94) Record Number: 00935987385

Most Recent Date of Entry: 2016 May 07

Class of Admission: B2

Admit Until Date: 11/06/2016

Details provided on the I-94 Information form:

| | |
|---|---|
| Last/Surname: | GHAZI |
| First (Given) Name: | SEYED ALIREZA |
| Birth Date: | 1989 January 31 |
| Passport Number: | H95693372 |
| Country of Issuance: | Iran |

**Get Travel History**

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d):

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 09/30/2016

For inquiries or questions regarding your I-94, please click here.

Accessibility | Privacy Policy