IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TECHCXO, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| NICOLE MCGUIRE; NICOLE ) | |
| MCGUIRE DESIGN, LLC; THE ) | **JURY TRIAL DEMANDED** |
| MCGUIRE HOME COLLECTION, LLC, ) | |
| and STUDIO M FURNITURE, INC. ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW Plaintiff TechCXO, LLC and hereby files this complaint against Defendants Nicole McGuire, Nicole McGuire Design, LLC, The McGuire Home Collection, LLC, and Studio M. Furniture, Inc., and says as follows:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff TechCXO, LLC is a Georgia limited liability company with its principal offices located at 1911 Grayson Highway, Suite 8/122, Grayson, GA, in Gwinnett County, Georgia.

2. Defendant Nicole McGuire is the owner of Nicole McGuire Design, LLC, and The McGuire Home Collection, LLC, the President of Studio M Furniture, Inc., and is believed to be a resident of Champaign, Illinois.

3.     Defendant Nicole McGuire Design, LLC is an Illinois limited liability company with its principal office located at 3301 Fields South Drive, Suite 102, Champaign, Illinois 61822.

4.     Defendant The McGuire Home Collection, LLC is an Illinois limited liability company with its principal office located at 3301 Fields South Drive, Suite 102, Champaign, Illinois 61822.

5.     Defendant Studio M Furniture, Inc. is a Delaware corporation with its principal office located at 53 Greencroft Drive, Champaign, Illinois 61821.

6.     Defendant Nicole McGuire operates Nicole McGuire Design, LLC, The McGuire Home Collection, LLC and Studio M Furniture, Inc. in such a manner as to be alter egos of each other and the Court should disregard those corporate entities and hold Defendant Nicole McGuire liable.

7.     Jurisdiction and venue are proper in this Court pursuant to 28 U.S.C. § 1332, as diversity of citizenship exists between the parties and the amount at stake is more than $75,000.00.

8.     The parties agreed by contract that "[a]ny dispute arising out of or relating to [the] Agreement shall be determined by a federal or state court in the State of Georgia" and "[t]he parties hereby submit to the jurisdiction of such courts." (*See* Exhibit A.)

## FACTS

9. On or about August 1, 2022, Plaintiff TechCXO and Defendants entered into a consulting services agreement (hereinafter "Consulting Agreement"), a copy of which is attached hereto as **Exhibit A** and incorporated herein.

10. Plaintiff TechCXO provided consulting services to Defendants as set forth in the Consulting Agreement.

11. The services provided by TechCXO to Defendants included, among other things, recruiting and managing the operations team of Nicole McGuire Design; defining, setting up and performing operational aspects of Studio M Furniture, a brand of The McGuire Home Collection; integrating and leveraging the product catalog and eCommerce capabilities of The McGuire Home Collection; and establishing the brand and website experience of MHX Interiors and McGuire Home Experience, a part of The McGuire Home Collection.

12. Between August 15, 2022 and February 15, 2023, Plaintiff TechCXO invoiced services under the Consulting Agreement for work done on the project to Defendants in the amount of $137,296.00. A copy of the invoices statement is attached hereto as **Exhibit B** and incorporated herein.

13. Pursuant to the terms of the Consulting Agreement, Defendants agreed that "[f]ees for services shall be payable when invoiced, and shall be deemed

overdue if they remain unpaid 31 days after the date of invoice. Overdue fees shall be subject to a late payment of one and one half percent (1.5%) per month for each month where payment has not been received." Defendants also agreed that "[i]f TechCXO has to collect past due sums under this agreement, then is shall also be entitled to collect its reasonable costs, interest and attorney's fees."

14. Despite demands for payment for services rendered, Defendants have refused to remit payment to Plaintiff TechCXO for the balance owed under the Consulting Agreement and outstanding invoices.

## COUNT I — BREACH OF AGREEMENT

15. Plaintiff TechCXO incorporates paragraphs 1 through 14 of the Complaint as if fully set forth herein.

16. On or about August 1, 2022, Plaintiff TechCXO and Defendants entered into a Consulting Agreement. The Consulting Agreement is a binding agreement supported by proper consideration.

