# EXHIBIT B



1911 Grayson Hwy. | Suite 8 / 122 | Grayson, GA 30017

www.techcxo.com

## Statement

| Date |
|---|
| 2/27/2023 |

**To:**
Studio M

**Electronic Payment Instructions: Pinnacle Financial Partners**
**Account Name: TechCXO LLC Account #800107582488**
**Wire / ACH Routing #064008637**

To pay by credit card email accounting@techcxo.com and we will respond with payment instructions.

| Amount Due | Amount Enc. |
|---|---|
| $137,296.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 08/15/2022 | INV #29018. Due 08/15/2022. Orig. Amount $20,174.75. | 20,174.75 | 20,174.75 |
| 08/31/2022 | INV #29155. Due 08/31/2022. Orig. Amount $35,699.25. | 35,699.25 | 55,874.00 |
| 09/15/2022 | INV #29298. Due 09/15/2022. Orig. Amount $12,709.00. | 12,709.00 | 68,583.00 |
| 09/30/2022 | INV #29432. Due 09/30/2022. Orig. Amount $15,151.00. | 15,151.00 | 83,734.00 |
| 10/15/2022 | INV #29573. Due 10/15/2022. Orig. Amount $21,765.50. | 21,765.50 | 105,499.50 |
| 10/31/2022 | INV #29710. Due 10/31/2022. Orig. Amount $20,725.25. | 20,725.25 | 126,224.75 |
| 11/15/2022 | INV #29851. Due 11/15/2022. Orig. Amount $3,306.25. | 3,306.25 | 129,531.00 |
| 11/30/2022 | INV #29990. Due 11/30/2022. Orig. Amount $3,513.75. | 3,513.75 | 133,044.75 |
| 12/15/2022 | INV #30132. Due 12/15/2022. Orig. Amount $2,491.25. | 2,491.25 | 135,536.00 |
| 12/31/2022 | INV #30266. Due 12/31/2022. Orig. Amount $622.50. | 622.50 | 136,158.50 |
| 01/15/2023 | INV #30400. Due 01/15/2023. Orig. Amount $406.25. | 406.25 | 136,564.75 |
| 01/31/2023 | INV #30535. Due 01/31/2023. Orig. Amount $243.75. | 243.75 | 136,808.50 |
| 02/15/2023 | INV #30676. Due 02/15/2023. Orig. Amount $487.50. | 487.50 | 137,296.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 0.00 | 731.25 | 1,028.75 | 6,005.00 | 129,531.00 | $137,296.00 |