IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICTORY MOTORSPORTS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> STATE AUTO PROPERTY AND ) <br> CASUALTY INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Case No. 22-C-06748-S2 |

## NOTICE OF REMOVAL OF DEFENDANT STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY

State Auto Property and Casualty Insurance Company ("State Auto"), defendant in the above-styled matter, within the time prescribed by law and pursuant to 28 U.S.C. § 1441, files this notice of removal, respectfully showing the Court as follows:

### I.   COMMENCEMENT AND SERVICE

1.

Plaintiff Victory Motorsports, LLC ("plaintiff") commenced this action on November 22, 2022, by filing a complaint against State Auto and now-dismissed co-defendant, Norton Metro, LLC, in the State Court of Gwinnett County, State of

Georgia, which county is within the United States District Court for the Northern District of Georgia and the Atlanta Division of this Court. (Exhibit 1: Complaint). The lawsuit was styled as ***Victory Motorsports, LLC v. State Auto Property and Casualty Insurance Company and Norton Metro, LLC***, and was numbered as case no. 22-C-06748-S2.

2.

State Auto was served with a copy of the summons and complaint on December 14, 2022 by delivery to State Auto's registered agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092. (Exhibit 2: Notice of Service of Process, Summons, Complaint, Plaintiff's First Interrogatories, and Plaintiff's First Requests for Production).

3.

At the time plaintiff's complaint was filed in the State Court of Gwinnett County, State of Georgia, complete diversity did not exist because Norton Metro, LLC is a Georgia limited liability company.

4.

On March 28, 2023, Judge Shawn F. Bratton of the State Court of Gwinnett County, State of Georgia dismissed defendant Norton Metro, LLC as a party from this action without prejudice. (Exhibit 3: Order Dismissing Defendant Norton Metro,

LLC).

## II.    GROUNDS FOR REMOVAL

5.

Due to defendant Norton Metro, LLC's dismissal from the state court action, complete diversity now exists. 28 U.S.C. §§ 1332, 1441.

6.

Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because this action is between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a).

## III.    COMPLETE DIVERSITY

7.

For the purposes of diversity jurisdiction, a limited liability company takes the citizenship of each one of its members. *Sugarloaf Capital Buford, LLC v. la Quinta Franchising, LLC*, Civil Action No. 1:19-cv-03623-SDG, 2020 U.S. Dist. LEXIS 267420, at *5 (N.D. Ga. Apr. 24, 2020); *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) ("[A] limited liability company is a citizen of any state of which a member of the company is a citizen.")

8.

Plaintiff is a limited liability company organized and existing under the laws of the State of Georgia, with its principal place of business located in Dacula, Georgia (Gwinnett County). (Ex. 1: Petition, ¶ 1).

9.

Upon information and belief, Bryan Dyer is the sole member of Victory Motorsports, LLC. Also upon information and belief, Bryan Dyer is a citizen and resident of Gwinnett County, State of Georgia.

10.

State Auto is a corporation organized and existing under the laws of the State of Iowa, with its principal place of business located in West Des Moines, Iowa (Polk County).

11.

Accordingly, there is complete diversity of citizenship between plaintiff and its sole member and State Auto in this action.

IV. **AMOUNT IN CONTROVERSY**

12.

The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a).

13.

In its complaint, plaintiff has asserted claims against State Auto for breach of contract and negligence. (Ex. 1, ¶¶ 15-26).

14.

The *ad damnum* clause of plaintiff's complaint reads:

"WHEREFORE, Plaintiff respectfully prays that it be granted judgment in its favor and against Defendants, for:

    a.    the full amount of damages it has sustained related to the Claim;

    b.    pre and post-judgment interest; and

    c.    All other damages deemed just by this Honorable Court and a jury of Plaintiff's peers;"

(Ex. 1, ¶ 34, *ad damnum* clause).

15.

Plaintiff does not specify in its complaint the exact amount of damages sought against State Auto; however, plaintiff alleges that ". . . Defendant State Auto took the position there was only $2,000.00 in coverage for Plaintiff's customers automobiles, parts, and related accessories, despite Plaintiff incurring losses of over $240,000.00." (Ex. 1, ¶ 23).

16.

Although the complaint does not state a specific monetary demand, the allegations of plaintiff's complaint referring to the alleged damages incurred by plaintiff establish that the damages sought by plaintiff in this lawsuit exceed the sum or value of $75,000.00, exclusive of interest and costs. Therefore, the amount in controversy satisfies the jurisdictional prerequisite of 28 U.S.C. § 1332(a).

## V.  TIMELY REMOVAL

17.

In addition to satisfying the amount in controversy and diversity of citizenship requirements, State Auto has complied with the procedures necessary for removal contained in 28 U.S.C. § 1446.

18.

State Auto has properly filed this notice of removal of the case to the United States District Court for the Northern District of Georgia, Atlanta Division, "within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order, or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

19.

State Auto has filed this notice of removal within thirty days of the State Court of Gwinnett County's dismissal of the non-diverse defendant Norton Metro, LLC on March 23, 2023. (*See* Ex. 3).Therefore, State Auto timely filed this notice of removal. 28 U.S.C. § 1446(b)(1).

## VI. CONCLUSION

20.

Because the amount in controversy in this lawsuit exceeds the sum or value of $75,000.00, exclusive of interest and costs, and there is complete diversity of citizenship between plaintiff and State Auto, this case is subject to the original jurisdiction of this Court under 28 U.S.C. § 1332, and may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

21.

Attached to this notice of removal as "Exhibit 4" are true and correct copies of all other process, pleadings, and orders served upon State Auto in this case, as required by 28 U.S.C. § 1446(a).

22.

State Auto has given written notice of the filing of this notice of removal to plaintiff by mailing a copy of this notice to its attorney of record by U.S. Mail and electronic mail at the following address:

> Michael B. Weinstein, Esq.
> Weinstein & Black, LLC
> 3050 Amwiler Road, Suite 200-C
> Atlanta, Georgia 30360
> mike@wblegal.net

23.

In accordance with 28 U.S.C. § 1446(a), State Auto will provide written notice of the filing of this notice of removal to Tiana P. Garner, Clerk of Court, State Court of Gwinnett County, State of Georgia, and serve a copy upon plaintiff.

WHEREFORE, defendant State Auto Property and Casualty Insurance Company respectfully prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 24th day April, 2023.

>   */s/ Wayne D. Taylor*
>   WAYNE D. TAYLOR
>   Georgia Bar No. 701275
>   SARAH M. MACKIMM
>   Georgia Bar No. 299849
>   MOZLEY, FINLAYSON & LOGGINS LLP
>   1050 Crown Pointe Parkway, Suite 1500

Atlanta, Georgia 30338
Tel: (404) 256-0700
Fax: (404) 250-9355
wtaylor@mfllaw.com
smackimm@mfllaw.com

*Attorneys for Defendant State Auto Property and Casualty Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICTORY MOTORSPORTS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> STATE AUTO PROPERTY AND ) <br> CASUALTY INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Case No. 22-C-06748-S2 |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF REMOVAL OF DEFENDANT STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY** using the Court's CM/ECF System and served a true and correct copy of same via electronic mail on the following counsel of record:

Michael B. Weinstein, Esq.
Weinstein & Black, LLC
3050 Amwiler Road, Suite 200-C
Atlanta, Georgia 30360
mike@wblegal.net

*Attorney for Plaintiff Victory Motorsports, LLC*

This 24th day of April, 2023.

                                                */s/ Wayne D. Taylor*  
                                                WAYNE D. TAYLOR  
                                                Georgia Bar No. 701275