# EXHIBIT 3

E-FILED IN OFFICE - JT
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-06748-S2**

**3/28/2023 2:38 PM**

**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| VICTORY MOTORSPORTS, LLC | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO.  22-C-06748-S2 |
| | ) | |
| STATE AUTO PROPERTY AND | ) | |
| CASUALTY INSURANCE CO. & | ) | |
| NORTON METRO, LLC | ) | |
| | ) | |
| **Defendants.** | ) | |

*SFB* <u>~~PROPOSED~~ ORDER DISMISSING DEFENDANT NORTON METRO, LLC</u>

Pursuant to O.C.G.A. §§ 9-11-21 and 9-11-41, Plaintiff and Defendant Norton Metro, LLC's Joint Consent Motion to Dismiss Without Prejudice is hereby GRANTED. The claims against Defendant Norton Metro, LLC in Plaintiff's Complaint are hereby dismissed without prejudice.  Norton Metro, LLC is hereby dismissed as a party from this action.  Accordingly, the style of the case shall be amended to name State Auto Property and Casualty Insurance Co. as the only Defendant.

SO ORDERED, this *28* day of_____*March*_____2023.

_____
Judge Shawn F. Bratton
State Court of Gwinnett County