UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SEUNG HO KUG,<br>EUN HYE SONG,<br>SEO IN KUG, and<br>SEO KYEUNG KUG<br><br>  Plaintiffs<br><br>v.<br><br>UR M. JADDOU, Director of U.S. Citizenship and Immigration Services<br><br><br>  Defendant. | Civ. No.<br><br>COMPLAINT TO COMPEL AGENCY ACTION UNDER 28 U.S.C § 1361 AND 5 U.S.C. §§ 555(b), 701(1), AND FOR A WRIT OF MANDAMUS TO COMPEL DEFENDANTS' ADJUDICATION OF FORMS I-485 ADJUSTMENT OF STATUS APPLICATION<br><br>Agency No. A216-366-182<br>Agency No. A219-253-782<br>Agency No. A219-253-783<br>Agency No. A219-253-781 |

**COMPLAINT FOR WRIT OF MANDAMUS**

**To the Honorable Judges of Said Court:**

Plaintiffs, Mr. Seung Ho Kug, Ms. Eun Hye Song, Mr. Seo In Kug, and Ms. Seo Kyeung Kug, through undersigned counsel, allege as follows:

### I.      INTRODUCTION

1. This is a civil action brought pursuant to 28 U.S.C. § 1361, 8 U.S.C. § 1329, and 28 U.S.C. § 1331, to redress the deprivation of rights, privileges and immunities secured to Plaintiffs to compel Defendant to perform a duty Defendant owed to Plaintiffs.

2. This action is brought to compel Defendant and those acting under them to take action on

Applications to Adjust Status to Permanent Resident, Forms I-485 ("Application") for Plaintiffs to become a Lawful Permanent Resident of the United States.

3. Plaintiffs request that this Court issue injunctive relief and a writ in the nature of mandamus compelling the Defendant to make a determination to grant or deny adjustment of status under 8 U.S.C §1255.

## II.     JURISDICTION

4. This Court has general federal question jurisdiction over this action under 5 U.S.C. §§ 555(b) and 706(a), 28 U.S.C. § 1361, and 28 U.S.C. § 1331(a). Jurisdiction is also conferred by 5 U.S.C. § 704.

5. This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 and F.R.C.P. 57 and 65.

## III.    VENUE

6. Venue in the Northern District of Georgia is proper pursuant to 28 U.S.C. §1391(e). Defendant is Officer of the United States acting in her official capacity, and the U.S. Attorney General's Office, the Department of Homeland Security ("DHS"), and the United States Citizenship and Immigration Services ("USCIS") are agencies of the United States. Further, Plaintiffs are residents of Gwinnett County. Therefore, the Plaintiffs reside in this judicial district.

## IV.    EXHAUSTION

7. There are no administrative remedies available for Plaintiffs to exhaust.

V.  PARTIES

Plaintiffs

8. Principal Plaintiff, Seung Ho Kug (Alien Registration Number: A216-366-182), his dependent family members, Eun Hye Song (Alien Registration Number: A219-253-782), Seo In Kug (Alien Registration Number: A219-253-783) and Seo Kyeung Kug (Alien Registration Number: A219-253-781), are residents of Gwinnett County, Georgia and are applicants for adjustment of status.

Defendant

9. Defendant UR M. JADDOU, is the Director of USCIS, a fee-for-service agency which she is responsible for the administration and enforcement of the immigration laws of the United States. This action is brought against her in her official capacity.

VI.  FACTUAL ALLEGAIONS

10. Principal Plaintiff, a 58-year-old male who is a native and citizen of Republic of Korea, has resided continuously in the United States since February 2018. *See* Exhibit A.

11. Principal Plaintiff is a resident of Gwinnett County. Plaintiff came to the United States as an F-1, an international student, and later filed an application for adjustment of status on July 15, 2019 with his dependent family members, the other Plaintiffs in this action. *See* Exhibit B.

12. Principal Plaintiff is a beneficiary of an approved I-140 visa petition which was filed by Koch Foods of Gadsden, LLC on July 15, 2019 with USCIS and approved on August 14, 2021. The visa petition carries a priority date of April 19, 2018. *See* Exhibit C.

