UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SEUNG HO KUG, <br> EUN HYE SONG, <br> SEO IN KUG, and <br> SEO KYEUNG KUG <br><br> Plaintiffs <br><br> v. <br><br> UR M. JADDOU, Director of U.S. Citizenship and Immigration Services <br><br> Defendant. | Civ. No. <br><br> COMPLAINT TO COMPEL AGENCY ACTION UNDER 28 U.S.C § 1361 AND 5 U.S.C. §§ 555(b), 701(1), AND FOR A WRIT OF MANDAMUS TO COMPEL DEFENDANTS' ADJUDICATION OF FORMS I-485 ADJUSTMENT OF STATUS APPLICATION <br><br> Agency No. A216-366-182 <br> Agency No. A219-253-782 <br> Agency No. A219-253-783 <br> Agency No. A219-253-781 |

## **LIST OF EXHIBITS**

| | |
|---|---|
| Exhibit A | Plaintiffs' Forms I-94; |
| Exhibit B | Plaintiffs' Receipt Notices for Forms, I-485, Application for Adjustment of Status; |
| Exhibit C | Approval Notice for Form, I-140, Immigrant Petition for Immigrant Worker; |
| Exhibit D | Copy of Principal Plaintiff's Employment Authorization Document; |
| Exhibit E | Copy of Approval Notice for Form I-485J; |

Exhibit F    USCIS Historical Processing Time; and

Exhibit G    April 2023 Visa Bulletin.

    Respectfully submitted this 24th day of April, 2023,

    /s/

Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*