For: **SEUNG HO KUG**



## Most Recent I-94

**Admission (I-94) Record Number :** 85453513985
**Most Recent Date of Entry:** 2018 February 08
**Class of Admission :** F1
**Admit Until Date :** D/S
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | KUG |
| First (Given) Name : | SEUNG HO |
| Birth Date : | ▇▇▇▇▇▇ |
| Document Number : | m75284617 |
| Country of Citizenship : | Korea, South |

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 07/31/2022

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

 For: **EUN HYE SONG**



**U.S. Customs and Border Protection**
Securing America's Borders

## Most Recent I-94

**Admission (I-94) Record Number :** 28000716456
**Most Recent Date of Entry:** 2018 May 31
**Class of Admission :** F2
**Admit Until Date :** D/S
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | SONG |
| First (Given) Name : | EUN HYE |
| Birth Date : | ███████ |
| Document Number : | m73355980 |
| Country of Citizenship : | Korea, South |

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 07/31/2022

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

 For: **SEO IN KUG**



Most Recent I-94

**Admission (I-94) Record Number :** 38328733830
**Most Recent Date of Entry:** 2014 September 02
**Class of Admission :** F2
**Admit Until Date :** D/S
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | KUG |
| First (Given) Name : | SEO IN |
| Birth Date : | ▉▉▉▉▉▉▉ |
| Document Number : | m71463686 |
| Country of Citizenship : | Korea, South |

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 07/31/2022

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy ▾

22. 7. 25. 오전 1:38            I94 - Official Website

Case 1:23-mi-99999-UNA   Document 1348-2   Filed 04/24/23   Page 4 of 4

 **For: SEO KYEUNG KUG**



## U.S. Customs and Border Protection
Securing America's Borders

### Most Recent I-94

**Admission (I-94) Record Number :** 38328756730
**Most Recent Date of Entry:** 2014 September 02
**Class of Admission :** F2
**Admit Until Date :** D/S
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | KUG |
| First (Given) Name : | SEO KYEUNG |
| Birth Date : | ▉▉▉▉▉▉ |
| Document Number : | m18413671 |
| Country of Citizenship : | Korea, South |

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 07/31/2022

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy -

https://i94.cbp.dhs.gov/I94/#/recent-results       1/1