# THE UNITED STATES OF AMERICA

**I-797 | NOTICE OF ACTION** | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| MSC2228550346 | | I485J - CONFIRMATION OF BONA FIDE JOB OFFER OR REQUEST FOR JOB PORTABILITY INA SEC204(J) |
| Received Date | Priority Date | Applicant A219 253 784 |
| 07/25/2022 | | KUG, SEUNG HO |
| Notice Date | Page | |
| 07/27/2022 | 1 of 1 | |

SEUNG HO KUG

**Notice Type:** Approval Notice
**Employer Business Name:** WAYNE FARMS LLC
**Employer Site:** PENDERGRASS GA
**Job Title:** POULTRY CUTTER AND TRIMMER
**SOC Code:** 513022

We have approved your Form I-485 Supplement J, Confirmation of Bona Fide Job Offer or Request for Job Portability under Immigration and Nationality Act Section 204(j). USCIS hereby determines that you have a bona fide job offer from the I-140 petitioner or from a different U.S. employer that is in the same or similar occupational classification as the position for which the underlying Form I-140 was filed and approved.

Please note, the approval of your Form I-485, Supplement J does NOT grant you lawful permanent residence or any other immigration status or benefit. A decision on your pending Employment-Based (EB) Form I-485, Application to Register Permanent Residence or Adjust Status will be made separately.

If you wish to confirm the bona fides of a different job offer, or request portability under INA section 204(j) at a later date, you must file a new Form I-485, Supplement J.

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

USCIS Contact Center: www.uscis.gov/contactcenter

FORM I-797 [REV. 08/01/16]