AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| JI SU CHOI and CHO KYUNG KIM | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| UR M. JADDOU | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JI SU CHOI and CHO KYUNG KIM.

Date: 02/13/2023

/s/
*Attorney's signature*

Myung-Sun Caitlyn Goldstein, 623307
*Printed name and bar number*

Goldstein Law Group
3449 Lawrenceville-Suwanee Road
Ste. C
Suwanee, GA 30024
*Address*

mcg@mcglawoffice.com
*E-mail address*

(404) 781-9212
*Telephone number*

(877) 273-8478
*FAX number*