IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEPHANIE FLETCHER-SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | |
| | ) | _____ |
| QUINTON SWANSON and UNITED | ) | |
| STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | | |

**NOTICE OF REMOVAL**

TO:   The Honorable Judges of the United States District Court for the Northern
District of Georgia, ATLANTA Division

Defendant Quinton Swanson and the United States of America, by and

through the United States Attorney for the Northern District of Georgia, and

pursuant to 28 U.S.C. § 1442, file this notice of removal of proceedings initiated in

the State Court of Fulton County, State of Georgia, styled as *Stephanie Fletcher-*

*Scott v. Quinton Swanson and United States of America*, Civil Action No.

23EV001924.  In support of this removal the Defendants respectfully show the

following:

1. This lawsuit is one that may be removed to federal court pursuant to 28

U.S.C. § 1442(a)(1).  This lawsuit arises out of a motor vehicle accident Ms.

Swanson had while acting within the scope of his employment with the United States Postal Service.  The action is one against the United States, an agency thereof, or an officer of the United States or of an agency thereof, acting in his or her official or individual capacity.  Therefore, removal is proper under 28 U.S.C. § 1442(a).

2. Section 1442(d) defines the terms "civil action" and "criminal prosecution" for purposes of removal to include "any proceeding (whether or not ancillary to another proceeding) to the extent that in such proceeding a judicial order, including a subpoena for testimony or documents, is sought or issued."

3. Copies of all pleadings filed in the state court in this action are attached to this pleading as Exhibit A.  A copy of this Notice of Removal is being served upon counsel for Plaintiff, Stephanie Fletcher-Scott.  A copy will be filed with the State Court of Fulton County.

WHEREFORE, the Defendants remove the proceedings initiated in the State Court of Fulton County, *Stephanie Fletcher-Scott v. Quinton Swanson and United States of America* Civil Action No. 23EV001924, to this United States District Court for the Northern District of Georgia for such further proceedings as may be appropriate.

Dated: April 25, 2023.

Respectfully submitted,

RYAN K. BUCHANAN
    *United States Attorney*

/s/ *Neeli Ben-David*

NEELI BEN-DAVID
*Assistant United States Attorney*
Georgia Bar No. 049788
Neeli.ben-david @usdoj.gov
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000   Fax (404) 581-6181

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEPHANIE FLETCHER-SCOTT,      )
                               )
Plaintiff,                     )
                               )    CIVIL ACTION NO.:
v.                             )
                               )    _____
QUINTON SWANSON and UNITED     )
STATES OF AMERICA,             )
                               )
Defendants.

### Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing

removal has been prepared using Book Antiqua, 13 point font.


*/s/ Neeli Ben-David*
NEELI BEN-DAVID
*Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEPHANIE FLETCHER-SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | |
| | ) | _____ |
| QUINTON SWANSON and UNITED | ) | |
| STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | | |

**Certificate of Service**

This is to certify that I have this date served the within and foregoing Notice

of Removal by causing a true and correct copy thereof to be sent to the following

individual by first class U.S. Mail, properly addressed and with sufficient

postage affixed:

James Palmer
Morgan and Morgan, PLLC
1350 Church Street Extension
Suite 300
Marietta, Georgia 30060

April 25, 2023.

/s/ Neeli Ben-David
_____
NEELI BEN-DAVID
*Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEPHANIE FLETCHER-SCOTT,     )
                              )
Plaintiff,                    )
                              )     CIVIL ACTION NO.:
v.                            )
                              )     _____
QUINTON SWANSON and UNITED    )
STATES OF AMERICA,            )
                              )
Defendants.                   )

## ORDER

This matter having been removed to the Court by the United States

Attorney for the Northern District of Georgia upon the filing of a Notice of

Removal of the case of *Stephanie Fletcher-Scott v. Quinton Swanson and United*

*States of America*, Civil Action No. 23EV001924 now pending in the State Court of

Fulton County, State of Georgia, in accordance with 28 U.S.C. § 1442, pursuant to

the provisions of 28 U.S.C. § 1447(b), as amended, it is hereby ORDERED:

The Clerk of the State Court of Fulton County, Georgia is hereby

ORDERED to deliver forthwith to the Clerk of this Court, located at United

States Courthouse, Richard B. Russell Federal Building & United States

Courthouse, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta,

GA 30303, one (1) complete certified copy of the entire record herein to date in

Stephanie Fletcher-Scott v. Quinton Swanson and United States of America, Civil

Action No. 23EV001924.

