

**Exhibit C**

# Darryl Reed
October 30, 1961 - December 16, 2021

---

Our devoted brother, uncle, and friend, entered into eternal rest on December 16, 2021 at the age of 60. He was born in San Antonio, TX, the 2nd child of 3 to parents Eli and Sarah Reed. Eli Reed preceded him in death on Nov. 6-1998, and Sarah Reed Preceded him in death on Oct 7, 2019 and his Aunt Lillie Brown on May 28, 2017. Darryl was never married nor fathered children of his own, but leaves behind his brother Quinton E. Reed (Wife Anitra) and Sister Marsha A- Reed.

Darryl graduated from W.H. Adamson High School in 1980. Which is where he developed lifelong friendships and his love for music. He began working various jobs as he navigated through his life. He was a courier for Methodist Hospital in Dallas, Texas. He moved from Dallas, TX to San Antonio, TX. Where he established employment with USA Trucking and also worked as an Uber Driver. He was later employed as a courier for FedEx. Shortly after working with FEDEX; During the time of logistics short falls caused by The Covid Pandemic, Darryl began his short career as a truck driver for Schneider National Logistics until his recent passing.

Darryl was also a man of faith. He took the right hand of fellowship with Grace 1st Baptist Church under the pastorship of Reverend Allen M. Ford, February 24, 2019. He was a devout Christian who always strived to encourage others to follow his devotion in Christ
Darryl had such a loving spirit and was truly musically inclined. Music was his life. He became an accomplished tenor saxophone player, along with sharing music from his Keyboard. One of his favorite music artists was "Kenny G." In his spare time, he enjoyed cooking and traveling. His most recent trips were Sharing Thanksgiving with his family in San Antonio, and his trip to Oklahoma December 3, 2021, where he went camping with Steve and Diane, two of his devoted friends. Darry always mentioned his constant communication with cousins during his travels kept him motivated.

Darryl loved the time he spent with his nieces: Renalda (husband Torian), Jasmine, Georgia, Francesca, Elizabeth, and his nephews: Quinson (wife Danielle), Brandon, Xavier, Avery (Fiancée Kim), Christian and Isaac.

There are many memories that Darryl created with all whom he loved and his memories will be cherished forever.

## Cemetery

 **MEADOWLAWN MEMORIAL PARK**  5611 E. Houston St., San Antonio, TX 78220

## Events


**3 Jan**

**VISITATION**
12:00 PM - 2:00 PM

MeadowLawn Funeral Home 5611 E. Houston St., San Antonio, TX 78220

**3 Jan**

**SERVICE**
2:00 AM

MeadowLawn Funeral Home 5611 E. Houston St., San Antonio, TX 78220

# Tribute Wall

 **Leah Powell**
My heart goes out to the family. He and I worked together at Hero Logistics and when he was around it was always fun. Great man gone too soon. Until we meet again.

 **"Material_candle_blue_thumbnail"**
was lit in memory of Darryl Reed
♥ Light a candle
*Show your support by giving a symbol of remembrance*

 **Danielle Payne Reed**
Uncle Darryl....the last time we talked was on Thanksgiving (2021). We talked for an hour about everything. I remember your smile and laugh. Your laugh was contagious ⬚ When I married your nephew, Quinson, I didn't know you that well, but now, I can honestly say you became my uncle as well. Quinson, Isaac and I love you and we know that we will see you again in Heaven ⬚



 **Steve & Diana**
The 3 Musketeers 4Ever!!!

 **"Blue Skies"**
was purchased for the family of Darryl Reed
⊙ Tribute Store
*Show your support with flowers*

 **Harvetta (Lynn) Fillio) Modique**
First I would like to send my condolences to my cousins Quentin and Marsha and the Reed family. Darryl this still does not seem real. I'm going to miss our talks as you traveled from place to place. Your sense of humor, you could always make me laugh no matter how serious the conversation was, and your laugh, oh my goodness, I will never forget it. Just so many memories growing up in San Antonio as kids. I'm so glad we got to reconnect as adults and share some good memories. You will live forever in my heart. Your cousin Lynn

