# STATE OF GEORGIA

**Exhibit E**

## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 3/30/2023 12:37:22 AM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | H857911 |
| **BUSINESS NAME** | OLD REPUBLIC INSURANCE CO. |
| **BUSINESS TYPE** | Foreign Insurance Company |
| **EFFECTIVE DATE** | 03/30/2023 |
| **ANNUAL REGISTRATION PERIOD** | 2023 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 631 Excel Drive, Suite 200, Mt. Pleasant, PA, 15666, USA |

## REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| THE PRENTICE-HALL CORPORATION SYSTEM | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA | Gwinnett |

## OFFICER INFORMATION

| NAME | TITLE | ADDRESS |
|---|---|---|
| Craig Richard Smiddy | CEO | 631 Excel Drive, Suite 200, Mt. Pleasant, PA, 15666, USA |
| Frank Joseph Sodaro | CFO | 631 Excel Drive, Suite 200, Mt. Pleasant, PA, 15666, USA |
| Thomas Andrew Dare | SECRETARY | 631 Excel Drive, Suite 200, Mt. Pleasant, PA, 15666, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Stacy L Smith |
| **AUTHORIZER TITLE** | Officer |