# Exhibit F

| | |
|---|---|
| **From:** | Sean McEvoy <Sean.McEvoy@witheritelaw.com> |
| **Sent:** | Wednesday, December 28, 2022 11:36 AM |
| **To:** | William B. Pate |
| **Cc:** | Samantha Sterling; DL_Samantha Sterling; Vanessa L. Weiss |
| **Subject:** | RE: Claim No AL21037266   612-14388 In re: Edward Bolin/Schneider National Carriers: [External]RE: Claim No AL21037266   612-14388 In re: Edward Bolin 284176 v. Schneider National Carriers |
| | |
| **Importance:** | High |

Mr. Bolin continues to treat – he has incurred approximately $100,000.00 in medical bills.

We are not yet able to make a demand.



**SEAN MCEVOY**
**ATTORNEY**

Phone: 470.881.8804
Direct:  470.480.7540
Fax:     470.880.5088

600 Peachtree ST NE, Suite 4010
Atlanta, GA 30308

witheritelaw.com | 1800TruckWreck.com

---

**From:** William B. Pate <wpate@dcplaw.com>
**Sent:** Tuesday, December 27, 2022 6:06 PM
**To:** Sean McEvoy <Sean.McEvoy@witheritelaw.com>
**Cc:** Samantha Sterling <Samantha.Sterling@witheritelaw.com>; DL_Samantha Sterling <DL_SamanthaSterling_PreLit@witheritelaw.com>; Vanessa L. Weiss <VWeiss@dcplaw.com>
**Subject:** RE: [External]RE: Claim No AL21037266 612-14388 In re: Edward Bolin/Schneider National Carriers

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Sean,

I wanted to follow-up with on this case. Will you give me an update on Claimant's treatment status and current medical expenses? Are you in a position to make a demand?

Thanks,

William Pate, Esq.
Dennis, Corry, Smith & Dixon, LLP
900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 364-4507 (direct dial).
(770) 561-4768 (cell).