Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF GEORGIA

PARIS PENCE, as surviving daughter of BONNIE ARLENE WEBB, deceased, and MARY RITCHIE, as the administrator of the estate of BONNIE ARLENE WEBB and as guardian of CHLOE WEBB and BRILEY PENCE, surviving minor daughters of BONNIE ARLENE WEBB,
*Plaintiffs*

CIVIL ACTION NUMBER

V.

LIBERTY MUTUAL INSURANCE COMPANY, MICHAEL D. FITZPATRICK, and DREW FOAM COMPANIES, INC.,
*Defendants.*

### SUMMONS IN A CIVIL ACTION

**TO:**   **Liberty Mutual Insurance Company**
**c/o Corporation Service Company**
**2 Sun Court, Suite 400**
**Peachtree Corners, GA  30092**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Ryan T. Strickland**
**The Strickland Firm, L.L.C.**
**222 Cherokee Street**
**Marietta, GA  30060**
**(770) 420-9900**
**ryan@thestricklandfirm.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

_____          _____
DATE                                  *Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

**Civil Action Number** _____

# PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for **Liberty Mutual Insurance Company** was received by me on *(date)*_____ _____.

☐ I personally served the summons on the individual at *(place)*_____ _____on *(date)*_____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____ _____, a person of suitable age and discretion who resides there, on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*_____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)*_____ ; or

☐ I returned the summons unexecuted because _____; or

☐ Other (*specify*):_____ _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                *Server's signature*

                               _____
                                *Printed name and title*

                               _____
                                *Server's address*

Additional information regarding attempted service, etc: