UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| ADEYEMO AROMOLARAN,<br><br>            *Plaintiff,*<br>VS.<br><br>THE BANK OF NEW YORK MELLON,<br><br>F/K/A/ THE BANK OF NEW YORK,<br><br>SUCCESSOR TO JPMORGAN CHASE<br><br>BANK N.A., AS INDENTURE TRUSTEE,<br><br>ON BEHALF OF THE HOLDERS OF THE<br><br>TERWIN MORTGAGE TRUST 2006-HF1,<br><br>ASSET-BACKED SECURITIES, SERIES<br><br>2006-HF1, SPECIALIZED LOAN<br><br>SERVICING LLC, AND REALISTRY<br><br>ACQUISTIONS, LLC,<br><br>            *Defendants*. | CIVIL ACTION NO.:<br><br>JUDGE |

**DEFENDANT'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that the Defendant, Specialized Loan Servicing, LLC, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, file this Notice of Removal of the above-captioned action from the Superior Court of Fulton County, Georgia, in which court it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.  This removal is predicated upon this Honorable Court's original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because complete diversity exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## PROCEDURAL HISTORY

1. On December 20, 2022, the Plaintiff filed a Complaint for Damages ("Complaint") in the Superior Court of Fulton County, Georgia, in the above styled case, Civil Action File No. 2023CV377321.

2. An executed Affidavit of Service for Defendant, Specialized Loan Servicing, LLC was served and filed with the Superior Court of Fulton County on March 28, 2023 stating service was made on March 24, 2023.

3. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed.

4. This Court is the district and division "embracing the place where [the Superior Court] action is pending" under 28 U.S.C. § 1441(a), as the Superior Court of Fulton County is located in the Atlanta Division of the Northern District of Georgia.

5. Attached to this Notice of Removal are copies of all pleadings and orders on file in the Superior court proceeding. *See* Superior Court Record attached *in globo* as Exhibit A.

## DIVERSITY JURISDICTION

This suit is removable to this Court under and by virtue of 28 U.S.C. § 1332, which provides federal district courts with original jurisdiction in cases where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

6. Plaintiff, Adeyemo Aromolaran, resides in Georgia at 3491 Glen Summit Lane, Snellville, Georgia 30039. Thus, Plaintiff is a citizen of the State of Georgia and is subject to the jurisdiction of the court.

7. Defendant, The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank N.A., is a foreign corporation organized under the laws of Delaware with its principal place of business in the State of New York. Thus, Defendant, The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank N.A., is not a citizen or domiciled in the State of Georgia.

8. Defendant, Specialized Loan Servicing, LLC, is a foreign corporation organized under the laws of the State of Delaware with its principal place of business

in the State of Colorado. Thus, Defendant, Specialized Loan Servicing, LLC, is not a citizen or domiciled in the State of Georgia. *See* Plaintiff's Complaint ¶ 2.

## THIS COURTS HAS DIVERSITY JURISDICTION BECAUSE REALISTRY ACQUISITIONS, LLC IS FRAUDULENTLY JOINED AND SHOULD NOT BE CONSIDERED FOR DIVERSITY PURPOSES

9. Defendant, Realistry Acquisitions, LLC ("Realistry"), is a domestic company with its principal place of business in the State of Georgia.

10. Fraudulent joinder is a judicially created doctrine that provides an exception to the requirement of complete diversity. Joinder is deemed fraudulent when either: (1) there is no possibility that the plaintiff can prove a cause of action against the resident (non-diverse) defendant or (2) there has been outright fraud in the plaintiff's pleading of jurisdictional facts. *Coker v. Amoco Oil Co.,* 709 F.2d 1433, 1440 (11th Cir. 1983), *superceded by statute on other grounds as stated in Georgetown Manor, Inc. v. Ethan Allen, Inc.,* 991 F.2d 1533 (11th Cir. 1993).

11. Analysis of fraudulent joinder is to be conducted under the pleading standards applicable in state court. *Stillwell v. Allstate Ins. Co.,* 663 F.3d 1329 (11th Cir. 2001).

12. Georgia law requires a plaintiff asserting a claim of wrongful foreclosure to establish a legal duty owed to it by the foreclosing party, a breach of that duty, a causal connection between the breach of that duty and the injury it

sustained, and damages." *DeGolyer v. Green Tree Servicing, LLC*, 291 Ga. App. 444, 448, 662 S.E.2d 141, 147 (2008). *Racette v. Bank of America*, N.A., 318 Ga.App. 171, 733 S.E.2d 457 (2012).

