**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| HDDA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DEEPAK PATEL,<br>PUSHPABEN PATEL,<br>JORDAN HAAS,<br>JUNE HAAS,<br>KUNAL MODY,<br>CRYSTAL PATEL,<br>RAMESH MODY and<br>SMITA MODY,<br><br>    Defendants. | Case No. _____ |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

(1)   The undersigned counsel of record for Plaintiff HDDA, LLC ("Plaintiff") in this action certifies that the following is a full and complete list of the parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a) HDDA, LLC
    b) WCP APF Sub Holdings Inc. (sole member of HDDA, LLC)
    c) Deepak Patel
    d) Pushpaben Patel

1

      e) Jordan Haas
      f) June Haas
      g) Kunal Mody
      h) Crystal Patel
      i) Ramesh Mody
      j) Smita Mody

(2) The undersigned further certifies the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      a) 1221 Locust LLC (borrower)
      b) 1221 Locust Lease Manager LLC (borrower and managing member of 1221 Locust LLC)
      c) 1221 Locust Individual Member (pledgor of certain collateral)

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

<u>For Plaintiff:</u>

Frank W. DeBorde
Lisa Wolgast
Morris, Manning & Martin, LLP
3343 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326

Case 1:23-mi-99999-UNA   Document 1360-5   Filed 04/25/23   Page 3 of 3

For Defendants:[1]

Matthew I. Kramer
Weinberg Wheeler Hudgins Gunn & Dial
3350 Virginia Street
Suite 500
Miami, Florida 33133

Robert E. Eggman
Carmody MacDonald P.C.
120 S. Central Avenue
Suite 1800
St. Louis, Missouri 63105

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party on whose behalf this certificate is filed:

Respectfully submitted, this 25th day of April, 2023.

|  |  |
|---|---|
| 1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326<br>Telephone: (404) 233-7000<br>Facsimile: (404) 365-9532 | **MORRIS, MANNING & MARTIN, LLP**<br><br>By: /s/ Lisa Wolgast<br>Frank W. DeBorde<br>Georgia Bar No. 215415<br>fwd@mmmlaw.com<br>Lisa Wolgast<br>Georgia Bar No. 773399<br>lwolgast@mmmlaw.com<br>*Attorneys for Plaintiff* |

---

[1] It is unknown whether Defendants will be represented by Mr. Kramer or Mr. Eggman in this action.