Civil Action No. _____

Date Filed _____

Attorney's Address _____

Name and Address of party to be served.
_____
_____
_____
_____

Magistrate Court ☐
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

_____
_____
**Plaintiff**

VS.

_____
_____
**Defendant**

_____
_____
**Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐  I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐  I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☐  Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐  I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐  Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____.

_____
**Deputy**

Sheriff Docket _____ Page _____

_____
**Gwinnett County, Georgia**

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

Case 1:23-mi-99999-UNA   Document 1361-1   Filed 04/26/23   Page 2 of 5

E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-02512-7**
3/27/2023 3:55 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| TANNEH ANGELA GUEH, | * | CIVIL ACTION FILE |
| | * | NO: 23-A-02512-7 |
| **Plaintiff** | * | |
| VS | * | |
| | * | |
| PANDA EXPRESS, INC | * | |
| | * | |
| **Defendant** | * | |

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT: PANDA EXPRESS, INC**

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

Macklyn A. Smith, Sr.
Attorney at Law
Post Office Box 742
223 Perry Street
Lawrenceville, Georgia 30046-0742
(770) 963-5716

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

27th day of March, 2023

This _____ day of March, 2023.

*/s/ Lindsay Watkins*

By: _____  _____
Clerk of Superior Court              Deputy Clerk

E-FILED IN OFFICE - JN
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-02512-7
3/27/2023 2:25 PM
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| TANNEH ANGELA GUEH, | * | CIVIL ACTION FILE |
| | * | NO: _____ |
| **Plaintiff** | * | |
| VS | * | 23-A-02512-7 |
| | * | |
| PANDA EXPRESS, INC | * | |
| | * | |
| **Defendant** | * | |

## COMPLAINT FOR DAMAGES

Comes now Plaintiff **TANNEH GUEH** and files her Complaint for Damages against Defendant **PANDA EXPRESS, INC** showing the court as follows:

1.

The Defendant **PANDA EXPRESS, INC** is a Foreign Corporation doing business in Gwinnett County, Georgia as is subject to the Venue and Jurisdiction of this Court. Said Defendant may be served through it's Registered Agent for Service as follows: C T Corporation System 289 S Culver St, Lawrenceville, Georgia, 30046.

2.

On April 11, 2021 the Plaintiff while eating at Panda Express bit down on a bone or foreign Substance in a dish of Chow Mein which cracked her front tooth lending to medical bills and permanent injury.

3.

The Plaintiff has spent at least $1000.00 to date and needs at least $3000.00 to correct her tooth.

4.

At present the Plaintiff still has a cracked tooth due to the negligence of the Defendant

5.

Plaintiff is entitled to recover of Defendant the following sums:

a) Medical Bills in a sum no less than $5000.00
b) Permanent injury to her tooth is a sum no less than $50,000.00.
c) Pain and suffering past, present and future in a sum no less than $100,000.00
d) Attorney fees and cost of litigations in a sum of $5,350.00

WHEREFORE PLAINTIFF PRAYS:

a) That service be had on Defendant as allowed by law;
b) That she have the damages requested in Paragraph 5 above
c) That she have a trial by Jury; and
d) That she have such other and further relief as the Court deems just, proper and equitable

Respectfully Submitted

This ___27th___ day of March, 2023

Macklyn A. Smith Sr.
Attorney for Plaintiff
Georgia Bar No: 661350

P.O Box 742
Lawrenceville, Georgia
(770) 963-5716

## STATE OF GEORGIA

## COUNTY OF GWINNETT                                      23-A-02512-7

### VERIFICATION

PERSONALLY APPEARED, **TANNEH GUEH** and after being duly sworn deposes and says on oath that the allegations in the foregoing **COMPLAINT FOR DAMAGES** are true and correct.

This 27th day of March, 2023

_____
TANNEH GUEH

Sworn to and subscribed before me
This 27th day of March, 2023.

_____
Notary Public My Commission Expires