AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| IZEHINOMEN MARIA KUYE, ET. AL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| ALEJANDRO MAYORKAS, ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

IZEHINOMEN MARIA KUYE, ET. AL

Date: 04/26/2023

*Attorney's signature*

Jackeline A. Clements / GA BAR # 155757
*Printed name and bar number*

Rosen, Sokol & Clements Immigration Law Group
1875 Old Alabama Road, Ste. 720
Roswell, GA 30076
*Address*

jacky@rscimmigration.com
*E-mail address*

678-461-6046
*Telephone number*

678-461-5556
*FAX number*