## **EXHIBIT LIST**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | I-551, CONDITIONAL LEGAL PERMANENT RESIDENT CARDS, ORIGINAL ISSUE DATE JANUARY 9, 2018 |
| B | RECEIPT NOTICES FOR I-829 PETITION BY INVESTOR TO REMOVE CONDITIONS ON PERMANENT RESIDENT STATUS, RECEIVED DATE NOVEMBER 17, 2019 |
| C | CONFIRMATION OF INITIAL INVESTMENT UNDER THE EB-5 PROGRAM DATED APRIL 2, 2015 |
| D | CONFIRMATION THAT 1,671 JOBS WERE CREATED THROUGH PLAINTIFFS' INVESTMENT |
| E | CONFIRMATION OF RETURN OF INVESTMENT TO PLAINTIFFS ON OR AFTER APRIL 6, 2020 (AFTER SUSTAINMENT PERIOD) |
| F | HISTORICAL MEDIAN PROCESSING TIMES FOR ALL USCIS OFFICES FOR I-829 PETITIONS |