# EXHIBIT "A"











FORM I-551
Rev (03-2016)  58180948

71   If found, drop in any US Mailbox.   USPS: Mail to USCIS, 7 Product Way, Lees Summit, MO 64002

```
C1USA2146157974WAC1790425355<<
       5F2001090NGA<<<<<<<<<<3
KUYE<<OLUWASEUN<OMOMEN<<<<<<<<
```



