EXHIBIT "C"

Apr. 6. 2015  3:38PM   US BANK                                No. 9509   P. 5



                                                    All of **us** serving you·

**PRIVATE & CONFIDENTIAL**

CanAm New York Metropolitan Regional Center, LLC          Fax (212) 668-0691
Wall Street Plaza
88 Pine Street, Suite 2010
New York, NY 10005-1801
Attn: Mr. Tom Rosenfeld                                   **April 6, 2015**

Dear Sir,

Re:  New York U.S. Immigrant Investment Fund (the "Immigration Fund")
     Account # ████████

We refer to the Escrow Agreement dated September 20, 2012, entered into between CanAm New
York Metropolitan Regional Center, LLC as promoter and US Bank National Association, as escrow
agent (the "Escrow Agreement"), pursuant to which the Escrow Agent was appointed to:

   (a)  receive the Subscription Proceeds from investors hoping to participate in the immigrant
        investment program established under the United States Immigration and Nationality
        Act; and

   (b)  hold the same on the terms and conditions prescribed in the Escrow Agreement.

We hereby acknowledge that

   1.   we have received on **April 2, 2015** from KUYE, Izehinomen Maria the sum of US
        **$548,000.00**

   2.   we will hold and release the said sum in accordance with the terms and conditions as
        prescribed in the Escrow Agreement.

Very Truly Yours,

Frank Gleason
Trust Specialist
U.S. Bank National Association

| **Wire Advice:** | ▮▮▮▮▮ | 04/02/2015 2:31:51pm | | Wire: 1 of 1 |
|---|---|---|---|---|
| Sequence Number: | 150402030232 | Origin: | FW  Federal Reserve Wire | |
| Fed Reference Num: | 1189 | Direction: | IF  Incoming funds | |
| Debit Account: | ▮▮▮▮▮ | Credit Account: | ▮▮▮▮▮ | |
| Amount: | $548,000.00 | Beneficiary: | CT PA & NJ INC WIRE | |
| Source Bank Name: | PNCBANKPHIL* JOSEPH H ROSEN ATTORNEY AT LAW 1875 OLD ALABAMA RD STE 720 | | | |
| Target Bank Name: | US BANK MINNESOTA* | | | |
| Wire Text: | OBI=USBKUS44IMT FFC. 20044400 NEW YORK/ USIIF/ CANAM NEW YORK METROPOLITAN, REFERENCE INVESTOR GBCNGA KUYE BNF=CT PA & NJ INC WIRE 8H PINE STREET, SUITE 2010 NEW YORK, NEW YORK /AC-/173103781816 CTP/OGB= PNC BANK NA PITTSBURG H PA USA | | | |

Caller/Credit Line Info:

Claimed By:        Gleason, Francis J.              Claimed: 04/06/2015 7:45:25am

TRACS Batch Id:

# CanAm New York Metropolitan Regional Center, LLC

88 Pine Street, Suite 2010, New York, NY 10005          Phone: (212) 668-0690 Fax: (212) 668-0691

Tom Rosenfeld, J.D., C.P.A.
President

May 1, 2015

U.S. Bank National Association
Ms. Alice Amoro, Vice President
Two Liberty Place
50 S. 16th Street, Suite 2000
Philadelphia, PA 19102

Dear Alice,

**Re: New York U.S. Immigrant Investment Fund Account #** ▮▮▮▮▮▮

Please accept this letter as a confirmation that the Investor Kuye, Izehinomen Maria, a prospective investor in New York Metropolitan Regional Center, LP I (the "Partnership"), and the proposed Qualifying Investment of the Partnership has been approved under the Program by the United States Citizenship & Immigration Services.

Pursuant to Section 6 of the Escrow Agreement dated September 20, 2012, between U.S. Bank, National Association and CanAm New York Metropolitan Regional Center, LLC (the "Escrow Agreement"), kindly release **Kuye, Izehinomen Maria**'s Subscription Proceeds in accordance with the following wire transfer instructions.

