# EXHIBIT "D"

## 4.4 Economic Impact Analysis

Consistent with the USCIS-approved methodology presented in the underlying comprehensive business plan and Economic Impact Analysis, the job-creation impacts from Phase I of the Gulfport Marine Terminal Project are derived from the application of the 2008 RIMS II multipliers for the New York Metropolitan Statistical Area to the above-described qualifying expenditures. In this regard, the job-creation calculations are derived as follows:

- Consistent with the Economic Impact Analysis, each EB-5-eligible input is first deflated to its 2008 equivalent dollar value by applying a deflator of 0.9578[12];

- The deflated input amount is then divided by $1 million, and multiplied by the 2008 RIMS II final demand multiplier for the appropriate industry sector[13];

- The resulting total number of jobs are then divided by the 2008 direct effect multiplier for the appropriate industry sector to generate the total number of model-derived direct jobs; and

- The total number model-derived direct jobs are then subtracted from the total number of jobs in order to generate the total number of model-derived indirect and induced jobs.

### Job Impacts Attributable to *Actual* Qualifying Development Expenditures (August 2012 – September 2018)[14]

As discussed above, SIMD has incurred approximately $262.4 million of total expenditures in the development of Phase I of the Gulfport Marine Terminal Project between August 2012 and September 2018. Consistent with the USCIS-approved Economic Impact Analysis, certain expenditures have been excluded from the I-829-stage job-creation calculations because they are either categorically not eligible under the EB-5 Program (namely, $80 million of land acquisition costs), were incurred outside of the qualifying New York MSA, represent an economically unproductive transfer of assets, or were otherwise not approved by the USCIS in its adjudication of the I-924 Exemplar Application.

As reflected in **Table 6** below, of the $167.1 million of actual qualifying expenditures incurred in the Phase I development (as described in Section 4.2), approximately $130.4 million of expenditures have been used as inputs to the 2008 RIMS II model. In this regard, please note that unless otherwise specified, 100% of the spending in the categories listed in **Table 6** is included in the I-829-stage job-creation calculations in

---

[12] This deflator value is derived from Consumer Price Index data that is maintained by the Bureau of Economic Analysis. It was used in the Exemplar I-526 Exemplar Economic Impact Analysis to deflate the projected expenditure and spending inputs to their 2008 equivalent dollar values.

[13] The final demand multipliers for each of the spending industry categories are detailed in Table 2a of the Supplemental I-526 Economic Impact Analysis. *See* **Exhibit 4.2(a)** at pp. 4.

[14] Please note that 44 immigrant investors filed I-829 Petitions in connection with Phase I of the Project between October 2016 and December 2018. These pending I-829 Petitions reflect 1,101 model-derived EB-5 Program eligible jobs as of June 2016, which alone is sufficient to meet the minimum job creation requirements of each immigrant investor (including Petitioner) who has filed (or is expected to file) an I-829 Petition. Notwithstanding, the instant I-829 Petition includes updated job creation calculations showing **1,671** model-derived EB-5 Program eligible jobs as of September 2018.

accordance with the underlying Economic Impact Analysis and the USCIS' Exemplar-approval of the I-924 Exemplar Application.

| Table 6: Summary of Actual Qualifying Expenditures Included in Impact Model (August 2012 – September 2018) | | | |
|---|---|---|---|
| **Categories** | **Total Actual Expenditures** | **EB-5 Eligible Amount Included in RIMS II Model** | **Notes** |
| **Mobilization and One Time Costs** | | | |
| Site Preparation | $3,264,570 | $3,264,570 | -- |
| Dock Work | $1,916,721 | $1,916,721 | -- |
| Security Technology | $27,048 | $27,048 | -- |
| Engineering Preparation | $28,196 | $28,196 | -- |
| Truck Scales | $271,991 | -- | Spending in this category has been excluded from the I-829-stage job-creation analysis because it was deemed not approved by the USCIS in adjudicating the I-924 Exemplar Application. |
| Off-Site Management | -- | -- | Spending in this category has been excluded from the I-829-stage job-creation analysis because the USCIS-approved Economic Impact Analysis determined that it was likely to occur outside of New York MSA. |
| Sub-Total, Expenses | **$5,508,526** | **$5,236,535** | -- |
| **Ongoing Fixed Costs** | | | |
| Legal | $3,365,279 | $3,365,279 | -- |
| Engineering and Planning | $2,544,382 | $2,544,382 | -- |
| Public Relations | $1,436,184 | $1,436,184 | -- |
| Professional Expenses | $564,107 | $564,107 | -- |
| Environmental | $12,578,426 | $12,578,426 | -- |
| Other Technical Consultants | $7,578,200 | $7,578,200 | -- |
| Management | -- | -- | Spending in this category has been excluded from the I-829-stage job-creation analysis because the USCIS-approved Economic Impact Analysis determined it did not represent net new spending. |
| Sub-Total, Expenses | **$28,066,578** | **$28,066,578** | -- |
| **Ongoing Variable Costs** | | | |
| Placement and Compaction | $60,306,509 | $48,245,207 | -- |
| Roads, Erosion, and Maintenance | $1,172,611 | $1,172,611 | -- |

