# EXHIBIT "E"

**Subject**   NY 1 Gulfport Marine Terminal_Repayment of Investment Principal
**From**     CanAm Enterprises <ir@canamenterprises.com>
**To:**      <kuyeize@yahoo.com>
**Date**     24 Mar 2020 at 13:35

 

## Gulfport Marine Terminal Project
### Repayment of Investment Principal



Dear Izehinomen Maria,

Pursuant to letter dated February 13, 2020 sent from General Partner of New York Metropolitan Regional Center, LP I (the "Partnership"), CanAm is pleased to confirm that full loan repayment of $10,000,000 from Staten Island Marine Development, LLC (the "Borrower") **for the Gulfport Marine Terminal Project, Tranche II** was paid to the Partnership along with accrued interest. Your investment principal funds in the amount of **$500,000** will be distributed to your bank account on *April 6, 2020* by wire in according to your wire transfer instructions provided. *Please check your bank and confirm to us immediately when you received the funds.*

Thank you for your trust and participation in the immigration investment funds with us over the past years and we are looking forward to serve you in the future. Your comments and feedback are welcomed and appreciated.

We all in CanAm Enterprises wish you and your family health, happiness and prosperity in the U.S.

Best regards,

Investor Relations Department

**CanAm Enterprises**
88 Pine Street Suite 2010, New York, NY 10005 U.S.A.
Phone: (212) 668-0690  Fax: (212) 668-0691

CanAm Enterprises, Wall Street Plaza, 88 Pine Street, 20th Floor, New York, NY 10005-1801

SafeUnsubscribe™ kuyeize@yahoo.com
Forward this email | Update Profile | About our service provider
Sent by ir@canamenterprises.com in collaboration with



Constant Contact

Try email marketing for free today!

Case 1:23-mi-99999-UNA   Document 1362-8   Filed 04/26/23   Page 4 of 4



April 30, 2020 ■ Page 4 of 7

# Wells Fargo Portfolio Checking

## Activity summary

| | |
|---|---:|
| Balance on 4/1 | 10,001.11 |
| Deposits/Additions | 500,000.08 |
| Withdrawals/Subtractions | -500,000.00 |
| **Balance on 4/30** | **$10,001.19** |

Account number: ▓▓▓▓▓▓▓▓

**OLUWAGBEMIGA O KUYE**
**IZEHINOMEN M KUYE**

Wells Fargo Bank, N.A. (Member FDIC)

GEORGIA account terms and conditions apply

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---:|
| Interest paid this statement | $0.08 |
| Interest earned this statement period | $0.08 |
| Average collected balance | $10,001.11 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $3.17 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 4/1 | | | | 10,001.11 |
| 4/6 | WT Seq#86839 NEW York Metropolitan R /Org=NEW York Metropolitan Regional Cen Srf# Gw00000032356457 Tm#200401086839 Rfb# 7711 | | 500,000.00 | | |
| 4/6 | Online Transfer to Kuye O Savings Xxxxxx6994 Ref #Ib07X4P38Y On 04/06/20 | | | 500,000.00 | 10,001.11 |
| 4/30 | Interest Payment | | 0.08 | | 10,001.19 |
| | Ending balance on 4/30 | | | | 10,001.19 |
| **Totals** | | | **$500,000.08** | **$500,000.00** | |

### Important Account Information

As a reminder, Portfolio by Wells Fargo monthly service fees are calculated using the combined month end balances of all qualifying accounts linked to your Portfolio by Wells Fargo program. If you do not meet the minimum balance requirements*, the standard monthly service fee of $30 will be assessed to your primary checking account on about the 2nd business day following month end. This fee will appear in the transaction history section for the primary checking account on your next month end statement.

*$25,000 in any combination of qualifying linked bank deposit accounts (checking, savings, time accounts (CDs), FDIC-insured IRAs) or $50,000 in any combination of qualifying linked bank, brokerage (available through our brokerage affiliate Wells Fargo Advisors*) and credit balances (including 10% of mortgage balances).

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

487070