## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **C & Y INVESTMENT CORP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **vs.** | ) | _____ |
| | ) | |
| **OHIO SECURITY INSURANCE** | ) | |
| **COMPANY, A foreign corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT OHIO SECURITY INSURANCE COMPANY'S
### NOTICE OF REMOVAL

COMES NOW Ohio Security Insurance Company (hereafter "OSIC"), and files its Notice of Removal pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. §§ 1441 and 1446(a) and (b).

1.

The Plaintiffs have filed a civil action against OSIC in the Superior Court of Gwinnett County, Georgia, Civil Action File No. 23-A-02422-1, (the "underlying action") which is located within the Atlanta Division of the United States District Court for the Northern District of Georgia.  See 28 U.S.C. § 90(a)(2).

2.

The Plaintiffs filed their Complaint in the underlying action on or about March 23, 2023.  (Exhibit "A", Complaint.)  The Summons and Complaint was served on OSIC on or about March 29, 2023.  (Id.)

3.

In their Complaint, Plaintiff alleges that the cause of action arise from damage to their "real and personal property located at 5643 Bells Ferry Road, Acworth, GA 30102" (the "Property"). (Complaint, ¶ 7.) In their Complaint, the Plaintiff alleges that they are "an entity conducting business in Cherokee County, Georgia." (Complaint, ¶ 1.)

4.

OSIC is an insurance company organized and existing under the laws of the State of New Hampshire, with its principal place of business located at 100 Liberty Way, Dover, New Hampshire, 43215 and jurisdiction is in Ohio.  There is no evidence that the Plaintiff is a citizen of New Hampshire or Ohio.

5.

Therefore, at the time of removal, the Complaint asserts claims by a citizen of the State of Georgia against only a non-citizen Defendant, OSIC, and there is complete diversity of citizenship.

6.

In their Complaint, the Plaintiff alleges that they made a demand in the amount of $1,428,470.95 prior to filing suit, an amount in controversy which exceeds $75,000.00, exclusive of interest and costs. (Ex. A, Complaint, ¶ 17.)

7.

This is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 based on complete diversity of citizenship among the parties, where the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and which may be removed to this Court pursuant to 28 U.S.C. § 1441.

8.

This Notice of Removal is filed within thirty (30) days of the date of service of the Summons and Complaint on OSIC.

9.

OSIC attaches to this original pleading only, as Exhibit "A," the entire record in the underlying action in the Superior Court of Gwinnett County, Georgia.

10.

The Undersigned has read this Notice of Removal, and to the best of the Undersigned's knowledge, information and belief, formed after reasonable inquiry,

it is well-grounded in fact and is warranted by existing law, and it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, Defendant hereby removes this action to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 26th day of April 2023.

ISENBERG & HEWITT, P.C.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
(770) 351-4400 Telephone
(770) 828-0100 Facsimile
**Attorney for Defendant**
**Ohio Security Insurance Company**

## <u>LOCAL RULE 7.1 CERTIFICATE</u>

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in L.R. 5.1.C. Specifically, Times New Roman was used in 14 point.

<div align="right">

<u>/s/ Hilary W. Hunter</u>
Hilary W. Hunter
Georgia Bar No. 742696
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 - T
**Attorneys for Defendant**

</div>

# EXHIBIT A

SHERIFF'S ENTRY OF SERVICE

Civil Action No. ___23-A-02422-1___

Date Filed ___3/23/2023___

Attorney's Address

Huggins Law Firm, LLC

110 Norcross St.

Roswell, GA 30075

Name and Address of Party to Served

Ohio Security Insurance Company

RA: Corporation Service Company

2 Sun court, Peachtree Corners, GA 30092

| | |
|---|---|
| Superior Court ☒ | Magistrate Court ☐ |
| State Court ☐ | Probate Court ☐ |
| Juvenile Court ☐ | |

Georgia, ___Gwinnett___ COUNTY

C & Y Investment Corp
_____
                                   Plaintiff

VS.

Ohio Security Insurance Company
_____
                                   Defendant

_____
                                   Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ personally with a copy
☐   of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐   Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _Ohio Security Atlantic Company_ a corporation
☒   by leaving a copy of the within action and summons with _A Cha Lick_
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐   envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐   not to be found in the jurisdiction of this Court.

This ___ day of _____, 20___

            DEPUTY                                    _____

**CLERK'S | DEFENDANT'S | PLAINTIFF'S COPY**

E-FILED IN OFFICE - KB
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-02422-1
3/23/2023 12:54 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

**C & Y Investment Corp**
8715 Torrington Drive, Roswell, GA 30076
5643 Bells Ferry Road, Acworth, GA 30102

**PLAINTIFF**          **CIVIL ACTION NUMBER**: 23-A-02422-1 _____

**VS**

**Ohio Security Insurance Company**
**RA: Corporation Service Company**
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

**DEFENDANT**

---

### SUMMONS

---

**TO THE ABOVE-NAMED DEFENDANT**:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**J. Remington Huggins**
**Attorney For the Plaintiff**
**THE HUGGINS LAW FIRM, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
**770-913-6229**
remington@lawhuggins.com

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 23rd day of March, 2023.

Tiana P. Garner,
Clerk of Superior Court

BY: _____
Deputy Clerk

E-FILED IN OFFICE - KB
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-02422-1
3/23/2023 12:54 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

C & Y INVESTMENT CORP,  )
                         )
      Plaintiff,            )
                         )
    v.                      )     CIVIL ACTION FILE NO.: 23-A-02422-1
                         )     _____
OHIO SECURITY INSURANCE  )
COMPANY,               )
 a foreign corporation,   )
                         )
      Defendant.       )

## COMPLAINT

**COMES NOW** Plaintiff **C & Y Investment Corp**, by and through the undersigned counsel, and files this Complaint for breach of first party property insurance contract and bad faith denial of insurance coverage against Defendant, **Ohio Security Insurance Company**, and in support hereof, states as follows:

### PARTIES

1.

Plaintiff is an entity conducting business in Cherokee County, Georgia.

2.

Upon information and belief, Defendant is a foreign insurance company, registered to transact business in, and in fact transacts business in, the State of Georgia. Defendant is in the business of insuring risks and properties located throughout the United States, including Georgia. Defendant maintains an office at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092 where it may be served with process through its registered agent, Corporation Service Company, as identified by the state of Georgia Secretary of State registry.

## JURISDICTION AND VENUE

3.

This Court has subject matter jurisdiction over this action for breach of contract and bad faith denial of an insurance claim because the breached contract was entered into, and concerned property in, the state of Georgia and the amount in controversy exceeds $15,000.00. This Court has personal jurisdiction over Defendant because Defendant is transacting business and insuring properties in the state of Georgia and has appointed a registered agent for service of process in Georgia pursuant to O.C.G.A. § 33-4-1 and O.C.G.A. § 33-4-4.

4.

Venue is proper in this Court because Defendant has a registered agent doing business in Gwinnett County pursuant to O.C.G.A. § 33-4-1, O.C.G.A. § 33-4-4.

5.

In addition, by virtue of the express terms of the insurance policy at issue, Defendant has consented to jurisdiction and venue of this Court.

## THE POLICY

6.

Prior to March 25, 2021, and in consideration of the premiums paid to Defendant by the Plaintiff, Defendant issued a policy with Policy No. BKS (22) 58 25 00 36 (the "Policy"). A true and accurate copy of the Policy is attached hereto as Exhibit "A."

7.

The Policy provides numerous coverages for the real and personal property located at 5643 Bells Ferry Road, Acworth, GA 30102 (the "Insured Property," "Property," or the "home"). The

2

Policy likewise insures against loss due to Hail and Wind, subject to a deductible of $2,500.00 per occurrence. (*See* Ex. A).

8.

The Policy is an all-perils policy providing coverage for sudden and accidental direct physical loss to the dwelling, other structures, and personal property. The Policy covers property repairs and personal property on a full replacement cost basis. (*See* Ex. A).

9.

The Policy covers various types of expenses, including reasonable and necessary costs incurred for temporary repairs to protect covered property from further imminent covered loss and additional living expenses. (*See* Ex. A).

## SUDDEN AND ACCIDENTAL DAMAGE TO THE INSURED PROPERTY

10.

On or about March 25, 2021, the above-referenced property suffered damage from a sudden and accidental direct physical loss resulting from Hail and Wind (the "Loss"). The Policy was in effect at the time of the Loss.

11.

Plaintiff promptly and timely notified Defendant of the damage to the Property resulting from the Loss and made a claim pursuant to the Policy. As a result, Defendant assigned an adjuster ("Adjuster") to investigate Plaintiff's claim for sudden and accidental direct physical loss. The Adjuster was authorized as Defendant's representative and agent for purposes of the claim.

3

12.

At all times, Plaintiff made themselves and the Property available to, and fully cooperated with, the Defendant and its representative and agent to inspect and investigate the damages caused by the loss.

13.

Defendant, through its authorized representative and agent, Adjuster, performed a site inspection of the Property.

14.

Defendant's authorized representative and agent, Adjuster, incurred the duty of acting with due diligence in achieving a proper disposition of the Plaintiff's claim when Adjuster undertook the handling of the claim.

15.

Defendant, through its authorized representative and agent, Adjuster, grossly underestimated the scope of loss suffered by the Plaintiff as a result of the Hail and Wind event. Defendant failed to properly indemnify the Plaintiff and estimated Plaintiff's total loss to be $25,255.01. Plaintiff's deductible is $2,500.00 per occurrence under the applicable Policy. A true and accurate copy of the Defendant's estimate is attached hereto as Exhibit "B."

16.

As a result of Defendant's gross underestimation, Plaintiff requested multiple times that Defendant reconsider its position regarding Defendant's estimate. Defendant refused to comply with the Plaintiff's requests and continued to frivolously and baselessly deny any additional payment on Plaintiff's claim. Furthermore, the Defendant continued to ignore the opinions of the

Plaintiff's experts as to the extent of damage and the amount it will cost the Plaintiff to be properly indemnified for the Loss.

<div align="center">17.</div>

Plaintiff made repeated requests for payment of the claim, including a written demand sent to Defendant on February 17, 2023. A true and accurate copy of the written demand is attached hereto as Exhibit "C." Despite this demand for $1,428,470.95 less previous payments and the applicable deductible, Defendant continued to frivolously deny Plaintiff's claim without just cause when, under one or more portions of the Policy, the obligation to settle the claim became reasonably clear.

<div align="center">18.</div>

The Plaintiff's February 17, 2023, correspondence (Ex. C) to Defendant was a letter of representation from Plaintiff's counsel and a formal 60-Day demand, pursuant to the guidelines set forth in O.C.G.A. §33-4-6. After putting Defendant on notice of a potential lawsuit through the formal 60-Day demand, the Defendant continued to deny Plaintiff's claim without just cause.

<div align="center">19.</div>

Defendant did not act fairly or honestly toward the Plaintiff, or with due regard to the Plaintiff's claim and interests, when Defendant, under all circumstances articulated herein, failed to indemnify the Plaintiff for their damages in direct breach of the terms and conditions of the Policy.

<div align="center">20.</div>

Plaintiff has fulfilled all conditions precedent and contractual obligations under the Policy prior to this lawsuit, or the same were waived.

<div align="center">5</div>

21.

There exists a genuine, justifiable controversy between the Plaintiff and the Defendant as to whether Defendant is responsible for further indemnification owed to the Plaintiff as a result of the Loss. Plaintiff has exhausted every reasonable means possible to resolve this dispute with the Defendant. With no other option, Plaintiff was constrained to hire legal counsel, incur additional expenses, and file this lawsuit.

22.

Plaintiff has suffered loss under the Policy in an amount to be determined at trial.

## COUNT I: BREACH OF CONTRACT

23.

Plaintiff hereby adopts, re-alleges, and incorporates their allegations set forth in Paragraphs 1-22 of this Complaint as if fully set forth herein.

24.

Plaintiff has performed all conditions precedent to the Defendant's obligation to perform under the Policy including, without limitation, the timely payment of premiums, timely notice of the claim, and post loss obligations, or the Defendant has waived any and all other conditions.

25.

Under the terms of the Policy, Defendant is required to fully indemnify the Plaintiff for the damages sustained from the Loss.

26.

Despite Plaintiff's timely written demand, Defendant failed to provide full indemnification to the Plaintiff under the terms of the Policy.

6

27.

Defendant failed to act in good faith and fair dealing under the terms of the Policy by refusing to properly investigate and fully indemnify the Plaintiff according to the terms of the Policy.

28.

The Plaintiff suffered damages as a direct result of Defendant's failure to indemnify the Plaintiff for their loss.

29.

All foregoing conduct constitutes a breach of contract that has resulted in damages to the Plaintiff.

30.

**WHEREFORE,** Plaintiff prays for this Court to enter an award in Plaintiff's favor of compensatory damages, attorneys' fees, pre- and post-judgment interest, and such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

31.

Plaintiff requests a trial by Jury on all counts of the Complaint.

## **PRAYER FOR RELIEF**

32.

**WHEREFORE,** Plaintiff requests that after due proceedings are had, all appropriate penalties be assessed against the Defendant and that the Plaintiff receive any and all damages at law to which they are justly entitled, and thus prays for judgment against the Defendant, as follows:

7

a.  That this Court grant judgment in favor of the Plaintiff and against Defendant in an amount to be determined at trial for breach of insurance contract.

b.  Compensatory damages, including all damages to the Plaintiff by the Defendant and any resulting expenses.

c.  Plaintiff's attorneys' fees and costs of suit in this action;

d.  Plaintiff's consultant and expert fees;

e.  Pre- and post-judgment interest in the maximum amount allowed by law;

f.  All statutory penalties;

g.  Any and all applicable multipliers; and,

h.  Any and all other relief that the Court may deem just and proper, whether such relief sounds in law or equity.

Dated, this 23rd day of March, 2023.

RESPECTFULLY SUBMITTED,

**The Huggins Law Firm, LLC**
110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) remington@lawhuggins.com
(e) mdturner@lawhuggins.com

J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414

*Attorneys for the Plaintiff*

# EXHIBIT A



**Policyholder   Information**

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| C & Y INVESTMENT CORP<br>2526 MOUNT VERNON RD STE 128<br>DUNWOODY, GA 30338 | (678) 248-0170<br>SEAN CHOICE, LLC<br>2550 PLEASANT HILL RD STE 115<br>DULUTH, GA 30096-9278 |





**Your Commercial Documents**



### *Dear Policyholder:*

We know you work hard to build your business. We work together with your agent,
**SEAN CHOICE, LLC          (678) 248-0170**
to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:



- Commercial Package

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (678) 248-0170

**!**

**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (678) 248-0170
- In case of a claim, call your Agent or 1-844-325-2467

## You Need To Know

- **CONTINUED ON NEXT PAGE**

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 20 01 08

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| CNP90 16 12 20 | Important Notice To Policyholder Changes In Coverage Cyber Incident Exclusion |
| NP 72 42 02 20 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 74 06 01 06 | Flood Insurance Notice |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| NP 94 05 01 14 | Important Notice to Policyholders - Changes in Coverage - Commercial Property Coverage Part - Edition 10 12 |
| NP 96 00 10 14 | General Liability Access Or Disclosure Of Confidential Or Personal Information Exclusions Advisory Notice To Policyholders |
| NP 98 20 01 15 | Jurisdictional Boiler And Pressure Vessel Inspections |
| SNI04 01 12 20 | Liberty Mutual Group California Privacy Notice |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

CNI 90 11 07 18

# REPORTING  A COMMERCIAL  CLAIM  24 HOURS  A DAY

**Liberty Mutual  Insurance claims  professionals  across  the United  States  are ready  to resolve  your claim quickly  and fairly,  so you and your team can focus on your business. Our claims  teams are specialized, experienced  and dedicated  to a high standard  of service.**

**We're  Just a Call Away  - One Phone  Number  to Report  All Commercial  Insurance  Claims**



Reporting  a new claim  has never  been easier.  A Liberty  Mutual  customer  service  representative  is available  to you 24/7 at 1(844)325-2467  for reporting  new property,  auto, liability  and workers' compensation  claims. With contact  centers  strategically  located  throughout  the country  for continuity  and accessibility,  we're  there  when we're  needed!

**Additional  Resource  for Workers'  Compensation  Customers**

In many  states,  employers  are required  by law to use state-specific  workers  compensation  claims  forms and posting  notices.  This type of information  can be found  in the Policyholders  Toolkit  section  of our website  along with  other helpful  resources  such as:

● Direct  links to state workers  compensation  websites  where  you can find  state-specific  claim forms

● Assistance  finding  local medical  providers

● First Fill pharmacy  forms  - part of our managed  care pharmacy  program  committed  to helping injured  workers  recover  and return  to work

Our Policyholder  Toolkit  can be accessed  at **www.libertymutualgroup.com/toolkit.**

For all claims  inquiries  please  call us at 1(844)325-2467  .

© 2018 Liberty Mutual Insurance

CNP 90 16 12 20

# IMPORTANT  NOTICE  TO  POLICYHOLDER
## CHANGES  IN  COVERAGE
## CYBER INCIDENT  EXCLUSION

Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial insurance. This notice contains a brief summary of a coverage change made to your policy.

This notice outlines a new endorsement being added to your renewal. Only the countrywide version of this endorsement is referenced. State specific versions, where applicable, have been added in the same manner as the countrywide version unless otherwise specified.

Please read your policy and review your Declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

These changes become effective as of the effective date of your replacement policy. Please note that this notice does not apply to you or your policy in the event you have received, or do receive, a notice of cancellation or nonrenewal.

Should you have questions after reviewing the changes outlined below, please contact your independent agent. Thank you for your business.

| Expiring  Form | Expiring  Form Number | New Form | New Form Number |
|---|---|---|---|
| N/A | N/A | Cyber Incident  Exclusion | CP 92 12 12 20 |
| Spoilage  Coverage | CP 04 40<br>CP 04 45 - CT | Spoilage  Coverage | CP 04 40 12 20<br>CP 04 45 12 20 - CT |

## Summary  of Changes

### CP 92 12 Cyber Incident  Exclusion

This endorsement clarifies that coverage is not provided for cyber incidents resulting in loss or damage to computer systems or computer software (including electronic data). A cyber incident includes, but is not limited to the unauthorized access or the introduction of a malicious code or virus that either damages or denies service to your computer system or computer software.

As it has been our historical intent to exclude coverage for loss or damage of this type, this new endorsement is provided to clarify that intent.

### CP 04 40 (CP 04 45 Connecticut)  Spoilage  Coverage

If this endorsement is attached to your policy, a new edition is provided that expressly states that the Cyber Incident Exclusion applies to such coverage. The new edition is not available in California.

07/06/21

C & Y INVESTMENT CORP

BKS  (22)   58 25 00 36
From 09/04/2021 To 09/04/2022

2526 MOUNT VERNON RD STE 128
DUNWOODY, GA 30338



(678) 248-0170
SEAN CHOICE, LLC

2550 PLEASANT HILL RD STE 115
DULUTH, GA 30096-9278

### TERRORISM INSURANCE PREMIUM DISCLOSURE AND OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from "certified acts of terrorism" exceed a specified deductible amount, the government will generally reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

Beginning in calendar year 2020, the Federal Share is 80% and the Program Trigger is $200,000,000.

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury ] , in consultation with the Secretary of Homeland Security, and the Attorney General of the United States

**(i)** to be an act of terrorism;

**(ii)** to be a violent act or an act that is dangerous to
   **(I)** human life;
   **(II)** property; or
   **(III)** infrastructure;

**(iii)** to have resulted in damage within the United States, or outside of the United States in the case of
   **(I)** an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
   **(II)** the premises of a United States mission; and

(iv) to have been committed  by an individual  or individuals  as part of an effort  to coerce the civilian population  of the United  States or to influence  the policy  or affect the conduct  of the United  States Government  by coercion.

## REJECTING TERRORISM INSURANCE  COVERAGE - WHAT YOU MUST DO

We have included  in your policy  coverage for losses resulting  from "certified  acts of terrorism"  as defined above.

THE PREMIUM  CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS  PAGE OF THE POLICY AND  DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOV-ERNMENT  UNDER THE ACT. If we are providing  you with  a quote, the premium  charge will also appear on your quote  as a separate line item  charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWL-EDGMENT, AND RETURN THIS FORM TO YOUR AGENT:  **Please ensure any rejection is received within thirty (30) days of the effective date of your policy.**

Before making  a decision  to reject terrorism  insurance, refer to the Disclaimer  for Standard  Fire Policy States located  at the end of this Notice.

☐    I hereby  reject this offer  of coverage. I understand  that by rejecting  this offer,  I will  have no coverage  for losses arising  from "certified  acts of terrorism"  and my policy  will  be endorsed accordingly.

Policyholder/Applicant's    Signature                    Print  Name                         Date Signed

_____        _____        _____

Named  Insured                                           Policy  Number

C & Y INVESTMENT  CORP                              BKS   (22)     58 25 00 36

Policy  Effective/Expiration   Date

From 09/04/2021 To 09/04/2022

## IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO YOUR AGENT.

Note: Certain states (currently  CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage for loss caused by fire following  a "certified  act of terrorism"  in certain types of insurance policies. If you reject TRIA coverage  in these states on those policies,  you will  not be charged any additional premium  for that state mandated  coverage.

**The summary of the Act and the coverage under your policy contained  in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions  regarding  this notice, please contact your agent.

NP 74 06 01 06



# FLOOD INSURANCE  NOTICE

Unless a Flood Coverage endorsement  is attached,  your policy  does not provide  flood  coverage and you will **not** have coverage  for property  damage  from floods  unless  you purchase  a separate  policy  for flood  insurance through  the Federal Emergency  Management  Agency (FEMA) National  Flood Insurance Program.

If you would  like more  information  .about obtaining  coverage  under  the National  Flood Insurance Program, please  contact  your agent.

NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S  OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY  NOTICE  TO  POLICYHOLDERS

No coverage  is provided  by this Policyholder  Notice nor can it be construed  to replace any provisions  of your policy. You should  read your policy and review  your Declarations  page for complete  information  on the coverages  you are provided.

This Notice provides  information  concerning  possible  impact on your insurance  coverage due to directives  issued by OFAC. **Please read this Notice  carefully.**

Please refer any questions  you may have to your insurance  agent.

The Office of Foreign Assets Control (OFAC) administers  and enforces  sanctions  policy, based on Presiden-tial declarations  of "national  emergency".  OFAC has identified  and listed  numerous:

- Foreign  agents;
- Front organizations;
- Terrorists;
- Terrorist  organizations;   and
- Narcotics  traffickers;

as "Specially  Designated  Nationals  and Blocked  Persons".  This list can be located  on the United  States Treasury's  web site - http//www.treas.gov/ofac.

In accordance  with  OFAC regulations,  if it is determined  that you or any other insured,  or any person  or entity  claiming  the benefits  of this insurance  has violated  U.S. sanctions  law or is a Specially  Designated National  and Blocked  Person,  as identified  by OFAC, this insurance  will  be considered  a blocked or frozen contract  and all provisions  of this insurance  are immediately   subject  to OFAC. When an insurance  policy is considered  to be such a blocked  or frozen  contract,  no payments  nor premium  refunds  may be made without  authorization  from OFAC. Other limitations  on the premiums  and payments  also apply.

NP 74 44 09 06      Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 1 of 1

NP 89 69 11 10

## IMPORTANT POLICYHOLDER INFORMATION
## CONCERNING BILLING PRACTICES



**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

NP 94 05 01 14

# IMPORTANT  NOTICE  TO  POLICYHOLDERS

## CHANGES  IN  COVERAGE

## COMMERCIAL  PROPERTY  COVERAGE  PART - EDITION  10  12

Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial insurance. The various coverage forms that constitute the Commercial Property Coverage Part of your policy are being updated. As a result, we are amending the policy form(s) listed below, which will result in changes to your coverage.

This notice contains a brief summary of coverage changes organized by policy section. Please note that not all of the endorsements indicated may apply to your specific policy. In addition, this notice does not reference every editorial change made to the endorsement or coverage form; it only reflects significant coverage changes.

Please read your policy and review your Declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

These changes become effective as of the effective date of your replacement policy. Please note that this notice does not apply to you or your policy in the event you have received, or do receive, a notice of cancellation or nonrenewal.

Should you have questions after reviewing the changes outlined below, please contact your independent agent. Thank you for your business.

---

### COVERAGE FORMS, CAUSES OF LOSS FORMS AND RELATED ENDORSEMENTS

---

## 1.   BROADENINGS OF COVERAGE

- **Civil Authority Additional Coverage (CP 00 30, CP 00 32, CP 00 50)**

  The basic coverage period for the Civil Authority Additional Coverage is increased from three weeks to four weeks.

- **Coverage Radius for Business Personal Property and Personal Property of Others (CP 00 10, CP 00 18, CP 00 99, CP 17 98)**

  These forms are revised to extend coverage for business personal property and personal property of others to such property when located within 100 feet of the building or 100 feet of the described premises, whichever distance is greater.

- **Debris Removal (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

  The additional Limit of Insurance for debris removal expense is increased from $10,000 to $25,000.

  Further, coverage for debris removal is expanded to include the expense of removing debris of certain property of others. The total expense for all debris removal is subject to the limitations stated in the policy concerning amount of coverage, including the aforementioned additional Limit of Insurance. However, when no Covered Property sustains direct physical loss or damage, coverage for the removal of debris of others' property is limited to $5,000.

  The Outdoor Property Coverage Extension is revised to include debris removal expense for trees, shrubs and plants that are the property of others, except trees, shrubs and plants owned by the landlord of an insured tenant.

  Related change: Debris Removal Additional Insurance Endorsement **CP 04 15** makes reference to the policy's aforementioned limit of $25,000.

© 2014 Liberty Mutual Insurance. All rights reserved.
NP 94 05 01 14    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 1 of 9



- **Electronic Data in Building Equipment (CP 00 10, CP 00 17, CP 00 18, CP 00 30, CP 00 32, CP 00 40, CP 00 50, CP 00 70, CP 00 99)**

  The property damage and related Coverage Forms **(CP 00 10, CP 00 17, CP 00 18, CP 00 40, CP 00 70, CP 00 99)** are revised to remove the $2,500 limitation on electronic data with respect to loss or damage to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system. Coverage for such electronic data will be considered part of the coverage on the building. Further, under property damage forms, the $2,500 limitation will no longer apply to stock of prepackaged software. Coverage for prepackaged software will be subject to the Limit of Insurance otherwise applicable to such personal property.

  The business interruption Coverage Forms **(CP 00 30, CP 00 32, CP 00 50)** are revised so that the $2,500 limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system. A business interruption caused by loss or damage to such electronic data will be subject to the coverage otherwise applicable to a covered business interruption.

- **Entrusted Property (CP 10 30)**

  In the Causes Of Loss - Special Form **CP 10 30**, the exclusion of dishonest or criminal acts is revised to distinguish between those who have a role in the insured's business (partners, managers, employees, etc.) and others to whom property may be entrusted (a category that includes tenants and bailees, for example). With respect to the latter category, the exclusion is narrowed to apply only to theft. Further, the exception to the exclusion (which enables coverage for acts of destruction ) is revised to extend applicability to authorized representatives.

- **Extended Business Income, Extended Period of Indemnity (CP 00 30, CP 00 32)**

  The number of days' coverage under the Extended Business Income provision is increased from 30 to 60 days. Accordingly, the Extended Period of Indemnity option, if applicable, is revised to begin after 60 days.

- **Fire Department Service Charge (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

  The Fire Department Service Charge Additional Coverage is revised to enable purchase of a higher limit of coverage. This is a new coverage option which broadens a policy to which it applies.

- **Outdoor Signs (CP 00 20, CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

  In form **CP 00 20**, the Limit of Insurance for signs attached to the building is increased from $1,000 per sign to $2,500 per sign in any one occurrence.

  In forms **CP 00 10, CP 00 17, CP 00 18** and **CP 00 99**, the Limit of Insurance for attached outdoor signs is increased from $1,000 to $2,500 per sign in any one occurrence. The Limit of Insurance for detached outdoor signs is increased from $1,000 per-occurrence (in total) to $2,500 per sign in any one occurrence. Further, coverage for detached outdoor signs is broadened to include all causes of loss otherwise covered under the applicable Causes of Loss form.

- **Party Walls (CP 00 10, CP 00 17, CP 00 20, CP 00 99)**

  Potential broadening of coverage: As revised, the above captioned forms identify the exposure (party walls) and convey loss adjusting procedures for it. Under this insurance, loss payment relating to a party wall reflects the insured's partial interest in that wall. However, if the owner of the adjoining building elects not to repair or replace that building (and the building insured under this insurance is being repaired or replaced), this insurance will pay the full value of the party wall subject to all other applicable policy provisions.

- **Property in Storage Units (CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

  A Coverage Extension for Business Personal Property Temporarily in Portable Storage Units is introduced. Under this Coverage Extension, a 90-day storage period is provided for business personal property temporarily stored in a portable storage unit located within 100 feet of the described premises, subject to a sub-limit of $10,000 regardless of the number of storage units.

- **Specified Causes of Loss - Water Damage (CP 10 30)**

  Coverage for water damage under the definition of "specified causes of loss" is expanded to include accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of certain off-premises systems due to wear and tear.

© 2014 Liberty Mutual Insurance. All rights reserved.

- **Utility Services Exclusion (CP 00 70, CP 00 99, CP 10 10, CP 10 20, CP 10 30)**

  With respect to time element coverage, there is a broadening of coverage, in that on-premise s failure is limited to situations where the failure involves equipment used to supply utility service from an off-premises source.

- **Vegetated Roofs (CP 00 10, CP 00 17, CP 00 20, CP 00 70, CP 00 99, CP 10 10, CP 10 20, CP 10 30, CP 11 99)**

  Property Not Covered is revised to make an exception for lawns, trees, shrubs and plants which are part of a vegetated roof, thereby treating such property as an insured part of the building, so that an existing vegetative roof can be replaced with like kind in the event of a loss, subject to policy terms and certain limitations. Accordingly, lawns, trees, shrubs and plants which are part of a vegetated roof are no longer covered under the more limited Outdoor Property Coverage Extension.

