**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| C & Y INVESTMENT CORP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | _____ |
| | ) | |
| OHIO SECURITY INSURANCE | ) | |
| COMPANY, A foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT OHIO SECURITY INSURANCE COMPANY
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Comes now, Defendant Ohio Security Insurance Company, by and through its counsel of record, and files this, its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa. as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

Plaintiff:

1

C & Y Investment Corp.

<u>Defendant</u>:

Ohio Security Insurance Company

The undersigned counsel of record for State Automobile Mutual Insurance Company certifies that the following is and complete list of any parent corporation and any publicly held corporation that owns 10% or more of the stock of the Defendant:

> **Ohio Security Insurance Company** is a company organized under the laws of the State of New Hampshire and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 175 Berkeley Street, Boston, Massachusetts.
>
> · Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.
>
> · LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.
>
> · Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company and Employers Insurance Company of Wausau.

· Liberty Mutual Insurance Company owns 100% of Liberty Insurance Holdings, Inc. which owns 100% of Liberty Mutual Agency Corporation which owns 100% of Peerless Insurance Company.

· Liberty Mutual Insurance Company owns 78%, Liberty Mutual Fire Insurance Company owns 6%, Peerless Insurance Company owns 8% and Employers Insurance Company of Wausau owns 8% of the stock of Ohio Casualty Corporation.

· Ohio Casualty Corporation owns 100% of the stock of The Ohio Casualty Insurance Company.

· The Ohio Casualty Insurance Company owns 100% of the stock of Ohio Security Insurance Company.

(2) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

(a) J. Remington Huggins
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, Georgia 30075
Attorney for Plaintiff

(b) Hilary W. Hunter
Isenberg & Hewitt, PC
600 Embassy Row, Suite 150
Atlanta, Georgia 30328

        Attorney for Defendant
        Ohio Security Insurance Company

(3) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

    Plaintiff:    Georgia;

    Defendant:    Ohio and New Hampshire.

Respectfully submitted this 26th day of April 2023.

        ISENBERG & HEWITT, P.C.

        <u>/s/ Hilary W. Hunter</u>
        Hilary W. Hunter
        Georgia Bar No. 742696
        600 Embassy Row, Suite 150
        Atlanta, Georgia 30328
        770-351-4400 - T
        **Attorney for Defendant**
        **Ohio Security Insurance Company**

## **LOCAL RULE 7.1 CERTIFICATE**

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in L.R. 5.1.C. Specifically, Times New Roman was used in 14 point.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 - T
**Attorney for Defendant**
