# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: April 25, 2023 |
| RE: 20-67143-pmb<br>Bankruptcy Case No. | Dan Bogdan<br>Debtor(s) |
| | Dan Bar Enasha<br>Appellant |
| | vs |
| | Neil C. Gordon, Chapter 7 Trustee,<br>Maria Camelia Bogdan<br>Appellees |

## SUPPLEMENTAL  SUBMISSION  SHEET

**Submitted on:**
☒ Notice of Appeal filed 04/07/2023- Doc. No. 164
  File date of Order being appealed from 03/24/2023 - Doc. No. 149
☒ Supplemental Record to USDC Case No.   **23-CV-1556-VMC**
☐ Other: Click here to enter text.

**Contents of Record:**
☒ Document #207
☐ Designated items of    ☐ Appellant(s)    ☐ Appellee
  Filing Fee Paid -  ☐ Yes  ☒ No

**Related Appeals**
**23-cv-1558, 23-cv-1637, 23-cv-1728, 23-cv-1727**

FROM:  M. Regina Thomas, Clerk of Court
    United States Bankruptcy Court

By: /s/_____
    Yahaira Lugo, Deputy Clerk