# In The United States Bankruptcy Court
## For The Northern District of Georgia
### (Atlanta Division)

| | |
|---|---|
| IN RE, ) | |
| ) | CHAPTER 13 |
| BARBARA ALBYTINE GIBBS, ) | |
| ) | |
| Debtor, ) | |
| _____) | CASE No. 19-54809-WLH |
| ) | |
| M. EUGENE GIBBS, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| BARBARA ALBYTINE GIBBS, ) | |
| NATIONSTAR MORTGAGE LLC ) | |
| d/b/a MR. COOPER,   and ) | |
| BANK OF AMERICA, ) | |
| ) | |
| Appellees. ) | |
| _____) | |

## NOTICE OF APPEAL

Notice is hereby given that Interested Party **M. EUGENE GIBBS**, in the above-named case, hereby appeal to the United States District Court for the Northern District of Georgia: from the final judgments entered by the Bankruptcy Court for the Northern District Court of Georgia as follow:  03/30/2023, Order Denying Requests to Compel Discovery and Refinance and Granting Nationstar's Motion for Protective Order Service by BNC, Entered on 3/30/2023; 04/13/2023, Order DENYING Motions to Reconsider Requests to Compel Discovery and Refinance and Granting Nationstar's Motion for Protective Order.

Respectfully Submitted,

_____
M. Eugene Gibbs, Esq., Pro-se
3108 Hidden Falls Drive
Buford, Georgia 30519
(843) 610-0674
mgibbs70@aol.com

April 21, 2023
Buford, GA

```
┌─────────────────────────────────────────┐
│  ┌───┐  $1.26 US POSTAGE      062S0014950453│
│  │ 1 │  1 OZ FIRST-CLASS MAIL FLATS RATE  7413879│
│  │   │  RETAIL                  FROM 30519│
│  │   │  [barcode]              stamps    │
│  │   │                         endicia   │
│  └───┘                         04/22/2023│
├─────────────────────────────────────────┤
│  USPS FIRST CLASS MAIL®                 │
├─────────────────────────────────────────┤
│  MEL GIBBS, Esq.                   0028 │
│  3108 Hidden Falls Drive                │
│  Buford GA 30519-4581                   │
│                          ┌──────┐       │
│                          │ C039 │       │
│                          └──────┘       │
│  SHIP   CLERK                           │
│  TO:    U.S. Bankruptcy Court           │
│         75 TED TURNER DR SW STE 1340    │
│         ATLANTA GA 30303-3367           │
│                                         │
│         [barcode]                       │
└─────────────────────────────────────────┘
```

CLEARED DATE APR 2 4 2023 U.S. Marshals Service Atlanta, GA 30303