**APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 19−54809−wlh

*Assigned to:* Judge Wendy L. Hagenau
Chapter 13
Voluntary
Asset

*Date filed:* 03/27/2019
*341 meeting:* 04/29/2019
*Deadline for filing claims:* 06/05/2019
*Deadline for filing claims (govt.):* 09/23/2019

| | |
|---|---|
| *Debtor* **Barbara Albytine Gibbs** 3108 Hidden Falls Drive Buford, GA 30519 GWINNETT−GA SSN / ITIN: xxx−xx−9100 | represented by **Barbara Albytine Gibbs** PRO SE **Michael R. Rethinger** Law Offices of Michael R. Rethinger, LLC 1028 Edgewood Avenue NE Atlanta, GA 30307 770−922−0066 Fax : 866−656−4321 Email: michael@rethingerlaw.com *TERMINATED: 10/30/2019* |
| *Trustee* **Nancy J. Whaley** Nancy J. Whaley, Standing Ch. 13 Trustee Suite 120, Truist Plaza Garden Offices 303 Peachtree Center Avenue Atlanta, GA 30303 678−992−1201 | represented by **Maria C. Joyner** Nancy J. Whaley Standing Chapter 13 Trustee Suite 120 303 Peachtree Center Avenue Atlanta, GA 30303 (678) 922−1201 Fax : (678) 922−1202 Email: ECF@njwtrustee.com **Ryan J. Williams** Nancy J. Whaley Standing Chapter 13 Trustee 303 Peachtree Center Avenue Suite 120 Atlanta, GA 30303 (678) 992−1201 Fax : (678) 668−1202 Email: ecf@njwtrustee.com |
| *Interested Party* **M. Eugene Gibbs** 3108 Hidden Falls Drive Buford, GA 30519 | |

| Filing Date | # | Docket Text |
|---|---|---|
| 03/27/2019 | 1 | Case Opened and Voluntary Petition Filed. Government Proof of Claim due by 9/23/2019. (ojj) Additional attachment(s) added on 3/27/2019 |

| | | | |
|---|---|---|---|
| | | | (fmf). |
| 03/27/2019 | | 2 | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Barbara Albytine Gibbs . (fmf) |
| 03/27/2019 | | 3 | Pro Se Affidavit filed by Barbara Albytine Gibbs . (fmf) |
| 03/27/2019 | | 4 | Credit Counseling Service Certificate filed by Barbara Albytine Gibbs . (fmf) |
| 03/27/2019 | | 5 | Payment Advices of Debtor, filed by Barbara Albytine Gibbs . (fmf) |
| 03/27/2019 | | | Receipt of Chp 13 Full filing fee. Receipt Number 1255231. Fee Amount $310.00. Paid by Barbara Albytine Gibbs. |
| 03/28/2019 | | 6 | Notice of Meeting of Creditors (Chapter 13) and Confirmation Hearing. 341 Meeting to be held on 04/29/2019 at 11:00 AM at Meeting Room 368, Atlanta. Objections for Discharge due by 06/28/2019. Non−Government Proof of Claims due by 06/05/2019.Confirmation Hearing to be held on 06/04/2019 at 01:30 PM at Courtroom 1403, Atlanta. (Admin.) |
| 03/28/2019 | | 7 | Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Service by BNC. Schedule(s) C, E/F, G, H, I and J due by 4/10/2019. Summary of Assets and Liabilities due 4/10/2019. Chapter 13 Plan due by 4/10/2019. (ngs) |
| 03/28/2019 | | 8 | Order Regarding the List of Creditors with deficiencies noted. Failure to comply will result in dismissal of case without further notice. Service by BNC. List of all creditors due 4/4/2019. Entered on 3/28/2019. (ngs) |
| 03/30/2019 | | 9 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 03/30/2019. (Admin.) (Entered: 03/31/2019) |
| 03/30/2019 | | 10 | Certificate of Mailing by BNC of Order Regarding List of Creditors Notice Date 03/30/2019. (Admin.) (Entered: 03/31/2019) |
| 03/30/2019 | | 11 | Certificate of Mailing by BNC of Order on Deadlines to Correct New Case Deficiency − Individual. Notice Date 03/30/2019. (Admin.) (Entered: 03/31/2019) |
| 04/03/2019 | | 12 | Notice of Appearance Filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. (Rethinger, Michael) |
| 04/03/2019 | | 13 | Chapter 13 Plan with NO Certificate of Service filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. (Rethinger, Michael) |
| 04/04/2019 | | | The Plan is incorrect or deficient in the following manner: Case number does not match,. (related document(s)13) (kkp) |
| 04/04/2019 | | 14 | Amendment to Schedules: Schedule D, with Certificate of Service (creditors added by upload) Fee $ 31, Amended Schedule E/F , Amended Summary of Assets and Liabilities with Statistical Information for Individual Debtor filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. (Rethinger, Michael) (Case Name and Number Does Not Match; Incorrect Attachment) Modified on 4/5/2019 (crfl). |

