# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAULETTE HOLLOWAY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No.:<br><br>**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Rule 3.3, Plaintiff Paulette Holloway hereby submits her Certificate of Interested Parties and Corporate Disclosure Statement:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of the party:

　　Paulette Holloway – Plaintiff

　　Newrez LLC d/b/a Shellpoint Mortgage Servicing – Defendant

1

Equifax Information Services, LLC – Defendant

Experian Information Solutions, Inc. – Defendant

Trans Union LLC – Defendant

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest in which could be substantially affected by the outcome of this particular case:

N/A

3. The undersigned further certifies that the following is a full and complete list of the persons serving as attorneys for the parties in this proceeding.

Jenna Dakroub, GA 385021
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

//

RESPECTFULLY SUBMITTED this 26th day of April 2023.

**CONSUMER ATTORNEYS**

By: */s/Jenna Dakroub*
Jenna Dakroub (SBN: 385021)
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

*Attorneys for Plaintiff,*
*Paulette Holloway*