## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ■ State Court of __Dekalb____ County

| For Clerk Use Only | |
|---|---|
| Date Filed ___3/10/2023_____ | Case Number __23A01086_____ |
| MM-DD-YYYY | |

**Plaintiff(s)**

_Carroll, Clifford_____
Last            First            Middle I.    Suffix    Prefix

_____
Last            First            Middle I.    Suffix    Prefix

_____
Last            First            Middle I.    Suffix    Prefix

_____
Last            First            Middle I.    Suffix    Prefix

**Defendant(s)**

_FedEx Custom Critical, Inc._____
Last            First            Middle I.    Suffix    Prefix

_ABC Corps #1-4_____
Last            First            Middle I.    Suffix    Prefix

_John Does #1-4_____
Last            First            Middle I.    Suffix    Prefix

_____
Last            First            Middle I.    Suffix    Prefix

**Plaintiff's Attorney** _Cody M. Allen_____    **Bar Number** _998818_____    Self-Represented ☐

**Check One Case Type in One Box**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ■ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**

- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number                         Case Number

■ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

STATE COURT OF
DEKALB COUNTY, GA.
3/10/2023 1:26 PM
E-FILED
BY: Monica Gay

Version 1.1.18

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CLIFFORD CARROLL,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX CUSTOM CRITICAL, INC.; ABC CORPS #1-4; AND JOHN DOES #1-4,<br><br>    Defendants. | CIVIL ACTION FILE NO.: 23A01086<br><br>JURY TRIAL DEMAND |

## **SUMMONS**

To:  FedEx Custom Critical, Inc.; ABC Corps. #1-4; and John Does #1-4

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney whose name and address is:

Cody M. Allen
MORGAN & MORGAN ATLANTA, PLLC
408 12th Street, Suite 200
Columbus, Georgia 31901
callen@forthepeople.com

an answer to the Complaint, which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in this Complaint.

This ___ day of March, 2023.

Deputy  /s/ Monica Gay
_____
Clerk of Court

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CLIFFORD CARROLL,<br><br>  Plaintiff,<br><br>v.<br><br>FEDEX CUSTOM CRITICAL, INC.;<br>ABC CORPS #1-4; AND JOHN DOES<br>#1-4,<br><br>  Defendants. | CIVIL ACTION FILE NO.: 23A01086<br><br>JURY TRIAL DEMAND |

**COMPLAINT AND DEMAND FOR TRIAL BY JURY**

COME NOW Plaintiff, CLIFFORD CARROLL, by and through the undersigned counsel of record, and files this Complaint for Damages and Demand for Trial by Jury against Defendants FEDEX CUSTOM CRITICAL, INC.; ABC CORPS #1-4; and JOHN DOE #1-4, as follows:

**PARTIES AND JURISDICTION**

1.

Plaintiff, Clifford Carroll, is a resident of the State of Georgia.

2.

Defendant, FEDEX CUSTOM CRITICAL, INC. ("FedEx") is a foreign profit corporation registered with the Georgia Secretary of State. Service may be made upon its registered agent, The Corporation Company (FL), at 106 Colony Park Drive, Suite 800-B, Cumming, Forsyth County, Georgia 30040.

3.

Defendants, JOHN DOES #1-4 are individuals, whose identities and whereabouts are currently unknown, who either owned, managed, operated, maintained, and/or were responsible for some aspect of the premises, forklift operator employees, or forklift machinery at 4300 Pleasantdale Road, Atlanta, Georgia, 30340 (hereinafter referred to as "the premises"). Defendants are subject to the jurisdiction and venue of this court and will be served with Summons and Complaint once their respective identities are revealed.

4.

Defendants, ABC CORPORATIONS #1-4 are entities, whose identities and whereabouts are currently unknown, who either owned, managed, operated, maintained, and/or were responsible for some aspect of the premises, forklift operator employees, or forklift machinery, or the maintenance of and the preservation of evidence of the premises. Defendants are subject to the jurisdiction and venue of this court and will be served with Summons and Complaint once their respective identities are revealed.

