

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **FEDEX CUSTOM CRITICAL, INC.** | Control Number: | **K414318** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Noncompliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **1475 BOETTLER RD, UNIONTOWN, OH, 44685, USA** | Date of Formation / Registration Date: | **6/6/1994** |
| Jurisdiction: | **Ohio** | Last Annual Registration Year: | **2022** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Allan W Brown | CFO | 1475 Boettler Road, Uniontwon, OH, 44685, USA |
| C Edward Klank III | Secretary | 942 South Shady Grove Rd, MEMPHIS, TN, 38120, USA |
| Ramona M Hood | CEO | 1475 Boettler Rd, Uniontown, OH, 44685, USA |

Back          Filing History     Name History

Return to Business Search