# IN THE STATE COURT OF DEKALB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| CLIFFORD CARROLL,<br><br> *Plaintiff*,<br><br>v.<br><br>FEDEX CUSTOM CRITICAL, INC., ABC CORPS. #1-4, AND JOHN DOES #1-4,<br><br> *Defendants*. | Civil Action No.: 23A01086 |

## DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

**TO:**  **PLAINTIFF'S COUNSEL**
   Cody M. Allen, Esq.
   Allison Whitfield, Esq.
   Morgan & Morgan Atlanta, PLLC
   408 12th Street, Suite 200
   Columbus, Georgia 31901
   callen@forthepeople.com
   awhitfield@forthepeople.com

 Pursuant to 28 U.S.C. § 1446(d), you are hereby notified that the Defendant has caused to be filed on the 26th day of April, in the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal with the Clerk of the said United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal is attached hereto.

 This the 26th day of April, 2023.

                Shires, Peake & Gottlieb, LLC

                */s/ Kevin T. Shires*
                Kevin T. Shires, Esq.
                Georgia Bar No.: 643290
                Loren A. Rafferty, Esq.
                Georgia Bar No.: 678355

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com
LRafferty@spgattorneys.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

_____x_____        Electronically filing this document with Odyssey which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E)

_____x_____        Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

_____        Depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Cody M. Allen, Esq.
Allison Whitfield, Esq.
Morgan & Morgan Atlanta, PLLC
408 12th Street, Suite 200
Columbus, Georgia 31901
callen@forthepeople.com
awhitfield@forthepeople.com

This the 26th day of April, 2023.

Shires, Peake & Gottlieb, LLC

*/s/ Kevin T. Shires*_____
Kevin T. Shires, Esq.
Georgia Bar No.: 643290

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413
(678) 940-4420 (Fax)
kshires@spgattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLIFFORD CARROLL,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDEX CUSTOM CRITICAL, INC., ABC CORPS. #1-4, AND JOHN DOES #1-4,<br><br>*Defendants*. | Civil Action No.: |

## NOTICE OF REMOVAL

**TO:**   **PLAINTIFF'S COUNSEL**
Cody M. Allen, Esq.
Allison Whitfield, Esq.
Morgan & Morgan Atlanta, PLLC
408 12th Street, Suite 200
Columbus, Georgia 31901
callen@forthepeople.com
awhitfield@forthepeople.com

**PLEASE TAKE NOTICE** that the Defendant, FedEx Custom Critical, Inc., by and through its undersigned counsel of record, pursuant to U.S.C. §§ 1441 and 1332, and hereby files this Notice of Removal of this action from the State Court for the County of Fulton, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

In support of this Notice of Removal, the Defendant has filed contemporaneously herewith its Brief in Support of Removal and accompanying Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, the Defendant respectfully requests that this Court enter an Order

removing this action from the State Court for the County of DeKalb, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This the 26th day of April, 2023.

    Shires, Peake & Gottlieb, LLC

*/s/ Kevin T. Shires*
Kevin T. Shires, Esq.
Georgia Bar No.: 643290
Loren A. Rafferty, Esq.
Georgia Bar No.: 678355

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com
LRafferty@spgattorneys.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

    *x*        Electronically filing this document with CM/ECF which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E)

    *x*        Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

Cody M. Allen, Esq.
Allison Whitfield, Esq.
Morgan & Morgan Atlanta, PLLC
408 12th Street, Suite 200
Columbus, Georgia 31901
callen@forthepeople.com
awhitfield@forthepeople.com

This 26th day of April, 2023.

                                              Shires, Peake & Gottlieb, LLC

                                              */s/ Kevin T. Shires*
                                              Kevin T. Shires
                                              State Bar No.: 643290

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com