AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* )<br>)<br>)<br>)<br>)<br>v.  )<br>DEKALB COUNTY, GEORGIA; CAPT. PHILLIP DITMORE; SFF. DAVID )<br>KELLY; SFF. JASON WINKLER; SFF. KEVIN FLEMING; FF. JONAH )<br>LAKATOS; FF. TIFFANY PAYNE; DO MELISSA VAN WIE; SGT. )<br>M. WILLIAMS; OFF. TIMOTHY LATTIMORE; OFF. BRANDON W. )<br>WILLIAMS; OFF. DEIOR PAXTON; OFF. C. JONES; AND OFF. JOSHUA )<br>BARTON )<br>*Defendant(s)* ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*



    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                                                                             *CLERK OF COURT*


Date: _____                                  _____
                                                                                      *Signature of Clerk or Deputy Clerk*