AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
DEKALB COUNTY, GEORGIA; CAPT. PHILLIP DITMORE; SFF. DAVID )
KELLY; SFF. JASON WINKLER; SFF. KEVIN FLEMING; FF. JONAH )
LAKATOS; FF. TIFFANY PAYNE; DO MELISSA VAN WIE; SGT. )
M. WILLIAMS; OFF. TIMOTHY LATTIMORE; OFF. BRANDON W. )
WILLIAMS; OFF. DEIOR PAXTON; OFF. C. JONES; AND OFF. JOSHUA )
BARTON )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*