IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEVEVANUS RICHARDSON | ) | |
| | ) | |
| v. | ) | Civ. No. _____ |
| | ) | |
| ANTHONY BLINKEN, UNITED STATES SECRETARY OF STATE; | ) ) | MOTION FOR LEAVE TO PROCEED |
| MERRICK GARLAND, UNITED STATES ATTORNEY GENERAL; | ) ) | *IN FORMA PAUPERIS* |
| THOMAS E. BROWN, UNITED STATES MARSHAL, NOTHERN DISTRICT OF GEORGIA; | ) ) ) | |
| BRICK TRIPP, WARDEN, ROBERT A. DEYTON DETENTION FACILITY. | ) ) | |

## MOTION FOR LEAVE TO PROCEED
## *IN FORMA PAUPERIS*

Plaintiff, STEVEVANUS RICHARDSON, through undersigned counsel, requests that this Court enter an order allowing him to proceed *in forma pauperis*. In support of his motion, Mr. Richardson offers the following:

The magistrate court, in related proceedings, found that Mr. Richardson is financially unable to afford counsel and appointed undersigned counsel to represent him. *In the Matter of the Extradition of Stevevanus Richardson*, 1:22-mj-00804-JKL, Doc. 6 (N. D. Ga. September 13, 2022).

Mr. Richardson's financial situation remains unchanged; he remains indigent.

Through counsel, he will file in this Court a *Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241*, challenging the magistrate court's certification of extradition, the magistrate court's order of commitment, and the actions by the United States in undertaking its decision to extradite him. Mr. Richardson wishes to file the petition *in forma pauperis*.

A proposed order is included with this motion.

WHEREFORE, Mr. Richardson asks this Court to grant this motion, allow him to proceed *in forma pauperis*, and appoint the undersigned to represent him.

Dated: This 27th day of April, 2023.

Respectfully submitted,

*s/ Benjamin Black Alper*
BENJAMIN BLACK ALPER
Georgia Bar No. 940406
Attorney for Petitioner

**ALPER LEGAL, P.C.**
1205 Johnson Ferry
Road Suite 136,
#359
Marietta, Georgia 30068
404.736.3939
ben@alperlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been formatted in Book Antiqua 13 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Dated:  This 27th day of April, 2023.

*s/ Benjamin Black Alper*
BENJAMIN BLACK ALPER
Georgia Bar No. 940406
Attorney for Petitioner

**ALPER LEGAL, P.C.**
1205 Johnson Ferry Road Suite 136,
#359
Marietta, Georgia 30068
404.736.3939
ben@alperlegal.com