IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVEVANUS RICHARDSON )<br>)<br>v.   )<br>)<br>ANTHONY BLINKEN, UNITED STATES )<br>    SECRETARY OF STATE;   )<br>MERRICK GARLAND, UNITED STATES )<br>    ATTORNEY GENERAL;   )<br>THOMAS E. BROWN, UNITED STATES )<br>    MARSHAL, NOTHERN DISTRICT )<br>    OF GEORGIA;   )<br>BRICK TRIPP, WARDEN, ROBERT A. )<br>    DEYTON DETENTION FACILITY.   ) | Civ. No. _____<br><br>MOTION FOR LEAVE<br>TO PROCEED<br>*IN FORMA PAUPERIS* |

## **ORDER**

Having considered Plaintiff's *Motion to Proceed In Forma Pauperis* [Doc. ____], the motion is hereby GRANTED. Plaintiff is declared financially unable to employ counsel and pay the filing fee and is granted leave to proceed *in forma pauperis*.

Accordingly, BENJAMIN BLACK ALPER is hereby appointed to represent Plaintiff in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE