# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

| | |
|---|---|
| **SERGEI LEVCHENKO,** | |
| Plaintiff, | **Case No.** |
| v. | |
| **NADIA GOLOVIN,** | _____ |
| Defendant. | |

## DECLARATION OF NADIA GOLOVIN

Before the undersigned attesting officer, authorized to administer oaths, came Shaun F. Smith who after being duly sworn, deposes and states:

1.

I am over eighteen (18) years of age and am competent to give this declaration. The statements of facts set forth in this declaration are made upon my own personal knowledge.

2.

At the time of the filing of this case in Fulton County Superior Court, and at all times relevant, I have resided in Vancouver, Clark County, Washington.

3.

I purchased 3494 Flamingo Lane, Alpharetta, Georgia 30004 for $270,000 on May 16, 2016. I estimate the fair market value of said property to be $475,000.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 27th day of April, 2023.

_____
Nadia Golovin