**IN THE SUPERIOR COURT OF FULTON COUNTY**

**STATE OF GEORGIA**

| | |
|---|---|
| SERGEI LEVCHENKO,<br><br>    Plaintiff,<br><br>v.<br><br>NADIA GOLOVIN,<br><br>    Defendant. | Case No.<br><br><u>2023CV377574</u> |

**NOTICE OF REMOVAL TO FEDERAL COURT**

**COMES NOW** NADIA GOLOVIN and hereby give notice of her removal of the above-styled action to the United States District Court for the Northern District of Georgia, Atlanta Division, and certifies that a copy of the Notice of Removal which is attached hereto as Exhibit "A" has been served on all parties in interest.

Dated: April 27, 2023

Respectfully submitted,

**HUGGINS PEIL, LLC**

/s/ DRAFT
Jeffrey F. Peil (SBN 967902)
jpeil@hugginsfirm.com
7013 Evans Town Center Blvd., Suite 502
Evans, Georgia 30809
Telephone: (706) 210-9063
Facsimile: (706) 210-9282
*Attorney for Defendant*

HUGGINS PEIL, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

NOTICE OF REMOVAL TO FEDERAL COURT – **1** of **2**
*Sergei Levchenko v. Nadia Golovin, et al.*
Case No.: 2023CV377574

**CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the foregoing with Peachcourt.com, which will automatically serve the following parties with a copy of the foregoing filing via e-mail in portable document format (PDF), and show in the subject line of said e-mail message the words "STATUTORY ELECTRONIC SERVICE" in capital letters:

**Brandon D. Wagner, Esq.**
Lueder, Larkin & Hunter, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
bwagner@luederlaw.com

Respectfully submitted,

Dated: April 27, 2023                **HUGGINS PEIL, LLC**

/s/ DRAFT
Jeffrey F. Peil (SBN 967902)
jpeil@hugginsfirm.com
7013 Evans Town Center Blvd., Suite 502
Evans, Georgia 30809
Telephone: (706) 210-9063
Facsimile: (706) 210-9282
*Attorney for Defendant*