IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DANTE JEVON ERICSON OTTLEY | ) | |
| | ) | |
| v. | ) | Civ. No. _____ |
| | ) | |
| ANTHONY BLINKEN, UNITED STATES | ) | MOTION FOR LEAVE |
|    SECRETARY OF STATE; | ) | TO PROCEED |
| MERRICK GARLAND, UNITED STATES | ) | *IN FORMA PAUPERIS* |
|    ATTORNEY GENERAL; | ) | |
| THOMAS E. BROWN, UNITED STATES | ) | |
|    MARSHAL, NOTHERN DISTRICT | ) | |
|    OF GEORGIA; | ) | |
| BRICK TRIPP, WARDEN, ROBERT A. | ) | |
|    DEYTON DETENTION FACILITY. | ) | |

## MOTION FOR LEAVE TO PROCEED
## *IN FORMA PAUPERIS*

Plaintiff, Dante Jevon Ericson Ottley, through undersigned counsel, requests that this Court enter an order allowing him to proceed *in forma pauperis*. In support of his motion, Mr. Ottley offers the following:

The magistrate court, in related proceedings, found that Mr. Ottley is financially unable to afford counsel and appointed undersigned to represent him. *In the Matter of the Extradition of Dante Jevon Ericson Ottley*, 1:21-mj-00716-JKL, Doc. 6 (N. D. Ga. September, 12, 2022).

Mr. Ottley's financial situation remains unchanged; he remains indigent.

Through counsel, he will file in this Court a *Petition for Writ of Habeas Corpus*

*Pursuant to 28 U.S.C. § 2241*, challenging the magistrate court's certification of extradition, the magistrate court's order of commitment, and the actions by the United States in undertaking its decision to extradite him. Mr. Ottley wishes to file the petition *in forma pauperis*.

A proposed order is included with this motion.

WHEREFORE Mr. Ottley asks this Court to grant this motion, allow him to proceed *in forma pauperis*, and appoint the Federal Defender Program, Inc. to represent him.

Dated: This ___ day of April, 2023.

Respectfully Submitted,

*/s/ Mildred Geckler Dunn*
Mildred Geckler Dunn
Georgia Bar No. 323373
Attorney for Dante Ottley

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax: 404-688-0768