IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANTE JEVON ERICSON OTTLEY, ) <br> ) <br> v. ) <br> ) <br> ANTHONY BLINKEN, UNITED STATES ) <br>     SECRETARY OF STATE; ) <br> MERRICK GARLAND, UNITED STATES ) <br>     ATTORNEY GENERAL; ) <br> THOMAS E. BROWN, UNITED STATES ) <br>     MARSHAL, NOTHERN DISTRICT ) <br>     OF GEORGIA; ) <br> BRICK TRIPP, WARDEN, ROBERT A. ) <br>     DEYTON DETENTION FACILITY. ) | Civ. No. _____ <br><br> ORDER GRANTING <br> LEAVE TO PROCEED <br> *IN FORMA PAUPERIS* |

## **ORDER**

Having considered Plaintiff's *Motion to Proceed In Forma Pauperis* [Doc. \_\_\_\_], the motion is hereby GRANTED. Plaintiff is declared financially unable to employ counsel and pay the filing fee and is granted leave to proceed *in forma pauperis*.

Accordingly, the Federal Defender Program, Inc., is hereby appointed to represent Plaintiff in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated this \_\_\_\_\_ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared by:
Mildred Geckler Dunn, Federal Defender Program, Inc.