# EXHIBIT A

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2023-02690 |
| | and EEOC |

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Kristy Forrester** | **(404) 754-1062** | **September 25, 1985** |

| Street Address | City, State and ZIP Code |
|---|---|
| **180 Jackson St NE, Apt 8316** | **Atlanta, GA 30312** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Veho Inc.** | **50+** | **(248) 757-0515** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1000 Westlake pkwy SW** | **Atlanta, GA 30336** |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| ATDO Received on 12/29/2022 | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest            Latest
July 13, 2022

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.      On or about September 2021, I began working for the company as a Driver. On or about March 2022, I transitioned into the warehouse as a Grounds Operations Associate (GOA), where I tended to the drivers as they came in, checked-in people for their route, performed traffic control for parking and other duties. My manager was Adrian Golden (Male).

II.     On or around January 2022, I reported issues I was having with Fayreen "Fay" Morgan, a Lead employee that worked with me on a day-to-day basis.

III.    On or around May 2022, Adrian promoted me to Driver Ambassador, but this was only for the morning shift. At the end of the shift, I would still perform my normal duties of sorting. Fay was not happy about my promotion, and I continued to have issues with her behavior towards me, such as spreading rumors about me in the workplace, purposely having people write me up without my knowledge, and sharing my medical information with other employees.

IV.     In late May, I injured myself on the job while stacking boxes that weighed more than 50 lbs and my doctor placed me on a weight limit restriction. I provided a medical note to Adrian and he approved an accommodation for me so I would not have to move things over 50 lbs. From May to July, I continued to have issues with Fay's behavior towards me because she felt I was getting unfair advancement. I made several reports to Adrian and HR, but the hostile work environment continued, and I reported it again on June 28, 2022, to Tyler Fike, HRBP. For example, Fay commented that because of my age and the fact that I do not have kids that I must be a lesbian; Fay had another male employee, Ray, follow me to the bathroom and then question me about whether or not I had permission to use the bathroom. I reported him to Osei, and we all sat down, and he admitted to Osei that Fay had asked him to follow me. I later escalated the issue to Adrian. On another occasion, Fay stated that the only reason I received a promotion was because I was sleeping with Adrian, which was blatantly false.

V.      On July 13, 2022, I received an email from Fay addressed to several upper-level management and executives complaining about me. Adrian then called me and told me that I was terminated. I called Tyler Fike in HR and he informed me that I was not terminated and to go online and find another job that I was interested in while he conducted an investigation.

VI.        Over the course of that week, I informed Tyler that I could work the door, accept the bags and packages, and I listed all the jobs that I could perform and applied to several other positions. Tyler ultimately informed me that none of the positions would work for me and that he was going to stick with the decision to terminate me.


III.       I believe I was discriminated against in violation of the Americans with Disabilities Act and Title VII of the Civil Rights Act of 1964.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 12/29/2022<br><br>*Date*       *Kristy Forrester*<br>*Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Ianna O. Richardson | ianna@justiceatwork.com | Barrett & Farahany