# EXHIBIT B



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Atlanta District Office

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Direct Dial (470)531-4760
FAX (404)562-6909/6910
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 04/19/2023

**To:** Kristy Forrester
180 Jackson St NE Apt 8316
Atlanta, GA 30312
Charge No: 410-2023-02690

EEOC Representative and email:   DANA BREWTON
Federal Investigator
dana.brewton@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-02690.

On behalf of the Commission,

I. Daniel-Edward Anance
Digitally signed by I. Daniel-Edward Anance
Date: 2023.04.20 11:54:00 -04'00'

*Iriketekana D-E Anance*   For

Darrell Graham
District Director

**Cc:**
Tyler Fike
325 HINES POINT DR
Rolesville, NC 27571

Ianna O Richardson
Barrett & Farahany
1175 Northmeadow Pkwy
Roswell, GA 30076

Please retain this notice for your records.