# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAUL ARAUJO, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | |
| v. ) | |
| ) | |
| GARRISON PROPERTY AND ) | |
| CASUALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant Garrison Property and Casualty Insurance Company pursuant to 28 U.S.C. §§ 1441 and 1446 removes this action from the State Court of Gwinnett County, Georgia, and states as follows:

1.

This civil action was filed on March 30, 2023, in the State Court of Gwinnett County, Georgia under the caption *Paul Araujo v. Garrison Property and Casualty Insurance Company,* Civil Action No. 23-C-02162-S6 (the "State Court Action"). It was served on Defendant's registered agent on March 31, 2023. (Exhibit A, attached hereto.) This notice is filed timely as allowed by 28 U.S.C. § 1446(b).

2.

Plaintiff Paul Araujo's permanent residence and domicile is in Gwinnett County, Georgia. Thus, he is a citizen of Georgia for purposes of federal diversity jurisdiction.

3.

Garrison is incorporated under the laws of Texas with its principal place of business in Texas. Thus, Garrison is a citizen of Texas for purposes of federal diversity jurisdiction.

4.

In his complaint, Plaintiff alleges medical bills of $49,209.77 incurred because of an auto accident (Compl., ¶ 8.) Plaintiff alleges that Garrison has breached its contract by not making payments under medical payments coverage. (Compl., ¶ 11.) Plaintiff further claims that he is entitled to an additional fifty percent (50%) of that sum as a penalty ($24,604.79) as well as reasonable attorney's fees for Garrison's alleged bad-faith breach of the policy under O.C.G.A. § 33-4-6. (Compl., ¶ 17) *See Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1265 (2000) ("When a statute authorizes the recovery of attorney's fees, a reasonable amount of those fees is included in the amount in controversy.") Thus, the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

4.

This case is removable pursuant to 28 U.S.C. § 1441 because the United States District Court has original jurisdiction over this case by reason of diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

5.

Pursuant to 28 U.S.C. §1446(a), this Court is the United States District Court for the district and division embracing the place where the State Court Action is pending and is the appropriate court for removal pursuant to 28 U.S.C. § 1441(a).

6.

Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders served on Defendant is attached hereto as Exhibit A.

7.

Defendant will file a copy of this Notice of Removal with the Clerk of the State Court of Gwinnett County and give prompt written notice of the filing of this Notice of Removal to counsel of record for Plaintiff as required by 28 U.S.C. § 1446(d).  (Exhibit B, attached hereto).

8.

WHEREFORE, Defendant removes this matter to this Court.

                                          /s/ *W. Shawn Bingham*
                                          W. Shawn Bingham

                Georgia Bar No. 839706
                Marissa A. Dunn
                Georgia Bar No. 369637

                *Attorneys for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
T:  770.818.0000

## **CERTIFICATE OF SERVICE**

This is to certify that I have served the within and foregoing **DEFENDANT'S NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

Tyler R. Watkins
**GORINSHTEYN & WATKINS, LLC**
3217 S. Cherokee Lane
Suite 740
Woodstock, GA  30188
Tyler@GWTrial.com

This 27th day of April, 2023.

                                      /s/ *W. Shawn Bingham*
                                      W. Shawn Bingham
                                      Georgia Bar No. 839706
                                      Marissa A. Dunn
                                      Georgia Bar No. 369637

                                      *Attorneys for Defendant*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA  30339
Tel: (770) 818-0000