# EXHIBIT B

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| PAUL ARAUJO | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 23-C-02162-S6 |
| | ) | |
| GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant hereby notifies this Court and all other interested parties that Defendant has filed a Notice of Removal to the United State District Court for the Northern District of Georgia (Atlanta Division), removing this action pursuant to 28 U.S.C. §§ 1441 and 1446. A copy of the Notice of Removal is attached hereto as Exhibit A.

This 27th day of April, 2023.

/s/ *W. Shawn Bingham*
W. Shawn Bingham
Georgia Bar No. 839706
Marissa A. Dunn
Georgia Bar No. 369637

*Attorneys for Defendant*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
Tel: (770) 818-0000

1

## CERTIFICATE OF SERVICE

This is to certify that I have served the within and foregoing **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

Tyler R. Watkins
**GORINSHTEYN & WATKINS, LLC**
3217 S. Cherokee Lane
Suite 740
Woodstock, GA  30188
Tyler@GWTrial.com

This 27th day of April, 2023.

/s/ *W. Shawn Bingham*
W. Shawn Bingham
Georgia Bar No. 839706
Marissa A. Dunn
Georgia Bar No. 369637

*Attorneys for Defendant*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA  30339
Tel: (770) 818-0000