# EXHIBIT B

### IN THE STATE COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY as subrogee of KEVIN TAYLOR & LAURA TAYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SEALED UNIT PARTS CO., INC.,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br>23-C-02027-S3 |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on April 27, 2023, Defendant Sealed Unit Parts Co., Inc. filed a Notice of Removal with the United States District Court for the Northern District of Georgia, Atlanta Division (the "District Court") pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. This Court is respectfully requested to proceed no further in this action, unless and until the District Court remands the case for further proceedings.  A copy of the Notice of Removal for filing with the United State District Court removing this Civil Action from the State Court of Gwinnett County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, which was timely filed, is attached hereto as Exhibit A.

Respectfully submitted this 27th day of April, 2023.

                                                  **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

| | |
|---|---|
| | */s/ Michael P. Manfredi* |
| 3348 Peachtree Road NE | Michael P. Manfredi |
| Suite 1400 | Georgia Bar No. 784682 |
| Atlanta, GA 30326 | Kristina Thompson |
| (470) 419-6650 | Georgia Bar No. 882229 |
| Fax- (470) 419-6651 | *Counsel for Defendant* |
| Michael.manfredi@wilsonelser.com | |
| Kristina.thompson@wilsonelser.com | |

1

2

**CERTIFICATE OF SERVICE**

This is to certify that a copy of I filed foregoing **Notice of Filing Notice of Removal** via the Odyssey eFile GA e-filing system, which will send electronic notification to the following counsel of record:

Alex McDonald
SWIFT, CURRIE, McGHEE & HIERS, LLP
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia  30309-3231
alex.mcdonald@swiftcurrie.com

Dated: April 27, 2023.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Michael P. Manfredi*
Michael P. Manfredi
Georgia Bar No. 784682