# EXHIBIT A

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:  [ ] FEPA  [X] EEOC

Agency(ies) Charge No(s): _____ and EEOC

*State or local Agency, if any*

| | |
|---|---|
| Name (indicate Mr., Ms., Mrs.) **Mr. Harold Mobley** | Home Phone (Incl. Area Code) **(706) 412-8581** — Date of Birth **July 15, 1962** |
| Street Address **703 New Hutchinson Mill Rd** | City, State and ZIP Code **Lagrange, GA 30240** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| | | |
|---|---|---|
| Name **Home Depot Store #0160** | No. Employees, Members | Phone No. (Include Area Code) **7068829869** |
| Street Address **1500 Lafayette Parkway** | City, State and ZIP Code **LaGrange 30240** | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

*US EEOC ATDO RECEIVED MARCH 3, 2022*

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **September 24, 2021**   Latest: **October 24, 2021**
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. I began working for the employer on September 9, 2020, as an Electrical Associate.
2. I worked full time and worked more than 1250 hours in the year preceding the events outlined in this charge.
3. The company has more than 50 people working within a 75-mile radius of my work location.
4. I had no recent discipline at the time of my termination, and I had won numerous awards for my work with the company.
5. I am a person with a disability, COPD and Osteonecrosis.
6. On or about September 24, 2021, I began having symptoms of a heart attack. Sudden heart attack is a symptom of COPD.
7. I went to the hospital for those symptoms, and I was kept overnight.
8. The next day, I left the hospital early because of concerns about getting COVID 19 in the hospital.
9. When I left, I was advised to go see my personal doctor for follow up.
10. When I fell ill, I called my employer to let them know that I would not be in.
11. Two days after I left the hospital, I went to see my Nurse Practitioner as directed.
12. When I was there, my Nurse Practitioner told me that I needed to be on light duty until after I saw my cardiologist and had a stress test.
13. I took the paperwork to the store and brought it to Christine Smith in Human Resources.
14. When she saw that I needed light duty, she told me that I could not return to work on light duty and unless I could return of full duty, I needed to take a medical leave.

*Barrett & Farahany - Justice at Work - K. Fonteneau*

15. Smith gave me the paperwork and the next day, I took it to my Nurse Practitioner, who filled it out.

16. I returned the paperwork to the company and remained out on leave.

17. My stress test was scheduled on October 28, 2021, and I told them that would be the earliest that I would be able to return.

18. The company did not allow me to return to work.

19. Instead, they terminated my employment on October 24, 2021.

I believe the employer failed to accommodate my disability, terminated me and retaliated against me for seeking an accommodation for my disability in violation of the Americans with Disabilities Act. I also believe that the company violated my rights under the Family and Medical Leave Act by not providing me leave and terminating me for seeking protected medical leave.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Mar 2, 2022         *Harold Mobley* <br> Harold mobley (Mar 2, 2022 21:16 EST) <br> Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

*Barrett & Farahany - Justice at Work  - K. Fonteneau*