# EXHIBIT B

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/23/2023

**To:** Harold Mobley
703 New Hutchinson Mill Rd.
Lagrange, GA 30240
Charge No: 410-2022-03738

EEOC Representative and email:    Carmen Bethune
Federal Investigator
carmen.bethune@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2022-03738.

On behalf of the Commission,

Digitally Signed By: Darrell E. Graham
02/23/2023

Darrell E. Graham
District Director

**Cc:**

Barbara Penington
The Home Depot, Inc.
2455 Paces Ferry Road, NW Bldg., C-21
Atlanta, GA 30339

Laura Arnold
The Home Depot, Inc.
2455 Paces Ferry Rd C-21
Atlanta, GA 30339

Kira Fonteneau
Barrett & Farahany
P.O. Box 530092
Atlanta, GA 30343


Please retain this notice for your records.