# EXHIBIT "B"

Law Offices

# McMICKLE, KUREY & BRANCH, L.L.P.

217 ROSWELL STREET, SUITE 200
ALPHARETTA, GA 30009

www.mkblawfirm.com

| | |
|---|---|
| TELEPHONE: (678) 824-7800 | KEVIN P. BRANCH |
| FACSIMILE: (678) 824-7801 | kpb@mkblawfirm.com |
| | M. LEIGH MILLER |
| | lmiller@mkblawfirm.com |

April 24, 2023

**VIA EMAIL & U.S. MAIL: bwelch@forthepeople.com**
Benjamin Welch, Esq.
MORGAN & MORGAN, PLLC
P.O. Box 57007
Atlanta, GA 30343

Re:   Tina Wetherington v. CCBCU, et al.
　　　Claim No.　　　　　　:　21C06J610189
　　　Date of Loss　　　　　:　April 2, 2021
　　　Our File No.　　　　　:　3288-16480 (KPB|MLM)

Dear Benjamin:

　　　We represent Coca-Cola Bottling Company United, Inc. in the above-referenced matter. It appears that complete diversity of citizenship exists between Plaintiff and all defendants. Therefore, unless Plaintiff is willing to stipulate that the amount in controversy is less than $75,000.00, exclusive of interest and costs, we intend to remove this case to federal court. Please be aware that our client's defensive pleadings are due by April 27, 2023. Therefore, if you contend the case cannot be removed due to jurisdictional amount not being satisfied, and are willing to file an appropriate stipulation, please let me know by April 26, 2023.

　　　　　　　　　　　　　　　　　　With kind regards,

　　　　　　　　　　　　　　　　　　*Kevin P. Branch*
　　　　　　　　　　　　　　　　　　KEVIN P. BRANCH

　　　　　　　　　　　　　　　　　　*M. Leigh Miller*
　　　　　　　　　　　　　　　　　　M. LEIGH MILLER
　　　　　　　　　　　　　　　　　　For the Firm

KPB/hvf

CC:　Elliott Ream, Esq. (eream@hpylaw.com)
　　　Ryland Avery, Esq. (ravery@wachp.com)

M1029213.1 16480