# EXHIBIT "C"

M1031214.1 0047

**From:** Benjamin Welch x25565 <bwelch@forthepeople.com>
**Sent:** Thursday, April 27, 2023 8:55 AM
**To:** Kevin Branch <kpb@mkblawfirm.com>; Holly V. Fordham <HFordham@mkblawfirm.com>; Elliott Ream <eream@hptylaw.com>; Levinson, Martin A. <mlevinson@hpylaw.com>
**Cc:** eream@hpylaw.com; M. Leigh Miller <lmiller@mkblawfirm.com>; Teddie J. Lok <TLok@mkblawfirm.com>
**Subject:** Re: Tina Wetherington v. CCBCU, et al. | 23-C-01590-S6 | MKB File No.: 16480

Mr. Branch,

For clarity sake, we don't know the amount in controversy at this time.

As the party with the burden of proof for removal, I don't see you succeeding.

Thanks.

Get Outlook for iOS

**Benjamin Welch**
Attorney

**P:** (404) 496-7339
**F:** (470) 639-6947
**A:** 191 Peachtree Street NE, Suite 4200, Atlanta, GA 30303



*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

**From:** Kevin Branch <kpb@mkblawfirm.com>
**Sent:** Thursday, April 27, 2023 8:52:31 AM
**To:** Benjamin Welch x25565 <bwelch@forthepeople.com>; Holly V. Fordham <HFordham@mkblawfirm.com>; Elliott Ream <eream@hptylaw.com>; Levinson, Martin A. <mlevinson@hpylaw.com>
**Cc:** eream@hpylaw.com <eream@hpylaw.com>; M. Leigh Miller <lmiller@mkblawfirm.com>; Teddie J. Lok <TLok@mkblawfirm.com>
**Subject:** *EXT* RE: Tina Wetherington v. CCBCU, et al. | 23-C-01590-S6 | MKB File No.: 16480

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Mr. Welch, thanks for the response. Even though your email response was intended as a nonresponse, the clear implication is that Plaintiff will not enter the stipulation we are seeking.  I ask because I want to be very transparent about this.  We plan to attach our letter and this entire email string to the removal to show the court the basis for federal jurisdiction.  Therefore, if I have stated your position incorrectly in any manner, please immediately let me know.  Best regards, Kevin

Kevin P. Branch
McMickle, Kurey & Branch, LLP
217 Roswell Street
Alpharetta, GA 30009
Phone: (678) 824-7800
Toll Free: (877) 744-4954
Fax: (678) 824-7801
kpb@mkblawfirm.com

The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system.  Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

**From:** Benjamin Welch x25565 <bwelch@forthepeople.com>
**Sent:** Thursday, April 27, 2023 8:40 AM
**To:** Kevin Branch <kpb@mkblawfirm.com>; Holly V. Fordham <hfordham@mkblawfirm.com>; Elliott Ream <eream@hptylaw.com>; Levinson, Martin A. <mlevinson@hpylaw.com>
**Cc:** eream@hpylaw.com; M. Leigh Miller <lmiller@mkblawfirm.com>; Teddie J. Lok <TLok@mkblawfirm.com>
**Subject:** Re: Tina Wetherington v. CCBCU, et al. | 23-C-01590-S6 | MKB File No.: 16480

Mr. Branch,

We do not have all of Plaintiff's medical records and bills at this time, so I am not in a position to comment either way on value. My lack of response was just that—a lack of response.

Thanks.

Get Outlook for iOS

**Benjamin Welch**
Attorney

**P:** (404) 496-7339
**F:** (470) 639-6947
**A:** 191 Peachtree Street NE, Suite 4200, Atlanta, GA 30303



*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

**From:** Kevin Branch <kpb@mkblawfirm.com>
**Sent:** Thursday, April 27, 2023 8:29:08 AM
**To:** Holly V. Fordham <hfordham@mkblawfirm.com>; Benjamin Welch x25565 <bwelch@forthepeople.com>; Elliott Ream <eream@hptylaw.com>; Levinson, Martin A. <mlevinson@hpylaw.com>
**Cc:** eream@hpylaw.com <eream@hpylaw.com>; M. Leigh Miller <lmiller@mkblawfirm.com>; Teddie J. Lok <TLok@mkblawfirm.com>
**Subject:** *EXT* RE: Tina Wetherington v. CCBCU, et al. | 23-C-01590-S6 | MKB File No.: 16480

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Mr. Welch, good morning.  I wanted to follow up on my letter from April 24.  Having received no response, we interpret that to mean Plaintiff will not stipulate that the amount in controversy does not exceed the federal diversity subject matter jurisdiction amount.  Therefore, we do plan to remove the case.  Please note that if you respond before 12 pm today and take the position that the amount in controversy does not create federal jurisdiction, we will need Plaintiff to agree to a stipulation to that effect.  The language for the stipulation that will be filed in the state court will need to be the following or something substantially similar: "Plaintiff, Tina Wetherington, hereby stipulates that the amount in controversy in this litigation does not exceed $75,000 exclusive of interest and costs, and that Plaintiff will not seek, and that no verdict or judgment, exclusive of interest and costs, may be entered for more than $75,000.00."  We look forward to hearing from you on this issue. Best regards, Kevin

Kevin P. Branch
McMickle, Kurey & Branch, LLP
217 Roswell Street
Alpharetta, GA 30009
Phone: (678) 824-7800
Toll Free: (877) 744-4954

Fax: (678) 824-7801
kpb@mkblawfirm.com

The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system.  Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

**From:** Holly V. Fordham
**Sent:** Monday, April 24, 2023 4:18 PM
**To:** 'bwelch@forthepeople.com' <bwelch@forthepeople.com>
**Cc:** 'eream@hpylaw.com' <eream@hpylaw.com>; Kevin Branch <kpb@mkblawfirm.com>; M. Leigh Miller <lmiller@mkblawfirm.com>; Teddie J. Lok <TLok@mkblawfirm.com>
**Subject:** Tina Wetherington v. CCBCU, et al. | 23-C-01590-S6 | MKB File No.: 16480

Good afternoon,

Please find attached correspondence regarding the above-mentioned matter. The hard copy will follow via U.S. Mail. Thanks!

Sincerely,

 **Holly Fordham, Legal Assistant**

McMickle, Kurey & Branch, LLP | 217 Roswell Street, Suite 200 | Alpharetta, GA 30009
Direct: (678) 824-7857 | Fax: (678) 824-7801 |Main: (678) 824-7800| E-mail:hfordham@mkblawfirm.com

The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system.  Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.