# EXHIBIT "D"

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TINA WETHERINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP (DELAWARE); PEPSICO, INC.; COCA-COLA BOTTLING COMPANY UNITED, INC.; ABC CORPS. 1-2; AND JOHN DOES 1-3,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: 23-C-01590-S6 |

## **DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL**

COMES NOW, Defendants WAL-MART STORES EAST, LP (DELAWARE); PEPSICO, INC.; COCA-COLA BOTTLING COMPANY UNITED, INC. (hereafter "Defendants"), by and through undersigned counsel, and hereby gives notice of the filing of a Notice of Removal of the above-styled civil action to the United States District Court, for the Northern District of Georgia, Atlanta Division.  A copy of the Notice of Removal filed with the United States District Court is attached hereto as Exhibit "1".  Pursuant to 28 U.S.C. § 1446(d), all future proceedings in this Court are stayed.

    Respectfully submitted this 27th day of April, 2023.

                                                    MCMICKLE, KUREY & BRANCH, LLP

                              BY: */s/ M. Leigh Miller*
                                    KEVIN P. BRANCH
                                    Georgia Bar No. 111839
                                    M. LEIGH MILLER
                                    Georgia Bar No. 808284
                                    *Attorneys for Defendants Old Dominion Freight Line, Inc.*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:   (678) 824-7800
Facsimile:     (678) 824-7801
kpb@mkblawfirm.com
lmiller@mkblawfirm.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL** with the Clerk of the Court using the *Odyssey* e-Filing system, which will automatically send a notification attaching same thereon to all counsel of record as follows:

Benjamin Welch, Esq.
MORGAN & MORGAN (ATLANTA)
P.O. Box 57007
Atlanta, GA 30343
bwelch@forthepeople.com
*Attorney for Plaintiff*

This 27th day of April, 2023.

>  */s/ M. Leigh Miller*
>  M. LEIGH MILLER
>  For the Firm

M1030620.1 16480