IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TINA WETHERINGTON,<br><br>　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP (DELAWARE); PEPSICO, INC.; COCA-COLA BOTTLING COMPANY UNITED, INC.; ABC CORPS. 1-2; AND JOHN DOES 1-3,<br><br>　　Defendants. | CIVIL ACTION<br>FILE NO.: |

## ANSWER AND DEFENSES OF COCA-COLA BOTTLING COMPANY UNITED, INC.

COMES NOW, Defendant Coca-Cola Bottling Company United, Inc. ("Defendant"), and without waiving any applicable defenses as to process or service of process, or venue, files this Answer and Defenses to Plaintiff's Complaint for Damages, showing the Court as follows:

### FIRST DEFENSE

The Complaint fails to set forth a claim against this Defendant upon which relief can be granted.

M1026364.1 16480

## SECOND DEFENSE

This Defendant is not liable to Plaintiff because this Defendant breached no duty owed to Plaintiff in regard to the occurrence giving rise to this Complaint.

## THIRD DEFENSE

To the extent as may be shown by Discovery, the claims of Plaintiff are barred by the Georgia doctrine of assumption of risk.

## FOURTH DEFENSE

To the extent as may be shown by Discovery, Plaintiff's injuries, if any, were caused by an unforeseeable intervening third-party tortfeasor and / or the acts and failure to act of persons or entities other than this Defendant.

## FIFTH DEFENSE

To the extent as may be shown by Discovery, Defendant shows that the alleged damages of the Plaintiff were caused by the contributory and comparative negligence of the Plaintiff, and therefore Plaintiff's recovery is barred or should be reduced by the proportion of his negligence.

## SEVENTH DEFENSE

To the extent as may be shown by Discovery, Defendant shows that the alleged damages of the Plaintiff were caused solely by the negligence of the Plaintiff and therefore the Plaintiff's claims are barred.

## EIGHTH DEFENSE

To the extent as may be shown by the evidence through discovery, Defendant asserts the defenses of contributory / comparative negligence, assumption of the risk, failure to avoid consequences, failure to exercise ordinary care, failure to mitigate damages, discharge in bankruptcy, estoppel, fraud, illegality, injury by fellow servant, laches, payment, release, res judicata, statute of limitations (including, but not limited to, failure to give timely and proper ante-litem notice), and waiver.

## NINTH DEFENSE

This Defendant reserves the right to plead and prove such other defenses as may become known to it during the course of its investigation and discovery.

## TENTH DEFENSE

Defendant shows that any injury allegedly suffered by the Plaintiff was not proximately caused by Defendant.

## ELEVENTH DEFENSE

Defendant raises and asserts all applicable provisions of the Georgia Constitution, including provisions relating to venue and vanishing venue.

## TWELFTH DEFENSE

For a Twelfth Defense, this Defendant answers the numbered paragraphs of the Complaint as follows:

## **PARTIES, JURISDICTION AND VENUE**

1.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

2.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

3.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

4.

Admitted.

5.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

6.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

7.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

Background Facts

8.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

9.

Denied as stated as to this Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

10.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

11.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

12.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

13.

Denied as to this Defendant.

14.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

15.

Defendant denies that it was negligent in any way. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

16.

Defendant denies that it was negligent in any way. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

<u>Count 1 – Active Negligence</u>

17.

Defendant incorporates its answers to the preceding paragraphs 1 through 16 as if fully set forth herein.

18.

Denied as to this Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

19.

Denied as stated as to this Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

20.

Denied as stated as to this Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

21.

Denied as stated as to this Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

22.

Denied as to this Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in

this paragraph of the Complaint and, therefore, cannot admit or deny same.

23.

Denied as to this Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

24.

Denied as to this Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

25.

Denied as to this Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

26.

Denied as stated.

<u>Count II – Premises Liability</u>

27.

Defendant incorporates its answers to the preceding paragraphs 1 through 26 as if fully set forth herein.

28.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

29.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

30.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

31.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

32.

Defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

33.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

34.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

35.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

36.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

37.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

38.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

39.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

40.

Denied as to this Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, cannot admit or deny same.

All allegations in the Complaint not specifically admitted or denied hereinabove are now generally denied. In response to the allegations contained in the unnumbered "WHEREFORE" paragraph of Plaintiff's Complaint, including

each subpart, Defendant denies that Plaintiff is entitled to the relief requested.

WHEREFORE, having responded to the Complaint, Defendant Coca-Cola Bottling Company United, Inc. prays the Court as follows:

(1) that Plaintiff's Complaint be dismissed with prejudice and that Plaintiff have and recover nothing by way of the Complaint against this Defendant;

(2) that all issues of fact be tried by a jury of twelve (12);

(3) that all costs associated with the action be taxed against Plaintiff to include a reasonable fee for this Defendant's attorneys; and

(4) for such and further relief as the Court deems just and proper.

Respectfully submitted this 27th day of April, 2023.

MCMICKLE KUREY & BRANCH LLP

*/s/ M. Leigh Miller*
KEVIN P. BRANCH
Georgia Bar No.: 111839
M. LEIGH MILLER
Georgia Bar No.: 808284
***Attorneys for Defendant Coca-Cola Bottling Company United, Inc.***

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Fax: (678) 824-7801
kpb@mkblawfirm.com
lmiller@mkblawfirm.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This document has been prepared in Times New Roman font, 14 point.

>*/s/ M. Leigh Miller*
>For the Firm

## CERTIFICATE OF SERVICE

This is to certify that on this date I have electronically filed the foregoing **ANSWER AND DEFENSES OF DEFENDANT COCA-COLA BOTTLING COMPANY UNITED, INC.** with the Clerk of the Court using the *Pacer* e-Filing system, which will automatically send a notification attaching same thereon to the following counsel of record:

Benjamin Welch, Esq.
MORGAN & MORGAN (ATLANTA)
P.O. Box 57007
Atlanta, GA 30343
BWELCH@FORTHEPEOPLE.COM
*Attorney for Plaintiff*

This 27th day of April, 2023.

                                     */s/ M. Leigh Miller*
                                     M. LEIGH MILLER
                                     For the Firm