# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LIDUVINA SANTIAGO and JAIME SANTIAGO, <br><br>Plaintiffs, <br><br>v. <br><br>THE KROGER CO., <br><br>Defendant. | **Civil Action File No.** <br><br>_____ <br><br>*Removed from:* <br>State Court of Gwinnett County <br>Civil Action No. 23-C-01973-S7 |

## DEFENDANT THE KROGER CO.'S
## DEMAND FOR TWELVE PERSON JURY

COMES NOW The Kroger Co., (hereinafter referred to as "Defendant" or "Kroger"), named in Plaintiffs' Complaint for Damages, by and through undersigned counsel, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and hereby demands that this case be tried by a jury of twelve persons.

Respectfully submitted this the 27th day of April, 2023.

[Signature on the following page.]

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**<br>950 East Paces Ferry Road, N.E.<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>Telephone:  (404) 870- 1054<br>Facsimile:   (404) 870-1030<br>Email: mmoffett@grsmb.com<br>Email: cjarman@grsmb.com | */s/ Sarah Raquel L. Lisle*<br>Matthew G. Moffett<br>Georgia State Bar No.: 515323<br>Sarah Raquel L. Lisle<br>Georgia State Bar No.: 412593<br>Camille N. Jarman<br>Georgia Bar No.  600736<br>*Attorneys for Defendant The Kroger Co.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LIDUVINA SANTIAGO and JAIME SANTIAGO, <br><br> Plaintiffs, <br><br> v. <br><br> THE KROGER CO., <br><br> Defendant. | **Civil Action File No.** <br><br> _____ <br> *Removed from:* <br> State Court of Gwinnett County <br> Civil Action No. 23-C-01973-S7 |

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served a copy of the foregoing **DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON JURY** with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

Alfonso Gonzalez, Esq.
Law Office of Alfonso Gonzalez, LLC.
1770 Indian Trail Road.
Suite 350
Norcross, Georgia 30045

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Respectfully submitted this the 27th day of April, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone: (404) 870- 1054 | Georgia State Bar No.: 412593 |
| Facsimile: (404) 870-1030 | Camille N. Jarman |
| Email: mmoffett@grsmb.com | Georgia Bar No.: 600736 |
| Email: cjarman@grsmb.com | *Attorneys for Defendant The Kroger Co.* |