# EXHIBIT A



**Gonzalez Law**
ATTORNEY LAW OFFICE

(770) 475-8186
(770) 674-8738 Fax
**Gonzalez-lawyer.com**

February 25, 2022

Sedgwick Insurance Company
Attn: Stephanie Anderson
F. 877-498-8441
**Sent via fax**

Client:    Liduvina Santiago
DOL:    06/25/2021
Claim#:    4A210655BA8-0001

## CONFIDENTIAL SETTLEMENT DEMAND

Dear Adjuster:

This office represents Ms. Liduvina Santiago who suffered serious injuries in an automobile accident which occurred on 06/25/2021 ("Collision"). The following represents our settlement demand at this time.

## OFFER OF COMPROMISE

The purpose of this document is to outline the facts and circumstances surrounding the Collision, familiarize you with my clients, and set forth our contentions regarding liability on the part of your insured. The figures reflected in this document are subject to modification without notice. All figures are subject to adjustment should a lawsuit be filed and attendant litigation and other expenses be incurred. All statements and proposals herein are offered solely for the purpose of settlement and compromise and are inadmissible at trial under Georgia Statutory Law O.C.G.A § 23-03037; Ben v. McBride, 140 Ga. App. 698 (1976).

## FACTS OF OCCURRENCE

On Sunday June 25, 2021, Ms. Liduvina Santiago had a slip and fall accident in Kroger due to the negligence. Consequently, Ms. Liduvina suffered significant amount of stress and injuries from the accident.

## INJURIES

Ms. Liduvina complained of pain at the scene of the accident and sought treatment at the following facilities:

### A. Dominguez Chiropractic: Auto Injury Center

Ms. Liduvina's injuries continued to persist from the date of the slip and fall incident, for that reason she required further treatment. On July 01, 2021, she presented herself to the office of Dominguez Chiropractic to seek further treatment with Dr. Barbara Dominguez. She expressed discomfort around the low back pain that radiates to the bilateral knee and sharp bilateral knee pain. The back pain is aggravated by standing or bending, as stated on medical reports indicating Ms. Ludivina's injuries affected her mobility. Due to the impact in collision, she was rendered unable to do her daily activities and work with ease.

The treatment given to Ms. Liduvina included of trigger point muscle massage to further stimulate and increase the healing process of the soft tissue and surrounding structures. The physicians at Dominguez Chiropractic diagnosed her as follows:

#### Diagnosis

| | | | |
|---|---|---|---|
| M62.81 | Muscle Weakness | M25.569 | Knee pain, Bilateral |
| M62.383 | Muscle spasm | | |
| M54.5 | Low back Pain | | |
| M54.16 | Lumber Radiculopathy | | |

### B. AIC: Advanced Imaging Centers

The physicians at Dominguez Chiropractic referred Ms. Liduvina to AIC Advanced Imaging Centers to continue the diagnosis regarding her injuries. At AIC they conducted an MRI on July 24, 2021, for symptoms related to the subject collision. MD reported as follows:

#### Study Impressions:

1. There is an indeterminate 1.6 cm nodule associated with the left adrenal gland. If this has not been worked up previously, a follow up adrenal protocol CT or MRI may be considered.
2. There are scattered benign hemangiomas in the lumbar spine.
3. At L2-3, there is bulging of the disc demonstrating an anterior annular fissure. There is facet hypertrophy. There is mild bilateral foraminal stenosis
4. At L3-4, there is bulging of the disc with facet hypertrophy. There is mild bilateral foraminal stenosis. There is mild central canal stenosis to 1.0 cm.
5. At L4-5, there is bulging of the disc with facet hypertrophy. There is moderate left and mild right foraminal stenosis.
6. At L5-S1, there is a shallow subligamentous posterior-central disc herniation demonstrating an annular fissure. There is facet hypertrophy. See Figure 1, image 7, series 2. The arrow is pointing to the shallow posterior disc herniation at L5-S1. Also see Figure 2, image 29, series 5. The arrow is pointing to the posterior-central disc herniation at L5-S1 in the axial plane

## C. Shelton Sports and Spine

The Incident caused considerable amount of stress on Ms. Liduvina as seen on the medical reports. Our client was seen by Physicians at Shelton Sports and Spine after the accident. The assigned providers was Timothy Shelton, they conducted several diagnostic assessments on Ms. Liduvina's conditions. As stated, Ms. Liduvina suffered from low back pain with episodic, shooting pain that worsens with prolonged sitting, bending, lifting, and when transitioning from sitting to a standing position. She reported feeling the pain in prolonged standing and walking. The pain effected Ms. Liduvina's sleep and her ability to perform some of her ADL's. She was prescribed Ibuprofen (800 mg) to alleviate the pain as stated on the report. The diagnosis was analyzed and concluded as follows:

**Diagnosis**

| | |
|---|---|
| W01.0XX | slip and Fall |
| M54.5 | Lumbago |
| S33.0XXA | Traumatic lumbar disc disruption with L2-3, L5-S1 |
| M51.26 | Annular Tears |
| M51.26; M54.16 | L5-S1 Disc herniation with b/I lower extremity Radiculitis |
| M62.830 | Muscle Spasm |
| S33.5XXA | Sprain of lumbar ligaments |
| M47.896 | Lumbar Spondylosis |

### LIABILITY

Kroger is at fault for negligence and for putting our client Ms. Liduvina in a hazardous situation, Ms. Liduvina sustained considerable amount of stress due to the incident. Therefore, she sought treatment to improve their mobility and pain, causing our client a costly amount in treatment. They are itemized as follows:

### SPECIAL DAMAGES

Exhibit 2 Dominguez Chiropractor..........................$11,905.00
Exhibit 3 AIC Advanced Imaging............................$2,225.00
Exhibit 4 Shelton Sport and Spine........................... $52, 245.60

Total: $66,375.60

### DEMAND

Based upon the total of special damages incurred to date, a provision for future medical treatment, the pain and suffering, and the privilege afforded under the offer of compromise and settlement under Georgia Law, I am authorized by my clients to demand the maximum policy limits of (US ) that your insured's possesses in full and final settlement of all claims he may have against this policy. In the event that your insureds policy limits are in excess of , this demand is

null and void. This offer is made pursuant to the unliquidated damages Interest Act, O.C.G.A. § 51-12-14. In the event a judgment is obtained for an amount equal to or in excess of the sum demanded, the Claimant shall be entitled to receive interest at the rate of 12% per annum which shall begin to run from the thirteenth day following the date of mailing of the written notice until the date of judgment. IT IS FURTHER UNDERSTOOD AND AGREED that a Limited Release shall be entered into pursuant to the provisions set forth in O.C.G.A. §33-24-41.1, and it is intended that the force and effect of this Limited Release shall be as intended by the aforesaid Code section.

This offer shall be effective from a period extending thirty (30) DAYS from the date of your receipt of this letter. We hope that the matter will be settled amicably before that time.

The instant demand was drafted by the undersigned attorney personally.

If any questions concerning the aforementioned matter should arise, please direct all further communications to the undersigned.

With kind regards, I am

Very truly yours,
/s/ Alfonso Gonzalez
Attorney at Law
Georgia Bar No. 552941