# EXHIBIT B

Case 1:23-mi-99999-UNA   Document 1395-4   Filed 04/27/23   Page 2 of 9

E-FILED IN OFFICE - CL
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01973-S7**
3/24/2023 3:28 PM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ **Superior** or ☒ **State Court of** Gwinnett State Court **County**

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** _____ MM-DD-YYYY | **Case Number** 23-C-01973-S7 |

**Plaintiff(s)**
SANTIAGO, LIDUVINA
Last       First       Middle I.       Suffix       Prefix
SANTIAGO, JAIME
Last       First       Middle I.       Suffix       Prefix
Last       First       Middle I.       Suffix       Prefix
Last       First       Middle I.       Suffix       Prefix

**Defendant(s)**
THE KROGER CO.
Last       First       Middle I.       Suffix       Prefix
Last       First       Middle I.       Suffix       Prefix
Last       First       Middle I.       Suffix       Prefix
Last       First       Middle I.       Suffix       Prefix

**Plaintiff's Attorney** Alfonso Gonzalez       **State Bar Number** 552941       **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____       _____
**Case Number**       **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

IN THE STATE COURT OF GWINNETT COUNTY

23-C-01973-S
3/24/2023 3:28 P
TIANA P. GARNER, CLE

STATE OF GEORGIA

Liduvina Santiago

Jaime Santiago

CIVIL ACTION NUMBER: 23-C-01973-S7

PLAINTIFF

VS.

The Kroger Co. C/O CSC of Cobb Co.

192 Anderson Street SE, Suite 125

Marietta, GA 30060

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Alfonso Gonzalez, Law Office of Alfonso Gonzalez
1770 Indian Trail Lilburn Road, Suite 350
Norcross, Georgia 30093
770-475-8186

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20____.
           24th day of March, 2023

Tiana P. Garner
Clerk of State Court

By _____
                    Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
23-C-01973-S
3/24/2023 3:28 P
TIANA P. GARNER, CLE

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| LIDUVINA SANTIAGO and JAIME, SANTIAGO )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE KROGER CO. )<br>)<br>Defendant. )<br>) | CIVIL ACTION FILE<br>NO.: 23-C-01973-S7 |

### COMPLAINT FOR DAMAGES

COMES NOW, Plaintiffs, in the above-styled action, and state as follows:

1.

Defendant The Kroger Co. (hereinafter "KROGER") is a Georgia corporation, conducting business in the state of Georgia and in Gwinnett County. Kroger may be served with process via its registered agent to wit: CSC of Cobb County, Inc., 192 Anderson Street SE, Suite 125, Marietta, Georgia, 30060. KROGER is subject to the venue and jurisdiction of this Court.

2.

On about June 25, 2021, Plaintiff Liduvina Santiago (Hereinafter 'LIDUVINA') was on the property of KROGER as an invitee.

3.

On the subject date, Plaintiff Liduvina slipped on a clear liquid, causing her to fall.

4.

The liquid left on the floor created a hazardous condition.

5.

Defendant had actual and/or constructive knowledge of the dangerous conditions created thereby.

6.

Defendant, having actual and/or constructive knowledge, either failed to take any action or failed to take adequate action to remedy the dangerous condition.

7.

The failure of Defendant to remedy the dangerous condition created by the aforementioned hazards amounts to negligence.

8.

Defendant was further negligent in failing to warn Plaintiff of the dangerous conditions created by the aforementioned hazards.

9.

That the above-described negligence of Defendant was the sole and proximate cause of Plaintiff's injuries.

10.

That at all times mentioned herein, Plaintiff Liduvina acted with all due regard for her own health, safety, and welfare, and for the health, safety, and welfare of others.

11.

That prior to the fall proximately caused by the negligence of Defendant, Plaintiff Liduvina was a generally healthy and able-bodied person, suffering no serious impairment of her body.

12.

That as a direct and proximate result of the above-described negligence of Defendant, Plaintiff Liduvina has incurred medical, hospital, nursing, medication, and miscellaneous expenses arising out of the above-described negligence of Defendant, all to Plaintiff's damage, the exact nature and amounts of which are incapable of precise ascertainment at this time, and which shall be fully and finally determined at the trial of this case.

13.

That as a direct and proximate result of the above-described negligence of Defendant, Plaintiff Liduvina will incur future medical, hospital, nursing, medication, and miscellaneous expenses arising out of the above-described negligence of Defendant, all to Plaintiff's damage, the exact nature and amounts of which are incapable of precise ascertainment at this time, but shall be fully and finally determined at the trial of this case.

14.

