SECRETARY OF STATE
CORPORATION DIVISION
4/30/2021 9:24 AM



Secretary of State

OFFICE OF SECRETARY OF STATE
CORPORATIONS DIVISION
2 Martin Luther King Jr. Dr. SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.georgia.gov/corporations

## APPLICATION FOR CERTIFICATE OF AUTHORITY
## FOR FOREIGN LIMITED LIABILITY COMPANY

**IMPORTANT**: Please provide the entity's primary email address when completing this form.
Primary Email Address: katie.corbett@mycharge.com

NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

1. **RFA Brands, LLC**
   Name of Limited Liability Company                                      Name Reservation Number (Optional)

   **3/16/2021**
   Date business commenced (or proposed) in Georgia (NOTE: If date provided here is more than 30 days prior to the effective date of this application, a $500 penalty plus fees must be paid. Penalty is statutory and cannot be waived by Secretary of State.)

2. **Katie Corbett**
   Name* of Filing Person

   **6016 W Maple Road, Suite 701**          **West Bloomfield**    **MI**    **48322**
   Address                                    City                  State     Zip Code

   **katie.corbett@mycharge.com**                          **(248) 419-1817**
   Filer's Email Address                                    Telephone Number

3. **RFA Brands, LLC**
   Name of Limited Liability Company in State or Country of Formation

   **Delaware**                               **4/10/2012**
   Jurisdiction (Home State or Country)       Date of Formation in Home State or Country    Period of Duration

4. **123 W Brown Street**                    **Birmingham**    **MI**    **48009**
   Address of Principal Place of Business     City              State     Zip Code

5. **C T Corporation System**                            **smallbusinessteam@wolterskluwer.com**
   Name* of Registered Agent in Georgia                  Registered Agent's Email Address

   **289 S Culver St**
   Registered Office Street Address in Georgia (post office box or mail drop not acceptable for registered office address)

   **Lawrenceville**           **Gwinnett County**                        **GA**    **30046-4805**
   City                         County                                    State     Zip Code

6. **Roman Ferber - 123 W Brown Street**     **Birmingham**    **MI**    **48009**
   Manager's Name* & Address (person with substantial responsibility for managing LLC's business activities)    City    State    Zip Code

7. **6016 W Maple Road, Suite 701**          **West Bloomfield**    **MI**    **48322**
   Address Where Limited Liability Company's Records Are Maintained       City    State    Zip Code

8. Effective Date: (Choose one)  [✓] Upon filing    [ ] Delayed effective date and/or time: _____
   (A delayed effective date must be within 90 days of the filing date.)

9. **NOTICE:** Mail the following items to the Secretary of State at the above address
   (1) This application;
   (2) Fee of $235.00 ($225 filing fee + $10 paper filing service charge) payable to "Secretary of State." Filing fees are non-refundable.

This application is signed by a person duly authorized to sign such instruments by the laws of the jurisdiction under which the foreign limited liability company is organized. The foreign limited liability company undertakes to keep its records at the address shown in #7 above until its registration in Georgia is canceled or withdrawn. The foreign limited liability company, in accordance with Title 14 of the Official Code of Georgia Annotated, appoints the Secretary of State as agent for service of process if no agent has been appointed in Georgia or, if appointed, the agent's authority has been revoked or the agent cannot be found or served by the exercise of reasonable diligence.

Signature of Authorized Person: *Ron Ferber* (signed)    Date: **4-29-2021**

Print Name*: **Roman Ferber**    Title: **CEO**

* Enter individual's legal name, i.e. first and last name without use of initials or nicknames. Middle names or initials may be included.

FORM CD 241
(Rev 10/2019)