

Secretary of State

OFFICE OF SECRETARY OF STATE
CORPORATIONS DIVISION
2 Martin Luther King Jr. Dr. SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817



RECEIVED
SECRETARY OF STATE
INTAKE DIVISION

23 JAN 31  AM 9:45

## APPLICATION FOR WITHDRAWAL
## OF CERTIFICATE OF AUTHORITY

1. **Entity Type** (check one only):

   ☐ Corporation
   ☒ Limited Liability Company
   ☐ Limited Partnership/Limited Liability Limited Partnership
   ☐ Limited Liability Partnership

   **Entity Control Number:** 21121547

2. **Entity Name:** RFA Brands, LLC

3. **Home State/Country** (State/Country in which entity was formed): Delaware, USA

4. The entity selected in item 1 and named in item 2 no longer transacts business in Georgia and surrenders its certificate of authority.

5. The entity revokes the authority of its registered agent to accept service of process on its behalf and appoints the Secretary of State of Georgia as its agent for service in any proceeding based on a cause of action that arose during the time it was authorized to transact business in Georgia.

6. Any process served on the entity after withdrawal from Georgia may be mailed to the following address:

   RFA Brands, LLC
   123 W Brown Street
   Birmingham, MI 48009

7. The withdrawing entity commits that it will notify the Secretary of State of any changes in the mailing address provided in item 6.

8. _Ron Ferber_ (Signature)    Date: 1/19/2023

   **Print Name*:** Roman S "Ron" Ferber

   **Email Address:** michelle.godwin@mdbacpa.com

   **Signer's Capacity** (check one only):

   Corporation:  ☐ Officer   ☐ Chairperson of Board of Directors   ☐ Receiver or Trustee   ☐ Attorney-in-fact
   LLC:          ☐ Member   ☒ Manager   ☐ Receiver or Trustee   ☐ Attorney-in-fact
   LP/LLLP:      ☐ Authorized Person
   LLP:          ☐ Authorized Person

9. **Notice:** Mail the following items to the Secretary of State at the above address:
   (1) This application; and
   (2) Payment of $10 paper filing service charge by check or money order payable to "Secretary of State". Fees are non-refundable.

\* Enter individual's legal name, i.e. first and last name without use of initials or nicknames. Middle names or initials may be included.

Form CD 555
(Rev. 10/2019)