Control Number : 21121547

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

## CERTIFICATE OF WITHDRAWAL

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**RFA Brands, LLC**
a Foreign Limited Liability Company

formed under the laws of **Delaware** and authorized to transact business in Georgia on **04/06/2021**, has been duly withdrawn on **01/31/2023** under the laws of the State of Georgia by the filing of documents in the office of the Secretary of State and by the paying of fees as required by Title 14 of the Official Code of Georgia Annotated and the Rules and Regulations promulgated there under. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **02/15/2023**.



Brad Raffensperger
Secretary of State



Secretary of State

OFFICE OF SECRETARY OF STATE
CORPORATIONS DIVISION
2 Martin Luther King Jr. Dr. SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817

RECEIVED
SECRETARY OF STATE
INTAKE DIVISION

23 JAN 31 AM 9: 45

## APPLICATION FOR WITHDRAWAL
## OF CERTIFICATE OF AUTHORITY

1. **Entity Type** (check one only):
   - ☐ Corporation
   - ☑ Limited Liability Company
   - ☐ Limited Partnership/Limited Liability Limited Partnership
   - ☐ Limited Liability Partnership

   Entity Control Number: 21121547

2. Entity Name: RFA Brands, LLC

3. Home State/Country (State/Country in which entity was formed): Delaware, USA

4. The entity selected in item 1 and named in item 2 no longer transacts business in Georgia and surrenders its certificate of authority.

5. The entity revokes the authority of its registered agent to accept service of process on its behalf and appoints the Secretary of State of Georgia as its agent for service in any proceeding based on a cause of action that arose during the time it was authorized to transact business in Georgia.

6. Any process served on the entity after withdrawal from Georgia may be mailed to the following address:
   RFA Brands, LLC
   123 W Brown Street
   Birmingham, MI  48009

7. The withdrawing entity commits that it will notify the Secretary of State of any changes in the mailing address provided in item 6.

8. Signature: Ron Ferber     Date: 1/19/2023

   Print Name*: Roman S "Ron" Ferber

   Email Address: michelle.godwin@mdbacpa.com

   **Signer's Capacity** (check one only):
   - Corporation: ☐ Officer  ☐ Chairperson of Board of Directors  ☐ Receiver or Trustee  ☐ Attorney-in-fact
   - LLC: ☐ Member  ☑ Manager  ☐ Receiver or Trustee  ☐ Attorney-in-fact
   - LP/LLLP: ☐ Authorized Person
   - LLP: ☐ Authorized Person

9. **Notice:** Mail the following items to the Secretary of State at the above address:
   (1) This application; and
   (2) Payment of $10 paper filing service charge by check or money order payable to "Secretary of State". Fees are non-refundable.

* Enter individual's legal name, i.e. first and last name without use of initials or nicknames. Middle names or initials may be included.

Form CD 555
(Rev. 10/2019)