# Michigan Department of Licensing and Regulatory Affairs

## Filing Endorsement

This is to Certify that the APPLICATION FOR CERTIFICATE OF AUTHORITY

for

RFA ACQUISITION CO., LLC

ID NUMBER: D9286E

received by facsimile transmission on July 30, 2013 is hereby endorsed
Filed on July 30, 2013 by the Administrator.

The document is effective on the date filed, unless a
subsequent effective date is stated in the document.

In testimony whereof, I have hereunto set my
hand and affixed the Seal of the Department,
in the City of Lansing, this 30TH day
of July, 2013.



Director
Bureau of Commercial Services

CSCL/CD-760 (Rev. 02/13)

**MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU**

Date Received

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Name: Cassandra Y. Farley
Address: 2000 Town Center, Suite 1500
City: Southfield    State: Michigan    ZIP Code: 48075

EFFECTIVE DATE: _____

B

Document will be returned to the name and address you enter above. If left blank, document will be returned to the registered office.

## APPLICATION FOR CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN MICHIGAN

For use by Foreign Limited Liability Companies
(Please read information and instruction on last page)

Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned execute the following Application:

1. The name of the limited liability company is:

    _RFA Acquisition Co., LLC_

2. (Complete this item only if the limited liability company name in Item 1 is not available for use in Michigan.)
   The assumed name of the limited liability company to be used in all its dealings with the Bureau and in the transaction of its business in Michigan is:

   _____

3. It is organized under the laws of _____ Delaware _____

   The date of its organization is _____ April 10, 2012 _____

   The duration of the limited liability company if other than perpetual is _____

4. The address of the office required to be maintained in the state of organization or, if not so required, the principal office of the limited liability company is:

   3170 Walnut Lake Court, Suite 20    Commerce Township    Michigan    48390
   (Street Address)                    (City)               (State)     (ZIP Code)

5. a. The street address of its registered office in Michigan is:

   3170 Walnut Lake Court, Suite 20   Commerce Township   , Michigan   48390
   (Street Address)                   (City)                              (ZIP Code)

   b. The mailing address of the registered office, if different than above:

   _____   _____   , Michigan   _____
   (Street Address or P.O. Box)   (City)                  (ZIP Code)

   c. The name of the resident agent at the registered office is:

   Michelle Bahn

6. The Department is appointed the agent of the foreign limited liability company for service of process if no agent has been appointed, or if appointed, the agent's authority has been revoked, the agent has resigned, or the agent cannot be found or served through the exercise of reasonable diligence.

   The name and address of a member or manager or other person to whom the administrator is to send copies of any process served on the administrator is:  (Must be different than agent shown in Item 5c)

   Roman Ferber
   (Name)

   3170 Walnut Lake Court, Suite 20   Commerce Township   Michigan   48390
   (Street Address)                   (City)              (State)    (ZIP Code)

7. The specific business which the limited liability company is to transact in Michigan is as follows:

   Sale of consumer electronics products.

The limited liability company is authorized to transact such business in the jurisdiction of its organization.

Signed this 30th day of July, 2013

By _____
         (Signature)

Roman S. Ferber                  Manager
(Type or Print Name)             (Type or Print Title)

Document No. 823574

# Delaware
## The First State

PAGE 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "RFA ACQUISITION CO., LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTIETH DAY OF JULY, A.D. 2013.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 0624620
DATE: 07-30-13

5137604  8300
130932250

You may verify this certificate online
at corp.delaware.gov/authver.shtml