# Michigan Department of Licensing and Regulatory Affairs

## Filing Endorsement

This is to Certify that the AMENDED APPLICATION FOR CERTIFICATE OF AUTHORITY

for

RFA BRANDS, LLC

ID NUMBER: D9286E

received by facsimile transmission on August 9, 2013 is hereby endorsed Filed on August 12, 2013 by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 12TH day of August, 2013.



Director

Bureau of Commercial Services

EXHIBIT G

CSCL/CD-762 (Rev. 02/13)

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
## CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU

Date Received

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

EFFECTIVE DATE: _____

Name: Cassandra Y. Farley
Address: 2000 Town Center, Suite 1500
City: Southfield,  State: Michigan  ZIP Code: 48075

Document will be returned to the name and address you enter above.
If left blank, document will be returned to the registered office.

## CERTIFICATE AMENDING APPLICATION FOR CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN MICHIGAN
### For use by Foreign Limited Liability Companies
(Please read information and instructions on the last page)

Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned limited liability company executes the following Certificate:

1. The present name of the limited liability company is: **RFA Acquisition Co., LLC**

2. If the name in Item 1 was not available for use in Michigan, the assumed name adopted when obtaining the Certificate of Authority is: _____

3. The identification number assigned by the Bureau is: **D9286E**

4. It is organized under the laws of **Delaware**

5. The limited liability company was authorized to transact business in Michigan on the **30th** day of **July**, **2013**

6. The duration of the limited liability if other than perpetual is: _____

7. If the name of the limited liability company has changed, its new name is:

   **RFA Brands, LLC**

   The effective date of the name change was the **1st** day of **August**, **2013** and the name change was made in compliance with the laws of the jurisdiction of its organization.

8. Complete this item only if the new name in Item 7 is not available for use in Michigan. The assumed name of the limited liability company to be used in all its dealings with the Bureau and in the transaction of its business in Michigan is: _____

9. If the assumed name in Item 2 has changed, the new name is:

10. The address of the office required to be maintained in the jurisdiction of its organization or, if not so required, the principal office of the limited liability company is:

    **3170 Walnut Lake Court, Suite 20**     **Commerce Township**     **Michigan**     **48390**
    (Street Address)                          (City)                    (State)          (ZIP Code)

11. a. The address of its registered office in Michigan is:

    **3170 Walnut Lake Court, Suite 20**     **Commerce Township**, Michigan     **48390**
    (Street Address)                          (City)                              (ZIP Code)

    b. The mailing address of the registered office in Michigan if different than above:

    _____, Michigan _____
    (Street Address or PO Box)                   (City)                    (ZIP Code)

    c. The name of the resident agent at the registered office is:

    **Michelle Bain**

12. The Department is appointed the agent of the foreign limited liability company for service of process if no agent has been appointed, or if appointed, the agent's authority has been revoked, the agent has resigned, or the agent cannot be found or served through the exercise of reasonable diligence.

    The name and address of a member or manager or other person to whom the administrator is to send copies of any process served on the administrator is: (Must be different than agent shown in item 11c)

    **Roman Ferber**
    (Name)

    **3170 Walnut Lake Court, Suite 20**     **Commerce Township**     **Michigan**     **48390**
    (Street Address)                          (City)                    (State)          (ZIP Code)

13. If the business the foreign limited liability company proposes to do in this State is to be enlarged, limited, or otherwise changed, the specific business which the limited liability company is to transact in Michigan is as follows:

    **Sale of consumer electronics products.**

    The limited liability company is authorized to transact such business or conduct such affairs in the jurisdiction of its organization.

    Signed this __1st__ day of __August__, __2013__

    By _____(Signature)_____

    _____     _____
    (Type or Print Name)                  (Type or Print Title)