



## CLAIMOLOGY, INC

PO BOX 1549
WOODSTOCK, GA 30188
JASON@CLAIMOLOGY.NET
770-626-6701

| | |
|---|---|
| Client: | PRIMROSE CREEK HOA |
| Property: | 1321 PRIMROSE PARK |
| | SUGAR HILL, GA 30518 |
| Business: | 1321 PRIMROSE PARK |
| | SUGAR HILL, GA 30518 |

Operator:   JSN.BRAD

| | | | |
|---|---|---|---|
| Estimator: | JASON BRADFORD | Business: | (770) 626-6701 |
| Position: | CEO, PA | E-mail: | JASON@CLAIMOLOGY. |
| Company: | CLAIMOLOGY, INC | | NET |
| Business: | PO BOX 1549 | | |
| | WOODSTOCK, GA 30188 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Hail | | |
| Date Entered: | 11/4/2022 | Date Assigned: | |
| Date Est. Completed: | 11/4/2022 | Date Job Completed: | |

| | |
|---|---|
| Price List: | GAAT8X_NOV22 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | PRIMROSE_CREEK |
| File Number: | 1501408 |

## GEORGIA STATE BUILDING CODES FOR ROOFING

### R905.2.7.1 Ice Barrier
In areas where there has been a history of ice forming along the eaves causing a backup of water as designated in Table R301.2(1), an ice barrier that consists of a least two layers of underlayment cemented together or of a self-adhering polymer modified bitumen sheet, shall be used in lieu of normal underlayment and extend from the lowest edges of all roof surfaces to a point at least 24 inches (610 mm) inside the exterior wall line of the building.
Exception: Detached accessory structures that contain no conditioned floor area.

### R905.2.8.2 Valleys
Valley linings shall be installed in accordance with the manufacturer's installation instructions before applying shingles. Valley linings of the following types shall be permitted:
For closed valleys (valley covered with shingles), valley lining of one ply of smooth roll roofing complying with ASTM D 6380 and at least 36 inches wide (914 mm) or valley lining as described in Item 1 or 2 above shall be permitted. **Self-adhering polymer modified bitumen underlayment aka ice/water barrier** complying with ASTM D 1970 shall be permitted in lieu of the lining material.

### R905.2.8.5 Drip Edge
A drip edge shall be provided at eaves and gables of shingle roofs. Adjacent pieces of drip edge shall be overlapped a minimum of 2 inches (51 mm). Drip edges shall extend a minimum of 0.25 inch (6.4 mm) below the roof sheathing and extend up the roof deck a minimum of 2 inches (51 mm). Drip edges shall be mechanically fastened to the roof deck at a maximum of 12 inches (305 mm) o.c. with fasteners as specified in Section R905.2.5. Underlayment shall be installed over the drip edge along eaves and under the drip edge on gables. Unless specified differently by the shingle manufacturer, shingles are permitted to be flush



## CLAIMOLOGY, INC

PO BOX 1549
WOODSTOCK, GA 30188
JASON@CLAIMOLOGY.NET
770-626-6701

with the drip edge.



