IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| PRIMROSE CREEK HOA, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | <u>23-A-02900-2</u> |
| vs. ) | |
| ) | |
| PHILADELPHIA INDEMNITY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## <u>NOTICE OF FILING NOTICE OF REMOVAL</u>

To: Tiana P. Garner
Clerk, Superior Court of Gwinnett County
75 Langley Drive
Lawrenceville, GA 30046

J. Remington Huggins
Michael D. Turner
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA 30075

You are hereby notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of <u>Primrose Creek HOA v. Philadelphia Indemnity Insurance Company,</u> Civil Action No. 23-A-02900-2 in the Superior Court of Gwinnett County, in accordance with the provisions of Section 1331, Title 28 of the United States Code. Copies of said Notice filed are attached hereto.

Respectfully submitted this 28th day of April, 2023.

CHARTWELL LAW, LLP

/s/ *Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

/s/ *Katelyn E. Fischer*
Katelyn E. Fischer

1

3200 Cobb Galleria Pkwy.  
Bldg. 200, Ste. 250  
Atlanta, GA 30339  
Direct (470) 660-8737  
Main (404) 410-1151  
Fax (850) 668-7972  
kkarabinos@chartwelllaw.com  
kfischer@chartwelllaw.com

Georgia Bar No. 491302

*Counsel for PIIC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and forgoing **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** upon all parties to this matter by utilizing the Court's e-filing system, which will automatically remit a copy of the within and foregoing to counsel of record as follows:

**J. Remington Huggins**
**Michael D. Turner**
**The Huggins Law Firm, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
**remington@lawhuggins.com**
mdturner@lawhuggins.com

This 28th day of April, 2023.

CHARTWELL LAW, LLP

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*Counsel for PIIC*

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
Direct (470) 660-8737
Main (404) 410-1151
Fax (850) 668-7972
kkarabinos@chartwelllaw.com