# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PRIMROSE CREEK HOA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHILADELPHIA INDEMNITY )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | CIVIL ACTION FILE NO.:<br>_____ |

## DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1.

Pursuant to Local Rule 3.3, Defendant, by and through counsel, certifies that the following is a full and complete list of all parties in this action:

**Plaintiff:** Primrose Creek HOA

**Defendant:** Philadelphia Indemnity Insurance Company

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations

1

(including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or interest which could be substantially affected by the outcome of this particular case:

    **Plaintiff:**    **Primrose Creek HOA**

    **Defendant:**    **Philadelphia Indemnity Insurance Company**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiff:**    J. Remington Huggins
Michael D. Turner
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA 30075
remington@lawhuggins.com
mdturner@lawhuggins.com

**Counsel for Defendant:**    Karen K. Karabinos
Katelyn E. Fischer
Chartwell Law, LLP
3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, Georgia 30339
kkarabinos@chartwelllaw.com
kfischer@chartwelllaw.com

Served this 28th day of April, 2023.

|  |  |
|---|---|
|  | CHARTWELL LAW, LLP |
|  | */s/ Karen K. Karabinos* |
|  | Karen K. Karabinos |
|  | Georgia Bar No. 423906 |
|  | */s/ Katelyn E. Fischer* |
|  | Katelyn E. Fischer |
|  | Georgia Bar No. 491302 |
| 3200 Cobb Galleria Pkwy. | *Counsel for PIIC* |
| Bldg. 200, Ste. 250 |  |
| Atlanta, GA 30339 |  |
| Direct (470) 660-8737 |  |
| Main (404) 410-1151 |  |
| Fax (850) 668-7972 |  |
| kkarabinos@chartwelllaw.com |  |
| kfischer@chartwelllaw.com |  |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date electronically filed this Certificate of Service of ***Defendant Philadelphia Indemnity Insurance Company's Certificate of Interested Persons and Corporate Disclosure Statement*** using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

**J. Remington Huggins**
**Michael D. Turner**
**The Huggins Law Firm, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
**remington@lawhuggins.com**
**mdturner@lawhuggins.com**

This 28th day of April, 2023.

                                         CHARTWELL LAW, LLP

                                         */s/ Karen K. Karabinos*
                                         Karen K. Karabinos
                                         Georgia Bar No. 423906

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250                          *Counsel for PIIC*
Atlanta, GA 30339
Direct (470) 660-8737
Main (404) 410-1151
Fax (850) 668-7972
kkarabinos@chartwelllaw.com