# EXHIBIT A

## MAGISTRATE COURT OF DEKALB COUNTY
### DEKALB COUNTY COURTHOUSE

Case No. 23M02696
Date Filed: 3/17/23
Cost: 54.00
Service Fee:

PLAINTIFF: LaSherrell White
430 Spring Gate Drive
Stone Mountain GA 30087
(Name and Address)

DEFENDANT: Equifax Information Services
Registered Agent Corporation Services Cr
2 Sun Court Ste 400 Peachtree
Corners GA 30092
(Name and Address)

### STATEMENT OF CLAIM

☐ Suit on a Note   ☐ Suit on Account   ☐ Other (Explain) _____

1. The Court has jurisdiction over the Defendant.
2. Plaintiff says the defendant is indebted to the plaintiff as follows:

Defamation of Character
Agency is in violation of code 15 US 1681 i - procedure
In case of disputed accuracy

That said claim is in the amount of $ 5000.00 plus $ 0 cost to date; and all future costs of this suit.

**State of Georgia, DeKalb County:**

LaSherrell White being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me
this 17 day of March, 2023

_____ Notary Public or Attesting Official

_____ (Agent for) Plaintiff
_____ (If agent, title/capacity)
404-786-2459   lasherrellw@gmail.com
Phone Number

☐ Afternoon Trial   ☐ Evening Trial

### NOTICE AND SUMMONS

TO Equifax Information Services

You are hereby notified that LaSherrell White has made and filed a claim and is asking for judgement against you in the sum of 5000.00 dollars ($ 5000.00), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE OR PRESENT AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE CHIEF OR PRESIDING MAGISTRATE DURING REGULAR COURT HOURS. *FILE YOUR ANSWER, 2" FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.*

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court. You may come with or without an attorney.

By: _____
Deputy Clerk
Magistrate Court, DeKalb County

statementofclaim7/2008   You can file your answer on efilega.com.

3:19      5G

307619127478_Receipt.pdf   Done



**PAYMENT RECEIPT**

**DeKalb Courthouse**
556 N. McDonough St.
Administrative Tower
Room 200
Decatur, Georgia 30030
404-371-2261

Clerk's Office
State and Magistrate Courts

You have agreed to the following the following Terms & Conditions with this Payment:

☒ The merchant for this payment will be Five Point Payments LLC. All payments are final. No refunds are available or allowed. The service fee will appear as a separate transaction on my card statement.

☒ You hereby acknowledge and agree that this is a payment for a criminal fine or other charge that can in no way be disputed, charged back, refunded or recalled. Should this charge be disputed by you without authority, you acknowledge and agree that you will be subject to civil and criminal penalties, including but not limited to, jail time and fines up to $500 per instance, for civil recovery of all fees paid, plus service fees, plus costs, plus attorney fees, plus any incidental or associated damages.

| Transaction Information | |
|---|---|
| Transaction ID: | 307619127478 |
| Transaction ID (Service Fee): | 307619127476 |
| Payment Date: | 3/17/2023 |

| Filing Information | |
|---|---|
| Case #: | 23M02696 |
| Plaintiff: | Lasherrell White |
| Defendant: | Equifax Informational Services |

| Cardholder Information | |
|---|---|
| Name: | lasherrell White |
| Card Number: | ****_****_****_2351 |
| Zip Code: | 30019 |
| Zip Code | Verified Match |
| CVV Code | Verified Match |

| Transaction Breakdown | |
|---|---|
| Payment Amount: | $89.00 |
| Service Fee: | $3.00 |
| Total Payment: | $92.00 |



FIVEPOINT
PAYMENTS

For support regarding payments
Email support@fivepointpayments.com