# EXHIBIT B

### IN THE MAGISTRATE COURT OF DEKALB COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| LASHERRELL WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES,<br><br>    Defendant. | Case No. 23M02696 |

## NOTICE OF FILING OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that on April 28, 2023, Defendant Equifax Information Services LLC, incorrectly named as Equifax Information Services filed a Notice of Removal with the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  A true and correct copy of that Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court effectuates the removal of this action.  Accordingly, no further proceedings should take place in this Court unless and until the case has been remanded.

94347055v.1

2

| | |
|---|---|
| DATED:  April 28, 2023 | Respectfully submitted,<br><br>SEYFARTH SHAW LLP<br><br><br>By: */s/ Eric Barton*<br>      Eric Barton, GA Bar No. 040704<br>      ebarton@seyfarth.com<br>      SEYFARTH SHAW LLP<br>      1075 Peachtree Street, N.E.<br>      Suite 2500<br>      Atlanta, Georgia  30309-3958<br>      Telephone:  (404) 885-1500<br>      Facsimile:  (404) 892-7056<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 28, 2023, I presented the foregoing document with the Clerk of the Court using the Odyssey e-file Georgia system, which will send notification of such filing to all counsel of record. I further certify that a copy of the foregoing document has also been served via U.S. Mail with adequate postage thereon addressed as follows:

>LaSherrell White
>430 Spring Gate Drive
>Stone Mountain, Georgia  30087

>*/s/ Eric Barton*
>Eric Barton
>*Counsel for Defendant*
>*Equifax Information Services LLC*

94347055v.1