Case 1:23-mi-99999-UNA   Document 1467-3   Filed 04/28/23   Page 1 of 1

e-Filed 2/3/2023 3:30 PM

2023CV00302

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green

## IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA
9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

**EXHIBIT 2**

MARCELLA NEWGENT, TONY

NEWGENT, JE'EL NEWGENT,

TERRI BLANKINSHIP.
                     Plaintiff

Vs.

CAPITAL INSTINCT, INC.

d/b/a TRANSLOG MANAGEMENT, INC.

                     Defendant

2023CV00302
_____
Case Number

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

  EDWARD HARDRICK, esq
  GEORGIA BAR NO: 606792
  178 S MAIN STREET
  UNIT 300
  ALPHARETTA, GEORGIA 30009

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

                            **TIKI BROWN**
                            **CLERK OF COURT**
                            **State Court of Clayton County**

      Shalonda Green
By:_____
Deputy Clerk