Case 1:23-mi-99999-UNA Document 1467-7 Filed 04/28/23 Page 1 of 2

2023CV00302 e-Filed 3/16/2023 1:23 PM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

**EXHIBIT 6**

IN THE STATE COURT OF CLAYTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| **MARCELLA NEWGENT, ANITA KISH,** * <br> as natural parent and guardian of TONY * <br> **NEWGENT, minor, JE'EL NEWGENT,** * <br> and **TERRI BLANKINSHIP,** * <br> Plaintiff, * <br> * <br> vs. * <br> * <br> **CAPITAL INSTINCT, INC., d/b/a** * <br> **TRANSLOG MANAGEMENT, INC.,** * <br> **SENTRY SELECT INSURANCE** * <br> **COMPANY and WAYNE STARK,** * <br> Defendants. * | Civil Action No. 2023CV00302 |

## DEMAND FOR JURY TRIAL

COME NOW Defendants and herewith files their Demand for Twelve-Person Jury on all issues so triable.

This 16th day of March, 2023.

| | |
|---|---|
| | **FAIN MAJOR & BRENNAN, P.C.** |
| One Premier Plaza <br> 5605 Glenridge Drive, NE <br> Suite 900 <br> Atlanta, GA 30342-1445 <br> (404) 688-6633 <br> *jhardee@fainmajor.com* <br> *dray@fainmajor.com* | */s/ James W. Hardee* <br> JAMES W. HARDEE <br> Georgia Bar No. 324399 <br> DALE C. RAY, JR. <br> Georgia Bar No. 596095 <br> *Counsel for Defendants* |

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| MARCELLA NEWGENT, ANITA KISH, as natural parent and guardian of TONY NEWGENT, minor, JE'EL NEWGENT, and TERRI BLANKINSHIP,<br>    Plaintiff,<br><br>vs.<br><br>CAPITAL INSTINCT, INC., d/b/a TRANSLOG MANAGEMENT, INC., SENTRY SELECT INSURANCE COMPANY and WAYNE STARK,<br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No. 2023CV00302 |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Demand for Twelve Person Jury** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Edward J. Hardrick<br>
MORGN & MORGAN ATLANTA, PLLC<br>
178 S. Main St., Unit 300<br>
Alpharetta, GA 30009<br>
ehardrick@forthepeople.com

This 16th day of March, 2023.

| | |
|---|---|
| One Premier Plaza<br>5605 Glenridge Drive, NE<br>Suite 900<br>Atlanta, GA 30342-1445<br>(404) 688-6633<br>jhardee@fainmajor.com<br>dray@fainmajor.com | FAIN MAJOR & BRENNAN, P.C.<br><br>*/s/ James W. Hardee*<br>JAMES W. HARDEE<br>Georgia Bar No. 324399<br>DALE C. RAY, JR.<br>Georgia Bar No. 596095<br>*Counsel for Defendants* |