Case 1:23-mi-99999-UNA Document 1407-8 Filed 04/28/23 Page 1 of 1   e-Filed 4/17/2023 5:33 PM

2023CV00302

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

**EXHIBIT 7**

# AFFIDAVIT OF SERVICE

| Case: 2023CV00302 | Court: In the State Court of Clayton County-State of Georgia | County: Clayton, GA | Job: 8484543 |
|---|---|---|---|
| **Plaintiff / Petitioner:** MARCELLA NEWGENT, ANITA KISH as natural parent and guardian of TONY NEWGENT, minor, JE'EL NEWGENT, and TERRI BLANKINSHIP, | | **Defendant / Respondent:** CAPITAL INSTINCT, INC. d/b/a TRANSLOG MANAGEMENT, INC., SENTRY SELECT INSURANCE COMPANY, and WAYNE STARK, | |
| **Received by:** InSight Investigations, Inc. | | **For:** Morgan & Morgan | |
| **To be served upon:** Capital Instinct Inc. d/b/a Translog management Inc - registered agent Antonio Miller | | | |

I, Michael Kotlar, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Capital Instinct Inc. d/b/a Translog management Inc - by leaving with Chiquita Miller authorized to accept for registered agent Antonio Miller, Capital Instinct Inc. d/b/a Translog management Inc - registered agent Antonio Miller: 594 Hastings Way, Jonesboro, GA 30238

**Manner of Service:** Registered Agent, Apr 13, 2023, 2:36 pm EDT

**Documents:** Summons; Complaint and Demand for Jury Trial; Plaintiff's First Request for Admissions; Plaintiff's First Set of Interrogatories and Request for Production of Documents; and Rule 5.2 Certificate of Service; and GCDRCFIF; Police Report (Received Mar 3, 2023 at 12:00am EST)

**Additional Comments:**
1) Successful Attempt: Apr 13, 2023, 2:36 pm EDT at Capital Instinct Inc. d/b/a Translog management Inc - registered agent Antonio Miller: 594 Hastings Way, Jonesboro, GA 30238 received by Capital Instinct Inc. d/b/a Translog management Inc - by leaving with Chiquita Miller authorized to accept for registered agent Antonio Miller. Age: 45-50; Ethnicity: African American; Gender: Female; Weight: 160; Height: 5'5"; Hair: Blond; Eyes: Brown; Relationship: Authorized ;

_____  4/14/2023
Michael Kotlar                Date

InSight Investigations, Inc.
3595 Canton Road Suite 312-307
Marietta, GA 30066
678-654-0186

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

4.14.23
Date        Commission Expires

[Notary Seal: DONNA ALEXANDER, CHEROKEE COUNTY, GEORGIA, NOTARY PUBLIC, MY COMMISSION EXPIRES DECEMBER 06, 2024]