Case 1:23-mi-99999-UNA   Document 1407-9   Filed 04/28/23   Page 1 of 2

2023CV00302   eFiled 4/24/2023 5:11 PM
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green

**EXHIBIT 8**

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARCELLA NEWGENT, TONY NEWGENT, JE'EL NEWGENT, TERRI BLANKINSHIP<br>Plaintiff/Petitioner<br>vs.<br>SENTRY SELECT INSURANCE COMPANY<br>Defendant/Respondent | Case No.: 2023CV00302<br><br>AFFIDAVIT OF SERVICE OF<br>SUMMONS; CASE FILING INFORMATION FORM; COMPLAINT; SUPPORTING DOCUMENTS |

Received by **Bela Farkas**, on the **20th day of April, 2023 at 10:58 AM** to be served upon **Sentry Select Insurance Company at 289 Culver Street South, Lawrenceville, Gwinnett County, GA 30046**.
On the **20th day of April, 2023 at 2:38 PM**, I, **Bela Farkas**, SERVED Sentry Select Insurance Company at **289 Culver Street South, Lawrenceville, Gwinnett County, GA 30046** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Jane Richardson**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to Jane Richardson who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.

Service Fee Total: **$150.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Bela Farkas_   Server ID #: NA   Date: 4-21-2023

Notary Public: Subscribed and sworn before me on this __21__ day of __April__ in the year of 20__23__
Personally known to me __X__ or _____ identified by the following document:

_____
Notary Public (Legal Signature)

[Notary Seal: Amanda Fabiola Tunchez, Notary Public, Gwinnett County, GA, My Commission Expires December 15 2025]



REF: REF-12532820

Page 1 of 1
Tracking #: 0105067817

