Case 1:23-mi-99999-UNA Document 1407-12 Filed 04/28/23 Page 1 of 4

2023CV00302 e-Filed 3/16/2023 1:23 PM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

**EXHIBIT 11**

IN THE STATE COURT OF CLAYTON COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **MARCELLA NEWGENT, ANITA KISH,** | * | |
| as natural parent and guardian of TONY | * | |
| NEWGENT, minor, JE'EL NEWGENT, | * | |
| and TERRI BLANKINSHIP, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 2023CV00302 |
| | * | |
| **CAPITAL INSTINCT, INC., d/b/a** | * | |
| **TRANSLOG MANAGEMENT, INC.,** | * | |
| **SENTRY SELECT INSURANCE** | * | |
| **COMPANY and WAYNE STARK,** | * | |
| Defendants. | * | |

**DEFENDANT CAPITAL INSTINCT, INC.'S FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFFS MARCELLA NEWGENT, ANITA KISH as natural parent and guardian of TONY NEWGENT, JE'EL NEWGENT AND TERRI BLANKINSHIP**

COMES NOW Defendant Capital Instinct, Inc. d/b/a Translog Managements, Inc., and pursuant to O.C.G.A. § 9-11-36 *et. seq.*, requests that each Plaintiff admit the following for purposes of this action only, within thirty (30) days.

1.

The amount in controversy, exclusive of interest and costs, in this matter exceeds $75,000.00.

2.

Plaintiff Marcella Newgent seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

3.

Plaintiff Marcella Newgent seeks to recover general damages in this case in an amount greater than or equal to $75,000.00.

4.

The damages and recovery sought by Plaintiff Marcella Newgent in the within action, exclusive of interest and cost, exceeds $75,000.00.

5.

The damages and recovery sought by Plaintiff Marcella Newgent in the within action, exclusive of interest and cost, does **not** exceed $75,000.00.

6.

The total damages of Plaintiff Marcella Newgent proximately caused by the incident complained of in the within action does **not** exceed $75,000.00.

7.

Plaintiff Anita Kish as natural parent and guardian of Tony Newgent seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

8.

Plaintiff Anita Kish as natural parent and guardian of Tony Newgent seeks to recover general damages in this case in an amount greater than or equal to $75,000.00.

9.

The damages and recovery sought by Plaintiff Anita Kish as natural parent and guardian of Tony Newgent in the within action, exclusive of interest and cost, exceeds $75,000.00.

10.

The damages and recovery sought by Plaintiff Anita Kish as natural parent and guardian of Tony Newgent in the within action, exclusive of interest and cost, does **not** exceed $75,000.00.

11.

The total damages of Plaintiff Anita Kish as natural parent and guardian of Tony Newgent proximately caused by the incident complained of in the within action does **not** exceed $75,000.00.

12.

Plaintiff Je'el Newgent seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

13.

Plaintiff Je'el Newgent seeks to recover general damages in this case in an amount greater than or equal to $75,000.00.

14.

The damages and recovery sought by the Plaintiff Je'el Newgent in the within action, exclusive of interest and cost, exceeds $75,000.00.

15.

The damages and recovery sought by the Plaintiff Je'el Newgent in the within action, exclusive of interest and cost, does **not** exceed $75,000.00.

16.

The total damages of the Plaintiff Je'el Newgent proximately caused by the incident complained of in the within action does **not** exceed $75,000.00.

2.

Plaintiff Terri Blankinship seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

3.

Plaintiff Terri Blankinship seeks to recover general damages in this case in an amount greater than or equal to $75,000.00.

4.

The damages and recovery sought by Plaintiff Terri Blankinship in the within action, exclusive of interest and cost, exceeds $75,000.00.

5.

The damages and recovery sought by Plaintiff Terri Blankinship in the within action, exclusive of interest and cost, does **not** exceed $75,000.00.

6.

The total damages of the Plaintiff Terri Blankinship proximately caused by the incident complained of in the within action does **not** exceed $75,000.00.

This 16th day of March, 2023.

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
*jhardee@fainmajor.com*
*dray@fainmajor.com*

**FAIN MAJOR & BRENNAN, P.C.**

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
DALE C. RAY, JR.
Georgia Bar No. 596095
*Counsel for Defendants*

IN THE STATE COURT OF CLAYTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| **MARCELLA NEWGENT, ANITA KISH,** \*<br>as natural parent and guardian of TONY \*<br>**NEWGENT, minor, JE'EL NEWGENT,** \*<br>and **TERRI BLANKINSHIP,** \*<br>          Plaintiff, \*<br>                                                              \*<br>vs.                                                         \*<br>                                                              \*<br>**CAPITAL INSTINCT, INC., d/b/a** \*<br>**TRANSLOG MANAGEMENT, INC.,** \*<br>**SENTRY SELECT INSURANCE** \*<br>**COMPANY and WAYNE STARK,** \*<br>          Defendants. \* | Civil Action No. 2023CV00302 |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Defendant Capital Instinct, Inc.'s First Request for Admissions to Plaintiffs** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Edward J. Hardrick
MORGN & MORGAN ATLANTA, PLLC
178 S. Main St., Unit 300
Alpharetta, GA 30009
ehardrick@forthepeople.com

This 16th day of March, 2023.

| | |
|---|---|
| One Premier Plaza<br>5605 Glenridge Drive, NE<br>Suite 900<br>Atlanta, GA 30342-1445<br>(404) 688-6633<br>jhardee@fainmajor.com<br>dray@fainmajor.com | **FAIN MAJOR & BRENNAN, P.C.**<br><br>*/s/ James W. Hardee*<br>JAMES W. HARDEE<br>Georgia Bar No. 324399<br>DALE C. RAY, JR.<br>Georgia Bar No. 596095<br>*Counsel for Defendants* |