Case 1:23-mi-99999-UNA Document 1407-13 Filed 04/28/23 Page 1 of 1

e-Filed 3/29/2023 7:54 AM

2023CV00302

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Ashley Murphy

**EXHIBIT 12**

IN THE STATE COURT OF CLAYTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| **MARCELLA NEWGENT, ANITA KISH,** * <br> as natural parent and guardian of TONY * <br> **NEWGENT, minor, JE'EL NEWGENT,** * <br> **and TERRI BLANKINSHIP,** * <br>       Plaintiff, * <br>   * <br> **vs.** * <br>   * <br> **CAPITAL INSTINCT, INC., d/b/a** * <br> **TRANSLOG MANAGEMENT, INC.,** * <br> **SENTRY SELECT INSURANCE** * <br> **COMPANY and WAYNE STARK,** * <br>       Defendants. * | **Civil Action No. 2023CV00302** |

## RULE 5.2 CERTIFICATE OF SERVICE - Amended

    Pursuant to Uniform State Court Rule 5.2, I certify that on March 16, 2023, I served upon counsel of record in the foregoing matter with a true and correct copy of **Defendant Capital Instinct, Inc.'s First Interrogatories to Plaintiffs, First Request for Production of Documents to Plaintiffs and First Request for Admissions to Plaintiffs** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States mail, with proper postage affixed thereto, addressed as follows:

Edward J. Hardrick
MORGN & MORGAN ATLANTA, PLLC
178 S. Main St., Unit 300
Alpharetta, GA 30009
ehardrick@forthepeople.com

This 29th day of March, 2023.

                                            **FAIN MAJOR & BRENNAN, P.C.**

One Premier Plaza                                         */s/ James W. Hardee*
5605 Glenridge Drive, NE                       JAMES W. HARDEE
Suite 900                                                            Georgia Bar No. 324399
Atlanta, GA 30342-1445                        DALE C. RAY, JR.
(404) 688-6633                                             Georgia Bar No. 596095
*jhardee@fainmajor.com*                         *Counsel for Defendants*
*dray@fainmajor.com*