**EXHIBIT 17**

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARCELLA NEWGENT, ANITA KISH as natural parent and guardian of TONY NEWGENT, minor, JE'EL NEWGENT, and TERRI BLANKINSHIP, <br><br>         *Plaintiffs,* <br><br> vs. <br><br> CAPITAL INSTINCT, INC. d/b/a TRANSLOG MANAGEMENT, INC., SENTRY SELECT INSURANCE COMPANY, and WAYNE STARK, <br><br>         *Defendants.* | CIVIL ACTION FILE NO.: 2023CV00302 <br><br><br> *JURY TRIAL DEMANDED.* |

## VERIFICATION

PERSONALLY APPEARED BEFORE the undersigned attesting officer duly qualified to administer oaths, TERRI BLANKINSHIP, who after being duly sworn, deposes and states on oath that the facts in the foregoing **PLAINTIFF'S RESPONSES TO DEFENDANT CAPITAL INSTINCT, INC'S FIRST INTERROGATORRIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** are true and correct to the best of her knowledge, information and belief.

This __13__ day of __April__, 2023.

_____
TERRI BLANKINSHIP

Sworn to and subscribed before me
This __13__ day of __April__, 2023

_____
NOTARY PUBLIC
My commision Expires: __6/30/2024__

OFFICIAL SEAL
MARY K. SHAW
Notary Public, State of Illinois
My Commission Expires 06-30-2024

- Page 1

📖 1 of 1

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARCELLA NEWGENT, ANITA KISH as natural parent and guardian of TONY NEWGENT, minor, JE'EL NEWGENT, and TERRI BLANKINSHIP, <br><br>*Plaintiffs,*<br><br>vs.<br><br>CAPITAL INSTINCT, INC. d/b/a TRANSLOG MANAGEMENT, INC., SENTRY SELECT INSURANCE COMPANY, and WAYNE STARK,<br><br>*Defendants.* | CIVIL ACTION FILE NO.: 2023CV00302<br><br><br>*JURY TRIAL DEMANDED.* |

## VERIFICATION

PERSONALLY APPEARED BEFORE the undersigned attesting officer duly qualified to administer oaths, JE'EL NEWGENT, who after being duly sworn, deposes and states on oath that the facts in the foregoing **PLAINTIFF'S RESPONSES TO DEFENDANT CAPITAL INSTINCT, INC'S FIRST INTERROGATORRIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** are true and correct to the best of her knowledge, information and belief.

This __13__ day of __April__, 2023.

_____
JE'EL NEWGENT

Sworn to and subscribed before me
This __13__ day of __April__, 2023

_____
NOTARY PUBLIC
My commission Expires: __6/30/2024__



OFFICIAL SEAL
MARY K. SHAW
Notary Public, State of Illinois
My Commission Expires 06-30-2024

- Page 1 -



### IN THE STATE COURT OF CLAYTON COUNTY
### STATE OF GEORGIA

MARCELLA NEWGENT, ANITA KISH as
natural parent and guardian of TONY
NEWGENT, minor, JE'EL NEWGENT, and
TERRI BLANKINSHIP,

         *Plaintiffs,*

vs.

CAPITAL INSTINCT, INC. d/b/a
TRANSLOG MANAGEMENT, INC.,
SENTRY SELECT INSURANCE
COMPANY, and
WAYNE STARK,

         *Defendants.*

CIVIL ACTION FILE
NO.: 2023CV00302

*JURY TRIAL DEMANDED.*

## VERIFICATION

PERSONALLY APPEARED BEFORE the undersigned attesting officer duly qualified to administer oaths, TONY NEWGENT, who after being duly sworn, deposes and states on oath that the facts in the foregoing **PLAINTIFF'S RESPONSES TO DEFENDANT CAPITAL INSTINCT, INC'S FIRST INTERROGATORRIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** are true and correct to the best of her knowledge, information and belief.

This __13__ day of __April__, 2023.

                                                                       */s/ Tony Newgent*
                                                                       TONY NEWGENT

Sworn to and subscribed before me
This __13__ day of __April__, 2023

__/s/ Mary K. Shaw__
NOTARY PUBLIC
My commision Expires: __6/30/2024__

                                                    OFFICIAL SEAL
                                                    MARY K. SHAW
                                                Notary Public, State of Illinois
                                               My Commission Expires 06-30-2024

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

MARCELLA NEWGENT, ANITA KISH as
natural parent and guardian of TONY
NEWGENT, minor, JE'EL NEWGENT, and
TERRI BLANKINSHIP,

        Plaintiffs,

vs.

CAPITAL INSTINCT, INC. d/b/a
TRANSLOG MANAGEMENT, INC.,
SENTRY SELECT INSURANCE
COMPANY, and
WAYNE STARK,

        Defendants.

CIVIL ACTION FILE
NO.: 2023CV00302

*JURY TRIAL DEMANDED.*

## VERIFICATION

PERSONALLY APPEARED BEFORE the undersigned attesting officer duly qualified to administer oaths, MARCELLA NEWGENT, who after being duly sworn, deposes and states on oath that the facts in the foregoing **PLAINTIFF'S RESPONSES TO DEFENDANT CAPITAL INSTINCT, INC'S FIRST INTERROGATORRIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** are true and correct to the best of her knowledge, information and belief.

This _13_ day of _April_, 2023.

_____
MARCELLA NEWGENT

Sworn to and subscribed before me
This _13_ day of _April_, 2023

_____
NOTARY PUBLIC
My commision Expires: _6/30/24_

OFFICIAL SEAL
MARY K. SHAW
Notary Public, State of Illinois
My Commission Expires 06-30-2024