EXHIBIT 18

# IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| MARCELLA NEWGENT, ANITA KISH as natural parent and guardian of TONY NEWGENT, minor, JE'EL NEWGENT, and TERRI BLANKINSHIP, *Plaintiffs*, vs. CAPITAL INSTINCT, INC. d/b/a TRANSLOG MANAGEMENT, INC., SENTRY SELECT INSURANCE COMPANY, and WAYNE STARK, *Defendants*. | CIVIL ACTION FILE NO.: **2023CV00302** ***JURY TRIAL DEMANDED.*** |

## PLAINTIFFS' FIRST RESPONSES TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS

COMES NOW, Plaintiffs, Marcella Newgent, Anita Kish as natural parent and guardian of Tony Newgent, Je'el Newgent, and Terri Blankenship, in the above-styled civil action, and serves this, his responses to, Defendants' First Interrogatories and First Request for Production of Documents under O.C.G.A. §§ 9-11-33, 9-11-34.

### GENERAL OBJECTIONS

Plaintiff's investigation and discovery in this matter are continuing, and Plaintiff reserves the right to supplement, modify, or amend these responses, if necessary, to conform to facts and evidence. All rights of the Plaintiff are expressly reserved and nothing in the responses that follow is intended as or serves as a waiver of any and all rights of the Plaintiff consistent with the Georgia Civil Practice Act.

Plaintiff objects to Defendant's Requests for Admissions and accompanying instructions and definitions to the extent that they seek to impose any obligation on the Plaintiff, for supplementation or otherwise, beyond that required by the Georgia Civil Practice Act.

Plaintiff objects to Defendant's Requests to the extent that they seek information or documents protected by the attorney-client privilege or the work product doctrine, or to the extent that they are overly broad or unduly burdensome.

Subject to and without waiving the foregoing objections, Plaintiff responds to each request as follows:

1.

The amount in controversy, exclusive of interest and costs, in this matter exceeds $75,000.00.

**RESPONSE: admit.**

2.

Plaintiff Marcella Newgent seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

**RESPONSE: admit.**

3.

Plaintiff Marcella Newgent seeks to recover general damages in this case in an amount greater than or equal to $75,000.00.

**RESPONSE: admit.**

4.

The damages and recovery sought by Plaintiff Marcella Newgent in the within action, exclusive of interest and cost, exceeds $75,000.00.

**RESPONSE: admit.**

5.

The damages and recovery sought by Plaintiff Marcella Newgent in the within action, exclusive of interest and cost, does **not** exceed $75,000.00.

**RESPONSE: deny.**

6.

The total damages of Plaintiff Marcella Newgent proximately caused by the incident complained of in the within action does **not** exceed $75,000.00.

**RESPONSE: deny.**

7.

Plaintiff Anita Kish as natural parent and guardian of Tony Newgent seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

**RESPONSE: admit**

8.

Plaintiff Anita Kish as natural parent and guardian of Tony Newgent seeks to recover general damages in this case in an amount greater than or equal to $75,000.00.

**RESPONSE: admit**

9.

The damages and recovery sought by Plaintiff Anita Kish as natural parent and guardian of Tony Newgent in the within action, exclusive of interest and cost, exceeds $75,000.00.

**RESPONSE: admit**

10.

The damages and recovery sought by Plaintiff Anita Kish as natural parent and guardian of Tony Newgent in the within action, exclusive of interest and cost, does **not** exceed $75,000.00.

**RESPONSE: deny**

11.

The total damages of Plaintiff Anita Kish as natural parent and guardian of Tony Newgent proximately caused by the incident complained of in the within action does **not** exceed $75,000.00.

**RESPONSE: deny**

12.

Plaintiff Je'el Newgent seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

**RESPONSE: admit**

13.

Plaintiff Je'el Newgent seeks to recover general damages in this case in an amount greater than or equal to $75,000.00.

**RESPONSE: admit**

14.

The damages and recovery sought by the Plaintiff Je'el Newgent in the within action, exclusive of interest and cost, exceeds $75,000.00.

**RESPONSE: admit**

15.

The damages and recovery sought by the Plaintiff Je'el Newgent in the within action, exclusive of interest and cost, does **not** exceed $75,000.00.

**RESPONSE: deny**

16.

The total damages of the Plaintiff Je'el Newgent proximately caused by the incident complained of in the within action does **not** exceed $75,000.00.

**RESPONSE: deny**

2.

Plaintiff Terri Blankinship seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

**RESPONSE: admit**

3.

Plaintiff Terri Blankinship seeks to recover general damages in this case in an amount greater than or equal to $75,000.00.

**RESPONSE: admit**

4.

The damages and recovery sought by Plaintiff Terri Blankinship in the within action, exclusive of interest and cost, exceeds $75,000.00.

**RESPONSE: admit**

5.

The damages and recovery sought by Plaintiff Terri Blankinship in the within action, exclusive of interest and cost, does **not** exceed $75,000.00.

**RESPONSE: deny**

6.

The total damages of the Plaintiff Terri Blankinship proximately caused by the incident complained of in the within action does **not** exceed $75,000.00.

**RESPONSE: admit**

This 17th day of April, 2023.

Respectfully submitted,

**/s/ Edward J. Hardrick**
Edward J. Hardrick
Georgia Bar No. 606792
*Attorney for Plaintiff*

MORGAN & MORGAN ATLANTA, PLLC
178 S Main Street, Unit 300
Alpharetta, Georgia 30009
Main: (770) 576-7634
Fax: (770) 576-7684
Email:  ehardrick@forthepeople.com