Case 1:23-mi-99999-UNA   Document 1407-20   Filed 04/28/23   Page 1 of 3

2023CV00302                                               e-Filed 4/17/2023 2:03 PM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Hannah Lowery

**EXHIBIT 19**

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARCELLA NEWGENT, ANITA KISH as natural parent and guardian of TONY NEWGENT, minor, JE'EL NEWGENT, and TERRI BLANKINSHIP, <br><br> *Plaintiffs,* <br><br> vs. <br><br> CAPITAL INSTINCT, INC. d/b/a TRANSLOG MANAGEMENT, INC., SENTRY SELECT INSURANCE COMPANY, and WAYNE STARK, <br><br> *Defendants*. | CIVIL ACTION <br> FILE NO: 2023CV00302 <br><br><br> **JURY TRIAL DEMANDED** |

### RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVEY MATERIALS

COMES NOW counsel for Plaintiff herein, and pursuant to the local rules of court hereby certifies that a true and correct copy of **PLAINTIFFS MARCELLA NEWGENT, TONY NEWGENT, MINOR, JE'EL NEWGENT, AND TERRI NEWGENT'S RESPONSES TO DEFENDANT CAPITAL INSTINCT'S FIRST INTERROGATORIES, FIRST REQUEST FOR ADMISSIONS,** and **FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** was served upon all parties to this matter by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record.

This 17th day of April, 2023.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **/s/ Edward Hardrick** |
|  | Edward J. Hardrick |
| MORGAN & MORGAN ATLANTA, PLLC | Georgia Bar No. 606792 |
| 178 S Main Street, Unit 300 | *Attorney for Plaintiff* |
| Alpharetta, Georgia 30009 |  |
| Main: (770) 576-7634 |  |
| Fax: (770) 576-7684 |  |
| Email: ehardrick@forthepeople.com |  |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served opposing counsel with a copy of the within and foregoing **CERTIFICATE OF SERVING DISCOVERY MATERIALS** electronically through *Odyssey eFileGA*, which will automatically send email documentation, and by electronic mail to:

James W. Hardee
**FAIN MAJOR & BRENNAN, P.C.**
One Premier Plaza
5605 Glenridge Drive, N.E., Suite 900
Atlanta, Georgia 30342 (404) 688-6633
jhardee@fainmajor.com
dray@fainmajor.com

*(Signature on following page)*

This 17th day of April 2023.

                                      **MORGAN & MORGAN ATLANTA, PLLC**

                                      */s/ Edward Hardrick*

                                      EDWARD HARDRICK
                                      ehardrick@forthepeople.com
                                      Georgia State Bar No.: 606792
                                      11605 Haynes Bridge Rd, Suite 490
                                      Alpharetta, GA 30009
                                      (770) 576-7634 (Telephone)
                                      (404) 981-1523 (Fax)

                                      *Attorneys for Plaintiff*