IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

**EXHIBIT 22**

| | |
|---|---|
| MARCELLA NEWGENT, ANITA KISH as natural parent and guardian of TONY NEWGENT, minor, JE'EL NEWGENT, and TERRI BLANKINSHIP,<br><br>                                  PLAINTIFFS,<br><br>V.<br><br>CAPITAL INSTINCT, INC. d/b/a TRANSLOG MANAGEMENT, INC., SENTRY SELECT INSURANCE COMPANY, and<br>WAYNE STARK**,**<br><br>                                  DEFENDANTS. | CIVIL ACTION<br>FILE NO.: _____ |

## **PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT WAYNE STARK**

Plaintiff submits herewith to the above-named Defendant, pursuant to O.C.G.A. § 9-11-36 for response within forty-five (45) days after service hereof, the following request for admissions, for purposes of the pending action only, subject to all objections that may be interposed at the trial of the case:

1.

Please admit that this action brought against the Defendant properly and correctly name the parties to be sued in this case.

2.

Please admit that jurisdiction for the Complaint filed by Plaintiff is properly brought before this Court in Clayton County, Georgia.

3.

Please admit that the service of process against the Defendant was proper.

4.

Please admit that Defendant WAYNE STARK, operated the motor vehicle in the scope of employment with Defendant INSTINCT.

5.

Please admit that Defendant WAYNE STARK was negligent in the operation of a motor vehicle which resulted in the subject collision with the Plaintiffs' vehicle.

6.

Admit that Defendant WAYNE STARK pled guilty to, paid the fine for, or knowingly forfeited the bond to charges stemming from a citation in connection with the collision.

7.

Please admit that the Plaintiffs were injured in the subject collision.

8.

Please admit that the Plaintiffs' actions did not cause or contribute to the subject collision.

9.

Please admit the Plaintiffs incurred medical expenses for treatment of injuries resulting from the subject collision.

10.

Please admit the Plaintiffs' medical expenses were reasonable and necessary for the care and treatment of the injuries sustained in the subject collision.

11.

Please admit that there are no other individuals besides Plaintiffs and Defendants WAYNE STARK and CAPITAL INSTINCT, INC. who caused or contributed to the subject collision.

12.

Please admit that there are no other individuals besides Defendants WAYNE STARK and CAPITAL INSTINCT, INC. who caused or contributed to the subject collision.

13.

Please admit that you have not seen the Plaintiffs since the day of the accident.

14.

Please admit that you had not seen the Plaintiffs at any point in time prior to the day of the accident.

***This Request for Admissions is served upon you together with Plaintiff's Complaint.***

This 3rd day of February, 2023.

                By:   */s/ Edward J Hardrick*
                        EDWARD HARDRICK
                        Georgia Bar No. 606792
                        Attorney for Plaintiff

MORGAN & MORGAN ATLANTA, PLLC
178 S Main Street, Unit 300
Alpharetta, Georgia  30009
Main:    (770) 576-7634
Fax:      (770) 576-7684
Email:  ehardrick@forthepeople.com