Case 1:23-mi-99999-UNA Document 1407-24 Filed 04/28/23 Page 1 of 2

e-Filed 2/3/2023 3:30 PM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green

2023CV00302

EXHIBIT 23

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARCELLA NEWGENT, ANITA KISH as natural parent and guardian of TONY NEWGENT, minor, JE'EL NEWGENT, and TERRI BLANKINSHIP, <br><br> *Plaintiffs,* <br><br> vs. <br><br> CAPITAL INSTINCT, INC. d/b/a TRANSLOG MANAGEMENT, INC., SENTRY SELECT INSURANCE COMPANY, and WAYNE STARK, <br><br> *Defendants*. | CIVIL ACTION <br> FILE NO: 2023CV00302 <br><br> **JURY TRIAL DEMANDED** |

## RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that pursuant to Uniform Court Rule 5.2, I have served upon all Defendants in the foregoing matter with a copy of the following:

1. **PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANTS;**

2. **PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS;**

This 3rd Day of February, 2023.

                                            Respectfully submitted,

                                            **/s/ Edward Hardrick**

MORGAN & MORGAN ATLANTA, PLLC     Edward J. Hardrick
178 S Main Street, Unit 300                    Georgia Bar No. 606792
Alpharetta, Georgia 30009                      *Attorney for Plaintiff*
Main: (770) 576-7634
Fax: (770) 576-7684
Email: ehardrick@forthepeople.com