IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN ROOFING COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. _____ |
| v. | ) ) | [On removal from the State Court of |
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) | Gwinnett County, Civil Action File No. 23-C-02049-S5] |
| Defendant. | ) | |

## **CERTIFICATE**

**WE HEREBY CERTIFY** that we are counsel for Defendant AUTO-OWNERS INSURANCE COMPANY in the above-styled proceeding and have this day filed a copy of a "Notice of Removal," including the "Notice of Filing Removal," in the State Court of Gwinnett County, Georgia, the Court from which said action was removed.

This 28th day of April, 2023.

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/ Jessica M. Phillips*
        Jessica M. Phillips, Esq.
        Georgia Bar No. 922902
        Christopher Wood, Esq.
        Georgia Bar No. 272768
        *Attorneys for Defendant Auto-Owners*
        *Insurance Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
jessica.phillips@swiftcurrie.com
christopher.wood@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I have this day electronically filed the foregoing **CERTIFICATE** with the Clerk of Court using the CM/ECF System.  The clerk will serve opposing counsel as follows:

Joshua A. Millican
LAW OFFICE OF JOSHUA A. MILLICAN, P.C.
The Grant Building, Suite 607
44 Broad Street, N.W.
Atlanta, GA 30303
jmillican@lawofficejam.com
*Attorney for Plaintiff*

This 28th day of April, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Jessica M. Phillips*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Christopher Wood, Esq.
Georgia Bar No. 272768
*Attorneys for Defendant Auto-Owners*
*Insurance Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
jessica.phillips@swiftcurrie.com
christopher.wood@swiftcurrie.com

4888-0392-7391, v. 1