IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELLIS REFINANCE PORTFOLIO, LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NEWREZ, LLC d/b/a SHELLPOINT )<br>MORTGAGE SERVICING and )<br>CORELOGIC SOLUTIONS, LLC (CA) )<br>d/b/a CoreLogic,  )<br>)<br>Defendants.  ) | CIVIL ACTION FILE<br><br>_____ |

**DEFENDANT CORELOGIC SOLUTIONS, LLC (CA) D/B/A CORELOGIC'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**

Defendant CoreLogic Solutions, LLC, listed in the caption as CoreLogic Solutions, LLC (CA) d/b/a CoreLogic ("CoreLogic"), by and through counsel, gives notice of the removal of Plaintiff Ellis Refinance Portfolio, LLC's ("Ellis") Amended Complaint. In support thereof, CoreLogic[1] respectfully shows as follows:

---

[1] CoreLogic respectfully submits that CoreLogic Tax Services, LLC ("CoreLogic Tax") is the correct entity for the above-referenced matter in that CoreLogic Tax entered into an agreement with Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing for certain property tax reporting and payment services. CoreLogic anticipates filing its motion to substitute CoreLogic with CoreLogic Tax as a party defendant in accordance with Fed. R. Civ. P. 21 after removal of the case. CoreLogic

1.

This action was commenced in the Superior Court of Gwinnett County, Georgia, on May 26, 2022, where it is pending as Civil Action File No. 22-A-04544-11.

2.

The Complaint filed on May 26, 2022, which made allegations against Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing ("Newrez"), and summons were served on the registered agent of Newrez. Ellis filed its affidavit of service on Newrez on June 2, 2022. Ellis and Newrez entered into a stipulation extending the time for Newrez to respond to the Complaint on June 29, 2022. Newrez filed its Answer on July 15, 2022.

3.

On November 28, 2022, Ellis filed a Motion to Add CoreLogic as a party. On February 7, 2023 the court entered an order adding CoreLogic as a party. On February 22, 2023, Ellis filed its First Amended Complaint ("Amended Complaint") which made allegations against CoreLogic and Newrez (collectively, "Defendants").

---

Tax is a Delaware limited liability company with CoreLogic as its sole member. The substitution of CoreLogic Tax will not affect diversity jurisdiction.

On March 31, 2023, CoreLogic acknowledged service of the Amended Complaint and summons.

4.

This notice of removal to this United States District Court is filed within 30 days of service on CoreLogic in accordance with 28 U.S.C. §§ 1441 and 1446.

5.

Ellis is a limited liability company organized and existing under the laws of the State of Georgia, maintaining its principal office and principal place of business in 1165 Kingston Drive, Atlanta, Georgia, 30342. According to counsel for Ellis, all of Ellis' members are citizens of Georgia.

6.

Newrez is a limited liability company organized and existing under the laws of the State of Delaware. For diversity jurisdiction purposes, "a limited liability company is considered to be a citizen of every state and country of which its members are citizens." *Hedge Capital Invs. Ltd. v. Sustainable Growth Grp. Holdings LLC*, 593 F. App'x 937, 940 (11th Cir. 2014). Newrez's sole member is Shellpoint Partners LLC. Shellpoint Partners LLC's members are NRM Acquisition LLC and NRM Acquisition LLC II. The sole member of these entities is New Residential Mortgage LLC. New Residential Mortgage LLC's sole member is Rithm

144981528.5

Capital Corp., a Delaware corporation with its principal place of business in New York, and f/k/a New Residential Investment Corporation. Because Rithm Capital Corporation is organized under the laws of the State of Delaware and has its principal place of business in New York, New York, it is a citizen of both Delaware and New York. *See* 28 U.S.C. § 1332(c)(1). Accordingly, Newrez is a citizen of Delaware and New York for the purposes of diversity jurisdiction.

7.

CoreLogic is a limited liability company organized and existing under the laws of the state of California. The sole member of CoreLogic is CoreLogic, Inc. CoreLogic, Inc. is a corporation organized and existing under the laws of the State of Delaware, maintaining its principal office and principal place of business in 251 Little Falls Drive, Wilmington, Delaware, 19808.[2]

8.

According to the Amended Complaint, Ellis alleges it obtained a loan from 5 Arch Funding Corp. in the amount of $14,148,750.00, identified as loan number 0670671494 ("Loan").

---

[2] Corelogic Tax is a Delaware limited liability company, and its sole member is CoreLogic.

