# **<u>Exhibit 3</u>**

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**22-A-04544-11**
**5/26/2022 1:56 PM**

TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☒ **Superior** or ☐ **State Court of** _Gwinnett Superior Court_ **County**

| For Clerk Use Only | |
|---|---|
| **Date Filed** _____ MM-DD-YYYY | **Case Number** _22-A-04544-11_ |

**Plaintiff(s)**
Ellis Refinance Portfolio, LLC
_____
Last    First    Middle I.    Suffix    Prefix

_____
Last    First    Middle I.    Suffix    Prefix

_____
Last    First    Middle I.    Suffix    Prefix

_____
Last    First    Middle I.    Suffix    Prefix

**Defendant(s)**
NewRez, LLC d/b/a Shellpoint Mortgage Servicing
_____
Last    First    Middle I.    Suffix    Prefix

_____
Last    First    Middle I.    Suffix    Prefix

_____
Last    First    Middle I.    Suffix    Prefix

_____
Last    First    Middle I.    Suffix    Prefix

**Plaintiff's Attorney** _David Joseph Metzger_  **State Bar Number** _363534_  **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number                        Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20