# **Exhibit 4**

E-FILED IN OFFICE - MX
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-04544-11
6/2/2022 1:33 PM
TIANA P. GARNER, CLERK

## AFFIDAVIT OF SERVICE

| Case:<br>22-A-<br>04544-11 | Court:<br>IN THE SUPERIOR COURT OF GWINNETT COUNTY<br>STATE OF GEORGIA | County:<br>Gwinnett | Job:<br>7154054 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>ELLIS REFINANCE PORTFOLIO, LLC, | | **Defendant / Respondent:**<br>NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, | |
| **Received by:**<br>FirstServ Process Servers, LLC | | **For:**<br>WilliamsTeusink, LLC | |
| **To be served upon:**<br>NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING c/o Corporation Service Company its registered agent | | | |

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Affiant, who, first being duly sworn, on oath deposes and states that he/she is a citizen of the United States and 18 years of age or older and is a party having no interest in this case. Affiant further states that the following information is true and correct and based on my personal knowledge:

| Recipient Name / Address: | Alisha Smith as authorized recipient for NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING c/o Corporation Service Company its registered agent, 2 Sun Ct NW, Norcross, GA 30092 |
|---|---|
| Manner of Service: | Corporation, Jun 1, 2022, 1:50 pm EDT |
| Documents: | SUMMONS and VERIFIED COMPLAINT |

**Additional Comments:**
1) Successful Attempt: Jun 1, 2022, 1:50 pm EDT at 2 Sun Ct NW, Norcross, GA 30092 received by Alisha Smith as authorized recipient for NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING c/o Corporation Service Company its registered agent. Age: 45; Ethnicity: African American; Gender: Female; Weight: 180; Height: 5'9"; Hair: Brown; Relationship: Process Specialist ;

Eric West                                         Date                    6-2-22

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

FirstServ Process Servers, LLC
3292 Chesapeake Trl SE
Smyrna, GA 30082
404-216-2466

Date                    Commission Expires

KIRSTEN AHRENS
MY COMMISSION EXPIRES
NOTARY
PUBLIC
05/25/25
PAULDING COUNTY, GEORGIA

E-FILED IN OFFICE - MX
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-04544-11
5/31/2022 1:58 PM
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

ELLIS REFINANCE PORTFOLIO, LLC

    Plaintiff,

v.

NEWREZ, LLC d/b/a SHELLPOINT
MORTGAGE SERVICING,

    Defendant.

CIVIL ACTION FILE
NO. 22-A-04544-11

---

### ORDER APPOINTING SPECIAL PROCESS SERVER

---

This matter came before the Court on Plaintiff's *Motion to Appoint Special Process Server* (the "Motion"), requesting that this Court appoint Eric West of FirstServ Process Servers, LLC as special process server pursuant to O.C.G.A. § 9-11-4(c). Having reviewed the Motion, this Court HEREBY GRANTS the Motion and HEREBY APPOINTS Eric West as special process server in this action. IT IS FURTHER ORDERED THAT Eric West is authorized to serve Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing with the *Verified Complaint* and *Summons* in this action.

SO ORDERED this **31st** day of ____May____ 2022.

_____
Judge Angela Duncan,
Superior Court of Gwinnett County

Prepared and Submitted by:

David Metzger
Georgia Bar No. 363534

The High House
309 Sycamore Street
Decatur, Georgia 30030
Telephone: (404) 373-9590
Facsimile: (404) 378-6049
Email: dmetzger@williamsteusink.com

*Counsel for Ellis Refinance Portfolio, LLC*