# **Exhibit 8**

E-FILED IN OFFICE - CS
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-04544-11**
**3/31/2023 5:10 PM**
**TIANA P. GARNER, CLERK**

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ELLIS REFINANCE PORTFOLIO, LLC<br><br>    Plaintiff,<br><br>v.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING and CORELOGIC SOLUTIONS, LLC (CA) D/B/A CORELOGIC,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 22-A-04544-11 |

**WAIVER OF SERVICE OF DEFENDANT CORELOGIC SOLUTIONS, LLC (CA)**

COMES NOW, CORELOGIC SOLUTIONS, LLC (CA) d/b/a Corelogic ("CoreLogic") and acknowledges valid service of *Plaintiff's First Amended Complaint* and *Summons* as of March 31, 2023.

By this acknowledgement and waiver, CoreLogic affirms service of the above-referenced pleadings and hereby waives the defenses of insufficient process and insufficient service of process. All other defenses are reserved until the filing of further responsive pleadings.

1

144257307.2

This the 31st day of March, 2023.

          FOX ROTHSCHILD LLP

          /s/ G. Marshall Kent, Jr.
          G. Marshall Kent, Jr.
          Georgia Bar No. 415129

999 Peachtree Street NE
Suite 1500
Atlanta, GA 30309
Telephone: (404) 962-1036
Facsimile: (404) 962-1200
MKent@foxrothschild.com

*Counsel for CoreLogic Solutions, LLC (CA)*

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ELLIS REFINANCE PORTFOLIO, LLC<br><br>        Plaintiff,<br><br>v.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING and CORELOGIC SOLUTIONS, LLC (CA) D/B/A CORELOGIC,<br><br>        Defendants. | CIVIL ACTION FILE<br>NO.  22-A-04544-11 |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing pleading upon opposing counsel of record through the Odyssey E-filing service, addressed to:

| | |
|---|---|
| Keith Anderson<br>Bradley Arant Boult Cummings LLP<br>One Federal Place<br>1819 Fifth Avenue N.<br>Birmingham, AL 35203<br>kanderson@bradley.com | David Metzger<br>Williams Teusink, LLC<br>312 Sycamore Street<br>Decatur, GA 30030<br>dmetzger@williamsteusink.com |

This the 31st day of March, 2023.

FOX ROTHSCHILD LLP

/s/ G. Marshall Kent, Jr.
G. Marshall Kent, Jr.
Georgia Bar No. 415129

999 Peachtree Street NE
Suite 1500
Atlanta, GA 30309
Telephone:  (404) 962-1036
Facsimile:  (404) 962-1200
MKent@foxrothschild.com

*Counsel for CoreLogic Solutions, LLC (CA)*

3

144257307.2