# **<u>Exhibit 9</u>**

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ELLIS REFINANCE PORTFOLIO, LLC,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NEWREZ, LLC d/b/a SHELLPOINT  )<br>MORTGAGE SERVICING and CORELOGIC  )<br>SOLUTIONS, LLC (CA) d/b/a Corelogic,  )<br>  )<br>    Defendants.  ) | CIVIL ACTION FILE<br><br>NO. 22-A-04544-11 |

**DEFENDANT NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S CONSENT TO DEFENDANT CORELOGIC SOLUTIONS, LLC (CA) D/B/A CORELOGIC'S REMOVAL**

Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing ("Newrez") consents to the removal of the above captioned case currently pending in the Superior Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia. By submitting this consent, Newrez does not waive and expressly reserves all defenses it has at law and in fact.

Respectfully submitted this 28th day of April, 2023.

                                                          BRADLEY ARRANT BOULT
                                                          CUMMINGS LLP

By:    */s/ Keith S. Anderson*
           Keith S. Anderson
           Georgia Bar No. 136246
           Bradley Arant Boult Cummings LLP
           One Federal Place
           1819 Fifth Avenue N.
           Birmingham, Alabama 35203
           kanderson@bradley.com

           *Counsel for Newrez, LLC d/b/a Shellpoint Mortgage Servicing*