# **Exhibit 10**

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ELLIS REFINANCE PORTFOLIO, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 22-A-04544-11 |
| NEWREZ, LLC d/b/a SHELLPOINT | ) | |
| MORTGAGE SERVICING and CORELOGIC | ) | |
| SOLUTIONS, LLC (CA) d/b/a CoreLogic, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA; ATLANTA DIVISION

Notice is hereby given that Defendant CoreLogic Solutions, LLC, listed in the caption as CoreLogic Solutions, LLC (CA) d/b/a CoreLogic ("CoreLogic") has filed in the United States District Court for the Northern District of Georgia, Atlanta Division, its notice of removal of this action in accordance with the provisions of 28 U.S.C. § 1441 and 1446.[1] Attached hereto and made a part hereof is a true copy of said notice of removal and all papers and exhibits attached thereto.

Respectfully submitted this 28th day of April, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ G. Marshall Kent, Jr.
G. Marshall Kent, Jr.
Georgia Bar No. 415129
Gerald T. Chichester
Georgia Bar No. 210202
*Counsel for CoreLogic*

---

[1] CoreLogic respectfully submits that CoreLogic Tax Services, LLC ("CoreLogic Tax") is the correct entity for the above-referenced matter in that CoreLogic Tax entered into an agreement with Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing for certain property tax reporting and payment services. CoreLogic presently anticipates filing its motion to substitute CoreLogic with CoreLogic Tax as a party defendant in accordance with Fed. R. Civ. P. 21 after removal of the case. CoreLogic Tax is a Delaware limited liability company with CoreLogic as its sole member. The substitution of CoreLogic Tax will not affect diversity jurisdiction.

*Solutions, LLC*

**FOX ROTHSCHILD LLP**
999 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30309
Tel.    (404) 962-1000
Fax    (404) 962-1200
mkent@foxrothschild.com
gchichester@foxrothschild.com

2

144969049.5

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing pleading upon all counsel in this action through the Court's e-filing system, by electronic mail, and by placing a copy of the same in the United States mail, postage prepaid and properly addressed as follows:

David Metzger
Williams Teusink
312 Sycamore Street
Decatur, Georgia 30030
dmetzger@williamsteusink.com
*Counsel for Ellis Refinance Portfolio, LLC*

Keith Anderson
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue N.
Birmingham, Alabama 35203
kanderson@bradley.com
*Counsel for Newrez, LLC d/b/a Shellpoint Mortgage Servicing*

This 28th day of April, 2023.

FOX ROTHSCHILD LLP

By:   */s/ G. Marshall Kent, Jr.*
      G. Marshall Kent, Jr.
      Georgia Bar No. 415129
      Gerald T. Chichester
      Georgia Bar No. 210202
      *Counsel for CoreLogic Solutions*

**FOX ROTHSCHILD LLP**
999 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30309
Tel.   (404) 962-1000
Fax    (404) 962-1200
mkent@foxrothschild.com
gchichester@foxrothschild.com