# EXHIBIT "B"

Case 1:23-mi-99999-UNA   Document 1415-2   Filed 04/28/23   Page 2 of 4

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00742-S7**
**3/22/2023 12:26 PM**
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

**State of Georgia**           **County of Gwinnett**           **State Court**

Case Number: 23-C-00742-S7

**JAMES HARPER**
**Plaintiff**

vs.

**LAKE TRUCKING COMPANY,
and MELISSA SPARKS
Defendants**

Received by **CHASE WESTBROOK**, on the **14th of March 2023, at 1:30 PM** to be served on **LAKE TRUCKING COMPANY**

I, CHASE WESTBROOK, being duly sworn, depose and say that on the **17th of March 2023, at 11:30 PM**, executed service by delivering a true copy of the, **Summons, Complaint for Damages, Plaintiffs First Request for Admissions to Defendant, Lake Trucking Company, Plaintiff's First Continuing Request for Production of Documents and Notice to Produce to Defendant, Lake Trucking Company, Plaintiff's First Continuing Interrogatories to Defendant, Lake Trucking Company**

In accordance with the state statutes by **AUTHORIZED SERVICE:** To **LAURA BEAULAC as Controller** at the address of **Lake Trucking Company, 625 CR 468, Leesburg, FL 34748,** who stated they are authorized to accept service for **LAKE TRUCKING COMPANY**

I certify that I have no interest in the above action, I am of legal age and have proper authority in the jurisdiction in which this service was made.

SWORN TO and SUBSCRIBED
to before me this **20** day of
**March**, 2023 by the
affiant who is personally known
to me.

_____
**NOTARY PUBLIC**

KISHI FORD
Commission # HH 260659
Expires September 3, 2026

_____
Chase Westbrook
Certified Process Server
ID #10417-4
Appointed in accordance with
state statues.

Gehlbach Investigations
34633 Gennys Lane
Leesburg, Florida 34788
(352) 516-7463

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-00742-S7**
**4/6/2023 12:26 PM**
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

| Case: 23-C-00742-S7 | Court: IN THE STATE COURT OF GWINNETT COUNTY STATE OF GEORGIA | County: Gwinnett, GA | Job: 8611294 |
|---|---|---|---|
| Plaintiff / Petitioner: JAMES HARPER | | Defendant / Respondent: LAKE TRUCKING COMPANY, and and MELISSA SPARKS | |
| Received by: Evolution Process Service | | For: Foster Law | |
| To be served upon: Melissa Sparks | | | |

I, Samantha Futran, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Melissa Sparks, 1111 National Rd, Cambridge City, IN 47327
**Manner of Service:** Personal/Individual, Mar 30, 2023, 7:14 pm EDT
**Documents:** SUMMONS; COMPLAINT; PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS TO DEFENDANT LAKE TRUCKING COMPANY; PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO DEFENDANT LAKE TRUCKING COMPANY; PLAINTIFF'S FIRST CONTINUING REQUEST FOR PRODUCTION OF DOCUMENTS AND NOTICE TO PRODUCE TO DEFENDANT LAKE TRUCKING COMPANY; ORDER GRANTING PLAINTIFF'S MOTION TO OBTAIN PROCESS VIA PROCESS SERVER (Received Mar 27, 2023 at 3:58pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Mar 29, 2023, 8:45 pm EDT at 1111 National Rd, Cambridge City, IN 47327
No answer at door and no vehicles present. No lights see or noise heard inside home.

2) Successful Attempt: Mar 30, 2023, 7:14 pm EDT at 1111 National Rd, Cambridge City, IN 47327 received by Melissa Sparks. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 145; Height: 5'3"; Hair: Red;
Met recipient at address and she confirmed her identity and residency and she accepted documents.

_Samantha Futran_   4/4/23
Samantha Futran    Date

Evolution Process Service
6018 N Keystone Ave
Indianapolis, IN 46220
317-362-0316

Subscribed and sworn to before me by the affiant who is personally known to me.

_Sarah J. Wallace_
Notary Public

4/4/23                March 11, 2028
Date                  Commission Expires

[Notary Seal: SARAH J. WALLACE, Madison County, NOTARY PUBLIC, Commission Number NP0725771, NOTARY SEAL, STATE OF INDIANA]

Case 1:23-mi-99999-UNA   Document 1415-2   Filed 04/28/23   Page 4 of 4

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00742-S7**
**3/31/2023 9:26 AM**
**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

**James Harper,**

      Plaintiff(s),

vs.

**Lake Trucking Company and Melisa Sparks,**

      Defendant(s).

Case No.: 23-C-00742-S7

## AFFIDAVIT OF SERVICE

Personally appeared before me the undersigned officer duly authorized to administer oaths, Danny Davidson, who, after being duly sworn, deposes and states the following:

1.

Affiant states that he/she is appointed by this Court to serve process. The statements made are true and correct and are based upon my personal knowledge.

2.

I served USAA Casualty Insurance Company with a Summons, Complaint for Damages, Plaintiff's First Requests for Admissions to Defendant Lake Trucking Company, Plaintiff's First Continuing Request for Production of Documents and Notice to Produce to Defendant Lake Trucking Company, abd Plaintiff's First Continuing Interrogatories to Defendant Lake Trucking Company by leaving the documents with Alisha Smith, agent at Corporation Service Company, Registered Agent of USAA Casualty Insurance Company at said person's place of employment/place of business located at 2 Sun Court, Suite 400, Norcross, GA 30092 on March 28, 2023 at 11:50 AM.

Signed and sworn to before me on
this _30_ day of _March_, 20_23_
by an affiant who is personally known to me
or produced identification.

_____
Notary Public

**Danny Davidson**
Express Legal Services LLC
860 Johnson Ferry Rd.
Atlanta, GA 30342
(678) 648-6330




*5146268*