# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL CASE NO.: |
| v. ) | _____ |
| ) | |
| LAKE TRUCKING COMPANY and ) | **JURY TRIAL DEMANDED** |
| MELISSA SPARKS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CONSENT TO REMOVAL

Defendant Lake Trucking Company, by and through its authorized representative, Ted Brozanski, its CEO/President, and consents to the Notice of Removal filed by Specially Appearing Defendant Melissa Sparks in the above-captioned action—

Lake Trucking Company

By: _____
Ted Brozanski
CEO/President

Further, Defendant Lake Trucking Company, by and through its undersigned counsel, consent to the Notice of Removal filed by Specially Appearing Defendant Melissa Sparks in the above-captioned action.

- 1 -

31459472v1

- 2 -

This 28th day of April, 2023.

        **HAWKINS PARNELL & YOUNG, LLP**

        */s/ Carl H. Anderson, Jr.*
        Carl H. Anderson, Jr.
        Georgia Bar No. 016320

        *Attorneys for Specially-Appearing Defendants Melissa Sparks and Lake Trucking Company*

303 Peachtree Street, NE, Suite 4000
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile: (855) 889-4588
E-mail: canderson@hpylaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JAMES HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL CASE NO.: |
| v. ) | _____ |
| ) | |
| LAKE TRUCKING COMPANY and ) | **JURY TRIAL DEMANDED** |
| MELISSA SPARKS, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF COUNSEL

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with LR 5.1, NDGa., and LR 7.1(D), NDGa. Specifically, counsel certifies that he has used 14-point Times New Roman New as the font in these documents.

This 28th day of April, 2023.

                                            **HAWKINS PARNELL & YOUNG, LLP**

                                            */s/ Carl H. Anderson, Jr.*
                                            Carl H. Anderson, Jr.
                                            Georgia Bar No. 016320

                                            *Attorneys for Specially-Appearing Defendants Melissa Sparks and Lake Trucking Company*

303 Peachtree Street, NE, Suite 4000
Atlanta, GA 30308-3243
Telephone:  (404) 614-7400
Facsimile:  (855) 889-4588
E-mail:      canderson@hpylaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL CASE NO.: |
| v. ) | _____ |
| ) | |
| LAKE TRUCKING COMPANY and ) | **JURY TRIAL DEMANDED** |
| MELISSA SPARKS, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **NOTICE OF REMOVAL** on all parties to this action by electronic service and/or by placing a copy of the same in the United States Mail with sufficient postage thereon to ensure delivery to the following addressee(s):

James Z. Foster
**FOSTER LAW LLC**
1201 West Peachtree St, NW, Suite 2300
Atlanta, GA 30309
james@foster-law.com

**Alternative Address**
James Z. Foster
**FOSTER LAW LLC**
1 Saint Louis Street Suite 1002
Mobile, AL 36602-3925
james@foster-law.com

- 1 -

31459472v1

- 2 -

Respectfully submitted, this 28th of April, 2023.

                                                       **HAWKINS PARNELL & YOUNG, LLP**

                                                      */s/ Carl H. Anderson, Jr.*
                                                      Carl H. Anderson, Jr.
                                                      Georgia Bar No. 016320

                                                      *Attorneys for Specially-Appearing Defendants Melissa Sparks and Lake Trucking Company*

303 Peachtree Street, NE, Suite 4000
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile: (855) 889-4588
E-mail: canderson@hpylaw.com