# EXHIBIT A

# EXHIBIT A-1

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

DEC 15, 2020 08:52 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.,

    Plaintiff,

v.

ATOS ORIGIN, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 20-A-2260-2

21-1-0326

### TRANSFER ORDER

On July 14, 2020, Plaintiff Accelerated Outsourcing, Inc. filed a Complaint against Defendant Atos Origin, Inc. setting forth various allegations and, *inter alia*, seeking declaratory judgment against Defendants concerning the terms of the Agent Prospect Registration Form and the Agreement between the parties.

As dictated by O.C.G.A. § 9-4-2, "the respective superior courts of this state and the Georgia-State wide Business Court shall have power, upon petition or other appropriate pleading, to declare legal rights and other legal relations of any interested party petitioning for such declaration." Id. at (a).

Accordingly, this Court is without authority to adjudicate an action for declaratory judgment. However, it is not appropriate to dismiss the instant action as caselaw holds that "[w]here exclusive jurisdiction to hear and determine a particular type of action is vested by law in the superior courts, such an action mistakenly filed in a state court must be transferred to the appropriate court, not dismissed." McDonald v. Metro. Atlanta Rapid Transit Auth., 251 Ga. App. 230, 231 (2001) (citing Mitchell v. Southern Gen. Ins. Co., 185 Ga. App. at 870, 871) (1988) (holding when plaintiff files a declaratory judgment action, over which superior courts

have exclusive subject matter jurisdiction, in state court, case should be transferred to superior court).

Because this Court lacks subject matter jurisdiction, the Uniform Transfer Rules become operative.

**WHEREFORE,**

**IT IS HEREBY ORDERED**, that for the reasons discussed supra, the Clerk of the State Court, Cobb County, shall **TRANSFER** the above-captioned matter to the Clerk of the Superior Court, Cobb County, in accordance with the Uniform Transfer Rules T-11 and T-12.

**IT IS FURTHER ORDERED**, that Plaintiff is hereby on notice that if costs are not paid within 20 days as provided in rule T-11, the case shall automatically stand dismissed without prejudice. Uniform Transfer Rule T-10(a).

**SO ORDERED,** this the 14 day of December, 2020.

MARIA B. GOLICK, JUDGE
COBB STATE COURT

## CERTIFICATE OF SERVICE

This is to certify that I have this date served copies of the within and foregoing Order by mailing same (through the Cobb County Mail System, and/or through the PeachCourt Electronic Filing Portal) to the parties in this case as follows:

Ann Emery
aemery@schoenthalerlaw.com

Atos Origin, Inc.
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

This 15th day of December, 2020.

/s/ Lisa Davis
Lisa Davis
Judicial Administrative Assistant to
Judge Maria B. Golick

# EXHIBIT A-2



Filed In Office Jan-14-2021 15:51:44
ID# 2021-0005635-CV
Page 1

# IN THE STATE COURT OF COBB COUNTY

## STATE OF GEORGIA

Connie Taylor
Clerk of Superior Court Cobb County

ACCELERATED OUTSOURCING, INC.

21-1-0326

      Plaintiff

VS

ATOS ORIGIN, INC.,

                               Civil Action File Number 20-A-2260-2

      Defendant

## CERTIFICATION INDEX

1. Order Transferring Venue to the Superior Court of Cobb County

2. Motion to Transfer Venue to the Superior Court of Cobb County

3. Complaint

4. Summons

5. Affidavit of Service

6. Exhibit

7. Exhibit

8. Exhibit

9. Exhibit

10. Exhibit

11. Exhibit

12. Exhibit

13. Civil Filing Information Form

14. Motion for Special Agent

15. Exhibit

16. Amended Motion for Special Agent

17. Exhibit

18. Order Grant Special Agent

19. Notice of Filing

20. Exhibit

21. Exhibit

22. Certificate of Service

23. Rule 5.2 Certificate of Service

**This is to certify that the above stated documents are the original pleadings that were filed in the State Court of Cobb County. The 14th of January 2021.**

Deputy Clerk
State Court of Cobb County

# EXHIBIT A-3

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

⚜ **EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

NOV 30, 2020 11:33 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Cou
Cobb County, Georgi

ACCELERATED OUTSOURCING, INC.

    Plaintiff,

v.

ATOS ORIGIN, INC.,

    Defendant.

CIVIL ACTION NO.

20-A-2260

21-1-0326

**PLAINTIFF'S MOTION TO TRANSFER TO THE**
**SUPERIOR COURT OF COBB COUNTY**

COMES NOW Accelerated Outsourcing, Inc. (hereinafter "Plaintiff"), by and through its

undersigned counsel, and files this, *Plaintiff's Motion to Transfer to the Superior Court of Cobb*

*County* pursuant to the Uniform Transfer Rules, stating as follows:

1.

On July 14, 2020, Plaintiff filed its Complaint against Defendant in this Court.

2.

Plaintiff's Complaint seeks, among other things, that a declaratory judgment be entered

such that Defendant is obligated to pay Plaintiff pursuant to the terms of the parties' Agreement

Filed In Office Jan-14-2021 15:51:44
ID# 2021-0005636-CV
Page 1
Clerk of Superior Court Cobb County

1

and the accompanying Agent Prospect Registration forms for as long as Plaintiff's referrals remain customers of Defendant.

3.

As Superior Courts of Georgia have exclusive jurisdiction to grant such equitable relief, this Court does not have the jurisdiction to make such a declaratory judgment.

4.

Plaintiff, therefore, respectfully moves the Court to transfer the case to the Superior Court of Cobb County, Georgia where venue and jurisdiction are proper under Georgia law.

**WHEREFORE** Plaintiff respectfully requests that the Court enter an Order granting Plaintiff's Motion to Transfer to the Superior Court of Cobb County and transfer this case to the Superior Court of Cobb County, Georgia. A Proposed Order is attached hereto as Exhibit A.

This 30th day of November 2020.

Respectfully submitted,
SCHOENTHALER LAW GROUP

/s/ Ann R. Emery
Peter F. Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
Neill Wright
Georgia Bar No 513847
3200 Windy Hill Road SE, Suite 1600E
Atlanta, Georgia 30339
Telephone: (404) 855-3315
Facsimile: (404) 891-6120
pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com
nwright@schoenthalerlaw.com

ID# 2021-0005636-CV
Page 3

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ACCELERATED OUTSOURCING, INC. | |
| Plaintiff, | |
| | CIVIL ACTION NO. |
| v. | 20-A-2260 |
| ATOS ORIGIN, INC., | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of *Plaintiff's Motion to Transfer to the Superior Court of Cobb County* upon Defendant, by and through its registered agent, by U.S. Certified Mail, return receipt requested, as follows:

Atos Origin, Inc.
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

This 30th day of November 2020.            */s/ Ann R. Emery*
Georgia Bar No. 897305

3

ID# 2021-0005636-CV
Page 4

# EXHIBIT A

ID# 2021-00005636-CV
Page 5

# IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

|  |  |
|---|---|
| ACCELERATED OUTSOURCING, INC. | |
| Plaintiff, | |
| | CIVIL ACTION NO. |
| v. | 20-A-2260 |
| ATOS ORIGIN, INC., | |
| Defendant. | |

## ORDER TO TRANSFER

This case is before the Court for consideration of Plaintiff's motion to transfer venue from this Court to the Superior Court of Cobb County on the basis that the relief sought in Plaintiff's Complaint cannot be granted by this Court and that exclusive jurisdiction is reserved to the Superior Court of Cobb County.

Having considered Plaintiff's motion, it is hereby ORDERED that the above-styled case be transferred to the Superior Court of Cobb County, Georgia.

Such transfer is to be in accordance with the Uniform Transfer Rules and Plaintiff shall pay the transfer costs associated therewith within 20 days of mailing or delivery of the cost bill by the Clerk of Court or the case shall stand dismissed.  Unless Plaintiff pays all accrued court costs within 20 days of mailing or delivery of the cost bill to Plaintiff, the action shall automatically

stand dismissed without prejudice as provided by the Uniform Rules of Superior Court. The Clerk of Court is hereby directed to compute said court costs, along with the costs of preparing and transferring the file in this case, and to notify Plaintiff's counsel in writing of said amounts. When said costs are paid in full, the clerk of this Court is hereby directed to retain a complete copy of the record through the date of transfer. The Clerk of Court shall index and certify all original pleadings, orders, and other papers on file and transmit them, along with the transfer costs, to the Clerk of the Superior Court of Cobb County.

Transfer costs of $50 are hereby taxed against Plaintiff.

**SO ORDERED**, this _____ day of _____ 2020.

_____
Hon. Maria B. Golick
Judge, State Court of Cobb County

# EXHIBIT A-4

&#x2766; EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

JUL 14, 2020 02:57 PM

*Angie T. Davis*
Angie T. Davis, Clerk of State Court
Cobb County, Georgia

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

ACCELERATED OUTSOURCING, INC.

   Plaintiff,

v.

ATOS ORIGIN, INC.,

   Defendant.

CIVIL ACTION NO.

21-1-0326

## COMPLAINT

COMES NOW Accelerated Outsourcing, Inc. (hereinafter "Plaintiff"), by and through its undersigned counsel, and files this Complaint against Atos Origin, Inc. (hereinafter "Defendant") respectfully showing the court as follows:

### JURISDICTION AND VENUE

1.

Plaintiff is a Georgia corporation doing business in the state.

2.

Defendant is a Delaware corporation.  Defendant may be served with summons and complaint by service upon its registered agent, National Registered Agents, Inc. at the following address: 1209 Orange Street, Wilmington, DE 19801.

3.

This Court has jurisdiction over this action and venue of the action is proper in this Honorable Court.

1

ID# 2021-0005637-CV
Page 2

## FACTS COMMON TO ALL COUNTS

4.

On August 29, 2005, Plaintiff and Defendant entered into a contract whereby Plaintiff was to provide services for the Defendant (the "Agreement"). A copy of the Agreement is attached hereto as Exhibit A.

5.

Pursuant to the Agreement, Plaintiff was to source new clients to whom Defendant would provide services and/or products.

6.

Prospective clients were to be registered pursuant to an "Agent Prospect Registration" form, which was attached to the Agreement.

7.

The Agreement provided that in the event Defendant executed a contract with a customer referred by Plaintiff, Plaintiff would be entitled to a fee (the "Commission"). [Ex. A, Section 4.].

8.

The Commission was to be "negotiated in good faith between the parties on a case-by-case basis" and "[t]he commission to be paid to [Plaintiff] will be paid by [Defendant] at the agreed rate as a percent of amount billed for fees and collected for services rendered for each month of the contract to all new named and registered prospects who become clients and are located for [Defendant] by [Plaintiff]." [Ex. A, Section 4.].

2

9.

The Agreement provided that the Plaintiff would be entitled to a Commission for as long as its referral was a customer of the Defendant. [*See* Ex. A, Sections 1(b) and 4.].

10.

Pursuant to the Agreement, the process for payment to Plaintiff was as follows: "[u]pon billing the client, one copy of the invoice is to be forwarded to [Plaintiff] who will in turn invoice [Defendant] for the commission due."

11.

Further, "[t]he expiration or termination of this Agreement shall not affect the obligation of Vendor to pay the commissions to Agent…" [Exhibit A, Section 2(c).].

12.

On May 18, 2014, the parties executed an "Agent Prospect Registration" form regarding a client prospect named San Diego Gas & Electric Company ("Sempra") (the "Sempra Registration Form").  [A copy of the Sempra Registration Form is attached hereto as Exhibit B.].

13.

The Sempra Registration Form was executed on behalf of the Defendant by Ryan Schebler, its Senior Vice President of North America. [*See* Ex. B.].

14.

Pursuant to the Sempra Registration Form, Defendant agreed to pay Plaintiff a Commission at a rate of 3% if Defendant entered into a contract with Sempra. [*See* Ex. B.].

15.

Defendant entered into a contract with Sempra and provided goods and/or services to Sempra, thus triggering their obligation to pay Plaintiff a Commission.

ID# 2021-0008637-CV
Page 4

16.

For over four years, Defendant paid Plaintiff a Commission as described hereinabove on a quarterly basis.

17.

The course of business dealings between Defendant and Plaintiff affirmed Defendant's obligation to pay Plaintiff for its origination of Sempra.

18.

On October 17, 2019, Plaintiff sent Invoice #19-290 in the amount of $17,577.28. [A copy of the Invoice is attached hereto as Exhibit C.

19.

Defendant never paid Invoice #19-290.

20.

On October 24, 2019, Defendant sent Plaintiff a letter terminating the Agreement effective August 28, 2020 in accordance with Section 2(b)(iii) of the Agreement (the "Termination Letter"). [A copy of the Termination Letter is attached hereto as Exhibit D.].

21.

The Termination Letter further noticed Defendant's intent to cease rendering payments stemming from Plaintiff's origination of the client San Diego Gas & Electric Company ("Sempra") on the basis that Plaintiff's origination of Sempra was allegedly an "...undefined Business Opportunity" as "...the Agent Prospect Registration Form does not even contain a brief description of the services included in the Business Opportunity." [*See* Exhibit D.].

4

22.

Defendant paid numerous Plaintiff invoices relating to Sempra.  [Copies of invoices paid by Defendant relating to Sempra are attached here as composite Exhibit E.].

23.

Defendant paid other Commissions pursuant to other Agent Prospect Registration forms that were similar in scope and form as that of the Sempra Registration Form for other clients.  In particular, Defendant's representatives Jerry Anderson, CFO of North America and Mark Cyran, its VP of Managed Operations executed forms on September 25, 2008 and August 4, 2008, respectively.   [Copies of those forms are attached hereto as Exhibits F and G.].

24.

Prior to the date of the Termination Letter, Defendant's representatives never expressed any concerns over the description of services contained in the Agent Prospect Registration Forms.

25.

On November 14, 2019, counsel for Plaintiff sent counsel for Defendant a demand letter seeking Defendant's continued payment of monies owed under the Agreement (the "Demand Letter").  [A copy of the Demand Letter is attached hereto as Exhibit H.].

26.

Defendant has failed to respond to the Demand Letter and has ceased payment for monies owed under the Agreement relating to Plaintiff's origination of Sempra.

ID# 2021-0005637-CV
Page 6

## COUNT I:

## BREACH OF CONTRACT

27.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

28.

Defendant entered into a contract with Plaintiff that is valid and enforceable.

29.

Plaintiff provided labor and services pursuant to the contract.

30.

Defendant has an obligation to pay for services rendered pursuant to the contract.

31.

Defendant breached the contract by failing to pay invoices for monies owed under the contract.

32.

Defendant's breach of contract has damaged Plaintiff in an amount to be proven at trial, but in any event not less than $17,577.28 in principal, plus legal interest of 7% pursuant to O.C.G.A. § 7-4-2. As of July 14, 2020, interest on the minimum amount owed is $711.07, accruing daily in the amount of $3.37. Upon information and belief, Plaintiffs have been damaged in an amount far beyond the minimum amount stated and their damages continue to accrue so long as Sempra remains the Defendant's customer.

## COUNT II:

## BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

### 33.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

### 34.

Implied in every contract executed within the State of Georgia a covenant of good faith and fair dealing.  Accordingly, the law requires contracting parties to deal with one another fairly, and in good faith, in entering into contracts.

### 35.

By its actions, Defendant has breached the covenant of good faith and fair dealing.

### 36.

Plaintiffs have been damaged in an amount to be determined at trial. As of July 14, 2020 Plaintiffs have been injured in the minimum amount of $18,288.35, which continues to accumulate legal interest.  Upon information and belief, Plaintiffs have been damaged in an amount far beyond the minimum amount stated and their damages continue to accrue so long as Sempra remains the Defendant's customer.

## COUNT III:

## ACCOUNT STATED

### 37.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

7

ID# 2021-0005637-CV

Page 8

38.

Defendant, by failing to pay Invoice #19-290 has caused a balance to remain outstanding on its account.  [Attach as composite exhibit.; Attach Statement of Account as Exhibit] *See* Exhibit D.].

39.

Defendant's performance of its obligation to make full and complete payments against its account balance was not excused.

40.

Defendant's failure to make payments in satisfaction of its account has damaged Plaintiff in an amount to be proven at trial, but in any event not less than $17,577.28 in principal, plus legal interest of 7% pursuant to O.C.G.A. § 7-4-2.  As of July 14, 2020, interest on the minimum amount owed is $711.07, accruing daily in the amount of $3.37.

## COUNT IV

## DECLARATORY JUDGMENT

41.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

42.

Pursuant to the Agreement, Defendant was to pay Plaintiff "at the agreed rate as a percent of amount billed for fees and collected for services rendered" to Sempra.

43.

Pursuant to the Agreement, Defendant was to pay Plaintiff a commission so long as Plaintiff's referral remained a customer of Defendant.

44.

Sempra remains a customer of the Defendant.

45.

Defendant contests its obligation to render such payments to Plaintiff.

46.

There is an actual and justiciable controversy between Plaintiff and Defendant.

47.

The controversy necessitates a determination by this Court as to the rights and obligations of the parties concerning this dispute to protect Plaintiff from damages stemming Defendant's failure to pay pursuant to the Agreement.

48.

The ends of justice require a declaratory judgment that Defendant that Defendant is obligated to pay Plaintiff pursuant to the terms of the Agreement and the accompanying Agent Prospect Registration form as long as its referrals, in particular Sempra, remains a customer of Defendant.

## COUNT IV:

## AWARD OF ATTORNEY'S FEES

49.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

ID# 2021-0005637-CV
Page 10

50.

Defendant has acted in bad faith, been stubbornly litigious, and caused Plaintiff unnecessary trouble and expense.

51.

Plaintiff is entitled to an award of litigation expenses, including reasonable attorneys' fees, against Defendant pursuant to O.C.G.A. § 13-6-11.

## PRAYER FOR RELIEF

**WHEREFORE** Plaintiff respectfully demands a trial by jury and further demands and prays as follows:

(a)     That judgment be issued against Defendant on all counts;

(b)     That judgment be entered in its favor against Defendant for all amounts to which it is legally entitled pursuant to the Agreement;

(c)     That judgment be entered in its favor against Defendant in the principal amount to be determined at trial;

(d)     That Plaintiff receives an award of pre-judgment interest;

(e)     That a declaration, ruling, and judgment be issued that Defendant is obligated to pay Plaintiff pursuant to the terms of the Agreement and the Agent Prospect Registration form;

(f)     That Plaintiff recover from Defendant its expenses of litigation, including reasonable attorneys' fees and costs of investigation, pursuant to O.C.G.A. § 13-6-11; and

(g)     Such other and further relief as this Court deems just and proper.

This 14th day of July 2020.

Respectfully submitted.

**SCHOENTHALER LAW GROUP**

*/s/ Peter F. Schoenthaler*
Peter Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
Neill K. Wright
Georgia Bar No. 513847
Christopher Rosser.
Georgia Bar No.  761317
3200 Windy Hill Road S.E.
Suite 1600E
Atlanta, GA 30339
Tel. (404) 592-5397
pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com
nwright@schoenthalerlaw.com
crosser@schoenthalerlaw.com

*Attorneys for Plaintiffs*

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
20-A-2260

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit A

08/29/2005   12:42   7134037240   PAGE   02/04

# ACCELERATED OUTSOURCING, INC.

**Agent Agreement**

**Effective Date:** 8/29/05

**Term:** One (1) year or per termination herein

This **AGENT AGREEMENT** is made and entered into on the Effective Date of this Agreement by and between **ACCELERATED OUTSOURCING, INC.** (hereinafter referred to as "Agent") having a place of business at 544 Collier Rd., Atlanta, GA 30318 and Atos Origin, Inc. (hereinafter referred to as "Vendor") having a place of business at 5599 San Felipe, Suite 300, Houston, TX 77056. For and in consideration of the mutual agreements contained herein, the parties hereto agree as follows:

## 1.   SERVICES.

a)   Agent will attempt to locate new clients for some or all of the services and/or products that Vendor has available to sell. It is understood that Vendor shall determine the services/products to be sold, and the rates to be charged.

b)   Agent recognizes that this Agreement in no way restricts Vendor from recruiting other clients of outsourcing through its own efforts or through that of other third parties. However, it is understood that once Agent introduces a new prospective client to Vendor that has an expressed need for specific and defined services and/or products offered by Vendor (the "Business Opportunity"), Agent is entitled to commissions as defined in Section 4 of this Agreement with respect to a contract that results from that Business Opportunity. Agent shall not be entitled to commissions for any other agreement executed with a particular client, unless such agreement is simply a renewal or extension of the contract that resulted from the Business Opportunity.

c)   Agent will register potential clients with Vendor in writing per Exhibit A ("Agent Prospect Registration"), giving the name, address and telephone number of the prospective client and a brief description of the business to be conducted. Vendor will acknowledge and verify the registration of the prospect by signing and returning to Agent, the Agent Prospect Registration. If the prospective client is already a client of Vendor or is already registered by another agent, or is currently a prospect of Vendor, Agent will be so advised and no commission will be due.

## 2.   TERM AND TERMINATION.

a)   The initial term of this Agreement shall commence on the Effective Date and shall continue in effect for a period of one (1) year, unless otherwise terminated as hereinafter provided. Thereafter, the term of this Agreement shall be automatically renewed for successive one (1) year renewal terms, unless sooner terminated as provided below.

b)   Either party may terminate this Agreement, by delivering written notice of termination to the other party, upon the occurrence of any of the following events: (i) if the other party breaches this Agreement in any material respect and fails to cure such breach within thirty (30) days following the non-breaching party's delivery of written notice of such breach; (ii) if the other party becomes insolvent or the subject of any proceedings seeking reorganization, receivership, or rearrangement under any applicable laws relating to insolvency or bankruptcy; or (iii) by non-renewal at the end of a term by giving at least sixty (60) days' advance written notice of intention not to renew. The provisions of Sections 3 and 4 shall survive any termination of this Agreement.

c)   The expiration or termination of this Agreement shall not affect the obligation of Vendor to pay the commissions to Agent in accordance with Section 4 on any referral solicited by Agent and submitted to Vendor prior to the effective date of such expiration or termination so long as such referral is accepted by Vendor before or after such expiration or termination and Vendor receives the amounts due from the client with respect to the services which are the subject of such referral. Except as specifically provided herein, termination of or failure to extend this Agreement by either party as provided in this Section 2 shall be without liability therefore by either party.

d)   Upon expiration or termination of this Agreement, Agent shall promptly deliver to Vendor all supplies and other articles and materials as may have been provided by Vendor to Agent in connection with this Agreement.

e)   This agreement shall be binding upon vendor, vendor's representatives, successors, acquirers, mergees and assigns.

## 3.   CONFIDENTIALITY.

Each party agrees that it will not disclose, transfer or allow access to any trade secret information of the other party in its possession to any third parties. A party receiving such trade secret information agrees that such information will not be used for any purpose other than the provision of this Agreement. The parties' obligations under this Section shall be limited to the use of reasonable care in the protection of such trade secret information, but in no event should such care be less than that used by the receiving party to protect its own trade secret information. As used herein the term "trade secret" shall mean any information, scientific or technical data, design, process, procedure, formula or improvement that is commercially valuable to the disclosing party and is not generally known in that party's respective industry or is identified as confidential. Further, the commissions outlined in Section 4 shall be identified as confidential information.

## 4.   COMMISSIONS.

Agent shall be entitled to a contingent fee ("commission") in the event that Vendor ultimately executes a contract with a customer that Agent has referred to Vendor with respect to a particular registered Business Opportunity. Agent shall not be entitled to other commissions from Vendor for other contracts executed with a customer that are not registered Business Opportunities. The commission shall be negotiated in good faith between the parties on a case-by-case basis, depending on the economics of the particular deal. The target for the fee will be 10%, however the fee for each deal will be specified in the attachment to this agreement that represents the individual deal. The commission to be paid to Agent will be paid by Vendor at the agreed rate as a percent of amount billed for fees and collected for services rendered for each month of the contract to all new named and registered prospects who become clients and are located for Vendor by Agent. Upon billing the client, one copy of the invoice is to be forwarded to Agent who will in turn invoice Vendor for the commission due. Such commission is payable within thirty (30) days upon Vendor's receipt of payment from the client. Agent is not responsible for the client's nonpayment of bills; nor warrants the credit rating of any client, but Agent understands that commissions are only from payments by client. The commission rate may be mutually re-negotiated on a client-by-client basis. Vendor shall not be relieved of its obligation to pay commissions with respect to a particular Business Opportunity as long as that Business Opportunity is still in force and effect.

08/29/2005  12:42    7134037240                                            PAGE  03/04

## ACCELERATED OUTSOURCING, INC.
### Agent Agreement

**5.  TERM OF REGISTRATION.**
The registration of all Business Opportunities for prospective clients shall continue on an exclusive basis for one (1) year. The Business Opportunity may then be deemed unregistered for the purposes of this Agreement and Vendor will inform Agent of the change in status, unless both parties mutually agree to extend the registration for a prospective client.

**6.  GENERAL.**
This Agreement shall be governed by and construed in accordance with Georgia law. This Agreement contains the full and complete understanding of the parties with respect to the subject matter hereof and supersedes all prior representations and understandings, whether oral or written.

**IN WITNESS WHEREOF,** the parties hereto, each acting under due and proper authority, have executed this Agreement as of the Effective Date first above mentioned. Once signed, 1) any reproduction of this Agreement, or Amendment, or other attachment made by reliable means (for example, photocopy or facsimile) is considered an original and 2) all products and services ordered under this Agreement are subject to the terms therein.

Agent:    Accelerated Outsourcing, Inc.
          544 Collier Road
          Atlanta, GA 30318

By: _____          By: _____

Print Name: ADRIAN BANNISTER          Print Name: JERRY ANDERSON

Title: PRESIDENT                      Title: CFO and TREASURER

Date: 8/29/05                         Date: 8/29/05

# ACCELERATED OUTSOURCING, INC.
### Agent Agreement

## EXHIBIT "A"
### Agent Prospect Registration

**Submit to:** _____

| AGENT INFORMATION | | | |
|---|---|---|---|
| **Agent / Company** | Accelerated Outsourcing, Inc. | **Agent Contact** | Adrian Bannister |
| **Address** | 544 Collier Rd | **Phone Number** | 404-351-3382 |
| **City, State, Zip** | Atlanta, GA  30318 | **Email Address** | abannister@accelout.com |

| PROSPECT INFORMATION | | | |
|---|---|---|---|
| **Company** | | **Contact** | |
| **Address** | | **Title / Position** | |
| **City, State, Zip** | | **Phone Number** | |
| **Description of Business Opportunity (i.e. particular services/products needed)** | | **Email Address** | |

**Agreed commission structure** _____

Agent:   Accelerated Outsourcing, Inc.                    Vendor Acceptance:

By:_____                    By: _____

Print Name: _____          _____          Print Name: _____

Title: _____                    Title: _____

Date: _____                    Date: _____

# Exhibit B

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

**EXHIBIT "A"**
**Agent Prospect Registration**

**Submit to: <u>Randy Rogan/ Atos Origin</u>**

| AGENT INFORMATION | | | |
|---|---|---|---|
| **Agent / Company** | **Accelerated Outsourcing, Inc.** | **Agent Contact** | **Adrian Bannister** |
| **Address** | **39 Mountain St** | **Phone Number** | **404-822-6546** |
| **City, State, Zip** | **Bristol, VT 05443** | **Email Address** | **abannister@accelout.com** |
| PROSPECT INFORMATION | | | |
| **Company** | Sempra Energy (San Diego Gas & Electric Company) | **Contact** | Andrew Harrod |
| **Address** | 1801 S. Atlantic Blvd. | **Title / Position** | CIO |
| **City, State, Zip** | Monterey Park, CA 91754 | **Phone Number** | 323-780-5462 |
| | | **Email Address** | aharrod@semprautilities.com |

**Accelerated Outsourcing's Commission Rate: Three Percent (3%)**

Agent:   Accelerated Outsourcing, Inc.                Vendor Acceptance:

By: _____                By: _____

Print Name: <u>Adrian Bannister</u>                Print Name: <u>   Ryan Schebler</u>

Title: <u>President</u>                Title: <u>   Senior Vice President, North America</u>

Date: <u>   5/8/2014</u>                Date: <u>   5/18/2014</u>

# Exhibit C

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
20-A-2260

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

## Standard Invoice

Original tax invoice has been submitted electronically. This is a human readable representation (copy) of the original tax invoice.

| Invoice Number (Supplier Reference No.) | 19-290 |
|---|---|
| Invoice Date | Thursday 17 Oct 2019 10:49 AM GMT-04:00 |
| Amount Due | $17,577.28 USD |

| Supplier | Customer |
|---|---|
| Accelerated Outsourcing, Inc. | 0376 |
| 39 Mountain St | PO Box 982442 |
| Bristol | El Paso |
| VT | TX |
| 05443-1320 | 79998-2442 |
| United States | United States |

**Shipping Information**

| Ship From | Ship To |
|---|---|
| Accelerated Outsourcing, Inc. | John Pitcock |
| 39 Mountain St | 5414 Country Lakes Ln. |
| Bristol | MANATEE,SARASOTA |
| VT | FL |
| 05443-1320 | 34243 |
| United States | Phone: (770) 513-8586 |

### Line Items
PO No. : 5900070394 · PO Date : 19 Oct 2018

| Line No. | PO Line No. | Type | Supplier Part No. / Description | Customer Part No. | Quantity (UOM) | Unit Price | Subtotal |
|---|---|---|---|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 | | 17,577.28 (EA) | $1.00 USD | $17,577.28 USD |

**Taxes, Allowances and Charges**

| Category | Applicable To | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|---|
| Sales Tax | Line | | $17,577.28 USD | 0% | $0.00 USD |

Line Item Total : $17,577.28 USD

### Tax Summary

| Category | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|
| Sales Tax | | $17,577.28 USD | 0% | $0.00 USD |

Tax Summary : $0.00 USD

### Amount Summary

| | |
|---|---|
| Line item subtotal | $17,577.28 USD |
| Gross amount | $17,577.28 USD |
| Net amount | $17,577.28 USD |
| Total tax amount | $0.00 USD |
| Amount Due | $17,577.28 USD |

### Additional Information

ServiceDescription
2019 2nd Quarter Commissions for Sempra

governmentRegistrationNo
2336225

### Billing Information

| Bill From | Bill To |
|---|---|
| Accelerated Outsourcing, Inc. | 0376 |
| 39 Mountain St | Atos IT Solutions and Services Inc. |
| Bristol | 0376 |
| VT | PO Box 982442 |
| 05443-1320 | El Paso |
| United States | TX |
| | 79998-2442 |
| | Address ID: . |

### Remittance Information

Remit To
Accelerated Outsourcing, Inc.
39 Mountain St
Bristol
VT
05443-1320
United States

Tax ID of Supplier
55-0857246

### Payment Terms

Net payment Terms (Days) :
60

Appendix

| Line No. | PO Line No. | Type | Supplier Part No. / Description |
|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 |

Additional Details:
Classification Domain : not available
Classification Code : M&A,Strat&Mgt cons.
Supplier Part ID : not available

PDF generated by John Pitcock on Friday 1 Nov 2019 2:30 PM GMT-04:00

# Exhibit D

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

20-A-2260

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia



**Legal, Compliance and
Contracts Management**

4851 Regent Boulevard
Irving, TX 75063 USA

lisa.may@atos.net

October 24, 2019
<u>via Email</u>

Accelerated Outsourcing, Inc.
544 Collier Road
Atlanta, GA 30318
Attention: John Pitcock

Re:   Termination of that certain Agent Agreement, dated August 29, 2005 ("Agreement"),
      between Atos IT Solutions and Services, Inc., as successor to Atos Origin, Inc. ("Atos"),
      and Accelerated Outsourcing, Inc. ("Agent")

Dear Mr. Pitcock:

In accordance with Section 2(b)(iii) of the Agreement, please accept this letter as notice of
Atos' intention not to renew the Agreement upon its expiration on August 28, 2020.

