**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| ACCELERATED OUTSOURCING, INC. )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>ATOS ORIGIN, INC., )<br>)<br>  Defendant. )<br>_____ ) | CIVIL ACTION NO.<br>21100326 |

**NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL**
**TO UNITED STATES DISTRICT COURT**

TO THE CLERK OF THE SUPERIOR COURT OF COBB COUNTY:

Defendant Atos IT Solutions and Services, Inc., incorrectly identified in the Complaint as Atos Origin, Inc., hereby gives notice that, by the filing of a Notice of Removal (a copy of which is attached hereto as Exhibit 1) on April 28, 2023, in the United States District Court for the Northern District of Georgia, Defendant Atos IT Solutions and Services, Inc. has removed this case from this Court to said district court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Pursuant to 28 U.S.C. § 1446(d), the State court shall proceed no further unless and until the case is remanded.

Respectfully submitted this 28th day of April, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Jeffrey J. Costolnick*
Jeffrey J. Costolnick
Georgia Bar No. 637168
jeffrey.costolnick@ogletree.com
Taryn C. Haumann
Georgia Bar No. 957016
taryn.haumann@ogletree.com
One Ninety-One Peachtree Tower,
191 Peachtree Street, N.E., Suite 4800
Atlanta, Georgia  30303
Telephone: 404-881-1300
Facsimile:  404-870-1732

*Counsel for Defendant*

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| ACCELERATED OUTSOURCING, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 21100326 |
| ATOS ORIGIN, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 28, 2023, I electronically filed NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT with the Clerk of Court through the Court's efiling system which will automatically send e-mail notification of such filing to the following counsel of record:

SCHOENTHALER LAW GROUP
Peter F. Schoenthaler
Ann R. Emery
Neill Wright
3200 Windy Hill Road SE Suite 1600E
Atlanta, GA 30339

*/s/ Jeffrey J. Costolnick*
Jeffrey J. Costolnick
Georgia Bar No. 637168