# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ACCELERATED OUTSOURCING, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATOS IT SOLUTIONS AND ) <br> SERVICES, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION NO. _____ |

## **DECLARATION OF VIKI WINIGER**

1. My name is Viki Winiger, I declare under penalty of perjury that this Declaration is true and correct.

2. I voluntarily and freely make this Declaration on my own personal knowledge for use as evidence in the above-styled matter and for all other uses and purposes authorized by law. I have not been coerced, threatened, intimidated, or pressured to give this statement.

3. I am over the age of twenty-one (21) years. I am suffering from no legal disabilities, and I am competent to give this Declaration.

4. I am currently employed as a Corporate Paralegal for Atos IT Solutions and Services, Inc ("Atos IT").

5. Atos IT formerly operated under the name Siemens IT Solutions and Services, Inc. from January 16, 2007 – September 30, 2011, before the name officially and completely changed to "Atos IT Solutions and Services, Inc." on September 30, 2011.

6. On December 31, 2011, Atos Origin, Inc. merged into Atos IT, and Atos IT assumed all of Atos Origin, Inc.'s contracts, including the contract with Accelerated Outsourcing, Inc. ("Accelerated Outsourcing"), which is the subject of the above referenced litigation. Atos Origin, Inc. has not been in existence since 2011 and is now a defunct corporation.

7. Atos IT is incorporated in Delaware and its principal place of business is in Texas.

8. Atos IT's corporate office is located at 4851 Regent Boulevard, Irving, Texas, 75063.

9. Atos IT is registered in Georgia as a foreign profit corporation. *See* Secretary of State registration documents attached as Exhibit VW-1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April, 2023.

                                                   */s/ Viki Winiger*
                                                   **Viki Winiger**



| GEORGIA CORPORATIONS DIVISION | GEORGIA SECRETARY OF STATE BRAD RAFFENSPERGER |

HOME (/)

# BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | ATOS IT SOLUTIONS AND SERVICES, INC. | Control Number: | K317161 |
| Business Type: | Foreign Profit Corporation | Business Status: | Active/Compliance |
| Business Purpose: | NONE | | |
| Principal Office Address: | 4851 Regent Boulevard, Irving, TX, 75063, USA | Date of Formation / Registration Date: | 7/28/1993 |
| Jurisdiction: | Delaware | Last Annual Registration Year: | 2023 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | Corporation Service Company |
| Physical Address: | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| County: | Gwinnett |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Ashley Crandall | CFO | 4851 Regent Boulevard, Irving, TX, 75063, USA |
| Dave Seybold | CEO | 4851 Regent Boulevard, Irving, TX, 75063, USA |
| Michael J. Cammarota | Secretary | 4851 Regent Boulevard, Irving, TX, 75063, USA |

Back                Filing History        Name History
                      Return to Business Search

**Exhibit VW-1**