# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ACCELERATED OUTSOURCING, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. _____ |
| ATOS IT SOLUTIONS AND SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## **DECLARATION OF GARY HERALD**

1. My name is Gary Herald, I declare under penalty of perjury that this Declaration is true and correct.

2. I voluntarily and freely make this Declaration on my own personal knowledge for use as evidence in the above-styled matter and for all other uses and purposes authorized by law. I have not been coerced, threatened, intimidated, or pressured to give this statement.

3. I am over the age of twenty-one (21) years. I am suffering from no legal disabilities, and I am competent to give this Declaration.

4.	I am currently employed as Financial Analyst III for Atos IT Solutions and Services, Inc ("Atos IT").

5.	Between November 5, 2019 and January 12, 2023, Atos IT has invoiced San Diego Gas & Electric Company ("Sempra") well over $2,500,000 for products and services.

6.	My knowledge of the amounts billed to Sempra are based on Atos IT's records and information available to me in my role as Financial Analyst III for Atos IT, which were made at or near the time the invoices to Sempra were issued. I am familiar with the circumstances under which such records and information are stored, which I accessed on Atos IT's internal system, SAP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April, 2023.

*Gary Herald*
_____
**Gary Herald**