**Attachment to Civil Cover Sheet**

Clark Gulley
Foster, Jensen & Gulley, LLC - Atlanta, GA
1447 Peachtree Street
NE
Suite 1009
Atlanta, GA 30309- 3027


Seth J. Kraus* (OBN: 0084003)
Gibbs & Associates Law Firm, LLC 6398 Thornberry Ct.
Mason, Ohio 45040
P: 513-234-5545
F: 888-500-4638
skraus@gibbs-lawfirm.com

Jonathan D. Gibbs* (OBN: 0094455)
Gibbs & Associates Law Firm, LLC
6398 Thornberry Ct.
Mason, Ohio 45040
Telephone: (513) 234-5545
Fax: (888) 500-4638
jgibbs@gibbs-lawfirm.com


*ature*Pro Hac Vice* Motion forthcoming