## TOLLING AGREEMENT

This Tolling Agreement ("Agreement") is made this 24th day of March, 2023 (the "Effective Date") by Harris Evans, on the one hand, and Atlanta Dermatology and Surgery, P.A. ("ADSPA") on the other (collectively, the "Parties"). Claims may exist between the Parties as a result of Evans's employment at ADSPA. Because the Parties are engaging in settlement negotiations, they wish to toll any and all time periods to bring any such claim, and agree as follows.

1. The "Tolling Period" begins on the Effective Date and ends May 4, 2023.

2. "Claims" are any demands, actions, causes of action, suits, debts, accounts, contracts, damages, claims, equitable remedies, statutory remedies, both in law and equity, whether liquidated, unliquidated, fixed, contingent, direct, indirect, matured, unmatured, due, ripe, disputed, undisputed, legal, equitable, or statutory.

3. "Limitations" are any and all time limitations on the assertion, prosecution, or filing or service of any Claims in court, including but not limited to any and all applicable statutes of limitations, contractual limitations periods, statutes of repose, time limitations in equity, statutory time conditions on filing suits, laches, and any other time bars.

4. This Tolling Agreement shall not revive existing Claims, if any, that expired under any applicable statutes of limitations prior to the date of this Agreement. This Tolling Agreement shall not in any fashion be construed as an admission of liability.

5. This Tolling Agreement shall be governed by the laws of Georgia.

6. This Tolling Agreement contains the entire agreement of the Parties and cannot be modified except by a writing signed by the Parties or their counsel.

The parties have executed this Tolling Agreement this 24th day of March, 2023.

_____  _____
(Harris Evans)                                            Atlanta Dermatology and Surgery, P.A.
(By Counsel Jackie Lee with Authority)   (By Counsel Eric Lang with Authority)

1