# Exhibit B

**AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, A RISK RETENTIONGROUP (D118053)**
Domestic Profit Corporation



Request Information

| | |
|---|---|
| Filing Number | D118053 |
| Entity Type | Domestic Profit Corporation |
| Entity SubType | Captive Insurance Corporation |
| Status | Active-Good Standing |
| Formed In | Montana |
| Principal Address | 228 West Main Street<br>Missoula, MT 59802 |
| Mailing Address | P.O. Box 8509<br>Missoula, MT 59807 |
| Registration Date | 08/28/2002 |
| AR Due Date | 04/15/2024 |
| Registered Agent | Noncommercial<br>RA00277488<br>TRICIA CRIPPEN<br>228 WEST MAIN STREET<br>MISSOULA, MT 59802 |

Business Services    Notary    Charitable Organizations    Open Meetings    Agricultural Liens    Executive Legislative

Home : Business Services : Corp Search : Corp Information

# Entity Summary Information

Select the buttons below to file or place an order.

To view Entity Details there will be a $5.00 charge and you will need to click on **VIEW ENTITY DETAILS** button at the bottom of the page.

If you are ordering documents such as a "Certificate of Good Standing" or "copies" you will need to click on the **ORDER DOCUMENTS** button at the bottom of the page.

If you are filing a legal document such as a trade name, amendment, annual certificate, etc., you will need to click on **FILE A DOCUMENT** button at the bottom of the page.

JOHN CHRISTNER TRUCKING, LLC

| Details | |
|---|---|
| Filing Number: | 3512056495 |
| Name Type: | Legal Name |
| Status: | In Existence |
| Corp type: | Domestic Limited Liability Company |
| Jurisdiction: | Oklahoma |
| Formation Date: | 22 Dec 2004 |

| Registered Agent Information | |
|---|---|
| Name: | REGISTERED AGENT SOLUTIONS, INC. |
| Effective: | 4 Jan 2023 |
| Address: | 2021 S. LEWIS AVE. SUITE 760 |
| City, State, ZipCode: | TULSA   OK   74104 |

[ View Entity Detail ]  [ File a Document ]  [ Order Documents ]  [ New Search ]

Business Services     Notary     Charitable Organizations     Open Meetings     Agricultural Liens     Executive Legislative

Home : Business Services : Corp Search : Corp Information

# Entity Summary Information

Select the buttons below to file or place an order.

To view Entity Details there will be a $5.00 charge and you will need to click on **VIEW ENTITY DETAILS** button at the bottom of the page.

If you are ordering documents such as a "Certificate of Good Standing" or "copies" you will need to click on the **ORDER DOCUMENTS** button at the bottom of the page.

If you are filing a legal document such as a trade name, amendment, annual certificate, etc., you will need to click on **FILE A DOCUMENT** button at the bottom of the page.

JCT HOLDING CO., LLC

### Details

| | |
|---|---|
| Filing Number: | 3512056498 |
| Name Type: | Legal Name |
| Status: | In Existence |
| Corp type: | Domestic Limited Liability Company |
| Jurisdiction: | Oklahoma |
| Formation Date: | 22 Dec 2004 |

### Registered Agent Information

| | |
|---|---|
| Name: | DANIEL L CHRISTNER |
| Effective: | 22 Dec 2004 |
| Address: | 19007 W HWY 33 |
| City, State , ZipCode: | SAPULPA   OK   74066 |

[View Entity Detail]  [File a Document]  [Order Documents]  [New Search]

Visit Ok.gov   Site Map   Accessibility   Disclaimer                                 Copyright © 2021 Oklahoma Secretary of State

**BUSINESS INFORMATION**
DIEGO MORALES
INDIANA SECRETARY OF STATE
05/01/2023 12:30 PM

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **HIRSCHBACH, INC.** | Business ID: | **202008121413937** |
| Entity Type: | **Domestic For-Profit Corporation** | Business Status: | **Active** |
| Creation Date: | **12/14/2018** | Inactive Date: | |
| Principal Office Address: | **2460 Kerper Blvd., Dubuque, IA, 52001, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **12/31/2024** |
| | | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| President | Brad Pinchuk | 2460 Kerper Blvd., Dubuque, IA, 52001, USA |
| Treasurer | Paul Herzog | 2460 Kerper Blvd., Dubuque, IA, 52001, USA |
| Secretary | Brian Kohlwes | 2460 Kerper Blvd., Dubuque, IA, 52001, USA |
| Assistant Treasurer | Marlee Tart | 2460 KERPER BLVD, Dubuque, IA, 52001, USA |

## Incorporators Information

| Name | Title | Address |
|---|---|---|
| Brad Pinchuk | Incorporator | 2460 Kerper Blvd., Dubuque, IA, 52001, USA |
| Thomas Grojean, Jr. | Incorporator | 2460 Kerper Blvd., Dubuque, IA, 52001, USA |
| Paul Herzog | Incorporator | 2460 Kerper Blvd., Dubuque, IA, 52001, USA |
| Brian Kohlwes | Incorporator | 2460 Kerper Blvd., Dubuque, IA, 52001, USA |

## Registered Agent Information

| | |
|---|---|
| Type: | **Business Commercial Registered Agent** |
| Name: | **REGISTERED AGENT SOLUTIONS, INC.** |
| Address: | **200 Byrd Way, Suite 205, Greenwood, IN, 46143, USA** |