EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000587**
SNK
MAR 28, 2023 04:52 PM

Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

IN THE STATE COURT OF HENRY COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SHAHANEY ALVARES,      Plaintiffs,<br>vs.<br>BENJAMIN MCGINNIS, MOELLER TRUCKING, INC., ARCH INSURANCE COMPANY, ARCH INSURANCE GROUP, INC., and ARCH INSURANCE SOLUTIONS, INC.,<br>    Defendants. | CIVIL ACTION<br><br>NO. |

## COMPLAINT

COMES NOW SHAHANEY ALVARES, Plaintiff, by and through their undersigned counsel, and hereby file this Complaint against the above-named Defendants and shows this Honorable Court as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff SHAHANEY ALVARES (hereinafter "Plaintiff") is a citizen and resident of the State of Georgia and is the proper party to bring a claim for her personal injuries.

2.

Defendant BENJAMIN MCGINNIS (hereinafter "Defendant MCGINNIS") is a resident of the State of Florida and may be served with a second original of the Summons and Complaint at his last known address, located at 1215 Windhorst Ridge Drive, Hillsborough County, Brandon, Florida 33510-3122.  When served, Defendant MCGINNIS will be subject to the jurisdiction and venue of this Honorable Court.

3.

Defendant MOELLER TRUCKING, INC. (hereinafter "Defendant MOELLER TRUCKING") is a foreign corporation organized and existing under the laws of the State of Ohio, but is not registered to do business in the State of Georgia. Defendant MOELLER TRUCKING  may be served with a second original of the Summons and Complaint by serving its registered agent, Gary Moeller, located at 6422 SR 119, Mercer County, Maria Stein, Ohio 45860.

4.

Defendant ARCH INSURANCE COMPANY is a foreign property and casualty insurer, which is registered to transact business within the State of Georgia and is domiciled in the State of Missouri. Defendant ARCH INSURANCE COMPANY may be served with a second original of the Summons and Complaint by serving its registered agent, Corporation Service Company, located at 2 Sun Court, Suite 400, Gwinnett County, Peachtree Corners, Georgia, 30092.

5.

Defendant ARCH INSURANCE GROUP, INC. (hereinafter "Defendant ARCH INSURANCE GROUP") is a foreign property and casualty insurer, which is registered to transact business within the State of Georgia and is domiciled in the State of Delaware.  Defendant ARCH INSURANCE GROUP may be served with a second original of the Summons and Complaint by serving its registered agent, Corporation Service Company, located at 2 Sun Court, Suite 400, Gwinnett County, Peachtree Corners, Georgia, 30092.

6.

Defendant ARCH INSURANCE SOLUTIONS, INC. (hereinafter "Defendant ARCH INSURANCE SOLUTIONS") is a foreign property and casualty insurer, which is registered to transact business within the State of Georgia and is domiciled in the State of Delaware. Defendant

ARCH INSURANCE SOLUTIONS may be served with a second original of the Summons and Complaint by serving its registered agent, Corporation Service Company, located at 2 Sun Court, Suite 400, Gwinnett County, Peachtree Corners, Georgia, 30092.

7.

Venue is proper in this Court and this Court has personal jurisdiction over the Defendants.

## FACTS

8.

Plaintiff incorporates by reference paragraphs 1 through 7 of this Complaint as if set forth fully herein.

9.

On October 27, 2021, at approximately 9:50 p.m., Plaintiff was driving a 2014 Ford Fiesta, stopped in traffic in the northbound direction of travel on Interstate 75, located north of Highway 138, in Henry County, Georgia.

10.

On October 27, 2021, at approximately 9:50 p.m., Defendant MCGINNIS was operating a 2017 Francis Travel tractor-trailer, traveling northbound stopped in traffic in the northbound direction of travel on Interstate 75, located north of Highway 138, in Henry County, Georgia.

11.

At all times pertinent to this Complaint, Defendant MCGINNIS was an agent and/or employee of Defendant MOELLER TRUCKING.

