**IN THE STATE COURT OF HENRY COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **SHAHANEY ALVARES,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NUMBER:** |
| **v.** | **STSV2023000587** |
| **BENJAMIN MCGINNIS, MOELLER TRUCKING, INC., ARCH INSURANCE COMPANY, ARCH INSURANCE GROUP, INC., and ARCH INSURANCE SOLUTIONS, INC.,** | |
| **Defendants.** | |

**DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

COME NOW, **BENJAMIN MCGINNIS, MOELLER TRUCKING, INC., ARCH INSURANCE COMPANY, ARCH INSURANCE GROUP, INC., and ARCH INSURANCE SOLUTIONS, INC.,** Defendants in the above-styled action, and file the following Notice of Removal to United States District Court, showing the Court as follows:

1.     Defendants have filed a Notice of Removal to United States District Court.  A true and correct copy of the Notice is attached as Ex. "A".

2.     As a result thereof, this matter is automatically stayed and the action removed to United States District Court, for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441 *et seq.*

[SIGNATURE ON NEXT PAGE]

This 1ˢᵗ day of May, 2023.

**HALL BOOTH SMITH, PC**

/s/ *David R. Carducci*
_____
JAMES E. GILSON
Georgia Bar No.: 001150
DAVID R. CARDUCCI
Georgia Bar No.: 477814
*Attorneys for Defendants*

191 Peachtree Street
Suite 2900
Atlanta, Georgia 30303
404-954-5000
404-954-5020 – Fax
JGilson@hallboothsmith.com
DCarducci@hallboothsmith.com

**IN THE STATE COURT OF HENRY COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **SHAHANEY ALVARES,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NUMBER:** |
| **v.** | **STSV2023000587** |
| **BENJAMIN MCGINNIS, MOELLER TRUCKING, INC., ARCH INSURANCE COMPANY, ARCH INSURANCE GROUP, INC., and ARCH INSURANCE SOLUTIONS, INC.,** | |
| **Defendants.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing

**DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** via

Odyssey eFileGA and/or email:

Kenneth P. Raley, III
Kaufman Law, P.C.
9450 SW Gemini Drive
PMB 44896
Beaverton, OR 97008
kr@kaufmanlawfirm.com
*Attorney for Plaintiff*

This 1st day of May, 2023.

**HALL BOOTH SMITH, PC**

/s/  *David R. Carducci*
_____
JAMES E. GILSON
Georgia Bar No.: 001150
DAVID R. CARDUCCI
Georgia Bar No.: 477814
*Attorneys for Defendants*

191 Peachtree Street
Suite 2900
Atlanta, Georgia 30303
404-954-5000
404-954-5020 – Fax
JGilson@hallboothsmith.com
DCarducci@hallboothsmith.com