## General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of ___ROCKDALE___ County

**For Clerk Use Only**

Date Filed __03-30-2023__
MM-DD-YYYY

Case Number __2023-CV-1461__

**Plaintiff(s)**

MANNAH   FRANCIS
Last     First     Middle I.   Suffix   Prefix

**Defendant(s)**

DECKER   EDWARD   TED
Last     First     Middle I.   Suffix   Prefix

CAMPBELL   ANN-MARIE
Last     First     Middle I.   Suffix   Prefix

HOURIGAN   TIM
Last     First     Middle I.   Suffix   Prefix

CAREY   MATT
Last     First     Middle I.   Suffix   Prefix

**Plaintiff's Attorney** _____ **State Bar Number** _____ **Self-Represented** ☑

Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number       _____ Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

## General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of **Rockdale** County

**For Clerk Use Only**

Date Filed **03-30-2023**
MM-DD-YYYY

Case Number **2023-CV-1461**

### Plaintiff(s)

**MANNAH    FRANCIS**
Last       First       Middle I.   Suffix   Prefix

_____
Last       First       Middle I.   Suffix   Prefix

_____
Last       First       Middle I.   Suffix   Prefix

_____
Last       First       Middle I.   Suffix   Prefix

### Defendant(s)

**BOHANNAN    TODD**
Last       First       Middle I.   Suffix   Prefix

**JACKSON    MICHAEL**
Last       First       Middle I.   Suffix   Prefix

**ORTIZ    MARYBELL**
Last       First       Middle I.   Suffix   Prefix

**THOMAS    KARINE**
Last       First       Middle I.   Suffix   Prefix

**Plaintiff's Attorney** _____   **State Bar Number** _____   **Self-Represented** ☑

Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number              Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

## General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of Rockdale County

**For Clerk Use Only**

Date Filed __03-30-2023__
MM-DD-YYYY

Case Number __2023-CV-1461__

**Plaintiff(s)**

MANNAH   FRANCIS
Last        First        Middle I.   Suffix   Prefix

_____
Last        First        Middle I.   Suffix   Prefix

_____
Last        First        Middle I.   Suffix   Prefix

**Defendant(s)**

WILLIAMS   TUNYA
Last        First        Middle I.   Suffix   Prefix

SHARPTON   DAVID
Last        First        Middle I.   Suffix   Prefix

MILLER   Tanashier
Last        First        Middle I.   Suffix   Prefix

_____
Last        First        Middle I.   Suffix   Prefix

**Plaintiff's Attorney** _____   **Bar Number** _____   **Self-Represented** ☑

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number                  Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18



# JANICE MORRIS, CSC
## SUPERIOR AND STATE COURT CLERK

Rockdale Judicial Circuit
Post Office Box 937
Conyers, Georgia 30012
770- 278-7900
FAX 770-278-7921
www.RockdaleClerk.Com

---

_FRANCIS MANNAH_                    Civil Action # _2023 CV 1461_

Plaintiff(s)

Vs.

_EDWARD T. JELKER_
_et. al_

Defendant(s)

## NOTICE TO PRO SE LITIGANTS

You are about to file a petition pro se, that is representing yourself without the benefit of an attorney's training and experience. The procedure for a case is not a simple matter. The law requires certain steps be followed in order to authorize a court to grant a decision in a civil lawsuit. Therefore, although you have the right to represent yourself, we strongly urge you to consult with an attorney in this matter.

If you represent yourself, you alone are responsible for knowing and following the correct procedures. If you fail to follow the correct procedures, the Court may dismiss your case. In that event, the fees you paid to file the papers will be lost. The office of the Clerk of Superior and State Courts is an administrative office charged with the duties of receiving and filing papers required to be filed with the Court, recording judgments, and maintaining indexes. **No member of this office is qualified or licensed to practice law.** State law forbids any person other than a duly licensed attorney at law to render or furnish legal services or advice. Therefore, no one in this office will be able to answer any questions you may have regarding the correct procedures to follow. The judges of the Superior and State Courts must remain impartial, and also may not practice law. If you are uncertain of the procedures to follow, you should not file your papers until you have resolved those uncertainties.

If you intend to file a petition without the benefit of any attorney's representation, you must answer, under oath the questions on the attached page, which are required under court order.

Thank you for your attention to this matter.


Janice Morris, Clerk
Rockdale Superior/State Courts

---

**APPROACHABLE. ACCESSIBLE AND ACCOUNTABLE**

1. Does an attorney at law represent you in connection with this matter, even if his/her name does not appear on the pleadings?   Yes / **No**

2. Did any person assist you in the preparation and/or typing of these pleadings?
   Yes / **No**

3. If the answer to question number 2 is yes, what is the name, address, and telephone number of each person who assisted you in the preparation and/or typing of these pleadings?

   Name: _____        Name: _____

   Address: _____        Address: _____

   City, State: _____        City, State: _____

   Telephone: _____        Telephone: _____

4. Did you pay a fee or any form of compensation to any of the persons named Above?   Yes / **No**   If so, how much? _____
   To whom? _____.

I hereby swear and affirm that the answers given to the above questions are true and correct.

_____
Plaintiff's Signature

FRANCIS MANNAH                                    EDWARD T. DECKER
Plaintiff's Address: 285 Trelawney DR             Defendant's Address: 2455 PACES FERRY Rd
Plaintiff's Phone Number: 404-407-0157            ATLANTA GA. 30339
Plaintiff's Email Address: fmnahache.hotmail.com  Defendant's Phone Number:
                                                  Defendant's Email Address:

Sworn to and subscribed before me
This 30 day of March 2023
_____
Clerk/Deputy Clerk/Notary Public

[Notary Seal: SHEMECA I MCWILLIAMS, NOTARY PUBLIC, ROCKDALE COUNTY, GA, MY COMMISSION EXPIRES JANUARY 11, 2026]

**APPROACHABLE. ACCESSIBLE AND ACCOUNTABLE**

IN THE SUPERIOR COURT ROCKDALE COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **Francis Mannah** | § | |
|     Plaintiff | | Civil Action No. 2023 CV 1461 |
| | § | |
| V. | | |
| | § | |
| **Edward Ted Decker (C.E.O)** | | |
| **Ann-Marie Campbell (Executive V.P)** | § | |
| **Tim Hourigan (Human Resources)** | | |
| **Matt Carey (C.F.O)** | § | |
| **Tanashier Miller (Store Manager** | | |
| **Michael Jackson (A.S.M)** | § | |
| **Tunya Williams (Human Resources)** | | |
| **David Sharpton (D.M)** | § | |
| **Marryb** | | |
| **ell Rotiz** | | |
| **Todd Bohannan** | § | |
| **Kariny Thomas, et al** | | |
|     Defendants | § | |

### COMPLAINT

Now Comes Francis Mannah, the Plaintiff and would show upon this Honorable Court the following in support of his complain:

1. The Plaintiff is a resident of the State of Georgia

2. The Defendants are a corporation chartered in and registered to do business in the State of Georgia.

3. The Plaintiff was an employee of the Defendants at the Defendants' location at 1330 Dogwood Drive Conyers, Georgia 30013.

1

4. This tort claim action is brought under the Georgia Title 51- Torts O.C.G.A.§ § 9-3-33,51-12-5.1, 51-12-6. Question authority.

5. This action is also under. Title vii of the Civil Rights Act of 1964 and the 14th Amendment to the United States Constitution.

6. Francis Mannah (Plaintiff) an African American was employed at Home Depot from October 26, 2017, to August 25, 2022. Pursuant to Georgia Legislature Statue O.C.G.A. Section 34-8-190(c) of the Employment Security Law, states that an employer is required to provide the employee with the document, properly executed, prior to employment termination, giving the reason for the separation. O.C.G.A. Section 34-8-258 of the Employment Security Law provides that, to make any false statements or fail to disclose any material fact in connection with an unemployment insurance claim. **The violators will be prosecuted**. Plaintiff's separation notice stated, "violation of company policy safety." In addition to the defendants' false allegations that plaintiff violated of company policy safety, the defendants knowingly, willfully and with intent to induce harm and inflict pain and suffering to Plaintiff and Plaintiff's family members, submitted to Georgia Department of Labor a fabricated, false statement to justify discriminative and vindictive termination. As a result of defendant's discriminative actions, Plaintiff was denied unemployment benefits to

2

support and maintain his family in violation of the World Human Rights Charter Provisions. The Home Depot Job Description and the exculpatory evidence available by Defendants will show that the reasons leading up to plaintiff's employment separation by the Defendants are in total contradiction. On February 25, 2023, Plaintiff send by the United States Postal Service Certified mail number #7020 1290 0001 3184 2518 to the C.E.O. of The Home Depot a request for public records pursuant to Georgia Open Records Act O.C.G.A. § 50-18-70 and of the Freedom of Information Act Pursuant to 5USC § 552. The request was received on March 3, 2023. As of this March 28, 2023 Defendants knowingly and willfully refused to acknowledge Legislation clearly established Statues of both Federal and the State of Georgia. Defendants demonstrated prejudicial and racial discriminative actions against Plaintiff and Plaintiff's family.

7. Plaintiff has been damaged as follow: Punitive damages; mental anguish; pain and suffering; racial discrimination; humanitarian suffering and deprivation of peace and happiness.

Wherefore, the Plaintiff prays that the proper process issue to the Defendants be done according to Georgia Civil Procedure Pursuant to Title 51 and that upon a hearing in this Honorable Court grant a judgement for the Plaintiff and against the Defendants for all actual, special compensatory, and punitive

3

damages to which this honorable Court deems the Plaintiff to be entitled and for attorney's fees, interest, court cost and any and all further relief under the applicable statutes mention above to which Honorable Court deems the Plaintiff to be entitled.

The Plaintiff further prays for any and all such other and further relief which this Honorable Court may grant and which this Court feels the Plaintiff to be entitled. Plaintiff demands that the jury try Plaintiff's cause.

This 30th day of March 2023

Respectfully Submitted

_____
Francis Mannah
285 Trelawney Drive
Covington, Georgia 30016

IN THE SUPERIOR COURT OF ROCKDALE COUNTY
STATE OF GEORGIA

Francis Mannah ,
           Petitioner,

vs.

Edward T. Decker, et al ,
           Respondent.

Civil Action Case No: 2023CV1461

## VERIFICATION

Personally appeared Francis Mannah , who, after being duly sworn, states that the facts alleged in the foregoing Civil Action Tort Claim _[fill in name of document being verified]_ are true and correct.

      [✓] Plaintiff [ ] Defendant
      _[Check one & sign.]_

Sworn to and subscribed before me this 30 day of March , 20 23

Notary Public

My Commission Expires: January 11, 2026

IN THE SUPERIOR COURT OF ROCKDALE COUNTY

STATE OF GEORGIA

Francis Mannah

    Plaintiff

    VS.

Matt Carey (CFO)

Tanashier Miller

Michael Jackson (ASM)

Tunya Jackson

David Sharpton

Marybell Rotiz

Todd Bohannan

Kariny Thomas

    Defendants

CIVIL ACTION

NUMBER 2023-CV-1461

FILED IN OFFICE
CLERK SUPERIOR COURT
ROCKDALE CO. GA
2023 MAR 30 AM 10:16
Janice Morris CLERK

## SUMMONS ( ADDENDUM )

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name is:
Francis Mannah
285 Trelawney Drive
Covington, Georgia 30016

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 30 day of March ,2023

                                                                Janice Morris
                                                                Clerk of Superior Court

                                                        By Denise Moore
                                                                Deputy Clerk

IN THE SUPERIOR COURT OF ROCKDALE COUNTY

STATE OF GEORGIA

Francis Mannah

PLAINTIFF

CIVIL ACTION NUMBER: 2023 CV 1461

VS.

Edward Ted Decker

Ann Marie Campbell

Tim Hourigan

DEFENDANT

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Francis Mannah
285 Trelawney Drive
Covington, Georgia 30016

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __30__ day of __March__, 2023.

Janice Morris,
Clerk of Superior Court

By _____
Deputy Clerk

[Filed stamp: 2023 MAR 30 AM 10:16, FILED IN OFFICE, CLERK SUPERIOR COURT, ROCKDALE CO., GA]

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011  Addendum sheet is attached

IN THE SUPERIOR OF ROCKDALE COUNTY
STATE OF GEORGIA

Civil Action No. 2023 CV 1461

CERTIFICATE OF SERVICE

I, Francis Mannah hereby certify that a true copy of this civil action was served on the parties to this Civil Action on the 30th day of March 2023, by placing a true copy of the same in the United States Postal Service with sufficient postage affixed to ensure safe delivery by certify mail to the following:

Mr. Edward Ted Decker (President, CEO)
2455 Paces Ferry Rd.
Atlanta, Georgia 30339

Mr. Matt Carey (CFO)
2455 Paces Ferry Rd.
Atlanta, Georgia 30339

Mr. Tim Hourigan (Human Resources)
2455 Paces Ferry Rd.
Atlanta, Georgia 30339

Ann Marie Campbell
2455 Paces Ferry Rd.
Atlanta, Georgia 30339

Todd Bohannan
1330 Dogwood Drive
Conyers, Georgia 30013

David Sharpton

5

1330 Dogwood Drive
Conyers, Georgia 30013

Michael Jackson
1330 Dogwood Drive
Conyers, Georgia 30013

Mary Bell Ortiz
1330 Dogwood Drive
Conyers, Georgia 30013

Kariny Thomas
1330 Dogwood Drive
Conyers, Georgia 30013

Tunya Williams
1330 Dogwood Drive
Conyers, Georgia 30013

Human Rights Commission
2 MLK Jr. Dr. SE Suite # 1102
Atlanta, Georgia 30334

Angelia Robinson
U.S. Commission on Human Rights
1331 Pennsylvania, NW Suite #1150
Washington DC. 20425

This 30th day of March 2023

Mr. Francis Mannah
285 Trelawney Drive
Covington, Georgia 30016