# IN THE SUPERIOR COURT OF ROCKDALE COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| FRANCIS MANNAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| EDWARD DECKER, ANN MARIE ) | 2023CV1461 |
| CAMPBELL, TIM HOURIGAN, ) | |
| MATT CAREY, TANASHIER ) | |
| MILLER, MICHAEL JACKSON, ) | |
| TUNYA JACKSON, DAVID ) | |
| SHARPTON, MARYBELL ROTIZ, ) | |
| TODD BOHANNAN, and KARINY ) | |
| THOMAS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  Francis Mannah
285 Trelawney Drive
Covington, Georgia 30016

PLEASE TAKE NOTICE that the Defendants in the above-styled action have on this date filed its Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Georgia, a copy of which is attached hereto as Exhibit "A".

This 1st day of May, 2023.

**JACKSON LEWIS P.C.**

*/s/ Timothy M. Boughey*

Tracie Johnson Maurer
Georgia Bar No. 395670
Timothy M. Boughey
Georgia Bar No. 832112
171 17th Street, N.W.
Suite 1200
Atlanta, Georgia 30363
T: (404) 525-8200
Tracie.Maurer@jacksonlewis.com
Timothy.Boughey@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** with the Clerk of Court using the *Odyssey e-File* system, which will send notification of such filing to the following attorneys of record. I also mailed a copy to the following:

Francis Mannah
285 Trelawney Drive
Covington, Georgia 30016

This 1st day of May, 2023.

**JACKSON LEWIS P.C.**

*/s/ Timothy M. Boughey*
Tracie Johnson Maurer
Georgia Bar No. 395670
Timothy M. Boughey
Georgia Bar No. 832112
171 17th Street, N.W.
Suite 1200
Atlanta, Georgia 30363
T: (404) 525-8200
Tracie.Maurer@jacksonlewis.com
Timothy.Boughey@jacksonlewis.com