Exhibit 4 – Claim 1 of '138 Patent

| 138 Patent Claim Element | Westport Analysis |
|---|---|
| 1. An injection valve for injecting fuel into a combustion chamber of an internal combustion engine, said injection valve comprising: | <br>Bosch Fuel injection system<br>Base of valve extends into combustion chamber<br><br>See Bosch1 and Bosch2 |

1

13947048.v1

Exhibit 4 – Claim 1 of '138 Patent

| | |
|---|---|
| 1A1 - (a) a valve housing comprising: |  |
| 1A2 a fuel inlet port; | |
| 1A3 an interior chamber fluidly connected to said fuel inlet port; and | |
| 1A4 a valve seat for cooperating with a valve member to seal said interior chamber from said combustion chamber when said injection valve is closed; | |

See Bosch2 and MB P/N 6420702987

2

Exhibit 4 – Claim 1 of '138 Patent

| | |
|---|---|
| 1B (b) said valve member having one end disposed within said valve housing and<br>1B1 an opposite end extendable from said valve seat toward said combustion chamber,<br>1B2 wherein said valve member comprises a sealing surface that fluidly seals against said valve seat when said injection valve is closed and that is liftable away from said valve seat when said injection valve is open; | As injection valve is opened, the valve needle moves downward away from the valve seat and toward the combustion chamber,<br><br>Valve member shown in closed position<br><br>Valve member — Valve housing<br><br>Biasing Mechanism — Valve seat<br><br>Actuation Direction<br><br>See Bosch2 |
| 1C (c) a biasing mechanism associated with said valve member, said biasing mechanism applying a closing force to said valve member when said valve member is in said closed position; | |

3

Exhibit 4 – Claim 1 of '138 Patent

| | |
|---|---|
| 1D (d) an actuator assembly associated with said valve member, wherein said actuator assembly may be actuated to apply an opening force to said valve member stronger than said closing force, for moving said valve member to said open position; and | <br>See Bosch2 |

4

13947048.v1

Exhibit 4 – Claim 1 of '138 Patent

| | |
|---|---|
| 1E (e) a hydraulic link assembly comprising a passive hydraulic link having a hydraulic fluid thickness through which said opening and closing forces are transmitted, |    <br> *Hydraulic link assembly*     1st Piston <br>    Hydraulic cylinder <br>    2nd Piston <br><br> The hydraulic link assembly includes a hydraulic cylinder and two (2) pistons which do not seal against the cylinder. The ends of the two pistons also do not touch so that a thickness of fluid exists between the ends of the two cylinders. <br><br> See Bosch2 and MB P/N 6420702987 |
| 1E1 whereby said hydraulic fluid acts substantially as a solid | |
| 1E2 with said thickness being substantially constant while said actuator assembly is actuated and wherein | |
| 1E3 said thickness of said hydraulic link is adjustable while said actuator assembly is not actuated in response to changes in the dimensional relationship between components of said injection valve to maintain a desired valve lift upon actuation of said actuator assembly. | |

5