IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **WESTPORT FUEL SYSTEMS CANADA INC.,** | |
| **Plaintiff,** | Civil Action No. _____ |
| v. | |
| **MERCEDES-BENZ USA, LLC,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3 of the Northern District of Georgia, the undersigned counsel for Plaintiff, Westport Fuel Systems Canada Inc., in the above captioned action, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing this Honorable Court as follows:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a) Plaintiff Westport Fuel Systems Canada Inc. certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following: Westport Fuel Systems Canada Inc. is a wholly owned subsidiary of Westport Fuel Systems Inc. Westport Fuel Systems Inc. is publicly traded on NASDAQ and the Toronto Stock Exchange as WPRT.

    b) Defendant Mercedes-Benz USA, LLC (further information to be provided by

1

Defendant).

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this particular case:

   a) Plaintiff Westport Fuel Systems Canada Inc.

   b) Defendant Mercedes-Benz USA, LLC

   c) Robert Bosch, LLC

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   a) Counsel for Plaintiff

   Brannon C. McKay
   Georgia Bar No. 558603
   Benjamin D. Bailey
   Georgia Bar No. 117201
   **CLAYTON MCKAY & BAILEY PC**
   800 Battery Avenue SE Suite 100
   Atlanta, GA 30339
   Telephone: 404-414-8633
   brannon@cmblaw.com
   ben@cmblaw.com

   Miranda Y. Jones (*pro hac vice forthcoming*)
   Eric D. Wade (*pro hac vice forthcoming*)
   Sarah J. Ring (*pro hac vice forthcoming*)
   **PORTER HEDGES LLP**
   1000 Main Street, 36th Floor
   Houston, TX 77002
   Telephone: 713-226-6000
   Facsimile: 713-228-1331
   MirandaJones@porterhedges.com
   EWade@porterhedges.com
   SRing@porterhedges.com

   b) Counsel for Defendant

2

13939199

(to be provided by Defendant)

Dated May 1, 2023.

                Respectfully submitted,

/s/   Brannon McKay
Brannon McKay
Georgia bar No. 558603
Benjamin D. Bailey
Georgia Bar No. 117201
Clayton, McKay & Bailey PC
800 Battery Ave. SE, Suite 100
Atlanta, GA 30339
P: 713-410-6217
Email: brannon@cmblaw.com
Email: ben@cmblaw.com
*Attorneys for Plaintiff*

Miranda Y. Jones
*Attorney-in-Charge*
Texas Bar No. 24065519
Federal ID No. 1147635
MirandaJones@porterhedges.com
Eric D. Wade
Texas Bar No. 00794802
EWade@porterhedges.com
Sarah J. Ring
Texas Bar No. 24056216
SRing@porterhedges.com
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone: 713-226-6000
Facsimile: 713-228-1331

*Attorneys for Plaintiff*
*Westport Fuel Systems Canada, Inc.*

3

13939199