Exhibit "D"

HOME    CELEB NEWS    TV    MOVIES    NEWS    MUSIC    VIDEOS    SPORTS    PODCAST

## R. Kelly Announces New Tour



Xaviera Bryant   |   3 Years Ago

SHARE



ICECREAMCONVOS.COM

HOME    ENTERTAINMENT ⌄    CELEBRITY    NEWS    MUSIC    VIDEOS    ICC TV    PODCAST    APP

**Isaiah Washington Appears On 'CNN Tonight' To Clarify His Tweet Telling Chris Rock To 'Adapt' To Racial Profiling**

Subscribe To Our Daily Scoop:    Your email address

SIGN UP

Isaiah Washington's response to Chris Rock's photo of himself being stopped by the police (again) has gotten him into some very hot water.

On Monday (March 30), Chris tweeted a photo with police lights behind him and the caption read, "Stopped by the cops again wish me luck."

Search ...

**NEWSLETTER**

Subscribe To Our Daily Scoop:

Your email address

SIGN UP

**ICC PODCAST**

Ice Cream Convos Podcast
Ice Cream Convos

**ONLINE COURSE**

The Scoop On Blogging
Everything you need to know
to launch, operate, and
sustain a successful blog or
online business
Special Price: $25

**ICC TV**





Isaiah, who is no stranger to racial-profiling, offered Chris Rock a piece of advice – he probably now wishes he had sent via a DM.

ICC APP

Isaiah Washington ✔
@IWashington

I sold my $90,000.00 Mercedes G500 and bought 3 Prius's, because I got tired of being pulled over by Police. #Adapt @chrisrock

About Us

Ice Cream Convos App

Advertise

Privacy Policy

Contact Us

The floodgates opened on Isaiah as people questioned why he would tell Chris Rock to "adapt" to racial profiling. Isaiah stood firm in his stance and defended his tweet to a few of his fans and critics.



And just like Raven Symoné, Isaiah isn't "black" either...he's a human being.



Don Lemon reached out to Isaiah Washington and invited him to stop by "CNN Tonight" to clarify his tweet.

Isaiah attempted to clarify the message he was trying to convey with his tweet, while being rudely interrupted by Don Lemon.

> I think a lot of people I know take issue with the hashtag 'adapt' thinking that I was implying white supremacy and racial profiling will stop if you are in a different car.
>
> From my experience, police are about the business of policing.
>
> I obviously have a slight advantage because I am a celebrity. During the day, I have an advantage because hopefully...they will recognize me. But, if they don't, at night, I'm vulnerable like everyone else.
>
> But, I will say this...since I got out of my G500 and been driving a Prius for the last four years with windows that are tinted darker than the windows in my $90,000 vehicle...I have not been pulled over one time.

Watch the interview below.





Do you agree with the point Isaiah Washington is trying to make or do you think his thought process is part of the problem?

Photos: Twitter

🏷 Chris Rock, Don Lemon, Isaiah Washington, Raven Symone



PREVIOUS
VIDEO: Kendrick Lamar Confirms His Engagement To Whitney Alford – 'I'm Loyal To The Soil'

NEXT
From Casting Spells To Sexing President Obama – Read 8 Shocking Quotes From Azealia Bank's Billboard Interview

## ICC Friends, Your Thoughts?

0 Responses

👍 Upvote    😀 Funny    😍 Love    😮 Surprised    😠 Angry    😢 Sad



0 Comments        Ice Cream Conversations        🔒 Disqus' Privacy Policy        🔒 Login ▾

♡ Recommend        🐦 Tweet    f Share        Sort by Best ▾



Start the discussion...

LOG IN WITH                    OR SIGN UP WITH DISQUS ⑦

Name



Be the first to comment.

📧 Subscribe    🚫 Add Disqus to your site    🚫 Do Not Sell My Data        DISQUS

## Related Scoop

Jimmy Fallon Issues An Apology After Video Of Him Impersonating Chris Rock In Blackface Resurfaces

Watch: 'SPIRAL: From The Book Of Saw' Teaser Trailer Starring Chris Rock

Watch: 'Fargo' Season 4 Trailer

© 2020 Dispatch a GeneratePress Site by Flint Skin

Modified: 03 Jun 2020  Screenshot: 03 Jun 2020 23:51:37



