# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| Receipt Number<br>SRC2090459300 | | Case Type<br>I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date<br>08/27/2020 | Priority Date<br>06/03/2019 | Petitioner<br>WAYNE FARMS LLC |
| Notice Date<br>10/27/2021 | Page<br>1 of 1 | Beneficiary A219 772 182<br>NGUYEN, QUYNH THE |

| WAYNE FARMS LLC<br>c/o MYUNG SUN CAITLYN GOLDSTEIN<br>GOLDSTEIN LAW GROUP<br>3449 LAWRENCEVILLE SUWANEE RD STE C<br>SUWANEE GA 30024 | Notice Type: Approval Notice<br>Section: Other Workers, Sec.203(b)(3)(A)(iii)<br>Consulate:<br>ETA Case Number: A1915112496<br>SOC Code: 513022 Skill Level: 1<br>Work Site: PENDERGRASS GA |
|---|---|

The person for whom you are petitioning will be notified separately when a decision is reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.
**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012
USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 [REV. 08/01/16]