## IN THE STATE COURT OF COBB COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| ANTHONY BROOKS, | * |
| | * |
| Plaintiff, | * |
| | *   CIVIL ACTION |
| v. | * |
| | *   FILE NO. 23-A-1285 |
| DUSTIN ANTHONY DUPREE, ON THE WAY, LLC, GREAT WEST CASUALTY COMPANY, and XYZ CORPORATION | * * * * |
| Defendants. | * |

## NOTICE OF REMOVAL

TO:  Clerk of State Court of Cobb County
     12 East Park Square
     Marietta, GA 30090

COME NOW, Defendants Dustin Anthony Dupree, On The Way, LLC and Great West Casualty Company ("Defendants"), and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby give notice of removal of this action from the State Court of Cobb County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. Attached hereto as **Exhibit "A"** is the Notice of Removal Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 that was filed today, May 2, 2023, with the United States District Court for the Northern District of Georgia, Atlanta Division.

[SIGNATURE CONTAINED ON FOLLOWING PAGE]

Respectfully submitted this 2nd day of May 2023.

                O'DANIEL McDONALD, LLC

                /s/Clay S. O'Daniel
                Clay S. O'Daniel
                Georgia Bar No. 843070
                Alexa L. Hirschfield
                Georgia Bar No. 964889
                9040 Roswell Road, Suite 500
                Atlanta, GA 30350
                (404) 419-6300
                (404) 419-6301 (fax)
                codaniel@odmclaw.com
                ahirschfield@odmclaw.com

                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This certifies that I have this day served a true and correct copy of the within and foregoing **NOTICE OF REMOVAL** upon Plaintiff by using the PeachCourt e-filing system for service to the below counsel of record:

> Nathan Fitzpatrick
> The Fitzpatrick Firm, LLC
> 14 Lenox Pointe NE
> Atlanta, GA 30324
> nate@personalinjuryatl.com
> awinston@personalinjuryatl.com
> admin@personalinjuryatl.com

This 2nd day of May 2023.

> /s/Clay S. O'Daniel
> Clay S. O'Daniel