# EXHIBIT 3



April 6, 2023

Tiffany Turner
2159 Kellington Drive
McDonough, GA 30253

Loan #

Dear Borrower(s),

During an audit of your loan post-closing, we identified a document error. We have enclosed a copy of the first page of your Home Equity Line of Credit Agreement with a correction to the repayment period. The document provided to you at closing incorrectly described your repayment period as 360 months, which is the time period after your draw period ends and before your loan reaches its final maturity date. The enclosed copy reflects the correction to 240 months.

In an abundance of caution, we are providing you with the enclosed Right to Cancel. If you wish to cancel the transaction for any reason you must notify Flagstar Bank before the midnight date shown on the new Notice of Right to Cancel. Since this transaction has already closed and disbursed, we need to advise that should you decide to cancel you would be required to return all the money that was disbursed on this loan.

There are two Right to Cancel forms provided. One is for your records, the second form is for you to use if you should decide to cancel this transaction. It is not necessary to sign and return the Notice of Right to Cancel unless you decide to cancel the transaction.

Thank you in advance for your cooperation. We would be happy to discuss this with you and answer any questions you may have by calling us at 800-968-7700 Monday through Friday, 7:30 a.m. – 8 p.m., or Saturday, 7:30 a.m. – 4 p.m. ET.

We apologize for any inconvenience this may have caused.

Sincerely,

Flagstar Bank

Enclosure



ADDENDUM TO NOTE-1

Loan Number: ███

# HOME EQUITY LINE OF CREDIT AGREEMENT
# AND DISCLOSURE STATEMENT

Property Serving as Security (the "Property"): 2159 Kellington Drive, McDonough, Georgia 30253

Borrower's Name and Address: TIFFANY TURNER, 2159 Kellington Drive, MCDONOUGH, GEORGIA 30253

Lender's Name and Address: Flagstar Bank, N.A., a national bank
5151 CORPORATE DRIVE, TROY, MICHIGAN 48098-2639

Date: December 30, 2022
Credit Limit: $ 150,000.00
Initial Advance: $ 75,000.00
Minimum Advance: $ N/A
Minimum Balance: $ N/A

Loan Number: ███
Draw Period: 120 Mos.
Repayment Period: ~~360 Mos~~ 240 Mos
Maturity Date: 01/01/2053
Billing Cycle: MONTHLY

Loan Priority: 2ND
ANNUAL PERCENTAGE RATE: 11.2400
Margin: 3.7400
Max. ANNUAL PERCENTAGE RATE: 21.0000
Min. ANNUAL PERCENTAGE RATE: 1.9900
Fees and FINANCE CHARGES: See Section 10 and Page 6

1. **Home Equity Line of Credit Agreement.** This Home Equity Line of Credit Agreement ("Agreement") governs your Home Equity Line of Credit Account ("Account") with the lender named above ("Lender"). Your Account is a credit arrangement in which we make loans to you by advancing funds ("Advances") at your direction, allowing you to repay those Advances and take additional Advances, subject to the terms of this Agreement. This Agreement will remain in full force and effect notwithstanding that the Account Balance under the Agreement may occasionally be reduced to an amount equal to or less than zero.

   In this Agreement, the terms "we," "us," and "our" refer to the Lender or to anyone who takes this Agreement by transfer or assignment. Except as noted below, the terms "Borrower," "you," "your," and "yours" refer to each person that signs this Agreement or has authority to use the Account. Read this Agreement carefully so that you know how your Account works. You should keep a copy of this Agreement for your records.

2. **Terms and Definitions.** The following terms are defined as set forth in this Section. Other terms are defined elsewhere in this Agreement.
   A. "Account Balance" is the total unpaid principal of Advances made under the Account, plus unpaid FINANCE CHARGES, outstanding fees, charges, costs, and credit insurance premiums.
   B. "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.
   C. "Billing Cycle" is the period of time normally covered by Billing Statements and includes that period of time even when a Billing Statement is not sent because there is otherwise no balance or activity on your Account for that period. The number of days in each Billing Cycle may vary from time to time. Your Billing Cycle is stated on page 1 of this Agreement. However, the first Billing Cycle may be shorter than subsequent Billing Cycles.
   D. "Billing Statement" is a statement that we will furnish to you periodically that provides important information regarding your Account activity.
   E. "Credit Limit" is the maximum aggregate amount of unpaid Advances that we will ordinarily allow you to owe us at any time under this Agreement.
   F. "Daily Periodic Rate" is a rate equal to the ANNUAL PERCENTAGE RATE that is in effect, divided by 365 (or 366 in a leap year).
   G. "Draw Period" is the period of time during which you may request Advances from your Account. The Draw Period is stated above on Page 1.
   H. "Initial Advance" is the minimum amount of the first Advance from your Account that you must request and accept. The amount of your required Initial Advance (if any) is stated above on Page 1.
   I. "Maturity Date" is the date on which the entire Account Balance and all other sums owed under this Agreement are due. The Maturity Date of your Account is stated above on Page 1.
   J. "Minimum Advance" is the least amount of money you may request at any one time from your Account. Your Minimum Advance is stated above on Page 1.
   K. "Minimum Balance" is the minimum outstanding principal balance that you must maintain under your Account during the Draw Period once the Initial Advance is taken. Your Minimum Balance is stated above on Page 1.
   L. "Minimum Payment" is the minimum amount you must pay on your Account for each Billing Cycle. This amount will be reflected on each periodic Billing Statement for each Billing Cycle.
   M. "Repayment Period" is the period of time that begins at the end of the Draw Period. During any Repayment Period, you may no longer request Advances from your Account. The Repayment Period, if any, is stated above on Page 1.
   N. "Security Instrument" is the mortgage, deed of trust, or security deed encumbering the Property, dated the same date as this Agreement, that protects us from possible losses that might result if you do not keep the promises that you make in this Agreement. That Security Instrument describes how and under what conditions you may be required to make immediate payment in full of all amounts you owe under this Agreement.

3. **Borrower's Promise to Pay.** During the term of this Agreement, you will be required to make Minimum Payments in accordance with the terms of this Agreement and Security Instrument. We will send you Billing Statements describing your Account activity and your Minimum Payment. You will receive a Billing Statement approximately every 30 days. Payments will be due as shown on the Billing Statements. You may repay all or any part of your Account Balance, at any time, without penalty, subject to the limitations of this Agreement. If you fail to make your Minimum Payment, we may enforce our rights and remedies under Section 14 and elsewhere in this Agreement and Security Instrument. You must pay the entire outstanding Account Balance on or before the Maturity Date stated on Page 1.

4. **Security.** All amounts due under the Account are secured by the Security Instrument. Borrower agrees to pay all amounts due, and perform all covenants and obligations required of Borrower under the Security Instrument. If it becomes necessary for us to advance funds to you above the Credit Limit to protect our security

---

HOME EQUITY LINE OF CREDIT AGREEMENT AND DISCLOSURE STATEMENT
HELCASD23.CST  10/24/22                              Page 1 of 7                                             ☆ DocMagic



ADDENDUM TO NOTE-1