EEOC Form 5 (11/09)

|  |  |  |
|---|---|---|
| # CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br><br>410-2021-03021 |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MRS. ZAKIYA N JOHNSON | (404) 931-7650 |  |

| Street Address | City, State and ZIP Code |
|---|---|
| 3535 PEACHTREE ROAD NE, STE 520-533, ATLANTA, GA 30326 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| DEKALB COUNTY SCHOOL DISTRICT | 501+ | (678) 676-1200 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1701 MOUNTAIN INDUSTRIAL BLVD, STONE MOUNTAIN, GA 30083 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

**DISCRIMINATION BASED ON** (*Check appropriate box(es).*)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (*Specify*)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 01-27-2021   Latest: 05-31-2021

[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (*If additional paper is needed, attach extra sheet(s)*):

I was hired by the above-named employer in or around August 2016, as Secretary to the Principal. On or about March 12, 2020, I began to telework due to the shutdown caused by COVID-19. On or about January 27, 2021, I requested an accommodation to continue working from home. I provided my employer with the proper medical documentation. My accommodation requests have been ignored on three separate occasions. In or around May 2021, I was threatened with termination if I failed to return in-person.

I was told that the school district was not approving any accommodations for telework.

I believe that I have been discriminated against because of my disability, in violation of Title I of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Zakiya N Johnson on 07-08-2021 03:11 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |