AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| RUBEN JOSE HERNANDEZ, ET. AL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| ALEJANDRO MAYORKAS, ET. AL | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RUBEN JOSE HERNANDEZ, ET. AL                                                                                                    .

Date: _____

                                                                                        _____
                                                                                        *Attorney's signature*

                                                                                        Jackeline A. Clements / GA BAR # 155757
                                                                                        *Printed name and bar number*

                                                                                        Rosen, Sokol & Clements Immigration Law Group
                                                                                        1875 Old Alabama Road, Ste. 720
                                                                                        Roswell, GA 30076
                                                                                        *Address*

                                                                                        jacky@rscimmigration.com
                                                                                        *E-mail address*

                                                                                        678-461-6046
                                                                                        *Telephone number*

                                                                                        678-461-5556
                                                                                        *FAX number*