## **EXHIBIT LIST**

| EXHIBIT | DESCRIPTION |
| --- | --- |
| A | U.S. PASSPORT FOR RUBEN JOSE HERNANDEZ |
| B | BIRTH CERTIFICATES AND CERTIFIED TRANSLATIONS FOR ALL PLAINTIFFS, SHOWING BIOLOGICAL RELATIONSHIP |
| C | I-130 RECEIPT NOTICES FOR ANA JAEL HERNANDEZ |
| D | I-130 APPROVAL NOTICES JOSE RUBEN HERNANDEZ |
| E | I-485 RECEIPT NOTICE FOR ANA |
| F | I-485 RECEIPT NOTICE FOR JOSE |
| G | INITIAL INTERVIEW NOTICE FOR ANA AND JOSE |
| H | INITIAL INTERVIEW RESULTS NOTICES FOR ANA AND JOSE |
| I | FIRST E-MESSAGE CASE STATUS REQUEST FOR CASE RESOLUTION |
| J | USCIS RESPONSE TO FIRST E-MESSAGE CASE STATUS REQUEST |
| K | SECOND E-MESSAGE CASE STATUS REQUEST FOR CASE RESOLUTION |
| L | SENATOR'S REQUEST FOR ASSISTANCE FOR CASE RESOLUTION |
| M | REQUEST FOR EVIDENCE NOTICES FOR ANA AND JOSE |

N         PLAINTIFFS' RESPONSE TO REQUEST FOR EVIDENCE WITH DELIVERY CONFIRMATION TO USCIS

O         HISTORICAL MEDIAN PRECESSING TIMES FOR ALL USCIS OFFICES FOR I-485 APPLICATIONS FAMILY-BASED