# EXHIBIT "B"

2526

**NEW YORK STATE DEPARTMENT OF HEALTH**
BUREAU OF VITAL RECORDS
ALBANY

# CERTIFICATE OF BIRTH REGISTRATION

This is to certify that a birth certificate has been filed for

Ruben Jose Hernandez, Jr.

Born on █████████████████, at Syracuse, N. Y.
(City, Village, Town)

Son ~~Daughter~~ of Ruben Jose Hernandez and
(name of father)

Anna Jael Deviez
(maiden name of mother)

Rose Tischler
LOCAL REGISTRAR

Date Filed ███████████████   County of Onondaga
ADDRESS

**THIS CERTIFICATE IS EVIDENCE OF AGE, PARENTAGE AND PLACE OF BIRTH AND SHOULD BE CAREFULLY PRESERVED**
Ask the physician or clinic to fill in the spaces below when the child is immunized.

| | Date | Physician or clinic |
|---|---|---|
| Immunized against smallpox | | |
| Immunized against diphtheria | | |
| Immunized against tetanus | | |
| Immunized against whooping cough | | |
| Immunized against poliomyelitis | | |
| Immunized against measles | | |



Rev.com, Inc.
251 Kearny St. Suite 800, San Francisco, CA 94108
T: 888-369-0701 | support@rev.com | www.rev.com

*ata*

Member # 252626

## Certification of Translation Accuracy

Translation of "ANA JAEL – BIRTH RECORD" from "SPANISH" to "ENGLISH"

We, Rev.com, Inc., a professional translation company, hereby certify that the above-mentioned document(s) has (have) been translated by experienced and qualified professional translators and that, in our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Further, Rev.com, Inc. assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

*[signature]*

David Abrameto, VP of Operations

Rev.com, Inc.

Dated: December 15, 2016





Rev.com, Inc.
251 Kearny St. Suite 800, San Francisco, CA  94108
T: 888-369-0701 | support@rev.com | www.rev.com

ata
Member # 252626

[LOGO: Bolivarian Town Hall of the Municipality of BRUZUAL]

[STAMP: Bolivarian Republic of Venezuela Bolivarian Town Hall of the Municipality of Bruzual Coordination of the Civil Registry Parish of Campo Elias Folio 38]

## BIRTH RECORD

**RECORD No. 41. T.S.U. ROSANGELA SIRA DE MENDEZ, CIVIL REGISTRAR OF THE PARISH OF CAMPO ELIAS IN THE MUNICIPALITY OF BRUZUAL IN THE STATE OF YARACUY.** Pursuant to Gazette Number Six Hundred Fifty-Nine (659) dated Twenty-fifth (25) of March of Two thousand three (2003). **CERTIFIES:** That in the Logbooks of Birth kept by this Office for the year ▮▮▮▮ there is an entry for a Record that literally reads: Pedro Carrascosa, First Civil Authority of the Municipality of Campo Elias; hereby certify today, twenty-seventh of May of Nineteen forty-three, a female child was presented to me by: ELBA PASTORA NOGUERA, who states to be natural mother, nineteen years of age, single, no profession, Catholic, Venezuelan and resident of this Municipality and states that the female child whom she is presenting was born in la Palma of this jurisdiction on day ▮▮▮▮ has been named: **ANA JAEL**. The Witnesses for this act were: PEDRO APARICIO and PEDRO NOGUERA, neighbors and of legal age; This present having been read to the Affiant and the Witnesses, all agreed and signed. **NOTE:** SHE WAS ACKNOWLEDGED ON ▮▮▮▮ BY THE POST MARRIAGE OF HER PARENTS JUAN DE LA CRUZ DEVIEZ AND ELBA PASTORA NOGUERA. This is a true copy of the original that is issued in Campo Elias on ▮▮▮▮ Years 198º and 149º. RS/zg.

[SEAL: Bolivarian Republic of Venezuela Bolivarian Town Hall of the Municipality of Bruzual Coordination of the Civil Registry Parish of Campo
[Signature]
T.S.U. ROSANGELA SIRA DE MENDEZ
CIVIL REGISTRAR OF THE PARISH OF CAMPO ELIAS

 

República Bolivariana de Venezuela
ALCALDÍA BOLIVARIANA
DEL MUNICIPIO BRUZUAL
Coordinación de Registro Civil
Parroquia Campo Elías

## ACTA DE NACIMIENTO

ACTA No. 41. T.S.U. ROSANGELA SIRA DE MÉNDEZ, REGISTRADORA CIVIL DE LA PARROQUIA CAMPO ELIAS MUNICIPIO BRUZUAL DEL ESTADO YARACUY. Según Gaceta Municipal Numero Seiscientos Cincuenta y Nueve (659) de ▮▮▮▮▮ CERTIFICA: Que en los libros de Nacimientos llevados por este Despacho para el ▮▮▮▮▮ Se encuentra un acta que textualmente dice así: Pedro Carrascosa, Primera Autoridad Civil del Municipio Campo Elías; Hago constar que hoy veintisiete de Mayo de Mil Novecientos Cuarenta y tres, me fue presentada una niña hembra por: ELBA PASTORA NOGUERA, quien dice ser su madre natural, de diecinueve años de edad, soltera, sin profesión, católico, venezolana y vecina de este Municipio y manifiesta que el niña cuya presentación hace, nació en la Palma de esta Jurisdiccion el día: ▮▮▮▮▮ que lleva por nombre: ANA JAEL.- Fueron testigos del acto: PEDRO APARICIO y PEDRO NOGUERA vecinos y mayores de edad.- Leída la presente al exponente y testigos, fueron conformes y firman.- **NOTA**: FUE LEGITIMADO POR POSTERIOR MATRIMONIO EL ▮▮▮▮▮ ENTRE SUS PADRES JUAN DE LA CRUZ DEVIEZ Y ELBA PASTORA NOGUERA. Es copia fiel de su original que se expide en Campo Elías ▮▮▮▮▮ Años 198° y 149°. RS/zg.

T.S.U. ROSANGELA SIRA DE MENDEZ
REGISTRADORA CIVIL PARROQUIA CAMPO ELIAS



I, MARIA TERESA LEON BURGUERA, the undersigned, a Certified Public Translator of the Bolivarian Republic of Venezuela in the English and Spanish languages, according to appointment published in the Official Gazette No. 35377, dated August 12, 1993, and Diploma registered in the Main Public Registry Office of Federal District, under No. 105, Page 105, Vol. 3, and the First Court of First Instance in Family and Minors Matters of the Judicial Circuit of Federal District and the State of Miranda, Caracas, under No. 16, page 142, Letter "L", DO HEREBY CERTIFY: That the attached document has been presented to me for its translation into the English language from the Spanish original which textually reads as follows:

"BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF THE PEOPLE'S POWER FOR INTERIOR AND JUSTICE
AUTONOMOUS SERVICE OF REGISTRY AND NOTARY OFFICES
MAIN REGISTRY OFFICE OF CAPITAL DISTRICT
CARACAS

BOLIVARIAN REPUBLIC OF VENEZUELA, MAIN REGISTRY OFFICE OF CAPITAL DISTRICT. The undersigned, hereby certifies that hereunder is a true and exact reproduction of the Record No. 1, at Page 1, Year 1941, in the Book of Birth Records kept by Maiquetia Parish, State of Vargas, Capital District, which textually reads as follows: RECORD No. 1.- Celio Aranda, Chief Civil ████████████████████████ hereby certifies that this ████████████████████████████████████████ah, ██████████████████ child ha███████████████████████████████ at ██████████, who stated to be the father of the child, twenty-seven years of age, a married man, a manual laborer, born and domiciled in this Parish, and declared that the child he presents was born in this Parish on the ██████████ ████████████████████████████████████ and that the child has been named ████████, the legitimate child of the informant and of his wife DELIA GIL DE HERNANDEZ, twenty years of age, a married woman, a homemaker, born and domiciled in this Parish. The attesting witnesses were Lucas E. Oliveros and Pedro Algorin, both of legal age and domiciled in this Parish. Having this record been read to the informant and witnesses, they expressed their agreement with it and signed accordingly. The Civil Authority, the Informant, the Witnesses, and the Secretary. Illegible signatures. The foregoing is a true and exact copy of the original kept on file in this Civil Registry Office, made by Coromoto Balandria, an authorized Registry officer. Application form No. F9-1115. Revenue stamps Bs. 5.50. Autonomous Service Form No. 3495. Bs. 60.00. Dated at Caracas, this 14th day of January, 2009. Signed: Maria X. Pérez Brito, Chief Registrar of Capital District. Sealed: Bolivarian Republic of Venezuela, Ministry of Interior and Justice, Main Public Registry Office of Capital District, Caracas.-"
(THERE APPEARS ONE REVENUE STAMP AFFIXED TO THIS).-

The above is a faithful English translation of the attached text in Spanish. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Mérida, Venezuela, this 16th day of August, 2016.-

MARIA TERESA LEON BURGUERA
CERTIFIED PUBLIC TRANSLATOR



I, MARIA TERESA LEON BURGUERA, the undersigned, a Certified Public Translator of the Bolivarian Republic of Venezuela in the English and Spanish languages, according to appointment published in the Official Gazette No. 35277, dated August 18, 1993, and Diploma registered in the Main Public Registry Office of Federal District, under No. 105, page 105, Vol. 3, and the First Court of First Instance in Family and Minors Matters of the Judicial Circuit of Federal District and the State of Miranda, Caracas, under No. 16, page 142, Letter "L", DO HEREBY CERTIFY: That the attached document has been presented to me for its translation into the English language from the Spanish original which textually reads as follows:

"**BOLIVARIAN REPUBLIC OF VENEZUELA**
**MINISTRY OF THE PEOPLE'S POWER FOR INTERIOR AND JUSTICE**
**AUTONOMOUS SERVICE OF REGISTRY AND NOTARY OFFICES**
**MAIN REGISTRY OFFICE OF CAPITAL DISTRICT**
**CARACAS**

BOLIVARIAN REPUBLIC OF VENEZUELA, MAIN REGISTRY OFFICE OF CAPITAL DISTRICT. The undersigned, hereby certifies that hereunder is a true and exact reproduction of the Record No. 1, at Page 1, ▬▬▬▬ in the Book of Birth Records kept by Maiquetía Parish, State of Vargas, Capital District, which textually reads as follows: RECORD No. 1.- Celio Aranda, Chief Civil Authority of Maiquetía Parish, hereby certifies that this ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ at 9:00 A.M., a male child has been presented to me in this office by JOSE MANUEL HERNANDEZ, who stated to be the father of the child, twenty-seven years of age, a married man, a manual laborer, born and domiciled in this Parish, and declared that the child he presents was born in this Parish on the ▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ and that the child has been named JOSE RUBEN, the legitimate child of the informant and of his wife DELIA GIL DE HERNANDEZ, twenty years of age, a married woman, a homemaker, born and domiciled in this Parish. The attesting witnesses were Lucas E. Oliveros and Pedro Algorin, both of legal age and domiciled in this Parish. Having this record been read to the informant and witnesses, they expressed their agreement with it and signed accordingly. The Civil Authority, the Informant, the Witnesses, and the Secretary. Illegible signatures. The foregoing is a true and exact copy of the original kept on file in this Civil Registry Office, made by Coromoto Belandria, an authorized Registry officer. Application form No. F9-1115. Revenue stamps Bs. 5.50. Autonomous Service Form No. 3495. Bs. 60.00. Dated at Caracas, this 14th day of January, 2009. Signed: Maria X. Pérez Brito, Chief Registrar of Capital District. Sealed: Bolivarian Republic of Venezuela, Ministry of Interior and Justice, Main Public Registry Office of Capital District, Caracas.-"
(THERE APPEARS ONE REVENUE STAMP AFFIXED TO THIS).-

The above is a faithful English translation of the attached text in Spanish. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Mérida, Venezuela, this 16th day of August, 2016.-

MARIA TERESA LEON BURGUERA
CERTIFIED PUBLIC TRANSLATOR



Nº A 181891

**REPUBLICA BOLIVARIANA DE VENEZUELA**
MINISTERIO DEL PODER POPULAR
PARA RELACIONES INTERIORES Y JUSTICIA
SERVICIO AUTONOMO DE REGISTROS Y NOTARIAS
REGISTRO PRINCIPAL DEL DISTRITO CAPITAL
CARACAS

REPUBLICA BOLIVARIANA DE VENEZUELA, OFICINA DE REGISTRO PRINCIPAL DEL DISTRITO CAPITAL. Quien suscribe, Certifica: que bajo el Acta No 1. Legajo. Folio 1 del Año 1941. NACIMIENTOS. Parroquia MAIQUETIA del Estado Vargas del Distrito Capital Se encuentra asentada un Acta que copiada a la letra es del tenor siguiente: Acta No. 1.- Celio Aranda, Primera Autoridad Civil de la Parroquia Maiquetia, hago constar: que hoy día ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ A. M. me ha sido presentado en este Despacho un niño varón por JOSE MANUEL HERNANDEZ, quien dice ser su padre, de veinte y siete años de edad, casado, obrero, natural y vecino de este domicilio y expuso que el niño cuya presentación hace, nació en esta Parroquia, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ que lleva por nombre JOSE RUBEN, que es su hijo legítimo y de su esposa: DELIA GIL DE HERNANDEZ, de veinte años de edad, casada, de oficios del hogar, natural y vecina de este domicilio. Fueron testigos presenciales de este acto: Lucas E. Oliveros y Pedro Algorin, mayores de edad y de este domicilio. Leída la presente acta al exponente y testigos, manifestaron estar conformes y firman. El Jefe Civil. Presentante. Testigos. Secretario. Firmas Ilegibles. Es copia fiel y exacta de su original que reposa en el Archivo de esta Oficina Civil de Registro y fue elaborada por Coromoto Belandria. Funcionaria Autorizada. Solicitud Planilla Nº F9-1115. Timbres Fiscales Bs. 5.50. Servicio Autónomo Planilla Nº 3495. Bs 60.00. Caracas, 14 de enero de 2009.

Funcionaria Autorizada



Abg. María X. Pérez Brito
Registradora Principal
del Distrito Capital