# EXHIBIT "F"

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | June 12, 2020 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0909123091 | May 26, 2020 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| | Immediate Relative of U.S. citizen | |

| | |
|---|---|
| JOSE R. HERNANDEZ<br>C/O RUBEN JOSE HERNANDEZ<br><br>2  00000186<br><br><br>ılıl ııllıılluıllıuuuılıllllılıılıılıʻlıulılıllllılulıılıʻlıılıʻlu | **PAYMENT INFORMATION:**<br><br>**Application/Petition Fee:**  $1,140.00<br>**Biometrics Fee:**  $0.00<br>**Total Amount Received:**  $1,140.00<br>**Total Balance Due:**  $0.00 |

NAME AND MAILING ADDRESS

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

| | |
|---|---|
| **USCIS Office Address:** | **USCIS Contact Center Number:** |
| USCIS<br>National Benefits Center<br>P.O. Box 648003<br>Lee's Summit, MO 64002 | (800)375-5283<br><br> |

