# EXHIBIT "G"

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | Notice Date<br>August 30, 2021 |
|---|---|---|---|
| **Case Type**<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | **A#**<br>[redacted] |
| **Receipt Number**<br>IOE0909123092 | **Received Date**<br>May 26, 2020 | **Priority Date** | **Page**<br>1 of 2 |

ANA JAEL HERNANDEZ
[redacted]

A Number
Receipt Number

You are notified to appear before a USCIS officer regarding the application identified above and any supporting applications or petitions at the date, time, and place indicated below. *Failure to appear for the scheduled appointment and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2 (b)(13))

*To ensure visitor and employer health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"*

**YOU MUST APPEAR FOR THIS INTERVIEW** - However, if you are ill, have any symptoms of illness, have traveled outside the United States within the past 10 days* (unless you traveled outside of the United States in a personal vehicle), or had contact with a person who tested positive for COVID-19 within the past 14 days, or are at heightened risk due to age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled. If you have been fully vaccinated for COVID-19 (defined as at least 2 weeks after second dose of Pfizer and Moderna vaccine, or 2 weeks after single J&J vaccine), you do not need to reschedule after contact with a positive person as long as you continue to not have symptoms.

**COVID-19 Safety Precautions** - To ensure the health and safety of all who enter USCIS offices, you must take the following safety precautions when arriving for your interview:
- DO NOT arrive more than 15 minutes prior to your interview time. You will not be permitted entry into the office until 15 minutes before your interview.
- Unless you and anyone permitted to come with you to your interview (as explained in the section "Who should come with you?" below) are fully vaccinated, you must wear a face covering that covers the mouth and nose.
- Bring a black or blue ink pen with you to your interview.

**Who should come with you?** Only the following people may come with you to your interview:
- If your eligibility is based on your marriage, your spouse must come with you to the interview.
- If you do not speak English fluently, you should arrange to have an interpreter available by phone. Do not bring an interpreter to the interview. (If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the interview, or be available via phone.
- If your eligibility is based on a parent/child relationship and you are a minor, your petitioning parent must come with you to the interview.
- If you are a minor under 14 years old, a parent or guardian must come with you to the interview.
- If you have a disability and have an individual who assists you, that individual may come with you.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- If required, a completed Form-I693, Report of Medical Examination and Vaccination Record, and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 Instructions for guidance on whether you need a complete medical examination, an updated vaccine supplement only, or neither.
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on whether you need a Form I-864. Required evidence for each of your sponsors includes, but is not limited to, the following:
    - Federal Income Tax returns and W-2's, or certified IRS printouts, for the most recent tax year;
    - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
    - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status. This includes, but is not limited to, proof of status as an asylee, refugee, or a fiancé(e) nonimmigrant.
- Any immigration-related documentation ever issued to you, including any Form I-766, Employment Authorization Document (EAD); Form I-512, Authorization for Advance Parole; and Form I-571, Refugee Travel Document.
- All travel documents used to enter the United States, including Passports; Form I-512, Authorization for Advance Parole; Form I-571 Refugee Travel Document; and Form I-94, Arrival/Departure Record.
- Your Birth Certificate.
- If your Form I-485 is based on a petition filed by a family member, your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- If you have children, bring a Birth Certificate for each of them.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
    - A certified copy of your Marriage Document issued by the appropriate civil authority;
    - Your spouse's Birth Certificate;

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>USCIS Atlanta, GA Field Office<br>2150 Parklake Drive NE, 2ND FLOOR<br>Atlanta, GA 30345 | ON: Thursday, September 30, 2021<br>AT: 08:00AM |
|---|---|

1

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | Notice Date<br>August 30, 2021 |
|---|---|---|---|
| **Case Type**<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A#<br>[redacted] |
| **Receipt Number**<br>IOE0909123092 | **Received Date**<br>May 26, 2020 | **Priority Date** | **Page**<br>2 of 2 |

- Your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
- If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage;
- Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- The originals and copies of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify they are fluent in both languages, and that the translation in its entirety is complete and accurate.

NOTE: For asylee and refugee Form I-485 applicants, we do not require some of the items listed above. Please refer to the Form I-485 Instructions for detailed guidance. For asylee and refugee Form I-485 applicants, your spouse does not need to come to the interview. Additionally, for arrests and criminal records, asylee and refugee applicants are only required to provide records for arrests that occured in the United States.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY: 1-800-767-1833) as soon as possible, even if you indicated on your application that you require an accommodation.

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833).

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>USCIS Atlanta, GA Field Office<br>2150 Parklake Drive NE, 2ND FLOOR<br>Atlanta, GA 30345 | ON: Thursday, September 30, 2021<br>AT: 08:00AM |
|---|---|

2

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | Notice Date<br>August 30, 2021 |
|---|---|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A#<br>[redacted] |
| Receipt Number<br>IOE0909123091 | Received Date<br>May 26, 2020 | Priority Date | Page<br>1 of 2 |

JOSE RUBEN HERNANDEZ
c/o RUBEN JOSE HERNANDEZ
[redacted]

A Number [barcode]
Receipt Number [barcode]

You are notified to appear before a USCIS officer regarding the application identified above and any supporting applications or petitions at the date, time, and place indicated below. *Failure to appear for the scheduled appointment and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2 (b)(13))

*To ensure visitor and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"*

**YOU MUST APPEAR FOR THIS INTERVIEW** - However, if you are ill, have any symptoms of illness, have traveled outside the United States within the past 10 days* (unless you traveled outside the United States in a personal vehicle); or had contact with a person who tested positive for COVID-19 within the past 14 days; or are at heightened risk due to age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled. If you have been fully vaccinated for COVID-19 (defined as at least 2 weeks after second dose of Pfizer and Moderna vaccine, or 2 weeks after single J&J vaccine), you do not need to reschedule after contact with a positive person as long as you continue to not have symptoms.

**COVID-19 Safety Precautions** - To ensure the health and safety of all who enter USCIS offices, you must take the following safety precautions when arriving for your interview:
- DO NOT arrive more than 15 minutes prior to your interview time. You will not be permitted entry into the office until 15 minutes before your interview.
- Unless you and anyone permitted to come with you to your interview (as explained in the section "Who should come with you?" below) are fully vaccinated, you must wear a face covering that covers the mouth and nose.
- Bring a black or blue ink pen with you to your interview.

**Who should come with you?** Only the following people may come with you to your interview:
- If your eligibility is based on your marriage, your spouse must come with you to the interview.
- If you do not speak English fluently, you should arrange to have an interpreter available by phone. Do not bring an interpreter to the interview. If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the interview, or be available via phone.
- If your eligibility is based on a parent/child relationship and you are a minor, your petitioning parent must come with you to the interview.
- If you are a minor under 14 years old, a parent or guardian must come with you to the interview.
- If you have a disability and have an individual who assists you, that individual may come with you.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview.)
- This Interview Notice and your Government issued photo identification.
- If required, a completed Form-I693, Report of Medical Examination and Vaccination Record, and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 Instructions for guidance on whether you need a complete medical examination, an updated vaccine supplement only, or neither.
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on whether you need a Form I-864. Required evidence for each of your sponsors includes, but is not limited to, the following:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the most recent tax year.
  - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status. This includes, but is not limited to, proof of status as an asylee, refugee, or a fiancé(e) nonimmigrant.
- Any immigration-related documentation ever issued to you, including any Form I-766, Employment Authorization Document (EAD); Form I-512, Authorization for Advance Parole; and Form I-571, Refugee Travel Document.
- All travel documents used to enter the United States, including Passports; Form I-512, Authorization for Advance Parole; Form I-571 Refugee Travel Document; and Form I-94, Arrival/Departure Record.
- Your Birth Certificate.
- If your Form I-485 is based on a petition filed by a family member, your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- If you have children, bring a Birth Certificate for each of them.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>USCIS Atlanta, GA Field Office<br>2150 Parklake Drive NE, 2ND FLOOR<br>Atlanta, GA 30345 | ON: Thursday, September 30, 2021<br>AT: 08:00AM |
|---|---|

1

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | Notice Date<br>August 30, 2021 |
|---|---|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A#<br>[redacted] |
| Receipt Number<br>IOE0909123091 | Received Date<br>May 26, 2020 | Priority Date | Page<br>2 of 2 |

- Your spouse's Birth Certificate;
- Your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
- If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage;
- Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- The originals and copies of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify they are fluent in both languages, and that the translation in its entirety is complete and accurate.

NOTE: For asylee and refugee Form I-485 applicants, we do not require some of the items listed above. Please refer to the Form I-485 Instructions for detailed guidance. For asylee and refugee Form I-485 applicants, your spouse does not need to come to the interview. Additionally, for arrests and criminal records, asylee and refugee applicants are only required to provide records for arrests that occured in the United States.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY: 1-800-767-1833) as soon as possible, even if you indicated on your application that you require an accommodation.

. If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>USCIS Atlanta, GA Field Office<br>2150 Parklake Drive NE, 2ND FLOOR<br>Atlanta, GA 30345 | ON: Thursday, September 30, 2021<br>AT: 08:00AM |
|---|---|

2

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19