# EXHIBIT "H"

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
ATLANTA DISTRICT OFFICE

**HAND DELIVERED AT INTERVIEW**



**U.S Citizenship and Immigration Services**

09/30/2021
HERNANDEZ, ANA JAEL

Interviewing Officer: L SWIFT
Form Type: I-485

## NOTICE OF INTERVIEW RESULTS

You have just completed your interview. USCIS is unable to complete your case at this time. Your case is being continued until a final decision can be made. Please see below for further explanation.

**REASON FOR CONTINUANCE**

☒ Your case is being held for review. At this time, USCIS does not require any further information or documents from you. Should further information or documents be required, you will receive a notice in the mail. We may also schedule you for another interview, you will receive a notice in the mail. Otherwise, a final decision will be mailed once your case is complete.

☐ Your I-485 interview is complete. However, your priority date is not current at this time. Your case will be transferred to the Texas Service Center (TSC) or National Benefits Center until your priority date becomes current. Once your priority date becomes current, the TSC or NBC will make the final decision on your case.

☐ Your case is being transferred to the USCIS office servicing your new address. Should further information or documents be required, you will receive a notice in the mail. USCIS may also schedule you for another interview, you will receive a notice in the mail. Otherwise, a final decision will be mailed once your case is complete.

For additional information, you can use our many online tools (uscis.gov/tools). If you are not able to find the information you need online, you may reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter. Please allow for no less than 120 days before making a status inquiry on your case. If your case was transferred to the TSC or NBC to wait for your priority date to become current, please allow for no less than 120 days after your priority date becomes current before making a status inquiry on you case.

If you change your address, you must file Form AR-11. Form AR-11 information and filing instructions may be obtained from the USCIS webstie at www.uscis.gov/addresschange.

Sincerely,

Field Office Director
cc:L SWIFT

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
ATLANTA DISTRICT OFFICE

**HAND DELIVERED AT INTERVIEW**



U.S Citizenship and Immigration Services

09/30/2021
HERNANDEZ, JOSE RUBEN

Interviewing Officer   L SWIFT
Form Type              I-485

## NOTICE OF INTERVIEW RESULTS

You have just completed your interview. USCIS is unable to complete your case at this time. Your case is being continued until a final decision can be made. Please see below for further explanation.

### REASON FOR CONTINUANCE

☒ Your case is being held for review. At this time, USCIS does not require any further information or documents from you. Should further information or documents be required, you will receive a notice in the mail. We may also schedule you for another interview, you will receive a notice in the mail. Otherwise, a final decision will be mailed once your case is complete.

☐ Your I-485 interview is complete. However, your priority date is not current at this time. Your case will be transferred to the Texas Service Center (TSC) or National Benefits Center until your priority date becomes current. Once your priority date becomes current, the TSC or NBC will make the final decision on your case.

☐ Your case is being transferred to the USCIS office servicing your new address. Should further information or documents be required, you will receive a notice in the mail. USCIS may also schedule you for another interview, you will receive a notice in the mail. Otherwise, a final decision will be mailed once your case is complete.

For additional information, you can use our many online tools (uscis.gov/tools). If you are not able to find the information you need online, you may reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter. Please allow for no less than 120 days before making a status inquiry on your case. If your case was transferred to the TSC or NBC to wait for your priority date to become current, please allow for no less than 120 days after your priority date becomes current before making a status inquiry on you case.

If you change your address, you must file Form AR-11. Form AR-11 information and filing instructions may be obtained from the USCIS webstie at www.uscis.gov/addresschange.

Sincerely,

Field Office Director
cc: L SWIFT