# EXHIBIT "I"

# ANA HERNANDEZ, Other (write subject in description)

**Form:** Application to Register Permanent Residence or Adjust Status (I-485)

**Receipt number:** IOE0909123092

**Service item number:** 22941888



Immigration Services Officer
June 9, 2022

(#)

Dear ANA JAEL HERNANDEZ,

Thank you for your inquiry dated May 18, 2022.

After careful review of your inquiry, we determined that your issue will be best addressed by the USCIS office processing your Form I-485, Application to Register Permanent Residence or Adjust Status; therefore, we are forwarding your inquiry to the Atlanta Field Office. The referral ID for this inquiry is WKD1602206295ATL. The Atlanta Field Office will contact you concerning your case once they have reviewed your inquiry.

If you have any other questions, please visit the USCIS Contact Center (https://www.uscis.gov/contactcenter), where you can access our online tools 24/7.

If you move, you must update your address with USCIS within 10 days using our online tool at uscis.gov/addresschange (https://uscis.gov/addresschange), and in your USCIS Online Account.

If you haven't done so already, visit myaccount.uscis.gov (https://myaccount.uscis.gov) to sign up for a USCIS online account where you can explore filing online, send us secure messages through your account inbox and get instant updates on the status of your case.

This mailbox is not monitored for incoming messages. Please do not reply to this message.

USCIS will use the information in this message to provide general guidance, case status updates, and technical assistance. USCIS will not give any legal advice. Any response you receive from USCIS is not a legal assessment of your specific circumstances or of any application, petition, or request you may have pending with the agency. If you have specific legal questions related to current immigration laws and how they may affect your eligibility for a specific benefit, status, or request for action by USCIS, we recommend you seek legal advice from an attorney or BIA-accredited representative who is authorized to represent you before USCIS. For more information on finding legal services, visit the USCIS website at http://www.uscis.gov/legaladvice (http://www.uscis.gov/legaladvice).

**AH**

Me
May 18, 2022

(#)

NOTICE OF INTERVIEW RESULTS My husband and I went to the Interview on 09-30-2021. However, we have not received any status update. The status in the website still shows that the interview is scheduled. I tried calling the 800-375-5283 without luck. Full names (including ALL other names ever used); Ana Hernandez, Ana Jael HErnandez, Ana Hernandez Deviez Email address used to create USCIS online filing system account; rdeviez@yahoo.com Date(s) of birth; 04-06-1943 Country of birth; Venezuela Current address; 4014 Benell Court SE., Smyrna, GA 30082 A-File number(s) (if any); A230 303 295 and Receipt number(s) (if any). IOE0909123092 Please call me at 678-524-6774. I look forward to hearing from you soon. Thank you, Ana Hernandez

USCIS will use the information in this message to provide general guidance, case status updates, and technical assistance. USCIS will not give any legal advice. Any response you receive from USCIS is not a legal assessment of your specific circumstances or of any application, petition, or request you may have pending with the agency. If you have specific legal questions related to current immigration laws and how they may affect your eligibility for a specific benefit, status, or request for action by USCIS, we recommend you seek legal advice from an attorney or BIA-accredited representative who is authorized to represent you before USCIS. For more information on finding legal services, visit the USCIS website at http://www.uscis.gov/legaladvice (http://www.uscis.gov/legaladvice).