# EXHIBIT "J"



**Department of Homeland Security**
dhs.gov
Visit site

Your recent inquiry (receipt #IOE-09-091-23092)
Yahoo/Ruben



**USCIS** <uscis-casestatus@dhs.gov>

To:rdeviez@yahoo.com

Thu, Jun 23 at 11:58 AM

U.S. Department of Homeland Security

USCIS

2150 Parklake Drive

Atlanta,GA 30345

U.S. Citizenship and Immigration Services

Thursday, June 23, 2022

Emailed to RDEVIEZ@YAHOO.COM

Dear Ana Jael Hernandez:

On 06/09/2022, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:

-- Applicant or Petitioner

Attorney Name:

-- Information not available

Case type:

-- I485

Filing date:

-- 06/11/2020

Receipt #:

-- IOE-09-091-23092

Referral ID:

WKD1602206295ATL

Beneficiary (if you filed for someone else):

-- Information not available

Your USCIS Account Number (A-number):

-- Information not available

Type of service requested:

-- Administrative Error

The status of this service request is:

Thank you for contacting USCIS concerning the above-referenced application. Below is a summary of what we have found and how the issue has been resolved or additional actions required.

What We Have Done

USCIS has reviewed your Service Request. According to USCIS records, we are reviewing Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number IOE0909123092. Our records show nothing is outstanding at this time. We will let you know if we need anything from you.

What You Can Do

At this time, no further action is required from you. USCIS is committed to adjudicating immigration applications in a timely manner, efficiently and in the order received. We hope this information is helpful. If we may be of further assistance, please let us know.

Online Services

The USCIS website offers many online services and tools to assist you. Please visit the USCIS Website at www.uscis.gov for information about the below topics:

* Case Status Online tool

* Instructions to sign up for case status updates

* Typical processing times

* Submitting an e-Request to inquire about application/petition status

* USCIS Office Locator

* Downloadable Forms

Address Changes

If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at http://www.uscis.gov/ar-11, and click on "Change Your Address Online."

For Additional Information

If you do not find the information you need through the online services and need further assistance, please contact the USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the Hearing Impaired).