# EXHIBIT "K"

USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

An official website of the United States government
Here's how you know

Español (https://www.uscis.gov/es)



U.S. Citizenship and Immigration Services
(https://www.uscis.gov/)

☰ Menu

# Thank you for your request

## USCIS will review and process the request.

Expect a reply by January 5, 2023

Your request ID number is SR 13402202045 ATL

Return to Main Inquiry Page (/e-request/Intro.do) View all USCIS Self Service Online Tools (http://www.uscis.gov/tools)

Return to top

**Topics** (https://www.uscis.gov/topics)

**Forms** (https://www.uscis.gov/forms)

**Newsroom** (https://www.uscis.gov/news)

**Citizenship** (https://www.uscis.gov/citizenship)

**Green Card** (https://www.uscis.gov/green-card)

**Laws** (https://www.uscis.gov/laws-and-policy)

**Tools** (https://www.uscis.gov/tools)



U.S. Citizenship and Immigration Services

**Contact USCIS (https://www.uscis.gov/about-us/contact-us)**

 (https://www.dhs.gov)

**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov)**

About USCIS (https://www.uscis.gov/about-us)

Accessibility (https://www.uscis.gov/accessibility)

Budget and Performance (https://www.uscis.gov/about-us/budget-planning-and-performance)

DHS Components (https://www.uscis.gov/website-policies/dhs-component-websites)

Freedom of Information Act (https://www.uscis.gov/FOIA)

No FEAR Act Data (https://www.uscis.gov/no-fear-act/equal-employment-opportunity-data-posted-pursuant-no-fear-act)

Privacy and Legal Disclaimers (https://www.uscis.gov/website-policies/privacy-and-legal-disclaimers)

Site Map (https://www.uscis.gov/sitemap)

Office of the Inspector General (https://www.oig.dhs.gov/)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

National Terrorism Advisory System