# EXHIBIT "L"

| | |
|---|---|
| **From:** | Jackeline Clements |
| **To:** | "charles_spry@warnock.senate.gov" |
| **Subject:** | Jose Ruben Hernandez A# 230 303 298 and Ana Jael Hernandez A# 230 303 295 |
| **Date:** | Tuesday, December 6, 2022 12:41:00 PM |
| **Attachments:** | 221206 Signed G-28 Form - Ruben.pdf |
| | 221205 Signed USCIS Privacy Release Form - Ana.pdf |
| | 221205 Signed USCIS Privacy Release Form - Jose.pdf |
| | I-485 RN - Ana.pdf |
| | Interview Result-Ana.pdf |
| | I-485 RN - Jose.pdf |
| | Interview Result-Jose.pdf |
| | 221206 Signed G-28 Form - Ruben.pdf |
| | 221206 Signed G-28 Form - Ana.pdf |
| | 221206 Signed G-28 Form - Jose.pdf |

Good morning Mr. Spry,

I hope this email finds you well.

I am writing on behalf of my clients. The Petitioner is a U.S. Citizen (Ruben Jose Hernandez) who filed an adjustment of status applications for both of his biological parents (Jose Ruben Hernandez A# ▮▮▮▮▮ and Ana Jael Hernandez A# ▮▮▮▮▮.

My clients were scheduled for an interview at USCIS Atlanta on September 30, 2021. At the conclusion of the interview, Officer Swift indicated that there were not issues with the applications, but that the office was changing systems at that moment and there was glitch. He indicated he was going to adjudicate the case as soon as the system was up again. My clients have followed up several times with USCIS and not received any notices after the interview as of today. They are requesting assistance in communicating with USCIS to get an adjudication on their cases. Both I-130 Petitions were approved in 2015.

I am attaching three signed privacy release forms for all parties involved as well as the I-485 receipt notices, interview notices, interview results notices, and my executed G-28 Forms.

Please, let me know if you need anything else.

Thank you in advance for your assistance in this matter.

Regards,

**Jackeline Clements**
**Attorney at Law**
**Rosen, Sokol & Clements Immigration Law Group**
1875 Old Alabama Road, Ste. 720
Roswell, GA 30076
Tel. 678.461.6046 ext. 106
Tel. 678.359.6501 ext. 106
Fax 678.461.5556

www.rscimmigration.com

Responsive. Successful. Compassionate.



Rosen, Sokol & Clements
IMMIGRATION LAW GROUP

# RAPHAEL WARNOCK
## UNITED STATES SENATOR • GEORGIA

## USCIS/State Privacy Release Form

Section below to be completed by the person who is the subject of the records:

I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3) all of this information is complete, true, and correct.

I, (print your name) Ruben Jose Hernandez , authorize USCIS/State Department to release information contained in my USCIS/State records as relevant to checking my case status, and to the extent permitted by law, to Senator Raphael Warnock and the Member's staff.

Name: Ruben Jose Hernandez

Address: ▇

City, State, Zip Code: ▇

Date of Birth: ▇     Place of Birth: ▇

Telephone #: 678-524-6774     Email: rdeviez@hotmail.com

Signature: _[signature]_     Date: 12/05/2022
(Signature is required)

### Please give a brief description of your problem below:
*(include a second sheet if needed)*

USC Citizen Son filed an I-485 Application for his father, Jose Ruben Hernandez Gil ( A# ▇ ) and his mother, Ana Jael Deviez de Hernandez (A# ▇ ). Both I-485 Applications were scheduled for an interview on September 30, 2021. The Petitioner and both Beneficiaries appeared for the interview. Officer Swift conducted the interview and indicated he did not have any issues. The I-130 Petitions were approved on April 29, 2015. It has been more than one year since the interviews and the Petitioner and Beneficiaries are requesting an adjudication on their applications.

Please return the signed and completed form to:

Office of U.S. Senator Raphael Warnock
3625 Cumberland Boulevard, Suite 970
Atlanta, GA 30339-6406

# RAPHAEL WARNOCK
## UNITED STATES SENATOR • GEORGIA

## USCIS/State Privacy Release Form

Section below to be completed by the person who is the subject of the records:

I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3) all of this information is complete, true, and correct.

I, (print your name) Ana Jael Hernandez , authorize USCIS/State Department to release information contained in my USCIS/State records as relevant to checking my case status, and to the extent permitted by law, to Senator Raphael Warnock and the Member's staff.

Name: Ana Jael Hernandez

Address: ▇▇▇▇▇▇▇▇▇▇

City, State, Zip Code: ▇▇▇▇▇▇▇▇▇▇

Date of Birth: ▇▇▇▇▇▇▇   Place of Birth: ▇▇▇▇▇▇▇

Telephone #: 678-524-6774    Email: rdeviez@yahoo.com

Signature: *Ana Hernandez*    Date: 12/05/2022
*(Signature is required)*

**Please give a brief description of your problem below:**
*(include a second sheet if needed)*

USC Citizen Son filed an I-485 Application for his father, Jose Ruben Hernandez Gil ( A# ▇▇▇ and his mother, Ana Jael Hernandez (A# ▇▇▇▇▇. Both I-485 Applications were scheduled for an interview on September 30, 2021. The Petitioner and both Beneficiaries appeared for the interview. Officer Swift conducted the interview and indicated he did not have any issues. The I-130 Petitions were approved on April 29, 2015. It has been more than one year since the interviews and the Petitioner and Beneficiaries are requesting an adjudication on their applications.

Please return the signed and completed form to:

Office of U.S. Senator Raphael Warnock
3625 Cumberland Boulevard, Suite 970
Atlanta, GA 30339-6406

# RAPHAEL WARNOCK
## UNITED STATES SENATOR • GEORGIA

## USCIS/State Privacy Release Form

Section below to be completed by the person who is the subject of the records:

I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3) all of this information is complete, true, and correct.

I, (print your name) __Jose Ruben Hernandez__ , authorize USCIS/State Department to release information contained in my USCIS/State records as relevant to checking my case status, and to the extent permitted by law, to Senator Raphael Warnock and the Member's staff.

Name: __Jose Ruben Hernandez__
Address: __[redacted]__
City, State, Zip Code: __[redacted]__
Date of Birth: __[redacted]__    Place of Birth: __[redacted]__
Telephone #: __678-524-6774__    Email: __rdeviez@yahoo.com__
Signature: __/s/ Hernandez__    Date: __12/05/2022__
(Signature is required)

### Please give a brief description of your problem below:
*(include a second sheet if needed)*

USC Citizen Son filed an I-485 Application for his father, Jose Ruben Hernandez Gil ( A# [redacted] ) and his mother, Ana Jael Deviez de Hernandez (A# [redacted] ). Both I-485 Applications were scheduled for an interview on September 30, 2021. The Petitioner and both Beneficiaries appeared for the interview. Officer Swift conducted the interview and indicated he did not have any issues. The I-130 Petitions were approved on April 29, 2015. It has been more than one year since the interviews and the Petitioner and Beneficiaries are requesting an adjudication on their applications.

Please return the signed and completed form to:

Office of U.S. Senator Raphael Warnock
3625 Cumberland Boulevard, Suite 970
Atlanta, GA 30339-6406