# EXHIBIT "M"

January 5, 2023

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345

**U.S. Citizenship and Immigration Services**

ANA JAEL HERNANDEZ
c/o RUBEN JOSE HERNANDEZ



IOE0909123092



A

RE: I-485, Application to Register Permanent Residence or Adjust Status



## REQUEST FOR EVIDENCE

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your Form I-485, Application to Register Permanent Residence or Adjust Status, filed on May 26, 2020 under section 245 of the Immigration and Nationality Act (INA) based on being the beneficiary of a family-based immigrant petition. Please read this letter carefully, follow all of the instructions, and provide the requested evidence and information in order for us to make a final decision on your case. Include duplicate copies if you are requesting consular notification.

### What You Need to Do

**Submit a complete Form I-693, Report of Medical Examination and Vaccination Record.** This form is required to complete your Form I-485, Application to Register Permanent Residence or Adjust Status. Your existing Form I-693 was signed by the civil surgeon more than two years ago and is expired. Please submit a new Form I-693 completed by a designated civil surgeon.

Civil surgeons must use the current edition of Form I-693. Outdated/previous editions will not be accepted. You can find the current edition of Form I-693 on USCIS's website at www.uscis.gov. In addition, the civil surgeon must ensure that all parts of Form I-693 were properly completed.

**Please Note:** All Forms I-693 signed by civil surgeons on or after October 5, 2022 must use the 07/19/2022 edition of Form I-693. USCIS will not accept the 09/13/2021 version (or any previous editions) if the civil surgeon signed the Form I-693 after October 4, 2022. Therefore, the civil surgeon administering your immigration medical examination must complete and sign the 07/19/2022 edition of the Form I-693.

**Reminder:** Effective October 1, 2021, applicants subject to the immigration medical examination must complete the COVID-19 vaccine series before the civil surgeon can complete an immigration medical examination and sign Form I-693. This applies to Form I-693 signed by civil surgeon on or after October 1, 2021.

Please return the completed Form I-693 in an envelope sealed by the civil surgeon. Including a copy of this notice with your Form I-693 will facilitate matching the medical report with your file.

**Important Warning:** Only a designated civil surgeon authorized by USCIS to conduct medical examinations is qualified to complete the Form I-693. The civil surgeon must complete, sign and date the Form I-693. Signatures by a nurse, physician's assistant, or a doctor not designated as a civil surgeon are not acceptable. If the civil surgeon refers you to a specialist, the specialist must include his or her medical exam results and complete the proper sections of the Form I-693 before the civil surgeon may sign the form. You must also sign and date the Form I-693 when instructed to do so by the civil surgeon. Once everyone has signed, the civil surgeon will place the **original** completed Form I-693 in a sealed envelope and give it to you; we will NOT accept photocopied Form I-693 and medical exam results. The sealed envelope must be returned, unopened, to this office with any other requested evidence.

A list of designated civil surgeons can be obtained by calling the USCIS Contact Center at 1-800-375-5283, or via the USCIS website at www.uscis.gov and using the MyUSCIS Find a Doctor tool at my.uscis.gov/findadoctor. You will need to provide your zip code or address. If you are hearing impaired, please call the USCIS Contact Center TDD at 1-800-767-1833.

**Although processing times cannot be guaranteed, in order to complete your case in a timely, we strongly encourage you to submit your complete Form I-693 as soon as possible via express mail.**



**Your response must be received in this office by April 3, 2023.**

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. 8 Code of Federal Regulations (8 CFR) 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable). You must submit the requested information by April 3, 2023. Please note, if the request is for original documents, you must submit that evidence by mail.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, it must be accompanied by a complete, accurate and certified English translation of the entire document including a translation of the registrar's name and information, signature and stamp of the civil authority. The translator must certify that the translation is accurate, and he or she is competent to translate from that language to English. **If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.**

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request. Processing of your Form I-485, Application to Register Permanent Residence or Adjust Status, will resume upon receipt of your response. If you have not heard from USCIS within **60 days of responding**, you may contact the USCIS Contact Center at 1-800-375-5283. If you are hearing impaired, please call the USCIS Contact Center TTY at 1-800-767-1833.

For questions about your application, please visit our web site at ww.uscis.gov. You can use our online tools at www.uscis.gov/tools, including our virtual assistant Emma, for information and guidance. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center online by visiting www.uscis.gov/contactcenter.

**Place a copy of this entire letter on top of your response. Submission of evidence without this letter may delay the processing of your case and could result in a denial.**

**Mail your response to this address:**

**U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345**

Sincerely,

*Shineka C. Miller*

Shineka C. Miller
Field Office Director
Officer: 1466



January 5, 2023



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345



**U.S. Citizenship and Immigration Services**

JOSE RUBEN HERNANDEZ
c/o RUBEN JOSE HERNANDEZ



IOE0909123091

RE: I-485, Application to Register Permanent Residence or Adjust Status

## REQUEST FOR EVIDENCE

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your Form I-485, Application to Register Permanent Residence or Adjust Status, filed on May 26, 2020 under section 245 of the Immigration and Nationality Act (INA) based on being the beneficiary of a family-based immigrant petition. Please read this letter carefully, follow all of the instructions, and provide the requested evidence and information in order for us to make a final decision on your case. Include duplicate copies if you are requesting consular notification.

**What You Need to Do**

**Submit a complete Form I-693, Report of Medical Examination and Vaccination Record.** This form is required to complete your Form I-485, Application to Register Permanent Residence or Adjust Status. Your existing Form I-693 was signed by the civil surgeon more than two years ago and is expired. Please submit a new Form I-693 completed by a designated civil surgeon.

Civil surgeons must use the current edition of Form I-693. Outdated/previous editions will not be accepted. You can find the current edition of Form I-693 on USCIS's website at www.uscis.gov. In addition, the civil surgeon must ensure that all parts of Form I-693 were properly completed.

**Please Note:** All Forms I-693 signed by civil surgeons on or after October 5, 2022 must use the 07/19/2022 edition of Form I-693. USCIS will not accept the 09/13/2021 version (or any previous editions) if the civil surgeon signed the Form I-693 after October 4, 2022. Therefore, the civil surgeon administering your immigration medical examination must complete and sign the 07/19/2022 edition of the Form I-693.

**Reminder:** Effective October 1, 2021, applicants subject to the immigration medical examination must complete the COVID-19 vaccine series before the civil surgeon can complete an immigration medical examination and sign Form I-693. This applies to Form I-693 signed by civil surgeon on or after October 1, 2021.

Please return the completed Form I-693 in an envelope sealed by the civil surgeon. Including a copy of this notice with your Form I-693 will facilitate matching the medical report with your file.

**Important Warning:** Only a designated civil surgeon authorized by USCIS to conduct medical examinations is qualified to complete the Form I-693. The civil surgeon must complete, sign and date the Form I-693. Signatures by a nurse, physician's assistant, or a doctor not designated as a civil surgeon are not acceptable. If the civil surgeon refers you to a specialist, the specialist must include his or her medical exam results and complete the proper sections of the Form I-693 before the civil surgeon may sign the form. You must also sign and date the Form I-693 when instructed to do so by the civil surgeon. Once everyone has signed, the civil surgeon will place the **original** completed Form I-693 in a sealed envelope and give it to you; we will NOT accept photocopied Form I-693 and medical exam results. The sealed envelope must be returned, unopened, to this office with any other requested evidence.

A list of designated civil surgeons can be obtained by calling the USCIS Contact Center at 1-800-375-5283, or via the USCIS website at www.uscis.gov and using the MyUSCIS Find a Doctor tool at my.uscis.gov/findadoctor. You will need to provide your zip code or address. If you are hearing impaired, please call the USCIS Contact Center TDD at 1-800-767-1833.

**Although processing times cannot be guaranteed, in order to complete your case in a timely, we strongly encourage you to submit your complete Form I-693 as soon as possible via express mail.**

**Your response must be received in this office by April 3, 2023.**

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. 8 Code of Federal Regulations (8 CFR) 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable). You must submit the requested information by April 3, 2023. Please note, if the request is for original documents, you must submit that evidence by mail.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, it must be accompanied by a complete, accurate and certified English translation of the entire document including a translation of the registrar's name and information, signature and stamp of the civil authority. The translator must certify that the translation is accurate, and he or she is competent to translate from that language to English. **If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.**

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request. Processing of your Form I-485, Application to Register Permanent Residence or Adjust Status, will resume upon receipt of your response. If you have not heard from USCIS within **60 days of responding**, you may contact the USCIS Contact Center at 1-800-375-5283. If you are hearing impaired, please call the USCIS Contact Center TTY at 1-800-767-1833.

For questions about your application, please visit our web site at ww.uscis.gov. You can use our online tools at www.uscis.gov/tools, including our virtual assistant Emma, for information and guidance. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center online by visiting www.uscis.gov/contactcenter.

**Place a copy of this entire letter on top of your response. Submission of evidence without this letter may delay the processing of your case and could result in a denial.**

Mail your response to this address:

U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345

Sincerely,

*Shineka C. Miller*

Shineka C. Miller
Field Office Director
Officer: 1466