**Exhibit 2**

**Notice of Filing of Removal**

#### IN THE STATE COURT OF GWINNETT COUNTY
#### STATE OF GEORGIA

| | |
|---|---|
| Aaron Pileggi, as Parent, Natural Guardian, and Next Friend of D.P., a minor,<br><br>      Plaintiff,<br><br>vs.<br><br>Academy, Ltd. (L.P.) (Texas) d/b/a Academy Sports & Outdoors,<br><br>      Defendants. | Civil Action File<br>No. 23-C-02169-S5 |

**Notice of Filing of Removal**

Please take notice that on this date Defendant Academy, Ltd. d/b/a Academy Sports + Outdoors, improperly identified in the Complaint as Academy, Ltd. (L.P.) (Texas) d/b/a Academy Sports & Outdoors ("Academy") filed a Notice of Removal of this case to the United States District Court for the Northern District of Georgia, Atlanta Division, under 28 U.S.C. §§ 1332, 1441, and 1446. A copy of this Notice of Removal is attached hereto as **Exhibit 1**.

Under 28 U.S.C. § 1446(d), the filing of the Notice of Removal effects the automatic removal of this action to the United States District Court, and the State Court of Gwinnett County, Georgia may not proceed any further unless the case is remanded.

Dated this 2nd day of May, 2023

                Respectfully submitted,

                */s/ Abigail Castleberry*
                Abigail Castleberry, GA Bar No. 696335
                NELSON MULLINS RILEY
                & SCARBOROUGH, LLP
                201 17th Street NW, Suite 1700
                Atlanta, GA 30363
                (404) 332-6000 (p)/ (404) 322-6050 (f)
                abigail.castleberry@nelsonmullins.com

# IN THE STATE COURT OF GWINNETT COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| Aaron Pileggi, as Parent, Natural Guardian, and Next Friend of D.P., a minor,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Academy, Ltd. (L.P.) (Texas) d/b/a Academy Sports & Outdoors,<br><br>　　　　　　Defendants. | Civil Action File<br>No. 2022ECV0296 |

**Certificate of Service**

This is to certify that on the date set forth below a true and correct copy of **Notice of Filing of Removal** wa**s** served with the Clerk of Court using the Odyssey eFileGA electronic filing system, which will automatically send e-mail notification of such filing to all counsel of record. We additionally sent copies via U.S. Mail to:

Adam Kemmerick
Foy & Associates, P.C.
3343 Peachtree Road, N.E.
Atlanta, GA 30325
akemmerick@johnfoy.com

Tiana Garner
Clerk of Courts
Gwinnett County State Court
75 Langley Drive
Lawrenceville, GA 30046

[Signature page follows.]

2

This 2nd day of May 2023.

                                              Respectfully submitted,

                                              */s/ Abigail Castleberry*
                                              Abigail Castleberry
                                              Georgia Bar No. 696335
                                              NELSON MULLINS RILEY
                                              & SCARBOROUGH, LLP
                                              201 17th Street NW, Suite 1700
                                              Atlanta, GA 30363
                                              (404) 332-6000 (p)/ (404) 322-6050 (f)
                                              abigail.castleberry@nelsonmullins.com