# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Aaron Pileggi, as Parent, Natural Guardian, and Next Friend of D.P., a minor,<br><br>                      Plaintiff,<br><br>vs.<br><br>Academy, Ltd. (L.P.) (Texas) d/b/a Academy Sports & Outdoors,<br><br>                      Defendant. | Civil Action No. _____ |

**Certificate of Interested Persons and Corporate Disclosure Statement**

As required by L. Civ. R. 3.3 (N.D.Ga.), Defendant Academy, Ltd. d/b/a Academy Sports + Outdoors, registered to do business in Georgia as Academy, Ltd. (L.P.) (Texas) ("Academy") makes the following disclosures:

(1)  The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

Response:  **Academy, Ltd.** is a Texas limited partnership doing business as Academy Sports + Outdoors.  Its general partner is **Academy Managing Co., LLC**;

its limited partner is **Associated Investors, LLC**. The membership interests of Associated Investors, LLC and Academy Managing Co., LLC are owned 100% by **New Academy Holding Company, LLC**. The sole member of New Academy Holding Company, LLC is **Academy Sports and Outdoors, Inc**.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

Response:  **Aaron Pileggi** and **D.P.**, a minor, have a financial interest in this action. Upon information and belief, **Phase 2, LLC d/b/a Vision Grills** may also have a financial interest in this action.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Response:  Attorney **Adam Kemmerick** of **Foy & Associates, P.C.** is serving as counsel for Plaintiff. **D. Larry Kristinik, Matthew A. Abee,** and **Abigail Castleberry** of **Nelson Mullins Riley & Scarborough LLP** are serving as counsel for Academy.

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

<u>Response</u>:  Plaintiff is a citizen of the State of **Georgia**.  For the purposes of diversity jurisdiction, Academy is a citizen of **Delaware** and **Texas**.

                                      By:  <u>*/s/ Abigail Castleberry*</u>
                                            Abigail Castleberry, GA Bar No. 696335
                                            NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                            201 17th Street NW, Suite 1700
                                            Atlanta, GA 30363
                                            (404) 332-6000
                                            abigail.castleberry@nelsonmullins.com

                                            Matthew A. Abee, Federal Bar No. 11747
                                            (*Pro Hac Vice* application forthcoming)
                                            1320 Main Street / 17th Floor
                                            Columbia, SC 29201
                                            (803) 799-2000
                                            matt.abee@nelsonmullins.com

May 2, 2023                              *Attorneys for Academy, Ltd.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Aaron Pileggi, as Parent, Natural Guardian, and Next Friend of D.P, a minor,<br><br>                        Plaintiff,<br><br>vs.<br><br>Academy, Ltd. d/b/a Academy Sports & Outdoors,<br>                        Defendant. | Civil Action No. _____ |

## Certificate of Service

I certify that on the date set forth below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system as well as by electronic and U.S. mail to:

Adam Kemmerick
Foy & Associates, P.C.
3343 Peachtree Road, N.E.
Atlanta, GA 30325
akemmerick@johnfoy.com

By: */s/ Abigail Castleberry*
      Abigail Castleberry
      Georgia Bar No. 696335
      NELSON MULLINS RILEY
      & SCARBOROUGH, LLP
      201 17th Street NW, Suite 1700
      Atlanta, GA 30363
      (404) 332-6000 (p)

4

|  |  |
|---|---|
|  | abigail.castleberry@nelsonmullins.com |
| May 2, 2023 | *Attorneys for Academy, Ltd.* |