IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| P1 Finance, a Division of Peach State Federal Credit Union,<br><br>Plaintiff<br><br>v.<br><br>National Liability & Fire Insurance Company, TBF Associates, Inc., JR Towing & Truck Repair Corp., and Kingman Transport, LLC,<br><br>Defendants. | FILE NO.:<br>NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)<br><br>*(DIVERSITY JURISDICTION)*<br><br>(Removed from the Superior Court of Gwinnett County, State of Georgia, Case No. 23-A-01365-11) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C.§ 1446, Defendant National Liability & Fire Insurance Company (hereinafter "National Liability"), by and through its undersigned counsel, hereby removes the above-captioned action to this Court from the Superior Court of the State of Georgia, County of Gwinnett (Case No. 23-A-01365-11) (hereinafter "State Action"). As set forth herein, National Liability has complied with the statutory requirements for removal and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1).

1

## I. PROCEDURAL REQUIREMENTS

1. The State Action was commenced by Plaintiff filing a lawsuit in Georgia Superior Court, Gwinnett County, on February 20, 2023. A copy of Plaintiff's Complaint is attached at Exhibit A. A copy of all other process, pleadings, and items in possession of Defendant from the State Action is attached at Exhibit B, as required by 28 U.S.C. § 1446(a).

2. This Notice is timely, as it is filed within one year of the State Action's commencement on February 20, 2023, and within 30 days of receipt of the Plaintiff's Complaint, which was on April 3, 2023. *See* 28 U.S.C. § 1446(b)(1).

3. The State Action is properly removed to the United States District Court for the Northern District of Georgia, Atlanta Division, as that is the "district and division embracing the place where the State Action is pending." *See* 28 U.S.C. § 1441(a); *see also* 28 U.S.C. § 90(a)(2) (listing Gwinnett County as within the Atlanta Division of the Northern District of Georgia).

4. National Liability will promptly file a Notice of Filing this Notice of Removal with the clerk of the Georgia Superior Court, Gwinnett County, and will serve a copy on the other parties to the State Action, as required by 28 U.S.C. § 1446(d).

## II. BACKGROUND

5. The Plaintiff, "P1 Finance, a Division of Peach State Federal Credit Union",

filed its Verified Complaint alleging breach of contract and unjust enrichment claims against the various Defendants. *See generally* Compl.

6. In addition to National Liability, the Plaintiff has also brought this suit against TBF Associates, Inc. (hereinafter "Defendant TBF"), JR Towing & Truck Repair Corp. (hereinafter, "Defendant JRT"), and Kingman Transport, LLC (hereinafter, "Defendant Kingman"), who all, to the best of National Liability's knowledge, have not been served.

7. The Plaintiff alleges that Defendants TBF, JRT, and Kingman entered into Premium Finance Agreements and Disclosures ("Agreements") in which loans were obtained from Plaintiff to finance the payment for certain insurance policies. Compl. ¶¶ 5, 18, 31.

8. The Plaintiff alleges that National Liability is the insurer of the insurance policies that were issued to Defendants TBF, JRT, and Kingman. Compl., ¶¶ 11, 24, 37.

9. The Plaintiff contends that Defendants TBF, JRT, and Kingman defaulted on their Agreements for failure to pay. Compl. ¶¶ 7, 20, 33.

10. The Plaintiff contends that, per the Agreements with Defendants TBF, JRT, and Kingman, it cancelled the insurance policies allegedly issued by National

Liability, and that National Liability has not returned the purported gross unearned premiums to the Plaintiff. Compl. ¶¶ 13, 26, 39.

11. The Plaintiff alleges that National Liability has been unjustly enriched by retaining purportedly unearned gross premiums due under the insurance policies. Compl. ¶¶ 16, 29, 42.

12. Plaintiff contends that all Defendants are indebted to Plaintiff for various amounts related to its contended violations of the Agreements. Compl. ¶ 43.

### III. STANDARD FOR REMOVAL

13. Removal is appropriate under 28 U.S.C. § 1332 where there is complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

14. A defendant seeking to remove an action based on diversity of citizenship under 28 U.S.C. § 1332 bears the burden of supplying the elements required to establish federal diversity jurisdiction in its removal papers. *Robison v. Casteel*, 407 F. Supp. 3d 1324, 1326 (N.D. Ga. 2019).

15. When diversity of citizenship is the basis for federal jurisdiction, the diversity must exist at the time the complaint is filed. *Huchon v. Jankowski*, No. 06-10094CIVMOORE, 2007 WL 221421, at *2 (S.D. Fla. Jan. 25, 2007). When

determining diversity, the Court may consider other filings, such as a notice of removal, in addition to the complaint. *Id*.

16. A limited liability company is a citizen of any state of which a member of the company is a citizen. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).

### A. There Is Complete Diversity Between the Parties

17. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332 because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

18. Upon information and belief, the Plaintiff is now, and was at the commencement of this action, a limited liability company with its sole member residing in the State of Georgia. *See* Aff. of Diego Cardenas (hereafter, "Aff."), attached hereto as Exhibit C, ¶ 7. Therefore, Plaintiff is, upon information and belief, a citizen of Georgia only.

19. Defendant National Liability is now, and was when the State Action was filed, a company formed in the State of Connecticut with its principal place of business located in Omaha, Nebraska.  Compl. ¶ 1; Aff. ¶ 12. Therefore, National Liability is a citizen of Connecticut and Nebraska.

20. Upon information and belief, Defendant TBF is a corporation formed in the State of New York, with its principal place of business in New York. Compl. ¶ 2; Aff. ¶ 8. Therefore, TBF is, upon information and belief, a citizen of New York only.

21. Upon information and belief, Defendant JRT is a corporation formed in the State of New York, with its principal place of business in the State of New York. Compl. ¶ 3; Aff. ¶ 9. Therefore, JRT is, upon information and belief, a citizen of New York only.

22. Upon information and belief, Defendant Kingman is a limited liability company with its sole member residing in Utah. Compl. ¶ 4; Aff. ¶ 11. Therefore, Kingman is, upon information and belief, a citizen of Utah only.

23. As no defendant is a citizen of the same state as Plaintiff, there is complete diversity of citizenship.

### B. The Amount In Controversy Exceeds $75,000.00

24. While National Liability denies any liability as to Plaintiff's claims, the total amount in controversy is approximately $620,723.72, exclusive of interest and costs, as per the Plaintiff's Complaint, which exceeds the amount of controversy necessary for diversity as required by 28 U.S.C. § 1332(a). Compl. ¶ 43.

25. Removal is appropriate where it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement. *Lowery v. Ala.*

*Power Co.*, 483 F.3d 1184, 1211 (11th Cir. 2007) ("[I]f the jurisdictional amount is either stated clearly on the face of the documents before the court, or readily deducible form them, then the court has jurisdiction"); *see also Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1062 (11th Cir. 2010).

26. Accordingly, by a preponderance of the evidence, the Plaintiff's claims exceed $75,000, exclusive of interests and costs. As such, the amount in controversy requirement for diversity jurisdiction under 28 U.S.C. § 1332(a) is satisfied.

Respectfully submitted this 3rd day of May, 2023.

                                        CLYDE & CO US LLP

                                        */s/ Taylor Davis*_____
                                        Taylor L. Davis
                                        Georgia Bar No. 804288
                                        Diego Cardenas
                                        Georgia Bar No. 428282
                                        CLYDE & CO US LLP
                                        271 17th Street NW, Suite 1720
                                        Atlanta, GA 30363
                                        Tel: (404) 410-3150
                                        Fax: (404) 410-3151
                                        E: taylor.davis@clydeco.us
                                        E: diego.cardenas@clydeco.us

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, I electronically filed the NOTICE OF REMOVAL with the Clerk of Court using the Court's CM/ECF system which will send a copy of the filed document electronically to the registered participants as identified on the Notice of Electronic Filing. Non-Registered Participants were served paper copies by first-class mail.

Jeremy B. Ross
Aubrey Thrasher, LLC
1170 Peachtree Street NE, Suite 1925
Atlanta, Georgia 30309
Tel: (404) 978-1355
jross@aubreythrasher.com

Attorneys for Plaintiff

JR Towing & Truck Repair Corp.
Attn: Registered Agent
1179 Longwood Avenue
Bronx, NY 10474

TBF Associates, Inc.
Attn: Registered Agent
14 Taft Avenue
Inwood, NY 11096

Hector Irizarry
Kingman Transport LLC
133 W. 510 S.
American Fork, UT 84003

CLYDE & CO US LLP

/s/ Taylor Davis_____
Taylor L. Davis
Georgia Bar No. 804288
CLYDE & CO US LLP
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Tel: (404) 410-3150
Fax: (404) 410-3151
E: taylor.davis@clydeco.us

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing NOTICE OF REMOVAL is in compliance with all formatting requirements as stated in LR 5.1 of the Local Rules.

This 3rd day of May, 2023.

                                              CLYDE & CO US LLP

                                              */s/ Taylor Davis*_____
                                              Taylor L. Davis
                                              Georgia Bar No. 804288
                                              CLYDE & CO US LLP
                                              271 17th Street NW, Suite 1720
                                              Atlanta, GA 30363
                                              Tel: (404) 410-3150
                                              Fax: (404) 410-3151
                                              E: taylor.davis@clydeco.us