# EXHIBIT B

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-01365-11**
2/20/2023 5:13 PM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☐ State Court of _____ County

| **For Clerk Use Only** | |
|---|---|
| Date Filed _____ | Case Number _____ |
| MM-DD-YYYY | 23-A-01365-11 |

**Plaintiff(s)**                                              **Defendant(s)**

_____                _____
Last       First       Middle I.    Suffix   Prefix       Last       First       Middle I.    Suffix   Prefix

_____                _____
Last       First       Middle I.    Suffix   Prefix       Last       First       Middle I.    Suffix   Prefix

_____                _____
Last       First       Middle I.    Suffix   Prefix       Last       First       Middle I.    Suffix   Prefix

_____                _____
Last       First       Middle I.    Suffix   Prefix       Last       First       Middle I.    Suffix   Prefix

**Plaintiff's Attorney** _____   **Bar Number** _____   Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number                 Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

Case 1:23-mi-99999-UNA   Document 1451-2   Filed 05/03/23   Page 3 of 4

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-01365-11**
**2/20/2023 5:13 PM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

_____

_____

_____                CIVIL ACTION NUMBER: 23-A-01365-11

PLAINTIFF

VS.

_____

_____

_____

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20\_\_\_\_\_.     21st day of February, 2023

Tiana P. Garner
**Clerk of Superior Court**

By _Calah E. Verett_ (signature)
**Deputy Clerk**

**INSTRUCTIONS**: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

**SC-1 Rev. 2011**

E-FILED IN OFFICE - CS
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-01365-11
4/10/2023 9:04 AM
TIANA P. GARNER, CLERK

Civil Action No. **23-A-01365-11**
Date Filed **2/20/23**

Attorneys Address
Jeremy B. Ross
1170 Peachtree St. NE, Suite 1925
Atlanta, GA 30309

Name and Address of Party to be Served
National Liability + Fire
C/o RA Andrea Conarro

Superior Court ☐   Magistrate Court ☐

Georgia, ~~Lumpkin~~ **Gwinnett** County

P1 Finance, a Division of Peach State Federal Credit Union
Plaintiff
vs.
National Liability & Fire Insurance Company, TBF Associates, Inc., JR Towing & Truck Repair Corp., and Kingman Transport, LLC
Defendant

Garnishee

## SHERIFF'S ENTRY OF SERVICE

☐ **PERSONAL** — I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **NOTORIOUS** — I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about ____ years; weight about ____ pounds; height, about ____ foot and ____ inches, domiciled at the residence of defendant.

☒ **CORPORATION** — Served the defendant **National Liability + Fire** a corporation by leaving a copy of the within action and summons with **Andrea Conarro** in charge of the office and place of doing business of said Corporation in this County.

☐ **TACK & MAIL** — I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with the adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **NON EST** — Diligent search made and defendant _____ not to be found in the jurisdiction of this Court,

This **3** day of **April**, 20 **23**

_____ Price
DEPUTY

SHERIFF DOCKET _____ PAGE _____