# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| P1 Finance, a Division of Peach State Federal Credit Union,<br><br>Plaintiff<br><br>v.<br><br>National Liability & Fire Insurance Company, TBF Associates, Inc., JR Towing & Truck Repair Corp., and Kingman Transport, LLC,<br><br>Defendants. | FILE NO.:<br>NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)<br><br>***(DIVERSITY JURISDICTION AND FEDERAL QUESTION JURISDICTION)***<br><br>(Removed from the Superior Court of Gwinnett County, State of Georgia, Case No. 23-A-01365-11) |

## <u>AFFIDAVIT OF DIEGO CARDENAS, ESQ.</u>

STATE OF GEORGIA

COUNTY OF FULTON

COMES NOW, Diego Cardenas, Esq. after first being duly sown, testifies as follows:

1.     My name is Diego Cardenas. I am over the age of majority and am competent to testify to the following matters on personal knowledge.

2.     I am an associate attorney with Clyde & Co US LLP ("Clyde & Co"), which has been retained to represent National Liability & Fire Insurance

1

Company (hereinafter "National Liability"), Defendant in the above-referenced lawsuit.

3.     In order to determine the citizenship of the parties in this matter, I searched the named parties on various Secretary of State websites.

4.     In order to determine the citizenship of Plaintiff "P1 Finance, a Division of Peach State Federal Credit Union", I searched the website for the Georgia Secretary of State. While the entity "P1 Finance, a Division of Peach State Federal Credit Union" did not yield any results, a search of "P1 Finance" located an entity by the name of P1 Finance Holdings, LLC, identified as a foreign entity. [*See* Exhibit 1 to Aff., attached hereto.] Accordingly, Plaintiff's legal name appears to be P1 Finance Holdings, LLC.

5.     I also located the entity P1 Finance Holdings, LLC, on the website for the Florida Division of Corporations, where it is identified as a domestic entity. [*See* Exhibit 2 to Aff., attached hereto.]

6.     The Premium Agreement and Disclosure Statements and emails attached to Plaintiff's Verified Complaint as Exhibits A, C, D, F, G all list a company named "P1 Finance" and an email address of PFA@P1Finance.com.

In visiting the affiliated website[1],  P1 Finance is listed as having a physical address located at 280 Technology Parkway, Suite 100, Norcross, Georgia 30092, which is the same address listed as the mailing address on the Florida Secretary of State webpage. [Exhibit 1.]

7.     William J. Villari is listed as the manager of P1 Finance Holdings, LLC on the Florida Division of Corporations website. He is listed as residing in Atlanta, Georgia. [Exhibit 2.] I was not able to locate any other members of P1 Finance Holdings, LLC. To the best of my knowledge, P1 Finance is a single-member LLC whose sole member resides in Georgia.

8.     To determine the citizenship of Defendant TBF Associates, Inc., I searched the website for the New York Division of Corporations and located Defendant TBF Associates, Inc., identified as a domestic entity. [*See* Exhibit 3 to Aff., attached hereto.] To the best of my knowledge, Defendant TBF Associates, Inc. is incorporated in the State of New York. [Exhibit 3.] Further, the only address listed for the corporation is located in Inwood, New York. *Id.* To the best of my knowledge and belief, Defendant TBF Associates, Inc.'s

---

[1]   P1   Finance   |   Property   and   Casualty   Insurance   Premium   Finance, https://p1finance.com/, lasted visited 5/03/2023 at 1:23 p.m.

3

principal place of business is located in the State of New York. *Id*. Thus, Defendant TBF Associates, Inc. is only a citizen of the State of New York.

9.     To determine the citizenship of Defendant JR Towing & Truck Repair Corp., I searched the website for the New York Division of Corporations and located Defendant JR Towing & Truck Repair Corp. as a domestic entity. [*See* Exhibit 4 to Aff., attached hereto.] To the best of my knowledge, Defendant JR Towing & Truck Repair Corp. is incorporated in the State of New York. Further, the only address listed for the corporation is located in Bronx, New York. To the best of my knowledge and belief, JR Towing & Truck Repair Corp.'s principal place of business is located in the State of New York. [Exhibit 4.] Thus, Defendant JR Towing & Truck Repair Corp. is only a citizen of the State of New York.

10.     To determine the citizenship of Defendant Kingman Transport, LLC, I searched the website for the Utah Division of Corporations and found Kingman Transport, LLC listed as a domestic entity. [*See* Exhibit 5 to Aff., attached hereto.] Defendant Kingman Transport, LLC's registration with the Utah Division of Corporations expired as of November 17, 2020. *Id*.

11.     Hector Irizarry is listed as the manager and registered agent of Kingman Transport, LLC under the Utah Division of Corporations website.

4

He is listed as residing in American Fork, Utah. [Exhibit 5.] I was not able to locate any other members of Kingman Transport, LLC. To the best of my knowledge, Kingman Transport, LLC is a single-member LLC whose sole member resides in Utah.

12.    The Georgia Secretary of State website lists National Liability as a foreign Insurance Company which was formed in the State of Connecticut and has its principal place of business in the State of Nebraska. [*See* Exhibit 6 to Aff., attached hereto.] Thus, National Liability is a citizen of the State of Connecticut and Nebraska.

13.    To the best of my knowledge and belief, from the information found above, the Plaintiff and Defendants are diverse from each other.

FURTHER AFFIANT SAYETH NOT.

_____
Diego Cardenas

Sworn to and subscribed before me
this 3rd day of MAY, 2023.

NOTARY PUBLIC
My Commission Expires:

> AMANDA MICHELLE GARY
> Notary Public, Georgia
> Fulton County
> My Commission Expires
> June 01, 2026

5

# EXHIBIT 1



# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

# BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **P1 Finance Holdings, LLC** | Control Number: | **22094826** |
| Business Type: | **Foreign Limited Liability Company** | Business Status: | **Active/Noncompliance** |
| NAICS Code: | **Finance and Insurance** | NAICS Sub Code: | **All Other Insurance Related Activities** |
| Principal Office Address: | **750 East Prospect Road, Fort Lauderdale, FL, 33334, USA** | Date of Formation / Registration Date: | **4/21/2022** |
| Jurisdiction: | **Florida** | Last Annual Registration Year: | **NONE** |
| Principal Record Address: | **750 East Prospect Road, Fort Lauderdale, FL, 33334, USA** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Steven Kushner** |
| Physical Address: | **233 Peachtree St. NE, Suite 2400 Harris Tower, Atlanta, GA, 30303, USA** |
| County: | **Fulton** |

Back

Filing History          Name History

Return to Business Search

EXHIBIT 2



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Limited Liability Company
P1 FINANCE HOLDINGS, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L16000203104 |
| **FEI/EIN Number** | 81-4341808 |
| **Date Filed** | 11/04/2016 |
| **Effective Date** | 10/30/2016 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 02/14/2020 |

**Principal Address**

750 EAST PROSPECT ROAD
FORT LAUDERDALE, FL 33334

**Mailing Address**

280 TECHNOLOGY PARKWAY
SUITE 100
NORCROSS, GA 30092

Changed: 05/30/2018

**Registered Agent Name & Address**

SADER, ROBERT L
224 Commercial Blvd
Suite 310
Lauderdale by the Sea, FL 33308

Name Changed: 02/14/2020

Address Changed: 02/27/2018

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

VILLARI, WILLIAM J
2065 EAST LAKE ROAD
ATLANTA, GA 30307

<u>**Annual Reports**</u>

| Report Year | Filed Date |
|---|---|
| 2021 | 02/22/2021 |
| 2022 | 03/04/2022 |
| 2023 | 03/16/2023 |

<u>**Document Images**</u>

| | |
|---|---|
| <u>03/16/2023 -- ANNUAL REPORT</u> | View image in PDF format |
| <u>03/04/2022 -- ANNUAL REPORT</u> | View image in PDF format |
| <u>02/22/2021 -- ANNUAL REPORT</u> | View image in PDF format |
| <u>02/14/2020 -- REINSTATEMENT</u> | View image in PDF format |
| <u>05/30/2018 -- AMENDED ANNUAL REPORT</u> | View image in PDF format |
| <u>02/27/2018 -- ANNUAL REPORT</u> | View image in PDF format |
| <u>01/20/2017 -- ANNUAL REPORT</u> | View image in PDF format |
| <u>11/04/2016 -- Florida Limited Liability</u> | View image in PDF format |

# EXHIBIT 3

# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]  [ Return to Search ]

Entity Details

**ENTITY NAME:** TBF ASSOCIATES INC

**DOS ID:** 4904114

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 02/29/2016

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 02/29/2016

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** PAST DUE DATE

**COUNTY:** NASSAU

**NEXT STATEMENT DUE DATE:** 02/28/2018

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE CORPORATION

**Address:** 14 TAFT AVE, INWOOD, NY, UNITED STATES, 11096

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:**  NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |
| NO PAR VALUE | 200 | $0.00000 |

# EXHIBIT 4

# Department of State
## Division of Corporations

## Entity Information

Return to Results     Return to Search

### Entity Details

**ENTITY NAME:** JR TOWING & TRUCK REPAIR CORP.

**DOS ID:** 4907885

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 03/07/2016

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 03/07/2016

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** FAST DUE DATE

**COUNTY:** NEW YORK

**NEXT STATEMENT DUE DATE:** 03/31/2018

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** JR TOWING & TRUCK REPAIR CORP.

**Address:** 1179 LONGWOOD AVENUE, BRONX, NY, UNITED STATES, 10474

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00000 |

# EXHIBIT 5

## KINGMAN TRANSPORT LLC

**Entity Number:** 10490269-0160
**Company Type:** LLC - Domestic
**Address:** 133 W 510 S American Fork, UT 84003
**State of Origin:**
**Registered Agent:** HECTOR IRIZARRY
**Registered Agent Address:**
133 W 510 S
AMERICAN FORK, UT 84003

[ View Management Team ]

### Status: Expired

**Status:** Expired 🔴 *as of 11/17/2020*
**Status Description:** Failure to File Renewal
**Employment Verification:** <u>Not</u> Registered with Verify Utah

### History

[ View Filed Documents ]

**Registration Date:** 08/17/2017
**Last Renewed:** 10/09/2019

### Additional Information

**NAICS Code: 4841 NAICS Title:** 4841-General Freight Trucking

<< Back to Search Results

Business Name:

Give Feedback

Privacy - Terms

## Registered Principals

| Name | Type | City | Status |
|------|------|------|--------|
| KINGMAN TRANSPORT LLC | Limited Liability Company | American Fork | Expired |
| | | | |

| Position | Name | Address | |
|----------|------|---------|---|
| Registered Agent | HECTOR IRIZARRY | 133 W 510 S | AMERICAN FORK UT 84003 |
| Manager | HECTOR IRIZARRY | 133 W 510 S | AMERICAN FORK UT 84003 |
| | | | |
| If you believe there may be more principals, click here to View Filed Documents | | | |

Business Name:

Give Feedback

Privacy · Terms

# EXHIBIT 6



GEORGIA
CORPORATIONS
DIVISION

GEORGIA SECRETARY OF STATE

# BRAD
# RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **NATIONAL LIABILITY & FIRE INSURANCE COMPANY** | Control Number: | **J718020** |
| Business Type: | **Foreign Insurance Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **1314 Douglas Street, Suite 1400, Omaha, NE, 68102-1944, USA** | Date of Formation / Registration Date: | **12/10/1980** |
| Jurisdiction: | **Connecticut** | Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Andrea Conarro, Esq.** |
| Physical Address: | **Law Office of Andrea Conarro, LLC, 439 South Park Street, Unit A, Dahlonega, GA, 30533, USA** |
| County: | **Lumpkin** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Brian G. Snover | Secretary | 100 First Stamford Place, Stamford, CT, 06902, USA |
| DALE D GEISTKEMPER | CFO | 1314 Douglas Street, Suite 1400, OMAHA, NE, 68102-1944, USA |
| DONALD F WURSTER | CEO | 1314 Douglas Street, OMAHA, NE, 68102-1944, USA |

Back

Filing History          Name History

Return to Business Search