IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| P1 Finance, a Division of Peach State Federal Credit Union,<br><br>Plaintiff<br><br>v.<br><br>National Liability & Fire Insurance Company, TBF Associates, Inc., JR Towing & Truck Repair Corp., and Kingman Transport, LLC,<br><br>Defendants. | FILE NO.:<br><br>(Removed from the Superior Court of Gwinnett County, State of Georgia, Case No. 23-A-01365-11) |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant National Liability & Fire Insurance Company, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, files the following corporate disclosure statement:

(1)  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any

1

publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor, of which the undersigned is aware:

a. P1 Finance, a Division of Peach State Federal Credit Union, also known as P1 Finance Holdings, LLC, upon information and belief

b. TBF Associates, Inc.

c. JR Towing & Trucking Repair Corp.

d. Kingman Transport, LLC

e. National Liability & Fire Insurance Company, which is a wholly owned indirect subsidiary of Berkshire Hathaway, Inc., a publicly traded company.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

a. The undersigned is unaware and without knowledge of any additional persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    a. National Liability & Fire Insurance Company

        i. Taylor L. Davis & Diego A. Cardenas of Clyde & Co US LLP

    b. P1 Finance, a Division of Peach State Federal Credit Union

        i. Jeremy B. Ross of Aubrey Thrasher, LLC

    c. The undersigned is unaware and without knowledge of the status of representation for the other defendants.

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

    a. P1 Finance, a Division of Peach State Federal Credit Union

        i. State of Georgia

    b. TBF Associates, Inc.

        i. State of New York

    c. JR Towing & Trucking Repair Corp.

        i. State of New York

    d. Kingman Transport, LLC

        i. State of Utah

    e. National Liability & Fire Insurance Company

        i. States of Connecticut and Nebraska

Respectfully submitted this 3rd day of May, 2023.

        CLYDE & CO US LLP

        */s/ Taylor Davis*_____
        Taylor L. Davis
        Georgia Bar No. 804288
        Diego Cardenas
        Georgia Bar No. 428282
        CLYDE & CO US LLP
        271 17th Street NW, Suite 1720
        Atlanta, GA 30363
        Tel: (404) 410-3150
        Fax: (404) 410-3151
        E: taylor.davis@clydeco.us
        E: diego.cardenas@clydeco.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2023, I electronically filed the CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the Court's CM/ECF system which will send a copy of the filed document electronically to the registered participants as identified on the Notice of Electronic Filing. Non-Registered Participants were served paper copies by first-class mail.

Jeremy B. Ross
Aubrey Thrasher, LLC
1170 Peachtree Street NE, Suite 1925
Atlanta, Georgia 30309
Tel: (404) 978-1355
jross@aubreythrasher.com
*Attorneys for Plaintiff*

TBF Associates, Inc.
Attn: Registered Agent
14 Taft Avenue
Inwood, NY 11096

JR Towing & Truck Repair Corp.
Attn: Registered Agent
1179 Longwood Avenue
Bronx, NY 10474

Hector Irizarry
Kingman Transport LLC
133 W. 510 S.
American Fork, UT 84003

CLYDE & CO US LLP

*/s/ Taylor Davis*_____
Taylor L. Davis
Georgia Bar No. 804288
CLYDE & CO US LLP
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Tel: (404) 410-3150
Fax: (404) 410-3151
E: taylor.davis@clydeco.us

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT is in compliance with all formatting requirements as stated in LR 5.1 of the Local Rules.

This 3rd day of May, 2023.

                                                CLYDE & CO US LLP

                                                */s/ Taylor Davis*_____
                                                Taylor L. Davis
                                                Georgia Bar No. 804288
                                                CLYDE & CO US LLP
                                                271 17th Street NW, Suite 1720
                                                Atlanta, GA 30363
                                                Tel: (404) 410-3150
                                                Fax: (404) 410-3151
                                                E: taylor.davis@clydeco.us