**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| NAGA HANUMAN FISH PACKERS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| SIVANI INTERNATIONAL LLC, and | ) | |
| NAGA B. MIDASALA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **COMPLAINT**

COMES NOW Naga Hanuman Fish Packers (hereinafter "NHFP"), Plaintiff

in the above-referenced matter, and files this, its Complaint against Defendants

Sivani International LLC and Naga B. Midasala, and respectfully states to the

Court as follows:

### **Introduction**

### **1.**

NHFP is an exporter of frozen Vannamei shrimp located in India.

### 2.

On or around March 16, 2019, Defendant Sivani International LLC

(hereinafter "Sivani") through its managing member, Naga B. Midasala

(hereinafter "Midasala") placed an order with NHFP for 2,760 cartons of

Vannamei shrimp for a total weight of 35,000 pounds, for a purchase price of

$129,220.00 ("Invoice 264"). An additional order for 2,600 cartons of frozen raw

easy peel Vannamei shrimp was also placed on March 16, 2019, for a total of

34,000 pounds, for a purchase price of $152,450.00 ("Invoice 261").

3.

As of the date of this Complaint, Defendants are indebted to Plaintiff in the

amount of Two Hundred Seventy-Two Thousand Five Hundred Sixty-One Dollars

($272,561.00), which is inclusive of principal and interest.

**Parties**

4.

Plaintiff NHFP is a Proprietorship Firm registered within the laws of the

Republic of India.

5.

Upon information and belief, Defendant Sivani was a limited liability

company organized under the laws of the state of Georgia. Sivani was

administratively dissolved in 2021, by the Georgia Secretary of State. Defendant

Sivani regularly conducts or conducted its business in Georgia and is subject to the

jurisdiction of this Court. Defendant Sivani may be served through their registered agent, Sivani Foods, Inc., located at 1351 Oakbrook Drive, Suite 100, Norcross, Georgia 30093. Out of an abundance of caution, Plaintiff has identified that Sivani Foods, Inc., has also been administratively dissolved with the Secretary of State's office. As such, Sivani Foods' registered agent is also a co-Defendant in this matter and subject to accept service upon Defendant Sivani.

6.

Defendant Midasala is an individual, residing at 6135 Farrier Court, Suwanee, Gwinnett County, Georgia 30024, and is the managing member of Defendant Sivani and Sivani Foods, Inc.

**Jurisdiction and Venue**

7.

This Court has subject matter jurisdiction pursuant to 28 U.S.C § 1332, as the adverse parties maintain diversity and the amount in controversy exceeds the jurisdictional amount.

8.

Venue is appropriate in this judicial district because the events that give rise to this Complaint occurred in this district.

**Facts Relevant to All Claims**

9.

Defendants placed two orders for frozen shrimp on February 5, 2019 and March 16, 2019. Exhibit A – Sivani International Purchase Orders.

10.

Plaintiff supplied the frozen shrimp to Defendants by way of cargo on April 17, 2019, for Invoice 261.

11.

Plaintiff supplied the frozen shrimp to Defendants by way of cargo on April 22, 2019, for Invoice 264.

12.

Defendants paid $100,000.00 towards Invoice 261, in or around June 2019.

13.

Defendants failed to remit any further payments to Plaintiff.

14.

On October 23, 2019, Plaintiff and Defendants met in person in Atlanta, Georgia, to discuss the outstanding invoices owed to Plaintiff.

15.

At the meeting, the Parties entered into an agreement whereby Sivani admitted to owing certain amounts (hereinafter "Payment Plan Agreement"). Exhibit B.

16.

Defendants provided further assurances to make payments by certain dates on a payment plan and by providing checks that were purportedly to be used to make payments. However, the checks were missing key requirements and unpresentable to a financial institution.

**First Cause of Action – Breach of Contract as to the Payment Plan Agreement**

**(against all Defendants)**

17.

Plaintiff repeats and re-alleges each and every allegation set forth above as if fully set forth herein.

18.

Plaintiff entered into the agreement with Defendant on or around October 23, 2019. Exhibit B.

19.

Plaintiff did all, or substantially all of the significant things that the Payment Plan Agreement required it to do, specifically by providing frozen shrimp and refraining from commencing legal action while Defendants honored the terms of the Payment Plan Agreement.

20.

All of the conditions required for Defendant's performance occurred.

21.

Defendant did not promptly and faithfully perform the conditions as agreed upon, specifically by failing to pay as agreed upon.

22.

Plaintiff incurred and will incur expenses for Defendants' breach.

23.

Defendants owe Plaintiff an amount of $196,686.00, in principal, plus statutory interest, legal expenses and fees.

**Second Cause of Action – Open Account (against all Defendants)**

24.

Plaintiff repeats and re-alleges each and every allegation set forth above as if fully set forth herein.

25.

Plaintiff is a provider of goods, namely frozen shrimp.

26.

The price of the shrimp was agreed upon between the Parties, as evidenced by Invoice 261 and Invoice 264. Exhibit C.

27.

Plaintiff fully performed by delivering the goods to the pre-arranged locations disclosed by Defendants.

28.

No factual issue exists as to whether Plaintiff performed, assent to the services, terms of the contract, what work was performed, the quality of the performance, or cost.

29.

Nothing remains except for Defendants to make the remainder of payments to Plaintiff in the amount of $272,561.00.

**Third Cause of Action – Quantum Meruit (in the alternative against all Defendants)**

30.

Plaintiff repeats and re-alleges each and every allegation set forth above as if fully set forth herein.

31.

Defendants have benefitted from the goods supplied by Plaintiff.

32.

Defendants received a benefit that they would otherwise not have achieved by retaining the goods provided by Plaintiff, and wrongfully withholding the funds owed to Plaintiff pursuant to the Payment Plan Agreement and invoices.

33.

Plaintiff has been damaged in the amount of at least $272,561.00, in principal, plus interest, legal expenses and fees.

**Fourth Cause of Action – Fraud (against all Defendants)**

34.

Plaintiff repeats and re-alleges each and every allegation set forth above as if fully set forth herein.

35.

In April 2019, upon promise of payment, Plaintiff shipped almost 70,000 lbs of frozen shrimp to Defendants.

36.

Plaintiff was induced to ship these goods with a promise from Defendants that the payment would be forthcoming.

37.

Plaintiff relied upon Defendants' false statements and fraudulent misrepresentations regarding forthcoming payment.

38.

Defendants have exhibited willful misconduct, malice, fraud, wantonness, oppression and/or that entire want of care which would raise the presumption of conscious indifference to consequences.

39.

As such, Defendants are liable to Plaintiff for all damages in an amount to be determined at trial.

**Fifth Cause of Action – Alter Ego (Against All Defendants)**

40.

Plaintiff repeats and re-alleges each and every allegation set forth above as if fully set forth herein.

41.

At all relevant times herein, Defendant Midasala, by his complete exercise of dominion and control over Defendant Sivani, combine to constitute a single enterprise, all under the direction and control of Midasala.

42.

As set forth above, there is a high interdependency of operations, commonality between management, directors and officers; consolidation of financial, strategic, legal and human resources operations, and, at all relevant times, Defendant Midasala has used and continued to use the remaining Defendants and its operating subsidiaries, if any, and the assets of these entities for its own purposes.

43.

Defendants' joint decision of purposefully failing to repay the funds owed to Plaintiff caused Plaintiff to suffer damages.

**Sixth Cause of Action – Attorney's Fees (against all Defendants)**

44.

Plaintiff repeats and re-alleges each and every allegation set forth above as if fully set forth herein.

45.

The Defendants have acted in bad faith, have been stubbornly litigious, and have caused Plaintiff unnecessary trouble and expense.

46.

Plaintiff is therefore entitled to its attorney's fees and costs under O.C.G.A. § 13-6-11 or as otherwise may be provided by law.

WHEREFORE, Plaintiff prays for entry of judgment in favor of Plaintiff and against Defendants as follows:

A. Monetary damages in the amount of Two Hundred Seventy-Two Thousand Five Hundred Sixty-One Dollars ($272,561.00) in principal, attorney's fees and costs due to Defendants' breach and failure to pay the sums as they became due;

B. Trial by magistrate on issues so triable; and

C. Such additional relief as the Court shall deem necessary and proper.

This 4th day of May, 2023.                    Respectfully submitted,

_____
Jaymen J. Chavda
Georgia Bar No.: 728434

The Chavda Law Group, LLC
3343 Peachtree Rd. NE, Suite 145-1901
Atlanta, Georgia 30326
Tel: (404) 777-6307
Jaymen@Chavdalaw.com

The foregoing **COMPLAINT** is double-spaced in 14-point Times New Roman

font and complies with the type-volume limitation set forth in Local Rule 5.1

This 4th day of May, 2023.                    Respectfully submitted,

_____
Jaymen J. Chavda
Georgia Bar No.: 728434

**<u>Exhibit A</u>**

**Sivani International LLC**
1351 Oakbrook Drive, Suite#100
Norcross, GA  30093 US
404.474.8857
naga.midasala@sivanifoods.com
www.sivanifoods.com



# PURCHASE ORDER

| VENDOR | SHIP TO | P.O. NO. 1034 |
|---|---|---|
| Naga Hanuman Fish Packers | Preferred Freezer Services, Atlanta.. | DATE 02/05/2019 |

**SHIP VIA**
2019NHFCT001S-1034

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| | | 3.90 | 70,200.00 |
| **PNDVMRW2630** PnD Tail Off Vannamei Raw 26/30 | 18,000 | (3.80) | (68,400.00) |
| **PNDVMRW3140** PnD Tail Off Vannamei Raw 31/40 | 8,400 | 3.45 | 28,980.00 |
| **PNDVMRW4150** PnD Tail Off Vannamei Raw 41/50 | 3,000 | 3.35 | 10,050.00 |
| **EZPEELVMRW2125** EZPEEL Vannamei Raw 21/25 | 2,400 | 3.90 | 9,360.00 |
| **EZPEELVMRW3140** EZPEEL Vannamei Raw 31/40 | 3,600 | 3.25 | 11,700.00 |

| | TOTAL | $128,490.00 |
|---|---|---|

$ 130,290.00

Approved By

For NAGA.HANUMAN FISH PACKERS

Authorised Signatory

Date    02|06|2019

**Sivani International LLC**
1351 Oakbrook Drive, Suite#100
Norcross, GA  30093 US
404.474.8857
naga.midasala@sivanifoods.com
www.sivanifoods.com



SIVANI FOODS INC
a Sustainable Smart Sourcing Seafood Company

# Purchase Order

| VENDOR | SHIP TO | P.O. NO. | 1035 |
|---|---|---|---|
| Naga Hanuman Fish Packers | Honolulu, Hawai | DATE | 03/16/2019 |

**SHIP VIA**
2019NHFCT002S-1035

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **PDTOVMRW1620**<br>PND TAILON Vannamei Raw 16/20 | 8,000 | 4.95 | 39,600.00 |
| **PDTOVMRW2125**<br>PND TAILON Vannamei Raw 21/25 | 3,000 | 4.05 | 12,150.00 |
| **PDTOVMRW4150**<br>PND TAILON Vannamei Raw 41/50 | 2,000 | 3.30 | 6,600.00 |
| **EZPEELVMRW1620**<br>EZPEEL Vannamei Raw 16/20 | 16,000 | 4.75 | 76,000.00 |
| **EZPEELVMRW2125**<br>EZPEEL Vannamei Raw 21/25 | 3,000 | 3.90 | 11,700.00 |
| **EZPEELVMRW4150**<br>EZPEEL Vannamei Raw 41/50 | 2,000 | 3.20 | 6,400.00 |

TOTAL $152,450.00

Approved By _____

Date _____

**<u>Exhibit B</u>**



SIVANI INTERNATIONAL

1351 Oakbrook Dr, Ste#100, Norcross, GA - 30093

Naga Hanuman Fish Packers
Flat no S-3, Shree Balaji Residency
MVP Colony, Sector-9
Visakhapatnam-530017

Date: 23ʳᵈ Oct 2019
Atlanta, USA

Sir,

Sub: Confirmation of payment of outstanding amounts due to Naga hanuman Fish packers on the shipments of Frozen Vannamei shrimps received by Sivani International LLc and payment schedule Reg.,

This is to confirm that Sivani International LLC, 1351 Oakbrook Drive, Suite #100, Norcross, GA 30093 USA, has received the goods of 2 x 40 fcl of Raw Frozen Vannamei shrimps shipped by Naga Hanuman Fish Packers, Visakhapatnam under their Invoice no 261/NHN/U1/18-19 dated 29/03/2019 for value Usd 152450.00 and Invoice no 264/NHN/U1/18-19 dated 29/03/2019 for value Usd 129220.00 on payment terms by TT after FDA passage and DDP delivery.

Subsequently Sivani International LLC has paid an amount of Usd 1,00,000.00 to Naga Hanuman Fish packers as part payment against Invoice no 261/NHN/U1/18-19 and confirms the total amount still outstanding as on 23ʳᵈ Oct 2019 as Usd 196686.00 including incidental expenses incurred on change of destination, demurrages incurred and interest on delayed payment.

It is agreed on this day by and between Sivani International LLc and Naga Hanuman Fish Packers to settle the outstanding payment as per below schedule with no extra costs.

1. The first payment of Usd 50,000.00 to be paid by Sivani International LLc immediately before 25ᵗʰ October 2019 into the account of Naga Hanuman Fish Packers by wire transfer TT.
2. The second payment of Usd 50,000.00 to be made by Sivani International LLc into Naga Hanuman Fish Packers account by or before 10ᵗʰ November by 2019 by Cheque bearing no 917879 of Bank of America or by wire transfer TT
3. The third Payment of Usd 50,000.00 to be made by Sivani International LLc into Naga Hanuman Fish Packers account by or before 20ᵗʰ November 2019 by Cheque bearing no 917880 of Bank of America or by wire transfer TT
4. The last and final balance payment of Usd 46686.00 to be made by Sivani International LLc into Naga hanuman Fish Packers account by or before 30th November 2019 by cheque bearing no 917881 of Bank of America or by wire transfer TT

It is agreed by and both the parties in the event payments are received by wire transfer TT, respective cheque issued as security shall become null and void and the same shall be returned duly unused by Naga Hanuman Fish Packers to Sivani International LLc on demand.

Accepted and signed on 23ʳᵈ October 2019 at Atlanta, USA.

For Sivani International Inc

Naga.B. Midasala

For Naga Hanuman Fish Packer

U.V.Ramakrishna

**<u>Exhibit C</u>**

# COMMERCIAL INVOICE

| Exporter | | Invoice No. & Date | | Exporter's Reference |
|---|---|---|---|---|
| NAGA HANUMAN FISH PACKERS,<br>FLAT  S.3, SHREE BALAJI RESIDENCY  SECTOR - 9,<br>MVP COLONY,VISAKHAPATNAM-530017,ANDHRA PRADESH,INDIA<br>TEL: 91 891 2768061, FAX : 2768062<br>US FDA REGISTRATION NUMBER:10475156410 | | 261/NHN/U1/18-19 DT:29/03/2019 | | 2699000221 |

**Buyer's Order No. & Date**
PURCHASE ORDER NO:1035

**Other Reference(s)**
E.I.A  APPROVAL  NO:1856

| Importer Of Record | Notify |
|---|---|
| NAGA HANUMAN FISH PACKERS,<br>FLAT  S.3, SHREE BALAJI RESIDENCY  SECTOR - 9,<br>MVP COLONY, VISAKHAPATNAM - 530017<br>ANDHRA PRADESH, INDIA<br>TEL: 91 891 2768061 , FAX : 2768062<br>IMPORTER OF RECORD NO:182704-24877 | SIVANI INTERNATIONAL LLC<br>1351 OAKBROOK DRIVE,SUITE # 100<br>NORCROSS,GA 30093 US<br>404.474.8857<br>NAGA.MIDASALA@SIVANIFOODS.COM |

| Applicant | Also Notify |
|---|---|
| SIVANI INTERNATIONAL LLC<br>1351 OAKBROOK DRIVE,SUITE # 100<br>NORCROSS,GA 30093 US<br>404.474.8857<br>NAGA.MIDASALA@SIVANIFOODS.COM | WILLIAMS CLARKE COMPANY,CUSTOMS<br>BROKERS FREIGHT FORWARDERS,603 N FRIES<br>AVE P.O.BOX 785,WILMINGTON CA 90748<br>TEL:310-834-6458 |

| Pre-carriage by | Place of Receipt by Pre-carrier | Country of Origin of Goods | Country of Final Destination |
|---|---|---|---|
| | | INDIA | U.S.A |

| Vessel/Flight No. | Port of Loading |
|---|---|
| E.R.DENMARK V-006E | VISAKHAPATNAM,INDIA |

| Port of Discharge | Final Destination |
|---|---|
| HONOLULU,HAWAI,USA | HONOLULU,HAWAI,USA |

**Terms of Delivery and Payment**

PAYMENT BY T.T  AFTER FDA PASSAGE

| Marks & Nos./ No.& kind of packings. Description of Goods | SIZE | QUANTITY IN CARTONS | QUANTITY WEIGHT IN LBS | UNIT PRICE USD/LB DDP HONOLULU, HAWAI, USA | AMOUNT USD DDP HONOLULU, HAWAI, USA |
|---|---|---|---|---|---|
| 1X40 FCL OF FROZEN RAW PD TAIL ON VANNAMEI SHRIMPS IQF &<br>FROZEN RAW EASY PEEL VANNAMEI SHRIMPS IQF<br>(SCIENTIFIC NAME: LITOPENAEUS  VANNAMEI) | | | | | |
| PACKING: 10X1LBS & 10X2LBS NET WEIGHT PER CARTON<br>AND GROSS WEIGHT 10X1.3LBS & 10X2.4LBS | | | | | |
| BRAND: EARLY DAWN | | | | | |
| ITEM<br>FROZEN RAW PD TAIL ON VANNAMEI SHRIMPS IQF<br>(10 X 1 LBS, H.S.CODE NO:03061790, LITOPENAEUS  VANNAMEI) | 16/20<br>21/25<br>41/50 | 800<br>300<br>200 | 8,000.00<br>3,000.00<br>2,000.00 | 4.95<br>4.05<br>3.30 | 39,600.00<br>12,150.00<br>6,600.00 |
| | TOTAL | 1300 | 13,000.00 | | 58,350.00 |
| FROZEN RAW EASY PEEL VANNAMEI SHRIMPS IQF<br>(10 X 2 LBS, H.S.CODE NO:03061790, LITOPENAEUS  VANNAMEI) | 16/20 | 800 | 16,000.00 | 4.75 | 76,000.00 |
| | TOTAL | 800 | 16,000.00 | | 76,000.00 |
| FROZEN RAW EASY PEEL VANNAMEI SHRIMPS IQF<br>(10 X 1 LBS, H.S.CODE NO:03061790, LITOPENAEUS  VANNAMEI) | 21/25<br>41/50 | 300<br>200 | 3,000.00<br>2,000.00 | 3.90<br>3.20 | 11,700.00<br>6,400.00 |
| | TOTAL | 500 | 5,000.00 | | 18,100.00 |
| INVOICE VALUE IN $                                    152450.00<br>FREIGHT PREPAID $ ( - )                              6535.00<br>                                                    145915.00<br>ANTI DUMPING DUTY@1.35% ON F.O.B              1969.85<br>$145,915.00 X 1.35%                              143945.15<br>LESS:DELIVERY CHARGES@0.1%ON DDP VALUE      143.95 | | | | | |
| FOB VALUE $                                          143801.20 | G.TOTAL | 2600 | 34,000.00 | | 1,52,450.00 |
| | | | | G.TOTAL | 1,52,450.00 |

**Amount Chargeable (in words)**      (US DOLLARS ONE HUNDRED FIFTY TWO THOUSAND FOUR HUNDRED FIFTY ONLY)

TOTAL NET WEIGHT  IN LBS:34000.00 AND TOTAL GROSS WEIGHT IN LBS:42600.00
TRADE NAME:VANNAMEI      SCIENTIFIC NAME:LITOPENAEUS VANNAMEI
PRODUCT FORM:FROZEN RAW PD TAIL ON VANNAMEI SHRIMPS IQF & FROZEN RAW EASY PEEL VANNAMEI SHRIMPS IQF
PRODUCT SHIPPED UNDER THIS INVOICE HAS NOT BEEN REFUSED BY ANY OTHER COUNTRY
PACKERS NAME AND ADDREESS:NAGA HANUMAN FISH PACKERS
S.NO.71P &73P,PALAVALASA VILLAGE,ANANDAPURAM (MANDAL),VISAKHAPATNAM-530052,AP,INDIA
US FDA REGISTRATION NUMBER:10475156410
CONTAINER NUMBER:TCLU1391248 AND  SEAL NUMBER:INA049807 & ITEK00902517

**BANK DETAILS FOR TRANSFERRING AMOUNT USD BY T/T**
BENEFICIARY NAME:NAGA HANUMAN FISH PACKERS
BANK NAME :INDIAN OVERSEAS BANK, ACCOUNT NO:262502000099999 SWIFT CODE NO:IOBAINBBA67
BANK ADDRESS:D.NO:40-9-27,GROUND FLOOR, RING ROAD,NEAR BENZ CIRCLE,VIJAYAWADA-520 008,ANDHRA PRADESH,INDIA
INTERMEDIATORY BANK:CITY BANK N.A,399,PARK AVENUE,NEWYORK CITY,NY 10043,TELEX:347,TEL:1-212-5591000
FAX:1-212-2232681 ACCOUNT NUMBER :36050915 ROUTING NO:21000089 BIC/SWIFT-CITIUS33
CORRESPONDING BANK :INDIAN OVERSEAS BANK,CENTRAL OFFICE, CHENNAI-600 001,INDIA
CREDIT ACCOUNT NO:535528066753001 SWIFT CODE:IOBAINBB001

| Declaration:<br>We declare that this Invoice shows the actual price of the goods<br>described and that all particulars are true and correct. | Signature & Date<br><br>For Naga Hanuman Fish Packers<br><br><br>Authorised Signatory |
|---|---|

| Exporter | | | | Invoice No. & Date | | Exporter's Reference | |
|---|---|---|---|---|---|---|---|
| NAGA HANUMAN FISH PACKERS, | | | | 264/NHN/U1/18-19 DT:29/03/2019 | | 2699000221 | |

**Exporter**
NAGA HANUMAN FISH PACKERS,
FLAT S.3, SHREE BALAJI RESIDENCY SECTOR - 9,
MVP COLONY,VISAKHAPATNAM-530017,ANDHRA PRADESH,INDIA
TEL: 91 891 2768063, FAX : 2768062
US FDA REGISTRATION NUMBER:10475156410

**Invoice No. & Date:** 264/NHN/U1/18-19 DT:29/03/2019
**Exporter's Reference:** 2699000221
**Buyer's Order No. & Date:** PURCHASE ORDER NO:1034
**Other Reference(s)**
E.I.A APPROVAL NO:1856

**Importer Of Record**
NAGA HANUMAN FISH PACKERS,
FLAT S.3, SHREE BALAJI RESIDENCY SECTOR - 9,
MVP COLONY, VISAKHAPATNAM - 530017
ANDHRA PRADESH, INDIA
TEL: 91 891 2768063, FAX : 2768062
IMPORTER OF RECORD NO:182704-24877

**Notify**
SIVANI INTERNATIONAL LLC
1351 OAKBROOK DRIVE,SUITE # 100
NORCROSS,GA 30093 US
404.474.8857
NAGA.MIDASALA@SIVANIFOODS.COM

**Applicant**
SIVANI INTERNATIONAL LLC
1351 OAKBROOK DRIVE,SUITE # 100
NORCROSS,GA 30093 US
404.474.8857
NAGA.MIDASALA@SIVANIFOODS.COM

**Also Notify**
WILLIAMS CLARKE COMPANY,CUSTOMS
BROKERS FREIGHT FORWARDERS,603 N FRIES
AVE P.O.BOX 785,WILMINGTON CA 90748
TEL:310-834-6458

**Country of Origin of Goods:** INDIA
**Country of Final Destination:** U.S.A

**Pre-carriage by**
**Place of Receipt by Pre-carrier**
**Terms of Delivery and Payment**

**Vessel/Flight No.** ALS CLIVIA V-005W
**Port of Loading** VISAKHAPATNAM,INDIA

**Port of Discharge** SAVANNAH,GEORGIA,USA
**Final Destination** ATLANTA,GEORGIA,USA

PAYMENT BY T.T AFTER FDA PASSAGE

**Marks & Nos./ No & kind of**
**Container No. packings**
**Description of Goods**
1X40 FCL OF FROZEN RAW HOSO,HLSO,PD TAIL OFF,EASYPEEL &
PD TAIL ON VANNAMEI SHRIMPS IQF
(SCIENTIFIC NAME: LITOPENAEUS VANNAMEI)

PACKING: 10X4LBS,6X4LBS,5X2LBS,10X2LBS & 5X2LBS NET WEIGHT PER
CARTON AND GROSS WEIGHT10X4.3LBS,6X5LBS,5X2.6LBS,10X2.2LBS &
5X2.6LBS
BRAND: SIVANI

| Description | SIZE | QUANTITY IN CARTONS | QUANTITY WEIGHT IN LBS | UNIT PRICE USD/LB DDP ATLANTA, GEORGIA, USA | AMOUNT USD DDP ATLANTA, GEORGIA, USA |
|---|---|---|---|---|---|
| **ITEM** | | | | | |
| FROZEN RAW HOSO VANNAMEI SHRIMPS IQF | 20/30 | 10 | 400.00 | 4.00 | 1,600.00 |
| (10 X 4 LBS, H.S.CODE NO:03061790, LITOPENAEUS VANNAMEI) | 30/40 | 10 | 400.00 | 3.00 | 1,200.00 |
| | TOTAL | 20 | 800.00 | | 2,800.00 |
| FROZEN RAW HLSO VANNAMEI SHRIMPS IQF | 16/20 | 100 | 2,400.00 | 4.20 | 10,080.00 |
| (6 X 4 LBS, H.S.CODE NO:03061790, LITOPENAEUS VANNAMEI) | 21/25 | 100 | 2,400.00 | 3.50 | 8,400.00 |
| | TOTAL | 200 | 4,800.00 | | 18,480.00 |
| FROZEN RAW PD TAIL OFF VANNAMEI SHRIMPS IQF | 26/30 | 900 | 9,000.00 | 3.90 | 35,100.00 |
| (5 X 2 LBS, H.S.CODE NO:03061790, LITOPENAEUS VANNAMEI) | 31/40 | 740 | 7,400.00 | 3.45 | 25,530.00 |
| | 41/50 | 300 | 3,000.00 | 3.35 | 10,050.00 |
| | TOTAL | 1940 | 19,400.00 | | 70,680.00 |
| FROZEN RAW EASY PEEL VANNAMEI SHRIMPS IQF | 21/25 | 120 | 2,400.00 | 3.90 | 9,360.00 |
| (10 X 2 LBS, H.S.CODE NO:03061790, LITOPENAEUS VANNAMEI) | 26/30 | 100 | 2,000.00 | 3.60 | 7,200.00 |
| | 31/40 | 180 | 3,600.00 | 3.25 | 11,700.00 |
| | TOTAL | 400 | 8,000.00 | | 28,260.00 |
| FROZEN RAW PD TAIL ON VANNAMEI SHRIMPS IQF | 16/20 | 100 | 1,000.00 | 4.90 | 4,900.00 |
| (5 X 2 LBS, H.S.CODE NO:03061790, LITOPENAEUS VANNAMEI) | 21/25 | 100 | 1,000.00 | 4.10 | 4,100.00 |
| | TOTAL | 200 | 2,000.00 | | 9,000.00 |

| | | |
|---|---|---|
| INVOICE VALUE IN $ | 129220.00 | |
| FREIGHT PREPAID $ ( - ) | 4710.00 | |
| | 124510.00 | |
| ANTI DUMPING DUTY@1.35% ON F.O.B | 1680.89 | |
| $124,510.00 X 1.35% | 122829.12 | |
| LESS:DELIVERY CHARGES@0.1%ON DDP VALUE | 122.83 | **G.TOTAL** 2760 35,000.00 1,29,220.00 |
| FOB VALUE $ | 122706.29 | **G.TOTAL** 1,29,220.00 |

**Amount Chargeable (in words)** (US DOLLARS ONE HUNDRED TWENTY NINE THOUSAND TWO HUNDRED TWENTY ONLY)

TOTAL NET WEIGHT IN LBS:35000.00 AND TOTAL GROSS WEIGHT IN LBS:43480.00
TRADE NAME:VANNAMEI    SCIENTIFIC NAME:LITOPENAEUS VANNAMEI
PRODUCT FORM:FROZEN RAW HOSO,HLSO,PD TAIL OFF,EASYPEEL & PD TAIL ON VANNAMEI SHRIMPS IQF
PRODUCT SHIPPED UNDER THIS INVOICE HAS NOT BEEN REFUSED BY ANY OTHER COUNTRY
PACKERS NAME AND ADDREESS:NAGA HANUMAN FISH PACKERS
S.NO.71P &73P,PALAVALASA VILLAGE,ANANDAPURAM (MANDAL),VISAKHAPATNAM-530052,AP,INDIA
US FDA REGISTRATION NO:10475156410
CONTAINER NUMBER:MNBU3216996 AND SEAL NUMBER:ML-IN2008019 & ITEK00902511

**BANK DETAILS FOR TRANSFERRING AMOUNT USD BY T/T**
BENEFICIARY NAME:NAGA HANUMAN FISH PACKERS
BANK NAME :INDIAN OVERSEAS BANK, ACCOUNT NO:262502000099999 SWIFT CODE NO:IOBAINBBA67
BANK ADDRESS:D.NO:40-9-27,GROUND FLOOR, RING ROAD,NEAR BENZ CIRCLE,VIJAYAWADA-520 008,ANDHRA PRADESH,INDIA
INTERMEDIATORY BANK:CITY BANK N.A,399,PARK AVENUE,NEWYORK CITY,NY 10043,TELEX:347,TEL:1-212-5591000
FAX:1-212-2732601 ACCOUNT NUMBER :36050915 ROUTING NO:21000089 BIC/SWIFT-CITIUS33
CORRESPONDING BANK :INDIAN OVERSEAS BANK,CENTRAL OFFICE, CHENNAI-600 001,INDIA
CREDIT ACCOUNT NO:352800675301 SWIFT CODE:IOBAINBB001

**Signature & Date**
For Naga Hanuman Fish Packers

Authorised Signatory

**Declaration:**
We declare that this Invoice shows the actual price of the goods
described and that all particulars are true and correct.