IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NAGA HANUMAN FISH PACKERS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIVANI INTERNATIONAL LLC, and )<br>NAGA B. MIDASALA, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO. |

## AFFIDAVIT OF U.V. RAMAKRISHNA

I, U.V. Ramakrishna, duly affirm as follows:

1. I am over the age of 18.
2. I am the corporate representative for the Plaintiff, Naga Hanuman Fish Packers, in the above-mentioned case.
3. I have personal knowledge and understanding of the facts set forth herein.
4. I have reviewed the Complaint in this matter and swear that the facts stated in the document are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NOT.

_____
U.V. Ramakrishna

Affirmed before me
This 3rd day of May, 2023

_____
NOTARY PUBLIC

G. MOHAN BABU
ADVOCATE & NOTARY
58/8, M.V.P. COLONY
VISAKHAPATNAM-530017
CELL: 9440332932

Page 1 of 1





ATTESTED

NOTARY
VISAKHAPATNAM
ANDHRA PRADESH
INDIA
03/05/23