# EXHIBIT 1

ID# 2023-0039213-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**23102114**
Kellie Hill - 65
MAR 16, 2023 07:35 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE <u>SUPERIOR</u> COURT OF <u>COBB</u> COUNTY

STATE OF GEORGIA

| | |
|---|---|
| SHERRY LEVANTSEYVCH <br><br> Plaintiff, <br><br> v. <br><br> LIVE NATION WORLDWIDE, INC DEFENDANT JOHN DOE, & ABC CORP <br><br> Defendant. | CIVIL ACTION <br> FILE NO.: _____ |

**<u>JURY TRIAL DEMANDED</u>**

**<u>COMPLAINT FOR DAMAGES</u>**

COMES NOW Sherry Levantseyvch, Plaintiff, and makes and files this complaint against defendant Live Nation Worldwide, Inc., and defendant John Doe as follows:

:

**<u>PARTIES AND JURISDICTION</u>**

1.

Plaintiff Sherry Levantseyvch resides at 5297 Standish Dr., Troy MI 48085, and is subject to the jurisdiction of this court.

2.

Live Nation Worldwide, Inc (hereinafter defendant 1) is a foreign corporation existing under the laws of State of Georgia with its principal place of business in California and may be served through its registered agent Corporate Creations Network, Inc located at 2985 Gordy Parkway, 1st Floor, Marietta, Georgia 30066 and is subject to the jurisdiction of this court.

3.

Defendant John Doe,( hereinafter "Defendant 2" ) is an unidentified event employee who, at all times, relevant to this action, was acting within the scope of his or her employment with or under agency of Defendant 1. Defendant 2 oversaw the event and venue where Plaintiff sustained the injuries forming the basis of this action and whose acts and/or omissions contributed to Plaintiff's damages. Defendant 2 is subject to the jurisdiction and venue of this court. Service will be made upon said persons as their identities are made known through discovery.

Defendant ABC Corp ,( hereinafter "Defendant 3" ) is an unidentified company who at times relevant to this litigation owed a duty to the plaintiff which was breached and served as the actual and proximate cause of plaintiff's injuries.

4.

Jurisdiction and venue are proper in this court.

## **RENEWAL**

5.

The original suit related to this cause of action was filed on September 8, 2021, in Cobb County State Court.

6.

The original suit related to this cause of action was not void and was personally served on the defendant prior to the voluntary dismissal entered on September 16, 2022.  A copy of the original suit is attached hereto as Exhibit A.

7.

The above-styled case is not a renewal of a previous action that was dismissed on its merit, and the voluntary dismissal thereof does not serve as a bar to recommencing this complaint. A copy of voluntary dismissal is attached hereto as Exhibit B.

8.

The above- styled case is based upon substantially the same cause of action as the original suit.

9.

The above –styled case is eligible for renewal under O.C.G.A. §9-2-61.

## BACKGROUND

10.

On or about December 20, 2019, plaintiff was an invitee at Live Nation Atlanta located at 359 East Paces Ferry Rd. N.E #4, Atlanta, GA. 30305.

11.

Plaintiff slipped and fell on food that had fallen onto the floor and left unattended in front of a food station in a dimly lit room.

12.

There were no cones or other warnings in the area of the food station at the time of the fall.

13.

Defendant had exclusive ownership, possession and control over the event hall and food stations at all times relevant to this litigation.

14.

As a result of plaintiff's fall, she suffered cervical sprain, hip sprain, coccyx contusion, lower back and neck pain, contusion of lower back and pelvis, and sprain of ligaments of cervical spine.

15.

Plaintiff has incurred medical bills in excess of $82,251.53, including $6,825.00 from American Health Imaging, $2,484.00 from Northside Hospital Atlanta, $64,172.53 from Barbour Orthopaedics & Spine, and $8,770.00 from Dream Medical & Rehab Center.

## COUNT 1
## PREMISES LIABILITY AS TO LIVE NATION WORLDWIDE, INC

16.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 15 above as if fully restated.

17.

Plaintiff was an invitee on the premises at the time of the fall.

18.

Defendant 1 owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as plaintiff.

19.

Defendant 1 was negligent in failing to properly inspect the area where the fall occurred, in failing to remove the hazard from the floor, in failing to take adequate measures to protect invitees from substances on the floor and in failing to keep the premises safe for invitees.

20.

Defendant 1's negligence was the proximate cause of plaintiff's injuries.

## COUNT 2
## VICARIOUS LIABILITY AS TO LIVE NATION WORLDWIDE, INC

21.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 20 above as if fully restated.

22.

At all times relevant to this action, the individuals responsible for inspecting, cleaning and maintaining the area where plaintiff fell were employed by defendant and were acting within the scope of their employment.

23.

Defendant 1 is responsible for the conduct of these individuals under the doctrine of respondeat superior, agency or apparent agency.

## COUNT 3
## NEGLIGENT TRAINING & SUPERVISION AS TO LIVE NATION WORLDWIDE, INC

24.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 23 above as if fully restated.

25.

Defendant 1 was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning and maintenance were performed on the premises and in failing to train its employees concerning safety procedures for inspecting, cleaning and maintaining the premises.

26.

Defendant 1 was negligent in training and supervising its staff.

## COUNT 4
## NEGLIGENCE AS TO JOHN DOE

27.

Defendant 2 is an unidentified and unknown employees of either defendant 1 or Defendant 3.

28.

Defendant 2 breached a duty of reasonable care by failing to inspect the premises for the purposes of keeping them safe.

29.

Defendant 2's negligence was the actual and proximate cause of the plaintiff's damages.

## COUNT 5
## VICARIOUS LIABILITY AS TO DEFENDANT 3

30.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 23 above as if fully restated.

31.

At all times relevant to this action, the individuals responsible for inspecting, cleaning and maintaining the area where plaintiff fell were employed by defendant 3 and were acting within the scope of their employment.

32.

Defendant 1 is responsible for the conduct of these individuals under the doctrine of respondeat superior, agency or apparent agency.

33.

As a result of defendants' negligence in training and supervising its employees, plaintiff was injured on the premises.

WHEREFORE, plaintiff prays that he/she have a trial on all issues and judgment against defendant as follows:

(a)     That plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

(b)     That plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c)     That plaintiff recover such other and further relief as is just and proper;

(d)     That all issues be tried before a jury.

This 25th day of January 2023.

CHAMPION LAW GROUP, LLC

By:   /s/ Sean Campbell
**Sean R. Campbell**
Georgia Bar No. 903652
Attorney for Plaintiff

4514 Chamblee-Dunwoody Rd
Suite 335
Atlanta, GA 30338
Tel: 470.299.1371
Fax: 888.414.8084
Service Email: efile@clggeorgia.com
Correspondence Email: s.campbell@clggeorgia.com
T.470.299.1371
F:888.414.8084

# Exhibit A

# Exhibit B

ID# 2022-0120899-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**22102407**
Kellie Hill - 65
SEP 16, 2022 05:19 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE <u>SUPERIOR</u> COURT OF <u>COBB</u> COUNTY

STATE OF GEORGIA

| | |
|---|---|
| SHERRY LEVANTSEVYCH, <br><br> Plaintiff(s), <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. and DEFENDANT JOHN/JANE DOE, <br><br> Defendant(s). | CIVIL ACTION <br><br> FILE NO.: <u>22102407</u> |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Sherry Levantsevych, plaintiff in the above-styled action and hereby voluntarily dismisses his personal injury claim against the defendant Live Nation Entertainment and John Doe previously filed in this court as a matter of right pursuant to O.C.G.A. 9-11-41 without prejudice.

This <u>16</u><sup>th</sup> day of September, 2022.

Respectfully submitted,

Champion Law Group, LLC
**By:** /s/ *Sean Campbell*
**Sean R. Campbell**
Attorney for Plaintiff
Georgia Bar No: 903652

4514 Chamblee-Dunwoody Rd
Suite 335

Atlanta, GA 30338
Tel: 470.299.1371
Fax: 888.414.8084
Service Email: efile@clggeorgia.com
Correspondence Email: s.campbell@clggeorgia.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing VOLUNTARY DISMISSAL WITHOUT PREJUDICE along with the corresponding complaint has this day been served upon the defendant Live Nation Entertainment by placing copies of the same in the United States Certified Mail return receipt requested, in an envelope with adequate postage affixed thereon to ensure delivery, as follows:

> Maren Cave
> Swift, Currie, McGhee & Hiers, LLP
> 1355 Peachtree St NE
> Suite 300, The Peachtree
> Atlanta, GA 30309

This 16th day of September, 2022.

*Sean Campbell*
Sean R. Campbell, ESQ.

ID# 2023-0039214-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**23102114**
Kellie Hill - 65
MAR 16, 2023 07:35 PM

*Connie Taylor, Clerk of Superior Court*
*Cobb County, Georgia*

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  23102114

$214.00 COST PAID

Levantevych, Sherry

**PLAINTIFF**

**VS.**

Live Nation Worldwide Inc.

**DEFENDANT**

## SUMMONS

TO: LIVE NATION WORLDWIDE INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Sean R Campbell**
> **Champion Law Group**
> **4721 Chamblee-Dunwoody Rd.**
> **Building 100, Suite 150**
> **Atlanta, Georgia 30338**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 16th day of March, 2023.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1

**General Civil and Domestic Relations Case Filing Information Form**

☑ Superior or ☐ State Court of  Cobb  County

ID# 2023-0039215-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**23102114**
Kellie Hill - 65
MAR 16, 2023 07:35 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

| For Clerk Use Only | |
|---|---|
| Date Filed  03-16-2023  <br>MM-DD-YYYY | Case Number  23102114 |

**Plaintiff(s)**
Levantevych, Sherry
Last        First        Middle I.        Suffix        Prefix

**Defendant(s)**
Live Nation Worldwide Inc.
Last        First        Middle I.        Suffix        Prefix

Plaintiff's Attorney  Campbell, Sean R          Bar Number  903652          Self-Represented ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☑ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

22102407                       _____
Case Number                    Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

ID# 2023-0039216-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23102114**
Kellie Hill - 65
MAR 16, 2023 07:35 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER   **23102114**

**Levantevych, Sherry**
                Plaintiff

Vs.

**Live Nation Worldwide Inc. ;**
                Defendant

## TYPE OF ACTION

- ○ Divorce without Agreement Attached
- ○ Divorce with Agreement Attached
- ○ Domestic Relations
- ○ Damages Arising out of Contract
- ☒ Damages Arising out of Tort
- ○ Condemnation
- ○ Equity
- ○ Zoning – County Ordinance Violations (i.e., Injunctive Relief-Zoning)
- ○ Zoning Appeals (denovo)
- ○ Appeal, Including denovo appeal – excluding Zoning
- ○ URESA
- ○ Name Change
- ○ Other
- ○ Recusal
- ○ Adoption

## PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court (Whether pending simultaneously or not)?

- ○ NO
- ☒ YES – If yes, please fill out the following:

    1. Case # **22102407**

    2. Parties **Levantsevych v Live Nation**

    3. Assigned Judge **Hill**

    4. Is this case still pending?   ○ Yes   ☒ No

    5. Brief description of similarities:
       **Renewal Action**

/S/   **Campbell, Sean R**

Attorney or Party Filing Suit