# EXHIBIT 2

ID# 2023-0058758-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23102114**

Kellie Hill - 65
APR 26, 2023 01:33 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Sean Campbell SBN 903652<br>Champion Law Group<br>4721 Chamblee Dunwoody Road, Dunwoody, GA, USA Bldng 100 Suite 15<br>Atlanta GA 30338<br>ATTORNEY FOR     Plaintiff | TELEPHONE NUMBER<br>(470) 299-1371<br><br>Ref. No. or File No.<br>levantseyvch | FOR COURT USE ONLY |
|---|---|---|
| Superior Court of Cobb County<br>70 Haynes Street<br>Marietta, GA 30090 | | |
| SHORT TITLE OF CASE:<br>Levantseyvch, Sherry v. Live Nation Worldwide, LLC | | |
| INVOICE NO.<br>7373116 | DATE:        TIME:        DEP./DIV. | CASE NUMBER:<br>23102114 |

Affidavit of Service

I, Sergio Garcia, declare that on 4/6/2023 at the time of service I was at least 18 years of age, not a party to this action and reside in the State of California. I served the within:

Summons; Complaint;

And that on: 4/6/2023 at: 03:06 PM, I served said documents on:

Live Nation Worldwide, Inc.

By serving: Lora Baker
Title: Receptionist for Agent for Service

Gender: F   AGE: 35   Height: 5'7   Weight: 180   Race: white   Hair: black   Other: brown eyes

At: 5901 W Century Blvd,
    Los Angeles, CA 90045

Process Server: Sergio Garcia
  b. Address: 15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709

CONTINUED ON NEXT PAGE

Affidavit of Service

Billing Code: levantseyvch

| PLAINTIFF/PETITIONER: | Levantseyvch | CASE NUMBER: 23102114 |
|---|---|---|
| DEFENDANT/RESPONDENT: | Live Nation Worldwide, LLC | |

c. Telephone number: 909-664-9577
d. The fee for this service was: 170.00
e. I am:
(3) [X] a registered California process server:
    (i) [X] Independent Contractor
    (ii) Registration No.: 2021130336
    (iii) County: Los Angeles

State of California

County of _____

Subscribed and sworn (or affirmed) to before me this _____ day of _____, 2023, by

Sergio Garcia

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature ___See Attached CA Jurat___

4/20/2023
Sergio Garcia

**Affidavit of Service**

**Billing Code:** levantseyvch

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**      GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 ~~_____~~
2 ~~_____~~
3 ~~_____~~
4 ~~_____~~
5 ~~_____~~
6 ~~_____~~

Signature of Document Signer No. 1      Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of **Los Angeles**

Subscribed and sworn to (or affirmed) before me
on this **25th** day of **April**, 20**23**,
by     Date         Month         Year
(1) **Sergio Garcia**
(and 2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature **William Keith Washburn**
Signature of Notary Public

[Notary Seal: WILLIAM KEITH WASHBURN, Notary Public - California, Los Angeles County, Commission # 2316201, My Comm. Expires Dec 17, 2023]

Place Notary Seal and/or Stamp Above

——— OPTIONAL ———

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: **"Affidavit of Service"**
Document Date: **N/D**    Number of Pages: **2 pg**
Signer(s) Other Than Named Above: **N/A**

©2017 National Notary Association