**EXHIBIT 4**

ID# 2023-0062155-CV
**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23102114**
Kellie Hill - 65
**MAY 03, 2023 11:04 AM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SHERRY LEVANTSEYVCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 23102114 |
| LIVE NATION WORLDWIDE, INC, | ) | |
| DEFENDANT JOHN DOE, & ABC CORP, | ) | |
| | ) | |
| Defendant. | ) | |

### LIVE NATION WORLDWIDE, INC.'S DEMAND FOR JURY TRIAL

COMES NOW Defendant **Live Nation Worldwide, Inc.**, by and through undersigned counsel, and hereby demands a trial by a jury of twelve (12) persons for all issues properly triable by a jury.

Respectfully submitted this 3rd day of May, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

/s/  Jennifer L. Nichols
MAREN R. CAVE
Georgia State Bar No. 278448
JENNIFER L. NICHOLS
Georgia Bar No. 001294
*Counsel for Defendant Live Nation Worldwide, Inc.*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date filed the foregoing ***Live Nation Worldwide, Inc.'s***

***Demand for Jury Trial*** with the Clerk of Court via Odyssey, which will automatically send

notification of such filing to attorneys of record as follows:

Sean R. Campbell
Champion Law Group, LLC
4514 Chamblee-Dunwoody Road
Suite 335
Atlanta, GA 30338
efile@clggeorgia.com
*Attorney for Plaintiff*

This 3rd day of May, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/  Jennifer L. Nichols*
MAREN R. CAVE
Georgia State Bar No. 278448
JENNIFER L. NICHOLS
Georgia Bar No. 001294
*Counsel for Defendant Live Nation Worldwide, Inc.*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

4862-4154-3258, v. 1