**EXHIBIT 5**

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SHERRY LEVANTSEYVCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 23102114 |
| LIVE NATION WORLDWIDE, INC, | ) | |
| DEFENDANT JOHN DOE, & ABC CORP | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

NOTICE IS HEREBY GIVEN that **Live Nation Worldwide, Inc.,** named Defendant in the above-captioned action, by and through the undersigned counsel, has on this date e-filed its *Notice of Removal* in the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. A true and correct copy of the *Notice of Removal* is attached hereto as Exhibit "A." By virtue of law, the aforesaid case is now removed and further proceedings in the Superior Court of Cobb County, Georgia are stayed.

Respectfully submitted this 4th day of May, 2023.

                                                **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                                */s/ Jennifer L. Nichols*
                                                MAREN R. CAVE
                                                Georgia State Bar No. 278448
                                                JENNIFER L. NICHOLS
                                                Georgia Bar No. 001294
                                                *Counsel for Defendant Live Nation*
                                                *Worldwide, Inc.*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing *Notice of Filing Notice of Removal to Federal Court* via the Court's electronic filing system, which will automatically send notification of such filing to the following counsel of record as follows:

Sean R. Campbell
Champion Law Group, LLC
4514 Chamblee-Dunwoody Road
Suite 335
Atlanta, GA 30338
efile@clggeorgia.com
*Attorney for Plaintiff*

This 4th day of May, 2023.

                                            **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                            */s/ Jennifer L. Nichols*
                                            MAREN R. CAVE
                                            Georgia State Bar No. 278448
                                            JENNIFER L. NICHOLS
                                            Georgia Bar No. 001294
                                            *Counsel for Defendant Live Nation*
                                            *Worldwide, Inc.*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

4893-9508-8993, v. 1