# EXHIBIT A

Control Number : K535798

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

## CERTIFICATE OF AMENDMENT
### NAME CHANGE

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

### ATLANTA HARM REDUCTION COALITION, INC.
**a Domestic Nonprofit Corporation**

has filed articles/certificate of amendment in the Office of the Secretary of State on 08/18/2022 changing its name to

### Georgia Harm Reduction Coalition, Inc.
**a Domestic Nonprofit Corporation**

and has paid the required fees as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said articles/ certificate of amendment.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on 08/24/2022.



Brad Raffensperger
Secretary of State

**ARTICLES OF AMENDMENT**

*Electronically Filed*
Secretary of State
Filing Date: 8/18/2022 3:03:20 PM

### Article 1

| | |
|---|---|
| Business Name | : ATLANTA HARM REDUCTION COALITION, INC. |
| Control Number | : K535798 |

### Article 2

The entity hereby adopts an amendment to change its name to the following new business name:

| | |
|---|---|
| New Business Name | : Georgia Harm Reduction Coalition, Inc. |
| Effective Date | : 08/18/2022 |

### Article 3

The date of the adoption of the amendment was: 08/18/2022

### Article 3

The amendment was duly adopted by the following method :
The amendment was adopted by a sufficient vote of the members of the Corporation.

### Article 4

The date of the adoption of the amendment was: 08/18/2022

### Article 5

The undersigned does herby certify that a request for publication of a notice of the filing of articles of amendment to change the corporation's name along with the publication fee of $40.00 has been forwarded to the legal organ of the county of the registered office as requested by O.C.G.A 14-3-1005.1.

### Authorizer Information

**Authorizer Signature :**  William T. Parker          **Authorizer Title :**  Officer