# EXHIBIT C

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANGELA M. GONZALEZ-HASSAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| ) | 23-A-01760-3 |
| v. ) | |
| ) | |
| ATLANTA HARM REDUCTION ) | |
| COALITION, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

COMES NOW Defendant Atlanta Harm Reduction Coalition Inc., by and through its undersigned counsel and pursuant to 28 U.S.C. § 1446(d), and hereby gives notice that it is removing this action from the Superior Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia – Atlanta Division. Attached as **Exhibit 1** is a Notice of Removal, without attachments, filed in the Northern District of Georgia on May 5, 2023.

Respectfully submitted this 4th day of May, 2023.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ Jordana K. Oppenheim*
David E. Gevertz, Esq.
GA Bar No. 292430
Jordana K. Oppenheim, Esq.
GA Bar No. 825750
Monarch Plaza, Suite 1500
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326-1164
Phone:  404-443-6702
Facsimile: 678-406-8810
dgevertz@bakerdonelson.com
joppenheim@bakerdonelson.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed a copy of the foregoing *Notice of Filing of Notice of Removal* with the Clerk of Court using the Court's ECF system which will automatically send notification to all counsel of record.

Additionally, I certify that on this date I served a copy of the foregoing *Notice of Filing of Notice of Removal* via electronic mail and First-Class U.S. Mail, postage prepaid, addressed as follows:

Angela M. Gonzalez-Hassan
2620 N. Berkeley Lake Rd.
Apt. 418
Duluth, Georgia 30096
angee.gonzalez@yahoo.com

Respectfully submitted this 4th day of May 2023.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

 */s/ Jordana K. Oppenheim*
Jordana K. Oppenheim, Esq.
GA Bar No. 825750
joppenheim@bakerdonelson.com

*Counsel for Defendant*