# **EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELA M. GONZALEZ-HASSAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO.: _____ |
| ) | |
| ATLANTA HARM REDUCTION ) | |
| COALITION, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF REMOVAL TO PLAINTIFF

To:   Angela M. Gonzalez-Hassan
2620 N. Berkeley Lake Rd.
Apt. 418
Duluth, Georgia 30096
angee.gonzalez@yahoo.com

Notice is hereby given that Defendant Atlanta Harm Reduction Coalition ("Defendant")[1] has this day filed in the United States District Court for the Northern District of Georgia – Atlanta Division, a Notice of Removal of this case from the Superior Court of Gwinnett County, Georgia to said District Court and has attached

---

[1] On August 18, 2022, Atlanta Harm Reduction Coalition became Georgia Harm Reduction Coalition, Inc. *See* Georgia Secretary of State Record, attached to Defendant's Notice of Removal as Exhibit A. Thus, Defendant's proper name is Georgia Harm Reduction Coalition, Inc.

to said Notice of Removal a copy of all pleadings filed in this action to date and served upon Defendant. Attached to and included with this Notice are:

1. A copy of Defendant's Notice of Removal attached as **Exhibit 1** and served herewith.

Respectfully submitted this 4th day of May 2023.

> **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
>
> /s/ *Jordana K. Oppenheim*
> David E. Gevertz, Esq.
> GA Bar No. 292430
> Jordana K. Oppenheim, Esq.
> GA Bar No. 825750
> Monarch Plaza, Suite 1500
> 3414 Peachtree Road, N.E.
> Atlanta, Georgia 30326-1164
> Phone:  404-443-6702
> Facsimile: 678-406-8810
> dgevertz@bakerdonelson.com
> joppenheim@bakerdonelson.com
>
> *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing *Defendant's Notice of Removal to Plaintiff* via electronic mail and First-Class U.S. Mail, postage prepaid, addressed as follows:

Angela M. Gonzalez-Hassan
2620 N. Berkeley Lake Rd. NW
Apt. 418
Duluth, Georgia 30096
angee.gonzalez@yahoo.com

Respectfully submitted this 4th day of May 2023.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ Jordana K. Oppenheim*
Jordana K. Oppenheim, Esq.
GA Bar No. 825750
joppenheim@bakerdonelson.com

*Counsel for Defendant*