IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELA M. GONZALEZ-HASSAN, ) ) Plaintiff, ) ) v. ) ) ATLANTA HARM REDUCTION ) COALITION, INC., ) ) Defendant. ) | CIVIL ACTION FILE NO.: _____ |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Atlanta Harm Reduction Coalition, Inc. ("AHRC" or "Defendant")[1], pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, and makes the following disclosure of corporate ownership and other interested persons:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and

---

[1] On August 18, 2022, Atlanta Harm Reduction Coalition became Georgia Harm Reduction Coalition, Inc. *See* Georgia Secretary of State Record, attached as Exhibit A to Defendant's Notice of Removal. Thus, Defendant's proper name is Georgia Harm Reduction Coalition, Inc.

1

any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiff**:  Angela M. Gonzalez-Hassan

**Defendant**:  Atlanta Harm Reduction Coalition, Inc. is a nonprofit corporation.  AHRC has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**None known at this time.**

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Attorneys for Defendant**:

David E. Gevertz
Jordana K. Oppenheim
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
3414 Peachtree Rd. NE, Ste 1500
Atlanta, Georgia 30326

(4) The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Plaintiff is a citizen of Georgia.**

**Defendant is a citizen of Georgia.**

*Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." *McCormick v. Aderholt*, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting *Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974)).

"[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004) (citing Carden v. Arkoma Assocs., 494 U.S. 185, 195-196 (1990)).

A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP*, 374 F.3d at 1022.

A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. *Alliant Tax Credit 31, Inc. v. Murphy*, 924 F.3d 1134, 1143 (11th Cir. 2019).

Respectfully submitted this 4th day of May 2023.

        **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

        */s/ Jordana K. Oppenheim*
        David E. Gevertz, Esq.
        GA Bar No. 292430
        Jordana K. Oppenheim, Esq.
        GA Bar No. 825750
        Monarch Plaza, Suite 1500
        3414 Peachtree Road, N.E.
        Atlanta, Georgia 30326-1164
        Phone:  404-443-6702
        Facsimile: 678-406-8810
        dgevertz@bakerdonelson.com
        joppenheim@bakerdonelson.com

        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed a copy of the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of Court using the Court's ECF system which will automatically send notification to all counsel of record.

Additionally, I certify that on this date I served a copy of the foregoing *Notice of Removal* via electronic mail and First-Class U.S. Mail, postage prepaid, addressed as follows:

> Angela M. Gonzalez-Hassan
> 2620 N. Berkeley Lake Rd. NW
> Apt 418
> Duluth, Georgia 30096
> angee.gonzalez@yahoo.com

Respectfully submitted this 4th day of May 2023.

> **BAKER, DONELSON, BEARMAN,**
> **CALDWELL & BERKOWITZ, P.C.**
>
> */s/ Jordana K. Oppenheim*
> Jordana K. Oppenheim, Esq.
> GA Bar No. 825750
> joppenheim@bakerdonelson.com
>
> *Counsel for Defendant*