# EXHIBIT B



February 12, 2021

**Via Federal Express**
**Tracking No.: 772892195920**

Kevin Moreland
Moreland Holding Company, Inc.
d.b.a. Sugar Hill Collision
1090 N. Old Cumming Road
Sugar Hill, GA  30518

**Re:    Requirements Agreement dated July 1, 2017 between BASF Corporation ("BASF")**
**and Moreland Holding Company, Inc. d.b.a. Sugar Hill Collision ("Sugar Hill")**

Dear Mr. Moreland:

This letter serves as a demand for repayment of amounts owed to BASF Corporation ("BASF") of $188,460.00 as a result of  Moreland Holding Company, Inc. d.b.a. Sugar Hill Collision's (**"**Sugar Hill")  unilateral termination of the Requirements Agreement dated July 1, 2017, and Sugar Hill's failure to honor its contractual obligations to BASF pursuant to the terms of the above-referenced Agreement. Specifically, since the breach of the Requirements Agreement,  Sugar Hill is in default of its obligation to: (1) purchase BASF Refinish Products as 100% of its requirements for Refinish Products; 2) purchase a minimum of $1,350,000.00 of BASF Refinish Products;  3) repay the Contract Fulfillment Consideration of $188,4601.00.

In the event that Sugar Hill fails to repay the amount owed, within ten (10) days of the date of receipt of this letter, BASF will refer this matter to litigation and will seek all damages to which BASF is entitled, for payment of the $188,460.00 and lost profits, resulting from Sugar Hill's breach of the Requirements Agreement.

If you are represented by an attorney, please have him/her contact me. If you are not represented by an attorney and interested in resolving this matter amicably, please:

1.   Contact me directly at  telephone No. 973-479-3379; or

**BASF Corporation**
100 Park Avenue
Florham Park, NJ  07932
Tel: (800) 526-1072
www.basf.com/usa

Internal



2.  Remit payment in full by certified bank check to BASF Corporation, mailed to the attention of:

> **Mr. Randy Tucker**
> **Distribution Programs Coordinator**
> **BASF Corporation**
> **26701 Telegraph Road**
> **Southfield, MI 48033**

Very truly yours

Michaela O'Brien
Assistant General Counsel

/mo'b
cc:    Javier Mercado
       Janice Johnson
       Randy Tucker

**BASF Corporation**
100 Park Avenue
Florham Park, NJ  07932
Tel: (800) 526-1072
www.basf.com/usa

Internal