IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NORMA J. SHEPPERD**, <br><br> Plaintiff, <br><br> v. <br><br> **DOLLAR TREE STORES, INC.** and **PEPSICO, INC.**, <br><br> Defendants. | **CIVIL ACTION FILE NO.** <br><br> _____ |

## NOTICE OF REMOVAL

Defendant PepsiCo, Inc. ("PepsiCo" or "this Defendant") submits this Notice of Removal of the action referenced herein from the State Court of DeKalb County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, respectfully showing as follows:

1.

PepsiCo is a named defendant in a civil action brought in the State Court of DeKalb County, Georgia, styled *Norma J. Shepperd v. Dollar Tree Stores, Inc. and PepsiCo, Inc.*, Civil Action File no. 23A01387.

Attached hereto and made a part hereof as Exhibits are:

- Exhibit 1: Complaint for Personal Injury filed by Plaintiff in the State Court of DeKalb County on March 30, 2023;

- Exhibit 2:  Summons issued by the Clerk of the State Court of DeKalb County as to Dollar Tree Stores, Inc. on March 30, 2023;
- Exhibit 3:  Summons issued by the Clerk of the State Court of DeKalb County as to PepsiCo, Inc. on March 30, 2023;
- Exhibit 4:  Affidavit of Service as to Dollar Tree Stores, Inc. filed in the State Court of DeKalb County on April 11, 2023;
- Exhibit 5:  Affidavit of Service as to PepsiCo, Inc. filed in the State Court of DeKalb County on April 11, 2023; and
- Exhibit 6:  Defenses and Answer of Dollar Tree Stores, Inc. filed in the State Court of DeKalb County on April 17, 2023.

The attached Exhibits 1 through 6 are copies of all process, pleadings, and orders served on Defendant in the action pending in the State Court of DeKalb County, Georgia.

2.

The aforementioned action was commenced by the filing of Plaintiff's complaint in the State Court of DeKalb County, Georgia on March 30, 2023.

3.

This Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the Plaintiff and

the Defendants, and the amount in controversy exceeds $75,000.00, excluding interest and costs.

4.

Pursuant to 28 U.S.C. § 1446(b)(1) and FED. R. CIV. P. 6(a), this Notice of Removal is filed within 30 days after receipt by PepsiCo, through service or otherwise, of a copy of a pleading, amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

5.

This case is a controversy between a resident and citizen of the state of Georgia (Plaintiff) and defendants who are not citizens or residents of Georgia.

6.

On information and belief, Plaintiff is a citizen and resident of the state of Georgia.

7.

On information and belief, Defendant Dollar Tree Stores, Inc. is a corporation organized under the laws of Virginia with its principal office located in Virginia. (Complaint, Doc. 1-1, ¶ 1.)

8.

PepsiCo is a corporation organized under the laws of North Carolina with its principal office located in New York.

9.

In her Complaint, Plaintiff alleges that she "suffered serious personal and medical injuries, including but not limited to electrical injury to her right hand and arm" and that she "incurred significant medical expenses" for which she seeks recovery. Plaintiff also states that she is seeking damages "in an amount in excess of $250,000. against the defendants." (Doc. 1-1 at 1-2.) Thus, although PepsiCo denies Plaintiff is entitled to such recovery, the minimum required amount in controversy for removal to this Court is met.

10.

The amount in controversy exceeds $75,000.00, excluding interest and costs, and this is a civil action brought in a State Court of the State of Georgia, of which the United States District Courts have original jurisdiction because of diversity of citizenship and the amount in controversy pursuant to 28 U.S.C. § 1332.

11.

All Defendants consent to the removal of this action to the United States District Court for the Northern District of Georgia, Atlanta Division.

12.

Based on the complete diversity that exists between the parties and the amount in controversy, the pending action is one which PepsiCo is entitled to remove to this Court pursuant to 28 U.S.C. §§ 1332, 1446(b).

WHEREFORE, Defendant PepsiCo, Inc. prays this Notice of Removal be filed, that said action be removed to and proceed in this Court, and no further proceedings be had in the said case in the State Court of DeKalb County, Georgia.

Respectfully submitted this 4th day of May, 2023.

**HAWKINS PARNELL & YOUNG, LLP**

/s/ *Martin A. Levinson*

Martin A. Levinson
Georgia Bar No. 141791
Elliott C. Ream
Georgia Bar No. 528281
*Counsel for Defendant PepsiCo, Inc.*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(855) 889-4588 (fax)
mlevinson@hpylaw.com
eream@hpylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NORMA J. SHEPPERD**, <br><br> Plaintiff, <br><br> v. <br><br> **DOLLAR TREE STORES, INC.** and **PEPSICO, INC.**, <br><br> Defendants. | **CIVIL ACTION FILE NO.** <br><br> _____ |

**STATE OF GEORGIA**
**COUNTY OF FULTON**

PERSONALLY APPEARED before me, the undersigned officer of said State and County, duly authorized to administer oaths, Martin A. Levinson, who being first duly sworn, deposes and says on oath that he is attorney for PepsiCo, Inc. in the above-captioned suit, and that the contents and the statements and allegations contained in the within and foregoing Notice of Removal are true to the best of his knowledge and belief.

This 4th day of May, 2023.

_____
Martin A. Levinson
Georgia Bar No. 141791

Sworn to and subscribed to before me

This \_\_\_\_\_ day of March, 2023.

_____
Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NORMA J. SHEPPERD**, <br><br>     Plaintiff, <br><br> v. <br><br> **DOLLAR TREE STORES, INC.** and **PEPSICO, INC.**, <br><br>     Defendants. | **CIVIL ACTION FILE NO.** <br><br> _____ |

### AFFIDAVIT OF FILING OF NOTICE OF REMOVAL IN STATE COURT OF DEKALB COUNTY

**STATE OF GEORGIA**
**FULTON COUNTY**

PERSONALLY APPEARED before me, the undersigned officer duly authorized by law to administer oaths, Martin A. Levinson, who being first duly sworn, on oath deposes and says he is attorney for PepsiCo, Inc. in this case and that as such attorney, he has filed a copy of the Notice of Removal with the Clerk of the State Court of DeKalb County.

This 4th day of May, 2023.

                                                    _____
                                                    Martin A. Levinson
                                                    Georgia Bar No. 141791

Sworn to and subscribed to before me
This _____ day of March, 2023.

_____
Notary Public

Affidavit of Filing Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**NORMA J. SHEPPERD**,

    Plaintiff,

v.

**DOLLAR TREE STORES, INC.**
and **PEPSICO, INC.**,

    Defendants.

CIVIL ACTION FILE NO.

_____

**NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT**

TO:   Ronald I. Kaplan, MD, Esq.
       Law Office of Ronald I Kaplan, MD, LLC
       333 Sandy Springs Cir., Suite 200
       Atlanta GA 30328

       David A. Citrin, Esq.
       David A. Citrin, P.C.
       400 Galleria Pkwy., Suite 1500
       Atlanta, GA 30339

    YOU ARE HEREBY notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of *Norma J. Shepperd v. Dollar Tree Stores, Inc. and PepsiCo, Inc.*, Civil Action File no. 23A1387, State Court of DeKalb County, in accordance with the provisions of Section 1446, Title 28 of the United States Code.

A copy of the Notice of Removal is attached.

This 4th day of May, 2023.

                              **HAWKINS PARNELL & YOUNG, LLP**

                              /s/ *Martin A. Levinson*

                              Martin A. Levinson
                              Georgia Bar No. 141791
                              *Counsel for Defendant PepsiCo, Inc.*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(855) 889-4588 (fax)
mlevinson@hpylaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**NORMA J. SHEPPERD**,

    Plaintiff,

v.

**DOLLAR TREE STORES, INC.** and **PEPSICO, INC.**,

    Defendants.

**CIVIL ACTION FILE NO.**

_____

## CERTIFICATE OF SERVICE

I have served counsel for Plaintiff in this case with the foregoing *Notice to Plaintiff of Removal to Federal Court* and *Notice of Removal (with Exhibits 1 through 6, Attorney's Affidavit, Affidavit of Filing in State Court of DeKalb County, and Notice of Filing)* by placing copies in the U.S. Mail in envelope with sufficient postage to ensure delivery, addressed as follows:

    Ronald I. Kaplan, MD, Esq.
    Law Office of Ronald I Kaplan, MD, LLC
    333 Sandy Springs Cir., Suite 200
    Atlanta GA 30328

David A. Citrin, Esq.
David A. Citrin, P.C.
400 Galleria Pkwy., Suite 1500
Atlanta, GA 30339

This 4th day of May, 2023.

                              **HAWKINS PARNELL & YOUNG, LLP**

                              /s/ *Martin A. Levinson*
                              Martin A. Levinson
                              Georgia Bar No. 141791
                              *Counsel for Defendant PepsiCo, Inc.*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(855) 889-4588 (fax)
mlevinson@hpylaw.com