IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

NORMA J. SHEPPERD

   *Plaintiff*

vs.

DOLLAR TREE STORES, INC and
PEPSICO, INC

   *Defendants*

CIVIL ACTION FILE NO. 23A01387

## COMPLAINT FOR PERSONAL INJURY

**COMES NOW** Plaintiff, Norma J. Shepperd, Individually, and shows the Court the following facts:

1.

Defendant Dollar Tree Stores Inc. is a Foreign Profit Corporation with its principal address being 500 Volvo Parkway, Chesapeake, VA, 23320.

2.

Defendant Dollar Tree Stores Inc may be served by serving its Registered Agent, Corporation Service Company, located at 2 Sun Court, Suite 400, Peachtree Corners, GA, 30092.

3.

Based on the foregoing, this court has jurisdiction to hear this case.

4.

Defendant PepsiCo, Inc. is a Foreign Profit Corporation with its principal address being 700 Anderson Hill Road, Purchase, NY, 10577

5.

Defendant PepsiCo, Inc. may be served by serving its Registered Agent, CT Corporation System located at 289 S Culver St, Lawrenceville, GA, 30046-4805

6.

Based on the foregoing, this court has jurisdiction to hear this case.

7.

On April 14, 2021, Plaintiff was shopping at the Dollar Tree Store located at 1326 Moreland Ave. SE, DeKalb County, Atlanta, GA 30316: This Court is a proper venue to hear this case

8.

Before Plaintiff checked out of the store, she reached into the PepsiCo refrigerator to purchase a cold beverage.

9.

Immediately upon placing her hand into the refrigerator, Plaintiff received an electric shock causing an acute electrical injury to her right hand.

10.

Defendants were negligent in failing to maintain the safety of the refrigerator.

11.

As a result of Defendant's negligence, Plaintiff suffered serious personal and medical injuries, including but not limited to electrical injury to her right hand and arm.

12.

Plaintiff has incurred significant medical expenses as a result of Defendant's negligence.

**WHEREFORE**, Plaintiff prays for the issuance and service of process as provided by law, trial by a jury of twelve, and that he/she recovers damages for pain and suffering, medical expenses past and future, and such other damages that are just and proper in an amount in excess of $250,000. against the defendants.

Respectfully submitted this 30th day of March  2023.

/s/ Ronald I Kaplan, MD
Ronald I. Kaplan
State Bar No. 407307
Law office of Ronald I Kaplan, MD, LLC
333 Sandy Springs Circle, Suite 200
Atlanta, Georgia 30328
404-845-0012
rik@kaplanlegal.com

David A. Citrin
David A. Citrin, P.C
State Bar No. 126225
400 Galleria Parkway, Suite 1500
Atlanta, GA 30339
770 -218-6678
citrins@aol.com

*Attorneys for Plaintiff*

STATE COURT OF
DEKALB COUNTY, GA.
3/30/2023 4:47 PM
E-FILED
BY: Monica Gay

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __DEKALB_____ County

**For Clerk Use Only**

Date Filed __3/30/2023_____
MM-DD-YYYY

Case Number __23A01387_____

**Plaintiff(s)**
Shepperd, Norma Jean
Last          First          Middle I.   Suffix   Prefix

Last          First          Middle I.   Suffix   Prefix

Last          First          Middle I.   Suffix   Prefix

Last          First          Middle I.   Suffix   Prefix

**Defendant(s)**
Dollar Tree Stores Inc
Last          First          Middle I.   Suffix   Prefix
PepsiCo, Inc
Last          First          Middle I.   Suffix   Prefix

Last          First          Middle I.   Suffix   Prefix

Last          First          Middle I.   Suffix   Prefix

**Plaintiff's Attorney** __Ronald I Kaplan_____   **Bar Number** _____   Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____  _____
Case Number           Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

STATE COURT OF
DEKALB COUNTY, GA.
3/30/2023 4:47 PM
E-FILED
BY: Monica Gay

Version 1.1.18