No. 23A01387

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**Date Summons Issued and E-Filed**

3/30/2023

/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

**SUMMONS**

Norma Jean Shepperd
_____
Plaintiff's name and address

**vs.**

[x] **JURY**

Dollar Tree Stores Inc
_____
Registered Agent, Corporation Service Company
_____
Defendant's name and address
2 Sun Court, Suite 400, Peachtree Corners, GA, 30092.

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Name: Ronald I Kaplan, MD

Address: Law office of Ronald I Kaplan, MD, LLC
333 Sandy Springs Circle, Suite 200 Atlanta, Georgia 30328

Phone Number: 404-845-0012          Georgia Bar No. 407307

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

Defendant's Attorney _____   Third Party Attorney _____
Address _____                  Address _____
Phone No. _____  Georgia Bar No. _____   Phone No. _____  Georgia Bar No. _____

**TYPE OF SUIT**

[x] Personal Injury  ☐ Products Liability
☐ Contract  ☐ Medical Malpractice
☐ Legal Malpractice  ☐ Product Liability
☐ Other

Principal $ _____

Interest $ _____

Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
[x] **(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

E-file summons1-2016

STATE COURT OF
DEKALB COUNTY, GA.
3/30/2023 4:47 PM
E-FILED
BY: Monica Gay