23A01387

No. _____

**Date Summons Issued and E-Filed**

3/30/2023

/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

_____
Norma Jean Shepperd
_____
Plaintiff's name and address

vs.

PepsiCo, Inc

Registered Agent  CT Corporation System

289 S Culver St, Lawrenceville, GA, 30046-4805

Defendant's name and address

[x] **JURY**

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Name  Ronald I Kaplan, MD

Address  Law office of Ronald I Kaplan, MD, LLC
333 Sandy Springs Circle, Suite 200 Atlanta, Georgia 30328

Phone Number 404-845-0012          Georgia Bar No. 407307

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

Defendant's Attorney _____
Address _____
Phone No. _____ Georgia Bar No. _____

Third Party Attorney _____
Address _____
Phone No. _____ Georgia Bar No. _____

**TYPE OF SUIT**

[x] Personal Injury  ☐ Products Liability
☐ Contract  ☐ Medical Malpractice
☐ Legal Malpractice  ☐ Product Liability
☐ Other

Principal $ _____

Interest $ _____

Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
[x] (Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

E-file summons1-2016

STATE COURT OF
DEKALB COUNTY, GA.
3/30/2023 4:47 PM
E-FILED
BY: Monica Gay