# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 23A01387 | In The State Court of Dekalb County | Dekalb County, GA | 8646306 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Norma J. Shepperd | Dollar TreeStores, Inc. c/o Corporartion Service Company and Pepsico, Inc c/o CT Corporation System |

| Received by: | For: |
|---|---|
| Sly Fox Process Service, LLC | The Law Offices of Ronald I. Kaplan, MD, LLC |

| To be served upon: |
|---|
| Dollar TreeStores, Inc. c/o Corporartion Service Company |

PERSONALLY, APPEARED before me, the undersigned officer of the State of Georgia authorized to administer oaths, Gene Andrews, who upon being duly sworn and under oath, stated the following upon personal knowledge: I am over the age of eighteen (18) years, a native-born citizen of the United States of America, not a convicted felon, not related to any of the above stated party, have no interest in the above styled case, and that within the boundaries of the State of Georgia where service was attempted or effected, I was authorized by law to make service of the documents.

**Recipient Name / Address:** Dollar TreeStores, Inc. c/o Corporartion Service Company, 2 SUN CT, PEACHTREE CORNERS, GA 30092
**Manner of Service:** Registered Agent, Apr 7, 2023, 2:22 pm EDT
**Documents:** Summons, Complaint, Case Filling Information

**Additional Comments:**
1) Successful Attempt: Apr 7, 2023, 2:22 pm EDT at 2 SUN CT, PEACHTREE CORNERS, GA 30092 received by Dollar TreeStores, Inc. c/o Corporartion Service Company.
Alisha Smith accepted the service documents at the Registered Agent's office.

_____  4-10-23
Gene Andrews              Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
04-10-23
Date                Commission Expires 12-20-24

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

RE:  Permanent Process Servers

**STANDING ORDER**

Pursuant to O.C.G.A. § 9-11-4 (e), this Court provides herein that any person who has completed the application process for appointment as a permanent process server in the Superior Court of DeKalb County in 2023, and has been appointed as a permanent process server in said Court for 2023 shall be deemed to be appointed as a permanent process server in the State Court of DeKalb County. Permanent process servers wishing to rely upon this order shall be required to attach a copy of their Superior Court order of appointment to any affidavit of service that is required to be filed with the Court. All appointments arising pursuant to this order shall be effective until midnight, December 31, 2023.

SO ORDERED, this __13__ day of December 2022.

_____
Wayne M. Purdom, Chief Judge

FILED IN THIS OFFICE
THIS __ DAY OF Dec. 2022
_____
Clerk, State Court, DeKalb County

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

IN RE:

MOTION FOR APPOINTMENT AS  : CIVIL ACTION FILE NUMBER:
PERMANENT PROCESS SERVER   :
                           :
                           :

PURSUANT TO O.C.G.A. §9-11-4(c)

### ORDER APPOINTING PERMANENT PROCESS SERVER FOR CALENDAR YEAR 2023

The foregoing motion having been read and considered; it is HEREBY ORDERED that the following individual(s) is/are appointed as a permanent process server pursuant to O.C.G.A. §9-11-4(c):

GENE ANDREWS, II

This appointment shall be effective until midnight December 31, 2023.

**IT IS SO ORDERED** this 3rd day of January, 2023.

_____
Honorable LaTisha Dear Jackson
Chief and Administrative Judge
DeKalb County Superior Court
Stone Mountain Judicial Circuit