IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NORMA J. SHEPPERD,

    Plaintiff,

v.

DOLLAR TREE STORES, INC.
and PEPSICO, INC.,

    Defendants.

CIVIL ACTION FILE NO.

_____

**AFFIDAVIT OF FILING OF NOTICE OF REMOVAL
IN STATE COURT OF DEKALB COUNTY**

STATE OF GEORGIA
FULTON COUNTY

    PERSONALLY APPEARED before me, the undersigned officer duly authorized by law to administer oaths, Martin A. Levinson, who being first duly sworn, on oath deposes and says he is attorney for PepsiCo, Inc. in this case and that as such attorney, he has filed a copy of the Notice of Removal with the Clerk of the State Court of DeKalb County.

    This 4th day of May, 2023.

                                                                       _____
                                                                       Martin A. Levinson
                                                                       Georgia Bar No. 141791

Sworn to and subscribed to before me
This 4th day of ~~March~~ May, 2023.

_____
Notary Public