IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NORMA J. SHEPPERD,

    Plaintiff,

v.

DOLLAR TREE STORES, INC.
and PEPSICO, INC.,

    Defendants.

CIVIL ACTION FILE NO.

_____

STATE OF GEORGIA
COUNTY OF FULTON

    PERSONALLY APPEARED before me, the undersigned officer of said State and County, duly authorized to administer oaths, Martin A. Levinson, who being first duly sworn, deposes and says on oath that he is attorney for PepsiCo, Inc. in the above-captioned suit, and that the contents and the statements and allegations contained in the within and foregoing Notice of Removal are true to the best of his knowledge and belief.

    This 4th day of May, 2023.

                                  Martin A. Levinson
                                  Georgia Bar No. 141791

Sworn to and subscribed to before me
This 4th day of May, 2023.

Notary Public