IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**NORMA J. SHEPPERD**,

    Plaintiff,

v.

**DOLLAR TREE STORES, INC.**
and **PEPSICO, INC.**,

    Defendants.

CIVIL ACTION FILE NO.

_____

### NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT

TO:    Ronald I. Kaplan, MD, Esq.
        Law Office of Ronald I Kaplan, MD, LLC
        333 Sandy Springs Cir., Suite 200
        Atlanta GA 30328

        David A. Citrin, Esq.
        David A. Citrin, P.C.
        400 Galleria Pkwy., Suite 1500
        Atlanta, GA 30339

YOU ARE HEREBY notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of *Norma J. Shepperd v. Dollar Tree Stores, Inc. and PepsiCo, Inc.*, Civil Action File no. 23A1387, State Court of DeKalb County, in accordance with the provisions of Section 1446, Title 28 of the United States Code.

A copy of the Notice of Removal is attached.

This 4th day of May, 2023.

                                      **HAWKINS PARNELL & YOUNG, LLP**

                                      /s/ *Martin A. Levinson*
                                      Martin A. Levinson
                                      Georgia Bar No. 141791
                                      *Counsel for Defendant PepsiCo, Inc.*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(855) 889-4588 (fax)
mlevinson@hpylaw.com