## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| NORMA J. SHEPPERD,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. and PEPSICO, INC.<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 23A01387 |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

**NOTICE IS HEREBY GIVEN** that the Defendants in this case have filed in the U.S. District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal of the case to the U.S. District Court in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446. Attached hereto and made parts hereof are a true and accurate copy of said Notice of Removal and all papers and exhibits attached hereto.

This 4th day of May, 2023.

                                                                     HAWKINS PARNELL & YOUNG, LLP

                                                              /s/ Martin A. Levinson
                                                              Martin A. Levinson
                                                              Georgia Bar No. 141791
                                                              Elliott C. Ream

303 Peachtree Street, Suite 4000       Georgia Bar No. 528281
Atlanta, Georgia 30308-3243           *Counsel for Defendant PepsiCo, Inc.*
(404) 614-7400
(855) 889-4588 (fax)
mlevinson@hpylaw.com
eream@hpylaw.com

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

NORMA J. SHEPPERD,

    Plaintiff,

v.

DOLLAR TREE STORES, INC. and
PEPSICO, INC.

    Defendants.

CIVIL ACTION
FILE NO. 23A01387

## CERTIFICATE OF SERVICE

I have served counsel for Plaintiff in this case with the foregoing *Notice to Plaintiff of Removal to Federal Court* and *Notice of Removal (with Exhibits 1 through 6, Attorney's Affidavit, Affidavit of Filing in State Court of DeKalb County, and Notice of Filing)* by placing copies in the U.S. Mail in envelope with sufficient postage to ensure delivery, addressed as follows:

    Ronald I. Kaplan, MD, Esq.
    Law Office of Ronald I Kaplan, MD, LLC
    333 Sandy Springs Cir., Suite 200
    Atlanta GA 30328

    David A. Citrin, Esq.
    David A. Citrin, P.C.
    400 Galleria Pkwy., Suite 1500
    Atlanta, GA 30339

This 4th day of May, 2023.

                            **HAWKINS PARNELL & YOUNG, LLP**

                            /s/ Martin A. Levinson
                            Martin A. Levinson
                            Georgia Bar No. 141791
                            *Counsel for Defendant PepsiCo, Inc.*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(855) 889-4588 (fax)
mlevinson@hpylaw.com