## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**NORMA J. SHEPPERD**,

     Plaintiff,

v.

**DOLLAR TREE STORES, INC.**
and **PEPSICO, INC.**,

     Defendants.

**CIVIL ACTION FILE NO.**

_____

## <u>CERTIFICATE OF SERVICE</u>

I have served counsel for Plaintiff in this case with the foregoing

***Notice to Plaintiff of Removal to Federal Court*** and ***Notice of Removal***

***(with Exhibits 1 through 6, Attorney's Affidavit, Affidavit of Filing in***

***State Court of DeKalb County, and Notice of Filing)*** by placing copies in

the U.S. Mail in envelope with sufficient postage to ensure delivery,

addressed as follows:

     Ronald I. Kaplan, MD, Esq.
     Law Office of Ronald I Kaplan, MD, LLC
     333 Sandy Springs Cir., Suite 200
     Atlanta GA 30328

David A. Citrin, Esq.
David A. Citrin, P.C.
400 Galleria Pkwy., Suite 1500
Atlanta, GA 30339

This 4th day of May, 2023.

HAWKINS PARNELL & YOUNG, LLP

/s/ *Martin A. Levinson*

Martin A. Levinson
Georgia Bar No. 141791
*Counsel for Defendant PepsiCo, Inc.*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(855) 889-4588 (fax)
mlevinson@hpylaw.com