IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIKYLA BOYCE, | |
| Plaintiff, | |
| v. | Civil Action File No: |
| MACY'S RETAIL HOLDINGS, LLC, | _____ |
| Defendant. | |

## NOTICE OF REMOVAL

COME NOW Macy's Retail Holdings, LLC (hereinafter "Defendant"), a Defendant in the above-styled action, and petitions for removal of the action herein from the State Court of Cobb County to the United Stated District Court for the Northern District of Georgia, Atlanta Division, and respectfully show the Court the following:

1.

Plaintiff filed a civil action in the State Court of Cobb County, styled *Mikyla Boyce v. Macy's Retail Holdings, LLC, John Doe #1-3, ABC Corps. #1-3*, Civil Action File No. 23-A-852.  (Attached as Exhibit "A" are copies of all process, pleadings, and orders received by counsel for Defendant in such action.  Defendant

will answer or present other objections or defenses within the time permitted by Federal Rule of Civil Procedure 81(c)).

2.

Defendant was served with a copy of Plaintiff's Complaint on April 4, 2023. This *Notice of Removal* is timely filed within the thirty (30) day period as required by 28 U.S.C. § 1446(b).

3.

Plaintiff is a citizen and resident of the State of Georgia. (Plaintiff's Complaint, ¶ 1).

4.

The action filed by Plaintiff is currently pending in Cobb County, Georgia, which is within the jurisdiction of the Northern District of Georgia, Atlanta Division.

5.

Defendant Macy's Retail Holdings, LLC is a foreign limited liability company, organized under the laws of the state of Ohio, and has its principal place of business in Ohio. (Complaint, ¶ 2; Affidavit of Lisa R. Richardson, Exhibit C, ¶ 5).

6.

No member of Macy's Retail Holdings, LLC is domiciled in Georgia. Defendant Macy's Retail Holdings, LLC's sole owner and member is Macy's, Inc., which is a Delaware corporation with its principal place of business in the State of New York. (Affidavit of Lisa R. Richardson, Exhibit C, ¶ 6).

7.

The parties are citizens of different states. Accordingly, there is complete diversity of citizenship between the parties. This action is one over which this Court has diversity jurisdiction in accordance with 28. U.S.C. § 1332.

8.

To determine whether the jurisdictional threshold of $75,000 is met, a court must assume that plaintiff will "prevail" on all claims, and then assess whether "an award below the jurisdictional amount would be outside the range of permissible awards because the case is clearly worth more than $75,000.00." *Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1096 (11th Cir. 1994).

9.

The amount in controversy is also sufficient under 28 U.S.C. § 1332 (a). Information provided by Plaintiff in the course of pre-suit discussions, reveals that Plaintiff's claimed injury is in the nature of a head injury with allegedly significant neurological implications, and at least $44,000 in past medical specials.  (Affidavit

of Lisa R. Richardson, Exhibit C, ¶ 3). While Plaintiff's Complaint does not specify the amount of damages sought, her claimed damages include permanent injuries and past and future medical expenses and lost earnings. (Plaintiff's Complaint, ¶ 12).

10.

Given the nature of the injuries claimed by Plaintiff, it is the experience of the undersigned counsel that, assuming Plaintiff were to prevail on all claims as alleged, that this matter has a value in excess of $75,000.

11.

Assuming Plaintiff was to prevail on each of the claims set forth in her Complaint, which Defendant denies, the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.00.

12.

Therefore, this action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, in that (a) Plaintiff and Defendant are citizens of different states, and (b) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.

13.

Attached as Exhibit B is a copy of the notice filed with the State Court of Cobb County required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Macy's Retail Holdings, LLC prays that this petition be filed, that said action be removed to and proceed in this Court, and that there be no further proceedings in said case in the State Court of Cobb County.

The undersigned has read this Notice of Removal, and to the best of their knowledge, information and belief, formed after reasonable inquiry, determined it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

Respectfully submitted this 4th day of May, 2023.

>                            DREW ECKL & FARNHAM, LLP
>
>                            *s/Lisa R. Richardson*
>                            Lisa R. Richardson
>                            **Georgia Bar No. 604074**

303 Peachtree Street, NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: richardsonl@deflaw.com
**Attorneys for Defendants Macy's Retail Holdings, LLC**

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 4th day of May, 2023.

                                          DREW ECKL & FARNHAM, LLP

                                          *s/ Lisa R. Richardson*
                                          Lisa R. Richardson
                                          **Georgia Bar No. 604074**

303 Peachtree Street, NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: richardsonl@deflaw.com
**Attorneys for Defendants Macy's Retail Holdings, LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MIKYLA BOYCE,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS, LLC,<br><br>Defendant. | Civil Action File No:<br>_____ |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am counsel for Defendant Macy's Retail Holdings, LLC and that I have this day served the foregoing *Notice of Removal* upon all parties to this matter by U.S. Mail and by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

> Michael Johnson
> Morgan and Morgan PLLC
> P.O. Box 57007
> Atlanta, Georgia 30343
> MAJohnson@forthepeople.com

- 2 -

- 3 -

This 4th day of May 2023.

                DREW ECKL & FARNHAM, LLP

                */s/ Lisa R. Richardson*
                Lisa R. Richardson
                ***Georgia Bar No. 604074***

303 Peachtree Street NE Suite 3500
Atlanta, GA 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: richardsonl@deflaw.com
***Attorneys for Defendant Macy's Retail Holdings, LLC***