# Exhibit B

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MIKYLA BOYCE,<br><br>    Plaintiff,<br>v.<br><br>MACY'S RETAIL HOLDING, LLC, JOHN DOE #1-3, ABC CORPS. #1-3,<br><br>    Defendants. | Civil Action File No: 23-A-852 |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:    Clerk, State Court of Cobb County, Georgia

Comes Now Defendant Macy's Retail Holdings, LLC, through counsel, and provides the following notice to the Court:

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal in this action with the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal is attached hereto.

This 4th day of May, 2023.

                                                    DREW ECKL & FARNHAM, LLP

                                                  */s/Lisa R. Richardson*
                                                  Lisa R. Richardson
                                                  **Georgia Bar No. 604074**

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: richardsonl@deflaw.com
**Attorneys for Defendant Macy's Retail Holdings, LLC**

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

MIKYLA BOYCE,

    Plaintiff,

v.

MACY'S RETAIL HOLDING, LLC, JOHN DOE #1-3, ABC CORPS. #1-3,

    Defendants.

Civil Action File No: 23-A-852

## CERTIFICATE OF SERVICE

I hereby certify that I have served all interested parties with a copy of the foregoing *Notice of Filing Notice of Removal* on all parties to this matter by filing with the Court's PeachCourt system, which will automatically deliver electronic notification to the following counsel of record:

> Michael Johnson
> Morgan and Morgan PLLC
> P.O. Box 57007
> Atlanta, Georgia 30343

This 4th day of May 2023.

DREW ECKL & FARNHAM, LLP

*/s/ Lisa R. Richardson*
Lisa R. Richardson
**Georgia Bar No. 604074**

303 Peachtree Street NE Suite 3500
Atlanta, GA 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: richardsonl@deflaw.com
***Attorneys for Defendant Macy's Retail Holdings, LLC***
13488655v1
07613-257835