# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MIKYLA BOYCE,

    Plaintiff,

v.                                                          Civil Action File No:

    _____

MACY'S RETAIL HOLDINGS, LLC,

    Defendants.

## AFFIDAVIT

Personally appeared before the undersigned officer duly authorized to administer oaths, Lisa R. Richardson, who after being duly sworn, deposes and states the following:

1.

My name is Lisa R. Richardson and I represent Macy's Retail Holdings, LLC.

2.

I am competent to make this Affidavit, am suffering from no legal disabilities, and make this Affidavit of my own personal knowledge, as well as my review of records generated in the course of the claim that underlies this lawsuit,

with the knowledge and intent that same be used in support of removal of this matter.

3.

In this action, Plaintiff seeks to recover for personal injuries that she allegedly sustained in a fall on the premises of Macy's Retail Holdings, Inc., including in excess of $44,000 in past medical expenses, unknown future medical expenses, and unknown past and future lost wages, allegedly as the result of a head injury and alleged related permanent, neurological injuries. This information is based upon the allegations of the Complaint, as well as information provided by Plaintiff and/or her attorneys during the course of pre-suit communications regarding her claim.

4.

Based upon my approximately 25 years of experience with personal injury litigation in Georgia, given the nature of the injuries claimed by Plaintiff, assuming Plaintiff were to prevail on all claims as alleged, this matter has a value in excess of $75,000.

5.

Defendant Macy's Retail Holdings, LLC is a foreign limited liability company, organized under the laws of the state of Ohio, and has its principal place of business in Ohio.

6.

No member of Macy's Retail Holdings, LLC is domiciled in Georgia. Defendant Macy's Retail Holdings, LLC's sole owner and member is Macy's, Inc., which is a Delaware corporation with its principal place of business in the State of New York.

FURTHER AFFIANT SAITH NOT, this 4th day of May, 2023.

*Lisa R. Richardson*
**Georgia Bar No. 604074**

SWORN TO AND SUBSCRIBED before me this 4th day of May, 2023.

_____
Notary Public for State of Georgia
My commission expires: March 26, 2023

- 3 -