| | |
|---|---|
| **From:** | John Hyatt |
| **To:** | Jonathan Adelman |
| **Cc:** | Kim McNamara; Willie Ellis Jr. |
| **Subject:** | RE: Kline v. Dick |
| **Date:** | Sunday, April 16, 2023 3:52:54 PM |
| **Attachments:** | image001.png |
| | image002.gif |
| | Summons - Kline.pdf |
| | Complaint for Damages (8).pdf |
| | Acknowledgement of Service.pdf |
| | Discovery to Defendant (10).pdf |

Jonathan,

Attached are the following:

- Summons;
- Complaint for Damages;
- Acknowledgement of Service;
- Plaintiffs' First Interrogatories and Request for Production to Defendant.

You will see that the Acknowledgement of Service references OCGA 9-11-4(d), and provides for 60 days to answer as you requested. If you have any questions, please let me know right away. Otherwise, I look forward to receiving the signed Acknowledgement so we can move forward. **Just to be safe, please print and physically sign the Acknowledgement, then scan and email to me.**

Thanks,

John

**Please note our new suite # 440, effective 11/1/2022**

John M. Hyatt
125 Clairemont Ave. Suite 440
Decatur, GA 30030
p. 404-378-3635
f. 404-377-8304
john@hyatt-law.com
www.hyatt-law.com



**From:** Jonathan Adelman <JAdelman@wachp.com>
**Sent:** Thursday, April 13, 2023 6:06 PM
**To:** John Hyatt <john@hyatt-law.com>
**Cc:** Kim McNamara <KMcNamara@wachp.com>; Willie Ellis Jr. <will@call-ellis.com>; Jonathan Adelman <JAdelman@wachp.com>
**Subject:** Re: Kline v. Dick; Contact information

If you send the filed lawsuit and a waiver of service with the statutory language, providing 60 days to answer, we will execute the same on behalf of Mr. Dick.

Jonathan M. Adelman

(770) 933-7027 (direct)

(770) 933-9162 (fax)

(404) 702-7818 (cell)

www.wachp.com

Exhibit "B"

This message and any attachments may contain confidential or privileged attorney-client communications or information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

On Apr 13, 2023, at 5:48 PM, John Hyatt <john@hyatt-law.com> wrote:

Kim, Jonathan and Willie,

We plan to file the lawsuit tomorrow. Will you be in position to acknowledge service on behalf of Mr. Dick?

Thanks,

John

**Please note our new suite # 440, effective 11/1/2022**

John M. Hyatt
125 Clairemont Ave. Suite 440
Decatur, GA 30030
p. 404-378-3635
f. 404-377-8304
john@hyatt-law.com
www.hyatt-law.com



**From:** Kim McNamara <KMcNamara@wachp.com>
**Sent:** Monday, April 10, 2023 8:30 PM
**To:** John Hyatt <john@hyatt-law.com>; Willie Ellis Jr. <will@call-ellis.com>; wellis@hpylaw.com
**Cc:** Jonathan Adelman <JAdelman@wachp.com>
**Subject:** RE: Kline v. Dick; Contact information

Hi John,

Thanks for the email below.

Once litigation is filed, my partner Jonathan Adelman will be taking over this matter. Can you send a courtesy copy of the litigation?

Copying Jonathan on this email so he can discuss your request as to acknowledging service.

Kim

### Kimberly McNamara| Partner

(770) 933-7029 (direct)
(770) 933-9162 (fax)
www.wachp.com



This message and any attachments may contain confidential or privileged attorney-client communications or information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**From:** John Hyatt <john@hyatt-law.com>
**Sent:** Saturday, April 8, 2023 1:50 PM
**To:** Willie Ellis Jr. <will@call-ellis.com>; wellis@hpylaw.com
**Cc:** Kim McNamara <KMcNamara@wachp.com>
**Subject:** RE: Kline v. Dick; Contact information

Willie,

It was nice speaking with you on Friday.

As we discussed, this looks like a case that will need to go the distance. Ms. Kline's lower extremity injuries were catastrophic. And I just received an updated reimbursement claim figure from her ERISA health plan of $371,867.

I am copying Kim McNamara with this email since I have notice that she and her firm will be representing Jan Dick under his State Farm policy. I have discussed with Kim and you the possibility of acknowledging service of the Summons and Complaint, which I expect to file next week. I look forward to hearing from one of you about that.

Best regards,

John

**Please note our new suite # 440, effective 11/1/2022**
John M. Hyatt
125 Clairemont Ave. Suite 440
Decatur, GA 30030
p. 404-378-3635
f. 404-377-8304
john@hyatt-law.com
www.hyatt-law.com



**From:** Willie Ellis Jr. <will@call-ellis.com>
**Sent:** Friday, April 7, 2023 12:58 PM
**To:** John Hyatt <john@hyatt-law.com>
**Subject:** Kline v. Dick; Contact information

John,

I was a pleasure to speak with you today regarding the above-referenced matter.

I look forward to working with you - hopefully only briefly on this matter.

Have a great weekend.

-Willie

**Founding Partner**

**The Ellis Firm, Trial Attorney**

404.513.1795

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA KLINE AND GREG KLINE, ) | |
| ) | CIVIL ACTION FILE NO.: |
| Plaintiffs, ) | |
| ) | |
| v. ) | [Removed from |
| ) | The State Court of Rockdale |
| ) | County, Civil File No. 2023- |
| ) | CV-1548] |
| JAN DICK, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 5th day of May, 2023, I electronically filed the foregoing *Notice of Removal* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

    John M. Hyatt, Esq.
    Hyatt & Hyatt, P.C.
    125 Clairemont Avenue
    Suite 440
    Decatur, GA  30030
    john@hyatt-law.com

This 5th day of May, 2023.

    WALDON ADELMAN CASTILLA
    HIESTAND & PROUT

    /s/ Jonathan M. Adelman
    Jonathan M. Adelman

                                                            (State Bar No. 005128)
                                                            *Attorneys for Defendant*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com