IN THE SUPERIOR COURT OF ROCKDALE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **TAMARA KLINE, ET AL.** | Case No.:        **2023-CV-1548** |
| Plaintiff/Petitioner | |
| vs. | |
| **Jan Dick** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; COMPLAINT; P'S 1st ROGS AND P'S 1st RFPD TO DEFENDANT JAN DICK** |

Received by **Cindy Susan Gunter**, on the **19th day of April, 2023 at 1:41 PM** to be served upon **Jan Dick** at **8104 Rainier Road, Fort Worth, Tarrant County, TX 76137.**
On the **22nd day of April, 2023 at 8:51 AM**, I, Cindy Susan Gunter, SERVED Jan Dick at **8104 Rainier Road, Fort Worth, Tarrant County, TX 76137** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering 1 copy(ies) of the above-listed documents to **Jan Dick**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Jan Dick with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age and 6'2"-6'6" tall with a beard.**

Service Fee Total: **$150.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME:  _Cindy S. Gunter_                    PSC-14258                    4/24/23
             Cindy Susan Gunter                    Server ID #                    Date

Notary Public:  Subscribed and sworn before me on this  24  day of  April  in the year of 20 23
Personally known to me _____  or  ✓  identified by the following document:  Texas Driver License

_Isabel Mejia_
Notary Public (Legal Signature)

ISABEL MEJIA
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 07/01/23
NOTARY ID 13028151-3

# JUDICIAL BRANCH CERTIFICATION COMMISSION

This is to certify that

## *CINDY SUSAN GUNTER*

IS CERTIFIED AS A PROCESS SERVER UNDER THE PROVISIONS OF
GOVERNMENT CODE, SECTION 156

CERTIFICATION TYPE:      PROCESS SERVER
CERTIFICATION NUMBER:  PSC-14258
EXPIRATION DATE:          April 30, 2024

_____          _____
SIGNATURE                                    ADMINISTRATIVE DIRECTOR
                                                       OFFICE OF COURT ADMINISTRATION

FILED
4/14/2023 3:12 PM
Rockdale County Superior Court
e-Filed Record

IN THE SUPERIOR COURT OF ROCKDALE COUNTY
STATE OF GEORGIA

Tamara Kline and Greg Kline,      )
                                  )
        Plaintiffs,               )      Civil Action File No.: 2023-CV-1548
                                  )      _____
vs.                               )
                                  )
Jan Dick,                         )
                                  )
        Defendant.                )

## COMPLAINT FOR DAMAGES

COME NOW, Tamara Kline and Greg Kline, Plaintiffs herein, and file this their

Complaint for Damages, showing the Court as follows:

### I. Parties, Jurisdiction and Venue

1.

On the date that Plaintiffs' cause action arose (February 11, 2022), the Defendant, Jan

Dick, was a resident of the State of Georgia.

2.

The Defendant is now a resident of the State of Texas.

3.

On February 11, 2022, while a resident of the State of Georgia, the Defendant

committed a tortious act in Rockdale County, Georgia, which subjects the Defendant to the

jurisdiction of this Court under the Georgia Long Arm Statute, O.C.G.A. § 9-10-91.

4.

Venue of this action is proper in Rockdale County, Georgia (the county in which Defendant committed a tortious act), under the venue provision of the Georgia Long Arm Statute, O.C.G.A. § 9-10-93.

5.

The Defendant may be served with Summons and copy of this Complaint at his residence located at 8104 Rainier Road, Fort Worth, Tarrant County, Texas 76137-5202.

## II. Statement of Facts

6.

On February 11, 2022, the Defendant was driving an Infinity G35 vehicle in a generally westbound direction in the westbound lane of Miller Bottom Road near its intersection with Haynes Ridge Road in Conyers, Rockdale County, Georgia.

7.

At said time, Plaintiff Tamara Kline was driving a Toyota Tundra pickup truck in a generally eastbound direction in the eastbound lane of Miller Bottom Road.

8.

At said time, the Defendant negligently and recklessly drove his vehicle across the solid double centerline of Miller Bottom Road, thereby traveling westbound in the eastbound lane of Miller Bottom Road.

9.

After crossing the solid double centerline of the roadway, the Defendant negligently and recklessly drove his vehicle directly into the front of the pickup truck being driven by Plaintiff Tamara Kline, resulting in a violent head-on collision.

10.

The subject collision occurred entirely in the eastbound lane of Miller Bottom Road.

11.

As a direct and proximate result of said collision, Tamara Kline suffered catastrophic injuries to her right knee, leg, and foot, and was otherwise injured.

12.

At all times relevant hereto, the Defendant was under the influence of alcohol and/or drugs to that degree that his judgment was substantially impaired.

### III.  Plaintiffs' Claims

### Count One
*Claim for Negligence*

13.

Plaintiffs reallege and reincorporate the allegations contained in the foregoing paragraphs.

14.

The Defendant owed Plaintiff Tamara Kline, and the public, a duty to exercise ordinary care in operating the Infinity G35 vehicle.

15.

The Defendant breached this duty and was thereby negligent under common law.

16.

The Defendant operated the Infinity G35 vehicle in a manner showing a reckless disregard for the safety of others, including Plaintiff Tamara Kline.

17.

The Defendant's negligence included, but is not limited to, one or more of the following:

(a)     failing to operate the Infinity G35 vehicle with due care, in violation of O.C.G.A. § 40-6-241;

(b)     failing to drive the Infinity G35 vehicle upon the right half of the roadway, in violation of O.C.G.A. § 40-6-40;

(c)     driving at a speed greater than was reasonable and prudent under the conditions, in violation of O.C.G.A. § 40-6-180;

(d)     negligently failing to maintain the Infinity G35 vehicle under proper control;

18.

The Defendant's acts and omissions as stated in the previous paragraph constitute negligence *per se*.

19.

As a direct and proximate result of the Defendant's negligence, Plaintiff Tamara Kline was injured as set forth above, resulting in the damages as set forth below.

### Count Two
*Claim for Punitive Damages*

20.

Plaintiffs reallege and reincorporate the allegations contained in the foregoing paragraphs.

21.

The Defendant's actions as heretofore alleged were not only negligent and reckless, but also with that entire want of care which would raise the presumption of conscious indifference to the consequences.

22.

Plaintiffs are entitled to recover punitive damages against the Defendant by reason of his actions which were with that entire want of care which would raise the presumption of conscious indifference to the consequences.

### Count Three
*Claim for Expenses of Litigation*

23.

Plaintiffs reallege and reincorporate the allegations contained in the foregoing paragraphs.

24.

The Defendant's actions as heretofore alleged constitute acts of bad faith as contemplated by O.C.G.A. §13-6-11, entitling Plaintiffs to an award of expenses of litigation, including attorney fees.

## IV.  Plaintiffs' Damages

### 25.

As a result of her injuries, Plaintiff Tamara Kline was required to be hospitalized and undergo medical treatment, resulting in medical expenses presently totaling $ 627,755.62.

### 26.

As a result of her injuries, Plaintiff Tamara Kline will be required to undergo medical treatment in the future, and will incur additional medical expenses in the future.

### 27.

As a result of her injuries, Plaintiff Tamara Kline has endured, and will endure in the future, extensive physical and mental pain and suffering, including a loss of ability to work and labor.

### 28.

Plaintiffs Tamara Kline and Greg Kline were at the time of the incident-in-suit, and are now, wife and husband.

### 29.

As a result of the injuries to Tamara Kline, Greg Kline has been deprived the society, companionship, and consortium of his wife.

WHEREFORE, Plaintiffs demand trial by jury and judgment against the Defendant, including an award of punitive damages and expenses of litigation, in an amount to which they are entitled as shown by the evidence, with all costs to be cast upon the Defendant.

*– signature on following page –*

/s/ John M. Hyatt
John M. Hyatt
Ga. Bar No. 381350

Hyatt & Hyatt P.C.                         Attorney for Plaintiffs
125 Clairemont Avenue
Suite 440
Decatur, GA 30030
404-378-3635
john@hyatt-law.com

FILED
4/14/2023 3:12 PM
Rockdale County Superior Court
e-Filed Record

IN THE SUPERIOR COURT OF ROCKDALE COUNTY
STATE OF GEORGIA

Tamara Kline and Greg Kline,    )
                             )
        Plaintiffs,       )    Civil Action File No. 2023-CV-1548
                             )
vs.                        )
                             )
Jan Dick,              )
                             )
        Defendant.     )

**PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST
FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JAN DICK**

**PART I.**

**INTERROGATORIES**

Come now, Tamara Kline and Greg Kline, Plaintiffs in the above-styled action, and

serves the attached continuing interrogatories upon the Defendant, Jan Dick, as an opposite

party, and request that they be answered within forty-five (45) days from the service of this

request.

1.

Please state your full name, current resident address, date of birth, social security and

driver's license number.

2.

State the owner of the 2012 Infinity G35 vehicle which was involved in the collision

identified in Plaintiff's Complaint as of February 11, 2022.

3.

Please identify each insurance policy or policies which listed said 2012 Infinity G35 vehicle as an insured vehicle as of February 11, 2022, including:

    a.      the writer of said policy or policies;

    b.      the local agent or representative who sold said policy or policies;

    c.      the policy number or numbers;

    d.      the policy coverage limits;

    e.      the named insured or insureds.

4.

Please identify each insurance policy or policies which named the owner of said 2012 Infinity G35 vehicle as an insured driver as of February 11, 2022, including:

    a.      the writer of said policy or policies;

    b.      the local agent or representative who sold said policy or policies;

    c.      the policy number or numbers;

    d.      the policy coverage limits;

    e.      the named insured or insureds.

5.

Please identify each insurance policy or policies which named you or any member of your household as an insured driver as of February 11, 2022, including:

    a.      the writer of said policy or policies;

    b.      the local agent or representative who sold said policy or policies;

    c.      the policy number or numbers;

    d.      the policy coverage limits;

    e.      the named insured or insureds.

6.

Please identify each insurance policy or policies which would be or may be used to satisfy or indemnify part or all of the judgment which may be entered in this case, including:

    a.      the writer of said policy or policies;

    b.      the local agent or representative who sold said policy or policies;

    c.      the policy number or numbers;

    d.      the policy coverage limits;

    e.      the named insured or insureds.

7.

Please state whether or not there was any excess liability or "umbrella" insurance policy in effect as of February 11, 2022, which would be or may be used to satisfy or indemnify part or all of the judgment which may be entered in this case, including:

    a.      the writer of said policy or policies;

    b.      the local agent or representative who sold said policy or policies;

    c.      the policy number or numbers;

    d.      the policy coverage limits;

    e.      the named insured or insureds.

8.

State the names, current addresses, places of employment, job titles or capacities and present whereabouts of all witnesses known to the Defendant who saw or claim they saw all or any part of the casualty complained of in this action.

9.

State the names, current addresses, and places of employment of all witnesses known to Defendant who arrived, or claimed they arrived, at the scene of the casualty immediately or shortly after its happening.

10.

State whether any investigations or other reports were prepared, compiled, submitted or made by or on behalf of Defendants in the regular course of business or in preparation for litigation as a result of the casualty complained of in this case, and, if so, for each such investigation or report please state as follows:

a.     the full name, current address and job title or capacity of the person making or rendering same;

b.     the date of the report or investigation; and

c.     the full name and current address of the person who has present custody and/or control thereof.

11.

State whether any photographs, charts, plats, drawings, etc., were made or taken on behalf of the Defendant as a result of the casualty complained of in this action, and, if so, for

each such photograph or document please state the following:

    a.      the date it was taken and/or prepared;

    b.      a description of the view, scene or object it depicts or represents; and

    c.      the full name and current address of the person who has custody and/or control thereof.

12.

State whether any statements, written or otherwise, were obtained from anyone, including Plaintiff, interviewed or questioned by or on behalf of the Defendants in connection with the casualty complained of in this case, and, if so, for each such statement please state the following:

    a.      the full name, current address, home telephone number and place of employment of the person giving such statement;

    b.      the date on which the statement was obtained; and

    c.      the full name and current address of the person who has present custody and/or control thereof.

13.

State the name and address of each person you expect to call as an expert witness at the time of the trial and as to each such witness please advise the subject matter upon which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify and a summary of the grounds for the opinions of such expert.

14.

State the name and address of any expert who is known to you who might have any information or opinion concerning any matter which may be involved in the within lawsuit, including, but not limited to any expert with whom you have discussed any matter relating to this case, whether or not such person is, or is not, expected to be called as a witness at trial.

15.

Please state whether or not any other suit or suits have been filed against you by any other party or parties arising out of the incident giving rise to Plaintiff's Complaint.  If so, please state:

      a.      the name or names of the plaintiff or plaintiffs;

      b.      the style and case number of said suit or suits;

      c.      the status or disposition of said suit or suits.

16.

Please state whether you or your liability insurer has settled any liability claim (including property damage claims) with any party arising out of the incident giving rise to Plaintiff's Complaint.  If so, please state:

      a.      the party or parties to said settlement;

      b.      the amount of said settlement;

      c.      the date of said settlement.

17.

Have you ever been arrested or accused of any crime, misdemeanor or other public

offense whatsoever?  If so, please describe each such offense separately, stating the nature of the offense, the date and the location of each arrest or accusation and the final result of such accusation.

18.

Please state whether or not you were given any citation for violation of any statute or ordinance as a result of the incident giving rise to Plaintiff's Complaint.  If your answer is affirmative, please state:

a.      the offense with which you were charged;

b.      the specific statute or ordinance allegedly violated by you;

c.      the court or municipal authority in which the charge or charges were resolved;

d.      your plea to the charge or charges;

e.      the disposition of the charge or charges.

19.

Please state whether or not at the time of the incident which forms the subject matter of this lawsuit you possessed a cell phone or other mobile telecommunication system.  If so, please state the name and address of the cell phone or system provider and the cell phone or system phone number.

20.

As to the 2012 Infinity G35 vehicle involved in the collision, please state:

a.      whether a claim was filed under the collision coverage provision of the policy that insured the vehicle;

b.      whether there was any download of data from any electronic control module

"Black Box" on the vehicle, and if so, the current location and custodian of

that data;

c.      the current location of the vehicle;

d.      how, and through which entity/entities, the vehicle salvage was disposed.

21.

Please identify all credit cards used by you to make purchases on February 11, 2022,

including:

a.      the name of the cardholder;

b.      the bank or financial entity that issued the card;

c.      the final four (4) digits of the card number (you should omit the CVV code)

## PART II

## <u>REQUEST FOR PRODUCTION OF DOCUMENTS</u>

Come now, Tamara Kline and Greg Kline, Plaintiffs in the above-styled action, and

serve the attached Request for Production of Documents upon the Defendant, Jan Dick, as

an opposite party, and request that you produce for inspection and copying each of the

following documents within forty-five (45) days from the service of this request:

1.

Any insurance policy or policies and the corresponding declarations page(s) identified

in Interrogatories 3, 4, 5, 6 & 7.

2.

Any statement or statements of the Plaintiff taken by the Defendant or by the Defendant's insurance carrier or by any party at Defendant's or Defendant's insurance carrier's direction relating to the collision which is the subject matter of this lawsuit or the damages sustained by the Plaintiff in said collision.

3.

All reports identified in response to interrogatory number 10.

4.

All documents or things identified in response to interrogatory number 11.

5.

All statements identified in response to interrogatory number 12.

6.

Any and all photographs and/or videotapes of the scene and/or surrounding areas of the subject incident.

7.

Any and all photographs and/or videotapes of the vehicles involved in the subject collision taken subsequent to the collision.

8.

Any and all photographs and/or videotapes taken of the Plaintiff at any time.

9.

Any and all medical records and reports in your possession relating to the Plaintiff.

10.

A copy of any transcript of the traffic court hearing or any other judicial or quasi-judicial hearing related to the incident given rise to this lawsuit.

11.

A copy of your cellular device record for all calls, texts, and e-mails – whether for a cell phone, smart phone or otherwise – for the 24 hours preceding and subsequent to the incident at issue in this case.

12.

All documents pertaining to any collision damage insurance claim identified in response to Interrogatory number 20(a).

13.

All data collected from the 2012 Infinity G35 vehicle identified in response to Interrogatory number 20(b).

14.

All documents pertaining to the present location of the 2012 Infinity G35 vehicle involved in the collision.

15.

All documents pertaining to the salvage disposal of the 2012 Infinity G35 involved in the collision.

16.

All medical records from Grady Memorial Hospital reflecting diagnoses, testing, and

treatment you received during your admission on 2/11/2022 or 2/12/2022 following the subject collision.

17.

Statements for the month of February, 2022 for all credit cards used by you to make purchases on February 11, 2022.

*/s/ John M. Hyatt*
John M. Hyatt
Georgia Bar No. 381350
Attorney for Plaintiff

Hyatt & Hyatt P.C.
125 Clairemont Avenue, Suite 440
Decatur, GA 30030
404/378-3635
*john@hyatt-law.com*

FILED
4/14/2023 3:12 PM
Rockdale County Superior Court
e-Filed Record

# IN THE SUPERIOR COURT OF ROCKDALE COUNTY

## STATE OF GEORGIA

Tamara Kline and Greg Kline
_____

_____

_____

CIVIL ACTION
NUMBER: 2023-CV-1548
_____

**PLAINTIFF**

VS.

Jan Dick
_____

_____

_____

**DEFENDANT**

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

John M. Hyatt
Hyatt & Hyatt, PC
125 Clairemont Avenue
Suite 440
Decatur, GA  30030

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.
                                              4/14/2023

Janice Morris,
Clerk of Superior Court

By_____
                    /s/ Denise Moore
                    **Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAMARA KLINE AND GREG KLINE, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | [Removed from |
| | ) | The State Court of Rockdale |
| | ) | County, Civil File No. 2023- |
| | ) | CV-1548] |
| JAN DICK, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this, the 5th day of May, 2023, I electronically filed the foregoing *Notice of Removal* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

John M. Hyatt, Esq.
Hyatt & Hyatt, P.C.
125 Clairemont Avenue
Suite 440
Decatur, GA  30030
john@hyatt-law.com

This 5th day of May, 2023.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/ Jonathan M. Adelman_____
Jonathan M. Adelman

(State Bar No. 005128)
*Attorneys for Defendant*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com