IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAMARA KLINE AND GREG KLINE, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | [Removed from |
| | ) | The State Court of Rockdale |
| | ) | County, Civil File No. 2023- |
| | ) | CV-1548] |
| JAN DICK, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

COME NOW Jan Dick, Defendant in the above-styled action, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, file this Certificate of Interested Persons and Corporate Disclosure Statement, showing this Honorable Court as follows:

(1) The undersigned counsel of record for a party or proposed intervenor in this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- **Plaintiff Tamara Kline**

- **Defendant Greg Kline**

- **Defendant Jan Dick**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Defendant Jan Dick's insurer, State Farm Mutual Automobile Insurance Company**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

<u>For Plaintiffs</u>: John M. Hyatt
**HYATT & HYATT**
125 Clairemont Avenue
Suite 440
Decatur, Georgia  30030
(404) 376-3635
john@hyatt-law.com

<u>For Defendant:</u> Jonathan M. Adelman
**WALDON ADELMAN CASTILLA HIESTAND & PROUT**
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com

Willie C. Ellis Jr.
**THE ELLIS FIRM**
145 Beracah Walk

**Atlanta, Georgia 30331**
**(404) 513-1795**
**will@call-ellis.com**

(4)  The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**For Plaintiffs:**                                      Georgia

**For Defendant:**                                     Texas

This 5th day of May, 2023.

                                                  WALDON ADELMAN CASTILLA HIESTAND & PROUT

/s/ Jonathan M. Adelman
Jonathan M. Adelman
(State Bar No. 005128)
*Attorneys for Defendant*

900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com

THE ELLIS FIRM

/s/ Willie Ellis, Jr.
_____
Willie C. Ellis Jr.
(State Bar No. 005128)
*Attorney for Defendant*

145 Beracah Walk
Atlanta, Georgia 30331
(404) 513-1795
will@call-ellis.com

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing pleading is typed in 14-Point, Times New Roman font and is otherwise formatted in compliance with LR 5.1.

>John M. Hyatt, Esq.
>Hyatt & Hyatt, P.C.
>125 Clairemont Avenue
>Suite 440
>Decatur, GA  30030
>john@hyatt-law.com

This 5th day of May, 2023.

>WALDON ADELMAN CASTILLA
>HIESTAND & PROUT
>
>/s/ Jonathan M. Adelman
>Jonathan M. Adelman
>(State Bar No. 005128)
>*Attorney for Defendant*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this the 5th tday of May, 2023, I electronically filed the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

> John M. Hyatt, Esq.
> Hyatt & Hyatt, P.C.
> 125 Clairemont Avenue
> Suite 440
> Decatur, GA  30030
> john@hyatt-law.com

This 5th day of May, 2023.

         WALDON ADELMAN CASTILLA
         HIESTAND & PROUT

         /s/ Jonathan M. Adelman
         Jonathan M. Adelman
         (State Bar No. 005128)
         *Attorney for Defendant*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAMARA KLINE AND GREG KLINE, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | [Removed from |
| | ) | The State Court of Rockdale |
| | ) | County, Civil File No. 2023- |
| | ) | CV-1548] |
| JAN DICK, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 5th day of May, 2023, I electronically filed the foregoing *Notice of Removal* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

> John M. Hyatt, Esq.
> Hyatt & Hyatt, P.C.
> 125 Clairemont Avenue
> Suite 440
> Decatur, GA  30030
> john@hyatt-law.com

This 5th day of May, 2023.

                                                             WALDON ADELMAN CASTILLA
                                                             HIESTAND & PROUT

                                                             /s/ Jonathan M. Adelman_____
                                                             Jonathan M. Adelman

                                              (State Bar No. 005128)
                                              *Attorneys for Defendant*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com