

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

| HỘ CHIẾU / PASSPORT | Loại / Type | Mã số / Code | Số hộ chiếu / Passport Nº |
|---|---|---|---|
| | P | VNM | C1298726 |

**Họ và tên / Full name**
NGUYỄN THỊ HOÀNG LINH

**Quốc tịch / Nationality**
VIỆT NAM / VIETNAMESE

**Ngày sinh / Date of birth**
[redacted]

**Nơi sinh / Place of birth**
TP. HỒ CHÍ MINH

**Giới tính / Sex**
NỮ / F

**Số GCMND / ID card Nº**
024288703

**Ngày cấp / Date of issue**
25 / 01 / 2016

**Có giá trị đến / Date of expiry**
25 / 01 / 2026

**Nơi cấp / Place of issue**
Cục Quản lý xuất nhập cảnh

```
P<VNMNGUYEN<<THI<HOANG<LINH<<<<<<<<<<<<<<<<<<
C1298726<5VNM[redacted]8F2601250024288703<<<<<86
```

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Vietnam Immigration Department

Chữ ký người mang hộ chiếu / *Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

| | Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport No.* |
|---|---|---|---|
| HỘ CHIẾU PASSPORT | P | VNM | P00826018 |



Họ và tên / *Full name*

Ngày sinh / *Date of birth* 

Giới tính / *Sex*
NAM / M

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Số ĐDCN, CMND / *ID No.*

Ngày cấp / *Date of issue*
21/11/2022

Ngày hết hạn / *Date of expiry*
21/11/2027

```
VNMLIEU<<HONG<PHAT<<<<<<<<<<<<<<<<<<<<<<<<<
08260184VNM▮▮▮▮▮▮▮8M2711210<<<<<<<<<<<<<08
```

## CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

### CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Vietnam Immigration Department

Chữ ký người mang hộ chiếu / *Signature of bearer*

---

**CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM** - *SOCIALIST REPUBLIC OF VIET NAM*

| HỘ CHIẾU / *PASSPORT* | Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport No.* |
|---|---|---|---|
|  | P | VNM | P00826019 |



Họ và tên / *Full name*
L███ H███ Đ███

Ngày sinh / *Date of birth*
███████

Giới tính / *Sex*
NAM / M

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Số ĐDCN, CMND / *ID No.*

Ngày cấp / *Date of issue*
21/11/2022

Ngày hết hạn / *Date of expiry*
21/11/2027

```
P<VNMLIEU<<HONG<DANG<<<<<<<<<<<<<<<<<<<<<<<<
P008260195VNM███████7M2711210<<<<<<<<<<<<<06
```

| ỦY BAN NHÂN DÂN | CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM | Mẫu HT2/P3 |
|---|---|---|
| Xã, thị trấn: _Hoa_ | Độc Lập — Tự Do — Hạnh Phúc | |
| Thị xã, quận: _10_ | | |
| Thành phố, tỉnh: _Hồ Chí Minh_ | **GIẤY KHAI SINH** | Số _82/88_<br>Quyển số _01/88_ |

| | | |
|---|---|---|
| Họ và tên | Nguyễn Thị Hoàng Linh | Nam, nữ: _Nữ_ |
| Sinh ngày tháng, năm | ███████████████ | |
| Nơi sinh | Bảo sanh Quận 04 | |
| Khai về cha, mẹ | **CHA** | **MẸ** |
| Họ, tên, tuổi (hoặc ngày, tháng, năm sinh) | Nguyễn Văn Lợi ███ | Đào Thị Tuyết Hương ███ |
| Dân tộc<br>Quốc tịch | Kinh<br>Việt Nam | Kinh<br>Việt Nam |
| Nghề nghiệp<br>Nơi ĐKNK thường trú | Công nhân<br>███ | Giáo viên<br>███ |
| Họ, tên, tuổi, nơi ĐKNK thường trú, số giấy chứng minh hoặc CNCC của người đứng khai | Nguyễn Văn Lợi<br>0200786 04/CMN | |

Đăng ký ngày _24_ tháng _06_ năm _1988_

TM/UBND _Phường 3_   Ký tên, đóng dấu
(ghi rõ họ, tên, chức vụ)

CHỦ TỊCH

| THE PEOPLE'S COMMITTEE | SOCIALIST REPUBLIC OF VIETNAM | Form HT2/P3 |
|---|---|---|
| Ward, Commune: Third | Independence - Freedom - Happiness | |
| District, Town: Four | | |
| City, Province: Ho Chi Minh | | |

| | BIRTH CERTIFICATE | No. 82/88 |
|---|---|---|
| | | Volume No. 01/P3 |

| Full name | **NGUYEN THI HOANG LINH** | Sex: Female |
|---|---|---|
| Date of birth | ███████████████ | |
| Place of birth | Maternity Hospital of District 4 | |
| Information of parents | FATHER | MOTHER |
| Full name | **Nguyen Tan Loi** | **Dao Thi Tuyet Huong** |
| Age (or Date of birth) | ███ | ███ |
| Race | Kinh | Kinh |
| Nationality | Vietnamese | Vietnamese |
| Occupation | Employee | Teacher |
| Permanent address | ███████████████ | |
| Full name, age, permanent address, ID Card No. of the Informant | Nguyen Tan Loi- ID card: 020 072 604 | |

Registered, 24 June 1988
On behalf of the People's Committee of Ward 3
Chairperson
(Signed and sealed)
*Tran Thi Nga*

I, **Bui Thi My Ngoc**
Resident Card No: 079188004412
Date of issue: 17 February 2017,
Place of issue: Ho Chi Minh City,
undertake that I have translated accurately
this document from Vietnamese to English.

Tôi, **Bùi Thị Mỹ Ngọc**
Căn cước công dân số: 079188004412
cấp ngày 17/02/2017 tại TP. Hồ Chí Minh
cam đoan đã dịch chính xác nội dung của giấy tờ/
văn bản này từ tiếng Việt sang tiếng Anh.

Ngày 03 tháng 08 năm 2018
Người dịch

**Bùi Thị Mỹ Ngọc**

03 August 2018
(The Third day of August, Two thousand and eighteen)
At the People's Committee of District 10, Ho Chi Minh City
I, *Trần Văn Phước*
am Deputy Head of the Justice Division of District 10
THIS IS TO CERTIFY THAT
Ms. **Bui Thi My Ngoc** is the person who signed this translation.
Ngày 03 tháng 08 năm 2018
(Ngày Ba, tháng Tám, năm hai nghìn mười tám)
Tại Ủy ban nhân dân quận 10, TP Hồ Chí Minh
Tôi, *Trần Văn Phước*
Là Phó Trưởng phòng Tư Pháp Quận 10
CHỨNG THỰC
Bà **Bùi Thị Mỹ Ngọc** là người đã ký vào bản dịch này.
Số chứng thực 0112576-08   Quyển số: 8   SCT/CKND
Ngày 03 tháng 08 năm 2018

*Trần Văn Phước*

**CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM**
Độc lập - Tự do - Hạnh phúc

Số: ......**124**......
Quyển số: ....**01**....



# GIẤY KHAI SINH
(BẢN CHÍNH)

**Họ và tên:** ............LIÊU HỒNG PHÁT............ **Giới tính:** ......**Nam**......

**Ngày, tháng, năm sinh:** ▮▮▮▮▮▮▮▮ **Ghi bằng chữ:** ▮▮▮▮▮▮▮▮

**Nơi sinh:** Bệnh viện Đại học Y Dược - Thành phố Hồ Chí Minh

**Dân tộc:** ......Kinh...... **Quốc tịch:** ......Việt Nam......

**Họ và tên cha:** ......Liêu Hồng Phong......

**Dân tộc:** ......Kinh...... **Quốc tịch:** ......Việt Nam...... **Năm sinh:** ▮▮▮▮

**Nơi thường trú/tạm trú:** ▮▮▮▮▮▮▮▮

**Họ và tên mẹ:** ......Nguyễn Thị Hoàng Linh......

**Dân tộc:** ......Kinh...... **Quốc tịch:** ......Việt Nam...... **Năm sinh:** ▮▮▮▮

**Nơi thường trú/tạm trú:** ▮▮▮▮▮▮▮▮

**Nơi đăng ký:** Ủy ban nhân dân phường 3, quận 4, TP. Hồ Chí Minh

**Ngày, tháng, năm đăng ký:** 03/07/2012

**Ghi chú:** Đăng ký đúng hạn

**Họ và tên người đi khai sinh:** Liêu Hồng Phong

**Quan hệ với người được khai sinh:** cha

| NGƯỜI THỰC HIỆN | NGƯỜI KÝ GIẤY KHAI SINH |
|---|---|
| (Ký, ghi rõ họ tên) | (Ký, ghi rõ họ tên, chức vụ và đóng dấu) |
| | **CHỦ TỊCH** |
| *Nguyễn Thị Ngọc Lan* | *Bùi Anh Tuấn* |

Mẫu TP/HT-2010-KS.1 · 12/2011 (TT số: 08.a/2010/TT-BTP) XBTP

SOCIALIST REPUBLIC OF VIETNAM  No. 124
**Independence - Freedom - Happiness**  Volume No. 01

# BIRTH CERTIFICATE
(ORIGINAL)

| | | |
|---|---|---|
| **Full name:** | L⬛ H⬛ P⬛ | Sex: Male |
| Date of birth: | ⬛ | |
| Says: | ⬛ | |
| Place of birth: | University Medical Center - Ho Chi Minh City | |
| Race: | Kinh     Nationality: Vietnamese | |
| **Father's full name:** | **Lieu Hong Phong** | |
| Race: | Kinh     Nationality: Vietnamese | Year of birth: ⬛ |
| Permanent/temporary address: | ⬛ | |
| **Mother's full name:** | **Nguyen Thi Hoang Linh** | |
| Race: | Kinh     Nationality: Vietnamese | Year of birth: ⬛ |
| Permanent/temporary address: | ⬛ | |
| Place of registration: | The People's Committee of Ward 3, District 4, Ho Chi Minh City | |
| Date of registration: | 03 July 2012 | |
| Note: | Duly registration | |
| Informant's full name: | Lieu Hong Phong | |
| Relationship with the person registered the birth: | Father | |

**REGISTRAR**
(Signed)
Nguyen Thi Ngoc Lan

**AUTHORITY OF THE BIRTH CERTIFICATE**
CHAIRPERSON
(Signed and sealed)
Bui Anh Tuan

I, **Bui Thi My Ngoc**
Resident Card No: 079188004412
Date of issue: 17 February 2017,
Place of issue: Ho Chi Minh City,
undertake that I have translated accurately
this document from Vietnamese to English.

Tôi, **Bùi Thị Mỹ Ngọc**
Căn cước công dân số: 079188004412
cấp ngày 17/02/2017 tại TP. Hồ Chí Minh
cam đoan đã dịch chính xác nội dung của giấy tờ/
văn bản này từ tiếng Việt sang tiếng Anh.

Ngày 03 tháng 08 năm 2018
Người dịch

**Bùi Thị Mỹ Ngọc**

03 August 2018
*(The Third day of August, Two thousand and eighteen)*
At the People's Committee of District 10, Ho Chi Minh City
I, *Trần Văn Phước*
am Deputy Head of the Justice Division of District 10
THIS IS TO CERTIFY THAT
Ms. **Bui Thi My Ngoc** is the person who signed this translation.
Ngày 03 tháng 08 năm 2018
*(Ngày Ba, tháng Tám, năm hai nghìn mười tám)*
Tại Ủy ban nhân dân quận 10, TP Hồ Chí Minh
Tôi, *Trần Văn Phước*
Là Phó Trưởng phòng Tư Pháp Quận 10
CHỨNG THỰC
Bà **Bùi Thị Mỹ Ngọc** là người đã ký vào bản dịch này.
Số chứng thực: 01125/3  Quyển số: 08  SCT/CKND
Ngày 03 tháng 08 năm 2018

*Trần Văn Phước*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM
Độc lập - Tự do - Hạnh phúc

Số: **182**



# GIẤY KHAI SINH

**Họ, chữ đệm, tên:** L H Đ

**Ngày, tháng, năm sinh:**   **ghi bằng chữ:**

Giới tính: Nam         Dân tộc: Kinh         Quốc tịch: Việt Nam

Nơi sinh: Bệnh viện Từ Dũ, thành phố Hồ Chí Minh

Quê quán: Vĩnh Long

Số định danh cá nhân: 079216030046

**Họ, chữ đệm, tên người mẹ:** NGUYỄN THỊ HOÀNG LINH

Năm sinh:         Dân tộc: Kinh         Quốc tịch: Việt Nam

Nơi cư trú:

**Họ, chữ đệm, tên người cha:** LIÊU HỒNG PHONG

Năm sinh:         Dân tộc: Kinh         Quốc tịch: Việt Nam

Nơi cư trú:

**Họ, chữ đệm, tên người đi khai sinh:** LIÊU HỒNG PHONG

Giấy tờ tùy thân: Thẻ căn cước công dân số 093082000084, Bộ công an cấp ngày 26/04/2016

**Nơi đăng ký khai sinh:** Uỷ ban nhân dân Phường 04, quận 4, thành phố Hồ Chí Minh

**Ngày, tháng, năm đăng ký:** 06/10/2016



NGƯỜI KÝ GIẤY KHAI SINH
CHỦ TỊCH

Trần Ngọc Tuấn

BTP/KS/11916

SOCIALIST REPUBLIC OF VIETNAM
Independence - Freedom - Happiness

No: 182

# BIRTH CERTIFICATE

**Last name, middle name, first name:** L▮▮▮ H▮▮▮ D▮▮▮

Date of birth: ▮▮▮

Says: ▮▮▮

Sex: Male                Race: Kinh                Nationality: Vietnamese

Place of birth: Tu Du Hospital, Ho Chi Minh City

Domicile: Vinh Long Province

Personal identity number: 079 216 030 046

**Mother's last name, middle name, first name: NGUYEN THI HOANG LINH**

Year of birth: ▮▮▮         Race: Kinh         Nationality: Vietnamese

Address: ▮▮▮

**Father's last name, middle name, first name: LIEU HONG PHONG**

Year of birth: ▮▮▮         Race: Kinh         Nationality: Vietnamese

Address: ▮▮▮

**Informant's last name, middle name, first name: LIEU HONG PHONG**

Identity paper: ID Card No. 093 082 000 084, issued by Ministry of Public Security on 26 April 2016

**Place of registration:** The People's Committee of Ward 4, District 4, Ho Chi Minh City

**Date of registration: 06 October 2016**

AUTHORITY OF THE BIRTH CERTIFICATE
CHAIRMAN
*(Signed and sealed)*
*Tran Ngoc Tuan*

---

I, **Bui Thi My Ngoc**
Resident Card No: 079188004412
Date of issue: 17 February 2017,
Place of issue: Ho Chi Minh City,
undertake that I have translated accurately this document from Vietnamese to English.

Tôi, **Bùi Thị Mỹ Ngọc**
Căn cước công dân số: 079188004412
cấp ngày 17/02/2017 tại TP. Hồ Chí Minh
cam đoan đã dịch chính xác nội dung của giấy tờ/ văn bản này từ tiếng Việt sang tiếng Anh.

Ngày 03 tháng 08 năm 2018
Người dịch

*Bùi Thị Mỹ Ngọc*

03 August 2018
*(The Third day of August, Two thousand and eighteen)*
At the People's Committee of District 10, Ho Chi Minh City
I, *Trần Văn Phước*
am Deputy Head of the Justice Division of District 10
THIS IS TO CERTIFY THAT
Ms. **Bui Thi My Ngoc** is the person who signed this translation.

Ngày 03 tháng 08 năm 2018
*(Ngày Ba, tháng Tám, năm hai nghìn mười tám)*
Tại Ủy ban nhân dân quận 10, TP Hồ Chí Minh
Tôi, *Trần Văn Phước*
Là Phó Trưởng phòng Tư Pháp Quận 10
CHỨNG THỰC
Bà **Bùi Thị Mỹ Ngọc** là người đã ký vào bản dịch này.
Số chứng thực: 01125/2-08   Quyển số: 8 SCT/CKND

Ngày 03 tháng 08 năm 2018

*Trần Văn Phước*