12-MAR-2023

Dear LINH THI HOANG NGUYEN,

This notice is to inform you that your case for an immigrant visa is documentarily complete at the National Visa Center (NVC) and has been since 15-JAN-2022. NVC has received all of the fees, forms and documents required prior to attending an immigrant visa interview. Your petition is awaiting an interview appointment. At this time, no further action is required. We appreciate your patience.

Your case will remain at NVC until an appointment is scheduled, at which time we will send it to the appropriate U.S. Embassy or Consulate General. We will notify the applicant, petitioner, and attorney (if applicable) when an appointment is scheduled.

The U.S. Embassy or Consulate tells NVC which dates they are holding interviews. NVC fills these appointments on a first-in, first-out basis and is unable to predict when an interview will be scheduled.

Visa interviews at many U.S. Embassies and Consulates have been delayed as result of the global COVID-19 outbreak. For the most up-to-date information about the U.S. Embassy or Consulate's operating status, please visit their website at https://usembassy.gov.

The next communication you receive from NVC will be either a notice that your appointment is scheduled, or if an appointment is not scheduled within the next 60 days, we will send a notice confirming that your case is still in line for an interview.

Important: The applicant should not make any permanent financial commitments until they have received their immigrant visa. This includes activities such as:
- Selling a house, car or property,
- Resigning from a job, or;
- Making other travel arrangements.

Thank you for your continued patience.

Regards,

National Visa Center
U.S. Department of State
https://nvc.state.gov

NVC Case Number: HCM2021837006

**note: please do not reply to this email. this is not a monitored account. if you have questions or need to get in touch with nvc, please follow the instructions at http://nvc.state.gov/ask to call or email us.**