

Linne Long <linne@socheatchea.com>

# HCM2021837006
3 messages

**Linne Long** <linne@socheatchea.com>  Tue, Mar 28, 2023 at 11:44 PM
To: nvcexpedite@state.gov

HCM2021837006

Petitioner: Phong Hong Lieu

1. Linh Thi Hoang Nguyen - Spouse
   DOB:
2. P████ H████ L███ - Son  who has hyperactivity,
   DOB:
3. D███ H███ L███ - Son
   DOB:



Our office represents the petitioner in his immigration matters. See attached G-28 form. At this time, we ask that the NVC consider expediting the family's case. The petitioner, his wife and child have been separated for quite some time. The wife is being treated for depression and their child has several medical conditions that require medical care. See attached medical letters. Please consider expediting their cases.

--
Linne Long, Senior Paralegal

Socheat Chea, P.C.
3500 Duluth Park Lane, NW
Suite 300
Duluth, Georgia  30096

p:  770/623-8880
f:  770/623-8852

linne@socheatchea.com
www.socheatchea.com

This email and any attachments may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying or distribution of this email (or any attachments) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments.

---

**3 attachments**



- G-28.pdf
  160K
- Medical Record_Spouse.pdf
  97K
- Medical Record_Son.pdf
  132K

**NVCExpedite** <NVCExpedite@state.gov>   Wed, Mar 29, 2023 at 9:24 AM
To: Linne Long <linne@socheatchea.com>

To Whom it Concerns:

The National Visa Center (NVC) will send your request for expedited processing to the U.S. Embassy or Consulate.

Please note: Although only the U.S. Embassy or Consulate can approve or deny expedite requests, NVC will send you the result of your request when completed. You do not need to contact the U.S. Embassy or Consulate.

However, if you do not receive a response from NVC within 30 days, please follow up by email to nvcexpedite@state.gov.

IMPORTANT:

Do not let more than one year pass without contacting the NVC concerning this visa petition. If a period of one year passes from the last date of contact (by telephone, mail, or e-mail) with the NVC, all submitted fees and documents expire. If this occurs, the fees must be paid again and documents must be resubmitted in order to continue the immigration process.

Regards,

**Sonny| Public Inquiry Unit**

**Department of State CA/VO/DO/NVC**

**LDRM | DSTV | Contractor**

DOS - National Visa Center

o. 603-334-0700

NVCExpedite@state.gov



*This email is Sensitive but Unclassified based on the definitions provided in 12 FAM 540.*

*Any information in this transmission pertaining to the issuance or refusal of visas or permits to enter the United States shall be considered confidential under Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222 (f) and as specified in FAM*

*guidance. If you have received such information in error, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information, and contact the sender as soon as possible.*

---

**From:** Linne Long <linne@socheatchea.com>
**Sent:** Tuesday, March 28, 2023 11:45 PM
**To:** NVCExpedite <NVCExpedite@state.gov>
**Subject:** HCM2021837006

HCM2021837006

Petitioner: Phong Hong Lieu
    1. Linh Thi Hoang Nguyen - Spouse



        DOB

    2. P███ H███ L██ - Son who has hyperactivity,

        DOB:

    3. D██ H██ L██ - Son

        DOB:

Our office represents the petitioner in his immigration matters. See attached G-28 form. At this time, we ask that the NVC consider expediting the family's case. The petitioner, his wife and child have been separated for quite some time. The wife is being treated for depression and their child has several medical conditions that require medical care. See attached medical letters. Please consider expediting their cases.

--

Linne Long, Senior Paralegal

Socheat Chea, P.C.

3500 Duluth Park Lane, NW

Suite 300

Duluth, Georgia  30096


p:  770/623-8880

f:  770/623-8852

PHÒNG KHÁM BỆNH VIỆN ĐẠI HỌC Y DƯỢC 1


230010844

# ĐƠN THUỐC
## PRESCRIPTION

KHÁM CHUYÊN KHOA
- Da liễu
- Hô hấp
- Thần kinh, tâm thần
- Dị ứng, miễn dịch
- Cơ xương khớp
- Nhi khoa
- Sản phụ khoa
- Lão khoa
- Tim mạch
- Nội tiết
- Tiêu hóa
- Nội tổng quát
- Viêm gan
- Mắt
- Răng hàm mặt
- Tai mũi họng

KHÁM TỔNG QUÁT THEO YÊU CẦU
KHÁM TẦM SOÁT UNG THƯ THEO YÊU CẦU
NỘI SOI TẦM SOÁT VÀ CHẨN ĐOÁN
- Nội soi tai mũi họng
- Nội soi thanh quản
- Nội soi thực quản-dạ dày-tá tràng
- Nội soi trực tràng-đại tràng
CHỤP CỘNG HƯỞNG TỪ - MRI 1.5
CHỤP ĐIỆN TOÁN CẮT LỚP CT 128
SIÊU ÂM
- Tuyến giáp
- Động mạch cổ
- Tim
  Tuyến vú
- Bụng tổng quát
- Phụ khoa
- Siêu âm sản khoa 3D/4D

Phòng khám Bệnh viện Đại học Y dược khám bệnh từ 7h30 -> 16h30 từ thứ 2 đến thứ 7

Họ và tên/Name: **NGUYỄN THỊ HOÀNG LINH**  ☐ Nam/Male  ☑ Nữ/Female
Ngày sinh/DOB: ███████  (35 tuổi)  Cân nặng/Weight:
Địa chỉ/Address: ███████
Mã thẻ BHYT/Medicare Code:
Chẩn đoán/Diagnose: **Rối loạn hỗn hợp lo âu và trầm cảm (F41.2);**
Thuốc điều trị:

1. Sertralin (**ASENTRA 50MG**) 50mg     30 Viên
   *Uống mỗi ngày 1 lần, mỗi lần 2 Viên (tối 20h), trong 15 ngày.*

2. Olanzapine (**NYKOB 5MG**) 5mg     15 Viên
   *Uống mỗi ngày 1 lần, mỗi lần 1 Viên (tối 20h), trong 15 ngày.*

3. Etifoxin chlohydrat (**STRESAM 50MG**) 50mg     45 Viên
   *Uống mỗi ngày 3 lần, mỗi lần 1 Viên (sáng, trưa, tối 20h), trong 15 ngày.*

4. Nebivolol (**NEBILET 5MG**) 5MG     15 Viên
   *Uống mỗi ngày 2 lần, mỗi lần 1/2 Viên (sáng, tối 20h), trong 15 ngày.*

5. Ginkgo biloba (**BILOMAG 80MG**) 80mg     30 Viên
   *Uống mỗi ngày 1 lần, mỗi lần 2 Viên (sáng), trong 15 ngày.*

6. Zopiclon (**PHAMZOPIC TAB**) 7.5MG     8 Viên
   *Uống mỗi ngày 1 lần, mỗi lần 1/2 Viên (tối 20h), trong 15 ngày.*

\*Cộng khoản: 6/6
Lời dặn/Remarks: Khi có nhu cầu Chỉnh thuốc : Chụp hình đơn thuốc gửi tin nhắn qua Zalo số : 0834.968.468, vui lòng không gọi điện thoại, không nt trong giờ nghỉ trưa hay ban đêm sau 21h) Tái khám đúng hẹn ( hoặc trước 1 ngày )

Hẹn tái khám/Revisit Appointment: **Sáng 04/04 tại phòng PK Tâm thể 502 - Tầng 5, khoa Khám bệnh**

Tp.HCM, ngày 21/03/2023
Bác sĩ điều trị/Doctor

[Stamp: PHÒNG KHÁM BỆNH VIỆN ĐẠI HỌC Y DƯỢC 1 - 20-22 Dương Quang Trung, P.12, Q.10, TP.HCM]

BS.CKII.Trần Minh Khuyên

---

Tên bố mẹ hoặc người đưa trẻ đến khám bệnh, chữa bệnh:
\*Khi tái khám nhớ mang theo đơn thuốc này
*Please remember to take this prescription with you on upcoming re-examination*
Ngày giờ in/Print time: 21/03/2023 10:14:28 SA

Page 1-1

**HO CHI MINH CITY UNIVERSITY MEDICAL CENTER**
**HO CHI MINH CITY UNIVERSITY MEDICAL CENTER'S CLINIC 1**
Tel: 1900 6923   Email: booking@umcclinic.com.vn
Web: umcclinic.com.vn   Address: 20 – 22 Quang Trung Street, Ward 12, District 10, HCMC


230010844

# PRESCRIPTION

**SPECIALTY**
- Dermatology
- Respiratory
- Nervous, mental system
- Allergy, immunity
- Musculoskeletal - pediatrics
- Obstetrics and gynecology
- Geriatrics
- Heart
- Endocrine
- Digestion
- Internal general
- Hepatitis
- Eyes
- Dentomaxillofacial
- Ear, nose and throat

GENERAL EXAMINATION ON REQUEST FOR CANCER SCREENING ACCORDING TO REQUEST
ENDOSCOPIC SCREENING AND DIAGNOSIS
- Otolaryngoscopy
- Laryngoscopy
- Esophagogastroduodenal endoscopy
- Rectal-colonoscopy
MAGNETIC RESONANCE IMAGING – MRI 1.5
COMPUTED TOMOGRAPHY CT 128
ULTRASOUND
- Thyroid
- Neck artery
- Heart
- Mammary glands
- General abdomen
- Gynecology
- 3d/4d obstetric ultrasound
University medical center's clinic opens from 7:30 to 16:30 from Monday to Saturday

Full name: **NGUYEN THI HOANG LINH**  ☐Male ☑Female
Date of Birth:                                    Weight:
Address:
Medicare Code:
Diagnosis: **Mixed anxiety and depressive disorder (F41.2);**
Treatment drugs:
1. Sertralin **(ASENTRA 50MG)** 50mg                30 Tablets
*Once a day, 2 tablets each (20:00), 15 days.*
2. Olanzapine **(NYKOB 5MG)** 5mg                15 Tablets
*Once a day, 1 tablet each (20:00), 15 days.*
3. Etifoxin chlorhydrat **(STRESAM 50MG)** 50mg  45 Tablets
*3 times a day, one tablet each (morning, noon, 20:00), 15 days.*
4. Nebivolol **(NEBILET 5MG)** 5MG                15 Tablets
*2 times a day, 1/2 tablet each (morning, 20:00), 15 days.*
5. Ginkgo biloba **(BILOMAG 80MG)** 80mg            30 Tablets
*Once a day, 2 tablets each (morning), 15 days.*
6. Zopiclon **(PHAMZOPIC TAB)** 7.5MG             8 Tablets
*Once a day, 1/2 tablet each (20:00), 15 days.*

*Total items: 6/6
*Remarks: In need of drug adjustment: Take a picture of the prescription and send a message via Zalo: 0834.968.468, please don't call, don't text during lunch break or after 21:00)
(or 1 day in advance)*
Revisit Appointment: **April 4 morning at Mental Health Clinic 502 - 5th Floor, Examination Department.**

*Ho Chi Minh City, March 21, 2023*
**Doctor**
*(signed & sealed)*
**Doctor of Specialty II Tran Minh Khuyen**





Name of parent or person taking the child to medical examination and treatment:
*Please remember to take this prescription with you on upcoming re-examination
Print time: 21/03/2023 10:14:28 AM                                         Page 1/1

I, NGUYEN THI PHUONG NAM
ID Card No: 079 166 000 122
Undertake that I have translated accurately this document from Vietnamese to English

Tôi, NGUYỄN THỊ PHƯƠNG NAM
CCCD số: 079 166 000 122
Cam đoan đã dịch chính xác nội dung của giấy tờ/văn bản này từ tiếng Việt sang tiếng Anh

Ngày 28 tháng 03 năm 2023

Người dịch

Nguyễn Thị Phương Nam

Date 28/03/ 2023
(In words: *The twenty eighth day of March, two thousand and twenty-three*)
At the People's Committee of District 4, Ho Chi Minh City

I, **Luong Nguyen Trong Tien**
Chief/Deputy Chief of the Judicial Division of District 4
Certifies that Ms. NGUYEN THI PHUONG NAM is the person who signed this translation.
(*Ngày hai mươi tám tháng ba năm hai ngàn không trăm hai mươi ba*)
Tại Ủy ban nhân dân quận 4, TP Hồ Chí Minh

Tôi, **Lương Nguyễn Trọng Tiến**
Là Phó Trưởng phòng Tư pháp Quận 4 – TP.Hồ Chí Minh
Chứng thực Bà Nguyễn Thị Phương Nam là người đã ký vào bản dịch này.

**019963**

Số chứng thực:
Quyển số: 03/2023-SCT/CKND
Phó Trưởng phòng Tư pháp Quận 4

Lương Nguyễn Trọng Tiến



**TRUNG TÂM Y KHOA VẠN HẠNH**
VAN HANH MEDICAL CENTER
CHUYÊN KHOA ĐAU - THẦN KINH  PAIN MANAGEMENT - NEUROLOGY

📞 02835354096 - 02835354098   ☎ CSKH: 0867 01 09 08
✉ lienhe@ykhoavanhanh.vn   f Trung Tam Y Khoa Van Hanh
🌐 ykhoavanhanh.vn   📍 159 Trần Quốc Thảo, P. 9, Q. 3, Tp. HCM

Sở Y Tế TP. Hồ Chí Minh              **BỆNH ÁN NGOẠI TRÚ**              Số hồ sơ: BA22060808
Trung tâm Y khoa Vạn Hạnh              **OP MEDICAL RECORD**              Số lưu trữ: 12L0100003

**I.   Hành chính/ Patient information:**

Họ và tên/ Full name: L▇▇ H▇▇ P▇▇                    Giới tính/ Sex: Nam

Ngày sinh/ DOB: ▇▇▇                                   Tuổi/ Age: 11

Quốc tịch/ Nationality: Việt Nam                      Đối tượng/ Pt. type: Thu phí

Người giám hộ/ Guardian:                              CCCD/Identity:

Địa chỉ/ Address: ▇▇▇

Nơi giới thiệu/ Referral From:

| | |
|---|---|
| | Mạch/ Pulse: 80 lần/phút |
| **II.   Lý do đến khám/ Chief complain:** Tăng hoạt động | Huyết áp/ BP: 100/70 mmHg |
| **III.  Chuyên khoa/ Specialty:** Tâm thần | Nhiệt độ/ Temp: 36,2°C |
| **IV.  Tiền sử/ Medical History:** | Nhịp thở/ Respiratory rate: 12 lần/phút |
| - Cá nhân/ Personal: | Chiều cao/ Height: 1m40 |
| • Phát triển tâm thần vận động: Phù hợp theo lứa tuổi | Cân nặng/Weight: 31.6 kg |
| • Tiêm chủng: Bé được tiêm các mũi đầy đủ | |

• Rối loạn tâm thần:
  o 4 tuổi, bé đi khám tại Bệnh viện Nhi Đồng 2 vì tăng hoạt động quá mức, chẩn đoán Rối loạn tăng động giảm chú ý, bé không điều trị cho đến nay.
  o 10 tuổi: Bé đi khám tại Trung tâm Y khoa Vạn Hạnh vì tăng hoạt động quá mức, chẩn đoán Rối loạn tăng động giảm chú ý, thể hỗn hợp, điều trị với thuốc Concerta 36mg, em cải thiện triệu chứng, nhưng sụt cân nhiều => ngưng thuốc.

• Dị ứng/ Allergy: Không

• Các tình trạng y khoa khác/ Other medical conditions:
  Hen suyễn chẩn đoán tại CHAC đang dùng montelukast 5mg mỗi ngày và ventolin cắt cơn, hiện tại hen ổn định.

- Gia đình/ Family:
  • Bố: hen suyễn
  • Chưa ghi nhận các triệu chứng tăng hoạt động, giảm khả năng chú ý.

**V.   Diễn tiến bệnh/ Disease Progression:**

Bé ngưng thuốc Concerta từ T12/2022, em tăng hoạt động nhiều hơn, nói nhiều, hay chọc ghẹo bạn, làm việc riêng trong lớp, khó khăn khi chờ đợi, ồn ào, hay ra khỏi chỗ, tập trung kém hơn, dễ xao nhãng, hay mất đồ dùng, tránh né việc học, hay cáu kỉnh, mất bình tĩnh, tranh cãi với người lớn, chống đối, phá huỷ đồ đạc.

**VI.  Khám lâm sàng/ Clinical examination: 25/03/2023**

Bé tiếp xúc được, có hợp tác

**TRUNG TÂM Y KHOA VẠN HẠNH**
VAN HANH MEDICAL CENTER
CHUYÊN KHOA ĐAU - THẦN KINH PAIN MANAGEMENT - NEUROLOGY

📞 02835354096 - 02835354098   ☎ CSKH: 0867 01 09 08
✉ lienhe@ykhoavanhanh.vn   Trung Tam Y Khoa Van Hanh
🌐 ykhoavanhanh.vn   📍 159 Trần Quốc Thảo, P. 9, Q. 3, Tp. HCM

---

Có tiếp xúc mắt

Tập trung hạn chế, cần phải nhắc lại câu hỏi cho bé

Khí sắc trung bình, phủ nhận lo lắng

Tư duy nhịp vừa, trả lời vào câu hỏi

Bé khó ngồi im, ra khỏi chỗ

Ăn uống tốt, ngủ tốt

Điểm số Vanderbilt giảm chú ý: 18 điểm (mức độ trung bình), tăng động/xung động: 24 điểm (mức độ nặng)

**VII. Chẩn đoán/ Diagnosis:**

Rối loạn tăng động giảm chú ý (F90.0), thể hỗn hợp, mức độ nặng – Rối loạn thách thức chống đối

**VIII. Xử trí/ Recommendation:**

Hoá dược liệu pháp:

Concerta 27 mg/ngày

Kết hợp hỗ trợ giáo dục đặc biệt (Giảm khối lượng bài tập, chia nhỏ bài tập, thêm thời gian học tập cho các phần bài tập, khuyến khích hỗ trợ khi trẻ hoàn thành bài tập)

**IX. Tái khám/ Re-examnation:** Ngày hẹn/ Appointment day: 22/04/2023

Ngày 25 tháng 03 năm 2023
25th, March, 2023

| Giám đốc Phòng khám<br>Director of Medical Center | Bác sĩ điều trị<br>Examing doctor |
|---|---|
| Lê Thị Bích Phuong | Th.Bs. Đào Thị Thu Hương |

VAN HANH MEDICAL CENTER
PAIN MANAGEMENT – NEUROLOGY

Tel: 02835354096 – 02835354098
Customer service: 0867 01 09 08
Email: lienhe@ykhoavanhanh.vn  FB: Trung Tam Y Khoa Van Hanh
Web: ykhoavanhanh.vn  Add: 159 Tran Quoc Thao, Ward, District 3, HCMC

Ho Chi Minh City
Department of Health
Van Hanh Medical Center

**OP MEDICAL RECORD**

File number: BA22060808
Storage number: 12L0100003

**I. Patient information:**
Full name: L█ H█ P█                    Sex: Male
Date of Birth: █                        Age: 11
Nationality: Vietnamese                 Pt. type: fee collection
Guardian:                               Identity:
Address: █
Referral From:

**II. Chief complain:** Hyperactivity
**III. Specialty:** Psychiatrics
**IV. Medical History:**
- Personal:
• Psychomotor development: Age-appropriate
• Immunization: The child receives full vaccines
• Mental disorders:
    o 4 years old: visited the doctor at Children's Hospital 2 because of his overactivity, diagnosed as attention deficit hyperactivity disorder, he has not been treated so far.
    o 10 years old: The child visited the doctor at Van Hanh Medical Center because of overactivity, diagnosed with Attention Deficit Hyperactivity Disorder, mixed form, treated with Concerta 36mg, his symptoms have been improved, but lost weight too much => stop taking the drug.
• Allergy: No
• Other medical conditions:
Asthma diagnosed at CHAC, currently he is taking montelukast 5mg every day and ventolin, currently his asthma situation is stable.
Family:
• Father: asthma -
• No symptoms of overactivity, decreased ability to pay attention have been recorded.

**V. Disease Progression:**
He stopped taking Concerta from 12/2022, he increased his activity more, talked a lot, teased her friends, did personal affairs in class, had trouble waiting, was noisy, or often went out of his place, focused less, easily distracted, lost things, avoided studying, irritated, lost temper, argued with adults, was opposite, destroyed things

**VI. Clinical examination: 25/03/2023**
Contact, cooperate
Have eye contact
Concentrate in limit, need to repeat the question for him
Average attitude, negate worry
Think in moderate level, answer true questions



Have difficulty sitting still, get out of place

Eat well, sleep well

Vanderbilt score for attention deficit: 18 points (average), hyperactivity/impulsivity: 24 points (severe)

**II. Diagnosis:**

Attention Deficit Hyperactivity Disorder (F90.0), Mixed, Severe - Oppositional defiant disorder

**III. Recommendation:**

Chemotherapy:

Concerta 27 mg/day

Incorporating special education support (Reducing workload, dividing assignments, adding study time for assignments, encouraging and supporting when the child completes his assignments)

**IV. Re-examination:** Appointment day: April 22, 2023

|  |  |
|---|---|
| **Director of Medical Center** | March 25, 2023 |
| *(signed & sealed)* | **Examining doctor** |
| **Le Thi Bich Phuong** | *(signed)* |
|  | **Dr. Dao Thi Thu Huong, MSc** |

---

I, **NGUYEN THI PHUONG NAM**
ID Card No: 079 166 000 122
Undertake that I have translated accurately this document from Vietnamese to English
Tôi, **NGUYỄN THỊ PHƯƠNG NAM**
CCCD số: 079 166 000 122
Cam đoan đã dịch chính xác nội dung của giấy tờ/văn bản này từ tiếng Việt sang tiếng Anh

Ngày 28 tháng 03 năm 2023

Người dịch

Nguyễn Thị Phương Nam

Date 28/03/ 2023
(In words: *The twenty eighth day of March ,two thousand and twenty-three*)
At the People's Committee of District 4, Ho Chi Minh City

I, **Luong Nguyen Trong Tien**
Chief/Deputy Chief of the Judicial Division of District 4
Certifies that Ms. NGUYEN THI PHUONG NAM is the person who signed this translation.
(*Ngày hai mươi tám tháng ba năm hai ngàn không trăm hai mươi ba*)
Tại Ủy ban nhân dân quận 4, TP Hồ Chí Minh

Tôi, **Lương Nguyễn Trọng Tiến**
Là Phó Trưởng phòng Tư pháp Quận 4 – TP.Hồ Chí Minh
Chứng thực Bà Nguyễn Thị Phương Nam là người đã ký vào bản dịch này.

Số chứng thực: **019961**
Quyển số: 03/2023-SCT/CKND
Phó Trưởng phòng Tư pháp Quận 4



Lương Nguyễn Trọng Tiến

