linne@socheatchea.com

www.socheatchea.com

This email and any attachments may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying or distribution of this email (or any attachments) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments.

## SBU -PRIVACY OR PII

**NVCExpedite** <NVCExpedite@state.gov>                                                                            Wed, Apr 5, 2023 at 7:05 AM
To: "linne@socheatchea.com" <linne@socheatchea.com>

Good day,

Thank you for your patience. We sent your request to the U.S. Embassy or Consulate in VIETNAM.

However, they cannot expedite this case.

Please note: Only the U.S. Embassy or Consulate can approve or deny expedite requests.

This case is now documentarily complete. That means the National Visa Center has all the required documents. Your application is now waiting for an interview appointment.

The U.S. Embassy or Consulate provides the NVC with a list of available appointment dates and times.  We schedule appointments on a first-in, first-out basis. After your appointment is scheduled, we will forward your case to the U.S. Embassy or Consulate General.

We cannot predict how long it will take to schedule your appointment, but we will notify the applicant, petitioner, and your attorney (if applicable) when an appointment is scheduled.

For the most up-to-date information about the U.S. Embassy or Consulate General's operating status, please visit their website at https://usembassy.gov.

Information about preparing for interview appointments is available at these websites:

https://nvc.state.gov/prep

https://nvc.state.gov/prep/espanol

Important: Do not make travel arrangements, sell property, or give up employment until the U.S. Embassy or Consulate issues a visa.

IMPORTANT:

Do not let more than one year pass without contacting the NVC concerning this visa petition. If a period of one year passes from the last date of contact (by telephone, mail, or e-mail) with the NVC, all submitted fees and documents expire. If this occurs, the fees must be paid again and documents must be resubmitted in order to continue the immigration process.

Regards,

**Sonny| Public Inquiry Unit**

**Department of State CA/VO/DO/NVC**

**LDRM | DSTV | Contractor**

DOS - National Visa Center

o. 603-334-0700

NVCExpedite@state.gov



*This email is Sensitive but Unclassified based on the definitions provided in 12 FAM 540.*

*Any information in this transmission pertaining to the issuance or refusal of visas or permits to enter the United States shall be considered confidential under Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222 (f) and as specified in FAM guidance. If you have received such information in error, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information, and contact the sender as soon as possible.*

SBU -PRIVACY OR PII

**From:** Linne Long <linne@socheatchea.com>
**Sent:** Tuesday, March 28, 2023 11:45 PM
**To:** NVCExpedite <NVCExpedite@state.gov>
**Subject:** HCM2021837006

HCM2021837006

Petitioner: Phong Hong Lieu

   1. Linh Thi Hoang Nguyen - Spouse

      DOB: ▇▇▇▇

   2. P▇▇ H▇▇ L▇▇ - Son who has hyperactivity,

      DOB: ▇▇▇▇

   3. D▇▇ H▇ L▇ - Son

      DOB: ▇▇▇▇

Our office represents the petitioner in his immigration matters. See attached G-28 form. At this time, we ask that the NVC consider expediting the family's case. The petitioner, his wife and child have been separated for quite some time. The wife is being treated for depression and their child has several medical conditions that require medical care. See attached medical letters. Please consider expediting their cases.


--
Linne Long, Senior Paralegal

Socheat Chea, P.C.
3500 Duluth Park Lane, NW
Suite 300
Duluth, Georgia  30096

p:  770/623-8880
f:  770/623-8852

linne@socheatchea.com
www.socheatchea.com

This email and any attachments may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying or distribution of this email (or any attachments) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments.

SBU -PRIVACY OR PII

SBU -PRIVACY OR PII