| Immigrant Visa Issuances by Post February 2023 (FY 2023) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Havana | FX | 870 |
| Havana | IR1 | 120 |
| Havana | IR2 | 242 |
| Havana | IR5 | 1,173 |
| Havana | IW | 1 |
| Helsinki | E1 | 2 |
| Helsinki | E2 | 10 |
| Helsinki | E3 | 1 |
| Helsinki | IR1 | 2 |
| Helsinki | IR5 | 5 |
| Ho Chi Minh City | AM | 6 |
| Ho Chi Minh City | CR1 | 5 |
| Ho Chi Minh City | CR2 | 4 |
| Ho Chi Minh City | EW | 31 |
| Ho Chi Minh City | F1 | 81 |
| Ho Chi Minh City | F2B | 94 |
| Ho Chi Minh City | F3 | 123 |
| Ho Chi Minh City | F4 | 236 |
| Ho Chi Minh City | FX | 174 |
| Ho Chi Minh City | I5 | 35 |
| Ho Chi Minh City | IR1 | 167 |
| Ho Chi Minh City | IR2 | 89 |
| Ho Chi Minh City | IR5 | 581 |
| Ho Chi Minh City | IW | 1 |
| Ho Chi Minh City | SB1 | 8 |
| Hong Kong | CR1 | 1 |
| Hong Kong | DV | 1 |
| Hong Kong | E1 | 7 |
| Hong Kong | E2 | 2 |
| Hong Kong | E3 | 3 |
| Hong Kong | EW | 3 |
| Hong Kong | F1 | 2 |
| Hong Kong | F2A | 1 |
| Hong Kong | F2B | 2 |
| Hong Kong | F3 | 5 |
| Hong Kong | F4 | 42 |
| Hong Kong | FX | 5 |
| Hong Kong | I5 | 2 |
| Hong Kong | IH4 | 1 |
| Hong Kong | IR1 | 17 |
| Hong Kong | IR2 | 2 |
| Hong Kong | IR5 | 20 |

| Immigrant Visa Issuances by Post January 2023 (FY 2023) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Havana | IW | 1 |
| Helsinki | CR1 | 3 |
| Helsinki | E3 | 4 |
| Helsinki | IR1 | 7 |
| Helsinki | IR5 | 2 |
| Ho Chi Minh City | AM | 10 |
| Ho Chi Minh City | CR1 | 3 |
| Ho Chi Minh City | CR2 | 2 |
| Ho Chi Minh City | E3 | 4 |
| Ho Chi Minh City | EW | 26 |
| Ho Chi Minh City | F1 | 68 |
| Ho Chi Minh City | F2B | 45 |
| Ho Chi Minh City | F3 | 86 |
| Ho Chi Minh City | F4 | 323 |
| Ho Chi Minh City | FX | 125 |
| Ho Chi Minh City | I5 | 44 |
| Ho Chi Minh City | IR1 | 55 |
| Ho Chi Minh City | IR2 | 41 |
| Ho Chi Minh City | IR5 | 223 |
| Ho Chi Minh City | SB1 | 38 |
| Hong Kong | CR1 | 2 |
| Hong Kong | E3 | 1 |
| Hong Kong | EW | 1 |
| Hong Kong | F1 | 7 |
| Hong Kong | F2B | 2 |
| Hong Kong | F3 | 4 |
| Hong Kong | F4 | 40 |
| Hong Kong | FX | 9 |
| Hong Kong | I5 | 3 |
| Hong Kong | IH4 | 2 |
| Hong Kong | IR1 | 20 |
| Hong Kong | IR5 | 36 |
| Hong Kong | SB1 | 1 |
| Islamabad | CR1 | 16 |
| Islamabad | DV | 31 |
| Islamabad | E3 | 7 |
| Islamabad | EW | 4 |
| Islamabad | F1 | 2 |
| Islamabad | F2B | 2 |
| Islamabad | F3 | 19 |
| Islamabad | F4 | 80 |
| Islamabad | FX | 34 |

| Immigrant Visa Issuances by Post December 2022 (FY 2023) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Harare | IR5 | 3 |
| Havana | CR1 | 23 |
| Havana | CR2 | 5 |
| Havana | F2B | 1 |
| Havana | FX | 6 |
| Havana | IR1 | 132 |
| Havana | IR2 | 253 |
| Havana | IR5 | 2,085 |
| Havana | IW | 3 |
| Helsinki | CR1 | 1 |
| Helsinki | EW | 3 |
| Helsinki | F2B | 1 |
| Helsinki | FX | 1 |
| Helsinki | IR5 | 2 |
| Helsinki | SB1 | 1 |
| Helsinki | SD | 4 |
| Helsinki | SQ1 | 1 |
| Ho Chi Minh City | AM | 23 |
| Ho Chi Minh City | CR1 | 9 |
| Ho Chi Minh City | CR2 | 3 |
| Ho Chi Minh City | E2 | 1 |
| Ho Chi Minh City | EW | 88 |
| Ho Chi Minh City | F1 | 173 |
| Ho Chi Minh City | F2B | 240 |
| Ho Chi Minh City | F3 | 384 |
| Ho Chi Minh City | F4 | 569 |
| Ho Chi Minh City | FX | 513 |
| Ho Chi Minh City | I5 | 34 |
| Ho Chi Minh City | IR1 | 164 |
| Ho Chi Minh City | IR2 | 68 |
| Ho Chi Minh City | IR5 | 469 |
| Ho Chi Minh City | SB1 | 23 |
| Ho Chi Minh City | SE | 4 |
| Hong Kong | CR1 | 1 |
| Hong Kong | E1 | 1 |
| Hong Kong | E2 | 2 |
| Hong Kong | F1 | 2 |
| Hong Kong | F2B | 2 |
| Hong Kong | F3 | 19 |
| Hong Kong | F4 | 31 |
| Hong Kong | FX | 5 |
| Hong Kong | I5 | 4 |

| Immigrant Visa Issuances by Post November 2022 (FY 2023) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Guatemala City | F2B | 17 |
| Guatemala City | F3 | 16 |
| Guatemala City | F4 | 20 |
| Guatemala City | FX | 137 |
| Guatemala City | IR1 | 73 |
| Guatemala City | IR2 | 35 |
| Guatemala City | IR5 | 52 |
| Guatemala City | SD | 5 |
| Guayaquil | CR1 | 17 |
| Guayaquil | CR2 | 7 |
| Guayaquil | E3 | 1 |
| Guayaquil | EW | 4 |
| Guayaquil | F1 | 27 |
| Guayaquil | F2B | 20 |
| Guayaquil | F3 | 10 |
| Guayaquil | F4 | 41 |
| Guayaquil | FX | 83 |
| Guayaquil | IR1 | 42 |
| Guayaquil | IR2 | 55 |
| Guayaquil | IR5 | 66 |
| Guayaquil | IW | 1 |
| Hamilton | E3 | 3 |
| Harare | CR1 | 1 |
| Harare | E3 | 16 |
| Harare | EW | 6 |
| Harare | F1 | 4 |
| Harare | FX | 7 |
| Harare | IR1 | 2 |
| Harare | IR2 | 4 |
| Harare | IR5 | 13 |
| Harare | SE | 5 |
| Havana | CR1 | 2 |
| Havana | FX | 2 |
| Havana | IR1 | 94 |
| Havana | IR2 | 147 |
| Havana | IR5 | 1,388 |
| Helsinki | IR1 | 1 |
| Ho Chi Minh City | AM | 12 |
| Ho Chi Minh City | CR1 | 3 |
| Ho Chi Minh City | CR2 | 1 |
| Ho Chi Minh City | E2 | 4 |
| Ho Chi Minh City | EW | 19 |

| Immigrant Visa Issuances by Post October 2022 (FY 2023) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Helsinki | IR1 | 2 |
| Ho Chi Minh City | AM | 36 |
| Ho Chi Minh City | CR1 | 3 |
| Ho Chi Minh City | CR2 | 5 |
| Ho Chi Minh City | EW | 25 |
| Ho Chi Minh City | F1 | 89 |
| Ho Chi Minh City | F2B | 110 |
| Ho Chi Minh City | F3 | 126 |
| Ho Chi Minh City | F4 | 562 |
| Ho Chi Minh City | FX | 312 |
| Ho Chi Minh City | I5 | 36 |
| Ho Chi Minh City | IR1 | 203 |
| Ho Chi Minh City | IR2 | 95 |
| Ho Chi Minh City | IR5 | 598 |
| Ho Chi Minh City | IW | 4 |
| Ho Chi Minh City | SB1 | 20 |
| Hong Kong | CR1 | 1 |
| Hong Kong | CX | 3 |
| Hong Kong | DV | 7 |
| Hong Kong | E1 | 8 |
| Hong Kong | E2 | 7 |
| Hong Kong | E3 | 6 |
| Hong Kong | EW | 7 |
| Hong Kong | F1 | 14 |
| Hong Kong | F2B | 2 |
| Hong Kong | F3 | 45 |
| Hong Kong | F4 | 60 |
| Hong Kong | FX | 14 |
| Hong Kong | I5 | 18 |
| Hong Kong | IH4 | 2 |
| Hong Kong | IR1 | 20 |
| Hong Kong | IR2 | 5 |
| Hong Kong | IR5 | 20 |
| Hong Kong | SB1 | 3 |
| Islamabad | CR1 | 15 |
| Islamabad | DV | 3 |
| Islamabad | E3 | 7 |
| Islamabad | EW | 9 |
| Islamabad | F1 | 6 |
| Islamabad | F2A | 3 |
| Islamabad | F2B | 8 |
| Islamabad | F3 | 15 |

| Immigrant Visa Issuances by Post September 2022 (FY 2022) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Helsinki | IR1 | 3 |
| Helsinki | IR2 | 1 |
| Helsinki | IR5 | 1 |
| Ho Chi Minh City | AM | 28 |
| Ho Chi Minh City | CR1 | 9 |
| Ho Chi Minh City | DV | 2 |
| Ho Chi Minh City | EW | 26 |
| Ho Chi Minh City | F1 | 93 |
| Ho Chi Minh City | F2A | 4 |
| Ho Chi Minh City | F2B | 158 |
| Ho Chi Minh City | F3 | 215 |
| Ho Chi Minh City | F4 | 607 |
| Ho Chi Minh City | FX | 326 |
| Ho Chi Minh City | I5 | 82 |
| Ho Chi Minh City | IR1 | 170 |
| Ho Chi Minh City | IR2 | 87 |
| Ho Chi Minh City | IR5 | 585 |
| Ho Chi Minh City | IW | 2 |
| Ho Chi Minh City | SB1 | 32 |
| Hong Kong | CR1 | 3 |
| Hong Kong | E1 | 2 |
| Hong Kong | F1 | 9 |
| Hong Kong | F2A | 11 |
| Hong Kong | F2B | 4 |
| Hong Kong | F3 | 26 |
| Hong Kong | F4 | 62 |
| Hong Kong | FX | 10 |
| Hong Kong | I5 | 9 |
| Hong Kong | IR1 | 26 |
| Hong Kong | IR2 | 7 |
| Hong Kong | IR5 | 23 |
| Hong Kong | SB1 | 6 |
| Islamabad | CQ1 | 1 |
| Islamabad | CQ2 | 1 |
| Islamabad | CQ3 | 4 |
| Islamabad | CR1 | 17 |
| Islamabad | DV | 215 |
| Islamabad | E2 | 7 |
| Islamabad | E3 | 5 |
| Islamabad | EW | 8 |
| Islamabad | F1 | 4 |
| Islamabad | F2A | 50 |

| Immigrant Visa Issuances by Post August 2022 (FY 2022) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Ho Chi Minh City | EW | 29 |
| Ho Chi Minh City | F1 | 114 |
| Ho Chi Minh City | F2A | 5 |
| Ho Chi Minh City | F2B | 129 |
| Ho Chi Minh City | F3 | 238 |
| Ho Chi Minh City | F4 | 760 |
| Ho Chi Minh City | FX | 327 |
| Ho Chi Minh City | I5 | 273 |
| Ho Chi Minh City | IB1 | 1 |
| Ho Chi Minh City | IR1 | 248 |
| Ho Chi Minh City | IR2 | 125 |
| Ho Chi Minh City | IR5 | 841 |
| Ho Chi Minh City | IW | 2 |
| Ho Chi Minh City | SB1 | 21 |
| Ho Chi Minh City | SE | 4 |
| Hong Kong | E1 | 3 |
| Hong Kong | E2 | 1 |
| Hong Kong | E3 | 13 |
| Hong Kong | F1 | 17 |
| Hong Kong | F2A | 27 |
| Hong Kong | F2B | 6 |
| Hong Kong | F3 | 49 |
| Hong Kong | F4 | 84 |
| Hong Kong | FX | 13 |
| Hong Kong | I5 | 64 |
| Hong Kong | IH4 | 3 |
| Hong Kong | IR1 | 18 |
| Hong Kong | IR2 | 3 |
| Hong Kong | IR5 | 37 |
| Hong Kong | SB1 | 2 |
| Islamabad | CQ1 | 1 |
| Islamabad | CQ2 | 1 |
| Islamabad | CQ3 | 6 |
| Islamabad | CR1 | 11 |
| Islamabad | DV | 54 |
| Islamabad | E3 | 7 |
| Islamabad | EW | 4 |
| Islamabad | F1 | 4 |
| Islamabad | F2A | 25 |
| Islamabad | F2B | 3 |
| Islamabad | F3 | 14 |
| Islamabad | F4 | 98 |

| Immigrant Visa Issuances by Post July 2022 (FY 2022) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Hanoi | SE | 1 |
| Harare | DV | 3 |
| Harare | E3 | 25 |
| Harare | EW | 5 |
| Harare | F1 | 1 |
| Harare | FX | 3 |
| Harare | IR1 | 1 |
| Harare | IR2 | 1 |
| Harare | IR5 | 4 |
| Havana | IR1 | 5 |
| Havana | IR2 | 6 |
| Havana | IR5 | 298 |
| Helsinki | CR1 | 2 |
| Helsinki | IR1 | 1 |
| Helsinki | IR5 | 1 |
| Ho Chi Minh City | AM | 31 |
| Ho Chi Minh City | CR1 | 7 |
| Ho Chi Minh City | CR2 | 1 |
| Ho Chi Minh City | DV | 3 |
| Ho Chi Minh City | EW | 28 |
| Ho Chi Minh City | F1 | 77 |
| Ho Chi Minh City | F2B | 98 |
| Ho Chi Minh City | F3 | 200 |
| Ho Chi Minh City | F4 | 649 |
| Ho Chi Minh City | FX | 261 |
| Ho Chi Minh City | I5 | 242 |
| Ho Chi Minh City | IR1 | 136 |
| Ho Chi Minh City | IR2 | 87 |
| Ho Chi Minh City | IR5 | 400 |
| Ho Chi Minh City | IW | 2 |
| Ho Chi Minh City | SB1 | 18 |
| Ho Chi Minh City | SE | 2 |
| Hong Kong | CR1 | 7 |
| Hong Kong | E1 | 6 |
| Hong Kong | E2 | 6 |
| Hong Kong | E3 | 1 |
| Hong Kong | F1 | 4 |
| Hong Kong | F2B | 4 |
| Hong Kong | F3 | 13 |
| Hong Kong | F4 | 41 |
| Hong Kong | FX | 8 |
| Hong Kong | I5 | 53 |

| Immigrant Visa Issuances by Post June 2022 (FY 2022) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Hamilton | E3 | 4 |
| Hamilton | F3 | 1 |
| Hamilton | IR1 | 1 |
| Hanoi | IH3 | 1 |
| Hanoi | SE | 1 |
| Harare | CR1 | 1 |
| Harare | DV | 7 |
| Harare | E3 | 31 |
| Harare | EW | 12 |
| Harare | F1 | 5 |
| Harare | FX | 2 |
| Harare | IR1 | 3 |
| Harare | IR2 | 1 |
| Harare | IR5 | 3 |
| Havana | IR5 | 227 |
| Helsinki | CR1 | 2 |
| Helsinki | IR1 | 2 |
| Helsinki | IR5 | 3 |
| Helsinki | SB1 | 1 |
| Ho Chi Minh City | AM | 4 |
| Ho Chi Minh City | CR1 | 8 |
| Ho Chi Minh City | CR2 | 2 |
| Ho Chi Minh City | E2 | 7 |
| Ho Chi Minh City | E3 | 1 |
| Ho Chi Minh City | EW | 50 |
| Ho Chi Minh City | F1 | 48 |
| Ho Chi Minh City | F2B | 74 |
| Ho Chi Minh City | F3 | 159 |
| Ho Chi Minh City | F4 | 825 |
| Ho Chi Minh City | FX | 127 |
| Ho Chi Minh City | I5 | 118 |
| Ho Chi Minh City | IR1 | 190 |
| Ho Chi Minh City | IR2 | 88 |
| Ho Chi Minh City | IR5 | 511 |
| Ho Chi Minh City | IW | 1 |
| Ho Chi Minh City | SB1 | 41 |
| Hong Kong | CR1 | 5 |
| Hong Kong | CR2 | 1 |
| Hong Kong | E1 | 3 |
| Hong Kong | EW | 2 |
| Hong Kong | F1 | 3 |
| Hong Kong | F2B | 8 |

| Immigrant Visa Issuances by Post May 2022 (FY 2022) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Guayaquil | IW | 1 |
| Guayaquil | SE | 4 |
| Hamilton | F3 | 1 |
| Hamilton | I5 | 4 |
| Hamilton | IR5 | 1 |
| Hanoi | IH3 | 2 |
| Hanoi | SE | 3 |
| Harare | DV | 9 |
| Harare | E3 | 7 |
| Harare | EW | 12 |
| Harare | IR1 | 2 |
| Harare | IR5 | 6 |
| Havana | IR5 | 174 |
| Helsinki | CR1 | 1 |
| Helsinki | DV | 6 |
| Helsinki | E2 | 4 |
| Helsinki | F4 | 4 |
| Helsinki | IR1 | 1 |
| Ho Chi Minh City | AM | 20 |
| Ho Chi Minh City | CR1 | 7 |
| Ho Chi Minh City | CR2 | 3 |
| Ho Chi Minh City | E1 | 2 |
| Ho Chi Minh City | E2 | 3 |
| Ho Chi Minh City | E3 | 3 |
| Ho Chi Minh City | EW | 56 |
| Ho Chi Minh City | F1 | 18 |
| Ho Chi Minh City | F2B | 17 |
| Ho Chi Minh City | F3 | 75 |
| Ho Chi Minh City | F4 | 1,360 |
| Ho Chi Minh City | FX | 46 |
| Ho Chi Minh City | I5 | 33 |
| Ho Chi Minh City | IR1 | 150 |
| Ho Chi Minh City | IR2 | 80 |
| Ho Chi Minh City | IR5 | 477 |
| Ho Chi Minh City | IW | 1 |
| Ho Chi Minh City | SB1 | 38 |
| Hong Kong | CR1 | 2 |
| Hong Kong | DV | 6 |
| Hong Kong | E1 | 4 |
| Hong Kong | E3 | 4 |
| Hong Kong | EW | 4 |
| Hong Kong | F1 | 4 |

| Immigrant Visa Issuances by Post April 2022 (FY 2022) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Hanoi | SE | 1 |
| Harare | DV | 4 |
| Harare | E3 | 13 |
| Harare | EW | 9 |
| Harare | FX | 1 |
| Harare | IR2 | 1 |
| Harare | IR5 | 4 |
| Harare | SE | 1 |
| Helsinki | DV | 7 |
| Helsinki | IR1 | 2 |
| Helsinki | IR2 | 1 |
| Helsinki | SB1 | 1 |
| Ho Chi Minh City | AM | 8 |
| Ho Chi Minh City | CR1 | 7 |
| Ho Chi Minh City | CR2 | 1 |
| Ho Chi Minh City | E2 | 6 |
| Ho Chi Minh City | E3 | 5 |
| Ho Chi Minh City | EW | 57 |
| Ho Chi Minh City | F1 | 38 |
| Ho Chi Minh City | F2B | 15 |
| Ho Chi Minh City | F3 | 31 |
| Ho Chi Minh City | F4 | 1,264 |
| Ho Chi Minh City | FX | 22 |
| Ho Chi Minh City | I5 | 7 |
| Ho Chi Minh City | IB1 | 1 |
| Ho Chi Minh City | IR1 | 180 |
| Ho Chi Minh City | IR2 | 102 |
| Ho Chi Minh City | IR5 | 603 |
| Ho Chi Minh City | IW | 2 |
| Ho Chi Minh City | SB1 | 30 |
| Ho Chi Minh City | T5 | 6 |
| Hong Kong | CR1 | 1 |
| Hong Kong | CR2 | 1 |
| Hong Kong | DV | 3 |
| Hong Kong | E1 | 2 |
| Hong Kong | E3 | 3 |
| Hong Kong | F1 | 6 |
| Hong Kong | F2B | 2 |
| Hong Kong | F3 | 9 |
| Hong Kong | F4 | 51 |
| Hong Kong | FX | 12 |
| Hong Kong | IR1 | 10 |

| Immigrant Visa Issuances by Post March 2022 (FY 2022) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Guayaquil | IR2 | 55 |
| Guayaquil | IR5 | 65 |
| Guayaquil | IW | 2 |
| Guayaquil | SB1 | 3 |
| Guayaquil | SU | 1 |
| Hamilton | E3 | 3 |
| Hamilton | F3 | 4 |
| Hanoi | SE | 4 |
| Harare | CR1 | 1 |
| Harare | DV | 12 |
| Harare | E3 | 21 |
| Harare | EW | 14 |
| Harare | F1 | 3 |
| Harare | F2B | 1 |
| Harare | FX | 2 |
| Harare | IR1 | 3 |
| Harare | IR2 | 1 |
| Harare | IR5 | 6 |
| Helsinki | CR1 | 2 |
| Helsinki | DV | 6 |
| Helsinki | F2B | 4 |
| Helsinki | IR1 | 3 |
| Helsinki | SB1 | 1 |
| Ho Chi Minh City | AM | 22 |
| Ho Chi Minh City | CR1 | 16 |
| Ho Chi Minh City | CR2 | 2 |
| Ho Chi Minh City | E2 | 8 |
| Ho Chi Minh City | E3 | 5 |
| Ho Chi Minh City | EW | 84 |
| Ho Chi Minh City | F1 | 20 |
| Ho Chi Minh City | F2B | 10 |
| Ho Chi Minh City | F3 | 84 |
| Ho Chi Minh City | F4 | 1,033 |
| Ho Chi Minh City | FX | 44 |
| Ho Chi Minh City | IR1 | 206 |
| Ho Chi Minh City | IR2 | 105 |
| Ho Chi Minh City | IR5 | 920 |
| Ho Chi Minh City | IW | 2 |
| Ho Chi Minh City | SB1 | 57 |
| Hong Kong | DV | 1 |
| Hong Kong | E3 | 4 |
| Hong Kong | F1 | 1 |

| Immigrant Visa Issuances by Post February 2022 (FY 2022) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Harare | SB1 | 1 |
| Helsinki | DV | 1 |
| Helsinki | IR1 | 1 |
| Helsinki | IR2 | 2 |
| Helsinki | SB1 | 2 |
| Ho Chi Minh City | AM | 18 |
| Ho Chi Minh City | CR1 | 6 |
| Ho Chi Minh City | CR2 | 1 |
| Ho Chi Minh City | E1 | 1 |
| Ho Chi Minh City | E3 | 1 |
| Ho Chi Minh City | EW | 55 |
| Ho Chi Minh City | F1 | 13 |
| Ho Chi Minh City | F2B | 17 |
| Ho Chi Minh City | F3 | 29 |
| Ho Chi Minh City | F4 | 373 |
| Ho Chi Minh City | FX | 12 |
| Ho Chi Minh City | IR1 | 87 |
| Ho Chi Minh City | IR2 | 43 |
| Ho Chi Minh City | IR5 | 362 |
| Ho Chi Minh City | IW | 1 |
| Ho Chi Minh City | SB1 | 33 |
| Hong Kong | C5 | 1 |
| Hong Kong | DV | 4 |
| Hong Kong | E1 | 3 |
| Hong Kong | E3 | 2 |
| Hong Kong | EW | 1 |
| Hong Kong | F1 | 5 |
| Hong Kong | F2B | 3 |
| Hong Kong | F3 | 10 |
| Hong Kong | F4 | 66 |
| Hong Kong | FX | 12 |
| Hong Kong | IR1 | 14 |
| Hong Kong | IR2 | 3 |
| Hong Kong | IR5 | 12 |
| Hong Kong | SB1 | 1 |
| Islamabad | CQ | 28 |
| Islamabad | CR1 | 23 |
| Islamabad | DV | 17 |
| Islamabad | E1 | 6 |
| Islamabad | E2 | 5 |
| Islamabad | E3 | 36 |
| Islamabad | EW | 9 |

| Immigrant Visa Issuances by Post January 2022 (FY 2022) | | |
|---|---|---|
| Post | Visa Class | Issuances |
| Guayaquil | DV | 12 |
| Guayaquil | F1 | 43 |
| Guayaquil | F2B | 58 |
| Guayaquil | F3 | 22 |
| Guayaquil | F4 | 47 |
| Guayaquil | FX | 97 |
| Guayaquil | IR1 | 42 |
| Guayaquil | IR2 | 31 |
| Guayaquil | IR5 | 50 |
| Guayaquil | SB1 | 1 |
| Hamilton | E3 | 2 |
| Hamilton | IR5 | 1 |
| Hanoi | SE | 6 |
| Harare | DV | 7 |
| Harare | E2 | 1 |
| Harare | E3 | 59 |
| Harare | EW | 1 |
| Harare | F1 | 2 |
| Harare | IR1 | 1 |
| Harare | IR2 | 2 |
| Harare | IR5 | 2 |
| Helsinki | DV | 3 |
| Helsinki | F4 | 4 |
| Helsinki | FX | 1 |
| Helsinki | IR1 | 3 |
| Helsinki | IR2 | 2 |
| Helsinki | IR5 | 2 |
| Ho Chi Minh City | AM | 12 |
| Ho Chi Minh City | CR1 | 17 |
| Ho Chi Minh City | CR2 | 8 |
| Ho Chi Minh City | E2 | 5 |
| Ho Chi Minh City | E3 | 5 |
| Ho Chi Minh City | EW | 66 |
| Ho Chi Minh City | F1 | 30 |
| Ho Chi Minh City | F2B | 23 |
| Ho Chi Minh City | F3 | 85 |
| Ho Chi Minh City | F4 | 340 |
| Ho Chi Minh City | FX | 24 |
| Ho Chi Minh City | IB1 | 1 |
| Ho Chi Minh City | IR1 | 158 |
| Ho Chi Minh City | IR2 | 75 |
| Ho Chi Minh City | IR5 | 579 |