

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type: P
Mã số / Code: VNM
Số hộ chiếu / Passport Nº: B8306858

Họ và tên / Full name: TRẦN NGỌC HOÀNG KIM
Quốc tịch / Nationality: VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth: [redacted]
Nơi sinh / Place of birth: TP. HỒ CHÍ MINH
Giới tính / Sex: NỮ / F
Số GCMND / ID card Nº: 025467237
Ngày cấp / Date of issue: 01 / 08 / 2013
Có giá trị đến / Date of expiry: 01 / 08 / 2023
Nơi cấp / Place of issue: Cục Quản lý xuất nhập cảnh

```
P<VNMTRAN<<NGOC<HOANG<KIM<<<<<<<<<<<<<<<<<<<
B8306858<9VNM[redacted]5F2308010025467237<<<<<44
```

