**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | February 13, 2019 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-140, Immigrant Petition for Alien Worker | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| SRC1990217542 | February 08, 2019 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| February 15, 2017 | 203 B3AIII OTHER WORKER | |

WAYNE FARMS LLC
C/O MYUNG SUN C. GOLDSTEIN GOLDSTEIN LAW GROUP
2024 BEAVER RUIN ROAD
NORCROSS, GA  30071

5  00001433

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $700.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $700.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

The I-140, Immigrant Petition for Alien Worker has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| TRAN, KIM | | SOCIALIST REPUBLIC OF VIETNAM | |

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
Texas Service Center
P.O. Box 851488
Mesquite, TX  75185-1488

**USCIS Customer Service Number:**
(800)375-5283
ATTORNEY COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  06/07/18