# EXHIBIT A

# GEORGIA MOTOR VEHICLE CRASH REPORT

Page ___ of ___

**Agency Case Number:** GP220027231
**Agency NCIC Number:** GA0670200
**County:** GWINNETT
**Date Rec. by GDOT:**

## Estimated Crash
- Date: 03/30/2022
- Time: 11:43

## Dispatch
- Date: 03/30/2022
- Time: 11:55

## Arrival
- Date: 03/30/2022
- Time: 12:03

**Total Number of:** Vehicles 2, Injuries 0, Fatalities 0
**Inside City Of:**

**Road of Occurrence:** 10101 I85N HWY NW
**At Its Intersection With:** MM 101

☐ Corrected Report
☐ Sup To Original

**Not At Its Intersection But:** ___ ☐ Miles ☐ Feet ☐ North ☐ South ☐ East ☐ West **Of** ___

☐ Hit and Run

**Latitude (Y):** 33.5543
**Longitude (X):** -84.1033

## Unit # 1
- ☒ Driver ☐ Ped ☐ Bike
- ☒ Susp At Fault
- **LAST NAME:** STEVENS
- **FIRST:** HOSEA
- **MIDDLE:**
- **Address:** 304 WOODLAWN PARK DR
- **City:** MCDONOUGH
- **State:** GA
- **Zip:** 30253
- **DOB:** 04/24/1978
- **Driver's License No.:** 043061678
- **Class:** C
- **State:** GA
- **Country:** US
- **Insurance Co.:** MERCURY INSURANCE
- **Policy No.:** GAAP0000130993
- **Telephone No.:** (404) 914-5254
- **Year:** 2012
- **Make:** Buick
- **Model:** Lacrosse
- **VIN:** 1G4GB5E3XCF115355
- **Vehicle Color:** Gold
- **Tag #:** CTL9651
- **State:** GA
- **County:** HENRY
- **Year:** 2022
- **Trailer Tag #:** — **State:** — **County:** — **Year:** —
- ☒ Same as Driver
- **Owner's Last Name:** — **First:** — **Middle:** —
- **Address:**
- **City:** — **State:** — **Zip:** —
- **Removed By:** WILLARD    ☒ Request ☐ List
- **Alco Test:** No  **Type:** — **Results:** —
- **Drug Test:** No  **Type:** — **Results:** —
- **First Harmful Event:** 11
- **Most Harmful Event:** 11
- **Operator/Ped Cond:** 1
- **Operator Contributing Factors:** 10
- **Vehicle Contributing Factors:** 1
- **Roadway Contributing Factors:** 10
- **Direction of Travel:** 1
- **Vehicle Maneuver:** 6
- **Non-Motor Maneuver:** —
- **Vehicle Class:** 1
- **Vehicle Type:** 1
- **Vision Obscured:** 1
- **Number of Occupants:** 1
- **Area of Initial Contact:** 6
- **Damage to Veh:** 4
- **Traffic-Way Flow:** 1
- **Road Comp:** 2
- **Road Character:** 1
- **Number of Lanes:** 7
- **Posted Speed:** 70
- **Work Zone:** 0
- **Traffic Control:** 7
- **Device Inoperative:** ☐ Yes ☒ No

## Unit # 2
- ☒ Driver ☐ Ped ☐ Bike
- ☒ Susp At Fault
- **LAST NAME:** SANTIAGO PEREZ
- **FIRST:** ERICK
- **MIDDLE:** OMAR
- **Address:** 37768 OAK RUN CIR
- **City:** ZEPHYRHILLS
- **State:** FL
- **Zip:** 33541
- **DOB:** 08/26/1980
- **Driver's License No.:** S532214803060
- **Class:** A
- **State:** FL
- **Country:** US
- **Insurance Co.:** COMPAST SPECIALTY
- **Policy No.:** CAL201911-03
- **Telephone No.:** (813) 810-1818
- **Year:** 2015
- **Make:** Freightliner Corp.
- **Model:** TRACTOR
- **VIN:** 3AKJGLD56FSGK8823
- **Vehicle Color:** Unknown
- **Tag #:** P1036338
- **State:** IL
- **County:** —
- **Year:** 2022
- **Trailer Tag #:** 520414ST  **State:** IL  **County:** —  **Year:** 2022
- ☐ Same as Driver
- **Owner's Last Name:** DOBRASINOVIC
- **First:** RADOJICA
- **Middle:**
- **Address:** 640 61ST PL
- **City:** COUNTRYSIDE  **State:** IL  **Zip:** 60525
- **Removed By:** RELEASED TO DRIVER    ☐ Request ☐ List
- **Alco Test:** No  **Type:** — **Results:** —
- **Drug Test:** No  **Type:** — **Results:** —
- **First Harmful Event:** 11
- **Most Harmful Event:** 11
- **Operator/Ped Cond:** 1
- **Operator Contributing Factors:** 1
- **Vehicle Contributing Factors:** 1
- **Roadway Contributing Factors:** 10
- **Direction of Travel:** 1
- **Vehicle Maneuver:** 5
- **Non-Motor Maneuver:** —
- **Vehicle Class:** 7
- **Vehicle Type:** 4
- **Vision Obscured:** 1
- **Number of Occupants:** 1
- **Area of Initial Contact:** 11
- **Damage to Veh:** 3
- **Traffic-Way Flow:** 3
- **Road Comp:** 2
- **Road Character:** 1
- **Number of Lanes:** 7
- **Posted Speed:** 70
- **Work Zone:** 0
- **Traffic Control:** 7
- **Device Inoperative:** ☐ Yes ☒ No

### Citation Information (Unit 1)
- Citation # ___ O.C.G.A. § ___
- Citation # ___ O.C.G.A. § ___
- Citation # ___ O.C.G.A. § ___

### Citation Information (Unit 2)
- Citation # ___ O.C.G.A. § ___
- Citation # ___ O.C.G.A. § ___
- Citation # ___ O.C.G.A. § ___

## COMMERCIAL MOTOR VEHICLES ONLY

**Unit 1**
- Carrier Name:
- Address: — City: — State: — Zip: —
- U.S. D.O.T. #:
- No. of Axles:
- G.V.W.R.:
- Cargo Body Type:
- Vehicle Config.:
- ☐ Interstate ☐ Intrastate
- Fed. Reportable: ☐ Yes ☐ No
- C.D.L.? ☐ Yes ☐ No
- C.D.L. Suspended? ☐ Yes ☐ No
- Vehicle Placarded? ☐ Yes ☐ No
- Hazardous Materials? ☐ Yes ☐ No
- Haz Mat Released? ☐ Yes ☐ No

**Unit 2**
- Carrier Name: BERANE INC
- Address: 640 61ST PL  City: COUNTRYSI  State: IL  Zip: 60525
- U.S. D.O.T. #: 2390284
- No. of Axles: 5
- G.V.W.R.: 80000
- Cargo Body Type: 9
- Vehicle Config.: 6
- ☒ Interstate ☐ Intrastate
- Fed. Reportable: ☐ Yes ☒ No
- C.D.L.? ☒ Yes ☐ No
- C.D.L. Suspended? ☐ Yes ☒ No
- Vehicle Placarded? ☐ Yes ☒ No
- Hazardous Materials? ☐ Yes ☒ No
- Haz Mat Released? ☐ Yes ☒ No

**If YES:** Name or four Digit Number from Diamond or Box: ___
One Digit Number from Bottom of Diamond: ___

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units (Unit 1)
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units (Unit 2)

GDOT-523 (07/17)

## COLLISION FIELDS

| Manner of Collision: 3 | Location at Area of Impact: 1 | Weather: 2 | Surface Condition: 1 | Light Condition: 1 |
|---|---|---|---|---|

### NARRATIVE

V1 AND V2 WERE TRAVELING NORTH ON I-85 NORTH AT MM 101. D1 STATED HE MOVED OVER ONE LANE TO THE RIGHT AND THE VEHICLE HE PULLED IN BEHIND HIT THEIR BRAKES CAUSING D1 TO APPLY HIS BRAKES QUICKLY. D1 STATED HE ALMOST LOST CONTROL OF HIS VEHICLE AND THE WAS STRUCK IN THE REAR BY V2.

### DIAGRAM

Not To Scale
I-85 NB @MM101
INDICATE NORTH

### PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle: | Owner: |
|---|---|

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

### OCCUPANT INFORMATION

**1.** Name (Last, First): STEVENS, HOSEA    Address: 304 WOODLAWN PARK DR, MCDONOUGH, GA 30253
Age: 43  Sex: M  Unit # 1  Position: 1  Safety Eq: 3  Ejected: 1  Extricated: 2  Air Bag: 2  Injury: 0  Taken for Treatment: 2
Injured Taken To:   By:   EMS Notified Time (Fatality Only):   EMS Arrival Time (Fatality Only):   Hospital Arrival Time (Fatality Only):

**2.** Name (Last, First): SANTIAGO PEREZ, ERICK   Address: 37768 OAK RUN CIR, ZEPHYRHILLS, FL 33541
Age: 41  Sex: M  Unit # 2  Position: 1  Safety Eq: 3  Ejected: 1  Extricated: 2  Air Bag: 2  Injury: 0  Taken for Treatment: 2
Injured Taken To:   By:   EMS Notified Time (Fatality Only):   EMS Arrival Time (Fatality Only):   Hospital Arrival Time (Fatality Only):

**3.** Name (Last, First):   Address:
Age:  Sex:  Unit #:  Position:  Safety Eq:  Ejected:  Extricated:  Air Bag:  Injury:  Taken for Treatment:
Injured Taken To:   By:   EMS Notified Time (Fatality Only):   EMS Arrival Time (Fatality Only):   Hospital Arrival Time (Fatality Only):

**4.** Name (Last, First):   Address:
Age:  Sex:  Unit #:  Position:  Safety Eq:  Ejected:  Extricated:  Air Bag:  Injury:  Taken for Treatment:
Injured Taken To:   By:   EMS Notified Time (Fatality Only):   EMS Arrival Time (Fatality Only):   Hospital Arrival Time (Fatality Only):

### ADMINISTRATIVE

Photos Taken: ☐ Yes  ☒ No   By:
Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.

| Report By: Forrester, Michael D | Agency: Gwinnett County Police Dept | Report Date: 03/31/2022 | Checked By: Bruce, Julian J | Date Checked: 03/31/2022 |
|---|---|---|---|---|

GDOT-523 (07/17)    MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 East Confederate Ave., Atlanta, GA 30316-2590

Page: 7  04/8/2022  11:59 AM  TO:19736286070  FROM:7709188200
Case 1:23-mi-99999-UNA   Document 1470-2   Filed 05/05/23   Page 4 of 4

Page ___ of ___

## SUPPLEMENT
### GEORGIA MOTOR VEHICLE CRASH REPORT

**Agency Case Number:** GP220027231  **Estimated Crash Date:** 03/30/2022 11:43  **Officer Name:** Forrester, Michael D

### NARRATIVE CONTINUED

D2 STATED V1 PULLED IN FRONT OF HIM AND APPEARED TO LOSE CONTROL. D2 STATED V1 DID NOT LEAVE ENOUGH ROOM WHEN HE CHANGED LANES FOR V2 TO STOP AND V2 STRUCK 1 IN THE REAR.

V1 MADE AN UNSAFE LANE CHANGE THAT CONTRIBUTED TO THE ACCIDENT BY NOT HAVING ENOUGH ROOM BEHIND HIM OR IN FRON TOF HIM TO OPERATE HIS VEHICLE SAFELY. BASED ON THE COLLISOIN WITH V1, D2 HAD NOT LEFT AN APPROPRIATE AMOUNT OF SPACE BETWEEN V2 AND THE VEHICLE THAT HIT THEIR BRAKES CAUSING V1 TO HIT HIS BRAKES. BOTH D1 AND D2 HAD CONTRIBUTING FACTORS FOR THE ACCIDENT. NO CITATIONS WERE ISSUED.

### ADDITIONAL CITATION INFORMATION

Unit # ____:
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____

Unit # ____:
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____

### ADDITIONAL OCCUPANT INFORMATION

| Name (Last, First): | | | | Address: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time (Fatality Only): | | EMS Arrival Time (Fatality Only): | | Hospital Arrival Time (Fatality Only): | |

(Repeated blank occupant entry blocks, 5 total)

GDOT-523 SUPP (07/17)