# EXHIBIT B

Case 1:23-mi-99999-UNA   Document 1470-3   Filed 05/05/23   Page 2 of 6

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-02110-S7**
**3/31/2023 11:20 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| HOSEA STEVENS, | : | |
| | : | CIVIL ACTION FILE NO. |
| Plaintiff, | : | |
| | : | |
| v. | : | 23-C-02110-S7 |
| | : | |
| ERICK SANTIAGO-PEREZ, BERANE, INC., | : | |
| and COMPASS SPECIALTY INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF FILING OF AFFIDAVIT OF COMPLIANCE
AND ACKNOWLEDGEMENT OF RECEIPT FROM THE SECRETARY OF STATE**

COMES NOW, Plaintiff, and files herewith the Affidavit of Compliance filed with the Secretary of State and the Acknowledgement of Receipt received from the Secretary of State regarding service of process on Defendant Erick Santiago-Perez.

Respectfully submitted this 31st day of March, 2023.

AUSBAND & DUMONT

*/s/ Andrew C. Ausband//*
Andrew C. Ausband
Georgia Bar No. 028602
Douglas C. Dumont
Georgia Bar No. 232680
Kathryn Carpenter
Georgia Bar No. 576164

*Attorneys for Plaintiff*

825 Fairways Court, Suite 300
Stockbridge, GA 30281
(678) 593-3000
Facsimile (678) 593-3015

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| HOSEA STEVENS, | : | |
| | : | CIVIL ACTION FILE NO. |
| Plaintiff, | : | |
| | : | |
| v. | : | 23-C-02110-S7 |
| | : | |
| ERICK SANTIAGO-PEREZ, BERANE, INC., | : | |
| and COMPASS SPECIALTY INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Defendants. | : | |

**AFFIDAVIT OF ANDREW C. AUSBAND**

STATE OF GEORGIA

COUNTY OF HENRY

PERSONALLY APPEARED before the undersigned duly authorized representative, ANDREW C. AUSBAND, who, after first being duly sworn, states and deposes on oath as follows:

1.

I am above the age of twenty-one (21), of sound mind, and otherwise competent to make this affidavit.

2.

I serve as counsel for Plaintiff in the above-styled civil action.

3.

I am submitting this affidavit of compliance pursuant to O.C.G.A. § 40-12-2 *et seq.*, commonly referred to as the Nonresident Motorist Act.

4.

I hereby certify that on March 29, 2023, in accordance with the provisions of the Nonresident

Motorist Act, I mailed a copy of the Complaint for Personal Injuries; Summons; a copy of Plaintiff's Affidavit of Compliance; Plaintiff's First Interrogatories to Defendant Erick Santiago-Perez; Plaintiff's First Request to Admit to Defendant Erick Santiago-Perez; and Plaintiff's First Request for Production of Documents to Defendant Erick Santiago-Perez Plaintiff's First Interrogatories to Defendant Berane, Inc.; Plaintiff's First Request to Admit to Defendant Berane, Inc.; and Plaintiff's First Request for Production of Documents to Defendant Berane, Inc. and Plaintiff's First Interrogatories and Request for Production of Documents to Defendant Compass Specialty Insurance Company, to be filed with the Office of the Secretary of State of Georgia as the appointed agent for service for Defendant Erick Santiago-Perez who is not a resident of the State of Georgia, and paid the applicable monetary fee.

5.

I hereby certify that on March 29, 2023, a notice of such service and an original of the Summons, Complaint for Personal Injuries, a copy of this Affidavit, Plaintiff's First Interrogatories to Defendant Erick Santiago-Perez; Plaintiff's First Request to Admit to Defendant Erick Santiago-Perez; and Plaintiff's First Request for Production of Documents to Defendant Erick Santiago-Perez Plaintiff's First Interrogatories to Defendant Berane, Inc.; Plaintiff's First Request to Admit to Defendant Berane, Inc.; and Plaintiff's First Request for Production of Documents to Defendant Berane, Inc. and Plaintiff's First Interrogatories and Request for Production of Documents to Defendant Compass Specialty Insurance Company; were sent U.S. Certified Mail and statutory overnight delivery to Defendant Erick Santiago-Perez, return receipt requested, at his last known address, which is 2344 Mispah Ave. Apt. 2, Leesburg, Florida 34748. I will file the Proof of Delivery with the Court once I receive it from the U.S. Postal Service and/or FedEx.

FURTHER AFFIANT SAYETH NOT.

_____
ANDREW C. AUSBAND

Sworn to and subscribed
before me this 29 day of
March, 2023.

_____
Notary Public

Control Number : SOP-23072550

# STATE OF GEORGIA

### Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF ACKNOWLEDGEMENT

I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify under the seal of my office that copies of legal documents regarding service of process upon:

**Erick Santiago-Perez**

have been filed with the Secretary of State on 03/29/2023 pursuant to O.C.G.A. § 40-12-2 relating to the following matter:

Case: Hosea Stevens v. Erick Santiago-Perez
Court: Gwinnett County State Court
Civil Action No.: 23C02110S7

Witness my hand and official seal in the City of Atlanta and the State of Georgia on 03/30/2023.



Brad Raffensperger
Secretary of State