# EXHIBIT C

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-02110-S7**
**3/31/2023 11:28 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| HOSEA STEVENS, | : | |
| | : | CIVIL ACTION FILE NO. |
| Plaintiff, | : | |
| | : | |
| v. | : | 23-C-02110-S7 |
| | : | |
| ERICK SANTIAGO-PEREZ, BERANE, INC., | : | |
| and COMPASS SPECIALTY INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF FILING OF PROOF OF DELIVERY**
**SHOWING SERVICE OF PROCESS UPON DEFENDANT**

COMES NOW, Plaintiff, and files herewith the Proof of Delivery showing service of the

Summons and Complaint upon Defendant Erick Santiago-Perez via Federal Express.

Respectfully submitted this 31st day of March, 2023.

AUSBAND & DUMONT

*/s/ Andrew C. Ausband//*
Andrew C. Ausband
Georgia Bar No. 028602
Douglas C. Dumont
Georgia Bar No. 232680
Kathryn Carpenter
Georgia Bar No. 576164

*Attorneys for Plaintiff*

825 Fairways Court, Suite 300
Stockbridge, GA 30281
(678) 593-3000
Facsimile (678) 593-3015

**FedEx.**

March 31, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771699760362

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | 2344 MISPAH AVE 2 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday;<br>Residential Delivery | | LEESBURG, FL, 34748 |
| | | Delivery date: | Mar 30, 2023 14:59 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 771699760362 | Ship Date: | Mar 29, 2023 |
| | | Weight: | 1.0 LB/0.45 KG |

**Recipient:**
Erick Santiago-Perez,
2344 Mispah Ave.
Apt 2
LEESBURG, FL, US, 34748

**Shipper:**
Andrew Ausband, The Ausband Firm
825 Fairways Court
Suite 300
Stockbridge, GA, US, 30281

Reference                    PRE--04-03-080

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.

Thank you for choosing FedEx