# EXHIBIT D



Office of the Secretary of State

ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| File Number | 64859382 |
|---|---|
| Entity Name | BERANE, INC. |
| Status ACTIVE | |

### Entity Information

Entity Type
CORPORATION

Type of Corp
DOMESTIC BCA

Incorporation Date (Domestic)
Monday, 3 April 2006

State
ILLINOIS

Duration Date
PERPETUAL

### Agent Information

Name
SREJOVIC ACCOUNTING SERVICES,

Address
2340 S RIVER RD STE 208
DES PLAINES , IL 60018

Change Date
Monday, 14 January 2019

## Annual Report

Filing Date
Tuesday, 21 March 2023

For Year
2023

## Officers

President
Name & Address
RADOJICA DOBRASINOVIC 640 61STPLACE LA GRANGE IL 60525

Secretary
Name & Address
SAME

Return to Search

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)