# **EXHIBIT E**



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
## State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

**Name:**  **Compass Specialty Insurance Risk Retention Group, Inc.**

## General Information

**SOS Control #**   000790428   **Formation Locale:**  TENNESSEE
**Filing Type:**   For-profit Corporation - Domestic   **Date Formed:**  02/27/2015
02/27/2015 3:17 PM   **Fiscal Year Close**  12
**Status:**   Active
**Duration Term:**   Perpetual
**Business Type:**   Captive Insurance Company

**Registered Agent Address**
KEVIN M DOHERTY
DICKINSON WRIGHT PLLC
STE 800
424 CHURCH ST
NASHVILLE, TN  37219-2395

**Principal Address**
STE 800
424 CHURCH ST
NASHVILLE, TN  37219-2395

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 03/23/2023 | 2022 Annual Report | B1361-5690 |
| 04/01/2022 | 2021 Annual Report | B1193-4037 |
| 03/18/2021 | 2020 Annual Report | B1001-5766 |
| 03/27/2020 | 2019 Annual Report | B0847-2673 |
| 03/15/2019 | 2018 Annual Report | B0672-4227 |
| 02/06/2018 | 2017 Annual Report | B0492-2240 |
| | Principal Address 1 Changed  From: 150 4TH AVE N  To: 424 CHURCH ST | |
| | Principal Address 2 Changed  From: STE 1100  To: STE 800 | |
| | Principal Postal Code Changed  From: 37219-2475  To: 37219-2395 | |
| 08/07/2017 | Registered Agent Change (by Agent) | *B0263-5271 |
| | Registered Agent Physical Address 1 Changed  From: 150 4TH AVE N  To: 424 CHURCH ST | |
| | Registered Agent Physical Address 2 Changed  From: STE 1100  To: STE 800 | |
| | Registered Agent Physical Address 3 Changed  From: No Value  To: DICKINSON WRIGHT PLLC | |
| | Registered Agent Physical Postal Code Changed  From: 37219-2475  To: 37219-2395 | |
| 02/15/2017 | 2016 Annual Report | B0346-3940 |

# Filing Information

Name: **Compass Specialty Insurance Risk Retention Group, Inc.**

| | | |
|---|---|---|
| 02/09/2016 | 2015 Annual Report | B0196-1579 |
| 02/27/2015 | Initial Filing | B0062-0274 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|
| | | |