# EXHIBIT 1



Return Mail Processing
PO Box 999
Suwanee, GA  30024

234 1 /4039 ******************AUTO**ALL FOR AADC 040
 DAMON X MILLER

‖‖‖‖‖|₁‖‖|₁‖|₁|₁|₁|₁‖‖|‖|₁|₁‖‖₁₁₁₁₁₁‖‖

April 28, 2023

**Re: <u>Notice of Data Incident</u>**

Dear Damon X Miller:

We are writing to let you know about a security incident involving certain of your personal information. This notice explains what happened, what information may have been affected, what measures we are taking in response, and steps you can take to protect yourself.

**Who We Are**
NextGen Healthcare, Inc. provides electronic health records and practice management solutions to doctors and medical professionals. In support of the services we provide to your medical professionals, we maintain certain of your personal information on their behalf.

**What Happened**
On March 30, 2023, we were alerted to suspicious activity on our NextGen Office system. In response, we launched an investigation with the help of third-party forensic experts. We also took measures to contain the incident, including resetting passwords, and contacted law enforcement .

Based on our in-depth investigation to date, supported by our external experts, it appears that an unknown third-party gained unauthorized access to a limited set of electronically stored personal information between March 29, 2023 and April 14, 2023. As a result of our detailed analysis of the information impacted, we recently determined that certain of your personal information was included in the electronic data accessed during the incident.  Below we have provided information about what information was involved, what we are doing in response, and what you can do to proactively protect yourself.

**What Information Was Involved**
The personal information contained in the electronic data accessed during the incident included your name, date of birth, address, and social security number. Importantly, our investigation has revealed no evidence of any access or impact to any of your health or medical records or any health or medical data. Furthermore, there is no evidence to suggest there has been any fraudulent use of the personal information accessed.



**What We Are Doing**
As noted, as soon as we discovered the suspicious activity, we launched an internal investigation and engaged the assistance of leading forensic experts. At the same time, we took measures to contain the incident, including resetting passwords, and further reinforcing the security of our systems.  We also contacted law enforcement, and have been working with them since.

Engagement #

We take this matter very seriously, and in addition to the steps already described, NextGen Healthcare is offering you **24 months** of **free fraud detection and identity theft protection** through Experian's® IdentityWorks℠ product. If you wish to take advantage of these services, activation instructions are below.

**What You Can Do**
Though we have no evidence that any of your personal information has been fraudulently used, we encourage you to remain vigilant by reviewing your account statements and credit reports closely. At the end of this letter, we have provided you with additional information regarding steps you can proactively take to further protect yourself and your personal information. It describes information about (1) reporting suspicious activity or suspected identity theft, (2) credit reports, (3) fraud alerts, (4) credit/security freezes, (5) your rights under the Fair Credit Reporting Act, and (6) information about taxes. We encourage you to review that additional information.

***Free Credit Monitoring and Identity Theft Protection***: Even though we have no evidence that your personal information has been fraudulently used, as a precautionary measure, we are offering to provide you with 24 months of free identity monitoring, fraud consultation, and identity theft restoration services through Experian's IdentityWorks℠ product. To take advantage of these free services, please follow the steps below:

- Ensure that you enroll by **August 31, 2023.** Your code will not work after this date.
- Visit the Experian IdentityWorks℠ website to enroll: https://www.experianidworks.com/credit
- Provide your activation code:

If you have questions about the product or need assistance with identity restoration that arose as a result of this incident, please contact Experian's customer care team at **800-984-8279** by August 31, 2023. Please be prepared to provide engagement number _____ as proof of eligibility for the identity restoration services by Experian.

**For More Information**
We take very seriously the security and privacy of your information, and deeply regret any inconvenience this may cause. If you have any questions, please call us at **800-984-8279**, toll-free Monday through Friday from 8 am – 10 pm Central, or Saturday and Sunday from 10 am – 7 pm Central (excluding major U.S. holidays. Please be prepared to provide your engagement number _____.

Sincerely,

David Slazyk
Chief Information & Security Officer

Engagement #