*Patricia Bostick and Johnny Thompson, in Their Individual Capacities as Surviving Children of Patricia Thompson, and Patricia Bostick, as the Executor of the Estate of Patricia Thompson v. Roberta Operator, LLC d/b/a Roberta Health and Rehab, Mission Health of Georgia, LLC d/b/a Roberta Health and Rehab, and John Does Nos. 1-10*
State Court of Gwinnett County, State of Georgia
Civil Action File Number:  23-C-00147-S3

*Patricia Bostick and Johnny Thompson, in Their Individual Capacities as Surviving Children of Patricia Thompson, and Patricia Bostick, as the Executor of the Estate of Patricia Thompson v. Roberta Operator, LLC d/b/a Roberta Health and Rehab, Mission Health of Georgia, LLC d/b/a Roberta Health and Rehab, and John Does Nos. 1-10*
USDC, Northern District, Atlanta Division
Civil Action File Number:  TBA (Removal # _____)

# EXHIBIT A:  PETITION FOR REMOVAL

## PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| Patricia Bostick and Johnny Thompson, in Their Individual Capacities as Surviving Children of Patricia Thompson, and Patricia Bostick, as the Executor of the Estate of Patricia Thompson,<br><br>Plaintiffs,<br><br>v.<br><br>Roberta Operator, LLC d/b/a Roberta Health and Rehab, Mission Health of Georgia, LLC d/b/a Roberta Health and Rehab, and John Does Nos. 1-10,<br><br>Defendants. | Civil Action No. 23-C-00147-S3 |

**PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS**

COME NOW, Plaintiffs, Patricia Bostick and Johnny Thompson, in Their Individual Capacities as Surviving Children of Patricia Thompson, and Patricia Bostick, as the Executor of the Estate of Patricia Thompson, (hereinafter referred to as "Plaintiffs"), and respond to Defendant, Roberta Operator, LLC d/b/a Roberta Health and Rehab, Mission Health of Georgia, LLC d/b/a Roberta Health and Rehab, and John Does, Nos. 1-10's (hereinafter referred to as "Defendants") First Request for Admissions as follows:

1.

The amount in controversy in Plaintiffs' above-styled civil action, exclusive of interest and costs, exceeds $75,000.00.

**RESPONSE:** Admitted.

2.

Plaintiffs seek to recover damages in this case in an amount greater than $75,000.00.

**RESPONSE:** Admitted.

3.

Plaintiffs will not seek in excess of $75,000.00 in damages in this civil action.

**RESPONSE: Denied.**

This 7th day of April, 2023.

/s/ Lindsay Simmons
Lindsay E. Simmons
Georgia Bar No.: 700261
Attorney for Plaintiffs

Dozier Law Firm, LLC
487 Cherry Street
Macon, GA 31201
(478) 742-8441