# **EXHIBIT 3**

## SECOND AMENDMENT
## TO
## AMENDED AND RESTATED EMPLOYMENT AGREEMENT

This Second Amendment to Amended and Restated Employment Agreement (the "Second Amendment") is effective January 1, 2017 (the "Amendment Effective Date"), by and between Ascension Insurance, Inc., a Delaware corporation ("Employer"), and Todd Bryant ("Executive") (each a "Party" and together, the "Parties").

WHEREAS, Executive has been employed by Employer prior to the Amendment Effective Date pursuant to the Amended and Restated Employment Agreement dated December 14, 2012, as amended by that certain First Amendment to the Amended and Restated Employment Agreement effective January 1, 2014 (collectively, the "Agreement");

WHEREAS, Employer delivered a Notice of Non Extension (the "Notice") of the Agreement to Executive on November 30, 2016 notifying Executive of Employer's desire not to extend the Employment Period under the Agreement and advising Executive that the Agreement would terminate effective end of day on December 31, 2016;

WHEREAS, Employer wishes to rescind the Notice and continue to employ Executive at will through February 28, 2017 and Executive wishes to continue to be employed at will by Employer through February 28, 2017;

WHEREAS, Employer and Executive desire to amend the Agreement to reflect the agreed-upon extension of the Employment Period through February 28, 2017;

NOW, THEREFORE, in consideration of continued employment by Employer under the terms and conditions of the Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1. The recitals provided for above are incorporated herein as material terms of this Second Amendment.

2. The Notice is hereby rescinded and of no further force and effect.

3. Section 2 of the Agreement is deleted in its entirety and is replaced by the following:

"2. *Term*. Subject to earlier termination pursuant to Section 5 of this Agreement, the employment relationship hereunder shall continue from the Employment Effective Date until February 28, 2017 (the "*Initial Employment Period*") and shall extend initially to December 31, 2017 and for successive one (1) year terms thereafter, unless either Party shall have given thirty (30) days written notice to the other prior to the expiration of the Initial Employment Period or extended term that it does not wish to extend the Employment Period. As used in this Agreement, the "*Employment Period*" shall refer to the period beginning on the Employment Effective Date and ending on the date Executive's employment terminates in accordance with this Section 2 or with Section 5."

4. Without limiting any other provision of the Agreement or this Second Amendment, Executive hereby expressly reaffirms as of the Amendment Effective Date the covenants and commitments set forth in Section 6 of the Agreement. Executive acknowledges and agrees that such covenants and commitments are reasonable and necessary for the protection of Employer and are an essential inducement to Employer rescinding the Notice and continuing to employ Executive as of the Amendment Effective Date.

1

5.      This Second Amendment amends the Agreement pursuant to Section 7.4 of the Agreement. Except as specifically modified by this Second Amendment, the Agreement shall remain in full force and effect, provided that, in the event that any provision in this Second Amendment conflicts with the Agreement or any other agreement, policy, plan or arrangement between the Executive and Employer, the terms of this Second Amendment shall govern.

6.      This Second Amendment may be executed in counterparts, each of which shall be deemed an original but all of which shall constitute one and the same instrument. Facsimile or electronic signatures shall be as valid as original signatures.

*[Remainder of this page intentionally left blank; Signature page follows.]*

IN WITNESS WHEREOF, the parties hereto intending to be legally bound hereby, have executed this Second Amendment as of the Amendment Effective Date.

Ascension Insurance, Inc.

Todd Bryant

Name: Edward Nathan Page
Title: CFO/COO

*Signature Page to Second Amendment to Amended and Restated Employment Agreement*