**REDACTED**

**From:** Todd Bryant <toddhbryant@comcast.net>
**Sent:** Monday, March 13, 2023 9:10 PM
**To:** Russell Brown <russell.brown@relationinsurance.com>; Joe Tatum <joe.tatum@relationinsurance.com>
**Subject:** Plan for better outcome for Relation and me

⚠️ [EXTERNAL]

Russell and Joe -

Given that I/we have to go through a non-renewal of my contract, here are my thoughts -
I know in good business, and certainly in ours which is about people, we are all looking for a win-win. Our business is built on relationships, heck we renamed our company Relation, and under a non-renewal you're cutting out the very person that has built the long and trusted relationship with key accounts.

I pitched and interviewed for every account, I wrote every account, I stay involved with every account, I see everyone in their offices or at conferences and business functions, everyone has my cell phone for calls and texts, I see many outside of work, all to say that I'm present throughout almost all of the key moments in an ongoing relationship w clients.

Rather than both of us lose so many key accounts, let's try for a better economic outcome and work something out on accounts where I'm certain Relation won't keep them without me. The majority of my key accounts are 10 to 20years+ accounts that use me because they trust me, I'm experienced, reasonably clever and I'm a grinder which they all like … and for most, we're personal friends and see each other socially. For most of them, they use EPIC or OneDigital or USI to represent them for WC, P and C or retirement work. These competitors have an already established relationship with them. I know this because my clients tell me and periodically, I'm having to defend against them as they are constantly trying to EB pitch my clients. So far so good at keeping them but it takes my full effort and my long standing relationship with them, to keep so many clients YOY. I could make you a list of clients that are in this group. My view is too that when they leave for these other competitors, and I'm confident they will, that will just make these competitors stronger, their narrative more powerful, it will hurt the Relation brand in Atlanta, Jimmy will be hurt by it and Relation will receive no economic benefit from me. So, lose-lose on key accounts. With respect, Relation has a zero chance of keeping most of my key accounts because clients will be upset you non renewed me. They won't trust Relation.

Rather than go down that route, let's figure out cases where I know you won't win and I'm willing to help you try and keep cases where I believe you have a good chance at keeping them. That way you walk away with a reasonable book and I'll pay you some reasonable amount for the accounts I buy from you. That adds up to a much larger total for Relation. Rather then get $0 for a bunch on accounts, with a hit to the Relation brand, we can part ways in a mutually beneficial and non acrimonious fashion. So win-win.

Hope you can respond quickly as this week was busy for me with scheduled meetings on a number of key accounts. I read the non renewal letter quickly and I will talk with my attorney on what to say to clients when they call me. Before I talk with them, and before I change my LinkedIn account, I hope we can work something mutually beneficial out between us. Lastly, I would say ask my team if I'm sticky with clients and provide differential value to them.

Thanks and hope to talk soon.


Sent from my iPad

Todd Bryant
REDACTED