# REDACTED

**From:** Todd Bryant <toddhbryant@comcast.net>
**Sent:** Tuesday, March 14, 2023 9:21 AM
**To:** Russell Brown <russell.brown@relationinsurance.com>
**Subject:** Accounts

 [EXTERNAL]

These are the long term - 10 years+ to 30 years - accounts where I have great relationships and for many of them, they have other capable brokers managing other risks for them.

I believe Relation has a very low probability of keeping the following clients.

Accounts -

Alpharetta
Blount Sanford
Brookhaven
Covington
Coweta

Dunwoody
Fayette
GACS
Hill
IXP
Johns Creek
Lark
Lumistella
Metro
Shumate
S Champion
Weissman

I believe some of these will be gone in a week.

I will get calls from all of them.

I have others that may be as solid but I wanted to provide the list the ones where I'm certain.

I don't have the account values for the list above. I don't have access to that info now.

I think paying 1x revenue for the list above is fair, given the probability of Relation keeping them without me. And I have risk as well on buying them, just changing a name can sometimes need extra explanation.

And, as I mentioned, I'm willing to help Relation keep other accounts not on this list. You can trust me on this. I will be helpful. I want a good handoff. Clients don't like disharmony and sudden changes. Clients not on the list above are still long term, they're friends, and I want them to have a great outcome.

Win-win is what I would like to achieve.

Thx.


Sent from my iPad

Todd Bryant
**REDACTED**


**Disclaimer**

PLEASE NOTE: The information contained in this e-mail, including all attachments, may be confidential, private, proprietary, or otherwise privileged and is intended only for the use of the addressee. Unauthorized use, disclosure, distribution, or copying is strictly prohibited and may be unlawful. If you are not the intended recipient of this e-mail, please immediately notify Relation Insurance Services at the phone number or e-mail address listed above and destroy all copies of this e-mail and any attachments without further disseminating the information contained herein.