# **EXHIBIT A**

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

ANNUAL REGISTRATION

*Electronically Filed*
Secretary of State
Filing Date: 3/20/2020 3:07:46 PM

| **BUSINESS INFORMATION** | |
|---|---|
| **CONTROL NUMBER** | 0557219 |
| **BUSINESS NAME** | Innovative Financial Strategies, LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 03/20/2020 |
| **ANNUAL REGISTRATION PERIOD** | 2020 |

| **PRINCIPAL OFFICE ADDRESS** | |
|---|---|
| **ADDRESS** | 1465 Hudson Bridge Road, Liberty Tax Service, Suite 111, Stockbridge, GA, 30281, USA |

| **REGISTERED AGENT** | | |
|---|---|---|
| **NAME** | **ADDRESS** | **COUNTY** |
| DOUGLAS A. SHAW | 1465 Hudson Bridge Road, Ste. 111, Stockbridge, GA, 30281, USA | Henry |

| **AUTHORIZER INFORMATION** | |
|---|---|
| **AUTHORIZER SIGNATURE** | Kimberly Shaw |
| **AUTHORIZER TITLE** | Organizer |