# **EXHIBIT B**

**Secretary of State**
Corporations Division
315 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

CONTROL NUMBER: 0557219
EFFECTIVE DATE: 08/22/2005
COUNTY      : GEORGIA
REFERENCE   : 0072
PRINT DATE  : 08/25/2005
FORM NUMBER : 356

DOUGLAS A SHAW
475 BROOK HOLLOW DRIVE
MCDONOUGH, GA 30252

### CERTIFICATE OF ORGANIZATION

I, Cathy Cox, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that

**KAPDAS HOLDINGS, LLC**
**A GEORGIA LIMITED LIABILITY COMPANY**

has been duly organized under the laws of the State of Georgia on the effective date stated above by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on the date set forth above.

Cathy Cox
Secretary of State

# Articles of Organization

## of

## KAPDAS HOLDINGS, LLC.

### Article 1.

The name of the limited liability company is   KAPDAS HOLDINGS, LLC.

### Article 2.

Management of the limited liability company is vested in two members whose names and addresses are as follows:

Douglas A. Shaw, Treasurer
475 Brook Hollow Drive
McDonough, Georgia 30252-3988

Kimberly P. Shaw, President
475 Brook Hollow Drive
McDonough, Georgia 30252-3988

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization.

This 18th day of August, 2005.

_Ywanda R Henry_
YWANDA R. HENRY
Notary Public, DeKalb County, Georgia
My Commission Expires August 4, 2007

2005 AUG 22 P 3:52
SECRETARY OF STATE

_Douglas A. Shaw_
Douglas A. Shaw, Owner

_Kimberly P. Shaw_
Kimberly P. Shaw, Owner



**CATHY COX**
Secretary of State

**OFFICE OF SECRETARY OF STATE**
**CORPORATIONS DIVISION**
315 West Tower, #2 Martin Luther King, Jr. Drive
Atlanta, Georgia 30334-1530
(404) 656-2817
Registered agent, officer, entity status information via the Internet
http://www.georgiacorporations.org

**TRANSMITTAL INFORMATION**
**GEORGIA LIMITED LIABILITY COMPANY**

WARREN RARY
Director

ENRICO M. ROBINSON
Assistant Director

DO NOT WRITE IN SHADED AREA - SOS USE ONLY

| DOCKET # | PENDING # | CONTROL # |
|---|---|---|
| DOCKET CODE | DATE FILED | AMOUNT RECEIVED | CHECK/ RECEIPT # |
| TYPE CODE | EXAMINER | JURISDICTION (COUNTY) CODE | |

NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

1. Reservation #51251347 and Request #217932
   LLC Name Reservation Number (if one has been obtained; if articles are being filed without prior reservation, leave this line blank)
   **KAPDAS HOLDINGS, LLC.**
   LLC Name (List *exactly* as it appears in articles)

2. Douglas A. Shaw                             770-335-7399
   Name of person filing articles (certificate will be mailed to this person, at address below)   Telephone Number
   475 Brook Hollow Drive
   Address
   McDonough                GA              30252-3988
   City                     State           Zip Code

3. P.O. BOX # 360196
   Principal Office Mailing Address of LLC (Unlike registered office address, this may be a post office box)
   Decatur                  GA              30034-9998
   City                     State           Zip Code

4. Douglas A. Shaw
   Name of LLC's Registered Agent in Georgia
   475 Brook Hollow Drive
   Registered Office Street Address of LLC in Georgia (Post office box or mail drop not acceptable for registered office address)
   McDonough       Henry          GA                     30252-3988
   City            County         State                  Zip Code

5. Name and Address of each organizer    (Attach additional sheets if necessary)
   Douglas A. Shaw         475 Brook Hollow Drive    McDonough    GA      30252-3988
   Organizer               Address                   City         State   Zip Code
   Kimberly P. Shaw        475 Brook Hollow Drive    McDonough    GA      30252-3988
   Organizer               Address                   City         State   Zip Code

6. Mail or deliver the following items to the Secretary of State, at the above address:
   1) This transmittal form
   2) Original and one copy of the Articles of Organization
   3) Filing fee of $100.00 payable to Secretary of State. Filing fees are NON-refundable.

   _____     8/18/85
   Authorized Signature                 Date
   (Member, Manager, Organizer or Attorney-in-fact (Circle one))

Request certificates and obtain entity information via the Internet: http://www.georgiacorporations.org

FORM 231