# **EXHIBIT E**

Control Number : 0557219

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

## CERTIFICATE OF AMENDMENT
### NAME CHANGE

I, **Brian P. Kemp**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**KAPDAS HOLDINGS, LLC**
a Domestic Limited Liability Company

has filed articles/certificate of amendment in the Office of the Secretary of State on 08/01/2018 changing its name to

**Innovative Financial Strategies, LLC**
a Domestic Limited Liability Company

and has paid the required fees as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said articles/ certificate of amendment.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on 08/09/2018.



*Brian P. Kemp*
Secretary of State

| ARTICLES OF AMENDMENT | *Electronically Filed* |
|---|---|
| | Secretary of State |
| | Filing Date: 8/1/2018 1:46:18 PM |

### Article 1

| Business Name | : KAPDAS HOLDINGS, LLC |
|---|---|
| Control Number | : 0557219 |

### Article 2

The date the original articles of organization were filed was: 08/22/2005

### Article 3

The entity hereby adopts an amendment to change its name to the following new business name:

| New Business Name | : Innovative Financial Strategies, LLC |
|---|---|
| Effective Date | : 08/01/2018 |

### Authorizer Information

| **Authorizer Signature :** Kimberly Shaw | **Authorizer Title :** Organizer |
|---|---|