# **EXHIBIT F**



September 27, 2021

**Via Overnight Delivery**

KAPDAS Tax Services LLC

Kimberly Shaw

475 Brook Hollow Dr. McDonough, GA 30252

RE: ENT#6017

**NOTICE TO CURE DEFAULT**
**Underreporting**

Dear Franchisee(s):

It has come to our attention that you have not accurately reported the gross receipts of your Franchised Business. This letter serves as notice that making false submissions in connection with the submission of a required report such as a Gross Receipts report constitutes a breach of your Franchise Agreement(s) with JTH Tax LLC d/b/a Liberty Tax Service ("Liberty") and may result in the termination of your Franchise Agreement(s).

**You must immediately cure this default and comply with the terms of your Franchise Agreement(s).** Failure to comply with your Franchise Agreement(s) and the Operations Manual may result in the termination of your Franchise Agreement(s). Additionally, please note that a breach of your Liberty Franchise Agreement(s) also constitutes a breach of any other franchise agreement that you may have with an affiliate company and may result in the termination of such agreement as described therein. This letter shall serve as a formal "notice and opportunity to cure" pursuant to the Liberty Franchise Agreement, as well as any franchise agreement that you may have with an affiliate company. Liberty and any affiliate company waive no other defaults under the Franchise Agreement(s) and reserve all rights and remedies they may have under the Franchise Agreement(s) or otherwise.

Compliance with your Franchise Agreement(s) is of the utmost importance to Liberty. Should you have questions about your Franchise Agreement(s) or the Operations Manual, please call your Market Manager or Area Developer.

Thank you for your immediate attention to this matter

Yours truly,

**LIBERTY TAX SERVICE**

Compliance Committee

---

2387 Liberty Way • Virginia Beach, VA 23456
(800) 790-3863 • (800) 880-6432 • office@libtax.com



September 27, 2021

<u>**Via Overnight Delivery**</u>

KAPDAS Tax Services LLC

Kimberly Shaw

475 Brook Hollow Dr. McDonough, GA 30252

RE: ENT#6017

<u>**NOTICE TO CURE DEFAULT**</u>
**Past Due Monies Owed**

Dear Franchisee(s):

 Please be advised that you are in breach of your Franchise Agreement(s) with JTH Tax LLC d/b/a Liberty Tax Service ("Liberty") in that you owe Liberty monies which are more than 30 days past due. Monies owed may include, but are not limited to, the promissory note and/or accounts receivable balances. According to our records, your past due balance currently owed is **$3,944.14**, which may not include pending charges and/or pending payments.

 **You must remit all amounts owed immediately.** Failure to take such action and comply with the terms of your Franchise Agreement(s) will result in the termination of your Franchise Agreement(s) in addition to other remedies available to Liberty. Additionally, please note that a breach of your Liberty Franchise Agreement(s) also constitutes a breach of any other franchise agreement that you may have with an affiliate company and may result in the termination of such agreement as described therein. This letter shall serve as a formal notice pursuant to the Liberty Franchise Agreement(s), as well as any franchise agreement that you may have with an affiliate company. Liberty and any affiliate company waive no other defaults under the Franchise Agreement(s) and reserve all rights and remedies they may have under the Franchise Agreement(s) or otherwise.

 Compliance with your Franchise Agreement(s) is of the utmost importance to Liberty. We trust that you will take all actions necessary to comply with your Franchise Agreement(s) in all manners. Should you have questions about your Franchise Agreement(s) or the amounts now owing, please contact your Market Manager or Area Developer.

 Thank you for your immediate attention to this matter.

       Yours truly,

       **LIBERTY TAX SERVICE**

       Compliance Committee

2387 Liberty Way • Virginia Beach, VA 23456
(800) 790-3863 • (800) 880-6432 • office@libtax.com



September 27, 2021

**Via Overnight Delivery**

KAPDAS Tax Services LLC

Kimberly Shaw

475 Brook Hollow Dr. McDonough, GA 30252

RE: ENT#6017

**NOTICE TO CURE DEFAULT**
**Unapproved Business**

Dear Franchisee(s):

    Please be advised that you are in breach of your Franchise Agreement(s) with JTH Tax LLC d/b/a Liberty Tax Service ("Liberty") for operating an unapproved business out of your Liberty Tax Service office(s). Please be reminded that pursuant to the Franchise Agreement(s) and the Operations Manual, you are restricted from offering products or services through the Franchised Business other than the franchise services, unless you receive prior written consent from Liberty. The Operations Manual further states that you may obtain an Auxiliary Business Request Form from your Market Manager or Area Developer to request approval to offer products or services through your Franchised Business.

    **You must immediately cease operating this unapproved business and contact your Market Manager or Area Developer to give your assurances that you will no longer operate this business out of the Franchised Business.** This notice is sent to advise you of this breach and advise you of Liberty's right to terminate your Franchise Agreement(s) should this breach not be cured. Failure to comply with your Franchise Agreement(s) and the Operations Manual may result in the termination of your Franchise Agreement(s). Additionally, please note that a breach of your Liberty Franchise Agreement(s) also constitutes a breach of any other franchise agreement that you may have with an affiliate company and may result in the termination of such agreement as described therein. This letter shall serve as a formal notice pursuant to the Liberty Franchise Agreement(s), as well as any franchise agreement that you may have with an affiliate company. Liberty and any affiliate company waive no other defaults under the Franchise Agreement(s) and reserve all rights and remedies they may have under the Franchise Agreement(s) or otherwise.

    Compliance with the Operations Manual and your Franchise Agreement(s) are of the utmost importance to Liberty. Should you have any questions about this or any other aspects of the operation of your franchise, please contact your Market Manager or Area Developer.

    Thank you for your immediate attention to this matter.

2387 Liberty Way • Virginia Beach, VA 23456
(800) 790-3863 • (800) 880-6432 • office@libtax.com

        Yours truly,

    **LIBERTY TAX SERVICE**

    Compliance Committee



September 27, 2021

**VIA OVERNIGHT DELIVERY**
KAPDAS Tax Services LLC

Kimberly Shaw

475 Brook Hollow Dr. McDonough, GA 30252

RE: ENT#6017

**NOTICE TO CURE DEFAULT**
**Failure to Maintain Required Business Hours During Off-Season**

Dear Franchisee(s):

Please be advised that you are in breach of your Franchise Agreement(s) with JTH Tax LLC d/b/a Liberty Tax Service ("Liberty") for failure to operate your Liberty Tax office during the required hours. In accordance with the terms of your Franchise Agreement(s) and the Operations Manual ("Manual"), you are required to be open for business outside of Tax Season for a minimum of eight (8) hours per week.

**You must operate the Franchised Business for a minimum 8 hours per week immediately.** Failure to take such action will severely compromise your ability to succeed. Please be aware that Liberty may terminate the Franchise Agreement(s) if you discontinue the active operation of the Franchised Business for three (3) business days during Tax Season or seven (7) business days outside of Tax Season.

Compliance with your Franchise Agreement(s) and Operations Manual are of the utmost importance to Liberty. We trust that you will take all actions necessary to comply with your Franchise Agreement(s) and the Operations Manual. Liberty waives no other defaults under the Franchise Agreement(s) and reserves all rights and remedies it may have under the Franchise Agreement(s) or otherwise. Should you have questions about your Franchise Agreement(s) or the Operations Manual, please contact your Market Manager or Area Developer.

Thank you for your immediate attention to this matter.

Yours truly,

**LIBERTY TAX SERVICE**

Compliance Committee

2387 Liberty Way • Virginia Beach, VA 23456
(800) 790-3863 • (800) 880-6432 • office@libtax.com