# EXHIBIT G

DocuSign Envelope ID: C2C0AA14-369C-42B2-B226-427580091C32



November 8, 2021

**VIA OVERNIGHT MAIL**
KAPDAS Tax Services LLC
Kimberly Shaw
475 Brook Hollow Dr.
McDonough, GA 30252

Re:   Termination of Liberty Tax Service Franchise Agreement: GA304
          Entity: 6017

Dear Kimberly Shaw:

This letter is to advise that, effective immediately, the Franchise Agreement for the JTH Tax LLC d/b/a Liberty Tax Service ("Liberty") franchise territory known as GA304 (interchangeably referred to herein as "Franchise Agreement" and "Franchised Business") by and between you and Liberty, is terminated pursuant to paragraphs 8.b(iv), 8.b(x), 8.b(xi), 8.b(xii), 8.c(i) 8.c(ii) and 10.a of the Franchise Agreement. Prior notices to cure ("Notices") were sent to you on September 27, 2021, notifying you of these breaches. Despite our prior Notices, you have failed to cure these breaches and continue to be in violation of your Franchise Agreement. This termination is based upon your multiple breaches of the Franchise Agreement, which include, but are not limited to, your violation of the in-term covenant not to compete, your underreporting of Gross Revenue, your failure to execute documents necessary for renewal of the Franchise Agreement, your failure to maintain required business hours at your Liberty office, and your failure to pay amounts owing to Liberty.

Accordingly, you must **IMMEDIATELY** comply with the post-termination provisions of the Franchise Agreement, which include, but are not limited to, the following:

- Refrain from any further use of any of the licensed Marks (as the term is defined in the Franchise Agreement);
- Not identify yourself as a current or former franchisee of Liberty;
- Pay to Liberty all monies owing;
- Transfer all telephone numbers used in relation to the Franchised Business to Liberty;
- Deliver to Liberty all paper and electronic copies of your customer lists, tax returns, files, and records;
- Deliver to Liberty the Operations Manual and all updates which Liberty loaned to you;
- Upon Liberty's request, assign any interest you have in any lease, sublease or any other agreement related to the Franchised Business;
- Upon Liberty's request, provide to Liberty any or all equipment, signs, trade fixtures and furnishings used in the Franchised Business;

- Cease using and forever refrain from using and disclosing Liberty's confidential information and trade secrets;
- Adhere to the provisions of the post-term covenants not to compete and not to solicit in the Franchise Agreement and any other agreement between you and/or KAPDAS Tax Services LLC and Liberty.

Liberty waives no defaults under the Franchise Agreement and reserves all rights and remedies it may have under the Franchise Agreement, any other agreement between you and/or KAPDAS Tax Services LLC and Liberty, or otherwise.

Please contact your Market Manager or Area Developer immediately to ensure that the required post-termination arrangements are completed immediately. In the event that you fail to voluntarily comply with all post-termination obligations, Liberty will institute legal proceedings to enforce these obligations and seek all damages, costs, and expenses, including reasonable attorneys' fees incurred by Liberty in seeking damages and/or in obtaining injunctive relief for the enforcement of the post-termination obligations set forth in the Franchise Agreement.

Yours truly,
**JTH Tax LLC d/b/a**
**LIBERTY TAX SERVICE**

*ted demarino*
14332C1EEC55460...

Ted DeMarino
President

cc: Brian Panelo