# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| **Rosa Amelia Alvarez** | ) | |
| **(A094-282-961),** | ) | **COMPLAINT FOR** |
| | ) | |
| **Roger A. Alvarez** | ) | **WRIT OF MANDAMUS** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No.** |
| **MERRICK B. GARLAND,** | ) | |
| **Attorney General of the United States,** | ) | |
| **950 Pennsylvania Avenue, NW** | ) | |
| **Washington, D.C. 20530** | ) | |
| | ) | |
| **ALEJANDRO MAYORKAS, Secretary,** | ) | |
| **Department of Homeland Security,** | ) | |
| **425 I Street** | ) | |
| **Washington, D.C. 20536** | ) | |
| | ) | |
| **U.S. CITIZENSHIP AND** | ) | |
| **IMMIGRATION SERVICES,** | ) | |
| **5900 Capital Gateway Dr #2040** | ) | |
| **Camp Springs, MD 20746** | ) | |
| | ) | |
| **UR M. JADDOU, Director,** | ) | |
| **U.S. Citizenship and Immigration** | ) | |
| **Services,** | ) | |
| **5900 Capital Gateway Dr #2040** | ) | |
| **Camp Springs, MD 20746** | ) | |
| | ) | |
| **SHINEKA MILLER, Director,** | ) | |
| **Atlanta Field Office, U.S. Citizenship and** | ) | |
| **Immigration Services,** | ) | |
| **2150 Parklake Dr.** | ) | |
| **Atlanta, GA 30345** | ) | |
| | ) | |

**Defendants.                          )**
**_____)**

<u>**COMPLAINT FOR WRIT OF MANDAMUS**</u>

**To the Honorable Judges of Said Court:**

Plaintiff, Ms. Rosa Amelia Alvarez and Roger A. Alvarez ("Plaintiffs"), through undersigned counsel, allege as follows:

### INTRODUCTION

1. This is a civil action brought pursuant to 28 U.S.C. § 1361, 8 U.S.C. § 1329, and 28 U.S.C. § 1331, to redress the deprivation of rights, privileges and immunities secured to Plaintiffs to compel Defendants to perform a duty Defendants owe to Plaintiffs. Jurisdiction is also conferred by 5 U.S.C. § 704.

2. This action is brought to compel Defendants and those acting under them to take action on the Form I-130 and Form I-485 submitted by Plaintiffs in order for Plaintiff Rosa Alvarez to adjust status to that of a Lawful Permanent Resident. The Application was filed with the Department of Homeland Security ("DHS") and the United States Citizenship and

Immigration Services' ("USCIS"), on September 19, 2019. (<u>Exhibit A</u>, Copy of I-130 and I-485 Receipt Notices).

3. Defendants, DHS and USCIS, are charged by law with the statutory obligation to adjudicate the Application.

## JURISDICTION AND VENUE

4. This action arises under the Immigration and Nationality Act of 1952 ("INA"), 8 U.S.C. § 1255, and 8 U.S.C. § 1254.  This Court has jurisdiction over this action under 28 U.S.C. § 1331 (federal question), the INA, the Administrative Procedure Act, 5 U.S.C. § 701 et seq., and the Mandamus Act, 28 U.S.C. § 1361.

5. Venue is proper in this Court under 28 U.S.C. §1391(e)(3) because the Defendants are officers of the United States acting in their official capacities, and the U.S. Attorney General's Office, the Department of Homeland Security ("DHS"), and the United States Citizenship and Immigration Services ("USCIS") are agencies of the United States.

## FACTS

6. On September 19, 2019, Plaintiffs submitted Form I-130, Petition for Alien Relative, and I-485, Application to Register Permanent Residence or Adjust Status. <u>Exhibit A</u>, Copy of I-130 and I-485 Receipt Notice).

7. On March 3, 2020, USCIS issued an interview notice, setting an interview for March 18, 2020.  (Exhibit B, Copy of Interview Notice).

8. On March 17, 2020, USCIS closed its offices to the public from March 18 until April 1, 2020 to help slow the spread of COVID-19. (Exhibit C, USCIS Alert March 17, 2020).

9. On August 24, 2021, Plaintiffs submitted a written request to the Atlanta Field Officer asking that a new interview be scheduled in her case. (Exhibit D, Request to schedule a new interview).

10. Plaintiffs requested the assistance of Senator Warnock's office in getting their case adjudicated. In response to an inquiry made by the Senator's office, on July 11, 2022 USCIS stated that they were unable to determine when Ms. Alvarez interview would take place.  (Exhibit E, USCIS Response to Senator Warnock inquiry).

## CLAIMS

11. Defendants have willfully and unreasonably delayed in and have refused to adjudicate Plaintiffs' Application, thereby depriving Plaintiffs of the benefits of adjusting status to that of a Lawful Permanent Resident.

12. Defendants owe Plaintiffs a duty to adjudicate the Applications and have failed to perform their duty.

13. Plaintiffs have exhausted any administrative remedies that may exist.

**WHEREFORE, Plaintiff prays that the Court:**

14. Compel Defendants and those acting under them to perform their duty to adjudicate Plaintiffs' Applications;

15. Grant such other and further relief as this Court deems proper under the circumstances; and

16. Grant Attorney's fees and costs of Court to Plaintiff under the Equal Access to Justice Act.

RESPECTFULLY SUBMITTED this 8th day of May, 2023.

KUCK BAXTER IMMIGRATION LLC,

/s/ Jorge Gavilanes
Jorge Gavilanes
GA Bar Number: 432273
365 Northridge Road, Suite 300
Atlanta, GA 30350
Phone: 404-816-8611
Fax: 404-816-8615

## CERTIFICATE OF SERVICE

  This is to certify that the foregoing **COMPLAINT FOR WRIT OF MANDAMUS** was served by certified mail, on:

MERRICK B. GARLAND,
Attorney General of the United States,
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

ALEJANDRO MAYORKAS, Secretary,
Department of Homeland Security,
425 I Street
Washington, D.C. 20536

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,
5900 Capital Gateway Dr #2040
Camp Springs, MD 20746

UR M. JADDOU, Director,
U.S. Citizenship and Immigration
Services,
5900 Capital Gateway Dr #2040
Camp Springs, MD 20746

SHINEKA MILLER
Atlanta Field Office Director,
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345

RYAN K. BUCHANAN, U.S. Attorney
Federal District Court, Northern District of Georgia
The United States Attorney's Office, Richard B. Russell Federal Building
75 Ted Turner Drive, S.W., Suite 600
Atlanta, Georgia 30303-3309

KUCK BAXTER IMMIGRATION LLC,

/s/ Jorge Gavilanes
Jorge Gavilanes
GA Bar Number: 432273
365 Northridge Road, Suite 300
Atlanta, GA 30350
Phone: 404-816-8611
Fax: 404-816-8615
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| **Rosa Amelia Alvarez** | ) | |
| **(A094-282-961),** | ) | **COMPLAINT FOR** |
| | ) | |
| **Roger A. Alvarez** | ) | **WRIT OF MANDAMUS** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No.** |
| **MERRICK B. GARLAND,** | ) | |
| **Attorney General of the United States,** | ) | |
| **950 Pennsylvania Avenue, NW** | ) | |
| **Washington, D.C. 20530** | ) | |
| | ) | |
| **ALEJANDRO MAYORKAS, Secretary,** | ) | |
| **Department of Homeland Security,** | ) | |
| **425 I Street** | ) | |
| **Washington, D.C. 20536** | ) | |
| | ) | |
| **U.S. CITIZENSHIP AND** | ) | |
| **IMMIGRATION SERVICES,** | ) | |
| **5900 Capital Gateway Dr #2040** | ) | |
| **Camp Springs, MD 20746** | ) | |
| | ) | |
| **UR M. JADDOU, Director,** | ) | |
| **U.S. Citizenship and Immigration** | ) | |
| **Services,** | ) | |
| **5900 Capital Gateway Dr #2040** | ) | |
| **Camp Springs, MD 20746** | ) | |
| | ) | |

| | |
|---|---|
| **SHINEKA MILLER, Director,** | ) |
| **Atlanta Field Office, U.S. Citizenship and** | ) |
| **Immigration Services,** | ) |
| **2150 Parklake Dr.** | ) |
| **Atlanta, GA 30345** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## LIST OF EXHIBITS

**Exhibit A**   I-130 and I-485 Receipt Notices

**Exhibit B**   USCIS Interview Notice

**Exhibit C**   USCIS Alert March 17, 2020

**Exhibit D**   Plaintiffs' Request for new interview

**Exhibit E**   Response to Senator Warnock's office inquiry on case