

**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**
Atlanta Field Office
2150 Parklake Drive NE
Atlanta, GA 30345

File Number: A094282961

Rosa Amelia Alvarez
3028 Wilkes Plantation Way
Douglasville, GA 30135

Date: 03/03/2020

*Please* come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | Atlanta Field Office<br>2150 Parklake Drive NE<br>Atlanta, GA. 30345<br>1st Floor (Check-in) |
|---|---|
| DATE AND HOUR | Wednesday, March 18, 2020 @ 1:00pm |
| ASK FOR | ISO M. HOWARD     (1823) |
| REASON FOR APPOINTMENT | Form I-130, Petition for Alien Relative and Form I-485, Application to Register Permanent Residence or Adjust Status interviews to be conducted. |
| BRING WITH YOU | 1. Photo ID, Passport,<br>2. Certified police arrest records and final court dispositions for any arrests by law enforcement personnel. |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.
If you are unable to do so, state your reason, sign below and return this letter to this office at once.

| I am Unable to keep the appointment because : | | |
|---|---|---|
| | | Very truly yours,<br><br>Shineka Miler<br>Acting Field Office Director |
| SIGNATURE | DATE | |

Form G-56
(Rev. 5-1-83)Y