

**JORGE GAVILANES**     E-MAIL:JGAVILANES@IMMIGRATION.NET

August 24, 2021

**VIA PRIORITY MAIL**

USCIS Atlanta Field Office
Attn: Field Office Director
2150 Parklake Drive NE
Atlanta, GA 30345

      Re:    Request for new I-130/I-485 Interview Notice
                Rosa Amelia Alvarez / A094-282-961

Dear Officer:

      Our office represents Ms. Alvarez in her immigration matters. Our signed G-28 is on file with your office. Ms. Alvarez received an interview notice dated March 03, 2020, instructing her to attend her I-130 and I-485 interviews on March 18, 2020. On March 17, 2020, USCIS issued an alert stating that USCIS would be temporarily closing their offices to the public starting March 18-April 1 to help slow the spread of coronavirus (COVID-19). On April 1, 2020, USCIS extended the office closures until May 3, 2020.

      Ms. Alvarez has yet to receive a new interview notice. We respectfully request for Ms. Alvarez to be issued a new interview notice to continue with her immigration case.

      Should you have any questions or need additional information, please contact me directly at 404 816 8611.

Very truly yours,

**JORGE GAVILANES**

JG/dh
Encl.
30720.0

📍 365 Northridge Road
Suite 300
Atlanta, GA 30350

📞 404-816-8611
🖨 404-816-8615

www.immigration.net