# Jorge Gavilanes

| | |
|---|---|
| **From:** | Charles_Spry@warnock.senate.gov |
| **Sent:** | Monday, July 11, 2022 12:54 PM |
| **To:** | dhermoza@immigration.net; rosaalvarez074@gmail.com |
| **Subject:** | Update |

[EXTERNAL]
Please see below USCIS response:

Good Day Mr. Spry,

Thank you for your June 27, 2022, letter on behalf of your constituent, ROSA AMELIA ALVAREZ, regarding their Form I-485, Application to Register Permanent Residence or Adjust Status.

U.S. Citizenship and Immigration Services (USCIS) records confirm that case MSC1991680064 is pending.

As of date, no further action is required of Ms. Alvarez. USCIS will send appointment notification to the address of record once a family based adjust status interview has been scheduled.

USCIS is committed to adjudicating immigration benefits in a timely and efficient manner while also ensuring public safety, national security, and compliance with all relevant directives.

Although USCIS receives numerous cases on the same date, immigration benefit requests are processed on a case-by-case basis. Each case is individually adjudicated according to USCIS guidance.

While the processing steps for most applications or petitions are completed quickly, a small percentage of cases involve unresolved issues that may result in adjudication delays.

We are unable to determine at this time when Ms. ALVAREZ's Form I-485 interview will take place. Interviews are scheduled according to the order the USCIS requests are received. Therefore, the date range for an interview appointment cannot be provided.

We understand your constituent may be frustrated by the progress of their case. However, USCIS must balance individual inconvenience against broader issues of public safety and national security.

We hope this information is helpful. If we may be of further assistance, please let us know.

Sincerely,

Congressional Liaison

DHS/USCIS

Atlanta Field Office