IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TANESHA BOLDIN,<br><br>　　　Plaintiff,<br><br>v.<br><br>RESTORATION HARDWARE, INC.,<br><br>　　　Defendant. | CIVIL ACTION<br>FILE NO.<br><br>Gwinnett County Superior Court<br>Case No.: 23-A-02736-6 |

## **NOTICE OF REMOVAL**

COME NOW, Defendant RESTORATION HARDWARE, INC. ("RH, Inc."), by and through the undersigned counsel, without waiving any defenses to personal jurisdiction, venue, process, or service of process, and, pursuant to 28 U.S.C. § 1441(a) and (b), hereby remove to this Court the State Court action described below, respectfully showing the Court as follows:

1.

A civil action was filed by the above-named Plaintiff Tanesha Boldin ("Plaintiff") in the State Court of Gwinnett County, State of Georgia, naming Restoration hardware, Inc. as the lone defendant, being Civil Action File No. 23-A-02736-6. The Summons and Complaint and all other pleadings in said civil action are attached hereto as **Exhibit "A"**.

M1033735.1 16502

2.

At the time of the filing of the Complaint, Plaintiff was a citizen and resident of the State of Georgia.

3.

At the time of filing of the Complaint, Defendant RH Inc. was, and currently is, a foreign corporation organized under the laws of the State of Delaware with its principal place of business located at 15 Koch Rd, Suite K, Corte Madera, CA, 94925.

4.

Plaintiff seeks judgment against Defendant for sums in excess of $75,000.00, exclusive of interest and costs. See Email from Plaintiff's Counsel attached hereto as **<u>Exhibit "B"</u>**.

5.

The foregoing action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(a) and (b), and in accordance with 28 U.S.C. § 1332(a), there being diversity of citizenship between Plaintiff and Defendant, and the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

6.

Now, within thirty (30) days after receipt by Defendants of a copy of the Summons and Complaint filed in the Superior Court of Gwinnett County, State of

Georgia, notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11, Federal Rules of Civil Procedure, of the removal of said action to this Court.

Respectfully submitted, this 8th day of May, 2023.

                              MCMICKLE, KUREY & BRANCH, LLP

                              */s/ Amy B. Knight*

| | |
|---|---|
| | ZACH M. MATTHEWS |
| 217 Roswell Street, Suite 200 | Georgia Bar No: 211231 |
| Alpharetta, GA 30009 | AMY B. KNIGHT |
| Telephone:  (678) 824-7800 | Georgia Bar No. 331349 |
| Facsimile:   (678) 824-7801 | **Attorneys for Defendant** |
| zmatthews@mkblawfirm.com | |
| aknight@mkblawfirm.com | |

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C.  This pleading has been prepared in Times New Roman, 14 point font.

This 8th day of May, 2023.

*/s/ Amy B. Knight*
AMY B. KNIGHT
For the Firm

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Edward J. Dovin
Allison S.H. Ficken
Dovin | Ficken, LLC
Monarch Plaza
3414 Peachtree Road NE, Suite 625
Atlanta, GA 30326
ejdovin@dovinficken.com
ahficken@dovinficken.com
***Attorneys for Plaintiff***

This 8th day of May, 2023.

                                              */s/ Amy B. Knight*
                                              AMY B. KNIGHT
                                              For the Firm