# EXHIBIT "B"

| | |
|---|---|
| **From:** | Edward Dovin |
| **To:** | Amy Knight |
| **Cc:** | Rachel Figueroa; Allison Ficken |
| **Subject:** | Re: <no subject> 16502 Boldin |
| **Date:** | Tuesday, May 2, 2023 7:03:53 PM |

Amy -

Thanks for sending the photo.

The real issue is that the door mats are stacked on top of each other, completely out of place in the store, tucked behind two large "urns" that hide the mats from sight when approaching from behind the "urns."
Moreover, the mats stuck out into an area that would be expected to carry foot traffic in this particular type of store.
My client has a serious leg injury that required surgery and ongoing rehab, so the damages we are seeking are well in excess of $100,000.
I look forward to working with you on this case.

Ed

Sent from my iPhone

> On May 2, 2023, at 6:32 PM, Amy Knight <AKnight@mkblawfirm.com> wrote:
>
> Hi Ed,
>
> As you will see from the below photo which my client has authorized we share with you, there was no wall where your client said that required her to take a tight turn and that was the table which shadow is reflected in the right side of the image below. Please advise if you would like to reconsider a nuisance level settlement in light of the fact these were not in the walkway and were open and obvious against the floor.
>
> If not, will you please confirm you are seeking damages in an amount in excess of $75,000 exclusive of fees and costs?
>
> Thanks so much,
>
> Amy
>
>
> [cid:image001.png@01D97D24.4615D1B0]
> Amy B. Knight
> McMickle, Kurey & Branch, LLP
> 217 Roswell Street
> Alpharetta, GA 30009
> Phone: (678) 824-7800
> Direct: (678) 824-7818
> Fax: (678) 824-7801
> aknight@mkblawfirm.com<mailto:aknight@mkblawfirm.com>
>
> From: Edward Dovin <ejdovin@dovinficken.com>
> Sent: Thursday, April 27, 2023 11:27 AM
> To: Amy Knight <AKnight@mkblawfirm.com>
> Subject: FW: <no subject>
>
> Amy –

>
>    Here is the photo my client took of the "hazard" at the store.
>
>    Ed 678-672-8185
>
> From: Allison Ficken <ahficken@dovinficken.com<mailto:ahficken@dovinficken.com>>
> Date: Tuesday, April 25, 2023 at 1:27 PM
> To: Edward Dovin <ejdovin@dovinficken.com<mailto:ejdovin@dovinficken.com>>
> Subject: <no subject>
>
>