**H & A CREDIT GROUP**
Post Office Box 870162
Stone Mountain, Georgia 30087

ADDRESS CORRECTION REQUESTED
FORWARDING POSTAGE GUARANTEED

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE

**USPS CERTIFIED MAIL®**

9514 7065 9446 2196 8532 15

RETURN RECEIPT



U.S. POSTAGE
854020715123107
30087
FCM LET
07/15/2
06
114881

nL7.18.22

30346-245356

**H&A Credit Group**
Post Office Box 870162
Stone Mountain, GA 30087

Phone: 770.413.4961
Fax: 770.413.4962

July 6, 2022

Sharon Lenanese Hinton
7156 Madison Dr
Atlanta, GA 30346

CERTIFIED MAIL

## CLAYTON
## SUMMONS OF GARNISHMENT

July 6, 2022
**PLAINTIFF:**
H&A Credit Group c/o
KOLB ENTERPRISES, INC
Post Office Box 870162
Stone Mountain, GA 30087
770.413.4961

**DEFENDANT:**
Sharon Lenanese Hinton (File #: @DE.FI<)

**GARNISHEE:**
SALON PS GEORGIA, LLC
55 PUBLIC SQUARE SUITE 1180
CLEVELAND, OH 44113
ATTN; PAYROLL DEPT.

GARNISHMENT CASE #: 2022CM10559
AMOUNT DUE ON SUMMONS: 6406.82

THIS IS YOUR NOTICE THAT A GARNISHMENT WAS SERVED

THE GARNISHEE IS HEREBY COMMANDED to immediately hold all property, money, and wages, except what is exempt, belongingt to the defendant, or debts owed to the defendant named above at the time of service of this summons, between the time of service of this summons to and including the 179th day thereafter. You are FURTHER COMMANDED to file your answer, in writing, with the Clerk of this Court and serve a copy upon the Plaintiff or Plaintiff's attorney named below not later than 45 days after you are served with this summons. Your answer shall state what property, money and wages, except what is exempt, belonging to the defendant, or debts owed to the defendant, you hold or owe at the time of service of this summons and between the time of such service and the time of making your first answer. After that, you are required to file further answers no later than 45 days after your last answer.

# MAGISTRATE COURT OF ___CLAYTON___ COUNTY, GEORGIA

Date Filed _____     Case No: 2022 Cm 10559

**Plaintiff:**

H&A Credit Corp asn Kolb Enterprises, Inc

**Plaintiff's Contact Information:**

H&A Credit Corporation c/o
KOLB ENTERPRISES, INC

**Name**

Post Office Box 870162

**Street Address**

Stone Mountain, GA 30087

770.413.4961

**City**  **State**  **Zip Code**

hassoc1@bellsouth.net

**E-mail Address**

_____

**Phone Number**

_____

**Bar number**

vs                                              **GARNISHMENT**

Sharon Lenanese Hinton
7156 Madison Dr
Atlanta, GA 30346

**Defendant(s) Name, Address**

SALON PS GEORGIA, LLC
55 PUBLIC SQUARE SUITE 1180
CLEVELAND, OH 44113
ATTN: PAYROLL DEPT.

**Garnishee Name, Address**

## NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT OF MONEY, INCLUDING WAGES, AND OTHER PROPERTY

You received this notice because money, including wages, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP YOUR MONEY, INCLUDING WAGES, OR OTHER PROPERTY. **READ THIS NOTICE CAREFULLY.**

State and federal law protects some money, including wages, from garnishment even if it is in a bank. Some common exemptions are benefits from social security, supplemental security income, unemployment, workers' compensation, the Veterans' Administration, state pension, retirement funds, and disability income. This list of exemptions does not include all possible exemptions. A more detailed list of exemptions is available at the Clerk of Court's office located at CLAYTON MAGISTRATES (Name of Court), 9151 Tara Blvd (Address), Jonesboro (City), Georgia 30236 (ZIP Code), and on the website for the Attorney General (www.law.ga.gov).

Page 1 of 3

Garnishment of your earnings from your employment is limited to the lesser of 25 percent of your disposable earnings for a week or the amount by which your disposable earnings for a week exceed $217.00. More than 25 percent of your disposable earnings may be taken from your earnings for the payment of child support or alimony or if a Chapter 13 bankruptcy allows a higher amount.

**TO PROTECT YOUR MONEY, INCLUDING WAGES, AND OTHER PROPERTY FROM BEING GARNISHED, YOU MUST:**

1. Complete the Defendant's Claim Form as set forth below; and
2. File this completed claim form with the Clerk of Court's office located at Clayton Magistrates (Name of Court), 9151 Tara Blvd (Address), Jonesboro (City), Georgia 30236 (ZIP Code).

FILE YOUR COMPLETED CLAIM FORM AS SOON AS POSSIBLE. You may lose your right to claim an exemption if you do not file your claim form within 20 days after the Garnishee's Answer is filed or if you do not mail or deliver a copy of your completed claim form to the Plaintiff and the Garnishee at the addresses listed on this notice.

The Court will schedule a hearing within ten days from when it receives your claim form. The Court will mail you the time and date of the hearing at the address that you provide on your claim form. You may go to the hearing with or without an attorney. You will need to give the Court documents or other proof that your money is exempt.

The Clerk of Court cannot give you legal advice. IF YOU NEED LEGAL ASSISTANCE, YOU SHOULD SEE AN ATTORNEY. If you cannot afford a private attorney, legal services may be available.

# JACQULINE D. WILLS
## Clerk of Magistrate Court

Clayton County Justice Center

9151 Tara Boulevard, Suite 2TC08
Jonesboro, Georgia 30236-4912
(770) 477-3443

DATE 07/26/2022

RE: CASE NUMBER 2022CM10559 TW

HINTON SHARON LENANESE
7156 MADISON DR
ATLANTA, GA 30346

**THE ENCLOSED IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):**

Please see the attached Zoom link along with the Notice of Hearing.

Specific court case inquiry is available on-line at: http://www.claytoncountyga.gov

O.C.G.A. information can be found at: http://www.lexis-nexis.com/hottopics/gacode

Sincerely,
B. Kemp
Magistrate Court Clerk's Office

# Zoom Link for Motion Calendar

| West: | Topic: Clayton County Magistrate Court 2's Personal Meeting Room <br><br> Join Zoom Meeting <br><br> https://us02web.zoom.us/j/6352539936?pwd=bmRWYktNV3RwczcvTzE3NDY1eFRmdz09 <br><br> Meeting ID: 635 253 9936     Passcode: 229477 |
|---|---|

Case Number: _2022cm 10559_

_HoA Credit Corp ASN Kolb Enterprises_ vs _Hinton, Sharon_ vs _Salon PS Georgia, LLC_

The Plaintiff and Defendant are to appear before the Magistrate Court of Clayton County on _August 16, 2022_ (8:30 am) or ~~1:30 pm~~ for a trial by ZOOM video application.

THIS HEARING shall be held using ZOOM video conference and all parties will need access to a smart phone, laptop, or tablet with video capability to participate in this hearing. The parties must use the following ZOOM Meeting ID Number in order to log in or join the meeting.

Failure of the plaintiff to attend may result in dismissal of the claim. Failure of the Defendant to attend may result in the entry of a judgement in favor of the Plaintiff. Do not be late. If you are not present when the calendar is called your case will be jeopardized. If you are unable to use ZOOM or think you may experience technical difficulties please call the judge's office at 770-477-3444, to alert the judge's clerks a <u>day or more before</u> your scheduled court date. You may be able to come in person in court room 204 to attend Zoom Court.

The court will hear all evidence at the time of trial. You should submit any documents, receipts, cancelled checks, photographs or other similar documents to magistratecourthearings@claytoncountyga.gov at least 72 hours prior to your trial date. If any of your documents were prepared by a person who is not a party to the case, you should have the person who prepared the document present to testify as to the contents of the document. Letters from witnesses and damage estimates, even if notarized, are generally not admissible as evidence. Failure to comply with these guidelines may result in the evidence submitted being ruled inadmissible. While parties to actions filed in Magistrate Court are not required to have an attorney, please remember that the rules of evidence contained in Georgia law still apply. Evidence or testimony not presented properly will not be considered.

If either party (1) has witnesses that will not voluntarily appear for trial or (2) needs documents produced that are in the custody of a third person, you may obtain subpoenas from the Clerk of Court. It is the responsibility of the party sending the subpoena to have it served in the manner provided by law.

For more information, go to http://claytoncountyga.gov/courts