IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FERN AVENUE SOLUTIONS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROTECTED SOLUTIONS, LLC )<br>)<br>Defendant. ) | CIVIL ACTION FILE NO.<br>_____ |

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW FERN AVENUE SOLUTIONS, LLC, by and through undersigned counsel, and pursuant to L.R. 3.3., states as follows:

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Fern Avenue Solutions, LLC; Protected Solutions, LLC.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations firms, partnerships or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

For Plaintiff: Alan Basewitz; Sarah Pepper; Jeffrey Eichen, Esq.; Michelle Eichen, Esq.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff: Daniel Shim/Morriss | Shim | Davis; Alan Fellheimer/Leech, Tishman, Fuscaldo & Lampl, LLC.

Respectfully submitted this __9th__ day of __May__, 2023.

/s/ *Daniel Shim*
Daniel Shim
Georgia Bar No. 642749
Attorney for Plaintiff

MORRISS | SHIM | DAVIS
2233 Peachtree Road NE – Suite 212
Atlanta, Georgia  30309
(404) 525-8000
dan@msdlawgroup.com

/s/ *Alan Fellheimer*
Alan Fellheimer
Pennsylvania Bar No. 09842
Attorney for Plaintiff *Pro Hac Vice*

LEECH, TISHMAN FUSCALDO & LAMPL, LLC
1417 Locust Steet – Third Floor
Philadelphia, PA  19102
(215) 253-6630
afellheimer@leeachtishman.com