EXHIBIT 5

smart source  WINTER PARK, FL                                      151526

## AGREEMENT TO FURNISH INSURANCE POLICY
(TO BE USED WITH SECURITY AGREEMENT ON SALE OF VEHICLE)

Date _____

TO SELLER _____

The undersigned Buyer(s) agree(s) to furnish his/their own Insurance Policy, covering a vehicle which is the subject of a Security Agreement (the "Security Agreement") dated this _____ day of _____, YR _____
The vehicle referred to herein is described as follows:

| Year | Make | Model | Body Type | Vehicle Identification No. |

Such Insurance Policy must be delivered to the Seller within _____ days from the date of this Agreement. The following is not an acceptable policy: Maintenance or repair contracts, One Month Policies or Insurance Certificates that make reference to a "Master Insurance Agreement." If Seller does not receive such Policy by the time stated, Seller may (but is not required to) procure insurance of the kind and type agreed to be furnished under the terms of the Security Agreement. Such insurance may cover only Seller's interest in the vehicle.

Ins. Co. _____ Agent _____

| ADDRESS OF AGENT - STREET | CITY | STATE | ZIP | AGENT'S PHONE NUMBER |

Policy No. _____ Exp. Date _____

☐ Fire & Theft -  ☐ Additional Coverage -  ☐ $ _____ Deductible Comprehensive -  ☐ $ _____ Deductible Collision

In the event Buyer(s) fail(s) to furnish a valid insurance policy, or written evidence of insurance, of the type required under the Security Agreement, Buyer(s) hereby agree(s) to pay to Seller or its assignees any earned premium for any policy they may have to place for the above described vehicle in accordance with repayment procedures set forth in the Security Agreement.

Buyer(s) further agree(s) to assume forthwith any and all responsibility for damage to the vehicle or resulting from the use, maintenance or operation of the vehicle, and agree to hold Seller free of any loss, claim, or liability resulting from any damage to the vehicle or from the vehicle's use, maintenance or operation.

Loss Payee _____
Loss Payee's Address _____

NOTICE TO BUYER: This Agreement does not authorize the ordering of Public Liability or Property Damage Insurance. Any insurance ordered by the Seller or Seller's Assignee will cover loss of or damage to the vehicle only and will not include Public Liability or Property Damage Insurance.

BUYER'S NAME (PRINT) _____  ADDRESS _____
HOME PHONE _____  BUSINESS PHONE _____

X _____         X _____
BUYER'S SIGNATURE                    CO-BUYER'S SIGNATURE

(REV. 09-19)