# Exhibit A

# United States of America
## United States Patent and Trademark Office

# MEDIT

**Reg. No. 5,450,284**

**Registered Apr. 17, 2018**

**Int. Cl.: 10**

**Trademark**

**Principal Register**

MEDIT CORPORATION (KOREA, REPUBLIC OF CORPORATION)
19, Inchon-ro 22-gil, Seongbuk-gu
Seoul, REPUBLIC OF KOREA

CLASS 10: Medical and dental apparatus for dimensional measurement, namely, 3D scanner for human body; polymerisation apparatus for dental purposes; milling apparatus for dental purposes; dental burs; prosthetic instruments for dental purposes; scanners for dental purposes; medical instruments for dental purposes, namely, filling cavities, dental surgery; medical apparatus for dental purposes, namely, dental implants, dental picks; surgical apparatus for dental use; filling instruments for dental purposes, namely, dental drills, dental and medical drill bits for cutting teeth or bone

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-977,040, FILED 03-13-2017

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# MEDIT

**Reg. No. 5,538,240**  MEDIT CORPORATION (KOREA, REPUBLIC OF CORPORATION)
19, Inchon-ro 22-gil, Seongbuk-gu
**Registered Aug. 14, 2018**  Seoul, REPUBLIC OF KOREA

**Int. Cl.: 40**  CLASS 40: Dental technician services

**Service Mark**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

**Principal Register**  OWNER OF KOREA, REPUBLIC OF , REG. NO. 45-0035737, DATED 08-08-2011, EXPIRES 08-08-2021

SER. NO. 87-369,378, FILED 03-13-2017



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# MEDIT

**Reg. No. 6,044,453**
**Registered May 05, 2020**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Medit Corp. (KOREA, REPUBLIC OF CORPORATION)
19, Inchon-ro 22-gil
Seongbuk-gu
Seoul, REPUBLIC OF KOREA

CLASS 9: Recorded computer programs for two or three-dimensional simulation for use in design and development of industrial products; recorded computer programs related to education of dental technicians featuring instruction in dental examination and cleaning of patients' teeth and operating a dental scanner for 3D measurement; downloadable computer programs related to education of dental technicians featuring instruction in dental examination and cleaning of patients' teeth and operating a dental scanner for 3D measurement; micrometer gauges; comparators; data processing equipment in the nature of scanners; electronic automatic door opening and closing apparatus in the nature of electronically-operated door latches; electronic automated beverage dispensing machines not heated or cooled; measuring instruments for three dimensional objects, namely, a non-contact optical 3D measuring applied electronic device in the nature of a 3D scanner; cameras; computer game device, namely, game cartridges; surface roughness testing machines and instruments; boiler control instruments; wearable digital electronic device in the form of an eyewear functioning as a smart phone; video conferencing apparatus, namely, wireless television set for providing video conferencing services over the Internet, and camera for use therewith; mounting devices for cameras and monitors; apparatus for recording, transmission, processing and reproduction of sound, images or data; audiovisual teaching apparatus, namely, medical diagnostic simulators for use as teaching aids for dental examination and cleaning of patients' teeth and operating a dental scanner for 3D measurement; audiovisual teaching apparatus, namely, 3D measurement devices for use as teaching aids for education of dental technicians; downloadable computer software for two or three dimensional simulation for use in design and development of industrial products; three dimensional digital photographs viewers; 3D scanners; cameras for inspector for industrial purposes; recorded computer software for two or three dimensional simulation for use in design and development of industrial products

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 02-20-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1434963 DATED 08-20-2018, EXPIRES 08-20-2028

SER. NO. 79-245,691, FILED 08-20-2018

*Andrei Iancu*
Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# Medit Link

**Reg. No. 5,958,180**
**Registered Jan. 14, 2020**
**Int. Cl.: 10, 40, 42, 44**
**Service Mark**
**Trademark**
**Principal Register**

Medit Corp.  (KOREA, REPUBLIC OF CORPORATION)
19, Inchon-ro 22-gil,
Seongbuk-gu Seoul
REPUBLIC OF KOREA

CLASS 10: Medical and dental apparatus for dimensional measurement, namely, 3D scanners for the human body; dental apparatus and instruments, namely, intra-oral scanners; milling apparatus for dental purposes; scanners for dental purposes, namely, 3D scanners for dimensional measurement of human teeth, dental inlays, dental onlays, and dental impressions; dental operating lamps; polymerization apparatus for dental purposes; tooth cavity filling instruments for dental purposes

CLASS 40: Three-dimensional printing (3DP) services; processing of minerals; precious metal smithing; processing in the nature of refining of metals; treatment and cutting of diamonds and other precious stones; processing of jewelry, namely, jewelry casting and jewelry-making; treatment of precious metals; ceramic processing and providing information relating thereto; custom manufacture of medical devices for others; processing of medical products, namely, applying coatings ultrasonically to medical apparatus; treatment of human bones for use as artificial tympanic membrane surgical implants; custom manufacturing of electronic 3D medical and dental scanners for others; services of a dental technician; custom manufacture of dental prosthesis and dentures; custom manufacture of dental bridges; custom manufacture of dentifrices for others; providing information relating to dental technician services

CLASS 42: Research on building construction technology; engineering surveying; advisory services relating to technological research in the field of medical and dental instruments; mining and mineral exploration; mechanical research; meteorological research; scientific study and research in the fields of technical projects for the prevention, treatment and management of illness; technical research in the field of pharmaceutical studies; agricultural research; hospital design services; biotechnology research; research and development of new products for others; dress design services; medical research; new product design services; marine, aerial and land surveying; cosmetics research; environmental protection research

CLASS 44: Flower arranging; agricultural advice; providing public bath facilities; provision of information relating to dentistry, namely, provision of information relating to dental 3D measurements and devices used for dental 3D measurements

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 02-07-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1431789 DATED 08-06-2018, EXPIRES 08-06-2028

No claim is made to the exclusive right to use the following apart from the mark as shown: "LINK"

SER. NO. 79-244,417, FILED 08-06-2018



*Andrei Iancu*
Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# i700

**Reg. No. 6,998,441**
**Registered Mar. 14, 2023**
**Int. Cl.: 10**
**Trademark**
**Principal Register**

Medit Corp.  (KOREA, REPUBLIC OF CORPORATION)
23 Goryeodae-ro 22 gil,
Seongbuk-gu Seoul
REPUBLIC OF KOREA

CLASS 10: Dental x-ray CT scanners; replacement parts and fittings of dental x-ray CT scanners; scanners for medical diagnosis, namely, 3D scanners for dental imaging; optical scanners for medical inspection purposes, namely, 3D dental scanners; medical tables for examination or treatment purposes; test equipment for medical use, namely, dental intra-oral cameras; diagnostic imaging apparatus for medical use, namely, 3D dental scanners enabling capture and display of images of patients' teeth; dimensional measuring instruments for medical purposes, namely, 3D scanner for human body; medical apparatus and instruments, namely, surgical instruments and apparatus; medical apparatus, namely, dental implant surgical guides, computer-aided design (CAD) and computer-aided manufacturing (CAM) apparatus for dental purpose, and dental apparatus for fabrication of crowns and bridges; dental apparatus and instruments, namely, surgical apparatus and instruments for dental use; dental equipment, namely, 3D scanner for three dimensional measurement of the human mouth and milling equipment and recorded operating system software sold as a unit therewith; dental apparatus, namely, intra-oral light systems and intra-oral 3D scanners; optical scanning apparatus for dental purposes, namely, 3D scanners used for scanning dental models, impressions, gingiva or teeth; medical apparatus and instruments other than for dental purposes, namely, x-ray CT scanners; medical scanners, other than for dental purposes, namely, 3D scanner for human body; diagnostic measuring apparatus for medical use, namely, dental image analyzing apparatus incorporating recorded software for measuring distance, angle, length, and area on the scanned dental imaging data; electrical utensils for use by dentists in the care of the teeth, namely, dental drills, picks, and scrapers; display monitors for displaying dental images, namely, computer display monitors used in direct association with dental diagnosis apparatus during the process of diagnosis of a condition in an individual; medical instruments, namely, medical image processors for processing CAD-CAM images in the field of dentistry

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-31-2021 IS CLAIMED



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



OWNER OF INTERNATIONAL REGISTRATION 1623890 DATED 09-30-2021, EXPIRES 09-30-2031

SER. NO. 79-324,745, FILED 09-30-2021

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.