# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MEDIT CORP., and MEDIT USA LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>RENEW DIGITAL, LLC,<br><br>   Defendant. | Civil Action No.<br><br>Judge |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and L.R. 3.4, Plaintiffs Medit Corp. and Medit USA LLC ("Plaintiffs") file this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for Plaintiffs, a party to this action, certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

  Medit Corp. (Plaintiff and Parent of Medit USA LLC)

  Medit USA LLC (Plaintiff and subsidiary of Medit Corp.)

  Digital Dentistry Solution Holdings, Inc. ("Digital Dentistry") (Parent of Medit Corp.)

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> Digital Dentistry Solution Holdings, Inc. (parent / owner of Medit USA LLC and Medit Corp.)

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> Brendan Krasinski, DLA Piper LLP
>
> Safraz Ishmael, DLA Piper LLP (*pro hac vice* forthcoming)
>
> Brian Boyle, DLA Piper LLP (*pro hac vice* forthcoming)
>
> Justin Park, DLA Piper LLP (*pro hac vice* forthcoming)
>
> Christopher Deck, DLA Piper (*pro hac vice* forthcoming)

Dated:  May 9 2023

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/Brendan Krasinski*
Brendan Krasinski
Georgia Bar No. 159089
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309
Tel: 404.736.7800
Fax: 404.682.7800
brendan.krasinski@dlapiper.com

Justin Park
Brian J. Boyle
*(pro hac vice motions forthcoming)*
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel: 202.799.4000
Fax: 202.799.5000
justin.park@us.dlapiper.com
brian.boyle@us.dlapiper.com

Safraz Ishmael
Christopher Deck
*(pro hac vice motions forthcoming)*
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: 617.406.6000
Fax: 617.406.6100
safraz.ishmael@us.dlapiper.com
christopher.deck@us.dlapiper.com

ATTORNEYS FOR PLAINTIFFS
MEDIT CORP. and MEDIT USA LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I sent the above document via USPS mail to the address below.

Renew Digital, LLC<br>
3719 N. Peachtree Rd.,<br>
Building 200, Ste 250<br>
Chamblee, Georgia 30341

/s/ *Brendan Krasinski*
Brendan Krasinski