### Exhibit A to the Complaint

**Location:** Canton, GA  **IP Address:** 73.137.105.62
**Total Works Infringed:** 55  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 570ADBBB385588D27AC048E1C5E6D9D686A08A39<br>File Hash: A8E31D9E099E252807F9D97CDD655513D1BB72EF0912DB7668048E3E645898F0 | 04-08-2023 17:58:49 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |
| 2 | Info Hash: 5C7116EE8364B645E49E0F839CF5DC11B95851EC<br>File Hash: 546FDC56ACBDA55E89C48FB82BAAA33ACF575C58737AEE815DE3EB98121571BE | 03-26-2023 15:41:18 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 3 | Info Hash: B9900C0B16C783D7522C174A49A24B5FCDB48F54<br>File Hash: 50828DF736CC9014C627E372E78C7509018E24C645DCEDFE59EAA6F02D74CC08 | 03-05-2023 20:54:56 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 4 | Info Hash: C178360E9001864577D735A72C3488992E2E9773<br>File Hash: 178C86A26226706FB67AF6F3BA178181A886B54655CA2C0F673A8F93F1AF7427 | 03-04-2023 20:24:54 | Slayed | 03-22-2022 | 04-21-2022 | PA0002353052 |
| 5 | Info Hash: 467072A450A63C52480B37FEFC6B23ED52BCB272<br>File Hash: 0515FC6FA4FA71DD488AFE6B40CA2CAC036A162D36EAE72020E657FE8739B909 | 02-14-2023 01:36:30 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 6 | Info Hash: 1A3BB4E8163B5F1CD768FCF274F03B6512CC0872<br>File Hash: B21D9A5CEA58190545E356A4787140107DB2E6BD3D00903869BEE3827FA3CA3A | 02-04-2023 17:59:06 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 7 | Info Hash: C936DA65EBE2509C5981096391F0E7F9DED22BB5<br>File Hash: C08CFE882FF23E645DA71B162329248FCB2BBBC55E3C12A2BB1C7C652E84A542 | 01-25-2023 00:45:35 | Slayed | 11-29-2022 | 01-05-2023 | PA0002394013 |
| 8 | Info Hash: 62F3A23B2D765D88F1BA51EBB05866C6BE623103<br>File Hash: 81DDD1B0C9E28C8EE9ABA764057EFB5E0A4F5E222F8C514895F6DF7BFC55E61E | 01-23-2023 23:23:50 | Tushy | 01-22-2023 | 01-27-2023 | PA0002393076 |
| 9 | Info Hash: 6CDEB8C8E8F9624BEA9225C82F988666C6444946<br>File Hash: BD6BD57761088765FF1989B6A7DCABB6C885292DA248A9D7729AECA0D6244749 | 01-11-2023 23:29:31 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 10 | Info Hash: CB2DB113FDBD1F49FACF28C2C8C70A0A62059D07<br>File Hash: D01AC50CB88710977B35A77072BD3919A5D8C5D39F46B1F8EA460707E8608520 | 01-04-2023 00:16:31 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 11 | Info Hash: 461E0CEF7D200B75783F552943E8EA67DF67BE52<br>File Hash: 7E34C7FA61A6B9E3F7991244AADF3631B33BCDA9044FDE7B055ED82BAAB10842 | 12-26-2022 01:19:11 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3288E1B15FBABC29A6EFD53A33AED22403A0FED7<br>File Hash: 5664136B8F7CBBC79F414F877E5C49BC69B2E19CF2643EC8340106AF1B4D994F | 12-19-2022 23:55:34 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 13 | Info Hash: 1F9DF3255808379251E4216E874E5246EAD9D645<br>File Hash: E7B584174707C7CEFAFEDEDA47DEFCAEB36D7AF599894D9DAD339E075B400A77 | 12-10-2022 20:50:02 | Tushy | 10-30-2022 | 01-06-2023 | PA0002394017 |
| 14 | Info Hash: A12DE6CEF015A920ABFC483C566D5E31A9403027<br>File Hash: BA9D7AAB8A603334B17E0149C2E5AAA5E7F1FF56C61604268034BAFF0C7D8056 | 12-10-2022 20:22:40 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 15 | Info Hash: 7975707C581A15CC7E39F9F02489A37674E7D645<br>File Hash: 34A5B2D4D0D91680409BD422CABA5919047A706BC9F0FE650923E8476972A607 | 12-08-2022 00:20:31 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 16 | Info Hash: 333EF607453E84D6528AC24F90BAF0FAD4A1117A<br>File Hash: 8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 11-20-2022 21:24:35 | Tushy | 03-27-2019 | 04-29-2019 | PA0002169944 |
| 17 | Info Hash: 89C58C66D343F338D5F2A7B1B7FDC6DFB12C7050<br>File Hash: 62EEE16EFC2EA791C25B323955530CAC9F89AB9D7FBBB5BBC6ED49E1669F0A31 | 11-14-2022 18:45:43 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 18 | Info Hash: 8BA41798E33B659C6AB6BE1F5970479FC27BE064<br>File Hash: 918D5BEC584BD604582A22D42C1B6919C6FDE585CD60660FAF08C8A97738DF9C | 11-06-2022 20:24:20 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 19 | Info Hash: 68FE67AB258A0D6022E32F1150E9C35596E4E767<br>File Hash: EDAC6D7360617F459F5927A39F705009B879937E579E603D4CCCD1A9E44A3110 | 10-27-2022 01:56:18 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 20 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-19-2022 00:38:30 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 21 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash: 72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 09-13-2022 00:31:47 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 22 | Info Hash: 34F0DA2F0CCF929271FCC00697F4B9070B8C4254<br>File Hash: 14077D361F4604AA9DBBE92C06966CEF5BB7DC4073ECF07D76458645073A9F67 | 08-31-2022 22:31:43 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 23 | Info Hash: DADEA9FF9C6F53C6973CED82CC1281025A6469D7<br>File Hash: 42051206257E5D242799194613603132CDD4F80FD91A76EF8DF2DB2B2D6CBFA9 | 08-22-2022 23:09:59 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BC766D094BC26A1C7D8253340CE684319CF84B7B<br>File Hash: 35F0C1AEAB1463E33148CF37F773DA4437E2C6C2C822B46C557589DF331A4911 | 08-14-2022 15:46:50 | Tushy | 03-06-2022 | 03-29-2022 | PA0002342854 |
| 25 | Info Hash: 1A834E3DD1093049BAF026D39D07F035E90563D4<br>File Hash: AA16A2FC62F5BC72B7D9DB8BC7CB78D2016D709E1656DDACDB51F2988ABD70B6 | 07-31-2022 18:40:27 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 26 | Info Hash: 5DD8FE251E55C661D34B4BB7AA78AB5C0175FB82<br>File Hash: 08EBD9746DB8A30A4CE5944E6644C6E2C778D36537203B1A1DD97685831963A0 | 07-28-2022 23:25:43 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 27 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash: 08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 07-28-2022 23:23:28 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 28 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash: 55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 07-23-2022 14:03:51 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 29 | Info Hash: 466DC53498A109B354BF204B1060C9AABE811937<br>File Hash: CDD41BBB549179DA06A3776763D24769C93A8537448A3DC5D9891A458D880636 | 06-25-2022 14:32:33 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 30 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash: C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 06-20-2022 21:59:26 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 31 | Info Hash: 843252C34A08DF36967AC350101638400957B344<br>File Hash: EEB99E78B3AB556BD561F65B464A8F72C78FBAB27E453DDC28996B081BE5C3F6 | 06-13-2022 22:11:45 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 32 | Info Hash: 649357DB13B2B11CDE20AFDA507F0BA540C1E838<br>File Hash: 2432AC32CA81B94D6B4F8A68B7954E9E5027BA19DECAF036B6C7B3CBEC93178F | 05-10-2022 22:11:04 | Tushy | 05-08-2022 | 05-20-2022 | PA0002350382 |
| 33 | Info Hash: 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36<br>File Hash: 3954CD69773DA875F67C129965A028CC69868B630CEF7F65279EEC4C3A017EC9 | 04-11-2022 22:13:09 | Tushy | 09-03-2019 | 09-13-2019 | PA0002200699 |
| 34 | Info Hash: DEB30DA176110810CF2483DE8708B1FA1260A274<br>File Hash: B9FC7342BB9868DC100E68A644E269309F993763A86136C2D6FE74E270D4C477 | 04-09-2022 18:11:49 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 35 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 03-04-2022 00:30:53 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: B66E4DF4C377B571965639AC18CB070AB84F7B03<br>File Hash:<br>C571F130ADC19F25E4AFEC3C79A2AE5543F6161FC96088BC75F7507D9F71A289 | 02-21-2022 18:34:13 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |
| 37 | Info Hash: 321A5CC07A5F6A27C22C16066EA50EA35D382800<br>File Hash:<br>B4DE3D6749C31FEC9B5661FD54DA4FA5C99F1C24B6E81FC6B0A342718E102494 | 02-13-2022 17:21:44 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 38 | Info Hash: 8303351E7268A53776418B72609DDC55ED776871<br>File Hash:<br>13B6128DD50D26C1EB937A965116DCE11670B222CC5D89FED975EE133CA55338 | 01-26-2022 00:18:20 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 39 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 01-23-2022 20:35:25 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 40 | Info Hash: 168D9A9501B1A21D1AEDC90AC621A9E304D01A72<br>File Hash:<br>FF30469F559BC9300043488BF579C6A0342F3DF72E7EBB7E18E2090920EA094F | 01-03-2022 23:21:34 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 41 | Info Hash: 89078B825B33412AE3E21B85E2D1E12BCBB484B5<br>File Hash:<br>3BFFECDB6CBF00BA1E7069DE3C82F661138D01D29E9E05C51F728DA06DBF8557 | 12-20-2021 23:12:00 | Tushy | 12-19-2021 | 02-03-2022 | PA0002341852 |
| 42 | Info Hash: 3FEE7C487A35F7E6AE78A807A44B844FC26A82EF<br>File Hash:<br>CD9DF4DA3207DFBAEDC3352231540A2EA0390A71EAA7A3FEC2492C3DAF4E8D78 | 11-29-2021 23:01:03 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 43 | Info Hash: 4A7E50403E077C6CFE5F4E27B9107F54F465601D<br>File Hash:<br>5191421E1753A446B96ADE902B5C16723834281B47CEA111A8F7C3D1ACEEE4EC | 11-25-2021 16:45:36 | Tushy | 11-21-2021 | 12-09-2021 | PA0002325830 |
| 44 | Info Hash: E233BC9FC1BA4A03C9AF450702CC5EC291CD1D8A<br>File Hash:<br>00C6FB7C44F943D7BF80D83A82BAD7F4D3B74103305DA27FDB5E12C0923F5196 | 11-03-2021 23:05:34 | Tushy | 10-31-2021 | 01-07-2022 | PA0002337490 |
| 45 | Info Hash: 0462D373EDC5BFF169B3DCCB9FF967FEB0C0A5E0<br>File Hash:<br>89E659B924CC18F157F35A3DF4ED59A3D40411F854BE952355132749FD7D4EBC | 10-22-2021 00:26:09 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 46 | Info Hash: B5AA5C3AB921F95936B7D911457ED412E86496CC<br>File Hash:<br>622428573E787EC0A79B734175F79713DFADA96C407F7EC2D81CBEA1D8D2AE54 | 10-05-2021 23:05:00 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 47 | Info Hash: 5EA1CEDFD4BE9576CDFC7164EC71A2854CBFE95B<br>File Hash:<br>19B7648336A0AB740B87093BD080CCAEC8B990B2083C3E21389D741846334EA5 | 10-02-2021 14:41:03 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 09-11-2021 17:42:24 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 49 | Info Hash: F32B67B1AD02DF3673D3DE8DB004CCBB51092D91<br>File Hash: 3C2D66D2580D523D9F3EBDB0236F90866D9C14DA5BDE56C4DB866C484B5F46C7 | 08-22-2021 15:03:13 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 50 | Info Hash: 3CAD7A2A0AAECF317DF61A8209EF50F816628EF9<br>File Hash: DCDC4012ECFC833DB16B30305BB12BCAEA6D97E177C4D4DDA09912E5E56A55DB | 08-10-2021 20:32:52 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 51 | Info Hash: 431A23B6E16E13B9FF0A54F59EFED0980E92ECCD<br>File Hash: 6E8A773C4314F91654571CCB1193F4346ED8F3016CEECB942AF7A61B850CCB30 | 05-23-2021 15:39:16 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |
| 52 | Info Hash: 8AEA27202C47B378BF48659CC2938DB8691054EF<br>File Hash: 0D3B456AA0D88C15AF796288F66A6A6E23996BA5771C0CD7F6A9A0F347D69959 | 05-09-2021 21:27:07 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 53 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 05-05-2021 00:28:46 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 54 | Info Hash: DE2C3995024B4D079497396648B3964395D7F84B<br>File Hash: 5165BF04EA47BEA0AE7308E5A2BFB707B6C783D7B7763D8E219062363FCB6F30 | 04-29-2021 23:10:22 | Tushy | 08-09-2020 | 08-31-2020 | PA0002265642 |
| 55 | Info Hash: 4D1E937059E78109E9C929FD10A92D05CBDD6A5B<br>File Hash: 6514396893ACE2CFC3D8ACAE8238657C4D235A9126C2AC62859D6FD95ECC0F59 | 04-18-2021 14:38:39 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |