**Exhibit A to the Complaint**

**Location:** Buford, GA  **IP Address:** 24.240.23.76
**Total Works Infringed:** 96  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E3D2CCDAC7AB53DA4C01E636A36026B47ACA576C<br>File Hash:<br>F4468B32DA9D143A000BB2AF449F0FF48423C4F218416DB6A8B2FF8652751CB9 | 04-09-2023 06:35:27 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 2 | Info Hash: 6E14A08630CBF298BF6A1084842B7CE1DBB4DC99<br>File Hash:<br>6FAA5FFB611CE6672B647C4F345DB3C350DF3585CD0E7987CF44133647A94D8E | 04-03-2023 04:16:00 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 3 | Info Hash: CC949852B29F79C53352CFDC867DE20AB8E8733C<br>File Hash:<br>2D755EE2861411FA12A39EF740DAFE8EBDE718BD4406C79E46D9AE73A7AFEFAE | 03-19-2023 04:16:08 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 4 | Info Hash: DE4BFE82EF3EA0236BBFFB3527743A1A3B4B0CDF<br>File Hash:<br>2ED5AE5316094578028C851A3104333452931E19238C4C183717E9F2368FA815 | 03-15-2023 17:01:58 | Blacked Raw | 04-27-2019 | 07-05-2019 | PA0002206379 |
| 5 | Info Hash: F384682BBFE905A0EFA47A804F6E19A29DD78259<br>File Hash:<br>D6A6C4C6154A64C42F7C60A5CDBEE1D54DB4E9CA7E80B7353C805083B07577F1 | 03-15-2023 16:59:57 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 6 | Info Hash: F736F79F19D2F0C8465BBC116F853F41E5365651<br>File Hash:<br>50F8A0213A056B124D2EC1B6E2C179ACE4D7A48908F7A2C955FD648A123AD4A5 | 03-13-2023 22:47:41 | Vixen | 10-26-2017 | 12-04-2017 | PA0002098029 |
| 7 | Info Hash: AC4C573B3362FC94A2E5930AB6BA0E2531E9FF08<br>File Hash:<br>5900C5F687AE84D76E86B950AF18E8E4F1320E4CA0711B8A5E4427AB0E9288D0 | 03-08-2023 14:13:46 | Vixen | 04-14-2019 | 05-28-2019 | PA0002200761 |
| 8 | Info Hash: 5BE213883D5BC63F83709A811920AEB5B9877400<br>File Hash:<br>F7A9413CF874773D6907DEB177F6A39BB972A4CB605EA05284F7A3D77D95BE07 | 03-08-2023 02:52:13 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 9 | Info Hash: A10B9857CBE7E4765E15595CE682555F090DAEEC<br>File Hash:<br>147B628D2CA777E807B54E08B15EF3D6913DA1A7AB18C655C276BD80363AD956 | 03-08-2023 02:49:47 | Vixen | 12-30-2018 | 01-22-2019 | PA0002147900 |
| 10 | Info Hash: 35D7B214D230F6AF6EE5F8EE967C28E414E510C4<br>File Hash:<br>E6942A9BEBE9F63FC4783C22980EC47625C8A2BAB1B813F4985F339B48F1EAF4 | 03-01-2023 17:00:35 | Blacked Raw | 12-28-2018 | 02-02-2019 | PA0002155006 |
| 11 | Info Hash: 9C6CC659E0D58340E5E9D6B6363ABE2F634FA3D0<br>File Hash:<br>0B29B845B75B8B066C0CCE497C13D34B40FAF1C43523CA886F28FCC63579972F | 03-01-2023 16:56:24 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 5C3342562DF370369FE58BA76299178E50765A9E<br>File Hash: F91FD17054659EBFACFC94E6CA0565EC7527ECAADDBFAE62B12726370C720C25 | 03-01-2023 16:51:32 | Blacked Raw | 07-01-2018 | 07-26-2018 | PA0002112161 |
| 13 | Info Hash: F203DB2A00DAF0CA2453C4200BEDE1A289A9EF62<br>File Hash: 3D6CA3BCB023550053D0C2AA841865E5587AB2ED729F4D63ABD91353F96DB93C | 03-01-2023 16:50:35 | Blacked Raw | 03-03-2019 | 04-17-2019 | PA0002186905 |
| 14 | Info Hash: B284D3F66E38605B64B7B323C4B60C786B424530<br>File Hash: 3717EB863943522B7FE2EBB9F7665A0A2C3E9F1120B3EC95C7B6F243AC0F549F | 02-27-2023 02:20:06 | Blacked Raw | 12-18-2018 | 02-02-2019 | PA0002155391 |
| 15 | Info Hash: 9E9F2019DE3098E3A5C76B1E8B3575520E6FBAED<br>File Hash: AB1294CEEFBE41A954608D91CDDF84C063A5A7DA6FFE522759A8E59F1CAA9FD3 | 02-26-2023 02:33:35 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 16 | Info Hash: BD256FDF8E53F55F4124643AA08104E3E9FEE57E<br>File Hash: 8E3F47DAD9F758C0F5B4EEE11FB21EA4E06F2F0E6DE4F6833FB3AB0B2F02C3F9 | 02-25-2023 17:26:53 | Blacked Raw | 04-02-2018 | 04-17-2018 | PA0002116078 |
| 17 | Info Hash: B770120540B10CCC395302A0A1A03044BF2B4673<br>File Hash: 510FE902352A1B00A7B31E524B883AFA25E179B79459D7BC117FF680D743EA3E | 02-20-2023 02:31:23 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 18 | Info Hash: DE94C77C37E9AA061AA4FF6A6876F81DCA80A3B8<br>File Hash: 7638CE78E44C3E6F7E270A9F9AD88AA2D85839B6C2ED790A70FBD773E941C05A | 02-17-2023 16:33:32 | Vixen | 02-03-2020 | 03-15-2020 | PA0002240554 |
| 19 | Info Hash: 11AA67EB580476D284078D223B1FBC489DE2302A<br>File Hash: A84120FFF98E90857C83AB12018BCEF21D6298D15E93D6B4EC96300E9BC8CDD3 | 02-17-2023 13:20:42 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 20 | Info Hash: DC7435FF4BA27B1789087150BBF2EF654EECEC3D<br>File Hash: D96EECF477D6379ECD072B901ED356D89CFFB7A4C156EE0DD700C31756A76C49 | 02-13-2023 19:37:43 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 21 | Info Hash: 0C7385C4B9317D8C2235EC751D9ADB3D4191058D<br>File Hash: D95FE37F64480CAB84B4117E6D278F9BB87E955CCFEF02903C3BA603AD48B865 | 02-09-2023 17:42:15 | Slayed | 08-30-2022 | 09-22-2022 | PA0002378449 |
| 22 | Info Hash: 0E95068814F542566FD430766E522E151CD831F2<br>File Hash: 586E2A1F652BB0EF2E103A5C2FEB3D1EC256C72F586AEBE14E6D5BAFFA604FF8 | 02-05-2023 01:26:17 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 23 | Info Hash: 793A76FB7021F48B26913DED974D3F20DAEF3C9F<br>File Hash: FDCA21DAEDB3018913E6040E93D4C360C5A11241B9456497CB488ED6EAB0B138 | 01-29-2023 00:13:39 | Slayed | 10-11-2022 | 11-24-2022 | PA0002388301 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 60E00727533ACB89DFA9CA7C4B875850E3513127<br>File Hash:<br>84515C382BADAC6BDE809DA1330AD68305F7156D4EA0644047F3D221F8BA164D | 01-28-2023 23:52:29 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 25 | Info Hash: 3AD0F06F038FCEA6C738A2A93D38C5FB6CCC288C<br>File Hash:<br>407A453E1507FB5ED0407941EB7B782BBDF76C8794AB5A3E3A6E1E5FEA354EAD | 01-28-2023 23:52:10 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 26 | Info Hash: 63CD460C2E1EB0A247A54F5E7519567CFB0FA018<br>File Hash:<br>FE5E598CB30E45DDDF1893D6DCF026ABA2F8A073587C5B338B49D3E08BAD8A50 | 01-28-2023 07:39:42 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 27 | Info Hash: AAF6DC5BA0AAD0F77A198B232E0C43C4BEA81F4D<br>File Hash:<br>6A89B7B84A8C79E6EE497AC846DDCDFD695453F7145682CFA6F97A2C338AC2C8 | 01-20-2023 01:48:12 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 28 | Info Hash: B4B64B0D35F3BCCC9087110F0554FFD3A1D59895<br>File Hash:<br>4E5F51F5F2232EB1A919CC81966AA558001AB896877754F659498EAB18DC97FF | 01-17-2023 22:42:33 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 29 | Info Hash: C8649B5B0A1F6CF04EF7D542C86EF1D2861948F3<br>File Hash:<br>29EB39629E0FF7BBAD99634B5EF31F10B6B2AA118A2E6D7F3627E21596785AC0 | 01-17-2023 22:42:02 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 30 | Info Hash: AB995DA0F769509F085DD3AA11413AD0A7BE57A4<br>File Hash:<br>8381FF6DDEBA3782928EC896C93149F36163DC1FD80D1CE7AD4410A37D84AF2A | 01-02-2023 09:40:08 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 31 | Info Hash: A19456474CFB072E9E6CC9CFFE953F20BD8DDC5A<br>File Hash:<br>55B50239DE9AB72920B49360E8D19A0CB39412AB3FAF0C55DFD30C77DE060A58 | 12-27-2022 00:32:57 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 32 | Info Hash: 21A0C1F6EDFFE6178F8B30D4149B102FA5DFA840<br>File Hash:<br>50164D884362AB49B6502AB30A1480995FE81AF17741ACFD55EA695A3EE8083F | 12-23-2022 14:07:14 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 33 | Info Hash: 5EA78EEFF9BB69CE642E473586B33DB5B573528C<br>File Hash:<br>9345086C1CA3D15593002F8BABAF98D862051CF8E03D524B7A57B16B593689E3 | 12-18-2022 10:41:34 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 34 | Info Hash: BC028E4237F67A66491AE27C268B63CE49C65CD8<br>File Hash:<br>D1AC876058196963BED466FB44D0E56A4F87221390E3B6D0B29F0E72DF0390BA | 12-12-2022 01:15:35 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 35 | Info Hash: 05F1CD208AA106AD3C9AE18F62164582A8304968<br>File Hash:<br>13085F749312F91343F71CB88EF94CAFCE15A9B0B5F14A2B45592DC4434DB84A | 12-08-2022 12:31:36 | Slayed | 05-24-2022 | 06-09-2022 | PA0002361291 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 11D13857CC5247CD8E3B211D1BF97B1A50BD5538<br>File Hash:<br>5335F8A77B4DB2A41D416B6EE6DD4498B1FE290C91473B552BE55D7898B9644A | 12-08-2022<br>12:29:09 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 37 | Info Hash: 70282F83E7BFB68DE04E7E8F4AB2ECA1CBE9DBB1<br>File Hash:<br>CA7C8D50806FDB66415AB4970417521FC430BD48414BF672223682BDE78C4B53 | 12-04-2022<br>05:51:52 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 38 | Info Hash: C85F9A2315C8FF08323733B769C71EBF2A75BE16<br>File Hash:<br>27C0D935F50F272D3118133E0CE1E1CD924C65F04E12401574522593637E40AF | 12-01-2022<br>18:11:21 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 39 | Info Hash: 3AEAEED448A79D7A5A91F51469B6A7836CA00512<br>File Hash:<br>89B3CC895630009E5A548D9066FB8CEC58A212697326D8283D51CFE9932EE345 | 11-28-2022<br>00:45:31 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 40 | Info Hash: 49846341E2FFCD8F807170C907A42EF6DACE67E8<br>File Hash:<br>DEF949B57E56A2CF39C0A86E0D82E6E4093537A3103097A0E2A548BC8AF24EAC | 11-21-2022<br>14:27:02 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 41 | Info Hash: 2A2B6D4FC7555F0485AF36913E8E2461540B7028<br>File Hash:<br>9070D39DB678FA919EA3B7B2209AA4F562B407E5965EA0272C9D2C0DA53E6BE4 | 11-21-2022<br>14:24:39 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 42 | Info Hash: 614EB03E0456C4DD438C17A5C6AC80D8C991833A<br>File Hash:<br>87B70F5CF8D5F3DAB6CA49849F1EDABACE7938F6AE45220F4B66FA1014249A06 | 11-15-2022<br>22:38:21 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 43 | Info Hash: F03C19E73FD73E2C5CCBB54751B3325D9C91F2E7<br>File Hash:<br>AFF28110969937078B94F56371672B60C79C98F9F2B4BB51F76157DEB7F03C9C | 10-31-2022<br>20:10:03 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 44 | Info Hash: C39AA4E1D1D7DCB35A662E8317DC5EB1CAD6DA7E<br>File Hash:<br>7645F9F88133D7D66D4EAD2432F1F8203180812588FCB5D4490E78B6FFFD63FC | 10-30-2022<br>03:56:38 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 45 | Info Hash: 360953C9CC1BB89C7408B8C2C3ABC896C0836D83<br>File Hash:<br>76D1DE1208812A2996C02F9290DBBF43F7894BD83EF5361824E6689309E38278 | 10-26-2022<br>22:56:47 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 46 | Info Hash: AAE6121340EAE0160B4C806657D86B12B6C56EF1<br>File Hash:<br>3BE3A2F43B83D6686C38D009BC5EE69D24167F3066AB24302A3B292609816AD2 | 10-24-2022<br>15:10:50 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 47 | Info Hash: 492E8A99B11994F4D3C832B828914B577A5402A9<br>File Hash:<br>9BDF1F623D46AB048A87E45DD7D3A333EABA816CE6511BEE0F28F5051625DCB1 | 10-24-2022<br>00:44:27 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 5CF4701BD17EF93D509C23AA2C596BC0533C9D35<br>File Hash: B56DAC116CF48500050C137C439D5CE41E8261370837AD3F4132B35F271BDFBF | 10-17-2022 22:44:08 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 49 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-17-2022 12:49:15 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 50 | Info Hash: 2A3C64074B1D96F03BE7B7FA23AD03C029B283E8<br>File Hash: 8C9127337D18278BA9ECA1760E75ED24932DAD66C2D83F6650F46625B75B37F8 | 10-11-2022 04:33:40 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 51 | Info Hash: 266E02129041378C904C0B863134D8A47F82885F<br>File Hash: 1AC877F4B4BE132D6A6B92C6585F7C3DBC83E27FF2C137BD373078BE1070933B | 10-02-2022 16:44:08 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 52 | Info Hash: D21EBB3CB61C79B1F00BBF7CB71905033EEFB58D<br>File Hash: 2209C02D99E80B809C28A7B254900317DF35CE74D9B4418A91F95DA756DC3230 | 09-27-2022 05:23:27 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 53 | Info Hash: 3BF4CF438BF2D5BD0C21D0E44F668F782CF17DA8<br>File Hash: 7C32CCDD2A6AB99D418550D37700A9FB8ACD012D4BCD2086A2C660B37473D2EA | 09-18-2022 16:45:34 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 54 | Info Hash: A40B0A7D3692916FFA8E12429BA885CB1B7250D3<br>File Hash: B15DF277602F5F35EB43EEC0A104A338E0B4968BBA24BE23DE2F572F12C5DD4B | 09-18-2022 05:51:59 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 55 | Info Hash: 3DC4449C6993140E9A5C6B5FE5CA2EBEC3F1D5F7<br>File Hash: 92A752DB1F3F7D83E65A72E3A30810A89E40647022175060A739C8D6050899F5 | 09-18-2022 04:24:38 | Slayed | 03-22-2022 | 04-21-2022 | PA0002353052 |
| 56 | Info Hash: 5AD99E35014BA9DA843C4B2B1F3107E596733CF3<br>File Hash: 3E4AD74A76806EB84025EA39AE6D00032310B40ED0954F9B58C82F4760D1073B | 09-13-2022 19:57:23 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 57 | Info Hash: 98DF48A0E27D837CBAA85465B7E22F57720CF3FF<br>File Hash: 5AE4ED3352FF3662AC887545903B90593FE7E5237ABF73787A27DE1692996928 | 09-12-2022 15:40:28 | Blacked | 10-02-2018 | 10-16-2018 | PA0002127785 |
| 58 | Info Hash: B52D3FB16420124A968B40C1810E19D5AC68B720<br>File Hash: D1B2D5EF7926B666D1A9D21C5D9A7043012F964B2FEEA467F90F53641511C6FF | 09-12-2022 15:40:03 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 59 | Info Hash: 0D0E9FDCB5474570C8127BF03C05BD35C6F2A7D6<br>File Hash: 852E4C256CC2BFED229E9D94F81B180454291D2A66A5E7A28529F82AC3F2FF3F | 09-12-2022 02:47:52 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: A90491338926982FD77F60D284CBF5C4B35F0AE3<br>File Hash: C3AC33F98F9C420C11E298184E59DC4E2355F36AEC81E9803F77FB0D75EEB7EE | 09-12-2022 02:41:30 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 61 | Info Hash: 16DCEAB11B014672CF215062BF10313CBEF5B0A2<br>File Hash: BDFBEF79B0044C2F9C1893C95F37C78C9D37C3E9523EBB3722D20EB7E95D4CAC | 08-31-2022 04:02:21 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 62 | Info Hash: F4FB1702FA6D158F005B2A784565C6E63362AA71<br>File Hash: EBE89A78AA7E47315513F4F78F1D33EAE425EB09EA37F22219E6EC438339E9E3 | 08-31-2022 04:00:44 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 63 | Info Hash: 914658A5BDB2C4B7F6DC0068A0CD8620BD6BD78B<br>File Hash: 86431A12471F040E4720728ED2CB6B29A140CCE1AF9EEAF6A8B527601AB33194 | 08-31-2022 03:59:20 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 64 | Info Hash: 950CF322CAF29FE4D7BD1603C10F1CC81C7416E6<br>File Hash: 9C181FD2509B79ECD4AAD840F26DC90AB87C08C47AD22926DAF00FB732956FC5 | 08-31-2022 03:56:59 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 65 | Info Hash: 7A5E3408AF26D787EE0E1F03A2F77436F75950D7<br>File Hash: 0545C33026AFC826D0331FB6ABB4723673C0F9D76258F7C5F291D1B1D889A325 | 08-31-2022 03:56:23 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 66 | Info Hash: 99DD8371AB961C2C99F5981EE6A95E45BF0BE7F3<br>File Hash: 22F53AF3873F6476CA9F07344CC0EDA11D7CAB166CBA5A8C15D465287CD8C9AB | 08-31-2022 03:55:32 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 67 | Info Hash: F079D269230D8FC61AFE8E4B75965FD17088D3F3<br>File Hash: 0F0903FFC4AC319A2E31799A78C03C8433FB3CB7FC32B887000803194A7DE328 | 08-27-2022 22:45:58 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 68 | Info Hash: 955D3C53BF27C5C6D728F09FD633FD1800088B6A<br>File Hash: A1C0320BC77F8D0BFE803443DA7C7775A44F479EDB65BB0613490661D2BF2C6B | 08-22-2022 17:03:27 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 69 | Info Hash: 9C6C494F9767E5A3DBE8B1F5D242B70C40C27FC3<br>File Hash: BCB006FAFFD32404E81E74166FEB5052316F095060F68C373CAD0F97C7E39BF4 | 08-22-2022 05:18:17 | Blacked Raw | 08-30-2019 | 09-17-2019 | PA0002216138 |
| 70 | Info Hash: 2EC6382EA6BC90991D44CA064E9E9C960EB477ED<br>File Hash: A26FFB7568369A163607C8C3FA44EB39E12E830BE0A5AD96104DC158717B747A | 08-09-2022 20:02:49 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 71 | Info Hash: 691F042CB5DAA3F12D0F98DA32AE43271805DFDC<br>File Hash: EA7F272C292CB0730980BAFE0936835DE84467009F2BB7AF36D3A4F55A142A8A | 08-07-2022 12:11:40 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: AA4B262A5A581CFC807BAD5A6071241389440C43<br>File Hash:<br>8D4B18B113F507D7A6C40F7E81FAF66DA52C0DA76D98301A27AA886B0133A17F | 07-30-2022 22:02:18 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 73 | Info Hash: 6EAB5ED5FD91C3212958363B707DEC22D250C76E<br>File Hash:<br>A2309694347FCD610F03DA752BFB9F19A427A2D36230609D1B34DD87EA5ED92D | 07-15-2022 16:15:13 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 74 | Info Hash: 3BF8426F875DECFA85506D36A574F80B2A19F08B<br>File Hash:<br>FB143D4830531FA2EB332A2331C575F176F0BDECAA39B9C3AA9588E8BF72EABA | 06-30-2022 20:13:09 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 75 | Info Hash: 589506842549ECAD2A993F7F505848EE95F8C9D8<br>File Hash:<br>4AD1A10F5136E7D5A81A670D177E43C7A77A29DB24D071F29183747EFBD45748 | 06-30-2022 08:17:42 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 76 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D<br>File Hash:<br>09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 06-11-2022 01:14:32 | Blacked | 12-21-2019 | 01-03-2020 | PA0002219632 |
| 77 | Info Hash: 24F17708EFCAC58DF9FDADED47654864C1F4DB52<br>File Hash:<br>FBAADD72C5F7E2E8081B8CA6D56DBE05C302462E0D2E8D0F0B82E2DFB637F579 | 06-11-2022 01:13:58 | Vixen | 05-29-2018 | 07-14-2018 | PA0002128390 |
| 78 | Info Hash: CA083FC258B1B3C8CFBE1FFECA8FCDD768380FAC<br>File Hash:<br>CFD3802E3E3EF3009F7020ECD86615757170FAE6A08AD7FFA903D9E6D9AD7410 | 06-01-2022 03:02:03 | Vixen | 04-15-2022 | 04-23-2022 | PA0002346429 |
| 79 | Info Hash: 8F634D267D6A22DCF5FDFE80F05607A1FC56FA78<br>File Hash:<br>92B854D6A76FD3123268B84C4021323467025A3478B7E2127E323FDD264E43C3 | 06-01-2022 02:48:08 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 80 | Info Hash: 79590811D6F7F9A1459ABEC2FA998EA44F3FF4D2<br>File Hash:<br>0A3A52E540EBBBD8436FCDADDF58D5FB3F4451155896B817323E4709FD09EA51 | 05-24-2022 00:49:33 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 81 | Info Hash: E1CBD0E60D49447D64F746CBD5854D37F77473CF<br>File Hash:<br>F00F5EB59156B59C9FF8AF1CD71E528ED45480E251FC7048718FA87C0E93C190 | 05-09-2022 01:18:17 | Blacked | 05-07-2022 | 05-20-2022 | PA0002350371 |
| 82 | Info Hash: 4186570DA8894B1B615D133255B42F5084327F9F<br>File Hash:<br>55FDB36C8248586A05547BDE9FCF602F4CFC22739AD7BE05EE812A29A87951EF | 05-02-2022 12:22:57 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 83 | Info Hash: 34F54A5FA7A7B73FBBE7AC8C2502DD9CAB334ABA<br>File Hash:<br>85CD1136215B89FE85060DA735A41FCF95B3255AACE5DA1883E1E79E1CE0E927 | 04-28-2022 17:10:12 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: EA17D56FFCD461E84C480DE89F0B1F8829C22549<br>File Hash: 6C62E64CF42E3D091707F5E10FFABBD252FAA6EAC135265C58258003AD6A1C27 | 04-28-2022 17:08:40 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 85 | Info Hash: 64470FE73629413AF5B0C1429DEC8E1E3F47AC9A<br>File Hash: 2C08F1C5E406A48169A45F4472D2718855BCD8EF71996D2678553DED571CF18F | 04-28-2022 17:07:53 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 86 | Info Hash: 76A08718A08340ED674E47FE5D65D66E527D6AE8<br>File Hash: 8533C54EFBC88D656D61A605CBF358D4E1EBD07D2274393B750E5CB6A58DAE17 | 04-24-2022 02:36:04 | Blacked | 03-16-2018 | 04-12-2018 | PA0002091582 |
| 87 | Info Hash: A2309051A9058B1673CBCD72A24050221BC08224<br>File Hash: C7585A4B36F269D695271DFBD12D7F53A93000E382D32C0B0911173EFE59F071 | 04-12-2022 12:55:23 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 88 | Info Hash: FB22995206F45F151F4C5E6D44F486B96DABFAB4<br>File Hash: AE9867CAFAD13AA9735E0055A530C6AE6DB354D85662EA27FCF73E142A53A229 | 04-11-2022 02:12:35 | Blacked | 04-09-2022 | 04-23-2022 | PA0002346430 |
| 89 | Info Hash: 6C097F8E2DD268506A3D928774099F16FCF1D7F0<br>File Hash: A599AD9EEF71FABC77029F80B0572DB18357A57D435FB6F5D32DC2362CACFFDC | 04-04-2022 15:57:40 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 90 | Info Hash: 90A5DB6BE71BA6928A9A54DC55C7C38D10236683<br>File Hash: 976CBF796535398FA77A089E7635681DCD1E6B6D76AF25769DDFD05875D59EE8 | 03-31-2022 04:06:14 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 91 | Info Hash: C8A29A5F7AF7B136FF0F2D56402F25C9C10884A5<br>File Hash: EB7E8E53835126E90B637D0760425994C3336439782BC14AA46F84096A66C5F9 | 03-28-2022 13:34:53 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 92 | Info Hash: 1DC47E7BD5164FB713E40D2C0FADF03BFF2542A6<br>File Hash: B12A9886096149C73DCA71C724CE937C17EF450000C1436BEBD0B118676CB7CE | 03-27-2022 13:37:45 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |
| 93 | Info Hash: EE669DCE194B1533CE4F1B56C7943AFD6F9CDE29<br>File Hash: E88F3ED7C9CAFC10A0D8F2779B23F8D93A7BCB8D165138FDC696919F5F0A2CE5 | 03-21-2022 01:30:38 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 94 | Info Hash: 406ADBACAF92B6A92563DF16F1EB6C212F6FF2F9<br>File Hash: 09646946A09E93928977FD4D8AD356A1F58938AB274DBA333AE5093073AF358C | 03-15-2022 12:25:17 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 95 | Info Hash: CBCD2792157D511F104632A294C1F384488E7898<br>File Hash: 099497CD425F9C511FF9463C074FD98858992B7D69E2D6A6589E3771E6081A4E | 03-14-2022 14:30:02 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: B9BB690537AD589AAB1FA282C5FE9925C883D499<br>File Hash:<br>8B5E0FA49EB5445513B136515CC18B26F37E6B1F47545F4D80C24DD1B5C0D8F9 | 03-11-2022 18:46:46 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |