**Exhibit A to the Complaint**

**Location:** Kennesaw, GA  **IP Address:** 73.237.242.170
**Total Works Infringed:** 39  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 18406D4C11F7425FD2E87734C65C5C8B295B8E46<br>File Hash: A1A5289BDE87C288665A58F6CE6031F039B8A32D1F28CF1B36D4A58E5DF408E2 | 04-11-2023 05:14:54 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 2 | Info Hash: D211DF767C106435C1C25BF1A861F9825BDEAFCA<br>File Hash: 23AFFD796F09E1DB83F9344D84A8D56C66BBD3502A39A92C58F662BA640D533A | 03-30-2023 19:40:41 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 3 | Info Hash: 6E8136B9A7BEB4A525F418336A8E1680BA82BA11<br>File Hash: E3C866852AB6C01934F3C35E7FE4DC76219ABE57422A45820D768A90589155E5 | 03-09-2023 03:03:08 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 4 | Info Hash: 446E18E660D60CB746E915AABCFACF6779CA4AE9<br>File Hash: 04F43D178C083576BDA5AB90282E1D1566773238C66E6F25F49B70913D5082EC | 03-03-2023 18:47:42 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 5 | Info Hash: B736C78B1C428995842714665974B8C7009135D6<br>File Hash: 6A992DD913F68146CF4034E7BF7089726477BBCEDF7D38FDB620B9F69E324C17 | 02-28-2023 18:08:46 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 6 | Info Hash: 779ED1BD7CEFBE1B28B87A1A597A14D188B0013B<br>File Hash: 48148162EC2623879CB07D21929D25EA121DEB19E33CC0B4657978E44B6E59A0 | 02-15-2023 23:09:43 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 7 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash: 4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 02-09-2023 20:12:02 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 8 | Info Hash: 248827AD37AC8AD83352231C002CDE8766178CAD<br>File Hash: FB59C08872311A97CF45DBC98BCD05FAF76EAD9E57AFD17C573AFD466E06D3DD | 01-28-2023 22:41:09 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 9 | Info Hash: 18245CD73A2365F88D20D75C8F36672414C72087<br>File Hash: 2A9FC129446A6CA3DD9D1BAF9E5D689A33D7567B55FBA8DA47BE67F07247E13E | 01-02-2023 07:31:37 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 10 | Info Hash: BE57461CB8758373E76FA39737B733F0BA62120D<br>File Hash: 2CE319A8BD55009F717AAA7E732951216E19F9B764510F5E7F82B0BB2847CA3C | 12-30-2022 22:03:55 | Vixen | 08-12-2022 | 08-30-2022 | PA0002367721 |
| 11 | Info Hash: 57D55CF2E1C375BBFAB76A1226219452189BF550<br>File Hash: 77C24A8664F1F1E61C4333D24E05A15885B28F6EF0CFB4B8F73772A06D7A24EA | 12-25-2022 20:51:45 | Blacked Raw | 12-03-2017 | 01-04-2018 | PA0002097460 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 2A442D5C97361AE2B519E1E84CF2D052532D5965<br>File Hash: BE95110B0425CE9A42124B848EE8C8610D0378D97D31B729E6AA2A196A7ED522 | 12-09-2022 05:49:11 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 13 | Info Hash: 536ABC94E6CDF73726BABE11B761EF2FE1FBCDF2<br>File Hash: 1A4AB873A4D067DEDDFA89D43DE68DE095AE8A34C247496C16B2E84F3C6C80EF | 12-04-2022 22:32:25 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 14 | Info Hash: BA4548E157820A3DF2C7D690EA08DB61F12C949A<br>File Hash: 95514F92F5CF9A316B04E53BA54298EF21933141B0FACE94D8C1B7C7EE95CE39 | 11-18-2022 04:15:01 | Blacked Raw | 02-06-2020 | 02-20-2020 | PA0002229053 |
| 15 | Info Hash: 67EF84041ED977F41D66A20D588BA8170835308C<br>File Hash: 5BF79B90982D40526B460E6ADECB89968874DEE3373EDC3E4EFF76B54E2E603E | 11-18-2022 03:46:26 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 16 | Info Hash: BFCF3D77DE012E769FBAF60C8B8408969E1E9909<br>File Hash: 9E457BE56EDD7EFCA51CA374BC07862B62BEA9FEA2BB7A13924160945C6A16FD | 11-06-2022 05:07:32 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 17 | Info Hash: 360953C9CC1BB89C7408B8C2C3ABC896C0836D83<br>File Hash: 76D1DE1208812A2996C02F9290DBBF43F7894BD83EF5361824E6689309E38278 | 11-06-2022 04:38:10 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 18 | Info Hash: 900BAB676337C1F701BB40F026ABFE58A241F810<br>File Hash: C7E9C8AE0E9153541F167759770B637E30E3F3A2BED8EC63078B68E09DD725E6 | 11-06-2022 04:33:41 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 19 | Info Hash: 727C2698471403826A0D17EAF0010FFEAD561BCC<br>File Hash: D9812DE8B99DBA8CDD8EF04CC5E2BFA310CA71BF155F2C5CC8D38E14C2017017 | 10-16-2022 19:44:02 | Blacked Raw | 07-16-2019 | 08-02-2019 | PA0002192306 |
| 20 | Info Hash: 216F45A59927B41DC23BEAF802AF3AC7E990BFF6<br>File Hash: 0225B45018AC75C00DD17C4293E6D0E5FC7E2566523D7538FFBAD0EFE1E4CC62 | 10-08-2022 02:33:10 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 21 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10-08-2022 02:15:06 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 22 | Info Hash: A208253AB75CE4B326FBD99A9A6C16387A7D5AEB<br>File Hash: 927C3AF7202852D6FF4DD46AAFC33A651E770A1DDBF9B61440F5C80A1AD2F253 | 10-08-2022 02:02:14 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 23 | Info Hash: 9B28A88C9D906C8A1FD82FC58C904B89B49D649C<br>File Hash: 4DDA8B4A98861A4DD3A9B837DA32A4D83498464044009B50949A977415C52D7E | 07-11-2022 20:15:16 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F1CDCEE7B24975CC39DB5199D619DFFD3EAB1D44<br>File Hash:<br>8018F3C62BF5FC835586F517F498520A6468BE88BAD00CED9DDA3375AC83E078 | 07-11-2022 20:10:32 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 25 | Info Hash: 35AEBAECFCED7C25D04E824299BC714F3E936A9A<br>File Hash:<br>5D2DAD9A14000D612345BB094E15232CC8388DAFE6C575E52D3AD80688DEC6A1 | 06-25-2022 16:22:25 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 26 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash:<br>B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 06-25-2022 16:06:00 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 27 | Info Hash: DEE51D0DCBE476C087C2FBFC6FD3265A0630E4A8<br>File Hash:<br>47335489F0CF63B02ADB32671381D366A9A5EA8A8FBC105A05423CC419DCEFF6 | 05-22-2022 22:37:00 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 28 | Info Hash: ED1A41C10DF12572CF0495A9812266933098465C<br>File Hash:<br>5977F2647E7E0F9BF687750CD6E06A3979ABAC4D7341E9D33D37D86BC5EE11E3 | 05-22-2022 22:30:10 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 29 | Info Hash: 42ECAAEDF5FAE1D20495A16EE7297D12DE2F4692<br>File Hash:<br>2119CF5CC787DA3DCDBFB77F08C539EC3AAA2D732B0F6855457713266E2F89B9 | 05-06-2022 20:37:24 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 30 | Info Hash: 1DC47E7BD5164FB713E40D2C0FADF03BFF2542A6<br>File Hash:<br>B12A9886096149C73DCA71C724CE937C17EF450000C1436BEBD0B118676CB7CE | 05-06-2022 20:08:35 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |
| 31 | Info Hash: CCB036966D15109AEF226C917EB117567355E4D4<br>File Hash:<br>3546FEAD7F9F6CCC421ECD4E80B0D58FDD60807BC4596D879F7750C3CC2693F6 | 05-06-2022 19:51:08 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 32 | Info Hash: 38C2D1BEC49F709E7B06FE04E1D9A1F497BE78D4<br>File Hash:<br>D2AFF20047F2CA26BC215E40D4C4023CDBD04DD2BA5826BFF4CABD36D0A20CEB | 05-06-2022 19:49:56 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 33 | Info Hash: 4FFEF2F34E795900B524ADB3A5D89A4870CCAE8C<br>File Hash:<br>1254A343029B99DBBD44743FFDE118A8C3B0EEA55980D1E9B75886A0AC5B2653 | 05-06-2022 19:44:16 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 34 | Info Hash: 8AFE3E6F75E69A31CB5DB806DABC569DDA4167CF<br>File Hash:<br>4530C31BE0BE1751BAC6A743A3DA86C6445B510404BAD828D470B7243C319815 | 04-01-2022 00:41:43 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 35 | Info Hash: FC89036156BA7B5C4E382B14B02BD9F8D78A2E47<br>File Hash:<br>F1E0B9F121C7C88610143AD40F391F9D69DF09012E604CAF0EB1951B486DAC7F | 04-01-2022 00:35:16 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 406ADBACAF92B6A92563DF16F1EB6C212F6FF2F9<br>File Hash:<br>09646946A09E93928977FD4D8AD356A1F58938AB274DBA333AE5093073AF358C | 03-15-2022<br>17:48:52 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 37 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash:<br>361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 01-20-2022<br>19:26:15 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 38 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash:<br>DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 01-20-2022<br>19:23:55 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 39 | Info Hash: 294DDCEBFD93AA7E18B5CCC90F48DC52718D1B79<br>File Hash:<br>FD6A9D3183365AC95017C622CEEDE7C51872C6FDA57F35D63F6C2ECC7254D62C | 01-03-2022<br>00:00:41 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |