**Exhibit A to the Complaint**

**Location:** Decatur, GA
**Total Works Infringed:** 30

**IP Address:** 73.137.234.124
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|-----------|--------------|
| 1 | Info Hash: 3F61B082F992075D67F71479085ACA442CBAF7B8 File Hash: A8FB3C262B9B418D0185A17BD2F9697D8F550C8B08FEB13C9479359D0578D5D1 | 03-30-2023 00:17:14 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 2 | Info Hash: 6C8838FC8D9E67B9CEDE5A554638A6CEFFE917CB File Hash: 97333BD8DC54DA715AE592D8451678A45FDA5E953386A1AADC18A463C48E676C | 03-30-2023 00:16:44 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 3 | Info Hash: C69C44B67757C72F12CDE95F5A934621F56D798B File Hash: 366BBBABC1BC4B473F9BBF002181303BBEC80DA36CFFBA11D7C8767B6938FAFB | 03-30-2023 00:14:43 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 4 | Info Hash: AF62F71E24B618A821444B2911E913228FAD9EB2 File Hash: 26C8F4089D991B2A75A1A9D68156149B8D954F6763248715D38A60DD54E4684A | 03-30-2023 00:13:22 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 5 | Info Hash: 3ADC06A6C923495B15747095E6D9ED7967551D88 File Hash: 19ACB54F165E4750C1C884F2831004F8BBC50AE609EFFE5CF8EA787A474E895F | 02-19-2023 04:18:50 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 6 | Info Hash: 00DA17E354B843EC9533512657F68A671E94E99E File Hash: 944290C5800407C02E0951C423D379B4EEDC81FF9E34327380828BA77D94026F | 02-19-2023 04:16:41 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 7 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C File Hash: A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 12-24-2022 01:21:53 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 8 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96 File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 12-24-2022 01:20:03 | Blacked | 06-14-2019 | 07-17-2019 | PA0002188312 |
| 9 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0 File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 12-24-2022 01:06:30 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 10 | Info Hash: 0EEED2F091967A7CF2C4B4EE547E47EA54BA3324 File Hash: 8BAAB418BA29FBB190CCA77C6238E795FDFFFB2938BEEFBDF38B07741D64EEAD | 12-24-2022 01:06:17 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 11 | Info Hash: 36FD4BAA2A32E81A4387CD8F82B2434A0A1BA557 File Hash: 38C8E6F99B95493ADD43A052EA09A38B3C08183D696967C39EA1FCBA24EF6D23 | 12-10-2022 22:46:39 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 12 | Info Hash: F079D269230D8FC61AFE8E4B75965FD17088D3F3<br>File Hash:<br>0F0903FFC4AC319A2E31799A78C03C8433FB3CB7FC32B887000803194A7DE328 | 12-10-2022<br>22:45:28 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 13 | Info Hash: AAE6121340EAE0160B4C806657D86B12B6C56EF1<br>File Hash:<br>3BE3A2F43B83D6686C38D009BC5EE69D24167F3066AB24302A3B292609816AD2 | 12-10-2022<br>22:45:05 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 14 | Info Hash: 42C52C418593792BC51AA3FA25382B3DAF6A53E4<br>File Hash:<br>D23B08640253FEA80830649F24C6384FC7178C86E16C875E32B0ECB7DB975DDC | 11-14-2022<br>00:10:31 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 15 | Info Hash: C39AA4E1D1D7DCB35A662E8317DC5EB1CAD6DA7E<br>File Hash:<br>7645F9F88133D7D66D4EAD2432F1F8203180812588FCB5D4490E78B6FFFD63FC | 11-14-2022<br>00:08:28 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 16 | Info Hash: 98EF7B09784062335AA145BEEA2F452AA055F698<br>File Hash:<br>719E1E578D47DFFED4F92C5A1FCE5BB7D042EC0C19756C84B09AE7BE80119F29 | 06-18-2022<br>04:26:08 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 17 | Info Hash: E012337CB067C9F14FB80B448FC4CFC55B70C880<br>File Hash:<br>5F37C252898DFE75203BBCFEE4E7222A80CAE728C8B9D8A541634A10ED887249 | 06-18-2022<br>04:25:00 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 18 | Info Hash: EDEFF260580ABC2B4E7E910F8D43B87A326D4F1D<br>File Hash:<br>6D9DF80B165F756F81B57875E84BBC91BF9799194751401B5DF52D57212B33A1 | 08-23-2021<br>01:32:39 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 19 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash:<br>B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 08-15-2021<br>03:28:13 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 20 | Info Hash: 9B32C237FB9C74E2F5E8EEBBA28F49B1FE10CA90<br>File Hash:<br>6BCDFC963FAF8935F32565D47372F8DFE930010BCC4D75B0461934290D328176 | 08-15-2021<br>03:23:45 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 21 | Info Hash: 5CE4C6692AD15F515DF3FAB30155F5D949705690<br>File Hash:<br>6F140C2C7C78CEE0121DB05D1A4902A2257BB25DB37777F99ECEE5BFB7E82C6E | 08-15-2021<br>03:23:03 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 22 | Info Hash: 26F269F82BF4AF38796C34064B2D737E30E457D3<br>File Hash:<br>E1896FBFC5152E1C2CFC9AA8D19C66FE0AE7A5DE961DBA58DCDA0D27E7F88D49 | 08-15-2021<br>03:22:56 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 23 | Info Hash: DB475E7EDCDE161C6C71CAA5927E011824E31DFE<br>File Hash:<br>061DBE17EE9F159FD4940903AF326C73F6C2032270AE16679A17F800AE29F85C | 06-23-2021<br>02:21:39 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 93EB9DEAF463F4AF3BD9E2D76BA391F909CCC7F2<br>File Hash:<br>04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 06-12-2021<br>03:09:18 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 25 | Info Hash: BAD76ACDEA83222F2847498E1B5B0EB37EF1AA0C<br>File Hash:<br>568C8C8E33D02FD1175C7EA53881B86A9EE53D2203F99BF9310202FFF03079BB | 06-01-2021<br>01:59:31 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 26 | Info Hash: E2CA4D4217E8E7EDD519E8CC21101219F0611D8A<br>File Hash:<br>DCBE041407D9045781E5318840AEAEEE2E846C4FDB72FA4FF168C59CEC30F0EA | 05-09-2021<br>03:56:05 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 27 | Info Hash: 7AA7C3174036AFF009D853809B34A80AD514712B<br>File Hash:<br>4D5EA0D5B01CACCEBF166A44D4A257DF51402865F074343A7356E1160C37E125 | 05-01-2021<br>03:00:54 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 28 | Info Hash: 937A7E82157326EF5E7CD36C86A0A0EDACC0FF5F<br>File Hash:<br>F25B5FBD8E3FF914599D16AB4902E1E3C75E1BABBCCCFAFA1F2ACB124563B9DE | 05-01-2021<br>02:59:09 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 29 | Info Hash: D94864E96CF07F119BEBED812D6D22F50C5C2AE9<br>File Hash:<br>5BBD49965FD004EC746D9A122E3B012B2FCECD8243DCA91A4592927C924A5A3F | 04-09-2021<br>02:32:12 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 30 | Info Hash: 753A6EB0C5598652687DE315AFD37077235F0EC7<br>File Hash:<br>A72A724A3E82DEF523238F0A004A301DA2CA2ED5AF91F58C276126012C266A53 | 04-09-2021<br>02:27:24 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |