**Exhibit A to the Complaint**

**Location:** Alpharetta, GA  **IP Address:** 71.59.16.230
**Total Works Infringed:** 40  **ISP:**  Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 10976E0245DE5FFAD9208CA36265E2638FDC16A9<br>File Hash:<br>6340F2F1C4CA8BBCE26131EB044A02CC9AA0E4E7755B6715CB1F09202043D6B5 | 03-22-2023 03:28:36 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 2 | Info Hash: B0701B9B379329A163950A26BCC47E8E426E5946<br>File Hash:<br>67C49310744F9B97A09BCBE0E34F52C6F4748AA93BFD1313D6F448C4981F9109 | 03-22-2023 03:28:23 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 3 | Info Hash: B22A7C436E58C0FFA78DF7DFF1FC7CB5B00AAEBB<br>File Hash:<br>B22858E0F5E12664E5B713F908BA3A2F90D228F6795CB87A93F54407DD7158E2 | 01-02-2023 22:55:42 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 4 | Info Hash: E6225B4C149FD76C78EBEE0819BBBE85FDD96EC1<br>File Hash:<br>29F7D614655390CAF7FF8CBB925EC981C6DAD1223FDF5D4823A3D2BD34E785C5 | 12-28-2022 04:22:47 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 5 | Info Hash: F47B504EA4F209B90C56123FF967C4581034AD13<br>File Hash:<br>775A6AEB4FD1B174CF49CD0866715D9EB2EA7A5509100F17F748030071420079 | 12-21-2022 02:44:27 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 6 | Info Hash: B664491ECF005F0F196B8A1FBF69B2DF31F03B4A<br>File Hash:<br>16DD10031D63C17B5F0170F4F4FACF6AE53C50E1CA671EF54563CE31CD79D211 | 10-10-2022 01:28:50 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 7 | Info Hash: CED7880DF2AA6EF8109100E0EA980C41874622E8<br>File Hash:<br>D5B51EF2B39F4DED5C4AFA7960434E39FECAF22A9CF71C2786AC6ADBB07DD4E9 | 10-10-2022 01:23:32 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 8 | Info Hash: D47E01E2CA5037A23C4261C7797EE76B7835A88E<br>File Hash:<br>A93CFA441DEEA9ACA5EFC97EA3735CEF22C1180174598230CB1F69A6900B005E | 10-05-2022 01:26:37 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 9 | Info Hash: 3EE5D80B448A730C574C386E6930A9712ADFD32F<br>File Hash:<br>93875F1E92E75E03DEAFE02068F98DD0008C5C7D06713DF84A6BA77923BD38BB | 10-05-2022 01:25:14 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 10 | Info Hash: BFAE234339BBE35D844A4EE4133C90406DF7B3E8<br>File Hash:<br>F8D7494A0822F44A156C1B9FE51CF24B35ECC74999B8F94853470ADCE2ED2187 | 10-03-2022 01:13:36 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 11 | Info Hash: 338981A824928AA763B9E3D9BDE9D25FD5AE168F<br>File Hash:<br>6D891684FA81001D494C68013471143BBC4D3997873DD9640460F3F031CF7CCA | 09-28-2022 02:10:53 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 720BD54DC91FCDA2A82F0F1E95A74EC2FAFF0DDC<br>File Hash: 8746C503E2BBAE805C28AD87A22566335199650A638A6AE3B697CF21DA0DF0D6 | 09-26-2022 01:07:17 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 13 | Info Hash: 88DEE49E165E812CD294E8008E656412E3CE4605<br>File Hash: 010047D1F2C49A234E525CB4CA67E2A3B80915F8B3108E274CF6C7160FC6339B | 09-15-2022 02:10:07 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 14 | Info Hash: BE12BC47B9E8402E60F764439965F58677EA2C40<br>File Hash: 37B0125CE7B2426E3BFD90B5564EA53F57F42E24B8E3BEEF272DAADA834740EE | 08-30-2022 00:36:35 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 15 | Info Hash: 950BCFC49021FB69D63CF67F9B823C075E79C23E<br>File Hash: 734C792C9FF25A3F26A5C1BEAA69FF3DAA0F5960B1291EAD0D737E07BEFD93BC | 08-29-2022 23:56:41 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 16 | Info Hash: BF50B8C1AC6DACF14BBEC4F817477AE5BF3F17BA<br>File Hash: 3B92E9400800C55858459D63D664420971CE942B0E4820F14528A180A303A4A4 | 08-23-2022 23:34:12 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 17 | Info Hash: C20EA351BB316CBF2DC35ADB71846A2E49352ACB<br>File Hash: FD734D04BB084B82492FB2B26BB9EA993DAC49FEC7A01E646428AD8DC060F7B1 | 08-22-2022 03:39:20 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 18 | Info Hash: 4A6AA024B98322968A5C2E498550EC26C8DE855B<br>File Hash: D704C5D94758377FB1EBCEF0257A6A6CCA01C6DCD311104B7AD940276EFCDEA3 | 08-10-2022 03:08:29 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 19 | Info Hash: 7C778D25948F4DFA7FFB9D878C62336240A1ECF8<br>File Hash: 522EA9030EC0239604E22AE3446D390E148479CE7E153E4FCF81098C7707970B | 08-04-2022 22:11:52 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 20 | Info Hash: DB25C1AFC98ABE72B6A66D2CA4A0851A9D5BAA35<br>File Hash: 4A38153B9CF11AB12B9AD611A0289ED909AEAA431D16BE3731AC2E300C9F126E | 08-03-2022 00:42:41 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 21 | Info Hash: 16DCEAB11B014672CF215062BF10313CBEF5B0A2<br>File Hash: BDFBEF79B0044C2F9C1893C95F37C78C9D37C3E9523EBB3722D20EB7E95D4CAC | 07-29-2022 01:13:12 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 22 | Info Hash: 2443B7154EE477A3B5125C196BD5712C42DD42AB<br>File Hash: 68C1C9C4F2A5BD3FB406140144A94737FFB25E1F48AFF80C2EF9F96A375DF27E | 06-17-2022 01:37:29 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 23 | Info Hash: D587F487F1E7C828A591E34C3BE2B443D57BD17B<br>File Hash: 4A6690EFF814EBF7C2B83DA61CFC3C128F709B7D3BAF1F95A58723A56FAB7E3F | 05-01-2022 22:39:21 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3BF8426F875DECFA85506D36A574F80B2A19F08B<br>File Hash: FB143D4830531FA2EB332A2331C575F176F0BDECAA39B9C3AA9588E8BF72EABA | 01-25-2022 03:44:51 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 25 | Info Hash: 1798C2741436D0EF0A3A44D75E816B3FDC2FC368<br>File Hash: F5CD6B191A1A2DA17E59180FE67B57A65D987F2E8D46ABD9A7CBD0970C2688CF | 12-27-2021 23:21:40 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 26 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash: A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 12-26-2021 20:03:10 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 27 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash: 3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 12-26-2021 20:01:14 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 28 | Info Hash: DB36A63BDF54F82FEB476FC9054466F942B5C14D<br>File Hash: 2AC36A6CC2AF4F2EACC724A4295EB5F19809D17B1FE1F4E5E7C96F6486AB66CD | 10-14-2021 02:54:53 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 29 | Info Hash: A5C198DE377DA37753134876DB8FFA94DAFEC292<br>File Hash: 7143C9AB311761FCDB0472858A828CB35C32BEF7DF6AEFE6CC8DFEB0D6570F1A | 10-07-2021 23:20:48 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 30 | Info Hash: D99DDE80E2B27CF679D291584C534BE412D77C36<br>File Hash: 0B102FEDF60A6A7AACC14D3016D76C51BF79AA0DCC905FAFD49E9C320F0EEA05 | 09-19-2021 21:13:29 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 31 | Info Hash: FF33CF6FF4B574620231F6754A96C214F9938050<br>File Hash: C35BDD3A3D02B816AE954BD8BA110E164655B2CB5AF729619A9F26FA03E8B4D4 | 07-26-2021 00:43:41 | Tushy | 07-25-2021 | 08-20-2021 | PA0002312005 |
| 32 | Info Hash: 32EAB20A9B2E50DC4BF56C17FE55379EAC2D35A4<br>File Hash: 332F47B8AE1F4C7DDDC90D81EDD3A996200C8249BC701F239B99D44E85F89892 | 07-03-2021 01:10:33 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 33 | Info Hash: 71D2D29AD1EC84E95C3EC6E1CAEDD6A2595FF48B<br>File Hash: FBBEC96AB34618E8209282048601343DC436F5AA83CAD376ABD85F8CEA28459B | 06-19-2021 22:20:39 | Tushy | 05-30-2021 | 06-24-2021 | PA0002303168 |
| 34 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash: 28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 06-10-2021 00:56:29 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 35 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 10-31-2020 02:55:09 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: FF2738464090D606206D0608A050F0BA3D10E1A9<br>File Hash:<br>ADDC73912EE777EB7455915C5BAD3A332E1F6EA951019C2EA1284BE0F356CE0C | 10-04-2020<br>01:05:25 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 37 | Info Hash: 4CCB850FEF2809ADA2092B0F85FE07AD6B1EE4C6<br>File Hash:<br>F9F5B138C36A423E5345072599F4E77FC3B3B94AFD6B70D6770120EBCDE8CAF1 | 09-23-2020<br>04:09:09 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 38 | Info Hash: 10C8618A6AA04A68F644EC970D0A0DF94834DD09<br>File Hash:<br>4B77585E0AAEE81EA30A41465AD832C89D4380E20D49710021C28908D661BF62 | 07-08-2020<br>02:55:21 | Tushy | 07-05-2020 | 07-20-2020 | PA0002248967 |
| 39 | Info Hash: 8A8DC7456F68A9CC3EB01376A6A6E4BC9B0AD876<br>File Hash:<br>A5F90F9237E3156E06EED4F6028DDA309A9C93586770D7C0FFDD216EBBC7B7B4 | 06-15-2020<br>03:26:41 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |
| 40 | Info Hash: F10AE15520A0427F0F2CF254BE83EE1E57060404<br>File Hash:<br>12CEB73BA65A955C69FF384A8FC9EE12CFB9D1BB3C07698B6684F9B6903FEF17 | 05-29-2020<br>05:10:20 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |