**Exhibit A to the Complaint**

**Location:** Kennesaw, GA

**Total Works Infringed:** 90

**IP Address:** 73.137.213.59

**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8E8BE260F3F5EA99B9293E83F0B62B76C814DBFB<br>File Hash:<br>71BC2E1F72C6FAACEDA50678319080E46B039DC3A1EC3D078E1FADA191B1BF03 | 04-06-2023 07:29:14 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 2 | Info Hash: 0B9081C0D8C3CE5780FBCDE157AFD6F366639E29<br>File Hash:<br>C271D31EAE7925D01088C7A0D2265F021206148DCD58848A0894238D4F04C930 | 04-05-2023 23:49:54 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 3 | Info Hash: E425154C12EF14E82D9AA4CD838DCC3A022EF345<br>File Hash:<br>8380DC79F1EFC94A5C2268E8F7CA09A5B970BAA7D0F6F16DF84B000F438DD150 | 04-05-2023 17:00:44 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 4 | Info Hash: 89FCDB599447456FDFC53543976BB18ACC2DFDBE<br>File Hash:<br>308E8E1BA4AA135267200403513F7026C5105EE117AE0CF89AB1C2A1DA84A710 | 04-01-2023 14:57:44 | Vixen | 07-03-2020 | 07-16-2020 | PA0002248578 |
| 5 | Info Hash: 28F641DD86A31D9DE4BFD2443457D581BBB660A1<br>File Hash:<br>5A27FE917CEC0B20F5E51A87F23515ED22F45719715C331F7E5ADEE1E0E2E837 | 03-27-2023 02:07:44 | Blacked | 09-27-2019 | 10-07-2019 | PA0002205468 |
| 6 | Info Hash: 6241B8EB4CEEF8BD09108D26D88BB7D834A96CB9<br>File Hash:<br>E3101BA1B2E03E0DC0A8DF0C564EBFBE32BBBD281044330FB92183199B73AC0D | 03-24-2023 10:54:41 | Vixen | 05-04-2018 | 06-19-2018 | PA0002126680 |
| 7 | Info Hash: B85C175FC67A72E3E8DA43036EC59B76C8A1ED60<br>File Hash:<br>5A7795FC1950EBDA0D13E40FF4AE7407E861C8F9CF9F1EA7B1E1B88D9C8BBB9D | 03-23-2023 06:01:10 | Blacked Raw | 02-21-2018 | 03-02-2018 | PA0002104741 |
| 8 | Info Hash: 749E544460520251EC74E0AFE586F6D1FDE01D75<br>File Hash:<br>C0A0080028456E39A794A70FC0E6687158FEC4749B23E0ED395A961777FB6C06 | 03-15-2023 05:34:04 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 9 | Info Hash: A3250F9E4620A622A2CF0219A7097ADB75F68399<br>File Hash:<br>B19B7E2715D807ED52BFE8E5283D1367FAD6A6CBBFF9F45A19D56B524D802335 | 03-15-2023 04:40:31 | Blacked Raw | 11-13-2018 | 12-10-2018 | PA0002145836 |
| 10 | Info Hash: D629C1BE08933BB60DF199F6F24E3812EA2C6C73<br>File Hash:<br>B6A76B9FE28D9B34D14C72456A036267F1B7DC9B3588D3E3564E883B38BA8042 | 03-15-2023 04:22:16 | Blacked | 10-12-2017 | 10-19-2017 | PA0002058296 |
| 11 | Info Hash: F91A51E1063EC7A9BBF1D981F69E48DEF93E7CF1<br>File Hash:<br>042F8E514747AA13ACB2ABAB0384DC99485D345C2C160A6E6DDF29E1B89B77E1 | 03-15-2023 00:52:22 | Vixen | 03-25-2019 | 04-16-2019 | PA0002187577 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 37AE8E612FB40EAF086D65F6E28889F2FB9E2098<br>File Hash:<br>2B881EB8A360676E27E4AD3D97CD0A62406A06016E97B07107979AC72B572348 | 03-15-2023<br>00:20:23 | Vixen | 11-05-2017 | 11-30-2017 | PA0002098007 |
| 13 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash:<br>9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 03-14-2023<br>01:49:35 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 14 | Info Hash: BA0E7961B6DDEED2714E67193B52FB44D6B94F83<br>File Hash:<br>DC5D0159EE695BDC13C9102C7AB48D76A22EF726EFAF95EC2BCA108078E0CC74 | 03-06-2023<br>23:23:14 | Vixen | 08-02-2017 | 08-17-2017 | PA0002077667 |
| 15 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash:<br>B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 03-03-2023<br>23:23:39 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 16 | Info Hash: 2685A01B67D8A886FCD05BA423EE865B29E30A93<br>File Hash:<br>0C69821A4B3E6EA28D59236C3BF62F163B32799DC3713E2BD806413692D38069 | 03-03-2023<br>23:23:30 | Slayed | 08-16-2022 | 09-22-2022 | PA0002378429 |
| 17 | Info Hash: 9DEAEFE9E5FDD28A02FEAA3ECF6D80C4B39FFD30<br>File Hash:<br>58EEA822D0513E9068562191A966A9234EEFD8207756BA7CBE26DA8F42002603 | 02-28-2023<br>02:39:28 | Blacked Raw | 01-17-2018 | 01-24-2018 | PA0002101760 |
| 18 | Info Hash: EFDB886D8D69B8D7CC31153066C52424FA716283<br>File Hash:<br>93102C27DC519B2CE7C98574FF209BD6AC36DFAEC9CD1A7A0B39FAA5828B69F7 | 02-28-2023<br>01:17:34 | Vixen | 06-23-2018 | 07-26-2018 | PA0002112155 |
| 19 | Info Hash: 72A1E3BF06A14C51D5B94015C5BB3C509B381699<br>File Hash:<br>3592A9D20AC5312D6034B66F17F68545754793226D2FE6F46E570F43593032E2 | 02-26-2023<br>21:03:36 | Blacked | 04-20-2019 | 05-28-2019 | PA0002200782 |
| 20 | Info Hash: D2EB460A7C696C3A9D62EDCD797DDDD07094F2D5<br>File Hash:<br>877D0C18891243E33B66AA18ED479D27D8386F83F38C8FE709A1EF43D9C06E7F | 02-26-2023<br>13:52:08 | Blacked Raw | 11-13-2017 | 11-30-2017 | PA0002098039 |
| 21 | Info Hash: 951316BFFDA9FA845F58D89226446C5A123F6FA7<br>File Hash:<br>BE714DD8AC36D4709A15AB6D27BBB8C4AC9EC993D42FD57760692FCABCA6842A | 02-26-2023<br>13:48:05 | Vixen | 03-25-2018 | 04-17-2018 | PA0002116726 |
| 22 | Info Hash: 62C92B416712660F3575F3789860DFDB90A1A4C2<br>File Hash:<br>4A97D5D295359476C64C4B84E5BE522E8C523ACEAA933976B7EFE235E1D252C9 | 02-26-2023<br>13:00:29 | Vixen | 03-20-2018 | 04-12-2018 | PA0002091523 |
| 23 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash:<br>58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 02-24-2023<br>06:47:54 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 02-24-2023 05:20:57 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 25 | Info Hash: A035AD89D17FFA204EA1669362F8A2B2947F1D32<br>File Hash: CF5FB70A15A302ADB5C7DC51AA916F5E8F5D7D52373FBEEAB74056948FEF6203 | 02-24-2023 05:19:17 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 26 | Info Hash: C6B85578F10E9FA595EDCD45402FBBEC745B6DD8<br>File Hash: 3C5C822A7847420497A7A7CA77E1830E674F223B1F564EF87684FE7408DDF33F | 02-24-2023 05:19:05 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 27 | Info Hash: 7F06F0E07A10143EB2C8673FADA7B21358A4AB2D<br>File Hash: 8730E641DB888136CD4E9A1EA37C129852A6999082620E5C071F489A6055E333 | 02-24-2023 05:18:14 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 28 | Info Hash: E12FF3F313842E2F77EC08C5A3D804F608AB1116<br>File Hash: BE61C07B258B1FCEBBDE344FB23D51C8E6A1AB2FDE7926DB25DA716090CE99BD | 02-24-2023 05:16:42 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 29 | Info Hash: 23D0AD06AEDD268744FBB7251611A950CF96EE07<br>File Hash: 67F22DA812B587FF698C66C7617D7E68CE07D1F126C9767B0E1836BC121340E9 | 02-24-2023 02:15:42 | Blacked Raw | 06-26-2019 | 08-27-2019 | PA0002213245 |
| 30 | Info Hash: E2BB05E86116A0CDAD606375C7B9C9EB44B6F769<br>File Hash: 31382C19D0B2EDBD00250E62E5F055C9A09921F1CA2BB18494E6CC89BFFB9BE1 | 02-24-2023 02:14:48 | Blacked | 02-04-2019 | 03-24-2019 | PA0002183208 |
| 31 | Info Hash: 67D95FCED9B00C108A63588568A4B4CC34737EE5<br>File Hash: 2F08A480A39A433B92CB7BE753ED72122DDC6A8669D61337B266203F90B0E8D4 | 02-24-2023 02:14:42 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 32 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65<br>File Hash: 985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 02-24-2023 02:03:26 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 33 | Info Hash: 14EC33D46FEA2D0766026D983770FB3F31669DA9<br>File Hash: 20C1F39D3B82D975777224BE38A8946131095F76159FB67AE203A99BBDEB4253 | 02-24-2023 01:53:27 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 34 | Info Hash: 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19<br>File Hash: 98CDC17BC4D0A858192F41FD54802AA61EC55EE5616632DC63F7F18150DC90BA | 02-24-2023 01:52:11 | Blacked Raw | 06-21-2019 | 08-27-2019 | PA0002213241 |
| 35 | Info Hash: 3D04CB0CE738558A4622603B3D95E3CC65FA5DA4<br>File Hash: 659ADF72BD7D1D3287E75B65E5A79BF5D3296FB6625F0D71AB979FDFB525BD69 | 02-24-2023 01:42:03 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 6C0E1FB88038092CAB0AE05234C54A15CF40E0A1<br>File Hash:<br>94D17E7894AD3715882A76F5B0396AAD161FA372C0D1A2DFB0BEDFD6E57951A1 | 02-24-2023 01:28:00 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 37 | Info Hash: C5DB7207F7487D7B1235962DC9DAD5B576D7B0DB<br>File Hash:<br>0DC99F3D82B6E44E901F3257B30E0F96E1BA5E043E055A534A5147DCD4C5C6C5 | 02-24-2023 01:26:26 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 38 | Info Hash: F1CDCEE7B24975CC39DB5199D619DFFD3EAB1D44<br>File Hash:<br>8018F3C62BF5FC835586F517F498520A6468BE88BAD00CED9DDA3375AC83E078 | 02-24-2023 01:24:46 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 39 | Info Hash: 950CF322CAF29FE4D7BD1603C10F1CC81C7416E6<br>File Hash:<br>9C181FD2509B79ECD4AAD840F26DC90AB87C08C47AD22926DAF00FB732956FC5 | 02-24-2023 01:21:44 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 40 | Info Hash: 98C03D7735AB9E1F3F959C93601FF1C2E3ABAD69<br>File Hash:<br>1E3EBFBCCCD8E7D811424B3F36AC7CAB48372F71A8A7DE409B4FA60D0948FD3C | 02-24-2023 01:21:30 | Blacked Raw | 02-06-2018 | 02-20-2018 | PA0002104186 |
| 41 | Info Hash: CA60236D29E4C5A36B1A2BD59DBA968105F955AC<br>File Hash:<br>D40AE0203C62D97B29DA45B68BF568D372CDB7EBE39E27D9571A0A1C77E2EB03 | 02-24-2023 01:10:56 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 42 | Info Hash: 4CB02C24ADB67B79CD91DC3DF8597864A023F35D<br>File Hash:<br>086EF829F4F3DA1A06C21F4CC9D530EDBF094DD4A323F12FEED72D9104139F49 | 02-24-2023 01:03:21 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 43 | Info Hash: 2541261990122381387D2C03CDA34FF74B4EDE3E<br>File Hash:<br>C687436ACD90C3EA61538DA4C09F489019D7A176148DD86953937717FF9D0F88 | 02-22-2023 05:52:54 | Blacked Raw | 10-29-2018 | 12-10-2018 | PA0002145837 |
| 44 | Info Hash: CB54A80CA46C7E15031F95C90A4E207C1759D031<br>File Hash:<br>E6DA8AEE619E2D4D08AAF5BFED4CE6336AA4A9F8283D933CC4AD47480D0B16A9 | 02-22-2023 05:50:18 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 45 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash:<br>BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 02-22-2023 05:40:05 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 46 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash:<br>7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 02-22-2023 05:40:01 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 47 | Info Hash: 662C42833DF0727F4B96196F88475B615B2F0D2B<br>File Hash:<br>181A5A85F913157A0303150E1B0C7ECC81F7A63FC42BA1071B5236AC52A0432E | 02-22-2023 05:39:55 | Blacked Raw | 07-31-2019 | 08-22-2019 | PA0002195511 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash: 28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 02-22-2023 05:39:39 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 49 | Info Hash: 9308C0F174943CCA09238A4D76CF2ACE4D89574E<br>File Hash: 16CAB1B8DD2CC883E6A351FF15BD5FA31B4DDEEDF2854EE21852A23522E98AFF | 02-22-2023 05:38:21 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 50 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 02-22-2023 05:36:39 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 51 | Info Hash: 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash: 6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 02-22-2023 01:42:15 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 52 | Info Hash: C40521642AFDBF66DB5CF6A1A2E09FDEEE2F6B17<br>File Hash: 1B757CB737405617126DB46CC4E39CE8EF00F30EB73CFA08DF875AE72C788668 | 02-21-2023 14:21:10 | Vixen | 09-11-2018 | 10-16-2018 | PA0002127780 |
| 53 | Info Hash: 41B3EC2D6CD45BBF85051632D43E36BAA7523668<br>File Hash: 4D07D751E827A8C46DE62E42081B735949517A90A8475AAF97AB3299529BF463 | 02-21-2023 10:57:43 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 54 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash: 586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 02-21-2023 09:01:07 | Blacked Raw | 07-01-2018 | 07-26-2018 | PA0002112161 |
| 55 | Info Hash: 24E9045D6E0CA4035B0D5BEE8AFD227C2F3AFFA2<br>File Hash: 83D4E90F31F5FA22E3F05A7B41A37BF3AF8E7F5C1E973D86002B675C5E8E5CEA | 02-21-2023 06:57:52 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 56 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 02-21-2023 06:55:01 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |
| 57 | Info Hash: F847D61C56D2EC10675C422607438B409F377454<br>File Hash: 3504579E556FCB45C34DC336F38EAF29C435B730987DD43DA60FDB260B6CC92F | 02-21-2023 06:33:51 | Vixen | 05-14-2017 | 06-22-2017 | PA0002039297 |
| 58 | Info Hash: E0805C7C54BD9B9777F151B670B78A4D50290951<br>File Hash: 2451AEF8181351CC573FE3F94B27891F2B4BA32C456BEB3E0B757E37AF34F1FE | 02-21-2023 06:29:29 | Blacked | 05-10-2018 | 05-24-2018 | PA0002101376 |
| 59 | Info Hash: 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC<br>File Hash: FE6FD35082C56D4DBBAEEFF99C16EAAB45C0602F2365CD617DFDDD89F06D73AD | 02-20-2023 14:49:49 | Blacked Raw | 03-28-2018 | 04-12-2018 | PA0002091513 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 59232699F4AD1B949FE19954F077258955D3CBBA<br>File Hash: 4660E77C6F17D89689AB274E14BB9B62DB0B466FD966748A5FC178B7BDAA31CB | 02-20-2023 14:33:22 | Vixen | 03-14-2020 | 04-17-2020 | PA0002246114 |
| 61 | Info Hash: 2AB0686F53FFCE105EB608FB254FB0A93D58E893<br>File Hash: A1CD0437CCD9B6640CDFE874F8DD7F813E7CD305A4BD8F22B57A5D258882D7A3 | 02-19-2023 12:11:25 | Vixen | 01-24-2019 | 03-24-2019 | PA0002183209 |
| 62 | Info Hash: 43DB7AD2E7F68CCA6CE6D6D0384392EC019894E9<br>File Hash: 2D839421C771968C27A5C034A9304A2892B6DC27406E8607A4B9D980C4AABA3E | 02-17-2023 07:37:28 | Vixen | 11-20-2017 | 01-04-2018 | PA0002069354 |
| 63 | Info Hash: 2D8F105CB57AD0FD1250254D4910D00E4CBBCDCC<br>File Hash: E02D528851367835DE17CC4D35D0BA309A12CBBFE4576886A79AEB1B91F66DCC | 02-17-2023 02:47:05 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |
| 64 | Info Hash: 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11<br>File Hash: E4A62E1A2CC636C13E980133105006A3E70314128FB9CF66A8367FCD1FB98922 | 02-17-2023 02:46:54 | Vixen | 04-14-2019 | 05-28-2019 | PA0002200761 |
| 65 | Info Hash: D75C4212C94EACD789D6AA48F9EDD3AEE3170037<br>File Hash: 7D0FCEF817970BFFDC6B8431ED2135D065F87B4338E3B98A3856BB602AE08E19 | 02-17-2023 02:46:52 | Vixen | 10-21-2017 | 11-30-2017 | PA0002098006 |
| 66 | Info Hash: F4564B01B8BEA3C8E6AF2B2CD6DE955D31637880<br>File Hash: 73E011D3D8ED4641F35C1EAF3696D332B2E07BD9910E55AE95DE1FED1188E1C4 | 02-16-2023 23:44:25 | Blacked | 12-16-2018 | 02-02-2019 | PA0002154976 |
| 67 | Info Hash: 73AE32099EBCDFF152626E1D575C026CF59135DC<br>File Hash: 33E9C45701015E4B864D2C4DD6D818BF2A8742FB4F11412D73F3F44F5F73D2E0 | 02-16-2023 12:03:34 | Vixen | 07-18-2019 | 09-10-2019 | PA0002199410 |
| 68 | Info Hash: AF6F9F5B914688FA4C88A23B52BD661BC96B0FAB<br>File Hash: 75005E6A441EC706CE34890A7F770D15BEA638083CAB12CB9F13B5F7AFB9D533 | 02-16-2023 08:25:00 | Vixen | 09-26-2018 | 10-16-2018 | PA0002127776 |
| 69 | Info Hash: 146C095B50639976681A70A73A0BDB6F864B2FDE<br>File Hash: BA3F0B8D0C4E8971E79E08BAF8929E798D7AE07ACC2133D7209A615ACCEF7EE1 | 02-16-2023 05:17:45 | Vixen | 09-21-2018 | 11-01-2018 | PA0002143417 |
| 70 | Info Hash: 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A<br>File Hash: F997341CFEA250813769A2C58B8CE85C90588C532B71CC9E69B3CB9329FA7EA7 | 02-16-2023 05:10:48 | Blacked Raw | 07-26-2018 | 09-01-2018 | PA0002119594 |
| 71 | Info Hash: 41577E4102ED339277357B7EF3E97C1347487EE2<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 02-16-2023 05:06:38 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash: EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 02-16-2023 05:05:49 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 73 | Info Hash: 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275<br>File Hash: 43D9A39A71EC62D1217BFFF148FE60F03596FFA9FF4E1C286370A80E90AD5222 | 02-16-2023 05:02:05 | Vixen | 04-24-2018 | 06-19-2018 | PA0002126671 |
| 74 | Info Hash: 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash: A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 02-16-2023 04:59:58 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 75 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC<br>File Hash: 35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 02-16-2023 04:53:16 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 76 | Info Hash: F84DCE97DEB71401BE49198E7C5E446530B70B41<br>File Hash: 848BF44DF42E6DA689001798B82FD17D51F221553930DA06ED1BADBC66BDA6F1 | 02-16-2023 04:49:45 | Vixen | 04-19-2019 | 05-28-2019 | PA0002200778 |
| 77 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 02-16-2023 04:45:37 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 78 | Info Hash: 95B9CF5CAF0E78C21913BDA68E42B394C45A7DEA<br>File Hash: AF63A8FF8E3D439EEC82F08904552769E5256206380DED58E6517F06037EE2E2 | 02-16-2023 04:44:30 | Vixen | 04-19-2017 | 06-16-2017 | PA0002069291 |
| 79 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 02-16-2023 04:43:18 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 80 | Info Hash: 4615FF136FFFC87A2B164521D04F6EF3E16D8EC4<br>File Hash: DDBCC9A12A2BE891DA7F686DE3C3A52E09DB3528C1371FA89709F36254538027 | 02-16-2023 04:43:12 | Vixen | 11-20-2018 | 12-18-2018 | PA0002141925 |
| 81 | Info Hash: 8F914AD5D985A4614B945A9CBAEA70996038A99E<br>File Hash: 499AAECDDEB0EF38775D6585DDFB835C753A3B942C24192C172D512837C47F65 | 02-16-2023 04:39:30 | Vixen | 07-03-2018 | 07-26-2018 | PA0002112153 |
| 82 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash: 4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 02-16-2023 04:37:31 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |
| 83 | Info Hash: 3288E1B15FBABC29A6EFD53A33AED22403A0FED7<br>File Hash: 5664136B8F7CBBC79F414F877E5C49BC69B2E19CF2643EC8340106AF1B4D994F | 02-16-2023 04:36:31 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash: 3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 02-16-2023 04:36:18 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 85 | Info Hash: 43268005821A1C19A5BD98A52E5C5D6C921B0859<br>File Hash: 652E3A33EE1203CA13CB60AEE357002DC184DBF0F053878BDB954B300A6504A1 | 02-16-2023 04:35:20 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 86 | Info Hash: AAB43732CA29D96F72C32A4D7590FD1111D8A86C<br>File Hash: 336C39AA81CECA1E786A6C6A838549526A34BF8FCC7AA0D634CEE7A718B6DA26 | 02-16-2023 04:31:44 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 87 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 02-16-2023 04:30:40 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 88 | Info Hash: 51B8B05E291259D05FAEE870D556CE9E549EB5EB<br>File Hash: FC775F0538AF2905607357E51C54370DEC7C7B8001939C08110CF0D3DC491655 | 02-16-2023 04:29:09 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 89 | Info Hash: BFADE9F722B743870B3648C4C49086DADDA64DD8<br>File Hash: 655EE942593421C4C12DF878C35B3A67DAAC0E171B67905A80DCB3C39436E770 | 02-16-2023 04:18:46 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 90 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 12-27-2022 06:27:14 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |