IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRIAN RICE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL FILE ACTION FILE |
| | ) | NO. |
| v. | ) | |
| | ) | [On removal from the Superior |
| STATE FARM FIRE AND | ) | Court of Gwinnett County, Georgia, |
| CASUALTY COMPANY, | ) | CAFN: 23-A-02886-7] |
| a foreign corporation | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE**

I hereby certify that I am counsel for Defendant State Farm Fire and Casualty Company in the above-styled proceeding and this day have filed a copy of the **Notice of Removal**, including **Notice of Filing Removal**, in the Superior Court of Gwinnett County, Georgia, the Court from which said action was removed.

Respectfully submitted this 10th day of May, 2023.

*[Signature on the Following Page]*

1

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Brittney A. Sizemore*
Mark T. Dietrichs
Georgia Bar No. 221722
Brittney A. Sizemore
Georgia Bar No. 332873
***Attorneys for Defendant***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
mark.dietrichs@swiftcurrie.com
Brittney.Sizemore@swiftcurrie.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed and served the foregoing *Certificate* with the Clerk of Court via the CM/ECF e-filing system which will automatically send e-mail notification and service of such filing to counsel of record as follows:

J. Remington Huggins, Esq.
Michael D. Turner, Esq.
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, Georgia 30075
Remington@lawhuggins.com
mdturner@lawhuggins.com
*Counsel for Plaintiff*

This 10th day of May, 2023.

        Respectfully Submitted,
        **SWIFT, CURRIE, MCGHEE & HIERS, LLP**

        */s/ Brittney A. Sizemore*
        Mark T. Dietrichs
        Georgia Bar No. 221722
        Brittney A. Sizemore
        Georgia Bar No. 332873
        ***Attorneys for Defendant***

1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
OFFICE: (404) 874-8800
FAX: (404) 888-6199
mark.dietrichs@swiftcurrie.com
Brittney.sizemore@swiftcurrie.com
4871-9256-6878, v. 1