# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

ANNUAL REGISTRATION

*Electronically Filed*
Secretary of State
Filing Date: 3/8/2022 11:58:36 AM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | 16016007 |
| **BUSINESS NAME** | Western Express, Inc. |
| **BUSINESS TYPE** | Foreign Profit Corporation |
| **EFFECTIVE DATE** | 03/08/2022 |
| **ANNUAL REGISTRATION PERIOD** | 2022 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 7135 Centennial Place, Nashville, TN, 37209, USA |

## REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| Kevin T. Shires | 6960 Cordery Road, Cumming, GA, 30040, USA | Forsyth |

## OFFICERS INFORMATION

| NAME | TITLE | ADDRESS |
|---|---|---|
| Paul Wieck | CEO | 7135 Centennial Place, Nashville, TN, 37209, USA |
| Richard Prickett, Jr. | CFO | 7135 Centennial Place, Nashville, TN, 37209, USA |
| roland lowell | SECRETARY | 7135 Centennial Place, Nashville, TN, 37201, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Roland Lowell |
| **AUTHORIZER TITLE** | Officer |

EXHIBIT B