# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 03/30/2023 08:33:11

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | FREEDOM SPECIALTY INSURANCE COMPANY |
| **CONTROL NUMBER** | : | J718606 |
| **BUSINESS TYPE** | : | Foreign Insurance Company |
| **JURISDICTION** | : | Texas |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | ONE WEST NATIONWIDE BOULEVARD, COLUMBUS, OH, 43215, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| AMBER WAYNE | CFO | ONE WEST NATIONWIDE BOULEVARD, COLUMBUS, OH, 43215, USA |
| DENISE L. SKINGLE | Secretary | ONE WEST NATIONWIDE BOULEVARD, COLUMBUS, OH, 43215, USA |
| RUSSELL JOHNSTON | CEO | ONE WEST NATIONWIDE BOULEVARD, COLUMBUS, OH, 43215, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | ONE WEST NATIONWIDE BOULEVARD, COLUMBUS, OH, 43215, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| MELISSA TOMITA | CFO | ONE WEST NATIONWIDE BOULEVARD, COLUMBUS, OH, 43215, USA |
| DENISE L. SKINGLE | Secretary | ONE WEST NATIONWIDE BOULEVARD, COLUMBUS, OH, 43215, USA |
| RUSSELL JOHNSTON | CEO | ONE WEST NATIONWIDE BOULEVARD, COLUMBUS, OH, 43215, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | DENISE L. SKINGLE |

## EXHIBIT C

**AUTHORIZER TITLE** : Authorized Person

EXHIBIT C