| | |
|---|---|
| **Subject:** | RE: Simon v Freedom Specialty Ins. Co. et al |
| **Date:** | Friday, April 14, 2023 at 11:42:19 AM Eastern Daylight Time |
| **From:** | Brian Mohs |
| **To:** | Paul Trainor |
| **CC:** | Lisa Brannon |
| **Attachments:** | image001.jpg |

Paul,

We did not make a demand pre-suit and our client is still treating. We will put together a production of all records and bills we have thus far. According to my current calculations, he has $337,108.09 in medical bills. He has undergone a low back fusion surgery (L2-3), a shoulder and elbow surgery, and a revision shoulder surgery. He is also scheduled for a cervical surgery in May.

I served Western Express' BOC3 agent who is located in Gwinnett.

Thanks,

Briant T. Mohs

**Brian T. Mohs**
Trial Attorney
P: 404.591.1819 | M: 770.241.0196

**Fried Goldberg LLC**
Three Alliance Center
3550 Lenox Road, N.E. | Suite 1500
Atlanta, Georgia 30326-4302
www.friedgoldberg.com

Briant T. Mohs

NOTICE: The information transmitted in this e-mail is intended only for the person(s) to which it is addressed and may contain confidential, proprietary, and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from all computers. Nothing in this e-mail should be relied upon as legal or tax advice and nothing herein shall be construed to create an attorney-client relationship where none otherwise exists.

**From:** Paul Trainor <paul.trainor@qpwblaw.com>
**Sent:** Friday, April 14, 2023 11:33 AM
**To:** Brian Mohs <brian@friedgoldberg.com>
**Cc:** Lisa Brannon <lisa@friedgoldberg.com>
**Subject:** RE: Simon v Freedom Specialty Ins. Co. et al

Thanks for sending.  Heads up—Western Express' registered agent is in Forsyth, so Gwinnett won't be proper venue.  Would y'all be willing to send us your prior demand packet, or if no demand has been made, the medical records/bills?  I can start asking for money sooner with that info



**Paul Trainor | Partner**
**Quintairos, Prieto, Wood & Boyer, P.A.**
365 Northridge Road, Suite 230, Atlanta, GA, 30350
Ph: (770) 650-8737  Fax: (770) 650-8797
Email: paul.trainor@qpwblaw.com  Web: www.qpwblaw.com

Arizona ◆ California ◆ Colorado ◆ Florida ◆ Georgia ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland
Michigan ◆ Mississippi ◆ Nevada ◆ New Jersey ◆ New York ◆ Oklahoma ◆ Tennessee ◆ Texas ◆ USVI

**From:** Brian Mohs <brian@friedgoldberg.com>
**Sent:** Friday, April 14, 2023 10:57 AM
**To:** Paul Trainor <paul.trainor@qpwblaw.com>
**Cc:** Lisa Brannon <lisa@friedgoldberg.com>
**Subject:** Simon v Freedom Specialty Ins. Co. et al

Paul,

As we discussed, I represent Gordon Simon in a recently filed lawsuit against Western Express.  Sean Cox was initially on the case but it is my understanding that he is no longer at Hall Booth.  I have attempted to contact Hall Booth to find out who has taken over this file but received no response.  Please let me know if you will be taking this file over.  I have attached a copy of the pleadings that have been filed thus far.  I will also have my paralegal send you a copy of all discovery that was served.

Thanks,

Briant T. Mohs

**Brian T. Mohs**
Trial Attorney
P: 404.591.1819 | M: 770.241.0196

**Fried Goldberg LLC**
Three Alliance Center
3550 Lenox Road, N.E. | Suite 1500
Atlanta, Georgia 30326-4302
www.friedgoldberg.com

Briant T. Mohs

NOTICE: The information transmitted in this e-mail is intended only for the person(s) to which it is addressed and may contain confidential, proprietary, and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from all computers. Nothing in this e-mail should be relied upon as legal or tax advice and nothing herein shall be construed to create an attorney-client relationship where none otherwise exists.