IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GORDON SIMON,<br><br>      **Plaintiff,**<br><br>v.<br><br>**FREEDOM SPECIALTY INSURANCE COMPANY, WESTERN EXPRESS, INC., and BARENDEAL ALLEN,**<br><br>      **Defendants.** | **CIVIL ACTION FILE NO.**<br><br>**23-C-02410-S4** |

**DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

COME NOW, Defendants **FREEDOM SPECIALTY INSURANCE COMPANY, WESTERN EXPRESS, INC. and BARENDEAL ALLEN.,** and file the following Notice of Removal to United States District Court, showing the Court as follows:

1. Defendants have filed a Notice of Removal to the United States District Court. A true and correct copy of the Notice is attached as Ex. "A."

2. As a result thereof, this matter is automatically stayed and the action removed to the United States District Court, for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441 *et seq.*

Respectfully submitted this 10th day of May. 2023.

                                                        **Quintairos, Prieto, Wood & Boyer, P.A.**

                                                        */s/ Paul B. Trainor*
                                                        SCOTT H. MOULTON
                                                        Georgia Bar No. 974237
                                                        PAUL B. TRAINOR
                                                        Georgia Bar No. 641312
                                                        *Counsel for Defendants*

365 Northridge Road
Suite 230
Atlanta, GA 30350
T: (770) 650-8737
F: (770) 650-8797

1

**EXHIBIT E**

scott.moulton@qpwblaw.com
paul.trainor@qpwblaw.com

2

EXHIBIT E

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| GORDON SIMON,<br><br>    Plaintiff,<br><br>v.<br><br>**FREEDOM SPECIALTY INSURANCE COMPANY, WESTERN EXPRESS, INC., and BARENDEAL ALLEN,**<br><br>    Defendants. | **CIVIL ACTION FILE NO.**<br><br>**23-C-02410-S4** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter electronically via E-Filing system and/or by depositing a true and correct copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to all counsel of record as follows:

Brian T. Mohs
Fried Goldberg, LLC
Three Alliance Center
3550 Lenox Road NE Suite 1500
Atlanta, GA 30326-4302
brian@friedgoldberg.com

This 10th day of April 2023.

**Quintairos, Prieto, Wood & Boyer, P.A.**

/s/ Paul B. Trainor
SCOTT H. MOULTON
Georgia Bar No. 974237
PAUL B. TRAINOR
Georgia Bar No. 641312
*Counsel for Defendants*

3

**EXHIBIT E**

365 Northridge Road
Suite 230
Atlanta, GA 30350
T: (770) 650-8737
F: (770) 650-8797
scott.moulton@qpwblaw.com
paul.trainor@qpwblaw.com

EXHIBIT E