**SHERIFF'S ENTRY OF SERVICE**

REORDER #11-1765 SMITH & WATSON PRINTING MACON, GA 31201 (478) 745-3144

Civil Action # 2022SCV0668

Date Filed 12/12/22

Superior Court ☐
State Court ☒

Georgia, LOWNDES COUNTY

Zachary White
_____ Plaintiff

vs.

Ambling Properties, LLC
_____ Defendant

Attorney's Address
4820 Redan Road Suite B
Stone Mountain, GA
30088

Name and Address of Party to be Served.
DEC 16 2022
Ambling Properties, LLC
Michael H Godwin 348
Enterprise Drive Valdosta, Ga 31601
348 Enterprise Drive
Valdosta, GA 31601

GEORGIA LOWNDES COUNTY
Filed in office this
DEC 21 2022
Clerk Superior Court State Court/ Juvenile Court
_____ Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant Ambling Properties, LLC a corporation by leaving a copy of the within action and summons with Michael H Godwin - Registered Agent in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class, in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NOT FOUND** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 19 day of December, 20 22.

_____ #1360
DEPUTY

SHERIFF DOCKET _____ PAGE _____
WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT

1 of 3

EXHIBIT B