Case 1:23-mi-99999-UNA   Document 1522-6   Filed 05/10/23   Page 1 of 1

State Court of Fulton County
**E-FILED**
23EV000520
2/23/2023 11:55 AM
Donald Talley, Clerk
Civil Division

## AFFIDAVIT OF SERVICE

**State of Georgia**        **County of FULTON**        **State Court**

Case Number: 23EV000520

Plaintiff:
**ZACHARY WHITE**

vs.

Defendant:
**AMBLING MANAGEMENT COMPANY, LLC, and HIGHLANDS ATLANTA MF II, LLC**

For:
CARETON MATTHEWS
LAW OFFICES OF CARETON R MATTHEWS
4820 REDAN ROAD
SUITE B
STONE MOUNTAIN, GA 30088

Received these papers on the 21st day of February, 2023 at 2:40 pm to be served on **AMBLING MANAGEMENT COMPANY, LLC, 348 ENTERPRISE DRIVE, VALDOSTA, GA 31601**.

I, MUHSIN HASSAN, being duly sworn, depose and say that on the **22nd day of February, 2023** at **2:40 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, AMENDED COMPLAINT**, with the date and hour of service endorsed thereon by me, to: **ANGIE WEST** as **EXECUTIVE ASSISTANT** for **AMBLING MANAGEMENT COMPANY, LLC**, at the address of: **348 ENTERPRISE DRIVE, VALDOSTA, GA 31601**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50+, Sex: F, Race/Skin Color: WHITE, Height: 5'3", Weight: 145, Hair: LIGHT BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 22nd day of February, 2023

NOTARY PUBLIC

**MUHSIN HASSAN**
Process Server

Our Job Serial Number: SBH-2023000088

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2c

EXHIBIT E

