# EXHIBIT A

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>**410-2022-06415** |
|---|---|---|
| | | and EEOC |

_State or local Agency, if any_

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*<br><br>Mr. Roosevelt Joseph | Home Phone<br><br>(646) 986-4943 | Year of Birth |
|---|---|---|

Street Address

3256 Blackwood Lane

Atlanta, GA 30349

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name<br><br>Delta Airlines | No. Employees, Members<br><br>201 - 500 Employees | Phone No. |
|---|---|---|

Street Address

1775 M H Jackson N service road

ATLANTA, GA 30354

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                          City, State and ZIP Code

| DISCRIMINATION BASED ON<br><br>Color, Race | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest                                   Latest<br>06/17/2022                            06/17/2022 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

THIS CHARGE WAS TIMELY FILED ON AUGUST 5, 2022, AND IS BEING AMENDED TO REFLECT THE CORRECT NAME OF THE RESPONDENT.


I. I began working for the employer on January 3, 2022, as a Welder.

II. I was the only Black welder, and I never received any disciplinary action.

III. On May 18, 2022, my coworker, Sherri Budreau, made the list to become a permanent employee and showed

me my name on the list on her computer.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>  **Digitally Signed By: Mr. Roosevelt Joseph**<br><br>**04/20/2023**<br><br><br>_Charging Party Signature_ | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>**410-2022-06415** |
|---|---|---|

| | and EEOC |
|---|---|
| *State or local Agency, if any* | |

IV. However, on June 17, 2022, I was the only probationary employee terminated when my nonblack counterparts were offered full-time positions towards the end of their probationary periods.

V. I was informed that on June 13, 2022, I did not prep a part the way my trainer, Derrick, suggested and that was the reason why I was terminated. I was not provided an official termination letter explaining the reason for my termination.

VI. My white coworker, Joshua Butler, also did not prep a part the way it was suggested, but he was not terminated. Instead, he was given a warning and left on probation.

VII. I believe I was discriminated in violation of Title VII of the Civil Rights Act of 1964.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. Roosevelt Joseph**<br><br>**04/20/2023**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Roosevelt Joseph** | **(646) 986-4943** | **November 29, 1987** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3256 Blackwood Ln** | **Atlanta, GA 30349** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Launch Technical Workforce Solutions, LLC** | **500+** | **888-888-7195** |

| Street Address | City, State and ZIP Code |
|---|---|
| **700 Commerce Drive, Suite 140, Oak Brook, IL, 60523, USA** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

**US EEOC ATDO**
**RECEIVED 2022-08-08**

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest              Latest |
| ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | June 17, 2022 |
| ☐ OTHER *(Specify)* | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I began working for the employer on January 3, 2022, as a Welder.

II. I was the only Black welder, and I never received any disciplinary action.

III. On May 18, 2022, my coworker, Sherri Budreau, made the list to become a permanent employee and showed me my name on the list on her computer.

IV. However, on June 17, 2022, I was the only probationary employee terminated when my nonblack counterparts were offered full-time positions towards the end of their probationary periods.

V. I was informed that on June 13, 2022, I did not prep a part the way my trainer, Derrick, suggested and that was the reason why I was terminated. I was not provided an official termination letter explaining the reason for my termination.

VI. My white coworker, Joshua Butler, also did not prep a part the way it was suggested, but he was not terminated. Instead, he was given a warning and left on probation.

VII.    I believe I was discriminated in violation of Title VII of the Civil Rights Act of 1964.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 08/05/2022                *Electronically Signed*  Roosevelt Joseph  *Notes AssureSign®* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date                            Charging Party Signature | |

Ianna O. Richardson, Esq. | ianna@justiceatwork.com | Barrett & Farahany

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Roosevelt Joseph** | **(646) 986-4943** | **November 29, 1987** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3256 Blackwood Ln** | **Atlanta, GA 30349** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Launch Technical Workforce Solutions, LLC** | **500+** | **888-888-7195** |

| Street Address | City, State and ZIP Code |
|---|---|
| **700 Commerce Drive, Suite 140, Oak Brook, IL, 60523, USA** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
June 17, 2022

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I began working for the employer on January 3, 2022, as a Welder.

II. I was the only Black welder, and I never received any disciplinary action.

III. On May 18, 2022, my coworker, Sherri Budreau, made the list to become a permanent employee and showed me my name on the list on her computer.

IV. However, on June 17, 2022, I was the only probationary employee terminated when my nonblack counterparts were offered full-time positions towards the end of their probationary periods.

V. I was informed that on June 13, 2022, I did not prep a part the way my trainer, Derrick, suggested and that was the reason why I was terminated. I was not provided an official termination letter explaining the reason for my termination.

VI. My white coworker, Joshua Butler, also did not prep a part the way it was suggested, but he was not terminated. Instead, he was given a warning and left on probation.

VII. I believe I was discriminated in violation of Title VII of the Civil Rights Act of 1964.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 08/05/2022        *Roosevelt Joseph*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Ianna O. Richardson, Esq. | ianna@justiceatwork.com | Barrett & Farahany