# EXHIBIT B

EEOC Form 161-B (01/2022)

# U.S. Equal Employment Opportunity Commission

## Notice of Right to Sue *(Issued on Request)*

| To: | **Mr. Roosevelt Joseph**<br>**3256 Blackwood Lane**<br>**Atlanta, GA 30349** | From: | **Atlanta District Office**<br>**100 Alabama Street, SW, Suite 4R30**<br>**Atlanta, GA 30303** |
|---|---|---|---|

| EEOC Charge No.<br>**410-2022-06415** | EEOC Representative<br>**GARICA WALKER,**<br>**Investigator** | Telephone No.<br>**314-798-1948** |
|---|---|---|

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

> More than 180 days have passed since the filing of this charge.

> The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Darrell Graham
04/21/2023

Enclosures(s)

**Darrell Graham**
**District Director**

cc:   **Valeria  Cometto**
**Delta Air Lines, Inc.**
**1030 Delta Blvd Dept 981**
**Atlanta, GA 30354**
**Tyesha Gray**
**1775 M H Jackson N service road**
**Atlanta, GA 30354**

**Ianna Richardson**
**Barrett & Farahany**
**1175 Northmeadow Pkwy #140 MSC 530092**
**Roswell, GA 30076**

EEOC Form 161-B (01/2022)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | **Mr. Roosevelt Joseph**<br>**3256 Blackwood Lane**<br>**Atlanta, GA 30349** | From: | **Atlanta District Office**<br>**100 Alabama Street, SW, Suite 4R30**<br>**Atlanta, GA 30303** |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **410-2023-03311** | **GARICA WALKER,**<br>**Investigator** | **314-798-1948** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

    Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

    The EEOC is terminating its processing of this charge.

***Equal Pay Act (EPA):*** *You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By:Darrell Graham
04/20/2023

Enclosures(s)

**Darrell Graham**
**District Director**

cc:    **Sean Keenan**
      **Cruser & Mitchell, LLP**
      **275 SCIENTIFIC DR STE 2000**
      **Peachtree Corners, GA 30092**
      **Natalie Rollo**
      **700 COMMERCE DR STE 140**
      **Oak Brook, IL 60523**

      **Ianna Richardson**
      **Barrett & Farahany**
      **1175 Northmeadow Pkwy #140 MSC 530092**
      **Birmingham, AL 35203**