# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ASHANTE SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | |
| HORACIO CHAVEZ ORTIZ, | ) | State Court Case No.: 23A01153 |
| MENCAR, LLC, TRISURA | ) | |
| SPECIALTY INSURANCE | ) | |
| COMPANY AND JOHN DOES (1- | ) | |
| 5), | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Horacio Chavez Ortiz ("Defendant"), the only defendant served in this matter, pursuant to 28 U.S.C. § 1446 and the Local Rules of the United States District Court for the Northern District of Georgia, files this Notice of Removal, and in support thereof, states as follows:

## STATEMENT OF REMOVAL

1.    On March 15, 2023, Plaintiff Ashante Sims ("Plaintiff"), filed a complaint against Defendants in the State Court of DeKalb County, Georgia, alleging personal injuries arising out of motor vehicle accident.

2.     Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all pleadings filed in the State Court Action are attached to this Notice as Exhibit "A."

3.     28 U.S.C. § 1332(a) provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States."

4.     Defendant Horacio Chavez Ortiz, who is the only Defendant that has been served, is a resident of the State of Texas. *See* Exhibit A, Plaintiff's Complaint, Paragraph No. 1.

5.     Defendant Mencar, LLC, who has not been served, is a Texas domestic corporation with a principal place of business in San Antonio, Texas. *See* Exhibit A, Plaintiff's Complaint, Paragraph No. 2.

6.     Defendant Trisura Specialty Insurance Company, who has not been served, is an Oklahoma domestic corporation with a principal place of business in Oklahoma City, Oklahoma. *See* Exhibit A, Plaintiff's Complaint, Paragraph No. 3.

7.     In removing this matter to this Court, Defendants do not intend to waive any defenses they might have, including, but not limited to, improper service, personal jurisdiction, and/or venue.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)

8.      Plaintiff Ashante Sims is a natural persons domiciled in the State of Georgia, and is a citizen of Georgia.

9.      Defendant Horacio Chavez Ortiz is a natural person domiciled in the State of Texas, and is a citizen of Texas.

10.     For purposes of diversity jurisdiction, a limited liability company "is a citizen of any state of which a member of the company is a citizen." *Beasley Forest Products, Inc. v. N. Clearing, Inc.*, 515 F. Supp. 3d 1367, 1371 (S.D. Ga. 2021).

11.     Defendant MENCAR, LLC is a Texas limited liability company located at 16414 San Pedro Ave., Suite 635, San Antonio, Texas 78232. The sole member of MENCAR, LLC is Eric Mendoza, who is a natural person domiciled in the State of Texas, and is a citizen of Texas.

12.     Defendant Trisura Specialty Insurance Company is an Oklahoma Corporation located at 210 Park Avenue, Suite 1300, Oklahoma City, Oklahoma 73102.

13.     Complete diversity exists between Plaintiffs and the Defendants because these parties are citizens of different states.

14.     Because complete diversity exists between Plaintiff and Defendants, the diversity of citizenship requirement has been met to the extent necessary for this Court to have subject matter jurisdiction under 28 U.S.C. § 1332(a).

## AMOUNT IN CONTROVERSY

15.     The Plaintiff's Complaint seeks to recover under a claim of personal injury.

16.     While Defendants deny liability as to Plaintiffs' allegations in the State Court Action, Plaintiff's Complaint seeks damages in excess of $121,381.03, an amount in excess of the jurisdictional limit of $75,000, as required under 28 U.S.C. § 1332(a).

## REMOVAL PROCEDURES

17.     Removal of this action is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a) because this Notice of Removal is being filed within thirty (30) days of the service of the Complaint on Defendant, which occurred on April 10, 2023. Defendant is filing this Notice of Removal within 30 days of service of the State Court Action, and, therefore, Defendants' removal is timely.

18.     Removal is properly made to the United States District Court for the Northern District of Georgia under 28 U.S.C. § 1441(a) because DeKalb County,

where this action is currently pending, is within the Northern District of Georgia, Atlanta Division.

19.     Defendant will file written notice of the filing of this Notice of Removal with the Clerk of the Court of the State Court of DeKalb County and will serve the same on Plaintiff pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE,** by this Notice of Removal, Defendants hereby remove this action from the State Court of DeKalb County and respectfully request that this action proceed as properly removed to this Court.

Respectfully submitted this 10th day of May 2023.

**WOOD, SMITH, HENNING & BERMAN LLP**
1230 Peachtree Street NE, Suite 925
Atlanta, Georgia 30309
Telephone:  470-552-1150
Fax: 470-552-1151
*jfowler@wshblaw.com*
*msims@wshblaw.com*
*pyoungwynn@wshblaw.com*

*/s/ Jenna M. Fowler*
Jenna M. Fowler
Georgia Bar No. 386864
Marshall S. Sims
Georgia Bar No. 804511

*Counsel for Defendant Horacio Chavez Ortiz*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ASHANTE SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | |
| HORACIO CHAVEZ ORTIZ, | ) | State Court Case No.: 23A01153 |
| MENCAR, LLC, TRISURA | ) | |
| SPECIALTY INSURANCE | ) | |
| COMPANY AND JOHN DOES (1- | ) | |
| 5), | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing *Notice of*

*Removal* on all parties, via CM/ECF as follows:

Terrence R. Bethune, Esq.
**BETHUNE LAW FIRM, LLC**
2890 Piedmont Road NE
Atlanta, Georgia 30305
*tbethune@bethunelawfirm.com*
*szellner@bethunelawfirm.com*

Respectfully submitted this 10th day of May 2023.

**WOOD, SMITH, HENNING & BERMAN LLP**
1230 Peachtree Street NE, Suite 925
Atlanta, Georgia 30309
Telephone:  470-552-1150
Fax:  470-552-1151
*jfowler@wshblaw.com*
*msims@wshblaw.com*
*pyoungwynn@wshblaw.com*

*/s/ Jenna M. Fowler*
Jenna M. Fowler
Georgia Bar No. 386864
Marshall S. Sims
Georgia Bar No. 804511

*Counsel for Defendant Horacio*
*Chavez Ortiz*