# IN THE STATE COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| AKINI JEFFREY,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH FAIN, SCHROEDER MOVING SYSTEMS, INC., VANLINER INSURANCE COMPANY, UNITED VAN LINES, LLC, ABC CORP., JOHN DOE, and XYZ CORP.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 23EV001922<br><br><br><br>*Jury Trial Demanded* |

## DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

COME NOW, Defendants **KENNETH FAIN, SCHROEDER MOVING SYSTEMS, INC., VANLINER INSURANCE COMPANY,** and **UNITED VAN LINES, LLC,** (collectively "Defendants"), and file the following Notice of Removal to United States District Court, showing the Court as follows:

1.   Defendants have filed a Notice of Removal to the United States District Court and Brief In Support. A true and correct copy of the Notice is attached hereto as Exhibit "A."

2.   As a result thereof, this matter is automatically stayed and the action removed to the United States District Court, for the Northern District of Georgia—Atlanta Division, pursuant to 28 U.S.C. § 1441 *et seq.*

Respectfully submitted this 10th day of May 2023.

        **Quintairos, Prieto, Wood & Boyer, P.A.**

        */s/ Sandro Stojanovic*
        SCOTT H. MOULTON
        Georgia Bar No. 974237
        SANDRO STOJANOVIC
        Georgia Bar No. 473114

<u>EXHIBIT B</u>

                        WHITNEY L. GIBBS
                        Georgia Bar No. 455827
                        *Counsel for Defendants*

365 Northridge Road
Suite 230
Atlanta, GA 30350
T: (770) 650-8737
F: (770) 650-8797
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com
whitney.gibbs@qpwblaw.com

2

EXHIBIT B

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| AKINI JEFFREY,<br><br>     Plaintiff,<br><br>v.<br><br>KENNETH FAIN, SCHROEDER MOVING SYSTEMS, INC., VANLINER INSURANCE COMPANY, UNITED VAN LINES, LLC, ABC CORP., JOHN DOE, and XYZ CORP.,<br><br>     Defendants. | CIVIL ACTION FILE<br>NO. 2023CV00060<br><br><br>*Jury Trial Demanded* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter electronically via E-Filing system and/or by depositing a true and correct copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to all counsel of record as follows:

David Byrd
Shanti Nagrani
Bader Scott Injury Lawyers
3384 Peachtree Road, NE
Atlanta, GA 30326
davidbyrd@baderscott.com
shantinagrani@baderscott.com

This <u>10th</u> day of May, 2023.

                                             **Quintairos, Prieto, Wood & Boyer, P.A.**

                                             */s/ Sandro Stojanovic*
                                             SCOTT H. MOULTON
                                             Georgia Bar No. 974237
                                             SANDRO STOJANOVIC

<u>EXHIBIT B</u>

                           Georgia Bar No. 473114
                           WHITNEY L. GIBBS
                           Georgia Bar No. 455827
                           *Counsel for Defendants*

365 Northridge Road
Suite 230
Atlanta, GA 30350
T: (770) 650-8737
F: (770) 650-8797
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com

4

EXHIBIT B