Case 1:23-mi-99999-UNA   Document 1535-4   Filed 05/10/23   Page 1 of 1

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV001922**
**4/11/2023 9:54 AM**
**Donald Talley, Clerk**
**Civil Division**

IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA

**AKINI JEFFREY**

Plaintiff/Petitioner

vs.

**UNITED VAN LINES, LLC; ET AL**

Defendant/Respondent

Case No.: **23EV001922**

AFFIDAVIT OF SERVICE OF **SUMMONS; COMPLAINT; GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM; PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT UNITED VAN LINES LLC**

Received by **Marsha Lausman**, on the **9th day of April, 2023 at 1:33 PM** to be served upon **UNITED VAN LINES, LLC c/o CT Corporation System, REGISTERED AGENT** at 289 Culver Street South, Lawrenceville, Gwinnett County, GA 30046.
On the **10th day of April, 2023 at 10:26 AM**, I, Marsha Lausman, **SERVED UNITED VAN LINES, LLC c/o CT Corporation System, REGISTERED AGENT** at 289 Culver Street South, Lawrenceville, Gwinnett County, GA 30046 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **CT Corporation System, REGISTERED AGENT**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to CT Corporation System, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with glasses.
Jayne Richardson, SOP

Service Fee Total: **$63.50**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Marsha Lausman_ (signature)   Server ID # 141   Date: APR 10 2023

Notary Public: Subscribed and sworn before me on this ___ day of _APR 10 2023_ in the year of 20___
Personally known to me ✗ or ___ identified by the following document: ___

_Dana Faulkner_ (signature)
Notary Public (Legal Signature)

[Notary seal: DANA FAULKNER, NOTARY PUBLIC, GEORGIA, GWINNETT COUNTY, EXPIRES 10-18-2024]

REF: **REF-12438540**

EXHIBIT C

Page 1 of 1
Tracking #: **0104351443**