Case 1:23-mi-99999-UNA   Document 1535-5   Filed 05/10/23   Page 1 of 1

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV001922**
**4/13/2023 8:36 AM**
**Donald Talley, Clerk**
**Civil Division**

IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA

| | |
|---|---|
| **AKINI JEFFREY** | Case No.: 23EV001922 |
| Plaintiff/Petitioner | |
| vs. | AFFIDAVIT OF SERVICE OF |
| **KENNETH FAIN; ET AL** | **SUMMONS; COMPLAINT; PLAINTIFF'S FIRST INTERROGATORIES, REQUESTS FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS TO ALL VANLINER INSURANCE COMPANY; GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM** |
| Defendant/Respondent | |

Received by Duane Day, on the 7th day of April, 2023 at 11:31 AM to be served upon **VANLINER INSURANCE COMPANY c/o UNITED AGENT GROUP INC** at 2985 Gordy Parkway 1st floor, Marietta, Cobb County, GA 30066. On the 11th day of April, 2023 at 9:20 AM, I, Duane Day, SERVED VANLINER INSURANCE COMPANY c/o UNITED AGENT GROUP INC at 2985 Gordy Parkway 1st floor, Marietta, Cobb County, GA 30066 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **ANNA MOORE**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to ANNA MOORE who indicated they were the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a dyed-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 240-300 lbs with glasses, piercings and a tattoo.  HAIR IS DYED PURPLE.

Service Fee Total: **$63.50**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Duane Day_ (signature)    n/a    4-12-23
         Duane Day                Server ID #    Date

Notary Public: Subscribed and sworn before me on this _12_ day of _April_ in the year of 20_23_
Personally known to me _✓_ or _____ identified by the following document:

_(signature)_
Notary Public (Legal Signature)

MICHAEL DAWKINS
Notary Public, Georgia
Cobb County
My Commission Expires
May 04, 2026