| Agency Case Number | Agency NCIC No. | **GEORGIA** | County | Date Rec. by DOT |
|---|---|---|---|---|
| 212200869 | APD0000 | **MOTOR VEHICLE CRASH REPORT** | FULTON | 8/8/2021 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | Atlanta |
| 8/8/2021 | 13:00 | 8/8/2021 | 13:15 | 8/8/2021 | 13:25 | 2 | 2 | 0 | |

| Road of Occurence | I 285 SOUTHBOUND | At Its Intersection With | WESTBOUND | ☐ Suppl. To Original? |
|---|---|---|---|---|

Not At Its Intersection But ☐ Miles ☐ North ☐ East ☐ Feet ☐ South ☐ West   Of   ☐ Private Property?

Latitude (Y) 33.694665   Longitude (X) -84.500175   ☐ Hit And Run?
(Format) 00.00000   (Format) -00.00000

| Unit # 1 | ☑ Driver ☐ Ped ☐ Bike | LAST NAME fain | FIRST kenneth | MIDDLE | Unit # 2 | ☑ Driver ☐ Ped ☐ Bike | LAST NAME abiodum | FIRST jeffery | MIDDLE |
|---|---|---|---|---|---|---|---|---|---|
| | ☑ Susp At Fault | Address 5764 orange blossom trl | | | | ☐ Susp At Fault | Address 5012 Ridgemont walk se | | |

| City ORLANDO | State FL | Zip 32810 | DOB 1966 | City ATLANTA (FULTON) | State GA | Zip 30339 | DOB 1979 |
|---|---|---|---|---|---|---|---|

| Driver's License No f500-500-66-259-0 | Class A | State FL | Country United States | Driver's License No 0485665581 | Class C | State GA | Country United States |
|---|---|---|---|---|---|---|---|

| Insurance Co. SCHROEDER MOVING | Policy No. 770003 | Telephone No. | Insurance Co. GEICO | Policy No. 99747 | Telephone No. |
|---|---|---|---|---|---|

| Year 2002 | Make KENTUCKY MANUFACTURING | Model KENTUCKY MANUFACTURING CO./ | Year 2006 | Make ACURA | Model TL |
|---|---|---|---|---|---|

| VIN 1kkve53352l207758 | Vehicle Color White | VIN 19uua66226a008888 | Vehicle Color Black |
|---|---|---|---|

| Tag # 75ar8z | State MO | County | Year 22 | Tag # 75ar8z | State GA | County | Year |
|---|---|---|---|---|---|---|---|

| Trailer Tag # 746421 | State | County | Year 2022 | Trailer Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|

| ☐ Same as Driver | Owner's Last Name united van line llc | First | Middle | ☑ Same as Driver | Owner's Last Name abiodum | First jeffery | Middle |
|---|---|---|---|---|---|---|---|

| Address 1 united dr | | | Address 5012 Ridgemont walk se | | |
|---|---|---|---|---|---|

| City FENTON | State MO | Zip 63026 | City ATLANTA (FULTON) | State GA | Zip 30339 |
|---|---|---|---|---|---|

| Removed By: | ☐ Request ☐ List | Removed By: B&L | ☑ Request ☑ List |
|---|---|---|---|

| Alcohol Test: No | Type: | Results: | Drug Test: No | Type: | Results: | Alcohol Test: No | Type: | Results: | Drug Test: No | Type: | Results: |
|---|---|---|---|---|---|---|---|---|---|---|---|

| First Harmful Event: Motor Vehicle In Motion | Most Harmful Event: Motor Vehicle In Motion | Operator/Ped Cond: Not Drinking | First Harmful Event: Motor Vehicle In Motion | Most Harmful Event: Motor Vehicle In Motion | Operator/Ped Cond: Not Drinking |
|---|---|---|---|---|---|

| Operator Factors: Changed Lanes Improperly | Operator Factors: No Contributing Factors |
|---|---|

| Vehicle Factors: No Contributing Factors | Roadway Factors: No Contributing Factors | Vehicle Factors: No Contributing Factors | Roadway Factors: No Contributing Factors |
|---|---|---|---|

| Direction of Travel: South | Vehicle Maneuver: Changing Lanes | Non-Motor Maneuver: | Direction of Travel: South | Vehicle Maneuver: Straight | Non-Motor Maneuver: |
|---|---|---|---|---|---|

| Vehicle Class: Commercial Motor Vehicle (CMV) | Vehicle Type: Tractor/Trailer | Vision Obscured: Not Obscured | Vehicle Class: Privately Owned | Vehicle Type: Passenger Car | Vision Obscured: Not Obscured |
|---|---|---|---|---|---|

| Number of Occupants: 1 | Area of Initial Contact: Right Side-Far Front | Damage to Vehicle: Functional Damage | Number of Occupants: 2 | Area of Initial Contact: Left Side-Far Rear | Damage to Vehicle: Disabling Damage |
|---|---|---|---|---|---|

| Traffic Way Flow: One-Way Trafficway | Road Composition: Black Top | Road Character: Straight and Level | Traffic Way Flow: One-Way Trafficway | Road Composition: Black Top | Road Character: Straight on Grade |
|---|---|---|---|---|---|

| Number of Lanes: 4 | Posted Speed: 65 | Work Zone: None | Number of Lanes: 4 | Posted Speed: 65 | Work Zone: None |
|---|---|---|---|---|---|

| Traffic Control: Lanes | Device Inoperative: ☐ Yes ☑ No | Traffic Control: Lanes | Device Inoperative: ☐ Yes ☑ No |
|---|---|---|---|

| Citation Information: | | | Citation Information: | | |
|---|---|---|---|---|---|
| Citation # 5732124 | O.C.G.A. § | 40-6-123A | Citation # | O.C.G.A. § | |
| Citation # | O.C.G.A. § | | Citation # | O.C.G.A. § | |
| Citation # | O.C.G.A. § | | Citation # | O.C.G.A. § | |

| **COMMERCIAL MOTOR VEHICLES ONLY** | **COMMERCIAL MOTOR VEHICLES ONLY** |
|---|---|

| Carrier Name United Van Lines | Carrier Name |
|---|---|

| Address 1 United Drive | City Fenton | State Missouri | Zip 63026253 | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|

| U.S. D.O.T. # 00077949 | No. of Axles 5 | G.V.W.R 26001 or Greater | U.S. D.O.T. # | No. of Axles | G.V.W.R |
|---|---|---|---|---|---|

| Cargo Body Type Other | Vehicle Config. Tractor Trailer | ☐ Interstate ☑ Intrastate | Fed. Reportable ☑ Yes ☐ No | Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| C.D.L. ? ☑ Yes ☐ No | C.D.L. Suspended? ☑ Yes ☑ No | C.D.L. ? ☐ Yes ☐ No | C.D.L. Suspended? ☑ Yes ☐ No |
|---|---|---|---|

| Vehicle Placarded? ☑ Yes ☐ No | Hazardous Materials? ☑ Yes ☑ No | Vehicle Placarded? ☐ Yes ☐ No | Hazardous Materials? ☑ Yes ☐ No |
|---|---|---|---|

| Hazmat Released? ☐ Yes ☑ No | Hazmat Released? ☐ Yes ☐ No |
|---|---|

If YES: Name or 4 Digit Number from Diamond or Box:   If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:   One Digit Number from Bottom of Diamond:

| ☐ Ran Off Road | ☐ Down Hill Runaway | ☐ Cargo Loss or Shift | ☐ Separation of Units | ☐ Ran Off Road | ☐ Down Hill Runaway | ☐ Cargo Loss or Shift | ☐ Separation of Units |
|---|---|---|---|---|---|---|---|

GDOT-523 (07/17)

**EXHIBIT A**

## COLLISION FIELDS

| Manner of Collision: Sideswipe-Same Direction | Location at Area of Impact: On Roadway - Non-Intersection | Weather: Clear | Surface Condition: Dry | Light Condition: Daylight |
|---|---|---|---|---|

## NARRATIVE

On 8/8/21 I Officer D. Gooding was dispatched to I-285 Southbound and 166 Westbound on a traffic accident. Upon arrival I spoke to the driver and passenger of vehicle 2 who stated that he was in the number 3 lane when he was struck by the semi truck causing him to spin out and eventually stop on the side of the highway. Driver 2 and passenger in vehicle 2 both had complaints and were transported on scene by Grady 784. I then spoke to Driver 1 who stated that he was in the number 2 lane on I-285 southbound and began to slowly merge into the number 3 lane thinking the road way was clear. Unfortunately driver 1 did not see the other vehicle and struck the vehicle. Driver 1 stated that he had a witness stop and exchange information and I spoke to her on his phone. The witness stated that she was behind vehicle 2 and she saw the semi truck put the turn signal on to merge and began to slowly merge before striking the vehicle. Driver 1 was cited for changing lanes under OCGA 40-6-123(A).

## DIAGRAM



I-285 SB/ 1/4 mile from 166WB

N

Not To Scale

unit 1

P.O.I.

## PROPERTY DAMAGE INFORMATION

Damage Other Than Vehicle:                         Owner:

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

EXHIBIT A

## OCCUPANT INFORMATION

### 1

| Name (Last, First): fain, kenneth | | | Address: 5764 orange blossom trl ORLANDO, FL 32810 | | | | |
|---|---|---|---|---|---|---|---|
| Age: 55 | Sex: Male | Unit # 1 | Position: Front Seat-Left Side | Safety Eq: Unknown | Ejected: Not Applicable | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |

| Injured Taken To: | By: | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time: |
|---|---|---|---|---|
| | | | | |

### 2

| Name (Last, First): abiodum, jeffery | | | Address: 5012 Ridgemont walk se ATLANTA (FULTON), GA 30339 | | | | |
|---|---|---|---|---|---|---|---|
| Age: 41 | Sex: Male | Unit # 2 | Position: Front Seat-Left Side | Safety Eq: Unknown | Ejected: Not Applicable | Extricated: No | Air Bag: Non-Deployed Air | Injury: Possible Injury or Complaint (C) | Taken for Treatment: Yes |

| Injured Taken To: grady | By: grady 784 | EMS Notified Time: 08/08/2021 14:00 | EMS Arrival Time: 08/08/2021 14:00 | Hospital Arrival Time: 08/08/2021 14:30 |
|---|---|---|---|---|

### 3

| Name (Last, First): akini, Jeffery | | | Address: 5012 Ridgemont walk se ATLANTA (FULTON), GA 30339 | | | | |
|---|---|---|---|---|---|---|---|
| Age: 43 | Sex: Male | Unit # 2 | Position: Front Seat-Right Side | Safety Eq: Unknown | Ejected: No | Extricated: No | Air Bag: Non-Deployed Air | Injury: Possible Injury or Complaint (C) | Taken for Treatment: Yes |

| Injured Taken To: grady | By: grady 784 | EMS Notified Time: 08/08/2021 14:00 | EMS Arrival Time: 08/08/2021 14:00 | Hospital Arrival Time: 08/08/2021 14:30 |
|---|---|---|---|---|

### 4

| Name (Last, First): | | | Address: | | | | |
|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |

| Injured Taken To: | By: | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time: |
|---|---|---|---|---|
| | | | | |

## ADMINISTRATIVE

| Photos Taken: ☐ Yes ☑ No          By: | Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963. |
|---|---|

| Report By: Gooding, Dillon (6708) | Agency: Atlanta Police Department | Report Date: 08/08/2021 14:22 | Checked By: Brown, Andrew | Date Checked: 8/11/2021 |
|---|---|---|---|---|

EXHIBIT A