SCHROEDER MOVING SYSTEMS OF MILWAUKEE, INC. (S038845)

# Wisconsin Department of Financial Institutions
### Strengthening Wisconsin's Financial Future

Search for:

| Schroeder Moving Systems | | Search Records |

Search
Advanced Search
Name Availability

**Corporate Records**                                    Result of lookup for **S038845** (at 5/10/2023 11:15 AM )

# SCHROEDER MOVING SYSTEMS OF MILWAUKEE, INC.

**You can:** File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

**Vital Statistics**

| | |
|---|---|
| **Entity ID** | S038845 |
| **Registered Effective Date** | 06/23/1988 |
| **Period of Existence** | PER |
| **Status** | Restored to Good Standing   Request a Certificate of Status |
| **Status Date** | 06/09/2016 |
| **Entity Type** | Domestic Business |
| **Annual Report Requirements** | Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes. |

**Addresses**

| | |
|---|---|
| **Registered Agent Office** | JOHN H SCHROEDER<br>2720 E WINSLOW AVE<br>APPLETON , WI 54911-8646<br><br>File a Registered Agent/Office Update Form |
| **Principal Office** | 15700 W LINCOLN AVE<br>NEW BERLIN , WI 53151-2825 |

**Historical Information**

**Annual Reports**

| Year | Reel | Image | Filed By | Stored On |
|------|------|-------|----------|-----------|
| 2023 | 000 | 0000 | online | database |
| 2022 | 000 | 0000 | online | database |
| 2021 | 000 | 0000 | online | database |
| 2020 | 000 | 0000 | online | database |
| 2019 | 000 | 0000 | online | database |
| 2018 | 000 | 0000 | online | database |
| 2017 | 000 | 0000 | online | database |
| 2016 | 000 | 0000 | online | database |
| 2014 | 000 | 0000 | online | database |

EXHIBIT F

SCHROEDER MOVING SYSTEMS OF MILWAUKEE, INC. (S038845)

| | | | | |
|---|---|---|---|---|
| 2013 | 000 | 0000 | online | database |
| 2012 | 000 | 0000 | online | database |
| 2011 | 000 | 0000 | online | database |
| 2010 | 000 | 0000 | online | database |
| 2009 | 000 | 0000 | online | database |
| 2008 | 000 | 0000 | online | database |
| 2007 | 000 | 0000 | online | database |
| 2006 | 000 | 0000 | online | database |
| 2005 | 000 | 0000 | online | database |
| 2004 | 000 | 0000 | online | database |
| 2003 | 000 | 0000 | online | database |
| 2002 | 000 | 0000 | online | database |
| 2001 | 014 | 1919 | paper | microfilm |
| 2000 | 016 | 1482 | paper | microfilm |
| 1999 | 013 | 1303 | paper | microfilm |
| 1998 | 015 | 1424 | paper | microfilm |
| 1997 | 013 | 1196 | paper | microfilm |
| 1996 | 015 | 0654 | paper | microfilm |
| 1995 | 012 | 1142 | paper | microfilm |
| 1994 | 013 | 0080 | paper | microfilm |

File an Annual Report - Order a Document Copy

**Certificates of Newly-elected Officers/Directors**

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|
| 1988 | 152 | 0975 | paper | microfilm |

Order a Document Copy

**Old Names**       None

**Chronology**

| Effective Date | Transaction | Filed Date | Description |
|---|---|---|---|
| 06/23/1988 | Incorporated/Qualified/Registered | 06/23/1988 | |
| 07/08/1993 | Change of Registered Agent | 07/08/1993 | FM 16-1993 |
| 07/08/1999 | Change of Registered Agent | 07/08/1999 | FM 16 1999 |
| 06/25/2002 | Change of Registered Agent | 06/25/2002 | FM16-E-Form |
| 06/08/2005 | Change of Registered Agent | 06/08/2005 | FM16-E-Form |
| 04/01/2016 | Delinquent | 04/01/2016 | |
| 06/09/2016 | Change of Registered Agent | 06/09/2016 | Form16 OnlineForm |
| 06/09/2016 | Restored to Good Standing | 06/09/2016 | Form16 OnlineForm |
| 10/22/2017 | Change of Registered Agent | 10/22/2017 | Form16 OnlineForm |
| 04/17/2019 | Change of Registered Agent | 04/17/2019 | Form16 OnlineForm |
| 04/20/2023 | Change of Registered Agent | 04/20/2023 | Form16 OnlineForm |

Order a Document Copy

EXHIBIT F

5/10/23, 12:16 PM                                SCHROEDER MOVING SYSTEMS OF MILWAUKEE, INC. (S038845)

EXHIBIT F