5/10/23, 12:27 PM                                              GEORGIA



# GEORGIA CORPORATIONS DIVISION

### GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **United Van Lines, LLC** | Control Number: | **20133131** |
| Business Type: | **Foreign Limited Liability Company** | Business Status: | **Active/Compliance** |
| NAICS Code: | **Any legal purpose** | NAICS Sub Code: | |
| Principal Office Address: | **One Premier Drive, Fenton, MO, 63026, USA** | Date of Formation / Registration Date: | **7/21/2020** |
| Jurisdiction: | **Missouri** | Last Annual Registration Year: | **2023** |
| Principal Record Address: | **One Premier Drive, Fenton, MO, 63026, USA** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 S. Culver Street, Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

Back       Filing History       Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19        Report a Problem?

EXHIBIT H