**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DOREEN COUSINS-SYLVESTER,
Plaintiff,
v.
NUTRIBULLET, LLC and CAPITAL BRANDS, LLC,

Defendants.

CIVIL ACTION
FILE NO. ________________

**DEFENDANTS NUTRIBULLET, LLC AND CAPITAL BRANDS, LLC'S NOTICE OF REMOVAL**

COME NOW Defendants Nutribullet, LLC and Capital Brands, LLC ("Defendants"), through their undersigned counsel, hereby remove the above-captioned action from the State Court of Henry County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division, under 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Notice of Removal, Defendants show this Honorable Court as follows:

**RELEVANT FACTUAL AND PROCEDURAL BACKGROUND**

1. This is a product liability action in which Plaintiff alleges that she suffered severe and permanent injuries when the contents of her Nutribullet Magic Blender (the "Blender") became heated during use and unexpectedly exploded, causing severe burns to her head, face, chest, and arms (the "Incident").

2. The Incident occurred on August 2, 2020 in Locust, Georgia.

3. Plaintiff originally filed a civil action concerning the Incident in the State Court of Henry County on October 29, 2021, bearing the case number STSV2021001790. She voluntarily dismissed the original suit on October 19, 2022. *See* Ex. "A".

4. Plaintiff filed a renewal action based on the Incident in the State Court of Henry County on April 5, 2023, pursuant to O.C.G.A. § 9-2-61, bearing case number STSV2023000629 (the "Renewal Action"). *See* Ex. "A".

5. After conferring with Plaintiff's counsel, counsel for Defendants agreed to acknowledge service of the Renewal Action on April 10, 2023. *See* Ex. "A".

6. Plaintiff is a resident of Georgia.

7. Defendant Nutribullet, LLC is a California limited liability company with its principal place of business located in Los Angeles, California. *See* Ex. "B".

8. Defendant Capital Brands, LLC is a California limited liability company with its principal place of business located in Los Angeles, California. *See* Ex. "B".

9. Plaintiff alleges that she suffered severe burns to her head, face, chest, and arms as a result of the Incident. Pl.'s Compl. at ¶ 1. Accordingly, Plaintiff seeks damages from Defendants for "past, present, and future medical bills, and other necessary expenses resulting from his [sic] incident-related injuries"

and "all past, present, and future pain and suffering resulting from her incident-related injuries in an amount as determined by the enlightened conscious of the jury." Pl.'s Compl. at ¶¶ 34, 35, 67, and 68.

10. Plaintiff also seeks damages "for the loss of full enjoyment of life and disfigurement she has suffered and will continue to suffer as a proximate result of the incident. Pl.'s Compl. at ¶¶ 36 and 70.

11. Additionally, Plaintiff seeks damages against Defendants "for the loss of wages she has suffered and will continue to suffer as a proximate result of the incident and the injuries sustained therein, in an amount to be determined by the enlightened conscious of the jury." Pl.'s Compl. at ¶¶ 37 and 69.

12. Finally, Plaintiff seeks to recover uncapped punitive damages from Defendants "that will effectuate the societal function of punishing and deterring misconduct." Pl.'s Compl. at ¶¶ 38 and 72.

13. Plaintiff's Renewal Action does not seek a specific damages figure. However, based on medical records obtained during the litigation of Plaintiff's original action, Plaintiff incurred past medical expenses of at least $22,000.00. *See* Ex. "C". Considering the fact that Plaintiff is now seeking damages for additional past medical expenses, future medical expenses, pain and suffering for severe burns to her head, face, and chest, permanent disfigurement, loss of the

enjoyment of life, lost wages, and uncapped punitive damages, Plaintiff will undoubtedly seek an amount in excess of $75,000.00 at the trial of this case.

14. Given the nature and extent of the damages claimed by Plaintiff, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

15. This Court is vested with jurisdiction of this matter under 28 U.S.C. § 1332, "diversity of citizenship," because there is diversity of citizenship between Plaintiff and Defendants, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, although Defendants deny liability to Plaintiff for damages in any amount.

**JURISDICTION**

16. Based on the foregoing, this Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1). Complete diversity exists between the parties and the amount in controversy exceeds $75,000.00, exclusive of fees and costs. For these reasons, the Renewal Action is removable to this District Court by virtue of the provisions of 28 U.S.C. § 1441(a).

17. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the Renewal Action was filed in the State Court of Henry County, State of Georgia, which lies within the United States District Court for the Northern District of

Georgia, Atlanta Division. *See* 28 U.S.C. § 90(a)(2); Local Rule 3.1.A, Appendix A.I.1.

18. Pursuant to 28 U.S.C. § 1441(a), a civil action brought in a state court over which the United States District Court has original jurisdiction may be removed to the District Court embodying the place where such action is pending. Because Plaintiff's Renewal Action was filed in the State Court of Henry County, State of Georgia, this Court has removal jurisdiction over the matter.

**TIMING OF REMOVAL**

19. A notice of removal may be filed within 30 days after the defendant is served a copy of the initial pleading, motion, or other papers from which it may be ascertained that the case is removable. 28 U.S.C. § 1446(b). Defendants acknowledged service of the Renewal Action on April 10, 2023, making the deadline to remove May 10, 2023. Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

20. In accordance with 28 U.S.C. § 1446(a), a copy of all the pleadings filed in the state court action is attached hereto as Exhibit "A". The state court has issued no orders.

21. A copy of this Notice of Removal is being filed with the Clerk of Court for the State Court of Henry County, State of Georgia, in accordance with 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendants Nutribullet, LLC and Capital Brands, LLC remove the Renewal Action from the State Court of Henry County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 10th day of May, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Cameron A. Mobley*
CHARLES K. REED
Georgia Bar No. 597597
CAMERON A. MOBLEY
Georgia Bar No. 613048

*Counsel for Defendants Capital Brands, LLC and Nutribullet LLC*

600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
chuck.reed@lewisbrisbois.com
cameron.mobley@lewisbrisbois.com

**RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Dated: May 10, 2023.

/s/ *Cameron A. Mobley*_____
Cameron A. Mobley
Georgia Bar No. 613048

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing **DEFENDANTS NUTRIBULLET, LLC and CAPITAL BRANDS, LLC'S NOTICE OF FILING OF NOTICE OF REMOVAL** upon all counsel of record via electronic filing system with the Clerk of Court using CM/ECF electronic filing system, addressed as follows:

Mark Patterson
MORGAN & MORGAN, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
MPatterson@forthepeople.com

*Attorneys for Plaintiff*

Jon R. Hawk
Jon Hawk Law Firm, LLC
3727 Vineville Avenue
Macon, GA 31204
jon@hawklawfirm.law

*Attorneys for Plaintiff*

This 10th day of May, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Cameron A. Mobley*
CHARLES K. REED
Georgia Bar No. 597597
CAMERON A. MOBLEY
Georgia Bar No. 613048

600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
chuck.reed@lewisbrisbois.com
cameron.mobley@lewisbrisbois.com

*Counsel for Defendants Nutribullet, LLC and Capital Brands, LLC*