# EXHIBIT  C



**RECORDS PERTAIN TO:**
Doreen Cousins-Sylvester


**CASE NO:**
11101103


**DEPONENT:**
Grady Memorial Hospital
80 Jesse Hill Jr. Drive S.E.
Atlanta, GA 30303


**REQUESTED RECORDS:**
Billing
from August 1, 2020 to present


April 13, 2021


42578.003

◯Advita

12124 High Tech Ave., Suite 190
Orlando, FL 32817

**Records Pertaining To: Doreen Cousins-Sylvester**
**Grady Memorial Hospital**
**Billing Department**

## CERTIFICATION OF RECORDS

[✓] I do hereby certify as custodian of records that I have produced any and all records, information and documents in my/our possession pertaining to the above-referenced individual.
ATTACHED MATERIALS (PLEASE CHECK ALL THAT APPLY):

_____ RECORDS                   _____ RADIOLOGY IMAGES
_√_ BILLS                       _____ PATHOLOGY MATERIALS
_____ OTHER: _____
                (Please specify)

## CERTIFICATION OF *NO* RECORDS

[ ] I do hereby certify as custodian of records that after a thorough search NO information, records or documents have been located pertaining to the above-referenced individual (PLEASE CHECK ALL THAT APPLY):

_____ RECORDS                   _____ RADIOLOGY IMAGES
_____ BILLS                     _____ PATHOLOGY MATERIALS
_____ OTHER: _____     _____ DOCUMENTS HAVE BEEN PURGED
                (Please specify)

Please state any additional information in the space provided if clarification is needed.

_____
_____
_____

*This certification is made to the best of my knowledge, information, and belief.*

Print Name: *Mary Johnson*       Date:: 04/05/21

Signature: *Mary Johnson*       Phone: _____
Authorized Signature for: Grady Memorial Hospital

Order No. 42578.003
Record Type: Billing



04/05/21
Hospital Account:
**5008370742**

Grady Health System
P.O. Box 930704
Atlanta, GA 31193-0704
(404)616-2991

**PATIENT**
Cousins,Doreen
411 GRIER DR
LOCUST GROVE GA 30248-6002

| **SEX** | **ADMIT DT** | **DISCH DT** | **DAYS** | **DT OF BIRTH** |
|---|---|---|---|---|
| F | 8/3/2020 | 8/4/2020 | | 09/27/1963 |

**ATTENDING PHYSICIAN:** Mittal, Rohit, MD

| **INS TYPE** | **INSURANCE** | **GROUP NO** | **POLICY NO** |
|---|---|---|---|
| PRIMARY | Generic Insurance | | 11030830100 |
| SECONDARY | | | |
| TERTIARY | | | |

Charges

| Svc Dt | Rev Code | CDM Code | CPT(R) Code | Description | Qty | Amount |
|---|---|---|---|---|---|---|
| 08/03/2020 | 0207 | 20700001 | 20700001 | INTENSIVE CARE ICU BURN | 1 | $8,884.00 |
| 08/03/2020 | 0250 | 25000001 | 25000001 | FLUORESCEIN 1 MG STRP | 2 | $6.00 |
| 08/03/2020 | 0250 | 25000001 | 25000001 | BACITRACIN 500 UNIT/GM OINT 28.4 G TUBE | 1 | $13.17 |
| 08/03/2020 | 0250 | 25000001 | 25000001 | ARTIFICIAL TEARS 0.1-0.2-0.3 % SOLN 15 ML BOTTLE | 1 | $27.36 |
| 08/03/2020 | 0250 | 25000001 | 25000001 | ACETAMINOPHEN 325 MG TABS | 2 | $6.00 |
| 08/03/2020 | 0250 | 25000001 | 25000001 | BACITRACIN 500 UNIT/GM OINT 28.4 G TUBE | 1 | $13.17 |
| 08/03/2020 | 0250 | 25000001 | 25000001 | CARBOXYMETHYLCELLULOSE OPHTH UD 1 % GEL | 1 | $6.00 |
| 08/03/2020 | 0250 | 25000001 | 25000001 | MOXIFLOXACIN 0.5 % SOLN 3 ML BOTTLE | 1 | $553.70 |
| 08/03/2020 | 0250 | 25000001 | 25000001 | ERYTHROMYCIN 5 MG/GM OINT 3.5 G TUBE | 1 | $70.88 |
| 08/03/2020 | 0250 | 25000001 | 25000001 | ACETAMINOPHEN 325 MG TABS | 2 | $6.00 |
| 08/03/2020 | 0250 | 63700001 | 63700001 | SENNOSIDES 8.6 MG TABS | 2 | $6.00 |
| 08/03/2020 | 0250 | 63700001 | 63700001 | DOCUSATE SODIUM 100 MG CAPS | 1 | $6.00 |
| 08/03/2020 | 0250 | 63700001 | J1815 | INSULIN LISPRO 100 UNITS/ML SOLN | 1 | $15.00 |
| 08/03/2020 | 0250 | 63700001 | J1815 | INSULIN LISPRO 100 UNITS/ML SOLN | 1 | $15.00 |
| 08/03/2020 | 0300 | 30000420 | 36415 | VENIPUNCTURE | 1 | $43.00 |
| 08/03/2020 | 0301 | 30100178 | 82947 | POCT, GLUCOSE (METER) | 1 | $84.00 |
| 08/03/2020 | 0301 | 30100178 | 82947 | POCT, GLUCOSE (METER) | 1 | $84.00 |
| 08/03/2020 | 0301 | 30100178 | 82947 | POCT, GLUCOSE (METER) | 1 | $84.00 |
| 08/03/2020 | 0301 | 30100221 | 83036 | HGB GLYCOSY AL C | 1 | $219.00 |
| 08/03/2020 | 0301 | 30150004 | 80053 | COMP, METABOLIC PANEL | 1 | $477.00 |
| 08/03/2020 | 0301 | 30200711 | 80307 | DRUG SCREEN, ANY NUMBER DRUG CLASSES | 1 | $410.00 |
| 08/03/2020 | 0305 | 30500105 | 85025 | CBC, PLAT & DIFF | 1 | $222.00 |
| 08/03/2020 | 0450 | 26000111 | 96374 | IV PUSH - THER,PROPHYLAX,DX 1ST MED | 1 | $490.00 |
| 08/03/2020 | 0450 | 26000112 | 96375 | IV PUSH - THER,PROPHYLAX,DX ADD'L MED | 1 | $447.00 |
| 08/03/2020 | 0450 | 26000113 | 96376 | IV PUSH - THER,PROPHYLAX,DX EA PUSH SAME MED | 1 | $298.00 |
| 08/03/2020 | 0450 | 45000459 | 99285 | COMPREHENSIVE CARE | 1 | $3,060.00 |
| 08/03/2020 | 0636 | 63600001 | J1650 | ENOXAPARIN 40 MG/0.4 ML SOLN | 4 | $27.36 |
| 08/03/2020 | 0636 | 63600001 | J2270 | MORPHINE SULFATE (PF) 4 MG/ML SOLN | 1 | $22.00 |
| 08/03/2020 | 0636 | 63600001 | J2270 | MORPHINE SULFATE (PF) 2 MG/ML SOLN | 1 | $22.00 |
| 08/03/2020 | 0636 | 63600001 | J2270 | MORPHINE SULFATE (PF) 4 MG/ML SOLN | 1 | $22.00 |
| 08/03/2020 | 0636 | 63600001 | J2405 | ONDANSETRON 4 MG/2ML SOLN | 4 | $22.00 |
| 08/04/2020 | 0250 | 25000001 | 25000001 | ACETAMINOPHEN 325 MG TABS | 2 | $6.00 |
| 08/04/2020 | 0250 | 25000001 | 25000001 | CARBOXYMETHYLCELLULOSE OPHTH UD 1 % GEL | 1 | $6.00 |
| 08/04/2020 | 0250 | 25000001 | 25000001 | ACETAMINOPHEN 325 MG TABS | 2 | $6.00 |
| 08/04/2020 | 0250 | 25000001 | 25000001 | CARBOXYMETHYLCELLULOSE OPHTH UD 1 % GEL | 1 | $6.00 |
| 08/04/2020 | 0250 | 25000001 | 25000001 | OXYCODONE IR 10 MG TABS | 1 | $6.00 |
| 08/04/2020 | 0250 | 25000001 | 25000001 | POLYETHYLENE GLYCOL PACK | 1 | $6.35 |

| Svc Dt | Rev Code | CDM Code | CPT(R) Code | Description | Qty | Amount |
|--------|----------|----------|-------------|-------------|-----|--------|
| 08/04/2020 | 0250 | 25000001 | 25000001 | ARTIFICIAL TEARS 0.1-0.2-0.3 % SOLN 15 ML BOTTLE | 1 | $27.36 |
| 08/04/2020 | 0250 | 25000001 | 25000001 | OXYCODONE IR 10 MG TABS | 1 | $6.00 |
| 08/04/2020 | 0250 | 25000001 | 25000001 | ACETAMINOPHEN 325 MG TABS | 2 | $6.00 |
| 08/04/2020 | 0250 | 25000001 | 25000001 | SILVER SULFADIAZINE 1 % CREA 400 G JAR | 1 | $223.02 |
| 08/04/2020 | 0250 | 25000001 | 25000001 | MAFENIDE 85 MG/GM CREA 113.4 G TUBE | 1 | $425.77 |
| 08/04/2020 | 0250 | 63700001 | 63700001 | DOCUSATE SODIUM 100 MG CAPS | 1 | $6.00 |
| 08/04/2020 | 0250 | 63700001 | J1815 | INSULIN LISPRO 100 UNITS/ML SOLN | 1 | $15.00 |
| 08/04/2020 | 0250 | 63700001 | J1815 | INSULIN LISPRO 100 UNITS/ML SOLN | 1 | $15.00 |
| 08/04/2020 | 0250 | 63700001 | J1815 | INSULIN LISPRO 100 UNITS/ML SOLN | 1 | $15.00 |
| 08/04/2020 | 0301 | 30100178 | 82947 | POCT, GLUCOSE (METER) | 1 | $84.00 |
| 08/04/2020 | 0301 | 30100178 | 82947 | POCT, GLUCOSE (METER) | 1 | $84.00 |
| 08/04/2020 | 0301 | 30100178 | 82947 | POCT, GLUCOSE (METER) | 1 | $84.00 |
| 08/04/2020 | 0434 | 43400060 | 97165 | OT EVAL LOW COMPLEX | 1 | $660.00 |

**Total Charges: 17,349.14**

### Revenue Code Summary

| Rev Code | Description | Qty | Amount |
|----------|-------------|-----|--------|
| 0200 | INTENSIVE CARE - GENERAL CLASSIFICATION | 1 | $8,884.00 |
| 0250 | PHARMACY - GENERAL CLASSIFICATION | 35 | $1,519.78 |
| 0300 | LABORATORY - GENERAL CLASSIFICATION | 11 | $1,875.00 |
| 0430 | OCCUPATIONAL THERAPY - GENERAL CLASSIFICATION | 1 | $660.00 |
| 0450 | EMERGENCY ROOM - GENERAL CLASSIFICATION | 4 | $4,295.00 |
| 0631 | PHARMACY - EXTENSION OF 025X - SINGLE SOURCE DRUG | 11 | $115.36 |

**Total Charges: 17,349.14**



**04/05/21**
Hospital Account:
**5008399393**

Grady Health System
P.O. Box 930704
Atlanta, GA 31193-0704
(404)616-2991

| PATIENT | SEX | ADMIT DT | DISCH DT | DAYS | DT OF BIRTH |
|---|---|---|---|---|---|
| Cousins,Doreen | F | 8/7/2020 | 8/7/2020 | | 09/27/1963 |
| 411 GRIER DR | | | | | |
| LOCUST GROVE GA 30248-6002 | | | | | |

**ATTENDING PHYSICIAN:** Khalifa, Yousuf M., MD

| INS TYPE | INSURANCE | GROUP NO | POLICY NO |
|---|---|---|---|
| PRIMARY | Caresource | | 11030830100 |
| SECONDARY | | | |
| TERTIARY | | | |

**Charges**

| Svc Dt | Rev Code | CDM Code | CPT(R) Code | Description | Qty | Amount |
|---|---|---|---|---|---|---|
| 08/07/2020 | 0510 | 51000043 | 92012 | OPTHALMOL EXAM, INTER, EP | 1 | $222.00 |

**Total Charges: 222.00**

**Revenue Code Summary**

| Rev Code | Description | Qty | Amount |
|---|---|---|---|
| 0510 | CLINIC - GENERAL CLASSIFICATION | 1 | $222.00 |

**Total Charges: 222.00**

 Grady

**04/05/21**
Hospital Account:
**5008400856**

Grady Health System
P.O. Box 930704
Atlanta, GA 31193-0704
(404)616-2991

**PATIENT**
Cousins,Doreen
411 GRIER DR
LOCUST GROVE GA 30248-6002

| | SEX | ADMIT DT | DISCH DT | DAYS | DT OF BIRTH |
|---|---|---|---|---|---|
| | F | 8/10/2020 | 8/10/2020 | | 09/27/1963 |

**ATTENDING PHYSICIAN:** Ingram, Walter L., MD

| INS TYPE | INSURANCE | GROUP NO | POLICY NO |
|---|---|---|---|
| PRIMARY | Caresource | | 11030830100 |
| SECONDARY | | | |
| TERTIARY | | | |

**Charges**

| Svc Dt | Rev Code | CDM Code | CPT(R) Code | Description | Qty | Amount |
|---|---|---|---|---|---|---|
| 08/10/2020 | 0250 | 25000001 | 25000001 | GENTAMICIN 0.1 % OINT 15 G TUBE | 1 | $172.83 |
| 08/10/2020 | 0250 | 25000001 | 25000001 | MAFENIDE 85 MG/GM CREA 56.7 G TUBE | 1 | $228.80 |
| 08/10/2020 | 0361 | 36100254 | 16020 | PART THICK BURN DRESS/DEBRD;SM (TBSA<5%) | 1 | $1,607.00 |
| 08/10/2020 | 0510 | 51000064 | 99213 | VISIT LEVEL 3-EP | 1 | $399.00 |

**Total Charges: 2,407.63**

**Revenue Code Summary**

| Rev Code | Description | Qty | Amount |
|---|---|---|---|
| 0250 | PHARMACY - GENERAL CLASSIFICATION | 2 | $401.63 |
| 0360 | OPERATING ROOM SERVICES - GENERAL CLASSIFICATION | 1 | $1,607.00 |
| 0510 | CLINIC - GENERAL CLASSIFICATION | 1 | $399.00 |

**Total Charges: 2,407.63**

 **Grady**

04/05/21
Hospital Account:
**5008413496**

Grady Health System
P.O. Box 930704
Atlanta, GA 31193-0704
(404)616-2991

| **PATIENT** | **SEX** | **ADMIT DT** | **DISCH DT** | **DAYS** | **DT OF BIRTH** |
|---|---|---|---|---|---|
| Cousins,Doreen | F | 8/10/2020 | 8/10/2020 | | 09/27/1963 |
| 411 GRIER DR | | | | | |
| LOCUST GROVE GA 30248-6002 | | | | | |

**ATTENDING PHYSICIAN:** O'Keefe, Ghazala A., MD

| **INS TYPE** | **INSURANCE** | **GROUP NO** | **POLICY NO** |
|---|---|---|---|
| PRIMARY | Caresource | | 11030830100 |
| SECONDARY | | | |
| TERTIARY | | | |

**Charges**

| Svc Dt | Rev Code | CDM Code | CPT(R) Code | Description | Qty | Amount |
|---|---|---|---|---|---|---|
| 08/10/2020 | 0510 | 51000043 | 92012 | OPTHALMOL EXAM, INTER, EP | 1 | $222.00 |

**Total Charges: 222.00**

**Revenue Code Summary**

| Rev Code | Description | Qty | Amount |
|---|---|---|---|
| 0510 | CLINIC - GENERAL CLASSIFICATION | 1 | $222.00 |

**Total Charges: 222.00**

 **Grady**

04/05/21
Hospital Account:
**5008425918**

Grady Health System
P.O. Box 930704
Atlanta, GA 31193-0704
(404)616-2991

**PATIENT**
Cousins,Doreen
411 GRIER DR
LOCUST GROVE GA 30248-6002

| | **SEX** | **ADMIT DT** | **DISCH DT** | **DAYS** | **DT OF BIRTH** |
|---|---|---|---|---|---|
| | F | 8/12/2020 | 8/12/2020 | | 09/27/1963 |

**ATTENDING PHYSICIAN:** Khalifa, Yousuf M., MD

| **INS TYPE** | **INSURANCE** | **GROUP NO** | **POLICY NO** |
|---|---|---|---|
| PRIMARY | Caresource | | 11030830100 |
| SECONDARY | | | |
| TERTIARY | | | |

**Charges**

| Svc Dt | Rev Code | CDM Code | CPT(R) Code | Description | Qty | Amount |
|---|---|---|---|---|---|---|
| 08/12/2020 | 0510 | 51000043 | 92012 | OPTHALMOL EXAM, INTER, EP | 1 | $222.00 |

**Total Charges: 222.00**

**Revenue Code Summary**

| Rev Code | Description | Qty | Amount |
|---|---|---|---|
| 0510 | CLINIC - GENERAL CLASSIFICATION | 1 | $222.00 |

**Total Charges: 222.00**

 Grady

**04/05/21**
Hospital Account:
**5008440639**

Grady Health System
P.O. Box 930704
Atlanta, GA 31193-0704
(404)616-2991

| PATIENT | SEX | ADMIT DT | DISCH DT | DAYS | DT OF BIRTH |
|---------|-----|----------|----------|------|-------------|
| Cousins,Doreen | F | 8/14/2020 | 8/14/2020 | | 09/27/1963 |
| 411 GRIER DR | | | | | |
| LOCUST GROVE GA 30248-6002 | | | | | |

**ATTENDING PHYSICIAN:** Jones, Jeremy K., MD

| INS TYPE | INSURANCE | GROUP NO | POLICY NO |
|----------|-----------|----------|-----------|
| PRIMARY | Caresource | | 11030830100 |
| SECONDARY | | | |
| TERTIARY | | | |

Charges

| Svc Dt | Rev Code | CDM Code | CPT(R) Code | Description | Qty | Amount |
|--------|----------|----------|-------------|-------------|-----|--------|
| 08/14/2020 | 0510 | 51000043 | 92012 | OPTHALMOL EXAM, INTER, EP | 1 | $222.00 |

**Total Charges: 222.00**

Revenue Code Summary

| Rev Code | Description | Qty | Amount |
|----------|-------------|-----|--------|
| 0510 | CLINIC - GENERAL CLASSIFICATION | 1 | $222.00 |

**Total Charges: 222.00**

 Grady

**04/05/21**
Hospital Account:
**5008454499**

Grady Health System
P.O. Box 930704
Atlanta, GA 31193-0704
(404)616-2991

| PATIENT | SEX | ADMIT DT | DISCH DT | DAYS | DT OF BIRTH |
|---|---|---|---|---|---|
| Cousins,Doreen | F | 8/18/2020 | 8/18/2020 | | 09/27/1963 |
| 411 GRIER DR | | | | | |
| LOCUST GROVE GA 30248-6002 | | | | | |

**ATTENDING PHYSICIAN:** Ingram, Walter L., MD

| INS TYPE | INSURANCE | GROUP NO | POLICY NO |
|---|---|---|---|
| PRIMARY | Caresource | | 11030830100 |
| SECONDARY | | | |
| TERTIARY | | | |

**Charges**

| Svc Dt | Rev Code | CDM Code | CPT(R) Code | Description | Qty | Amount |
|---|---|---|---|---|---|---|
| 08/18/2020 | 0250 | 25000001 | 25000001 | SILVER SULFADIAZINE 1 % CREA 50 G JAR | 1 | $56.62 |
| 08/18/2020 | 0510 | 51000063 | 99212 | VISIT LEVEL 2-EP | 1 | $313.00 |

**Total Charges: 369.62**

**Revenue Code Summary**

| Rev Code | Description | Qty | Amount |
|---|---|---|---|
| 0250 | PHARMACY - GENERAL CLASSIFICATION | 1 | $56.62 |
| 0510 | CLINIC - GENERAL CLASSIFICATION | 1 | $313.00 |

**Total Charges: 369.62**



**RECORDS PERTAIN TO:**
Doreen Cousins-Sylvester


**CASE NO:**
11101103


**DEPONENT:**
Venture Medical Associates
3334 Hwy, 155 South, Ste. B
Locust Grove, GA 30248


**REQUESTED RECORDS:**
Medical & Billing
from August 1, 2020 to present


**RECEIVED RECORDS:**
Billing


April 23, 2021


42578.001

◯Advita

12124 High Tech Ave., Suite 190
Orlando, FL 32817

**Records Pertaining To: Doreen Cousins-Sylvester**
**Venture Medical Associates**
**Medical Records**

## CERTIFICATION OF RECORDS

[✓]   I do hereby certify as custodian of records that I have produced any and all records, information and documents in
my/our possession pertaining to the above-referenced individual.
ATTACHED MATERIALS (PLEASE CHECK ALL THAT APPLY):

    ✓ RECORDS                          ___ RADIOLOGY IMAGES
    ✓ BILLS                             ___ PATHOLOGY MATERIALS
    ___ OTHER: _____
             (Please specify)

## CERTIFICATION OF *NO* RECORDS

I do hereby certify as custodian of records that after a thorough search NO  information, records or documents
have been located pertaining to the above-referenced individual (PLEASE CHECK ALL THAT APPLY):

    ___ RECORDS                        ___ RADIOLOGY IMAGES
    ___ BILLS                           ___ PATHOLOGY MATERIALS
    ___ OTHER: _____ ___ DOCUMENTS HAVE BEEN PURGED
             (Please specify)

Please state any additional information in the space provided if clarification is needed

_____
_____
_____

*This certification is made to the best of my knowledge, information, and belief.*

Print Name: Jaymie Pawls          Date:: 4/6/2021

Signature: Jaymie Pawls          Phone: 770-385-7929
Authorized Signature for:  Venture Medical Associates

Order No. 42578.001
Record Type: Medical & Billing

Patient: COUSINS, DOREEN A   DOB: 09/27/1963   Phone: 917-674-7276
Address: 411 GRIER DR, LOCUST GROVE, GA, US, 30248-6002
Claim Date: 08/04/2020   Encounter Date: 08/03/2020
Servicing Provider: RODRIGUEZ, LEKEISHAServicing Provider NPI: 1710233309

**Total Amount:** $ 386.00   **Payments/Adjustments:** $ 386.00   **Balance:** $ 0.00
**Claim Number:** 248001   **Filing Status:** Patient

### ICD Codes:

T20.20XA Burn of second degree of head, face, and neck, unspecified site, initial encounter.

T26.40XA Burn of unspecified eye and adnexa, part unspecified, initial encounter.

T20.27XA Burn of second degree of neck, initial encounter.

E11.65 Type 2 diabetes mellitus with hyperglycemia.

E78.2 Mixed hyperlipidemia.

F43.22 Adjustment disorder with anxiety.

Z68.20 BMI 20.0-20.9, adult.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 99214 Office Visit, Est Pt., Level 4 | 25 | 08/03/2020 | 08/03/2020 | 11-OFFICE | 1 -Medical Care | $174.00 | 1.00 | $174.00 |
| J1100 INJ DEXETHOSONE SODIM PHOSHATE 1 MG | | 08/03/2020 | 08/03/2020 | 11-OFFICE | 1 -Medical Care | $5.00 | 10.00 | $50.00 |
| 96372 IM Injection | 59 | 08/03/2020 | 08/03/2020 | 11-OFFICE | 1 -Medical Care | $51.00 | 1.00 | $51.00 |
| J1885 Toradol 15 MG (VMA STOCK) | | 08/03/2020 | 08/03/2020 | 11-OFFICE | 1 -Medical Care | $15.00 | 4.00 | $60.00 |
| 96372 THER/PROPH/DIAG INJ, SC/IM | | 08/03/2020 | 08/03/2020 | 11-OFFICE | 1 -Medical Care | $51.00 | 1.00 | $51.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| CARESOURCE MARKETPLACE | HIXGA | 11030830100 | MC | |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| Patient | 08/03/2020 | COPAY CREDIT CARD | 4eb4bfa97a55 | $60.00 |
| CARESOURCE - MEDICAID | 08/18/2020 | Credit Card | 1a2b4817653d | $127.91 |
| CARESOURCE - MEDICAID | 09/25/2020 | Credit Card | 8a3dbaf184cf | $0.00 |

### Refund:

| To | Date | Type | Check No | Posted Refund |
|---|---|---|---|---|

### Adjustment:

| Code | Date | Name | Amount |
|---|---|---|---|

### Claim Data:

**Symptom Indicator:** First Symptom Date
**Symptom/Accident Date:** 08/03/2020

### Claim Header:

**Residence Type:**
**Student Status:**
**Employment Status:**

**Primary Insurance:**

**Claim Type:** Medical

<u>**Claim Log:**</u>

08/04/2020   03:51 PM   Electronic Submission to CareSource Marketplace

Patient: COUSINS, DOREEN A   **DOB:** 09/27/1963   Phone: 917-674-7276
Address: 411 GRIER DR, LOCUST GROVE, GA, US, 30248-6002
Claim Date: 08/13/2020   Encounter Date: 08/13/2020
Servicing Provider: LEWIS, CANDACE KServicing Provider NPI: 1912319781

**Total Amount:** $ 174.00   **Payments/Adjustments:** $ 174.00   **Balance:** $ 0.00
**Claim Number:** 249713   **Filing Status:** Patient

### ICD Codes:

Z20.828 Close exposure to COVID-19 virus.

E11.65 Type 2 diabetes mellitus with hyperglycemia.

E78.2 Mixed hyperlipidemia.

F43.22 Adjustment disorder with anxiety.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 99214 Office Visit, Est Pt., Level 4 | | 08/13/2020 | 08/13/2020 | 11-OFFICE | 1-Medical Care | $174.00 | 1.00 | $174.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| CARESOURCE MARKETPLACE | HIXGA | 11030830100 | MC | |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| Patient | 08/13/2020 | COPAY CREDIT CARD | 575f6030d7c3 | $0.00 |
| CARESOURCE - MEDICAID | 09/25/2020 | Credit Card | 8a3dbaf184cf | $154.43 |

### Refund:

| To | Date | Type | Check No | Posted Refund |
|---|---|---|---|---|

### Adjustment:

| Code | Date | Name | Amount |
|---|---|---|---|

### Claim Data:

**Symptom Indicator:** First Symptom Date
**Symptom/Accident Date:** 08/13/2020

### Claim Header:

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

### Claim Log:

08/17/2020  03:41 PM  Electronic Submission to CareSource Marketplace

Patient: COUSINS, DOREEN A   DOB: 09/27/1963   Phone: 917-674-7276
Address: 411 GRIER DR, LOCUST GROVE, GA, US, 30248-6002
Claim Date: 11/23/2020   Encounter Date: 11/18/2020
Servicing Provider: LEWIS, CANDACE K Servicing Provider NPI: 1912319781

**Total Amount: $ 174.00   Payments/Adjustments: $ 174.00   Balance: $ 0.00**   .
**Claim Number:** 264401   **Filing Status:** Patient

ICD Codes:

M25.562 Pain in left knee.

Z68.1 Body mass index [BMI] 19.9 or less, adult.

E11.65 Type 2 diabetes mellitus with hyperglycemia.

E78.2 Mixed hyperlipidemia.

F43.22 Adjustment disorder with anxiety.

CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 99214 Office Visit, Est Pt., Level 4 | GT | 11/18/2020 | 11/18/2020 | 2-Telehealth | 1-Medical Care | $174.00 | 1.00 | $174.00 |

Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| CARESOURCE MARKETPLACE | HIXGA | 11030830100 | MC | |

Payment:

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| CARESOURCE – MEDICAID | 12/09/2020 | Credit Card | 50a307ac40da | $112.59 |

Refund:

| To | Date | Type | Check No | Posted Refund |
|----|------|------|----------|---------------|

Adjustment:

| Code | Date | Name | Amount |
|------|------|------|--------|

Claim Data:

**Symptom Indicator:** First Symptom Date
**Symptom/Accident Date:** 11/18/2020

Claim Header:

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

Claim Log:

11/24/2020  08:05 AM  Electronic Submission to CareSource Marketplace

Patient: COUSINS, DOREEN A    DOB: 09/27/1963    Phone: 917-674-7276
Address: 411 GRIER DR, LOCUST GROVE, GA, US, 30248-6002
Claim Date: 02/22/2021    Encounter Date: 02/19/2021
Servicing Provider: LEWIS, CANDACE K Servicing Provider NPI: 1912319781

**Total Amount: $ 416.00   Payments/Adjustments: $ 416.00   Balance: $ 0.00**
**Claim Number: 278110   Filing Status: Patient**

ICD Codes:

E11.65 Type 2 diabetes mellitus with hyperglycemia.

E78.2 Mixed hyperlipidemia.

F43.22 Adjustment disorder with anxiety.

M54.42 Lumbago with sciatica, left side.

M54.41 Lumbago with sciatica, right side.

R22.9 Localized superficial mass.

Z13.820 Osteoporosis screening.

Z12.31 Encounter for screening mammogram for malignant neoplasm of breast.

CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 81002 URINE-NO MICRO | | 02/19/2021 | 02/19/2021 | 11-OFFICE | 1-Medical Care | $20.00 | 1.00 | $20.00 |
| 72100 X-RAY EXAM OF LOWER SPINE | | 02/19/2021 | 02/19/2021 | 11-OFFICE | 1-Medical Care | $120.00 | 1.00 | $120.00 |
| 73521 X-RAY EXAM HIPS BI 2 VIEWS | | 02/19/2021 | 02/19/2021 | 11-OFFICE | 1-Medical Care | $102.00 | 1.00 | $102.00 |
| 4019F DOC RECPT COUNSL VIT D/CALC+ | | 02/19/2021 | 02/19/2021 | 11-OFFICE | 1-Medical Care | $0.00 | 1.00 | $0.00 |
| 99214 Office Visit, Est Pt., Level 4 | 25 | 02/19/2021 | 02/19/2021 | 11-OFFICE | 1-Medical Care | $174.00 | 1.00 | $174.00 |

Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| CARESOURCE MARKETPLACE | HIXGA | 11030830100 | MC | |

Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| Patient | 08/13/2020 | COPAY CREDIT CARD | 575f5030d7c3 | $15.13 |
| Patient | 02/19/2021 | Credit Card | e18804105f9e | $24.87 |
| CARESOURCE - MEDICAID | 03/08/2021 | Credit Card | 65720289409e | $0.00 |
| CARESOURCE - MEDICAID | 03/24/2021 | Credit Card | 82b5da894fca | $253.79 |

Refund:

| To | Date | Type | Check No | Posted Refund |
|---|---|---|---|---|

Adjustment:

| Code | Date | Name | Amount |
|---|---|---|---|

Claim Data:

**Symptom Indicator:** First Symptom Date

**Symptom/Accident Date:** 02/19/2021

Claim Header:

**Residence Type:**

**Student Status:**

**Employment Status:**

**Primary Insurance:**

**Claim Type:** Medical

<u>**Claim Log:**</u>

03/08/2021 03:11 PM Electronic Submission to CARESOURCE MARKETPLACE

02/22/2021 04:42 PM Electronic Submission to CARESOURCE MARKETPLACE