**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ESTATE OF LEE HENRY GRINSTON JR., <br><br> Plaintiff, <br><br> v. <br><br> THE KROGER CO., <br><br> Defendant. | Case No. <br><br> _____ <br><br> Removed from State Court of Cobb County, Civil Action File No. 23-A-1023 <br><br> JURY TRIAL DEMANDED |

**NOTICE OF REMOVAL BY DEFENDANT THE KROGER CO.**

COMES NOW **THE KROGER CO.**, Defendant in the above-styled civil action, by and through undersigned counsel, and files this Notice of Removal, showing the Court as follows:

1.

This action was filed in the State Court of Cobb County, Georgia, said county being part of the Northern District of Georgia. See N.D.G.A. Local Rule 3.1(A), LR App. A, I. This, the Atlanta Division of this Court, is the proper Division for this removal as further set forth below.

2.

The action is a civil action for personal bodily injuries and medical expenses, and the United States District Court for the Northern District of Georgia has jurisdiction by reason of the diversity of citizenship of the parties.

3.

The matter in dispute exceeds $75,000.00, the statutory amount in controversy, exclusive of interest and costs, as Plaintiff's counsel has represented in writing that Plaintiff demands that Defendant Kroger's insurer pay the insurance policy limits to resolve Plaintiff's claims against The Kroger Co.  <u>See</u> Exhibit A.  Defendant's applicable policy limit for basis of Plaintiff's claims is well over $75,000.  <u>See</u> Exhibit B.

4.

(a) At the time of the commencement of this action in the State Court of Cobb County, upon information and belief, and according to Plaintiff's *Bodily Injury Complaint*, Plaintiff was, and still is, an estate established under the laws of Georgia.

(b) Defendant Kroger at the time this action commenced was and still is a corporation, incorporated and existing under and by virtue of the laws of Ohio having its principal place of business in Ohio, and a citizen of Ohio.

5.

A true and correct copy of all process, pleadings, and orders served upon Defendant in this action are attached hereto as Exhibit C.

6.

The instant Notice of Removal is timely filed pursuant to and in accordance with 28 U.S.C. § 1446(b) within thirty days after the receipt by Defendant's counsel of Plaintiff's Summons and Complaint, attached as part of Exhibit C.

7.

Furthermore, the instant Notice of Removal is timely filed pursuant to and in accordance with 28 U.S.C. § 1446(c)(1) within one year of the commencement of the action.

8.

Accordingly, this action, over which the United States District Court for the Northern District of Georgia has original jurisdiction under 28 U.S.C. § 1332, is removable to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441.

9.

Venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1391, and N.D.G.A. Local Rule 3.1(B)(1)(a).  Specifically, Plaintiff's Complaint was filed in the State Court of Cobb County, which is part of the Atlanta Division. See N.D.G.A. Local Rule 3.1(A), LR App. A, I.

10.

As required by 28 U.S.C. § 1446 (d), Defendant shall give written notice hereof to all adverse parties and shall file a copy of this Notice of Removal with the Clerk of the State Court of Cobb County.

WHEREFORE, Defendant The Kroger Co., requests that this action proceed in this Court as an action properly removed to it.

Respectfully submitted, this 10th day of May, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone:  (404) 870-7386 | Georgia State Bar No.: 412593 |
| Facsimile:  (404) 870-1033 | Jeremy A. Freiman |
| Email:  mmoffett@grsmb.com | Georgia State Bar No.: 786086 |
| slisle@grsmb.com | *Attorneys for Defendant The Kroger Co.* |
| jfreiman@grsmb.com | |

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1**

This is to certify that I have this day served a copy of the foregoing with the Clerk of Court using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action:

Shaun Moore, Esq.
Richard Parsons, Esq.
**Parsons Law, LLC**
208 Pirkle Ferry Road
Suite B
Cumming, GA 30040
678-314-1553
smoore@parsons-lawfirm.com
rparsons@parsons-lawfirm.com

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this 10th day of May, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | _/s/ Sarah Raquel L. Lisle_ |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone: (404) 870-7386 | Georgia State Bar No.: 412593 |
| Facsimile: (404) 870-1033 | Jeremy A. Freiman |
| | Georgia State Bar No.: 786086 |
| | *Attorneys for Defendants* |