**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ESTATE OF<br>LEE HENRY GRINSTON JR., | Case No.<br><br>_____ |
| Plaintiff, | |
| v. | Removed from State Court of<br>Cobb County, Civil Action File<br>No. 23-A-1023 |
| THE KROGER CO., | |
| Defendant. | JURY TRIAL DEMANDED |

## DEFENDANT THE KROGER CO.'S
## DEMAND FOR TWELVE PERSON JURY

COMES NOW Defendant **THE KROGER CO.**, by and through undersigned counsel, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and hereby demands a trial by jury of twelve persons.

Respectfully submitted, this 10th day of May, 2023.

**GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone: (404) 870-7386
Facsimile: (404) 870-1033
Email: mmoffett@grsmb.com
slisle@grsmb.com
jfreiman@grsmb.com

*/s/ Sarah Raquel L. Lisle*
Matthew G. Moffett
Georgia State Bar No.: 515323
Sarah Raquel L. Lisle
Georgia State Bar No.: 412593
Jeremy A. Freiman
Georgia State Bar No.: 786086
*Attorneys for Defendant The Kroger Co.*

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served a copy of the foregoing with the Clerk of Court using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action:

Shaun Moore, Esq.
Richard Parsons, Esq.
**Parsons Law, LLC**
208 Pirkle Ferry Road
Suite B
Cumming, GA 30040
678-314-1553
smoore@parsons-lawfirm.com
rparsons@parsons-lawfirm.com

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this 10th day of May, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.:  515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone:  (404) 870-7386 | Georgia State Bar No.: 412593 |
| Facsimile:   (404) 870-1033 | Jeremy A. Freiman |
| | Georgia State Bar No.: 786086 |
| | *Attorneys for Defendants* |