

**DEFENDANT'S EXHIBIT B**

Chubb Group
ACE American Insurance Company
436 Walnut Street
Philadelphia, PA 19106-3703
(a stock insurance company)

# Excess Commercial General Liability Policy Declarations

**POLICY IDENTIFICATION**

XSL   G72478861

| NAMED INSURED | PRODUCER |
|---|---|
| The Kroger Co.<br><br>1014 Vine Street<br>Suite 1000<br>Cincinnati OH 45202 | CODE: 174144<br><br>MARSH USA INC<br><br>540 WEST MADISON STREET<br><br>CHICAGO IL 60661 |

POLICY IS: RENEWAL                          OF  XSL G7156521A

NAMED INSURED IS:   Corporation                         other

BUSINESS OF INSURED:  Groceries, general line

POLICY PERIOD: FROM  03/01/2021 TO  03/01/2022

12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

## PREMIUM COMPUTATION AND PAYMENT CONDITIONS

AUDIT PERIOD: Annual, unless otherwise stated:    ☐ Semi-Annual    ☐ Quarterly    ☒ Not Auditable

TOTAL ADVANCE PREMIUM (including surcharges): ▮▮▮▮▮▮

Refer to Surcharge Schedule for surcharge amounts.

COUNTERSIGNED: _____      BY:_____
                                                                        (Authorized Representative)

| DECLARATIONS – EXCESS GENERAL LIABILITY POLICY – Page 2 | XSL | G72478861 |
|---|---|---|
| | \multicolumn{2}{l}{POLICY IDENTIFICATION} |

## LIMITS OF INSURANCE

In return for the payment of premium indicated on Page 1 of the Declarations, we agree with you to provide insurance at the limits shown, subject to all of the terms and conditions of this policy.

| | |
|---|---|
| GENERAL AGGREGATE LIMIT | $30,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $30,000,000 |
| EACH OCCURRENCE LIMIT | $2,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT | $2,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $2,000,000 |

## RETAINED LIMIT

| | |
|---|---|
| EACH OCCURRENCE | $3,000,000 |
| PERSONAL AND ADVERTISING INJURY | $3,000,000 |

## FORMS AND ENDORSEMENTS

FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT INCEPTION:

## SCHEDULE OF NOTICES

| Form No. | Description |
|---|---|
| ALL23445b0713 | Policyholder Notice Commercial Lines Deregulation New York |
| ALL4X070796 | An Important Notice To Our Alaska Policyholders |
| ALL2Y31b1109 | Arkansas Notice To Policyholders |
| ALL208871006 | Chubb Producer Compensation Practices & Policies |
| ALL223680607 | Colorado Fraud Statement |
| ILN1751111 | Illinois Notice To Policyholders Regarding The Religious Freedom Protection And Civil Union Act |
| ALL301520710 | Important Information To Idaho Policyholders Regarding Your Insurance |
| ALL7X47a0206 | Important Information To Virginia Policyholders Regarding Your Insurance |
| ALL2Y810514 | Indiana Notice To Policyholders |
| ALL512200918 | Missouri Disclaimer Notice Commercial Lines Deregulation |
| ALL2U78b0206 | Notice To All Oklahoma Policyholders |
| ALL398220413 | Notice To Our Florida Property And Casualty Policyholders Guidelines For Loss Control Plans |
| IL09100702 | Pennsylvania Notice |
| ALL5W060795 | Policyholder Notice - Ohio |
| ALL18653d0714 | Questions About Your Insurance? |
| ALL5X451196 | Questions About Your Insurance? |

| Form No. | Description |
|---|---|
| ALL11559e0716 | Risk Control Services For Texas Policyholders |
| ALL4Y30g0520 | Texas Notice Information And Complaints |
| ILP0010104 | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholders |
| ALL5X51a0206 | Wisconsin Notice To Policyholders |

## SCHEDULE OF COVERAGE FORMS

| Form No. | Description |
|---|---|
| XS6U91e1218 | Excess Commercial General Liability Policy |

## SCHEDULE OF ENDORSEMENTS

| Endt. No. | Form No. | Description |
|---|---|---|
| 1 | ALL32677a0412 | Kentucky Local Government Premium Tax Schedule |
| 2 | ALL224211011 | Surcharge Schedule |
| 3 | CC1K11iOH0218 | Signatures |
| 4 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 5 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 6 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 7 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 8 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 9 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 10 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 11 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 12 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 13 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 14 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 15 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 16 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 17 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 18 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 19 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 20 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 21 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 22 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 23 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 24 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 25 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 26 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 27 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 28 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 29 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 30 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 31 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |
| 32 | XS6W25b0413 | Additional Insured - Designated Person Or Organization |

| Endt. No. | Form No. | Description |
|---|---|---|
| 33 | XS6W30a0217 | Additional Insured – Managers Or Lessors Of Premises |
| 34 | XS6W30a0217 | Additional Insured – Managers Or Lessors Of Premises |
| 35 | XS6W30a0217 | Additional Insured – Managers Or Lessors Of Premises |
| 36 | XS6W30a0217 | Additional Insured – Managers Or Lessors Of Premises |
| 37 | XS21170a0413 | Additional Insured - Mortgagee, Assignee, Or Receiver |
| 38 | XS21164a0413 | Additional Insured - Owners, Lessees Or Contractors - Completed Operations |
| 39 | XS21164a0413 | Additional Insured - Owners, Lessees Or Contractors - Completed Operations |
| 40 | XS21164a0413 | Additional Insured - Owners, Lessees Or Contractors - Completed Operations |
| 41 | XS21168a0413 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization |
| 42 | XS21168a0413 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization |
| 43 | XS21168a0413 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization |
| 44 | XS21168a0413 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization |
| 45 | XS6W280995 | Additional Insured - Specified Employees Professional Health Care Services |
| 46 | XS21167b0413 | Additional Insured - State Or Political Subdivisions - Permits Or Authorizations |
| 47 | XS6W31c0217 | Additional Insured - Vendors |
| 48 | XS6W31c0217 | Additional Insured - Vendors |
| 49 | XS6W31c0217 | Additional Insured - Vendors |
| 50 | XS6W32A0407 | Amendment Of Contractual Liability Exclusion For Personal Injury |
| 51 | XS211601106 | Boats |
| 52 | All23684a0115 | Cap On Losses From Certified Acts Of Terrorism |
| 53 | LD246700308 | Clubs |
| 54 | XS20723a0510 | Contractual Liability - Railroads |
| 55 | LD246710308 | Definition Of Insured Contract Amendment |
| 56 | ALL205010706 | Designated Entity Exclusion |
| 57 | ALL10617b0614 | Earlier Notice Of Cancellation And Non-Renewal Endorsement |
| 58 | XS342601011 | Employee Benefits Liability Coverage |
| 59 | XS476730316 | Exclusion – Unmanned Aircraft |
| 60 | XS14778b0115 | Exclusion Of Certified Acts Of Terrorism |
| 61 | LD498741117 | Government Claims Or Proceedings |
| 62 | XS34628a0116 | GPS Global Program Solutions Endorsement (Non-Admitted Eliminated) |
| 63 | XS21226a0510 | Knowledge Of Occurrence |
| 64 | LD200330206 | Limited Discrimination Coverage |
| 65 | XS46599a1115 | Limited Electronic Data Loss Coverage – Access, Collection, Release, Disclosure, Limited Bodily Injury And Property Damage |
| 66 | XS20037a0207 | Liquor Liability Coverage |
| 67 | LD200380206 | Mental Injury Coverage |
| 68 | XS20288a0514 | Non-Contributory Endorsement For Additional Insureds |

| Endt. No. | Form No. | Description |
|---|---|---|
| 69 | ALL326880111 | Notice To Others Endorsement - Specific Parties |
| 70 | ALL326880111 | Notice To Others Endorsement - Specific Parties |
| 71 | ALL326880111 | Notice To Others Endorsement - Specific Parties |
| 72 | ALL180571211 | Notification Of Premium Adjustment |
| 73 | XS18356a0610 | Partnership, Joint Venture Or Limited Liability Company Coverage - Named Insured's Interest |
| 74 | XS25457a0220 | Pharmacists – Broadened Coverage |
| 75 | XS202970606 | Products/Completed Operations Hazard Redefined |
| 76 | ALL442990215 | Reporting Of Data On Claims Within A Retention |
| 77 | XS212331106 | Silica, Dust And Particulate Matter Exclusion |
| 78 | ALL211011106 | Trade Or Economic Sanctions Endorsement |
| 79 | LD2X62a0408 | Unintentional Failure To Disclose |
| 80 | XS6W34a0220 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |
| 81 | XS6W34a0220 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |
| 82 | MS651820319 | Additional Insured - State Of Governmental Agency Or Subdivision Or Political Subdivision - Permits Or Authorizations Relating To Premises |
| 83 | MS111590117 | Allocated Loss Adjustment Expense |
| 84 | MS111610113 | Amendment - Liquor Liability |
| 85 | MS650420219 | Amendment Of Coverage Territory - Worldwide Coverage |
| 86 | MS111620113 | Amendment Of Exclusion - Bodily Injury |
| 87 | MS111630115 | Architects And Engineers Professional Liability |
| 88 | MS31255111220 | CANNABIS EXCLUSION WITH JURISDICTIONAL LIMITATION |
| 89 | MS111640113 | In-Store Child Care Coverage |
| 90 | MS111650115 | Lawyers Professional Liability |
| 91 | MS47525115 | Lead Exclusion Deleted |
| 92 | MS111660115 | Mobile Equipment |
| 93 | MS111580113 | Named Insured Endorsement |
| 94 | MS111670113 | Notary Public |
| 95 | MS31255121220 | OPIOID AND NARCOTICS EXCLUSION |
| 96 | MS111680115 | Pollution Exclusion With Pesticide Applicator Exception |
| 97 | MS111690113 | Professional Services Liability Exclusion |
| 98 | MS198210117 | Public Entity Additional Insured Endorsement |
| 99 | MS192850115 | Reimbursement Of Deductible Endorsement |
| 100 | IL09851220 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| 101 | ALL5X26b1111 | Alaska Changes - Attorneys Fees |
| 102 | LD2S50b0201 | Alaska Changes - Cancellation And Nonrenewal |
| 103 | LD2S51c1214 | Arizona Changes - Cancellation And Nonrenewal |
| 104 | LD2S52b0801 | Arkansas Changes - Cancellation And Nonrenewal |
| 105 | LD2S53d0811 | California Changes - Cancellation And Nonrenewal |
| 106 | LD2S54a0201 | Colorado Changes - Cancellation And Nonrenewal |
| 107 | LD3S08b0612 | Delaware Changes - Cancellation And Nonrenewal |
| 108 | LD2S57b0201 | Florida Changes - Cancellation And Nonrenewal |
| 109 | XS1V18b0215 | Georgia Changes - Cancellation And Nonrenewal |
| 110 | LD2S60c0311 | Idaho Changes - Cancellation And Nonrenewal |

| Endt. No. | Form No. | Description |
|---|---|---|
| 111 | LD2S61a0201 | Illinois Changes - Cancellation And Nonrenewal |
| 112 | LD2S62a0201 | Indiana Changes - Cancellation And Nonrenewal |
| 113 | LD2S64a0201 | Kansas Changes - Cancellation And Nonrenewal |
| 114 | LD2S65a0201 | Kentucky Changes - Cancellation And Nonrenewal |
| 115 | LD2S66c0801 | Louisiana Changes - Cancellation And Nonrenewal |
| 116 | LD2S68c0516 | Maryland Changes – Cancellation And Nonrenewal |
| 117 | LD2S69e0417 | Michigan Changes - Cancellation And Nonrenewal |
| 118 | LD2S70a0201 | Minnesota Changes - Cancellation And Nonrenewal |
| 119 | XS223600607 | Minnesota Changes Endorsement |
| 120 | LD2S71a0201 | Mississippi Changes - Cancellation And Nonrenewal |
| 121 | LD2S72c0805 | Missouri Changes - Cancellation And Nonrenewal |
| 122 | LD2S73e0407 | Montana Amendatory Endorsement |
| 123 | LD2S74a0201 | Nebraska - Cancellation And Nonrenewal |
| 124 | LD3S07a0201 | Nevada Changes - Cancellation And Nonrenewal |
| 125 | LD2S76 | New Jersey Changes - Cancellation And Nonrenewal |
| 126 | LD10247a0515 | New Mexico Changes - Cancellation And Nonrenewal |
| 127 | ALL252131008 | New York Changes |
| 128 | LD2S77c0201 | New York Changes - Cancellation And Nonrenewal |
| 129 | LD2S78b0201 | North Carolina - Cancellation And Nonrenewal |
| 130 | LD2S80c0706 | Ohio Changes - Cancellation And Nonrenewal |
| 131 | LD2S81c1006 | Oklahoma Changes - Cancellation And Nonrenewal |
| 132 | LD2S82a0201 | Oregon Changes - Cancellation And Nonrenewal |
| 133 | LD2S83a0201 | Pennsylvania Changes - Cancellation And Nonrenewal |
| 134 | LD2S86b0810 | South Carolina Changes - Cancellation, Nonrenewal |
| 135 | LD2S88a0201 | Tennessee Changes - Cancellation And Nonrenewal |
| 136 | LD2S89a0201 | Texas Changes - Cancellation And Nonrenewal Provisions For Casualty Lines And Commercial Package Policies |
| 137 | LD2S90b0201 | Utah Changes - Cancellation And Nonrenewal |
| 138 | LD2S92d1215 | Virginia Changes - Cancellation And Nonrenewal |
| 139 | LD2S930392 | Washington Changes - Cancellation And Nonrenewal |
| 140 | XS380201113 | Washington Changes - Defense Costs |
| 141 | LD2S94a0201 | West Virginia Changes - Cancellation And Nonrenewal |
| 142 | LD2S95a0201 | Wisconsin Changes - Cancellation And Nonrenewal |
| 143 | LD2S96a0201 | Wyoming Changes - Cancellation And Nonrenewal |

This declaration and the coverage form(s) and endorsements, if any, listed above and attached, completes the above numbered policy.