EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|
| ___ FEPA<br>_X_ EEOC | **410-2022-00048** |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.)<br>Ms. Vicenta Cabrera | Home Phone (Incl. Area Code)<br>(678) 934-3273 | Date of Birth<br>09/27/1976 |
|---|---|---|

Street Address: 1164 Elaine Drive, Forest Park GA 30297
City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>Mainline Aviation LLC/Goldbergs Group LLC | No. Employees, Members<br>500+ | Phone No. (Include Area Code)<br>(404) 465-1100 |
|---|---|---|

Street Address: 1700 Enterprise Way, Suite 101  Marietta, GA 30067

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

_X_ RACE  __ COLOR  __ SEX  __ RELIGION  _X_ NATIONAL ORIGIN

__ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 5/1/2021   Latest: 6/11/2021

__ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I am from El Salvador and I am a lawful US Permanent Resident. I was employed by Mainline Aviation LLC, a subsidiary of Goldbergs Group LLC, beginning on or about March 2021. From March to May 2021, I worked at Mainline Aviation LLC's plant, in Forest Park, Georgia. At that time, I was paid through a staffing agency. On May 5, 2021, I became a direct hire of Mainline Aviation LLC, following an immigration raid in which a large portion of the company's staff was terminated. My official title was Assembler. After I was hired directly, I did not receive a paycheck for five weeks, which caused me to suffer many financial hardships.

On numerous occasions, I reasonably inquired on when I should expect my unpaid wages. Rather than receiving a forthright answer, I was dismissed, mocked, and humiliated, solely on account of my race/nationality and my limited English proficiency. Notwithstanding that I have lawful immigration status, I was instead terminated on June 11, 2021, after the manager told me that he did not want any "illegals" in his company.

I believe I have been the victim of discrimination due to my race/national origin (Hispanic/El Salvador) in violation of Title VII of the Civil Rights Act.

**EEOC RECEIVED 09/27/2021**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>9-25-2021    X *Vicenta Cabrera*<br>Date     Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |