# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLENDA HARRELSON, individually and on behalf of all similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> WONWON GROUP INC. d/b/a VOLCANO STEAK & SUSHI, <br><br> Defendant. | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

## CONSENT TO JOIN

By my signature below, I hereby consent, pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), to become a Party Plaintiff in the above-captioned FLSA action and authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Defendant Wonwon Group Inc. d/b/a Volcano Steak & Sushi to pay me all wages and allow me to retain all tips required by the FLSA.

1

2

I designate Justin M. Scott and Tierra M. Monteiro, of Scott Employment Law, P.C. to represent me in this suit.

<u>Glenda Harrelson</u>
Name (Printed)

<u>Glenda Harrelson (May 11, 2023 11:55 EDT)</u>     <u>May 11, 2023</u>
Signature                                           Date

2