

## Service of Process Transmittal Summary

**TO:**     Cindy Karaban
Ally Financial Inc.
500 Woodward Ave Fl 9
Detroit, MI 48226-3423

**RE:**     **Process Served in Georgia**

**FOR:**    Ally Financial  (Assumed Name)  (Domestic State: DE)
Ally Financial Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BRAN LAJOCK GILBERT vs. ALLY FINANCIAL<br>Name discrepancy noted. |
| **DOCUMENT(S) SERVED:** | Sheriff's Entry, Statement of Claim, Notice(s), Exhibit, Certificate, Affidavit, Attachment(s) |
| **COURT/AGENCY:** | GWINNETT COUNTY - MAGISTRATE COURT, GA<br>Case # 23M11881 |
| **NATURE OF ACTION:** | Notice of Request for Validation of Debt |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/11/2023 at 10:00 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days |
| **ATTORNEY(S)/SENDER(S):** | BRAN LAJOCK GLIBERT<br>1697 N Expressway<br>Griffin, GA 30223 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/11/2023, Expected Purge Date: 04/16/2023<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                              Tue, Apr 11, 2023
**Server Name:**                       Drop Service

| Entity Served | Ally Financial |
|---|---|
| Case Number | 23m11881 |
| Jurisdiction | GA |

| Inserts | | |
|---|---|---|
|  |  |  |



CIVIL ACTION NO. _____

DATE FILED _____

ATTORNEY OR PLAINTIFF(s), ADDRESS & TELEPHONE NUMBER

*BRAN LAJOCK GILBERT*

*1697 N Expressway*

*Griffin, GA 30223*

NAME, ADDRESS & TELEPHONE # OF PARTY TO BE SERVED

*Ally Financial*

*1735 N. Brown Rd.*

*Ste 500*

*Lawrenceville, GA  30043*

[✓] MAGISTRATE [ ] STATE [ ] SUPERIOR - COURT
GWINNETT COUNTY, GEORGIA

*BRAN LAJOCK GILBERT*
_____

PLAINTIFF(S)
VS. *Ally Financial*
_____

DEFENDANT(S)
_____

_____

GARNISHEE

Other attached documents to be served: _____

_____

## SHERIFF'S ENTRY OF SERVICE
I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

[ ] **PERSONAL**   Upon the following named defendant:

[ ] **NOTORIOUS** Upon defendant _____
By leaving a copy of the action and summons at the most notorious place of abode in the county.

Delivered the same to_____ described as follows: approximate age

yrs; approximate weight_____ pounds; approximate height_____ feet and_____ inches, domiciled at residence of the defendant.

[✓] **CORPORATION** Upon corporation_____

By serving _____, in charge of the office and
place of business of the corporation in this county.

By serving _____, its registered agent.

[ ] **TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

[ ] **NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

_____

_____

This _____ day of _____, 20____

SHERIFF DOCKET_____ PAGE_____        _____
                                                                        DEPUTY

TIME: _____ ____. M.

Q:\MAGFORMS\MAG 10 Civil Filing\MAG 10-01 Statement of ...   https://www.gwinnettcourts.com/documents/MAG/202107256155.MM

CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
23-M-11881
3/27/2023 5:08 PM
TIANA P. GARNER, CLERK

**IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA**

BRAN LAJOCK GILBERT
1697 N Expressway
Griffin GA 30223
_____ Plaintiff(s)

vs.

Ally Financial
1735 N. Brown Rd. Ste.500
Lawrenceville, GA 30043
_____ Defendant(s)

Telephone (Daytime number if known, otherwise, evening number)

Clerk, Gwinnett Magistrate Court, P.O. Box 246

Lawrenceville, GA 30046-0246 (770.822.8100, Ext. Civil Division)

Civil Action No. 23-M-11881

**INFO & FORMS ON INTERNET**
www.gwinnettcourts.com

**STATEMENT OF CLAIM**

[ ] Suit on Note   [ ] Suit on Account   [✓] Other  failure to pay a invoice, failure to properly Validate debt, loss of Promissory note

1. The Court has jurisdiction over the defendant(s) [✓] the Defendant(s) is a resident of Gwinnett County. [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows: (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim)

Attached

3. That said claim is in the amount of: $ 6000 See Attached principal, $ _____ interest, plus $ 106.00 costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:

BRAN LAJOCK GILBERT being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

23 day of March 20 23

Bran-Lajock: Gilbert
Plaintiff or Agent

(If Agent – Title or Capacity)

Day Time Phone Number 770-276-0268

Notary Public/Attesting Official

I request a civil trial [✓] during normal business hours   - OR -   [ ] 6:30 PM, evening trials. ALL CONFLICTS ARE SCHEDULED FOR 6:30 PM.

10/3035

**NOTICE AND SUMMONS**

TO: All Defendant(s)

You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. **YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER** (answer forms can be obtained from the above listed web-site or clerk's office) **TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE.** If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. **NO TELEPHONE ANSWERS ARE PERMITTED.** The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

3/28/2023

Filed this _____ day of _____ 20 ____

_____
Magistrate or Deputy Clerk of Court

**See Instructions on Reverse Side of This of this Document**

Q:\Magforms\MAG 10 Civil Filing\Statement Of Claims Mag.10-01     White—MAGISTRATE   Yellow—DEFENDANT   Pink—PLAINTIFF          Aug 10

Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent
Silence is Acquiescence

Nov. 27, 2022
:Bran-Lajock: Gilbert
Authorized Agent for : BRAN LAJOCK GILBERT & DEAL TRACKER
In Care of General Delivery
Thomaston, GA 30286

**Ally Financial Inc.**
Attention: Jeffrey Brown / President
500 Woodward Ave
Detroit, MI 48226

Regarding Account Number: █████████

Perpetual Claim Number: █████████

## NOTICE OF REQUEST FOR VALIDATION OF DEBT

Greeting: **Jeffrey Brown,**

This is a request for validation as this alleged debt is in dispute.

BE ADVISED I am not refusing to pay a debt, but your claim is disputed and validation is requested before we can proceed. Pursuant to 15 USC 1692g.

Please see the attachment. I ran a forensic evidence analysis on your Presentment. I noted all the errors and defects. Please stop and correct your Presentment and mail me a corrected Presentment to me within thirty (30) days. Pursuant to Title 18 USC 1001

Please answer the following questions relating to the disputed account and return them to me within thirty (30) days, with your **Affidavit**, which validates the answers.

If you need more time, or if you need any question restated, please make your request to me in writing.

This letter is your notice under the authority of The Fair Debt Collections Practices Act that contacting me again regarding the above referenced alleged debt, after the verifiable receipt of this notice without providing procedurally proper validation of the debt, establishes that you, **Jeffrey Brown** have used the United States Postal Service in a scheme of fraud by using one or more of the following: threat, intimidation, deception, enticement to coerce a person to commit some act, creating a legal disability where none exists.

If your office fails to reply to this debt validation letter within thirty (30) days from the date of your receipt, all instances related to this account must be immediately deleted and completely removed from my credit file. Moreover, all future attempts to collect on the said debt must be ceased.

Your non-compliance with my request will also be construed as an absolute waiver of all claims to enforce the debt against me and your implied agreement to compensate me for court costs and attorney fees if I am forced to bring this matter before a judge.

Please see below:

Please answer the questions below under penalty of perjury.

1.      What is the name, occupation and mailing address of the person answering the following questions?
_____

2.      Are you able to furnish me a copy of the contract, which your company has with me in regard to this alleged debt? Yes or No _____
If "No" please explain why not: _____
_____
_____

3.      Identify what was loaned to me.  Did you loan me cash, credit, or a debt instrument?
Answer here: _____

4.      Provide me a copy of presentment of the full account and general ledger statement signed and dated by the party responsible for maintaining the account of the alleged obligation that you are now attempting to collect, verified (sworn true, correct, and complete) by the party who made the entries.

5.      Identify by name and address all persons, corporations, associations, or any other parties having an interest in legal proceedings regarding the alleged debt. _____
_____
_____

6.      Verify under penalty of perjury that as a debt collector are you proceeding with collection activity in the name of the original creditor? Yes or No: _____

7.      Obtain or provide verification from the original creditor, under penalty of perjury, that the creditor did *not receive reimbursement* from its insurance company in an amount exceeding the amount of the alleged debt, as is the customary policy of lenders; or in the case of an alleged criminal "judgment," verify via the court's fiscal office that the court was not reimbursed by an income stream resulting from the sale of bonds in the defendant's name, as is the standard practice of courts.

8.      Do you know and understand that certain clauses in a contract of adhesion, such as a so-called s, are unenforceable unless the party to whom the contract is extended could have rejected the clause with impunity? Yes or No. _____

9.      Could you please prove to me that you are the person who rightfully owns the promissory note? Yes or No. _____.

10.     I respectfully request to visually inspect MY ORIGINAL WET INK SIGNATURE PROMISSORY NOTE, Please be advised A COPY of the said Note nor an Affidavit of Loss or any other forms will not be acceptable. USC Title 18, Part 1, Chapter 101 Section 2071

11.     Do you know and understand that Failure to respond to this letter will be taken as an administrative default as per the Administrative Procedures Act of 1946? Yes or No.
_____

12.     Do you know and understand that Failure to produce the ORIGINAL WET INK SIGNATURE PROMISSORY NOTE violates U.S. Code? Yes or No. _____USC Title 18, Part 1, Chapter 101 Section 2071

13. Do you know and understand that contacting me again after receipt of this notice without providing procedurally proper validation of the debt constitutes acceptance of my contract terms to pay me consulting fees of $1,000 per letter and $1,000 per phone call?
Yes or No. _____

Note: A copy of the consumer credit contract is not sufficient to validate the debt. Validation requires presentment of the account and general ledger statement signed and dated by the party responsible for maintaining the account. *Pacific Concrete F.C.U. v. Kauanoe*, 62 Haw. 334, 614 P.2d 936 (1980), *GE Capital Hawaii, Inc. v. Yonenaka* 25 P.3d 807, 96 Hawaii 32, (Hawaii App 2001), *Fooks v. Norwich Housing Authority* 28 Conn. L. Rptr. 371, (Conn. Super.2000), and *Town of Brookfield v. Candlewood Shores Estates, Inc.* 513 A.2d 1218, 201 Conn.1 (1986). and *Solon v. Godbole*, 163 Ill. App. 3d 845, 114 Ill. Dec. 890, 516 N. E.2d 1045 (3Dist. 1987). Sincerely,

Signature: _____   Date: _____
Printed:   _____

cc:   Consumer Response Center
      Federal Trade Commission
      Washington, D.C.  20580

      Secretary of State
      2 MLK, Jr. Dr. Suite 313
      Floyd West Tower
      Atlanta, GA 30334-1530



**ally**

*: STOP and Correct:*

Questions?
Visit ally.com/auto or call 888-925-ALLY(2559)
Statement reflects payment(s) received through: 11/18/22

### Account Summary

| Next Payment: | | Past Due Payments: | | Other Unpaid Amounts: |
|---|---|---|---|---|
| Due Date: | 12/05/22 | Due Date | | |
| Amount Due: | $897.85 | Amount Due | | |

**FORENSIC EVIDENCE ANALYSIS**

["Syntax Analysis - for the claim - no contract and use of fictitious conveyance of language per 18 USC 1001"]

["No definitions given for contract no separate guide given"]

["a NO = negative = no contract in syntax meaning, parse applies to verb adverb no language comprehension"]   $0.00

STATEMENT TOTAL:   $897.85   ['for NO all errors noted']

| Last Paid | Unpaid Balance | Finance Charge | Late Charge | Other Charge | Total Paid |
|---|---|---|---|---|---|
| 11/08/22 | $527.19 | $369.81 | $0.00 | $0.00 | $897.00 |

### Account Information

Agreement Number:
Make: 2022 JEEP GLADIATOR
VIN: 1C6JJTAG8NL122813
Please call us if there are any questions, Monday – Friday 8 am – 11 pm ET, and Saturday 9 am – 7 pm ET.

### Important Account Message

REMAINING UNPAID BALANCE $29,616.06. THIS AMOUNT DOES NOT INCLUDE FINANCE CHARGES AND OTHER UNPAID AMOUNTS. PLEASE CALL US FOR YOUR PAYOFF.

Ally Auto Online Services allows you to easily manage your account, statements and payment history. From staying on track with Auto Pay, to customizing alerts, to viewing your FICO® score – we have you covered. If you haven't already, enroll today at ally.com/auto and explore all available features.

Symbol use with the correction.
~ = a negative prefix (underlined section of a word) = NO = no contract.
~ ND = non-defined terms = non defined symbol = no contract.
~ NDG = a Nom De Guerre = fiction name, not correct full name, dead fiction.
// = B = Boxing = removed from page section = no contract.
VC = void continuum = double space/blank space are = No contract.

**Don't Want to Mail Your Payment?  We have Options:**
- Automatic Payments – Allows your payment to be conveniently transferred from your checking or savings account at Ally at no cost to you. Please visit ally.com/auto for more information.
- Online Payments and Billing Statements – Register for Ally Online Services to pay your auto bill, then schedule one-time payments at your convenience or go green with e-statements at ally.com to pay.
- Payments by phone or online by debit card – A third party will charge a fee, which is in addition to your payment amount. For available payment options and current fees visit ally.com/auto or call 888-925-2559

**Contact Information: You can reach us by visiting ally.com/auto or call us at 888-925-ALLY(2559)**
Do not send cash or post-dated checks. All checks will be processed upon receipt. Make checks payable to ALLY
Return the portion below with your payment to the Payment Processing Center address below.

**ally**

PO BOX 380902
BLOOMINGTON, MN  55438-0902

DEAL TRACKER LLC
546B S 8th St Ste 1007
Griffin GA  30224-4212

0 = CONJUNCTION
1 = ADVERB
2 = VERB
3 = ADJECTIVE
4 = PRONOUN
5 = (PRE)POSITION
6 = ARTICLE
7 = NOUN
8 = PAST TIME
9 = FUTURE TIME

DUE DATE:  12/05/22  AGREEMENT NUMBER.
STATEMENT TOTAL:   $897.85

APPLY ADDITIONAL FUNDS TO OUTSTANDING BALANCE:
If box selected, next payment due date will not be impacted by over payment. Finance charges continue to accrue daily based on outstanding balance

TOTAL AMOUNT PAID:

PAYMENT PROCESSING CENTER
PO BOX 9001948
LOUISVILLE KY  40290-1948

[:Syntax analysis guide to attached documents- for [co]rrection:]
:Bran-Lajock: Gilbert.
:POSTMASTER.



FLAG OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATIONS-PARSE-
SYNTAX-GRAMMAR WITH THE CONTRACTING-PERSONS OF A CONTRACTUAL-
POSTAL-COPORATION

~Thomaston~Georgia~30286

:For the voidance of perjury, use Correct Sentence Structure Communications, Parse, Syntax,
Grammar.

~0 conjunction
~1 adverb
~2 verb (by modification)
~3 adjective
~4 pronoun
~5 (pre)position
~6 article
~7 noun
~8 past time
~9 future time
:For the claim of use quantum languages and violations by re-spondent:
:law violations are with this claim:

:Symbol use with the correction.
~         = a negative prefix (underlined section of a word) = NO = no contract.
~ ND = non-defined terms = non defined symbol = no contract.
~ NDG = a Nom De Guerre - fiction name, not correct full name, dead fiction.
~ // = B = Boxing = removed from page section = no contract.
VC = void continuum = double space/blank space area = No contract



RF 581 164 155 US

:C.-S.-S.-C.-P.-S.-G.-P. Flag of this vessel.  RF581164155US

**For the Claimant-Knowledge of this Live-Life is with this claim by this Claimant.**

~1 For the knowledge of these facts are with the claim of this Live-life-man born on~

~2 For these witness-knowledge of this live-life are with these claims of this live-life-birth-nativity in the city-~Thomaston,-State~Georgia,-County~Upson,.is with witness by the mother-party-by the name :Charlis-Ester: Gilbert., and by the father :Larry-James: Gilbert.,-~by their marriage-joinder ~3 For the witness-knowledge of this live-life-claim are with the claim of this live-life-birth with an authorization of these (2) two-witnesses-autographs. :Marcus-Marvain: Caldwell. -one, :Desmond-Ardiaco: Brice. -one

~4 For the witness-knowledge of these facts are with this live-life-birth-claim with this Correct-Sentence-Structure-Communications-Parse-Syntax-Grammar-Performance of this Communications-Claim with this live-life-party.

:Image:                    Fingerprint (FP):                    Hair

            

*Desmond-Aediaco: Brice:*
:Witness/ :Desmond-Ardiaco: Brice./:Copy-claim ~For the day: November-10, 2022 FP:

*Marcus - Marvain: Caldwell:*
:Witness/ :Marcus-Marvain: Caldwell./:Copy-claim ~For the day: November-10, 2022 FP:

*Bran - Lajock: G-lbert:*  ~For the date: November-10, 2022  FP:
:Autograph-Claimant-Livebirth :Autograph/:Copy-claim-is with the verification this ~Tenth-DAY,-~MONTH: November,-~2022 by the now-time: On-demand: CLAIM.

**1** | P a g e





# :Bran-Lajock: Gilbert.
# :Copy-Right/Copy-Claim:

1

Exibit A

# Table of CONTENTS

Notice of Conditional Acceptance of Claim...Page   3
Questions and Request for Evidence........... Page   4
Exhibit A........................................... Page   6
Forensic Evidence Syntax Analysis............. Page   7
Flag and Syntax Analysis Guide.............,... Page   8
Live Life Claim................................... Page   10

Exibit A

**3 |** P a g e

Plain-simple-English & Plain-Simple-Counting-Systems

**Non-negotiable**

Roberts rules of order apply [in plain language to aid your understanding]
CEO and or Persons with significant control

Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent
Silence is Acquiescence

**Notice of Conditional Acceptance of Claim**

Date: 12/26/2022

:Bran-Lajock: Gilbert.
Authorized Representative for BRAN GILBERT & DEAL TRACKER LLC and all derivatives thereof
In Care of General Delivery
Thomaston, GA 30286

**Ally Financial Inc.**
Attention: Jeffrey Brown / President
500 Woodward Ave
Detroit, MI 48226

Regarding Case/Account Number: ███████████

Perpetual Claim Number: ███████████

Greeting: Jeffrey Brown,
I hope this Notice of Conditional Acceptance of Claim finds you in sound health and good stead.

**Please be advised that it is not now, nor has it ever been, my intention to avoid paying any obligation that I lawfully owe. I am not refusing to pay. I am contacting you because it's been 30 days and you haven't responded to my validation of debt letter. I need the information requested in this correspondence before I can make any offer to settle this account. OCGA 24-4-23 In ordinary course of business, when good faith requires an answer, it is the duty of the party receiving a letter from another to answer within a reasonable time. Otherwise he is presumed to admit the propriety of the acts mentioned in the letter of his correspondent and to adopt them.**

I would like to settle this account as soon as possible. For this purpose, I am sending you the questions below.

Please answer the following questions relating to the account. As a matter of courtesy, I will further extend my request from this date for another 10 days for you to provide me with the proof of claim requested from the date of this Notice of Conditional Acceptance of Claim. If you need more time, or if you need any question restated, please make your request to me in writing at the address provided above. You are hereby given notice that failure to produce

*Exhibit A*

3

**4 | P a g e**

proof of claim after this courtesy means you will have exhausted your administrative process and no further claims can be made against me nor my property and you will set my account balance to zero and send my free and clear title.

I am prepared to resume payment of this Promissory Note. Before continuing with my payments with you, I respectfully request to visually inspect MY ORIGINAL WET INK SIGNATURE PROMISSORY NOTE.

Failure to respond to this letter will be taken as an administrative default as per the Administrative Procedures Act of 1946. Failure to produce the ORIGINAL WET INK SIGNATURE PROMISSORY NOTE will be taken as an administrative default.

**Please be advised.** A COPY of the said Note nor an Affidavit of Loss or any other forms will not be acceptable. Please contact me in writing to arrange for an appropriate point of **inspection** in Griffin, Spalding County, Georgia.

**Examination statement:** In my Private and Public duties, I have examined your Presentment.

In your Presentment I have found errors (please see page 8 Forensic Evidence Analysis): please stop and correct the errors to avoid possible mail fraud, possible false advertising, possible fictitious use of language, pertaining to the fraud act (18 U.S. Code 1001). (See Exhibit A).

I am requesting you mail me a corrected Presentment in a language I can comprehend. (See guide on page 8).

For me to safeguard you from Jeopardy please respond accordingly to these following:

1. Please state your full name, your occupation, and your mailing address.

2. Are you aware that federal law provides for imprisonment and/or fines for making any materially false, fictitious, or fraudulent statement or representation whether in person, in writing or via mail? YES OR NO.

3. Provide Evidence and Proof that your Presentment does not make false, fictitious, fraudulent, and misleading statements thus possibly violating 18 U.S. Code § 1001. (Please see Exhibit A)

4. Which dictionary or styles manual you are writing from on your Presentment? Please give your answer here:

   _____ .

5. Which language are you using on your Presentment? Please give your answer here:

   _____ .

6. Evidence and proof that in sending the Presentment via US Mail does not constitute a mailing of a fraudulent claim and/or committing mail fraud. Attach evidence to this contract.

*Exibet A*

4

5 | Page

7. Provide Evidence and Proof of Claim that you are the current holder of due course of the Original Above Mentioned Debt Instrument and it has not been sold to another party. I wish to have the aforementioned instrument presented to me for visual inspection. Not a copy, not an affidavit, but the actual ORIGINAL WET INK SIGNATURE PROMISSORY NOTE. You are required by law to maintain good care of my legal instrument as per USC Title 18, Part 1, Chapter 101 §2071.

8. Provide your guarantee in a sworn affidavit with a Justice of the Peace under penalty of perjury that the names, language, and monies mentioned on the Presentment is not involving me and you, in Counterfeiting, Mail- fraud,  and Money-Laundering. Attach evidence to this contract.

9. Provide copy of the actual account whereby bank assay has occurred showing actual loss incurred of the alleged debt from your client. Please stipulate via an affidavit that you are a creditor of the note in accordance to Generally Accepted Accounting Principles (GAAP).

10. What specie will you accept or lawfully require as payment to settle the debt associated with your Presentment?  Please consider 18 USC § 8 and then 31 USC § 3124 and EXHIBIT A. It seems I might be forced to violate Public Policy if you demand federal reserve notes for me to make payment. If your claim is valid, I do not want to break the law in paying you.

11. Per my right under the Fair Debt Collection Practices Act § 809 - Validation of debts law, I am exercising my right and I am requesting you to provide the specific contract as evidence and proof where I entered into an agreement to pay the Presentment.  Attach evidence to this contract.

You have 10 (ten) days from the date of this Notice of Conditional Acceptance Of Claim to respond on a point by point basis.

I want to get this matter taken care of as soon as possible. Therefore, be advised if I have not received your response within 10 (ten) days of the date of this correspondence, I will assume you agree that there are no further objections to void your claim and you will set my account balance to zero and send me my free and clear title, due to Lack of Subject Matter Jurisdiction.

Failure by yourself in your private capacity to respond 10 (ten) days of the date of this correspondence shall constitute legal accord and satisfaction of all claims.

Sincerely,

*Bran-Lajack: Gilbert.*
:Bran-Lajack: Gilbert.
Authorized Representative for BRAN GILBERT & DEAL TRACKER LLC and all derivatives thereof
:Copy-right/Copy-claim: All rights reserved
No liability. Errors & Omissions Excepted
WITHOUT PREJUDICE – NON-ASSUMPSIT - Calls may be recorded

Exhibit A

5

6 | P a g e

# EXHIBIT A

**False & Fictitious Statements:**
**18 U.S. Code §1001. Statements or entries generally**

Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—

(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

(2) makes any materially false, fictitious, or fraudulent statement or representation; or

(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

## 18 U.S. Code § 8.Obligation or other security of the United States defined

The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and cancelled United States stamps.

## 31 U.S. Code § 3124.Exemption from taxation

(a)Stocks and obligations of the United States Government are exempt from taxation by a State or political subdivision of a State. The exemption applies to each form of taxation that would require the obligation, the interest on the obligation, or both, to be considered in computing a tax, except—
(1) a nondiscriminatory franchise tax or another nonproperty tax instead of a franchise tax, imposed on a corporation; and
(2) an estate or inheritance tax.
(b) The tax status of interest on obligations and dividends, earnings, or other income from evidences of ownership issued by the Government or an agency and the tax treatment of gain and loss from the disposition of those obligations and evidences of ownership is decided under the Internal Revenue Code of 1986 (26 U.S.C. 1 et seq.). An obligation that the Federal Housing Administration had agreed, under a contract made before March 1, 1941, to issue at a future date, has the tax exemption privileges provided by the authorizing law at the time of the contract. This subsection does not apply to obligations and evidences of ownership issued by the District of Columbia, a territory or possession of the United States, or a department, agency, instrumentality, or political subdivision of the District, territory, or possession.

*Exibit A*

**7|**Page

NO

*:STOP and Correct:*

# ally®

NO

Questions?
Visit ally.com/auto or call 888-925-ALLY(2559)
Statement reflects payment(s) received through:   11/18/22

NO

**Account Summary**

| Next Payment: | | Past Due Payments: | | Other Unpaid Amounts: |
|---|---|---|---|---|
| Due Date: | 12/05/22 | Due Date | | |
| Amount Due: | $897.85 | Amount Due | NC | |

**FORENSIC EVIDENCE ANALYSIS**

["Syntax Analysis - for the claim - no contract and use of fictitious conveyance of language per 18 USC 1001"]

["No definitions given for contract no separate guide given"]

["a NO = negative = no contract in syntax meaning, parse applies to verb adverb no language comprehension"]

Total: $897.85   Total:   Total:   $0.00

STATEMENT TOTAL:   $897.85   ['for NO all errors noted"]

| Last Paid | Unpaid Balance | Finance Charge | Late Charge | Other Charge | Total Paid |
|---|---|---|---|---|---|
| 11/05/22 | $527.19 | $369.81 | $0.00 | $0.00 | $897.00 |

**Account Information**

Agreement Number:
Make   2022 JEEP GLADIATOR
VIN.   1C6JJTAG6NL122813
Please call us if there are any questions, Monday – Friday 6 am – 11 pm ET, and Saturday 9 am – 7 pm ET.

**Important Account Message**

REMAINING UNPAID BALANCE $29,816.00. THIS AMOUNT DOES NOT INCLUDE FINANCE CHARGES AND OTHER UNPAID AMOUNTS PLEASE CALL US FOR YOUR PAYOFF.

Ally Auto Online Services allows you to easily manage your account, statements and payment history. From staying on track with Auto Pay, to customized alerts, to viewing your FICO® score – we have you covered. If you haven't already, enroll today at ally.com/auto and explore all the available features.

Symbol use with the correction.
~   = a negative prefix (underlined section of a word) NO = no contract.
~ ND   = non-defined terms = non defined symbol = no contract.
~ NDG = a Nom De Guerre, fiction name, not correct full name, dead fiction.
~ // = 8 = Boxing = removed from page section = no contract.
VC   = void continuum = double space/blank space are = No contract.

**Don't Want to Mail Your Payment? We have Options:**

Automatic Payments - Allows your payment to be conveniently transferred from your checking or savings account at Ally, at no cost to you. Please visit ally.com/auto for more information.

Online Payments and Billing Statements - Register at ally.com/auto to access your account, view statements, and make payments at your convenience and get great-with e-statements or paperless.

Payments by phone or online by credit card - A third party will charge a fee, which is separate from your payment amount. For a specific payment option and current fees visit ally.com/auto or call 888-925-2569.

**Contact Information: You can reach us by visiting ally.com/auto or call us at 888-925-ALLY(2559)**

Do not send cash or post-dated checks. All checks will be processed upon receipt. Make payable to ALLY. Return the portion below with your payment to the Payment Processing Center listed.

# ally®

PO BOX 380902
BLOOMINGTON, MN 55438-0902

DEAL TRACKER LLC
549B S 8th St Ste 1097
Griffin GA 30224-4212

| 0 = CONJUNCTION |
|---|
| 1 = ADVERB |
| 2 = VERB |
| 3 = ADJECTIVE |
| 4 = PRONOUN |
| 5 = (PRE)POSITION |
| 6 = ARTICLE |
| 7 = NOUN |
| 8 = PAST TIME |
| 9 = FUTURE TIME |

DUE DATE:  12/05/22  AGREEMENT NUMBER  228113385009
STATEMENT TOTAL   $897.85

APPLY ADDITIONAL FUNDS TO OUTSTANDING BALANCE: ☐
If box selected, paid payments due date will not be impacted by over payment. Finance charges continue to accrue daily based on outstanding balance.

TOTAL AMOUNT PAID:

PAYMENT PROCESSING CENTER
PO BOX 9001948
LOUISVILLE KY 40290-1948

Exibit A

7

8 | Page

[:Syntax analysis guide to attached documents- for [co]rrection:]
:Bran-Lajock: Gilbert.
:POSTMASTER.



FLAG OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATIONS-PARSE-
SYNTAX-GRAMMAR WITH THE CONTRACTING-PERSONS OF A CONTRACTUAL-
POSTAL-COPORATION

~GRIFFIN~GEORGIA~30224

:For the voidance of perjury, use Correct Sentence Structure Communications, Parse, Syntax,
Grammar.

~0 conjunction
~1 adverb
~2 verb (by modification)
~3 adjective
~4 pronoun
~5 (pre)position
~6 article
~7 noun
~8 past time
~9 future time
:For the claim of use quantum languages and violations by re-spondent:
:law violations are with this claim:

:Symbol use with the correction.
~       = a negative prefix (underlined section of a word) = NO = no contract.
~ ND = non-defined terms = non defined symbol = no contract.
~ NDG = a Nom De Guerre - fiction name, not correct full name, dead fiction.
~ // = B = Boxing = removed from page section = no contract.
VC = void continuum = double space/blank space area = No contract

:Law
:Title~42: USCS~1986 Knowledge and Stop-Correct-Wrongs.
~FRCP-26-E :Closure
~FRCP-9-B: Fraud by confession
~Title~18: USCS~1001 & 1002: false-statements
~Title~15: USCS~1692E Fraud & Misleading Statements
~Title~15: USCS~78 ~ ff: Penalty: $25,000,000

Exibt A

8



RF 581 164 155 US

.C.-S.-S.-C.-P.-S.-G.-P. Flag of this vessel.  RF581164155US

**For the Claimant-Knowledge of this Live-Life is with this claim by this Claimant.**

~1 For the knowledge of these facts are with the claim of this Live-life-man born on~

~2 For these witness-knowledge of this live-life are with these claims of this live-life-birth-nativity in the city-~Thomaston,-State~Georgia,-County~Upson, is with witness by the mother-party-by the name :Charlis-Ester: Gilbert., and by the father :Larry-James: Gilbert.,-~by their marriage-joinder ~3 For the witness-knowledge of this live-life-claim are with the claim of this live-life-birth with an authorization of these (2) two-witnesses-autographs. :Marcus-Marvain: Caldwell. -one, :Desmond-Ardiaco: Brice. -one

~4 For the witness-knowledge of these facts are with this live-life-birth-claim with this Correct-Sentence-Structure-Communications-Parse-Syntax-Grammar-Performance of this Communications-Claim with this live-life-party.

:Image:                    Fingerprint (FP):                    Hair

 

*Desmond-Ardiaco: Brice:*
:Witness/ :Desmond-Ardiaco: Brice./:Copy-claim ~For the day: November-10, 2022 FP:

*Marcus - Marvain: Caldwell*
:Witness/ :Marcus-Marvain: Caldwell./:Copy-claim ~For the day: November-10, 2022 FP:

*Bran - Lajocki: Gilbert:* ~For the date: November-10, 2022  FP:
:Autograph-Claimant-Livebirth :Autograph/:Copy-claim-is with the verification this
~Tenth-DAY,-~MONTH: November.-~2022 by the now-time: On-demand: CLAIM

*Exibit A*

**9** | P a g e

~Title~42: USCS~1985-1: Conspiracy-Civil,
~Title~42: USCS~1985-2: Obstruction-evidence & Witness,
~Title~42: USCS~1985-3: Depriving Evidence & Witness,
~Title~18: USCS~1961: RICO
~Title~18: USCS~242: Coloring of the Laws = Ailing
~Title~18: USCS~241: Criminal-Conspiracy = tort
~Title~18: USCS~3: Criminal-Participation-Knowledge
~Title~42: USCS~1983: Personal Damages
~Title~18: USCS~1512: Obstruction of the Law
~Title~18: USCS~1341: Frauds and swindles
~Title~18: USCS~1342: Fictitious name or address
~Title~18: USCS~241: Conspiracy
~Title~18: USCS~242: Criminal Deprivation of Rights
~Title~28: USC~1359: Loss of Jurisdiction by Collusion

:AIDING: CORRUPTION AT THE START/BEGINNING
~JUSTICE~ JU=no, S=Speak, TI=Title, CE=Judge

*Exibit A*

9

Exhibit A


## UNITED STATES POSTAL SERVICE.

THOMASTON
100 E THOMSON ST
THOMASTON, GA 30286-3045
(800)275-8777

12/28/2022                          10:15 AM

| Product | Qty | Unit Price |
|---|---|---|

First-Class Mail®         :               $1.69
Large Envelope
    Washington, DC 20580
    Weight: 0 lb 2.10 oz
    Estimated Delivery Date
        Tue 01/03/2023
    Certified Mail®                       $4.00
        Tracking #:
        70222410 0003 2129 4498
Total                                     $5.68

First-Class Mail®         :               $0.00
Large Envelope
    Detroit, MI 48226
    Weight: 0 lb 4.30 oz
    Estimated Delivery Date
        Sat 12/31/2022
    Certified Mail®                       $0.00
        Tracking #:
        70222410 0003 2129 4498
Total                                     $0.00

First-Class Mail®         1               $1.92
Large Envelope
    Atlanta, GA 30334
    Weight: 0 lb 3.60 oz
    Estimated Delivery Date
        Fri 12/30/2022
    Certified Mail®                       $4.00
        Tracking #:
        70222410 0003 2129 4704
Total                                     $5.92

Grand Total:                              $0.00

Cash                                      $0.00
Change                                    -$0.00

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data Rates may apply. You may also
visit www.usps.com USPS Tracking, or call
            1-800-222-1811.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

    ...
    Refunds for guarantees, see
    Thank you for your business

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

[QR code]

        or call 1-800-410-7420.

UFN: 160701-0362
Receipt #: 840-53000152-g-1101333-1
Clerk: 08



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information visit our website at www.usps.com

7022 2410 0003 2129 4498

Sent To  Ally Emrich
Street and Apt No., or PO Box No.  560 Woodward Ave
City, State, ZIP+4®  Detroit, MI 48226

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

*Exibit B*

**NON-NEGOTIABLE**

## Notice of Fault and Opportunity to Cure
Notice to Agent is Notice to Principal / Notice to Principal is Notice to Agent
Silence Is Acquiescence
"Copy-Right/Copy Claim"

Jan. 11, 2023
:Bran-Lajock: Gilbert.
Authorized Representative for : BRAN LAJOCK GILBERT & DEAL TRACKER LLC and all
derivatives thereof
In Care of General Delivery
Thomaston, GA 30286

**Ally Financial Inc.**
Attention: Jeffrey Brown / President
500 Woodward Ave
Detroit, MI 48226

Regarding Case/Account Number: ███████████

Greeting: Jeffrey Brown,
: I hope this Notice of Fault and Opportunity to Cure finds you in sound health and good stead.

I previously wrote to you on 12/28/2022 Notice of Conditional Acceptance of Claim requesting you to reply within 10 (ten) days so that I may settle any financial obligation that may be owed on the account number 228113585808 mentioned above. Please find enclosed a copy of my previous letter to you, U.S.P.S. Tracking number 7022 2410 0003 2129 4898.

According to my records you failed to perform/ non-response within the timeframe provided after receiving these presentments from :Bran-Lajock: Gilbert. And you failed to perform/ non-response by not providing the requested and necessary PROOFS OF CLAIM after receiving the said Validation Of Debt Letter and Conditional Acceptance of Claim letter.

As the Respondent, through your non-response/ failure to perform, you are now in fault and you agree with and have stipulated to all the terms of my previous correspondence including that there is no further balance owed on the account number 228113585808 mentioned above and you'll send my free and clear title. Also, by your non-response/ failure to perform, you have agreed to waive your right to rebut if I need to bring any court action against you regarding this matter.

Due to the time-sensitive nature of this private matter, under necessity, you have the right to cure this fault and perform according to said terms within ten (10) days by return service by certified priority return mail to the address provided above.

Should you fail to cure your fault, I will issue FINAL DEFAULT/ & ESTOPPEL / & CANCELLATION OF: DEBT solidifying your agreement to all the terms of my previous correspondence, and I will obtain a Certificate Of Dishonor, including an invoice for 3 times the amount of your claim plus an additional service fee of $1,000.00 per day retroactive to the date of my first correspondence to you. So, please govern yourself accordingly.

Sincerely,

*Bran-Lajock Gilbert*
:Bran-Lajock: Gilbert.
Authorized Representative for BRAN LAJOCK GILBERT & DEAL TRACKER LLC

:copyright/Copyclaim:

Exhibit B

# Notice Of Protest
# Opportunity To Cure

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent**
**Silence is Acquiescence**

Jeffrey Brown / President
500 Woodward Ave
Detroit, MI 48226

Jan, 11, 2023

**Dear Respondents,**

On 1/11/23, I am also sending you a Notice of Breach regarding an affidavit for protest pursuant to Title 11 O.C.G.A 11-3-505(a), from Bran Lajock Gilbert, who informed you, Jeffrey Brown / President of Ally Financial Inc. dishonored his presentment and you failed to accept or preform after receiving the same presentment from me.

You are now in default and have stimpulated to the terms of Bran Lajock Gilbert's presentment through your Dishonor. You have the right to cure this default and perform according to said terms within the ten (10) days from the postmark of this Notice. Should you fail to cure the default, I will issue a CERTIFICATE OF DISHONOR pursuant Title 11 O.C.G.A 11-3-505.

Thank you for your prompt attention to this matter.

Sincerely

*Justin Tremaine Howard*
Notary Public
Address:

1150 Trice Cemetary RD

Thomaston, GA 30286



*Exhibit B*

# NOTICE OF BREACH

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent**
**Silence is Acquiescence**

Jeffrey Brown / President
500 Woodward Ave
Detroit, MI 48226

Jan, 11, 2023

Dear Respondents,

I received a request by affidavit for protest pursuant to Title 11 O.C.G.A 11-3-505(a), from Bran Lajock Gilbert, who informed me you, Jeffrey Brown / President of Ally Financial Inc., Dishonored his private presentment consisting of a Validation of debt letter pursuant 15 U.S. Code 1692g. Consumer.georgia.gov/consumer-topics/debt-collectors. sent Nov. 27, 2022 and delivered to you at 500 Woodward Ave Detroit, MI 48226, as evidence by registered mail receipt.

In the event your dishonor through non-acceptance or non-performance was unintentional or due to reasonable neglect or impossibility, I am attaching a copy of the same presentments to this Notice. You may respond to me, and I will forward your response to Bran Lajock Gilbert. Your response is expected no later than (10) ten days of this postmark of this matter.

Thank you for your prompt attention to this matter.

Sincerely

*Justin Tremaine Howard*
Notary Public
Address:

1150 Tree Cemetary Rd

Thomson, GA 30286



Exibit B

Ally Financial Inc.
Attention: Jeffrey Brown / President
500 Woodward Ave
Detroit, MI 48226

**Regarding Case/Account Number:** █████████

Greeting: Jeffrey Brown,

This contains an itemized list of the following documents mailed:

### LIST OF DOCUMENTS MAILED

**1. Validation Of Debt Letter**

**2. Conditional Acceptance of Claim Letter**

**3. Notice of Fault ....... Opportunity to Cure Letter**

Witness my hand and official seal.

_Justin Tremaine Howard_  1-12-2023
NOTARY PUBLIC                      DATE

_Justin Tremaine Howard_

My commission expires: 12-17-   ____ 20 24





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Detroit, MI 482.8%

OFFICIAL USE

Certified Mail Fee 4.00

$                                    $0.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $     $0.00
☐ Certified Mail Restricted Delivery $     $0.00
☐ Adult Signature Required           $     $0.00
☐ Adult Signature Restricted Delivery $

Postage          $1.92

Total Postage and Fees
$                                    01/12/2023

Sent To  Ally Financial / Jeffrey Brown President
Street and Apt. No., or PO Box No.  500 Woodward Ave
City, State, ZIP+4  Detroit, MI 48226

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 2410 0003 2129 3660

Exhibit C

Ally Financial Inc.
Attention: Jeffrey Brown / President
500 Woodward Ave
Detroit, MI 48226

Regarding Case/Account Number: ███████

Greeting: Jeffrey Brown,

This contains an itemized list of the following documents mailed:

### LIST OF DOCUMENTS MAILED

1. Notice of Settlement and Estoppel

2. NOTICE OF DEFAULT IN DISHONOR and ESTOPPEL

3. Invoice No:0001

4. AFFIDAVIT OF TRUTH

Witness my hand and official seal.

_Justin Tremaine Howard_   1-27-2023
NOTARY PUBLIC                     DATE

_Justin Tremaine Howard_

My commission expires: December 17, 2024



## NOTICE OF DEFAULT IN DISHONOR and ESTOPPEL

### Notice to agent is notice to principal and notice to principal is notice to agent

Date: January 27, 2023

:Bran-Lajock: Gilbert
Authorized Agent for : BRAN LAJOCK GILBERT & DEAL TRACKER
In Care of General Delivery
Thomaston, GA 30286

**Ally Financial Inc.**
Attention: Jeffrey Brown / President
500 Woodward Ave
Detroit, MI 48226

Regarding Account Number: ███████████

Perpetual Claim Number: ███████████

Greeting: **Jeffrey Brown**, : I hope this Notice of Default in Dishonor And Estoppel finds you in sound health and good stead.

This is a **Notice of Default in Dishonor and Estoppel** upon the following instrument(s) tendered to you:

1. **Conditional Acceptance for Value** on or about 12/31/2022 with the U.S.P.S.
   Certified Mail Number 70222410000321294698

2. **Notice of Fault and Opportunity to Cure** on or about 01/19/2023 with the with the U.S.P.S.
   Tracking Mail Number EI584128461US

Both items show delivered, received and signed for by you or your agent at the address referenced above.

**DEFAULT:** For your failure to honor the offers places you at Default. For your failure, refusal, or neglect in the presentment of a verified responses to my Conditional Acceptance For Value and to my Notice of Fault and Opportunity to Cure, by your acquiesce you do tacitly agree with all terms, conditions and stipulations set forth within the Conditional Acceptance For Value.

**DISHONOR:** By the terms and conditions of the agreement resulting by the offer and acceptance of the Conditional Acceptance for Value, you are under the duty and obligation to timely and in good faith protest and/or honor the **Conditional Acceptance For Value**. Your dishonor of the **Conditional Acceptance For Value** discharges the alleged liability that you have claimed.

Allowing twenty-one (10) days for you to respond timely and in good faith protest and/or honor the Conditional Acceptance For Value, and an additional ten (10) days on the **Notice of Fault and Opportunity to Cure**, the time allowed is now past for you to in good faith protest and/or honor the Conditional Acceptance For Value.  As a result, I am showing no record of your response.  I now deem the Conditional Acceptance For Value to have been dishonored, and the Notice of Fault and Opportunity to Cure to have been dishonored, thereby comprising a confession of judgment on the merits.

**Failure** by yourself to respond within timeframe provided, has resulted in the following:

1

*Exibit C*

1. You are given the estoppel for your failure to answer back to me of your claim.
2. You are in tacit agreement. No debt or balance is owed for the loan number above.
3. You are possibly under the rule of Jeopardy, and/or fraud as described in 18 U.S. Code CHAPTER 47—FRAUD AND FALSE STATEMENTS.
4. You are Estopped from any further collection activity regarding this matter

For the account number above, kindly set the balance to zero and mail the clear title to the mailing address above.

Of this Notice and of the included bill, take due Notice and heed, and govern yourself accordingly.

Thank you for your prompt attention to this matter.

Sincerely,

*Bran-Lajock: Gilbert*

:Bran-Lajock: Gilbert.
Authorized Representative For BRAN LAJOCK GILBERT & DEAL TRACKER
:copyright/Copy-claim: All rights reserved
No liability, Errors & Omissions Excepted
WITHOUT PREJUDICE – NON-ASSUMPSIT - Calls may be recorded

## JURAT

IN WITNESS WHEREOF I hereunto set my hand and seal on 27th day of January 2023 and hereby certify all the statements made above are true, correct and complete.

State of _Georgia_ )
ss.
County of _Upson_ )

Subscribed and sworn to (or affirmed) before me on this 27th day of January 2023

by _Bran-Lajock: Gilbert_ proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Justin Tremaine Howard_ (seal) Signature



**NON-NEGOTIABLE**

**Notice of Settlement and Estoppel**
Notice to Agent is Notice to Principal / Notice to Principal is Notice to Agent
Silence is Acquiescence
"Copy-Right/Copy Claim"

Date: January 27, 2023

:Bran-Lajock: Gilbert
Authorized Agent for : BRAN LAJOCK GILBERT & DEAL TRACKER
In Care of General Delivery
Thomaston, GA 30286
Principal

**Ally Financial Inc.**
Attention: Jeffrey Brown / President
500 Woodward Ave
Detroit, MI 48226
Respondent

Regarding Case/Account Number: ███████████

Perpetual Claim Number: ████████████

Greeting: Jeffrey Brown, : I hope this **Notice of Settlement and Estoppel** finds you in sound health and good stead.

Previously I have written you:

- **Notice of Acceptance of Credit Issued and Discharge of Debt** on or about Date **12/31/2022** with the U.S.P.S. Certified Mail Number 70222410000321294698.
- **Notice of Opportunity to Cure** on or about Date **01/19/2023** with the U.S.P.S. Tracking Mail Number EI584128461US.

Since you have failed to respond in writing within the timeframe provided to indicate that my **Notice of Acceptance of Credit Issued and Discharge of Debt** is unacceptable, I am assuming the credit has been accepted, that the debt is discharged by way of set off, and that the accounting for this commercial matter is settled and closed.

With this **Notice of Settlement and Estoppel** you are estopped from any further collection activity regarding this matter.

Sincerely,

*Bran-lajock: Gilbert*

:Bran-Lajock: Gilbert.
Authorized
Representative For BRAN LAJOCK GILBERT & DEAL TRACKER
:copyright/Copy-claim: All rights reserved
No liability. Errors &
Omissions Excepted
WITHOUT PREJUDICE – NON-ASSUMPSIT - Calls
may be recorded

Exibit
C

# AFFIDAVIT OF TRUTH

---

| | |
|---|---|
| :Bran-Lajock: Gilbert | } |
| Authorized Agent for : BRAN LAJOCK GILBERT & DEAL TRACKER | } |
| In Care of General Delivery | } |
| Thomaston, GA 30286 | }          Jan. 27, 2022 |
| | } |
| Ally Financial Inc. | } |
| Attention: Jeffrey Brown / President | } |
| 500 Woodward Ave | } |
| Detroit, MI 48226 | } |
| | } |
| Regarding Account Number: ▮▮▮▮▮▮▮ | } |
| | } |
| Perpetual Claim Number: ▮▮▮▮▮▮▮ | } |

---

## AFFIDAVIT OF TRUTH
### Consumer Enforcement as Administrative Counter-Claim by Private Right of Action

**In Commerce, everthing must be stated in Truth.** Notice to all, I am that I am, the consumer in fact, natural person, original creditor, Ender, excuter, administrator, holder in due course for any and all derivatives thereof for the surname/given name Gilbert, both public and private for all matters proceeding, and I hereby claim that I will d/b/a Consumer, Gilbert and autograph as the agent, attorney in fact, so be it; Everything stated in this TRUTH AFFIDAVAIT is the Truth, the Whole Truth, and nothing but the Truth and all stated is true, correct, complete, and not misleading. NO THIRD PARTIES ALLOWED. Whereas, I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the following facts, so be it, now present:

**PLAIN STATEMENT ABOUT THE FACTS:**
(a) For Resolving a matter it must be expressed (b) In Commerce Truth is Sovereige; (c) Truth is expressed in the Affidavit Form; (d) An Unrebutted Affidavit stands as Truth in Commerce; (e) An Unrebutted Affidavit becomes the judgment in Commerce; (f) A Truth Affidavit, under Commercial Law, can only be satisfied by a Rebuttal about the Truth Affidavit, by payment, by agreement, by resolution by a jury according by the rules for Common Law.

**A LAWFUL CONTRACT** has (1) Offer; (2) Consideration; (3) Acceptance by all Parties for the Contract and; (4) The Signatures by all Parties involved with the Contract. Only the parties signing the Contract can participate in the discussion of the Contract. Full disclosure about the Contract is imperative.

Fact, The Truth in Lending Act is intended to inform consumers about the cost of credit .

Fact, The Truth in Lending Act is intended to protect consumers against abuse and deceit by creditors and I have been abused and deceived so be it.

**Fact**, Affiant is aware and has proof in attachment labeled as exhibit A that Ally Financial is in violation of **15 USC 1692(g)**. It is unlawful to contact me regarding the above referenced alleged debt, after the verifiable receipt of the notice and without providing procedurally proper validation of the debt. When a notice contains language that 'overshadows or contradicts' it violates the act. this establishes that you, Jeffrey Brown/President of Ally Financial have used the United States Postal Service in a scheme of fraud by using one or more of the following: threat, intimidation, deception, enticement to coerce a person to commit some act, creating a legal disability where none exists.

Exhibit C

**Fact,** Affiant is aware and has proof in attachment labeled as exhibit A that Ally Financial is in violation of 15 USC 1692(e)(8)). Failure to communicate that a debt is disputed. It is unlawful to distribution of any written communication which simulates or is falsely represented to be a document authorizized, issued, or approved by any court.

**Fact,** Affiant is aware and has proof in attachment labeled as exhibit A that Ally Financial is in violation of Title 18 USC 1001 Statements or entries generally. I ran a forensic evidence analysis on Ally Financial Presentment, I noted all the errors and defects and noted Please stop and correct your Ally Financial Presentment and mail me a corrected Ally Financial Presentment and I was ignored.

**Fact,** Affiant is aware and has proof in attachment labeled as exhibit A that Ally Financial is in violation of Title USC 18, pt. 1 chapter 101 section 2071 18 U.S. Code § 2071 - Concealment, removal, or mutilation generally. I respectfully requested to visually inspect MY ORIGINAL WET INK SIGNATURE PROMISSORY NOTE, Please be advised A COPY of the said Note nor an Affidavit of Loss or any other forms will not be acceptable and I was ignored.

**Fact,** Affiant is aware and has proof in attachment labeled as exhibit A that Ally Financial is in violation of 15 USC 1692(b)(5(6)). Not use any language or symbol on any envelope or in the contents of any communication relates to the collection of a debt.

**Fact,** Affiant is aware and has proof in attachment labeled as exhibit A that Ally Financial is in violation of 15 USC 1692(j). It is unlawful to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating.

**Fact,** Affiant is aware and has proof in attachment labeled as exhibit A that Ally Financial is in violation of GA Code 24-14-23 In the ordinary course of business, when good faith requires an answer, it is the duty of the party receiving a letter from another to answer within a reasonable time. Otherwise, the party shall be presumed to admit the propriety of the acts mentioned in the letter of the party's correspondent and to adopt them.

**Fact,** Affiant is aware and has proof in attachment labeled as exhibit A that Ally Financial is in violation of 18 U.S. Code § 8 - Obligation or other security of the United States defined.

Sincerely,

*Bran - Lajock: Gilbert*

:Bran-Lajock: Gilbert.
Authorized Representative For BRAN LAJOCK GILBERT & DEAL TRACKER
:copyright/Copy-claim: All rights reserved
No liability. Errors & Omissions Excepted
WITHOUT PREJUDICE – NON-ASSUMPSIT - Calls may be recorded

IN WITNESS WHEREOF I hereunto set my hand and seal on 27th day of January 2023 and hereby certify all the statements made above are true, correct and complete.





# CERTIFICATE OF DISHONOR



I, Justin Howard, am the notary to whom all communications are to be mailed regarding the Notice of Breach, herein "presentment" Pursuant to Title 11 O.C.G.A 11-3-505 and Uniform Commercial Code 3-505(b) and 1-202, Notice to Protest is hereby given with Certificate of Dishonor regarding the following:

On 01-11-2023, I sent a Notice of Dishonor of Bran Lajock Gilbert d/b/a authorized representative, herein "Petitioner" presentment to respondent   Jeffrey Brown / President of  Ally Financial Inc. herein "Respondent" it's located at 500 Woodward Ave, Detroit, MI 48226, who was given 10 days to respond.

On 01/11/2023, A notice of Protest and Opportunity to cure was mailed to the respondent(s) who were given 10 days to respond.

As of this date, No response has been delivered to me, the designated receiver. I Interviewed  Petitioner, whose affidavit is attached to this Modified Administrative Process Petitioner has stated to me by affidavit that Petitioner has received no response to said contract offer at any other mailing location. Based on the forgoing information, Respondent has **Dishonored** Petitioner's presentment by non acceptance and/ or non performance and have therefore assented to the terms and conditions in said Contract

_____
Notary Public, Third Party Witness


Georgia          )
                 ) ss ACKNOWLEDGMENT
Upson County )


As a Notary Public for said County and State, I do hereby certify that on this _17_ day of _January_____ 2023 the above mentioned Justin Howard appeared before and executed the foregoing **CERTIFICATE OF DISHONOR**. Witness my hand and Seal:

_____
Notary Public, Third Party Witness



Exibit C

:Bran-Lajock: Gilbert
Authorized Agent for : BRAN LAJOCK GILBERT & DEAL TRACKER
In Care of General Delivery
Thomaston, GA 30286

**Invoice**

**Bill To:**
Jeffrey Brown / President
Ally Financial Inc.

**Please make checks payable to:**
Bran Lajock Gilbert

**Invoice No:0001**
**Date: 01 27 2023**

**Payment Terms Available** [x] Installment _1_ of _1_

| QUANTITY | DESCRIPTION | UNIT PRICE | PRICE |
|----------|-------------|------------|-------|
| 1 | Violation Consumer Protection FDCPA – 809 Validation of Debt | $1,000.00 | $1,000.00 |

| | |
|---|---|
| SUBTOTAL | $1,000.00 |
| SALES TAX | N/A |
| DISCOUNTS (n/a) | 0.00 |
| BALANCE | 0.00 |
| TOTAL | **$1,000.00** |

Please Govern Yourself Accordingly as failure to pay in full within 10 days
of receipt of this invoice will result in immediate court action.

THANK YOU FOR YOUR BUSINESS!



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Detroit, MI 48226

| | |
|---|---|
| Certified Mail Fee | $4.15 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ $0.00 |
| Postage | |
| $ | $0.87 |
| Total Postage and Fees | |
| $ | $5.02 |

0382
04

Postmark
Here

02/01/2023

Sent To  Ally Financial / Harvey Brown

Street and Apt. No., or PO Box No.  500 Woodward Ave

City, State, ZIP+4®  Detroit, MI 48226

7022 2410 0003 2129 3677

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

Plain-simple-English & Plain-Simple-Counting-Systems

**Non-negotiable**
**Roberts rules of order apply [In plain language to aid your understanding]**
**CEO and or Persons with significant control**

Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent
Silence is Acquiescence

### NOTICE OF PENDING LAWSUIT

**Notice of Conditional Acceptance of Claim** Date: 02/28/2023

:Bran-Lajock: Gilbert
**Authorized Agent for : BRAN LAJOCK GILBERT & DEAL TRACKER**
**In Care of General Delivery**
**Thomaston, GA 30286**

**Ally Financial Inc.**
Private and Confidential For: Jeffrey Brown / President
500 Woodward Ave
Detroit, MI 48226

Regarding Case/Account Number: ███████████
(2022 Jeep Gladiator)
Perpetual Claim Number: ███████████

**Greeting Mr. Jeffrey Brown / President:** This is being sent prior to filing suit an opportunity to amicably cure your violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b, Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692c. (FDCPA) 15 U.S.C. § 1692b section 5. (FDCPA) 15 U.S.C. § 1692g. (FDCPA) 15 U.S.C. § 1692i(a)(b). FDCPA) 15 U.S.C. § 1692e. (FDCPA) 15 U.S.C. § 1692k(a), Pursuant to U.S.C Title 18, Part 1, Chapter 101 Section 2071

I am willing to settle this matters amicably without having to file suit and I am giving you (10) ten days from the date at the top of this Notice of Pending Lawsuit to take the opportunity to do so.

In case you misunderstood what was being said in my first letter, In case you got backed up or whatever the case is or you didn't understand, let me give you 10 more days for the opportunity to clean it up. Because I have never missed a payment and I'm a good faith customer so I did not think it would be a problem like it has been when asking for the truth about the alleged debt, none of my question I asked in my first letter when validating the debt were answered and how did you come to a determination that was reasonable, just, rash, appropriate or ordinary?

You sent me a letter and envelope that contained a language or a symbol on the envelope and on its contents that identifies you as being in the process of trying to collect a debt from me (1692b section5) I am damaged and violated because I have the right to privacy. Also I did not give you prior verbal consent to contact me by phone and I have been contacted already twice by phone, once I was driven and it was a unusual time and place to contacted me, the second time they called I was at work in a meeting and it was a unusual time and place to contacted me ((1692c),). I have the right not to be oppressed, my reputation is on the line (1692D). Refuses to mark my account as disputed (1692E(8). When I asked to view my wet ink signature on the original promissory note I was ignored and when I asked you to show me you actually loaned me money I was ignored. When I asked you to stop and fix the presentment I was

ignored. These things should have been simple to provide, so please get back to me within 10 days and **correct the presentment** in my first letter I ran a forensics evidence analysis and I found some errors please stop and fix. Provide me with the **GAAP** within 10 days, provide me with the accounting ledger that actually shows proof that they actually loaned me money according to general accepted accounting principles. Please contact me with a scheduled time and place in Griffin, Ga. 30223 for me to visually inspect my **wet blue ink signature** on the original promissory note within 10 days. If you get back to me within 10 days I will continue payment of the note but if you don't get back to me you are definitely agreeing that there is no debt and I owe you nothing and you will set this balance to (0) zero and send me my free and clear title to my vehicle to the address above.

I thank you for sending the monthly presentment to me, I completely accept it on the condition that you fix the presentment within 10 days because I ran a forensic evidence analysis on your presentment and you might be unintentionally or intentionally violating title 18 1001 so I need you to fix that. The entire auto loan is bastardized grammar within fraudulent language. I accept everything your saying on the condition you fix it within 10 days.

Hey, it's been more than thirty days and you have not provided the Gaap. Let me see the account where you had a million dollars in there and where you loaned me a half million and at the end of the day you only had a half million left according to General Accepted Accounting Principles.

By the way according to the Fair Debt collection Act, When you ask somebody in mail within 30 days of receiving a presentment if they don't get back to you and validate the debt properly according to your written request they owe you $1000.00

I contacted you by notary once around **Nov. 28, 2022 REQUEST FOR VALIDATION OF DEBT**, I contacted you twice around **Dec 28, 2022 Conditional Acceptance of Claim** I contacted you three times around **Jan. 12, 2023 Notice of Fault and Opportunity to Cure** I contacted you four times around **Feb. 01 2023 Default in Dishonor** and you haven't set the account balance to zero, you haven't set the alleged debt in dispute, you haven't paid my invoice, now I got to take you to court because there is a open invoice that you've agreed to and haven't paid. Now I got to take you to court. But I don't want to take you to court, I want to settle please contact me immediately lets settle this thing, I don't want to go to court, I don't want to waste the courts time with covid and everything, I don't want to bother the judges, I don't want to bother the courts so lets settle this matter. If I don't hear back from you within (10) ten days I may have to go ahead and pursue this thing in court. But I don't want to do that so please get back to me.

If you choose not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law.

     I can be reached directly at **770-276-0268** or via email at bran.gilbert@yahoo.com.

This phone number is not to be called, shared, or used for any purpose other than to address the matters

at hand within 10 days.

     Sincerely,   *Bran-Lajock Gilbert*

Authorized Representative for BRAN LAJOCK GILBERT and all derivatives thereof
:Copy-right/Copy-claim: All rights reserved
No liability. Errors & Omissions Excepted
WITHOUT PREJUDICE – NON-ASSUMPSIT - Calls may be recorded

10/2023



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Detroit, MI 48226

| Certified Mail Fee | $4.15 | 0382 |
| $ | | 08 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | $1.74 | |
| $ | | 03/01/2023 |
| Total Postage and Fees | $5.89 | |
| $ | | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

**Pure Bill of Discover - in Equity**

03/20/23

## JURISDICTION AND VENUE

1. Jurisdiction in this matter is hereby granted by Bran-Lajock: Gilbert. Authorized Representative for BRAN LAJOCK GILBERT by way of sufficiency of pleadings. (See Affidavit in Support of COMPLAINT PURE BILL OF DISCOVERY - IN EQUITY-Exhibit One)

2. The venue of this court is correct as BRAN LAJOCK GILBERT does business in the STATE OF GEORGIA, and Bran-Lajock: Gilbert is diverse from the UNITED STATES, doing business in THE UNITED STATES, and the amount in controversy exceeds one thousand ($1000.00) dollars.

## PARTIES

3. BRAN LAJOCK GILBERT has been domiciled in the STATE OF GEORGIA for over one year.

4. THE OFFICE OF Ally Financial demonstrates a residency in the jurisdiction of the UNITED STATES and does business in the STATE OF GEORGIA.

## FACTS

5. Plaintiff has exhausted administrative remedy and comes to this court of equity with **Clean Hands** and in **Good Faith**. (See Exhibits A,B,C) (A)-Notice of Conditional Acceptance-Dec 28, 2023, (B)-Notice of Fault and Opportunity to Cure-Jan 12, 2023, (C)-Notice of Default In Dishonor and ESTOPPEL-Feb 1, 2023

6. Plaintiff has exhausted Notarial remedy and comes to this court of equity with **Clean Hands** And in **Good Faith**. (See Exhibits A,B,C) (A) Notice of Breach-Jan 2, 2023, Notice of Protest Opportunity to Cure-Jan 16, 2023, Notice of Certificate of Dishonor-Feb, 1. 2023

7. Plaintiff has established "judgment in estoppel" against Defendant as evidence by attached Certificate of Dishonor, certified by Justin Tremaine Howard, a Notary Public for the STATE OF GEORGIA County of Upson.

8. According to the Fair Debt collection Act, when the consumer notifies the debt collector in in writing, in mail within 30 days of receiving a presentment if they don't get back to you and validate the debt properly accord ing to your written request they owe ($1000.00) One Thousand Dollars. 15 U.S. Code § 1692k

9. When I asked to visually inspect my *wet blue ink signature* on the *original promissory note*, I was ignored and how did Ally Financial come to a determination that was reasonable, just, rash, appropriate or ordinary? *By law the other party must maintain safekeeping of your legal documents. U.S.C Title 18, Part 1, Ch. 101 Section 2071.*

10. I ran a forensic evidence analysis on their monthly presentment and Ally Financial *might be unintentionally or intentionally violating title 18 1001*, so I asked them to fix the presentment and mail me a fixed presentment and my request was ignored and how did Wells Fargo come to a determination that was reasonable, just, rash, appropriate or ordinary?

11. I asked Ally Financial to provide me with the GAAP and again I was ignored, *I request him/her to show an explain the double entry balance sheet pertaining to the presumed loan. Just show me that you are actually a creditor according to General Accepted Accounting Principles (GAAP).*

12. Plaintiff's administrative remedy is *res judicata.*

13. Failure of Defendant to respond in this matter is *stare decisis.*

14. Plaintiff's administrative remedy is ripe for judicial review, and there are no facts in controversy.

**LEGAL CLAIMS**

15.     Plaintiff's entitled to relief in this equitable claim.

16.     Defendant is estopped Feb 1, 2023 for failure to respond properly to original administrative process.
I had mailed a list of questions in my very first letter Nov 28, 2022 that were not answered and documents
requested that were not produced. I have all the registered mail receipts. *As a result I have been Oppressed* by
the result of the Defendant improperly not responding correctly in a timely manner to a business letter, with
information they should be able to produce as the original creditor in less something is deceptive or unfair.

17.     Defendant is the lender and has not produced the original promissory note after I requested to visually inspect
my blue ink signature on the original note. Requested once on 11/28/2022, twice 12/28/23 third time on
1/12/23. *I have been Oppressed* as a result of the Defendant by improperly not responding and being deceptive
and unfair in settling this matter.. I have all the registered & certified mail receipts.

18.     Defendant has had more than thirty days since Nov 29, 2022 and Defendant still has not provided the Gaap.
Letting me see the account where they had a million dollars in there and where they *loaned* me a half
million and at the end of the day they only had a half million left according to General Accepted Accounting
Principles.. *As a result I have been Oppressed* by the result of the Defendant improperly not responding.

19.     Plaintiff has placed the facts and law before this honorable court.

**RELIEF SOUGHT**

20.     Plaintiff's request judicial review of his administrative process and remedy.

21.     Plaintiff request this court to find the facts and execute on the law of the contract before this Court.

22.     Plaintiff demands the court to order Defendant to set my account balance to zero. Regarding Account Number:
228113585808, and that the defendant pay $1,000 as compensation for the invoice of $1000 they agreed to
and never paid.

23.     Plaintiff request the court to release the Order of the Court to BRAN LAJOCK GILBERT.

24.     Plaintiff request  the court to order Defendant to set account (███████████) balance to 0 (zero) within 30
days.

25.     Plaintiff requests  the court relief pursuant to FRCR Rule 56 the plaintiff moves for summary judgment
because their is no genuine dispute as to any material fact. If a Defendant fails to properly support an assertion
of fact or fails to properly address Plaintiff assertion of fact as required by Rule 56.

Violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b • Fair Debt Collection Practices Act (FDCPA)
15 U.S.C. § 1692c • (FDCPA) 15 U.S.C. § 1692b section 5 • (FDCPA) 15 U.S.C. § 1692g • (FDCPA) 15 U.S.C. §
1692j • FDCPA) 15 U.S.C. § 1692e • Pursuant to U.S.C **Title 18, Part 1, Chapter 101 Section 2071** • OCGA
**24-14-23** • Title 18 USC 1001 • GA Code 9-11-26(1)

Hey Judge they owe me ($1000.00) one thousand dollars for the invoice I sent them 2/1/2023 but they want pay,
I got all the registered and certified mail receipts I got everything showing they have agreed to it, but they haven't
paid me judge please help me. I have tried to reach out, I have tried to negotiate, I have tried to connect, maybe you
can help me judge and provide me summary judgment for the ($1000.00) one thousand dollars for the invoice and
($5000) five thousand dollars for the fact  my account  balance has  not been set at ($0) zero dolloars and  for the time
and funds deprived from me. Please Judge provide me with summary judgment.

**Respectfully submitted by order of BRAN-LAJOCK: GILBERT.**

Sincerely,

*Bran-Lajock: Gilbert*

**Authorized Representative for BRAN LAJOCK GILBERT and all derivatives thereof**
**:Copy-right/Copy-claim: All rights reserved**
**No liability. Errors & Omissions Excepted**
**WITHOUT PREJUDICE – NON-ASSUMPTIVE**

*Lacy Jack*

E-FILED IN OFFICE MM
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
23-M-11881
3/27/2023 5:08 PM
TIANA P. GARNER, CLERK

23-M-11881

# TRUTH AFFIDAVIT

## IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARINE CLAIMS RULES C(6)
### 03/20/2023

**In Commerce, everything must be stated in Truth.** Notice to all, I am a private person, a living soul, the consumer in fact, natural person, original creditor, Ender, executer, administrator, holder in due course for any and all derivatives thereof for the surname/given name Gilbert, both public and private for all matters proceeding, and I hereby claim that I will d/b/a Consumer, Gilbert and autograph as the agent, attorney in fact, so be it; 1. I am competent for stating the matters set fourth herewith; 2. I have personal knowledge about the facts stated herein; 2. Everything stated in this TRUTH AFFIDAVIT is the Truth, the Whole Truth, and nothing but the Truth and all stated is true, correct, complete, and not misleading. NO THIRD PARTIES ALLOWED.

## PLAIN STATEMENT ABOUT THE FACTS:
(a) For Resolving a matter it must be expressed (b) In Commerce Truth is Sovereign; (c) Truth is expressed in the Affidavit Form; (d) An Unrebutted Affidavit stands as Truth in Commerce; (e) An Unrebutted Affidavit becomes the judgment in Commerce; (f) A Truth Affidavit, under Commercial Law, can only be satisfied by a Rebuttal about the Truth Affidavit, by payment, by agreement, by resolution by a jury according by the rules for Common Law.

**A LAWFUL CONTRACT** has (1) Offer; (2) Consideration; (3) Acceptance by all Parties for the Contract and; (4) The Signatures by all Parties involved with the Contract. Only the parties signing the Contract can participate in the discussion of the Contract. Full disclosure about the Contract is imperative.

**FACT,** The Truth in Lending Act is intended to protect consumers against abuse and deceit by creditors and I have been abused and deceived so be it.

Regarding Account Number: ███████████        Perpetual Claim Number: ███████████

List here of the actual events.
1.  November 28th, 2022. I mailed Ally Financial a **Validation of debt** letter with a series of questions, there was no response until 12-08-2022 and not what I requested just reference information on the account. I requested for answers to my series of questions to be answered and *the debt was not properly validated I also asked for to visually inspect my wet ink signature on the original promissory note.*
    In my first letter I added *Please see the attachment.* I ran a forensic evidence analysis on the Present ment. I noted all the errors and defects. I added on the presentment *Please stop and correct* your Present ment with instructions and mail me a corrected Presentment to me within thirty (30) days. Pursuant to Title 18 USC 1001 and *I was ignored.*

2.  On December 28, 2023 I got a third party **Notary** to mail Ally Financial a **Conditional Acceptance of Claim** with additional ten days to show proof of claim by answering my series of question in my letter and perform ing. I got no response from Ally Financial.
    I had added a note in my letters **Please be advised**. A COPY of the said Note nor an Affidavit of Loss or any other forms will not be acceptable. Please contact me in writing to arrange for an appropriate point of inspection of the original **blue wet ink signature promissory note** in Griffin, Spalding County, Georgia. And within the extra ten days they could have scheduled a time and place for me to visually inspect the original blue wet ink signature promissory note. *But they choose to ignore my request.*

3.  On Jan. 12, 2023 I got a third party **Notary** to mail Ally Financial a **Notice of Fault and Opportunity to cure** letter with 10 days to cure the Fault. Ally Financial did not reply, I got no response at all.

4.  On February 2, 2023 I got a third party **Notary** to mai Ally Financia a **Notice of Estoppal, Affidavit of Truth, a Invoice and a Certificate of Dishonor** . I got a letter from Ally Financial Feb 2, 2023 saying they received my letters from Jan 3rd, Jan. 17th and Jan 23rd and this will serve as a response to the three letters received.

5.      On March 1, 2023 I mailed a **Notice Pending Suit** . I got a email from Ally Financial Feb 23, 2023 11:10 am saying,We received your letter February 7, 2023 regarding your Ally auto account. We are researching your concern and will provide  a timely response soon.

**Fact**, Affiant is aware that  Ally Financial is in violation of 15 USC 1692(e)(8). (Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed. *My debt is not communicated as disputed.*

**Fact**, Affiant is aware and that Ally Financial is in violation of Title 18 USC 1001 Statements or entries generally.  I ran a forensic evidence analysis on Ally Financial Presentment,  I noted all the errors and defects and noted Please stop and correct your Ally Financial Presentment and mail me a corrected Ally Financial Presentment and I was ignored.

**Fact**, Affiant is aware a thatAlly Financial is in violation of Title USC 18, pt. 1 chapter 101 section 2071 18 U.S. Code § 2071 - Concealment, removal, or mutilation generally. *I respectfully requested to visually inspect MY ORIGINAL WET INK SIGNATURE PROMISSORY NOTE, Please be advised A COPY of the said Note nor an Affidavit of Loss or any other forms will not be acceptable and I was ignored.*

**Fact**, Affiant is aware that Ally Financial is in violation of  15 USC 1692(b)(5(6)). Not use any language or symbol on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt; and *I have the right to privacy.*

**Fact**, Affiant is aware that Ally Financial is in violation of  15 USC 1692(j). It is unlawful to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating. *Sending me copies of documents to create false belief.*

**Fact**, Affiant is aware that Ally Financial is in violation of GA Code 24-14-23 In the ordinary course of business, when good faith requires an answer, it is the duty of the party receiving a letter from another to answer within a reasonable time. Otherwise, the party shall be presumed to admit the propriety of the acts mentioned in the letter of the party's correspondent and to adopt them. *They have not been answering my letters in writing within a reasonable time in the ordinary course of business.*

**Fact**, Affiant is aware that Ally Financial is in violation of  15 USC 1692(j). It is unlawful to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating. *They have sent me copies of documents to create false belief.*

**Fact**, Affiant is aware that Ally Financial is in violation of GA Code 9-11-26(1) In general. Parties may obtain discovery regarding any matter, not privileged, which is relevant to the subject matter involved in the pending action, whether it relates to the claim or defense of the party seeking discovery or to the claim or defense of any other party, including the existence, description, nature, custody, condition, and location of any books, documents, or other tangible things and the identity and location of persons having knowledge of any discoverable matter. It is not ground for objection that the information sought will be inadmissible at the trial if the information sought appears reasonably calculated to lead to the discovery of admissible evidence;

**Fact**, Affiant is aware of 18 U.S. Code § 8 - Obligation or other security of the United States defined.  includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States

**Fact**, Affiant is aware that Ally Financial is in violation of 15 U.S. Code § 1692c). (a) Communication with the consumer generally Without the prior consent of the consumer given directly to the debt collector or the express permission of a court. Ive got a several calls without the prior consent given directly to the debt collector. *In my first letter Validation of debt I wrote contact me be mail, I put this in writing. I did not give prior permission to contact me by phone and you have called me at unusal times and places when calling me.*

**Fact**, Affiant is aware and that Ally Financial is in violation of 15 U.S.C. § 1692b section 5 Not use any language or symbol on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt; *They sent me a letter and envelope that contained a language or symbol on the envelope and on its contents that defies yu as being in the process of trying to collect a debt from me.*

**Fact**, Affiant is aware a that Ally Financial is in violation of 15 U.S. Code § 1692g- (a) Notice of debt; contents - Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing—(b) Disputed debts. *They did not communicate with me within (5) five days after intial contact adout the disputed debt.*

**Fact**, Affiant is aware that Ally Financial is in violation of 15 USC 1692(b)(5(6)). Not use any language or symbol on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt; andt. *I have the right to privacy.*

**Fact**, Affiant is aware that Ally Financial is in violation of 15 U.S. Code § 1692e. A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: *They are refusing to mark my account as disputed*

**Fact**, Affiant is aware that Ally Financial is in violation of 18 U.S. Code § 2071(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

Sincerely,

*Bran-Lajock: Gilbert*

:Bran-Lajock: Gilbert.
Authorized Representative For BRAN LAJOCK GILBERT & DEAL TRACKER
:copyright/Copy-claim: All rights reserved
No liability. Errors & Omissions Excepted
WITHOUT PREJUDICE – NON-ASSUMPSIT - Calls may be recorded

IN WITNESS WHEREOF I hereunto set my hand and seal on 1st day of February 2023 and hereby certify all the statements made above are true, correct and complete.