# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRAN LAJOCK GILBERT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| ALLY FINANCIAL | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Ally Bank, erroneously named as Ally Financial, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, files this Certificate of Interested Persons and Corporate Disclosure Statement:

(1)   The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties named in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- Plaintiff:
    - Bran LaJock Gilbert

- Defendant:
    - Ally Bank is a corporation organized under the laws of Utah with its principal place of business in the state of Utah. Ally Bank is an indirect wholly owned subsidiary of Ally Financial Inc.
    - Ally Financial Inc., erroneously named as a Defendant by Plaintiff, is a corporation organized under the laws of Delaware with its principal place of business in the State of Michigan. Ally Financial Inc.'s common stock is publicly traded on the New York Stock Exchange. Ally Financial Inc. has no parent corporation and no publicly held corporation owns ten percent (10%) or more of Ally's stock.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Ally Bank, who was erroneously named as Ally Financial.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- For Defendant:

    Avery G. Carter
    Georgia Bar No. 789576
    Nelson Mullins Riley & Scarborough LLP

- For *Pro se* Plaintiff Bran Lajock Gilbert:

    None.

(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.

Not applicable, as jurisdiction is premised upon federal question.

Respectfully submitted, this 11th day of May, 2023.

        */s/ Avery G. Carter*
        Avery G. Carter
        Georgia Bar No. 789576
        Email: avery.carter@nelsomullins.com
        NELSON MULLINS RILEY &
        SCARBOROUGH LLP
        201 17th Street, NW, Suite 1700
        Atlanta, Georgia 30363
        Telephone: (404) 322-6000

        *Attorney for Defendant*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

Pursuant to LR 7.1D, counsel for Defendant certifies that the foregoing document has been prepared in Times New Roman 14-point font, one of the fonts approved in LR 5.1(B).

This 11th day of May, 2023.

                                                 */s/ Avery G. Carter*
                                                 Avery G. Carter
                                                 Georgia Bar No. 789576
                                                 Email: avery.carter@nelsomullins.com
                                                 NELSON MULLINS RILEY &
                                                 SCARBOROUGH LLP
                                                 201 17th Street, NW, Suite 1700
                                                 Atlanta, Georgia 30363
                                                 Telephone: (404) 322-6000

                                                 *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on 11th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I have served a copy of the within and foregoing by depositing a true and correct copy by the United States mail, with adequate postage pre-paid, to the following:

>Brian Lajock Gilbert
>1697 N Expressway
>Griffin, GA 30223

This 11th day of May, 2023.

>*/s/ Avery G. Carter*
>Avery G. Carter
>Georgia Bar No. 789576
>Email: avery.carter@nelsomullins.com
>NELSON MULLINS RILEY &
>SCARBOROUGH LLP
>201 17th Street, NW, Suite 1700
>Atlanta, Georgia 30363
>Telephone: (404) 322-6000
>
>*Attorney for Defendant*