**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)**

| | |
|---|---|
| BRIANNA L. COVERDALE,<br><br>           Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE<br>BACKGROUND SERVICES, CORP.,<br><br>           Defendant. | Case No.:<br><br>**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Rule 3.3, Plaintiff Brianna L. Coverdale hereby submits her Certificate of Interested Parties and Corporate Disclosure Statement:

1.     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of the party:

    Brianna L. Coverdale – Plaintiff

    First Advantage Background Services, Corp. – Defendant

1

2.      The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial 2 interest in or other interest in which could be substantially affected by the outcome of this particular case:

None known to Plaintiff at this time.

3.      The undersigned further certifies that the following is a full and complete list of the persons serving as attorneys for the parties in this proceeding.

Jenna Dakroub, GA #385021
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

Respectfully submitted this 11th day of May 2023.

/s/Jenna Dakroub
Jenna Dakroub, GA #385021
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

*Attorney for Plaintiff,*
*Brianna L. Coverdale*