**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ANDRENE R. ANDERSON-THOMAS, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ Removed from Superior Court of Cobb County, Civil Action File No. 23102714 JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| THE KROGER CO., | | |
| Defendant. | | |

## DEFENDANT THE KROGER CO.'S
## DEMAND FOR TWELVE PERSON JURY

COMES NOW Defendant **THE KROGER CO.**, by and through undersigned counsel, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and hereby demands a trial by jury of twelve persons.

Respectfully submitted, this the 11th day of May, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.** 950 East Paces Ferry Road, N.E. Suite 1700 – Salesforce Tower Atlanta Atlanta, Georgia 30326 Telephone: (404) 870-7386 Facsimile: (404) 870-1033 | */s/ Sarah Raquel L. Lisle* Matthew G. Moffett Georgia State Bar No.: 515323 Sarah Raquel L. Lisle Georgia State Bar No.: 412593 Jeremy A. Freiman Georgia State Bar No.: 786086 *Attorneys for The Kroger Co.* |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON JURY** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.  Counsel of record is as follows:

> Craig J. Ehrlich, Esq.
> Ehrlich Law Office
> 1123 Zonolite Road NE, Suite 7-B
> Atlanta, GA 30306
> craig@ehrlichlawoffice.com
> *Attorneys for Plaintiff*

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14-point font.

[SIGNATURE ON FOLLOWING PAGE.]

Respectfully submitted, this the 11th day of May, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone:  (404) 870-7386 | Georgia State Bar No.: 412593 |
| Facsimile:   (404) 870-1033 | Jeremy A. Freiman |
| | Georgia State Bar No.: 786086 |
| | *Attorneys for The Kroger Co.* |

3