17. Plaintiff TechCXO provided services to Defendants.

18. Plaintiff TechCXO complied with its obligations under the Consulting Agreement.

19. Defendants breached their agreement with Plaintiff TechCXO by their failure to pay Plaintiff TechCXO for services provided to, on behalf of and/or with the knowledge of Defendants.

20. As a proximate result of Defendants' breach of agreement, Plaintiff TechCXO has suffered damages in the amount of $137,296.00, the total of the unpaid invoices.

21. As of the date of this Complaint, and pursuant to the terms of the Consulting Agreement, Defendants owe interest on the unpaid invoices in the amount of $13,115.09.

22. As of the date of this Complaint, and pursuant to the terms of the Consulting Agreement, Plaintiff TechCXO has incurred attorneys' fees and costs in the amount of $990.00.

23. Plaintiff TechCXO will incur attorneys' fees and costs in the future in its effort to collect monies owed through this litigation.

WHEREFORE, Plaintiff TechCXO demands judgment against Defendant Defendants for compensatory damages in the amount of $151,401.09, plus attorneys' fees, expenses, interest, and court costs.

## **COUNT II — UNJUST ENRICHMENT OR QUANTUM MERUIT**

24. Plaintiff TechCXO incorporates paragraphs 1 through 23 of the Complaint as if fully set forth herein.

25. Plaintiff TechCXO provided services to, on behalf of and/or with the knowledge of Defendants.

26. Defendants were aware of the services provided to and/or on behalf of them by Plaintiff TechCXO.

27. Plaintiff TechCXO was not paid for all of the services provided to, on behalf of and/or with the knowledge of Defendants.

28. Plaintiff TechCXO avers that retention of the benefits received by Defendants from Plaintiff TechCXO would be unjust without payment to Plaintiff TechCXO.

WHEREFORE, Plaintiff TechCXO alternatively demands judgment against Defendants in the amount of $137,296.00 for compensation for services rendered at the request of and/or on behalf of Defendants for which it has not been paid, plus interest, court costs, and attorneys' fees, under the theory of unjust enrichment or quantum meruit.

## COUNT III — ATTORNEYS' FEES AND EXPENSES OF LITIGATION

29. Plaintiff TechCXO incorporates paragraphs 1 through 28 of the Complaint as if fully set forth herein.

30. Defendants have acted in bad faith, and has caused Plaintiff unnecessary trouble, time, and expense, thereby entitling Plaintiff to recover its attorneys' fees and costs pursuant to O.C.G.A. § 13-6-11.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands a trial by jury and prays that judgment be entered in its favor and against Defendant as follows:

(a) Compensatory damages against Defendant in the amount of $151,401.09;

(b) Attorneys' fees and expenses incurred during the pendency of this action;

(c) Pre-judgment interest;

(d) Court costs; and

(e) Such other relief as the Court shall deem just and proper.

Respectfully submitted this 24th day of April, 2023.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ N. DeWayne Pope*
N. DeWayne Pope
Georgia Bar No. 141891
55 Ivan Allen Jr. Blvd., NW
Suite 750
Atlanta, Georgia 30308
(404) 869-9054
dpope@grsm.com

*Counsel for Plaintiff TechCXO LLC*


*Please serve Defendants at the following addresses:*

**NICOLE MCGUIRE**
53 Greencroft Drive
Champaign, IL 61821

**NICOLE MCGUIRE DESIGN, LLC**
**Registered Agent: Nicole McGuire**
3301 Fields South Dr., Suite 102
Champaign, IL 61822

**THE MCGUIRE HOME COLLECTION, LLC**
**Registered Agent: Nicole McGuire**
3301 Fields South Dr., Suite 102
Champaign, IL 61822

**STUDIO M FURNITURE, INC.**
**Registered Agent: Legalinc Corporate Services, Inc.**
651 N Broad St., Suite 201
Middletown, DE 19709