13. The USCIS accepted applicants' adjustment applications along with an application for

employment authorization. USCIS approved Principal plaintiff's application for employment authorization. *See* Exhibit D.

14. Principal Plaintiff's new employer, Wayne Farms, LLC, filed for a Form I-485J, Confirmation of Bona Fide Job Offer or Request for Job Portability INA SEC 204(J) and USCIS approved it on July 27, 2022. Principal Plaintiff has been working at Wayne Farms, LLC. *See* Exhibit E.

15. Principal Plaintiff is eligible to have his Application adjudicated because it is based on the approval of I-140 Petition, which USCIS already approved. *See* Exhibit C.

16. The Plaintiffs have at all times met and continue to meet the requirements necessary to adjust status in the United States.

17. The national median processing time for Form I-485 for employment-based adjustment applications has never been more than 11 months for Fiscal Year 2018 to 2023 (up to March 31, 2023). *See* Exhibit F.

18. Principal Plaintiff fits into preference category EB3 from Republic of Korea and his priority date is April 19, 2018. *See* Exhibit B. According to the April 2023 Visa Bulletin, visa numbers are immediately available for the plaintiffs. *See* Exhibit G.

19. Despite Plaintiffs' diligent effort and follow-up, it does not seem as though Defendant is moving forward on adjudicating Plaintiff's Application.

## COUNT 1

20. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 19 above.

21. Plaintiffs are eligible for immediate adjudication of their applications.

22. Plaintiffs are admissible to the United States as lawful permanent residents.

23. Plaintiffs have suffered and will continue to suffer significant and irreparable harm

because of the Defendant's policies, procedures, acts and failures to act as described herein.

24. Defendant has violated Plaintiffs' statutory right to apply for benefits which Congress has provided under the INA, depriving Plaintiff of the opportunity to pursue adjustment of status to lawful permanent residence and live lawfully in the United States under 8 USC § 1255.

### Count 2

25. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 24 above.
26. Plaintiffs have suffered a legal wrong or have been "adversely affected or aggrieved" by agency action. 5 U.S.C. § 702. Plaintiffs are persons aggrieved by agency action, for which there is no other adequate remedy in a court. 5 U.S.C. § 704.

### Count 3

27. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 26 above.
28. Defendant owes Plaintiffs a clear and certain duty to adjudicate Plaintiffs' Applications.
29. Plaintiffs have no other adequate remedy.

### VII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the Court:

1. Assume Jurisdiction over this action;
2. Issue a writ of mandamus compelling Defendant to immediately adjudicate the pending Application;

3. Award Plaintiffs reasonable costs and attorney's fees under the Equal Access to Justice Act; and

4. Award such further relief as the Court deems just or appropriate.

Respectfully submitted on this 24th day of April, 2023,

_____/s/_____
Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*

**VERIFICATION**

I, Myung-Sun Caitlyn Goldstein, hereby verify that, to the best of my knowledge and belief, the matters stated in the Complaint to Compel Agency Action and for a Writ of Mandamus to Compel Defendant's Adjudication of Forms I-485 Application to Adjust Status are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Suwanee, Georgia on this 24th day of April, 2023,

/s/

Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed the foregoing **COMPLAINT FOR MANDAMUS RELIEF** and its accompanying Exhibits with the Clerk of Court using the CM/ECF system. This system will automatically send email notification of such filing to all below Defendant who are registered with this system. In addition, in compliance with local rules, this initial Complaint and the accompanying Exhibits and summons will also be served by First Class Certified Mail, postage pre-paid, on:

Ur M. Jaddou, Director
c/o
Office of the Chief Counsel
20 Massachusetts Avenue, NW
Room 4210
Washington, D.C. 20529


Kurt R. Erskine, Acting USA
Northern District of Georgia
75 Ted Turner Drive SW
Suite 600
Atlanta, Georgia 30303


Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530


Certified this 24th day of April, 2023,

       /s/
_____
Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*