So ordered this _____ day of _____, 2023.

_____
JUDGE
UNITED STATES DISTRICT COURT

Presented By:

_/s/ Neeli Ben-David_____
Neeli Ben-David
_Assistant United States Attorney_
Georgia Bar No. 049788

EXHIBIT A

State Court of Fulton County
**E-FILED**
23EV001924
3/30/2023 3:17 PM
Donald Talley, Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: _____

STEPHANIE FLETCHER-SCOTT
_____
_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

QUINTON SWANSON
UNITED STATES OF AMERICA
_____

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [X] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| ************ | |
| [X] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT:  **UNITED STATES OF AMERICA**

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: JAMES PALMER

Address: 1350 CHURCH STREET EXTENSION, SUITE 300

City, State, Zip Code: MARIETTA, GEORGIA 30060          Phone No.: (770) 702-9067

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

_____

***SERVICE INFORMATION:***

Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.    _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Rec'd on 04/11/2023
@ 9:53am via Hand delivery
on behalf of USAO NDGA
J. Thompson

State Court of Fulton County
**E-FILED**
23EV001924
3/30/2023 3:17 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

STEPHANIE FLETCHER-SCOTT,  )
                                )
     Plaintiff,           )
                                )    Civil Action File No.: _____
v.                           )
                                )    JURY TRIAL DEMAND
QUINTON SWANSON, and    )
UNITED STATES OF AMERICA,  )
                                )
     Defendants.       )

---

### COMPLAINT AND DEMAND FOR TRIAL BY JURY

---

Plaintiff Stephanie Fletcher-Scott files this Complaint against Defendants Quinton Swanson, and United States of America and respectfully shows this Honorable Court as follows:

### PARTIES, SERVICE, JURISDICTION, AND VENUE

1.

This action arises under the Federal Torts Claims Act, 28 U.S.C. §§ 1346(b) and 2671-2680, and this court has original jurisdiction over the proceeding against the defendant, United States of America (" Defendant USA"). The Plaintiff suffered injuries and damages as a result of the negligence of an employee of the United States Government, while said employee was acting within the course and scope of his employment. The USA, if a private person, would be liable to the Plaintiff in

accordance with the doctrine of respondent superior and other applicable law. The USA is a proper defendant pursuant to 28 U.S.C. §§ 2674 and 2679.

2.

Service of Process may be perfected by serving a copy of the complaint and summons to the United States Attorney for the Northern District of Georgia and forwarding a copy of same by certified mail, return receipt requested, to the Office of the Attorney General of the United States, Hon. Merrick Garland. Service is made on defendant, United States of America, pursuant to Rule 4(i)(1) of the Federal Rules of Civil Procedure.

3.

Defendant Quinton Swanson ("Defendant Swanson") is a citizen and resident of the State of Georgia, whose last known residence is 4961 Antelope Cove, Atlanta, Georgia 30349 in Fulton County, Georgia.

4.

Upon information and belief, Defendant Swanson is subject to the jurisdiction of this Court and may be served by personal service of the Summons and Complaint at that address.

5.

Plaintiff Stephanie Fletcher-Scott is a citizen of and a resident of Lithonia, in DeKalb County, Georgia, and submits to the jurisdiction of this court.

6.

Because Defendant Swanson is a resident of Fulton County, Georgia, venue is

proper in this honorable court as to all parties.

STATEMENT OF FACTS

7.

On or around November 3, 2022, the Plaintiff was driving a 2019 Nissan Sentra (the **"Plaintiff's Vehicle"**) northbound on Georgia 400 North Spalding Drive in Fulton County, Georgia.

8.

At that same time, Defendant Swanson was driving a 2020 Peterbuilt postal tractor-trailer (the **"Defendant's Vehicle"**) traveling northbound on Georgia 400 North Spalding Drive in Fulton County, Georgia, adjacent to the Plaintiff's Vehicle.

9.

Defendant Swanson, while acting within the course and scope of his employment as an employee of the United States Postal Service, negligently and carelessly caused the Defendant's Vehicle to enter the right lane and struck the left front corner of the Plaintiff's Vehicle with the right front corner of the Defendant's Vehicle.

9.

Defendant Swanson, while acting within the course and scope of his employment as an employee of the United States Postal Service, failed to yield the right of way to the Plaintiff's Vehicle, failed to exercise due care to avoid colliding with the Plaintiff's Vehicle, failed to keep a proper lookout ahead, failed to pay attention to the roadway in front of him, failed to operate the Defendant's Vehicle in

a careful manner, and failed to keep control of the Defendants Vehicle so as to avoid a collision.

10.

Under these facts and circumstances and under the laws of the State of Georgia, the person responsible for the operation of a motor vehicle in the manner described herein, if he were a private person, would be liable to the Plaintiff for her damages resulting from the collision.

11.

At the date and time of this collision, Defendant USA, by and through its employee, agent and servant, Defendant Swanson, failed to exercise ordinary care and otherwise violated its statutory and common law duties to the Plaintiff as described herein, and its negligence and its negligence per se was a substantial factor in causing the Plaintiff's personal injuries and damages.

12.

As a direct and proximate result of the negligent and careless conduct of Defendant USA, by and through its employee, agent, and servant, Defendant Swanson, and without any negligence on the part of the Plaintiff, the Plaintiff sustained severe and permanent injuries, impairment of bodily functions, and has been caused to incur healthcare expenses and other damages, and she will be caused to incur healthcare expenses and other damages in the future; she has suffered an increased likelihood of and susceptibility to injury and disease; she has been deprived of her enjoyment of life; she has suffered permanent injury; she has suffered pain,

mental anguish, and inconvenience and will be caused to endure pain, suffering, and mental anguish in the future.

### PROCEDURAL HISTORY

#### 13.

On March 27, 2023, the Plaintiff filed her Standard Form 95 Claim for Damage Injury, or Death, with the United States Postal Service pursuant to the provisions of the Federal Torts Claims Act, 28 U.S.C. §§ 1346(b) and 2671- 2680.  The Postal Service acknowledged receipt of the plaintiff's claim on May 11, 2022.  A true and correct copy of the United States Postal Service's acknowledgement of receipt of the claim is attached hereto as "Exhibit A" and incorporated herein by reference.

#### 14.

The Plaintiff has complied with all administrative requirements to assert this action, and all administrative remedies have been exhausted.

WHEREFORE, the Plaintiff demands judgment against the Defendants, as follows:

1. Compensatory damages to fairly and reasonably compensate the Plaintiff, not to exceed $1,000,000.00.

2. Her costs herein incurred.

3. Interest at the maximum allowable rate.

4. Any and all other relief to which the Plaintiff may be entitled.

5. That all issues be tried before a jury of twelve persons.

Respectfully submitted this 30th day of March 2023.

**MORGAN & MORGAN, PLLC**

*/s/: James Palmer*
James Palmer, Esq.
Georgia Bar Number 381099
*Attorney for Plaintiff*

1350 Church Street Extension, Suite 300
Marietta, Georgia 30060
jtpalmer@forthepeople.com

# EXHIBIT A

# MORGAN & MORGAN

408 12th Street, Suite 200, Columbus, Georgia 31901 * 706-324-1227 * ForThePeople.com

*Evan Rosenberg, Attorney*
*Phone: 404-496-7305*
*Fax: 706-478-1990*
*Email: ERosenberg@forthepeople.com*

*Michelle Hill, Case Manager*
*Phone: 706-478-1939*
*Fax: 706-478-1990*
*Email: MHill@forthepeople.com*

March 27, 2023



13491347
USPS Atlanta District
Tort Claims
P.O. Box 599322
North Metro, GA 30026-9322
**Via Certified Mail – Return Receipt Requested**

Re:     Fletcher-Scott, Stephanie v. Swanson, Quinton
        Date of Loss: November 3, 2022

To Whom It May Concern:

Please find enclosed the completed SF95 form for Stephanie Fletcher-Scott for the date of loss November 3, 2022.

Sincerely,

Evan Rosenberg
*Attorney at Law*

ER/mh/mh

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>Tort Claims - Georgia District<br>PO Box 599322<br>North Metro, GA 30026-9322 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>Stephanie Fletcher-Scott<br>c/o Morgan & Morgan<br>408 12th Street, Suite 200<br>Columbus, GA 31901 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>10/31/1973 | 5. MARITAL STATUS<br>Separated | 6. DATE AND DAY OF ACCIDENT<br>11/03/2022      Thursday | 7. TIME (A.M. OR P.M.)<br>5:00 a.m. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Stephanie Fletcher-Scott was traveling on Georgia 400 North near Exit 6 when her vehicle was sideswiped by a USPS tractor-trailer on the driver's side door to her fender.
As a result of this accident, Ms. Fletcher-Scott has suffered from personal injuries to include, but not limited to her back, neck, right shoulder, right hip, and right knee. Medical treatment is ongoing.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Stephanie Fletcher-Scott

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Vehicle is damaged from drivers side door to fender including crumpled metal near driver side wheel drum, pain damage, and rear view mirror damage.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

As a result of this accident, Ms. Fletcher-Scott has suffered from personal injuries to include, but not limited to her back, neck, right shoulder, right hip, and right knee. Medical treatment is ongoing.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Tracey (last name unknown) | 916-217-5427 | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 6,212.00 | 1,000,000 | 0 | 1,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Stephanie Fletcher-Scott* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>646-830-0115 | 14. DATE OF SIGNATURE<br>3/24/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?  ☒ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

Esurance Insurance Company, PO Box 335, Addison, TX 75001
Policy No.: 8292203
Claim No.: 220795098

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount. |
|---|---|
| Deductible | 500.00 |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).
Fixed property damage.

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:*  The information requested is to be used in evaluating claims.
C.  *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:*  Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

State Court of Fulton County
**E-FILED**
23EV001924
3/30/2023 3:17 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

STEPHANIE FLETCHER-SCOTT,      )
                               )
        Plaintiff,             )
                               )        Civil Action File No.: _____
v.                             )
                               )        JURY TRIAL DEMAND
QUINTON SWANSON, and           )
UNITED STATES OF AMERICA,      )
                               )
        Defendants.            )

## RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that pursuant to Uniform Court Rule 5.2, I have served upon all Defendants in the foregoing matter a copy of the following:

1. PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL BY JURY;

2. PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT QUINTON SWANSON;

3. PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT QUINTON SWANSON;

4. PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT UNITED STATES OF AMERICA;

Page 1 of 2

5. PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT UNITED STATES OF AMERICA;

6. PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO UNINSURED / UNDERINSURED MOTORIST INSURANCE CARRIER ESURANCE INSURANCE COMPANY; AND

7. PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO UNINSURED / UNDERINSURED MOTORIST INSURANCE CARRIER ESURANCE INSURANCE COMPANY.

Respectfully submitted this 30th day of March 2023.

MORGAN & MORGAN, PLLC

/s/: James Palmer
James Palmer, Esq.
Georgia Bar Number 381099
Attorney for Plaintiff

1350 Church Street Extension, Suite 300
Marietta, Georgia 30060
jtpalmer@forthepeople.com

State Court of Fulton County
**E-FILED**
23EV001924
3/30/2023 3:17 PM
Donald Talley, Clerk
Civil Division

# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

STEPHANIE FLETCHER-SCOTT,    )
    )
    Plaintiff,    )
    )    Civil Action File No.: _____
v.    )
    )    JURY TRIAL DEMAND
QUINTON SWANSON, and    )
UNITED STATES OF AMERICA,    )
    )
    Defendants.    )

### PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT UNITED STATES OF AMERICA

To:    Defendant United States of America
    USPS Atlanta District
    Tort Claims
    P.O. Box 599322
    North Metro, Georgia 30026-9322

Plaintiff submits the following requests for admission to Defendant United States of America, pursuant to O.C.G.A. § 9-11-36 for response within forty-five days after service hereof. The following requests for admission are for purposes of the pending action only and are subject to all objections that may be interposed at the trial of the case.

1.

Please admit that at the time of the subject collision you were the owner or lessee of the 2020 Peterbuilt postal tractor-trailer (the **"Defendant's Vehicle"**) operated by Defendant Quinton Swanson.

Page 1 of 4

2.

Please admit that all documents could be served upon you at USPS Atlanta District, Tort Claims, P.O. Box 599322, North Metro, Georgia 30026-9322 at the time this lawsuit was served on you.

3.

Please admit that this action has been brought against you properly and correctly name the parties sued in this case.

4.

Please admit that you were properly served with the Summons and Complaint in the above-styled action.

5.

Please admit that venue for the above styled action is proper in Fulton County, Georgia.

6.

Please admit that this court has personal jurisdiction over you for the purposes of this lawsuit.

7.

Please admit that the Defendant's Vehicle was being operated by Defendant Quinton Swanson with your knowledge, permission, consent, and authority.

8.

Please admit that Defendant Quinton Swanson was negligent in the operation of the Defendant's Vehicle that resulted in the subject collision with the Plaintiff's Vehicle.

9.

Please admit that Defendant Quinton Swanson received a citation issued by the investigating law enforcement agency arising out of the subject collision.

10.

Please admit that Defendant Quinton Swanson pled guilty to said citation in connection with the subject collision.

11.

Please admit that the Plaintiff was injured in the subject collision.

12.

Please admit that the Plaintiff's actions did not cause or contribute to the subject collision.

13.

Please admit that the Plaintiff incurred medical expenses for treatment of injuries resulting from the subject collision.

14.

Please admit that the Plaintiff's medical expenses were reasonable and necessary for the care and treatment of the injuries sustained in the subject collision.


Respectfully propounded this 30th day of March 2023.

Page 3 of 4

**MORGAN & MORGAN, PLLC**

*/s/: James Palmer*
James Palmer, Esq.
Georgia Bar Number 381099
*Attorney for Plaintiff*

1350 Church Street Extension, Suite 300
Marietta, Georgia 30060
jtpalmer@forthepeople.com

State Court of Fulton County
**E-FILED**
23EV001924
3/30/2023 3:17 PM
Donald Talley, Clerk
Civil Division

# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

STEPHANIE FLETCHER-SCOTT,     )
    )
       Plaintiff,     )
    )     Civil Action File No.: _____
v.     )
    )     JURY TRIAL DEMAND
QUINTON SWANSON, and     )
UNITED STATES OF AMERICA,     )
    )
       Defendants.     )

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT UNITED STATES OF AMERICA

To:     Defendant United States of America
       USPS Atlanta District
       Tort Claims
       P.O. Box 599322
       North Metro, Georgia 30026-9322

Pursuant to O.C.G.A. §§ 9-11-33 and 9-11-34 the Plaintiff submits the following interrogatories and requests for production of documents to the above-named Defendant (hereinafter referred to "you" or "your") for response within forty-five days after service hereof, in the form provided by law.

You are required, when answering these interrogatories, to furnish all information that is available to you, to your attorneys or agents, and to anyone else acting on your behalf. If the complete answer to an interrogatory is not known to you, you shall so state and answer the interrogatory to the fullest extent possible.

These interrogatories are deemed to be continuing and you are required to

provide by way of supplementary answers to these interrogatories any additional information that may be obtained by you, by your attorneys or agents, or by anyone else acting on your behalf.  Any such supplemental information will augment or modify any answer given to the attached interrogatories.  All such supplemental answers must be filed and served upon the counsel of record for the above-named Plaintiff within a reasonable time after discovery or receipt of such additional information, but in no event later than the time of the trial.

The documents requested to be produced for inspection and copying are to be produced at the offices of Morgan & Morgan, PA, 1350 Church Street Extension, Suite 300, Marietta, Georgia 30060 within forty-five days following receipt of this request. If the forty-fifth day falls on a holiday or weekend, the production will take place on the Monday following the forty-fifth day.  If the time for response is shortened by court order, then the shorter time frame shall apply.  In lieu of producing in person, you may attach copies of these documents to your answers to these interrogatories.

You are also required, pursuant to the Civil Practice Act, to produce at trial the materials and documents requested herein.

DEFINITIONS

The following definitions and instructions are applicable to each interrogatory unless negated by the context:

"Document" means any written, recorded, or graphic matter in whatever form, including copies, drafts, and reproductions thereof to which you have or have had

access, including, but not limited to, correspondence, memoranda, tapes, stenographic or handwritten notes, studies, publications, books, contracts, agreements, checks, bills, invoices, pamphlets, pictures, films, voice recordings, maps, graphs, reports, surveys, minutes of statistical compilations; every copy of such writing or record where the original is not in your possession, custody, or control, and every copy of such writing or record where such copy is not an identical copy of an original or where such copy contains any commentary or notation whatsoever that does not appear on the original.

"Person" shall mean a natural person, proprietorship, partnership, corporation, cooperative, association, firm, group, or any other organization or entity.

"Communication" means the transmittal of information from one or more persons to another person or persons, whether the medium for transmittal be oral, written, or electronic.

"Date" shall mean either: (1) the exact day, month, and year, if ascertainable, or (2) if the exact date is not ascertainable, then the best available approximation (including relationship to other events).

"Identify" or "Identity," when used in reference to:

a)   an <u>individual</u>, shall mean to state the full name, present or last known residence address (designating which), residence telephone number, present or last known employment address (designating which), employment telephone number, and employment title or capacity.

b)   a <u>firm, partnership, corporation, proprietorship, association, or other</u>

<u>organization or entity</u>, shall mean to state its full name, present or last known address (designating which), and the legal form of such entity or organization.

c)   a <u>document</u> shall mean to state the: title (if any), date, author, sender, recipient, identity of person signing it, type of document (i.e., a letter, memorandum, notation, book, telegram, chart, etc.) or some other means of identifying it, and its present location or custodian.  In the case of a document that was, but is no longer, in the possession, custody, or control of Defendant, state what disposition was made of it, why, when, and by whom.

Whenever the context so requires, the plural shall include the singular, the singular the plural, the masculine the feminine and neuter, the feminine the masculine and neuter, and the neuter the masculine and feminine.

INTERROGATORIES

1.

Please state your full name, current address, current employer, date of birth, social security number, and driver's license number, and the state that issued your driver's license.

2.

Please state the name and address of any person, including any party, who to your knowledge, information, or belief:

Page 4 of 12

a)   was an eyewitness to the incident underlying this litigation;

b)   has some knowledge of any fact or circumstance upon which your defense is based; or

c)   has conducted any investigation relating to the incident underlying this litigation or the background, employment, medical history, or activities of the Plaintiff.

3.

Please identify any statements or reports given by any person identified in your response to Interrogatory number 2.

4.

Has any entity issued a policy of liability insurance to you or which is or arguably should be extending insurance coverage to you?  If so, please state for each policy:

a)   the name of the insurer providing liability insurance;

b)   the limits of coverage;

c)   the name of the insured on the policy; and

d)   the policy number.

5.

Has any insurer referred to in your answer to Interrogatory number 4 denied coverage or reserved its rights to later deny coverage under any such policy of liability insurance to you?  If so, please explain.

6.

If you contend that the Plaintiff's actions contributed to the incident underlying this litigation, please state each fact supporting your contention and identify:

 a) each eyewitness who will testify to those facts; and

 b) each document or tangible thing that will evidence those facts.

7.

If you intend to call any expert or technician as a witness at the trial of this action, for each expert or technician please:

 a) state the subject matter on which he or she is expected to testify;

 b) state in detail the opinions held by each such expert or technician; and

 c) give a complete summary of the grounds for each opinion held.

8.

Was Defendant Quinton Swanson on the business of any individual or entity at the time of the subject incident?  If so, please identify any such individual or entity, including their name, address, and telephone number.

9.

Please state each prior collision which you are aware the Plaintiff has been involved in.

10.

Please state each prior insurance claim which you are aware the Plaintiff has made, and state whether your agents have procured an ISO claims index report.

11.

Page 6 of 12

If you contend that the Plaintiff's injuries pre-existed the incident underlying this litigation, please state each fact supporting your contention and identify:

a)     each eyewitness who will testify to those facts; and

b)     each document or tangible thing that will evidence those facts.

13.

If you contend that the Plaintiff has uttered inconsistent statements regarding material facts at issue in this litigation, please state each fact supporting your contention and identify:

a)     each eyewitness who will testify to those facts; and

b)     each document or tangible thing that will evidence those facts.

14.

If you contend that the Plaintiff has been convicted of or pled guilty to a crime of moral turpitude and/or felony, please identify:

a)     each eyewitness who will testify to those facts; and

b)     each document or tangible thing that will evidence those facts.

15.

What do you contend caused the incident underlying this litigation?

16.

If you contend that Defendant Quinton Swanson is not the sole proximate cause of the incident underlying this litigation, please state each fact supporting your contention and identify:

(a)     each eyewitness who will testify to those facts; and

(b)    each document or tangible thing that will evidence those facts.

17.

Do you contend that any of the named Defendants have been improperly named as parties to this action or that improper or incorrect agents for service were utilized to effectuate service upon the Defendants?  If so, please provide a detailed explanation as to why you contend that the named Defendants have been improperly named or the agents used for service were improper, and please provide the complete and correct name of the entities or individuals you contend should have been named or served.

18.

Do you contend that venue is improper in this court as to any of the named Defendants, jurisdiction is lacking over any of the named Defendants in this Court, or that service of process has been deficient on any of the named Defendants in this matter?  If so, please describe and state with specificity all factual and legal basis supporting any such contentions.

19.

With regard to the 2020 Peterbuilt postal tractor-trailer (the **"Defendant's Vehicle"**) being operated by Defendant Quinton Swanson at the time of the subject incident, please identify:

a)    the owner and/or lessee of the vehicle;

b)    the frequency with which Defendant Quinton Swanson drove the vehicle;

c)     who paid for the gas and maintenance on the vehicle; and

d)     if you did not own the vehicle, state whether Defendant Quinton Swanson had the permission of the owner/lessee to be driving the vehicle at the time of the subject incident.

20.

What is your citizenship and please identify any documents supporting your contention?

21.

For each request to admit that you denied, please identify:

a)     each eyewitness who will testify to those facts supporting your denial; and

b)     each document or tangible piece of evidence that will evidence facts supporting your denial.

REQUESTS FOR PRODUCTION OF DOCUMENTS

1.

Any videotapes, photographs, plats, or drawings of the vehicles, parties, scene of the incident, or any other matter material to the incident underlying this litigation.

2.

Any videotapes, photographs, reports, data, memoranda, handwritten notes, or other documents reviewed by or generated by any expert or technician identified in your response to Interrogatory number 7.

3.

Any medical records, videotapes, photographs, or other evidence concerning, referencing, or depicting the Plaintiff.

4.

Any documents obtained through a request for production of documents or subpoena.

5.

Any documents regarding the property damage estimate of repairs and/or repair bills which you claim were sustained because of the incident.

6.

Any documents which would in any way challenge, diminish, or refute any of the Plaintiff's claimed injuries, medical and/or hospital bills, or lost earnings related to the subject incident.

7.

Any insurance policies, including declarations pages, which might provide benefits related to the subject incident, regardless of whether the insurer agrees there was coverage.

8.

Any taped or written statements taken from the Plaintiff or from any other potential witnesses to this lawsuit, by anyone acting on behalf of any Defendants or any Defendants' insurers.

9.

Any documents, books, writings, or other tangible things which support any defenses you rely upon in your defense to this lawsuit.

10.

A copy of the title and tag registration of the Defendant's Vehicle.

11.

A copy of any insurance policies with coverage in effect on the day of the subject incident.

12.

Any documents related to the Plaintiff's medical treatment for injuries allegedly received in the subject incident.

13.

Any documents related to the medical treatment the Plaintiff received prior to the subject incident.

14.

Any documents which you contend in any way impeach or discredit the Plaintiff.

15.

For any document which has not been produced on grounds of privilege, please state the following:

a)      the date each document was generated;

b)      the person generating each document;

c)      the present custodian of each document; and

d)    a description of each document.

These Interrogatories and Requests for Production of Documents are served upon you together with the Plaintiff's Complaint.

Respectfully propounded this 30th day of March 2023.

MORGAN & MORGAN, PLLC

*/s/: James Palmer*
James Palmer, Esq.
Georgia Bar Number 381099
*Attorney for Plaintiff*

1350 Church Street Extension, Suite 300
Marietta, Georgia 30060
jtpalmer@forthepeople.com

State Court of Fulton County
**E-FILED**
23EV001924
3/30/2023 3:17 PM
Donald Talley, Clerk
Civil Division

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of _____FULTON_____ County

| For Clerk Use Only |
| --- |
| Date Filed _____  Case Number _____ |
| MM-DD-YYYY |

**Plaintiff(s)**

FLETCHER-SCOTT  STEPHANIE

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

**Defendant(s)**

SWANSON  QUINTON

OF AMERICA  UNITED STATES

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

**Plaintiff's Attorney** JAMES PALMER     **State Bar Number** 381099     **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☒ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
**Case Number**              **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

JS 44   (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

STEPHANIE FLETCHER-SCOTT

**DEFENDANTS**

QUINTON SWANSON AND UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James Palmer, Morgan and Morgan, PLLC
1350 Church Street Extension, Suite 300
Marietta, GA 30060

Attorneys *(If Known)*
Neeli Ben-David, U.S. Attorney's Office
75 Ted  Turner Dr. SW - Suite 600
Atlanta, GA 30303

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1   U.S. Government Plaintiff
- [X] 2   U.S. Government Defendant
- [ ] 3   Federal Question *(U.S. Government Not a Party)*
- [ ] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [X] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1  Original Proceeding
- [X] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Federal Tort Claims Act, 28 U.S.C. 2671

Brief description of cause:
Motor vehicle collision.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____