 **Christal Kates**

I remember meeting Darryl many years ago at the wedding of his brother Quinton, to my sister Anitra. Darryl's demeanor has always been one of humility and kindness. A lover of music and good conversation, you can always find him sitting across from someone locked in and engaged in any type of conversation, regardless of the topic. He enjoyed playing his piano and creating his own songs and beats. He enjoyed the few times he heard my younger sister sing and play the piano at home gatherings as well. Through the Years, when we met as a family for Christmas, Thanksgiving or for summer get together's, it was a pleasure seeing Darryl and catching up on what he was doing or working on. For those of you who had an opportunity to know him, I know your hearts are grieving his passing. Knowing that he was a beautiful Christian man, striving to live a life of Christ, that can be difficult in his line of work, Darryl, to the best of his ability, stayed true to the course. He will be missed greatly, but I have satisfaction in knowing that we will all, for those of us who believe, see him again! Rest in peace my dear friend and brother- God bless.

 **"Material_candle_purple_thumbnail"**
was lit in memory of Darryl Reed

 Light a candle

*Show your support by giving a symbol of remembrance*

---

**A** **Anitra Reed**

 **"Material_candle_green_thumbnail"**
was lit in memory of Darryl Reed

 Light a candle

*Show your support by giving a symbol of remembrance*



### ANITRA REED

I can't believe the 40 plus years of our family ties. Your reference to me as SIS, was always heart warming and made me feel a part of your family. I thank God you were able see my family grow with the birth of each child. Renalda, was your first niece. You were an integral part to our family and we looked forward to your conversations and views on vast subjects. You would talk to me as a Sister and be open to my thoughts, accepting the many Bible scriptures I would send for encouragement and motivation along this journey of life. I am deeply saddened to have lost a Brother in Law so soon. I will definately miss your laughter and sense of humor Darryl. God had other plans for you. Though I don't quite understand, I know that absence from the body means you are present with the Lord. I am truly blessed to have called you my Brother. I know at this time of loss, we as children of Christ will meet again and that gives me peace. I was over joyed when you took the right hand of fellowship at Grace First Baptist church on February 24,2019. I will remember John 8:12 I am the light of the world. Whoever follows Me will never walk in darkness. So it is not goodbye, but I will see you later if it's God's will. Your One and Only Sister in Law.....Anitra...or as you would say SIS.





### Angel Chovanec

Such a kind soul throughout high school. Such a loving person. He will be missed. Sending healing to all affected.



### Quinton E. Reed



 **Quinton E. Reed**

Gone Too Soon To My Brother Darryl, Gone Too soon, I will miss you here with me. We have gone through a lot on the play ground of life. Girls, Cars, Highschool band, Scouts, and many other memories. The secrets we shared and the Brotherly conversations. To include the things we overcame together. Darryl you are with Mom and Dad now. Tell them I love them. That you and they are always in my prayers. Thank you for the protection you provided for our sister in my professional absence. During my school and military life. You have always been there for Marsha and I, as the glue that kept and continues to keep our sibling bond together. We will truly miss you and love you always until we see you again. Your loving brother; Quinton .



 **Mike Bobbitt**

Condolences to family and friends. We lost a kind loving friend. I was lucky to know Darryl through his magical music. His light will never dim

 **"Material_candle_blue_thumbnail"**
was lit in memory of Darryl Reed

♥ Light a candle

*Show your support by giving a symbol of remembrance*

 **Adda Cecilia Portillo**

My heart and prayers go out to his siblings Quinton and Marsha and to their families.

 **Adda Cecilia Portillo**

 **"Material_candle_blue_thumbnail"**
was lit in memory of Darryl Reed

♥ Light a candle

*Show your support by giving a symbol of remembrance*



**Ofelia Perez**

First let me start by sending my deepest condolences and prayers to all his family and friends. All the memories I have of Darryl are happy memories. I helped him get on at FedEx Ground, we would share stories about our days and the dogs that would chase us, if you know Darryl, he had me laughing so hard. I will always remember his smile and his laugh, his laugh was so contagious. Darryl was a very good friend, he would give anyone his last if he had it. Darryl you will be truly missed, I love you my friend. R.I.P. and rejoice in heaven, till we meet again my dear friend.