13. Plaintiff alleges no facts to support a cause of action against Realistry as the third-party purchaser following a foreclosure sale. Under Georgia law a motion to dismiss for failure to state a claim upon which relief can be granted should not be sustained unless (1) the allegations of the complaint disclose with certainty that the claimant would not be entitled to relief under any state of provable facts asserted in support thereof; and (2) the movant establishes that the claimant could not possibly introduce evidence within the framework of the complaint sufficient to warrant a grant of the relief sought. *Racette v. Bank of America, N.A.*, 318 Ga. App. 171, 180, 733 S.E.2d 457, 465 (2012).

14. Realistry is has been joined to this suit for the purpose of destroying diversity jurisdiction. Plaintiff fails to plead any cognizable cause of action against Realistry. As such, this Court must disregard Realistry under the fraudulent joinder doctrine.

15. Excluding Realistry, this Court has complete diversity jurisdiction pursuant to O.C.G.A. § 1332.

## AMOUNT IN CONTROVERSY

16. Pursuant to 28 U.S.C. § 1332(a), the amount in controversy exceeds the

sum or value of $75,000.00, exclusive of interest and costs, for the following reasons.

17.     Plaintiff seeks damages relating to a foreclosure sale of real property located in Gwinnett County, Georgia.  The relief that the Plaintiff seeks includes reversal of the foreclosure sale, damages for wrongful disclosure, injunctive relief, and other relief the court deems just and equitable such as attorney's fees and expenses of litigation. *See* Plaintiff's Complaint generally.

18.     Upon information and belief, Plaintiff seeks damages that exceed $75,000.

19.     While Defendant deny the allegations of the Plaintiff's Complaint, and deny liability to the Plaintiff, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

20.     A Notice of Filing Notice of Removal will be filed in state court as required by 28 U.S.C. § 1446(d) and served on all counsel of record upon the filing of this Notice of Removal.

WHEREFORE, Defendant Specialized Loan servicing, LLC, prays that this Notice of Removal be filed in accordance with applicable law and that it be deemed good and sufficient, and that the above-captioned matter filed in the Superior Court of Fulton County, Georgia, be removed to this Honorable Court for discovery, trial, and determination as provided by law, and that this Court enter such orders and issue

process as may be proper to bring before it copies of all records and proceedings from the Superior Court of Fulton County, Georgia, and take jurisdiction of this civil action as if it had originally commenced in this Honorable Court to the exclusion of any further proceedings in state court.

## CERTIFICATION

Counsel certifies that this document has been prepared with one of the fonts and point selections approved by the Court in L.R. 5.1(C) N.D. Ga, specifically, 14-point.

This 25th day of April, 2023.

Respectfully submitted,

/s/ Kenneth R. Cantrell

_____
Kenneth R. Cantrell, III
Georgia Bar No.: 282431
kcantrell@gallowaylawfirm.com

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A Professional Law Corporation
990 Hammond Drive, Suite 210
Atlanta, Georgia 30328
Telephone:  (678) 951-5100
Facsimile:   (678) 951-1510
tmlgaservice@gallowaylawfirm.com
**Attorney for Defendant, Specialized Loan Servicing, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| ADEYEMO AROMOLARAN,<br><br>   *Plaintiff,*<br>VS.<br><br>THE BANK OF NEW YORK MELLON, F/K/A/ THE BANK OF NEW YORK, SUCCESSOR TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2006-HF1, ASSET-BACKED SECURITIES, SERIES 2006-HF1, SPECIALIZED LOAN SERVICING LLC, AND REALISTRY ACQUISTIONS, LLC,<br><br>   *Defendants*. | CIVIL ACTION NO.<br><br>JUDGE |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon

all counsel of record by electronic mail and/or by depositing same in the United States Mail, properly addressed and postage prepaid, this 25th day of April, 2023, as follows:

**THE BAILEY FIRM, LLC**
Timothy W. Bailey, Esq.
Georgia Bar No.: 032275
506 Roswell Street
Marietta, GA 30060
T: 770-293-1214
F: 770-293-1216
Email: tim@baileyfirmllc.net
*Attorney for Plaintiff*

Realistry Acquisitions, LLC
1105 W. Peachtree Street, NE,
 Suite 1000
Atlanta, GA 30309
*Pro Se Defendant*

The Bank of New York Mellon, f/k/a
The Bank of New York
289 S. Culver St.
Lawrenceville, GA 30046

Respectfully submitted,

/s/ Kenneth R. Cantrell
_____
Kenneth R. Cantrell, III
Georgia Bar No.: 282431
kcantrell@gallowaylawfirm.com

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A Professional Law Corporation
990 Hammond Drive, Suite 210
Atlanta, Georgia 30328
Telephone:  (678) 951-5100

Facsimile:    (678) 951-1510
tmlgaservice@gallowaylawfirm.com
**Attorney for Defendant, Specialized Loan Servicing, LLC**