Bank name:        Wells Fargo Bank
Bank Address:     123 South Broad Street, Philadelphia, PA 19109
ABA #:            ▮▮▮▮▮▮
Account Name:     New York Metropolitan Regional Center, LP I
Account Number:   ▮▮▮▮▮▮

Should you have any questions, please do not hesitate to contact me.

Sincerely yours,

Tom Rosenfeld

TR/lky/rw



00-0-M -Q-PC-150-01    00150201    1502
0051153-00-00309-01                 Page 5 of 8

**ACCOUNT NUMBER:** ▮▮▮▮▮▮
NEW YORK US IMMIGRANT INVESTMENT
FUND / CANAM NEW YORK METROPOLITAN
REGIONAL CENTER, LLC ESCROW 2012

This statement is for the period from
May 1, 2015 to May 31, 2015

## TRANSACTION DETAIL

| Date Posted | Description | Income Cash | Principal Cash | Tax Cost |
|---|---|---:|---:|---:|
| | **Beginning Balance 05/01/2015** | $.00 | $.00 | $5,480,050.00 |
| 05/01/15 | Cash Receipt<br>Interest Received/Other<br>US Bank Na C P 0.000% 9/01/15<br>Income Received<br>0350213994 | 483.90 | | |
| 05/04/15 | Cash Disbursement<br>Paid To Canam La Regional Ctr<br>Miscellaneous Disbursement<br>Wire To La Can Am Enterprises Inc Via Wachovia<br>Bank Income Paid In April 2015 - Fg/5160 | - 483.90 | | |
| 05/04/15 | Cash Disbursement<br>Paid To Ny Metro Regional Center LP I<br>Wire Transfer<br>Fg/5160 - Release Fds From Escrow Per Can<br>Am Request 5-1-15 - Chen, Yikai | | - 548,000.00 | |
| 05/04/15 | Cash Disbursement<br>Paid To Ny Metro Regional Center LP I<br>Wire Transfer<br>Fg/5160 - Release Fds From Escrow Per Can<br>Am Request 5-1-15 - Guzzo Neto, Paulo | | - 548,000.00 | |
| 05/04/15 | Cash Disbursement<br>Paid To Ny Metro Regional Center LP I<br>Wire Transfer<br>Fg/5160 - Release Fds From Escrow Per Can<br>Am Request 5-1-15 - Kuye, Izehinomen Maria | | - 548,000.00 | |
| 05/04/15 | Cash Disbursement<br>Paid To Ny Metro Regional Center LP I<br>Wire Transfer<br>Fg/5160 - Release Fds From Escrow Per Can<br>Am Request 5-1-15 - Shin, Hansung | | - 548,000.00 | |
| 05/04/15 | Cash Disbursement<br>Paid To Ny Metro Regional Center LP I<br>Wire Transfer<br>Fg/5160 - Release Fds From Escrow Per Can<br>Am Request 5-1-15 - Zemnitsky, Andrey Vladimirovich | | - 548,000.00 | |
| 05/04/15 | Sold 2,740,000 Par Value Of<br>US Bank Na C P 0.000% 9/01/15<br>Trade Date 5/4/15<br>Sold Through U.S. Bank Money Center<br>2,740,000 Par Value At 100 %<br>0350213994 | 2,740,000.00 | - 2,740,000.00 | |
| 05/07/15 | Cash Disbursement<br>Paid To Ny Metro Regional Center LP I<br>Wire Transfer<br>Fg/5160 - Release Fds From Escrow Per Can<br>Am Request 5-6-15 - Dang, Yu | | - 548,000.00 | |

  

## Item Details

### Transaction Information

### Transaction Details

| | |
|---|---|
| Originator Name: | **CAN AM NY METRO REGION CTR II 86 PI** |
| Address 1: | **NE ST SUITE 2010 NEW YORK NY 10005** |
| Originator's Account Number: | **NA** |
| Beneficiary Name: | **NY METRO REGIONAL CENTER LP I 86 PI** |
| Address 1: | **NE ST SUITE 2010 NEW YORK NY 10005** |
| Beneficiary's Account Number: | ███████ |
| Amount: | **$548,000.00** |
| Currency Code: | **USD** |
| USD Equivalent Amount: | **$548,000.00** |
| Exchange Rate (Outgoing): | **1.00000000** |
| Reference Type: | **FEDOMAD** |
| Reference Number: | **20150504I1B7031R02508405041150FT03** |
| Wire Sequence Number: | **2015050400065609** |
| Originator's Reference Number: | **150504010726** |
| Sent Received Date: | **05/04/2015** |
| Value Date: | **05/04/2015** |
| Create Date: | **05/04/2015** |
| Post Date: | **05/04/2015** |
| Status: | **RECEIVED** |
| Wire Type Description: | **INCOMING DOMESTIC** |

### Originator to Beneficiary Information

Originator to Beneficiary Info 1: **INV - KUYE IZEHINOMEN MARIA**

### Originator Bank Information

| | |
|---|---|
| Originator Bank ID: | **000173103320631** |
| Originator Bank Name: | **TRUST OUTGOING WIRE DB300** |
| Address 1: | **ATTN BONNIE GOETZ ZELINSKI** |
| Address 2: | **MK-WI-S300** |
| Address 3: | **, ,00000** |

### Intermediary Bank Information

### Beneficiary Bank Information

### Audit Information for Originated Wires

| | |
|---|---|
| Origination Channel: | **INCOMING FROM FED** |
| Inbound Timestamp: | **05/04/2015 11:10 AM CT** |

# WellsOne® Account

Account number: ███████ ■ May 1, 2015 - May 31, 2015 ■ Page 1 of 2



NEW YORK METROPOLITAN REGIONAL CENTER,LP
CANAM ENTERPRISES LLC
WALL STREET PLAZA
88 PINE ST FL 20
NEW YORK NY 10005-1801

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███████ | $679,477.40 | $5,932,050.00 | -$5,717,411.19 | $894,116.21 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/01 | 1,000,000.00 | Wells Fargo Bank Trade DDA 050115 1Ba3115015 Som 1000000 94984B819000 Wells Fargo Advantage FD |
| | 05/04 | 548,000.00 | WT Fed#00891 Trust Outgoing Wir /Org=Can Am NY Metro Region Ctr II 86 Pi Srf# 150504010724 Trn#150504061503 Rfb# 150504010724 |
| | 05/04 | 548,000.00 | WT Fed#00904 Trust Outgoing Wir /Org=Can Am NY Metro Region Ctr II 86 Pi Srf# 150504010728 Trn#150504061505 Rfb# 150504010728 |
| | 05/04 | 548,000.00 | WT Fed#00858 Trust Outgoing Wir /Org=Can Am NY Metro Region Ctr II 86 Pi Srf# 150504010729 Trn#150504061506 Rfb# 150504010729 |
| | 05/04 | 548,000.00 | WT Fed#01011 Trust Outgoing Wir /Org=Can Am NY Metro Region Ctr II 86 Pi Srf# 150504010726 Trn#150504065609 Rfb# 150504010726 |
| | 05/04 | 548,000.00 | WT Fed#01058 Trust Outgoing Wir /Org=Can Am NY Metro Region Ctr II 86 Pi Srf# 150504010723 Trn#150504065636 Rfb# 150504010723 |
| | 05/07 | 548,050.00 | WT Fed#01909 Trust Outgoing Wir /Org=Can Am NY Metro Region Ctr II 86 Pi Srf# 150507019362 Trn#150507087876 Rfb# 150507019362 |
| | 05/07 | 548,000.00 | WT Fed#01895 Trust Outgoing Wir /Org=Can Am NY Metro Region Ctr II 86 Pi Srf# 150507019364 Trn#150507087883 Rfb# 150507019364 |
| | 05/07 | 548,000.00 | WT Fed#01945 Trust Outgoing Wir /Org=Can Am NY Metro Region Ctr II 86 Pi Srf# 150507019361 Trn#150507089379 Rfb# 150507019361 |
| | 05/07 | 548,000.00 | WT Fed#01936 Trust Outgoing Wir /Org=Can Am NY Metro Region Ctr II 86 Pi Srf# 150507019363 Trn#150507089388 Rfb# 150507019363 |
| | | **$5,932,050.00** | **Total electronic deposits/bank credits** |
| | | **$5,932,050.00** | **Total credits** |

Account number:  ■ May 1, 2015 - May 31, 2015 ■ Page 2 of 2



## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/05 | 3,520,830.39 | WT Fed#08369 Jpmorgan Chase Ban /Ftr/Bnf=Staten Island Marine Development Ll Srf# IN15050506534051 Trn#150505066029 Rfb# 000001860 |
| | 05/13 | 548,050.00 | WT Fed#01006 US Bank, NA /Ftr/Bnf= Srf# 2015050700087876 Trn#150513127044 Rfb# |
| | 05/13 | 548,000.00 | WT Fed#00899 US Bank, NA /Ftr/Bnf= Srf# 2015050700089379 Trn#150513126792 Rfb# |
| | 05/13 | 548,000.00 | WT Fed#01036 US Bank, NA /Ftr/Bnf= Srf# 2015050700089388 Trn#150513127256 Rfb# |
| | 05/13 | 548,000.00 | WT Fed#01270 US Bank, NA /Ftr/Bnf= Srf# 2015050700087883 Trn#150513128000 Rfb# |
| | | **$5,712,880.39** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1017 | 182.00 | 05/12 | 1047* | 182.00 | 05/20 | 1074* | 360.00 | 05/28 |
| 1019* | 182.00 | 05/20 | 1057* | 183.00 | 05/18 | 1075 | 183.00 | 05/11 |
| 1023* | 182.00 | 05/19 | 1058 | 183.00 | 05/05 | 1084* | 182.00 | 05/07 |
| 1025* | 182.00 | 05/21 | 1059 | 183.00 | 05/27 | 1089* | 182.00 | 05/12 |
| 1038* | 182.00 | 05/22 | 1066* | 183.00 | 05/29 | 1095* | 1,434.80 | 05/26 |
| 1045* | 182.00 | 05/07 | 1068* | 183.00 | 05/27 | | | |
| | **$4,530.80** | | **Total checks paid** | | | | | |

*  Gap in check sequence.

| | | |
|---|---|---|
| | **$5,717,411.19** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | 679,477.40 | 05/12 | 3,089,603.01 | 05/22 | 896,460.01 |
| 05/01 | 1,679,477.40 | 05/13 | 897,553.01 | 05/26 | 895,025.21 |
| 05/04 | 4,419,477.40 | 05/18 | 897,370.01 | 05/27 | 894,659.21 |
| 05/05 | 898,464.01 | 05/19 | 897,188.01 | 05/28 | 894,299.21 |
| 05/07 | 3,090,150.01 | 05/20 | 896,824.01 | 05/29 | 894,116.21 |
| 05/11 | 3,089,967.01 | 05/21 | 896,642.01 | | |
| | **Average daily ledger balance** | | **$1,510,418.35** | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



Certificate No. 89

# Unit Certificate

## New York Metropolitan Regional Center, LP I

This certificate evidences that Kuye, Izehinomen Maria is a limited partner of the New York Metropolitan Regional Center, LP I (the "Partnership"), a limited liability partnership formed under the laws of New York, holding one unit(s) of the Partnership, which is subject to a limited partnership agreement dated September 17, 2013 (the "Partnership Agreement"). Units of the Partnership are non-transferable, other than as specifically set out in the Partnership Agreement.

Dated at New York, New York, this 1st day of May, 2015.

CanAm NY GP I, LLC
By Manager: Tom Rosenfeld

MARIA R. ABREU
Notary Public, State of New York
No. 01AB6063044
Qualified in Queens County
Commission Expires August 20, 20 17