| Table 6: Summary of Actual Qualifying Expenditures Included in Impact Model (August 2012 – September 2018) | | | |
|---|---|---|---|
| Categories | Total Actual Expenditures | EB-5 Eligible Amount Included in RIMS II Model | Notes |
| Barge Transport and Offloading | $4,890,058 | $2,445,029 | 50% of expenditures in this category are included in the I-829-stage job-creation calculations in accordance with the methodology utilized in the USCIS-approved Economic Impact Analysis, which assumed that half of this spending would be required to offload at an alternative site outside the NY MSA. |
| Wetland Remediation | $15,021 | $15,021 | -- |
| Purchase of Clean Fill | -- | -- | -- |
| Utility Expenses | $775,396 | $775,396 | -- |
| Insurance | $3,100,544 | $1,550,272 | 50% of expenditures in this category are included in the I-829-stage job-creation calculations in accordance with the methodology utilized in the USCIS-approved Economic Impact Analysis, which assumed that half of this spending would occur outside of the NY MSA. |
| Sub-Total, Expenses | $70,260,139 | $54,203,536 | -- |
| **Debt, Interest Payments, Fees, and Taxes** | | | |
| Debt Service and Related | $10,736,699 | -- | Spending in this category has been excluded from the I-829-stage job-creation analysis because the USCIS-approved Economic Impact Analysis deemed it non-qualifying. |
| Taxes and Holding Costs | $6,004,019 | -- | Spending in this category has been excluded from the I-829-stage job-creation analysis because the USCIS-approved Economic Impact Analysis deemed it non-qualifying. |
| Sub-Total, Expenses | $16,740,718 | -- | -- |
| **KB Project Management** | | | |
| Earnings to Employees | $15,016,077 | $13,604,349 | Approximately 90.6% of expenditures in this category are included in the I-829-stage job-creation calculations in accordance with the methodology utilized in the USCIS-approved Economic Impact Analysis, which excluded certain costs related to payroll taxes and earnings by employees for worked performed outside NY MSA. |
| Health Insurance | $1,659,024 | $1,659,024 | -- |

| Table 6: Summary of Actual Qualifying Expenditures Included in Impact Model (August 2012 – September 2018) | | | |
|---|---|---|---|
| **Categories** | **Total Actual Expenditures** | **EB-5 Eligible Amount Included in RIMS II Model** | **Notes** |
| Sub-Total, Expenses | $16,675,101 | $15,263,373 | -- |
| **Office and Travel Expenses** | | | |
| Office Rent | $1,126,468 | $112,647 | Only 10% of this expenditures related to administration work is included the I-829-stage job-creation calculations in accordance with the methodology utilized in the USCIS-approved Economic Impact Analysis, which assumed that some 90% of the costs in this category represented an economically unproductive transfer of assets. |
| Computers | $57,862 | -- | Spending in these categories have been excluded from the I-829-stage job-creation analysis because it was not approved by the USCIS in adjudicating the I-924 Exemplar Application. |
| Office Supplies | $147,974 | -- | |
| Furnishings | $15,076 | -- | |
| Software | $43,489 | -- | |
| Additional Office Cost | $1,417,687 | $1,417,687 | -- |
| Travel, Hotel, and Meals | $3,284,116 | -- | The USCIS-approved Economic Impact Analysis allocated 60% for air travel, 30% to hotels, and 10% to meals. The travel expenses were then adjusted to exclude approximately 50% of the costs that were expected to incur outside of the qualifying region. The same methodology is employed here. |
| *Travel* | *$1,970,470* | $985,235 | |
| *Hotel* | *$985,235* | $985,235 | |
| *Meals* | *$328,412* | $328,412 | |
| Sub-Total, Expenses | $6,092,673 | $3,829,215 | -- |
| **Dredging and Placement for Construction of New Dock** | | | |
| Processed Dredging Material | $23,776,400 | $23,776,400 | -- |
| Rock Excavation | | | -- |
| Dredging HARS Material | | | -- |
| | | | |
| Total Expenses | $167,120,134 | $130,375,638 | -- |

To calculate total job impacts within each expenditure category, the qualifying expenditure inputs have been deflated to 2008 dollars and then multiplied by the corresponding RIMS II final demand employment multipliers, as detailed in **Table 7** below.

| Component Division | EB-5-Eligible Amount Included in Impact Model (current $)[15] | EB-5-Eligible Amount Included in Impact Model (2008 $) | 2008 RIMS II Multipliers | | Job Impacts | | |
|---|---|---|---|---|---|---|---|
| | | | Employment | Direct | Direct | Indirect/ Induced | EB-5 Eligible Total |
| **Table 7: Summary of Job Impacts Resulting from Actual Qualifying Expenditures (August 2012 – September 2018)** | | | | | | | |
| *Mobilization and One-Time Costs* | | | | | | | |
| Site Preparation | $3,264,570 | $3,126,965 | 14.0583 | 1.8222 | 24.1 | 19.8 | 44.0 |
| Dock Work | $1,916,721 | $1,835,930 | 14.0583 | 1.8222 | 14.2 | 11.6 | 25.8 |
| Security Technology | $27,048 | $25,907 | 31.1511 | 1.3055 | 0.6 | 0.2 | 0.8 |
| Engineering Preparation | $28,196 | $27,007 | 12.5370 | 2.3909 | 0.1 | 0.2 | 0.3 |
| Truck Scales | — | — | 9.9394 | 2.2273 | 0.0 | 0.0 | 0.0 |
| Off-Site Management | — | — | — | — | — | — | — |
| Sub-Total, Expenses & Jobs | $5,236,535 | $5,015,810 | — | — | 39.0 | 31.9 | 70.9 |
| *Ongoing Fixed Costs* | | | | | | | |
| Legal | $3,365,279 | $2,330,969.60 | 12.6526 | 2.4222 | 16.8 | 23.9 | 40.8 |
| Engineering and Planning | $2,544,382 | $1,887,354.29 | 12.5370 | 2.3909 | 12.8 | 17.8 | 30.6 |
| Public Relations | $1,436,184 | $1,367,127.34 | 12.9061 | 2.2334 | 7.9 | 9.8 | 17.8 |
| Professional Expenses | $564,107 | $443,726.42 | 16.5487 | 2.1069 | 4.2 | 4.7 | 8.9 |
| Environmental | $12,578,426 | $5,111,691.46 | 15.4022 | 1.7668 | 105.0 | 80.5 | 185.6 |
| Other Technical Consultants | $7,578,200 | $4,612,776.65 | 15.1851 | 2.0496 | 53.8 | 56.4 | 110.2 |
| Management | — | — | — | — | — | — | — |
| Sub-Total, Expenses and Jobs | $28,066,578 | $15,753,646 | — | — | 200.6 | 193.2 | 393.8 |
| *Ongoing Variable Costs* | | | | | | | |
| Placement and Compaction | $48,245,207 | $26,578,429.30 | 14.0583 | 1.8222 | 356.5 | 293.1 | 649.7 |
| Roads, Erosion, and Maintenance | $1,172,611 | $1,123,184.27 | 14.0583 | 1.8222 | 8.7 | 7.1 | 15.8 |
| Barge Transport and Offloading | $2,445,029 | $794,977.79 | 8.6217 | 5.3700 | 3.8 | 16.4 | 20.2 |
| Wetland Remediation | $15,021 | $2,414.74 | 10.6431 | 2.3629 | 0.1 | 0.1 | 0.2 |

---

[15] Values reproduced from Table 6 in this memorandum.

| Component Division | EB-5-Eligible Amount Included in Impact Model (current $)[15] | EB-5-Eligible Amount Included in Impact Model (2008 $) | 2008 RIMS II Multipliers | | Job Impacts | | |
|---|---|---|---|---|---|---|---|
| | | | Employment | Direct | Direct | Indirect/Induced | EB-5 Eligible Total |
| Purchase of Clean Fill | — | — | 10.0890 | 1.8723 | 0.0 | 0.0 | 0.0 |
| Utility Expenses | $775,396 | $395,846.42 | 5.3769 | 2.7154 | 1.5 | 2.5 | 4.0 |
| Insurance | $1,550,272 | $643,714.76 | 11.2032 | 3.0799 | 5.4 | 11.2 | 16.6 |
| Sub-Total, Expenses and Jobs | $54,203,536 | $29,538,567 | — | — | 375.9 | 330.5 | 706.4 |
| **KB Project Management** | | | | | | | |
| Earning to Employees | $13,604,349 | $6,068,719.73 | 8.0055 | 0.0000 | 0.0 | 104.3 | 104.3 |
| Health Insurance | $1,659,024 | $822,799.00 | 11.2032 | 3.7099 | 5.8 | 12.0 | 17.8 |
| Sub-Total, Expenses and Jobs | $15,263,373 | $6,891,519 | — | — | 5.8 | 116.3 | 122.1 |
| **Office and Travel Expenses** | | | | | | | |
| Office Rent | $112,647 | $41,087.99 | 16.5487 | 2.1069 | 0.8 | 0.9 | 1.8 |
| Computers | — | — | 8.2704 | 3.3441 | 0.0 | 0.0 | 0.0 |
| Office Supplies | — | — | 10.4133 | 1.8118 | 0.0 | 0.0 | 0.0 |
| Furnishings | — | — | 10.1986 | 1.9428 | 0.0 | 0.0 | 0.0 |
| Software | — | — | 16.5487 | 2.1069 | 0.0 | 0.0 | 0.0 |
| Additional Office Cost | $1,417,687 | $716,874.31 | 16.5487 | 2.1069 | 10.7 | 11.8 | 22.5 |
| Travel, Hotel, and Meals | — | — | — | — | — | — | — |
| *Travel* | $985,235 | $562,629.97 | 12.6863 | 2.2001 | 5.4 | 6.5 | 12.0 |
| *Hotel* | $985,235 | $562,630.92 | 14.9754 | 1.6948 | 8.3 | 5.8 | 14.1 |
| *Meals* | $328,412 | $187,543.96 | 23.6763 | 1.3616 | 5.5 | 2.0 | 7.4 |
| Sub-Total, Expenses and Jobs | $3,829,215 | $2,070,767 | — | — | 30.8 | 27.0 | 57.8 |
| **Dredging, and Placement for Construction of New Dock** | | | | | | | |
| Processed Dredged Material | $23,776,400 | $22,774,201 | 14.0583 | 1.8222 | 175.7 | 144.5 | 320.2 |

Table 7: Summary of Job Impacts Resulting from Actual Qualifying Expenditures (August 2012 – September 2018)

| Table 7: Summary of Job Impacts Resulting from Actual Qualifying Expenditures (August 2012 – September 2018) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Component Division | EB-5-Eligible Amount Included in Impact Model (current $)[15] | EB-5-Eligible Amount Included in Impact Model (2008 $) | 2008 RIMS II Multipliers | | Job Impacts | | |
| | | | Employment | Direct | Direct | Indirect/ Induced | EB-5 Eligible Total |
| Rock Excavation | | | 14.0583 | 1.8222 | | | |
| Dredging HARS Material | | | 14.0583 | 1.8222 | | | |
| Total, Expenses and Jobs | $130,375,638 | $124,880,181 | – | – | 827.8 | 843.5 | 1671.3 |

As reflected in **Table 7** above, the approximately $130.4 million ($124.9 million in 2008 dollars) of total EB-5-eligible expenditures have generated approximately 1,671 model-derived direct, indirect, and induced jobs between August 2012 and September 2018. Consistent with the USCIS' Exemplar-approval of Phase I of the Gulfport Marine Terminal Project, this submission requests credit for all the **1,671 new model-derived, direct, indirect and induced jobs** resulting from actual development expenditures incurred from site preparation and dredging expenditures incurred in connection with Phase I of the Project.[16]

**The 1,671 model-derived, EB-5-eligible jobs created to date are sufficient to meet the minimum job-creation requirements of every immigrant investor (including Petitioner) who has filed (or is expected to file) an I-829 Petition in connection with Phase I of the Gulfport Marine Terminal Project.**

## CONCLUSION

Based on the foregoing discussion and attached supporting evidence, it is respectfully submitted that Petitioner has demonstrated by a preponderance of the evidence her satisfaction of the requirements of 8 C.F.R. § 216.6(c)(1):

(i) A new commercial enterprise, New York Metropolitan Regional Center, LP I, was established on August 28, 2012;

(ii) Petitioner invested the minimum required amount of lawfully derived capital in New York Regional Center, LP I on May 4, 2015, which deployed the investment proceeds as part of a loan to the Staten Island Marine Development, LLC to finance the first phase of a three-phased development of a 674-acre tract of land located on the Arthur Kill waterfront on Staten Island, Richmond County, New York into a state-of-the-art, full-service marine port facility and on-site logistics center;

(iii) Petitioner has continuously maintained her capital investment at-risk in New York Metropolitan Regional Center, LP I over the two years of conditional residence; and

(iv) As of September 2018, *actual* qualifying construction expenditures incurred in connection with Phase I of the Gulfport Marine Terminal project – approximately $130.4 million ($124.9 million in 2008 dollars) – have generated a total of 1,671 new, model-derived EB-5-eligible jobs in the New York MSA, consistent with the underlying USCIS-approved job-creation methodology. The 1,671 model-derived, EB-5-eligible jobs created to date are sufficient to meet the minimum job-creation

---

[16] The USCIS' August 2013 approval notice for the Gulfport Marine Terminal Project is attached hereto as **Exhibit A**; it reflects the agency's approval of both the model-derived direct as well as indirect and induced job estimates.

requirements of every immigrant investor (including Petitioner) who has filed (or is expected to file) an I-829 Petition in connection with Phase I of the Project.

**Accordingly, it is respectfully submitted that all statutory and regulatory requirements have been met and Petitioner's I-829 Petition should be approved.**