## 2.  POTENTIAL REDUCTIONS OF COVERAGE

- **Civil Authority Additional Coverage (CP 00 30, CP 00 32, CP 00 50)**

  For coverage to apply, access to the area immediately surrounding the damaged property must be prohibited by civil authority as a result of the damage and the insured's premises must be within that area, not more than 1 mile from the damaged property.

- **Newly Acquired Property (CP 00 10, CP 00 17, CP 00 18, CP 00 99, CP 17 98)**

  Under the Newly Acquired Property Extension, the provision which extends an additional Limit of Insurance to newly acquired business personal property at the described premises is removed. There is no change to the coverage for newly acquired business personal property at newly ac- quired locations or at newly constructed or acquired buildings at the described location.

- **Utility Services Exclusion (CP 00 70, CP 00 99, CP 10 10, CP 10 20, CP 10 30)**

  This exclusion now applies to utility failure that originates at the described premises, when such failure involves equipment used to provide utility service supplied by an off-premises provider. With respect to time element coverage, the aforementioned statement is relevant to the covered building, since the current time element exclusion already includes failure originating on the de- scribed premises outside a covered building.

## 3.  REINFORCEMENT OF COVERAGE

- **Artificially Generated Electrical Current Exclusion (CP 00 70, CP 00 99, CP 10 10, CP 10 20, CP 10 30)**

  This exclusion has been revised to explicitly incorporate various terms that reflect current under- standing of technology with respect to power sources and associated systems, such as electromag- netic energy (including electromagnetic pulse or waves) and microwaves, and the various risks presented by them.

- **Business Personal Property and Personal Property of Others in Described Structures (CP 00 10, CP 00 17, CP 00 18, CP 00 99, CP 17 98, CP 17 99)**

  The coverage provisions for Your Business Personal Property and Personal Property of Others are revised to make it explicit that such property is covered when located in the building or structure described in the Declarations.

- **Collapse (CP 00 70, CP 10 20, CP 10 30)**

  In forms **CP 00 70** and **CP 10 30,** the exclusion for collapse, and the Additional Coverage - Collapse (which provides limited coverage), are revised to reinforce that relationship.

  In form **CP 10 20,** the Additional Coverage - Collapse is revised to reinforce the applicability of such coverage with respect to certain perils that are not otherwise covered by the policy.

- **Coverage Radius With Respect To Business Interruption (CP 00 30, CP 00 32, CP 00 50)**

  In part, the coverage criteria for business interruption coverage relate to loss or damage to personal property in the open or in a vehicle within a certain distance from the described premises. The language relating to the coverage radius is revised to achieve more similarity between the radius outlined for insureds who are occupants of the entire premises and those who occupy only a part of the premises, and to use terminology similar to that used in property damage forms.

© 2014 Liberty Mutual Insurance. All rights reserved.



- **Earth Movement  (CP 00 70, CP 00 99, CP 10 10, CP 10 20, CP 10 30)**

  The Earth Movement Exclusion now makes explicit reference to earth movement caused by an act of nature or otherwise caused. In addition, the term earthquake now incorporates tremors and aftershocks.

  With respect to coverage for Volcanic Action (which is a limited exception to the exclusion of volcanic eruption), all such eruptions that occur within any 168-hour period constitute a single occurrence.

- **Electronic Data (CP 00 10, CP 00 17)**

  The coverage provisions are revised to reinforce that the amount of coverage under Additional Coverages - Electronic Data applies in addition to the Limits of Insurance for any other coverages.

- **Electronic Data (CP 00 18, CP 00 99)**

  The coverage provisions are revised to reinforce that the amount of coverage for Electronic Data applies in addition to the Limits of Insurance for any other coverages.

- **Fire Department Service Charge (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

  The Fire Department Service Charge Coverage is revised to specify that the amount of such coverage ($1,000 or a designated higher limit) applies to each premises described in the Declarations. Further, the language of the coverage provision is revised to make it explicit that the designated limit applies regardless of the number of responders or the number or type of services performed.

- **Increased Cost of Construction (CP 00 10, CP 00 17)**

  The coverage provisions are revised to reinforce that the amount of coverage under Additional Coverages - Increased Cost of Construction applies in addition to the Limits of Insurance for any other coverages.

- **Interruption of Computer Operations Additional Coverage (CP 00 30, CP 00 32, CP 00 50)**

  Revisions are made to reinforce that the amount of coverage for the Interruption of Computer Operations Additional Coverage applies in addition to the Limits of Insurance for any other coverages under these forms.

- **Ordinance or Law Exclusion (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 30, CP 00 32, CP 00 50, CP 00 70, CP 00 80, CP 00 99, CP 10 10, CP 10 20, CP 10 30)**

  The language of the Ordinance or Law Exclusion, which relates to enforcement of an ordinance or law, is revised to also refer to compliance with an ordinance or law.

  Similar references are revised in the policy's Increased Cost of Construction (ICC) Additional Coverage, Loss Payment and Valuation Conditions, and Replacement Cost Optional Coverage, and in the Period of Restoration definition in the business interruption forms. Further, the ICC coverage grant is revised to explicitly refer to compliance with the minimum standards of an ordinance or law.

- **Product Errors (CP 00 70, CP 10 30)**

  Coverage does not apply to loss or damage to any merchandise, goods or other product, caused by error or omission in any stage of the development, production or use of the product. But if the error or omission results in a covered cause of loss, the loss or damage attributable to the covered cause of loss is covered. Coverage intent is reinforced, with an explicit provision, in light of sporadic claims being asserted in contradiction of intent.

- **Risk of Loss (CP 00 70, CP 10 30)**

  The term "risk of" is removed from the provisions related to insured perils in the Mortgageholders Errors and Omissions Coverage Form **CP 00 70** and the Causes of Loss - Special Form **CP 10 30.**

- **Supplementary Payments (CP 00 40, CP 00 70)**

  These forms are revised to make it more explicit that the amount of coverage under the Supplementary Payments Additional Coverage applies in addition to the Limit of Insurance provided under these forms.

- **Water Exclusion (CP 00 70, CP 00 99, CP 10 10, CP 10 20, CP 10 30)**

  The Water Exclusion provided by endorsement **CP 10 32** is incorporated into the aforementioned forms. As a result, endorsement **CP 10 32** is no longer added to the policy.

© 2014 Liberty Mutual Insurance. All rights reserved.

- **Miscellaneous Changes**

  Editorial changes were made to various forms. The revisions are summarized below:

  - Condominium Association Coverage Form **CP 00 17** is revised to include a definition of "stock", which is "merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping".

  - Standard Property Policy **CP 00 99** is revised to replace the term "Coverage" with the term "policy" in the Concealment, Misrepresentation Or Fraud Additional Condition.

  - Causes Of Loss - Basic Form **CP 10 10** and Causes of Loss - Broad Form **CP 10 20** are revised to specify that words and phrases which appear in quotation marks have special meaning and to refer to the Definitions section.

---

## OTHER ENDORSEMENTS

### 1. BROADENINGS OF COVERAGE

- **Condominium Commercial Unit-owners Optional Coverages Endorsement (CP 04 18)**

  This endorsement is revised to provide the means for selecting a limitation (sub-limit) over $1,000 for assessments that result from a deductible in the insurance purchased by the condominium association. Coverage is broadened if a sub-limit over $1,000 is entered in the Schedule of the endorsement.

- **Dependent Properties - Business Interruption (CP 15 01, CP 15 02, CP 15 08, CP 15 09, CP 15 34)**

  Under the following revised endorsements, secondary contributing locations and secondary recipient locations are covered if so indicated in the Schedule of the endorsement. Such locations are defined in the endorsement.

  - CP 15 01 - Business Income From Dependent Properties - Limited International Coverage
  - CP 15 02 - Extra Expense From Dependent Properties - Limited International Coverage
  - CP 15 08 - Business Income From Dependent Properties - Broad Form
  - CP 15 09 - Business Income From Dependent Properties - Limited Form
  - CP 15 34 - Extra Expense From Dependent Properties

- **Discharge From Sewer, Drain or Sump (Not Flood-related) Endorsement (CP 10 38)**

  This new endorsement covers discharge of water or waterborne material from a sewer, drain or sump located on the described premises.

- **Discretionary Payroll Expense Endorsement (CP 15 04)**

  This endorsement enables covering the payroll expense of particular job classifications or employees regardless of whether such expense is necessary to resume operations. Such coverage may be provided for the entire period of restoration or limited to a specified maximum number of days.

- **Flood Coverage Endorsement (CP 10 65)**

  Under the Flood Coverage Endorsement, there is no coverage for loss resulting from a flood which begins before or within 72 hours after the inception date of the endorsement. This endorsement is revised to provide that the aforementioned 72-hour waiting period will not apply when the prior policy included flood coverage and the policy periods are consecutive without a break in coverage. Further, the similar 72-hour waiting period for an increase in the Limit of Insurance will not apply to an increase executed at the time of renewal.

  Also, this endorsement is revised to add drains and sumps to the provision which covers back-up and overflow from a sewer when such discharge occurs within 72 hours after a flood recedes.

- **Food Contamination (Business Interruption and Extra Expense) Endorsement (CP 15 05)**

  This new endorsement covers certain extra expenses and business income losses arising out of food contamination. Separate limits apply to advertising expense and all other coverages under the endorsement. These limits apply on an annual aggregate basis.

© 2014 Liberty Mutual Insurance. All rights reserved.



- **Increase In Rebuilding Expenses Following Disaster (Additional Expense Coverage On Annual Aggregate Basis) Endorsement (CP 04 09)**

  This new endorsement provides limited coverage for the situation in which the cost of repair/replacement of property exceeds the Limit of Insurance due to increases in the cost of labor and/or materials following a disaster.

- **Specified Property Away From Premises Endorsement (CP 04 04)**

  This new endorsement provides coverage for business personal property temporarily away from the described premises in the course of daily business activities, while in the care, custody or control of the insured or an employee of the insured.

- **Theft of Building Materials and Supplies (Other Than Builders Risk) Endorsement (CP 10 44)**

  This new endorsement extends coverage to encompass theft of building materials and supplies that are located on or within 100 feet of the premises when such property is intended to become a permanent part of the building or structure.

- **Utility Services - Time Element Endorsement (CP 15 45)**

  This endorsement is revised to provide the means to select a new category of utility service: wastewater removal property. With respect to the coverage provided under this endorsement, wastewater removal property is a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water.

## 2.  POTENTIAL REDUCTIONS OF COVERAGE

- **Deductibles By Location Endorsement (CP 03 29)**

  This new endorsement provides for selected deductibles to apply at each designated building or designated location that has sustained loss or damage. Thus, under this endorsement, multiple deductibles would apply in the event of an occurrence that affects multiple buildings or locations. Under the prior policy, the applicable deductible applied once per occurrence regardless of the number of buildings or locations involved in the loss occurrence (except with respect to special deductibles such as wind or earthquake percentage deductibles, if any).

- **Roof Surfacing Cosmetic Loss Exclusion Endorsement (CP 88 36)**

  This new endorsement excludes for the buildings or structures shown in the endorsement schedule cosmetic damage to roof surfacing caused by wind and/or hail.

- **Actual Cash Value - Roof(s) (CP 88 37)**

  This new endorsement stipulates that for the buildings or structures shown in the endorsement schedule, we will determine the value of the roof at actual cash value on buildings or structures otherwise subject to replacement cost valuation.

- **Limitation On Loss Settlement - Blanket Insurance (Margin Clause) Endorsement (CP 12 32)**

  Under this endorsement, loss payment on an individual property under the blanket is limited to its stated value plus a percentage of that value as shown in the Schedule. The margin does not increase the blanket Limit of Insurance. In the event of partial loss, this endorsement may reduce the amount of loss payment in comparison to a blanket policy without a margin clause.

## 3.  REINFORCEMENT OF COVERAGE

- **Builders Risk - Theft of Building Materials, Fixtures, Machinery, Equipment Endorsement (CP 11 21)**

  The exclusion of dishonest or criminal acts is revised to add reference to members, officers, managers, temporary employees and leased workers.

- **Building Glass - Tenant's Policy (CP 14 70)**

  Endorsement **CP 14 70**, Building Glass - Tenant's Policy, is introduced to enable coverage of building glass under a tenant's policy that does not otherwise cover the building. This endorsement includes a line item for a deductible in the Schedule of the endorsement. A deductible will apply to building glass coverage only if a deductible amount is entered in the Schedule.

- **Building Owner - Additional Insured and Loss Payee (CP 12 19, CP 12 18)**

  Endorsement CP 12 19, Additional Insured - Building Owner, enables adding the building owner as an additional Named Insured under a tenant's Building Coverage.

© 2014 Liberty Mutual Insurance. All rights reserved.

Endorsement CP 12 18, Loss Payable Provisions, is revised to add an option, Building Owner Loss Payable, to identify the building owner and recognize that entity as a loss payee.

- **Business Income - Landlord As Additional Insured (Rental Value) (CP 15 03)**

   Endorsement **CP 15 03,** Business Income - Landlord As Additional Insured (Rental Value), provides coverage for loss of rental income for a landlord (the Additional Insured) under a tenant's policy. The amount of any payment made to the Additional Insured under this endorsement will be deducted from the Named Insured's business income loss.

- **Business Income Report/Worksheet (CP 15 15)**

   This endorsement is revised to recognize that the revised policy now provides 60 days of Extended Business Income Coverage.

- **Causes Of Loss Exclusion Endorsements (CP 10 54 and CP 10 56)**

   Under endorsement **CP 10 54,** a statement is added to reinforce the applicability of underlying policy exclusions.

   Under endorsement **CP 10 56,** exclusionary language concerning seepage or leakage is added to conform to the provision in the underlying policy, with no change in coverage.

- **Dependent Properties - Business Interruption (CP 15 01, CP 15 02, CP 15 08, CP 15 09, CP 15 34)**

   The definition of dependent property excludes various utility providers; the list of utilities is updated to make reference to wastewater removal services. With respect to business interruption coverage, loss caused by interruption in utility service is addressed in endorsement **CP 15 45.** Refer to the item titled Utility Services - Time Element Endorsement **CP 15 45.**

- **Dependent Properties - Time Element (CP 15 08, CP 15 09, CP 15 34)**

   The revised description of Miscellaneous Locations makes it explicit that highways and other transportation conduits are not considered to be Miscellaneous Locations.

- **Earthquake Sprinkler Leakage Deductible (CP 10 40, CP 10 45)**

   **CP 10 40** Earthquake And Volcanic Eruption Endorsement and **CP 10 45** Earthquake And Volcanic Eruption Endorsement (Sub-limit Form) are revised to specify that the Earthquake percentage deductible does not apply when Earthquake Coverage is limited only to Earthquake Sprinkler Leakage (EQSL) Coverage. Instead, the deductible for Fire Coverage applies to EQSL Coverage.

- **Electrical Apparatus and Electronic Commerce Endorsements (CP 04 10, CP 04 30)**

   Endorsements **CP 04 10** and **CP 04 30** are revised to reflect the changes to the Artificially Generated Electrical Current exclusion in the Causes of Loss forms.

- **Exclusion of Loss Due To By-products of Production or Processing Operations (Rental Properties) Endorsement (CP 10 34)**

   This new endorsement, which applies to policies issued to owners and tenants of rental premises, reinforces that property damage and business interruption coverages do not apply to loss or damage to the described premises caused by or resulting from smoke, vapor, gas or any substance released in the course of production operations or processing operations performed at the rental units identified in the Schedule of the endorsement. But loss or damage by fire or explosion that results from the release of a by-product of the production or processing operation is not excluded.

- **Flood Coverage Schedule (CP DS 65)**

   The Flood Coverage Schedule is revised so that the Underlying Insurance Waiver can be made applicable by location. The Underlying Insurance Waiver is a provision in Flood Coverage Endorsement **CP 10 65;** the waiver applies to a location only if so indicated in the Flood Coverage Schedule.

- **Functional Building Valuation Endorsement (CP 04 38, CP 04 47)**

   The section of the endorsement that addresses exclusion of pollution under Ordinance or Law Coverage is revised to include reference to fungus and other contaminants and to follow similar provisions of the Increased Cost of Construction Additional Coverage in the underlying policy.

- **Higher Limits Endorsement (CP 04 08)**

   This new endorsement increases certain specified dollar limitations.

© 2014 Liberty Mutual Insurance. All rights reserved.

● **Increased Cost of Loss and Related Expenses for Green Upgrades Endorsement (CP 04 02)**

The Schedule of this endorsement is revised to facilitate identification of personal property (when not all personal property is to be covered for Green Upgrades) and to facilitate the entry of different percentage selections for the building and personal property.

Subparagraphs **A.1.a.** and **A.1.b.** are revised to simplify the calculation described therein, with no change in the outcome. Subparagraph **A.1.d.** is added to explicitly address the situation in which the property loss is less than the deductible.

The provisions of former Paragraph **A.9.,** concerning vegetated roofs, are incorporated into the underlying policy forms, as discussed in the item titled Vegetated Roofs.

● **Ordinance or Law Coverage (CP 04 05, CP 04 46, CP 04 38, CP 04 47, CP 15 25, CP 15 31)**

The coverage grant of endorsements **CP 04 05** (Ordinance Or Law Coverage) and **CP 04 46** (California - Ordinance Or Law Coverage) is revised to remove reference to enforcement of an ordinance or law, in favor of referring to a requirement to comply with an ordinance or law. The same revision is made to endorsements **CP 04 38** (Functional Building Valuation) and **CP 04 47** (California - Functional Building Valuation) which incorporates ordinance or law coverage.

In addition, references are added to compliance with an ordinance or law in endorsements **CP 15 25** Business Income Changes - Educational Institutions (in the Period of Restoration definition) and **CP 15 31** Ordinance Or Law - Increased Period of Restoration.

● **Outdoor Trees, Shrubs and Plants Endorsement (CP 14 30)**

This endorsement is revised to specify that the applicable Limit of Insurance for loss or damage to outdoor trees, shrubs and plants includes debris removal expense. Accordingly, the endorsement states that the Outdoor Property Coverage Extension and Debris Removal Additional Coverage do not apply to property covered under **CP 14 30;** such provision avoids duplication of coverage.

● **Payroll Limitation or Exclusion Endorsement (CP 15 10)**

This endorsement is revised to provide the means to limit or exclude coverage for the payroll expense of any category of employee or individual employee. Since applicability of the endorsement will no longer be restricted to non-managerial employees, the term "ordinary payroll expense" and its definition are removed from the endorsement. In addition, the title of the endorsement is revised to remove the word "Ordinary".

● **Protective Safeguards (CP 04 11)**

Endorsement **CP 04 11** Protective Safeguards replaces **IL 04 15** Protective Safeguards. The new endorsement contains the same provisions as **IL 04 15** and adds a symbol and description to recognize hood-and-duct fire extinguishing systems.

● **Radio or Television Antennas - Business Income or Extra Expense Endorsement (CP 15 50)**

In the list of forms to which **CP 15 50** applies, reference to the Earthquake Form is removed. Since earthquake coverage is now provided by endorsing the Causes of Loss Form (Basic, Broad or Special), it is no longer necessary for **CP 15 50** to include reference to the Earthquake Form.

● **Theft Exclusion Endorsement (CP 10 33)**

This endorsement is revised to include a Schedule to facilitate display of the location(s) to which the exclusion applies.

● **Utility Services Coverage Endorsements (CP 04 17, CP 15 45)**

Endorsements **CP 04 17** Utility Services - Direct Damage and **CP 15 45** Utility Services - Time Element are revised to make it explicit that transmission lines include all lines which serve in the transmission of power or communication service, including lines which may be identified as distribution lines.

These endorsements are revised to remove the qualification that the utility service property be located off the described premises (or outside a covered building, in the case of time element). With respect to a policy that was and is endorsed to cover utility services, there is no change in coverage. The revision to the coverage endorsements simply recognizes the revision to the underlying exclusion.

© 2014 Liberty Mutual Insurance. All rights reserved.

● **Windstorm or Hail Percentage Deductible Endorsement (CP 03 21)**

Paragraph **D.1.** of this endorsement is editorially revised to be consistent with the other sections of Paragraphs **B., C.** and **D.** of this endorsement. The previous wording of paragraph **D.1.** referred to "that property" without specifying that it is the property which has sustained loss or damage.

The following editorial changes have been made: The text of the endorsement no longer includes language pertaining to other causes or events that contribute concurrently or in any sequence to the loss, because the underlying policy addresses that concept. Language is added to make it more explicit that this endorsement does not affect the impact of the policy's Water Exclusion or any other exclusion in the policy, and does not affect the application of a Flood Deductible if the policy (or another policy) provides coverage for Flood.

© 2014 Liberty Mutual Insurance. All rights reserved.

NP 94 05 01 14       Includes copyrighted material of Insurance Services Office, Inc., with its permission.       Page 9 of 9

NP 96 00 10 14

# GENERAL LIABILITY ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION EXCLUSIONS

## ADVISORY NOTICE TO POLICYHOLDERS

Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial insurance. Your renewal policy contains an exclusion regarding access or disclosure of personal information. There is more than one version of the exclusion and each is described below. Please note that not all of the forms or changes noted may apply to your specific policy. Any of the forms described in this notice may have comparable state specific forms in lieu of the forms mentioned below. In those situations, the title of the state forms on your policy will generally be very similar to one or more titles mentioned in this notice.

The changes described below would also apply to those state specific forms, unless noted otherwise. In addition, this notice does not reference every change made to the endorsements or coverage forms, only material (or significant) changes.

Please read your policy and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail. Should you have questions after reviewing the changes outlined below, please contact your broker or agent. Thank you for your business.

With respect to bodily injury and property damage arising out of access or disclosure of confidential or personal information, these changes are a reinforcement of coverage intent. Damages related to data breaches, and certain data-related liability, are not intended to be covered by various liability coverage parts. These types of damages may be more appropriately covered under certain coverage endorsements providing data compromise, attack and extortion and network security liability.

**CG 21 06 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - With Limited Bodily Injury Exception (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy:

- Under Coverage **A** - Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

- Under Coverage **B** - Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 21 07 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - Limited Bodily Injury Exception Not Included (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy:

- Under Coverage **A** - Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage. However, when this endorsement is attached, it will result in a reduction of coverage due to the deletion of an exception with respect to damages because of bodily injury arising out of loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

© 2014 Liberty Mutual Insurance

- Under Coverage **B** - Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 21 08 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information (Coverage B Only) (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 04 37 05 14 - Electronic Data Liability (For Use With The Commercial General Liability Coverage Part)**

With respect to damages arising out of access or disclosure of confidential or personal information, when this endorsement is attached to your policy:

- Under Coverage **A** - Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

- Under Coverage **B** - Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 33 53 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - With Limited Bodily Injury Exception (For Use With The Owners And Contractors Protective Liability Coverage Part and Products/Completed Operations Coverage Part)**

When this endorsement is attached to your policy, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

**CG 33 59 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - Limited Bodily Injury Exception Not Included (For Use With The Owners And Contractors Protective Liability and Products/Completed Operations Liability Coverage Parts)**

When this endorsement is attached to your policy, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

However, when this endorsement is attached, it will result in a reduction of coverage due to the deletion of an exception with respect to damages because of bodily injury arising out of loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

**CG 33 63 05 14 - Exclusion - Access, Disclosure Or Unauthorized Use Of Electronic Data (For Use With The Electronic Data Liability Coverage Part)**

With respect to damages arising out of access or disclosure of confidential or personal information, when this endorsement is attached to your policy coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

However, to the extent that damages arising out of theft or unauthorized viewing, copying, use, corruption, manipulation or deletion, of electronic data by any Named Insured, past or present employee, temporary worker or volunteer worker of the Named Insured may extend beyond loss of electronic data arising out of such theft or the other listed items, this revision may be considered a reduction in coverage.

NP 98 20 01 15

## JURISDICTIONAL  BOILER  AND  PRESSURE  VESSEL  INSPECTIONS

Most jurisdictions  (cities or states) are governed  by laws and regulations  that require  owners of boilers and pressure vessels to have their equipment  inspected  on a routine  basis. Jurisdictions  require that equipment is installed  and operated  according  to these regulations,  and it is the equipment  breakdown  engineering inspector's  responsibility  to verify the equipment  complies  with all requirements.

Liberty Mutual Equipment  Breakdown  is a National  Board Accredited  Authorized  Inspection  Agency. This designation  is recognized  by authorities  having jurisdictions  in the U.S. & provinces  of Canada and gives Liberty Mutual commissioned  inspectors  the ability to perform  jurisdictionally   required  inspection  on boilers and pressure  vessels at insured  locations. We have field inspectors  strategically  located throughout  the U.S. to perform  boiler and pressure vessel inspection  for our customers  and clients.

**To request a Jurisdictional  Inspection please:**

- **Call the LMEB Hotline (877) 526-0020**

**Or**

- **Email your request to LMEBInspections@Libertymutual.com**

The assigned  EB Risk Engineer  will  call to schedule  within  24 - 48 hours.  When requesting  an inspection please include  the following:

- Current Policy  Number
- Location  Address
- Contact  Name
- Contact  Phone Number  and/or Email  Address

## LIBERTY MUTUAL GROUP CALIFORNIA PRIVACY NOTICE
### Commercial Lines (excluding Workers' Compensation)
### (Effective December 15, 2020)

Liberty Mutual Group and its affiliates, subsidiaries, and partners (collectively "Liberty Mutual" or "we", "us" and "our") provide insurance to companies and other insurers. This Privacy Notice explains how we gather, use, and share your data. This Privacy Notice applies to you if you are a **Liberty Mutual commercial line insured or a commercial line claimant residing in California**. It does not apply to covered employees or claimants under Workers' Compensation policies. If this notice does not apply to you, go to libertymutual.com/privacy   to review the applicable Liberty Mutual privacy notice.

### What Data Does Liberty Mutual Gather?

We may collect the following categories of data:

- **Identifiers** , including a real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, Social Security Number, driver's license number, or other similar identifiers;
- **Personal information described in California Civil Code § 1798.80(e)** , such as your name, signature, Social Security Number, physical characteristics or description, address, telephone number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, financial information, medical information, or health insurance information;
- **Protected classification characteristics** , including age, race, color, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, or veteran or military status;
- **Commercial information** , including records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories and tendencies;
- **Internet or other similar network activity** , including browsing history, search history, information on a consumer's interaction with a website, application, or advertisement;
- **Professional or employment related information** , including current or past job history or performance evaluations;
- **Inferences drawn from other personal information** , such as a profile reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes;
- **Risk data** , including data about your driving and/or accident history; this may include data from consumer reporting agencies, such as your motor vehicle records and loss history information, health data, or criminal convictions; and
- **Claims data** , including data about your previous and current claims, which may include data regarding your health, criminal convictions, third party reports, or other personal data.

For information about the types of personal data we have collected about California consumers in the past twelve (12) months, please go to libertymutual.com/privacy   and click on the link for the California Supplemental Privacy Policy.

### How We Get the Personal Data:

| We gather your personal data **directly from you**. For example, you provide us with data when you: | We also gather your personal data **from other people** . For example: |
| --- | --- |
| ● ask about, buy insurance or file a claim | ● your insurance agent or broker |
| ● pay your policy | ● your employer, association or business (if you are insured through them) |



| • visit our websites, call us, or visit our office | • our affiliates or other insurance companies about your transactions with them |
| | • consumer reporting agencies, Motor Vehicle Departments, and inspection services, to gather your credit history, driving record, claims history, or value and condition of your property |
| | • other public directories and sources |
| | • third parties, including other insurers, brokers and insurance support organizations who you have communicated with about your policy or claim, anti-fraud databases, sanctions lists, court judgments and other databases, government entities, open electoral register, advertising networks, data analytics providers, social networks, data brokers or in the event of a claim, third parties including other parties to the claim witnesses, experts, loss adjustors and claim handlers |
| | • other third parties who take out a policy with us and are required to provide your data such as when you are named as a beneficiary or where a family member has taken out a policy which requires your personal data |

For information about how we have collected personal data in the past twelve (12) months, please go to libertymutual.com/privacy   and click on the link for the California Supplemental Privacy Policy.

## How Does Liberty Mutual Use My Data?

Liberty Mutual uses your data to provide you with our products and services, and as otherwise provided in this Privacy Notice. Your data may be used to:

| Business Purpose | Data Categories |
| --- | --- |
| **Market, sell and provide insurance.** This includes for example:<br>• calculating your premium;<br>• determining your eligibility for a quote;<br>• confirming your identity and service your policy; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |
| **Manage your claim.** This includes, for example:<br>• managing your claim, if any;<br>• conducting claims investigations;<br>• conducting medical examinations;<br>• conducting inspections, appraisals;<br>• providing roadside assistance;<br>• providing rental car replacement or repairs; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information |

© 2020 Liberty Mutual Insurance    SNI 04 01 12 20

| | |
|---|---|
| | ● Risk data<br>● Claims data |
| **Day to Day Business and Insurance Operations.** This includes, for example:<br>● creating, maintaining, customizing and securing accounts;<br>● supporting day-to-day business and insurance related functions;<br>● doing internal research for technology development;<br>● marketing and creating products and services;<br>● conducting audits related to a current contact with a consumer and other transactions;<br>● as described at or before the point of gathering personal data or with your authorization; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data |
| **Security and Fraud Detection.** This includes for example:<br>● detecting security issues;<br>● protecting against fraud or illegal activity, and to comply with regulatory and law enforcement authorities;<br>● managing risk and securing our systems, help to ensure the safety and security of Liberty staff, assets and resources, which may include physical and virtual access controls and access rights management;<br>● supervisory controls and other monitoring and reviews, as permitted by law; and<br>● emergency and business continuity management; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data |
| **Regulatory and Legal Requirements.** This includes for example:<br>● controls and access rights management;<br>● to evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Liberty's assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal data held by Liberty is among the assets transferred;<br>● exercising and defending our legal rights and positions;<br>● to meet Liberty contract obligations;<br>● to respond to law enforcement requests and as required by applicable law, court order, or governmental regulations;<br>● as otherwise permitted by law. | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data |



| Improve Your Customer Experience and Our Products. This includes for example:<br>● improve your customer experience, our products and service;<br>● to provide, support, personalize and develop our website, products and services;<br>● create and offer new products and services; | ● Identifiers<br>● Personal Information<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data |
|---|---|
| Analytics to identify, understand and manage our risks and products. This includes for example:<br>● conducting analytics to better identify, understand and manage risk and our products; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data |
| Customer service and technical support. This includes for example:<br>● answer questions and provide notifications;<br>● provide customer and technical support; | ● Identifiers<br>● Personal Information<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data |

## How Does Liberty Mutual Share My Data?

Liberty Mutual does not sell your personal data as defined by the California Consumer Privacy Act.

Liberty Mutual shares personal data of California consumers with the following categories of third parties:

- Liberty Mutual affiliates;
- Service Providers;
- Insurance support organizations;
- Brokers and agents;
- Government entities and institutions (e.g. regulatory, quasi-regulatory, tax or other authorities, law enforcement agencies, courts, arbitrational bodies, and fraud prevention agencies);
- Professional advisors including law firms, accountants, auditors, and tax advisors;
- Advertising networks, data analytics providers and social networks;
- Insurers, re-insurers, policy holders, and claimants; and
- As permitted by law.

Liberty Mutual shares the following categories of personal data regarding California consumers to service providers for business purposes:

Identifiers
Protected Classification Characteristics;
Internet or other similar network activity;
Inferences drawn from other personal information;
Professional, employment, and education information;

Personal Data;
Commercial Information;
Claims Data;
Risk Data;

For information about how we have shared personal information in the past twelve (12) months, please go to libertymutual.com/privacy and click on the link for the California Supplemental Privacy Policy.

**What Privacy Rights Do I Have?**

The California Consumer Privacy Act provides California residents with specific rights regarding personal information. These rights are subject to certain exceptions. Our response may be limited as permitted under law. For more information on your rights, please go to libertymutual.com/privacy and click on the link for the California Supplemental Privacy Policy.

**Will Liberty Mutual Update This Privacy Notice?**

We reserve the right to makes changes to this notice at any time and for any reason. The updated version of this policy will be effective once it is accessible. You are responsible for reviewing this policy to stay informed of any changes or updates.

**Who Do I Contact Regarding Privacy?**

If you have any questions or comments about this Notice or the Supplemental CCPA Notice, your rights, or are requesting the Notice in an alternative format, please do not hesitate to contact Liberty Mutual at:

**Phone:** 800-344-0197

**Email:** privacy@libertymutual.com

**Postal Address:** Liberty Mutual Insurance Company
Attn Privacy Office
175 Berkeley St 6th Floor
Boston MA 02116



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (22)  58 25 00 36**
Policy Period:
**From 09/04/2021 To 09/04/2022**
*12:01 am Standard Time*
*at Insured Mailing Location*



## Common Policy Declarations

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| C & Y INVESTMENT CORP<br>2526 MOUNT VERNON RD STE 128<br>DUNWOODY, GA 30338 | (678) 248-0170<br>SEAN CHOICE, LLC<br>2550 PLEASANT HILL RD STE 115<br>DULUTH, GA 30096-9278 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** LESSORS RISK 55000 SQ FT

***In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.***

## SUMMARY  OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Commercial Property** | $24,181.00 |
| **Commercial General Liability** | $5,589.00 |

*Total Charges for all of the above coverage parts:*     ***$29,770.00***
*Certified Acts of Terrorism Coverage:*   ***$450.00***     ***(Included)***

*Note: This is not a bill*

## IMPORTANT  MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

- Notice: The Employment-Related Practices Exclusion CG 21 47 is added to this policy to clarify there is no coverage for liability arising out of employment-related practices. Please read this endorsement carefully.

| Issue Date | 07/06/21 | | Authorized Representative |
|---|---|---|---|

***To report a claim, call your Agent or 1-800-366-6446***

**DS 70 21 11 16**



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*

Ohio Security Insurance Company

Policy Number:
**BKS   (22)   58 25 00 36**

Policy Period:
**From 09/04/2021 To 09/04/2022**
*12:01 am Standard Time*
*at Insured Mailing Location*

### Common Policy Declarations

| Named Insured | Agent |
|---|---|
| C & Y INVESTMENT CORP<br>2526 MOUNT VERNON RD STE 128<br>DUNWOODY, GA 30338 | (678) 248-0170<br>SEAN CHOICE, LLC<br>2550 PLEASANT HILL RD STE 115<br>DULUTH, GA 30096-9278 |

### SUMMARY OF LOCATIONS

This policy provides coverage for the following under one or more coverage parts. Please refer to the individual Coverage Declarations Schedules, or, the individual Coverage Forms for locations or territory definition for that specific Coverage Part.

0001 5643 Bells Ferry Rd, Acworth, GA 30102-2528

### POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 88 01 15 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 84 99 08 09 | Non-Cumulation Liability Limits Same Occurrence |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Mark Touhey
Secretary

David Long
President

**To report a claim, call your Agent or 1-844-325-2467**
DS 70 21 11 16

 **Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (22)  58 25 00 36**
Policy Period:
**From 09/04/2021 To 09/04/2022**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| C & Y INVESTMENT CORP<br>2526 MOUNT VERNON RD STE 128<br>DUNWOODY, GA 30338 | (678) 248-0170<br>SEAN CHOICE, LLC<br>2550 PLEASANT HILL RD STE 115<br>DULUTH, GA 30096-9278 |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for this policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 85 13 09 03 | Georgia Changes - Limited Fungi or Bacteria Coverage |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CP 00 10 10 12 | Building and Personal Property Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 31 01 20 | Georgia Changes |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 04 11 10 12 | Protective Safeguards |
| CP 10 30 10 12 | Causes of Loss - Special Form |
| CP 10 34 10 12 | Exclusion of Loss Due To By-Products of Production or Processing Operations (Rental Properties) |
| CP 12 18 10 12 | Loss Payable Provisions |
| CP 88 00 02 15 | Property Extension Endorsement |
| CP 88 04 03 10 | Removal Permit |
| CP 88 44 02 15 | Equipment Breakdown Coverage Endorsement |
| CP 90 59 12 12 | Identity Theft  Administrative Services and Expense Coverage |
| CP 90 85 11 15 | Limited Coverage For Fungus, Wet Rot And Dry Rot - Georgia |
| CP 92 01 05 17 | Property Anti-Stacking Endorsement |
| CP 92 12 12 20 | Cyber Incident Exclusion |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 02 62 02 15 | Georgia Changes - Cancellation and Nonrenewal |
| IL 09 35 07 02 | Exclusion of Certain Computer-Related Losses |

*To report a claim,  call your Agent or 1-844-325-2467*

DS 70 21 11 16



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (22)  58 25 00 36**
Policy Period:
**From 09/04/2021 To 09/04/2022**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Common Policy Declarations**

**Named Insured**

C & Y INVESTMENT CORP
2526 MOUNT VERNON RD STE 128
DUNWOODY, GA 30338

**Agent**

(678) 248-0170
SEAN CHOICE, LLC
2550 PLEASANT HILL RD STE 115
DULUTH, GA 30096-9278

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
| --- | --- |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 09 96 01 07 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Dispostion of Federal Terrorism Risk Insurance Act) |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 21 11 16**


**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS  (22)  58 25 00 36**

Policy Period:
**From 09/04/2021 To 09/04/2022**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial  Property**
**Declarations**

| Named Insured | Agent |
|---|---|
| C & Y INVESTMENT CORP | (678) 248-0170<br>SEAN CHOICE, LLC |

## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Property Schedule Totals | $23,753.00 |
| Certified Acts of Terrorism Coverage | $428.00 |

*Total Advance Charges:* **$24,181.00**
*Note: This is not a bill*

---

*To report a claim,  call your Agent or  1-844-325-2467*

DS 70 22 01 08



**Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*

Ohio Security Insurance Company

Policy Number:
**BKS   (22)   58 25 00 36**
Policy Period:
**From 09/04/2021 To 09/04/2022**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| C & Y INVESTMENT CORP | (678) 248-0170 |
| | SEAN CHOICE, LLC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

**0001   5643 Bells Ferry Rd, Acworth, GA 30102-2528**

**Property Characteristics**

Description:

Construction: Non-Combustible

**Building Coverage**

Occupancy: Mercantile - Multiple occupancy - Not large area (15,000 sq. ft. or less) - Not class rated

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | $5,847,081 |
| Coinsurance | 80% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
| ***Premium*** | **$22,803.00** |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**



**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BKS  (22)  58 25 00 36**

Policy Period:
**From 09/04/2021 To 09/04/2022**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| C & Y INVESTMENT CORP | (678) 248-0170 |
| | SEAN CHOICE, LLC |



## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 5643 Bells Ferry Rd, Acworth, GA 30102-2528*

**Your Business Personal Property Coverage**

**Occupancy:** Restaurants - With Sale of Alcoholic Beverages That Are Less Than 30% of the Annual Receipts of the Restaurants With Table Service - With Cooking

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | $10,200 |
| Coinsurance | 80% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
| *Premium* | *$148.00* |

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

| | *Premium* | *$790.00* |
|---|---|---|

**Mortgage Holder(s)**

PROMISEONE BANK

2400 PLEASANT HILL RD
STE 340
DULUTH, GA 30096
Loan#

*To report a claim,  call your Agent or 1-844-325-2467*

DS 70 23 01 08



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS   (22)  58 25 00 36**

Policy Period:
**From 09/04/2021 To 09/04/2022**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| C & Y INVESTMENT CORP | (678) 248-0170 |
| | SEAN CHOICE, LLC |

## SUMMARY OF OTHER PROPERTY COVERAGES

| Identity Theft Administrative Services And Expense Coverage | Description | |
|---|---|---|
| | Limit of Insurance | See Endorsement CP9059 |
| | *Premium* | *$12.00* |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Property Extension Endorsement | $.00 |
| | *Premium* | *Included* |

| **Commercial Property Schedule Total:** | | $23,753.00 |
|---|---|---|



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS   (22)  58 25 00 36**

Policy Period:
**From 09/04/2021 To 09/04/2022**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**

**Declarations**
Basis: Occurrence

| Named Insured | Agent |
|---|---|
| C & Y INVESTMENT CORP | (678) 248-0170 |
| | SEAN CHOICE, LLC |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 5,567.00 |
| Certified Acts of Terrorism Coverage | 22.00 |

*Total Advance Charges:*   **$5,589.00**
*Note: This is not a bill*

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 22 01 08



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS   (22)  58 25 00 36**

Policy Period:
**From 09/04/2021 To 09/04/2022**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| C & Y INVESTMENT CORP | (678) 248-0170<br>SEAN CHOICE, LLC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

**0001**   *5643 Bells Ferry Rd, Acworth, GA 30102-2528*

**Insured:**  C & Y INVESTMENT CORP

**CLASSIFICATION -**  67635
Shopping Centers - Buildings, Or Premises Not Occupied By
The Insured (Lessor's Risk Only)
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 55,000 Square Feet Of Area | 83.846 | $4,612.00 |
| | | *Total:* | *Included* |

**CLASSIFICATION -**  46607
Parking - Public - Shopping Centers - Maintained By The
Insured (Lessor's Risk Only)
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 30,000 Square Feet Of Area | 31.838 | $955.00 |
| | | *Total:* | *Included* |

| **Commercial General Liability Schedule Total** | **$5,567.00** |
|---|---|

*To report a claim,  call your Agent or 1-844-325-2467*

DS 70 23 10 16

# COMMERCIAL  GENERAL LIABILITY COVERAGE FORM



Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1.  Insuring Agreement**

    **a.**  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        **(1)**  The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

        **(2)**  Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

    **b.**  This insurance applies to "bodily injury" and "property damage" only if:

        **(1)**  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        **(2)**  The "bodily injury" or "property damage" occurs during the policy period; and

        **(3)**  Prior to the policy period, no insured listed under Paragraph **1.** of Section **II -** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    **c.**  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    **d.**  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

        **(1)**  Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

        **(2)**  Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   © Insurance Services Office, Inc., 2012

    (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

  e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

    (1) That the insured would have in the absence of the contract or agreement; or

    (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

        (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

        (b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

    (1) Causing or contributing to the intoxication of any person;

    (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

    (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

        (a) The supervision, hiring, employment, training or monitoring of others by that insured; or

        (b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

    (1) An "employee" of the insured arising out of and in the course of:

        (a) Employment by the insured; or

        (b) Performing duties related to the conduct of the insured's business; or

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.  Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of

the operations being per-
formed by such insured,
contractor or subcontractor;

**(ii)** "Bodily injury" or "property
damage" sustained within a
building and caused by the
release of gases, fumes or
vapors from materials
brought into that building in
connection with operations
being performed by you or
on your behalf by a contrac-
tor or subcontractor; or

**(iii)** "Bodily injury" or "property
damage" arising out of heat,
smoke or fumes from a
"hostile fire".

**(e)** At or from any premises, site or
location on which any insured or
any contractors or subcontrac-
tors working directly or indirect-
ly on any insured's behalf are
performing operations if the op-
erations are to test for, monitor,
clean up, remove, contain, treat,
detoxify or neutralize, or in any
way respond to, or assess the ef-
fects of, "pollutants".

**(2)** Any loss, cost or expense arising out
of any:

**(a)** Request, demand, order or statu-
tory or regulatory requirement
that any insured or others test
for, monitor, clean up, remove,
contain, treat, detoxify or neu-
tralize, or in any way respond to,
or assess the effects of, "pollu-
tants"; or

**(b)** Claim or suit by or on behalf of a
governmental authority for dam-
ages because of testing for,
monitoring, cleaning up, remov-
ing, containing, treating, detox-
ifying or neutralizing, or in any
way responding to, or assessing
the effects of, "pollutants".

However, this paragraph does not
apply to liability for damages be-
cause of "property damage" that the
insured would have in the absence of
such request, demand, order or stat-
utory or regulatory requirement, or
such claim or "suit" by or on behalf
of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage"
arising out of the ownership, mainten-
ance, use or entrustment to others of any
aircraft, "auto" or watercraft owned or
operated by or rented or loaned to any
insured. Use includes operation and
"loading or unloading".

This exclusion applies even if the claims
against any insured allege negligence or
other wrongdoing in the supervision, hir-
ing, employment, training or monitoring
of others by that insured, if the "occur-
rence" which caused the "bodily injury"
or "property damage" involved the own-
ership, maintenance, use or entrustment
to others of any aircraft, "auto" or water-
craft that is owned or operated by or
rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on prem-
ises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons
or property for a charge;

**(3)** Parking an "auto" on, or on the ways
next to, premises you own or rent,
provided the "auto" is not owned by
or rented or loaned to you or the in-
sured;

**(4)** Liability assumed under any "in-
sured contract" for the ownership,
maintenance or use of aircraft or
watercraft; or

**(5)** "Bodily injury" or "property dam-
age" arising out of:

**(a)** The operation of machinery or
equipment that is attached to, or
part of, a land vehicle that would
qualify under the definition of
"mobile equipment" if it were
not subject to a compulsory or
financial responsibility law or
other motor vehicle insurance
law where it is licensed or princi-
pally garaged; or

**(b)** The operation of any of the ma-
chinery or equipment listed in
Paragraph **f.(2)** or **f.(3)** of the
definition of "mobile equip-
ment".

© Insurance Services Office, Inc., 2012   CG 00 01 04 13

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person ,or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.



**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13



**2.   Exclusions**

This insurance does not apply to:

**a.   Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b.   Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c.   Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d.   Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e.   Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f.   Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g.   Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h.   Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i.   Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.   Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.   Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.   Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.   Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants";   or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

© Insurance Services Office, Inc., 2012   CG 00 01 04 13

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletics contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, or offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and



    **(2)** Provides us with written authorization to:

        **(a)** Obtain records and other information related to the "suit"; and

        **(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

    **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        **(1)** "Bodily injury" or "personal and advertising injury":

            **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

            **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

            **(d)** Arising out of his or her providing or failing to provide professional health care services.

        **(2)** "Property damage" to property:

            **(a)** Owned, occupied or used by;

            **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

        you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

   **(1)** With respect to liability arising out of the maintenance or use of that property; and

   **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** **Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7.** **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8.** **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.** **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

1. **"Advertisement"** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. **"Auto"** means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However "auto" does not include "mobile equipment".

3. **"Bodily injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. **"Coverage territory"** means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph a. above;

      (2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. **"Employee"** includes a "leased worker". "Employee" does not include a "temporary worker".

6. **"Executive officer"** means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. **"Hostile fire"** means one which becomes uncontrollable or breaks out from where it was intended to be.

8. **"Impaired property"** means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. **"Insured contract"** means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

© Insurance Services Office, Inc., 2012     CG 00 01 04 13

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

    (2)  Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    (3)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.**  False arrest, detention or imprisonment;

  **b.**  Malicious prosecution;

  **c.**  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.**  Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.**  Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.**  The use of another's advertising idea in your "advertisement"; or

  **g.**  Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

  **a.**  Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    (1)  Products that are still in your physical possession; or

    (2)  Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      (a)  When all of the work called for in your contract has been completed.

      (b)  When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      (c)  When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **b.**  Does not include "bodily injury" or "property damage" arising out of:

    (1)  The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    (2)  The existence of tools, uninstalled equipment or abandoned or unused materials; or

    (3)  Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.**  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

 © Insurance Services Office, Inc., 2012

58250036 001810 400 of 148 53

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

COMMERCIAL  GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL  OR PERSONAL INFORMATION  AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily  Injury And Property  Damage  Liability** is replaced by the following:

   **2.**  **Exclusions**

     This insurance  does not apply to:

     **p.**  **Access Or Disclosure Of Confidential  Or Personal Information  And Data-related  Liability**

       Damages arising out of:

       **(1)**  Any access to or disclosure of any person's  or organization's confidential  or personal information, including patents, trade secrets, processing  methods, customer lists, financial information, credit card information, health information or any other type of nonpublic  information; or

       **(2)**  The loss of, loss of use of, damage to, corruption  of, inability to access, or inability  to manipulate electronic  data.

      This exclusion applies even if damages are claimed  for notification costs, credit  monitoring  expenses, forensic  expenses, public relations expenses or any other loss, cost or expense incurred  by you or others arising  out of that which is described in Paragraph  **(1)** or **(2)** above.

      However, unless Paragraph  **(1)** above applies, this exclusion  does not apply to damages because of "bodily injury".

As used in this exclusion,  electronic data means information,  facts or programs stored as or on, created or used on, or transmitted  to or from computer software, including systems and applications  software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing  devices or any other media which are used with electronically  controlled equipment.

**B.**  The following  is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising  Injury Liability:**

   **2.**  **Exclusions**

     This insurance  does not apply to:

     **Access Or Disclosure Of Confidential Or Personal Information**

     "Personal and advertising  injury" arising out of any access to or disclosure  of any person's or organization's  confidential or personal information,  including patents, trade secrets, processing  methods, customer lists, financial information, credit card information,  health information or any other type of nonpublic  information.

     This exclusion applies even if damages are claimed for notification costs, credit monitoring  expenses, forensic expenses, public relations  expenses or any other loss, cost or expense incurred  by you or others arising out of any access to or disclosure of any person's or organization's confidential  or personal information.

© Insurance  Services Office, Inc., 2013

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART



**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section I - **Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section I - **Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

COMMERCIAL  GENERAL  LIABILITY
CG 21 88 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)



This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY

A.  **Applicability  Of The Provisions Of This Endorsement**

1.  The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

    a.  The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

    b.  A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

        (1)  Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

        (2)  Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

        (3)  Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2.  If the provisions of this endorsement become applicable, such provisions:

    a.  Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

**b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015   CG 21 88 01 15

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART



The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

CG 24 26 04 13                © Insurance Services Office, Inc., 2012                Page 1 of 1

COMMERCIAL  GENERAL  LIABILITY
CG 84 99 08 09

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-CUMULATION  OF LIABILITY LIMITS
# (SAME  OCCURRENCE)

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

The following  is added to Paragraph  **5.** under **Section III - Limits Of Insurance:**

Non-Cumulation  of Liability  - Same Occurrence - If one "occurrence"  causes "bodily  injury"  or "property damage"  during  the  policy  period  and during  the  policy  period  of one  or more  prior,  or future,  general liability  policies  issued  to you  by us, then  this  policy's  Each Occurrence  Limit  will  be reduced  by the amount  of each payment  made by us under the other policies  because of such "occurrence."

For purposes  of this endorsement,  the term "us"  also includes  all policies  issued  by any company  within the Liberty  Mutual  Agency  Markets  division  of Liberty  Mutual  Group.

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission .

CG 84 99 08 09                                                                                                                Page 1 of 1

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 85 13 09 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES - LIMITED FUNGI OR BACTERIA COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| | |
|---|---|
| **Fungi and Bacteria Property Damage Aggregate Limit** | **$ 50,000** |

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

  **2.   Exclusions**

  This insurance does not apply to:

  **a.**  "Bodily Injury" arising out of a "fungi or bacteria incident".

  **b.**  Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

  This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

  **2.   Exclusions**

  This insurance does not apply to:

  **a.**  "Personal and advertising injury" arising out of a "fungi or bacteria incident".

  **b.**  Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** Coverage provided by this insurance for "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi and Bacteria Property Damage Aggregate Limit as described in Paragraph **D.** of this endorsement.

**D.** The following are added to **Section III - Limits of Insurance:**

  **1.**  Subject to Paragraphs **2.** and **3.** of Section III - Limits of Insurance, as applicable, the Fungi and Bacteria Property Damage Aggregate Limit shown in the Schedule of this endorsement is the most we will pay under Coverage **A** for all "property damage" arising out of one or more "fungi or bacteria incident".

  **2.**  Paragraph **5.,** the Each Occurrence Limit and Paragraph **6.,** the Damage To Premises Rented To You Limit, of Section III - Limits of Insurance continue to apply to "property damage" arising out of a "fungi or bacteria incident".

**E.** The following definitions are added to the **Definitions** Section:

  **1.**  "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

  **2.**  "Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY
CG 88 10 04 13

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL GENERAL LIABILITY EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## INDEX

| SUBJECT | PAGE |
|---|---|
| NON-OWNED AIRCRAFT | 2 |
| NON-OWNED WATERCRAFT | 2 |
| PROPERTY DAMAGE LIABILITY - ELEVATORS | 2 |
| EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) | 2 |
| MEDICAL PAYMENTS EXTENSION | 3 |
| EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B | 3 |
| ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT | 3 |
| PRIMARY AND NON-CONTRIBUTORY- ADDITIONAL INSURED EXTENSION | 5 |
| ADDITIONAL INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS OF INSURANCE" | 6 |
| WHO IS AN INSURED - INCIDENTAL MEDICAL ERRORS/MALPRACTICE AND WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT EMPLOYEES | 6 |
| NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES | 7 |
| FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES | 7 |
| KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT | 7 |
| LIBERALIZATION CLAUSE | 7 |
| BODILY INJURY REDEFINED | 7 |
| EXTENDED PROPERTY DAMAGE | 8 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU | 8 |

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A.   NON-OWNED AIRCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** exclusion **g. Aircraft, Auto Or Watercraft** does not apply to an aircraft provided:

**1.**   It is not owned by any insured;

**2.**   It is hired, chartered or loaned with a trained paid crew;

**3.**   The pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating her or him a commercial or airline pilot; and

**4.**   It is not being used to carry persons or property for a charge.

However, the insurance afforded by this provision does not apply if there is available to the insured other valid and collectible insurance, whether primary, excess (other than insurance written to apply specifically in excess of this policy), contingent or on any other basis, that would also apply to the loss covered under this provision.



**B.   NON-OWNED WATERCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraph **(2)** of exclusion **g. Aircraft, Auto Or Watercraft** is replaced by the following:

This exclusion does not apply to:

**(2)**   A watercraft you do not own that is:

**(a)**   Less than 52 feet long; and

**(b)**   Not being used to carry persons or property for a charge.

**C.   PROPERTY DAMAGE LIABILITY - ELEVATORS**

**1.**   Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraphs **(3), (4)** and **(6)** of exclusion **j. Damage To Property** do not apply if such "property damage" results from the use of elevators. For the purpose of this provision, elevators do not include vehicle lifts. Vehicle lifts are lifts or hoists used in automobile service or repair operations.

**2.**   The following is added to **Section IV - Commercial General Liability Conditions,** Condition **4. Other Insurance,** Paragraph **b. Excess Insurance:**

The insurance afforded by this provision of this endorsement is excess over any property insurance, whether primary, excess, contingent or on any other basis.

**D.   EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage)**

If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

**1.**   Under Paragraph **2. Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:**

**a.**   The fourth from the last paragraph of exclusion **j. Damage To Property** is replaced by the following:

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke, or leakage from an automatic fire protection system) to:

**(i)**   Premises rented to you for a period of 7 or fewer consecutive days; or

**(ii)**   Contents that you rent or lease as part of a premises rental or lease agreement for a period of more than 7 days.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" to contents of premises rented to you for a period of 7 or fewer consecutive days.

A separate limit of insurance applies to this coverage as described in **Section III - Limits of Insurance.**

**CG 88 10 04 13**
© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
**Page 2 of 8**

    **b.**  The last paragraph of subsection **2. Exclusions** is replaced by the following:

        Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

**2.**  Paragraph **6.** under **Section III - Limits Of Insurance** is replaced by the following:

    **6.**  Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to:

        **a.**  Any one premise:

            **(1)**  While rented to you; or

            **(2)**  While rented to you or temporarily occupied by you with permission of the owner for damage by fire, lightning, explosion, smoke or leakage from automatic protection systems; or

        **b.**  Contents that you rent or lease as part of a premises rental or lease agreement.

**3.**  As regards coverage provided by this provision **D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage)** - Paragraph **9.a.** of **Definitions** is replaced with the following:

    **9.a.**  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with the permission of the owner, or for damage to contents of such premises that are included in your premises rental or lease agreement, is not an "insured contract".

## E.  MEDICAL PAYMENTS EXTENSION

If **Coverage C Medical Payments** is not otherwise excluded, the Medical Payments provided by this policy are amended as follows:

    Under Paragraph **1. Insuring Agreement** of **Section I - Coverage C - Medical Payments,** Subparagraph **(b)** of Paragraph **a.** is replaced by the following:

    **(b)**  The expenses are incurred and reported within three years of the date of the accident; and

## F.  EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.**  Under **Supplementary Payments - Coverages A** and **B**, Paragraph **1.b.** is replaced by the following:

    **b.**  Up to **$3,000** for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**2.**  Paragraph **1.d.** is replaced by the following:

    **d.**  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to **$500** a day because of time off from work.

## G.  ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT

**1.**  Paragraph **2.** under **Section II - Who Is An Insured** is amended to include as an insured any person or organization whom you have agreed to add as an additional insured in a written contract, written agreement or permit. Such person or organization is an additional insured but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by:

    **a.**  Your acts or omissions, or the acts or omissions of those acting on your behalf, in the performance of your on going operations for the additional insured that are the subject of the written contract or written agreement provided that the "bodily injury" or "property damage" occurs, or the "personal and advertising injury" is committed, subsequent to the signing of such written contract or written agreement; or

**b.** Premises or facilities rented by you or used by you; or

**c.** The maintenance, operation or use by you of equipment rented or leased to you by such person or organization; or

**d.** Operations performed by you or on your behalf for which the state or political subdivision has issued a permit subject to the following additional provisions:

    **(1)** This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of the operations performed for the state or political subdivision;

    **(2)** This insurance does not apply to "bodily injury" or "property damage" included within the "completed operations hazard".

    **(3)** Insurance applies to premises you own, rent, or control but only with respect to the following hazards:

        **(a)** The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

        **(b)** The construction, erection, or removal of elevators; or

        **(c)** The ownership, maintenance, or use of any elevators covered by this insurance.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

With respect to Paragraph **1.a.** above, a person's or organization's status as an additional insured under this endorsement ends when:

    **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

With respect to Paragraph **1.b.** above, a person's or organization's status as an additional insured under this endorsement ends when their written contract or written agreement with you for such premises or facilities ends.

With respects to Paragraph **1.c.** above, this insurance does not apply to any "occurrence" which takes place after the equipment rental or lease agreement has expired or you have returned such equipment to the lessor.

The insurance provided by this endorsement applies only if the written contract or written agreement is signed prior to the "bodily injury" or "property damage".

We have no duty to defend an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured as required in Paragraph **b.** of Condition **2. Duties In the Event Of Occurrence, Offense, Claim Or Suit** under **Section IV - Commercial General Liability Conditions.**

® 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2.  With respect to the insurance provided by this endorsement, the following are added to Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**a.**  "Bodily injury" or "property damage" arising from the sole negligence of the additional insured.

**b.**  "Bodily injury" or "property damage" that occurs prior to you commencing operations at the location where such "bodily injury" or "property damage" occurs.

**c.**  "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

(1)  The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications;  or

(2)  Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**d.**  "Bodily injury" or "property damage" occurring after:

(1)  All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed;  or

(2)  That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**e.**  Any person or organization specifically designated as an additional insured for ongoing operations by a separate **ADDITIONAL INSURED -OWNERS, LESSEES OR CONTRACTORS** endorsement issued by us and made a part of this policy.

3.  With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.**  Required by the contract or agreement; or

**b.**  Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declaratio ns.

## H.  PRIMARY AND NON-CONTRIBUTORY ADDITIONAL INSURED EXTENSION

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

Condition **4. Other Insurance of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

**a.**  The following is added to Paragraph **a. Primary Insurance:**

If an additional insured's policy has an Other Insurance provision making its policy excess, and you have agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.

© 2013 Liberty Mutual Insurance
 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**b.** The following is added to Paragraph **b. Excess Insurance:**

When a written contract or written agreement, other than a premises lease, facilities rental contract or agreement, an equipment rental or lease contract or agreement, or permit issued by a state or political subdivision between you and an additional insured does not require this insurance to be primary or primary and non-contributory, this insurance is excess over any other insurance for which the additional insured is designated as a Named Insured.

Regardless of the written agreement between you and an additional insured, this insurance is excess over any other insurance whether primary, excess, contingent or on any other basis for which the additional insured has been added as an additional insured on other policies.



**I. ADDITIONAL INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS OF INSURANCE"**

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

    **1.** The following is added to Condition **2. Duties In The Event Of Occurrence, Offense, Claim or Suit:**

    An additional insured under this endorsement will as soon as practicable:

    **a.** Give written notice of an "occurrence" or an offense that may result in a claim or "suit" under this insurance to us;

    **b.** Tender the defense and indemnity of any claim or "suit" to all insurers whom also have insurance available to the additional insured; and

    **c.** Agree to make available any other insurance which the additional insured has for a loss we cover under this Coverage Part.

    **d.** We have no duty to defend or indemnify an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured.

    **2.** The limits of insurance applicable to the additional insured are those specified in a written contract or written agreement or the limits of insurance as stated in the Declarations of this policy and defined in **Section III - Limits of Insurance** of this policy, whichever are less. These limits are inclusive of and not in addition to the limits of insurance available under this policy.

**J. WHO IS AN INSURED - INCIDENTAL MEDICAL ERRORS / MALPRACTICE**
**WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT EMPLOYEES**

Paragraph **2.a.(1)** of **Section II - Who Is An Insured** is replaced with the following:

**(1)** "Bodily injury" or "personal and advertising injury":

    **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

    **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1) (a)** above;

    **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1) (a)** or **(b)** above; or

    **(d)** Arising out of his or her providing or failing to provide professional health care services. However, if you are not in the business of providing professional health care services or providing professional health care personnel to others, or if coverage for providing professional health care services is not otherwise excluded by separate endorsement, this provision (Paragraph **(d)**) does not apply.

Paragraphs **(a)** and **(b)** above do not apply to "bodily injury" or "personal and advertising injury" caused by an "employee" who is acting in a supervisory capacity for you. Supervisory capacity as used herein means the "employee's" job responsibilities assigned by you, includes the direct supervision of other "employees" of yours. However, none of these "employees" are insureds for "bodily injury" or "personal and

© 2013 Liberty Mutual Insurance
**CG 88 10 04 13**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 6 of 8**

advertising injury" arising out of their willful conduct, which is defined as the purposeful or willful intent to cause "bodily injury" or "personal and advertising injury", or caused in whole or in part by their intoxication by liquor or controlled substances.

The coverage provided by provision **J.** is excess over any other valid and collectable insurance available to your "employee".

**K.   NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES**

Paragraph **3.** of **Section II - Who Is An Insured** is replaced by the following:

   **3.**   Any organization you newly acquire or form and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   **a.**   Coverage under this provision is afforded only until the expiration of the policy period in which the entity was acquired or formed by you;

   **b.**   Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   **c.**   Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

   **d.**   Records and descriptions of operations must be maintained by the first Named Insured.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations or qualifies as an insured under this provision.

**L.   FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **6. Representations:**

   Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" is not intentional.

**M.   KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **2. Duties In The Event of Occurrence, Offense, Claim Or Suit:**

   Knowledge of an "occurrence", offense, claim or "suit" by an agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an insured listed under Paragraph **1.** of **Section II - Who Is An Insured** or a person who has been designated by them to receive reports of "occurrences", offenses, claims or "suits" shall have received such notice from the agent, servant or "employee".

**N.   LIBERALIZATION CLAUSE**

If we revise this Commercial General Liability Extension Endorsement to provide more coverage without additional premium charge, your policy will automatically provide the coverage as of the day the revision is effective in your state.

**O.   BODILY INJURY REDEFINED**

Under **Section V - Definitions,** Definition **3.** is replaced by the following:

   **3.**   "Bodily Injury" means physical injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death that results from such physical injury, sickness or disease.

**P.  EXTENDED PROPERTY DAMAGE**

**Exclusion a.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

   **a.  Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.



**Q.  WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **8. Transfer Of Rights Of Recovery Against Others To Us:**

We waive any right of recovery we may have against a person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard" provided:

**1.**  You and that person or organization have agreed in writing in a contract or agreement that you waive such rights against that person or organization;  and

**2.**  The injury or damage occurs subsequent to the execution of the written contract or written agreement.

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 77 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL  EXPENSE AT YOUR REQUEST ENDORSEMENT

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

The following   is added to **Section I - Coverage  C - Medical  Payments:**

If **Medical  Payments**  or **Medical  Expenses**  are not otherwise   excluded  from  the policy,  medical  expenses will  be paid  only  if an insured  has requested  that we pay such expenses.

COMMERCIAL  GENERAL LIABILITY
CG 88 86 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - ASBESTOS  LIABILITY

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART

This insurance  does not apply to:

1.  "Bodily  injury", "property  damage" or "personal  and advertising  injury"  arising,  in whole or in part, either directly  or indirectly  out of the manufacture,  storage,  processing,  mining,  use, sale, installation, removal, disposal, distribution,  handling,  inhalation,  ingestion, absorption,  or existence of, exposure to or contact with asbestos, asbestos contained in goods, products  or materials,  asbestos fibers or asbestos dust; or

2.  Any loss, cost or expense arising  out of any:

   a.  Request, demand,  order,  or statutory  or regulatory  requirement  that any insured or others test for, monitor,  clean up, remove,  contain, treat, detoxify  or neutralize,  or in any way respond  to, or assess the effects of asbestos, asbestos contained  in goods, products  or materials,  asbestos fibers or asbestos dust; or

   b.  Claim or "suit"  by or on behalf of a governmental  authority  for damages because of testing for, monitoring,  cleaning up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way responding  to, or assessing the effects of asbestos, asbestos contained  in goods, products  or materials,  asbestos fibers or asbestos dust.

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H. Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1., and limited in A.2. Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

© Insurance Services Office, Inc., 2011

   c. **Personal Property Of Others** that is:

     (1) In your care, custody or control; and

     (2) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

   However, our payment for loss of or damage to personal property of others will be for the account of the owner of the property.

**2. Property Not Covered**

   Covered Property does not include:

   a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

   b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

   c. Automobiles held for sale;

   d. Bridges, roadways, walks, patios or other paved surfaces;

   e. Contraband, or property in the course of illegal transportation or trade;

   f. The cost of excavations, grading, backfilling or filling;

   g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

     (1) The lowest basement floor; or

     (2) The surface of the ground, if there is no basement;

   h. Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

   i. Personal property while airborne or waterborne;

   j. Bulkheads, pilings, piers, wharves or docks;

   k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

   l. Retaining walls that are not part of a building;

   m. Underground pipes, flues or drains;

   n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

   o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

   p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

     (1) Are licensed for use on public roads; or

     (2) Are operated principally away from the described premises.

     This paragraph does not apply to:

       (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

    © Insurance Services Office, Inc., 2011    

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3.   Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4.   Additional Coverages**

**a.   Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5)** **Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 - $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |
| ($10,000 is 20% of $50,000.) | | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 - $500) | |
| Debris Removal Expense: | $ | 40,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows:  $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible  ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b.** **Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c.** **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

© Insurance Services Office, Inc., 2011
CP 00 10 10 12

d.  **Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

e.  **Increased Cost Of Construction**

(1)  This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2)  In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3)  The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4)  Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a)  You were required to comply with before the loss, even when the building was undamaged; and

(b)  You failed to comply with.

(5)  Under this Additional Coverage, we will not pay for:

(a)  The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b)  Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6)  The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

    **(a)** We will not pay for the Increased Cost of Construction:

        **(i)** Until the property is actually repaired or replaced at the same or another premises; and

        **(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

    **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.** **Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

    **(a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

    **(b)** If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

    **(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

© Insurance Services Office, Inc., 2011



(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to your cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

    (b)  In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

    (c)  At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

    (a)  In or on a vehicle; or

    (b)  In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e.  Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion;  or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f.  Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    (a)  The trailer is used in your business;

    (b)  The trailer is in your care, custody or control at the premises described in the Declarations; and

    (c)  You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

    (a)  While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    (b)  During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g.  Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit;

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---:|
| Deductible: | $   250 |
| Limit of Insurance - Building 1: | $ 60,000 |
| Limit of Insurance - Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

© Insurance Services Office, Inc., 2011

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$60,100
-      250
$59,850   Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:  $59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

Loss to Building 1:                       $ 70,000
(Exceeds Limit of Insurance plus Deductible)
Loss to Building 2:                       $ 90,000
(Exceeds Limit of Insurance plus Deductible)
Loss Payable - Building 1:            $ 60,000
(Limit of Insurance)
Loss Payable - Building 2:            $ 80,000
(Limit of Insurance)
Total amount of loss payable:       $ 140,000

**E.   Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1.   Abandonment**

There can be no abandonment of any property to us.

**2.   Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a.   Pay its chosen appraiser; and

b.   Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.   Duties In The Event Of Loss Or Damage**

a.   You must see that the following are done in the event of loss or damage to Covered Property:

(1)   Notify the police if a law may have been broken.

(2)   Give us prompt notice of the loss or damage. Include a description of the property involved.

(3)   As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4)   Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5)   At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6)   As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7)   Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

**6. Vacancy**

    **a. Description Of Terms**

        **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

            **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

            **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

                **(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

                **(ii)** Used by the building owner to conduct customary operations.

        **(2)** Buildings under construction or renovation are not considered vacant.

    **b. Vacancy Provisions**

        If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

        **(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

            **(a)** Vandalism;

            **(b)** Sprinkler leakage, unless you have protected the system against freezing;

            **(c)** Building glass breakage;

            **(d)** Water damage;

            **(e)** Theft; or

            **(f)** Attempted theft.

        **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

    We will determine the value of Covered Property in the event of loss or damage as follows:

    **a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

    **b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

        The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

        However, the following property will be valued at the actual cash value, even when attached to the building:

        **(1)** Awnings or floor coverings;

        **(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

        **(3)** Outdoor equipment or furniture.

    **c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

    **d.** Glass at the cost of replacement with safety-glazing material if required by law.

    **e.** Tenants' Improvements and Betterments at:

        **(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

        **(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

            **(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

 © Insurance Services Office, Inc., 2011

(b) Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

### Example 1 (Underinsurance)

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $     250 |
| | The amount of loss is: | $   40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

### Example 2 (Adequate Insurance)

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $     250 |
| | The amount of loss is: | $   40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

### Example 3

| When: | The value of property is: | |
|---|---|---|
| | Building at Location 1: | $  75,000 |
| | Building at Location 2: | $ 100,000 |
| | Personal Property at Location 2: | $  75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Location 1 and 2 is: | $ 180,000 |
| | The Deductible is: | $   1,000 |
| | The amount of loss is: | |
| | Building at Location 2: | $  30,000 |
| | Personal Property at Location 2: | $  20,000 |
| | | $  50,000 |

© Insurance Services Office, Inc., 2011

CP 00 10 10 12



Step (1): $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000.

Step (4): $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

© Insurance Services Office, Inc., 2011

**2. Inflation Guard**

    **a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

    **b.** The amount of increase will be:

        **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

        **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

        **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If: The applicable Limit of Insurance is: $ 100,000

The annual percentage increase is: 8%

The number of days since the beginning of the policy year (or last policy change) is: 146

The amount of increase is:
$100,000 x .08 x 146 ÷ 365= $ 3,200

**3. Replacement Cost**

    **a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

    **b.** This Optional Coverage does not apply to:

        **(1)** Personal property of others;

        **(2)** Contents of a residence;

        **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

        **(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

    Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

    **(1)** Until the lost or damaged property is actually repaired or replaced; and

    **(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

    **(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

    **(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

    **(1)** The Limit of Insurance applicable to the lost or damaged property;

    **(2)** The cost to replace the lost or damaged property with other property:

        **(a)** Of comparable material and quality; and

        **(b)** Used for the same purpose; or

    **(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

© Insurance Services Office, Inc., 2011 CP 00 10 10 12

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

4. **Extension Of Replacement Cost To Personal Property Of Others**

a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

b. With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

COMMERCIAL  PROPERTY

# COMMERCIAL  PROPERTY CONDITIONS

This Coverage Part is subject to the following  conditions, the Common Policy Conditions and applicable Loss Conditions and Additional  Conditions in Commercial  Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally  conceal or misrepresent  a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction  or control will not affect this insurance.

The breach of any condition  of this Coverage Part at any one or more locations  will not affect coverage at any location  where, at the time of loss or damage, the breach of condition  does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within  2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision  that would broaden the coverage under this Coverage Part without additional  premium within  45 days prior to or during the policy period, the broadened coverage will immediately  apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization,  other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance  subject to the same plan, terms, conditions  and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion  that the applicable Limit of Insurance under this Coverage Part bears to the Limits  of Insurance of all insurance  covering  on the same basis.

**2.** If there is other insurance  covering  the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether  you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within  the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to se-

cure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

    Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

COMMERCIAL PROPERTY
CP 01 31 01 20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:



COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

  **1.** We will not pay for loss or damage arising out of any act committed:

   **a.** By or at the direction of any insured; and

   **b.** With the intent to cause a loss.

  **2.** However, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

   **a.** Is otherwise covered under this Coverage Part; and

   **b.** Arose out of an act of family violence or sexual assault by an insured against whom a family violence or sexual assault complaint is brought for such act.

  **3.** If we pay a claim pursuant to Paragraph **B.2.,** our payment to the insured is limited to that insured's legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**C.** The following explanation is added with respect to application of the Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria and the Limited Coverage of the same title:

With respect to the portion of Covered Property that would still have required repair or replacement had there been no "fungus", wet or dry rot or bacteria, this Exclusion and Limited Coverage will not serve to limit the amount of recovery for such repair or replacement.

However, the Exclusion and Limited Coverage shall continue to apply to:

  **1.** The cost to treat, contain, remove or dispose of "fungus", wet rot, dry rot or bacteria beyond that which is required to repair or replace Covered Property;

  **2.** The cost of testing as described in the Limited Coverage; and

  **3.** Any increase in loss under Business Income and/or Extra Expense Forms resulting from Paragraph **1.** or **2.** above.

Regardless of whether the Exclusion and Limited Coverage apply to a loss, the Limit of Insurance on Covered Property is not increased. The maximum recoverable, for the total of the cost to repair or replace Covered Property and any additional covered cost to treat, contain, remove, dispose of or test for "fungus", wet or dry rot or bacteria, is the applicable Limit of Insurance on the affected Covered Property.

© Insurance Services Office, Inc., 2019

**D.** This Paragraph, **D.,** applies to the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

CONDOMINIUM ASSOCIATION COVERAGE FORM

CONDOMINIUM COMMERCIAL UNIT OWNERS COVERAGE FORM

BUILDERS RISK COVERAGE FORM

STANDARD PROPERTY POLICY

Paragraph **a.** of the **Loss Payment** Condition is replaced by the following:

**a.** In the event of loss or damage covered by this Coverage Form, at our option we will either:

**(1)** Repair, rebuild or replace the property with other property of like kind and quality, or pay the cost of such repair, rebuilding or replacement, as limited by Paragraph b. of this Loss Payment Condition and any other applicable policy provisions, such as the Limit of Insurance provision, the Valuation Condition or any provision which amends or supersedes the Valuation Condition; or

**(2)** Take all or any part of the property at an agreed or appraised value.

With respect to Paragraph **a.(1),** this policy covers only the cost of repair, rebuilding or replacement. Such cost does not include recovery of, and therefore this policy does not pay any compensation for, an actual or perceived reduction in the market value of any property. But if the property that has sustained loss or damage is subject to an endorsement which explicitly addresses market value, then that endorsement will apply to such property in accordance with its terms.

© Insurance Services Office, Inc., 2019

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY



**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph B., such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

POLICY NUMBER:

**COMMERCIAL PROPERTY**
**CP 04 11 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 5643 Bells Ferry Rd | | |
| Acworth, GA 301022528 | | |

**Describe Any "P-9":**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property **Conditions:**

**Protective Safeguards**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

"**P-1**" **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

(1) Sprinklers and discharge nozzles;

(2) Ducts, pipes, valves and fittings;

(3) Tanks, their component parts and supports; and

(4) Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

(1) Non-automatic fire protective systems; and

(2) Hydrants, standpipes and outlets.

**CP 04 11 10 12** © Insurance Services Office, Inc., 2011 **Page 1 of 2**

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood:

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form
Causes Of Loss - Broad Form
Causes Of Loss - Special Form
Mortgageholders Errors And Omissions Coverage Form
Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

© Insurance Services Office, Inc., 2011    CP 04 11 10 12

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

© Insurance Services Office, Inc., 2011

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h.   "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)**  When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)**  To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.**  We will not pay for loss or damage caused by or resulting from any of the following:

**a.**  Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)**  Electrical or electronic wire, device, appliance, system or network; or

**(2)**  Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)**  Electrical current, including arcing;

**(b)**  Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)**  Pulse of electromagnetic energy; or

**(d)**  Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.**  Delay, loss of use or loss of market.

**c.**  Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.  (1)**  Wear and tear;

**(2)**  Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)**  Smog;

**(4)**  Settling, cracking, shrinking or expansion;

**(5)**  Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)**  Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)**  The following causes of loss to personal property:

**(a)**  Dampness or dryness of atmosphere;

**(b)**  Changes in or extremes of temperature; or

**(c)**  Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e.  Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f.  Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g.  Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   **(1)** You do your best to maintain heat in the building or structure; or

   **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

h.  Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

i.  Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j.  Rain, snow, ice or sleet to personal property in the open.

k.  Collapse, including any of the following conditions of property or any part of the property:

   **(1)** An abrupt falling down or caving in;

   **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

   **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

   **(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

   **(b)** To collapse caused by one or more of the following:

   **(i)** The "specified causes of loss";

   **(ii)** Breakage of building glass;

      **(iii)** Weight of rain that collects on a roof; or

      **(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

    **(1)** Planning, zoning, development, surveying, siting;

    **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **(3)** Materials used in repair, construction, renovation or remodeling; or

    **(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

    **(1)** Any loss caused by or resulting from:

      **(a)** Damage or destruction of "finished stock"; or

      **(b)** The time required to reproduce "finished stock".

    This exclusion does not apply to Extra Expense.

    **(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

    **(3)** Any increase of loss caused by or resulting from:

      **(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

      **(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.



(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.a.** Ordinance Or Law;

(b) Paragraph **B.1.c.** Governmental Action;

(c) Paragraph **B.1.d.** Nuclear Hazard;

(d) Paragraph **B.1.e.** Utility Services; and

(e) Paragraph **B.1.f.** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

© Insurance Services Office, Inc., 2011

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

    **(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

    **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

    **(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

    **(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

    **(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

    **(2)** Changes in or extremes of temperature;

    **(3)** Disease;

    **(4)** Frost or hail; or

    **(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

    **(1)** Glass; or

    **(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

    **(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

    **(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire- extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(1) A cause of loss listed in **2.a.** or **2.b.**;

(2) One or more of the "specified causes of loss";

(3) Breakage of building glass;

(4) Weight of people or personal property; or

(5) Weight of rain that collects on a roof.

**3.** This **Additional Coverage - Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

© Insurance Services Office, Inc., 2011

      **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

    **b.** The personal property which collapses is inside a building; and

    **c.** The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E.** **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

    **a.** A "specified cause of loss" other than fire or lightning; or

    **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

 © Insurance Services Office, Inc., 2011

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5.  The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6.  The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

    a.  If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    b.  If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.  Additional Coverage Extensions**

1.  **Property In Transit**

    This Extension applies only to your personal property to which this form applies.

    a.  You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

    b.  Loss or damage must be caused by or result from one of the following causes of loss:

        (1)  Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

        (2)  Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

        (3)  Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

    c.  The most we will pay for loss or damage under this Extension is $5,000.

    This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2.  **Water Damage, Other Liquids, Powder Or Molten Material Damage**

    If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

© Insurance Services Office, Inc., 2011

3. **Glass**

   a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension **F.3.** does not increase the Limit of Insurance.

**G. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      (1) The cost of filling sinkholes; or

      (2) Sinking or collapse of land into man-made underground cavities.

   b. Falling objects does not include loss or damage to:

      (1) Personal property in the open; or

      (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means:

   (1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

   (2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

   But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

   To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

POLICY NUMBER:

**COMMERCIAL PROPERTY**
**CP 10 34 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO BY-PRODUCTS OF PRODUCTION OR PROCESSING OPERATIONS (RENTAL PROPERTIES)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number | Building Number | Description Of Rental Unit |
|---|---|---|
| | | "All areas of the premises (including any covered buildings and structures) that are leased or rented to others, regardless of the number of renters or lessees, or any subdivisions between areas." |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The terms of this endorsement apply to the rental unit(s) described in the Schedule, and to the building(s) in which such unit(s) is located, including any contents of such unit(s) and building(s), all of which constitute the described premises for the purpose of this endorsement.

**B.** We will not pay for loss or damage to the described premises, caused by or resulting from smoke, vapor, gas or any substance released in the course of production operations or processing operations performed at the rental unit(s) described in the Schedule. This exclusion applies regardless of whether such operations are:

1. Legally permitted or prohibited;

2. Permitted or prohibited under the terms of the lease; or

3. Usual to the intended occupancy of the premises.

This exclusion does not apply to loss or damage by fire or explosion that results from the release of a by-product of the production or processing operation.

**C.** If the loss or damage described in Paragraph **B.** results in Business Income loss or Extra Expense, there is no coverage for such loss or expense under the business income and/or extra expense forms listed in this endorsement, or under any other business interruption insurance if provided under this policy.

**D.** The conduct of a tenant's production or processing operations will not be considered to be vandalism of the rental premises regardless of whether such operations are:

1. Legally permitted or prohibited;

2. Permitted or prohibited under the terms of the lease; or

3. Usual to the intended occupancy of the premises.

CP 10 34 10 12 © Insurance Services Office, Inc., 2011 Page 1 of 1

POLICY NUMBER:                                                          **COMMERCIAL PROPERTY**
                                                                       **CP 12 18 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

> BUILDERS' RISK COVERAGE FORM
> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> CONDOMINIUM ASSOCIATION COVERAGE FORM
> CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
> STANDARD PROPERTY POLICY

## SCHEDULE

| **Location Number:** | **Building Number:** | **Applicable Clause** C.2.<br>**(Enter C.1., C.2., C.3. or C.4.)** |
|---|---|---|

5643 Bells Ferry Rd

Acworth
GA
30102-2528

**Description of Property:**

PERSONAL PROPERTY

**Loss Payee Name:**

PROMISEONE BANK

**Loss Payee Address:**

2400 PLEASANT HILL RD
STE 340
DULUTH, GA 30096

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**CP 12 18 10 12**                    © Insurance Services Office, Inc., 2011                    **Page 1 of 3**

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

1. **Loss Payable Clause**

   For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

2. **Lender's Loss Payable Clause**

   **a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   (1) Warehouse receipts;

   (2) A contract for deed;

   (3) Bills of lading;

   (4) Financing statements; or

   (5) Mortgages, deeds of trust, or security agreements.

   **b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

   (1) We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   (2) The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

(3) If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

   (a) Pays any premium due under this Coverage Part at our request if you have failed to do so;

   (b) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (c) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

   All of the terms of this Coverage Part will then apply directly to the Loss Payee.

(4) If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   (a) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

   (b) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

   At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

   (1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

© Insurance Services Office, Inc., 2011  CP 12 18 10 12

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**3. Contract Of Sale Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

**b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**(1)** Adjust losses with you; and

**(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**c.** The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

**b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

© Insurance Services Office, Inc., 2011

COMMERCIAL PROPERTY
CP 88 00 02 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PROPERTY EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

The following is a summary of increased limits of insurance and additional coverages provided by this endorsement. This endorsement is subject to the provisions of your policy which means that it is subject to all limitations and conditions applicable to this Coverage Part, Coverage Form and Causes Of Loss - Broad Form and Causes Of Loss - Special Form unless specifically deleted, replaced, or modified herein. Except as otherwise stated herein, this endorsement is applicable only to those locations described in the Declarations.

**Coverage for Extra Expense, whether provided by this endorsement or elsewhere, does not apply if a loss is covered only as a result of this endorsement.**

**If loss or damage is covered elsewhere in this policy and under this endorsement, the amount payable under this endorsement will apply excess over that payable elsewhere in this policy unless otherwise stated. We will not pay more than the actual amount of the covered loss or damage.**

| Coverage Description | Limit Of Insurance |
|---|---|
| Special Deductible Provision | Included |
| Broadened Premises | Included |
| Additional Covered Property | Included |
| Real Property Of Others Required By Contract | $ 20,000 in any one occurrence |
| Fire Department Service Charge | $ 2,500 for service in any one occurrence |
| Electronic Data | $ 5,000 in any one policy year |
| Arson Or Theft Reward | $ 10,000 in any one occurrence, regardless of the number of persons providing information |
| Newly Acquired Or Constructed Property | 180 days |
|    Buildings | $ 500,000 at any one location |
|    Business Personal Property | $ 250,000 at any one location |
| Personal Effects And Property Of Others | $ 10,000 in any one occurrence |
| Valuable Papers And Records (Other Than Electronic Data) | $ 10,000 in any one occurrence |
| Outdoor Property | $ 5,000 in any one occurrence |
| Accounts Receivable | $ 10,000 in any one occurrence |
| Fine Arts | $ 10,000 in any one occurrence |
| Fire Protective Equipment | $ 10,000 in each separate 12-month policy period |
| Loss Of Refrigeration | $ 10,000 in any one occurrence |
| Computer Equipment (Including Laptop/Portable Computers) | $ 15,000 in any one occurrence |
| Lock Replacement | $ 1,000 in any one occurrence |
| Money And Securities | |
|    Inside the Premises | $ 2,500 in any one "occurrence" |
|    Outside the Premises | $ 2,500 in any one "occurrence" |
| Utility Services Interruption - Direct Damage | $ 5,000 in any one occurrence |
| Extra Expense | $ 10,000 in any one occurrence |
| Utility Services Interruption - Business Income | $ 2,500 in any one occurrence |
| Loss Adjustment Expenses | $ 2,500 in any one occurrence |

| Coverage Description | Limit Of Insurance |
|---|---|
| Appurtenant Structures | |
|    Buildings | $   50,000 in any one occurrence |
|    Business Personal Property | $    5,000 in any one occurrence |
| Salespersons Samples | $    1,000 for each salesperson, in any one occurrence |
| Signs (Outdoor) | $    5,000 per sign in any one occurrence |
| Special Valuation Provision | $    5,000 |
| Property In Transit | $   10,000 in any one occurrence |
| Back-up Of Sewers Or Drains | $   10,000 in any one occurrence |

**A.** The following is added to Section **D. Deductible,** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM and CONDOMINIUM COMMERCIAL UNIT- OWNERS COVERAGE FORM:

**Special Deductible Provision**

From any loss or damage covered under this endorsement, we will deduct the amount of the Deductible shown in the Declarations that applies to the peril of fire unless otherwise stated in this endorsement. In the event there is more than one different deductible on the policy applying to fire, the smallest such deductible will apply. The deductible shall apply separately to each occurrence.

**B.** The following changes apply to Section **A. Coverage** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM, and CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM unless otherwise noted:

   **1.** **Broadened Premises**

     References to **100 feet** in |Paragraph **A.1.a.(5)(b), Building;** Paragraph **A.1.b., Your Business Personal Property;** Paragraph **A.1.c.(2), Personal Property Of Others;** and Paragraph **A.5., Coverage Extensions** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and CONDOMINIUM ASSOCIATION COVERAGE FORM and Paragraph **A.1.a., Your Business Personal Property;** Paragraph **A.1.b. Personal Property Of Others;** and Paragraph **A.5., Coverage Extensions** of the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM are deleted and replaced by **1,000 feet.**

   **2.** **Additional Covered Property**

     The following are added to item **a. Building** of Paragraph **A.1. Covered Property** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

     **(6)** Bridges not exceeding 30 feet in length, roadways, walks, patios or other paved surfaces;

     **(7)** Retaining walls (except retaining walls two feet or higher used to contain water or protect against wave action or storm surges) that are not part of a building.

     The following are added to item **a. Building** of Paragraph **A.1. Covered Property** of the CONDOMINIUM ASSOCIATION COVERAGE FORM:

     **(7)** Bridges not exceeding 30 feet in length, roadways, walks, patios or other paved surfaces;

     **(8)** Retaining walls (except retaining walls two feet or higher used to contain water or protect against wave action or storm surges) that are not part of a building.

     Additional Condition **F.1. Coinsurance** does not apply to bridges which qualify as Additional Covered Property under this endorsement.

     Item **d.** of Paragraph **A.2. Property Not Covered** is deleted and replaced by the following:

       **d.** Bridges exceeding 30 feet in length.

     Item **l.** of Paragraph **A.2. Property Not Covered** is deleted and replaced by the following:

       **l.** Retaining walls two feet or higher used to contain water or protect against wave action or storm surges.

   **3.** **Real Property Of Others Required By Contract**

     The following is added to item **b. Your Business Personal Property** of Paragraph **A.1. Covered Property** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and item **a. Your Business Personal Property** of Paragraph **A.1. Covered Property** of the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM:

© 2015 Liberty Mutual Insurance

CP 88 00 02 15   Includes copyrighted material of Insurance Services Office Inc., with its Permission.   Page 2 of 12

(8) Real Property including but not limited to building, doors and windows you are responsible for due to contract or lease agreement.

The following is added to item **b. Your Business Personal Property** of Paragraph **A.1. Covered Property** of the CONDOMINIUM ASSOCIATION COVERAGE FORM:

(4) Real Property including but not limited to building, doors and windows you are responsible for due to contract or lease agreement.

The most we will pay for loss or damage to covered property in any one occurrence is $20,000.

4. **Fire Department Service Charge**

The limit of insurance in item **c. Fire Department Service Charge** of Paragraph **A.4. Additional Coverages** is amended from $1,000 for service at each described premises to $2,500 for service in any one occurrence. This extension does not apply if a higher limit is shown in the HIGHER LIMITS endorsement or the Declarations.

5. **Electronic Data**

The limit of insurance in item **f.(4) Electronic Data** of Paragraph **A.4. Additional Coverages** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and CONDOMINIUM ASSOCIATION COVERAGE FORM and item **e.(4) Electronic Data** of Paragraph **A.4. Additional Coverages** of the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM is increased from $2,500 to $5,000 in any one policy year. This extension does not apply if a higher limit is shown in the HIGHER LIMITS endorsement or the Declarations.

6. Item **g.** is added to Paragraph **A.4 Additional Coverages** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and CONDOMINIUM ASSOCIATION COVERAGE FORM, and item **f.** is added to Paragraph **A.4 Additional Coverages** of the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM:

**Arson Or Theft Reward**

We will pay on behalf of the insured up to $10,000 in any one occurrence for information which leads to an arson conviction or theft conviction in connection with a fire loss or theft loss covered under the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM or CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM. Regardless of the number of persons involved in providing information, our liability under this Additional Coverage will not be increased.

No deductible applies to this coverage.

7. **Newly Acquired Or Constructed Property**

The limit of insurance in item **a.(1) Newly Acquired Or Constructed Property - Buildings** of Paragraph **A.5. Coverage Extensions** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and CONDOMINIUM ASSOCIATION COVERAGE FORM is amended from $250,000 at each building to $500,000 at any one location.

The limit of insurance in item **a.(2) Newly Acquired Or Constructed Property** of Paragraph **A.5. Coverage Extensions** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and CONDOMINIUM ASSOCIATION COVERAGE FORM, and item **a.(1) Newly Acquired Property** of Paragraph **A.5. Coverage Extensions** of the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM is amended from $100,000 at each building to $250,000 at any one location.

The number of days in item **a.(3)(b) Newly Acquired Or Constructed Property - Period Of Coverage** of Paragraph **A.5. Coverage Extensions** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and CONDOMINIUM ASSOCIATION COVERAGE FORM, and item **a.(3)(b) Newly Acquired Property** of Paragraph **A.5 Coverage Extensions** of the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM is increased from 30 to 180 days.

8. **Personal Effects And Property Of Others**

The last paragraph of item **b. Personal Effects And Property Of Others** of Paragraph **A.5. Coverage Extensions** is deleted and replaced by the following:

The most we will pay for loss or damage under this Extension is $10,000 in any one occurrence described in the Declarations. Our payment for loss of or damage to personal property of others (including property of others held by you on consignment) will only be for the account of the owner of the property.

© 2015 Liberty Mutual Insurance

CP 88 00 02 15      Includes copyrighted material of Insurance Services Office Inc., with its Permission.      Page 3 of 12

9.  **Valuable Papers And Records (Other Than Electronic Data)**

The limit of insurance in item **c.(4) Valuable Papers And Records (Other Than Electronic Data)** of Paragraph **A.5. Coverage Extensions** is amended from $2,500 at each described premises to $10,000 in any one occurrence. This extension does not apply if a higher limit is shown in the HIGHER LIMITS endorsement or the Declarations.

10. **Outdoor Property**

Item **e. Outdoor Property** of Paragraph **A.5. Coverage Extensions** is deleted and replaced by the following:

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM and CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM to apply to your outdoor fences, lighting, lighting standards, radio and television antennas, satellite dishes, playground equipment, scoreboards, trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are a part of a vegetated roof), including debris removal expense, caused by or resulting from any of the Covered Causes of Loss.

The most we will pay for loss or damage under this Extension is $5,000, but not more than $500 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or numbers of items lost or damaged in that occurrence.

11. The following are added to Paragraph **A.5. Coverage Extensions:**

h.  **Accounts Receivable**

We will pay:

(1) All amounts due from your customers that you are unable to collect;

(2) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

(3) Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

(4) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from a Covered Cause of Loss to your records of accounts receivable.

The most we will pay for loss in any one occurrence under this Extension is $10,000.

No deductible applies to this Coverage Extension.

i.  **Fine Arts**

You may extend the insurance that applies to Your Business Personal Property to apply to your fine arts and fine arts owned by others that are in your care, custody or control.

This Extension does not apply to loss or damage caused by or resulting from:

(1) Any repairing, restoration or retouching process;

(2) Insects, birds, rodents or other animals;

(3) Wear and tear;

(4) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in the property that causes it to damage or destroy itself;

(5) Breakage of art glass windows, statuary, marbles, glassware, bric-a-brac, porcelains and similar fragile articles. But we will pay for loss or damage caused directly by fire, lightning, aircraft, theft or attempted theft, cyclone, tornado, windstorm, explosion, vandalism, or by accident to the vehicle carrying the property.

The most we will pay for loss or damage in any one occurrence under this Extension is $10,000. This Extension also applies to fine arts while in transit or located away from locations described in the Declarations.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

**j.   Fire Protective Equipment**

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM and CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM to your costs to:

**(1)**   Recharge or refill fire protective equipment; and

**(2)**   Clean up and remove the fire extinguishing agent, resulting from the discharge of a fire extinguishing agent from fire protective equipment.

The discharge must:

**(1)**   Be caused by a Covered Cause of Loss;

**(2)**   Result from the intended operation of the fire protective equipment to prevent or control a Covered Cause of Loss;

**(3)**   Be accidental; or

**(4)**   Result from a malfunction of the fire protective equipment.

We will not pay for damage:

**(1)**   If you fail to use reasonable care to maintain the fire protective equipment in proper operating condition; or

**(2)**   Caused by discharge at the time of servicing, refilling or testing of the fire protective equipment.

The most we will pay under this Extension is $10,000 for each separate 12-month period of this policy.

**k.   Loss Of Refrigeration**

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM and CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM to apply to direct physical loss of or damage to property owned by you and used in your business or owned by others and in your care, custody or control, contained in any refrigeration or cooling apparatus or equipment resulting from:

**(1)**   The fluctuation or total interruption of electrical power, either at or away from the described locations, due to conditions beyond your control; or

**(2)**   Mechanical failure of any refrigeration or cooling apparatus or equipment (at described locations).

The most we will pay for loss or damage in any one occurrence under this Extension is $10,000.

**l.   Computer Equipment**

You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to "computer equipment" owned by you or similar property of others in your care, custody or control for which you are legally liable, caused by a Covered Cause of Loss.

You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to "laptop/portable computers" owned by you and in your care, custody and control or in the care, custody or control of your employee.

**(1)**   Property Not Covered

We will not cover the following kinds of property under this Extension:

**(a)**   Property which you rent or lease to others;

**(b)**   Software or other electronic data;

**(c)**   Accounts, bills, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts, program documentation or other documents;

**(d)**   "Computer equipment" held for sale by you;

**(e)**   "Computer equipment" of others on which you are performing repairs or work;

© 2015 Liberty Mutual Insurance

      **(f)** "Computer equipment" that is part of any:

        **(i)** Production or processing equipment (such as CAD, CAM or CNC machines);

        **(ii)** Equipment used to maintain or service your building (such as heating, ventilating, cooling or alarm systems); or

        **(iii)** Communication equipment (such as telephone systems);

      **(g)** Property that is covered under another coverage form of this or any other policy in which such property is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

    **(2)** Property In Transit

    We will pay for your "computer equipment", or "laptop/portable computer" while in transit.

    **(3)** Loss Payment will be determined as follows:

    "Computer equipment" or "laptop/portable computers"

    We will pay the lesser of the following amounts:

      **(i)** The cost of reasonably restoring that property to its condition immediately before the loss or damage; or

      **(ii)** The cost of replacing that property with identical property of comparable material and quality and used for the same purpose.

      However, when repair or replacement with identical property is not possible, we will pay the cost to replace that property with similar property capable of performing the same functions. If not repaired or replaced, the property will be valued at its actual cash value.

  "Computer equipment" means a network of electronic machine components capable of accepting information, processing it according to instructions and producing the results in a desired form.

  "Laptop/portable computers" means "computer equipment" and accessories that are designed to function with it that can easily be carried and is designed to be used at more than one location.

  The most we will pay under this Extension for loss or damage to "computer equipment" including "laptop/portable computers" in any one occurrence is $15,000. This Extension also applies to "laptop/portable computers" which are away from the described locations.

**m. Lock Replacement**

  You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM and CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM to apply to replacement of locks necessitated by theft of Covered Property or theft of keys from the locations described in the Declarations.

  The most we will pay for loss under this Coverage Extension is $1,000 in any one occurrence.

**n. Money And Securities**

  **(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

    **(a)** Theft, meaning any act of stealing;

    **(b)** Disappearance; or

    **(c)** Destruction.

  **(2)** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

    **(a)** Resulting from accounting or arithmetical errors or omissions;

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

      (b)  Due to the giving or surrendering of property in any exchange or purchase; or

      (c)  Of property contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

  (3)  The most we will pay for loss in any one "occurrence" is:

      (a)  $2,500 for Inside the Premises for "money" and "securities" while:

          (i)  In or on the described premises; or

          (ii)  Within a bank or savings institution; and

      (b)  $2,500 for Outside the Premises for "money" and "securities" while anywhere else.

  (4)  As respects this Additional Coverage, all loss:

      (a)  Caused by one or more persons; or

      (b)  Involving a single act or series of related acts;

    is considered one "occurrence".

  (5)  You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

  (6)  "Money" means:

      (a)  Currency, coins and bank notes in current use and having a face value; and

      (b)  Travelers checks, register checks and money orders held for sale to the public.

  (7)  "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

      (a)  Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

      (b)  Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money".

  (8)  "Occurrence" means an:

      (a)  Act or series of related acts involving one or more persons; or

      (b)  Act or event, or a series of related acts or events not involving any person.

**o.  Utility Services Interruption - Direct Damage**

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM and CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM to apply to loss of or damage to Covered Property caused by an interruption in utility service to the described location. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the following property:

  (1)  **Water Supply Property,** meaning the following types of property supplying water to the described location:

      (a)  Pumping stations; and

      (b)  Water mains.

  (2)  **Communication Supply Property,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described location, such as:

      (a)  Communication transmission lines, including optic fiber transmission lines;

      (b)  Coaxial cables; and

      (c)  Microwave radio relays except satellites.

    Coverage does not include above ground communication transmission lines.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

**(3)  Power Supply Property,** meaning the following  types of property supplying  electricity, steam or gas to the described location:

    **(a)** Utility generating plants;

    **(b)** Switching stations;

    **(c)** Substations;

    **(d)** Transformers;  and

    **(e)** Transmission  lines.

Coverage does not include above ground transmission lines.

As used in this Extension, the term transmission  lines includes  all lines which  serve to trans-mit communication  service or power, including  lines which  may be identified  as distribution lines.

This Extension  does not apply to loss of or damage to property  owned by you and used in your business  or owned by others and in your care, custody  or control, contained  in any refrigera-tion or cooling  apparatus or equipment,  resulting  from:

    **(a)** The fluctuation  or total interruption  of electrical power,  either at or away from the described location, due to conditions  beyond your control; or

    **(b)** Mechanical  failure of any refrigeration  or cooling  apparatus or equipment.

The most we will pay in any one occurrence  under this Extension  is $5,000.

**p.   Extra Expense**

Unless amended  by endorsement  elsewhere in this policy, "Period of Restoration"  means the period of time as defined  in this Coverage Extension.

We will pay the actual and necessary Extra Expense you incur due to direct physical loss of or damage  to the property  at the locations  described  in the Declarations,  including  Business Personal Property in the open or in a vehicle,  within  1,000 feet of such locations,  caused by or resulting  from a Covered Cause of Loss.

With respect to the requirements  set forth in the preceding  paragraph,  if you occupy only part of a building,  your location  means:

    **(a)** The portion  of the building  which  you rent, lease or occupy;

    **(b)** The area within  1,000 feet of the building,  or within  1,000 feet of the location  de-scribed in the Declarations,  whichever  distance is greater (with  respect to loss of or damage to personal  property  in the open or personal  property  in a vehicle);  and

    **(c)** Any area within  the building  or at the described  location,  if that area services, or is used to gain access to, the portion  of the building  which  you rent, lease or occupy.

Extra Expense means necessary expenses you incur during the "period  of restoration"  that you would  not have incurred if there had been no direct physical loss or damage to property caused by or resulting  from a Covered Cause of Loss. Coverage pertains to expenses which are incurred  to:

    **(a)** Avoid or minimize  the "suspension"  of business and to continue "operations":

        **1.** At the described  locations;  or

        **2.** At replacement  locations  or at temporary  locations,  including:

            **(a)** Relocation  expenses; or

            **(b)** Costs to equip and operate the replacement  or temporary  locations;

    **(b)** Minimize  the "suspension"  of business if you cannot continue "operations";

    **(c)** Repair or replace any property;  or

    **(d)** Research, replace or restore the lost information  on damaged  valuable  papers and records;

but only to the extent it reduces the amount  of loss that otherwise  would  have been payable under this Coverage Extension.

© 2015 Liberty Mutual Insurance

CP 88 00 02 15     Includes copyrighted material of Insurance Services Office Inc., with its Permission.          Page 8 of 12

The following definitions are added as respects to this Coverage Extension:

    **1.** "Operations" means the type of your business activities occurring at the described locations.

    **2.** "Period of Restoration" means the period of time that:

        **(a)** Begins immediately after the time of direct physical loss or damage;

        **(b)** Ends on the earlier of:

            **(i)** The date when the property at the described locations should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

            **(ii)** The date when business is resumed at a new permanent location.

"Period of Restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

    **(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

    **(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration."

    **3.** "Suspension" means:

        **(a)** The slowdown or cessation of your business activities; or

        **(b)** That a part of all of the described location is rendered untenantable.

        The most we will pay in any one occurrence under this Extension is $10,000.

  **q.** **Utility Services Interruption - Business Income**

We will pay up to $2,500 in any one occurrence for the actual loss of Business Income you sustain at the described location due to the necessary "suspension" of your "operations" during the "period of restoration" caused by an interruption in utility service to the described location. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the following types of property:

    **(1)** **Water Supply Property,** meaning the following types of property supplying water to the described location:

        **(a)** Pumping stations; and

        **(b)** Water mains.

    **(2)** **Wastewater Removal Property,** meaning a utility system for removing wastewater and sewage from the described location, other than a system designed for draining storm water, including:

        **(a)** Sewer mains; and

        **(b)** Pumping stations and similar equipment for moving effluent to a holding, treatment or disposal facility and includes such facilities.

    Coverage under this Coverage Extension does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

    **(3)** **Communication Supply Property,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described location, such as:

        **(a)** Communication transmission lines, including optic fiber transmission lines;

        **(b)** Coaxial cables; and

        **(c)** Microwave radio relays except satellites.

    Coverage does not include above ground communication transmission lines.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

**(4)  Power Supply Property,** meaning the following  types of property supplying  electricity, steam or gas to the described  location:

    **(a)**  Utility  generating  plants;

    **(b)**  Switching  stations;

    **(c)**  Substations;

    **(d)**  Transformers;  and

    **(e)**  Transmission  lines.

    Coverage  does  not  include  above ground  transmission  lines.

As used in this Extension, the term transmission  lines includes  all lines which  serve to trans-mit communication   service or power,  including   lines which  may be identified   as distribution lines.

Coverage  under this Extension  does not apply to Business  Income  loss related  to interruption in utility  service which  causes loss or damage  to electronic  data, including   destruction  or corruption  of electronic  data. The term electronic  data has the meaning  described  in the BUILDING  AND PERSONAL  PROPERTY  COVERAGE  FORM, CONDOMINIUM  ASSOCIATION COVERAGE FORM and CONDOMINIUM  COMMERCIAL  UNIT-OWNERS  COVERAGE FORM un-der Property  Not Covered - Electronic  Data.

**(5)**  Business  Income means the:

    **(a)**  Net Income (Net Profit or Loss before income  taxes) that would  have been earned or incurred, including "Rental Value"; and

    **(b)**  Continuing  normal operating  expenses incurred,  including  payroll.

    For manufacturing   risks, Net Income includes  the net sales value of production.

**(6)**  "Rental Value" means Business  Income that consists  of:

    **a.**  Net Income (Net Profit or Loss before income  taxes) that would  have been earned or incurred  as rental income  from tenant occupancy  of the location  described  in the Declarations  as furnished  and equipped by you, including  fair rental value of any portion  of the described location  which  is occupied  by you; and

    **b.**  Continuing  normal operating  expenses incurred  in connection  with that location,  in-cluding:

        **(1)**  Payroll; and

        **(2)**  The amount  of charges which  are the legal obligation  of the tenant(s) but would otherwise  be your obligations.

Refer to the Extra Expense Coverage Extension for the following  definitions:

**(1)**  "Operations"

**(2)**  "Period  of Restoration"

**(3)**  "Suspension"

**r.  Loss Adjustment  Expenses**

You may extend the insurance  provided  by the BUILDING  AND PERSONAL  PROPERTY COV-ERAGE FORM, CONDOMINIUM  ASSOCIATION  COVERAGE FORM and CONDOMINIUM  COM-MERCIAL  UNIT-OWNERS  COVERAGE FORM to apply to your expenses for preparation  of loss data, including  inventories  and appraisals,  in connection  with any claim covered  under this policy. We will  not pay for expenses incurred  in using the services  of a public adjuster  or an attorney.

The most we will  pay in any one occurrence  under this Extension  is $2,500.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its Permission.



**s.   Salespersons Samples**

You may extend the insurance that applies to Your Business Personal Property to apply to Salespersons' Samples of your stock in trade, including their containers, while they are in the care, custody or control of your sales representative(s), agent(s) or yourself while acting as a sales representative.

The most we will pay for loss to Salespersons Samples in any one occurrence is $1,000 for property in the custody of any one salesperson.

**t.   Appurtenant Structures**

If not otherwise covered by this policy, you may extend the insurance that applies to Building to apply to your storage buildings, your garages and your other appurtenant structures, except outdoor fixtures, at the locations described in the Declarations. The most we will pay in any one occurrence for such loss or damage under this Extension in $50,000.

If not otherwise covered by this policy, you may extend the insurance that applies to Business Personal Property to apply to such property in your storage buildings, your garages and your other appurtenant structures at the locations described in the Declarations. The most we will pay in any one occurrence for such loss or damage under this Extension is $5,000.

**C.**   The second paragraph of Section **C. Limits Of Insurance** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM and CONDOMINIUM COMMER-CIAL UNIT-OWNERS COVERAGE FORM is deleted and replaced by the following:

**Signs (Outdoor)**

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $5,000 per sign in any one occurrence.

**D.**   The following change is applicable to Paragraph **7.b. Valuation** in Section **E. Loss Conditions** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and Paragraph **8.b. Valuation** to Section **E. Loss Conditions** of the CONDOMINIUM ASSOCIATION COVERAGE FORM:

**Special Valuation Provision**

The limit of insurance is increased from $2,500 to $5,000.

**E.   Property In Transit**

With respect to the Property In Transit Additional Coverage Extension of the CAUSES OF LOSS - SPECIAL FORM:

Paragraphs **a.** and **c.** are replaced by:

**a.**   You may extend the insurance provided by this Coverage Part to apply to your personal property (other than fine arts or property in the care, custody or control of your sales-persons) in transit more than 1,000 feet from the described locations. Property must be in or on a motor vehicle while between points in the coverage territory.

**c.**   The most we will pay for loss or damage under this Extension is $10,000 in any one occurrence.

**F.   Back-up Of Sewers Or Drains**

Paragraph **B.1.g.(3) WATER** of the CAUSES OF LOSS - SPECIAL FORM is deleted and replaced by the following:

**(3)**   Except as provided under the Back-up Of Sewers Or Drains Additional Coverage Extension, water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

© 2015 Liberty Mutual Insurance

CP 88 00 02 15        Includes copyrighted material of Insurance Services Office Inc., with its Permission.        Page 11 of 12

The following is added to Section **F. Additional Coverage Extensions** of the CAUSES OF LOSS - SPECIAL FORM:

**4.  Back-up Of Sewers Or Drains**

We cover direct physical loss or damage caused by water:

**a.**  Which backs up into a building or structure through sewers or drains which are directly connected to a sanitary sewer or septic system; or

**b.**  Which enters into and overflows from within a sump pump, sump pump well or other type of system designed to remove subsurface water which is drained from the foundation area.

This coverage does not apply if the loss or damage is caused by your negligence.

We will not pay for water or other materials that back up, overflow, or are discharged from a sewer, drain, sump, sump pump or related equipment when it is caused by any flood, whether the flood is caused by an act of nature or is otherwise caused.

The most we will pay for loss or damage in any one occurrence under this Coverage Extension is $10,000.

**All other terms and conditions remain unchanged.**

COMMERCIAL  PROPERTY
CP 88 04 03 10

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REMOVAL  PERMIT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  PROPERTY COVERAGE PART



If Covered Property  is removed  to a new location  that is added by endorsement  to the policy  subsequent  to
its original  issue, you may extend this insurance to include  that Covered Property  at each location  during the
removal.  Coverage  at each location  will  apply in the proportion  that  the value at each location  bears to the
value of all Covered Property  being removed.  This permit  applies  up to 10 days after the effective  date of the
endorsement  adding  the new location;  after that, this insurance  does not apply at the previous  location.

©2010 Liberty Mutual Insurance Company. All rights reserved.

CP 88 04 03 10       Includes copyrighted material of Insurance Services Office, Inc., with its permission .       Page 1 of 1

COMMERCIAL PROPERTY
CP 88 44 02 15

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies the insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
COMMON POLICY CONDITIONS

**A.** The following is added as an Additional Coverage to the CAUSES OF LOSS - BASIC FORM, CAUSES OF LOSS - BROAD FORM, and CAUSES OF LOSS - SPECIAL FORM:

**Additional Coverage - Equipment Breakdown**

**1.** We will pay for direct physical damage to Covered Property that is caused by an "accident" to "covered equipment".

**2.** The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in the Equipment Breakdown Coverage Schedule. Coverage provided under this endorsement does not increase and is not in addition to any other Limit of Insurance.

**3.** The following coverages also apply to covered losses caused by an "accident". These coverages do not provide additional limits of insurance.

**a. Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**(1)** Make temporary repairs; and

**(2)** Expedite permanent repairs or replacement.

Reasonable extra cost shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

The most we will pay for under this coverage is $100,000 unless otherwise provided in this policy.

**b. Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expense to clean up or dispose of such property.

This does not include contamination of "perishable goods" by a refrigerant, including ammonia, which is addressed in **3.d.** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

The most we will pay for under this coverage, including any actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000 unless otherwise provided in this policy.

c. **Spoilage**

    **(1)** We will pay for physical damage to "perishable goods" due to spoilage. The spoilage damage must be due to the lack of or excess of power, light, heat, steam or refrigeration caused by an "accident" to "covered equipment".

    **(2)** You must own the "perishable goods" or they must be in your care, custody or control and you must be legally liable for them.

    **(3)** We will also pay any necessary expense you incur to reduce the amount of loss under this coverage. We will pay such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

    **(4)** If you are unable to replace the "perishable goods" before their anticipated sale date, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" less discounts and expense you otherwise would have had. Otherwise, our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $100,000 unless otherwise provided in this policy.

d. **Refrigerant Contamination**

We will pay for physical damage to Covered Property due to contamination from the release of a refrigerant, including any related salvage expense.

The most we will pay for loss or damage under this coverage is $100,000 unless otherwise provided in this policy.

e. **Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data". The most we will pay for loss or expense under this coverage, including any actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000 unless otherwise provided in this policy.

f. **Utility Services**

    **(1)** Insurance provided for Business Income, Extra Expense and Spoilage is extended to apply to your loss, damage or expense caused by an "accident" to equipment that is owned, managed, or controlled by your landlord or landlord's utility, or utility or other supplier with whom you have a contract, that directly supplies you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

    **(2)** Unless otherwise provided in this policy, Utility Services coverage will not apply unless the loss of or disruption of service exceeds 24 hours immediately following the "accident".

    **(3)** The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Spoilage, respectively.

g. **Business Income and Extra Expense**

Any insurance provided under this Policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a separate Equipment Breakdown deductible is shown in the Policy, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident", and the separate Equipment Breakdown deductible shown in the Policy will apply. The most we will pay for loss of Business Income you sustain, and necessary Extra Expense you incur is the limit that applies to Business Income or Extra Expense unless otherwise provided in this policy.

© 2015 Liberty Mutual Insurance

**CP 88 44 02 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 2 of 6**

**4. Exclusions**

For the purposes of this endorsement, all exclusions in the CAUSES OF LOSS - BASIC FORM, CAUSES OF LOSS - BROAD FORM, and CAUSES OF LOSS - SPECIAL FORM apply except as modified below.

**a.** The exclusions are modified as follows:

    **(1)** The following is added to Paragraph **B.1.g Water:**

    However, if electrical "covered equipment" requires drying out because of Water as described in **g.(1)** through **g.(3)** above, we will pay for the direct expense of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

    **(2)** If CAUSES OF LOSS - BASIC FORM or CAUSES OF LOSS - BROAD FORM applies, the following is added to **Exclusions B.2:**

    Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. But if an "accident" results, we will pay for the resulting loss, damage or expense.

    **(3)** If CAUSES OF LOSS - SPECIAL FORM applies, the last paragraph of **B.2.d. Exclusions** is deleted and replaced with the following:

    But if an excluded cause of loss that is listed in **B.2.d. (1)** through **(7)** results in an "accident", we will pay for the loss, damage or expense caused by that "accident".

**b.** We will not pay under this endorsement for loss, damage or expense caused by or resulting from:

    **(1)** Your failure to use all reasonable means to protect Covered Property from damage following an "accident".

    **(2)** Any defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind. But if an "accident" results, we will pay for the resulting loss, damage or expense; or

    **(3)** Any of the following tests:

        **(a)** Hydrostatic, pneumatic, or gas pressure test of any boiler or pressure vessel; or

        **(b)** Electrical insulation breakdown test of any type on electrical equipment.

**c.** With respect to Utility Services coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in paragraph **5.a.(3)** of this endorsement); smoke; aircraft; or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**d.** With respect to Business Income, Extra Expense and Utility Services coverages, we will also not pay for:

    **(1)** Loss caused by your failure to use due diligence and all reasonable means to resume business; or

    **(2)** Any increase in loss resulting from an agreement between you and your customer or supplier.

**e.** We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident":

Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that spoilage is covered under Spoilage coverage.

**f.** We will not pay under this endorsement for any loss or damage to animals.

5. **Definitions**

The following  are added to **H. Definitions**

a.   "Accident"  means a fortuitous  event that causes direct  physical  damage to "covered  equip-ment"  that requires  repair  or replacement.  The event must be one of the following:

   **(1)**  Mechanical  breakdown,  including  rupture  or bursting  caused by centrifugal  force;

   **(2)**  Artificially  generated  electrical  current,  including  electric  arcing, that damages electrical devices,  appliances  or wires;

   **(3)**  Explosion  of steam  boilers,  steam  pipes,  steam  engines  or steam  turbines  owned  or leased  by you, or operated  under your control;

An "accident"  does not include the functioning  of any safety or protective  device, or any other condition,  which can be corrected  by resetting,  tightening,  adjusting,  cleaning,  or the perfor-mance  of maintenance.

b.   "Covered  equipment"

   **(1)**  means, unless otherwise  provided  in this policy, Covered Property:

      **(a)**  That generates,  transmits  or utilizes  energy,  including  electronic  communications and data processing  equipment;  or

      **(b)**  Which,  during  normal  usage,  operates  under vacuum  or pressure,  other than the weight  of its contents.

   **(2)**  None of the following  is "covered  equipment":

      **(a)**  Structure,  foundation,  cabinet,  compartment  or air supported  structure  or building;

      **(b)**  Insulating  or refractory  material;

      **(c)**  Sewer  piping,  underground  vessels  or piping,  or piping  forming  part of a sprinkler system;

      **(d)**  Water piping  other than boiler feedwater  piping,  boiler  condensate  return  piping  or water piping  forming  a part of a refrigerating  or air conditioning  system;

      **(e)**  "Vehicle"  or any equipment  mounted  on a "vehicle";

      **(f)**  Satellite,  spacecraft  or any equipment  mounted  on a satellite  or spacecraft;

      **(g)**  Dragline,  excavation  or construction  equipment;  or

      **(h)**  Equipment  manufactured  by you for sale.

c.   "Data" means information  or instructions  stored in digital  code capable of being processed  by machinery.

d.   "Hazardous  substance"  means any substance  that has been declared  to be hazardous  to health by any governmental  agency.

e.   "Media"  means material  on which "data"  is recorded,  such as magnetic  tapes, hard disks, optical disks or floppy  disks.

f.   "One accident"  means if an initial "accident"  causes other "accidents",  all will be considered "one accident".  All "accidents"  at any one premises  that manifest  themselves  at the same time and are the direct  result of the same cause will be considered  one "accident".

g.   "Perishable  goods"  means personal  property  maintained  under controlled  conditions  for its preservation  and susceptible  to loss or damage if the controlled  conditions  change.

h.   For the purposes  of this endorsement,  "vehicle"  means any machine  or apparatus  that is used for transportation  or moves under its own power. "Vehicle"  includes  a car, truck, bus, trailer, train, aircraft,  watercraft,  forklift,  bulldozer,  or harvester.

However,  any property  that is permanently  installed  at a covered  location  and that receives electrical  power from an external  power source  will not be considered  a "vehicle".



©  2015 Liberty Mutual Insurance

**B.** The BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM and CONDOMINUIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM are modified as follows:

The definitions stated above in Paragraph **A.5.** also apply to section **B.** of this endorsement.

**1. Deductible**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the Policy. If a separate Equipment Breakdown deductible is shown, the following applies.

Regarding Equipment Breakdown Coverage only, section **D. Deductible** is deleted and replaced with the following:

**a.** Deductible for Each Coverage

**(1)** Unless the Declarations or Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident".

**(2)** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Policy. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**(3)** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident", only the highest deductible for each coverage will apply.

**b.** Application of Deductibles

**(1)** Dollar Deductibles

We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage, or expense exceeds the applicable Deductible shown in the Policy. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**(2)** Time Deductible

If a time deductible is shown in the Policy, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(3)** Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income Coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

The number indicated in the Policy will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

© 2015 Liberty Mutual Insurance

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 88 44 02 15**                                                                                    **Page 5 of 6**

**(4)** Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**2.   Conditions**

The following conditions are added to the **Conditions** in the COMMON POLICY CONDITIONS and to section **F. Additional Conditions** in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM, CONDOMINUIUM COMMERCIAL UNIT -OWNERS COVERAGE FORM:

**a.**   Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend coverage under this endorsement for that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(1)**   Your last known address; or

**(2)**   The address where the "covered equipment" is located.

Once suspended, your insurance can only be reinstated by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective on the date in which our notice is mailed or delivered to you, even if we have not yet made or offered a refund.

**b.**   Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**c.**   Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace it with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL PROPERTY
CP 90 59 12 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IDENTITY THEFT ADMINISTRATIVE SERVICES AND EXPENSE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

The following is added to paragraph **A.4. Additional Coverages:**

**IDENTITY THEFT ADMINISTRATIVE SERVICES AND EXPENSE COVERAGE**

We will provide "Identity Theft Administrative Services" and will reimburse up to $25,000 for "Identity Theft Expenses" incurred by an "identity theft insured" as a direct result of any one "identity theft" in the "coverage territory" if all of the following requirements are met:

1. The personal identity of an "identity theft insured" under this policy was the subject of an "identity theft"; and

2. Such "identity theft" is first discovered by the "identity theft insured" during the policy period for which this Identity Theft Expense Coverage is applicable; and

3. Such "identity theft" is reported to us as soon as practicable but in no event later than 60 days after it is first discovered by the "identity theft insured"; and

4. The "identity theft insured" reports the "identity theft" in writing to the appropriate law enforcement agency.

Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others, against an "identity theft insured" is considered to be one "identity theft", even if a series of acts continues into a subsequent policy period.

**LIMITS**

Regardless of the number of claims or "Identity Theft Insureds", the most we will pay in the aggregate for all "identity theft expenses" resulting from "identity theft" discovered during the policy period is $25,000.

1. The $25,000 Identity Theft Expense Limit shall be reduced by the amount of any payment made by us under the terms of this insurance. If the Identity Theft Expense Limit of Insurance is exhausted, we will have no further liability to pay for loss which may be discovered during the remainder of the policy period.

2. Any recovery made by us after settlement of a loss covered by this insurance shall not be used to increase or reinstate the Limit of Insurance.

3. "Identity Theft Incident Administrative Services" is provided up to 12 consecutive months after service begins.

4. "Identity Theft Administrative Services "do not reduce the "Identity Theft" limit.

This "Identity Theft Administrative Service" and "Identity Theft Expense" Coverage is additional insurance.

**EXCLUSIONS**

The following exclusions are added to the applicable Cause of Loss Form shown on the Declarations.

We do not provide "Identity Theft Administrative Services" or cover "identity theft expenses":

1. Incurred as the result of "identity theft" due to any fraudulent, dishonest, or criminal act by you, your partners, employees, members, "executive officers", managers, directors, or trustees or by any authorized representative of yours, whether acting alone or in collusion with others.

   In the event of any such act, no "identity theft insured" is entitled to "identity theft expenses", even an "identity theft insured" who did not commit or conspire to commit the act causing the "identity theft".

© 2012 Liberty Mutual Insurance

2. Arising out of "identity theft" committed by or with knowledge of any relative or former relative of the "identity theft insured".

3. Arising out of an "identity theft" first discovered by the "identity theft insured" prior to the policy period or after the policy period, even if the "identity theft" began or continued during the policy period.

4. Arising out of an "identity theft" that is not reported to us within 60 days after it is first discovered by the "identity theft insured".

**DEDUCTIBLE**

1. There is no deductible applicable to the "Identity Theft Administrative Services".

2. We will not pay for "identity theft expenses" resulting from an "identity theft" unless the amount exceeds $250. We will then pay the amount of "identity theft expense" in excess of the Deductible Amount, up to the Limit of Insurance. Each "identity theft insured" shall be subject to only one deductible during any one policy period.

**CONDITIONS**

The following additional conditions are added for "Identity Theft Administrative Services" and Expense Coverage:

1. The coverage provided under this endorsement will be excess over any other insurance covering the same loss or damage, whether you can collect on it or not. But we will not pay any more than the Identity Theft Expense Limits of Insurance applicable to this coverage.

2. Reimbursement for "Identity Theft Expense" will be made to the "Identity Theft Insured."

3. "Identity Theft Administrative Services" will provide instructions on:

    a. How to respond to a potential "Identity Theft";

    b. How to submit a request for "Identity Theft Administrative Services"; and

    c. Information needed for reimbursement of "Identity Theft Expenses".

    We may provide "Identity Theft Administrative Services" prior to a final determination of "Identity Theft." However, if we determine there was not an "Identity Theft" these services will end and we will not have a right or duty to continue these services. Offering "Identity Theft Administrative Service" does not indicate an admission of liability under this policy.

4. Identify Theft Administrative Services. The following apply with respect to "Identity Theft Administrative Services":

    a. Services will depend on the cooperation, permissions, and assistance provided by the "Identity Theft Insured";

    b. There is no warranty or guarantee that "Identity Theft" issues will end and it will not prevent future "Identity Theft" incidences; and

    c. All services may not be offered or applicable to all "Identity Theft Insureds." For example, minors may not have credit reports available to be monitored.

**DEFINITIONS**

1. "Coverage Territory" means:

    a. The United States of America (including its territories and possessions);

    b. Puerto Rico; and

    c. Canada.

2. "Executive officers" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

3. "Identity theft" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "identity theft insured' with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law. "Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

© 2012 Liberty Mutual Insurance

CP 90 59 12 12    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 2 of 3

4. "Identity Theft Expenses" means the following reasonable and necessary items incurred as a result of "identity theft":

    **a.** Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.

    **b.** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

    **c.** Costs for obtaining credit reports.

    **d.** Charges incurred for long distance telephone calls to merchants, vendors, suppliers, customers, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity theft".

    **e.** Application fees for re-applying for a loan, or loans when the original application is rejected solely because the lender received incorrect credit information as a result of a covered "identity theft."

    **f.** Lost income resulting from time taken off from work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum of $250 per day. Total payment for loss of income is not to exceed $5,000 per "identity theft insured" and is included within the "identity theft expense" and aggregate limits.

    **g.** Attorney fees to:

        **i.** Defend lawsuits brought against an "identity theft insured" by merchants, vendors, suppliers, financial institutions, or their collection agencies.

        **ii.** Remove any criminal or civil judgments wrongly entered against an "identity theft insured"; and

        **iii.** Challenge the accuracy or completeness of any information in a consumer credit report.

    **h.** Advertising expenses to restore the reputation of your business after an "identity theft insured" has been the victim of "identity theft". Total payment for advertising expenses is not to exceed $5,000 per "identity theft insured" and is included within the "identity theft expense" and aggregate limits.

5. "Identity Theft Administrative Services" means one or more individuals assigned by us to the "identity theft insured" to assist with the communication needed to re-establish the integrity of the "identity theft insured's" identity, including with the "identity's theft insured's" permission and cooperation, written and telephone communication with law enforcement authorities, government agencies, credit agencies, and individual creditors and businesses.

6. "Identity Theft Insured" means the following if you are designated in the Declarations as:

    **a.** An individual or sole proprietorship, you and your spouse are insureds.

    **b.** A partnership or joint venture, your members, your partners, and their spouses are insured's.

    **c.** A limited liability company, your members are insured's.

    **d.** An organization other than a partnership, joint venture, or limited liability company, your "executive officers" and directors are insureds. Your stockholders are not "identity theft insureds."

© 2012 Liberty Mutual Insurance

**CP 90 59 12 12**   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   Page 3 of 3

COMMERCIAL PROPERTY
CP 90 85 11 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED COVERAGE FOR FUNGUS, WET ROT AND DRY ROT - GEORGIA

This endorsement modifies insurance provided under the following:

EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT



Paragraph **A.4.e** of **Exclusions** is replaced by the following:

**4.  Exclusions**

**e.**  We will not pay for loss, damage or expense caused directly or indirectly by the presence, growth, proliferation, spread or activity of "Fungus", wet or dry rot. However, we will pay for loss or damage by "Fungus", wet or dry rot only when the "Fungus", wet or dry rot is the direct result of an "accident" to "covered equipment" that occurs during the policy period.

**(1)**  To the extent that coverage for that portion of any loss or damage resulting from the presence, growth, proliferation, spread or activity of "Fungus", wet or dry rot results from an "accident", we will pay up to $15,000 for direct physical loss or damage to "covered equipment" caused by "Fungus", wet or dry rot including the cost:

**(a)**  To treat, contain, remove, or dispose of "Fungus", wet or dry rot;

**(b)**  To tear out and replace any "covered equipment" as needed to gain access to the "Fungus", wet or dry rot; and

**(c)**  Of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "Fungus", wet or dry rot are present.

CP 90 85 11 15                      © 2015 Liberty Mutual Insurance                      Page 1 of 1

**COMMERCIAL PROPERTY**
**CP 92 01 05 17**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY ANTI-STACKING ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

This policy may contain multiple editions of one or more property forms and/or endorsements. Where coverage for specific loss or damage is provided by more than one edition of the same form and/or endorsement, payment under only one such edition shall apply in any given occurrence.

When coverage and/or limits differ among the various editions of the same form or endorsemen t, the claim will be settled using the edition that provides the most favorable outcome to you.

© 2017 Liberty Mutual Insurance

COMMERCIAL PROPERTY
CP 92 12 12 20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident** , meaning:

**1.** Unauthorized access to or use of any computer system or computer software (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system or computer software (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system or computer software (including electronic data) or otherwise disrupt their normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system or computer software (including electronic data), or otherwise disrupts their normal func-tioning or operation.

**C. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **B.1.** through **B.3.** of this exclusion results in fire or explosion, we will pay for the direct physical loss or damage caused by that fire or explosion.

**2. Additional Coverages and Coverage Extension**

The exclusion in Paragraph **B.** does not apply to the Additional Coverages and Coverage Extension listed below, when a part of this policy:

**a.** Additional Coverage - Electronic Data;

**b.** Additional Coverage - Interruption Of Computer Operations;

**c.** Additional Coverage - Computer Fraud; or

**d.** Coverage Extension - Computer Virus And Hacking Coverage

**D. Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Causes of Loss - Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

Vandalism does not include a cyber incident as described in Paragraph **B.**

**E.** The terms of the exclusion in Paragraph **B.** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

IL 00 17 11 98

# COMMON   POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

Copyright, Insurance Services Office, Inc., 1998

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY



1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

® ISO Properties, Inc., 2007

(3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property threat.

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 02 62 02 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES - CANCELLATION
# AND NONRENEWAL



This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **A.1.** of the **Cancellation** Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

**a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

**b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days' notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

Our notice will state the effective date of cancellation, which will be the later of the following:

**(1)** 10 days from the date of mailing or delivering our notice; or

**(2)** The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** **Premium Refund**

**a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

**b.** If we cancel, the refund will be pro rata, except as provided in **c.** below.

**c.** If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

**d.** If the first Named Insured cancels, the refund may be less than pro rata.

**e.** The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation** Common Policy Condition and supersedes any other provisions to the contrary:

If we decide to:

**1.** Cancel or nonrenew this policy; or

**2.** Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

**3.** Change any policy provision which would limit or restrict coverage;

then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable as described in Paragraph **D.** or **E.** below, we will mail or deliver notice at least:

**a.** 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

**b.** 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

**c.** 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

**D.** The following provisions apply to insurance covering residential real property only provided under the:

Capital Assets Program (Output Policy) Coverage Part;

Commercial Property Coverage Part;

Farm Coverage Part;

if the named insured is a natural person.

With respect to such insurance, the following is added to the **Cancellation** Common Policy Condition and supersedes any provisions to the contrary except as applicable as described in Paragraph **E.**:

**1.** When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

**2.** When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel for one or more of the following reasons:

**a.** Nonpayment of premium, whether payable to us or to our agent;

**b.** Upon discovery of fraud, conceal-ment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or pre-senting a claim under this policy;

**c.** Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

**d.** Upon the violation of any of the ma-terial terms or conditions of this poli-cy by any person insured under this policy.

We may cancel by providing notice to the first Named Insured at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 45 days before the effective date of cancellation if we cancel for any of the reasons listed in **b., c.** or **d.** above.

**E.** With respect to a policy that is written to per-mit an audit, the following is added to the **Cancellation** Common Policy Condition:

If you fail to submit to or allow an audit for the current or most recently expired term, we may cancel this policy subject to the follow-ing:

**1.** We will make two documented efforts to send you and your agent notification of potential cancellation. After the second notice has been sent, we have the right to cancel this policy by mailing or delivering a written notice of cancellation to the first Named Insured at least 10 days before the effective date of cancellation, but not within 20 days of the first documented effort.

**2.** If we cancel this policy based on your failure to submit to or allow an audit, we will send the written notice of cancella-tion to the first Named Insured at the last known mailing address by certified mail or statutory overnight delivery with re-turn receipt requested.

© Insurance Services Office, Inc., 2014   IL 02 62 02 15

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY



**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

   **1.** The failure, malfunction or inadequacy of:

      **a.** Any of the following, whether belonging to any insured or to others:

         **(1)** Computer hardware, including microprocessors;

         **(2)** Computer application software;

         **(3)** Computer operating systems and related software;

         **(4)** Computer networks;

         **(5)** Microprocessors (computer chips) not part of any computer system; or

         **(6)** Any other computerized or electronic equipment or components; or

      **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

   **2.** Any device, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

   **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

   **2.** Under the Commercial Property Coverage Part:

      **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

      **b.** In a Covered Cause of Loss under the Causes of Loss - Basic Form or the Causes of Loss - Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

© ISO Properties, Inc., 2001

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IL 09 96 01 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:



BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **D**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part or Policy |
|---|---|
| California, Connecticut, Georgia, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Rhode Island, Virginia, Washington, West Virginia, Wisconsin | Commercial Property Coverage Part |
| California, Connecticut, Georgia, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Rhode Island, Virginia, Washington, West Virginia, Wisconsin | Commercial Inland Marine Coverage Part |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

©ISO Properties, Inc., 2005

(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

  a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

  b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

  a. Use or threat of force or violence; or

  b. Commission or threat of a dangerous act; or

  c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

  a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

  b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

EXCLUSION OF TERRORISM

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

D. Exception Covering Certain Fire Losses

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**E. Application Of Other Exclusions**

1. When the Exclusion Of Terrorism applies in accordance with the terms of **C.1.** or **C.2.,** such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

This page intentionally left blank.

# EXHIBIT B



## Liberty Mutual Insurance
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| CLAIM NO.: | 23989710 | INSURED: | (C & Y INVESTMENT CORP) |
|---|---|---|---|

| | |
|---|---|
| Date of Loss: 03/25/2021 | Address: 2526 MOUNT VERNON RD STE 128<br>DUNWOODY GA 30338 |
| Deductible: $2,500.00 | |
| Type of Claim: Wind and Hail | Home phone:<br>Business phone: (404) 317-3833<br>Mobile phone:<br>Email: teresachung10@gmail.com |
| Pricing Database: CoreLogic Data Driven USDC -<br>December 2022 (Georgia)<br>(Atlanta) | |
| **ADJUSTER CONTACT** | Contact Name: Dana Langfeldt<br>Contact Phone: (877) 219-0049<br>Contact Email: adjusting@premier-claims.com |
| Claim Rep: Kimberly McCambridge<br>  Phone: (407) 723-8359<br>  Email: Kimberly.McCambridge@LibertyMutual.com | |
| | Loss address: 5643 Bells Ferry Rd<br>Acworth GA 30102-2528 |
| Estimator: Malachi Debroux<br>  Phone: (470) 232-2936<br>  Email: mdebroux1204@gmail.com | |

| DATES | POLICY INFORMATION |
|---|---|
| Assigned: 12/30/2021<br>Contacted: 01/03/2022<br>Inspected: 01/18/2022<br>Estimated: 01/18/2022 | Policy No.: BKS582500364<br>Policy Type: Commercial Package Policy<br>Effective from: 09/04/2020  to: 09/04/2021<br>Underwriting Co: Ohio Security Insurance Company |



## Liberty Mutual Insurance

PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

In the following pages, you will find the estimated cost of covered repairs to your property.

*For Dwelling and/or Other Structure items:* The estimated cost of covered repairs to your home is calculated using current local prices that are usual and customary. This estimate is based on the replacement cost of the damaged property, less your policy deductible and any applicable depreciation.

Your current mortgage company may be listed as the payee on payment(s) for the covered repairs to your home. If so, you will need to contact your mortgage company to determine their procedures for processing claims payments. The mortgage company will not be listed on payments for your personal property.

We encourage you to work with a contractor of your choice in completing the repairs to your home. If you or your contractor has any questions or concerns about this estimate, please contact me at the number shown above. It is important to call us with questions prior to beginning repairs, as any changes in the scope of damages or pricing must be pre-approved by Liberty Mutual Insurance.

*For Personal Property items:* Prices are calculated utilizing like kind and quality goods, less any applicable depreciation, policy limits, or other adjustments as outlined in the estimate. For your convenience, we can refer you to vendors who may be able to directly replace some of your lost and/or damaged items.

If you have any questions about this estimate, please do not hesitate to contact us at the numbers provided above.

Thank you for insuring with Liberty Mutual Insurance. We appreciate your business.

**THIS ESTIMATE REPRESENTS OUR CURRENT EVALUATION OF THE COVERED DAMAGES TO YOUR INSURED PROPERTY AND MAY BE REVISED AS WE CONTINUE TO EVALUATE YOUR CLAIM. IF YOU HAVE QUESTIONS, CONCERNS, OR ADDITIONAL INFORMATION REGARDING YOUR CLAIM, WE ENCOURAGE YOU TO CONTACT US.**



## Liberty Mutual Insurance
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| CLAIM NO.: | 23989710 |
|---|---|

**INSURED:** (C & Y INVESTMENT CORP)

| | |
|---|---|
| Date of Loss: 03/25/2021 | |
| Deductible: $2,500.00 | |
| Type of Claim: Wind and Hail | |
| Pricing Database: CoreLogic Data Driven USDC -  December 2022 (Georgia)  (Atlanta) | |

**ADJUSTER CONTACT**

Claim Rep: Kimberly McCambridge
  Phone: (407) 723-8359
  Email: Kimberly.McCambridge@LibertyMutual.com

Estimator:
  Phone:
  Email:

Address:   2526 MOUNT VERNON RD STE 128
           DUNWOODY GA  30338

Home phone:
Business phone:   (404) 317-3833
Mobile phone:
      Email:   teresachung10@gmail.com

Contact Name:   Dana Langfeldt
Contact Phone:   (877) 219-0049
Contact Email:   adjusting@premier-claims.com

Loss address:   5643 Bells Ferry Rd
               Acworth GA  30102-2528

| DATES | POLICY INFORMATION |
|---|---|
| Assigned: 12/30/2021 | Policy No.:  BKS582500364 |
| Contacted: 01/03/2022 | Policy Type:  Commercial Package Policy |
| Inspected: 01/18/2022 | Effective from:  09/04/2020    to:  09/04/2021 |
| Estimated: 01/19/2022 | Underwriting Co:  Ohio Security Insurance Company |
| Estimated: | |



## Liberty Mutual Insurance

PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

In the following pages, you will find the estimated cost of covered repairs to your property.

***This estimate is based on the replacement cost of the damaged property, less your policy deductible and any applicable depreciation.*** The estimated cost of covered repairs to your property is calculated using current local prices that are usual and customary. Subject to the terms of your policy, the depreciation may be recoverable to you.

Your current mortgage company or loss payees may be listed as a payee on payment(s) for the covered repairs to your property. If so, you will need to contact your mortgage company or that involved party to determine their procedures for processing claims payments.

We encourage you to work with a contractor of your choice in completing the repairs to your property. If you or your contractor has any questions or concerns about this estimate, please contact me at the number shown above.  It is important to call us with questions prior to beginning repairs, as any changes in the scope of damages or pricing must be pre-approved.

If you have personal property damages that were included on this estimate, prices are calculated utilizing like kind and quality goods, less any applicable depreciation, policy limits, or other adjustments as outlined in the estimate. For your convenience, we can refer you to vendors who may be able to directly replace some of your lost and/or damaged items.

If you have any questions about this estimate, please do not hesitate to contact us at the numbers provided above.

Thank you for insuring with Liberty Mutual Insurance.  We appreciate your business.

**THIS ESTIMATE REPRESENTS OUR CURRENT EVALUATION OF THE COVERED DAMAGES TO YOUR INSURED PROPERTY AND MAY BE REVISED AS WE CONTINUE TO EVALUATE YOUR CLAIM. IF YOU HAVE QUESTIONS, CONCERNS, OR ADDITIONAL INFORMATION REGARDING YOUR CLAIM, WE ENCOURAGE YOU TO CONTACT US.**

*Please refer to your insurance policy for actual policy language and definitions.*



# Liberty Mutual Insurance
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| Description | Quantity | Unit Price | Per | Total O&P | Total Taxes | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| **ESTIMATE:** Structure | | | | | Claim #23989710, (C & Y INVESTMENT CORP) | | | |
| ⬚ In progress | | | | | | | | |
| 🏠 **ROOFPLAN: Roofplan** | | | | | | | | |

**⬚ Roof**

**Roof area:** 62,953.00 SF  **Squares:** 629.5 SQ     **Soffit:** 4,318.35 SF
**Gutters:** 1,531.37 LF   **Ridge:**  0.00 LF

| | Description | Quantity | Unit Price | Per | Total O&P | Total Taxes | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Depreciation is based on material age of 25 years, in average condition per visual inspection. | | | | | | | | |
| 2 | Tear Out - Parapet Wall Cap, Aluminum | 343.71 | $3.41 | LF | $0.00 | $70.32 | $1,242.37 | $0.00 | $1,242.37 |
| 3 | Replace - Parapet Wall Cap, Aluminum | 360.90 | $17.73 | LF | $0.00 | $383.93 | $6,782.69 | $1,593.38 ✔ | $5,189.31 |
| | ⌞ Includes 5% waste on quantity. | | | | | | | | |
| 4 | Comb Condenser Fins Medium | 8 | $188.80 | EA | $0.00 | $90.63 | $1,601.03 | $0.00 | $1,601.03 |
| | ⌞ 8 Small AC units | | | | | | | | |
| 5 | Comb Condenser Fins Large | 7 | $209.78 | EA | $0.00 | $88.11 | $1,556.57 | $0.00 | $1,556.57 |
| | ⌞ 7 RTU's | | | | | | | | |
| 6 | Tear Out - Vent Cap, Furnace Aluminum, 8" | 3 | $2.14 | EA | $0.00 | $0.39 | $6.81 | $0.00 | $6.81 |
| 7 | Replace - Vent Cap, Furnace Aluminum, 8" | 3 | $81.97 | EA | $0.00 | $14.76 | $260.67 | $146.30 ✔ | $114.37 |
| 8 | Tear Out - Gravity Roof Ventilator, 18" | 6 | $12.86 | EA | $0.00 | $4.63 | $81.79 | $0.00 | $81.79 |
| 9 | Replace - Gravity Roof Ventilator, 18" | 6 | $631.60 | EA | $0.00 | $227.37 | $4,016.97 | $2,367.27 ✔ | $1,649.70 |
| 10 | Tear Out - Wall/Roof Panel, Corrugated, 29 Gauge, Galvanized | 1,044.00 | $0.43 | SF | $0.00 | $26.94 | $475.86 | $0.00 | $475.86 |
| 11 | Replace - Wall/Roof Panel, Corrugated, 29 Gauge, Galvanized | 1,096.20 | $3.65 | SF | $0.00 | $240.07 | $4,241.20 | $992.06 ✔ | $3,249.14 |
| | ⌞ Includes 5% waste on quantity. | | | | | | | | |
| 12 | Tear Out - Wall/Roof Panel, Ribbed, Up to 1", 24 Gauge, Colored | 403.00 | $0.31 | SF | $0.00 | $7.50 | $132.43 | $0.00 | $132.43 |
| 13 | Replace - Wall/Roof Panel, Ribbed, Up to 1", 24 Gauge, Colored | 443.30 | $7.85 | SF | $0.00 | $208.80 | $3,688.70 | $1,332.12 ✔ | $2,356.58 |
| | ⌞ Includes 10% waste on quantity. | | | | | | | | |
| 14 | Rem/Reset - Gutter, Aluminum 6" | 74.70 | $2.83 | LF | $0.00 | $12.69 | $224.09 | $0.00 | $224.09 |
| 15 | Tear Out - Eave Trim, Metal Roofing | 68.50 | $0.49 | LF | $0.00 | $2.01 | $35.58 | $0.00 | $35.58 |
| 16 | Replace - Eave Trim, Metal Roofing | 71.93 | $3.20 | LF | $0.00 | $13.81 | $243.98 | $89.55 ✔ | $154.43 |
| | ⌞ Includes 5% waste on quantity. | | | | | | | | |
| 17 | Dumpster 10 Yard | 1 | $626.67 | EA | $0.00 | $37.60 | $664.27 | $0.00 | $664.27 |
| | **Roof - Subtotal** *(17 items)* | | | | $0.00 | $1,429.56 | $25,255.01 | $6,520.68 | **$18,734.33** |
| | **Roofplan - Subtotal** *(17 items)* | | | | $0.00 | $1,429.56 | $25,255.01 | $6,520.68 | **$18,734.33** |

 **<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| Description | Quantity | Unit Price | Per | Total O&P | Total Taxes | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| **ESTIMATE:** Structure | | | | | Claim #23989710, (C & Y INVESTMENT CORP) | | | |
| In progress | | | | | | | | |



# Liberty Mutual Insurance

PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| **ESTIMATE:** Structure | Claim #23989710, (C & Y INVESTMENT CORP) |
|---|---|
| In progress | |

| | |
|---|---:|
| Total Materials: | $11,937.82 |
| Total Labor: | $11,887.63 |
| **Subtotal:** | **$23,825.45** |
| | |
| State 4.000% (applies to materials and labor): | $953.05 |
| County 2.000% (applies to materials and labor): | $476.51 |
| **Replacement Cost Value:** | **$25,255.01** |
| | |
| Replacement Cost on Coverage Building: | $25,255.01 |
| Less Recoverable Depreciation: | $(6,520.68) |
| **Net Actual Cash Value on Coverage Building:** | **$18,734.33** |
| Net Coverage Building if Depreciation Is Recovered: | $25,255.01 |
| | |
| Deductible ($2,500.00): | $(2,500.00) |
| **Net Estimate:** | **$16,234.33** |
| | |
| Total Net Recoverable Depreciation: | $6,520.68 |
| **Net Estimate:** | **$22,755.01** |

Finalization



# Liberty Mutual Insurance

PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| **ESTIMATE:** Structure | Claim #23989710, (C & Y INVESTMENT CORP) |
|---|---|

## Claim Summary

| | |
|---|---|
| Structure: | $0.00 |

## Claim Breakdown

| | |
|---|---|
| **Subtotal:** | **$0.00** |
| | |
| **Claim Subtotal:** | **$0.00** |
| | |
| Deductible ($2,500.00): | $0.00 |
| **Claim Total:** | **$0.00** |

# EXHIBIT C



**J. Remington Huggins, Esq.**
110 Norcross Street
Roswell, GA 30075
remington@lawhuggins.com
(770) 913-6229

February 17, 2023

Ohio Security Insurance Company                    **Sent Via email:**
P.O. Box 5014                                      imaging@libertymutual.com
Scranton, PA 18505

Re:     Named Insured(s):   C & Y Investment Corp
        Policy Number:      BKS (22) 58 25 00 36
        Claim Number:       23989710
        Date of Loss:       March 25, 2021

To Whom it May Concern:

  I have been retained by C & Y Investment Corp ("Your Insured") to represent them regarding the above referenced property insurance claim. All further communication regarding this claim should be directed to my office.

  Please also accept this letter as a formal demand for a **certified copy of the relevant insurance policy, to include the original policy, any renewals, and any endorsements.** We also request a copy of any and all repair estimates drafted to date, **as well as a payment sheet or payment log detailing all insurance proceeds issued to date for this claim.**

  My client has complied with all conditions contained in the insurance policy. My client is at a loss as to why Ohio Security Insurance Company ("Ohio Security") has not afforded the proper coverage under the applicable policy. This lack of good faith has forced Your Insured to retain my legal services in order to fairly settle their claim. It is our belief that Ohio Security has violated the Unfair Claims Settlement Practice Act pursuant to O.C.G.A. § 33-6-34 and has breached the insurance policy.

  Bad faith claims handling triggers additional liability on your part under O.C.G.A. § 33-4-6 that includes the amount of the claim, plus a penalty of an additional fifty percent (50%) of the value of the claim and reasonable attorneys' fees and costs.

  Therefore, per the enclosed spreadsheets of damages to Your Insured's property, we are hereby making formal demand that you settle the above claim for the sum of **$1,428,470.95, less previous payments and the applicable deductible.** The invoice & estimate of damages is attached for your review. This demand is being made pursuant to O.C.G.A. § 33-4-6, and you have sixty (60) days in which to make payment on this claim or be subject to a lawsuit containing a claim for breach of contract and bad faith seeking all compensation allowed by law, including attorneys' fees and a penalty of fifty percent (50%) of the loss amount.

To:  Ohio Security Insurance Company
Client: C & Y Investment Corp
February 17, 2023
Page **2** of **2**

     This letter constitutes a "proper demand" for payment under O.C.G.A. § 33-4-6. If you contend that a proper demand has not been made, you must immediately notify us of the reasons for such allegation. Otherwise, it will be assumed you agree this letter constitutes a proper demand.

     The purpose of this correspondence is to encourage Ohio Security to resolve Your Insured's claim in a fair and equitable manner in hopes of avoiding litigation. If you fail to respond to this letter with an offer of settlement that is acceptable to Your Insured, we will have no alternative other than recommending to Your Insured that a lawsuit be filed against you.

     Payment must be received in my office within sixty (60) days of your receipt of this letter in order to avoid a suit for bad faith penalties and attorney's fees. Any check issued should list Huggins Law Firm, LLC as sole payee. Any objection to these payment terms shall be submitted in writing to Huggins Law Firm, LLC within 10 days of receipt of this letter.

     I look forward to working with you to resolve this matter quickly and amicably. Please feel free to contact me should you have any questions regarding this formal 60-day demand. Should you have any questions or concerns, please reach out to me at remington@lawhuggins.com or by phone at (770) 913-6229.

                  Sincerely,

JRH/aak                                  J. Remington Huggins, Esq.
Encl.                                     Attorney at Law

**Restore Masters LLC**

| | | | | |
|---|---|---|---|---|
| Insured: | 5643 Bells Ferry | | | |
| Property: | 5643 Bells Ferry | | | |
| | Acworth, GA 30102 | | | |

| | | | | |
|---|---|---|---|---|
| Claim Rep.: | Jess | | Business: | (940) 206-9141 |
| Estimator: | Jess | | Business: | (940) 206-9141 |

| **Claim Number:** | **Policy Number:** | **Type of Loss:** |
|---|---|---|

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 12/9/2021 11:25 AM |

| | |
|---|---|
| Price List: | GAAT8X_DEC21 |
| | Restoration/Service/Remodel |
| Estimate: | 5643BELLSFERRY |

Please be advised, to whom it may concern,

As a General Contractor, we are required to abide by all state regulated building codes, schedule /supervise all specialty trade sub-contractors, handle all permit processes, comply with OSHA regulations, and maintain general liability insurance for this project, and worker's compensation for our employees/subcontractors that we supervise or that otherwise enter the job site while work is in progress. Therefore, General Contractors overhead and profit is charged on all projects, as well as the job related overhead general conditions.

Please also be advised that our business model as a General Contracting firm is to subcontract all specialty, licensed, and/or hazardous trades to specialized tradesmen. Therefore, we do not use the default demolition general labor (DMO) in the "unit price; of Xactimate removal line items on any specialty, licensed, and/or hazardous trade. This is required to appropriately represent our cost of job-personnel overhead that is built into Xactimate's line item price.

We reserve all rights as a privately owned General Contracting Company. Any attempt to interfere with our contract, or our business relationship with our customer will be considered as "tortious interference", known as "intentional interference with contractual relations", and will be followed up with the appropriate action the tortfeasor and the company they are action as an agent of, in the jurisdiction where our contract originated.

**Restore Masters LLC**

**5643BELLSFERRY**

### EDPM Section 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Rubber roofing - Mechanically attached - 60 mil | 185.45 SQ | 184.04 | 0.00 | 7,167.34 | 41,297.56 | (0.00) | 41,297.56 |
| 2. Rubber roofing - Mechanically attached - 60 mil | 204.00 SQ | 414.79 | 1,720.52 | 17,769.61 | 104,107.29 | (0.00) | 104,107.29 |
| 3. R&R Insulation - ISO board, 2" | 185.45 SQ | 364.04 | 1,513.99 | 14,177.35 | 83,202.56 | (0.00) | 83,202.56 |
| 4. R&R Insulation - ISO board, 2" | 185.45 SQ | 364.04 | 1,513.99 | 14,177.35 | 83,202.56 | (0.00) | 83,202.56 |
| 5. R&R Aluminum termination bar / flashing for membrane roofs | 714.00 LF | 4.14 | 36.29 | 620.76 | 3,613.01 | (0.00) | 3,613.01 |
| 6. R&R Membrane roofing - cant strips - perlite | 714.00 LF | 4.13 | 23.85 | 619.25 | 3,591.92 | (0.00) | 3,591.92 |
| 7. R&R 2" x 6" lumber (1 BF per LF) | 1,800.00 LF | 6.10 | 175.11 | 2,305.80 | 13,460.91 | (0.00) | 13,460.91 |
| 8. R&R Aluminum wall coping - large | 114.00 LF | 26.85 | 141.19 | 642.79 | 3,844.88 | (0.00) | 3,844.88 |
| 9. R&R Flash parapet wall only | 114.00 LF | 12.23 | 14.81 | 292.78 | 1,701.81 | (0.00) | 1,701.81 |
| 10. R&R Custom bent aluminum (PER LF) | 81.00 LF | 25.16 | 15.17 | 427.97 | 2,481.10 | (0.00) | 2,481.10 |
| 11. R&R Curb flashing - PVC/TPO | 81.00 LF | 18.57 | 54.10 | 315.88 | 1,874.15 | (0.00) | 1,874.15 |
| 12. Daily Dry In * | 9.00 EA | 315.00 | 0.00 | 595.35 | 3,430.35 | (0.00) | 3,430.35 |
| Line item above represents tying the new roof into the old roof. New roof must be sealed everyday to old roof incase of rain. Everyday the materials need to be cut and disposed of to continue. | | | | | | | |
| 13. Seam Cleaner 1 Case | 4.00 EA | 160.00 | 19.05 | 134.40 | 793.45 | (0.00) | 793.45 |
| 14. Cleaning Rags 1 box | 4.00 EA | 25.00 | 2.98 | 21.00 | 123.98 | (0.00) | 123.98 |
| 15. Gutter - Labor Minimum | 1.00 EA | 271.75 | 0.00 | 57.07 | 328.82 | (0.00) | 328.82 |
| Inspect job, select color, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 16. R&R Drip edge/gutter apron | 600.00 LF | 3.49 | 48.79 | 439.74 | 2,582.53 | (0.00) | 2,582.53 |
| 17. Seal/prime then paint drip edge/gutter apron (2 coats)* | 200.00 SF | 1.00 | 2.47 | 42.00 | 244.47 | (0.00) | 244.47 |
| 18. R&R Gutter / downspout - aluminum - 6" | 600.00 LF | 12.42 | 310.15 | 1,564.92 | 9,327.07 | (0.00) | 9,327.07 |
| Awaiting downspout measurements | | | | | | | |
| 19. R&R Gutter guard/screen | 600.00 LF | 4.34 | 50.53 | 546.84 | 3,201.37 | (0.00) | 3,201.37 |
| 20. Clean gutter/downspout | 600.00 LF | 0.59 | 0.44 | 74.34 | 428.78 | (0.00) | 428.78 |
| 21. Painter - per hour | 1.00 HR | 73.01 | 0.00 | 15.33 | 88.34 | (0.00) | 88.34 |
| Inspect job, select color, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 22. Prime & paint gutter / downspout | 600.00 LF | 1.69 | 9.15 | 212.94 | 1,236.09 | (0.00) | 1,236.09 |
| 23. Scaffold - Labor Minimum | 1.00 EA | 52.04 | 0.00 | 10.92 | 62.96 | (0.00) | 62.96 |
| per hour to determine size, order necessary components and accouterments, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 24. Scaffold - per section (per day) | 38.00 DA | 25.28 | 0.00 | 201.73 | 1,162.37 | (0.00) | 1,162.37 |
| 25. Labor to set up and take down scaffold - per section | 38.00 EA | 45.35 | 0.00 | 361.89 | 2,085.19 | (0.00) | 2,085.19 |
| Pending further confirmation on roof top accessories, i.e. pipe jacks and vents | | | | | | | |
| 26. Electrician - per hour | 1.00 HR | 100.30 | 0.00 | 21.06 | 121.36 | (0.00) | 121.36 |

**RESTOREMASTERS**  **Restore Masters LLC**

## CONTINUED - EDPM Section 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Inspect job, select sizes, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| Pending further confirmation of HVAC conditions, if they need to be combed or replaced. | | | | | | | |
| 27.  HVAC Technician - per hour | 1.00 HR | 95.08 | 0.00 | 19.97 | 115.05 | (0.00) | 115.05 |
| Inspect job, select size, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting bid | | | | | | | |
| 28.  Awning & Patio Cover Installer - per hour | 1.00 HR | 90.49 | 0.00 | 19.00 | 109.49 | (0.00) | 109.49 |
| Inspect job, select color, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 29.  R&R Patio Cover - Attached - Aluminum - Moderate Load | 256.00 SF | 16.22 | 170.99 | 871.98 | 5,195.29 | (0.00) | 5,195.29 |
| 30.  Paint aluminum awning | 256.00 SF | 0.98 | 4.46 | 52.69 | 308.03 | (0.00) | 308.03 |
| 31.  R&R Patio Cover - Fascia end - Non-guttered | 48.00 LF | 7.82 | 8.60 | 78.83 | 462.79 | (0.00) | 462.79 |
| 32.  R&R Patio Cover - Fascia end - Guttered | 30.00 LF | 11.50 | 8.22 | 72.45 | 425.67 | (0.00) | 425.67 |
| 33.  Paint exterior fascia - 1 coat - metal, 6"-8" wide | 78.00 LF | 2.24 | 0.45 | 36.69 | 211.86 | (0.00) | 211.86 |
| **Totals:  EDPM Section 1** | | | **5,845.30** | **63,968.02** | **374,423.06** | **0.00** | **374,423.06** |

## TPO Section 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 34.  Remove Single ply membrane - Fully adhered system - 60 mil | 93.59 SQ | 184.04 | 0.00 | 3,617.10 | 20,841.40 | (0.00) | 20,841.40 |
| The labor rates have been changed from DMO to RFG as we do not hire a demolition crew to tear off the roofing or dispose of the roofing materials. Instead, we hire roofing laborers to do all roofing related work. And as a requirement, we ensure that workman's comp is active. We ask that you change the labor rate to its proper correspondence. | | | | | | | |
| 35.  Single ply membrane - Fully adhered system - 60 mil | 102.95 SQ | 454.05 | 1,429.51 | 9,816.34 | 57,990.30 | (0.00) | 57,990.30 |
| 36.  R&R Insulation - ISO board, 2" | 93.59 SQ | 364.04 | 764.05 | 7,154.81 | 41,989.36 | (0.00) | 41,989.36 |
| 37.  R&R Insulation - ISO board, 2" | 93.59 SQ | 364.04 | 764.05 | 7,154.81 | 41,989.36 | (0.00) | 41,989.36 |
| 38.  R&R Aluminum termination bar / flashing for membrane roofs | 394.00 LF | 4.14 | 20.03 | 342.55 | 1,993.74 | (0.00) | 1,993.74 |
| 39.  R&R Flash parapet wall only - PVC/TPO | 82.00 LF | 19.44 | 25.71 | 334.76 | 1,954.55 | (0.00) | 1,954.55 |
| 40.  R&R Aluminum wall coping - large | 82.00 LF | 26.85 | 101.57 | 462.36 | 2,765.63 | (0.00) | 2,765.63 |
| 41.  R&R Custom bent aluminum (PER LF) | 230.00 LF | 25.16 | 43.08 | 1,215.23 | 7,045.11 | (0.00) | 7,045.11 |

**RESTOREMASTERS**   **Restore Masters LLC**

## CONTINUED - TPO Section 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 42. R&R Curb flashing - PVC/TPO | 230.00 LF | 18.57 | 153.62 | 896.93 | 5,321.65 | (0.00) | 5,321.65 |
| 43. R&R Membrane roofing - cant strips - perlite | 82.00 LF | 4.13 | 2.73 | 71.13 | 412.52 | (0.00) | 412.52 |
| 44. Daily Dry In * | 5.00 EA | 315.00 | 0.00 | 330.75 | 1,905.75 | (0.00) | 1,905.75 |
| Line item above represents tying the new roof into the old roof. New roof must be sealed everyday to old roof incase of rain. Everyday the materials need to be cut and disposed of to continue. | | | | | | | |
| 45. Seam Cleaner 1 Case | 2.00 EA | 160.00 | 9.52 | 67.20 | 396.72 | (0.00) | 396.72 |
| 46. Cleaning Rags 1 box | 2.00 EA | 25.00 | 1.49 | 10.50 | 61.99 | (0.00) | 61.99 |
| 47. Gutter - Labor Minimum | 1.00 EA | 271.75 | 0.00 | 57.07 | 328.82 | (0.00) | 328.82 |
| Inspect job, select color, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 48. R&R Drip edge/gutter apron | 312.00 LF | 3.49 | 25.37 | 228.67 | 1,342.92 | (0.00) | 1,342.92 |
| 49. Seal/prime then paint drip edge/gutter apron (2 coats)* | 104.00 SF | 1.00 | 1.28 | 21.84 | 127.12 | (0.00) | 127.12 |
| 50. R&R Gutter / downspout - aluminum - 6" | 312.00 LF | 12.42 | 161.28 | 813.76 | 4,850.08 | (0.00) | 4,850.08 |
| Awaiting downspout measurements | | | | | | | |
| 51. R&R Gutter guard/screen | 312.00 LF | 4.34 | 26.28 | 284.36 | 1,664.72 | (0.00) | 1,664.72 |
| 52. Clean gutter/downspout | 312.00 LF | 0.59 | 0.23 | 38.66 | 222.97 | (0.00) | 222.97 |
| 53. Painter - per hour | 1.00 HR | 73.01 | 0.00 | 15.33 | 88.34 | (0.00) | 88.34 |
| Inspect job, select color, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 54. Prime & paint gutter / downspout | 312.00 LF | 1.69 | 4.76 | 110.73 | 642.77 | (0.00) | 642.77 |
| 55. Scaffold - Labor Minimum | 1.00 EA | 52.04 | 0.00 | 10.92 | 62.96 | (0.00) | 62.96 |
| per hour to determine size, order necessary components and accouterments, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 56. Scaffold - per section (per day) | 20.00 DA | 25.28 | 0.00 | 106.18 | 611.78 | (0.00) | 611.78 |
| 57. Labor to set up and take down scaffold - per section | 20.00 EA | 45.35 | 0.00 | 190.47 | 1,097.47 | (0.00) | 1,097.47 |
| Pending further confirmation on roof top accessories, i.e. pipe jacks and vents | | | | | | | |
| 58. Electrician - per hour | 1.00 HR | 100.30 | 0.00 | 21.06 | 121.36 | (0.00) | 121.36 |
| Inspect job, select sizes, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| Pending further confirmation of HVAC conditions, if they need to be combed or replaced. | | | | | | | |
| 59. HVAC Technician - per hour | 1.00 HR | 95.08 | 0.00 | 19.97 | 115.05 | (0.00) | 115.05 |
| Inspect job, select size, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting bid | | | | | | | |
| 60. Awning & Patio Cover Installer - per hour | 1.00 HR | 90.49 | 0.00 | 19.00 | 109.49 | (0.00) | 109.49 |
| Inspect job, select color, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |

5643BELLSFERRY

**Restore Masters LLC**

## CONTINUED - TPO Section 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 61. R&R Patio Cover - Attached - Aluminum - Moderate Load | 57.00 SF | 16.22 | 38.07 | 194.16 | 1,156.77 | (0.00) | 1,156.77 |
| 62. Paint aluminum awning | 57.00 SF | 0.98 | 0.99 | 11.74 | 68.59 | (0.00) | 68.59 |
| 63. R&R Patio Cover - Fascia end - Non-guttered | 12.00 LF | 7.82 | 2.15 | 19.71 | 115.70 | (0.00) | 115.70 |
| 64. R&R Patio Cover - Fascia end - Guttered | 11.00 LF | 11.50 | 3.01 | 26.57 | 156.08 | (0.00) | 156.08 |
| 65. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 23.00 LF | 2.24 | 0.13 | 10.82 | 62.47 | (0.00) | 62.47 |

| Totals:  TPO Section 2 | | | 3,578.91 | 33,675.49 | 197,613.54 | 0.00 | 197,613.54 |
|---|---|---|---|---|---|---|---|

## Mod Bit Section 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 66. Remove Modified bitumen roof - hot mopped | 55.25 SQ | 129.24 | 0.00 | 1,499.51 | 8,640.02 | (0.00) | 8,640.02 |
| The labor rates have been changed from DMO to RFG as we do not hire a demolition crew to tear off the roofing or dispose of the roofing materials. Instead, we hire roofing laborers to do all roofing related work. And as a requirement, we ensure that workman's comp is active. We ask that you change the labor rate to its proper correspondence. | | | | | | | |
| 67. Modified bitumen roof - hot mopped | 60.78 SQ | 413.01 | 588.87 | 5,271.58 | 30,963.20 | (0.00) | 30,963.20 |
| 68. R&R Insulation - ISO board, 2" | 55.25 SQ | 364.04 | 451.05 | 4,223.78 | 24,788.04 | (0.00) | 24,788.04 |
| 69. R&R Insulation - ISO board, 2" | 55.25 SQ | 364.04 | 451.05 | 4,223.78 | 24,788.04 | (0.00) | 24,788.04 |
| 70. R&R Aluminum termination bar / flashing for membrane roofs | 312.00 LF | 4.14 | 15.85 | 271.26 | 1,578.79 | (0.00) | 1,578.79 |
| 71. R&R Membrane roofing - cant strips - perlite | 212.00 LF | 4.13 | 7.08 | 183.88 | 1,066.52 | (0.00) | 1,066.52 |
| 72. R&R 2" x 6" lumber (1 BF per LF) | 300.00 LF | 6.10 | 29.19 | 384.30 | 2,243.49 | (0.00) | 2,243.49 |
| 73. R&R Aluminum wall coping - large | 56.00 LF | 26.85 | 69.36 | 315.76 | 1,888.72 | (0.00) | 1,888.72 |
| 74. R&R Flash parapet wall only - bitumen | 56.00 LF | 18.08 | 12.04 | 212.62 | 1,237.14 | (0.00) | 1,237.14 |
| 75. R&R Custom bent aluminum (PER LF) | 212.00 LF | 25.16 | 39.71 | 1,120.12 | 6,493.75 | (0.00) | 6,493.75 |
| 76. R&R Curb flashing - bitumen* | 636.00 LF | 22.89 | 424.79 | 3,057.19 | 18,040.02 | (0.00) | 18,040.02 |
| 77. Daily Dry In * | 2.00 EA | 315.00 | 0.00 | 132.30 | 762.30 | (0.00) | 762.30 |
| Line item above represents tying the new roof into the old roof. New roof must be sealed everyday to old roof incase of rain. Everyday the materials need to be cut and disposed of to continue. | | | | | | | |
| 78. Roofing Cement 5 Gallon Bucket* | 2.00 EA | 63.00 | 3.75 | 26.46 | 156.21 | (0.00) | 156.21 |
| 79. Gutter - Labor Minimum | 1.00 EA | 271.75 | 0.00 | 57.07 | 328.82 | (0.00) | 328.82 |
| Inspect job, select color, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 80. R&R Drip edge/gutter apron | 56.00 LF | 3.49 | 4.55 | 41.05 | 241.04 | (0.00) | 241.04 |

5643BELLSFERRY

**RESTOREMASTERS**   **Restore Masters LLC**

## CONTINUED - Mod Bit Section 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 81.  Seal/prime then paint drip edge/gutter apron (2 coats)* | 18.67 SF | 1.00 | 0.23 | 3.92 | 22.82 | (0.00) | 22.82 |
| 82.  R&R Gutter / downspout - aluminum - 6" | 56.00 LF | 12.42 | 28.94 | 146.07 | 870.53 | (0.00) | 870.53 |
| Awaiting downspout measurements | | | | | | | |
| 83.  R&R Gutter guard/screen | 56.00 LF | 4.34 | 4.72 | 51.04 | 298.80 | (0.00) | 298.80 |
| 84.  Clean gutter/downspout | 56.00 LF | 0.59 | 0.04 | 6.93 | 40.01 | (0.00) | 40.01 |
| 85.  Painter - per hour | 1.00 HR | 73.01 | 0.00 | 15.33 | 88.34 | (0.00) | 88.34 |
| Inspect job, select color, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 86.  Prime & paint gutter / downspout | 56.00 LF | 1.69 | 0.86 | 19.87 | 115.37 | (0.00) | 115.37 |
| 87.  Scaffold - Labor Minimum | 1.00 EA | 52.04 | 0.00 | 10.92 | 62.96 | (0.00) | 62.96 |
| per hour to determine size, order necessary components and accouterments, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 88.  Scaffold - per section (per day) | 4.00 DA | 25.28 | 0.00 | 21.23 | 122.35 | (0.00) | 122.35 |
| 89.  Labor to set up and take down scaffold - per section | 4.00 EA | 45.35 | 0.00 | 38.09 | 219.49 | (0.00) | 219.49 |
| Pending further confirmation on roof top accessories, i.e. pipe jacks and vents | | | | | | | |
| 90.  Electrician - per hour | 1.00 HR | 100.30 | 0.00 | 21.06 | 121.36 | (0.00) | 121.36 |
| Inspect job, select sizes, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| Pending further confirmation of HVAC conditions, if they need to be combed or replaced. | | | | | | | |
| 91.  HVAC Technician - per hour | 1.00 HR | 95.08 | 0.00 | 19.97 | 115.05 | (0.00) | 115.05 |
| Inspect job, select size, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting bid | | | | | | | |
| 92.  Awning & Patio Cover Installer - per hour | 1.00 HR | 90.49 | 0.00 | 19.00 | 109.49 | (0.00) | 109.49 |
| Inspect job, select color, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 93.  R&R Patio Cover - Attached - Aluminum - Moderate Load | 108.00 SF | 16.22 | 72.14 | 367.86 | 2,191.76 | (0.00) | 2,191.76 |
| 94.  Paint aluminum awning | 108.00 SF | 0.98 | 1.89 | 22.22 | 129.95 | (0.00) | 129.95 |
| 95.  R&R Patio Cover - Fascia end - Non-guttered | 22.00 LF | 7.82 | 3.94 | 36.13 | 212.11 | (0.00) | 212.11 |
| 96.  R&R Patio Cover - Fascia end - Guttered | 10.00 LF | 11.50 | 2.73 | 24.15 | 141.88 | (0.00) | 141.88 |
| 97.  Paint exterior fascia - 1 coat - metal, 6"-8" wide | 32.00 LF | 2.24 | 0.18 | 15.06 | 86.92 | (0.00) | 86.92 |
| **Totals:  Mod Bit Section 3** | | | **2,212.96** | **21,859.51** | **128,165.29** | **0.00** | **128,165.29** |

**RESTOREMASTERS**  **Restore Masters LLC**

### EDPM Section 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 98. Remove Rubber roofing - Mechanically attached - 60 mil | 272.18 SQ | 184.04 | 0.00 | 10,519.32 | 60,611.33 | (0.00) | 60,611.33 |
| 99. Rubber roofing - Mechanically attached - 60 mil | 299.40 SQ | 414.79 | 2,525.12 | 26,079.50 | 152,792.75 | (0.00) | 152,792.75 |
| 100. R&R Insulation - ISO board, 2" | 272.18 SQ | 364.04 | 2,222.04 | 20,807.72 | 122,114.16 | (0.00) | 122,114.16 |
| 101. R&R Insulation - ISO board, 2" | 272.18 SQ | 364.04 | 2,222.04 | 20,807.72 | 122,114.16 | (0.00) | 122,114.16 |
| 102. R&R Aluminum termination bar / flashing for membrane roofs | 523.00 LF | 4.14 | 26.58 | 454.70 | 2,646.50 | (0.00) | 2,646.50 |
| 103. R&R Membrane roofing - cant strips - perlite | 182.00 LF | 4.13 | 6.07 | 157.86 | 915.59 | (0.00) | 915.59 |
| 104. R&R 2" x 6" lumber (1 BF per LF) | 1,023.00 LF | 6.10 | 99.52 | 1,310.46 | 7,650.28 | (0.00) | 7,650.28 |
| 105. R&R Aluminum wall coping - large | 182.00 LF | 26.85 | 225.42 | 1,026.21 | 6,138.33 | (0.00) | 6,138.33 |
| 106. R&R Flash parapet wall only | 182.00 LF | 12.23 | 23.66 | 467.44 | 2,716.96 | (0.00) | 2,716.96 |
| 107. R&R Custom bent aluminum (PER LF) | 100.00 LF | 25.16 | 18.73 | 528.36 | 3,063.09 | (0.00) | 3,063.09 |
| 108. R&R Curb flashing - PVC/TPO | 100.00 LF | 18.57 | 66.79 | 389.97 | 2,313.76 | (0.00) | 2,313.76 |
| 109. Daily Dry In * | 13.00 EA | 315.00 | 0.00 | 859.95 | 4,954.95 | (0.00) | 4,954.95 |
| Line item above represents tying the new roof into the old roof. New roof must be sealed everyday to old roof incase of rain. Everyday the materials need to be cut and disposed of to continue. | | | | | | | |
| 110. Seam Cleaner 1 Case | 6.00 EA | 160.00 | 28.58 | 201.60 | 1,190.18 | (0.00) | 1,190.18 |
| 111. Cleaning Rags 1 box | 6.00 EA | 25.00 | 4.46 | 31.50 | 185.96 | (0.00) | 185.96 |
| 112. Gutter - Labor Minimum | 1.00 EA | 271.75 | 0.00 | 57.07 | 328.82 | (0.00) | 328.82 |
| Inspect job, select color, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 113. R&R Drip edge/gutter apron | 341.00 LF | 3.49 | 27.73 | 249.92 | 1,467.74 | (0.00) | 1,467.74 |
| 114. Seal/prime then paint drip edge/gutter apron (2 coats)* | 113.67 SF | 1.00 | 1.40 | 23.87 | 138.94 | (0.00) | 138.94 |
| 115. R&R Gutter / downspout - aluminum - 6" | 341.00 LF | 12.42 | 176.27 | 889.40 | 5,300.89 | (0.00) | 5,300.89 |
| Awaiting downspout measurements | | | | | | | |
| 116. R&R Gutter guard/screen | 341.00 LF | 4.34 | 28.71 | 310.80 | 1,819.45 | (0.00) | 1,819.45 |
| 117. Clean gutter/downspout | 341.00 LF | 0.59 | 0.24 | 42.25 | 243.68 | (0.00) | 243.68 |
| 118. Painter - per hour | 1.00 HR | 73.01 | 0.00 | 15.33 | 88.34 | (0.00) | 88.34 |
| Inspect job, select color, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 119. Prime & paint gutter / downspout | 341.00 LF | 1.69 | 5.20 | 121.02 | 702.51 | (0.00) | 702.51 |
| 120. Scaffold - Labor Minimum | 1.00 EA | 52.04 | 0.00 | 10.92 | 62.96 | (0.00) | 62.96 |
| per hour to determine size, order necessary components and accouterments, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 121. Scaffold - per section (per day) | 22.00 DA | 25.28 | 0.00 | 116.80 | 672.96 | (0.00) | 672.96 |
| 122. Labor to set up and take down scaffold - per section | 22.00 EA | 45.35 | 0.00 | 209.52 | 1,207.22 | (0.00) | 1,207.22 |
| Pending further confirmation on roof top accessories, i.e. pipe jacks and vents | | | | | | | |
| 123. Electrician - per hour | 1.00 HR | 100.30 | 0.00 | 21.06 | 121.36 | (0.00) | 121.36 |
| Inspect job, select sizes, verify quantities, order materials, includes trip charge. | | | | | | | |

**Restore Masters LLC**

## CONTINUED - EDPM Section 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Awaiting additional bid | | | | | | | |
| Pending further confirmation of HVAC conditions, if they need to be combed or replaced. | | | | | | | |
| 124.  HVAC Technician - per hour | 1.00 HR | 95.08 | 0.00 | 19.97 | 115.05 | (0.00) | 115.05 |
| Inspect job, select size, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting bid | | | | | | | |
| 125.  Awning & Patio Cover Installer - per hour | 1.00 HR | 90.49 | 0.00 | 19.00 | 109.49 | (0.00) | 109.49 |
| Inspect job, select color, verify quantities, order materials, includes trip charge. | | | | | | | |
| Awaiting additional bid | | | | | | | |
| 126.  R&R Patio Cover - Attached - Aluminum - Moderate Load | 1,722.00 SF | 16.22 | 1,150.15 | 5,865.48 | 34,946.47 | (0.00) | 34,946.47 |
| 127.  Paint aluminum awning | 1,722.00 SF | 0.98 | 30.01 | 354.39 | 2,071.96 | (0.00) | 2,071.96 |
| 128.  R&R Patio Cover - Fascia end - Non-guttered | 74.00 LF | 7.82 | 13.27 | 121.52 | 713.47 | (0.00) | 713.47 |
| 129.  R&R Patio Cover - Fascia end - Guttered | 144.00 LF | 11.50 | 39.41 | 347.76 | 2,043.17 | (0.00) | 2,043.17 |
| 130.  Paint exterior fascia - 1 coat - metal, 6"- 8" wide | 218.00 LF | 2.24 | 1.27 | 102.55 | 592.14 | (0.00) | 592.14 |
| **Totals:  EDPM Section 4** | | | **8,942.67** | **92,540.94** | **542,154.62** | **0.00** | **542,154.62** |

## General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **131.  Trades Must Be Estimated Correctly*** | **1.00 EA** | **0.00** | **0.00** | **0.00** | **0.00** | **(0.00)** | **0.00** |

Xactimate was built around fire and water claims where it's feasible to use separate crews for demolition and remediation. As a result, Xactimate defaults to DMO for all trades to provide a basic scenario to start estimating a claim. This is not an accurate or acceptable method, however, for estimating a roof replacement as well as most other exterior repairs. If using a roofing crew for removal, the labor rates and workers comp rate is not accurate if left at the default DMO setting. The monetary difference when updating the trade labor rate from DMO to RFG is mainly due to the labor burden and labor overhead because worker's Comp, GL, tools, etc. are significantly higher than that of a demolition crew. The monetary difference actually has very little to do with the change in wages due to the skill of the trade. We have reviewed this issue with our GL and WC Carrier and have been advised they cannot and will not provide us with a lower rate for a separate and distinct demolition crew that is performing work on a roof top. As a result, any line item that has a Remove component in our estimate has been changed to the appropriate trade.

Based on the assumption that this will be a 6 week job. Monday - Friday 8am-5pm.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 132.  Taxes, insurance, permits & fees (Bid Item) | 0.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 133.  Fuel surcharge | 0.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| TDB | | | | | | | |
| 134.  Temporary fencing - 1-4 months (per month) | 400.00 LF | 1.67 | 0.00 | 140.28 | 808.28 | (0.00) | 808.28 |
| To setup a safety perimeter for on-site staging | | | | | | | |

**RESTOREMASTERS**  **Restore Masters LLC**

## CONTINUED - General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 135. Fence Delivery Each Way* | 2.00 EA | 150.00 | 0.00 | 63.00 | 363.00 | (0.00) | 363.00 |
| 136. Padlock and hasp | 1.00 EA | 37.47 | 1.63 | 7.87 | 46.97 | (0.00) | 46.97 |
| 137. Caution tape* | 250.00 LF | 0.39 | 0.18 | 20.48 | 118.16 | (0.00) | 118.16 |
| 138. Generator - 10-30KW (per week - 8 hour) - no monitoring | 6.00 WK | 681.65 | 0.00 | 858.88 | 4,948.78 | (0.00) | 4,948.78 |
| 139. Traffic cones (per unit, per day) | 240.00 DA | 0.83 | 0.00 | 41.83 | 241.03 | (0.00) | 241.03 |

1926.200(g)
Traffic control signs and devices.¬1926.200(g)(1)¬At points of hazard, construction areas shall be posted with legible traffic control signs and protected by traffic control devices.¬1926.200(g)(2)¬The design and use of all traffic control devices, including signs, signals, markings, barricades, and other devices, for protection of construction workers shall conform to Part 6 of the MUTCD (incorporated by reference, see §1926.6).

| 140. Warning sign, 4' x 4' on a 6' post (per day) | 30.00 DA | 2.71 | 0.00 | 17.07 | 98.37 | (0.00) | 98.37 |

1926.200(c)(1)
Caution signs shall be used only to warn against potential hazards or to caution against unsafe practices

| 141. On-Site Evaluation and/or Supervisor/Admin - per hour | 240.00 HR | 50.25 | 0.00 | 2,532.60 | 14,592.60 | (0.00) | 14,592.60 |

This line item represents the on-site safety supervisor. This person will be continuously walking job site and reviewing safety needs; directing traffic, supplies, machinery and other such needs including but not limited to general population coming and going from the area or business during operating hours. This supervisor will also ensure that all OSHA safety standards are met during the reroof process.
1926.502(h)(1)(v)
The safety monitor shall not have other responsibilities which could take the monitor's attention from the monitoring function.

| 142. Temporary toilet (per month) | 2.00 MO | 193.51 | 0.00 | 81.27 | 468.29 | (0.00) | 468.29 |

29 CFR 1926.51(c)
"Toilets at construction jobsites."
1926.51(c)(1)
Toilets shall be provided for employees according to the following table:
   Table D-1¬                                          ¬Number of employees¬20 or less | 1
20 or more | 1 toilet seat and 1 urinal per 40 workers

| 143. Fall protection harness and lanyard - per day | 180.00 DA | 8.00 | 0.00 | 302.40 | 1,742.40 | (0.00) | 1,742.40 |

6 person crew

29 CFR 1926.501(b)(1)¬"Unprotected sides and edges." Each employee on a walking/working surface (horizontal and vertical surface) with an unprotected side or edge which is 6 feet (1.8 m) or more above a lower level shall be protected from falling by the use of guardrail systems, safety net systems, or personal fall arrest systems.

| 144. Lifeline Anchor Point | 24.00 EA | 54.33 | 38.82 | 273.82 | 1,616.56 | (0.00) | 1,616.56 |

1 anchor per roofer per roof : 6 (person crew)

1926.502(d)(15)¬Anchorages used for attachment of personal fall arrest equipment shall be independent of any anchorage being used to support or suspend platforms and capable of supporting at least 5,000 pounds (22.2 kN) per employee attached, or shall be designed, installed, and used as follows:¬1926.502(d)(15)(i)¬as part of a complete personal fall arrest system which maintains a safety factor of at least two; and¬1926.502(d)(15)(ii)¬under the supervision of a qualified person.

| 145. Barricade and warning device - setup and takedown | 31.00 HR | 70.45 | 0.00 | 458.64 | 2,642.59 | (0.00) | 2,642.59 |

1926.502(f)(1)
The warning line shall be erected around all sides of the roof work area.
1926.502(f)(2)(i)
The rope, wire, or chain shall be flagged at not more than 6-foot (1.8 m) intervals with high-visibility material

THESTOREMASTERS **Restore Masters LLC**

## CONTINUED - General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1926.501(b)(10)¬"Roofing work on Low-slope roofs." Except as otherwise provided in paragraph (b) of this section, each employee engaged in roofing activities on low-slope roofs, with unprotected sides and edges 6 feet (1.8 m) or more above lower levels shall be protected from falling by guardrail systems, safety net systems, personal fall arrest systems, or a combination of warning line system and guardrail system, warning line system and safety net system, or warning line system and personal fall arrest system, or warning line system and safety monitoring system. Or, on roofs 50-feet (15.25 m) or less in width (see Appendix A to subpart M of this part), the use of a safety monitoring system alone [i.e. without the warning line system] is permitted. | | | | | | | |
| 146. Commercial Supervision / Project Management - per hour | 240.00 HR | 75.74 | 0.00 | 3,817.30 | 21,994.90 | (0.00) | 21,994.90 |
| Hours has been updated to reflect needed on-site scheduling time. | | | | | | | |
| 147. Telehandler/forklift (per week) - no operator | 6.00 WK | 1,198.89 | 0.00 | 1,510.60 | 8,703.94 | (0.00) | 8,703.94 |
| 148. Forklift Delivery Each Way* | 2.00 EA | 180.00 | 0.00 | 75.60 | 435.60 | (0.00) | 435.60 |
| 149. Equipment Operator - per hour | 240.00 HR | 61.40 | 0.00 | 3,094.56 | 17,830.56 | (0.00) | 17,830.56 |
| 1926.20(b)(4)¬The employer shall permit only those employees qualified by training or experience to operate equipment and machinery. | | | | | | | |
| 150. Roofer - Forklift loading & unloading* | 480.00 HR | 119.00 | 0.00 | 11,995.20 | 69,115.20 | (0.00) | 69,115.20 |
| This line item represents the labor needed to load and unload the forklift as the old materials are removed and new materials are put onto the roof. 1 crew member on ground and 1 on the roof. | | | | | | | |
| 151. R&R Landscaping Cover* | 500.00 SF | 1.05 | 10.89 | 110.25 | 646.14 | (0.00) | 646.14 |
| This line item is included to tarp off all of the landscaping surrounding the job while we are working, this is done to ensure that we do not leave behind any debris or nails from the roof that may have fell, and protect the landscaping while the roof is being installed. | | | | | | | |
| 152. Material Only Sheathing - plywood - 3/4" CDX | 330.00 SF | 1.93 | 46.23 | 133.75 | 816.88 | (0.00) | 816.88 |
| Material only- to place underneath the dumpster in street or driveway to avoid damage. | | | | | | | |
| 153. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 30.00 EA | 652.61 | 0.00 | 4,111.44 | 23,689.74 | (0.00) | 23,689.74 |
| 154. Final cleaning - construction - Commercial | 62,787. SF 00 | 0.20 | 0.00 | 2,637.05 | 15,194.45 | (0.00) | 15,194.45 |
| Includes using magnetic roller along with other regular job-site clean up. | | | | | | | |
| **Totals: General Conditions** | | | 97.75 | 32,283.89 | 186,114.44 | 0.00 | 186,114.44 |
| **Line Item Totals: 5643BELLSFERRY** | | | 20,677.59 | 244,327.85 | 1,428,470.95 | 0.00 | 1,428,470.95 |

 **Restore Masters LLC**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 1,163,465.51 |
| Overhead | 116,346.64 |
| Profit | 127,981.21 |
| Material Sales Tax | 20,677.59 |
| **Replacement Cost Value** | **$1,428,470.95** |
| **Net Claim** | **$1,428,470.95** |

Jess

**IN THE SUPERIOR COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

C & Y INVESTMENT CORP,                         )
                                               )
        Plaintiff,                         )
                                               )
    v.                                         )    **CIVIL ACTION FILE NO.:**
                                               )
OHIO    SECURITY    INSURANCE                  )    23-A-02422-1
COMPANY,                                       )
                                               )
        Defendant.                         )
                                               )

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT

COMES NOW, Plaintiff, **C & Y Investment Corp**, by and through the undersigned counsel, and hereby propounds the following First Set of Interrogatories and Request for Production of Documents to the Defendant, **Ohio Security Insurance Company**, to be answered separately and fully, in writing, under oath, and in accordance with the Georgia Civil Practice Act, O.C.G.A. §§ 9-11-33 and 9-11-34.

### GENERAL INSTRUCTIONS

1. You are required to answer and verify the following interrogatories and requests for production of documents within forty-five (45) days of the date of service.

2. Each paragraph below shall operate and be construed independently; and, unless otherwise indicated, no paragraph limits the scope of any other paragraph.

3. In answering these discovery requests, you are required to furnish all information available to You (not merely such information as you know of your own personal knowledge), including information in the possession of your attorneys and accountants, other persons directly or indirectly employed by or connected with you or your attorneys or accountants, or anyone else acting on your behalf or otherwise subject to your control.

Page | 1

4. Your obligation to answer these discovery requests is intended to be continuing in nature; therefore, you are required by O.C.G.A. § 9-11-26 and instructed by the Plaintiff to reasonably & promptly amend or supplement your response if you learn that any prior response is in some material respect incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to Plaintiff during the discovery process or in writing.

5. You are instructed that a failure by you to make, amend, or supplement a response in a timely manner or to otherwise comply with O.C.G.A. § 9-11-26 may result in sanctions against You.

6. The singular includes the plural number, and vice versa. The masculine includes the feminine and neutral genders. The past tense includes the present tense where the clear meaning is distorted by a change of tense.

7. Each document request shall be deemed to call for the production of the original document or documents. If the original is not available, then a copy shall be produced if it differs in any respect from the original or from other copies (e.g., by reason of handwritten, typed, or printed notes or comments having been added to the copy that do not appear on the original).

8. If a request seeks a document that, to your knowledge, does not exist, please state that the document does not exist.

9. Without interfering with the readability of a document, please identify by Bates number or other means the request(s) to which the document is responsive.

10. For each document responsive to any request that is withheld under a claim of privilege, you are required by Uniform Superior Court Rule 5.5 to provide a privilege log containing the following information:

    a.   The date the document was prepared or created;

    b.   The name and title of the author or authors of the document;

    a.   A summary of the subject matter of the document;

    b.   The identity of each person or persons (other than those giving solely stenographic or clerical assistance) who assisted the author or authors in creating the document;

    c.   The identity of each person to whom the document or the contents of the document have been communicated (either intentionally or inadvertently), the date(s) of such communication, the title of each such person, and the date of such communication;

    d.   A statement of the basis on which privilege is claimed; and

    e.   The identity and title, if any, of the person or persons providing the information requested in subsections (a) through (f) above.

## **DEFINITIONS**

As used in these interrogatories, the terms listed below are defined as follows:

1. "Document(s)" or "documentation" means any writing of any kind, including originals and all non-identical copies (whether different from the originals by reason of any notation made on such copies or otherwise), including without limitation correspondence, memoranda, notes, desk calendars, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, invoices, statements, receipts, returns, warranties, guaranties, summaries, pamphlets, books, prospectuses, interoffice and intra-office communications, offers, notations of any sort of conversation, telephone calls, meetings or other

communications, bulletins, magazines, publications, printed matter, photographs, computer printouts, teletypes, faxes, invoices, worksheets and all drafts, alterations, modifications, changes and amendments of any of the foregoing, tapes, tape recordings, transcripts, graphic or aural records or representations of any kind, memorialized depictions of the Property or of Communications relating to the Claim, and electronic, mechanical or electric records or representations of any kind which You have knowledge or which are now or were formally in your actual or constructive possession, custody or control.

2. "Claim" or "Policyholder's Claim" shall refer to Claim No. 23989710, which was drafted by the Insurance Company and issued to the Policyholder for direct physical loss or direct physical damage to the Property.

3. "Communication" shall mean and include any oral or written utterance, notation, or statement of any nature whatsoever, including but not limited to correspondence, personal conversation, telephone calls, dialogues, discussions, interviews, consultations, telegrams, telexes, cables, memoranda, agreements, notes, and oral, written, or other understandings or agreements. This shall include all written, recorded, or signed statements of any party, including the Policyholder, any adjuster, subcontractor, witnesses, investigators, or agents, representative, or employee of the parties concerning the subject matter of this action.

4. "Identify" shall mean:

   a. when used to refer to a document, means to state the following:

      1.The subject of the document;

      2.The title of the document;

      3.The type of document (e.g., letter, memorandum, telegram, chart);

4.The date of the document, or if the specific date thereof is unknown, the month and year or other best approximation of such date with reference to other events;

5.The identity of the person or persons who wrote, contributed to, prepared or originated such document; and

6.The present or last known location and custodian of the document.

b.  when used in reference to a *person*, "identify" means to state to the fullest extent possible the person's name, present or last known address, present or last known telephone number(s), and, if a natural person, the person's employer and position of employment at the time(s) in question.

c.  when used in reference to a *conversation* or *communication*, "identify" means to state the date and length of the communication, the identity of all parties to the communication, the identity of all other witnesses to the communication, the place where the communication took place (if the communication did not take place in person, set forth the location of each party to and each witness to the communication), and the general subject matter(s) of the communication.

d.  when used in reference to a *claim*, "identify" means to state the date and location the claim arose, the location the claim was defended, the names of the parties involved, the case style, the amount in controversy, and the general nature of the claim.

e.  "Relating to" any given subject means any document, communication, or statement that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with,

touches upon, or is in any manner whatsoever pertinent to that subject and supports, evidences, describes, mentions, refers to, contradicts or comprises the subject.

5. "Including" shall mean "including, but not limited to."

6. "And" and "or" shall be construed conjunctively or disjunctively as required by the context within the scope of a discovery request so as not to exclude any information that might be deemed outside the scope of the request or by any other construction.

7. "Person(s)" shall mean and include a natural person, firm, association, organization, partnership, business trust, corporation (public or private), or government entity.

8. "Parties" includes all named parties in this litigation and their agents, employees, servants, officers, and directors.

9. "Plaintiff" and "Policyholder" mean the above-captioned Plaintiff or the Policyholder listed on BKS (22) 58 25 00 36 and his/her/its employees, representative, agents, employees, servants, officers, and directors.

10. "Property" or "Insured Property" means the property located at 5643 Bells Ferry Road, Acworth, GA 30102.

11. "You," "Your," "Defendant," and "Insurance Company" means Defendant Insurance Company and its employees, representatives, agents, employees, servants, officers, directors, adjusters, branch claims representatives, regional or home office claims auditors or claims examiners, all claims managers and claims supervisors at any level, executive officers of the company, and all members of any review or claims committee, and each person presently or formerly acting or authorized to act on Defendant's behalf.

12. "Policy" means Policy No. BKS (22) 58 25 00 36 issued by Ohio Security Insurance Company.

13. "Broker" means an insurance broker, excess/surplus lines broker, licensed insurance agent, managing general agent, or other insurance intermediary involved in the purchase, sale, negotiation, or placement of the Policy.

14. "Coverage Letter(s)" means the correspondence from You to Policyholder dated anytime, regarding Your position as to coverage for the Loss.

15. "Loss" means the event on or around March 25, 2021, in which Policyholder suffered property damage and has consequently incurred extra expenses such as additional living expenses, business income losses, and other losses afforded coverage for under the Policy.

16. "Possession, custody or control" includes the joint or several possession, custody, or control not only by the person to whom these interrogatories are addressed, but also the joint or several possession, custody, or control by each or any other person acting, or purporting to act on behalf of, the Person, whether as an employee, attorney, accountant, agent, sponsor, spokesman, or otherwise.

**INTERROGATORIES**

1.

Identify any and all Persons involved in any way whatsoever in the investigation, adjustment, and handling of Plaintiff's claim for insurance benefits arising from the Loss on or about March 25, 2021, and for each, please include his/her name, place of employment, address, and telephone number; his/her title, license(s), and certification(s); the date his/her involvement in this claim commenced; the date his/her involvement in this claim concluded; and a description his/her involvement in this claim.

This interrogatory seeks information about every individual involved in the Claim including, but not limited to, Persons employed by the Defendant or retained by Defendant through

a third-party entity. For Defendant's employees specifically, this Interrogatory seeks the name of every employee of Defendant who had anything to do with the Claim.

2.

If any Person identified in Your answer to Interrogatory No. 1 is or was Your employee, agent, or representative, please state whether said Person has been promoted, demoted, terminated, or transferred from March 25, 2021 to present; describe in detail the change in employment status of each such Person, including the circumstances of the Person's employment before and after the change in status; and provide the last-known residence address and telephone number or place of current employment of each such former employee.

3.

Describe each and every investigative step conducted by You, or by anyone on Your behalf, regarding Plaintiff's Claim, beginning with the date and method You received notice of the subject Claim, and identify any and all documents and correspondence (paper or electronic) generated, obtained, or otherwise placed in Your possession, in the course of Your investigation.

4.

Identify each and every person that You expect to call as an expert witness at trial, and for each, please state: the subject matter on which the expert is expected to testify; the substance of the facts and opinions to which the expert is expected to testify; a summary of the grounds for each opinion; the data or other information considered by the expert in forming their opinions; whether a written report has been prepared; and identify the data or other information considered by the expert in forming their opinions & all documents You furnished to the expert.

5.

If You have retained or employed an expert in conjunction with the Claim who is not expected to be called as a witness at trial, please identify said expert(s), and for each, please state their address and contact information.

6.

Please state the date and manner in which You received notice of the Claim; the date and manner in which You acknowledged receipt of the Claim; the date and manner in which You commenced investigation of the Claim; the date and manner in which You requested from the Plaintiff all items, statements, and forms that You reasonably believed, at the time, would be required from the Plaintiff; the date and manner in which You notified the Plaintiff in writing of the acceptance or rejection of the claim; and the date, amount, and reason for any insurance proceed payments You have made to the Plaintiff.

7.

Have You extended coverage for any part of Plaintiff's Claim for insurance benefits, or have You denied or rejected Plaintiff's Claim? If You extended coverage for any part of Plaintiff's Loss, please state with specificity the provisions, endorsements, or any other part of the Policy governing Plaintiff's Loss that supports Your extension of coverage; please state with specificity Your reasons for denying or rejecting any part of Plaintiff's Claim; and include all facts and policy provisions that supported Your decision to deny or reject Plaintiff's Claim. This Interrogatory seeks the above information even if coverage was extended for the Loss but fell below the Plaintiff's deductible.

8.

Do You contend the damage to the Property can be repaired? If so, please state with specificity the method of repair Defendant contends should be used to repair the Property. This request seeks any and all building codes (state, county, city, or municipal), industry standards, and industry practices employed in the investigation, evaluation, and determination of methods used to repair damages caused by the Loss that Defendant states could be used to repair the Property. If such information exists, please state: the name(s), address(es), and telephone number(s) of all Persons who have personal knowledge of any of these industry standards or practices; and identify all documents that support or explain any of these building codes, engineering industry standards, and practices.

If You do not have an answer to this Interrogatory, please affirmatively state none of the above was relied upon in determining if the damage sustained to the Property by the Loss is or was repairable.

9.

Does the Policy owe for anything less than a proper repair of the damaged Property caused by a covered loss? If the Policy does not owe for a proper repair, please state with specificity the provision of the Policy which does not provide for a proper repair.

10.

Please identify any and all written policies, procedures, guidelines, or other documents (including document(s) maintained in physical or electronic form) You maintained for Your internal or third party adjusters to use in the state of Georgia in connection with adjusting Hail and Wind losses that were in effect on March 25, 2021 through present.

11.

Please state with specificity the approximate date and event which caused You to anticipate litigation with respect to Plaintiff's cause of action and identify all documents that support or explain any of these facts.

12.

Identify any and all documents (including those maintained electronically) relating to the investigation, claim handling, and adjustment of Hail and Wind claims in the state of Georgia that are routinely generated throughout the handling and investigation of such claims (including, but not limited to, Investigation Reports; reserve sheets; electronic claims diaries or similar record logs; claims review reports; and/or any team report relative to this claim) for the two years preceding March 25, 2021 to the present, and state whether any such documents were generated during the investigation and handling of the Claim.

13.

Have any documents (including those maintained electronically) relating to the Claim been destroyed, lost, or disposed of? If so, please identify what, when and why the document was destroyed, and describe Your document retention policy.

14.

Do You contend the Property was damaged by any excluded peril? If so, state the specific provision in the Policy supporting the exclusion and how the exclusion impacted Your claim decision, state in detail Your factual basis for this contention, and identify any documents supporting Your contention.

15.

Do You contend the Plaintiff failed to satisfy any condition, covenant, or duty of the Policy or otherwise breached the Policy? If so, identify each specific condition, covenant, or duty of the Policy You contend the Plaintiff failed to satisfy or breach, and identify all the documents relating to Your assertion and all Persons with knowledge of such facts.

16.

Identify the underwriting documents created or acquired in the formation of the Policy for the Property including any risk reports for the Property that have been generated or obtained at any time, and state if any Notice(s) of Cancellation or Notice(s) of Non-Renewal of the Policy have been issued.

17.

Identify any and all photographs, audio recordings, video recordings, written statements taken, or other memorializing documentation obtained during the course of Your investigation of the Claim. In Your response, please describe in detail what each document depicts or memorializes and state the date when each such document or memorialization was obtained or generated.

18.

Identify any and all repair estimates, invoices, quotes, receipts, or other documentation reflecting the cost or methodology to repair the damages at issue in this Claim, even if said item never left Your possession. In Your response, please describe in detail what each document depicts, when it was generated or obtained, why it was generated or obtained, and state the date when the item was created, received, or requested.

19.

Please identify each Person who assisted You in any way to provide responses to these Interrogatories. For each identified Person, please include the Person's name, place of employment, address, telephone number and relationship to you.

20.

State the good faith factual basis for Your Affirmative Defenses(s), and identify the date, type of document, author(s), recipient(s), and present custodian of every document known or believed by You to refer or relate in any way to the facts You contend support Your Affirmative Defense(s) and comprehensively describe all basis (factual and otherwise), documents, notes, memorandum, reports, or other documentation supporting Your responses to the paragraphs of Plaintiff's Complaint.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1.

All documents responsive to Plaintiff's Interrogatories identified in Your responses to Plaintiff's Interrogatories or otherwise reviewed or relied upon in responding to Plaintiff's Interrogatories.

2.

The entire claim file, claims notes, or other similar records from the home, regional, or local offices; third party adjusters or adjusting firms; or ladder assist Persons retained by You regarding the Claim. This request includes, but it not limited to, copies of the file jackets; "field" files and notes; and drafts of documents contained in the file.

To the extent that this request seeks documents from third-party adjusters/adjusting firms, ladder assists, or other Persons retained by the Defendant, this request is only seeking such documents that have been provided to, or are in the control of, the Defendant.

3.

A certified copy of the Policy or insurance policies possessed by Defendant pertaining to the Property involved in this suit.

4.

All documents and tangible things supporting the method You contend could be used to properly repair the damages sustained to the Property as a result of the Loss.

5.

Your written procedures, policies, guidelines, or other similar documentation (including document(s) maintained in electronic form) that pertain to the handling of Hail and Wind claims in the state of Georgia for the year preceding March 25, 2021 to present.

6.

Any and all weather reports in Your possession which concern the Property, regardless of whether You relied upon them in making Your claims decision in this matter, for the two years preceding March 25, 2021 to present.

7.

The Operation Guides which relate to the handling of Hail and Wind claims in the state of Georgia in effect for the year preceding March 25, 2021 to present.

8.

The field notes, measurements, electronic diary, file materials, or other similar records (including all electronic and paper notes) created, obtained, or maintained by the claims personnel,

contractors, adjusters, engineers, or any other Person who physically inspected the Property or adjusted the Claim.

<center>9.</center>

The emails, instant messages, internal or external correspondence, or any other communication between Defendant and any agent, representative, employee, or other Person pertaining to the Claim.

<center>10.</center>

Defendant's internal newsletters, bulletins, publications, or other memoranda internally circulated which relates to the policies and procedures relied upon in the handling of Hail and Wind claims in the state of Georgia that were issued one year preceding March 25, 2021 through the present, including, but not limited to, memoranda issued to claims adjusters.

<center>11.</center>

The price guidelines, price indexes, or other similar information utilized in the creation of any repair estimates prepared, edited, requested, or relied upon by the Defendant. In the event published guidelines of "off the shelf" software (including, but not limited to, Xactimate software) were utilized to inform pricing decisions, You may respond by simply identifying the name, version, and/or edition of the published guidelines used.

<center>12.</center>

Any "Summary of Loss," "Pay sheet," "Payment Log," copy of issued payments, or other similar list or record of payments made by Defendant in relation to the Claim. This includes, but is not limited to, all payments issued to Plaintiff or Plaintiff's agents and representatives; all payments issued to independent adjusters, ladder assists, engineers, or other Persons retained in

Your adjustment of this claim; all copies of any and all checks issued; and all expenses incurred by You in Your adjustment of this claim.

13.

The documents reflecting reserves applied to the Claim.

14.

The contract or agreement between the Defendant and any third-party Person retained in the investigation and adjustment of the Claim. This request includes, but is not limited to, contracts or agreements with ladder assists, independent adjusters, contractors, engineers, meteorologists, or hygienists involved in any way throughout the Claim.

15.

All documents submitted to, or received from, each Person You expect to call as an expert witness at trial. This request includes, but is not limited to: any agreement exchanged or entered into between Defendant and the witness (including proposals not agreed upon and counteroffers to the same); all reports generated by the witness (including drafts); a current *curriculum vitae* for the witness; a list of all other publications authored by the witness; a list of all other cases in which the witness has testified as an expert at trial or by deposition; an invoice showing the compensation paid or owed to the witness; and all documents and tangible things consulted by and relied upon by the witness in forming his or her expert opinion.

16.

All documents submitted to, or received from, each Person Defendant hired or consulted as an expert witness which Defendant does not intend to call as an expert witness at trial in this case. This request includes, but is not limited to: any agreement exchanged or entered into between Defendant and the witness (including proposals not agreed upon and counteroffers to the same);

all reports generated by the witness (including drafts); a current *curriculum vitae* for the witness; a list of all other publications authored by the witness; a list of all other cases in which the witness has testified as an expert at trial or by deposition; an invoice showing the compensation paid or owed to the witness; and all documents and tangible things consulted by and relied upon by the witness in forming his or her expert opinion.

17.

All documents in Your possession concerning the underwriting of the Policy issued for the Property. This request includes, but is not limited to, any risk reports for the Property and any Notice(s) of Cancellation or Notice(s) of Non-Renewal of the Policy for the Property.

18.

All repair estimates, invoices, quotes, receipts, or other documentation Defendant reviewed throughout the adjustment of the Claim which reflect the cost to repair any agreed upon, contested, or suspected damages at issue in the Claim. This request is inclusive of documents not transmitted to the Plaintiff through the adjustment of the Claim.

19.

Any and all photographs, audio recordings, video recordings, written statements taken, or other memorializing documentation obtained during the course of Your investigation of the claim. This request seeks the requested documentation to be produced in a format most similar to the original, in the highest quality version available, and in a format which retains the original metadata.

20.

A copy of the license, registration, certification, or other similar documentation for all Persons retained, employed, or consulted by the Defendant to inspect the Property and/or adjust the Claim.

21.

All evidence You intend to introduce at the trial of this matter.

It is requested that the above-requested responses be made within forty-five (45) days of service of this request at the offices of The Huggins Law Firm, LLC, 110 Norcross Street, Roswell, GA 30075.

Dated, this 24th day of March, 2023.

RESPECTFULLY SUBMITTED,

**The Huggins Law Firm, LLC**
110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) remington@lawhuggins.com
(e) mdturner@lawhuggins.com

J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414

*Attorneys for the Plaintiff*

E-FILED IN OFFICE - KB
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-02422-1
3/23/2023 12:54 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **C & Y INVESTMENT CORP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | CIVIL ACTION FILE NO.: 23-A-02422-1 |
| | ) | _____ |
| **OHIO SECURITY INSURANCE** | ) | |
| **COMPANY,** | ) | |
| a foreign corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing upon the Defendant Ohio Security Insurance Company by serving them with the ***Summons, Complaint and Exhibits***, and ***Plaintiff's First Set of Interrogatories and Request for Production of Documents*** in accordance with the Court's rules to Defendant Ohio Security Insurance Company at the address listed below:

**Corporation Service Company**
**Registered Agent for Defendant Ohio Security Insurance Company**
**2 Sun Court, Suite 400**
**Peachtree Corners, GA 30092**

Respectfully submitted, this 20th day of March, 2023.

For: The Huggins Law Firm, LLC,

**The Huggins Law Firm, LLC**
110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) remington@lawhuggins.com
(e) mdturner@lawhuggins.com

J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414

*Attorneys for the Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **C & Y INVESTMENT CORP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **vs.** | ) | _____ |
| | ) | |
| **OHIO SECURITY INSURANCE** | ) | |
| **COMPANY, A foreign corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2023, she electronically filed a copy of **DEFENDANT OHIO SECURITY INSURANCE COMPANY'S NOTICE OF REMOVAL** with the United States District Court's Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys:

J. Remington Huggins, Esq.
Michael D. Turner
The Huggins Law Firm, LLC
remington@lawhuggins.com
mdturner@lawhuggins.com

ISENBERG & HEWITT, P.C.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696

600 Embassy Row, Suite 150
Atlanta, GA  30328
770-351-4400 - O
770-828-0100 - F
**Attorney for Defendant**