| | | | |
|---|---|---|---|
| 04/04/2019 | | 15 | List of Creditors and Verification filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. (related document(s)8) (Rethinger, Michael) Modified on 4/5/2019 (crfl). |
| 04/04/2019 | | 16 | Amended Schedule A/B, Amended Chapter 13 Statement of Current Monthly Income/Calculation of Disposable Income Document(s) , Schedule C , Schedule G , Schedule H , Schedule I , Schedule J , Attorney Disclosure Statement, Summary of Assets and Liabilities, filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. (Rethinger, Michael) Modified on 4/5/2019 (crfl). |
| 04/04/2019 | | 17 | Certificate of Service of Initial Chapter 13 Plan, filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. (related document(s)13) (Rethinger, Michael) |
| 04/05/2019 | | 18 | Receipt of Amendment to Schedules D,E,F and/or E/F (FEE)(19−54809−wlh) [misc,729] ( 31.00) filing fee. Receipt Number 50747852. Fee Amount 31.00 (re: Doc# 14) (U.S. Treasury) |
| 04/05/2019 | | 19 | Notice of Appearance *and Request for Notice and Service of Papers* Filed by Elizabeth Childers on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Childers, Elizabeth) |
| 04/05/2019 | | | Document is incorrect or deficient in the following manner: Case name or number does not match. (related document(s)14) (crfl) |
| 04/29/2019 | | | Section 341(a) meeting held and concluded (law) (Entered: 05/03/2019) |
| 05/06/2019 | | 20 | Objection to Confirmation of Plan *and Motion to Dismiss Case* Filed by Nancy J. Whaley on behalf of Nancy J. Whaley. (Whaley, Nancy) |
| 05/06/2019 | | 21 | Objection to Confirmation of Plan with Certificate of Service filed by Elizabeth Childers on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (related document(s)13) (Childers, Elizabeth) Modified on 5/7/2019 (law). |
| 05/07/2019 | | 22 | Debtor(s) Questionnaire Filed by Nancy J. Whaley on behalf of Nancy J. Whaley. (Whaley, Nancy) |
| 06/04/2019 | | | COURT NOTES: Confirmation Hearing Rescheduled. Confirmation Hearing to be held on 6/19/2019 at 01:45 PM in Courtroom 1403, Atlanta. (nmw) (Entered: 06/05/2019) |
| 06/14/2019 | | 23 | Notice to Debtor(s) Regarding Financial Management Certificate Due (ADIclerk). |
| 06/16/2019 | | 24 | Certificate of Mailing by BNC of Notice to Debtor Re: Financial Mgmt. Cert. Notice Date 06/16/2019. (Admin.) (Entered: 06/17/2019) |
| 06/18/2019 | | 25 | Objection to Claim (Motion to Disallow Claim) of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, Filed in the amount of $483,059.33, Claim No. 3−1, with Certificate of Service. Responses due in 30 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f). Hearing to be held on 7/24/2019 at 09:30 AM in Courtroom 1403, Atlanta, filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. (Rethinger, Michael) INCORRECT INFORMATION ON NOTICE − NOTIFIED ATTY Modified on 6/19/2019 (nmw). |

| | | | |
|---|---|---|---|
| 06/19/2019 | | 26 | Amended Notice of Hearing *to correct address* Filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. Hearing to be held on 7/24/2019 at 09:30 AM in Courtroom 1403, Atlanta, (related document(s)25)(Rethinger, Michael) |
| 06/19/2019 | | | COURT NOTES: Confirmation Hearing Rescheduled. Confirmation Hearing to be held on 7/24/2019 at 09:30 AM in Courtroom 1403, Atlanta. (nmw) (Entered: 06/20/2019) |
| 06/27/2019 | | 27 | Response to Debtor's Objection to Claim *and Certificate of Service* filed by Taylor S. Mansell on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (related document(s)25)(Mansell, Taylor) Modified on 6/28/2019 (mks). |
| 07/05/2019 | | 28 | Motion For Leave To File Claim and/or Counterclaim As Part of Interest filed by M. Eugene Gibbs . (jlc−Intake) (Entered: 07/08/2019) |
| 07/05/2019 | | 29 | Complaint/Counterclaim filed by M. Eugene Gibbs . (related document(s)28) (jlc−Intake) (Entered: 07/09/2019) |
| 07/11/2019 | | 30 | Notice of Hearing on Motion For Leave To File Claim and/or Counterclaim As Part of Interest filed by M. Eugene Gibbs (Doc #28); and Complaint/Counterclaim filed by M. Eugene Gibbs (Doc #29). Service by BNC. Hearing to be held on 7/24/2019 at 09:30 AM in Courtroom 1403, Atlanta, (related document(s)28, 29) (cre) |
| 07/13/2019 | | 31 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 07/13/2019. (Admin.) (Entered: 07/14/2019) |
| 07/22/2019 | | 32 | Response to Motion filed by Paul A. Rogers on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Attachments: # 1 Exhibit A) (related document(s)28)(Rogers, Paul) |
| 07/22/2019 | | 33 | Prehearing Brief filed by M. Eugene Gibbs . (related document(s)30) (jlc−Intake) (Entered: 07/23/2019) |
| 07/24/2019 | | | COURT NOTES: Confirmation Hearing Rescheduled. Confirmation Hearing to be held on 8/7/2019 at 09:30 AM in Courtroom 1403, Atlanta. (cre) |
| 07/24/2019 | | | COURT NOTES: Rescheduled Hearing to be held on 8/7/2019 at 09:30 AM in Courtroom 1403, Atlanta, (related document(s)25, 27, 28, 29, 32, 33) (cre) |
| 07/25/2019 | | 34 | Objection to Claim (Motion to Disallow Claim) of Creditor LVNV Funding, LLC, Filed in the amount of $618.35, Claim No. 2−1, with Certificate of Service. Responses due in 30 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f). Hearing to be held on 8/28/2019 at 09:30 AM in Courtroom 1403, Atlanta, filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. (Rethinger, Michael) |
| 08/02/2019 | | 35 | Proof of Claim and Counterclaim filed by M. Eugene Gibbs . (related document(s)28, 29) (hd) |
| 08/05/2019 | | 36 | Chapter 13 Pre−Confirmation Plan Modification with NO Certificate of Service filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. (related document(s)13) (Rethinger, Michael) |

| | | | |
|---|---|---|---|
| 08/07/2019 | | 37 | Certificate of Service of Chapter 13 Pre−Confirmation Plan Modification, filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. (related document(s) 36) (Rethinger, Michael) Modified on 8/8/2019 (skw). |
| 08/07/2019 | | 38 | Adversary case 19−05272. Complaint against Barbara Albytine Gibbs , Nationstar Mortgage LLC d/b/a Mr. Cooper , Bank of America , Fee Collected $350, 71 (Injunctive relief − reinstatement of stay) 91 (Declaratory judgment) 21 (Validity, priority or extent of lien or other interest in property) 14 (Recovery of money/property − other) Filed by M. Eugene Gibbs (hd) |
| 08/08/2019 | | 39 | Order on Motion For Leave To File Claim and/or Counterclaim As Part of Interest. IT IS ORDERED that the Motions are rendered MOOT Service by BNC. Entered on 8/8/2019. (related document(s)28, 29) (jla) |
| 08/08/2019 | | | COURT NOTES: Confirmation Hearing Rescheduled. Confirmation Hearing to be held on 8/28/2019 at 09:30 AM in Courtroom 1403, Atlanta. (cre) |
| 08/08/2019 | | | COURT NOTES: Rescheduled Hearing to be held on 8/28/2019 at 09:30 AM in Courtroom 1403, Atlanta, (related document(s)25, 27) (cre) |
| 08/10/2019 | | 40 | Certificate of Mailing by BNC of Order Notice Date 08/10/2019. (Admin.) (Entered: 08/11/2019) |
| 08/28/2019 | | | COURT NOTES: Rescheduled Hearing to be held on 10/16/2019 at 09:30 AM in Courtroom 1403, Atlanta, (related document(s)25, 27) (cre) |
| 08/28/2019 | | | COURT NOTES: Confirmation Hearing Rescheduled. Confirmation Hearing to be held on 10/16/2019 at 09:30 AM in Courtroom 1403, Atlanta. (cre) |
| 08/29/2019 | | 41 | Order GRANTING Objection to Proof of Claim No. 2 of LVNV Funding, LLC. The Claim of LVNV Funding LLC is Disallowed and shall not be funded throughthe Debtors chapter 13 case (Related Doc # 34) Service by BNC.. Entered on 8/29/2019. (jla) |
| 08/31/2019 | | 42 | Certificate of Mailing by BNC of Order on Motion to Disallow Claim Notice Date 08/31/2019. (Admin.) (Entered: 09/01/2019) |
| 09/03/2019 | | doc | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 3) with Certificate of Service filed by Taylor S. Mansell on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Mansell, Taylor) |
| 10/03/2019 | | 43 | Order and Notice of Assignment of Hearing. Service by BNC. Hearing to be held on 10/16/2019 at 01:45 PM in Courtroom 1403, Atlanta, Entered on 10/3/2019. (related document(s)25, 27) (jlc) |
| 10/05/2019 | | 44 | Certificate of Mailing by BNC of Order and Notice Notice Date 10/05/2019. (Admin.) (Entered: 10/06/2019) |
| 10/08/2019 | | | DOCKETED FOR CALENDARING PURPOSES ONLY. Confirmation Hearing Rescheduled. Confirmation Hearing to be held on 10/16/2019 at 01:45 PM in Courtroom 1403, Atlanta. (related document(s) 53 ) (cre) |

| | | | |
|---|---|---|---|
| 10/16/2019 | | 45 | Motion to Withdraw as Attorney of Record filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. (Rethinger, Michael) |
| 10/16/2019 | | 46 | Exhibits filed by Michael R. Rethinger on behalf of Barbara Albytine Gibbs. (related document(s)45) (Rethinger, Michael) |
| 10/16/2019 | | | COURT NOTES: Confirmation Hearing Held. (related document(s)25, 27, 36) (nmw) (Entered: 10/17/2019) |
| 10/21/2019 | | 47 | Order Granting Relief from The Automatic Stay Service by BNC. Entered on 10/21/2019. (related document(s)43) (jla) |
| 10/23/2019 | | 48 | Certificate of Mailing by BNC of Order Notice Date 10/23/2019. (Admin.) (Entered: 10/24/2019) |
| 10/25/2019 | | 49 | Order Confirming Plan Service by BNC. Entered on 10/25/2019. (related document(s)43) (jla) |
| 10/27/2019 | | 50 | Certificate of Mailing by BNC of Order Notice Date 10/27/2019. (Admin.) (Entered: 10/28/2019) |
| 10/30/2019 | | 51 | Order GRANTING Motion to Withdraw as Attorney. The Law Offices of Michael R. Rethinger, LLC will be entitled to retain the $1,000 paid upon undertaking the case and an additional $1,500 of the funds on hand with the Chapter 13 Trustee upon the Debtors case being confirmed (Related Doc # 45) Service by BNC. Entered on 10/30/2019. (jla) |
| 11/01/2019 | | 52 | Certificate of Mailing by BNC of Order on Motion to Withdraw as Attorney Notice Date 11/01/2019. (Admin.) (Entered: 11/02/2019) |
| 11/18/2019 | | 53 | Supplemental Response to Motion *Debtor's objection to Claim and Certificate of Service* filed by Taylor S. Mansell on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (related document(s)25)(Mansell, Taylor) |
| 01/17/2020 | | 54 | Notice of Trustee Requesting Your 2019 Tax Return and Notice Concerning Your 2019 Tax Refund Filed by Nancy J. Whaley on behalf of Nancy J. Whaley. (Whaley, Nancy) |
| 03/20/2020 | | 55 | Emergency Motion for Stay filed by Barbara Albytine Gibbs . (rfs) |
| 03/25/2020 | | 56 | Notice of Hearing on Debtor's Motion to Suspend. Service by BNC. Hearing to be held on 4/15/2020 at 09:30 AM in Courtroom 1403, Atlanta, (related document(s)55) (nmw) |
| 03/27/2020 | | 57 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 03/27/2020. (Admin.) (Entered: 03/28/2020) |
| 04/16/2020 | | 58 | Order on Debtor's Emergency Motion for Stay. IT IS FURTHER ORDERED that Debtors plan payments are suspended for April and May 2020. IT IS FURTHER ORDERED that all other relief requested is DENIED. (Related Doc # 55) Service by BNC. Entered on 4/16/2020. (jla) |
| 04/18/2020 | | 59 | Certificate of Mailing by BNC of Order on Motion to Suspend/Extend Plan Payments Notice Date 04/18/2020. (Admin.) (Entered: 04/19/2020) |

| | | | |
|---|---|---|---|
| 08/17/2020 | | 60 | Notice of Appearance and Substitution of Counsel (Taylor Mansell for Elizabeth Childers) filed by Taylor Mansell, Elizabeth Childers. (lhd) (Entered: 08/21/2020) |
| 09/04/2020 | | 61 | Notice of Appearance and Substitution of Counsel (Lucretia Scruggs for Taylor Mansell) filed by Taylor Mansell, Lucretia Scruggs. (lhd) (Entered: 09/15/2020) |
| 10/23/2020 | | 62 | Debtor's Emergency Motion to Suspend Payment Plan and Sanctions filed by Barbara Albytine Gibbs . (aam) Modified on 10/26/2020 (aam). (Entered: 10/26/2020) |
| 10/23/2020 | | 63 | Affidavit In Support of Debtor's Motion to Suspend Payment Plan and Sanctions filed by M. Eugene Gibbs . (related document(s)62) (aam) (Entered: 10/26/2020) |
| 10/27/2020 | | 64 | Notice of Hearing on Debtor's Motion to Suspend Plan Payments.. Service by BNC. Hearing to be held on 11/18/2020 at 10:20 AM in Courtroom 1403, Atlanta, (related document(s)62, 63) (nmw) |
| 10/29/2020 | | 65 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 10/29/2020. (Admin.) (Entered: 10/30/2020) |
| 10/30/2020 | | 66 | Trustee's Response to Motion *Debtor's Emergency Motion to Suspend Payment Plan and Sanctions* filed by Ryan J. Williams on behalf of Nancy J. Whaley. (related document(s)62)(Williams, Ryan) Modified on 10/30/2020 (mtb). |
| 11/04/2020 | | 67 | Notice of Appearance Filed by Christine S. Kapur on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Kapur, Christine) |
| 11/04/2020 | | 68 | Response to Motion *to Suspend Payment Plan and Sanctions* filed by Christine S. Kapur on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (related document(s)62)(Kapur, Christine) |
| 11/09/2020 | | 69 | Debtor and Gibbs Reply To Chapter 13 Trustee filed by Barbara Albytine Gibbs, M. Eugene Gibbs. (related document(s)66) (fmf) (Entered: 11/10/2020) |
| 11/17/2020 | | 70 | Debtor and Gibbs' Reply to Nationstar filed by Barbara Albytine Gibbs , M. Eugene Gibbs . (related document68) [Pursuant to General Order 40−2020, this document was received for filing via email.] (hd) (Entered: 11/18/2020) |
| 11/18/2020 | | | COURT NOTES: Hearing Held. Court to prepare order Denying re: (related document(s)62, 63) (nmw) (Entered: 11/19/2020) |
| 11/19/2020 | | 71 | Order DENYING Motion to Suspend Payment Plan and Sanctions (Related Doc # 62) Service by BNC. Entered on 11/19/2020. (jla) |
| 11/21/2020 | | 72 | Certificate of Mailing by BNC of Order on Motion to Suspend/Extend Plan Payments Notice Date 11/21/2020. (Admin.) (Entered: 11/22/2020) |
| 01/04/2021 | | 73 | Notice of Appearance Filed by A. Michelle Hart Ippoliti on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Ippoliti, A.) |

| Date | | Doc # | Description |
|---|---|---|---|
| 02/05/2021 | | doc | Notice of Mortgage Payment Change (Claim # 3) with Certificate of Service filed by Heather D. Bock on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Bock, Heather) |
| 03/11/2021 | | 74 | Notice of Trustee Requesting Your 2020 Tax Return and Notice Concerning Your 2020 Tax Refund Filed by Nancy J. Whaley on behalf of Nancy J. Whaley. (Whaley, Nancy) |
| 08/04/2021 | | 75 | Notice of Appearance and Substitution of Counsel (Kathlyn Flora Ibrahim Fouad Khashan for Lucretia L. Scruggs) filed by Kathlyn Flora Ibrahim Fouad Khashan, Lucretia L. Scruggs. (lhd) (Entered: 08/05/2021) |
| 11/18/2021 | | 76 | Motion to Set Hearing on *the Case to Determine the Course of Action Pursuant to the Court's Confirmation Order* filed by Ryan J. Williams on behalf of Nancy J. Whaley. Hearing to be held on 1/26/2022 at 01:30 PM in Courtroom 1403, Atlanta, (Williams, Ryan) |
| 11/24/2021 | | 77 | Debtor's Emergency Motion for Permission to Refinance filed by Barbara Albytine Gibbs . (aam) |
| 11/29/2021 | | 78 | Notice of Hearing. Service by BNC Hearing to be held on 1/26/2022 at 01:30 PM in Courtroom 1403, Atlanta, (related document(s)77) (nmw) |
| 12/01/2021 | | 79 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 12/01/2021. (Admin.) (Entered: 12/02/2021) |
| 01/06/2022 | | 80 | Debtor's Notice to the Court Filed by Barbara Albytine Gibbs . (related document(s)76)(rfs) |
| 01/11/2022 | | doc | Notice of Mortgage Payment Change (Claim # 3) with Certificate of Service filed by Heather D. Bock on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Bock, Heather) |
| 01/19/2022 | | 81 | Debtor's Emergency Motion for Summary Judgment filed by Barbara Albytine Gibbs . (aam) |
| 01/19/2022 | | 82 | Affidavit of M. Eugene Gibbs in Support of Debtor's Emergency Motion for Summary Judgment filed by M. Eugene Gibbs . (related document(s)81) (aam) |
| 01/20/2022 | | 83 | Notice of Appearance *and Request for Service of Papers* Filed by Howell A. Hall I on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Hall, Howell) |
| 01/26/2022 | | | COURT NOTE: Rescheduled Hearing to be held on 2/16/2022 at 11:00 AM in Courtroom 1403, Atlanta, (related document(s)76, 77) (nmw) (Entered: 01/28/2022) |
| 02/01/2022 | | 84 | Notice of Appearance *and Request for Service of Papers* Filed by Allison G. Rhadans on behalf of Bank of America, NA and NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Rhadans, Allison) Modified on 2/1/2022 (rhg). |
| 02/01/2022 | | 85 | Response to Motion *(Response and Opposition to Debtor's Emergency Motion for Summary Judgment)* filed by Allison G. Rhadans on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (related |

| | | | |
|---|---|---|---|
| | | | document(s)81)(Rhadans, Allison) |
| 02/08/2022 | | 86 | Debtor's Reply to Creditor's Opposition to Debtor's Motion For Summary Judgment filed by Barbara Albytine Gibbs . (related document(s)81, 85)(rfs) (Entered: 02/09/2022) |
| 02/12/2022 | | 87 | Notice of Trustee Requesting Your 2021 Tax Return and Notice Concerning Your 2021 Tax Refund Filed by Maria C. Joyner on behalf of Nancy J. Whaley. (Joyner, Maria) |
| 02/16/2022 | | | COURT NOTE: Status Hearing Held. Hearing Held on Motion for Permission to Refinance re: (related document(s)76, 77) (nmw) Modified on 2/16/2022 (nmw). |
| 02/18/2022 | | 88 | Order DENYING Motion for Permission to Refinance (Related Doc # 77) Service by BNC. Entered on 2/18/2022. (jla) |
| 02/20/2022 | | 89 | Certificate of Mailing by BNC of Order on Motion to Modify Loan Notice Date 02/20/2022. (Admin.) (Entered: 02/21/2022) |
| 03/01/2022 | | 90 | Debtor's Rule 59 Motion filed by Barbara Albytine Gibbs . (related document(s)78, 88) (ebjl) (Entered: 03/02/2022) |
| 03/04/2022 | | 91 | Order DENYING Motion for Summary Judgment (Related Doc # 81) Service by BNC. Entered on 3/4/2022. (jla) |
| 03/06/2022 | | 92 | Certificate of Mailing by BNC of Order on Motion for Sanctions Notice Date 03/06/2022. (Admin.) (Entered: 03/07/2022) |
| 03/08/2022 | | 93 | Notice of Leave of Absence from May 13, 2022; May 20, 2022; July 5 2022 through July 8, 2022; July 11, 2022 through July 12, 2022; August 3, 2022 through August 5, 2022; and August 8, 2022 through August 9, 2022 filed by Attorney Allison G. Rhadans. (ebjl) |
| 03/10/2022 | | 94 | Order DENYING Debtor's Rule 59 Motion (Related Doc # 77) Service by BNC. Entered on 3/10/2022. (jla) |
| 03/12/2022 | | 95 | Certificate of Mailing by BNC of Order on Motion to Modify Loan Notice Date 03/12/2022. (Admin.) (Entered: 03/13/2022) |
| 05/04/2022 | | | Adversary 1:19−ap−5272 Closed (jlc) |
| 05/24/2022 | | 96 | Notice of Trustee Status of Case Report Filing Filed by Nancy J. Whaley on behalf of Nancy J. Whaley. (Whaley, Nancy) |
| 07/27/2022 | | 97 | Notice of Appearance Filed by Addison Smith on behalf of Bank of America, NA, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Smith, Addison) |
| 08/03/2022 | | 98 | WITHDRAWN−Incorrect case number. Notice of Substitution of Counsel Filed by Addison Smith on behalf of Bank of America, NA, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Smith, Addison) Modified on 8/3/2022 (mtb). Modified on 8/4/2022 (mtb). |
| 08/03/2022 | | 99 | Amended Notice of Substitution of Counsel Addison Smith Filed by Addison Smith on behalf of Bank of America, NA, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Smith, Addison) Modified on |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | 8/3/2022 (mtb). |
| 08/03/2022 | | 100 | Withdrawal of Document #98 filed by Addison Smith on behalf of Bank of America, NA, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (related document(s)98) (Smith, Addison) |
| 08/19/2022 | | 101 | Notice of Appearance Filed by Casondra Turner on behalf of Bank of America, NA, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Turner, Casondra) |
| 08/19/2022 | | 102 | Notice of Withdrawal of Counsel filed by Addison Smith on behalf of Bank of America, NA, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (related document(s)97) (Smith, Addison) Modified on 8/19/2022 (ggd). |
| 09/22/2022 | | 103 | Motion for Relief from Stay Fee $ 188, filed by Kathlyn Flora Ibrahim Fouad Khashan on behalf of NATIONSTAR MORTGAGE LLC. Hearing to be held on 10/19/2022 at 10:45 AM in Courtroom 1403, Atlanta, (Khashan, Kathlyn) |
| 09/22/2022 | | | Receipt of Motion for Relief from Stay( 19−54809−wlh) [motion,185] ( 188.00) filing fee. Receipt Number A57738004. Fee Amount 188.00 (re: Doc# 103) (U.S. Treasury) |
| 10/19/2022 | | | COURT NOTES: Hearing Held and Rescheduled. Hearing to be held on 11/30/2022 at 10:45 AM in Courtroom 1403, Atlanta, (related document(s)103) (nmw) |
| 10/31/2022 | | 104 | Motion to Disburse Funds *and Status of Plan Completion* filed by Maria C. Joyner on behalf of Nancy J. Whaley. Hearing to be held on 11/30/2022 at 10:45 AM in Courtroom 1403, Atlanta, (Joyner, Maria) |
| 11/07/2022 | | 105 | Amended Motion for Relief from Stay, filed by Howell Alexander Hall on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. Hearing to be held on 11/30/2022 at 10:45 AM in Courtroom 1403, Atlanta, (related document(s)103) (Hall, Howell) |
| 11/14/2022 | | 106 | Debtor's Opposition to Trustee's Motion to Disburse Funds filed by Barbara Albytine Gibbs . (related document(s)104)(jcm) Modified on 11/17/2022 (ggd). (Entered: 11/15/2022) |
| 11/17/2022 | | 107 | Notice of Appearance Filed by Kathlyn Flora Ibrahim Fouad Khashan on behalf of Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A.. (Khashan, Kathlyn) |
| 11/21/2022 | | 108 | Opposition to Motion filed by Barbara Albytine Gibbs . (related document(s)103,105)(jcm) Modified on 11/22/2022 (rhg). (Entered: 11/22/2022) |
| 11/29/2022 | | 109 | Response to Motion *to Disburse Funds* filed by Howell Alexander Hall on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (related document(s)104)(Hall, Howell) |
| 11/30/2022 | | | COURT NOTES: Hearing Held and Rescheduled to be held on 1/11/2023 at 10:45 AM in Courtroom 1403, Atlanta, (related document(s)103, 104, 105) (nmw) |

| Date | | Doc # | Description |
|---|---|---|---|
| 12/01/2022 | | 110 | Order and Notice of Hearing on Debtor's Objection to Claim of Nationstar Mortgage LLC D/B/A Mr Cooper (Claim Number 3−1). Service by BNC. Hearing to be held on 1/11/2023 at 10:45 AM in Courtroom 1403, Atlanta, Entered on 12/1/2022. (related document(s)25) (jla) |
| 12/03/2022 | | 111 | Certificate of Mailing by BNC of Order and Notice Notice Date 12/03/2022. (Admin.) (Entered: 12/04/2022) |
| 12/12/2022 | | 112 | Debtor's Reply to Nationstar's Opposition to Debtor's Opposition to Trustee's Motion to Disburse Funds filed by Barbara Albytine Gibbs. (related document(s)104, 109) (hd) (Entered: 12/13/2022) |
| 12/21/2022 | | 113 | Debtor's Pre−hearing Brief filed by Barbara Albytine Gibbs. (rfs) (Entered: 12/22/2022) |
| 12/22/2022 | | 114 | Notice of deficient filing re: Missing Signature(s) on the Certificate of Service. Service by BNC. (related document(s)113) (lyb) |
| 12/23/2022 | | doc | Notice of Mortgage Payment Change (Claim # 3) with Certificate of Service filed by A. Michelle Hart Ippoliti on behalf of NATIONSTAR MORTGAGE LLC. (Ippoliti, A.) |
| 12/24/2022 | | 115 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 12/24/2022. (Admin.) (Entered: 12/25/2022) |
| 12/29/2022 | | 116 | Amended Certificate of Service (to provide original signature) of Debtor's Prehearing Brief filed by M. Eugene Gibbs. (related document(s)113) (aam) (Entered: 01/04/2023) |
| 01/11/2023 | | | COURT NOTES: Hearing Held. Court to enter Order once South Carolina Order is final re: (related document(s)25) (nmw) (Entered: 01/31/2023) |
| 01/11/2023 | | | COURT NOTES: Hearing Held. To be reset at a later date... (related document(s)103) (nmw) (Entered: 01/31/2023) |
| 01/11/2023 | | | COURT NOTES: Hearing Held. Court to prepare order after order on claim objection is entered. (related document(s)104) (nmw) (Entered: 01/31/2023) |
| 01/11/2023 | | | COURT NOTES: Hearing Held and to be reset at a later date. (related document(s)105) (nmw) (Entered: 01/31/2023) |
| 01/26/2023 | | 117 | Notice of Trustee Requesting Your 2022 Tax Return and Notice Concerning Your 2022 Tax Refund Filed by Maria C. Joyner on behalf of Nancy J. Whaley. (Joyner, Maria) |
| 03/02/2023 | | 119 | Debtor's Motion to Shorten Time Alternatively − To Refinance filed by Barbara Albytine Gibbs. (aam) (Entered: 03/06/2023) |
| 03/03/2023 | | 118 | Interested Party's Motion to Shorten Time Alternatively − To Refinance filed by M. Eugene Gibbs. (aam) (Entered: 03/06/2023) |
| 03/06/2023 | | 120 | Notice of Hearing on Interested Party M. Eugene Gibbs Motion to Shorten Time Alternatively − To Refinance. Service by BNC. Hearing to be held on 3/29/2023 at 10:20 AM in Courtroom 1403, Atlanta, (related document(s)118) (nmw) |

| | | | |
|---|---|---|---|
| 03/06/2023 | | 121 | Notice of Hearing on Debtor's Motion to Shorten Time Alternatively To Refinance. Service by BNC. Hearing to be held on 3/29/2023 at 10:20 AM in Courtroom 1403, Atlanta, (related document(s)119) (nmw) |
| 03/08/2023 | | 122 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 03/08/2023. (Admin.) (Entered: 03/09/2023) |
| 03/08/2023 | | 123 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 03/08/2023. (Admin.) (Entered: 03/09/2023) |
| 03/17/2023 | | 124 | Response to Motion *To Shorten Time or Refinance* filed by Howell Alexander Hall on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (related document(s)118)(Hall, Howell) |
| 03/17/2023 | | 125 | Reply to Response *Motion to Shorten Time and Refinance* filed by Howell Alexander Hall on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (related document(s)119)(Hall, Howell) |
| 03/17/2023 | | 126 | Response to Motion *To Shorten Time or Refinance* filed by Howell Alexander Hall on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (related document(s)119)(Hall, Howell) |
| 03/20/2023 | | 127 | Emergency Motion to Shorten Time Amended and Supplemented Alternatively − To Refinance filed by M. Eugene Gibbs . (related document(s)118) (aam) (Entered: 03/22/2023) |
| 03/20/2023 | | 128 | Pre−Hearing Brief of Interested Party and Debtor filed by Barbara Albytine Gibbs , M. Eugene Gibbs . (related document(s)127) (aam) (Entered: 03/22/2023) |
| 03/27/2023 | | 129 | Nationstar Mortgage LLC d/b/a Mr. Cooper's Motion for Discovery Protective Order and Brief in Support filed by Howell Alexander Hall on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. (Hall, Howell) Modified on 3/28/2023 (lyb). |
| 03/27/2023 | | 130 | Emergency Motion For Default filed by Barbara Albytine Gibbs and M. Eugene Gibbs as to Nationstar Mortgage LLC d/b/a Mr. Cooper and Bank of America. (related document(s)118, 119) (rfs) Modified on 3/29/2023 (lyb). (Entered: 03/28/2023) |
| 03/30/2023 | | 131 | Order Denying Requests to Compel Discovery and Refinance and Granting Nationstar's Motion for Protective Order Service by BNC. Entered on 3/30/2023. (related document(s)118, 119, 124, 125, 126, 127, 128, 129, 130) (jla) |
| 03/30/2023 | | 132 | Emergency Reply to Nationstar's Opposition filed by Barbara Albytine Gibbs . (related document(s)124, 125, 126)(rfs) (Entered: 03/31/2023) |
| 03/31/2023 | | 133 | Emergency Opposition to Nationstar's Motion for Protective Order and Motion to Compel filed by M. Eugene Gibbs . (related document(s)129)(aam) |
| 04/01/2023 | | 134 | Certificate of Mailing by BNC of Order Notice Date 04/01/2023. (Admin.) (Entered: 04/02/2023) |
| 04/05/2023 | | 135 | Interested Party's Emergency Motion for Reconsideration filed by M. Eugene Gibbs . (related document(s)131) (rfs). Modified on 4/7/2023 |

| | | | |
|---|---|---|---|
| | | | (rfs). (Entered: 04/06/2023) |
| 04/07/2023 | | 136 | Interested Party's Emergency Amended Motion for Reconsideration filed by M. Eugene Gibbs . (related document(s)131,135) (rfs) Modified on 4/7/2023 (rfs). |
| 04/13/2023 | | 137 | Order DENYING Motions to Reconsider Requests to Compel Discovery and Refinance and Granting Nationstar's Motion for Protective Order (Related Doc # 135,136) Service by BNC. Entered on 4/13/2023. (jla) |
| 04/15/2023 | | 138 | Certificate of Mailing by BNC of Order on Motion to Reconsider Notice Date 04/15/2023. (Admin.) (Entered: 04/16/2023) |
| 04/25/2023 | | 139 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: NONE, Amount Paid $ 0, filed by M. Eugene Gibbs . (related document(s)131, 137) (hd) Modified on 4/26/2023 (yl). |
| 04/25/2023 | | 140 | Motion to File Appeal and to File without Paying Costs filed by M. Eugene Gibbs . (related document(s)139) (hd) |
| 04/26/2023 | | 141 | Notification of Appeal Requirements (related document(s)139) (yl) |