5.

All Defendants are subject to the jurisdiction of this Honorable Court. *See* O.C.G.A. § 15-7-4.

6.

Pursuant to Article VI, Section II, Paragraph IV of the Constitution of Georgia, O.C.G.A. § 9-10-31 and O.C.G.A § 14-2-510, venue is proper in the county where the cause of action originated, if the corporation has an office and transacts business in that county. Further, joint tortfeasors are subject to an action in any county in which one or more of

the defendants reside. The cause of action originated, and Defendants have offices and transact business in DeKalb County; as such, venue is proper in DeKalb County, Georgia.

## COUNT I:  ORDINARY NEGLIGENCE

7.

Plaintiff re-alleges and incorporates herein, by reference, paragraphs 1 through 6 above as if the same were restated verbatim.

8.

On June 2, 2021, (the "date of incident"), Plaintiff was an owner-operator of a truck picking up a scheduled load from the premises.

9.

After arriving on the property, Plaintiff walked to the office to sign-in and pick up the paperwork for his load. While returning to his trailer from the office, a forklift operator struck Plaintiff from behind, throwing him to the ground.

10.

Plaintiff had no warning of the forklift operator's approach toward him due to the operator's negligent operation of the forklift.

11.

Specifically, Plaintiff contends the forklift operator was negligent in failing to blow his horn to warn others of his approach and in failing to operate the forklift in a manner that would have allowed the operator to be aware of his surroundings while moving the load.

12.

After being struck by the forklift, Mr. Carroll was told by an employee of FedEx the warehouse was not abiding by the controlling federal and state safety guidelines.

13.

As a result of being struck by the forklift, Plaintiff suffered significant injuries.

14.

At all relevant times, Plaintiff exercised reasonable care for his own safety.

15.

At all relevant times, Defendants owed a legal duty under O.C.G.A. § 51-1-2 to exercise ordinary care towards the Plaintiffs by acting as a reasonably prudent person under the same or similar conditions.

16.

Under Georgia law, Defendants owe "a general duty to all the world not to subject them to unreasonable risk of harm." Lipham v. Federated Dept. Stores Inc., 208 Ga.App. 385, 430 S.E.2d 590 (1993).

17.

Defendants are liable for the acts and omissions of their employees in failing to properly and safely maintain, inspect, and/or operate the forklifts on the property under a theory of *respondeat superior.*

18.

Defendants are liable for the acts and omissions of their employees in failing to properly and safely maintain, inspect, and/or operate the forklift under a theory of negligent hiring, retaining, training, and/or supervision.

19.

To the extent FedEx relied upon a third-party company to provide forklift operators and/or maintain forklifts on the property, the negligence of that third-party is imputed to FedEx pursuant to O.C.G.A. § 51-2-5.

20.

FedEx ratified the work of any third-party operating under its supervision and/or control and as a result, the third-party's negligence shall be imputed to FedEx pursuant to O.C.G.A. § 51-2-5.

21.

Defendants' negligence was the proximate cause of Plaintiff's injuries; thus, Defendants are liable to Plaintiffs under O.C.G.A § 51-1-2.

## COUNT III: NEGLIGENCE PER SE

22.

Plaintiff incorporates paragraphs one (1) through twenty-one (21) above as if the same were restated herein.

23.

Upon information and belief, FedEx's conduct on the property violated local, state, and/or federal safety regulations and, as such, constitute negligence per se.

## DAMAGES

24.

As a result of Defendants' negligence, Plaintiff has incurred in excess of $35,000 in past medical expenses, and such expenses are continuing in nature. Plaintiff has also incurred general damages, including but not limited to: past pain and suffering, future pain and suffering, loss of capacity to earn, emotional distress, and mental anguish.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays and demands as follows:

(a) That Process and Summons issue, as provided by law, requiring Defendants to appear and answer Plaintiff's Complaint;

(b) That Defendants will be served as provided by law;

(c) That Plaintiff recover general damages from such Defendants, in an amount to be determined by the enlightened conscience of the fair and impartial jury to fully and completely compensate her for all of her injuries and pain and suffering, mental, physical, and emotional, past, present, and future;

(d) That Plaintiff recover from Defendants, special damages for past and future medical expenses in such an amount as shall be proven at trial;

(e) That this matter be tried to a jury;

(f) That all costs be cast against the Defendants;

(g) For such other and further relief as this Court deems just and appropriate.

(signature on following page)

- 7 -

Respectfully submitted this 10th day of March, 2023.

        MORGAN & MORGAN ATLANTA, PLLC

        /s/ Cody M. Allen

| | |
|---|---|
| 408 12th Street, Suite 200 | Cody M. Allen |
| Columbus, Georgia 31901 | Georgia Bar No.: 998818 |
| T: (762) 240-9459 | Allison Whitfield |
| callen@forthepeople.com | Georgia Bar No.: 356119 |
| awhitfield@forthepeople.com | |

*Attorneys for Plaintiff*

STATE COURT OF
DEKALB COUNTY, GA.
3/10/2023 1:26 PM
E-FILED
BY: Monica Gay

## AFFIDAVIT OF SERVICE

| Case: 23A 01086 | Court: State Court of Dekalb County | County: DeKalb, GA | Job: 8592217 |
|---|---|---|---|
| Plaintiff / Petitioner: Clifford Carroll | | Defendant / Respondent: Fedex Custom Critical, Inc.; ABC Corps #1-4; and John Does #1-4 | |
| Received by: Wayne Fuller | | For: Morgan and Morgan | |
| To be served upon: Fedex Custom Critical, Inc. | | | |

I, T Wayne Fuller, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Javon Jackson, as authorized Agent/The Corporation Company (FL)
106 Colony Park Dr Suite 800-B, Cumming, GA 30040
**Manner of Service:** Registered Agent, Mar 27, 2023, 10:44 am EDT
**Documents:** Summons; Complaint and Demand for Trial by Jury

**Additional Comments:**
1) Successful Attempt: Mar 27, 2023, 10:44 am EDT at The Corporation Company (FL): 106 Colony Park Dr Suite 800-B, Cumming, GA 30040 received by Javon Jackson, as authorized Agent. Age: 34; Ethnicity: African American; Gender: Male; Weight: 174; Height: 5'7"; Hair: Blond; Eyes: Brown

**Fees:** $85.00

_____   MAR 2 9 2023
T Wayne Fuller                Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

_____
Date        Commission Expires

**Parks Harris
Notary Public**

MAR 2 9 2023

Newton County, Georgia
Commission Expires
March 21, 2026

FILED 12/21/2022 10:26 AM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

# IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

IN RE:

| | |
|---|---|
| MOTION FOR APPOINTMENT AS PERMANENT PROCESS SERVER | CIVIL ACTION FILE NUMBER: 22MPR1528 |

PURSUANT TO O.C.G.A. §9-11-4(c)

### ORDER APPOINTING PERMANENT PROCESS SERVER FOR CALENDAR YEAR 2023

The foregoing motion having been read and considered, it is HEREBY ORDERED that the following individual(s) is/are appointed as a permanent process server pursuant to O.C.G.A. §9-11-4(c):

**Parks Harris**
**Michael Chastain**
**Thomas Fuller**
**Elizabeth Galvin**
**Clifton Childress**
**Kelly Campbell**

This appointment shall be effective until midnight December 31, 2023. **IT IS SO ORDERED this 20th day of December 2022.**

_____
Honorable Asha F. Jackson
Chief and Administrative Judge
Superior Court of DeKalb County
Stone Mountain Judicial Circuit