That as a further direct and proximate result of the negligence of Defendant, Plaintiff Liduvina suffered and continues to suffer severe bodily harm, great mental anguish and distress, physical pain, and was and is prevented from engaging in activities commonly and usually enjoyed

by persons of her age and station in life, all to her damage, the exact nature and amount of which are incapable of precise ascertainment at this time, but which shall be fully and finally determined at the trial of this case.

15.

As a direct and proximate result of the negligence of the Defendant, Plaintiff Jaime Santiago has suffered and continues to suffer loss of consortium from his wife, Liduvina Santiago, all to his damage in an amount to be fully and finally determined at the trial of this case.

WHEREFORE, Plaintiffs pray for the following:

a. That Defendant be served with summons, process and a copy of the Complaint as provided by law;

b. That Plaintiff Liduvina obtain judgment against Defendant for special damages;

c. That Plaintiff Liduvina obtain judgment against Defendant for general damages as determined at trial;

d. That the Plaintiff Liduvina obtain judgment against Defendant for future medical expenses in an amount to be determined at trial;

e. That Plaintiff Jaime obtain judgment against Defendant for loss of consortium as determined at trial;

f. That Plaintiffs be granted trial by jury as to all triable issues in this cause; and

g. For such other and further relief as this Court deems just and equitable under all circumstances alleged and contained herein.

Submitted this 24th day of March, 2023.

/s/ Alfonso Gonzalez
Alfonso Gonzalez
Georgia Bar No. 552941
Attorney for Plaintiffs

Law Office of Alfonso Gonzalez, LLC.
1770 Indian Trail Road.
Suite 350
Norcross, Georgia 30045
(770)-475-8186/(770) 674-8738 Facsimile

Case 1:23-mi-99999-UNA   Document 1395-4   Filed 04/27/23   Page 7 of 9

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01973-S7**
**3/28/2023 5:05 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| LIDUVINA SANTIAGO and JAIME, SANTIAGO )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE KROGER CO. )<br>)<br>Defendant. )<br>) | CIVIL ACTION FILE<br><br>NO.: 23-C-01973-S7 |

**NOTICE OF FILING PROOF ON SERVICE UPON DEFENDANT**

COMES NOW, Plaintiffs in the above-styled case and files the attached Affidavit of Service memorializing service upon the Defendant The Kroger Co. on March 28, 2023.

Submitted this 28th day of March, 2023.

/s/ Alfonso Gonzalez
Alfonso Gonzalez
Georgia Bar No. 552941
*Attorney for Plaintiffs*

Law Office of Alfonso Gonzalez
1770 Indian Trail Lilburn Road, Suite 350
Norcross, Georgia 30093
(770) 475-8186
(770) 674-8738 [Facsimile]

Case 1:23-mi-99999-UNA   Document 1395-4   Filed 04/27/23   Page 8 of 9

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01973-S7**
**3/28/2023 5:05 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| LIDUVINA SANTIAGO and JAMIE SANTIAGO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION ) FILE NO. 23-C-01973-S7 |
| THE KROGER CO., | ) ) ) |
| Defendant. | ) ) |

### AFFIDAVIT OF SERVICE

Personally appeared before me the undersigned officer duly authorized to administer oaths, Edwin J. Anschutz, who, after being duly sworn, deposes and states the following:

1.

Affiant states that he/she is appointed by this Court to serve process. The statements made are true and correct and are based upon my personal knowledge.

2.

I served The Kroger Co. with a Summons and a Complaint for Damages by leaving the documents with Terri Thompson, agent at Corporation Service Company, registered agent of The Kroger Co. at said person's place of employment/place of business located at CSC of Cobb County, Inc., 192 Anderson Street SE, Suite 125, Marietta, Georgia, 30060, on **March 28, 2023 at 8:52am.**

EDWIN J. ANSCHUTZ
At Joe Service, LLC.
404-422-9193
Atjoeservice2@gmail.com

Sworn to and subscribed before me this 28th day of March, 2023.

Notary Public
My commission expires: 10/31/2025

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

IN RE: Permanent Process Servers

Case Number: **23C-01001-3**

ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order up to and including **January 4, 2024.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this __2nd__ day of __March__, 20__23__.

_Carla Brown (Mar 2, 2023 09:52 EST)_
Presiding Judge
Gwinnett County State Court

FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY, GA
2023 MAR -3 AH 8:26
TIANA P. GARNER, CLERK

Applicant:
Name    EDWIN JOSEPH ANSCHUTZ
Address   7007 BLACKBIRD CT.
          FLOWERY BRANCH GA 30542