**CLAIMOLOGY, INC**

PO BOX 1549
WOODSTOCK, GA 30188
JASON@CLAIMOLOGY.NET
770-626-6701

## PRIMROSE_CREEK

### Club House Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **SHINGLED ROOF** | | | | | | | |
| 1.  Tear off, haul and dispose of comp. shingles - Laminated | 50.53 SQ | 63.04 | 0.00 | 637.08 | 3,822.49 | (0.00) | 3,822.49 |
| 2.  Roofing felt - 15 lb. | 50.53 SQ | 35.26 | 26.32 | 361.60 | 2,169.61 | (0.00) | 2,169.61 |
| 3.  Laminated - comp. shingle rfg. - w/out felt | 60.67 SQ | 255.21 | 560.80 | 3,208.88 | 19,253.27 | (0.00) | 19,253.27 |
| 4.  Asphalt starter - universal starter course | 479.00 LF | 2.05 | 18.19 | 200.04 | 1,200.18 | (0.00) | 1,200.18 |
| 5.  Hip / Ridge cap - Standard profile - composition shingles | 314.00 LF | 5.73 | 58.89 | 371.62 | 2,229.73 | (0.00) | 2,229.73 |
| 6.  Drip edge | 302.00 LF | 2.97 | 27.38 | 184.86 | 1,109.18 | (0.00) | 1,109.18 |
| 7.  Valley metal | 170.00 LF | 6.64 | 26.75 | 231.12 | 1,386.67 | (0.00) | 1,386.67 |
| 8.  Continuous ridge vent - shingle-over style | 72.00 LF | 9.98 | 22.26 | 148.18 | 889.00 | (0.00) | 889.00 |
| 9.  Roof vent - turtle type - Metal | 4.00 EA | 78.61 | 9.53 | 64.78 | 388.75 | (0.00) | 388.75 |
| 10.  Flashing - pipe jack | 3.00 EA | 49.24 | 3.10 | 30.16 | 180.98 | (0.00) | 180.98 |
| 11.  Chimney flashing - average (32" x 36") | 2.00 EA | 459.79 | 13.87 | 186.68 | 1,120.13 | (0.00) | 1,120.13 |
| 12.  Aluminum sidewall/endwall flashing - mill finish | 120.00 LF | 7.78 | 30.88 | 192.90 | 1,157.38 | (0.00) | 1,157.38 |
| 13.  Additional charge for steep roof - 10/12 - 12/12 slope | 49.00 SQ | 23.09 | 0.00 | 226.28 | 1,357.69 | (0.00) | 1,357.69 |
| 14.  Additional charge for steep roof - 10/12 - 12/12 slope | 59.00 SQ | 79.02 | 0.00 | 932.44 | 5,594.62 | (0.00) | 5,594.62 |
| **METAL ROOFING** | | | | | | | |
| 15.  Standing seam metal roofing | 4.87 SF | 8.35 | 1.44 | 8.42 | 50.52 | (0.00) | 50.52 |
| 16.  Roofing felt - synthetic underlayment | 4.87 SQ | 50.29 | 8.21 | 50.62 | 303.74 | (0.00) | 303.74 |
| 17.  Gable cornice return - metal - 2 stories or greater | 2.00 EA | 116.39 | 0.48 | 46.64 | 279.90 | (0.00) | 279.90 |
| 18.  Ridge cap - metal roofing | 30.00 LF | 5.98 | 5.18 | 36.92 | 221.50 | (0.00) | 221.50 |
| 19.  Drip edge | 70.00 LF | 3.31 | 6.35 | 47.62 | 285.67 | (0.00) | 285.67 |
| 20.  Sidewall flashing for metal roofing - 29 gauge | 22.00 LF | 6.32 | 3.17 | 28.44 | 170.65 | (0.00) | 170.65 |
| 21.  Valley "W" flashing for metal roofing | 20.00 LF | 9.26 | 3.88 | 37.82 | 226.90 | (0.00) | 226.90 |
| **Totals: Club House Roof** | | | **826.68** | **7,233.10** | **43,398.56** | **0.00** | **43,398.56** |

### Club House Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 22.  Fireplace - decorative chimney shroud - metal | 2.00 EA | 791.42 | 106.80 | 337.94 | 2,027.58 | (0.00) | 2,027.58 |



**CLAIMOLOGY, INC**

PO BOX 1549
WOODSTOCK, GA 30188
JASON@CLAIMOLOGY.NET
770-626-6701

### CONTINUED - Club House Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 23. Cupola - Copper | 1.00 EA | 3,823.00 | 273.19 | 819.26 | 4,915.45 | (0.00) | 4,915.45 |
| 24. Gutter - aluminum - up to 5"* | 372.00 LF | 10.58 | 154.24 | 818.00 | 4,908.00 | (0.00) | 4,908.00 |
| 25. Downspout - half round - aluminum - 6"* | 168.00 LF | 15.73 | 135.15 | 555.56 | 3,333.35 | (0.00) | 3,333.35 |
| **Totals: Club House Exterior** | | | **669.38** | **2,530.76** | **15,184.38** | **0.00** | **15,184.38** |

### Pool Pump Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 26. Tear off, haul and dispose of comp. shingles - Laminated | 5.82 SQ | 63.04 | 0.00 | 73.38 | 440.27 | (0.00) | 440.27 |
| 27. Roofing felt - 15 lb. | 5.82 SQ | 35.26 | 3.03 | 41.64 | 249.88 | (0.00) | 249.88 |
| 28. Laminated - comp. shingle rfg. - w/out felt | 7.00 SQ | 255.21 | 64.70 | 370.24 | 2,221.41 | (0.00) | 2,221.41 |
| 29. Asphalt starter - universal starter course | 96.00 LF | 2.05 | 3.65 | 40.10 | 240.55 | (0.00) | 240.55 |
| 30. Hip / Ridge cap - Standard profile - composition shingles | 75.00 LF | 5.73 | 14.07 | 88.78 | 532.60 | (0.00) | 532.60 |
| 31. Drip edge | 96.00 LF | 2.97 | 8.70 | 58.76 | 352.58 | (0.00) | 352.58 |
| 32. Flashing - pipe jack | 1.00 EA | 49.24 | 1.03 | 10.04 | 60.31 | (0.00) | 60.31 |
| 33. Additional charge for steep roof - 10/12 - 12/12 slope | 5.82 SQ | 23.09 | 0.00 | 26.88 | 161.26 | (0.00) | 161.26 |
| 34. Additional charge for steep roof - 10/12 - 12/12 slope | 7.00 SQ | 79.02 | 0.00 | 110.62 | 663.76 | (0.00) | 663.76 |
| **Totals: Pool Pump Roof** | | | **95.18** | **820.44** | **4,922.62** | **0.00** | **4,922.62** |

### Pool Pump House Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 35. Cupola - Copper | 1.00 EA | 3,823.00 | 273.19 | 819.26 | 4,915.45 | (0.00) | 4,915.45 |
| 36. Gutter - aluminum - up to 5"* | 96.00 LF | 10.58 | 39.80 | 211.10 | 1,266.58 | (0.00) | 1,266.58 |
| 37. Downspout - half round - aluminum - 6"* | 30.00 LF | 15.73 | 24.13 | 99.20 | 595.23 | (0.00) | 595.23 |
| **Totals: Pool Pump House Exterior** | | | **337.12** | **1,129.56** | **6,777.26** | **0.00** | **6,777.26** |



**CLAIMOLOGY, INC**

PO BOX 1549
WOODSTOCK, GA 30188
JASON@CLAIMOLOGY.NET
770-626-6701

### Pool Rec Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 38. Tear off, haul and dispose of comp. shingles - Laminated | 8.61 SQ | 63.04 | 0.00 | 108.56 | 651.33 | (0.00) | 651.33 |
| 39. Roofing felt - 15 lb. | 8.61 SQ | 35.26 | 4.48 | 61.62 | 369.69 | (0.00) | 369.69 |
| 40. Laminated - comp. shingle rfg. - w/out felt | 10.00 SQ | 255.21 | 92.43 | 528.90 | 3,173.43 | (0.00) | 3,173.43 |
| 41. Asphalt starter - universal starter course | 116.00 LF | 2.05 | 4.41 | 48.44 | 290.65 | (0.00) | 290.65 |
| 42. Hip / Ridge cap - Standard profile - composition shingles | 92.00 LF | 5.73 | 17.25 | 108.90 | 653.31 | (0.00) | 653.31 |
| 43. Drip edge | 116.00 LF | 2.97 | 10.52 | 71.00 | 426.04 | (0.00) | 426.04 |
| 44. Valley metal | 46.00 LF | 6.64 | 7.24 | 62.52 | 375.20 | (0.00) | 375.20 |
| 45. Continuous ridge vent - shingle-over style | 16.00 LF | 9.98 | 4.95 | 32.94 | 197.57 | (0.00) | 197.57 |
| 46. Additional charge for steep roof - 10/12 - 12/12 slope | 8.61 SQ | 23.09 | 0.00 | 39.76 | 238.56 | (0.00) | 238.56 |
| 47. Additional charge for steep roof - 10/12 - 12/12 slope | 10.00 SQ | 79.02 | 0.00 | 158.04 | 948.24 | (0.00) | 948.24 |
| **Totals: Pool Rec Roof** | | | **141.28** | **1,220.68** | **7,324.02** | **0.00** | **7,324.02** |

### Tennis Court Rec Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 48. Tear off, haul and dispose of comp. shingles - Laminated | 7.74 SQ | 63.04 | 0.00 | 97.58 | 585.51 | (0.00) | 585.51 |
| 49. Roofing felt - 15 lb. | 7.74 SQ | 35.26 | 4.03 | 55.38 | 332.32 | (0.00) | 332.32 |
| 50. Laminated - comp. shingle rfg. - w/out felt | 9.00 SQ | 255.21 | 83.19 | 476.02 | 2,856.10 | (0.00) | 2,856.10 |
| 51. Asphalt starter - universal starter course | 117.00 LF | 2.05 | 4.44 | 48.86 | 293.15 | (0.00) | 293.15 |
| 52. Hip / Ridge cap - Standard profile - composition shingles | 98.00 LF | 5.73 | 18.38 | 115.98 | 695.90 | (0.00) | 695.90 |
| 53. Drip edge | 117.00 LF | 2.97 | 10.61 | 71.62 | 429.72 | (0.00) | 429.72 |
| 54. Valley metal | 37.00 LF | 6.64 | 5.82 | 50.28 | 301.78 | (0.00) | 301.78 |
| 55. Additional charge for steep roof - 10/12 - 12/12 slope | 7.74 SQ | 23.09 | 0.00 | 35.74 | 214.46 | (0.00) | 214.46 |
| 56. Additional charge for steep roof - 10/12 - 12/12 slope | 9.00 SQ | 79.02 | 0.00 | 142.24 | 853.42 | (0.00) | 853.42 |
| 57. Cupola - Copper | 1.00 EA | 3,823.00 | 273.19 | 819.26 | 4,915.45 | (0.00) | 4,915.45 |
| **Totals: Tennis Court Rec Roof** | | | **399.66** | **1,912.96** | **11,477.81** | **0.00** | **11,477.81** |



**CLAIMOLOGY, INC**

PO BOX 1549
WOODSTOCK, GA 30188
JASON@CLAIMOLOGY.NET
770-626-6701

### Mail House Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 58. Tear off, haul and dispose of comp. shingles - Laminated | 6.38 SQ | 63.04 | 0.00 | 80.44 | 482.64 | (0.00) | 482.64 |
| 59. Roofing felt - 15 lb. | 6.38 SQ | 35.26 | 3.32 | 45.66 | 273.94 | (0.00) | 273.94 |
| 60. Laminated - comp. shingle rfg. - w/out felt | 7.67 SQ | 255.21 | 70.90 | 405.68 | 2,434.04 | (0.00) | 2,434.04 |
| 61. Gable cornice return - laminated | 2.00 EA | 100.57 | 1.16 | 40.46 | 242.76 | (0.00) | 242.76 |
| 62. Asphalt starter - universal starter course | 107.00 LF | 2.05 | 4.06 | 44.70 | 268.11 | (0.00) | 268.11 |
| 63. Hip / Ridge cap - Standard profile - composition shingles | 75.00 LF | 5.73 | 14.07 | 88.78 | 532.60 | (0.00) | 532.60 |
| 64. Drip edge | 107.00 LF | 2.97 | 9.70 | 65.50 | 392.99 | (0.00) | 392.99 |
| 65. Valley metal | 23.00 LF | 6.64 | 3.62 | 31.28 | 187.62 | (0.00) | 187.62 |
| 66. Additional charge for steep roof - 10/12 - 12/12 slope | 6.38 SQ | 23.09 | 0.00 | 29.46 | 176.77 | (0.00) | 176.77 |
| 67. Additional charge for steep roof - 10/12 - 12/12 slope | 7.67 SQ | 79.02 | 0.00 | 121.22 | 727.30 | (0.00) | 727.30 |
| **Totals: Mail House Roof** | | | **106.83** | **953.18** | **5,718.77** | **0.00** | **5,718.77** |

### Mail House Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. Cupola - Copper | 1.00 EA | 3,823.00 | 273.19 | 819.26 | 4,915.45 | (0.00) | 4,915.45 |
| 69. Downspout - half round - aluminum - 6"* | 30.00 LF | 15.73 | 24.13 | 99.20 | 595.23 | (0.00) | 595.23 |
| 70. Gutter - aluminum - 6"* | 88.00 LF | 13.60 | 55.11 | 250.38 | 1,502.29 | (0.00) | 1,502.29 |
| **Totals: Mail House Exterior** | | | **352.43** | **1,168.84** | **7,012.97** | **0.00** | **7,012.97** |

### Entrance House Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Standing seam metal roofing | 505.00 SF | 8.35 | 149.11 | 873.18 | 5,239.04 | (0.00) | 5,239.04 |
| 72. Roofing felt - synthetic underlayment | 5.05 SQ | 50.29 | 8.51 | 52.50 | 314.97 | (0.00) | 314.97 |
| 73. Ridge cap - metal roofing | 76.00 LF | 5.98 | 13.13 | 93.52 | 561.13 | (0.00) | 561.13 |
| 74. Valley metal - (W) profile | 30.00 LF | 7.76 | 7.32 | 48.02 | 288.14 | (0.00) | 288.14 |
| 75. Drip edge | 106.00 LF | 3.31 | 9.61 | 72.08 | 432.55 | (0.00) | 432.55 |
| 76. Additional charge for steep roof - 10/12 - 12/12 slope | 4.51 SQ | 23.09 | 0.00 | 20.82 | 124.96 | (0.00) | 124.96 |

PRIMROSE_CREEK



**CLAIMOLOGY, INC**

PO BOX 1549
WOODSTOCK, GA 30188
JASON@CLAIMOLOGY.NET
770-626-6701

### CONTINUED - Entrance House Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77.  Additional charge for steep roof - 10/12 - 12/12 slope | 4.51 SQ | 79.02 | 0.00 | 71.28 | 427.66 | (0.00) | 427.66 |
| 78.  Sidewall flashing for metal roofing - 29 gauge | 14.00 LF | 4.40 | 2.02 | 12.72 | 76.34 | (0.00) | 76.34 |
| 79.  Step flashing | 8.00 LF | 10.70 | 1.00 | 17.32 | 103.92 | (0.00) | 103.92 |
| **Totals:  Entrance House Roof** | | | **190.70** | **1,261.44** | **7,568.71** | **0.00** | **7,568.71** |

### Entrance House Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 80.  Gutter / downspout - aluminum - 6" | 74.00 LF | 13.60 | 46.34 | 210.54 | 1,263.28 | (0.00) | 1,263.28 |
| **Totals:  Entrance House Exterior** | | | **46.34** | **210.54** | **1,263.28** | **0.00** | **1,263.28** |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| DUMPSTER FOR ALL METAL ROOFING, GUTTERS AND DOWNSPOUTS. | | | | | | | |
| 81.  Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 490.00 | 0.00 | 98.00 | 588.00 | (0.00) | 588.00 |
| **Totals:  Debris Removal** | | | **0.00** | **98.00** | **588.00** | **0.00** | **588.00** |

### Miscellaneous

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 82.  Engineering Fee (Paid Bill)* | 1.00 EA | 4,553.25 | 0.00 | 0.00 | 4,553.25 | (0.00) | 4,553.25 |
| 83.  Temporary toilet (per month) | 1.00 WK | 174.00 | 0.00 | 34.80 | 208.80 | (0.00) | 208.80 |
| 84.  Content Manipulation charge - per hour | 4.00 HR | 42.59 | 0.00 | 34.08 | 204.44 | (0.00) | 204.44 |
| Moving contents out of the way to prevent damage | | | | | | | |
| 85.  Tarp - poly - w/sandbags - per sq ft (lab & mat) | 6,750.00 SF | 2.01 | 266.79 | 2,766.86 | 16,601.15 | (0.00) | 16,601.15 |



**CLAIMOLOGY, INC**

PO BOX 1549
WOODSTOCK, GA 30188
JASON@CLAIMOLOGY.NET
770-626-6701

### CONTINUED - Miscellaneous

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| COMMUNITY POOL WILL HAVE TO BE PROTECTED TO PREVENT DAMAGE FROM ROOFING DEBRIS | | | | | | | |
| Totals: Miscellaneous | | | 266.79 | 2,835.74 | 21,567.64 | 0.00 | 21,567.64 |
| Line Item Totals: PRIMROSE_CREEK | | | 3,432.39 | 21,375.24 | 132,804.02 | 0.00 | 132,804.02 |



## CLAIMOLOGY, INC

PO BOX 1549
WOODSTOCK, GA 30188
JASON@CLAIMOLOGY.NET
770-626-6701

### Summary

| | |
|---|---:|
| Line Item Total | 107,996.39 |
| Material Sales Tax | 3,432.39 |
| Subtotal | 111,428.78 |
| Overhead | 10,687.62 |
| Profit | 10,687.62 |
| **Replacement Cost Value** | **$132,804.02** |
| Less Deductible | (5,000.00) |
| **Net Claim** | **$127,804.02** |

JASON BRADFORD
CEO, PA

CLAIMOLOGY, INC
PO BOX 1549
WOODSTOCK, GA 30188
JASON@CLAIMOLOGY.NET
770-626-6701