4

9.

Ellis alleges the Loan is secured by 144 single-family residential properties owned by Ellis and located in the State of Georgia. Ellis further alleges the Loan is currently serviced by Newrez, pursuant to a contract between Newrez and the current holder of the Loan, U.S. Bank, National Association ("Holder").

10.

As part of its servicing obligations, Ellis alleges that Newrez collects Ellis' monthly payments on the Loan and diverts a portion of such payments into an escrow account for the payment of real property taxes for the properties securing the Loan.

11.

Ellis alleges that for 137 of the 142 properties securing the Loan which are located in DeKalb County (collectively, "Subject Properties") certain installment payments of property taxes were not made.

12.

Ultimately, Ellis alleges it paid $70,653.53 to DeKalb County on June 22, 2022 to avoid having the Subject Properties sold at the impending tax sales.

13.

Ellis claims damages (general and special) for breach of the contract between Newrez and the Holder which allegedly obligated Newrez to manage the Loan's

escrow accounts and to promptly pay the property taxes for the Subject Properties, breach of good faith and fair dealing as to Newrez, conversion of funds as to Newrez, fraud as to Newrez, negligence as to both Defendants, punitive damages as to both Defendants, attorney's fees and expenses of litigation as to both Defendants.

14.

This action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, in that (a) Ellis and Defendants are citizens of different states, and (b) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.00, taking into account Ellis' alleged general and special damages, punitive damages, and attorney's fees of nearly a year long litigation.

15.

Newrez has consented to CoreLogic's removal of this action.

16.

Attached hereto are the following documents:

1. Exhibit 1 – Complaint filed by Ellis in the Superior Court of Gwinnett County, Georgia on May 26, 2022;

2. Exhibit 2 – Summons issued by the Clerk of the Superior Court of Gwinnett County, Georgia;

3. Exhibit 3 – Case Initiation Form;

144981528.5

4. Exhibit 4 – Affidavit of Service on Newrez;

5. Exhibit 5 – Motion to Add CoreLogic;

6. Exhibit 6 – Order Granting Motion to Add CoreLogic;

7. Exhibit 7 – Amended Complaint filed on February 22, 2023;

8. Exhibit 8 – CoreLogic's Acknowledgement of Service;

9. Exhibit 9 – Newrez's Executed Consent of Removal; and

10. Exhibit 10 – Notice of Removal submitted to the Superior Court of Gwinnett County, Georgia.

WHEREFORE, CoreLogic prays that the Superior Court of Gwinnett County, Georgia, proceed no further with Civil Action File No. 22-A-04544-11, and that said action be removed to the United District Court for the Northern District of Georgia, Atlanta Division.

144981528.5

Respectfully submitted this 28th day of April, 2023.

**FOX ROTHSCHILD LLP**

By:   */s/ G. Marshall Kent, Jr.*
G. Marshall Kent, Jr.
Georgia Bar No. 415129
Gerald T. Chichester
Georgia Bar No. 210202
*Counsel for CoreLogic Solutions, LLC*

FOX ROTHSCHILD LLP
999 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30309
Tel.   (404) 962-1000
Fax    (404) 962-1200
mkent@foxrothschild.com
gchichester@foxrothschild.com

144981528.5

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing pleading upon all counsel in this action through the Court's e-filing system, by electronic mail, and by placing a copy of the same in the United States mail, postage prepaid and properly addressed as follows:

David Metzger
Williams Teusink
312 Sycamore Street
Decatur, Georgia 30030
dmetzger@williamsteusink.com
*Counsel for Ellis Refinance Portfolio, LLC*

Keith Anderson
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue N.
Birmingham, Alabama 35203
kanderson@bradley.com
*Counsel for Newrez, LLC d/b/a Shellpoint Mortgage Servicing*

This 28th day of April, 2023.

                                                         **FOX ROTHSCHILD LLP**

                                                        By:   */s/ G. Marshall Kent, Jr.*
                                                                 G. Marshall Kent, Jr.
                                                                 Georgia Bar No. 415129
                                                                 Gerald T. Chichester
                                                                 Georgia Bar No. 210202
                                                                *Counsel for CoreLogic Solutions, LLC*

144981528.5

FOX ROTHSCHILD LLP
999 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30309
Tel.   (404) 962-1000
Fax    (404) 962-1200
mkent@foxrothschild.com
gchichester@foxrothschild.com

144981528.5