Section 1(c) defines a Business Opportunity as a set of specific and defined services that will
be described on the Agent Prospect Registration form submitted by Agent. However, the
Business Opportunity for Sempra is undefined; the Agent Prospect Registration form does not
contain even a brief description of the services included in the Business Opportunity. While
Atos has made payments to Accelerated Outsourcing in the past, Atos has determined that it
will not continue to make payments related to an undefined Business Opportunity. Therefore,
as of the end of the second quarter of 2019, all such payments related to Sempra have
ceased.

If you have any questions concerning this notice, you may direct them to me at the address
and/or email on this letterhead.

Sincerely,

/ss/ *Lisa A. May*

Lisa A. May
Senior Legal Counsel
Director – Legal and Compliance

cc:   J. Goldberg
      D. Chiang
      A. Chipperson

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
20-A-2260

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit E

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 6/26/2015 | 15-177 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc.<br>PO Box 982442<br>El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Due on Receipt |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376070493 dated 12/10/2014 (Item #10: Consulting Fees - Transition of $100,000  @ 3%) | $3,000.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376070500 dated 12/15/2014 (Item #10: Consulting Fees - Transition of $486,000  @ 3%) | $14,580.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376078603 dated 5/12/2015 (Item #20: Consulting Fees - Steady State of $163,364.45  @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376078603 dated 5/12/2015 (Item #20: Consulting Fees - Steady State of $163,364.45  @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376078603 dated 5/12/2015 (Item #20: Consulting Fees - Steady State of $163,364.45  @ 3%) | $4,900.93 |
| *Thank you for your prompt payment.* | **Total:** $32,282.79 |

# Accelerated Outsourcing, Inc.

5414 Country Lakes Ln
Sarasota, FL 34243

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/18/2015 | 15-261 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376081850 dated 6/24/2015 (Mainframe Fees - Steady State of $163,364.45  @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376084085 dated 8/7/2015 (Mainframe Fees - Steady State of $163,364.45  @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376085859 dated 9/10/2015 (Mainframe Fees - Steady State of $163,364.45  @ 3%) | $4,900.93 |
| *Thank you for your prompt payment.* | **Total:** $14,702.79 |

# Accelerated Outsourcing, Inc.

5414 Country Lakes Ln
Sarasota, FL 34243

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/15/2015 | 15-349 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376087604 dated 10/13/2015 (Mainframe Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376089271 dated 11/12/2015 (Mainframe Fees - Steady State of $227,278.45 @ 3%) | $6,818.35 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376090477 dated 12/08/2015 (Mainframe Fees - Steady State of $227,278.45 @ 3%) | $6,818.35 |
| *Thank you for your prompt payment.* | **Total:** $18,537.63 |

**Accelerated Outsourcing, Inc.**                                     **Invoice**

5414 Country Lakes Ln

Sarasota, FL 34243

| DATE | INVOICE # |
|------|-----------|
| 3/28/2016 | 16-088 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376092271 dated 1/12/2016 (Outsourcing Fees - Steady State of $227,278.45 @ 3%) | $6,818.35 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376094023 dated 2/15/2016 (Outsourcing Fees - Steady State of $220,675.45 @ 3%) | $6,230.26 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376095015 dated 3/08/2016 (Outsourcing Fees - Steady State of $227,278.45 @ 3%) | $6,818.35 |
| *Thank you for your prompt payment.* | **Total:** $19,866.96 |

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 6/30/2016 | 16-182 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376096609 dated 4/11/2016 (Outsourcing Fees - Steady State of $175,309.00 @ 3%) | $5,259.27 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376097754 dated 5/4/2016 (Outsourcing Fees - Steady State of $202,582.00 @ 3%) | $6,077.46 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376099853 dated 6/14/2016 (Outsourcing Fees - Steady State of $175,309.00 @ 3%) | $5,259.27 |
| *Thank you for your prompt payment.* | **Total:** $16,596.00 |

# Accelerated Outsourcing, Inc.

**Invoice**

5414 Country Lakes Ln
Sarasota, FL 34243

| DATE | INVOICE # |
|------|-----------|
| 10/10/2016 | 16-284 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376101538 dated 7/14/2016 (Outsourcing Fees - Steady State of $214,462.00 @ 3%) | $6,433.86 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376102572 dated 8/10/2016 (Outsourcing Fees - Steady State of $202,582.00 @ 3%) | $6,077.46 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376104272 dated 9/14/2016 (Outsourcing Fees - Steady State of $202,582.00 @ 3%) | $6,077.46 |
| *Thank you for your prompt payment.* | **Total:** $18,588.78 |

**Accelerated Outsourcing, Inc.**

**Invoice**

5414 Country Lakes Ln
Sarasota, FL 34243

| DATE | INVOICE # |
|------|-----------|
| 1/4/2017 | 17-004 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376105780 dated 10/18/2016 (Outsourcing Fees - Steady State of $194,049.00  @ 3%) | $5,821.47 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376107138 dated 11/15/2016 (Outsourcing Fees - Steady State of $206,791.00  @ 3%) | $6,203.73 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376108200 dated 12/01/2016 (Outsourcing Fees - Steady State of $210,124.00  @ 3%) | $6,303.72 |
| *Thank you for your prompt payment.* | **Total:** $18,328.92 |

**Accelerated Outsourcing, Inc.**                                        **Invoice**

5414 Country Lakes Ln

Sarasota, FL 34243

| DATE | INVOICE # |
|------|-----------|
| 4/4/2017 | 17-097 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376108202 dated 12/01/2016 (Outsourcing Fees - Steady State of $210,124.00 @ 3%) | $6,303.72 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376112358 dated 02/15/2017 (Outsourcing Fees - Steady State of $212,012.64 @ 3%) | $6,360.38 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376115091 dated 03/21/2017 (Outsourcing Fees - Steady State of $210,124.00 @ 3%) | $6,303.72 |
| *Thank you for your prompt payment.* | **Total:** $18,967.82 |

# Accelerated Outsourcing, Inc.

5414 Country Lakes Ln
Sarasota, FL 34243

### Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/10/2017 | 17-191 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376118099 dated 04/18/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376120085 dated 05/10/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376122719 dated 06/09/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| *Thank you for your prompt payment.* | **Total:** $16,848.18 |

**Accelerated Outsourcing, Inc.**

**Invoice**

5414 Country Lakes Ln
Sarasota, FL 34243

| DATE | INVOICE # |
|------|-----------|
| 1/4/2018 | 18-004 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |
| |
| atos.nam.ap.invoice@conduent.com |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376125210 dated 07/07/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376127199 dated 08/02/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376129835 dated 09/08/2017 (Outsourcing Fees - Steady State of $194,402.00 @ 3%) | $5,832.06 |
| *Thank you for your prompt payment.* | **Total:** $17,064.18 |

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/1/2018 | 18-032 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |
| |
| atos.nam.ap.invoice@conduent.com |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376132181 dated 10/02/2017 (Outsourcing Fees - Steady State of $208,202.00 @ 3%) | $6,246.06 |
| | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376134747 dated 11/02/2017 (Outsourcing Fees - Steady State of $210,202.00 @ 3%) | $6,306.06 |
| | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376137120 dated 12/05/2017 (Outsourcing Fees - Steady State of $208,902.00 @ 3%) | $6,267.06 |
| *Thank you for your prompt payment.* | **Total:** $18,819.18 |

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 4/10/2018 | 18-100 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |
| |
| atos.nam.ap.invoice@conduent.com |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376139486 dated 01/05/2018 (Outsourcing Fees - Steady State of $201,502.00  @ 3%) | $6,045.06 |
| | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376141863 dated 02/07/2017 (Outsourcing Fees - Steady State of $236,180.35  @ 3%) | $7,085.41 |
| | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376144554 dated 03/14/2017 (Outsourcing Fees - Steady State of $241,372.15  @ 3%) | $7,241.16 |
| | |
| *Thank you for your prompt payment.* | **Total:** $20,371.63 |

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 7/17/2018 | 18-198 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |
| |
| atos.nam.ap.invoice@conduent.com |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376147053 dated 04/11/2018 (Outsourcing Fees - Steady State of $196,872.20  @ 3%) | $5,906.17 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376149653 dated 05/14/2018 (Outsourcing Fees - Steady State of $191,891.84  @ 3%) | $5,756.76 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376151827 dated 06/07/2018 (Outsourcing Fees - Steady State of $192,095.12  @ 3%) | $5,762.85 |
| **\*\*\* CREDITS \*\*\*** | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376129835 dated 09/08/2017 (Outsourcing Fees - Steady State of $7,200.00  @ 3%) | -$216.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376132181 dated 10/02/2017 (Outsourcing Fees - Steady State of $16,000.00  @ 3%) | -$480.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376134747 dated 11/02/2017 (Outsourcing Fees - Steady State of $18,000.00  @ 3%) | -$540.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376137120 dated 12/05/2017 (Outsourcing Fees - Steady State of $16,700.00  @ 3%) | -$501.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376139486 dated 01/05/2018 (Outsourcing Fees - Steady State of $9,300.00  @ 3%) | -$279.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376141863 dated 02/07/2018 (Outsourcing Fees - Steady State of $43,978.35  @ 3%) | -$1,319.35 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376144554 dated 03/14/2018 (Outsourcing Fees - Steady State of $41,924.15  @ 3%) | -$1,257.72 |
| *Thank you for your prompt payment.* | **Total:** $12,832.71 |

## Standard Invoice

Original tax invoice has been submitted electronically. This is a human readable representation (copy) of the original tax invoice.

| | |
|---|---|
| Invoice Number (Supplier Reference No.) | 18-282 |
| Invoice Date | Thursday 14 Feb 2019 12:00 PM GMT-05:00 |
| Amount Due | $17,467.23 USD |

| Supplier | Customer |
|---|---|
| Accelerated Outsourcing, Inc. | 0376 |
| 39 Mountain St | PO Box 982442 |
| Bristol | El Paso |
| VT | TX |
| 05443-1320 | 79998-2442 |
| United States | United States |

### Shipping Information

| Ship From | Ship To |
|---|---|
| Accelerated Outsourcing, Inc. | John Pitcock |
| 39 Mountain St | 5414 Country Lakes Ln. |
| Bristol | MANATEE,SARASOTA |
| VT | FL |
| 05443-1320 | 34243 |
| United States | Phone: (770) 513-8586 |

### Line Items
PO No. : 5900070394     PO Date : 19 Oct 2018

| Line No. | PO Line No. | Type | Supplier Part No. / Description | Customer Part No. | Quantity (UOM) | Unit Price | Subtotal |
|---|---|---|---|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 | | 17,467.23 (EA) | $1.00 USD | $17,467.23 USD |

Taxes, Allowances and Charges

| Category | Applicable To | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|---|
| Sales Tax | Line | | $17,467.23 USD | 0% | $0.00 USD |

Line Item Total : $17,467.23 USD

### Tax Summary

| Category | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|
| Sales Tax | | $17,467.23 USD | 0% | $0.00 USD |

Tax Summary : $0.00 USD

### Amount Summary

| | |
|---|---|
| Line item subtotal | $17,467.23 USD |
| Gross amount | $17,467.23 USD |
| Net amount | $17,467.23 USD |
| Total tax amount | $0.00 USD |
| Amount Due | $17,467.23 USD |

### Additional Information

punchinContractInvoice
no

ServiceDescription
Commissions for Sempra

governmentRegistrationNo
2336225

### Billing Information

| Bill From | Bill To |
|---|---|
| Accelerated Outsourcing, Inc. | 0376 |
| 39 Mountain St | Atos IT Solutions and Services Inc. |
| Bristol | 0376 |
| VT | PO Box 982442 |
| 05443-1320 | El Paso |
| United States | TX |
| | 79998-2442 |
| | Address ID: . |

### Remittance Information

Remit To
Accelerated Outsourcing, Inc.
39 Mountain St
Bristol
VT
05443-1320
United States

Tax ID of Supplier
55-0857246

### Payment Terms

Net payment Terms (Days) :
60

Appendix

| Line No. | PO Line No. | Type | Supplier Part No. / Description |
|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 |

Additional Details:
Classification Domain : not available
Classification Code : M&A,Strat&Mgt cons.
Supplier Part ID : not available

PDF generated by John Pitcock on Friday 1 Nov 2019 2:25 PM GMT-04:00

## Standard Invoice

Original tax invoice has been submitted electronically. This is a human readable representation (copy) of the original tax invoice.

| | |
|---|---|
| Invoice Number (Supplier Reference No.) | 19-127 |
| Invoice Date | Tuesday 7 May 2019 9:24 AM GMT-04:00 |
| Amount Due | $17,815.41 USD |

| Supplier | | Customer | |
|---|---|---|---|
| Accelerated Outsourcing, Inc. | | 0376 | |
| 39 Mountain St | | PO Box 982442 | |
| Bristol | | El Paso | |
| VT | | TX | |
| 05443-1320 | | 79998-2442 | |
| United States | | United States | |

**Shipping Information**

| Ship From | Ship To |
|---|---|
| Accelerated Outsourcing, Inc. | John Pitcock |
| 39 Mountain St | 5414 Country Lakes Ln. |
| Bristol | MANATEE,SARASOTA |
| VT | FL |
| 05443-1320 | 34243 |
| United States | Phone: (770) 513-8586 |

### Line Items — PO No.: 5900070394 — PO Date: 19 Oct 2018

| Line No. | PO Line No. | Type | Supplier Part No. / Description | Customer Part No. | Quantity (UOM) | Unit Price | Subtotal |
|---|---|---|---|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 | n.a. | 17,815.41 (EA) | $1.00 USD | $17,815.41 USD |

**Taxes, Allowances and Charges**

| Category | Applicable To | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|---|
| Sales Tax | Line | | $17,815.41 USD | 0% | $0.00 USD |

Line Item Total : $17,815.41 USD

### Tax Summary

| Category | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|
| Sales Tax | | $17,815.41 USD | 0% | $0.00 USD |

Tax Summary : $0.00 USD

### Amount Summary

| | |
|---|---|
| Line item subtotal | $17,815.41 USD |
| Gross amount | $17,815.41 USD |
| Net amount | $17,815.41 USD |
| Total tax amount | $0.00 USD |
| Amount Due | $17,815.41 USD |

### Additional Information

ServiceDescription
2018 4th Quarter Commissions for Sempra

governmentRegistrationNo
2336225

### Billing Information

| Bill From | Bill To |
|---|---|
| Accelerated Outsourcing, Inc. | 0376 |
| 39 Mountain St | Atos IT Solutions and Services Inc. |
| Bristol | 0376 |
| VT | PO Box 982442 |
| 05443-1320 | El Paso |
| United States | TX |
| | 79998-2442 |
| | Address ID: . |

### Remittance Information

Remit To
Accelerated Outsourcing, Inc.
39 Mountain St
Bristol
VT
05443-1320
United States

Tax ID of Supplier
55-0857246

### Payment Terms

Net payment Terms (Days) :
60

Appendix

| Line No. | PO Line No. | Type | Supplier Part No. / Description |
|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 |

Additional Details:
Classification Domain : not available
Classification Code : M&A,Strat&Mgt cons.
Supplier Part ID : not available

PDF generated by John Pitcock on Friday 1 Nov 2019 2:28 PM GMT-04:00

## Standard Invoice

Original tax invoice has been submitted electronically. This is a human
readable representation (copy) of the original tax invoice.

| | |
|---|---|
| Invoice Number (Supplier Reference No.) | 19-240 |
| Invoice Date | Wednesday 28 Aug 2019 2:44 PM GMT-04:00 |
| Amount Due | $17,815.41 USD |

| Supplier | | Customer | |
|---|---|---|---|
| Accelerated Outsourcing, Inc. | | 0376 | |
| 39 Mountain St | | PO Box 982442 | |
| Bristol | | El Paso | |
| VT | | TX | |
| 05443-1320 | | 79998-2442 | |
| United States | | United States | |

| Shipping Information | |
|---|---|
| Ship From | Ship To |
| Accelerated Outsourcing, Inc. | John Pitcock |
| 39 Mountain St | 5414 Country Lakes Ln. |
| Bristol | MANATEE,SARASOTA |
| VT | FL |
| 05443-1320 | 34243 |
| United States | Phone: (770) 513-8586 |

| Line Items | | | | PO No. : 5900070394 | | | PO Date : 19 Oct 2018 |
|---|---|---|---|---|---|---|---|
| Line No. | PO Line No. | Type | Supplier Part No. / Description | Customer Part No. | Quantity (UOM) | Unit Price | Subtotal |
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 | n.a. | 17,815.41 (EA) | $1.00 USD | $17,815.41 USD |

Taxes, Allowances and Charges

| Category | Applicable To | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|---|
| Sales Tax | Line | | $17,815.41 USD | 0% | $0.00 USD |

Line Item Total : $17,815.41 USD

| Tax Summary | | | | | |
|---|---|---|---|---|---|
| Category | Details | | Base Amount | Rate % | Amount |
| Sales Tax | | | $17,815.41 USD | 0% | $0.00 USD |

Tax Summary : $0.00 USD

| Amount Summary | |
|---|---|
| Line item subtotal | $17,815.41 USD |
| Gross amount | $17,815.41 USD |
| Net amount | $17,815.41 USD |
| Total tax amount | $0.00 USD |
| Amount Due | $17,815.41 USD |

### Additional Information

ServiceDescription
2019 1st Quarter Commissions for Sempra

governmentRegistrationNo
2336225

| Billing Information | | | Remittance Information | |
|---|---|---|---|---|
| Bill From | Bill To | | Remit To | |
| Accelerated Outsourcing, Inc. | 0376 | | Accelerated Outsourcing, Inc. | |
| 39 Mountain St | Atos IT Solutions and Services Inc. | | 39 Mountain St | |
| Bristol | 0376 | | Bristol | |
| VT | PO Box 982442 | | VT | |
| 05443-1320 | El Paso | | 05443-1320 | |
| United States | TX | | United States | |
| | 79998-2442 | | | |
| | Address ID: . | | Tax ID of Supplier | |
| | | | 55-0857246 | |

### Payment Terms

Net payment Terms (Days) :
60

Appendix

| Line No. | PO Line No. | Type | Supplier Part No. / Description |
|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 |

Additional Details:
Classification Domain : not available
Classification Code : M&A,Strat&Mgt cons.
Supplier Part ID : not available

PDF generated by John Pitcock on Friday 1 Nov 2019 2:29 PM GMT-04:00

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit F

**EXHIBIT "A"**
**Agent Prospect Registration**

Submit to: <u>Saurabh Sen Gupta/ Atos Origin</u>

| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
|---|---|---|---|
| Address | 39 Mountain St | Phone Number | 404-822-6546 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |

| Company | Abbott Laboratories | Contact | JoAnn D. Cummans |
|---|---|---|---|
| Address | 100 Abbott Park Road | Title / Position | Director, Corp. IT |
| City, State, Zip | Abbott Park, IL 60064 | Phone Number | 614-624-7457 |
| | | Email Address | joann.cummans@abbott.com |

**Accelerated Outsourcing's Commission Rate: Four Percent (4%)**

Agent:   Accelerated Outsourcing, Inc.

By: _____

Print Name: _____ Adrian Bannister _____

Title: _____ President _____

Date: _____ 9/25/08 _____

Vendor Acceptance:

By: _____

Print Name: _____ Jerry Anderson _____

Title: _____ CFO North America _____

Date: _____ Sept. 25. 2008 _____

# Exhibit G

⏚ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

**JUL 14, 2020 02:57 PM**

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

**EXHIBIT "A"**
**Agent Prospect Registration**

Submit to: <u>**Rob Duncan**</u>

| AGENT INFORMATION | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 39 Mountain St. | Phone Number | 404-351-3382 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |
| PROSPECT INFORMATION | | | |
| Company | Beth Israel Deaconess Medical Center | Contact | John Powers |
| Address | 1135 Tremont Street, | Title / Position | CAIO |
| City, State, Zip | Boston, MA 02120 | Phone Number | |
| | | Email Address | jpowers@bidmc.harvard.edu |

Accelerated Outsourcing's Commission Rate: Three Percent (3%)

Agent:   Accelerated Outsourcing, Inc.            Vendor Acceptance:

By: _____   By: _____

Print Name: _Adrian Bannister_____   Print Name: ___MARK CYRAN_____

Title: _President_____   Title: _V.P. MANAGED OPERATIONS____

Date: ____7/25/08_____   Date: ____8/4/08_____

**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

JUL 14, 2020 02:57 PM

*Angie T. Davis*
Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit H

# SCHOENTHALER LAW GROUP

A T T O R N E Y S   A T   L A W
3200 WINDY HILL ROAD, SE, SUITE 1600E
ATLANTA, GEORGIA 30339
www.schoenthalerlaw.com
TELEPHONE: 404-592-5397
FACSIMILE:  404-891-6120

*Peter F. Schoenthaler*                                          *pfs@schoenthalerlaw.com*

November 14, 2019

**<u>VIA ELECTRONIC MAIL</u>**

Ms. Lisa A. May
Senior Legal Counsel
Atos IT Solutions and Services, Inc.
4851 Regent Boulevard
Irving, TX 75063
Lisa.may@atos.net

      Re:    Accelerated Outsourcing, Inc. / Breach of Agent Agreement

Dear Ms. May:

      This firm represents Accelerated Outsourcing, Inc. ("AOI")("Client") with respect to Atos IT Solutions and Services, Inc.'s ("Atos") stated intent to breach the August 29, 2005 Agent Agreement ("Agreement") between our clients and Atos.

      As you are aware, the parties have had a productive working relationship for nearly fifteen years. Every appearance is that this has been a successful arrangement for both sides; Atos gains new business opportunities, and AOI receives a small commission for originating new business on Atos' behalf.   My client was therefore surprised when it received your letter dated October 24, 2019 in which you gave notice of Atos' intent to allow the Agreement to expire.   Although disappointed, my client recognizes that such notice is well within Atos' rights.  The Agreement does explain, however, that "The expiration or termination of this Agreement shall not affect the obligation of Vendor to pay the commissions to Agent…." (Agreement Section 2(c)).

      My client is unable to understand your decision to no longer stand by Atos' obligation to pay commissions owed to AOI for its origination of Atos' client, San Diego Gas & Electric Company ("Sempra").  Atos paid Sempra commissions to AOI for almost four years and has now decided to stop these commission payments on the basis that AOI's origination of Sempra was an "…undefined Business Opportunity" as "…the Agent Prospect Registration form does not contain even a brief description of the services included in the Business Opportunity."  No concerns over a description of services were expressed by Ryan Schebler, Atos SVP of North America, Jerry

Anderson, Atos CFO of North America, and Mark Cyran, Atos VP of Managed Operations, at the time they signed identical agent prospect registrations (Please see the attached).

This is an unfortunate situation which could be resolved by Atos' continuing to make the payments to which it committed itself. My client is not seeking monies beyond what it is owed under the parties' Agreement. AOI recognizes Atos' competence as a provider of mainframe support services and would prefer to continue the parties' relationship. Our hope is that Atos appreciates the position in which it has placed AOI.

The statement of facts set forth in this letter is not intended to be, nor shall it be deemed to be, a full complete statement of the facts in this matter. This letter is not intended to be a complete statement of our rights and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.

Please contact me at (404) 229-4114 or by email at pfs@schoenthalerlaw.com. All future correspondence or communications should be delivered to our firm in lieu of AOI.


Thank you.

Sincerely,

*/s/ Peter F. Schoenthaler*

Peter F. Schoenthaler

EXHIBIT "A"
**Agent Prospect Registration**

**Submit to: <u>Randy Rogan/ Atos Origin</u>**

| AGENT INFORMATION | | | |
|---|---|---|---|
| **Agent / Company** | **Accelerated Outsourcing, Inc.** | **Agent Contact** | **Adrian Bannister** |
| **Address** | **39 Mountain St** | **Phone Number** | **404-822-6546** |
| **City, State, Zip** | **Bristol, VT 05443** | **Email Address** | **abannister@accelout.com** |
| PROSPECT INFORMATION | | | |
| **Company** | Sempra Energy (San Diego Gas & Electric Company) | **Contact** | Andrew Harrod |
| **Address** | 1801 S. Atlantic Blvd. | **Title / Position** | CIO |
| **City, State, Zip** | Monterey Park, CA 91754 | **Phone Number** | 323-780-5462 |
| | | **Email Address** | aharrod@semprautilities.com |

**Accelerated Outsourcing's Commission Rate: Three Percent (3%)**

Agent:   Accelerated Outsourcing, Inc.

Vendor Acceptance:

By: _____

By: _____

Print Name: <u>Adrian Bannister</u>

Print Name: _____<u>Ryan Schebler</u>

Title: <u>President</u>

Title: __<u>Senior Vice President, North America</u>

Date: __<u>5/8/2014</u>

Date: __<u>5/18/2014</u>

## EXHIBIT "A"
## Agent Prospect Registration

**Submit to: <u>Saurabh Sen Gupta/ Atos Origin</u>**

| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
|---|---|---|---|
| Address | 39 Mountain St | Phone Number | 404-822-6546 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |

| Company | Abbott Laboratories | Contact | JoAnn D. Cummans |
|---|---|---|---|
| Address | 100 Abbott Park Road | Title / Position | Director, Corp. IT |
| City, State, Zip | Abbott Park, IL 60064 | Phone Number | 614-624-7457 |
|  |  | Email Address | joann.cummans@abbott.com |

**Accelerated Outsourcing's Commission Rate: Four Percent (4%)**

Agent:   Accelerated Outsourcing, Inc.

By: _____

Print Name: _____ Adrian Bannister _____

Title: _____ President _____

Date: _____ 7/25/08 _____

Vendor Acceptance:

By: _____

Print Name: _____ Jerry Anderson _____

Title: _____ CFO North America _____

Date: _____ Sept. 25. 2008 _____

## EXHIBIT "A"
### Agent Prospect Registration

**Submit to: <u>Rob Duncan</u>**

| AGENT INFORMATION | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 39 Mountain St. | Phone Number | 404-351-3382 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |
| PROSPECT INFORMATION | | | |
| Company | Beth Israel Deaconess Medical Center | Contact | John Powers |
| Address | 1135 Tremont Street, | Title / Position | CAIO |
| City, State, Zip | Boston, MA 02120 | Phone Number | |
| | | Email Address | jpowers@bidmc.harvard.edu |

Accelerated Outsourcing's Commission Rate: Three Percent (3%)

Agent:   Accelerated Outsourcing, Inc.                    Vendor Acceptance:

By: _____            By: _____

Print Name: _Adrian Bannister_____     Print Name: ___MARK CYRAN_____

Title: President                             Title: **V.P. MANAGED OPERATIONS**

Date: ___7/25/08___                       Date: ___8/4/08___

# EXHIBIT A-4.1

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

JUL 14, 2020 02:57 PM

*Angie T. Davis*
Angie T. Davis, Clerk of State Court
Cobb County, Georgia

**IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA**

ACCELERATED OUTSOURCING, INC.

      Plaintiff,

v.

ATOS ORIGIN, INC.,

      Defendant.

CIVIL ACTION NO.

21-1-0326

## COMPLAINT

COMES NOW Accelerated Outsourcing, Inc. (hereinafter "Plaintiff"), by and through its undersigned counsel, and files this Complaint against Atos Origin, Inc. (hereinafter "Defendant") respectfully showing the court as follows:

### JURISDICTION AND VENUE

1.

Plaintiff is a Georgia corporation doing business in the state.

2.

Defendant is a Delaware corporation. Defendant may be served with summons and complaint by service upon its registered agent, National Registered Agents, Inc. at the following address: 1209 Orange Street, Wilmington, DE 19801.

3.

This Court has jurisdiction over this action and venue of the action is proper in this Honorable Court.

1

## FACTS COMMON TO ALL COUNTS

4.

On August 29, 2005, Plaintiff and Defendant entered into a contract whereby Plaintiff was to provide services for the Defendant (the "Agreement"). A copy of the Agreement is attached hereto as Exhibit A.

5.

Pursuant to the Agreement, Plaintiff was to source new clients to whom Defendant would provide services and/or products.

6.

Prospective clients were to be registered pursuant to an "Agent Prospect Registration" form, which was attached to the Agreement.

7.

The Agreement provided that in the event Defendant executed a contract with a customer referred by Plaintiff, Plaintiff would be entitled to a fee (the "Commission"). [Ex. A, Section 4.].

8.

The Commission was to be "negotiated in good faith between the parties on a case-by-case basis" and "[t]he commission to be paid to [Plaintiff] will be paid by [Defendant] at the agreed rate as a percent of amount billed for fees and collected for services rendered for each month of the contract to all new named and registered prospects who become clients and are located for [Defendant] by [Plaintiff]." [Ex. A, Section 4.].

ID# 2021-0005637-CV
Page 3

9.

The Agreement provided that the Plaintiff would be entitled to a Commission for as long as its referral was a customer of the Defendant. [*See* Ex. A, Sections 1(b) and 4.].

10.

Pursuant to the Agreement, the process for payment to Plaintiff was as follows: "[u]pon billing the client, one copy of the invoice is to be forwarded to [Plaintiff] who will in turn invoice [Defendant] for the commission due."

11.

Further, "[t]he expiration or termination of this Agreement shall not affect the obligation of Vendor to pay the commissions to Agent..." [Exhibit A, Section 2(c).].

12.

On May 18, 2014, the parties executed an "Agent Prospect Registration" form regarding a client prospect named San Diego Gas & Electric Company ("Sempra") (the "Sempra Registration Form"). [A copy of the Sempra Registration Form is attached hereto as Exhibit B.].

13.

The Sempra Registration Form was executed on behalf of the Defendant by Ryan Schebler, its Senior Vice President of North America. [*See* Ex. B.].

14.

Pursuant to the Sempra Registration Form, Defendant agreed to pay Plaintiff a Commission at a rate of 3% if Defendant entered into a contract with Sempra. [*See* Ex. B.].

15.

Defendant entered into a contract with Sempra and provided goods and/or services to Sempra, thus triggering their obligation to pay Plaintiff a Commission.

ID# 2021-000s637-CV
Page 4

16.

For over four years, Defendant paid Plaintiff a Commission as described hereinabove on a quarterly basis.

17.

The course of business dealings between Defendant and Plaintiff affirmed Defendant's obligation to pay Plaintiff for its origination of Sempra.

18.

On October 17, 2019, Plaintiff sent Invoice #19-290 in the amount of $17,577.28. [A copy of the Invoice is attached hereto as Exhibit C.

19.

Defendant never paid Invoice #19-290.

20.

On October 24, 2019, Defendant sent Plaintiff a letter terminating the Agreement effective August 28, 2020 in accordance with Section 2(b)(iii) of the Agreement (the "Termination Letter"). [A copy of the Termination Letter is attached hereto as Exhibit D.].

21.

The Termination Letter further noticed Defendant's intent to cease rendering payments stemming from Plaintiff's origination of the client San Diego Gas & Electric Company ("Sempra") on the basis that Plaintiff's origination of Sempra was allegedly an "...undefined Business Opportunity" as "...the Agent Prospect Registration Form does not even contain a brief description of the services included in the Business Opportunity." [*See* Exhibit D.].

4

22.

Defendant paid numerous Plaintiff invoices relating to Sempra.  [Copies of invoices paid by Defendant relating to Sempra are attached here as composite Exhibit E.].

23.

Defendant paid other Commissions pursuant to other Agent Prospect Registration forms that were similar in scope and form as that of the Sempra Registration Form for other clients.  In particular, Defendant's representatives Jerry Anderson, CFO of North America and Mark Cyran, its VP of Managed Operations executed forms on September 25, 2008 and August 4, 2008, respectively.   [Copies of those forms are attached hereto as Exhibits F and G.].

24.

Prior to the date of the Termination Letter, Defendant's representatives never expressed any concerns over the description of services contained in the Agent Prospect Registration Forms.

25.

On November 14, 2019, counsel for Plaintiff sent counsel for Defendant a demand letter seeking Defendant's continued payment of monies owed under the Agreement (the "Demand Letter").  [A copy of the Demand Letter is attached hereto as Exhibit H.].

26.

Defendant has failed to respond to the Demand Letter and has ceased payment for monies owed under the Agreement relating to Plaintiff's origination of Sempra.

ID# 2021-0005637-CV
Page 6

## COUNT I:

## BREACH OF CONTRACT

27.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

28.

Defendant entered into a contract with Plaintiff that is valid and enforceable.

29.

Plaintiff provided labor and services pursuant to the contract.

30.

Defendant has an obligation to pay for services rendered pursuant to the contract.

31.

Defendant breached the contract by failing to pay invoices for monies owed under the contract.

32.

Defendant's breach of contract has damaged Plaintiff in an amount to be proven at trial, but in any event not less than $17,577.28 in principal, plus legal interest of 7% pursuant to O.C.G.A. § 7-4-2. As of July 14, 2020, interest on the minimum amount owed is $711.07, accruing daily in the amount of $3.37. Upon information and belief, Plaintiffs have been damaged in an amount far beyond the minimum amount stated and their damages continue to accrue so long as Sempra remains the Defendant's customer.

6

## COUNT II:

## BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

### 33.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

### 34.

Implied in every contract executed within the State of Georgia a covenant of good faith and fair dealing.  Accordingly, the law requires contracting parties to deal with one another fairly, and in good faith, in entering into contracts.

### 35.

By its actions, Defendant has breached the covenant of good faith and fair dealing.

### 36.

Plaintiffs have been damaged in an amount to be determined at trial. As of July 14, 2020 Plaintiffs have been injured in the minimum amount of $18,288.35, which continues to accumulate legal interest.  Upon information and belief, Plaintiffs have been damaged in an amount far beyond the minimum amount stated and their damages continue to accrue so long as Sempra remains the Defendant's customer.

## COUNT III:

## ACCOUNT STATED

### 37.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

7

ID# 2021-0005637-CV

Page 7

ID# 2021-0005637-CV

Page 8

38.

Defendant, by failing to pay Invoice #19-290 has caused a balance to remain outstanding on its account.  [Attach as composite exhibit.; Attach Statement of Account as Exhibit] *See* Exhibit D.].

39.

Defendant's performance of its obligation to make full and complete payments against its account balance was not excused.

40.

Defendant's failure to make payments in satisfaction of its account has damaged Plaintiff in an amount to be proven at trial, but in any event not less than $17,577.28 in principal, plus legal interest of 7% pursuant to O.C.G.A. § 7-4-2.  As of July 14, 2020, interest on the minimum amount owed is $711.07, accruing daily in the amount of $3.37.

## COUNT IV

## DECLARATORY JUDGMENT

41.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

42.

Pursuant to the Agreement, Defendant was to pay Plaintiff "at the agreed rate as a percent of amount billed for fees and collected for services rendered" to Sempra.

43.

Pursuant to the Agreement, Defendant was to pay Plaintiff a commission so long as Plaintiff's referral remained a customer of Defendant.

44.

Sempra remains a customer of the Defendant.

45.

Defendant contests its obligation to render such payments to Plaintiff.

46.

There is an actual and justiciable controversy between Plaintiff and Defendant.

47.

The controversy necessitates a determination by this Court as to the rights and obligations of the parties concerning this dispute to protect Plaintiff from damages stemming Defendant's failure to pay pursuant to the Agreement.

48.

The ends of justice require a declaratory judgment that Defendant that Defendant is obligated to pay Plaintiff pursuant to the terms of the Agreement and the accompanying Agent Prospect Registration form as long as its referrals, in particular Sempra, remains a customer of Defendant.

## COUNT IV:

## AWARD OF ATTORNEY'S FEES

49.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

50.

Defendant has acted in bad faith, been stubbornly litigious, and caused Plaintiff

unnecessary trouble and expense.

51.

Plaintiff is entitled to an award of litigation expenses, including reasonable attorneys'

fees, against Defendant pursuant to O.C.G.A. § 13-6-11.

## PRAYER FOR RELIEF

**WHEREFORE** Plaintiff respectfully demands a trial by jury and further demands and

prays as follows:

(a)     That judgment be issued against Defendant on all counts;

(b)     That judgment be entered in its favor against Defendant for all amounts to
        which it is legally entitled pursuant to the Agreement;

(c)     That judgment be entered in its favor against Defendant in the principal
        amount to be determined at trial;

(d)     That Plaintiff receives an award of pre-judgment interest;

(e)     That a declaration, ruling, and judgment be issued that Defendant is obligated
        to pay Plaintiff pursuant to the terms of the Agreement and the Agent Prospect
        Registration form;

(f)     That Plaintiff recover from Defendant its expenses of litigation, including
        reasonable attorneys' fees and costs of investigation, pursuant to O.C.G.A. § 13-
        6-11; and

(g)     Such other and further relief as this Court deems just and proper.

This 14th day of July 2020.

Respectfully submitted.

**SCHOENTHALER LAW GROUP**

*/s/ Peter F. Schoenthaler*
Peter Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
Neill K. Wright
Georgia Bar No. 513847
Christopher Rosser.
Georgia Bar No. 761317
3200 Windy Hill Road S.E.
Suite 1600E
Atlanta, GA 30339
Tel. (404) 592-5397
pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com
nwright@schoenthalerlaw.com
crosser@schoenthalerlaw.com

*Attorneys for Plaintiffs*

# EXHIBIT A-5

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

Filed In Office Jan-14-2021 15:51:44
ID# 2021-0005638-CV
Case 1

*Connie Taylor*
Clerk of Superior Court Cobb County

CIVIL ACTION NUMBER  <u>20-A-2260</u>

$198.00 COST PAID

ACCELERATED OUTSOURCING, INC.

_____

**PLAINTIFF**

**VS.**

ATOS ORIGIN, INC.,

_____

**DEFENDANT**

## SUMMONS

TO: ATOS ORIGIN, INC.,

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Ann Emery**
> **Schoenthaler Law Group**
> **3200 Windy Hill Rd. SE**
> **Suite #1600E**
> **ATLANTA, Georgia 30339**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 15th day of July, 2020.**

Clerk of State Court

*Angie J. Davis*
_____
Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# EXHIBIT A-6

*email*

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

AUG 24, 2020 11:06 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

**ACCELERATED OUTSOURCING, INC.**

Plaintiff/Petitioner

vs.

**ATOS ORIGIN, INC.**

Defendant/Respondent

Case No.:   **20-A-2260**

AFFIDAVIT OF SERVICE OF
COMPLAINT; EXHIBITS A-H

Received by **Rodney Samuels**, on the 18th day of **August, 2020** at 12:23 PM to be served upon **ATOS ORIGIN, INC.** at 1209 ORANGE STREET, WILMINGTON, New Castle County, DE 19801.
On the 18th day of **August, 2020** at 2:12 PM, I, **Rodney Samuels, SERVED ATOS ORIGIN, INC.** at 1209 ORANGE STREET, WILMINGTON, New Castle County, DE 19801 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering 1 copy(ies) of the above listed documents to the named Corporation, by serving **Robin Hutt Banks**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired black female approx. 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME:  *Rodney Samuels*         rodn188         8/20/2020

Rodney Samuels                    Server ID #              Date

Notary Public: Subscribed and sworn before me on this 20th day of August in the year of 2020
Personally known to me _____ or ✓ identified by the following document:

Notary Public (Legal Signature)

EVAN T. LEMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 29, 2022

Number/Reference: 1499789
Type: Driver's License
Notary Public for State of: Delaware
Commission Expiration: 1/29/22



REF: 20-A-2260

Tracking #: 0056478316

Page 1 of 1

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

20-A-2260

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit A

ID# 2021-0005639-CV
Page 2

# ACCELERATED OUTSOURCING, INC.
### Agent Agreement

**Effective Date:** _8/29/05_
**Term:** One (1) year or per termination herein

This **AGENT AGREEMENT** is made and entered into on the Effective Date of this Agreement by and between **ACCELERATED OUTSOURCING, INC.** (hereinafter referred to as "Agent") having a place of business at 544 Collier Rd., Atlanta, GA 30318 and Atos Origin, Inc. (hereinafter referred to as "Vendor") having a place of business at 5599 San Felipe, Suite 300, Houston, TX 77056. For and in consideration of the mutual agreements contained herein, the parties hereto agree as follows:

**1.   SERVICES.**
a)   Agent will attempt to locate new clients for some or all of the services and/or products that Vendor has available to sell. It is understood that Vendor shall determine the services/products to be sold, and the rates to be charged.
b)   Agent recognizes that this Agreement in no way restricts Vendor from recruiting other clients of outsourcing through its own efforts or through that of other third parties. However, it is understood that once Agent introduces a new prospective client to Vendor that has an expressed need for specific and defined services and/or products offered by Vendor (the "Business Opportunity"), Agent is entitled to commissions as defined in Section 4 of this Agreement with respect to a contract that results from that Business Opportunity. Agent shall not be entitled to commissions for any other agreement executed with a particular client, unless such agreement is simply a renewal or extension of the contract that resulted from the Business Opportunity.
c)   Agent will register potential clients with Vendor in writing per Exhibit A ("Agent Prospect Registration"), giving the name, address and telephone number of the prospective client and a brief description of the business to be conducted. Vendor will acknowledge and verify the registration of the prospect by signing and returning to Agent, the Agent Prospect Registration. If the prospective client is already a client of Vendor or is already registered by another agent, or is currently a prospect of Vendor, Agent will be so advised and no commission will be due.

**2.   TERM AND TERMINATION.**
a)   The initial term of this Agreement shall commence on the Effective Date and shall continue in effect for a period of one (1) year, unless otherwise terminated as hereinafter provided. Thereafter, the term of this Agreement shall be automatically renewed for successive one (1) year renewal terms, unless sooner terminated as provided below.
b)   Either party may terminate this Agreement, by delivering written notice of termination to the other party, upon the occurrence of any of the following events: (i) if the other party breaches this Agreement in any material respect and fails to cure such breach within thirty (30) days following the non-breaching party's delivery of written notice of such breach; (ii) if the other party becomes insolvent or the subject of any proceedings seeking reorganization, receivership, or rearrangement under any applicable laws relating to insolvency or bankruptcy; or (iii) by non-renewal at the end of a term by giving at least sixty (60) days' advance written notice of intention not to renew. The provisions of Sections 3 and 4 shall survive any termination of this Agreement.
c)   The expiration or termination of this Agreement shall not affect the obligation of Vendor to pay the commissions to Agent in accordance with Section 4 on any referral solicited by Agent and submitted to Vendor prior to the effective date of such expiration or termination so long as such referral is accepted by Vendor before or after such expiration or termination and Vendor receives the amounts due from the client with respect to the services which are the subject of such referral. Except as specifically provided herein, termination of or failure to extend this Agreement by either party as provided in this Section 2 shall be without liability therefore by either party.
d)   Upon expiration or termination of this Agreement, Agent shall promptly deliver to Vendor all supplies and other articles and materials as may have been provided by Vendor to Agent in connection with this Agreement.
e)   This agreement shall be binding upon vendor, vendor's representatives, successors, acquirers, mergees and assigns.

**3.   CONFIDENTIALITY.**
Each party agrees that it will not disclose, transfer or allow access to any trade secret information of the other party in its possession to any third parties. A party receiving such trade secret information agrees that such information will not be used for any purpose other than the provision of this Agreement. The parties' obligations under this Section shall be limited to the use of reasonable care in the protection of such trade secret information, but in no event should such care be less than that used by the receiving party to protect its own trade secret information. As used herein the term "trade secret" shall mean any information, scientific or technical data, design, process, procedure, formula or improvement that is commercially valuable to the disclosing party and is not generally known in that party's respective industry or is identified as confidential. Further, the commissions outlined in Section 4 shall be identified as confidential information.

**4.   COMMISSIONS.**
Agent shall be entitled to a contingent fee ("commission") in the event that Vendor ultimately executes a contract with a customer that Agent has referred to Vendor with respect to a particular registered Business Opportunity. Agent shall not be entitled to other commissions from Vendor for other contracts executed with a customer that are not registered Business Opportunities. The commission shall be negotiated in good faith between the parties on a case-by-case basis, depending on the economics of the particular deal. The target for the fee will be 10%, however the fee for each deal will be specified in the attachment to this agreement that represents the individual deal. The commission to be paid to Agent will be paid by Vendor at the agreed rate as a percent of amount billed for fees and collected for services rendered for each month of the contract to all new named and registered prospects who become clients and are located for Vendor by Agent. Upon billing the client, one copy of the invoice is to be forwarded to Agent who will in turn invoice Vendor for the commission due. Such commission is payable within thirty (30) days upon Vendor's receipt of payment from the client. Agent is not responsible for the client's nonpayment of bills; nor warrants the credit rating of any client, but Agent understands that commissions are only from payments by client. The commission rate may be mutually re-negotiated on a client-by-client basis. Vendor shall not be relieved of its obligation to pay commissions with respect to a particular Business Opportunity as long as that Business Opportunity is still in force and effect.

08/29/2005  12:42   7134037240                                      PAGE  03/04

# ACCELERATED OUTSOURCING, INC.
### Agent Agreement

**5.   TERM OF REGISTRATION.**
The registration of all Business Opportunities for prospective clients shall continue on an exclusive basis for one (1) year.  The Business Opportunity may then be deemed unregistered for the purposes of this Agreement and Vendor will inform Agent of the change in status, unless both parties mutually agree to extend the registration for a prospective client.

**6.   GENERAL.**
This Agreement shall be governed by and construed in accordance with Georgia law.  This Agreement contains the full and complete understanding of the parties with respect to the subject matter hereof and supersedes all prior representations and understandings, whether oral or written.

**IN WITNESS WHEREOF,** the parties hereto, each acting under due and proper authority, have executed this Agreement as of the Effective Date first above mentioned.  Once signed, 1) any reproduction of this Agreement, or Amendment, or other attachment made by reliable means (for example, photocopy or facsimile) is considered an original and 2) all products and services ordered under this Agreement are subject to the terms therein.

Agent:   Accelerated Outsourcing, Inc.
544 Collier Road
Atlanta, GA  30318

By: _____

Print Name: _ADRIAN BANNISTER_

Title: _PRESIDENT_

Date: _8/29/05_

Vendor:

By: _____

Print Name: _JERRY ANDERSON_

Title: _CFO and TREASURER_

Date: _8/29/05_

ID# 2021-0005639-CV
Page 4

08/29/2005  12:42   7134037240                                    PAGE  04/04

# ACCELERATED OUTSOURCING, INC.
### Agent Agreement

## EXHIBIT "A"
### Agent Prospect Registration

**Submit to:** _____

| AGENT INFORMATION | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 544 Collier Rd | Phone Number | 404-351-3382 |
| City, State, Zip | Atlanta, GA 30318 | Email Address | abannister@accelout.com |

| PROSPECT INFORMATION | | | |
|---|---|---|---|
| Company | | Contact | |
| Address | | Title / Position | |
| City, State, Zip | | Phone Number | |
| Description of Business Opportunity (i.e. particular services/products needed). | | Email Address | |

**Agreed commission structure** _____

Agent:   Accelerated Outsourcing, Inc.                    Vendor Acceptance:

By:_____        By: _____

Print Name:_____        Print Name: _____

Title: _____        Title: _____

Date: _____        Date: _____

ID# 2021-0005639-CV
Page 5

# Exhibit B

⚕ **EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

## 20-A-2260

JUL 14, 2020 02:57 PM

*Angie T. Davis*

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

**EXHIBIT "A"**
**Agent Prospect Registration**

**Submit to: <u>Randy Rogan/ Atos Origin</u>**

| AGENT INFORMATION | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 39 Mountain St | Phone Number | 404-822-6546 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |

| PROSPECT INFORMATION | | | |
|---|---|---|---|
| Company | Sempra Energy (San Diego Gas & Electric Company) | Contact | Andrew Harrod |
| Address | 1801 S. Atlantic Blvd. | Title / Position | CIO |
| City, State, Zip | Monterey Park, CA 91754 | Phone Number | 323-780-5462 |
| | | Email Address | aharrod@semprautilities.com |

**Accelerated Outsourcing's Commission Rate: Three Percent (3%)**

Agent:   Accelerated Outsourcing, Inc.

Vendor Acceptance:

By: _____

By: _____

Print Name: <u>Adrian Bannister</u>

Print Name: _____ <u>Ryan Schebler</u>

Title: <u>President</u>

Title: _____ <u>Senior Vice President, North America</u>

Date: _____ <u>5/8/2014</u>

Date: _____ <u>5/18/2014</u>

ID# 2021-0005639-CV
Page 7

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

JUL 14, 2020 02:57 PM

*Angie T. Davis*

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit C

ID# 2021-00005839-CV
Page 9

## Standard Invoice

Original tax invoice has been submitted electronically. This is a human readable representation (copy) of the original tax invoice.

| | |
|---|---|
| Invoice Number (Supplier Reference No.) | |
| Invoice Date | Thursday 17 Oct 2019 10:49 |
| Amount Due | $ |

| Supplier | Customer | Shipping Information | |
|---|---|---|---|
| Accelerated Outsourcing, Inc. | 0376 | **Ship From** | **Ship To** |
| 39 Mountain St | PO Box 982442 | Accelerated Outsourcing, Inc. | John Pitcock |
| Bristol | El Paso | 39 Mountain St | 5414 Country Lak |
| VT | TX | Bristol | MANATEE,SARAS( |
| 05443-1320 | 79998-2442 | VT | FL |
| United States | United States | 05443-1320 | 34243 |
| | | United States | Phone: (770) 513- |

### Line Items

PO No.: 5900070394

| Line No. | PO Line No. | Type | Supplier Part No. / Description | Customer Part No. | Quantity (UOM) | Unit Price | PO |
|---|---|---|---|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 | | 17,577.28 (EA) | $1.00 USD | |

**Taxes, Allowances and Charges**

| Category | Applicable To | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|---|
| Sales Tax | Line | | $17,577.28 USD | 0% | $0.00 US |

Line Item Total : $17,57

### Tax Summary

| Category | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|
| Sales Tax | | $17,577.28 USD | 0% | $0.00 USD |

Tax Summary : $0.00 USD

### Amount Summary

| | |
|---|---|
| Line item subtotal | |
| Gross amount | |
| Net amount | |
| Total tax amount | |
| Amount Due | |

### Additional Information

ServiceDescription
2019 2nd Quarter Commissions
for Sempra

governmentRegistrationNo
2336225

### Billing Information

**Bill From**
Accelerated Outsourcing, Inc.
39 Mountain St
Bristol
VT
05443-1320
United States

**Bill To**
0376
Atos IT Solutions and Services Inc.
0376
PO Box 982442
El Paso
TX
79998-2442
Address ID: .

### Remittance Information

**Remit To**
Accelerated Outsourcing, Inc.
39 Mountain St
Bristol
VT
05443-1320
United States

Tax ID of Supplier
55-0857246

### Payment Terms

Net payment Terms (Days) :

Appendix

| Line No. | PO Line No. | Type | Supplier Part No. / Description |
|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 |

Additional Details:
Classification Domain : not available
Classification Code : M&A,Strat&Mgt cons.
Supplier Part ID : not available

PDF generated by John Pitcock on Friday 1 Nov 2019 2:30 PM GMT-04:00



ID# 2021-0005639-CV
Page 10

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

ID# 2021-0005639-CV
Page 11

# Exhibit D





**Legal, Compliance and
Contracts Management**

4851 Regent Boulevard
Irving, TX 75063 USA

lisa.may@atos.net

October 24, 2019
<u>via Email</u>

Accelerated Outsourcing, Inc.
544 Collier Road
Atlanta, GA 30318
Attention: John Pitcock

Re:   Termination of that certain Agent Agreement, dated August 29, 2005 ("Agreement"),
      between Atos IT Solutions and Services, Inc., as successor to Atos Origin, Inc. ("Atos"),
      and Accelerated Outsourcing, Inc. ("Agent")

Dear Mr. Pitcock:

In accordance with Section 2(b)(iii) of the Agreement, please accept this letter as notice of
Atos' intention not to renew the Agreement upon its expiration on August 28, 2020.

Section 1(c) defines a Business Opportunity as a set of specific and defined services that will
be described on the Agent Prospect Registration form submitted by Agent. However, the
Business Opportunity for Sempra is undefined; the Agent Prospect Registration form does not
contain even a brief description of the services included in the Business Opportunity. While
Atos has made payments to Accelerated Outsourcing in the past, Atos has determined that it
will not continue to make payments related to an undefined Business Opportunity. Therefore,
as of the end of the second quarter of 2019, all such payments related to Sempra have
ceased.

If you have any questions concerning this notice, you may direct them to me at the address
and/or email on this letterhead.

Sincerely,

/ss/ *Lisa A. May*

Lisa A. May
Senior Legal Counsel
Director – Legal and Compliance

cc:    J. Goldberg
       D. Chiang
       A. Chipperson

ID# 2021-0005639-CV
Page 12

# Exhibit E

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia



**Accelerated Outsourcing, Inc.**
5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 6/26/2015 | 15-177 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Due on Receipt |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376070493 dated 12/10/2014 (Item #10: Consulting Fees - Transition of $100,000 @ 3%) | $3,000.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376070500 dated 12/15/2014 (Item #10: Consulting Fees - Transition of $486,000 @ 3%) | $14,580.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376078603 dated 5/12/2015 (Item #20: Consulting Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376078603 dated 5/12/2015 (Item #20: Consulting Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376078603 dated 5/12/2015 (Item #20: Consulting Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| *Thank you for your prompt payment.* | **Total:** $32,282.79 |

ID# 2021-0005639-CV
Page 14

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|---|---|
| 9/18/2015 | 15-261 |

| BILL TO |
|---|
| Atos IT Solutions and Services, Inc.<br>PO Box 982442<br>El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|---|---|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|---|---|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376081850 dated 6/24/2015 (Mainframe Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376084085 dated 8/7/2015 (Mainframe Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376085859 dated 9/10/2015 (Mainframe Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| *Thank you for your prompt payment.* | **Total:** $14,702.79 |

ID# 2021-0005639-CV
Page 15

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 12/15/2015 | 15-349 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376087604 dated 10/13/2015 (Mainframe Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376089271 dated 11/12/2015 (Mainframe Fees - Steady State of $227,278.45 @ 3%) | $6,818.35 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376090477 dated 12/08/2015 (Mainframe Fees - Steady State of $227,278.45 @ 3%) | $6,818.35 |
| *Thank you for your prompt payment.* | **Total:** $18,537.63 |

ID# 2021-00053639-CV
Page 17

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 3/28/2016 | 16-088 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc.<br>PO Box 982442<br>El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376092271 dated 1/12/2016 (Outsourcing Fees - Steady State of $227,278.45  @ 3%) | $6,818.35 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376094023 dated 2/15/2016 (Outsourcing Fees - Steady State of $220,675.45  @ 3%) | $6,230.26 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376095015 dated 3/08/2016 (Outsourcing Fees - Steady State of $227,278.45  @ 3%) | $6,818.35 |
| *Thank you for your prompt payment.* | **Total:**   $19,866.96 |

# Accelerated Outsourcing, Inc.

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 6/30/2016 | 16-182 |

BILL TO
Atos IT Solutions and Services, Inc.
PO Box 982442
El Paso, TX 79998-2442

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376096609 dated 4/11/2016 (Outsourcing Fees - Steady State of $175,309.00 @ 3%) | $5,259.27 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376097754 dated 5/4/2016 (Outsourcing Fees - Steady State of $202,582.00 @ 3%) | $6,077.46 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376099853 dated 6/14/2016 (Outsourcing Fees - Steady State of $175,309.00 @ 3%) | $5,259.27 |
| *Thank you for your prompt payment.* | **Total:** $16,596.00 |

# Accelerated Outsourcing, Inc.

**Invoice**

5414 Country Lakes Ln
Sarasota, FL 34243

| DATE | INVOICE # |
|------|-----------|
| 10/10/2016 | 16-284 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| | P.O. NO. | TERMS |
|---|----------|-------|
| | 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376101538 dated 7/14/2016 (Outsourcing Fees - Steady State of $214,462.00 @ 3%) | $6,433.86 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376102572 dated 8/10/2016 (Outsourcing Fees - Steady State of $202,582.00 @ 3%) | $6,077.46 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376104272 dated 9/14/2016 (Outsourcing Fees - Steady State of $202,582.00 @ 3%) | $6,077.46 |
| *Thank you for your prompt payment.* | **Total:** $18,588.78 |

ID# 2021-0005839-CV
Page 20

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 1/4/2017 | 17-004 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc.<br>PO Box 982442<br>El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376105780 dated 10/18/2016 (Outsourcing Fees - Steady State of $194,049.00 @ 3%) | $5,821.47 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376107138 dated 11/15/2016 (Outsourcing Fees - Steady State of $206,791.00 @ 3%) | $6,203.73 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376108200 dated 12/01/2016 (Outsourcing Fees - Steady State of $210,124.00 @ 3%) | $6,303.72 |
| *Thank you for your prompt payment.* | **Total:** $18,328.92 |

ID# 2021-0005539-CV
Page 21

## Accelerated Outsourcing, Inc.

5414 Country Lakes Ln
Sarasota, FL 34243

### Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/4/2017 | 17-097 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| | P.O. NO. | TERMS |
|--|----------|-------|
| | 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376108202 dated 12/01/2016 (Outsourcing Fees - Steady State of $210,124.00  @ 3%) | $6,303.72 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376112358 dated 02/15/2017 (Outsourcing Fees - Steady State of $212,012.64  @ 3%) | $6,360.38 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376115091 dated 03/21/2017 (Outsourcing Fees - Steady State of $210,124.00  @ 3%) | $6,303.72 |
| *Thank you for your prompt payment.* | **Total:** $18,967.82 |

ID# 2021-0005639-CV
Page 22

## Accelerated Outsourcing, Inc.

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 7/10/2017 | 17-191 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376118099 dated 04/18/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376120085 dated 05/10/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376122719 dated 06/09/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| *Thank you for your prompt payment.* | **Total:** $16,848.18 |

ID# 2021-0005639-CV
Page 23

**Accelerated Outsourcing, Inc.**                                    **Invoice**

5414 Country Lakes Ln
Sarasota, FL 34243

| DATE | INVOICE # |
|------|-----------|
| 1/4/2018 | 18-004 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |
| |
| atos.nam.ap.invoice@conduent.com |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376125210 dated 07/07/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376127199 dated 08/02/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376129835 dated 09/08/2017 (Outsourcing Fees - Steady State of $194,402.00 @ 3%) | $5,832.06 |
| *Thank you for your prompt payment.* | **Total:** $17,064.18 |

# Accelerated Outsourcing, Inc.
5414 Country Lakes Ln
Sarasota, FL 34243

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/1/2018 | 18-032 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |
| |
| atos.nam.ap.invoice@conduent.com |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376132181 dated 10/02/2017 (Outsourcing Fees - Steady State of $208,202.00 @ 3%) | $6,246.06 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376134747 dated 11/02/2017 (Outsourcing Fees - Steady State of $210,202.00 @ 3%) | $6,306.06 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376137120 dated 12/05/2017 (Outsourcing Fees - Steady State of $208,902.00 @ 3%) | $6,267.06 |
| *Thank you for your prompt payment.* | **Total:** $18,819.18 |

# Accelerated Outsourcing, Inc.

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 4/10/2018 | 18-100 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc.<br>PO Box 982442<br>El Paso, TX 79998-2442<br><br>atos.nam.ap.invoice@conduent.com |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376139486 dated 01/05/2018 (Outsourcing Fees - Steady State of $201,502.00 @ 3%) | $6,045.06 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376141863 dated 02/07/2017 (Outsourcing Fees - Steady State of $236,180.35 @ 3%) | $7,085.41 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376144554 dated 03/14/2017 (Outsourcing Fees - Steady State of $241,372.15 @ 3%) | $7,241.16 |
| *Thank you for your prompt payment.* | **Total:** $20,371.63 |

ID# 2021-0005639-CV

Page 26

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/17/2018 | 18-198 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc.<br>PO Box 982442<br>El Paso, TX 79998-2442<br><br>atos.nam.ap.invoice@conduent.com |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376147053 dated 04/11/2018 (Outsourcing Fees - Steady State of $196,872.20 @ 3%) | $5,906.17 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376149653 dated 05/14/2018 (Outsourcing Fees - Steady State of $191,891.84 @ 3%) | $5,756.76 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376151827 dated 06/07/2018 (Outsourcing Fees - Steady State of $192,095.12 @ 3%) | $5,762.85 |
| *** CREDITS *** | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376129835 dated 09/08/2017 (Outsourcing Fees - Steady State of $7,200.00 @ 3%) | -$216.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376132181 dated 10/02/2017 (Outsourcing Fees - Steady State of $16,000.00 @ 3%) | -$480.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376134747 dated 11/02/2017 (Outsourcing Fees - Steady State of $18,000.00 @ 3%) | -$540.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376137120 dated 12/05/2017 (Outsourcing Fees - Steady State of $16,700.00 @ 3%) | -$501.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376139486 dated 01/05/2018 (Outsourcing Fees - Steady State of $9,300.00 @ 3%) | -$279.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376141863 dated 02/07/2018 (Outsourcing Fees - Steady State of $43,978.35 @ 3%) | -$1,319.35 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376144554 dated 03/14/2018 (Outsourcing Fees - Steady State of $41,924.15 @ 3%) | -$1,257.72 |
| *Thank you for your prompt payment.* | **Total:** $12,832.71 |

## Standard Invoice

Original tax invoice has been submitted electronically. This is a human readable representation (copy) of the original tax invoice.

| | |
|---|---|
| Invoice Number (Supplier Reference No.) | |
| Invoice Date | Thursday 14 Feb 2019 12:00 |
| Amount Due | $ |

| Supplier | Customer | Shipping Information | |
|---|---|---|---|
| Accelerated Outsourcing, Inc. | 0376 | **Ship From** | **Ship To** |
| 39 Mountain St | PO Box 982442 | Accelerated Outsourcing, Inc. | John Pitcock |
| Bristol | El Paso | 39 Mountain St | 5414 Country Lak |
| VT | TX | Bristol | MANATEE,SARASO |
| 05443-1320 | 79998-2442 | VT | FL |
| United States | United States | 05443-1320 | 34243 |
| | | United States | Phone: (770) 513- |

### Line Items — PO No.: 5900070394

| Line No. | PO Line No. | Type | Supplier Part No. / Description | Customer Part No. | Quantity (UOM) | Unit Price |
|---|---|---|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 | | 17,467.23 (EA) | $1.00 USD |

**Taxes, Allowances and Charges**

| Category | Applicable To | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|---|
| Sales Tax | Line | | $17,467.23 USD | 0% | $0.00 US |
| | | | | | Line Item Total : $17,46 |

### Tax Summary

| Category | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|
| Sales Tax | | $17,467.23 USD | 0% | $0.00 USD |
| | | | | Tax Summary : $0.00 USD |

### Amount Summary

| | |
|---|---|
| Line item subtotal | |
| Gross amount | |
| Net amount | |
| Total tax amount | |
| Amount Due | |

**Additional Information**

punchinContractInvoice
no

ServiceDescription
Commissions for Sempra

governmentRegistrationNo
2336225

| Billing Information | | Remittance Information |
|---|---|---|
| **Bill From** | **Bill To** | **Remit To** |
| Accelerated Outsourcing, Inc. | 0376 | Accelerated Outsourcing, Inc. |
| 39 Mountain St | Atos IT Solutions and Services Inc. | 39 Mountain St |
| Bristol | 0376 | Bristol |
| VT | PO Box 982442 | VT |
| 05443-1320 | El Paso | 05443-1320 |
| United States | TX | United States |
| | 79998-2442 | **Tax ID of Supplier** |
| | Address ID: . | 55-0857246 |

Payment Terms

ID# 2021-0005639-CV

Appendix

Page 28

| Line No. | PO Line No. | Type | Supplier Part No. / Description |
|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 |

Additional Details:
Classification Domain : not available
Classification Code : M&A,Strat&Mgt cons.
Supplier Part ID : not available

PDF generated by John Pitcock on Friday 1 Nov 2019 2:25 PM GMT-04:00



## Standard Invoice

Original tax invoice has been submitted electronically. This is a human
readable representation (copy) of the original tax invoice.

| | |
|---|---|
| Invoice Number | |
| (Supplier Reference No.) | |
| Invoice Date | Tuesday 7 May 2019 9:24 |
| Amount Due | $ |

| Supplier | Customer | Shipping Information | |
|---|---|---|---|
| Accelerated Outsourcing, Inc. | 0376 | Ship From | Ship To |
| 39 Mountain St | PO Box 982442 | Accelerated Outsourcing, Inc. | John Pitcock |
| Bristol | El Paso | 39 Mountain St | 5414 Country Lak |
| VT | TX | Bristol | MANATEE,SARAS( |
| 05443-1320 | 79998-2442 | VT | FL |
| United States | United States | 05443-1320 | 34243 |
| | | United States | Phone: (770) 513- |

### Line Items

PO No. : 5900070394

| Line No. | PO Line No. | Type | Supplier Part No. / Description | Customer Part No. | Quantity (UOM) | Unit Price |
|---|---|---|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 | n.a. | 17,815.41 (EA) | $1.00 USD |

Taxes, Allowances and Charges

| Category | Applicable To | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|---|
| Sales Tax | Line | | $17,815.41 USD | 0% | $0.00 US |

Line Item Total : $17,81

### Tax Summary

| Category | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|
| Sales Tax | | $17,815.41 USD | 0% | $0.00 USD |

Tax Summary : $0.00 USD

### Amount Summary

Line Item subtotal

Gross amount

Net amount

Total tax amount

Amount Due

### Additional Information

ServiceDescription
2018 4th Quarter Commissions for
Sempra

governmentRegistrationNo
2336225

### Billing Information

| Bill From | Bill To | Remittance Information |
|---|---|---|
| Accelerated Outsourcing, Inc. | 0376 | Remit To |
| 39 Mountain St | Atos IT Solutions and Services Inc. | Accelerated Outsourcing, Inc. |
| Bristol | 0376 | 39 Mountain St |
| VT | PO Box 982442 | Bristol |
| 05443-1320 | El Paso | VT |
| United States | TX | 05443-1320 |
| | 79998-2442 | United States |
| | Address ID: . | |
| | | Tax ID of Supplier |
| | | 55-0857246 |

### Payment Terms

Net payment Terms (Days) :

Appendix

ID# 2021-0005639-CV
Page 30

| Line No. | PO Line No. | Type | Supplier Part No. / Description |
|----------|-------------|------|-------------------------------|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 |

Additional Details:
Classification Domain : not available
Classification Code : M&A,Strat&Mgt cons.
Supplier Part ID : not available

PDF generated by John Pitcock on Friday 1 Nov 2019 2:28 PM GMT-04:00



ID# 2021-0005639-CV
Page 31

## Standard Invoice

Original tax invoice has been submitted electronically. This is a human
readable representation (copy) of the original tax invoice.

| | |
|---|---|
| Invoice Number | |
| (Supplier Reference No.) | |
| Invoice Date | Wednesday 28 Aug 2019 2:44 |
| Amount Due | $ |

| Supplier | Customer | Shipping Information | |
|---|---|---|---|
| Accelerated Outsourcing, Inc. | 0376 | Ship From | Ship To |
| 39 Mountain St | PO Box 982442 | Accelerated Outsourcing, Inc. | John Pitcock |
| Bristol | El Paso | 39 Mountain St | 5414 Country Lak |
| VT | TX | Bristol | MANATEE,SARAS( |
| 05443-1320 | 79998-2442 | VT | FL |
| United States | United States | 05443-1320 | 34243 |
| | | United States | Phone: (770) 513- |

### Line Items — PO No. : 5900070394

| Line No. | PO Line No. | Type | Supplier Part No. / Description | Customer Part No. | Quantity (UOM) | Unit Price |
|---|---|---|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 | n.a. | 17,815.41 (EA) | $1.00 USD |

#### Taxes, Allowances and Charges

| Category | Applicable To | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|---|
| Sales Tax | Line | | $17,815.41 USD | 0% | $0.00 US |

Line Item Total : $17,8

### Tax Summary

| Category | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|
| Sales Tax | | $17,815.41 USD | 0% | $0.00 USD |

Tax Summary : $0.00 USD

### Amount Summary

| | |
|---|---|
| Line item subtotal | |
| Gross amount | |
| Net amount | |
| Total tax amount | |
| Amount Due | |

### Additional Information

ServiceDescription
2019 1st Quarter Commissions for
Sempra

governmentRegistrationNo
2336225

### Billing Information

| Bill From | Bill To | Remittance Information |
|---|---|---|
| Accelerated Outsourcing, Inc. | 0376 | Remit To |
| 39 Mountain St | Atos IT Solutions and Services Inc. | Accelerated Outsourcing, Inc. |
| Bristol | 0376 | 39 Mountain St |
| VT | PO Box 982442 | Bristol |
| 05443-1320 | El Paso | VT |
| United States | TX | 05443-1320 |
| | 79998-2442 | United States |
| | Address ID: . | |
| | | Tax ID of Supplier |
| | | 55-0857246 |

### Payment Terms

Net payment Terms (Days) :

Appendix

| Line No. | PO Line No. | Type | Supplier Part No. / Description |
|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 |

Additional Details:

Classification Domain : not available
Classification Code : M&A,Strat&Mgt cons.
Supplier Part ID : not available

PDF generated by John Pitcock on Friday 1 Nov 2019 2:29 PM GMT-04:00



EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit F



**EXHIBIT "A"**
**Agent Prospect Registration**

**Submit to: Saurabh Sen Gupta/ Atos Origin**

| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
|---|---|---|---|
| Address | 39 Mountain St | Phone Number | 404-822-6546 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |

| Company | Abbott Laboratories | Contact | JoAnn D. Cummans |
|---|---|---|---|
| Address | 100 Abbott Park Road | Title / Position | Director, Corp. IT |
| City, State, Zip | Abbott Park, IL 60064 | Phone Number | 614-624-7457 |
| | | Email Address | joann.cummans@abbott.com |

**Accelerated Outsourcing's Commission Rate: Four Percent (4%)**

Agent:   Accelerated Outsourcing, Inc.

By: _____

Print Name: _____Adrian Bannister_____

Title: ___President___

Date: _7/25/08_

Vendor Acceptance:

By: _____

Print Name: _Jerry Anderson_

Title: _CFO North America_

Date: _Sept. 25- 2008_

ID# 2021-0005639-CV
Page 34

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

20-A-2260

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit G



ID# 2021-0005639-CV
Page 35

# EXHIBIT "A"
## Agent Prospect Registration

**Submit to: <u>Rob Duncan</u>**

| AGENT INFORMATION | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 39 Mountain St. | Phone Number | 404-351-3382 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |
| PROSPECT INFORMATION | | | |
| Company | Beth Israel Deaconess Medical Center | Contact | John Powers |
| Address | 1135 Tremont Street, | Title / Position | CAIO |
| City, State, Zip | Boston, MA 02120 | Phone Number | |
| | | Email Address | jpowers@bidmc.harvard.edu |

Accelerated Outsourcing's Commission Rate: Three Percent (3%)

Agent:    Accelerated Outsourcing, Inc.                    Vendor Acceptance:

By: _____            By: _____

Print Name: _Adrian Bannister_____        Print Name: MARIE CYRAN_____

Title: President_____            Title: V.P. MANAGED OPERATIONS

Date: ___7/25/08_____            Date: ___8/4/08_____

# Exhibit H

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

ID# 2021-0005639-CV
Page 37

# SCHOENTHALER LAW GROUP

### ATTORNEYS AT LAW
3200 WINDY HILL ROAD, SE, SUITE 1600E
ATLANTA, GEORGIA 30339
www.schoenthalerlaw.com
TELEPHONE: 404-592-5397
FACSIMILE: 404-891-6120

*Peter F. Schoenthaler*                                              *pfs@schoenthalerlaw.com*

November 14, 2019

**VIA ELECTRONIC MAIL**

Ms. Lisa A. May
Senior Legal Counsel
Atos IT Solutions and Services, Inc.
4851 Regent Boulevard
Irving, TX 75063
Lisa.may@atos.net

      Re:     Accelerated Outsourcing, Inc. / Breach of Agent Agreement

Dear Ms. May:

      This firm represents Accelerated Outsourcing, Inc. ("AOI")("Client") with respect to Atos IT Solutions and Services, Inc.'s ("Atos") stated intent to breach the August 29, 2005 Agent Agreement ("Agreement") between our clients and Atos.

      As you are aware, the parties have had a productive working relationship for nearly fifteen years. Every appearance is that this has been a successful arrangement for both sides; Atos gains new business opportunities, and AOI receives a small commission for originating new business on Atos' behalf. My client was therefore surprised when it received your letter dated October 24, 2019 in which you gave notice of Atos' intent to allow the Agreement to expire. Although disappointed, my client recognizes that such notice is well within Atos' rights. The Agreement does explain, however, that "The expiration or termination of this Agreement shall not affect the obligation of Vendor to pay the commissions to Agent...." (Agreement Section 2(c)).

      My client is unable to understand your decision to no longer stand by Atos' obligation to pay commissions owed to AOI for its origination of Atos' client, San Diego Gas & Electric Company ("Sempra"). Atos paid Sempra commissions to AOI for almost four years and has now decided to stop these commission payments on the basis that AOI's origination of Sempra was an "...undefined Business Opportunity" as "...the Agent Prospect Registration form does not contain even a brief description of the services included in the Business Opportunity." No concerns over a description of services were expressed by Ryan Schebler, Atos SVP of North America, Jerry

Anderson, Atos CFO of North America, and Mark Cyran, Atos VP of Managed Operations, at the time they signed identical agent prospect registrations (Please see the attached).

This is an unfortunate situation which could be resolved by Atos' continuing to make the payments to which it committed itself. My client is not seeking monies beyond what it is owed under the parties' Agreement. AOI recognizes Atos' competence as a provider of mainframe support services and would prefer to continue the parties' relationship. Our hope is that Atos appreciates the position in which it has placed AOI.

The statement of facts set forth in this letter is not intended to be, nor shall it be deemed to be, a full complete statement of the facts in this matter. This letter is not intended to be a complete statement of our rights and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.

Please contact me at (404) 229-4114 or by email at pfs@schoenthalerlaw.com. All future correspondence or communications should be delivered to our firm in lieu of AOI.


Thank you.

Sincerely,

*/s/ Peter F. Schoenthaler*

Peter F. Schoenthaler

ID# 2021-0005639-CV
Page 40

# EXHIBIT "A"
## Agent Prospect Registration

**Submit to: <u>Randy Rogan/ Atos Origin</u>**

| AGENT INFORMATION | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 39 Mountain St | Phone Number | 404-822-6546 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |

| PROSPECT INFORMATION | | | |
|---|---|---|---|
| Company | Sempra Energy (San Diego Gas & Electric Company) | Contact | Andrew Harrod |
| Address | 1801 S. Atlantic Blvd. | Title / Position | CIO |
| City, State, Zip | Monterey Park, CA 91754 | Phone Number | 323-780-5462 |
| | | Email Address | aharrod@semprautilities.com |

## Accelerated Outsourcing's Commission Rate: Three Percent (3%)

Agent:   Accelerated Outsourcing, Inc.

Vendor Acceptance:

By: _____

By: _____

Print Name: <u>Adrian Bannister</u>

Print Name:    <u>Ryan Schebler</u>

Title: <u>President</u>

Title:   <u>Senior Vice President, North America</u>

Date:   <u>5/8/2014</u>

Date:   <u>5/18/2014</u>

## EXHIBIT "A"
### Agent Prospect Registration

**Submit to: <u>Saurabh Sen Gupta/ Atos Origin</u>**

| | | | |
|---|---|---|---|
| | | | |
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 39 Mountain St | Phone Number | 404-822-6546 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |

| | | | |
|---|---|---|---|
| | | | |
| Company | Abbott Laboratories | Contact | JoAnn D. Cummans |
| Address | 100 Abbott Park Road | Title / Position | Director, Corp. IT |
| City, State, Zip | Abbott Park, IL 60064 | Phone Number | 614-624-7457 |
| | | Email Address | joann.cummans@abbott.com |

**Accelerated Outsourcing's Commission Rate: Four Percent (4%)**

Agent:   Accelerated Outsourcing, Inc.

By: _____

Print Name: ____Adrian Bannister____

Title: ___President_____

Date: __9/25/08_____

Vendor Acceptance:

By: _____

Print Name: ___Jerry Anderson___

Title: __CFO North America__

Date: __Sept. 25-2008_____

ID# 2021-0005639-CV
Page 42

## EXHIBIT "A"
### Agent Prospect Registration

Submit to: <u>Rob Duncan</u>

| AGENT INFORMATION | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 39 Mountain St. | Phone Number | 404-351-3382 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |

| PROSPECT INFORMATION | | | |
|---|---|---|---|
| Company | Beth Israel Deaconess Medical Center | Contact | John Powers |
| Address | 1135 Tremont Street, | Title / Position | CAIO |
| City, State, Zip | Boston, MA 02120 | Phone Number | |
| | | Email Address | jpowers@bidmc.harvard.edu |

Accelerated Outsourcing's Commission Rate: Three Percent (3%)

Agent:   Accelerated Outsourcing, Inc.          Vendor Acceptance:

By: _[signature]_                    By: _[signature]_

Print Name: _Adrian Bannister_____     Print Name: __MARK CYRAN___

Title: _President_____      Title: _V.P. MANAGED OPERATIONS_

Date: ___7/25/08_____       Date: ___8/4/08_____

# EXHIBIT A-7

# General Civil and Domestic Relations Case Disposition Information Form
## ☐ Superior or ■ State Court of Cobb County

For Clerk Use Only

Date Disposed  12/15/2020                     Case Number  20-A-2260-2
         MM-DD-YY                              ᴣ\ - �ı - ᴏᴣᴣᴄ

Case Style ACCELERATED OUTSOURCING VS ATOS ORIGIN

**Plaintiff(s)**                                **Defendant(s)**

ACCELERATED OUTSOURCING VS ATOS ORIGIN

**Reporting Party** <u>State Court of Cobb County</u>

**Plaintiff's Attorney** __PETER F. SCHOENTHALER__     Bar Number__629789____   Self-Represented ☐

**Defendant's Attorney**_____     Bar Number_____   Self- Represented ☐

---

**Manner of Disposition**
**Check Only One**

☐  **Jury Trial**

☐  **Bench/Non – Jury Trial**

■  **Non-Trial Disposition**

☐  **Alternative Dispute Resolution**

---

☐  Check if any party was self-represented at any point during the life of the case.

☐  Check if the court ordered an interpreter for any party, witness, or other involved individual.

☐  Was the case referred/ordered to a court-annexed alternative dispute resolution (ADR) process?



**FILED in this office**
DEC-15-2020
*Robin C. Bishop, Clerk State Court of Cobb County*

# EXHIBIT A-8

✇ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

JUL 24, 2020 10:58 AM

*Angie J. Davis*

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
### STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

     Plaintiff,

v.

ATOS ORIGIN, INC.,

     Defendant.

CIVIL ACTION NO.
20-A-2260

21-1-0326

## MOTION FOR THE APPOINTMENT OF A SPECIAL PROCESS SERVER

COMES NOW Accelerated Outsourcing, Inc., pursuant to O.C.G.A. §9-11-4(c) and shows this Court that extraordinary service on Atos Origin, Inc. ("Defendant") is necessary and requests appointment of a special process server to serve Defendant, as authorized under the law.

Defendant is a Delaware corporation with a registered agent located in Wilmington, Delaware. As such, it is necessary to have special process servers appointed to perfect service in Delaware.

Wherefore, Plaintiff moves this Court for an Order appointing Rodney Samuels of MLQ Attorney Services, who is not an interested party to the suit, is a citizen of the United States and is 18 years or over, for service pursuant to O.C.G.A. §9-11-4(c). A proposed Order is attached thereto as Exhibit A.

1

Filed In Office Jan-15-2021 09:00:18
ID# 2021-00005738-CV
Connie Taylor
Clerk of Superior Court Cobb County
Page 1

This 24th day of July 2020.

Respectfully submitted.

**SCHOENTHALER LAW GROUP**

*/s/ Ann R. Emery*
Peter Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No 897305
Neill K. Wright
Georgia Bar No. 513847
Christopher Rosser
Georgia Bar No. 761317
3200 Windy Hill Road S.E.
Suite 1600E
Atlanta, GA 30339
Tel. (404) 592-5397
pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com
nwright@schoenthalerlaw.com
crosser@schoenthalerlaw.com

*Attorneys for Plaintiffs*

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

JUL 24, 2020 10:58 AM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit A

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

ACCELERATED OUTSOURCING, INC.

       Plaintiff,

                                CIVIL ACTION NO.

v.                              20-A-2260

ATOS ORIGIN, INC.,

       Defendant.

## <u>ORDER</u>

Upon Motion from the Plaintiff for the appointment of a special process server, and it appearing appropriate, just, and equitable, it is ORDERED that Rodney Samuels, an Agent of MLQ Attorney Services, a citizen of the United States, and eighteen (18) years or over, and a party having no interest in the above-styled case, is hereby appointed special agent for the service of Summons and Complaint in this case upon Defendant.

SO ORDERED, this _____ day of _____ 2020.

_____
Hon. Maria B. Golick

Prepared and presented by:
*/s/* Ann R. Emery
Georgia Bar No. 897305

# EXHIBIT A-9

⚶ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

AUG 04, 2020 12:12 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Cou
Cobb County, Georgi

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

    Plaintiff,

v.

ATOS ORIGIN, INC.,

    Defendant.

CIVIL ACTION NO.
20-A-2260

21-1-0326

## AMENDED MOTION FOR THE APPOINTMENT OF A SPECIAL PROCESS SERVER

COMES NOW Accelerated Outsourcing, Inc., pursuant to O.C.G.A. §9-11-4(c) and shows this Court that extraordinary service on Atos Origin, Inc. ("Defendant") is necessary and requests appointment of a special process server to serve Defendant, as authorized under the law.

Defendant is a Delaware corporation with a registered agent located in Wilmington, Delaware. As such, it is necessary to have special process servers appointed to perfect service in Delaware.

Wherefore, Plaintiff moves this Court for an Order appointing Rodney Samuels of ABC Legal, who is not an interested party to the suit, is a citizen of the United States and is 18 years or over, for service pursuant to O.C.G.A. §9-11-4(c). A copy of the Affidavit of Mr. Samuels is attached hereto as Exhibit A. A proposed Order is attached hereto as Exhibit B.

1

This 4ᵗʰ day of August 2020.

Respectfully submitted.

**SCHOENTHALER LAW GROUP**

*/s/ Ann R. Emery*
Peter Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No 897305
Neill K. Wright
Georgia Bar No. 513847
Christopher Rosser
Georgia Bar No. 761317
3200 Windy Hill Road S.E.
Suite 1600E
Atlanta, GA 30339
Tel. (404) 592-5397
pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com
nwright@schoenthalerlaw.com
crosser@schoenthalerlaw.com

*Attorneys for Plaintiffs*

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

AUG 04, 2020 12:12 PM



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# Exhibit A



ID# 2021-000005739-CV
Page 3

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

     Plaintiff,

     v.

ATOS ORIGIN, INC.,

     Defendant.

CIVIL ACTION NO.

20-A-2260

## AFFIDAVIT OF RODNEY SAMUELS

Personally appeared before the undersigned officer duly appointed to administer oaths in the State of Delaware, Rodney Samuels, who having duly sworn, deposes and states as follows:

1.

I am Rodney Samuels. I am over twenty-one (21) years of age and a citizen of the United States.

2.

I am a non-party to this action and I am not related by employment or otherwise to Plaintiff, Plaintiff's attorney, or Defendant in the above-styled case.

3.

I am not a felon.

**AFFIANT FURTHER SAYETH NOT.**



Affiant, Rodney Samuels

Sworn to and subscribed
before me this ___3___ th day
of __August__ 2020.

Notary Public

JOHN SCARPACI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 6, 2021

# EXHIBIT A-10

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

20-A-2260

AUG 17, 2020 12:06 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

ACCELERATED OUTSOURCING, INC.,

    Plaintiff,

v.

ATOS ORIGIN, INC.,

    Defendant.

CIVIL ACTION
FILE NO.: 20-A-2260-2

21-1-0326

## ORDER APPOINTING SPECIAL PROCESS SERVER

Plaintiff's Amended Motion for the Appointment of a Special Process Serves filed on August 4, 2020, having been read and considered, it appears to the Court that such an appointment is authorized by O.C.G.A. § 9-11-4(c) and should be made,

**IT IS HEREBY ORDERED,** that **RODNEY SAMUELS** is **APPOINTED AS SPECIAL AGENT FOR THE SERVICE OF PROCESS in the above-captioned matter,** and is authorized, and directed to serve Defendant with the SUMMONS and COMPLAINT. Proof of service shall be made and filed as required by law.  A copy of this Order must accompany any proof of service filed.

**SO ORDERED** this the ___14___ day of August, 2020.

MARIA B. GOLICK, JUDGE
STATE COURT OF COBB COUNTY

Filed In Office Jan-15-2021 09:00:18
ID# 2021-0005740-CV
Page 1

Connie Taylor
Clerk of Superior Court Cobb County

ID# 2021-00005740-CV
Page 2

## CERTIFICATE OF SERVICE

This is to certify that I have this date served copies of the within and foregoing Order by mailing same (through the Cobb County Mail System, and/or through the PeachCourt Electronic Filing Portal) to the parties in this case as follows:

Ann Emery
aemery@schoenthalerlaw.com

This 17th day of August, 2020.

/s/ Lisa Davis
Lisa Davis
Judicial Administrative Assistant to
Judge Maria B. Golick



# EXHIBIT A-11

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

SEP 01, 2020 01:58 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

      Plaintiff,

v.

ATOS ORIGIN, INC.,

      Defendant.

CIVIL ACTION NO.
20-A-2260

21-1-0326

### NOTICE OF FILING

COMES NOW Plaintiff Accelerated Outsourcing, Inc., by and through counsel, and

hereby gives notice of filing of the following documents in the above-styled matter:

1. Exhibit A: Order Appointing Special Process Server dated August 14, 2020

2. Exhibit B: Affidavit of Service dated August 20, 2020

This 1ST day of September 2020.

Respectfully submitted.

**SCHOENTHALER LAW GROUP**

*/s/ Ann R. Emery*
Peter Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
Neill K. Wright
Georgia Bar No. 513847
Christopher Rosser
Georgia Bar No. 761317
3200 Windy Hill Road S.E.
Suite 1600E
Atlanta, GA 30339
Tel. (404) 592-5397
pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com
nwright@schoenthalerlaw.com



Filed In Office Jan-15-2021 09:00:18
ID# 2021-0005741-CV
Page 1
Connie Taylor
Clerk of Superior Court Cobb County

crosser@schoenthalerlaw.com

*Attorneys for Plaintiffs*





EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

SEP 01, 2020 01:58 PM

Robin C. Bishop, Clerk of State Cou
Cobb County, Georgi

# Exhibit A



# EXHIBIT A-12

**IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA**

☙ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

AUG 17, 2020 12:06 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

ACCELERATED OUTSOURCING, INC.,

     Plaintiff,

v.

ATOS ORIGIN, INC.,

     Defendant.

CIVIL ACTION
FILE NO.: 20-A-2260-2

21-1- 0326

## ORDER APPOINTING SPECIAL PROCESS SERVER

Plaintiff's Amended Motion for the Appointment of a Special Process Serves filed on August 4, 2020, having been read and considered, it appears to the Court that such an appointment is authorized by O.C.G.A. § 9-11-4(c) and should be made,

**IT IS HEREBY ORDERED,** that **RODNEY SAMUELS** is **APPOINTED AS SPECIAL AGENT FOR THE SERVICE OF PROCESS in the above-captioned matter,** and is authorized, and directed to serve Defendant with the SUMMONS and COMPLAINT. Proof of service shall be made and filed as required by law. A copy of this Order must accompany any proof of service filed.

**SO ORDERED** this the ___14___ day of August, 2020.

**MARIA B. GOLICK, JUDGE
STATE COURT OF COBB COUNTY**

Connie Taylor
Clerk of Superior Court Cobb County

Filed In Office Jan-15-2021 09:00:18
ID# 2021-0005740-CV
Page 1

ID# 2021-00005740-CV
Page 2

## CERTIFICATE OF SERVICE

This is to certify that I have this date served copies of the within and foregoing Order by mailing same (through the Cobb County Mail System, and/or through the PeachCourt Electronic Filing Portal) to the parties in this case as follows:

Ann Emery
aemery@schoenthalerlaw.com

This 17th    day of August, 2020.

/s/ Lisa Davis
Lisa Davis
Judicial Administrative Assistant to
Judge Maria B. Golick



# EXHIBIT A-13

*email*

⚜ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

AUG 24, 2020 11:06 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| **ACCELERATED OUTSOURCING, INC.** | Case No.: | **20-A-2260** |
| Plaintiff/Petitioner | | |
| vs. | | |
| **ATOS ORIGIN, INC.** | **AFFIDAVIT OF SERVICE OF** | |
| Defendant/Respondent | **COMPLAINT; EXHIBITS A-H** | |

Received by **Rodney Samuels**, on the 18th day of **August, 2020** at 12:23 PM to be served upon **ATOS ORIGIN, INC.** at 1209 ORANGE STREET, WILMINGTON, New Castle County, DE 19801.
On the 18th day of **August, 2020** at 2:12 PM, I, **Rodney Samuels**, SERVED **ATOS ORIGIN, INC.** at 1209 ORANGE STREET, WILMINGTON, New Castle County, DE 19801 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering 1 copy(ies) of the above listed documents to the named Corporation, by serving **Robin Hutt Banks**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired black female approx. 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Rodney Samuels_     rodn188     8/20/2020
Rodney Samuels          Server ID #          Date

Notary Public:  Subscribed and sworn before me on this 20th day of August in the year of 2020
Personally known to me _____ or ✓ identified by the following document:

Notary Public (Legal Signature)

EVAN T. LEMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 29, 2022

Number/Reference: 1499789
Type: Driver's License
Notary Public for State of: Delaware
Commission Expiration: 1/29/22

Filed In Office Jan-14-2021 15:51:44
ID# 2021-0005639-CV
Page 1
Clerk of Superior Court Cobb County
Connie Taylor

REF: 20-A-2260

Tracking #: 0056478316

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

JUL 14, 2020 02:57 PM

*Angie T. Davis*
Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit A

,08/29/2005  12:42   7134037240                                                         PAGE   02/04

# ACCELERATED OUTSOURCING, INC.
### Agent Agreement

**Effective Date:**  8/29/05

**Term:**  One (1) year or per termination herein

This AGENT AGREEMENT is made and entered into on the Effective Date of this Agreement by and between **ACCELERATED OUTSOURCING, INC.** (hereinafter referred to as "Agent") having a place of business at 544 Collier Rd., Atlanta, GA 30318 and Atos Origin, Inc. (hereinafter referred to as "Vendor") having a place of business at 5599 San Felipe, Suite 300, Houston, TX 77056. For and in consideration of the mutual agreements contained herein, the parties hereto agree as follows:

**1.  SERVICES.**
a)  Agent will attempt to locate new clients for some or all of the services and/or products that Vendor has available to sell. It is understood that Vendor shall determine the services/products to be sold, and the rates to be charged.

b)  Agent recognizes that this Agreement in no way restricts Vendor from recruiting other clients of outsourcing through its own efforts or through that of other third parties. However, it is understood that once Agent introduces a new prospective client to Vendor that has an expressed need for specific and defined services and/or products offered by Vendor (the "Business Opportunity"), Agent is entitled to commissions as defined in Section 4 of this Agreement with respect to a contract that results from that Business Opportunity. Agent shall not be entitled to commissions for any other agreement executed with a particular client, unless such agreement is simply a renewal or extension of the contract that resulted from the Business Opportunity.

c)  Agent will register potential clients with Vendor in writing per Exhibit A ("Agent Prospect Registration"), giving the name, address and telephone number of the prospective client and a brief description of the business to be conducted. Vendor will acknowledge and verify the registration of the prospect by signing and returning to Agent, the Agent Prospect Registration. If the prospective client is already a client of Vendor or is already registered by another agent, or is currently a prospect of Vendor, Agent will be so advised and no commission will be due.

**2.  TERM AND TERMINATION.**
a)  The initial term of this Agreement shall commence on the Effective Date and shall continue in effect for a period of one (1) year, unless otherwise terminated as hereinafter provided. Thereafter, the term of this Agreement shall be automatically renewed for successive one (1) year renewal terms, unless sooner terminated as provided below.

b)  Either party may terminate this Agreement, by delivering written notice of termination to the other party, upon the occurrence of any of the following events: (i) if the other party breaches this Agreement in any material respect and fails to cure such breach within thirty (30) days following the non-breaching party's delivery of written notice of such breach; (ii) if the other party becomes insolvent or the subject of any proceedings seeking reorganization, receivership, or rearrangement under any applicable laws relating to insolvency or bankruptcy; or (iii) by non-renewal at the end of a term by giving at least sixty (60) days' advance written notice of intention not to renew. The provisions of Sections 3 and 4 shall survive any termination of this Agreement.

c)  The expiration or termination of this Agreement shall not affect the obligation of Vendor to pay the commissions to Agent in accordance with Section 4 on any referral solicited by Agent and submitted to Vendor prior to the effective date of such expiration or termination so long as such referral is accepted by Vendor before or after such expiration or termination and Vendor receives the amounts due from the client with respect to the services which are the subject of such referral. Except as specifically provided herein, termination of or failure to extend this Agreement by either party as provided in this Section 2 shall be without liability therefore by either party.

d)  Upon expiration or termination of this Agreement, Agent shall promptly deliver to Vendor all supplies and other articles and materials as may have been provided by Vendor to Agent in connection with this Agreement.

e)  This agreement shall be binding upon vendor, vendor's representatives, successors, acquirers, mergees and assigns.

**3.  CONFIDENTIALITY.**
Each party agrees that it will not disclose, transfer or allow access to any trade secret information of the other party in its possession to any third parties. A party receiving such trade secret information agrees that such information will not be used for any purpose other than the provision of this Agreement. The parties' obligations under this Section shall be limited to the use of reasonable care in the protection of such trade secret information, but in no event should such care be less than that used by the receiving party to protect its own trade secret information. As used herein the term "trade secret" shall mean any information, scientific or technical data, design, process, procedure, formula or improvement that is commercially valuable to the disclosing party and is not generally known in that party's respective industry or is identified as confidential. Further, the commissions outlined in Section 4 shall be identified as confidential information.

**4.  COMMISSIONS.**
Agent shall be entitled to a contingent fee ("commission") in the event that Vendor ultimately executes a contract with a customer that Agent has referred to Vendor with respect to a particular registered Business Opportunity. Agent shall not be entitled to other commissions from Vendor for other contracts executed with a customer that are not registered Business Opportunities. The commission shall be negotiated in good faith between the parties on a case-by-case basis, depending on the economics of the particular deal. The target for the fee will be 10%, however the fee for each deal will be specified in the attachment to this agreement that represents the individual deal. The commission to be paid to Agent will be paid by Vendor at the agreed rate as a percent of amount billed for fees and collected for services rendered for each month of the contract to all new named and registered prospects who become clients and are located for Vendor by Agent. Upon billing the client, one copy of the invoice is to be forwarded to Agent who will in turn invoice Vendor for the commission due. Such commission is payable within thirty (30) days upon Vendor's receipt of payment from the client. Agent is not responsible for the client's nonpayment of bills; nor warrants the credit rating of any client, but Agent understands that commissions are only from payments by client. The commission rate may be mutually re-negotiated on a client-by-client basis. Vendor shall not be relieved of its obligation to pay commissions with respect to a particular Business Opportunity as long as that Business Opportunity is still in force and effect.

Page 1 of 3

# ACCELERATED OUTSOURCING, INC.
### Agent Agreement

**5.   TERM OF REGISTRATION.**
The registration of all Business Opportunities for prospective clients shall continue on an exclusive basis for one (1) year.  The Business Opportunity may then be deemed unregistered for the purposes of this Agreement and Vendor will inform Agent of the change in status, unless both parties mutually agree to extend the registration for a prospective client.

**6.   GENERAL.**
This Agreement shall be governed by and construed in accordance with Georgia law.  This Agreement contains the full and complete understanding of the parties with respect to the subject matter hereof and supersedes all prior representations and understandings, whether oral or written.

IN WITNESS WHEREOF, the parties hereto, each acting under due and proper authority, have executed this Agreement as of the Effective Date first above mentioned.  Once signed, 1) any reproduction of this Agreement, or Amendment, or other attachment made by reliable means (for example, photocopy or facsimile) is considered an original and 2) all products and services ordered under this Agreement are subject to the terms therein.

Agent:   Accelerated Outsourcing, Inc.
         544 Collier Road
         Atlanta, GA  30318

By: _____

Print Name:  ADRIAN BANNISTER

Title:  PRESIDENT

Date:  8/29/05


Vendor:

By: _____

Print Name:  JERRY ANDERSON

Title:  CFO and TREASURER

Date:  8/29/05

# ACCELERATED OUTSOURCING, INC.
### Agent Agreement

## EXHIBIT "A"
### Agent Prospect Registration

**Submit to:** _____

| AGENT INFORMATION | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 544 Collier Rd | Phone Number | 404-351-3382 |
| City, State, Zip | Atlanta, GA 30318 | Email Address | abannister@accelout.com |

| PROSPECT INFORMATION | | | |
|---|---|---|---|
| Company | | Contact | |
| Address | | Title / Position | |
| City, State, Zip | | Phone Number | |
| Description of Business Opportunity (i.e. particular services/products needed) | | Email Address | |

**Agreed commission structure** _____

Agent:   Accelerated Outsourcing, Inc.                    Vendor Acceptance:

By: _____                    By: _____

Print Name: _____                    Print Name: _____

Title: _____                    Title: _____

Date: _____                    Date: _____

ID# 2021-0005639-
Page 5

🍎 **EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

JUL 14, 2020 02:57 PM

*Angie S. Davis*

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit B

## EXHIBIT "A"
## Agent Prospect Registration

**Submit to: <u>Randy Rogan/ Atos Origin</u>**

| AGENT INFORMATION | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 39 Mountain St | Phone Number | 404-822-6546 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |

| PROSPECT INFORMATION | | | |
|---|---|---|---|
| Company | Sempra Energy (San Diego Gas & Electric Company) | Contact | Andrew Harrod |
| Address | 1801 S. Atlantic Blvd. | Title / Position | CIO |
| City, State, Zip | Monterey Park, CA 91754 | Phone Number | 323-780-5462 |
|  |  | Email Address | aharrod@semprautilities.com |

**Accelerated Outsourcing's Commission Rate: Three Percent (3%)**

Agent:   Accelerated Outsourcing, Inc.                Vendor Acceptance:

By:                                                   By:

Print Name: <u>Adrian Bannister</u>                   Print Name:    <u>Ryan Schebler</u>

Title: <u>President</u>                                Title:   <u>Senior Vice President, North America</u>

Date:   <u>5/8/2014</u>                                 Date:   <u>5/18/2014</u>

ID# 2021-0005639-CV
Page 7

📧 **EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

JUL 14, 2020 02:57 PM

*Angie T. Davis*
Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit C

ID# 2021-000005639-CV
Page 8

## Standard Invoice

Original tax invoice has been submitted electronically. This is a human
readable representation (copy) of the original tax invoice.

| | |
|---|---|
| Invoice Number (Supplier Reference No.) | |
| Invoice Date | Thursday 17 Oct 2019 10:49 |
| Amount Due | $ |

| Supplier | Customer | Shipping Information | |
|---|---|---|---|
| Accelerated Outsourcing, Inc. | 0376 | **Ship From** | **Ship To** |
| 39 Mountain St | PO Box 982442 | Accelerated Outsourcing, Inc. | John Pitcock |
| Bristol | El Paso | 39 Mountain St | 5414 Country Lak |
| VT | TX | Bristol | MANATEE,SARAS( |
| 05443-1320 | 79998-2442 | VT | FL |
| United States | United States | 05443-1320 | 34243 |
| | | United States | Phone: (770) 513- |

### Line Items

PO No.: 5900070394

| Line No. | PO Line No. | Type | Supplier Part No. / Description | Customer Part No. | Quantity (UOM) | Unit Price | PO |
|---|---|---|---|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 | | 17,577.28 (EA) | $1.00 USD | |

**Taxes, Allowances and Charges**

| Category | Applicable To | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|---|
| Sales Tax | Line | | $17,577.28 USD | 0% | $0.00 US |

Line Item Total : $17,57

### Tax Summary

| Category | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|
| Sales Tax | | $17,577.28 USD | 0% | $0.00 USD |

Tax Summary : $0.00 USD

### Amount Summary

| | |
|---|---|
| Line item subtotal | |
| Gross amount | |
| Net amount | |
| Total tax amount | |
| Amount Due | |

### Additional Information

ServiceDescription
2019 2nd Quarter Commissions
for Sempra

governmentRegistrationNo
2336225

### Billing Information

| **Bill From** | **Bill To** |
|---|---|
| Accelerated Outsourcing, Inc. | 0376 |
| 39 Mountain St | Atos IT Solutions and Services Inc. |
| Bristol | 0376 |
| VT | PO Box 982442 |
| 05443-1320 | El Paso |
| United States | TX |
| | 79998-2442 |
| | Address ID: . |

### Remittance Information

**Remit To**
Accelerated Outsourcing, Inc.
39 Mountain St
Bristol
VT
05443-1320
United States

Tax ID of Supplier
55-0857246

### Payment Terms

Net payment Terms (Days) :

Appendix

| Line No. | PO Line No. | Type | Supplier Part No. / Description |
|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 |

Additional Details:
Classification Domain : not available
Classification Code : M&A,Strat&Mgt cons.
Supplier Part ID : not available      --

PDF generated by John Pitcock on Friday 1 Nov 2019 2:30 PM GMT-04:00



ID# 2021-0005639-CV
Page 10

# Exhibit D

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia



ID# 2021-0005639-CV
Page 11



**Legal, Compliance and
Contracts Management**

4851 Regent Boulevard
Irving, TX 75063 USA

lisa.may@atos.net

October 24, 2019
<u>via Email</u>

Accelerated Outsourcing, Inc.
544 Collier Road
Atlanta, GA 30318
Attention: John Pitcock

Re:   Termination of that certain Agent Agreement, dated August 29, 2005 ("Agreement"),
      between Atos IT Solutions and Services, Inc., as successor to Atos Origin, Inc. ("Atos"),
      and Accelerated Outsourcing, Inc. ("Agent")

Dear Mr. Pitcock:

In accordance with Section 2(b)(iii) of the Agreement, please accept this letter as notice of
Atos' intention not to renew the Agreement upon its expiration on August 28, 2020.

Section 1(c) defines a Business Opportunity as a set of specific and defined services that will
be described on the Agent Prospect Registration form submitted by Agent. However, the
Business Opportunity for Sempra is undefined; the Agent Prospect Registration form does not
contain even a brief description of the services included in the Business Opportunity. While
Atos has made payments to Accelerated Outsourcing in the past, Atos has determined that it
will not continue to make payments related to an undefined Business Opportunity. Therefore,
as of the end of the second quarter of 2019, all such payments related to Sempra have
ceased.

If you have any questions concerning this notice, you may direct them to me at the address
and/or email on this letterhead.

Sincerely,

/ss/ *Lisa A. May*

Lisa A. May
Senior Legal Counsel
Director – Legal and Compliance

cc:   J. Goldberg
      D. Chiang
      A. Chipperson

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

JUL 14, 2020 02:57 PM

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit E



ID# 2021-0005639-CV
Page 13

# Accelerated Outsourcing, Inc.

5414 Country Lakes Ln
Sarasota, FL 34243

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/26/2015 | 15-177 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc.<br>PO Box 982442<br>El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Due on Receipt |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376070493 dated 12/10/2014 (Item #10: Consulting Fees - Transition of $100,000 @ 3%) | $3,000.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376070500 dated 12/15/2014 (Item #10: Consulting Fees - Transition of $486,000 @ 3%) | $14,580.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376078603 dated 5/12/2015 (Item #20: Consulting Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376078603 dated 5/12/2015 (Item #20: Consulting Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376078603 dated 5/12/2015 (Item #20: Consulting Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| *Thank you for your prompt payment.* | **Total:** $32,282.79 |

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 9/18/2015 | 15-261 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc.<br>PO Box 982442<br>El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376081850 dated 6/24/2015 (Mainframe Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376084085 dated 8/7/2015 (Mainframe Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376085859 dated 9/10/2015 (Mainframe Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| *Thank you for your prompt payment.* | **Total:** $14,702.79 |

ID# 2021-0005639-CV
Page 15

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 12/15/2015 | 15-349 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc.<br>PO Box 982442<br>El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376087604 dated 10/13/2015 (Mainframe Fees - Steady State of $163,364.45 @ 3%) | $4,900.93 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376089271 dated 11/12/2015 (Mainframe Fees - Steady State of $227,278.45 @ 3%) | $6,818.35 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376090477 dated 12/08/2015 (Mainframe Fees - Steady State of $227,278.45 @ 3%) | $6,818.35 |
| *Thank you for your prompt payment.* | **Total:** $18,537.63 |

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/28/2016 | 16-088 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc.<br>PO Box 982442<br>El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376092271 dated 1/12/2016 (Outsourcing Fees - Steady State of $227,278.45 @ 3%) | $6,818.35 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376094023 dated 2/15/2016 (Outsourcing Fees - Steady State of $220,675.45 @ 3%) | $6,230.26 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376095015 dated 3/08/2016 (Outsourcing Fees - Steady State of $227,278.45 @ 3%) | $6,818.35 |
| *Thank you for your prompt payment.* | **Total:** $19,866.96 |

**Accelerated Outsourcing, Inc.**                                      Invoice

5414 Country Lakes Ln
Sarasota, FL 34243

| DATE | INVOICE # |
|------|-----------|
| 6/30/2016 | 16-182 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376096609 dated 4/11/2016 (Outsourcing Fees - Steady State of $175,309.00 @ 3%) | $5,259.27 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376097754 dated 5/4/2016 (Outsourcing Fees - Steady State of $202,582.00 @ 3%) | $6,077.46 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376099853 dated 6/14/2016 (Outsourcing Fees - Steady State of $175,309.00 @ 3%) | $5,259.27 |
| *Thank you for your prompt payment.* | **Total:** $16,596.00 |

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 10/10/2016 | 16-284 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376101538 dated 7/14/2016 (Outsourcing Fees - Steady State of $214,462.00 @ 3%) | $6,433.86 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376102572 dated 8/10/2016 (Outsourcing Fees - Steady State of $202,582.00 @ 3%) | $6,077.46 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376104272 dated 9/14/2016 (Outsourcing Fees - Steady State of $202,582.00 @ 3%) | $6,077.46 |
| *Thank you for your prompt payment.* | **Total:** $18,588.78 |

ID# 2021-0005839-CV
Page 20

**Accelerated Outsourcing, Inc.**                          **Invoice**

5414 Country Lakes Ln
Sarasota, FL 34243

| DATE | INVOICE # |
|------|-----------|
| 1/4/2017 | 17-004 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376105780 dated 10/18/2016 (Outsourcing Fees - Steady State of $194,049.00 @ 3%) | $5,821.47 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376107138 dated 11/15/2016 (Outsourcing Fees - Steady State of $206,791.00 @ 3%) | $6,203.73 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376108200 dated 12/01/2016 (Outsourcing Fees - Steady State of $210,124.00 @ 3%) | $6,303.72 |
| *Thank you for your prompt payment.* | **Total:** $18,328.92 |

ID# 2021-0005639-CV
Page 21

# Accelerated Outsourcing, Inc.

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|---|---|
| 4/4/2017 | 17-097 |

| BILL TO |
|---|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|---|---|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|---|---|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376108202 dated 12/01/2016 (Outsourcing Fees - Steady State of $210,124.00 @ 3%) | $6,303.72 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376112358 dated 02/15/2017 (Outsourcing Fees - Steady State of $212,012.64 @ 3%) | $6,360.38 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376115091 dated 03/21/2017 (Outsourcing Fees - Steady State of $210,124.00 @ 3%) | $6,303.72 |
| *Thank you for your prompt payment.* | **Total:** $18,967.82 |

ID# 2021-0005639-CV
Page 22

## Accelerated Outsourcing, Inc.

**Invoice**

5414 Country Lakes Ln
Sarasota, FL 34243

| DATE | INVOICE # |
|------|-----------|
| 7/10/2017 | 17-191 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376118099 dated 04/18/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376120085 dated 05/10/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376122719 dated 06/09/2017 (Outsourcing Fees - Steady State of $187,202.00 @ 3%) | $5,616.06 |
| *Thank you for your prompt payment.* | **Total:** $16,848.18 |

ID# 2021-0005639-CV
Page 23

**Accelerated Outsourcing, Inc.**
5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 1/4/2018 | 18-004 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |
| |
| atos.nam.ap.invoice@conduent.com |

| | P.O. NO. | TERMS |
|---|----------|-------|
| | 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376125210 dated 07/07/2017 (Outsourcing Fees - Steady State of $187,202.00  @ 3%) | $5,616.06 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376127199 dated 08/02/2017 (Outsourcing Fees - Steady State of $187,202.00  @ 3%) | $5,616.06 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376129835 dated 09/08/2017 (Outsourcing Fees - Steady State of $194,402.00  @ 3%) | $5,832.06 |
| *Thank you for your prompt payment.* | **Total:** $17,064.18 |

# Accelerated Outsourcing, Inc.

5414 Country Lakes Ln
Sarasota, FL 34243

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/1/2018 | 18-032 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |
| |
| atos.nam.ap.invoice@conduent.com |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376132181 dated 10/02/2017 (Outsourcing Fees - Steady State of $208,202.00 @ 3%) | $6,246.06 |
| | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376134747 dated 11/02/2017 (Outsourcing Fees - Steady State of $210,202.00 @ 3%) | $6,306.06 |
| | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376137120 dated 12/05/2017 (Outsourcing Fees - Steady State of $208,902.00 @ 3%) | $6,267.06 |
| *Thank you for your prompt payment.* | **Total:** $18,819.18 |

**Accelerated Outsourcing, Inc.**

5414 Country Lakes Ln
Sarasota, FL 34243

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 4/10/2018 | 18-100 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc. |
| PO Box 982442 |
| El Paso, TX 79998-2442 |
| |
| atos.nam.ap.invoice@conduent.com |

| | P.O. NO. | TERMS |
|---|----------|-------|
| | 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376139486 dated 01/05/2018 (Outsourcing Fees - Steady State of $201,502.00  @ 3%) | $6,045.06 |
| | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376141863 dated 02/07/2017 (Outsourcing Fees - Steady State of $236,180.35  @ 3%) | $7,085.41 |
| | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376144554 dated 03/14/2017 (Outsourcing Fees - Steady State of $241,372.15  @ 3%) | $7,241.16 |
| *Thank you for your prompt payment.* | **Total:** $20,371.63 |

ID# 2021-0005639-CV
Page 26

**Accelerated Outsourcing, Inc.**                                      **Invoice**

5414 Country Lakes Ln
Sarasota, FL 34243

| DATE | INVOICE # |
|------|-----------|
| 7/17/2018 | 18-198 |

| BILL TO |
|---------|
| Atos IT Solutions and Services, Inc.<br>PO Box 982442<br>El Paso, TX 79998-2442<br><br>atos.nam.ap.invoice@conduent.com |

| P.O. NO. | TERMS |
|----------|-------|
| 3900332524 | Net 60 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376147053 dated 04/11/2018 (Outsourcing Fees - Steady State of $196,872.20 @ 3%) | $5,906.17 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376149653 dated 05/14/2018 (Outsourcing Fees - Steady State of $191,891.84 @ 3%) | $5,756.76 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376151827 dated 06/07/2018 (Outsourcing Fees - Steady State of $192,095.12 @ 3%) | $5,762.85 |
| *** CREDITS *** | |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376129835 dated 09/08/2017 (Outsourcing Fees - Steady State of $7,200.00 @ 3%) | -$216.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376132181 dated 10/02/2017 (Outsourcing Fees - Steady State of $16,000.00 @ 3%) | -$480.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376134747 dated 11/02/2017 (Outsourcing Fees - Steady State of $18,000.00 @ 3%) | -$540.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376137120 dated 12/05/2017 (Outsourcing Fees - Steady State of $16,700.00 @ 3%) | -$501.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376139486 dated 01/05/2018 (Outsourcing Fees - Steady State of $9,300.00 @ 3%) | -$279.00 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376141863 dated 02/07/2018 (Outsourcing Fees - Steady State of $43,978.35 @ 3%) | -$1,319.35 |
| San Diego Gas & Electric Company (Sempra) -- Invoice No. 5376144554 dated 03/14/2018 (Outsourcing Fees - Steady State of $41,924.15 @ 3%) | -$1,257.72 |
| *Thank you for your prompt payment.* | **Total:** $12,832.71 |

ID# 2021-00005639-CV
Page 27

## Standard Invoice

Original tax invoice has been submitted electronically. This is a human readable representation (copy) of the original tax invoice.

| | |
|---|---|
| Invoice Number (Supplier Reference No.) | |
| Invoice Date | Thursday 14 Feb 2019 12:00 |
| Amount Due | $ |

**Supplier**
Accelerated Outsourcing, Inc.
39 Mountain St
Bristol
VT
05443-1320
United States

**Customer**
0376
PO Box 982442
El Paso
TX
79998-2442
United States

**Shipping Information**

Ship From
Accelerated Outsourcing, Inc.
39 Mountain St
Bristol
VT
05443-1320
United States

Ship To
John Pitcock
5414 Country Lak
MANATEE,SARASO
FL
34243
Phone: (770) 513-

### Line Items — PO No. : 5900070394

| Line No. | PO Line No. | Type | Supplier Part No. / Description | Customer Part No. | Quantity (UOM) | Unit Price |
|---|---|---|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 | | 17,467.23 (EA) | $1.00 USD |

**Taxes, Allowances and Charges**

| Category | Applicable To | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|---|
| Sales Tax | Line | | $17,467.23 USD | 0% | $0.00 US |

Line Item Total : $17,46

### Tax Summary

| Category | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|
| Sales Tax | | $17,467.23 USD | 0% | $0.00 USD |

Tax Summary : $0.00 USD

### Amount Summary

Line item subtotal

Gross amount

Net amount

Total tax amount

Amount Due

**Additional Information**

punchinContractInvoice
no

ServiceDescription
Commissions for Sempra

governmentRegistrationNo
2336225

**Billing Information**

Bill From
Accelerated Outsourcing, Inc.
39 Mountain St
Bristol
VT
05443-1320
United States

Bill To
0376
Atos IT Solutions and Services Inc.
0376
PO Box 982442
El Paso
TX
79998-2442
Address ID: .

**Remittance Information**

Remit To
Accelerated Outsourcing, Inc.
39 Mountain St
Bristol
VT
05443-1320
United States

Tax ID of Supplier
55-0857246

Payment Terms

Appendix

ID# 2021-0005639-CV
Page 28

| Line No. | PO Line No. | Type | Supplier Part No. / Description |
|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 |

Additional Details:

Classification Domain : not available
Classification Code : M&A,Strat&Mgt cons.
Supplier Part ID : not available

PDF generated by John Pitcock on Friday 1 Nov 2019 2:25 PM GMT-04:00



## Standard Invoice

Original tax invoice has been submitted electronically. This is a human
readable representation (copy) of the original tax invoice.

| | |
|---|---|
| Invoice Number | |
| (Supplier Reference No.) | |
| Invoice Date | Tuesday 7 May 2019 9:24 |
| Amount Due | $ |

| Supplier | Customer | Shipping Information | |
|---|---|---|---|
| Accelerated Outsourcing, Inc. | 0376 | **Ship From** | **Ship To** |
| 39 Mountain St | PO Box 982442 | Accelerated Outsourcing, Inc. | John Pitcock |
| Bristol | El Paso | 39 Mountain St | 5414 Country Lak |
| VT | TX | Bristol | MANATEE,SARAS( |
| 05443-1320 | 79998-2442 | VT | FL |
| United States | United States | 05443-1320 | 34243 |
| | | United States | Phone: (770) 513- |

### Line Items

PO No. : 5900070394

| Line No. | PO Line No. | Type | Supplier Part No. / Description | Customer Part No. | Quantity (UOM) | Unit Price |
|---|---|---|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 | n.a. | 17,815.41 (EA) | $1.00 USD |

Taxes, Allowances and Charges

| Category | Applicable To | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|---|
| Sales Tax | Line | | $17,815.41 USD | 0% | $0.00 US |

Line Item Total : $17,81

### Tax Summary

| Category | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|
| Sales Tax | | $17,815.41 USD | 0% | $0.00 USD |

Tax Summary : $0.00 USD

### Amount Summary

| | |
|---|---|
| Line Item subtotal | |
| Gross amount | |
| Net amount | |
| Total tax amount | |
| Amount Due | |

### Additional Information

ServiceDescription
2018 4th Quarter Commissions for
Sempra

governmentRegistrationNo
2336225

| Billing Information | | Remittance Information |
|---|---|---|
| **Bill From** | **Bill To** | **Remit To** |
| Accelerated Outsourcing, Inc. | 0376 | Accelerated Outsourcing, Inc. |
| 39 Mountain St | Atos IT Solutions and Services Inc. | 39 Mountain St |
| Bristol | 0376 | Bristol |
| VT | PO Box 982442 | VT |
| 05443-1320 | El Paso | 05443-1320 |
| United States | TX | United States |
| | 79998-2442 | **Tax ID of Supplier** |
| | Address ID: . | 55-0857246 |

### Payment Terms

Net payment Terms (Days) :

Appendix

| Line No. | PO Line No. | Type | Supplier Part No. / Description |
|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 |

Additional Details:

Classification Domain : not available
Classification Code : M&A,Strat&Mgt cons.
Supplier Part ID : not available

PDF generated by John Pitcock on Friday 1 Nov 2019 2:28 PM GMT-04:00



ID# 2021-0005639-CV
Page 31

## Standard Invoice

Original tax invoice has been submitted electronically. This is a human readable representation (copy) of the original tax invoice.

| | |
|---|---|
| Invoice Number | |
| (Supplier Reference No.) | |
| Invoice Date | Wednesday 28 Aug 2019 2:44 |
| Amount Due | $ |

| Supplier | Customer | Shipping Information | |
|---|---|---|---|
| Accelerated Outsourcing, Inc. | 0376 | **Ship From** | **Ship To** |
| 39 Mountain St | PO Box 982442 | Accelerated Outsourcing, Inc. | John Pitcock |
| Bristol | El Paso | 39 Mountain St | 5414 Country Lak |
| VT | TX | Bristol | MANATEE,SARAS( |
| 05443-1320 | 79998-2442 | VT | FL |
| United States | United States | 05443-1320 | 34243 |
| | | United States | Phone: (770) 513- |

| Line Items | | | | PO No. : 5900070394 | | | PO |
|---|---|---|---|---|---|---|---|
| Line No. | PO Line No. | Type | Supplier Part No. / Description | Customer Part No. | Quantity (UOM) | Unit Price | |
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 | n.a. | 17,815.41 (EA) | $1.00 USD | |

**Taxes, Allowances and Charges**

| Category | Applicable To | Details | Base Amount | Rate % | Amount |
|---|---|---|---|---|---|
| Sales Tax | Line | | $17,815.41 USD | 0% | $0.00 US |

Line Item Total : $17,81

| Tax Summary | | | | | |
|---|---|---|---|---|---|
| Category | Details | | Base Amount | Rate % | Amount |
| Sales Tax | | | $17,815.41 USD | 0% | $0.00 USD |

Tax Summary : $0.00 USD

| Amount Summary | |
|---|---|
| Line item subtotal | |
| Gross amount | |
| Net amount | |
| Total tax amount | |
| Amount Due | |

### Additional Information

ServiceDescription
2019 1st Quarter Commissions for
Sempra

governmentRegistrationNo
2336225

### Billing Information

| Bill From | Bill To | | Remittance Information |
|---|---|---|---|
| Accelerated Outsourcing, Inc. | 0376 | | **Remit To** |
| 39 Mountain St | Atos IT Solutions and Services Inc. | | Accelerated Outsourcing, Inc. |
| Bristol | 0376 | | 39 Mountain St |
| VT | PO Box 982442 | | Bristol |
| 05443-1320 | El Paso | | VT |
| United States | TX | | 05443-1320 |
| | 79998-2442 | | United States |
| | Address ID: . | | |

Tax ID of Supplier
55-0857246

### Payment Terms

Net payment Terms (Days) :

Appendix

| Line No. | PO Line No. | Type | Supplier Part No. / Description |
|---|---|---|---|
| 1 | 10 | Material | not available / Adding Funds to existing PO# 3900332524-WMS# 73938 |

Additional Details:

Classification Domain : not available
Classification Code : M&A,Strat&Mgt cons.
Supplier Part ID : not available

PDF generated by John Pitcock on Friday 1 Nov 2019 2:29 PM GMT-04:00



ID# 2021-0005639-CV
Page 32

⚖ **EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

JUL 14, 2020 02:57 PM

*Angie T. Davis*
Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit F



ID# 2021-000563P-CV
Page 33

**EXHIBIT "A"**
**Agent Prospect Registration**

**Submit to: <u>Saurabh Sen Gupta/ Atos Origin</u>**

| | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 39 Mountain St | Phone Number | 404-822-6546 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |

| | | | |
|---|---|---|---|
| Company | Abbott Laboratories | Contact | JoAnn D. Cummans |
| Address | 100 Abbott Park Road | Title / Position | Director, Corp. IT |
| City, State, Zip | Abbott Park, IL 60064 | Phone Number | 614-624-7457 |
| | | Email Address | joann.cummans@abbott.com |

**Accelerated Outsourcing's Commission Rate: Four Percent (4%)**

Agent:   Accelerated Outsourcing, Inc.

By: _____

Print Name:   Adrian Bannister

Title:   President

Date:   7/25/08

Vendor Acceptance:

By: _____

Print Name:   Jerry Anderson

Title:   CFO North America

Date:   Sept. 25. 2008

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

JUL 14, 2020 02:57 PM

*Angie S. Davis*

Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit G



# EXHIBIT "A"
## Agent Prospect Registration

**Submit to: Rob Duncan**

| AGENT INFORMATION | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 39 Mountain St. | Phone Number | 404-351-3382 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |
| PROSPECT INFORMATION | | | |
| Company | Beth Israel Deaconess Medical Center | Contact | John Powers |
| Address | 1135 Tremont Street, | Title / Position | CAIO |
| City, State, Zip | Boston, MA 02120 | Phone Number | |
| | | Email Address | jpowers@bidmc.harvard.edu |

Accelerated Outsourcing's Commission Rate: Three Percent (3%)

Agent:    Accelerated Outsourcing, Inc.                    Vendor Acceptance:

By: _____        By: _____

Print Name: _Adrian Bannister_____        Print Name: __MARIE CYRAN_____

Title: _President_____        Title: _V.P. MANAGED OPERATIONS_

Date: ___7/25/08_____        Date: ____8/4/08_____

ID# 2021-0005639-CV
Page 36

⚖ **EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**20-A-2260**

JUL 14, 2020 02:57 PM

*Angie T. Davis*
Angie T. Davis, Clerk of State Court
Cobb County, Georgia

# Exhibit H



ID# 2021-0005639-CV
Page 37

# SCHOENTHALER LAW GROUP

ATTORNEYS AT LAW
3200 WINDY HILL ROAD, SE, SUITE 1600E
ATLANTA, GEORGIA 30339
www.schoenthalerlaw.com
TELEPHONE: 404-592-5397
FACSIMILE: 404-891-6120

*Peter F. Schoenthaler*                                                                 *pfs@schoenthalerlaw.com*

November 14, 2019

**VIA ELECTRONIC MAIL**

Ms. Lisa A. May
Senior Legal Counsel
Atos IT Solutions and Services, Inc.
4851 Regent Boulevard
Irving, TX 75063
Lisa.may@atos.net

      Re:     Accelerated Outsourcing, Inc. / Breach of Agent Agreement

Dear Ms. May:

This firm represents Accelerated Outsourcing, Inc. ("AOI")("Client") with respect to Atos IT Solutions and Services, Inc.'s ("Atos") stated intent to breach the August 29, 2005 Agent Agreement ("Agreement") between our clients and Atos.

As you are aware, the parties have had a productive working relationship for nearly fifteen years. Every appearance is that this has been a successful arrangement for both sides; Atos gains new business opportunities, and AOI receives a small commission for originating new business on Atos' behalf.   My client was therefore surprised when it received your letter dated October 24, 2019 in which you gave notice of Atos' intent to allow the Agreement to expire.   Although disappointed, my client recognizes that such notice is well within Atos' rights.  The Agreement does explain, however, that "The expiration or termination of this Agreement shall not affect the obligation of Vendor to pay the commissions to Agent...." (Agreement Section 2(c)).

My client is unable to understand your decision to no longer stand by Atos' obligation to pay commissions owed to AOI for its origination of Atos' client, San Diego Gas & Electric Company ("Sempra").  Atos paid Sempra commissions to AOI for almost four years and has now decided to stop these commission payments on the basis that AOI's origination of Sempra was an "...undefined Business Opportunity" as "...the Agent Prospect Registration form does not contain even a brief description of the services included in the Business Opportunity."  No concerns over a description of services were expressed by Ryan Schebler, Atos SVP of North America, Jerry

Anderson, Atos CFO of North America, and Mark Cyran, Atos VP of Managed Operations, at the time they signed identical agent prospect registrations (Please see the attached).

This is an unfortunate situation which could be resolved by Atos' continuing to make the payments to which it committed itself. My client is not seeking monies beyond what it is owed under the parties' Agreement. AOI recognizes Atos' competence as a provider of mainframe support services and would prefer to continue the parties' relationship. Our hope is that Atos appreciates the position in which it has placed AOI.

The statement of facts set forth in this letter is not intended to be, nor shall it be deemed to be, a full complete statement of the facts in this matter. This letter is not intended to be a complete statement of our rights and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.

Please contact me at (404) 229-4114 or by email at pfs@schoenthalerlaw.com. All future correspondence or communications should be delivered to our firm in lieu of AOI.

Thank you.

Sincerely,

*/s/ Peter F. Schoenthaler*

Peter F. Schoenthaler

**EXHIBIT "A"**
**Agent Prospect Registration**

**Submit to: Randy Rogan/ Atos Origin**

| AGENT INFORMATION | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 39 Mountain St | Phone Number | 404-822-6546 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |
| PROSPECT INFORMATION | | | |
| Company | Sempra Energy (San Diego Gas & Electric Company) | Contact | Andrew Harrod |
| Address | 1801 S. Atlantic Blvd. | Title / Position | CIO |
| City, State, Zip | Monterey Park, CA 91754 | Phone Number | 323-780-5462 |
| | | Email Address | aharrod@semprautilities.com |

**Accelerated Outsourcing's Commission Rate: Three Percent (3%)**

Agent:   Accelerated Outsourcing, Inc.

Vendor Acceptance:

By: _____

By: _____

Print Name: Adrian Bannister

Print Name:    Ryan Schebler

Title: President

Title:   Senior Vice President, North America

Date:   5/8/2014

Date:   5/18/2014

ID# 2021-0005339-CV
Page 41

## EXHIBIT "A"
## Agent Prospect Registration

**Submit to: Saurabh Sen Gupta/ Atos Origin**

| Agent / Company | Accelerated Outsourcing, Inc. | | Agent Contact | Adrian Bannister |
|---|---|---|---|---|
| Address | 39 Mountain St | | Phone Number | 404-822-6546 |
| City, State, Zip | Bristol, VT 05443 | | Email Address | abannister@accelout.com |

| Company | Abbott Laboratories | | Contact | JoAnn D. Cummans |
|---|---|---|---|---|
| Address | 100 Abbott Park Road | | Title / Position | Director, Corp. IT |
| City, State, Zip | Abbott Park, IL 60064 | | Phone Number | 614-624-7457 |
| | | | Email Address | joann.cummans@abbott.com |

**Accelerated Outsourcing's Commission Rate: Four Percent (4%)**

Agent:   Accelerated Outsourcing, Inc.

By: _Adrian Bannister_

Print Name: _____Adrian Bannister_____

Title: ___President_____

Date: _9/25/08_____

Vendor Acceptance:

By: _____

Print Name: _Jerry Anderson_

Title: _CFO North America_

Date: _Sept. 25-2008_

## EXHIBIT "A"
### Agent Prospect Registration

Submit to: **Rob Duncan**

| AGENT INFORMATION | | | |
|---|---|---|---|
| Agent / Company | Accelerated Outsourcing, Inc. | Agent Contact | Adrian Bannister |
| Address | 39 Mountain St. | Phone Number | 404-351-3382 |
| City, State, Zip | Bristol, VT 05443 | Email Address | abannister@accelout.com |

| PROSPECT INFORMATION | | | |
|---|---|---|---|
| Company | Beth Israel Deaconess Medical Center | Contact | John Powers |
| Address | 1135 Tremont Street, | Title / Position | CAIO |
| City, State, Zip | Boston, MA 02120 | Phone Number | |
| | | Email Address | jpowers@bidmc.harvard.edu |

Accelerated Outsourcing's Commission Rate: Three Percent (3%)

Agent:  Accelerated Outsourcing, Inc.                    Vendor Acceptance:

By: _Adrian Bannister_                     By: _Mark C____

Print Name: _Adrian Bannister_____       Print Name: _MARK CYRAN_____

Title: _President_____                    Title: _V.P. MANAGED OPERATIONS_

Date: _7/25/08_____                       Date: _8/4/08_____

# EXHIBIT A-14

# General Civil and Domestic Relations Case Disposition Information Form
## ☐ Superior or ■ State Court of Cobb County

For Clerk Use Only

Date Disposed  12/15/2020                    Case Number  20-A-2260-2
              MM-DD-YY                                    ⧫\ -\ - ०ȝ२C
Case Style ACCELERATED OUTSOURCING VS ATOS ORIGIN

**Plaintiff(s)**                              **Defendant(s)**

ACCELERATED OUTSOURCING VS ATOS ORIGIN

**Reporting Party** <u>State Court of Cobb County</u>

**Plaintiff's Attorney**__PETER F. SCHOENTHALER__   **Bar Number** _629789____   **Self-Represented** ☐

**Defendant's Attorney**_____   **Bar Number**_____   **Self- Represented** ☐

---

**Manner of Disposition**
**Check Only One**

☐   **Jury Trial**
☐   **Bench/Non – Jury Trial**
■   **Non-Trial Disposition**
☐   **Alternative Dispute Resolution**

---

☐   Check if any party was self-represented at any point during the life of the case.

☐   Check if the court ordered an interpreter for any party, witness, or other involved individual.

☐   Was the case referred/ordered to a court-annexed alternative dispute resolution (ADR) process?

**FILED in this office**
**DEC-15-2020**
*Robin C. Bishop, Clerk State Court of Cobb County*



# EXHIBIT A-15

ID# 2021-0011818-CV
⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21100326**

**JAN 28, 2021 03:50 PM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

       Plaintiff,

v.

ATOS ORIGIN, INC.,

       Defendant.

CIVIL ACTION NO.

21100326

---

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW Accelerated Outsourcing, Inc., by and through undersigned counsel and pursuant to O.C.G.A. § 9-11-55(a) and Uniform Superior Court Rule 15, and files this Motion for Default Judgment against Defendant Atos Origin, Inc. (hereinafter "Atos") and Certificate of Default, attached hereto as **Exhibit "A"**, showing the Court as follows:

1.

Plaintiff filed this action on July 14, 2020 with claims of Breach of Contract (Count I), Breach of Covenant of Good Faith and Fair Dealing (Count II), Account Stated (Count III), Declaratory Judgment (Count IV), and Award of Attorney's Fees (Count IV).  A true and correct copy of the Complaint is attached hereto as **Exhibit "B"**.

2.

On August 18, 2020, Atos was served via its registered agent through process server.   A true and correct copy of the Order Appointing Special Process Server and the Affidavit of Service and the are attached hereto as **Exhibits "C" and "D"**.

3.

A copy of the Affidavit of Service was filed with the State Court of Cobb County on August 24, 2020. *See* Ex. D.

4.

As evidenced by the State Court of Cobb County clerk's docket and confirmed via an October 20, 2020 telephone call with the Clerk's office, Atos has not filed an Answer or any other responsive pleading.

5.

Atos is in default and the time within which it may open default as a matter of right pursuant to O.C.G.A. § 9-11-55(a) has expired as prescribed by law.

WHEREFORE, Plaintiff respectfully moves this Court to enter judgment in its favor and against Defendant Atos Origin, Inc and set an evidentiary hearing to establish proof of damages and attorneys' fees.   A Proposed Order is attached hereto as **Exhibit "E"**.

This 28th day of January 2021.                     Respectfully submitted,
                                                    SCHOENTHALER LAW GROUP

                                                    */s/ Ann R. Emery*
                                                    Peter F. Schoenthaler
                                                    Georgia Bar No. 629789
                                                    Ann R. Emery
                                                    Georgia Bar No. 897305

Neill Wright
Georgia Bar No 513847
3200 Windy Hill Road SE, Suite 1600E
Atlanta, Georgia 30339
Telephone: (404) 855-3315

# EXHIBIT A

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ACCELERATED OUTSOURCING, INC. | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.<br><br>21100326 |
| ATOS ORIGIN, INC., | |
| Defendant. | |

## <u>CERTIFICATE OF DEFAULT</u>

COMES NOW Plaintiff Accelerated Outsourcing, Inc., by and through undersigned counsel in the above-styled matter, and file this Certificate of Default pursuant to Uniform Superior Court Rule 15, certifying to the Court as follows:

1.

Plaintiff filed this action on July 14, 2020 with claims of Breach of Contract (Count I), Breach of Covenant of Good Faith and Fair Dealing (Count II), Account Stated (Count III), Declaratory Judgment (Count IV), and Award of Attorney's Fees (Count IV).

2.

On August 18, 2020, Defendant Atos Origin, Inc. was served via process server upon its registered agent.   A true and correct copy of the Proof of Service was filed on August 24, 2020.

3.

Defendant has not filed an answer or other defensive pleading as shown by the Court records.

4.

Defendant is a Delaware Corporation and is not an active member of the military.

I hereby certify that the foregoing is true and correct as of this 28th day of January 2021.

Respectfully submitted,

SCHOENTHALER LAW GROUP

*/s/ Ann R. Emery*
Peter F. Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
Neill Wright
Georgia Bar No 513847
3200 Windy Hill Road, SE
Suite 1600E
Atlanta, Georgia 30339
Telephone: (404) 855-3315
Facsimile:  (404) 891-6120
*pfs@schoenthalerlaw.com*
*aemery@schoenthalerlaw.com*
*nwright@schoenthalerlaw.com*

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

JUL 14, 2020 02:57 PM

*Angie T. Davis*
Angie T. Davis, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ACCELERATED OUTSOURCING, INC. | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| ATOS ORIGIN, INC., | |
| Defendant. | |

## COMPLAINT

COMES NOW Accelerated Outsourcing, Inc. (hereinafter "Plaintiff"), by and through its undersigned counsel, and files this Complaint against Atos Origin, Inc. (hereinafter "Defendant") respectfully showing the court as follows:

## JURISDICTION AND VENUE

1.

Plaintiff is a Georgia corporation doing business in the state.

2.

Defendant is a Delaware corporation. Defendant may be served with summons and complaint by service upon its registered agent, National Registered Agents, Inc. at the following address: 1209 Orange Street, Wilmington, DE 19801.

3.

This Court has jurisdiction over this action and venue of the action is proper in this Honorable Court.

1

## FACTS COMMON TO ALL COUNTS

### 4.

On August 29, 2005, Plaintiff and Defendant entered into a contract whereby Plaintiff was to provide services for the Defendant (the "Agreement"). A copy of the Agreement is attached hereto as Exhibit A.

### 5.

Pursuant to the Agreement, Plaintiff was to source new clients to whom Defendant would provide services and/or products.

### 6.

Prospective clients were to be registered pursuant to an "Agent Prospect Registration" form, which was attached to the Agreement.

### 7.

The Agreement provided that in the event Defendant executed a contract with a customer referred by Plaintiff, Plaintiff would be entitled to a fee (the "Commission"). [Ex. A, Section 4.].

### 8.

The Commission was to be "negotiated in good faith between the parties on a case-by-case basis" and "[t]he commission to be paid to [Plaintiff] will be paid by [Defendant] at the agreed rate as a percent of amount billed for fees and collected for services rendered for each month of the contract to all new named and registered prospects who become clients and are located for [Defendant] by [Plaintiff]." [Ex. A, Section 4.].

9.

The Agreement provided that the Plaintiff would be entitled to a Commission for as long as its referral was a customer of the Defendant. [*See* Ex. A, Sections 1(b) and 4.].

10.

Pursuant to the Agreement, the process for payment to Plaintiff was as follows: "[u]pon billing the client, one copy of the invoice is to be forwarded to [Plaintiff] who will in turn invoice [Defendant] for the commission due."

11.

Further, "[t]he expiration or termination of this Agreement shall not affect the obligation of Vendor to pay the commissions to Agent…" [Exhibit A, Section 2(c).].

12.

On May 18, 2014, the parties executed an "Agent Prospect Registration" form regarding a client prospect named San Diego Gas & Electric Company ("Sempra") (the "Sempra Registration Form").  [A copy of the Sempra Registration Form is attached hereto as Exhibit B.].

13.

The Sempra Registration Form was executed on behalf of the Defendant by Ryan Schebler, its Senior Vice President of North America. [*See* Ex. B.].

14.

Pursuant to the Sempra Registration Form, Defendant agreed to pay Plaintiff a Commission at a rate of 3% if Defendant entered into a contract with Sempra. [*See* Ex. B.].

15.

Defendant entered into a contract with Sempra and provided goods and/or services to Sempra, thus triggering their obligation to pay Plaintiff a Commission.

3

16.

For over four years, Defendant paid Plaintiff a Commission as described hereinabove on a quarterly basis.

17.

The course of business dealings between Defendant and Plaintiff affirmed Defendant's obligation to pay Plaintiff for its origination of Sempra.

18.

On October 17, 2019, Plaintiff sent Invoice #19-290 in the amount of $17,577.28. [A copy of the Invoice is attached hereto as Exhibit C.

19.

Defendant never paid Invoice #19-290.

20.

On October 24, 2019, Defendant sent Plaintiff a letter terminating the Agreement effective August 28, 2020 in accordance with Section 2(b)(iii) of the Agreement (the "Termination Letter"). [A copy of the Termination Letter is attached hereto as Exhibit D.].

21.

The Termination Letter further noticed Defendant's intent to cease rendering payments stemming from Plaintiff's origination of the client San Diego Gas & Electric Company ("Sempra") on the basis that Plaintiff's origination of Sempra was allegedly an "…undefined Business Opportunity" as "…the Agent Prospect Registration Form does not even contain a brief description of the services included in the Business Opportunity." [*See* Exhibit D.].

22.

Defendant paid numerous Plaintiff invoices relating to Sempra.  [Copies of invoices paid by Defendant relating to Sempra are attached here as composite Exhibit E.].

23.

Defendant paid other Commissions pursuant to other Agent Prospect Registration forms that were similar in scope and form as that of the Sempra Registration Form for other clients.  In particular, Defendant's representatives Jerry Anderson, CFO of North America and Mark Cyran, its VP of Managed Operations executed forms on September 25, 2008 and August 4, 2008, respectively.   [Copies of those forms are attached hereto as Exhibits F and G.].

24.

Prior to the date of the Termination Letter, Defendant's representatives never expressed any concerns over the description of services contained in the Agent Prospect Registration Forms.

25.

On November 14, 2019, counsel for Plaintiff sent counsel for Defendant a demand letter seeking Defendant's continued payment of monies owed under the Agreement (the "Demand Letter").  [A copy of the Demand Letter is attached hereto as Exhibit H.].

26.

Defendant has failed to respond to the Demand Letter and has ceased payment for monies owed under the Agreement relating to Plaintiff's origination of Sempra.

## COUNT I:

## BREACH OF CONTRACT

### 27.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

### 28.

Defendant entered into a contract with Plaintiff that is valid and enforceable.

### 29.

Plaintiff provided labor and services pursuant to the contract.

### 30.

Defendant has an obligation to pay for services rendered pursuant to the contract.

### 31.

Defendant breached the contract by failing to pay invoices for monies owed under the contract.

### 32.

Defendant's breach of contract has damaged Plaintiff in an amount to be proven at trial, but in any event not less than $17,577.28 in principal, plus legal interest of 7% pursuant to O.C.G.A. § 7-4-2. As of July 14, 2020, interest on the minimum amount owed is $711.07, accruing daily in the amount of $3.37. Upon information and belief, Plaintiffs have been damaged in an amount far beyond the minimum amount stated and their damages continue to accrue so long as Sempra remains the Defendant's customer.

## COUNT II:

## BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

33.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

34.

Implied in every contract executed within the State of Georgia a covenant of good faith and fair dealing.  Accordingly, the law requires contracting parties to deal with one another fairly, and in good faith, in entering into contracts.

35.

By its actions, Defendant has breached the covenant of good faith and fair dealing.

36.

Plaintiffs have been damaged in an amount to be determined at trial. As of July 14, 2020 Plaintiffs have been injured in the minimum amount of $18,288.35, which continues to accumulate legal interest.  Upon information and belief, Plaintiffs have been damaged in an amount far beyond the minimum amount stated and their damages continue to accrue so long as Sempra remains the Defendant's customer.

## COUNT III:

## ACCOUNT STATED

37.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

7

38.

Defendant, by failing to pay Invoice #19-290 has caused a balance to remain outstanding on its account.  [Attach as composite exhibit.; Attach Statement of Account as Exhibit] *See* Exhibit D.].

39.

Defendant's performance of its obligation to make full and complete payments against its account balance was not excused.

40.

Defendant's failure to make payments in satisfaction of its account has damaged Plaintiff in an amount to be proven at trial, but in any event not less than $17,577.28 in principal, plus legal interest of 7% pursuant to O.C.G.A. § 7-4-2.  As of July 14, 2020, interest on the minimum amount owed is $711.07, accruing daily in the amount of $3.37.

## COUNT IV

## DECLARATORY JUDGMENT

41.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

42.

Pursuant to the Agreement, Defendant was to pay Plaintiff "at the agreed rate as a percent of amount billed for fees and collected for services rendered" to Sempra.

43.

Pursuant to the Agreement, Defendant was to pay Plaintiff a commission so long as Plaintiff's referral remained a customer of Defendant.

44.

Sempra remains a customer of the Defendant.

45.

Defendant contests its obligation to render such payments to Plaintiff.

46.

There is an actual and justiciable controversy between Plaintiff and Defendant.

47.

The controversy necessitates a determination by this Court as to the rights and obligations of the parties concerning this dispute to protect Plaintiff from damages stemming Defendant's failure to pay pursuant to the Agreement.

48.

The ends of justice require a declaratory judgment that Defendant that Defendant is obligated to pay Plaintiff pursuant to the terms of the Agreement and the accompanying Agent Prospect Registration form as long as its referrals, in particular Sempra, remains a customer of Defendant.

## COUNT IV:

## AWARD OF ATTORNEY'S FEES

49.

Plaintiff incorporates by reference and realleges each and every allegation set forth in the paragraphs above as if set forth fully herein.

50.

Defendant has acted in bad faith, been stubbornly litigious, and caused Plaintiff unnecessary trouble and expense.

51.

Plaintiff is entitled to an award of litigation expenses, including reasonable attorneys' fees, against Defendant pursuant to O.C.G.A. § 13-6-11.

## PRAYER FOR RELIEF

**WHEREFORE** Plaintiff respectfully demands a trial by jury and further demands and prays as follows:

(a)    That judgment be issued against Defendant on all counts;

(b)    That judgment be entered in its favor against Defendant for all amounts to which it is legally entitled pursuant to the Agreement;

(c)    That judgment be entered in its favor against Defendant in the principal amount to be determined at trial;

(d)    That Plaintiff receives an award of pre-judgment interest;

(e)    That a declaration, ruling, and judgment be issued that Defendant is obligated to pay Plaintiff pursuant to the terms of the Agreement and the Agent Prospect Registration form;

(f)    That Plaintiff recover from Defendant its expenses of litigation, including reasonable attorneys' fees and costs of investigation, pursuant to O.C.G.A. § 13-6-11; and

(g)    Such other and further relief as this Court deems just and proper.

10

This 14th day of July 2020.

Respectfully submitted.

**SCHOENTHALER LAW GROUP**

*/s/ Peter F. Schoenthaler*
Peter Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
Neill K. Wright
Georgia Bar No. 513847
Christopher Rosser.
Georgia Bar No.  761317
3200 Windy Hill Road S.E.
Suite 1600E
Atlanta, GA 30339
Tel. (404) 592-5397
pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com
nwright@schoenthalerlaw.com
crosser@schoenthalerlaw.com

*Attorneys for Plaintiffs*

# EXHIBIT C

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**20-A-2260**

AUG 17, 2020 12:06 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.,

      Plaintiff,

v.

ATOS ORIGIN, INC.,

      Defendant.

CIVIL ACTION
FILE NO.: 20-A-2260-2

## <u>ORDER APPOINTING SPECIAL PROCESS SERVER</u>

Plaintiff's Amended Motion for the Appointment of a Special Process Serves filed on August 4, 2020, having been read and considered, it appears to the Court that such an appointment is authorized by O.C.G.A. § 9-11-4(c) and should be made,

**IT IS HEREBY ORDERED**, that **RODNEY SAMUELS** is **APPOINTED AS SPECIAL AGENT FOR THE SERVICE OF PROCESS in the above-captioned matter,** and is authorized, and directed to serve Defendant with the SUMMONS and COMPLAINT. Proof of service shall be made and filed as required by law. A copy of this Order must accompany any proof of service filed.

**SO ORDERED** this the ____14____ day of August, 2020.

_____
**MARIA B. GOLICK, JUDGE**
**STATE COURT OF COBB COUNTY**

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served copies of the within and foregoing Order by mailing same (through the Cobb County Mail System, and/or through the PeachCourt Electronic Filing Portal) to the parties in this case as follows:

Ann Emery
aemery@schoenthalerlaw.com

This 17th    day of August, 2020.

/s/ Lisa Davis_____
Lisa Davis
Judicial Administrative Assistant to
Judge Maria B. Golick

*email*

# EXHIBIT D

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **ACCELERATED OUTSOURCING, INC.** | Case No.:   **20-A-2260** |
| Plaintiff/Petitioner | |
| vs. | |
| **ATOS ORIGIN, INC.** | **AFFIDAVIT OF SERVICE OF** |
| Defendant/Respondent | **COMPLAINT; EXHIBITS A-H** |

Received by **Rodney Samuels**, on the **18th day of August, 2020 at 12:23 PM** to be served upon **ATOS ORIGIN, INC.** at **1209 ORANGE STREET, WILMINGTON, New Castle County, DE 19801**.
On the **18th day of August, 2020 at 2:12 PM, I, Rodney Samuels, SERVED ATOS ORIGIN, INC.** at **1209 ORANGE STREET, WILMINGTON, New Castle County, DE 19801** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Robin Hutt Banks**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired black female approx. 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Rodney Samuels_                    Server ID # _rodn183_           Date _8/20/2020_

Rodney Samuels

Notary Public:  Subscribed and sworn before me on this _20th_ day of _August_ in the year of 20_20_
Personally known to me _____ or _✓_ identified by the following document:

Notary Public (Legal Signature)

EVAN T. LEMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 29, 2022

Number/Reference: _1499789_
Type: _Driver's License_
Notary Public for State of: _Delaware_
Commission Expiration: _1/29/22_

Scanned with CamScanner

# EXHIBIT E

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| ACCELERATED OUTSOURCING, INC. | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 21100326 |
| ATOS ORIGIN, INC., | |
| Defendant. | |

## ENTRY OF DEFAULT JUDGMENT

This action against Defendant Atos Origin, Inc. having become in default on September 18, 2020, and fifteen (15) days having elapsed from the date of default, and the default not having been opened as a matter of right or by order of the Court, it is hereby ORDERED that final judgment be entered in favor of Plaintiff against Defendant Atos Origin, Inc. As a result of Defendant's default, Defendant is in breach of the Agreement between the parties. Defendant shall be required to pay Plaintiff for all amounts to which Plaintiff is legally entitled pursuant to the Agreement with an award of pre-judgment interest and expenses of litigation, including reasonable attorneys' fees and costs of investigation pursuant to O.C.G.A. §13-6-11, as supported by evidence at a damages hearing. Following the damages hearing, Defendant shall be required to continue to pay Plaintiff pursuant to the terms of the Agreement between the parties. The Clerk of Court shall schedule this matter for non-jury hearing on damages on the next available hearing calendar.

1

This _____ day of _____ 2021.

_____

Superior Court Judge
Cobb County

Prepared and presented by:

_/s/ Ann R. Emery_
Peter F. Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
Neill K. Wright
Georgia Bar No. 513847
PETER F. SCHOENTHALER, P.C.
3200 Windy Hill Road, SE
Suite 1600E
Atlanta, Georgia 30339
(tel) (404) 592-5397
(fax) (404) 891-6120
pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com
nwright@schoenthalerlaw.com
_Attorneys for Plaintiff_

2

# EXHIBIT A-16

Filed In Office Apr-20-2021 07:48:00
ID# 2021-0050166-CV
Page 1

Connie Taylor
Clerk of Superior Court Cobb County

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER 21100326 -53
Assigned by Clerk

Accelerated Outsourcing, Inc.
PLAINTIFF

VS.

Atos Origin, Inc.
DEFENDANT

### TYPE OF ACTION

1. ____ Divorce without Agreement Attached
2. ____ Divorce with Agreement Attached
3. ____ Domestic Relations
4. _X_ Damages arising out of Contract
5. ____ Damages out of Tort
6. ____ Condemnation
7. ____ Equity
8. ____ Zoning- County Ordinance violations (i.e. Injunctive relief-zoning)
9. ____ Zoning Appeals (denovo)
10. ____ Appeal, Including denovo appeal-excluding Zoning

11. ____ URESA
12. ____ Name Change
13. ____ Other
14. ____ Recusal
15. ____ Adoption

### PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court? (Whether pending simultaneously or not.)

_X_ NO

____ YES – If yes please fill out the following:
1. Case # ____
2. Parties ____ vs. ____
3. Assigned Judge ____
4. Is this case still pending? ____ Yes ____ No
5. Brief description of similarities ____

Schoenthaler Law Group - Plaintiff
Peter F. Schoenthaler

Attorney or Party Filling Suit

Form #0122
Revised 8/02/17

# EXHIBIT A-17

ID# 2021-0060496-CV

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21100326**
LEONARD - 53
MAY 10, 2021 03:07 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

    Plaintiff,

v.

ATOS ORIGIN, INC.,

    Defendant.

CIVIL ACTION NO.
21100326

## ENTRY OF DEFAULT JUDGMENT

This action against Defendant Atos Origin, Inc. having become in default on September 18, 2020, and fifteen (15) days having elapsed from the date of default, and the default not having been opened as a matter of right or by order of the Court, it is hereby ORDERED that final judgment be entered in favor of Plaintiff against Defendant Atos Origin, Inc.  As a result of Defendant's default, Defendant is in breach of the Agreement between the parties.  Defendant shall be required to pay Plaintiff for all amounts to which Plaintiff is legally entitled pursuant to the Agreement with an award of pre-judgment interest and expenses of litigation, including reasonable attorneys' fees and costs of investigation pursuant to O.C.G.A. §13-6-11, as supported by evidence at a damages hearing.  Following the damages hearing, Defendant shall be required to continue to pay Plaintiff pursuant to the terms of the Agreement between the parties. The Clerk of Court shall schedule this matter for non-jury hearing on damages on the next available hearing calendar.

This _10_ day of _____ May _____ 2021.

_____

Superior Court Judge
Cobb County

Prepared and presented by:

/s/ Ann R. Emery
Peter F. Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
Neill K. Wright
Georgia Bar No. 513847
PETER F. SCHOENTHALER, P.C.
3200 Windy Hill Road, SE
Suite 1600E
Atlanta, Georgia 30339
(tel) (404) 592-5397
(fax) (404) 891-6120
pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com
nwright@schoenthalerlaw.com
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

  This is to certify that I have this day served all interested parties in the within and foregoing matter by depositing a copy of the ORDER dated the ___10___ day of ____May_____2021, in the regular United States Mail in the properly addressed envelopes with adequate postage thereon addressed as follows or via email and/or PeachCourt to counsel of record:

ANN R. EMERY
AEMERY@SCHOENTHALERLAW.COM

ATOS ORIGIN, INC.
C/O NATIONAL REGISTERED AGENTS, INC.
1209 ORANGE STREET
WILMINGTON, DDE 19801


This ___10 day of _____May_____ 2021.

                _____
                **Mimi Anna Scaljon, Esq.**
                **Staff Attorney to**
                **Judge Robert D. Leonard II**

# EXHIBIT A-18

ID# 2021-0084554-CV
⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21100326**
**LEONARD - 53**
**JUN 29, 2021 10:22 AM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

      Plaintiff,

v.

ATOS ORIGIN, INC.,

      Defendant.

CIVIL ACTION NO.

21100326

### CERTIFICATE OF SERVICE

    I hereby certify that I have this day served Plaintiff's *Notice to Take Deposition of a Corporate Representative of Atos Origin, Inc.*, *Plaintiff's First Interrogatories to Defendant*, and *Plaintiff's First Requests for Production of Documents to Defendant* upon Defendant as follows:

Atos Origin, Inc.
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

Atos IT Solutions and Services, Inc.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Ms. Lisa A. May Senior Legal Counsel, Atos IT Solutions and Services, Inc.
4851 Regent Boulevard
Irving, TX 75063
Lisa.may@atos.net

This 29th day of June 2021.

*/s/ Ann R. Emery*

Georgia Bar No. 897305

# EXHIBIT A-19

ID# 2021-0110381-CV

⚖ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21100326**
**LEONARD - 53**
**AUG 23, 2021 05:10 PM**

--------------------------------------------
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

      Plaintiff,

v.

        CIVIL ACTION NO.

        21100326

ATOS ORIGIN, INC.,

      Defendant.

## NOTICE OF FILING

COMES NOW Plaintiff Accelerated Outsourcing, Inc., by and through counsel, and hereby gives notice of filing of the following documents in the above-styled matter:

1. Exhibit A: Amended Affidavit of Service dated August 27, 2020.

This 23rd day of August 2021.      Respectfully submitted.

**SCHOENTHALER LAW GROUP**

*/s/ Ann R. Emery*
Peter Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
Neill K. Wright
Georgia Bar No. 513847
Christopher Rosser
Georgia Bar No. 761317
3200 Windy Hill Road S.E.
Suite 1600E
Atlanta, GA 30339
Tel. (404) 592-5397

pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com
nwright@schoenthalerlaw.com
crosser@schoenthalerlaw.com

*Attorneys for Plaintiff*

# EXHIBIT A

### IN THE STATE COURT OF COBB COUNTY
### STATE OF GEORGIA

**ACCELERATED OUTSOURCING, INC.**

Plaintiff/Petitioner

vs.

**ATOS ORIGIN, INC.**

Defendant/Respondent

| | |
|---|---|
| Case No.: | **20-A-2260** |
| | |
| AFFIDAVIT OF SERVICE OF | |
| **COMPLAINT; EXHIBITS A-H; SUMMONS** | |

Received by **Rodney Samuels**, on the **18th day of August, 2020 at 12:23 PM** to be served upon **ATOS ORIGIN, INC.** at **1209 ORANGE STREET, WILMINGTON, New Castle County, DE 19801**.
On the **18th day of August, 2020 at 2:12 PM, I, Rodney Samuels, SERVED ATOS ORIGIN, INC.** at **1209 ORANGE STREET, WILMINGTON, New Castle County, DE 19801** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Robin Hutt Banks**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired black female approx. 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Rodney Samuels_        RODNES        8/27/2020

Rodney Samuels          Server ID #          Date

Notary Public: Subscribed and sworn before me on this _27_ day of _August_ in the year of 20_20_.
Personally known to me _____ or _X_ identified by the following document:

_Notary Public (Legal Signature)_

Number/Reference: _____
Type: _____
Notary Public for State of: _Delaware_
Commission Expiration: _March 13, 2020_

> **CAITLIN LEAH MANKEY**
> **NOTARY PUBLIC**
> **STATE OF DELAWARE**
> My Commission Expires March 13, 2022

REF: **20-A-2260**

Page 1 of 1
Tracking #: **0056723268**

# EXHIBIT A-20

ID# 2021-0123287-CV
⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21100326**
**LEONARD - 53**
**SEP 20, 2021 04:23 PM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

|  |  |
|---|---|
| ACCELERATED OUTSOURCING, INC. | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 21100326 |
| ATOS ORIGIN, INC., | |
| Defendant. | |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND MEMORANDUM IN SUPPORT

COMES NOW Accelerated Outsourcing, Inc. ("Plaintiff"), by and through its undersigned counsel, and pursuant to O.C.G.A. § 9-11-37 and Uniform Superior Court Rule 6.4, Plaintiff hereby files its Motion to Compel Discovery and Memorandum in Support thereof, showing the Court as follows:

### I.    STATEMENT OF FACTS

On June 29, 2021, Plaintiff propounded its Notice to Take Deposition of a Corporate Representative of Atos Origin, Inc., Plaintiff's First Interrogatories to Defendant, and Plaintiff's First Request for the Production of Documents to Defendant (the "Discovery Requests") upon Defendant.  [Copies of the Discovery Requests are attached hereto as Exhibits "A", "B", and "C", respectively.]

Plaintiff served the Discovery Requests on Defendant Atos Origin, Inc. by mail via its

1

registered agent, as currently listed on the Delaware Secretary of State's Website.  In addition, Plaintiff served the Discovery Requests on Atos IT Solutions and Services, Inc., as successor to Atos Origin, Inc., by mail via its registered agent, as currently listed on the Delaware Secretary of State's Website.  Plaintiff also served Ms. Lisa A. May, Senior Legal Counsel to Atos IT Solutions and Services, Inc. via U.S. Mail and email.

On July 7, 2021, counsel Plaintiff received correspondence from the registered agent for Atos Origin, Inc. stating that they were not the registered agent for Atos Origin, Inc.  Counsel for Plaintiff did not receive any correspondence rejecting its service of the Discovery Requests on Atos IT Solutions and Services, Inc.  Further, counsel for Plaintiff did not receive an error or bounce-back message after personally emailing Lisa A. May, Senior Legal Counsel to Atos IT Solutions and Services, Inc.

Defendant's responses to the Discovery Requests were due on July 29, 2021, however, to date, Defendant has failed to respond to the Discovery Requests.  Further, pursuant to Plaintiff's Notice to Take Deposition of a Corporate Representative of Atos Origin, Inc., Defendant was set to sit for deposition on August 27, 2021.  However, Defendant did not show up for the noticed deposition.  A copy of certificate of non-appearance is attached hereto as Exhibit "D".

## **RULE 6.4**

Defendant has failed to Answer or file any pleading in response to Plaintiff's Complaint. Accordingly, on May 10, 2021, this Court entered default judgment against Defendant.  A true and correct copy of the Entry of Default Judgment is attached hereto as Exhibit "E".  Defendant has, therefore, waived its right for service of pleadings and counsel for Plaintiff has not engaged in a Rule 6.4 meet and confer with counsel for Defendant.

## II.      ARGUMENT AND CITATION OF AUTHORITY

"The Civil Practice Act contemplates full investigation, allowing discovery of 'any matter, not privileged, which is relevant [and]…reasonably calculated to lead to the discovery of admissible evidence." *Apple Inv. Properties, Inc. v. Watts*, 220 Ga.App. 226, 469 S.E.2d 356 (1996).  The Georgia Civil Practice Act provides that:

> If…a party fails to answer an interrogatory submitted under Code Section 9-11-33, or if a party, in response to a request for inspection submitted under Code Section 9-11-34, fails to respond that inspection will be permitted as requested or fails to permit inspection as requested, the discovering party may move for an order compelling an answer, or a designation, or an **order compelling inspection in accordance with the request**.
>
> O.C.G.A. § 9-11-37(a)(2) (emphasis added).

Further where, as here, a party fails to respond to discovery within the time permitted by the Civil Practice Act, that party waives all objections to the same. *See Ale-8-One of Am., Inc. v. Graphicolor Servs., Inc.,* 166 Ga. App. 506, 507, 305 S.E.2d 14, 15 (1983) (by failing to file any answer or objection  to interrogatories within thirty days permitted for answering, defendant waived its right to object to the same);  *Drew v. Hagy*, 134 Ga. App. 852, 852, 216 S.E.2d 676, 677 (1975) ("Failure to file timely objections to the interrogatories is a waiver of the right to object."); *Tompkins v. McMickle,* 172 Ga. App. 62, 321 S.E.2d 797 (1984).

Plaintiff is loath to seek Court intervention into discovery disputes; however, given Defendant's complete failure to respond to any of the Discovery Requests, Plaintiff is left with no alternative but to seek the assistance of the Court in compelling Defendant to adequately and sufficiently respond to the Discovery Requests according to the requirements of the Georgia Civil Practice Act.

### A.  Plaintiff's First Interrogatories

"The burden of persuasion is on the objecting party to show that the interrogatories should not be answered." *Bullard v. Ewing,* 158 Ga. App. 287, 290, 279 S.E.2d 737 (1981), *citing Munn v. Munn*, 116 Ga. App. 297, 298, 157 S.E.2d 77 (1967).  Defendant has failed to respond to provide any responses to Plaintiff's First Interrogatories.  As Defendant failed to respond to discovery in a timely manner, it has waived its right to object to the same.  Accordingly, Defendant cannot carry the burden of showing that the propounded interrogatories should not be answered, and the Court should compel Defendant to provide Plaintiff with answers to its properly requested discovery.

### B.  Plaintiff's Request for Production of Documents

OCGA § 9-11-34(b)(2) pertinently provides that "[t]he party upon whom the request is served shall serve a written response within 30 days after the service of the request… The party submitting the request may move for an order under subsection (a) of Code Section 9-11-37 with respect to any objection to or other failure to respond to the request or any part thereof, or any failure to permit inspection as requested." (Emphasis supplied.)

Defendant has failed to provide any response to Plaintiff's First RFP.  By failing to serve its responses to Plaintiff's RFP in a timely manner, Defendant has waived its objections to the same.  Plaintiff is entitled to an order compelling Defendant to produce documents responsive to Document Requests.  *See Mayer v. Interstate Fire Ins. Co.,* 243 Ga. 436, 439 (1979).

### III.    ATTORNEYS' FEES

In addition to its motion to compel, Plaintiff seeks an award of attorneys' fees from Defendant due to Defendant's failure to respond to discovery, requiring Plaintiff to expend attorneys' fees to prepare and file this motion to compel.  Plaintiff moves this Court to award attorneys' fees and costs in the amount of $1,650 incurred in the filing of this Motion and Brief. [*See* Affidavit of Peter F. Schoenthaler, attached hereto as Exhibit "F".].

## IV.     CONCLUSION

Plaintiff respectfully moves this Court for an Order compelling Defendant to provide substantive responses to the Discovery Requests and for an award of attorneys' fees in the amount of $1,650.  A proposed Order is attached hereto as Exhibit "G".

Respectfully submitted, this 20th day of September 2021.


                              **SCHOENTHALER LAW GROUP**

                              */s/ Ann R. Emery*
                              Peter Schoenthaler
                              Georgia Bar No. 629789
                              Ann R. Emery
                              Georgia Bar No. 897305
                              Neill K. Wright
                              Georgia Bar No. 513847
                              Christopher Rosser
                              Georgia Bar No. 761317
                              3200 Windy Hill Road S.E.
                              Suite 1600E
                              Atlanta, GA 30339
                              Tel. (404) 592-5397
                              pfs@schoenthalerlaw.com
                              aemery@schoenthalerlaw.com
                              nwright@schoenthalerlaw.com
                              crosser@schoenthalerlaw.com

                              *Attorneys for Plaintiffs*

# EXHIBIT A

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| ACCELERATED OUTSOURCING, INC.<br><br>Plaintiff,<br><br>v.<br><br>ATOS ORIGIN, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br><br>21100326 |

## NOTICE TO TAKE DEPOSITION OF A CORPORATE REPRESENTATIVE OF ATOS ORIGIN, INC.

TO:    Atos Origin, Inc.
       c/o Ms. Lisa A. May
       Senior Legal Counsel, Atos IT Solutions and Services, Inc.
       4851 Regent Boulevard
       Irving, TX 75063
       Lisa.may@atos.net

       Atos IT Solutions and Services, Inc.
       Corporation Service Company
       251 Little Falls Drive
       Wilmington, DE 19808

       Atos Origin, Inc.
       National Registered Agents, Inc.
       1209 Orange Street
       Wilmington, DE 19801

1

PLEASE TAKE NOTICE THAT, pursuant to O.C.G.A. § 9-11-30 et seq., on August 27, 2021 at 10:00 a.m., Plaintiff, by and through the undersigned counsel, will take the deposition upon oral examination of Atos Origin, Inc. ("Atos") at the office of the Schoenthaler Law Group, 3200 Windy Hill Road SE, Suite 1600E, Atlanta, GA 30339 (or any other such time and location as agreed to by the parties). This deposition will be taken in accordance with the Georgia Civil Practice Act and for all purposes authorized by law before an officer authorized to administer oaths. The deposition will be recorded by stenographic means and may be videotaped. Said deposition shall continue from day to day until its completion.

Pursuant to O.C.G.A. § 9-11-30 (b)(6), Atos shall designate one or more of its officers, directors, managing agents, or other individuals who can testify on behalf of the company with respect to the matters set forth in Exhibit A attached hereto. If the designated representative or representatives do not have such knowledge, they are required to acquire it through whatever reasonable investigation may be necessary.

This 29th day of June 2021.

**SCHOENTHALER LAW GROUP**

*/s/ Peter F. Schoenthaler*
Peter F. Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
3200 Windy Hill Road, SE
Suite 1600E
Atlanta, Georgia 30339
Telephone: (404) 592-5397

## EXHIBIT A: Matters of Examination

For all matters of examination herein, Plaintiff incorporates by reference the definitions contained in its *FIRST INTERROGATORIES TO DEFENDANT.*

1. The relationship between Plaintiff and Defendant.

2. The Agent Agreement.

3. The facts and circumstances underlying the Agent Agreement.

4. The facts and circumstances underlying all contracts entered into between Plaintiff and Defendant.

5. The facts and circumstances underlying all contracts entered into between Defendant and SEMPRA.

6. The facts and circumstances underlying all contracts entered into between Defendant and all Clients.

7. The facts and circumstances surrounding all payments made by or on behalf of Defendant to Plaintiff.

8. The facts and circumstances all payments made by or on behalf of Defendant. to Plaintiff related to SEMPRA.

9. The facts and circumstances underlying monies paid by or on behalf of SEMPRA to Defendant.

10. The facts and circumstances surrounding all invoices sent by or on behalf of Defendant to SEMPRA.

11. The facts and circumstances surrounding all invoices sent by or on behalf  of Defendant to all Clients.

12. The facts and circumstances underlying all Agent Prospect Registration Forms entered into between Plaintiff and Defendant.

3

13. The identities of all Clients of Defendant.

14. The facts and circumstances underlying all contracts entered into by Defendant and all

    Clients.

15. The identities of all Clients, past and current, of Defendant.

16. The facts and circumstances underlying all invoices sent by Defendant to all Clients.

17. The facts and circumstances underlying all payments made by all Clients to Defendant

18. The relationship between Atos Origin, Inc. and Atos IT Solutions and Services, Inc.

# EXHIBIT B

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ACCELERATED OUTSOURCING, INC. | |
| Plaintiff, | |
| | CIVIL ACTION NO. |
| v. | 21100326 |
| ATOS ORIGIN, INC., | |
| Defendant. | |

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT

COMES NOW Accelerated Outsourcing, Inc. ("Plaintiff") and for the purposes of discovery and all other purposes authorized by law pursuant to O.C.G.A. §§ 9-11-69 and 9-11-33, requiring Defendant Atos Origin, Inc. ("Defendant" or "[y]ou") to answer under oath the following Interrogatories within the time provided by law and to serve a copy of said answers upon counsel for Plaintiff.

You are under a duty seasonably to supplement your response to any questions directly addressed to the identity and/or location of a person having knowledge of discoverable matters and the identity of each person expected to be called as an expert witness at trial, the subject matter of which each is expected to testify, and the substance of each one's testimony.

You are under a duty seasonably to amend a prior response if you obtain information upon the basis of which: (a) you know that the response was incorrect when made, or (b) you know that

1

the response, though correct when made, is no longer true, and the circumstances are such that a failure to correct the response is in substance a knowing concealment.

In answering the following interrogatories, you are requested to give full and complete answers based upon your personal knowledge as well as that of agents, employees, investigators or attorneys who may have obtained information in your behalf

You are hereby required to answer all of the following Interrogatories separately and fully in writing under oath within the time required by the Georgia Civil Practice Act.

**DEFINITION OF TERMS**

As used in these interrogatories, the following definitions shall apply unless otherwise specifically noted:

1.     "Plaintiff" shall refer to **ACCELERATED OUTSOURCING, INC.**, and its current and former agents, employees, members, officers, directors, representatives, investigators, attorneys or any other person who are in the possession of or who may have obtained information for it or on its behalf, and any other persons known by it to be acting or purporting to act for it or on its behalf.

2.     "Defendant" or "you" shall refer to **ATOS ORIGIN, INC.**, and its current and former agents, employees, members, officers, directors, representatives, investigators, attorneys, successors in interest, including Atos IT Solutions and Services, Inc., or any other person who are in the possession of or who may have obtained information for him or on his behalf, and any other persons known by him to be acting or purporting to act for it or on its behalf.

3.     "Agent Agreement" means the agreement entered into between **ACCELERATED OUTSOURCING, INC.** and **ATOS ORIGIN, INC.** with an effective date of August 29, 2005.

2

4.    "Agent Prospect Registration Form" shall have the same definition as contained in the Agent Agreement, defined above.

5.    "SEMPRA" shall mean San Diego Gas & Electric Company.

6.    "Commission" shall mean the fee to which Plaintiff was entitled pursuant to Section 4 of the Agent Agreement.

7.    "Client" shall refer to all clients sourced by Plaintiff pursuant to the Agent Agreement with whom Defendant executed a contract.

8.    "Invoice" shall mean all invoices sent by Defendant to SEMPRA.

9.    "Person" includes, without limitation, any individual, natural person, firm, partnership, corporation, proprietorship, association, governmental body, agency, department, branch, division, or any other organization or entity.

10.    "Document" is used in the broadest permissible sense under the Georgia Civil Practice Act and shall include, without limitation, all written, recorded, computerized, or electronically stored information, however produced or reproduced, such databases, e-mail messages, instant messages, voice mail messages, reports, summaries, computer printouts, facsimiles, forms, sound recordings, lists, memoranda, notes, handwritten materials, diagrams, drawings, sketches, graphs, charts, correspondence, telegrams, schedules, telephone logs, photographs, films, videotapes, agreements, contracts, meeting minutes, or any other tangible thing or written within the scope of O.C.G.A. § 9-11-34(a)(1). The term "document" also includes drafts of any of the foregoing and copies of any of the foregoing to the extent that the copy differs from the original or contains commentary or notations not appearing on the original.

11.    "Communication" shall mean all verbal, nonverbal, and/or written statements to/from another party intended to convey a message.

3

12.     As used herein, the word "identify" when used in reference to:

    a.  An <u>individual</u> shall mean to state his or her full name, present or last known address (designating which), the present or last known (designating which) business affiliation, job title presently and on the date of the "accident" at issue in this case, employment address, Social Security number, and dates of employment.

    b.  A <u>firm, partnership, corporation, proprietorship, association, or other organization or entity</u>, shall mean to state its full name and present or last known (designating which) address or telephone number.

    c.  A <u>document</u> shall mean to state the title (if any) the date, author, sender, recipient, the identity of persons signing it, type of document (i.e., a letter, memorandum, book, telegram, chart, etc.) or some better means of identifying it, a summary of its contents, and its present location or custodian.  In the case of a document within the possession, custody, control or access of Defendant, whether Defendant will make it available to the undersigned attorney for inspection and/or copying; and, in the case of a document that was, but is no longer in the possession, custody, or control of Defendant, what disposition was made of it, when, why and to whom.  In lieu of such identification, you may produce such documents for inspection and copying at the time you file answers to these interrogatories.

13.     The term "regarding" means having any relationship or connection to, concerning, supporting, commenting on, responding to, containing, mentioning, evidencing, showing, memorializing, describing, analyzing, reflecting, pertaining to, relating to, comprising, constitution, or otherwise establishing any reasonable, logical, or casual connection.

14.     The singular, plural, masculine, feminine, or neuter form of any noun or pronoun shall be read and be applied as including its other forms, as circumstances may make appropriate.

15.     The terms "and" and "or" shall be construed conjunctively and disjunctively to mean either "and" or "or," whichever is more inclusive in the context which it is used.

16.     The past tense of any verb used herein includes the present tense, and the present tense includes the past tense.

17.     Any words not otherwise defined above shall be interpreted in accordance with their ordinary dictionary definition and the meaning given to them by cases interpreting Georgia law.

## **INTERROGATORIES**

1.  Identify whether SEMPRA was a Client of the Defendant as of October 24, 2019.

2.  Identify whether SEMPRA is currently a Client of the Defendant.

3.  Identify all contracts entered into between Defendant and SEMPRA.

4.  Identify the dates of all contracts entered into between Defendant and SEMPRA.

5.  Identify the term of all contracts entered into between Defendant and SEMPRA.

6.  Identify all Invoices sent by Defendant to SEMPRA from January 1, 2018 to the present and for each, specify:

    a. The invoice date;
    b. The invoice number; and
    c. The invoice amount.

7.  Identify all amounts Defendant billed to SEMPRA from January 1, 2018 to the present, including the date billed.

8.  Identify all amounts SEMPRA paid to Defendant, including the date payment was received.

9.  Identify all Agent Prospect Registration Forms entered into between Plaintiff and Defendant.

10. State the term of each and every contract between Defendant and SEMPRA and whether Defendant has a contract (regardless of execution date) in force with SEMPRA as of the date of this Interrogatory request.

11. State whether Defendant had an executed contract in force with SEMPRA as of October 24, 2019.

12. If the name of Atos Origin, Inc. has changed at any time during its history, give each name which it has used in the past and the dates which each name was used.

13. Please state the relationship between Atos Origin, Inc. and Atos IT Solutions and Services, Inc.

14. Give the complete address and telephone number of Atos Origin, Inc.'s current principal office address.

15. Give the complete address of Atos Origin, Inc's registered agent.

This 29th day of June 2021.                Respectfully Submitted,

**SCHOENTHALER LAW GROUP**


*/s/ Peter F. Schoenthaler*
Peter F. Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
3200 Windy Hill Road SE
Suite 1600E
Atlanta, GA 30339
Telephone: (404) 592-5397
Facsimile:  (404) 891-6120
pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com

6

# EXHIBIT C

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

      Plaintiff,

                                      CIVIL ACTION NO.

v.                                  21100326

ATOS ORIGIN, INC.,

      Defendant.

## PLAINTIFF'S FIRST REQUESTS FOR
## PRODUCTION OF DOCUMENTS TO DEFENDANT

Plaintiff Accelerated Outsourcing, Inc.   ("Plaintiff") hereby serves this Request for Production of Documents on Defendant Atos Origin, Inc. ("Defendant" or "[y]ou"), requiring Defendant to produce the documents requested below for inspection and copying by delivering such documents to The Schoenthaler Law Group, at 3200 Windy Hill Road SE, Suite 1600E, Atlanta, Georgia 30339, within thirty (30) days from the date of service all in accordance with the Georgia Civil Practice Act.

## INSTRUCTIONS

1.      In responding to these document requests, please furnish all documents within your possession, custody, or control, regardless of whether such information is held by you or your representatives as defined herein.

2.      Each document request herein shall be construed separately, and no document request shall be used to construe any other document request more narrowly than it otherwise would be construed independently.

3.      All documents produced pursuant to these document requests shall be produced in separate groups of documents responsive to each separate request.

4.      If you wish to assert the attorney-client privilege, attorney work product protection, or any other privilege as to a document request, in whole or in part, then please identify each document as to which privilege is claimed in a manner such that the Court may determine whether such document is entitled to be accorded privileged status. Specifically, please state (1) the document's sender or author, recipient, date, and the type of document (e.g., letter, memorandum, etc.); (2) the document's general subject matter; and (3) the basis upon which you claim a privilege.

5.      If any document is not produced in its entirety or is produced in redacted form, indicate all omissions or redactions to the document. State with particularity the reason(s) that the document was omitted or redacted, and, to the extent possible, describe the content of the document. If privilege or work product protection is the basis for any redaction or omission, please indicate, where applicable, all information requested in Instruction No. 4 above.

6.      If, after exercising due diligence to identify and produce the documents, you cannot respond in full to any of the following document requests, please specify what documents you are unable to produce and explain what efforts were made, and by whom, to obtain the requested documents. If your response is qualified in any way, please set forth the details of such qualification.

7.      If you once had possession of any document requested, but the document was destroyed, lost, given, or loaned to another, or is otherwise unavailable for inspection, please

furnish the following information: (1) the name and address of all other persons who have or may have such document; (2) a summary of the contents of such document; and (3) the date and reason why such document was destroyed, lost, given, loaned, or otherwise became unavailable.

8.     These requests are deemed to be continuing to be the extent permitted by O.C.G.A. § 9-11-26(e). If at any later date you obtain any additional documents that are responsive to these document requests, you shall promptly notify counsel for Plaintiff of the existence of such documents and produce them within a reasonable time.

9.     The production, inspection, and copying of the documents, and all acts necessarily related thereto, shall take place at a mutually convenient time and place, within the time allowed by the Georgia Civil Practice Act, or at such other date and place as counsel for the parties may agree, and continuing from day to day thereafter until such production, inspection, copying, and related activities are completed.

10.     If you claim that any of the instructions, definitions, or document requests are vague, ambiguous, incapable of precise understandings, or otherwise objectionable, please be advised that counsel for Plaintiff is available for conference, either by telephone or in person, for the purposes of discussing and clarifying the intended meaning.

## **DEFINITION OF TERMS**

Plaintiff hereby incorporates by reference the Definition of Terms contained in *PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT*.

## **REQUESTS FOR PRODUCTION OF DOCUMENTS**

1.   Produce documents which are sufficient to identify all Clients of the Defendant.

2.  Produce all contracts entered into between Defendant SEMPRA, regardless of execution date.

3.  Produce all Invoices sent by Defendant to SEMPRA from January 1, 2019 to the present.

4.  Produce documents which are sufficient to identify all amounts Defendant billed to SEMPRA.

5.  Produce documents which are sufficient to identify all monies Defendant received from SEMPRA.

6.  Produce documents which are sufficient to identify all monies paid by Defendant to Plaintiff.

7.  You are requested and required to produce any and all documents (as defined in Definitions and Instructions hereinabove) identified, referred to, responsive to, or covered in each of the posed interrogatories as set forth in the Interrogatories served herewith.

This 29th day of June 2021.                    Respectfully Submitted,

                                 **SCHOENTHALER LAW GROUP**


                                 */s/ Peter F. Schoenthaler*
                                 Peter F. Schoenthaler
                                 Georgia Bar No. 629789
                                 Ann R. Emery
                                 Georgia Bar No. 897305
                                 3200 Windy Hill Road SE
                                 Suite 1600E
                                 Atlanta, GA 30339
                                 Telephone: (404) 592-5397
                                 Facsimile:  (404) 891-6120
                                 pfs@schoenthalerlaw.com
                                 aemery@schoenthalerlaw.com

# EXHIBIT D

```
          IN THE SUPERIOR COURT OF COBB COUNTY
                  STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.,
     Plaintiff,
                                    CIVIL ACTION FILE
vs.                                 NO. 21100326

ATOS ORIGIN, INC.,
     Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

         CERTIFICATE OF NON-APPEARANCE OF
            30(B)(6) ATOS ORIGIN, INC.




                August 27, 2021
                  10:00 a.m.



              3200 Windy Hill Road
                 Suite 1600E
                Atlanta, Georgia




       Nicole Willoughby, CCR-6219-8073-6710-2464
```



Accelerated Outsourcing, Inc. vs Atos Origin, Inc.                                                 30(b)(6)
30(b)(6) Atos Origin, Inc.                                                                    August 27, 2021

Page 2

```
 1                        APPEARANCES OF COUNSEL

 2

 3      On Behalf of the Plaintiff:

 4               NEILL WRIGHT, Esquire
                 Schoenthaler Law Group
 5               3200 Windy Hill Road, SE, Suite 1600E
                 Atlanta, Georgia 30339
 6               Office: 404-229-4114
                 E-mail: nwright@schoenthalerlaw.com
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Accelerated Outsourcing, Inc. vs Atos Origin, Inc.                                                   30(b)(6)
30(b)(6) Atos Origin, Inc.                                                                    August 27, 2021

Page 3

```
 1             I N D E X   T O   E X H I B I T S

 2   EXHIBIT                DESCRIPTION                 PAGE

 3                        (None marked)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

1        I, Nicole Willoughby, Certified Court Reporter in the

2    State of Georgia, do hereby certify:

3        That at the request of Neill Wright, Esquire,

4    attorney for the plaintiff in the above-styled case, I

5    appeared at 3200 Windy Hill Road, Suite 1600E, Atlanta,

6    Georgia, on the 27th day of August, 2020, for the purpose

7    of placing under oath and taking the deposition of Atos

8    Origin, Inc., defendant in the above-styled case.

9        I further certify that I remained at said address

10   until 10:31 a.m., during which time Atos Origin, Inc.

11   failed to appear.  Neill Wright, attorney for plaintiff,

12   made a statement for the record as follows:

13   MR. WRIGHT:  This is the case of Accelerated

14   Outsourcing, Inc., v. Atos Origin, Inc., in the Superior

15   Court of Cobb County in the state of Georgia, Civil Action

16   No. 21100326.  My name is Neill Wright, I am counsel for

17   the plaintiff, Accelerated Outsourcing, Inc.  This is a

18   deposition that was noticed for a corporate representative

19   of Atos Origin, Inc.

20       The deposition was noticed on June 29th, 2021 and

21   was served the same day.  Today is August 27th, 2021.  The

22   time is now 10:30 a.m. and the deponent has not appeared

23   on behalf of defendant.  This deposition was noticed for

24   10:00 a.m., so considering it a no show.  Nothing further.

25       (Proceedings concluded at 10:31 a.m.)

Accelerated Outsourcing, Inc. vs Atos Origin, Inc.                                    30(b)(6)
30(b)(6) Atos Origin, Inc.                                                    August 27, 2021

Page 5

1                              CERTIFICATE

2    STATE OF GEORGIA:

3    COUNTY OF DEKALB:

4

5

6

7            I hereby certify that the foregoing transcript was

8    reported, as stated in the caption, and reduced to typewriting

9    under my direction; that the foregoing pages represent a true,

10   complete and correct transcript, and I further certify that I

11   am not kin or counsel to the parties in the case; am not in the

12   employ of counsel for any of said parties; nor am I in any way

13   interested in the result of said case.

14

15

16                              *Nicole Willoughby*

17   _____

18            Nicole Willoughby, CCR CCR-6219-8073-6710-2464

19

20

21

22

23

24

25

Page 6

```
 1                    DISCLOSURE OF NO CONTRACT

 2

 3          I, Nicole Willoughby, Certified Court Reporter, do

 4    hereby disclose, pursuant to Article 10.B. of the Rules and

 5    Regulations of the board of Court Reporting of the Judicial

 6    Council of Georgia, that I am a Georgia Certified Court

 7    Reporter; Elizabeth Gallo Court Reporting, LLC was contacted by

 8    the party taking the deposition to provide court reporting

 9    services for this deposition; I will not be taking this

10    deposition under any contract that is prohibited by O.C.G.A

11    15-14-37(a) and (b) or Article 7.C. of the Rules and

12    Regulations of the Board; and I am not disqualified for a

13    relationship of interest under O.C.G.A. 9-11-28(c).

14

15          There is no contract to provide services between

16    myself or any person with whom I have a principal and agency

17    relationship, nor any attorney at law in this action, party to

18    this action, or party having a financial interest in this

19    action. Any and all financial arrangements beyond my usual and

20    customary rates have been disclosed and offered to all parties.

21

22                              Nicole Willoughby

23                              _____

24                              Nicole Willoughby

25                              Certified Court Reporter
```

## EXHIBIT E

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

21CV-0060496-CV
⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21100326**
LEONARD - 53
MAY 10, 2021 03:07 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

ACCELERATED OUTSOURCING, INC.

     Plaintiff,

v.

ATOS ORIGIN, INC.,

     Defendant.

CIVIL ACTION NO.
21100326

### ENTRY OF DEFAULT JUDGMENT

This action against Defendant Atos Origin, Inc. having become in default on September 18, 2020, and fifteen (15) days having elapsed from the date of default, and the default not having been opened as a matter of right or by order of the Court, it is hereby ORDERED that final judgment be entered in favor of Plaintiff against Defendant Atos Origin, Inc. As a result of Defendant's default, Defendant is in breach of the Agreement between the parties. Defendant shall be required to pay Plaintiff for all amounts to which Plaintiff is legally entitled pursuant to the Agreement with an award of pre-judgment interest and expenses of litigation, including reasonable attorneys' fees and costs of investigation pursuant to O.C.G.A. §13-6-11, as supported by evidence at a damages hearing. Following the damages hearing, Defendant shall be required to continue to pay Plaintiff pursuant to the terms of the Agreement between the parties. The Clerk of Court shall schedule this matter for non-jury hearing on damages on the next available hearing calendar.

This ___10___ day of ___May___ 2021.

_____

Superior Court Judge
Cobb County

Prepared and presented by:

/s/ Ann R. Emery
Peter F. Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
Neill K. Wright
Georgia Bar No. 513847
PETER F. SCHOENTHALER, P.C.
3200 Windy Hill Road, SE
Suite 1600E
Atlanta, Georgia 30339
(tel) (404) 592-5397
(fax) (404) 891-6120
pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com
nwright@schoenthalerlaw.com
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served all interested parties in the within and foregoing matter by depositing a copy of the ORDER dated the ___10___ day of ____May_____2021, in the regular United States Mail in the properly addressed envelopes with adequate postage thereon addressed as follows or via email and/or PeachCourt to counsel of record:

ANN R. EMERY
AEMERY@SCHOENTHALERLAW.COM

ATOS ORIGIN, INC.
C/O NATIONAL REGISTERED AGENTS, INC.
1209 ORANGE STREET
WILMINGTON, DDE 19801


This ___10 day of _____May_____ 2021.

                                     _____
                                     **Mimi Anna Scaljon, Esq.**
                                     **Staff Attorney to**
                                     **Judge Robert D. Leonard II**

# EXHIBIT F

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

       Plaintiff,

v.

ATOS ORIGIN, INC.,

       Defendant.

CIVIL ACTION NO.
21100326

### AFFIDAVIT OF PETER F. SCHOENTHALER

Personally before me, an officer duly authorized by law to administer oats, Peter F. Schoenthaler, who after being sworn under penalty, states as follows:

1.

My name is Peter F. Schoenthaler. I am over the age of twenty-one (21) and am competent to make the statements contained herein. Unless otherwise indicated, the following statements are true and correct based upon my personal knowledge.

2.

I am lead counsel Plaintiff and I am licensed to practice in law in Georgia and am listed in good standing with the State Bar of Georgia. I am the owner of Peter Schoenthaler, P.C.

3.

Plaintiff has incurred and will be billed $1,650 in attorneys' fees in connection with the preparation and filing of Plaintiff's Motion to Compel and Memorandum in Support.

FURTHER AFFIANT SAYETH NOT.

_____
Peter F. Schoenthaler

Sworn to and subscribed before me
This 20 day of September 2021.

_____
Notary Public

My Commission Expires on July 29, 2024

# EXHIBIT G

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

      Plaintiff,

v.

ATOS ORIGIN, INC.,

      Defendant.

CIVIL ACTION NO.

21100326

### [PROPOSED] ORDER

Presently pending before the Court is Plaintiff's Motion to Compel.  Upon consideration of Plaintiffs' Motion, the memoranda of law filed in support, and all other relevant matters of record, the Court has determined that Plaintiff's Motion is GRANTED.

IT IS ORDERED that, Defendant is to serve complete, substantive responses to Plaintiff's First Interrogatories to Defendant and Plaintiff's First Request for the Production of Documents to Defendant to counsel for Plaintiff no later than ten (10) days from the date of this Order.  Defendant is further required to sit for deposition pursuant to Plaintiff's Notice to Take Deposition of a Corporate Representative of Atos Origin, Inc. no later than forty-five (45) days from the date of this Order.

IT IS FURTHER ORDERED that Plaintiff is awarded $1,650 in attorneys' fees and that Defendant make payment of that amount to Plaintiff no later than ten (10) days from the date of

this Order.

SO ORDERED, this _____ day of _____, 2021.

_____

Judge, Superior Court of Cobb County

Prepared and submitted by:

*/s/ Ann R. Emery*
Peter F. Schoenthaler
Georgia Bar No. 629789
PETER F. SCHOENTHALER, P.C.
3200 Windy Hill Road, SE
Suite 1600E
Atlanta, GA 30339

# EXHIBIT A-21

ID# 2022-0153624-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

21100326
LEONARD - 53
NOV 30, 2022 03:44 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

_Accelerated Outsourcing, Inc._

    Plaintiff,

vs.

_ATOS Origin, Inc._

    Defendant.

\* \* \* \* \* \* \* \* \*

CIVIL ACTION
FILE NO: _21-1-0326_

## HEARING NOTICE

Please take notice that the above-styled matter is hereby scheduled for _Damages Hearing_ before the _Honorable Robert D. Leonard II_, on the _15th_ day of _February_ 20 _23_ at _2:00_ am/pm in Courtroom 6100, Cobb Superior Court Building. Time announcement _2 Hours_.

SO ORDERED, this _30_ day of _November_, 20 _22_.

_____
HON. ROBERT D. LEONARD II
Judge, Superior Court of Cobb County
Cobb Judicial Circuit

Certificate of Service

This is to certify that I have this day mailed (through the United States Postal System) or Statutory Electronic Service/ PeachCourt, a copy of the foregoing document to the following, to wit:

_Ann Emery, Esq._
_aemery@schoenthalerlaw.com_

_ATOS Origin, Inc_
_1209 Orange Street_
_Wilmington, DE 19801_

# EXHIBIT A-22

ID# 2023-0009253-CV
⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21100326**
LEONARD - 53
JAN 19, 2023 04:27 PM

_____
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

        Plaintiff,

v.

ATOS ORIGIN, INC.,

        Defendant.

CIVIL ACTION NO.

 21100326

## PLAINTIFF'S MOTION TO CONTINUE DAMAGES HEARING

COMES NOW, Plaintiff Accelerated Outsourcing, Inc., by and through undersigned counsel, and file this, Plaintiff's Motion to Continue the Damages Hearing.  In support of this Motion, Plaintiff shows the Court the following.

The action having become in default on September 18, 2020, the Court ordered a final judgment in favor of Plaintiff against Defendant on May 10, 2021.

On November 30, 2022, this Court issued a Hearing Notice scheduling a Damages Hearing on February 15, 2023 at 2:00 p.m. in Courtroom 6100 of the Cobb Superior Court Building with a time announcement of two (2) hours.

Plaintiff has been in contact with Defendant[1] and the parties are engaging in settlement negotiations in an attempt to resolve the outstanding issues of damages.  If the parties are successful, the need for a hearing would be obviated.

In order to permit the Parties the time to determine if an agreement as to damages can be reached, Plaintiff requests that the Damages Hearing be continued until the Court's next hearing

_____

[1] As of the filing of this Motion, Defendant has not entered an appearance in this case.

1

calendar on Thursday, March 23, 2023 on the next available date.  The merits of the case and the interests of justice will be promoted by the requested continuance.  Counsel for Plaintiff contacted the Court and the Court has advised that the next available calendar is March 23, 2023.

WHEREFORE, Plaintiff requests that the Court enter an Order continuing the current scheduled Damages Hearing from February 15, 2023 to March 23, 2023 or the next available calendar; (2) the Court grant any such further relief that is in the interests of justice.

Respectfully submitted this 19th day of January, 2023.

**SCHOENTHALER LAW GROUP**

*/s/ Peter F. Schoenthaler*____
Peter Schoenthaler
Georgia Bar No. 629789
Ann R. Emery
Georgia Bar No. 897305
Neill K. Wright
Georgia Bar No. 513847
Christopher Rosser.
Georgia Bar No.  761317
3200 Windy Hill Road S.E.
Suite 1600E
Atlanta, GA 30339
Tel. (404) 592-5397
pfs@schoenthalerlaw.com
aemery@schoenthalerlaw.com
nwright@schoenthalerlaw.com
crosser@schoenthalerlaw.com

*Attorneys for Plaintiffs*

# EXHIBIT A-23

ID# 2023-0018262-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21100326**
LEONARD - 53
FEB 06, 2023 04:06 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

Accelerated Outsourcing, Inc.
  Plaintiff,

vs.

ATOS Origin, Inc.,
  Defendant.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

CIVIL ACTION
FILE NO: 21-1-00326

### HEARING NOTICE

Please take notice that the above-styled matter is hereby scheduled for _Damages Hearing_ before the _Honorable Robert D. Leonard II_, on the 23d day of _March_ 2023 at _1:30_ am/pm in Courtroom 6100, Cobb Superior Court Building. Time announcement _2 hours_.

SO ORDERED, this 6th day of _February_, 2023.

\* This notice removes
the above-styled case
from Feb 15th \*

_____
HON. ROBERT D. LEONARD II
Judge, Superior Court of Cobb County
Cobb Judicial Circuit

Certificate of Service
This is to certify that I have this day mailed (through the United States Postal System) or Statutory Electronic Service/ PeachCourt, a copy of the foregoing document to the following, to wit:

Ann Emery, Esq.
aemery@schoenthalerlaw.com

ATOS Origin, Inc.
1209 Orange Street
Wilmington, DE 19801

# EXHIBIT A-24

ID# 2023-0039842-CV
⬢ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

21100326
LEONARD - 53
MAR 17, 2023 04:53 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.   )
                                     )
       Plaintiff,             )
                                     )
v.                                    )     CIVIL ACTION NO.
                                     )     21100326
ATOS ORIGIN, INC.,            )
                                     )
       Defendant.          )
_____ )

## SPECIAL APPEARANCE MOTION TO CONTINUE DAMAGES HEARING

COMES NOW Atos IT Solutions and Services, Inc. ("Atos IT"), incorrectly identified by Plaintiff as Atos Origin, Inc.[1] ("Atos Origin"), appearing specially and without submitting to the jurisdiction of this Court or otherwise waiving any defenses, and respectfully moves the Court to continue the damages hearing currently set for March 23, 2023 at 1:30 p.m., showing as follows:

### 1.

On May 10, 2021, this Court entered Default Judgement against Atos Origin—a now defunct organization that has not conducted business or registered with the Georgia Secretary of State since 2007. This Court subsequently scheduled a hearing on damages for March 23, 2023.

### 2.

Plaintiff attempted to serve Atos Origin at an address located in Wilmington, Delaware. Importantly, the address Plaintiff was using (National Registered Agents, Inc. at 1209 Orange Street, Wilmington, DE 19801) is not the correct registered agent or address for Atos Origin or Atos IT. Indeed, Plaintiff knew or should have known that Atos Origin was not the correct entity

---

[1] There is no "Atos Origin, Inc." registered to do business in the State of Georgia. However, "Atos Origin IT Services, Inc." was registered to do business in Georgia with the last annual registration year of 2007 with a principal place of business in Houston, Texas.

to name or serve in this suit, as the invoices attached to its Complaint show that Plaintiff was billing *Atos IT Solutions and Services, Inc.* (*See* Ex. E, attached to Compl.). Atos IT's principal place of business is located in Irving, Texas and its registered agent is Corporation Service Company in Peachtree Corners, Georgia.

3.

Due to Plaintiff's error, Atos IT was not properly named in this suit and was never properly served in accordance with O.C.G.A. § 9-11-4. As such, it intends to file a Special Appearance Motion to Set Aside Default Judgment pursuant to O.C.G.A. § 9-11-60(d) on the basis that a nonamendable defect appears on the face of the pleadings, as Plaintiff did not sue the correct entity nor perfect service of process. As part of its forthcoming Motion, Atos IT intends to submit sworn testimony pertaining to Atos IT's principal place of business, registered agent, and lack of service, as discussed above. Atos IT intends to file its Motion prior to the March 23, 2023 hearing. However, due to the impending hearing, Atos IT files this Motion for Continuance in the interim to provide as much advance notice as possible to the Court and the Plaintiff as a matter of professional courtesy.

4.

Due to the outstanding issues in this matter, Atos IT intends to demonstrate it was never in default and the Default Judgment should be set aside. Accordingly, Atos IT contends that the upcoming damages hearing would be premature and unnecessary pending the outcome of Atos IT's forthcoming Motion to Set Aside the Default Judgment.

5.

Furthermore, because Plaintiff's counsel did not send the amended notice of hearing to counsel for Atos IT until March 10, 2023—*less than two weeks* before the scheduled hearing, and

more than a month after Plaintiff received the Hearing Notice on February 6, 2023—Atos IT was not afforded reasonable time to prepare for the hearing. (*See* Ex. 1, attached hereto).  Because Atos IT has not been properly served it has not entered an appearance in this lawsuit, and thus, has not been receiving notices from the Court.

6.

Additionally, after Atos IT eventually received notice of the hearing it determined that this Court served the Hearing Notice on Atos Origin—but it served the Notice to the improper Wilmington, Delaware address listed in Plaintiff's Complaint. As indicated above, this Delaware address is not Atos Origin or Atos IT's registered agent nor principal place of business for the State of Georgia. To date, Atos IT still has not received the Hearing Notice from the Court because it was served to this incorrect address provided by Plaintiff.

7.

Atos IT further moves to continue the damages hearing because lead counsel for Atos IT, Christopher Cascino,[2] is currently out on parental leave until on or about June 7, 2023. Because of the delay in Atos IT's receipt of the notice of the hearing, Atos IT was not in a position to ask the Court to move the hearing based on his leave until now.

8.

A motion for continuance is within the sound legal discretion of a trial judge, who is in control of the management of the case in court, and the exercise of that discretion will not be disturbed by the appellate courts unless the discretion is manifestly abused. *Masonry Specialists of Ga. v. U.S. Fidelity & Guar. Co.*, 273 Ga. App. 774, 779 (4), 616 S.E.2d 103 (2005). "All applications for continuances are addressed to the sound legal discretion of the court and, if not

---

[2] Mr. Cascino's *pro hac vice* application is forthcoming.

expressly provided for, shall be granted or refused as the ends of justice may require." O.C.G.A. § 9-10-167(a).

9.

Atos IT asserts there is good cause to continue the upcoming damages hearing on the above-stated bases that (1) Atos IT anticipates moving to set aside the Default Judgement on the grounds that Plaintiff sued an improper entity and failed to properly perfect service; (2) Atos IT did not receive notice of the hearing from the Court; (3) Atos IT did not receive notice of the hearing from Plaintiff's counsel until more than a month after Plaintiff received the notice and less than two weeks prior to the damages hearing; and (4) lead counsel for Atos IT is currently out on paternity leave until on or about June 7, 2023.

10.

Counsel for Atos IT conferred with Plaintiff's counsel regarding this Motion, but Plaintiff is unwilling to agree to the relief requested.

11.

This Motion is not brought for any improper purpose, including delay, and Atos IT has shown good cause for the continuance. Accordingly, Atos IT respectfully requests that the Court continue the March 23, 2023 hearing pending the outcome of the forthcoming Special Appearance Motion to Set Aside Default Judgment and Mr. Cascino's return from leave.

Respectfully submitted this 17th day of March, 2023.

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

*/s/ Jeffrey J. Costolnick*
Jeffrey J. Costolnick
Georgia Bar No. 637168
jeffrey.costolnick@ogletree.com
One Ninety-One Peachtree Tower,
191 Peachtree Street, N.E., Suite 4800
Atlanta, Georgia  30303
Phone: 404-881-1300
Fax: 404-870-1732

*Counsel for Atos IT Solutions and Services, Inc.,*
*incorrectly identified as Atos Origin, Inc.*

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

ACCELERATED OUTSOURCING, INC.   )
                                      )
             Plaintiff,             )
                                        )
v.                                         )     CIVIL ACTION NO.
                                        )     21100326
ATOS ORIGIN, INC.,              )
                                        )
             Defendant.      )
_____  )

## CERTIFICATE OF SERVICE

I hereby certify that, on March 17, 2023, I electronically filed SPECIAL APPEARANCE

MOTION TO CONTINUE DAMAGES HEARING with the Clerk of Court through the Court's

efiling system which will automatically send e-mail notification of such filing to the following

counsel of record:

Peter Schoenthaler
Ann Emery
Neill Wright
Christopher Rosser
SCHOENTHALER LAW GROUP
3200 Windy Hill Road SE, Suite 1600E
Atlanta, GA 30339

                                        */s/ Jeffrey J. Costolnick*_____
                                        Jeffrey J. Costolnick
                                        Georgia Bar No. 637168

                                        *Counsel for Atos IT Solutions and Services,*
                                        *Inc., incorrectly identified as Atos Origin,*
                                        *Inc.*



Redacted

**From:** tblenner@schoenthalerlaw.com
**Date:** March 10, 2023 at 2:56:11 PM EST
**To:** "Cascino, Chris" <chris.cascino@ogletreedeakins.com>
**Cc:** "Chinea, Elba" <Elba.Chinea@ogletreedeakins.com>, pfs@schoenthalerlaw.com
**Subject: Hearing notice**

*[Caution: Email received from external source]*

Hi Chris,
I apologize. I thought I had sent this before, but it looks like I only sent our motion to continue to March 23.

-Tim

Timothy Blenner
Schoenthaler Law Group



EXHIBIT 1

3200 Windy Hill Road SE
Suite 1600E
Atlanta, GA 30339

---

 Virus-free.www.avg.com

# EXHIBIT A-25

1-OF-2023-0045780-CV
⚡ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21100326**
**LEONARD - 53**
**MAR 30, 2023 10:15 AM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ACCELERATED OUTSOURCING, INC.

    Plaintiff,

v.

ATOS ORIGIN, INC.,

    Defendant.

CIVIL ACTION NO.

21100326

## ORDER ON CONSENT TO VACATE DEFAULT JUDGMENT

Plaintiff Accelerated Outsourcing, Inc. ("Plaintiff"), having filed a complaint against Defendant Atos Origin, Inc. ("Defendant") with claims of Breach of Contract (Count I), Breach of Covenant of Good Faith and Fair Dealing (Count II), Account Stated (Count III), Declaratory Judgment (Count IV), and Award of Attorney's Fees (Count V); and

The Court having issued an Entry of Default Judgment on May 10, 2021 ("Default Order"), and setting a hearing for the determination of damages on March 23, 2023; and

Defendant's successor in interest, Atos IT Solutions & Services, Inc., having filed a Special Appearance Motion to Continue Damages Hearing, noticing Atos IT Solutions & Services, Inc.'s intent to file a Motion to Set Aside the Default and asserting that Defendant was incorrectly identified in the complaint and therefore never properly served in accordance with O.C.G.A. § 9-11-4; and

Plaintiff and Atos IT Solutions & Services, Inc. having stipulated and consented to the entry of this Order on Consent to Vacate the Default Judgment on the terms set forth herein;

NOW THEREFORE, it is hereby Ordered in this case:

1.    The Entry of Default Judgment dated May 10, 2021 shall be vacated;

1

2.      The hearing scheduled for the determination of damages on March 23, 2023 is removed from the calendar and neither party need appear; and

3.      As evidenced by Atos IT Solutions & Services, Inc.'s signature below, Atos IT Solutions & Services, Inc. acknowledges that is it the successor in interest to Atos Origin, Inc. as a result of a merger that took place effective December 31, 2011 as set forth in that certain certificate of merger filed with the Delaware Secretary of State on December 28, 2011, and by virtue of which Atos IT Solutions & Services, Inc. is the successor in interest to Atos Origin, Inc.

4.      Atos IT Solutions & Services, Inc. acknowledges that it is the proper party to this case and accepts service of the Complaint and Summons as of the date of this order, waiving any defenses related to sufficiency of process and sufficiency of service of process as of the date of this order as well as any statute of limitations defense on any claims asserted in the Complaint.

5.      Atos IT Solutions & Services, Inc. shall have thirty (30) days from the date of filing of this Consent Order to file an answer to the complaint;

SO ORDERED this ___30___ day of ___March___, 2023

_____
Superior Court Judge
Cobb County

STIPULATED AND AGREED:

This 22nd  day of March 2023.

| SCHOENTHALER LAW GROUP | OGLETREE DEAKINS |
|---|---|
| /s/ Peter F. Schoenthaler<br>Peter Schoenthaler<br>Georgia Bar No. 629789<br>Ann R. Emery<br>Georgia Bar No. 897305 | Jeffrey J. Costolnick<br><br>Jeffrey J. Costolnick<br>Georgia Bar No. 637168<br>One Ninety-One Peachtree Tower, |

2

| | |
|---|---|
| Neill K. Wright<br>Georgia Bar No. 513847<br>Christopher Rosser.<br>Georgia Bar No. 761317<br>3200 Windy Hill Road S.E.<br>Suite 1600E<br>Atlanta, GA 30339<br>Tel. (404) 592-5397<br>pfs@schoenthalerlaw.com<br>aemery@schoenthalerlaw.com<br>nwright@schoenthalerlaw.com<br>crosser@schoenthalerlaw.com<br><br>*Attorneys for Plaintiffs* | 191 Peachtree Street, N.E., Suite 4800<br>Atlanta, Georgia 30303<br>Phone: 404-881-1300<br>Fax: 404-870-1732<br>jeffrey.costolnick@ogletree.com<br><br><br>*Christopher Cascino*<br><br>Christopher M. Cascino (*pro hac vice* to be filed)<br>100 North Tampa Street<br>Suite 3600<br>Tampa, Florida 33602<br>Tel. (813) 221-7227<br>Chris.cascino@ogletree.com<br><br>*Attorneys for Defendant* |

3

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all interested parties in the within and foregoing matter by depositing a copy of the **order** dated the _30_ day of MARCH, 2023, in the regular United States Mail in the properly addressed envelopes with adequate postage thereon addressed as follows or via email through PeachCourt to counsel of record:

PETER SCHOENTHALER, ESQ.
PFS@SCHOENTHALERLAW.COM

JEFFREY COSTOLNICK, ESQ.
JEFFREY.COSTOLNICK@OGLETREE.COM

CHRISTOPHER CASCINO, ESQ.
CHRIS.CASCINO@OGLETREE.COM

This _30_ day of MARCH, 2023.


**Mimi Anna Scaljon, Esq.**
**Staff Attorney to**
**Judge Robert D. Leonard II**