12.

At all times pertinent to this Complaint, the 2017 Francis Travel tractor-trailer International operated by Defendant MCGINNIS was owned by Defendant MOELLER TRUCKING.

13.

Suddenly, and without warning, Defendant MOELLER TRUCKING employee/agent Defendant MCGINNIS caused the 2017 Francis Travel tractor-trailer International, owned by Defendant MOELLER TRUCKING, he was operating to reverse on Interstate 75 and strike the front of 2014 Ford Fiesta Plaintiff was operating.

14.

The collision was violent and destructive. Plaintiff was physically injured and the vehicle she was operating suffered damage.

**COUNT I – NEGLIGENCE**

15.

Plaintiff incorporates by reference paragraphs 1-14 of this Complaint as if set forth fully herein.

16.

At the time of the subject incident, Defendant MCGINNIS was employed by Defendant MOELLER TRUCKING as a commercial truck driver.

17.

At the time of the subject incident, Defendant MCGINNIS was operating Defendant MOELLER TRUCKING's 2017 Francis Travel tractor-trailer with the permission of Defendant MOELLER TRUCKING.

18.

At the time of the subject incident, Defendant MCGINNIS was operating Defendant MOELLER TRUCKING's 2017 Francis Traveler tractor-trailer within the course and scope of his employment with Defendant MOELLER TRUCKING.

19.

Defendant MCGINNIS owed a duty to Plaintiff to exercise, proper, ordinary and

reasonable care and to follow the laws of the State of Georgia in the operation of Defendant MOELLER TRUCKING's tractor- trailer.

20.

Defendant MCGINNIS was negligent and breached the duty he owed to Plaintiff to exercise proper, ordinary and reasonable care and to follow the laws of the State of Georgia in the operation of Defendant MOELLER TRUCKING's tractor-trailer.

21.

Defendant MOELLER TRUCKING, acting through its agent/employee Defendant MCGINNIS, is liable for the collision that forms the basis of Plaintiff's Complaint.

## **COUNT II – NEGLIGENCE *PER SE***

22.

Plaintiff incorporates by reference paragraphs 1 through 21 of this Complaint as if set forth fully herein.

23.

Defendant MCGINNIS, as agent/employee of Defendant MOELLER TRUCKING, was negligent in the following respects:

(a) In failing to make a proper and reasonable observation while driving Defendant MOELLER TRUCKING'S 2017 Francis Travel tractor-trailer or, if reasonable and proper observation were made, failing to act thereon;

(b) By improperly backing Defendant MOELLER TRUCKING's 2017 Francis Travel tractor-trailer on the roadway of a controlled-access highway in violation O.C.G.A. § 40-6-240;

(c) In driving Defendant MOELLER TRUCKING'S 2017 Francis Travel tractor-trailer without due caution and circumspection and in a manner so as to endanger the person and/or property of others in the immediate vicinity, in violation of

O.C.G.A. § 40-6-241;

(d) In driving Defendant MOELLER TRUCKING'S 2017 Francis Travel tractor-trailer in reckless disregard for the safety of persons and/or property, in violation of O.C.G.A. § 40-6-390; and

(e) In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

24.

Defendant MCGINNIS's violation of the aforementioned statutory duties of care as an agent/employee of Defendant MOELLER TRUCKING constitutes negligence *per se*.

## **COUNT III – DIRECT ACTION**

25.

Plaintiff incorporates by reference paragraphs 1 through 24 of this Complaint as if set forth fully herein.

26.

Defendants ARCH INSURANCE COMPANY, ARCH INSURANCE GROUP, and ARCH INSURANCE SOLUTIONS were the insurers of Defendant MOELLER TRUCKING at the time of the collision, which is the basis of this Complaint, and issued a liability policy to comply with the filing requirements under Georgia law for intrastate and interstate transportation.

27.

Defendants ARCH INSURANCE COMPANY, ARCH INSURANCE GROUP, and ARCH INSURANCE SOLUTIONS and Defendant MOELLER TRUCKING are subject to the filing requirements outlined in O.C.G.A. § 40-2-140.

28.

Defendants ARCH INSURANCE COMPANY, ARCH INSURANCE GROUP, and

ARCH INSURANCE SOLUTIONS are subject to a direct action as the insurer for Defendant MOELLER TRUCKING pursuant to O.C.G.A. § 40-2-140.

29.

Defendants ARCH INSURANCE COMPANY, ARCH INSURANCE GROUP, and ARCH INSURANCE SOLUTIONS are responsible for any judgment rendered against Defendant MOELLER TRUCKING and Defendant MCGINNIS up to their policy limits of coverage.

## **DAMAGES**

30.

Plaintiff incorporates by reference paragraphs 1 through 29 of this Complaint as if set forth fully herein.

31.

As a direct and proximate result of the negligence of Defendant MCGINNIS on October 27, 2021, acting as agent/employee of Defendant MOELLER TRUCKING, Plaintiff suffered special damages, including but not limited to $28,917.18 in past medical expenses, as well as future medical, lost wages, and other necessary expenses.

32.

As a direct and proximate result of the negligence of Defendant MCGINNIS on October 27, 2021, acting as agent/employee of Defendant MOELLER TRUCKING, Plaintiff has suffered general damages, including mental and physical pain and suffering due to the injuries to her body and nervous systems, personal inconvenience, a loss of ability to labor, plus an inability to lead a normal life.

33.

By reason of the foregoing, Plaintiff is entitled to recover special and general damages from the Defendants in an amount to be proven at trial.

## **ATTORNEY'S FEES AND EXPENSES**

34.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 33 above as if fully restated.

35.

Defendants have acted in bad faith, have been stubbornly litigious, and have caused the Plaintiff unnecessary trouble and expense.

36.

As such, Plaintiff is entitled to reasonable attorney's fees and litigation expenses pursuant to O.C.G.A. § 13-6-11.

**WHEREFORE**, Plaintiff respectfully prays and demands as follows:

(a) That Process and Summons be issued, as provided by law, requiring Defendants to appear and answer the Complaint;

(b) That service be had upon Defendants as provided by law;

(c) That the Court award and enter a judgment in favor of Plaintiff and against Defendants for special damages in an amount to be proven at trial;

(d) That the Court award and enter a judgment in favor of Plaintiff and against Defendants for general damages in an amount to be proven at trial;

(e) That the Court award and enter a judgment in favor of Plaintiff and against Defendants for his attorney's fees and expenses, pursuant to O.C.G.A. § 13-6-11, in an amount to be proven at trial;

(f) That all costs of this action be taxed against Defendants; and

(g) That the Plaintiff have such other and further relief as the Court may deem just and proper.

Respectfully submitted this 28th day of March, 2023.

**KAUFMAN LAW, P.C.**
9450 SW Gemini Drive
PMB 44896
Beaverton, OR 97008
(404) 355-4000 (T)
(404) 350-0909 (F)
kr@kaufmanlawfirm.com

**/s/ Kenneth P. Raley, III**
Kenneth P. Raley, III
Georgia Bar No. 131776
*Attorney for Plaintiff*

# STATE COURT OF HENRY COUNTY
# STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA
**STSV2023000587**
SNK
MAR 28, 2023 04:52 PM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER   STSV2023000587

Alvares, Shahaney

---
**PLAINTIFF**

VS.

Moeller Trucking, Inc.
Arch Insurance Company
Arch Insurance Group, Inc.
Arch Insurance Solutions, inc.
McGinnis, Benjamin

---
**DEFENDANTS**

## SUMMONS

TO: ARCH INSURANCE COMPANY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Kenneth Raley**
**Kaufman Law, P.C.**
**9450 SW Gemini DR**
**PMB 44896**
**Beaverton, Oregon 97008**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 28th day of March, 2023.**

Clerk of State Court

_Lynne M. Policaro_
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

Page 1 of 1

## STATE COURT OF HENRY COUNTY
## STATE OF GEORGIA

📧 EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000587**
SNK
MAR 28, 2023 04:52 PM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER   STSV2023000587

Alvares, Shahaney

_____
**PLAINTIFF**

                                   VS.

Moeller Trucking, Inc.
Arch Insurance Company
Arch Insurance Group, Inc.
Arch Insurance Solutions, inc.
McGinnis, Benjamin

_____
**DEFENDANTS**

### SUMMONS

TO: ARCH INSURANCE GROUP, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Kenneth Raley
Kaufman Law, P.C.
9450 SW Gemini DR
PMB 44896
Beaverton, Oregon 97008**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 28th day of March, 2023.**

                                        Clerk of State Court

_____
*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

Page 1 of 1

**STATE COURT OF HENRY COUNTY**
**STATE OF GEORGIA**

📧 **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000587**
SNK
MAR 28, 2023 04:52 PM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER   STSV2023000587

Alvares, Shahaney

_____
**PLAINTIFF**

                                            VS.

Moeller Trucking, Inc.
Arch Insurance Company
Arch Insurance Group, Inc.
Arch Insurance Solutions, inc.
McGinnis, Benjamin

_____
**DEFENDANTS**

**SUMMONS**

TO: ARCH INSURANCE SOLUTIONS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Kenneth Raley**
**Kaufman Law, P.C.**
**9450 SW Gemini DR**
**PMB 44896**
**Beaverton, Oregon 97008**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 28th day of March, 2023.**

                                            Clerk of State Court

_____
*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

# STATE COURT OF HENRY COUNTY
# STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA
**STSV2023000587**
SNK
MAR 28, 2023 04:52 PM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER   STSV2023000587

Alvares, Shahaney
_____
**PLAINTIFF**

                                                          VS.

Moeller Trucking, Inc.
Arch Insurance Company
Arch Insurance Group, Inc.
Arch Insurance Solutions, inc.
McGinnis, Benjamin
_____
**DEFENDANTS**

## SUMMONS

TO: MCGINNIS, BENJAMIN

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

       **Kenneth Raley**
       **Kaufman Law, P.C.**
       **9450 SW Gemini DR**
       **PMB 44896**
       **Beaverton, Oregon 97008**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 28th day of March, 2023.**

                                                          Clerk of State Court

_____
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

**STATE COURT OF HENRY COUNTY**
**STATE OF GEORGIA**

📧 **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA
**STSV2023000587**
SNK
MAR 28, 2023 04:52 PM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER   STSV2023000587

Alvares, Shahaney

_____
**PLAINTIFF**

VS.

Moeller Trucking, Inc.
Arch Insurance Company
Arch Insurance Group, Inc.
Arch Insurance Solutions, inc.
McGinnis, Benjamin

_____
**DEFENDANTS**

**SUMMONS**

TO: MOELLER TRUCKING, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Kenneth Raley**
**Kaufman Law, P.C.**
**9450 SW Gemini DR**
**PMB 44896**
**Beaverton, Oregon 97008**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 28th day of March, 2023.**

Clerk of State Court

_____
*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

Page 1 of 1

**STATE COURT OF HENRY COUNTY**
**STATE OF GEORGIA**

📧 **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA
**STSV2023000587**
SNK
MAR 28, 2023 04:52 PM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER   STSV2023000587

Alvares, Shahaney

_____
**PLAINTIFF**

                                                    VS.

Moeller Trucking, Inc.
Arch Insurance Company
Arch Insurance Group, Inc.
Arch Insurance Solutions, inc.
McGinnis, Benjamin

_____
**DEFENDANTS**

**SUMMONS**

TO: USAA GENERAL INDEMNITY COMPANY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

>   **Kenneth Raley**
>   **Kaufman Law, P.C.**
>   **9450 SW Gemini DR**
>   **PMB 44896**
>   **Beaverton, Oregon 97008**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 28th day of March, 2023.**

                                                    Clerk of State Court

_____
*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia