# SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ID# 2023-0049954-CV
**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**23102734**
**Kimberly A. Childs - 58**
**APR 10, 2023 12:56 PM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER  23102734

$214.00 COST PAID

The Meadows Unit Owners' Association, Inc.

_____
**PLAINTIFF**

**VS.**

Allied Insurance Company of America

_____
**DEFENDANT**

## SUMMONS

TO: ALLIED INSURANCE COMPANY OF AMERICA

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Steven Sanders**
> **Sanders & Beller, PC**
> **PO BOX 801088**
> **ACWORTH, Georgia 30101**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of April, 2023.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

ID# 2023-0049953-CV
🖳 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23102734**

Kimberly A. Childs - 58
APR 10, 2023 12:56 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **THE MEADOWS UNIT OWNERS' ASSOCIATION, INC.,** on its own behalf and on behalf of its members, | ) ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **CIVIL ACTION NO.:** ) |
| **ALLIED INSURANCE COMPANY OF AMERICA,** | ) ) ) |
| **Defendant.** | ) ) |

_____/

## COMPLAINT FOR BREACH OF CONTRACT AND BAD FAITH DAMAGES WITH DEMAND FOR JURY TRIAL

Plaintiff, The Meadows Unit Owners' Association, Inc., on its own behalf and on behalf of its members ("Plaintiff" or the "Association"), by and through the undersigned counsel, file this Complaint for Breach of Contract and Bad Faith Damages with Demand for Jury Trial against Defendant, Allied Insurance Company of America ("Defendant" or "AICOA"), and as grounds therefore, state as follows:

1.      This is an action for Breach of Contract and Bad Faith Damages against Defendant, Allied Insurance Company of America.

### I. VENUE

2.      Venue is appropriate in Cobb County, Georgia because all or part of the events giving rise to the causes of action occurred in Cobb County, Georgia and the property which is the subject of this suit is located in Cobb County, Georgia.

### II. PARTIES

3.     Plaintiff is a Georgia non-profit corporation that conducts its business in Cobb County, Georgia. The Association is comprised of homeowners who own units within the community located at 4933 Meadow Lane, Marietta, Georgia 30068. Plaintiff submits itself to the jurisdiction of this Court, and the Association's damages exceed $15,000.00.

4.     Defendant Allied Insurance Company of America is in the business of insurance in the State of Georgia. The insurance business done by AICOA in Georgia includes, but is not limited to, the following:

- The making and issuing of contracts of insurance with Plaintiff;

- The taking or receiving of application for insurance, including Plaintiff's application for insurance;

- The receiving or collection of premiums, commissions, membership fees, assessments, dues or other consideration for any insurance or any part thereof, including any such consideration or payments from Plaintiff; and

- The issuance or delivery of contracts of insurance to residents of this state or a person authorized to do business in this state, including Plaintiff.

5.     Defendant Allied Insurance Company of America is an insurance company doing business in the State of Georgia and licensed with the Office of Insurance and Safety Fire Commissioner.   Defendant is subject to jurisdiction and venue of this Court. Accordingly, Defendant may be served with process by serving its Registered Agent for Service: Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092. ***Plaintiff requests that a service copy of the Complaint along with Summons, which may be served upon Defendant Allied Insurance Company of America by serving Defendant's registered agent***.

### III. NATURE OF THE CASE; RELIEF SOUGHT

6.     This is a first-party insurance case stemming from extensive damage to Plaintiff's Property from a severe storm event in June 2021. Plaintiff seeks damages for breach of contract,

and bad faith damages pursuant to O.C.G.A § 33-4-6. Plaintiff also seeks its attorney's fees, litigation expenses, costs of court and pre- and post-judgment interest pursuant to O.C.G.A § 33-4-6 and O.C.G.A. § 13-6-11.

## IV. BACKGROUND FACTS

7.      The Association is real property located in Cobb County, Georgia and is comprised of eighteen (18) buildings at 4933 Meadow Lane, Marietta, Georgia 30068 (the "Property").

8.      In consideration of the $53,346.00 premium paid to it by Plaintiff, AICOA issued a policy of insurance numbered ACP BPHL3029294999 to the Association with effective dates from December 31, 2020 to December 31, 2021 (the "Policy"), which was in full force and effect at the time of Plaintiff's loss.  (See attached Exhibit "A," a copy of the subject Policy).

9.      At all relevant times, the Policy covered the Property against loss by wind, hail, freeze and water damage, among other perils, less only a deductible.

10.     As a consequence of severe storm event on or about June 8, 2021, the Property sustained extensive damages.  The damage is covered under the Policy issued by AICOA.

11.     Plaintiff gave timely notice to Defendant and cooperated with AICOA's investigation of Plaintiff's insurance claim.

12.     AICOA assigned the claim to adjusters, including but not limited to field adjuster Phillip Dobson and desk adjuster Kyle Perry, to investigate, report on and adjust the loss.

13.     Dobson inspected the Property for two days in July 2022. Dobson completed his inspection with Matt Swinford, a representative for Plaintiff.  Dobson told Swinford onsite that all the Property's roofs and gutters were hail damaged at the Property, needed to be replaced and that he was going to prepare an estimate and tender it to AICOA for payment to Plaintiff.

14.     AICOA failed to timely issue payment for Plaintiff's covered damages following the field adjuster's inspection.

15.     Instead, AICOA's desk adjuster, Kyle Perry, sent an email to Plaintiff on October 28, 2021 stating, "it was the original inspector's opinion that all of the roofs and gutters were/are hail damaged" and refused to provide Plaintiff with a copy of Dobson's estimate and/or his report for complete roof replacement to all 18 buildings at the Property, soft metals, gutters and downspouts.

16.     Rather than conducting a complete, fair, and reasonable investigation, AICOA and its adjusters, including Kyle Perry, conducted a results-oriented investigation designed to under scope and under value the claim, and further violated the terms of the Policy by failing to pay for all the covered damages caused by the storm event at issue.

17.     Instead of hiring ProNet Group, Inc., to investigate the claim to complete an independent analysis of Plaintiff's loss and the scope and extent of covered hail damage to the Property, Defendant and its adjusters, including Kyle Perry, hired ProNet, which is well known in the industry for working on behalf of insurance carriers in first-party cases like this one, to provide AICOA with a rubber stamp and bases to underpay and/or deny Plaintiff's claim after Defendant's own licensed, competent and qualified field adjuster recommended full roof replacement for all buildings at the Property. Defendant knew ProNet and its Georgia licensed professional engineers, including Raul Rodriguez, P.E., would provide reports based on inadequate or incomplete information, which AICOA could use as a pretext for underpaying and/or denying a portion of Plaintiff's claim and knew that the substandard investigation ProNet and its engineers would perform and *did* perform were not reasonable. By way of example, Defendant's hired engineer agreed with Defendant's field adjuster that the gutters lining the edge of the roof surfaces and

downspouts were hail damaged, but the roofs conveniently were not – somehow the hail missed the roofs but damaged all collateral items on and around the roof surfaces.

18.     On or about November 30, 2021, AICOA concluded its investigation, adjusted Plaintiff's claim, and determined that Plaintiff was owed $69,417.02 for covered hail damages to gutters, downspouts and soft metals on the roofs but denied coverage for roof damage. AICOA's partial denial was based on the opinion of its hired engineer: "Our review showed that the roofing shingles on all buildings at the property are not hail or wind damaged. The only issues observed to the shingles by Raul Rodriguez, P.E. are a result of wear, tear, and deterioration. Unfortunately, these causes of loss are specifically excluded from coverage in the policy."

19.     By underpaying and partially denying coverage for Plaintiff's claim, Defendant forced Plaintiff to incur costs to complete its own investigation and independent inspection of the Property and analysis of the extent of damage caused by the storm event in question. Plaintiff hired Martin Shields, P.E., a Georgia licensed professional engineer of Shields Engineering Group. Shields inspected the Property and prepared a report that was provided to Defendant confirming the roofs, in addition to the soft metals on the roof surfaces and gutters and downspouts, were damaged by hail.

20.     By underpaying and partially denying coverage for Plaintiff's claim, Defendant forced Plaintiff to incur costs to complete its own investigation and independent analysis of the cost to repair the damages caused by the storm event in question. Plaintiff hired Art Boutin, a building, construction and cost of repair consultant and Mr. Boutin's estimate was provided to Defendant with Plaintiff's pre-suit notice and demand on or about March 10, 2023.

21.     Defendant responded to Plaintiff's pre-suit notice on March 24, 2023 stating "We are in receipt of your letter dated March 10, 2023 . . . After further review, it has been determined that there is no change in our position."

22.     AICOA failed to conduct a full and fair and reasonable investigation of Plaintiff's claim, including as to the full scope and extent of covered losses and damages of the Association's insured Property and as to the reasonable and necessary scopes of repairs of all such Property. Defendant, instead, did an inadequate assessment despite plainly visible and extensive damage to the Property, thereby undervaluing the claim and drastically reducing Defendant's exposure under the Policy and further violating the terms of the Policy by failing to pay for all of the covered damage caused by the storm event at issue.

23.     AICOA has a contractual obligation to investigate all possible bases which might support Plaintiff's claim, and cannot deny a claim or part of a claim without thoroughly investigating the foundation for its denial or basis for withholding insurance benefits.

24.     AICOA has underpaid Plaintiff by approximately $1,200,000. AICOA violated the terms of the Policy by failing to pay for the covered damages caused by the storm event in question.

25.     AICOA wholly failed to estimate the complete cost of repair to the Property during the claims handling period.

26.     AICOA has failed to make an attempt to settle Plaintiff's claim in a fair manner, although its liability to Plaintiff's under the Policy is without dispute.

27.     AICOA refused to fully compensate Plaintiff under the terms of the Policy and failed to conduct a reasonable investigation. AICOA and its adjusters performed an outcome-oriented investigation of Plaintiff's claim which resulted in an unfair, biased and inequitable evaluation of Plaintiff's losses.

28.     AICOA has failed and refused to pay Plaintiff in accordance with its promises under the Policy and has wrongfully underpaid Plaintiff's claims for covered damages to the Property and wrongfully denied coverage for covered damages to Property.

29.     The amount of Plaintiff's damages is well established and has been provided to Defendant. Plaintiff's covered property damage has not been paid despite Plaintiff having performed all conditions precedent to recovery under the Policy.

30.     AICOA forced Plaintiff to file this suit by offering substantially less than the amount of covered damages. Thus, Defendant failed to meet its obligation under the Policy regarding investigation and payment of the claim without delay.

### V. CLAIMS AGAINST DEFENDANT ALLIED INSURANCE COMPANY OF AMERICA

### <u>COUNT I</u>
### (BREACH OF CONTRACT)

31.     Plaintiff re-alleges the foregoing paragraphs 1-30 as if fully set forth herein.

32.     This is an action for damages for breach of contract against Allied Insurance Company of America, arising out of the Policy it issued to Plaintiff, which was in full force and effect at the time of the loss to the insured Property.

33.     Plaintiff suffered a loss due to a severe weather event that occurred or about June 8, 2021.

34.     Plaintiff timely submitted the claim to AICOA.

35.     In response, AICOA inspected the loss, but underpaid and wrongfully denied a portion of Plaintiff's claim.

36.     Plaintiff paid premium invoices to AICOA to ensure it had replacement cost coverage for the Property. However, AICOA has refused to honor this contract and pay the claim.

37.     In response to the submission of Plaintiff's notice of loss, AICOA sent a properly trained field adjuster to inspect and investigate the insurance claim and evaluate the extent and nature of the claimed damages but then looked for ways to underpay or deny the claim after the field adjuster recommended AICOA pay full roof replacement.

38.     Following the field adjuster's inspection in July 2021, AICOA failed to timely pay Plaintiff's claim.

39.     The Association suffered a substantial loss to the insured property and continues to suffer the loss.

40.     Defendant has failed and/or refused payment of insurance proceeds that are due and owing to Plaintiff.

41.     The Association has repeatedly requested that AICOA do a complete evaluation of the claim and pay to return its property back to its pre-loss condition. Defendant has failed and/or refused to indemnify.

42.     The Association has performed all the requirements under the Policy, or alternatively, it has been excused from performance of the acts due to the waiver, representations, misrepresentations, omissions, and/or conduct of Defendant.

43.     As a direct result of AICOA's breach of its insurance contract, Plaintiff has lost benefits of the insured property, and continue to suffer the loss.

44.     As a result of its breach of the Policy, AICOA is liable to Plaintiff in an amount to be determined at trial, including applicable interest.

45.     Documentation of the damages has been submitted and resubmitted to Defendant by Plaintiff; however, AICOA has breached the insurance Policy contract by failing to issue full payment to Plaintiff as of the date of this filing.

46.     Plaintiff has repeatedly shown Defendant the direct physical damage to the Property and continues to suffer this loss.

47.     AICOA has failed and/or refused, and continues to refuse, to pay the full damages, despite knowing it is required to do so.

48.     AICOA has breached its insurance contract by failing to pay the full benefits for Plaintiff's claim due and owing under Policy No. ACP BPHL3009294999.

49.     AICOA conducted an improper and incomplete claim investigation, and has incorrectly alleged that the damages claimed are not subject to payment.

50.     On the contrary, Plaintiff's Policy provides coverage for the damages, and the claimed losses are not excluded under the Policy. The coverage is clear and well-documented by Plaintiff.

51.     Plaintiff has provided AICOA with all requested documents and information needed for Defendant to tender all owed insurance benefits, including detailed information regarding the damages sustained.

52.     Plaintiffs have cooperated with all reasonable and relevant requests made by Defendant in its investigation of the loss and provided AICOA and its adjusters and representative opportunities to inspect the Property.

53.     AICOA has failed to properly pay Plaintiff's claim, and this is a wrongful material breach of the Policy.

54.     A material breach by one party excuses the other party from further performance under the contract.

55.     AICOA's breach is a continuing breach of the Policy. As a direct result of Defendant's breach of its insurance contract, Plaintiff has lost benefits of the insured property, and continues to suffer the loss.

56.     AICOA has breached the insurance contract by, among other things, delaying Plaintiff's claim, failing to provide a proper adjustment and scope of Plaintiff's loss, and failing and refusing to make prompt and proper insurance benefit payments to Plaintiff, issuing a low-ball payment, failing to tender additional indemnity after being presented with the supporting documentation, and failing to pay that which is now past due and owing under the Policy.

57.     AICOA is contractually required to timely tender owed insurance benefits.

58.     AICOA has a contractual obligation to conduct a proper claim investigation and not to ignore evidence that would support Plaintiff's claim.

59.     An insurance contract is a contract of adhesion and should be construed in a light most favorable to the insured.

60.     Plaintiff has satisfied all conditions precedent to recover the full amount of damages caused by this covered cause of loss from AICOA under the Policy.

61.     Plaintiff has complied with all conditions precedent to bringing all causes of action alleged in this Complaint, or AICOA has waived or is estopped from asserting the same.

62.     As a result of its breach of the subject policy, AICOA is liable to Plaintiff in an amount to be determined at trial, including applicable interest.

63.     Due to AICOA's denial of the full policy benefits, Plaintiff is entitled to recover pre-judgment interest from the date of loss.

64.     Plaintiff is entitled to prevailing party costs.

## COUNT II
## (BAD FAITH DAMAGES AGAINST INSURER

## PURSUANT TO O.C.G.A. § 13-6-11 and §33-4-6)

65.     Plaintiff re-alleges paragraphs 1 through 30 and 31 through 64 as if fully set forth herein.

66.     AICOA's conduct in refusing to fully indemnify Plaintiff for its loss under the constitutes bad faith under Georgia law, specifically O.C.G.A. § 13-6-11 and O.C.G.A. § 33-4-6. Plaintiff is entitled to extra contractual damages under O.C.G.A. § 33-4-6 and Georgia law, including the penalties and fees provided for under Georgia statute, in an amount to be determined at trial.

67.     AICOA has acted in bad faith, has been stubbornly litigious, or has caused Plaintiff unnecessary trouble and expense by its breach of the insurance contract/Policy. Pursuant to O.C.G.A. § 13-6-11, Plaintiff is entitled to recover expenses of this litigation.

68.     AICOA has a duty to attempt, in good faith, to settle claims when, under all these circumstances, it could and should have done so, had it acted fairly and honestly towards its insured, and with due regard for the insured's interest.

69.     AICOA has wrongfully failed and/or refused, in good faith, to settle Plaintiff's claims when under all circumstances it could and should have done so had it acted fairly and honestly towards Plaintiff, thereby failing to settle or pay the subject claim when the obligation to settle and pay had become more than reasonably clear. Upon information and belief, AICOA breached this duty in claims handling of Plaintiff's losses, for, *inter alia*, financial gain and profit.

70.     AICOA could have and/or should have timely tendered the insurance benefits that were due and owing to Plaintiff had it conducted fair and reasonable claim investigations.

71.     AICOA has a duty not to misrepresent pertinent facts or insurance policy provisions relating to coverages at issue. AICOA breached this duty in the adjustment of Plaintiff's insurance claims for, *inter alia*, financial gain and profit.

72.     AICOA made material misrepresentations to Plaintiffs regarding relevant facts and policy terms, conditions, and coverages relating to owed insurance benefits.

73.     AICOA has a duty not to fail to acknowledge and act promptly upon communications with respect to an insured's claims. Defendant breached this duty in the adjustment of Plaintiff's insurance claim by ignoring Plaintiff's request for payment of owed damages.

74.     AICOA has a duty to adopt and implement standards for the proper investigation and settlement of claims. Upon information and belief, AICOA breached this duty in the adjustment of Plaintiffs' insurance claims for, *inter alia*, financial gain and profit.

75.     AICOA did not conduct a proper investigation and settlement of Plaintiff's claims. The improper claims handling began from the onset when AICOA retained outcome orientated experts to form a basis for improper denial of Plaintiff's covered claim.

76.     AICOA has a duty not to deny claims without conducting reasonable investigations based upon available information. AICOA breached this duty in the adjustment of Plaintiff's insurance claims.

77.     Upon information and belief, as a general business practice, AICOA intentionally and/or in such reckless disregard for the rights of the insureds, utilizes unfair claims handling practices for financial gain and profit.

78.     Plaintiff is entitled to extra contractual damages under Georgia law, including the penalties and fees provided for under Georgia statute, in an amount to be determined at trial.

79.     In order to pursue its claim against AICOA, Plaintiff has been required to engage the services of attorneys, for which it shall continue to incur fees and expenses in the pursuit of its claims herein against Defendant.

80.     With respect to all causes of action asserted herein, Plaintiff seeks the recovery of pre- and post-judgment interest.

## VI. CONDITIONS PRECEDENT

81.     All conditions precedent for Plaintiff to recover has been or will be met.

## VII. JURY DEMAND

82.     Plaintiff requests that a jury be convened to try the factual issues as joined by the pleadings.

## VIII. RESERVATION OF RIGHTS

83.     Plaintiff specifically reserves the right to bring additional causes of action against Allied Insurance Company of America and to amend this Complaint as necessary.

## PRAYER

WHEREFORE, Plaintiff seeks the following relief:

A.      Judgment against Defendant, Allied Insurance Company of America, for this Complaint for breach of contract of the Policy for all amounts due and owing under the Policy for Plaintiff's claims in an amount to be determined at trial, including pre- and post-judgment interest, costs of suit incurred and for Plaintiff's reasonable attorney's fees and expenses of litigation in this action pursuant to O.C.G.A. § 13-6-11;

B.      That Plaintiff be awarded extra contractual damages pursuant to O.C.G.A. § 33-4-6 upon this Court's determination that the failure and delay of Defendant, Allied Insurance Company of America, to indemnify Plaintiff for its covered losses and damages was in bad faith

under Georgia law, along with an award for Plaintiff's costs of suit incurred and judgment entered against Defendant for Plaintiff's reasonable attorney's fees and expenses of litigation in this action pursuant to O.C.G.A. § 33-4-6 and § 13-6-11; and

      C.     Any and all other financial relief and rulings to which Plaintiff may be entitled at law and/or as a matter of equity.

Respectfully submitted this 6th day of April, 2023.

SANDERS & BELLER, P.C.
P.O. Box 801088
Acworth, Georgia 30101
Telephone: (404) 834-1860
Facsimile: (210) 228-0260

BY:   /s/ *Steven T. Sanders*

STEVEN T. SANDERS
Georgia Bar No. 625696
Email: steven@sandersbeller.com

**ATTORNEY FOR PLAINTIFF**

# EXHIBIT A

# PREMIER BUSINESSOWNERS - HABITATIONAL (AICOA)

45   0021267

ACP   30-2-9294999

INSURED COPY

N

LMCK

IN 74 04 01 07

# IMPORTANT FLOOD INSURANCE NOTICE

Thank you for the opportunity to provide your important insurance protection.  As your insurance provider, we like to keep you informed of important issues that can potentially impact your property assets.  This letter is to remind you of the importance of considering flood insurance and the importance of reviewing your policies on a regular basis.

Your Commercial Property (Premier Businessowners, and/or Commercial Property) and Farmowners' policy does not cover damage from floods to any property resulting directly or indirectly from "water."  Excluded "water" losses include, but are not limited to those caused by flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not. These types of loss or damage caused by "Water" are excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. You will need to read your policy for all of the details about excluded water losses.  This is just a summary of the excluded water losses to highlight some important flood-related issues.

In most communities, you can obtain flood insurance through your agent that is backed by the federal government's National Flood Insurance Program.  In those qualifying communities, you can obtain flood insurance protection for your property regardless of your flood zone or flood risk.

Your agent can assist you in 1) determining if your community participates in the National Flood Insurance Program, 2)  assessing your flood risk, and 3) understanding flood policy availability. To learn more about flood insurance and your risk of flooding access the National Flood Insurance Program's consumer website at www.FloodSmart.gov.

As you consider the risk of flooding in your area and consider your options for obtaining valuable protection, consider that:

- All property is in a flood zone, regardless of whether an area has been defined as high risk or low risk.
- Nearly 25% of all flood claims are for properties located in lower-risk flood areas or locations where flooding is not expected.
- Floods can happen anywhere, at any time, causing anguish, destruction, and financial damage.
- Changing weather patterns, as well as residential and business development, may increase your chance of experiencing a flood.
- Flooding can occur as a result of clogged, overloaded, or inadequate storm drains.  You don't have to live near a body of water to be flooded.
- Federal disaster assistance is often a loan and must be repaid with interest.
- Your commercial property and/or farmowner policies exclude loss by flooding.

Ask your agent about obtaining flood insurance for commercial property today. Thank you for choosing us to meet your insurance needs. We value your business.

IN 78 09 11 15

★★★★★★   IMPORTANT INSURANCE INFORMATION   ★★★★★★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# DATA BREACH & IDENTITY RECOVERY SERVICES

## Data Breach Services Information:

Through a partnership with Hartford Steam Boiler, you have access to a data breach risk management portal called the eRiskHub®.  The portal is designed to help you understand data information exposures, help you plan and be prepared for a data breach, and establish a response plan to manage the costs and minimize the effects of a data breach.

Key features of the portal include:
- Incident Response Plan Roadmap – suggested steps your business can take following data breach incident.  Having an incident response plan prepared in advance of a breach can be useful for defense of potential litigation.
- Online Training Modules – ready-to-use training for your business on privacy best practices and Red Flag Rules.
- Risk Management Tools- assist your business in managing data breach exposures including self-assessments and state breach notification laws.
- eRisk Resources – a directory to quickly find external resources on pre and post-breach disciplines.
- News Center – cyber risk stories, security and compliance blogs, security news, risk management events, and helpful industry links.
- Learning Center – best practices and white papers written by leading authorities.

To access the eRiskHub®portal:
- Enter https://www.eriskhub.com/nationwide  in your browser.
- Complete the information, including your name and company. Your User ID and Password are case-sensitive.
- Enter your assigned access code: **12116-73**.
- Enter the challenge word on the screen, and click "Submit" and follow the instructions to complete your profile setup.
- You can now login to the portal.

You also have access to a help-line to answer breach related questions.  Insureds having questions pertaining to how to prepare for a breach, help in identifying a breach, or other questions pertaining to breach related best practices can call our breach preparedness help-line.  Experienced professionals are able to provide insights to help insureds understand the complicated environment pertaining to breaches of personal information.  The breach preparedness help-line is 877-800-5028.

IN 78 09 11 15

In addition, you have the ability to purchase Data Compromise Insurance coverage and CyberOne Insurance coverage.

The Data Compromise coverage covers the costs incurred by an insured to respond to a data breach, including expenses related to forensic information technology review, legal review, notification to affected individuals, services to affected individuals, public relations services. Insureds will also have the ability to include Data Compromise Defense and Liability coverage which covers the liability from a suit brought by an individual affected by the data breach.

CyberOne coverage protects businesses against damage to electronic data and computer systems from a virus or other computer attack. It also protects a business's liability to third parties that may have suffered damage due to security weaknesses in the business's computer system.

## Identity Recovery Services Information:

Through a partnership Hartford Steam Boiler, you will have access to a Toll-Free Identity Recovery Help Line designed to provide education about identity theft and identity theft risks. The toll-free Help Line is staffed by experienced identity theft counsellors who can answer questions and provide useful information and resources to identity theft victims. The Identity Recovery Help Line number is 877-800-5028.

In addition, you have the ability to buy Identity Recovery insurance coverage as an included element of Data Compromise coverage or separately, on its own. The Identity Recovery coverage insures against the theft of identities of the insured's key owners, officers, and resident family members. The coverage provides the services of an identity theft case manager and pays for various out-of-pocket expenses due to a covered identity theft, including:

- Legal fees for answer of civil judgments and defense of criminal charges
- Phone, postage, shipping fees
- Notary and filing fees
- Credit bureau reports
- Lost Wages and Child or Elder Care
- Mental Health Counseling costs (Not Available in NY)
- Miscellaneous Expense coverage

IN 78 30 08 16

★ ★ ★ ★ ★ ★ ★   IMPORTANT INSURANCE INFORMATION   ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# EMPLOYMENT PRACTICES LIABILITY SERVICES

As a member of Nationwide Insurance who has an active Employment Practices Liability Insurance policy you have access to a free loss prevention website and a free legal hotline to help your business reduce and/or prevent employment claims.

**Online Support:**
The website "Workplace Risk Solutions" is designed to help educate you about employment practices laws, help you understand the employment practices exposures your business may have, and provide ways that you can reduce your risk of having an employment claim.

Key features of the website include:
- Training – Web based training on: sexual harassment, preventing discrimination, and preventing wrongful termination and retaliation.
- Knowledge Vault –
  o Checklists to help guide your business through certain situations it may encounter such as crisis management.
  o A library of workplace-related articles.
  o Tools to help you create documents such as an employment application, employee handbook, policy guides in English and Spanish, performance review, and an incident form.
  o Best Practice Minutes and Tips offers steps to limit the risk for a variety of workplace employment liability issues.

To access the website:
- Select a site administrator.
  We recommend that all managers and supervisors handling EPLI register to use this site. Ideally one employee should register as the site administrator, then register additional users.
- Go to: http://www.wprsolutions.com
- Click Register Here in the Member Login box on the left hand side of the page.
- Enter the passcode: NI-HRhelp
- Complete the registration form.
- Training Notice Screen – We suggest turning off all questions on the Training Notice screen (click No). The system automatically assigns all training modules to every user with a site profile if you do not click no on the Training Notice screen.
- You can now login to the portal.

Questions on the website? Call a Customer Service Representative at 888-712-7667.

**Legal Hotline:**

The Jackson Lewis legal hotline provides you with employment practices legal advice from Jackson Lewis, LLP, one of the nation's largest and most respected employment law firms. The legal hotline can answer questions regarding employee family medical leave, attendance issues, the steps to take when investigating harassment reports or terminating employees, as well as answering a host of other employment-related questions.

Questions for the Jackson Lewis legal hotline? Call (800)-259-5589 Monday through Friday from 9:00 am to 6:00 pm Central Standard Time.

**IN 78 30 08 16**                                                                          **Page 1 of 1**

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### STATEMENT OF VALUES

Policy Number:  **ACP  BPHL 3029294999**

Policy Period:
From **12-31-20**  To  **12-31-21**

The values shown on this Statement of Values reflect the values you have requested or agreed to for each individual item that was included in the Blanket Limit of Insurance shown in the Declarations of your policy.

By your acceptance of this policy in the payment of the premium due, you are acknowledging that the values shown below are correct to the best of your knowledge and belief.

**BLANKET BUILDINGS**

| Loc. Bldg. | Description/Coverage Type | Value | Valuation of Property |
|---|---|---|---|
| 01 01 | BUILDING | 1,303,100 | Replacement cost |
| 01 02 | BUILDING | 1,303,100 | Replacement cost |
| 01 03 | BUILDING | 1,303,100 | Replacement cost |
| 01 04 | BUILDING | 1,303,100 | Replacement cost |
| 01 05 | BUILDING | 1,303,100 | Replacement cost |
| 01 06 | BUILDING | 1,303,100 | Replacement cost |
| 01 07 | BUILDING | 1,303,100 | Replacement cost |
| 01 08 | BUILDING | 737,200 | Replacement cost |
| 01 09 | BUILDING | 1,303,100 | Replacement cost |
| 01 10 | BUILDING | 1,068,200 | Replacement cost |
| 01 11 | BUILDING | 1,303,100 | Replacement cost |
| 01 12 | BUILDING | 1,303,100 | Replacement cost |
| 01 13 | BUILDING | 1,068,200 | Replacement cost |
| 01 14 | BUILDING | 1,303,100 | Replacement cost |
| 01 15 | BUILDING | 1,068,200 | Replacement cost |
| 01 16 | BUILDING | 737,200 | Replacement cost |
| 01 17 | BUILDING | 1,068,200 | Replacement cost |
| 01 18 | BUILDING | 202,800 | Replacement cost |
| 01 19 | BUILDING | 102,500 | Replacement cost |
| 01 20 | BUILDING | 30,000 | Replacement cost |

# PREMIER BUSINESSOWNERS POLICY

**STATEMENT OF VALUES**

Policy Number:

Policy Period:

From      To

| Loc. Bldg. | Description/Coverage Type | Value | Valuation of Property |
|---|---|---|---|

PB 81 S1 (01-01)

21273

**Nationwide®**
is on your side

ALLIED INSURANCE CO OF AMERICA
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

10   14753
RENEWAL

# PREMIER BUSINESSOWNERS POLICY

PREMIER HABITATIONAL

## COMMON DECLARATIONS

Policy Number:  ACP   BPHL   3029294999

Named Insured:  THE MEADOWS UNIT OWNER ASSOCIATION

Mailing Address:  1007 TOWNE LAKE HLS E STE 300
WOODSTOCK, GA   30189-2503
Agency:  POINTENORTH INS GROUP LLC
Address:  ATLANTA GA   31139-1728
Agency Phone Number:  (770)858-7540

Policy Period:  Effective From 12-31-20      To 12-31-21
12:01 AM Standard Time at your principal place of business.

Form of your business entity: CORPORATION

Description of your business: HOMEOWNERS ASSOCIATION

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

**CONTINUATION PROVISION:** If we offer to continue your coverage and you or your representative do not accept,
this policy will automatically terminate on the expiration date of the current policy period stated above.  Failure to
pay the required premium when due shall mean that you have not accepted our offer to continue your coverage.
This policy will terminate sooner if any portion of the current policy period premium is not paid when due.

**RENEWAL POLICY NOTICE:** In an effort to keep insurance premiums as low as possible, we have streamlined
your renewal policy by not including printed copies of policy forms or endorsements that have not changed from
your expiring policies, unless they include variable information that is unique to you.  Refer to your prior policies for
printed copies of these forms.  If you have a need for any form, they are available by request from your agent.

TOTAL POLICY PREMIUM $      53,346.00

| Previous Policy Number | | | |
|---|---|---|---|
| ACP   BPHL   3019294999 | ENTRY DATE | 11-30-20 | Countersignature      Date |

These Common Policy Declarations, together with the Common Policy Conditions, Coverage Form Declarations,
Coverage Forms and any endorsements issued to form a part thereof, complete the Policy numbered above.

**PB 81 00 (01-01)**

Page 1 of 2

DIRECT BILL   LY4W          MAG      INSURED COPY          UID     16          45   21274

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

**SCHEDULE OF NAMED INSUREDS**

Policy Number: **ACP    BPHL   3029294999**                         From **12-31-20**

Policy Period:
To **12-31-21**

Named Insured:

**THE MEADOWS UNIT OWNER ASSOCIATION**

**ALLIED INSURANCE COMPANY OF AMERICA**

**IN WITNESS WHEREOF,** the Company has caused this policy to be signed by its president and secretary and countersigned as may be required on the declarations page by a duly authorized representative of the company.

SECRETARY                              PRESIDENT

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Description of Premises Number: **001**     Building Number: **001**     Construction: **FRAME**
Premises Address **5001 MEADOW LN**                                                    **MARIETTA        GA**           **30068-4682**
Premises ID
Occupancy  **OO**     Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                 **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                   Described as:  **BUILDING A - 8 UNITS**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanket Limit - Replacement cost | **$20,416,600** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL

#### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

| | | | |
|---|---|---|---|
| Additional Interest:  **M** | Interest Number:   **1** | Loan Number:   **1070069417** | |
| Interest: **LOC 001/001** | | | |
| **PACIFIC PREMIER BANK ISAOA** | | | |
| **INSURANCE TRACKING CENTER** | | | |
| **PO BOX 200065, KENNESAW, GA, 30156-9273** | | | |

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Description of Premises Number:  **001**      Building Number:  **002**      Construction:  **FRAME**
Premises Address  **5001 MEADOW LN**                                             **MARIETTA          GA          30068-4682**
Premises ID
Occupancy  **OO**      Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS
                                        AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                  Described as:  **BUILDING B - 8 UNITS**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a  **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**                                   /

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL

### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

DIRECT BILL    LY4W           MAG        INSURED COPY              UID      16          45   21280

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**
**PROPERTY DECLARATIONS**

| | |
|---|---|
| | Policy Period: |
| Policy Number:   **ACP BPHL3029294999** | From **12-31-20** To **12-31-21** |

Description of Premises Number:  **001**    Building Number:  **003**    Construction:  **FRAME**
Premises Address  **5001 MEADOW LN**                    **MARIETTA        GA        30068-4682**
Premises ID
Occupancy   **OO**    Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                    **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
            Described as:  **BUILDING C - 8 UNITS**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a  **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

**DIRECT BILL    LY4W**          **MAG**      **INSURED COPY**              **UID    16**        **45  21281**

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

**MORTGAGEE ASSIGNMENT INFORMATION**

Policy Period:

Policy Number:   **ACP BPHL3029294999**

From **12-31-20** To **12-31-21**

| | | |
|---|---|---|
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |

PB 81 01 (04-11)

Page 2 of 2

DIRECT BILL      LY4W             MAG            INSURED COPY                    UID      16              45   21282

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

| | | | | | |
|---|---|---|---|---|---|
| Description of Premises Number: **001** | Building Number: **004** | Construction: | **FRAME** | | |
| Premises Address **5001 MEADOW LN** | | | **MARIETTA** | **GA** | **30068-4682** |

Premises ID

Occupancy   **OO**   Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS
AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
Described as:  **BUILDING D - 8 UNITS**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:  **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

**PB 81 01 (04-11)**

**Page 2 of 2**

DIRECT BILL      LY4W           MAG        INSURED COPY              UID      16            45   21284

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Description of Premises Number: **001**     Building Number:  **005**     Construction:  **FRAME**
Premises Address  **5001 MEADOW LN**                                                       **MARIETTA          GA          30068-4682**
Premises ID
Occupancy   **OO**     Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS
                                          AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                          Described as:  **BUILDING E - 8 UNITS**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| **COVERAGES** | **LIMITS OF INSURANCE** |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |
| **ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.** | |
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| **OPTIONAL INCREASED LIMITS** | **Included Limit** | **Additional Limit** | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

| **OPTIONAL COVERAGES - Other frequently purchased coverage options.** | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

---

**PB 81 01 (04-11)**          **ALLIED INSURANCE COMPANY OF AMERICA**                    Page 1 of 2

DIRECT BILL     LY4W          MAG          INSURED COPY          UID     16          45  21285

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

**MORTGAGEE ASSIGNMENT INFORMATION**

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

DIRECT BILL     LY4W          MAG          INSURED COPY                    UID      16              45   21286

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Period:

Policy Number:   **ACP BPHL3029294999**                                         From **12-31-20** To **12-31-21**

Description of Premises Number: **001**     Building Number:  **006**     Construction:  **FRAME**
Premises Address  **5001 MEADOW LN**                                **MARIETTA**          **GA**           **30068-4682**
Premises ID
Occupancy   **OO**     Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                                      **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                         Described as:  **BUILDING F - 8 UNITS**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

---

**PB 81 01 (04-11)**          **ALLIED INSURANCE COMPANY OF AMERICA**                  Page 1 of 2

DIRECT BILL      LY4W                 MAG            INSURED COPY                UID       16           45   21287

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

| | | Policy Period: |
|---|---|---|
| Policy Number:  **ACP BPHL3029294999** | | From **12-31-20** To **12-31-21** |

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

**PB 81 01 (04-11)**                                                    **Page 2 of 2**

DIRECT BILL        LY4W          MAG        INSURED COPY              UID      16          45  21288

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Number:  **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Description of Premises Number: **001**   Building Number: **007**   Construction: **FRAME**
Premises Address **5001 MEADOW LN**                                  **MARIETTA        GA        30068-4682**
Premises ID
Occupancy  **OO**   Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                             **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                 Described as: **BUILDING G - 8 UNITS**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS: **NOT APPLICABLE**

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

**MORTGAGEE ASSIGNMENT INFORMATION**

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

DIRECT BILL     LY4W              MAG          INSURED COPY                    UID      16           45   21290

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL
## PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:   **ACP BPHL3029294999** | Policy Period:<br>From **12-31-20** To **12-31-21** |

Description of Premises Number: **001**      Building Number:  **008**      Construction:  **FRAME**
Premises Address  **5001 MEADOW LN**                                                      **MARIETTA          GA          30068-4682**
Premises ID
Occupancy   **OO**      Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                                     **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                        Described as:  **BUILDING H - 4 UNITS**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| **COVERAGES** | **LIMITS OF INSURANCE** |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |
| **ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.** | |
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| **OPTIONAL INCREASED LIMITS** | **Included Limit** | **Additional Limit** | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
|                               Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

| **OPTIONAL COVERAGES - Other frequently purchased coverage options.** | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
|                            2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
|                            Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

---

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

**MORTGAGEE ASSIGNMENT INFORMATION**

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| interest: | | |

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

| | | | |
|---|---|---|---|
| Description of Premises Number: **001** | Building Number: **009** | Construction: **FRAME** | |
| Premises Address **5001 MEADOW LN** | | **MARIETTA** **GA** | **30068-4682** |
| Premises ID | | | |

Occupancy **OO**    Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
Described as: **BUILDING I - 8 UNITS**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |
| **ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.** | |
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

| OPTIONAL COVERAGES - Other frequently purchased coverage options. | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

---

| **PB 81 01 (04-11)** | **ALLIED INSURANCE COMPANY OF AMERICA** | | | | | | **Page 1 of 2** |
|---|---|---|---|---|---|---|---|
| DIRECT BILL    LY4W | MAG | INSURED COPY | | UID | 16 | 45  21293 | |

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

**MORTGAGEE ASSIGNMENT INFORMATION**

Policy Number:  **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
|---|---|---|

**PB 81 01 (04-11)**

DIRECT BILL     LY4W          MAG          INSURED COPY                    UID     16          45   21294

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Number:  **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Description of Premises Number: **001**    Building Number: **010**    Construction: **FRAME**
Premises Address **5001 MEADOW LN**                                                    **MARIETTA        GA**            **30068-4682**
Premises ID
Occupancy  **OO**    Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                    **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                        Described as:  **BUILDING J - 6 UNITS**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Additional Interest:
Interest:                          Interest Number:                  Loan Number:

Additional Interest:
Interest:                          Interest Number:                  Loan Number:

Additional Interest:
Interest:                          Interest Number:                  Loan Number:

Additional Interest:
Interest:                          Interest Number:                  Loan Number:

Additional Interest:
Interest:                          Interest Number:                  Loan Number:

Additional Interest:
Interest:                          Interest Number:                  Loan Number:

Additional Interest:
Interest:                          Interest Number:                  Loan Number:

Additional Interest:
Interest:                          Interest Number:                  Loan Number:

Additional Interest:
Interest:                          Interest Number:                  Loan Number:

Additional Interest:
Interest:                          Interest Number:                  Loan Number:

**PB 81 01 (04-11)**                                          **Page 2 of 2**

DIRECT BILL        LY4W        MAG        INSURED COPY                UID        16                45   21296

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**
**PROPERTY DECLARATIONS**

Policy Number: **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

| | | | |
|---|---|---|---|
| Description of Premises Number: **001** | Building Number: **011** | Construction: **FRAME** | |
| Premises Address **5001 MEADOW LN** | | **MARIETTA** **GA** | **30068-4682** |

Premises ID

Occupancy **OO**   Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**

Described as: **BUILDING K - 8 UNITS**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**

This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

---

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   ACP BPHL3029294999

Policy Period:
From **12-31-20** To **12-31-21**

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

# PREMIER BUSINESSOWNERS POLICY
### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:   **ACP BPHL3029294999** | Policy Period:<br>From **12-31-20** To **12-31-21** |

Description of Premises Number: **001**     Building Number: **012**     Construction: **FRAME**
Premises Address **5001 MEADOW LN**                                        **MARIETTA          GA**          **30068-4682**
Premises ID
Occupancy  **OO**     Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                         **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                      Described as: **BUILDING L - 8 UNITS**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building -  Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

---

| | | | | | |
|---|---|---|---|---|---|
| **PB 81 01 (04-11)** | **ALLIED INSURANCE COMPANY OF AMERICA** | | | | **Page 1 of 2** |
| DIRECT BILL        LY4W | MAG | INSURED COPY | UID      16 | | 45   21299 |

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

Additional Interest:
Interest:                    Interest Number:              Loan Number:

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:  **ACP BPHL3029294999** | Policy Period:<br>From **12-31-20** To **12-31-21** |

Description of Premises Number: **001**     Building Number: **013**     Construction: **FRAME**
Premises Address **5001 MEADOW LN**                                           **MARIETTA**          **GA**          **30068-4682**
Premises ID
Occupancy  **OO**     Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                        **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                    Described as: **BUILDING M - 6 UNITS**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| **COVERAGES** | **LIMITS OF INSURANCE** |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| **OPTIONAL INCREASED LIMITS** | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

---

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

DIRECT BILL     LY4W          MAG        INSURED COPY            UID     16         45   21302

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:   **ACP BPHL3029294999** | Policy Period:<br>From **12-31-20** To **12-31-21** |

Description of Premises Number:  **001**   Building Number:  **014**   Construction:  **FRAME**
Premises Address  **5001 MEADOW LN**                              **MARIETTA**        **GA**         **30068-4682**
Premises ID
Occupancy  **OO**   Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                    **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                    Described as:  **BUILDING N - 8 UNITS**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a  **$25,000** Deductible, unless otherwise stated.

**COVERAGES**                                                                    LIMITS OF INSURANCE
Building - Blanketed - Replacement cost                                                  **INCLUDED**
Business Personal Property -                                                         **NOT PROVIDED**
**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**
Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit   **INCLUDED**
Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period          **INCLUDED**
Equipment Breakdown                                                                     **INCLUDED**
Automatic Increase in Insurance - Building                                                     **5%**
Automatic Increase in Insurance - Business Personal Property                         **NOT PROVIDED**
Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate)
                                                                                          **$5,000**
Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure   **INCLUDED**

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**
Employee Dishonesty                                                                **NOT PROVIDED**
Ordinance or Law - 1 - Loss to Undamaged Portion                                          **INCLUDED**
                 2 - Demolition Cost and Broadened Increased Cost of Construction         **$25,000**
                 Ordinance or Law Broadened                                              **INCLUDED**

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

| **PB 81 01 (04-11)** | **ALLIED INSURANCE COMPANY OF AMERICA** | Page 1 of 2 |
|---|---|---|

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

**PB 81 01 (04-11)**

**Page 2 of 2**

DIRECT BILL        LY4W          MAG        INSURED COPY                UID        16              45   21304

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**
**PROPERTY DECLARATIONS**

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Description of Premises Number: **001**   Building Number: **015**   Construction: **FRAME**
Premises Address  **5001 MEADOW LN**   **MARIETTA**   **GA**   **30068-4682**
Premises ID
Occupancy **OO**   Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
**AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
Described as: **BUILDING O - 6 UNITS**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | | LIMITS OF INSURANCE |
|---|---|---|
| Building - Blanketed - Replacement cost | | **INCLUDED** |
| Business Personal Property - | | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Period:
Policy Number:   **ACP BPHL3029294999**                                    From **12-31-20** To **12-31-21**

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

| | |
|---|---|
| Description of Premises Number: **001**   Building Number: **016**   Construction: **FRAME** | |
| Premises Address **5001 MEADOW LN** | **MARIETTA          GA**          **30068-4682** |
| Premises ID | |
| Occupancy **OO**   Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS** | |
| | **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE** |
| Described as: **BUILDING P - 4 UNITS** | |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**

This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

PB 81 01 (04-11)          **ALLIED INSURANCE COMPANY OF AMERICA**          Page 1 of 2

DIRECT BILL          LY4W          MAG          INSURED COPY          UID          16          45   21307

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Number:  **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Description of Premises Number: **001**   Building Number: **017**   Construction: **FRAME**
Premises Address **5001 MEADOW LN**                                    **MARIETTA**        **GA**        **30068-4682**
Premises ID
Occupancy  **OO**   Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                    **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                Described as: **BUILDING Q - 6 UNITS**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |
| **ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.** | |
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

| OPTIONAL COVERAGES - Other frequently purchased coverage options. | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

---

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL

**MORTGAGEE ASSIGNMENT INFORMATION**

Policy Period:

Policy Number:   **ACP BPHL3029294999**

From **12-31-20** To **12-31-21**

Additional Interest:                 Interest Number:              Loan Number:
Interest:

Additional Interest:                 Interest Number:              Loan Number:
Interest:

Additional Interest:                 Interest Number:              Loan Number:
Interest:

Additional Interest:                 Interest Number:              Loan Number:
Interest:

Additional Interest:                 Interest Number:              Loan Number:
Interest:

Additional Interest:                 Interest Number:              Loan Number:
Interest:

Additional Interest:                 Interest Number:              Loan Number:
Interest:

Additional Interest:                 Interest Number:              Loan Number:
Interest:

Additional Interest:                 Interest Number:              Loan Number:
Interest:

Additional Interest:                 Interest Number:              Loan Number:
Interest:

**PB 81 01 (04-11)**

DIRECT BILL     LY4W          MAG        INSURED COPY              UID      16          45   21310

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL
## PROPERTY DECLARATIONS

Policy Number:  **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

| | | |
|---|---|---|
| Description of Premises Number: **001** | Building Number: **018** | Construction: **FRAME** |
| Premises Address **5001 MEADOW LN** | | **MARIETTA       GA** |
| Premises ID | | **30068-4682** |
| Occupancy **OO**     Classification: **CLUBHOUSES (HABITATIONAL)** | | |

Described as: **BUILDING R - CLUBHOUSE/POOLHOUSE**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$25,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

---

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

**MORTGAGEE ASSIGNMENT INFORMATION**

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

Additional Interest:     Interest Number:        Loan Number:
Interest:

Additional Interest:     Interest Number:        Loan Number:
Interest:

Additional Interest:     Interest Number:        Loan Number:
Interest:

Additional Interest:     Interest Number:        Loan Number:
Interest:

Additional Interest:     Interest Number:        Loan Number:
Interest:

Additional Interest:     Interest Number:        Loan Number:
Interest:

Additional Interest:     Interest Number:        Loan Number:
Interest:

Additional Interest:     Interest Number:        Loan Number:
Interest:

Additional Interest:     Interest Number:        Loan Number:
Interest:

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL
PROPERTY DECLARATIONS**

| | |
|---|---|
| Policy Number:   **ACP BPHL3029294999** | Policy Period:<br>From **12-31-20** To **12-31-21** |

Description of Premises Number: **001**   Building Number: **019**   Construction: **NON-COMBUSTIBLE**
Premises Address  **5001 MEADOW LN**                                           **MARIETTA         GA**            **30068-4682**
Premises ID
Occupancy  **OO**    Classification: **SWIMMING POOLS (HABITATIONAL)**

Described as:  **POOL/PUMP/FILTER**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **4%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |
| Increased Cost of Construction | **$25,000** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **NOT PROVIDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **NOT PROVIDED** |
| Ordinance or Law Broadened | **NOT PROVIDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PB 81 01 (04-11)** | | **ALLIED INSURANCE COMPANY OF AMERICA** | | | | | **Page 1 of 2** |
| DIRECT BILL   LY4W | | MAG | INSURED COPY | | UID | 16 | 45  21313 |

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL

### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

**PB 81 01 (04-11)**

**Page 2 of 2**

DIRECT BILL   LY4W        MAG      INSURED COPY          UID    16        45   21314

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:   **ACP BPHL3029294999** | Policy Period:<br>From **12-31-20** To **12-31-21** |

Description of Premises Number: **001**   Building Number: **020**   Construction: **FRAME**
Premises Address  **5001 MEADOW LN**                                          **MARIETTA         GA**                **30068-4682**
Premises ID
Occupancy  **OO**   Classification: **FENCES (HABITATIONAL)**

Described as: **FENCE**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$25,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **5%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |
| Increased Cost of Construction | **$25,000** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **NOT PROVIDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **NOT PROVIDED** |
| Ordinance or Law Broadened | **NOT PROVIDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

---

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3029294999**

Policy Period:
From **12-31-20** To **12-31-21**

Additional Interest:
Interest:                          Interest Number:                   Loan Number:

Additional Interest:
Interest:                          Interest Number:                   Loan Number:

Additional Interest:
Interest:                          Interest Number:                   Loan Number:

Additional Interest:
Interest:                          Interest Number:                   Loan Number:

Additional Interest:
Interest:                          Interest Number:                   Loan Number:

Additional Interest:
Interest:                          Interest Number:                   Loan Number:

Additional Interest:
Interest:                          Interest Number:                   Loan Number:

Additional Interest:
Interest:                          Interest Number:                   Loan Number:

Additional Interest:
Interest:                          Interest Number:                   Loan Number:

Additional Interest:
Interest:                          Interest Number:                   Loan Number:

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

## LIABILITY DECLARATIONS

Policy Period:

Policy Number:   **ACP  BPHL  3029294999**                    From **12-31-20**  To **12-31-21**

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit of Insurance | Per Occurrence | **$1,000,000** |
| Medical Payments Coverage Sub Limit | Per Person | **$5,000** |
| Tenants Property Damage Legal Liability Sub Limit | Per Covered Loss | **$300,000** |
| Personal and Advertising Injury | Per Person Or Organization | **$1,000,000** |
| Products – Completed Operations Aggregate | All Occurrences | **$2,000,000** |
| General Aggregate | All Occurrences | **$2,000,000** |
| (Other than Products – Completed Operations) | | |

## AUTOMATIC ADDITIONAL INSUREDS STATUS

The following persons or organizations are automatically insureds when you and they have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy.

Co-Owners of Insured Premises
Controlling Interest
Grantor of Franchise or License
Lessors of Leased Equipment
Managers or Lessors of Leased Premises
Mortgagee, Assignee or Receiver
Owners or Other Interest from Whom Land has been Leased
State or Political Subdivisions - Permits Relating to Premises

## PROPERTY DAMAGE DEDUCTIBLE
NONE

## OPTIONAL COVERAGES

| | | |
|---|---|---|
| Directors & Officers with Non-Monetary Relief | **Per Occurrence** | **$1,000,000** |
| Directors & Officers Liab-Retro Date 04/25/19 | **Aggregate** | **$1,000,000** |
| Employment Practices Liability Insurance | | |
| Each Claim & Aggregate Limits for Damages | | **$50,000** |
| Each Claim & Aggregate Limits-Defense Expense | **INCLUDED** | |
| Retroactive Date 04/26/19 Deductible  $2,500 | | |

SEE ATTACHED LIABILITY DECLARATION SUPPLEMENT

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL

## FORMS AND ENDORSEMENTS SUMMARY

Policy Period:

Policy Number: **ACP  BPHL  3029294999**

From **12-31-20**  To **12-31-21**

| FORM NUMBER | | TITLE |
|---|---|---|
| LI0021 | 0101 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| PB0002 | 1114 | PREMIER BUSINESSOWNERS |
| PB0006 | 1114 | PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM |
| PB0009 | 1114 | PREMIER BUSINESSOWNERS COMMON POLICY CONDITIONS |
| PB0412 | 0101 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES |
| PB0523 | 0715 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| PB0588 | 0411 | GEORGIA - LIMITED FUNGI OR BACTERIA COVE |
| PB0589 | 0311 | EMPLOYMENT PRACTICES LIABILITY |
| PB1504 | 1114 | ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| PB1701 | 1114 | CONDOMINIUM ASSOCIATION COVERAGE |
| PB2998 | 0908 | EXCLUSION - VIOLATION OF CONSUMER PROTEC |
| PB3701 | 1114 | ORDINANCE OR LAW BROADENED ENDORSEMENT |
| PB4151 | 0515 | D&O LIABILITY (COOPERATIVES OR CONDOMINIUMS) WITH NON-MONETA |
| PB5805 | 1114 | DATA COMPROMISE COVERAGE RESPONSE EXPENSES AND DEFENSE AND L |
| PB5807 | 1114 | CYBERONE COVERAGE |
| PB5809 | 1114 | IDENTITY RECOVERY COVERAGE |
| PB5910 | 1213 | GEORGIA CHANGES - DIMINISHED VALUE OR ST |
| PB9010 | 0517 | GEORGIA AMENDATORY ENDROSEMENT |
| PB2997 | 0707 | AMENDMENT - ADVANCED NOTICE - CANCELLATION OR MATERIAL COVER |

### IMPORTANT NOTICES

| | | |
|---|---|---|
| IN7404 | 0107 | IMPORTANT FLOOD INSURANCE NOTICE |
| IN7809 | 1115 | DATA BREACH & IDENTITY RECOVERY SERVICES |
| IN7830 | 0816 | EMPLOYMENT PRACTICES LIABILITY SERVICES |

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL

### LIABILITY DECLARATIONS SUPPLEMENT

Policy Number: **ACP BPHL 3029294999**

Policy Period:
From **12-31-20**  To **12-31-21**

| OPTIONAL COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Data Compromise Coverage | |
|    Response Expense Limit | $50,000 |
|    Response Expense Deductible | $1,000 |
|       Sublimits | |
|          Named Malware Limit(Sec.1) | $50,000 |
|          Forensic IT Review Limit | $5,000 |
|          Legal Review Limit | $5,000 |
|          PR Services Limit | $5,000 |
|    Defense and Liability Limit | $50,000 |
|    Defense and Liability Deductible | $1,000 |
|       Named Malware Limit(Sec.2) | $50,000 |
| Identity Recovery Limit | |
|    Expense Reimbursement Limit | $25,000 |
|       Sublimits | |
|          Lost Wages/Child Elder | $5,000 |
|          Mental Health Expenses Limits | $1,000 |
|          Miscellaneous Expensed Limits | $1,000 |
| CyberOne Coverage | |
|    Section 1 - Full Computer Attack | |
|    Computer Attack Limit | $50,000 |
|    Computer Attack Deductible | $5,000 |
|       Sublimits | |
|          Data Re-Creation | EXCLUDED |
|          Loss of Business | EXCLUDED |
|          Public Relations | EXCLUDED |
|    Section 2 - Full Network Security Liability | |
|    Network Security Liability Limit | EXCLUDED |
|    Network Security Liability Deductible | EXCLUDED |

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

**BUSINESSOWNERS**
**PB AI 02 (01-01)**

# ACKNOWLEDGEMENT OF ADDITIONAL INSURED STATUS MANAGERS OR LESSORS OF LEASED PREMISES

**Person or Organization Designated as an Additional Insured:**

**SIXES MANAGEMENT GROUP LLC**

**1007 TOWNE LAKE HILLS EAST**
**WOODSTOCK        GA 301892503**

**Designated Premises (Part Leased to the Named Insured):**

**5001 MEADOW LN**
**MARIETTA        GA 300684682**

This form has been sent to you to acknowledge your status as an additional insured under our, meaning the issuing Company stated below, insurance policy issued to the Named Insured shown below.

Under our Premier Businessowners Liability Coverage Form, Section II. WHO IS AN INSURED provides as follows:

Any of the following persons or organizations are automatically insureds when you [i.e. the Named Insured stated below] and such person or organization have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy providing general liability coverage.

<u>Managers or Lessors of Leased Premises</u>

Any person or organization from whom you lease premises is an additional insured, but only with respect to their liability arising out of your use of that part of the premises leased to you, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when you cease to be a tenant of such premises.

The policy language set forth above is subject to all of the terms and conditions of the policy issued to the Named Insured shown below. For your information, our Named Insured, the Policy Number, Policy Term and Limits of Insurance are stated below.

Named Insured           **THE MEADOWS UNIT OWNER ASSOCIATION**

| | |
|---|---|
| Issuing Company: | **AICOA** |
| Policy Number: | **ACP BPHL3029294999** |
| Policy Term: | **12-31-20 To 12-31-21** |
| Limits of Insurance: | **Per Occurrence        $1,000,000** |
| | **All Occurrences       $2,000,000** |

**PB AI 02 (01-01)**                                                    **Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – ADVANCED NOTICE – CANCELLATION OR MATERIAL COVERAGE REDUCTION

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS COMMON POLICY CONDITIONS

In the event of cancellation (other than non-payment of premium) or material change that reduces or restricts the insurance afforded by this Policy, we agree to mail prior written notice of cancellation or material change to:

**SCHEDULE**

**Name and Address:**

> **LOAN CARE LLC**
> **PO BOX 202049**
> **FLORENCE, SC 29502-2049**

**Number of Days Advance Notice:  30**

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2004

**Nationwide®**
is on your side

**ALLIED INSURANCE CO OF AMERICA**

CHANGE OF DECLARATIONS ENDORSEMENT - PLEASE READ CAREFULLY.

| POLICY NUMBER **ACP BPHL 3009294999** | **PREMIER BUSINESSOWNERS POLICY** |
|---|---|

NAMED INSURED: **THE MEADOWS UNIT OWNER ASSOCIATION**

MAILING ADDRESS: **1230 JOHNSON FERRY PL STE F10**
                **MARIETTA, GA   30068-2045**

| AGENT NAME: **POINTENORTH INS GROUP LLC**      10  14753 | NO CHARGE  $ | **.00** |
|---|---|---|
| AGENT ADDRESS: **ATLANTA GA   31139**          002 | | |

| POLICY PERIOD: FROM   **04-26-19**   TO   **04-26-20**   12:01 A.M. Standard Time | | |
|---|---|---|
| EFFECTIVE DATE OF CHANGE:        **04-06-20**   12:01 A.M. Standard Time | TOTAL PREMIUM  $ | **.00** |

| NOT A STATEMENT - YOUR BILLING WILL FOLLOW | PREMIUM |
|---|---|

| ✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶ ADDITIONAL INSURED ✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶ NO. 021000 | $ | **.00** |
|---|---|---|

```
SIXES MANAGEMENT GROUP LLC
ADDED     NAME
              SIXES MANAGEMENT GROUP LLC

ADDED     ADDRESS
              1007 TOWNE LAKE HILLS EAST

ADDED     CITY
              WOODSTOCK

ADDED     STATE
              GA

ADDED     ZIP CODE
              301892503

ADDED     FORM NUMBER
              PBAI02

MUNICIPALITY CHANGE

✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶ ENDORSEMENT ✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶

ADDED     ENDORSEMENT FORM
              FORM PBAI02     EDITION DATE 0101
          A COPY OF THIS FORM IS ATTACHED
```

PB8114 (01-01) 02

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

**BUSINESSOWNERS**
**PB AI 02 (01-01)**

# ACKNOWLEDGEMENT OF ADDITIONAL INSURED STATUS
# MANAGERS OR LESSORS OF LEASED PREMISES

**Person or Organization Designated as an Additional Insured:**

**SIXES MANAGEMENT GROUP LLC**

**1007 TOWNE LAKE HILLS EAST**
**WOODSTOCK          GA 301892503**

**Designated Premises (Part Leased to the Named Insured):**

**4933 MEADOW LN**
**MARIETTA          GA 300684630**

This form has been sent to you to acknowledge your status as an additional insured under our, meaning the issuing Company stated below, insurance policy issued to the Named Insured shown below.

Under our Premier Businessowners Liability Coverage Form, Section II. WHO IS AN INSURED provides as follows:

Any of the following persons or organizations are automatically insureds when you [i.e. the Named Insured stated below] and such person or organization have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy providing general liability coverage.

Managers or Lessors of Leased Premises

Any person or organization from whom you lease premises is an additional insured, but only with respect to their liability arising out of your use of that part of the premises leased to you, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when you cease to be a tenant of such premises.

The policy language set forth above is subject to all of the terms and conditions of the policy issued to the Named Insured shown below. For your information, our Named Insured, the Policy Number, Policy Term and Limits of Insurance are stated below.

Named Insured          **THE MEADOWS UNIT OWNER ASSOCIATION**

| | | |
|---|---|---|
| Issuing Company: | **AICOA** | |
| Policy Number: | **ACP BPHL3009294999** | |
| Policy Term: | **04-26-19 To 04-26-20** | |
| Limits of Insurance: | **Per Occurrence** | **$1,000,000** |
| | **All Occurrences** | **$2,000,000** |

**PB AI 02 (01-01)**                                             **Page 1 of 1**

**Nationwide®**
is on your side

**ALLIED INSURANCE CO OF AMERICA**

CHANGE OF DECLARATIONS ENDORSEMENT - PLEASE READ CAREFULLY.

| POLICY NUMBER  ACP BPHL 3009294999 | PREMIER BUSINESSOWNERS POLICY |
|---|---|

NAMED INSURED: **THE MEADOWS UNIT OWNER ASSOCIATION**

MAILING ADDRESS: **1230 JOHNSON FERRY PL STE F10
          MARIETTA, GA   30068-2045**

| AGENT NAME: **POINTENORTH INS GROUP LLC**       10  14753<br>AGENT ADDRESS: **ATLANTA GA   31139**            002 | NO CHARGE  $ | .00 |
|---|---|---|
| POLICY PERIOD: FROM   **04-26-19**   TO   **04-26-20**   12:01 A.M. Standard Time | | |
| EFFECTIVE DATE OF CHANGE:          **02-21-20**       12:01 A.M. Standard Time | TOTAL PREMIUM  $ | .00 |
| NOT A STATEMENT - YOUR BILLING WILL FOLLOW | PREMIUM |

| | | |
|---|---|---|
| ✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷ LOCATION / BUILDING ✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷ NO. 003000 | $ | .00 |

LOC/BLDG DESCRIBED PREMISES
 01  01  4933 MEADOW LN                              MARIETTA              GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
      FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
      TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

| ✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷ LOCATION / BUILDING ✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷ NO. 004000 | $ | .00 |

LOC/BLDG DESCRIBED PREMISES
 01  02  4933 MEADOW LN                              MARIETTA              GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
      FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
      TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE

| ✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷ LOCATION / BUILDING ✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷ NO. 005000 | $ | .00 |

LOC/BLDG DESCRIBED PREMISES
 01  03  4933 MEADOW LN                              MARIETTA              GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
      FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
      TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE

P88114 (01-01) 02

DIRECT BILL   LA7M 20055                    INSURED COPY                    215308235   45   03623

**Nationwide®**
is on your side

### ALLIED INSURANCE CO OF AMERICA

### PREMIER BUSINESSOWNERS POLICY
Policy Number: **ACP  BPHL  3009294999**

| POLICY PERIOD: FROM   **04-26-19**   TO   **04-26-20**   12:01 A.M. Standard Time | PREMIUM |
|---|---|
| EFFECTIVE DATE OF CHANGE:   **02-21-20**   12:01 A.M. Standard Time | |

```
******************** LOCATION / BUILDING ****************** NO. 006000      $        .00

LOC/BLDG DESCRIBED PREMISES
01  04  4933 MEADOW LN                      MARIETTA            GA
        4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
        FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
        TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE

******************** LOCATION / BUILDING ****************** NO. 007000      $        .00

LOC/BLDG DESCRIBED PREMISES
01  05  4933 MEADOW LN                      MARIETTA            GA
        4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
        FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
        TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE

******************** LOCATION / BUILDING ****************** NO. 008000      $        .00

LOC/BLDG DESCRIBED PREMISES
01  06  4933 MEADOW LN                      MARIETTA            GA
        4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
        FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
        TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE

******************** LOCATION / BUILDING ****************** NO. 009000      $        .00

LOC/BLDG DESCRIBED PREMISES
01  07  4933 MEADOW LN                      MARIETTA            GA
        4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
        FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
        TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE
```

PB8115 (01-01)

**Nationwide®**
is on your side

### ALLIED INSURANCE CO OF AMERICA

**PREMIER BUSINESSOWNERS POLICY**
Policy Number: **ACP BPHL 3009294999**

| POLICY PERIOD: FROM  04-26-19   TO  04-26-20   12:01 A.M. Standard Time | PREMIUM |
|---|---|
| EFFECTIVE DATE OF CHANGE:  02-21-20   12:01 A.M. Standard Time | |

```
************************* LOCATION / BUILDING ******************** NO. 010000   $        .00

LOC/BLDG DESCRIBED PREMISES
 01  08  4933 MEADOW LN                    MARIETTA          GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
         FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
         TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE

************************* LOCATION / BUILDING ******************** NO. 011000   $        .00

LOC/BLDG DESCRIBED PREMISES
 01  09  4933 MEADOW LN                    MARIETTA          GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
         FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
         TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE

************************* LOCATION / BUILDING ******************** NO. 012000   $        .00

LOC/BLDG DESCRIBED PREMISES
 01  10  4933 MEADOW LN                    MARIETTA          GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
         FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
         TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE

************************* LOCATION / BUILDING ******************** NO. 013000   $        .00

LOC/BLDG DESCRIBED PREMISES
 01  11  4933 MEADOW LN                    MARIETTA          GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
         FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
         TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE
```

P88115 (01-01)

**DIRECT BILL    LA7M 20055**                    **INSURED COPY**                    **215308235    45    03625**

BUSINESSOWNERS
PB 54 22 04 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – EMPLOYEE DISHONESTY OPTIONAL COVERAGE – CONDOMINIUM, TOWNHOUSE OR HOMEOWNERS ASSOCIATION

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

**COMPENSATED OFFICERS AND APPOINTED AGENTS AS EMPLOYEES**

In Section G. OPTIONAL COVERAGES, under 1. Employee Dishonesty Optional Coverage, the following provision is added and applies only if the Named Insured is a Condominium, Townhouse or Homeowners Association:

To the extent that loss or damage is covered by this Optional Coverage, your employees shall also include:

A.  Your non-compensated officers; and

B.  Each person, partnership or corporation you appoint in writing to act as your agent on your behalf or while in possession of Covered Property. These persons, partnerships or corporations are not covered for performance of duty.

   Each such agent and the partners, officers and employees of that agent are considered to be, collectively; one employee for the purpose of this insurance.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP BPHL3009294999                              INSURED COPY                              45   01344

**Nationwide®**
is on your side

**ALLIED INSURANCE CO OF AMERICA**

CHANGE OF DECLARATIONS ENDORSEMENT - PLEASE READ CAREFULLY.

| POLICY NUMBER  ACP  BPHL  3009294999 | PREMIER BUSINESSOWNERS POLICY |
|---|---|

NAMED INSURED: **THE MEADOWS UNIT OWNER ASSOCIATION**

MAILING ADDRESS: **1230 JOHNSON FERRY PL STE F10**
                 **MARIETTA, GA   30068-2045**

| AGENT NAME: **POINTENORTH INS GROUP LLC** | 10 14753 | ADDL PREMIUM $ | 323.00 |
|---|---|---|---|
| AGENT ADDRESS: **ATLANTA GA   31139** | 002 | | |

| POLICY PERIOD: FROM   **04-26-19**   TO   **04-26-20**   12:01 A.M. Standard Time |
| EFFECTIVE DATE OF CHANGE:   **05-23-19**   12:01 A.M. Standard Time |

TOTAL PREMIUM $   **323.00**

**NOT A STATEMENT - YOUR BILLING WILL FOLLOW**

PREMIUM

✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗ PREMIUM DEC CHANGE ✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗ NO. 001000   $   **323.00**

ADDED    EMPLOYEE DISHONESTY NUMBER OF EMPLOYEES
         25

ADDED    EMPLOYEE DISHONESTY LIMIT NUMBER OF EMPLOYEES
             $150,000


✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗ ENDORSEMENT ✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗

ADDED    ENDORSEMENT FORM
             FORM PB5422    EDITION DATE 0406
         A COPY OF THIS FORM IS ATTACHED

PB9114 (01-01) 02

**Nationwide®**
Is on your side

### ALLIED INSURANCE CO OF AMERICA

### PREMIER BUSINESSOWNERS POLICY
Policy Number: **ACP  BPHL  3009294999**

| | | |
|---|---|---|
| POLICY PERIOD: FROM  **04-26-19**   TO   **04-26-20**     12:01 A.M. Standard Time | | |
| EFFECTIVE DATE OF CHANGE:   **02-21-20**              12:01 A.M. Standard Time | **PREMIUM** | |

| | PREMIUM |
|---|---|
| ××××××××××××××××××××××××× LOCATION / BUILDING ××××××××××××××××× NO. 018000 | $        .00 |

```
LOC/BLDG DESCRIBED PREMISES
 01  16  4933 MEADOW LN                         MARIETTA           GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
     FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
     TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE
```

| | PREMIUM |
|---|---|
| ××××××××××××××××××××××××× LOCATION / BUILDING ××××××××××××××××× NO. 019000 | $        .00 |

```
LOC/BLDG DESCRIBED PREMISES
 01  17  4933 MEADOW LN                         MARIETTA           GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
     FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
     TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE
```

| | PREMIUM |
|---|---|
| ××××××××××××××××××××××××× LOCATION / BUILDING ××××××××××××××××× NO. 020000 | $        .00 |

```
LOC/BLDG DESCRIBED PREMISES
 01  18  4933 MEADOW LN                         MARIETTA           GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
     FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
     TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE
```

PB8116 (01-01)

**Nationwide®**
is on your side

**ALLIED INSURANCE CO OF AMERICA**

**PREMIER BUSINESSOWNERS POLICY**
Policy Number: **ACP BPHL 3009294999**

| POLICY PERIOD: FROM **04-26-19** TO **04-26-20** 12:01 A.M. Standard Time | PREMIUM |
|---|---|
| EFFECTIVE DATE OF CHANGE: **02-21-20** 12:01 A.M. Standard Time | |

```
************************** LOCATION / BUILDING **************** NO. 014000    $       .00

LOC/BLDG DESCRIBED PREMISES
 01  12  4933 MEADOW LN                        MARIETTA         GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
      FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
      TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE

************************** LOCATION / BUILDING **************** NO. 015000    $       .00

LOC/BLDG DESCRIBED PREMISES
 01  13  4933 MEADOW LN                        MARIETTA         GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
      FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
      TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE

************************** LOCATION / BUILDING **************** NO. 016000    $       .00

LOC/BLDG DESCRIBED PREMISES
 01  14  4933 MEADOW LN                        MARIETTA         GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
      FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
      TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE

************************** LOCATION / BUILDING **************** NO. 017000    $       .00

LOC/BLDG DESCRIBED PREMISES
 01  15  4933 MEADOW LN                        MARIETTA         GA
         4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

CHANGED DESCRIPTION
      FROM : CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)
      TO   : 4920-5067 MEADOW LANE - 5+ RESIDENTIAL UNIT BLDGS (11143)

SIC CODE CHANGE

NAICS CODE CHANGE
```

# PREMIER BUSINESSOWNERS - HABITATIONAL (AICOA)

45   0011427

ACP   30-0-9294999

INSURED COPY

N

LQFK

TABPAGE (07-02)00

IN 74 04 01 07

# IMPORTANT FLOOD INSURANCE NOTICE

Thank you for the opportunity to provide your important insurance protection.  As your insurance provider, we like to keep you informed of important issues that can potentially impact your property assets.  This letter is to remind you of the importance of considering flood insurance and the importance of reviewing your policies on a regular basis.

Your Commercial Property (Premier Businessowners, and/or Commercial Property) and Farmowners' policy does not cover damage from floods to any property resulting directly or indirectly from "water."  Excluded "water" losses include, but are not limited to those caused by flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not. These types of loss or damage caused by "Water" are excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. You will need to read your policy for all of the details about excluded water losses.  This is just a summary of the excluded water losses to highlight some important flood-related issues.

In most communities, you can obtain flood insurance through your agent that is backed by the federal government's National Flood Insurance Program.  In those qualifying communities, you can obtain flood insurance protection for your property regardless of your flood zone or flood risk.

Your agent can assist you in 1) determining if your community participates in the National Flood Insurance Program, 2)  assessing your flood risk, and 3) understanding flood policy availability. To learn more about flood insurance and your risk of flooding access the National Flood Insurance Program's consumer website at www.FloodSmart.gov.

As you consider the risk of flooding in your area and consider your options for obtaining valuable protection, consider that:

- All property is in a flood zone, regardless of whether an area has been defined as high risk or low risk.
- Nearly 25% of all flood claims are for properties located in lower-risk flood areas or locations where flooding is not expected.
- Floods can happen anywhere, at any time, causing anguish, destruction, and financial damage.
- Changing weather patterns, as well as residential and business development, may increase your chance of experiencing a flood.
- Flooding can occur as a result of clogged, overloaded, or inadequate storm drains.  You don't have to live near a body of water to be flooded.
- Federal disaster assistance is often a loan and must be repaid with interest.
- Your commercial property and/or farmowner policies exclude loss by flooding.

Ask your agent about obtaining flood insurance for commercial property today. Thank you for choosing us to meet your insurance needs. We value your business.

IN 78 09 11 15

★ ★ ★ ★ ★ ★ ★   IMPORTANT INSURANCE INFORMATION   ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# DATA BREACH & IDENTITY RECOVERY SERVICES

## Data Breach Services Information:

Through a partnership with Hartford Steam Boiler, you have access to a data breach risk management portal called the eRiskHub®.  The portal is designed to help you understand data information exposures, help you plan and be prepared for a data breach, and establish a response plan to manage the costs and minimize the effects of a data breach.

Key features of the portal include:
- Incident Response Plan Roadmap – suggested steps your business can take following data breach incident.  Having an incident response plan prepared in advance of a breach can be useful for defense of potential litigation.
- Online Training Modules – ready-to-use training for your business on privacy best practices and Red Flag Rules.
- Risk Management Tools- assist your business in managing data breach exposures including self-assessments and state breach notification laws.
- eRisk Resources – a directory to quickly find external resources on pre and post-breach disciplines.
- News Center – cyber risk stories, security and compliance blogs, security news, risk management events, and helpful industry links.
- Learning Center – best practices and white papers written by leading authorities.

To access the eRiskHub® portal:
- Enter https://www.eriskhub.com/nationwide  in your browser.
- Complete the information, including your name and company. Your User ID and Password are case-sensitive.
- Enter your assigned access code: **12116-73**.
- Enter the challenge word on the screen, and click "Submit" and follow the instructions to complete your profile setup.
- You can now login to the portal.

You also have access to a help-line to answer breach related questions.  Insureds having questions pertaining to how to prepare for a breach, help in identifying a breach, or other questions pertaining to breach related best practices can call our breach preparedness help-line.  Experienced professionals are able to provide insights to help insureds understand the complicated environment pertaining to breaches of personal information.  The breach preparedness help-line is 877-800-5028.

IN 78 09 11 15

Page 1 of 2

**IN 78 09 11 15**

In addition, you have the ability to purchase Data Compromise Insurance coverage and CyberOne Insurance coverage.

The Data Compromise coverage covers the costs incurred by an insured to respond to a data breach, including expenses related to forensic information technology review, legal review, notification to affected individuals, services to affected individuals, public relations services. Insureds will also have the ability to include Data Compromise Defense and Liability coverage which covers the liability from a suit brought by an individual affected by the data breach.

CyberOne coverage protects businesses against damage to electronic data and computer systems from a virus or other computer attack. It also protects a business's liability to third parties that may have suffered damage due to security weaknesses in the business's computer system.

**Identity Recovery Services Information:**

Through a partnership Hartford Steam Boiler, you will have access to a Toll-Free Identity Recovery Help Line designed to provide education about identity theft and identity theft risks. The toll-free Help Line is staffed by experienced identity theft counsellors who can answer questions and provide useful information and resources to identity theft victims. The Identity Recovery Help Line number is 877-800-5028.

In addition, you have the ability to buy Identity Recovery insurance coverage as an included element of Data Compromise coverage or separately, on its own. The Identity Recovery coverage insures against the theft of identities of the insured's key owners, officers, and resident family members.  The coverage provides the services of an identity theft case manager and pays for various out-of-pocket expenses due to a covered identity theft, including:

- Legal fees for answer of civil judgments and defense of criminal charges
- Phone, postage, shipping fees
- Notary and filing fees
- Credit bureau reports
- Lost Wages and Child or Elder Care
- Mental Health Counseling costs (Not Available in NY)
- Miscellaneous Expense coverage

IN 78 30 08 16

★★★★★★   IMPORTANT INSURANCE INFORMATION   ★★★★★★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# EMPLOYMENT PRACTICES LIABILITY SERVICES

As a member of Nationwide Insurance who has an active Employment Practices Liability Insurance policy you have access to a free loss prevention website and a free legal hotline to help your business reduce and/or prevent employment claims.

**Online Support:**
The website "Workplace Risk Solutions" is designed to help educate you about employment practices laws, help you understand the employment practices exposures your business may have, and provide ways that you can reduce your risk of having an employment claim.

Key features of the website include:
- Training – Web based training on:  sexual harassment, preventing discrimination, and preventing wrongful termination and retaliation.
- Knowledge Vault –
  - Checklists to help guide your business through certain situations it may encounter such as crisis management.
  - A library of workplace-related articles.
  - Tools to help you create documents such as an employment application, employee handbook, policy guides in English and Spanish, performance review, and an incident form.
  - Best Practice Minutes and Tips offers steps to limit the risk for a variety of workplace employment liability issues.

To access the website:
- Select a site administrator.
  We recommend that all managers and supervisors handling EPLI register to use this site. Ideally one employee should register as the site administrator, then register additional users.
- Go to:  http://www.wprsolutions.com
- Click Register Here in the Member Login box on the left hand side of the page.
- Enter the passcode: NI-HRhelp
- Complete the registration form.
- Training Notice Screen – We suggest turning off all questions on the Training Notice screen (click No). The system automatically assigns all training modules to every user with a site profile if you do not click no on the Training Notice screen.
- You can now login to the portal.

Questions on the website? Call a Customer Service Representative at 888-712-7667.

**Legal Hotline:**

The Jackson Lewis legal hotline provides you with employment practices legal advice from Jackson Lewis, LLP, one of the nation's largest and most respected employment law firms. The legal hotline can answer questions regarding employee family medical leave, attendance issues, the steps to take when investigating harassment reports or terminating employees, as well as answering a host of other employment-related questions.

Questions for the Jackson Lewis legal hotline? Call (800)-259-5589 Monday through Friday from 9:00 am to 6:00 pm Central Standard Time.

**IN 78 30 08 16**

**Page 1 of 1**

ACP BPHL3009294999                    INSURED COPY                              45     11431

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### STATEMENT OF VALUES

Policy Number:   **ACP  BPHL 3009294999**

Policy Period:
From **04-26-19**  To  **04-26-20**

The values shown on this Statement of Values reflect the values you have requested or agreed to for each individual item that was included in the Blanket Limit of Insurance shown in the Declarations of your policy.

By your acceptance of this policy in the payment of the premium due, you are acknowledging that the values shown below are correct to the best of your knowledge and belief.

### BLANKET BUILDINGS

| Loc. Bldg. | Description/Coverage Type | Value | Valuation of Property |
|---|---|---|---|
| 01 01 | BUILDING | 1,247,600 | Replacement cost |
| 01 02 | BUILDING | 1,247,600 | Replacement cost |
| 01 03 | BUILDING | 1,247,600 | Replacement cost |
| 01 04 | BUILDING | 1,247,600 | Replacement cost |
| 01 05 | BUILDING | 1,247,600 | Replacement cost |
| 01 06 | BUILDING | 1,247,600 | Replacement cost |
| 01 07 | BUILDING | 1,247,600 | Replacement cost |
| 01 08 | BUILDING | 1,247,600 | Replacement cost |
| 01 09 | BUILDING | 1,247,600 | Replacement cost |
| 01 10 | BUILDING | 1,247,600 | Replacement cost |
| 01 11 | BUILDING | 1,247,600 | Replacement cost |
| 01 12 | BUILDING | 1,022,700 | Replacement cost |
| 01 13 | BUILDING | 705,800 | Replacement cost |
| 01 14 | BUILDING | 1,247,600 | Replacement cost |
| 01 15 | BUILDING | 1,022,700 | Replacement cost |
| 01 16 | BUILDING | 1,247,600 | Replacement cost |
| 01 17 | BUILDING | 1,247,600 | Replacement cost |
| 01 18 | BUILDING | 15,000 | Replacement cost |

**PB 81 S1 (01-01)**

DIRECT BILL    LQFK          MDH        INSURED COPY              UID      Z1          45   11432

# PREMIER BUSINESSOWNERS POLICY

## STATEMENT OF VALUES

Policy Number:

|  | Policy Period: |
|---|---|
| From | To |

| Loc. Bldg. | Description/Coverage Type | Value | Valuation of Property |
|---|---|---|---|

**PB 81 S1 (01-01)**

INSURED COPY

11433

**Nationwide®**
is on your side

ALLIED INSURANCE CO OF AMERICA
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

10   14753
NEW BUSINESS

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

**COMMON DECLARATIONS**

Policy Number:  **ACP   BPHL   3009294999**

Named Insured:  **THE MEADOWS UNIT OWNER ASSOCIATION**

Mailing Address:  **1230 JOHNSON FERRY PL STE F10**
**MARIETTA, GA   30068-2045**
Agency:  **POINTENORTH INS GROUP LLC**
Address:  **ATLANTA GA   31139-1728**
Agency Phone Number:  **(770)858-7540**

Policy Period:  Effective From **04-26-19**    To **04-26-20**
12:01 AM Standard Time at your principal place of business.

Form of your business entity:  **CORPORATION**

Description of your business:  **HOMEOWNERS ASSOCIATION**

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

**CONTINUATION PROVISION:  If we offer to continue your coverage and you or your representative do not accept,
this policy will automatically terminate on the expiration date of the current policy period stated above.  Failure to
pay the required premium when due shall mean that you have not accepted our offer to continue your coverage.
This policy will terminate sooner if any portion of the current policy period premium is not paid when due.**

**TOTAL POLICY PREMIUM $      51,817.00**

| Previous Policy Number | | | |
|---|---|---|---|
| NONE | ENTRY DATE       05-07-19 | Countersignature | Date |

These Common Policy Declarations, together with the Common Policy Conditions, Coverage Form Declarations,
Coverage Forms and any endorsements issued to form a part thereof, complete the Policy numbered above.

**PB 81 00 (01-01)**

**Page 1 of 2**

DIRECT BILL   LQFK          MDH      INSURED COPY          UID    Z1          45   11434

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

## SCHEDULE OF NAMED INSUREDS

| Policy Number: ACP   BPHL   3009294999 | | Policy Period: |
|---|---|---|
| | From 04-26-19 | To 04-26-20 |

Named Insured:

**THE MEADOWS UNIT OWNER ASSOCIATION**

INSURED COPY

45   11435

**ALLIED INSURANCE COMPANY OF AMERICA**

**IN WITNESS WHEREOF,** the Company has caused this policy to be signed by its president and secretary and countersigned as may be required on the declarations page by a duly authorized representative of the company.

SECRETARY

PRESIDENT

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:   **ACP BPHL3009294999** | Policy Period:<br>From **04-26-19** To **04-26-20** |

Description of Premises Number: **001**   Building Number: **001**   Construction: **FRAME**
Premises Address  **4933 MEADOW LN**                                          **MARIETTA          GA**              **30068-4630**
Premises ID
Occupancy   **OO**   Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
**AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
Described as: **CONDO ASSOC - MULTIPLE 5 + RESIDENTIAL UNIT BLDGS (11143)**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building -  Blanket Limit - Replacement cost | **$20,232,600** |
| Business Personal Property - | **NOT  PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **3%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT  PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT  PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

## PROTECTIVE SAFEGUARDS

This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT  APPLICABLE**

---

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

**MORTGAGEE ASSIGNMENT INFORMATION**

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

| Additional Interest: | Interest Number: | Loan Number: |
| --- | --- | --- |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| --- | --- | --- |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| --- | --- | --- |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| --- | --- | --- |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| --- | --- | --- |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| --- | --- | --- |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| --- | --- | --- |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| --- | --- | --- |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| --- | --- | --- |
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
| --- | --- | --- |
| Interest: | | |

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:   **ACP BPHL3009294999** | Policy Period:<br>From **04-26-19** To **04-26-20** |

Description of Premises Number: **001**     Building Number: **002**     Construction:  **FRAME**
Premises Address  **4933 MEADOW LN**                                           **MARIETTA        GA**        **30068-4630**
Premises ID
Occupancy  **OO**     Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                   **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                   Described as:  **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| **COVERAGES** | **LIMITS OF INSURANCE** |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **3%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| **OPTIONAL INCREASED LIMITS** | **Included Limit** | **Additional Limit** | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT  APPLICABLE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PB 81 01 (04-11) | | **ALLIED INSURANCE COMPANY OF AMERICA** | | | | | Page 1 of 2 |
| DIRECT BILL   LQFK | | MDH | INSURED COPY | | UID | Z1 | 45   11439 |

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL
## PROPERTY DECLARATIONS

Policy Number:  **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Description of Premises Number: **001**    Building Number:  **003**    Construction: **FRAME**
Premises Address **4933 MEADOW LN**                                                          **MARIETTA**          **GA**          **30068-4630**
Premises ID
Occupancy  **OO**    Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                Described as: **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **3%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below. Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

---

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Additional Interest:        Interest Number:        Loan Number:
Interest:

Additional Interest:        Interest Number:        Loan Number:
Interest:

Additional Interest:        Interest Number:        Loan Number:
Interest:

Additional Interest:        Interest Number:        Loan Number:
Interest:

Additional Interest:        Interest Number:        Loan Number:
Interest:

Additional Interest:        Interest Number:        Loan Number:
Interest:

Additional Interest:        Interest Number:        Loan Number:
Interest:

Additional Interest:        Interest Number:        Loan Number:
Interest:

Additional Interest:        Interest Number:        Loan Number:
Interest:

Additional Interest:        Interest Number:        Loan Number:
Interest:

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL
## PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:   **ACP BPHL3009294999** | Policy Period:<br>From **04-26-19** To **04-26-20** |

Description of Premises Number: **001**     Building Number: **004**     Construction: **FRAME**
Premises Address  **4933 MEADOW LN**                                              **MARIETTA**          **GA**          **30068-4630**
Premises ID
Occupancy   **OO**     Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                   **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                 Described as:  **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **3%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**

This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

PB 81 01 (04-11)

Page 2 of 2

DIRECT BILL    LQFK        MDH      INSURED COPY              UID     Z1          45   11444

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL
## PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:   **ACP BPHL3009294999** | Policy Period:<br>From **04-26-19** To **04-26-20** |

Description of Premises Number: **001**   Building Number: **005**   Construction: **FRAME**
Premises Address **4933 MEADOW LN**                     **MARIETTA            GA**            **30068-4630**
Premises ID
Occupancy **OO**   Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                              **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
              Described as: **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **3%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

**OPTIONAL INCREASED LIMITS**

| | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

**MORTGAGEE ASSIGNMENT INFORMATION**

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Additional Interest:  Interest Number:  Loan Number:
Interest:

Additional Interest:  Interest Number:  Loan Number:
Interest:

Additional Interest:  Interest Number:  Loan Number:
Interest:

Additional Interest:  Interest Number:  Loan Number:
Interest:

Additional Interest:  Interest Number:  Loan Number:
Interest:

Additional Interest:  Interest Number:  Loan Number:
Interest:

Additional Interest:  Interest Number:  Loan Number:
Interest:

Additional Interest:  Interest Number:  Loan Number:
Interest:

Additional Interest:  Interest Number:  Loan Number:
Interest:

Additional Interest:  Interest Number:  Loan Number:
Interest:

**PB 81 01 (04-11)**          **Page 2 of 2**

DIRECT BILL  LQFK   MDH  INSURED COPY    UID  Z1   45  11446

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

| | |
|---|---|
| | Policy Period: |
| Policy Number:   **ACP BPHL3009294999** | From **04-26-19** To **04-26-20** |

Description of Premises Number: **001**   Building Number: **006**   Construction: **FRAME**
Premises Address  **4933 MEADOW LN**                                    **MARIETTA**          **GA**          **30068-4630**
Premises ID
Occupancy  **OO**   Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                    **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                     Described as: **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **3%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.  See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PB 81 01 (04-11) | | **ALLIED INSURANCE COMPANY OF AMERICA** | | | | | Page 1 of 2 |
| DIRECT BILL    LQFK | | MDH | INSURED COPY | | UID | Z1 | 45   11447 |

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

Additional Interest:
Interest:

Interest Number:

Loan Number:

**PB 81 01 (04-11)**

**Page 2 of 2**

DIRECT BILL      LQFK           MDH        INSURED COPY                    UID      Z1            45   11448

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL
## PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:   **ACP BPHL3009294999** | Policy Period:<br>From **04-26-19** To **04-26-20** |

Description of Premises Number: **001**    Building Number: **007**    Construction: **FRAME**
Premises Address  **4933 MEADOW LN**                      **MARIETTA          GA          30068-4630**
Premises ID
Occupancy  **OO**    Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                      **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                 Described as: **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building -  Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **3%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT  APPLICABLE**

---

| | | | | |
|---|---|---|---|---|
| **PB 81 01 (04-11)** | **ALLIED INSURANCE COMPANY OF AMERICA** | | | **Page 1 of 2** |
| **DIRECT BILL     LQFK** | **MDH** | **INSURED COPY** | **UID    Z1** | **45   11449** |

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

| | | Policy Period: |
|---|---|---|
| Policy Number:   ACP BPHL3009294999 | | From **04-26-19** To **04-26-20** |

Additional Interest:           Interest Number:           Loan Number:
Interest:

Additional Interest:           Interest Number:           Loan Number:
Interest:

Additional Interest:           Interest Number:           Loan Number:
Interest:

Additional Interest:           Interest Number:           Loan Number:
Interest:

Additional Interest:           Interest Number:           Loan Number:
Interest:

Additional Interest:           Interest Number:           Loan Number:
Interest:

Additional Interest:           Interest Number:           Loan Number:
Interest:

Additional Interest:           Interest Number:           Loan Number:
Interest:

Additional Interest:           Interest Number:           Loan Number:
Interest:

Additional Interest:           Interest Number:           Loan Number:
Interest:

**PB 81 01 (04-11)**                                                    **Page 2 of 2**

DIRECT BILL      LQFK           MDH        INSURED COPY              UID      Z1              45   11450

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Period:

Policy Number: **ACP BPHL3009294999**          From **04-26-19** To **04-26-20**

Description of Premises Number: **001**     Building Number: **008**     Construction: **FRAME**
Premises Address **4933 MEADOW LN**                               **MARIETTA**          **GA**          **30068-4630**
Premises ID
Occupancy **OO**     Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
**AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
Described as: **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

**COVERAGES**                                                                    **LIMITS OF INSURANCE**
Building - Blanketed - Replacement cost                                              **INCLUDED**
Business Personal Property -                                                      **NOT PROVIDED**
**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**
Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit    **INCLUDED**
Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period        **INCLUDED**
Equipment Breakdown                                                                  **INCLUDED**
Automatic Increase in Insurance - Building                                                **3%**
Automatic Increase in Insurance - Business Personal Property                         **NOT PROVIDED**
Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate)
                                                                                     **$5,000**
Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure   **INCLUDED**

**OPTIONAL INCREASED LIMITS**          **Included Limit**     **Additional Limit**
Account Receivable                            $25,000                            **$25,000**
Valuable Papers and Records (At the Described Premises)   $25,000                 **$25,000**
Forgery and Alteration                        $10,000                            **$10,000**
Money and Securities - Inside the Premises    $10,000                            **$10,000**
                 Outside the Premises (Limited)   $10,000                        **$10,000**
Outdoor Signs                                  $2,500                             **$2,500**
Outdoor Trees, Shrubs, Plants and Lawns       $10,000                            **$10,000**
Business Personal Property Away From Premises   $15,000                          **$15,000**
Business Personal Property Away From Premises - Transit   $15,000                **$15,000**
Electronic Data                               $10,000                            **$10,000**
Interruption of Computer Operations           $10,000                            **$10,000**
Building Property of Others                    $10,000                            **$10,000**

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**
Employee Dishonesty                                                              **NOT PROVIDED**
Ordinance or Law - 1 - Loss to Undamaged Portion                                     **INCLUDED**
              2 - Demolition Cost and Broadened Increased Cost of Construction        **$25,000**
              Ordinance or Law Broadened                                             **INCLUDED**

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below. Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS: **NOT APPLICABLE**

**PB 81 01 (04-11)**          **ALLIED INSURANCE COMPANY OF AMERICA**          Page 1 of 2

DIRECT BILL    LQFK              MDH          INSURED COPY          . UID    Z1          45  11451

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**

**MORTGAGEE ASSIGNMENT INFORMATION**

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

| Additional Interest: Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest: Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest: Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest: Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest: Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest: Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest: Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest: Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest: Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest: Interest: | Interest Number: | Loan Number: |
|---|---|---|

| Additional Interest: Interest: | Interest Number: | Loan Number: |
|---|---|---|

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:   **ACP BPHL3009294999** | Policy Period:<br>From **04-26-19** To **04-26-20** |

Description of Premises Number: **001**    Building Number:   **009**    Construction:  **FRAME**
Premises Address  **4933 MEADOW LN**                                                      **MARIETTA          GA**          **30068-4630**
Premises ID
Occupancy   **OO**    Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                    **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                Described as:  **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a  **$10,000** Deductible, unless otherwise stated.

| **COVERAGES** | **LIMITS OF INSURANCE** |
|---|---|
| Building -  Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT  PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12  Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12  Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **3%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT  PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to  $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| **OPTIONAL INCREASED LIMITS** | **Included Limit** | **Additional Limit** | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT  PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

| | | |
|---|---|---|
| **PB 81 01 (04-11)** | **ALLIED INSURANCE COMPANY OF AMERICA** | **Page 1 of 2** |
| DIRECT BILL    LQFK | MDH          INSURED COPY | UID     Z1          45   11453 |

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From  **04-26-19** To  **04-26-20**

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

Additional Interest:
Interest:
Interest Number:
Loan Number:

**PB 81 01 (04-11)**

**Page 2 of 2**

DIRECT BILL    LQFK              MDH        INSURED COPY              UID     Z1            45   11454

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL
PROPERTY DECLARATIONS**

Policy Number:  **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Description of Premises Number: **001**     Building Number: **010**     Construction: **FRAME**
Premises Address **4933 MEADOW LN**                                    **MARIETTA          GA            30068-4630**
Premises ID
Occupancy  **OO**     Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS
                                     AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                     Described as: **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| **COVERAGES** | **LIMITS OF INSURANCE** |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **3%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| **OPTIONAL INCREASED LIMITS** | **Included Limit** | **Additional Limit** | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

**PB 81 01 (04-11)**          **ALLIED INSURANCE COMPANY OF AMERICA**                    **Page 1 of 2**

DIRECT BILL    LQFK              MDH        INSURED COPY              UID      Z1          45   11455

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |
| Additional Interest:<br>Interest: | Interest Number: | Loan Number: |

**PB 81 01 (04-11)**

**Page 2 of 2**

DIRECT BILL   LQFK        MDH       INSURED COPY            UID   Z1        45   11456

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Description of Premises Number: **001**    Building Number: **011**    Construction: **FRAME**
Premises Address  **4933 MEADOW LN**                                        **MARIETTA**          **GA**        **30068-4630**
Premises ID
Occupancy  **OO**    Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
**AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
Described as:  **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | INCLUDED |
| Business Personal Property - | NOT PROVIDED |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | INCLUDED |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | INCLUDED |
| Equipment Breakdown | INCLUDED |
| Automatic Increase in Insurance - Building | 3% |
| Automatic Increase in Insurance - Business Personal Property | NOT PROVIDED |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | $5,000 |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | INCLUDED |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery and Alteration | $10,000 | | $10,000 |
| Money and Securities - Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | $10,000 |
| Business Personal Property Away From Premises | $15,000 | | $15,000 |
| Business Personal Property Away From Premises - Transit | $15,000 | | $15,000 |
| Electronic Data | $10,000 | | $10,000 |
| Interruption of Computer Operations | $10,000 | | $10,000 |
| Building Property of Others | $10,000 | | $10,000 |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | NOT PROVIDED |
| Ordinance or Law - 1 - Loss to Undamaged Portion | INCLUDED |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | $25,000 |
| Ordinance or Law Broadened | INCLUDED |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

| Additional Interest: | Interest Number: | Loan Number: |
|---|---|---|
| Interest: | | |

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**
**PROPERTY DECLARATIONS**

Policy Number: **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

| | | | |
|---|---|---|---|
| Description of Premises Number: **001** | Building Number: **012** | Construction: | **FRAME** |
| Premises Address **4933 MEADOW LN** | | **MARIETTA** | **GA** **30068-4630** |

Premises ID

Occupancy **OO** Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**

Described as: **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **3%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**

This premise has Protective Safeguards identified by symbols below. Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS: **NOT APPLICABLE**

---

**PB 81 01 (04-11)** **ALLIED INSURANCE COMPANY OF AMERICA** Page 1 of 2

| DIRECT BILL | LQFK | MDH | INSURED COPY | UID | Z1 | 45 11459 |

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Additional Interest:                Interest Number:                Loan Number:
Interest:

Additional Interest:                Interest Number:                Loan Number:
Interest:

Additional Interest:                Interest Number:                Loan Number:
Interest:

Additional Interest:                Interest Number:                Loan Number:
Interest:

Additional Interest:                Interest Number:                Loan Number:
Interest:

Additional Interest:                Interest Number:                Loan Number:
Interest:

Additional Interest:                Interest Number:                Loan Number:
Interest:

Additional Interest:                Interest Number:                Loan Number:
Interest:

Additional Interest:                Interest Number:                Loan Number:
Interest:

Additional Interest:                Interest Number:                Loan Number:
Interest:

**PB 81 01 (04-11)**                                                **Page 2 of 2**

DIRECT BILL      LQFK          MDH        INSURED COPY          UID      Z1        45   11460

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL
PROPERTY DECLARATIONS**

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Description of Premises Number: **001**    Building Number:  **013**    Construction:  **FRAME**
Premises Address  **4933 MEADOW LN**                                          **MARIETTA**        **GA**        **30068-4630**
Premises ID
Occupancy   **OO**      Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS
                                          AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                    Described as:  **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

| WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED". |
|---|

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | INCLUDED |
| Business Personal Property - | NOT PROVIDED |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | INCLUDED |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | INCLUDED |
| Equipment Breakdown | INCLUDED |
| Automatic Increase in Insurance - Building | 3% |
| Automatic Increase in Insurance - Business Personal Property | NOT PROVIDED |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | $5,000 |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | INCLUDED |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery and Alteration | $10,000 | | $10,000 |
| Money and Securities - Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | $10,000 |
| Business Personal Property Away From Premises | $15,000 | | $15,000 |
| Business Personal Property Away From Premises - Transit | $15,000 | | $15,000 |
| Electronic Data | $10,000 | | $10,000 |
| Interruption of Computer Operations | $10,000 | | $10,000 |
| Building Property of Others | $10,000 | | $10,000 |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | NOT PROVIDED |
| Ordinance or Law - 1 - Loss to Undamaged Portion | INCLUDED |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | $25,000 |
| Ordinance or Law Broadened | INCLUDED |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT  APPLICABLE**

**PB 81 01 (04-11)**          **ALLIED INSURANCE COMPANY OF AMERICA**                    Page 1 of 2

DIRECT BILL    LQFK              MDH          INSURED COPY                    UID      Z1              45   11461

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:  **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Additional Interest:
Interest:          Interest Number:          Loan Number:

Additional Interest:
Interest:          Interest Number:          Loan Number:

Additional Interest:
Interest:          Interest Number:          Loan Number:

Additional Interest:
Interest:          Interest Number:          Loan Number:

Additional Interest:
Interest:          Interest Number:          Loan Number:

Additional Interest:
Interest:          Interest Number:          Loan Number:

Additional Interest:
Interest:          Interest Number:          Loan Number:

Additional Interest:
Interest:          Interest Number:          Loan Number:

Additional Interest:
Interest:          Interest Number:          Loan Number:

Additional Interest:
Interest:          Interest Number:          Loan Number:

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:   **ACP BPHL3009294999** | Policy Period:<br>From **04-26-19** To **04-26-20** |

Description of Premises Number: **001**     Building Number:  **014**     Construction:  **FRAME**
Premises Address  **4933 MEADOW LN**                                          **MARIETTA         GA         30068-4630**
Premises ID
Occupancy   **OO**     Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                                 **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                    Described as:  **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

**COVERAGES**                                                                                        **LIMITS OF INSURANCE**
Building -  Blanketed - Replacement cost                                                                    **INCLUDED**
Business Personal Property -                                                                        **NOT PROVIDED**
**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**
Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit          **INCLUDED**
Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period                    **INCLUDED**
Equipment Breakdown                                                                                  **INCLUDED**
Automatic Increase in Insurance - Building                                                                  **3%**
Automatic Increase in Insurance - Business Personal Property                                    **NOT PROVIDED**
Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate)
                                                                                                       **$5,000**
Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure     **INCLUDED**

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**
Employee Dishonesty                                                                                **NOT  PROVIDED**
Ordinance or Law - 1 - Loss to Undamaged Portion                                                            **INCLUDED**
                    2 - Demolition Cost and Broadened Increased Cost of Construction                 **$25,000**
                    Ordinance or Law Broadened                                                          **INCLUDED**

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT  APPLICABLE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PB 81 01 (04-11)** | **ALLIED INSURANCE COMPANY OF AMERICA** | | | | | | Page 1 of 2 |
| DIRECT BILL    LQFK | MDH | INSURED COPY | | UID | Z1 | 45 | 11463 |

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

| Additional Interest: | Interest Number: | Loan Number: |
| --- | --- | --- |
| Interest: | | |
| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |
| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |
| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |
| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |
| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |
| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |
| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |
| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |
| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

**PB 81 01 (04-11)**

**Page 2 of 2**

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### PROPERTY DECLARATIONS

Policy Number: **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Description of Premises Number: **001**   Building Number: **015**   Construction: **FRAME**
Premises Address **4933 MEADOW LN**                                      **MARIETTA          GA**          **30068-4630**
Premises ID

Occupancy   **OO**   Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                   **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                       Described as: **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

**COVERAGES**                                                                **LIMITS OF INSURANCE**
Building - Blanketed - Replacement cost                                                    **INCLUDED**
Business Personal Property -                                                            **NOT PROVIDED**

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**
Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit   **INCLUDED**
Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period             **INCLUDED**
Equipment Breakdown                                                                           **INCLUDED**
Automatic Increase in Insurance - Building                                                           **3%**
Automatic Increase in Insurance - Business Personal Property                            **NOT PROVIDED**
Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate)
                                                                                            **$5,000**
Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure   **INCLUDED**

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery and Alteration | $10,000 | | $10,000 |
| Money and Securities - Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | $10,000 |
| Business Personal Property Away From Premises | $15,000 | | $15,000 |
| Business Personal Property Away From Premises - Transit | $15,000 | | $15,000 |
| Electronic Data | $10,000 | | $10,000 |
| Interruption of Computer Operations | $10,000 | | $10,000 |
| Building Property of Others | $10,000 | | $10,000 |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**
Employee Dishonesty                                                                    **NOT PROVIDED**
Ordinance or Law - 1 - Loss to Undamaged Portion                                             **INCLUDED**
                  2 - Demolition Cost and Broadened Increased Cost of Construction           **$25,000**
                  Ordinance or Law Broadened                                                 **INCLUDED**

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below. Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT  APPLICABLE**

---

**PB 81 01 (04-11)**          **ALLIED INSURANCE COMPANY OF AMERICA**                      Page 1 of 2

DIRECT BILL   LQFK          MDH        INSURED COPY                UID    Z1           45   11465

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

PB 81 01 (04-11)                                                   Page 2 of 2

DIRECT BILL      LQFK            MDH      INSURED COPY            UID    Z1        45   11466

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**
**PROPERTY DECLARATIONS**

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Description of Premises Number: **001**     Building Number:  **016**     Construction:  **FRAME**
Premises Address  **4933 MEADOW LN**                                                    **MARIETTA        GA          30068-4630**
Premises ID
Occupancy   **OO**     Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
**AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
Described as:  **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building -  Blanketed - Replacement cost | **INCLUDED** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **3%** |
| Automatic Increase in Insurance - Business Personal Property | **NOT PROVIDED** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT  PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **INCLUDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **$25,000** |
| Ordinance or Law Broadened | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT  APPLICABLE**

**PB 81 01 (04-11)**          **ALLIED INSURANCE COMPANY OF AMERICA**          Page 1 of 2

DIRECT BILL    LQFK                    MDH          INSURED COPY                UID      Z1          45   11467

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Additional Interest:       Interest Number:       Loan Number:
Interest:

Additional Interest:       Interest Number:       Loan Number:
Interest:

Additional Interest:       Interest Number:       Loan Number:
Interest:

Additional Interest:       Interest Number:       Loan Number:
Interest:

Additional Interest:       Interest Number:       Loan Number:
Interest:

Additional Interest:       Interest Number:       Loan Number:
Interest:

Additional Interest:       Interest Number:       Loan Number:
Interest:

Additional Interest:       Interest Number:       Loan Number:
Interest:

Additional Interest:       Interest Number:       Loan Number:
Interest:

Additional Interest:       Interest Number:       Loan Number:
Interest:

# PREMIER BUSINESSOWNERS POLICY

## PREMIER HABITATIONAL
## PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:  **ACP BPHL3009294999** | Policy Period:<br>From **04-26-19** To **04-26-20** |

Description of Premises Number: **001**     Building Number: **017**     Construction: **FRAME**
Premises Address  **4933 MEADOW LN**                                                         **MARIETTA          GA          30068-4630**
Premises ID
Occupancy  **OO**     Classification:  **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
**AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
Described as:  **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

**COVERAGES**                                                                                                       **LIMITS OF INSURANCE**
Building -  Blanketed - Replacement cost                                                            **INCLUDED**
Business Personal Property -                                                                                **NOT PROVIDED**

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**
Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit          **INCLUDED**
Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period                     **INCLUDED**
Equipment Breakdown                                                                                                   **INCLUDED**
Automatic Increase in Insurance - Building                                                                        **3%**
Automatic Increase in Insurance - Business Personal Property                                          **NOT PROVIDED**
Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000  policy aggregate)
                                                                                                                             **$5,000**
Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure     **INCLUDED**

| **OPTIONAL INCREASED LIMITS** | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**
Employee Dishonesty                                                                                          **NOT  PROVIDED**
Ordinance or Law - 1 - Loss to Undamaged Portion                                                        **INCLUDED**
                          2 - Demolition Cost and Broadened Increased Cost of Construction               **$25,000**
                          Ordinance or Law Broadened                                                          **INCLUDED**

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery
at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **NOT  APPLICABLE**

---

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

Additional Interest:
Interest:                        Interest Number:              Loan Number:

PB 81 01 (04-11)

DIRECT BILL      LQFK            MDH         INSURED COPY                    UID      Z1           45   11470

# PREMIER BUSINESSOWNERS POLICY

**PREMIER HABITATIONAL**
**PROPERTY DECLARATIONS**

| | |
|---|---|
| Policy Number:   **ACP BPHL3009294999** | Policy Period:<br>From **04-26-19** To **04-26-20** |

Description of Premises Number: **001**    Building Number: **018**    Construction: **FRAME**
Premises Address  **4933 MEADOW LN**                        **MARIETTA          GA**          **30068-4630**
Premises ID
Occupancy  **OO**    Classification: **CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS**
                                    **AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE**
                        Described as:  **CONDO ASSOC - MULTIPLE 5+ RESIDENTIAL UNIT BLDGS (11143)**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$10,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Blanketed - Replacement cost | INCLUDED |
| Business Personal Property - | NOT PROVIDED |

**ADDITIONAL COVERAGES - the Coverage Form includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | INCLUDED |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | INCLUDED |
| Equipment Breakdown | INCLUDED |
| Automatic Increase in Insurance - Building | 3% |
| Automatic Increase in Insurance - Business Personal Property | NOT PROVIDED |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | $25,000 |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | INCLUDED |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery and Alteration | $10,000 | | $10,000 |
| Money and Securities - Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | $10,000 |
| Business Personal Property Away From Premises | $15,000 | | $15,000 |
| Business Personal Property Away From Premises - Transit | $15,000 | | $15,000 |
| Electronic Data | $10,000 | | $10,000 |
| Interruption of Computer Operations | $10,000 | | $10,000 |
| Building Property of Others | $10,000 | | $10,000 |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | NOT PROVIDED |
| Ordinance or Law - 1 - Loss to Undamaged Portion | INCLUDED |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | $25,000 |
| Ordinance or Law Broadened | INCLUDED |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

| | | | | | | |
|---|---|---|---|---|---|---|
| **PB 81 01 (04-11)** | **ALLIED INSURANCE COMPANY OF AMERICA** | | | | | Page 1 of 2 |
| DIRECT BILL   LQFK | MDH | INSURED COPY | UID | Z1 | | 45   11471 |

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### MORTGAGEE ASSIGNMENT INFORMATION

Policy Number:   **ACP BPHL3009294999**

Policy Period:
From **04-26-19** To **04-26-20**

| Additional Interest: | Interest Number: | Loan Number: |
| Interest: | | |

Additional Interest:    Interest Number:    Loan Number:
Interest:

Additional Interest:    Interest Number:    Loan Number:
Interest:

Additional Interest:    Interest Number:    Loan Number:
Interest:

Additional Interest:    Interest Number:    Loan Number:
Interest:

Additional Interest:    Interest Number:    Loan Number:
Interest:

Additional Interest:    Interest Number:    Loan Number:
Interest:

Additional Interest:    Interest Number:    Loan Number:
Interest:

Additional Interest:    Interest Number:    Loan Number:
Interest:

Additional Interest:    Interest Number:    Loan Number:
Interest:

Additional Interest:    Interest Number:    Loan Number:
Interest:

PB 81 01 (04-11)                                                     Page 2 of 2

DIRECT BILL    LQFK          MDH        INSURED COPY                UID    Z1              45   11472

# PREMIER BUSINESSOWNERS POLICY
### PREMIER HABITATIONAL
## LIABILITY DECLARATIONS

| | |
|---|---|
| Policy Number:   **ACP  BPHL  3009294999** | Policy Period:<br>From **04-26-19**  To **04-26-20** |

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit of Insurance | Per Occurrence | **$1,000,000** |
| Medical Payments Coverage Sub Limit | Per Person | **$5,000** |
| Tenants Property Damage Legal Liability Sub Limit | Per Covered Loss | **$300,000** |
| Personal and Advertising Injury | Per Person Or Organization | **$1,000,000** |
| Products – Completed Operations Aggregate | All Occurrences | **$2,000,000** |
| General Aggregate | All Occurrences | **$2,000,000** |
| (Other than Products – Completed Operations) | | |

## AUTOMATIC ADDITIONAL INSUREDS STATUS

The following persons or organizations are automatically insureds when you and they have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy.

Co-Owners of Insured Premises
Controlling Interest
Grantor of Franchise or License
Lessors of Leased Equipment
Managers or Lessors of Leased Premises
Mortgagee, Assignee or Receiver
Owners or Other Interest from Whom Land has been Leased
State or Political Subdivisions - Permits Relating to Premises

## PROPERTY DAMAGE DEDUCTIBLE
NONE

## OPTIONAL COVERAGES

| | | |
|---|---|---|
| Directors & Officers with Non-Monetary Relief | **Per Occurrence** | **$1,000,000** |
| Directors & Officers Liab-Retro Date 04/25/19 | **Aggregate** | **$1,000,000** |
| Employment Practices Liability Insurance | | |
| Each Claim & Aggregate Limits for Damages | | **$50,000** |
| Each Claim & Aggregate Limits-Defense Expense | **INCLUDED** | |
|  Retroactive Date 04/26/19 Deductible  $2,500 | | |
| SEE ATTACHED LIABILITY DECLARATION SUPPLEMENT | | |

---

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL

## FORMS AND ENDORSEMENTS SUMMARY

Policy Period:
From **04-26-19**  To **04-26-20**

Policy Number: **ACP  BPHL  3009294999**

| FORM NUMBER | | TITLE |
|---|---|---|
| LI0021 | 0101 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| PB0002 | 1114 | PREMIER BUSINESSOWNERS |
| PB0006 | 1114 | PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM |
| PB0009 | 1114 | PREMIER BUSINESSOWNERS COMMON POLICY CONDITIONS |
| PB0412 | 0101 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES |
| PB0523 | 0715 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| PB0588 | 0411 | GEORGIA - LIMITED FUNGI OR BACTERIA COVE |
| PB0589 | 0311 | EMPLOYMENT PRACTICES LIABILITY |
| PB1504 | 1114 | ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| PB1701 | 1114 | CONDOMINIUM ASSOCIATION COVERAGE |
| PB2998 | 0908 | EXCLUSION - VIOLATION OF CONSUMER PROTEC |
| PB3701 | 1114 | ORDINANCE OR LAW BROADENED ENDORSEMENT |
| PB4151 | 0515 | D&O LIABILITY (COOPERATIVES OR CONDOMINIUMS) WITH NON-MONETA |
| PB5805 | 1114 | DATA COMPROMISE COVERAGE RESPONSE EXPENSES AND DEFENSE AND L |
| PB5807 | 1114 | CYBERONE COVERAGE |
| PB5809 | 1114 | IDENTITY RECOVERY COVERAGE |
| PB5910 | 1213 | GEORGIA CHANGES - DIMINISHED VALUE OR ST |
| PB9010 | 0517 | GEORGIA AMENDATORY ENDROSEMENT |

### IMPORTANT NOTICES

| | | |
|---|---|---|
| IN7404 | 0107 | IMPORTANT FLOOD INSURANCE NOTICE |
| IN7809 | 1115 | DATA BREACH & IDENTITY RECOVERY SERVICES |
| IN7830 | 0816 | EMPLOYMENT PRACTICES LIABILITY SERVICES |

PB 81 03 (06-12)

INSURED COPY

# PREMIER BUSINESSOWNERS POLICY

### PREMIER HABITATIONAL
### LIABILITY DECLARATIONS SUPPLEMENT

| | |
|---|---|
| Policy Number: **ACP BPHL 3009294999** | Policy Period: From **04-26-19** To **04-26-20** |

| OPTIONAL COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Data Compromise Coverage | |
| Response Expense Limit | $50,000 |
| Response Expense Deductible | $1,000 |
| Sublimits | |
| Named Malware Limit(Sec.1) | $50,000 |
| Forensic IT Review Limit | $5,000 |
| Legal Review Limit | $5,000 |
| PR Services Limit | $5,000 |
| Defense and Liability Limit | $50,000 |
| Defense and Liability Deductible | $1,000 |
| Named Malware Limit(Sec.2) | $50,000 |
| Identity Recovery Limit | |
| Expense Reimbursement Limit | $25,000 |
| Sublimits | |
| Lost Wages/Child Elder | $5,000 |
| Mental Health Expenses Limits | $1,000 |
| Miscellaneous Expensed Limits | $1,000 |
| CyberOne Coverage | |
| Section 1 - Full Computer Attack | |
| Computer Attack Limit | $50,000 |
| Computer Attack Deductible | $5,000 |
| Sublimits | |
| Data Re-Creation | EXCLUDED |
| Loss of Business | EXCLUDED |
| Public Relations | EXCLUDED |
| Section 2 - Full Network Security Liability | |
| Network Security Liability Limit | EXCLUDED |
| Network Security Liability Deductible | EXCLUDED |

# PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

## TABLE OF CONTENTS

A. COVERAGES ....................................................................................................................... 2
  1. COVERED PROPERTY ................................................................................................. 2
  2. PROPERTY NOT COVERED ........................................................................................ 3
  3. COVERED CAUSES OF LOSS .................................................................................... 3
  4. LIMITATIONS ................................................................................................................. 3
  5. ADDITIONAL COVERAGES .......................................................................................... 4
    a. Debris Removal ........................................................................................................ 4
    b. Preservation Of Property ......................................................................................... 5
    c. Fire Department Service Charge .............................................................................. 5
    d. Fire Extinguisher Recharge ...................................................................................... 5
    e. Collapse .................................................................................................................... 5
    f. Water Damage, Other Liquids, Powder Or Molten Material Damage ...................... 6
    g. Business Income ....................................................................................................... 6
    h. Extra Expense ........................................................................................................... 7
    i. Pollutant Clean Up And Removal .............................................................................. 8
    j. Civil Authority ............................................................................................................ 8
    k. Money Orders And Counterfeit Money ..................................................................... 8
    l. Forgery And Alteration .............................................................................................. 9
    m. Increased Cost Of Construction – Damaged Property ............................................. 9
    n. Equipment Breakdown ............................................................................................ 10
    o. Arson Reward for Conviction .................................................................................. 12
    p. Money And Securities .............................................................................................. 12
    q. Appurtenant Structures .......................................................................................... 13
    r. Back Up Of Sewer Or Drain Water Damage ........................................................... 13
    s. Dependent Properties – Business Income .............................................................. 14
    t. Limited Coverage for Fungi, Wet Rot Or Dry Rot ................................................... 14
    u. Building Property of Others ..................................................................................... 15
    v. Unauthorized Business Card Use ........................................................................... 16
    w. Computer Fraud And Funds Transfer Fraud .......................................................... 16
  6. COVERAGE EXTENSIONS ........................................................................................ 16
    a. Newly Acquired or Constructed Property ............................................................... 16
    b. Newly Acquired Property - Business Income .......................................................... 17
    c. Personal Property Off-premises .............................................................................. 17
    d. Outdoor Trees, Shrubs, Plants, and Lawns ........................................................... 18
    e. Outdoor Signs ......................................................................................................... 18
    f. Personal Effects ...................................................................................................... 18
    g. Valuable Papers And Records ................................................................................ 18
    h. Accounts Receivable ............................................................................................... 19
    i. Salespersons Samples ............................................................................................ 19
    j. Business Income and Extra Expense –Increased Period of Restoration Due to Ordinance or Law . 19
    k. Removal Permit ....................................................................................................... 19
    l. Electronic Data ........................................................................................................ 20
    m. Interruption of Computer Operations ...................................................................... 20
B. EXCLUSIONS .................................................................................................................... 21
C. LIMITS OF INSURANCE ................................................................................................... 26
D. DEDUCTIBLES .................................................................................................................. 27
E. PROPERTY LOSS CONDITIONS ..................................................................................... 28
F. PROPERTY GENERAL CONDITIONS .............................................................................. 32
G. OPTIONAL COVERAGES ................................................................................................. 33
  1. Employee Dishonesty Optional Coverage .................................................................. 33
  2. Ordinance or Law Optional Coverages ....................................................................... 35
  3. Optional Amendment of Coverage - Exclude Theft ..................................................... 37
H. PROPERTY DEFINITIONS ............................................................................................... 38

PB 00 02 11 14    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 1 of 42

ACP BPHL3009294999      INSURED COPY      45   11476

PB 00 02 11 14

# PREMIER BUSINESSOWNERS
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section H. PROPERTY DEFINITIONS.

## A. COVERAGES

We will pay for direct physical loss of or damage to Covered Property at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. COVERED PROPERTY

Covered Property includes Buildings as described under paragraph a. below, Business Personal Property as described under paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under paragraph 2, PROPERTY NOT COVERED.

a. **Buildings**, meaning the described buildings and structures at the described premises, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery;

(b) Equipment; and

(c) Tanks, including pumps;

(4) Your personal property in apartments, rooms or common areas furnished by you as landlord;

(5) Personal property owned by you that is used to maintain or service buildings or structures or the premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings;

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering; and

(e) Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, mast and towers;

(6) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the buildings or structures;

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures; and

(7) Garages, storage buildings, spas, swimming pools, fences, retaining walls or other appurtenant structures usual to your business, but only if:

(a) Coverage is not provided for such structures under the Appurtenant Structures Additional Coverage; and

(b) Such structures are then described in the Declarations.

b. **Business Personal Property** located in or on the buildings or structures at the described premises or in the open (or in a vehicle) within 1,000 feet of the building or structures or within 1,000 feet of the premises described in the Declarations, whichever distance is greater, consisting of the following:

(1) Personal property you own that is used in your business, including but not limited to furniture, fixtures, machinery, equipment and "stock";

(2) Personal property of others that is in your care, custody or control, except as otherwise provided in Condition 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS;

(3) Tenant improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

**Page 2 of 42**           Includes copyrighted material of Insurance Services Office, Inc., with its permission.           **PB 00 02 11 14**

ACP BPHL3009294999           **INSURED COPY**           45   11477

(b) You acquired or made at your expense but cannot legally remove; and

(4) Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under paragraph (2) personal property of others above.

(5) Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control and you must be contractually obligated to repair or replace it. We will also pay for necessary repair or replacement of encasing frames, lettering or ornamentation that is part of the exterior glass.

Regardless of the amount of the Deductible, the most we will deduct from any loss or damage to exterior building glass in any one occurrence is listed in DEDUCTIBLES D.2.

2. **PROPERTY NOT COVERED**

Covered Property does not include:

a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

b. "Money" or "securities" except as provided in:

(1) Money and Securities Additional Coverage;

(2) Computer Fraud And Funds Transfer Fraud Additional Coverage; or

(3) Employee Dishonesty under Section G. OPTIONAL COVERAGES;

c. Contraband, or property in the course of illegal transportation or trade;

d. Land (including land on which the property is located), water (including water that is natural, metered water that is purchased from a utility company or other supplier, water that is located within a swimming pool, and/or bulk containerized water which is utilized for a fire suppression system. This does not include containerized water that is stock), growing crops or lawns (other than lawns which are part of a vegetated roof);

e. Outdoor signs (other than signs attached to buildings), trees, shrubs, plants or lawns (other than "stock" of trees, shrubs or plants and trees, shrubs or plants which are part of a vegetated roof), all except as provided in the:

(1) Outdoor Signs Coverage Extension; or

(2) Outdoor Trees, Shrubs, Plants and Lawns Coverage Extension.

f. Watercraft (including motors, equipment and accessories) while afloat;

g. Gasoline or diesel fuel contained in above ground or underground storage tanks;

h. Property that is covered under another coverage form of this or any other policy issued to the Named Insured listed on this policy in which it is more specifically described, except for the excess of the amount due (whether you can collect it or not) from that other insurance;

i. Grain, hay, straw or other crops while in the open;

j. Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

k. "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

l. "Electronic data", except as provided in the Electronic Data or Equipment Breakdown Additional Coverages. This paragraph l. does not apply to your "stock" of prepackaged software.

3. **COVERED CAUSES OF LOSS**

This Coverage Form insures against direct physical loss unless the loss is:

a. Excluded in Section B. EXCLUSIONS;

b. Limited in paragraph A.4. LIMITATIONS in this section; or

c. Limited or excluded in Section E. PROPERTY LOSS CONDITIONS or Section F. PROPERTY GENERAL CONDITIONS.

4. **LIMITATIONS**

a. We will not pay for loss of or damage to:

(1) Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the

ACP BPHL3009294999          INSURED COPY          45    11478

PB 00 02 11 14

flues or passages through with the gases of combustion pass.

This limitation does not apply to loss or damage provided under the Equipment Breakdown Additional Coverage.

(2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

This limitation does not apply to loss or damage provided under the Equipment Breakdown Additional Coverage.

(3) Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to Money and Securities Additional Coverage.

(4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

This limitation does not apply to loss or damage provided under the Unauthorized Business Card Use or Computer Fraud.

(5) Fences, spas, outdoor swimming pools and related equipment, retaining walls, pavements, bulkheads, pillars, wharves or docks caused by freezing or thawing, impact of watercraft, or by the pressure or weight of snow, sleet, ice or water whether driven by wind or not.

(6) The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

b. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

(1) Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This limitation does not apply to:

(a) Glass that is part of the exterior or interior of a building or structure;

(b) Containers of property held for sale; or

(c) Photographic or scientific instrument lenses.

c. For loss or damage by theft, the following types of property are covered only up to the limits shown:

(1) $2,500 for furs, fur garments and garments trimmed with fur.

(2) $5,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $250 or less per item.

(3) $2,500 for patterns, dies, molds and forms.

5. **ADDITIONAL COVERAGES**

a. **Debris Removal**

(1) We will pay your expense to remove debris of Covered Property and debris from the property of others when such debris is caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) The most we will pay under this Debris Removal Additional Coverage is 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

This Debris Removal Additional Coverage will not increase the Limits of Insurance provided by this policy.

HOWEVER, this limitation does not apply to any additional debris removal limit provided in paragraph (4) below.

(3) This Debris Removal Additional Coverage does not apply to costs to:

(a) Remove deposits of mud or earth from the grounds of the described premises;

(b) Extract "pollutants" from land or water;

**Page 4 of 42**      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **PB 00 02 11 14**

ACP BPHL3009294999                                    **INSURED COPY**                                    45     11479

PB 00 02 11 14

(c) Remove, restore or replace polluted land or water; or

(d) Extract "pollutants" from Covered Property.

(4) If:

(a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

(b) The debris removal expense exceeds the amount payable under the 25% Debris Removal coverage limitation in paragraph (2) above;

we will pay up to an additional $25,000 for each location in any one occurrence under this Debris Removal Additional Coverage.

b. **Preservation Of Property**

(1) If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

(a) While it is being moved or while temporarily stored at another premises; and

(b) Only if the loss or damage occurs within 45 days after the property is first moved.

(2) This Preservation of Property Additional Coverage will not increase the Limits of Insurance provided by this policy.

c. **Fire Department Service Charge**

(1) When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for your liability for fire department service charges:

(a) Assumed by contract or agreement prior to loss; or

(b) Required by local ordinance.

(2) The limit for this Fire Department Service Charge Additional Coverage is in addition to the Limits of Insurance.

(3) No deductible applies to this Fire Department Service Charge Additional Coverage.

d. **Fire Extinguisher Recharge**

(1) We will pay the expense you incur to recharge portable fire extinguishers when used to combat a covered fire.

(2) This Fire Extinguisher Recharge Additional Coverage is not subject to the Limits of Insurance.

(3) No deductible applies to this Fire Extinguisher Recharge Additional Coverage.

e. **Collapse**

The coverage provided under this Collapse Additional Coverage applies only to an abrupt collapse as described and limited in paragraphs e.(1) through e.(7).

(1) For the purpose of this Collapse Additional Coverage abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

(2) We will pay for direct physical loss of or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

(a) Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

(b) Insect or vermin damage that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

(c) Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

(d) Use of defective materials or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(i) A cause of loss listed in paragraph (2)(a) or (2)(b);

(ii) One or more of the "specified causes of loss";

(iii) Breakage of building glass;

(iv) Weight of people or personal property; or

PB 00 02 11 14          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 5 of 42

ACP BPHL3009294999                    INSURED COPY                                    45      11480

PB 00 02 11 14

(v) Weight of rain, snow, sleet or ice, that collects on a roof.

(3) This Collapse Additional Coverage does not apply to:

(a) A building or any part of a building that is in danger of falling down or caving in;

(b) A part of a building that is standing, even if it has separated from another part of the building; or

(c) A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(4) With respect to the following property:

(a) Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, mast or towers;

(b) Awnings, gutters and downspouts;

(c) Yard fixtures;

(d) Outdoor swimming pools;

(e) Fences;

(f) Bulkheads, pilings, piers, wharves and docks;

(g) Beach or diving platforms or appurtenances;

(h) Retaining walls; and

(i) Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in (2)(a) through (2)(d) above, we will pay for loss or damage to that property in (a) through (i) above only if such loss or damage is a direct result of abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

(5) If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building or any part of a building, we will pay for loss of or damage to Covered Property caused by such collapse of personal property only if:

(a) The collapse of personal property was caused by a Cause of Loss listed in (2)(a) through (2)(d) above;

(b) The personal property which collapses is inside a building; and

(c) The property which collapses is not of a kind listed in paragraph (4), regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this paragraph (5) does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by collapse.

(6) This Collapse Additional Coverage does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(7) This Collapse Additional Coverage will not increase the Limits of Insurance provided in this policy.

f. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

(1) If a covered loss to which this insurance applies was caused by or resulted from water or other liquid, powder or molten material, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

HOWEVER, we will not pay for a loss caused by or resulting from water or other liquid, powder or molten material if the system or appliance in which the water or other substance escapes from is located off of the described premises.

(2) We will not pay the cost to repair any defect that caused the loss or damage except as provided in Equipment Breakdown Additional Coverage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(a) Results in discharge of any substance from an automatic fire protection system; or

(b) Is directly caused by freezing.

(3) This Water Damage Additional Coverage will not increase the Limits of Insurance provided in this policy.

g. **Business Income**

(1) **Business Income with Ordinary Payroll Limitation**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED COPY**

(a) We will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

(b) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(i) The portion of the building which you rent, lease or occupy; and

(ii) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(c) We will only pay for loss of "business income" that you sustain during the "period of restoration" and that occurs within the number of consecutive months shown in the Declarations for Business Income – Actual Loss Sustained after the date of direct physical loss or damage. We will only pay for "ordinary payroll expenses" for the number of days shown in the Declarations for Ordinary Payroll Limit following the date of direct physical loss or damage.

(2) **Extended Business Income**

(a) If the necessary suspension of your "operations" produces a "business income" loss payable under this policy, we will pay for the actual loss of "business income" you incur during the period that:

(i) Begins on the date property except finished stock is actually repaired, rebuilt or

replaced and "operations" are resumed; and

(ii) Ends on the earlier of:

i. The date you could restore your "operations", with reasonable speed, to the level which would generate the "business income" amount that would have existed if no direct physical loss or damage had occurred; or

ii. Sixty (60) consecutive days after the date determined in (2)(a)(i) above, unless a greater number of days is shown for Extended Business Income Increased Period of Indemnity in the Declarations at that described premises.

HOWEVER, Extended Business Income does not apply to loss of "business income" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

(b) Loss of a "business income" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(3) This Business Income Additional Coverage is not subject to the Limits of Insurance.

h. **Extra Expense**

(1) We will pay necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

(2) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999
INSURED COPY

PB 00 02 11 14

which the described premises are located, your premises means:

    (a) The portion of the building which you rent, lease or occupy; and

    (b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(3) We will only pay for "extra expense" that occurs within the number of consecutive months shown in the Declarations for Extra Expense after the date of direct physical loss or damage.

(4) This Extra Expense Additional Coverage is not subject to the Limits of Insurance.

i. **Pollutant Clean Up And Removal**

(1) We will pay your expense to extract "pollutants" from land, water or Covered Property at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) This Pollutant Clean Up And Removal Additional Coverage does not apply to:

    (a) Costs to test for, monitor or assess the existence, concentration or effects of "pollutants"; or

    (b) Any penalties or assessments that may be charged against you due to any statute, regulation or ordinance.

But we will pay for testing which is performed in the course of extracting the "pollutants" from land or water.

(3) The most we will pay for each location under this Pollutant Clean Up And Removal Additional Coverage is $25,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

(4) The limit for this Pollutant Clean Up And Removal Additional Coverage is in addition to the Limits of Insurance.

j. **Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for "business income" will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to 30 days after coverage begins.

Civil Authority coverage for necessary "extra expense" will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) 30 days after the time of that action; or

(2) When your Civil Authority coverage for "business income" ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

k. **Money Orders And Counterfeit Money**

(1) We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

    (a) Money orders issued by any post office, express company or bank that are not paid upon presentation; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**PB 00 02 11 14**

**INSURED COPY**

PB 00 02 11 14

(b) "Counterfeit money" that is acquired during the regular course of business.

(2) The most we will pay for any loss under this Money Orders And Counterfeit Money Additional Coverage is $5,000.

(3) The limit for this Money Orders And Counterfeit Money Additional Coverage is in addition to the Limits of Insurance.

l.  **Forgery And Alteration**

(1) We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

(2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

(3) For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

(4) The most we will pay for any loss, including legal expenses, under this Additional Coverage is $10,000, unless a higher Limit of Insurance is shown in the Declarations.

(5) All losses:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(6) The limit for this Forgery And Alteration Additional Coverage is in addition to the Limits of Insurance.

m.  **Increased Cost Of Construction – Damaged Property**

(1) This Additional Coverage applies only to buildings insured on a replacement cost basis.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in paragraphs (3) through (8) of this Increased Cost Of Construction – Damaged Property Additional Coverage.

(3) The ordinance or law referred to in paragraph (2) of this Increased Cost Of Construction – Damaged Property Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Increased Cost Of Construction – Damaged Property Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Increased Cost Of Construction – Damaged Property Additional Coverage, we will not pay for:

(a) The enforcement of, or compliance with, any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

(b) Any costs associated with the enforcement of, or compliance with, an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet rot or dry rot.

PB 00 02 11 14

(6) The most we will pay under this Increased Cost Of Construction – Damaged Property Additional Coverage, for each described building insured under this Coverage Form, is $25,000.

The limit for this Increased Cost Of Construction – Damaged Property Additional Coverage is in addition to the Limits of Insurance.

(7) With respect to this Increased Cost Of Construction – Damaged Property Additional Coverage:

(a) We will not pay any costs:

(i) Until the property is actually repaired or replaced, at the same described premises or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same described premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same described premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises for a building of like, kind and quality and of the same size and use.

(8) This Increased Cost Of Construction – Damaged Property Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Increased Cost Of Construction – Damaged Property Additional Coverage.

n. **Equipment Breakdown**

(1) We will pay for direct physical loss of or damage to Covered Property caused by or resulting from an "accident" to "covered equipment".

If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" that are the result of the same event will be considered one "accident".

(2) If a dollar deductible is shown in the declarations for this Equipment Breakdown Additional Coverage, we will first subtract the applicable deductible amount from any loss we would otherwise pay. We will then pay the amount of loss in excess of the applicable deductible up to the applicable limit for this coverage.

If no dollar deductible is shown for Equipment Breakdown Additional Coverage, the Property Deductible shown in the Declarations applies.

(3) The following coverages also apply to loss caused by or resulting from an "accident" to "covered equipment". These coverages do not provide additional amounts of insurance.

(a) **Expediting Expenses**

With respect to your damaged Covered Property, we will pay, up to $50,000, the reasonable extra cost to:

(i) Make temporary repairs; and

(ii) Expedite permanent repairs or replacement.

(b) **Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in (3)(c)(ii) below.

Additional costs mean those beyond what would have been required had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of "business income" you sustain and necessary "extra expense" you incur is $50,000.

Page 10 of 42        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        PB 00 02 11 14

ACP BPHL3009294999        INSURED COPY        45    11485

(c) **Perishable Goods**

(i) We will pay for physical damage to "perishable goods" due to spoilage.

(ii) We will also pay for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia.

(iii) We will also pay necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(iv) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with Condition 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS.

The most we will pay for loss, damage or expenses under this coverage is $50,000.

(d) **Service Interruption**

(i) The insurance provided under the Business Income Additional Coverage, the Extra Expense Additional Coverage and for (c) Perishable Goods in this Equipment Breakdown Additional Coverage, is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water or steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(ii) Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident".

(iii) The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Perishable Goods.

(e) **Electronic Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data".

The most we will pay for loss or expense under this coverage, including actual loss of "business income" you sustain and necessary "extra expense" you incur, is $50,000.

(f) **Environmental, Safety and Efficiency Improvements**

The following provision does not apply to property insured on an "actual cash value" basis.

If "covered equipment" requires replacement due to loss or damage caused by or resulting from an "accident", we will pay your additional cost to replace with equipment that is better for the environment, more efficient or safer than the equipment being replaced.

HOWEVER, we will not pay more under this additional coverage than 125% of what the cost would have been to repair or replace with like kind and quality.

This provision does not increase any of the applicable limits.

(4) **Additional Exclusions**

(a) We will not pay under this Equipment Breakdown Additional Coverage for loss, damage or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999   INSURED COPY

PB 00 02 11 14

expense caused by or resulting from:

(i) Any defect, programming error, programming limitation, "computer" virus, malicious code, loss of data, loss of access, loss of use, loss of functionality or other condition within "electronic data". But if an "accident" results, we will pay for the resulting loss, damage or expense; or

(ii) Any of the following tests:

i. A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

ii. An electrical insulation breakdown test of any type of electrical equipment.

(b) With respect to (d) Service Interruption coverage, we will not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except for steam or centrifugal explosion); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood; or earth movement.

(c) Exclusion B.1.h. Fungi, Wet Rot Or Dry Rot does not apply to spoilage of personal property that is "perishable goods," to the extent that spoilage is covered under (c) Perishable Goods coverage.

(d) We will not pay under this Equipment Breakdown Additional Coverage for any loss or damage to animals.

(5) **Additional Conditions**

(a) **Suspension**

Whenever "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to: your address as shown in the Declarations, or at the address where the equipment is

located. Once suspended in this way, your insurance can be reinstated only by written notice of reinstatement from us.

(b) **Jurisdictional Inspections**

If "covered equipment" under this Equipment Breakdown Additional Coverage requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

(6) The most we will pay for loss, damage or expense under this Equipment Breakdown Additional Coverage arising from any one "accident" is the applicable Limit of Insurance shown in the Declarations.

This Equipment Breakdown Additional Coverage will not increase the Limits of Insurance provided by this policy.

o. **Arson Reward for Conviction**

(1) In the event that a covered fire loss was the result of an act of arson, we will pay a reward to anyone, other than paid investigators, who gives legal authorities information that leads to the conviction of anyone who committed such arson.

(2) We will pay up to 10 percent of the amount of the insured fire loss or $10,000, whichever is less. This payment is the most we will pay in any one occurrence, regardless of the number of persons providing information or convicted of arson.

(3) The limit for this Arson Reward for Conviction Additional Coverage is in addition to the Limits of Insurance.

(4) No deductible applies to this Arson Reward for Conviction Additional Coverage.

p. **Money And Securities**

(1) We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee (including a temporary or leased employee) having use and custody of the property, at the described premises, or in transit by direct route between any of these places, resulting directly from:

(a) Theft, meaning any act of stealing;

**Page 12 of 42**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **PB 00 02 11 14**

ACP BPHL3009294999                                        **INSURED COPY**                                            45      11487

(b) Disappearance; or

(c) Destruction.

(2) In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

   (a) Resulting from accounting or arithmetical errors or omissions;

   (b) Due to the giving or surrendering of property in any exchange or purchase;

   (c) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device; or

   (d) From an unattended motor vehicle.

   (e) That is covered under the Unauthorized Business Card Use or Computer Fraud And Funds Transfer Fraud Additional Coverages.

(3) The most we will pay under this Money and Securities Additional Coverage for loss in any one occurrence is:

   (a) **Inside the Premises**, $10,000 for "money" and "securities" while:

     (i) In or on the described premises; or

     (ii) Within a bank or savings institution;

     unless a higher Limit of Insurance for "money" and "securities" inside the premises is shown in the Declarations; and

   (b) **Outside the Premises** (Limited – loss from an unattended motor vehicle is excluded), $10,000 for "money" and "securities" while anywhere else, unless a higher Limit of Insurance for "money" and "securities" outside the premises is shown in the Declarations.

(4) All loss:

   (a) Caused by one or more persons; or

   (b) Involving a single act or series of related acts;

   is considered one occurrence.

(5) You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

(6) The limit for this Money and Securities Additional Coverage is in addition to the Limits of Insurance.

q. **Appurtenant Structures**

(1) We will pay for direct physical loss of or damage to any separate garages, storage buildings, swimming pools, spas, fences, retaining walls and other appurtenant structures usual to your business at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.

(2) The most we will pay for loss or damage under this Appurtenant Structures Additional Coverage in any one occurrence is 10% of the Building Limit of Insurance shown in the Declarations for that described building.

HOWEVER, if the value of any one garage, storage building, swimming pool, spa, fence, retaining wall or other appurtenant structure exceeds $50,000, this Appurtenant Structures Additional Coverage does not apply to that structure. The value of the property covered under this Appurtenant Structures Additional Coverage will be determined at replacement cost without deduction for depreciation. If the "Actual Cash Value – Buildings" option applies to Buildings, as shown in the Declarations, we will determine the value of property covered under this Appurtenant Structures Additional Coverage at "actual cash value".

Section E. PROPERTY LOSS CONDITIONS, paragraph 5.e.(1)(b) under Loss Payment does not apply in determining if property is covered under this Appurtenant Structures Additional Coverage. All Loss Payment provisions are otherwise applicable for loss or damage covered by this Additional Coverage.

(3) The limit for this Appurtenant Structures Additional Coverage is in addition to the Limits of Insurance.

r. **Back Up Of Sewer Or Drain Water Damage**

(1) For the purpose of this Back Up Of Sewer Or Drain Water Damage Additional Coverage the following definition is added;

"Flood" means a general and temporary condition of partial or complete inundation of normally dry land areas from:

PB 00 02 11 14

(a) The unusual and rapid accumulation or runoff of surface waters from any source;

(b) The overflow of inland or tidal waters; or

(c) Waves, tides or tidal waves.

(2) We will pay for loss of or damage to Covered Property caused by water that backs up or overflows from a sewer or drain pipe, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water.

HOWEVER, we will not pay for loss or damage that results from:

(a) Sewer back-up or sump pump overflow that occurs during the period beginning 10 days before and ending 10 days after a "flood" on the described premises;

(b) An insured's failure to keep a sump pump or it's related equipment in proper working condition;

(c) An insured's failure to perform the routine maintenance or repair necessary to keep a sewer or drain pipe free from obstructions; or

(d) Sump pump failure which is caused by or results from failure of power, unless this policy is endorsed to cover power failure affecting the described premises.

(e) Damage that is caused by the breaking apart or cracking of a water or sewer pipe that is located off of the described premises.

(3) The most we will pay for loss or damage under this coverage is:

(a) $5,000 per building; or

(b) $25,000 in any one policy period, regardless of the number of losses;

unless a higher Limit of Insurance for Back Up Of Sewer Or Drain Water Damage is shown in the Declarations.

(4) The limit of insurance that applies to coverage under this Back Up Of Sewer Or Drain Water Damage Additional Coverage includes any loss arising from debris removal expense, Business Income Additional Coverage and Extra Expense Additional Coverage.

(5) The limit for this Back Up Of Sewer Or Drain Water Damage Additional Coverage is in addition to the Limits of Insurance.

(6) The Debris Removal Additional Coverage does not apply to this Back Up Of Sewer Or Drain Water Damage Additional Coverage.

**s. Dependent Properties – Business Income**

(1) We will pay for the actual loss of "business income" you sustain due to the necessary and unavoidable suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to "dependent property" or "secondary dependent property" caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss at the premises of a Dependent Property or Secondary Dependent Property is loss or damage to "electronic data." If the Dependent Property or Secondary Dependent Property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the property is repaired, rebuilt or replaced.

(2) We will only pay for loss of "business income" that occurs within 12 consecutive months after the date of direct physical loss or damage.

(3) This Dependent Properties – Business Income Additional Coverage is not subject to the Limits of Insurance.

(4) The "dependent property" or "secondary dependent property" must be located in the coverage territory of this policy.

**t. Limited Coverage for Fungi, Wet Rot Or Dry Rot**

(1) The coverage described in paragraphs t.(2) and t.(6) only applies when the "fungi", wet rot or dry rot are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

(2) We will pay for loss or damage by "fungi", wet rot or dry rot. As used in

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PB 00 02 11 14

ACP BPHL3009294999

INSURED COPY

45    11489

this Limited Coverage, the term loss or damage means:

(a) Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

(b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

(c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.

(3) The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

(4) The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the

loss will be subject to the terms of this limited coverage.

(5) The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

(6) The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

(a) If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(b) If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

u. **Building Property of Others**

(1) If you occupy a described premises as a tenant, and a written lease or rental agreement for that premises requires you to pay for loss of or damage to a part of building property you do not own, we will pay for direct physical loss of or damage to that part of building property, other than exterior glass, caused by a Covered Cause of Loss.

(2) The valuation of property covered under this Additional Coverage will be

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED COPY**

**PB 00 02 11 14**

determined in accordance with the building valuation option (e.g. Actual Cash Value or Replacement Cost) shown on the policy declarations, or at the amount for which the tenant is liable under contract, whichever is less.

(3) The most we will pay for any loss or damage under this Building Property of Others Additional Coverage is $10,000, unless a higher limit is shown in the Declarations or the property is covered under another coverage form of this or all other collectible insurance. HOWEVER if a higher limit is described in the Covered Property Declarations or the property is covered under another coverage form of this or any other specifically scheduled property, that coverage amount will be in excess of the Building Property of Others Additional Coverage limit, up the applicable limit of insurance.

(4) The limit for this Building Property of Others Additional Coverage is in addition to the Limits of Insurance.

v. **Unauthorized Business Card Use**

(1) We will pay for the legal obligation you have because of the theft or unauthorized use of your business credit, debit or charge cards issued to you or registered in your name or the name of your business.

(2) The most we will pay under this Unauthorized Business Card Use Additional Coverage for loss in any one occurrence is $10,000.

(3) All loss:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(4) The limit for this Unauthorized Business Card Use Additional Coverage is in addition to the Limits of Insurance.

w. **Computer Fraud And Funds Transfer Fraud**

(1) We will pay for:

(a) Loss resulting from "fraudulent instruction" directing a financial institution to transfer, pay or deliver "money" or "securities" from your "transfer account"; or

(b) Loss directly related to the use of any computer to fraudulently cause a transfer of covered property from inside the described premises to a person (other than a messenger) or place outside those premises.

(2) The most we will pay under this Computer Fraud And Funds Transfer Fraud Additional Coverage for loss in any one occurrence is $10,000.

(3) All loss:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(4) The limit for this Computer Fraud and Funds Transfer Fraud Additional Coverage is in addition to the Limits of Insurance.

6. **COVERAGE EXTENSIONS**

Except as otherwise provided, the following Extensions apply to property located in or on the described building in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as follows.

a. **Newly Acquired or Constructed Property**

(1) **Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at premises other than the one described, intended for:

(i) Similar use as the described building in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Buildings Coverage Extension is $1,000,000 at each building.

(2) **Business Personal Property**

**Page 16 of 42**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **PB 00 02 11 14**

ACP BPHL3009294999     **INSURED COPY**     **45   11491**

PB 00 02 11 14

If this policy covers Business Personal Property, you may extend that insurance to apply to:

(a) Business Personal Property, including such property that you newly acquire, other than at fairs or exhibitions, at any premises you acquire;

(b) Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the described premises; or

(c) Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Business Personal Property Coverage Extension is $500,000 at each building.

(3) **Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 180 days after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

b. **Newly Acquired Property - Business Income**

(1) You may extend the insurance that applies to Business Income Additional Coverages to apply to property at any premises you newly acquire, other than temporary premises such as fairs or exhibitions, whether attended regularly or not.

(2) The most we will pay for loss under this Newly Acquired Property - Business Income Coverage Extension is the lesser of:

(a) The actual loss of "business income" you sustain, as provided for and described under the Business Income Additional Coverage; or

(b) $100,000.

(3) This insurance will end the earlier of:

(a) This policy expires;

(b) 180 days after you acquire the property; or

(c) You report values to us.

We will charge you any additional premium from the date you acquire the property.

c. **Personal Property Off-premises**

(1) You may extend the insurance provided by this policy to apply to your Covered Property while it is in the course of transit or at a premises you do not own, lease or operate.

(2) Transit under this Coverage Extension means the shipment of Covered Property that:

(a) Begins at a point of shipment to a specific destination;

(b) Includes both loading and unloading of Covered Property;

(c) Includes ordinary reasonable and necessary stops, interruptions, delays or transfers incidental to the route and method of shipment, including rest periods taken by the driver(s); and

(d) Ends upon acceptance of Covered Property by or on behalf of a consignee at the specified destination.

(3) Covered Property under this Coverage Extension does not include:

(a) "Money" and "Securities";

(b) "Valuable papers and records";

(c) Accounts Receivable;

(d) "Computer(s)" and "Electronic data", other than "Stock", and

(e) Tools and equipment of a mobile nature which are used in your business, other than "Stock".

PB 00 02 11 14     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     Page 17 of 42

ACP BPHL3009294999      INSURED COPY      45    11492

**PB 00 02 11 14**

The most we will pay for loss or damage under this Personal Property Off-premises Coverage Extension is $15,000.

d. **Outdoor Trees, Shrubs, Plants, and Lawns**

   (1) You may extend the insurance provided by this policy to apply to your outdoor trees, shrubs, plants and lawns (other than "stock"), including debris removal expense, caused by or resulting from any of the following Causes of Loss:

   Fire; Lightning; Explosion; Aircraft or vehicles; Riot or civil commotion; Vandalism; or Theft.

   (2) The most we will pay for loss or damage under this Outdoor Trees, Shrubs, Plants, and Lawns Coverage Extension is $10,000 in any one occurrence, unless a higher limit for outdoor trees, shrubs, plants, and lawns is shown in the Declarations, but not more than $2,500 for any one tree, shrub or plant.

   Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

   (3) The Debris Removal Additional Coverage does not apply to this Outdoor Trees, Shrubs, Plants, and Lawns Coverage Extension.

e. **Outdoor Signs**

   (1) You may extend the insurance provided by this policy to apply to your outdoor signs, including debris removal expense.

   (2) The most we will pay for loss or damage under this Outdoor Signs Coverage Extension is $2,500 in any one occurrence, unless a higher limit for outdoor signs is shown in the Declarations.

   (3) The Debris Removal Additional Coverage does not apply to this Outdoor Signs Coverage Extension.

f. **Personal Effects**

   You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees.

   HOWEVER, personal effects does not include:

   (1) Tools or equipment used in your business; or

   (2) "Money", "securities" or jewelry.

   AND this Business Personal Property Coverage Extension does not apply to:

   (a) Property while it is in the course of transit or at a premises you do not own, lease or operate

   (b) Property in storage away from the described premises.

   The most we will pay for loss or damage under this Personal Effects Coverage Extension is $10,000 in any one occurrence, but not more than $2,500 for the personal effects of any one individual.

g. **Valuable Papers And Records**

   (1) You may extend the insurance provided by this policy to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Valuable Papers And Records Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

   (2) This Valuable Papers And Records Coverage Extension does not apply to:

   (a) Property held as samples or for delivery after sale;

   (b) Property in storage away from the described premises.

   (3) The most we will pay under this Valuable Papers And Records Coverage Extension for loss of or damage to "valuable papers and records", in any one occurrence at the described building is $25,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

   For "valuable papers and records" not at the described premises, the most we will pay is $25,000.

   (4) Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the

ACP BPHL3009294999                    **INSURED COPY**                    45      11493

lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

    (5)  Section B. EXCLUSIONS of this Coverage Form does not apply to this Valuable Papers And Records Coverage Extension except for:

        (a)  Paragraph B.1.c., Governmental Action;

        (b)  Paragraph B.1.d., Nuclear Hazard;

        (c)  Paragraph B.1.f., War And Military Action;

        (d)  Paragraph B.2.f., Dishonesty;

        (e)  Paragraph B.2.g., False Pretense;

        (f)  Paragraph B.2.m.(2), Errors Or Omissions; and

        (g)  Paragraph B.3.

**h.  Accounts Receivable**

    (1)  You may extend the insurance provided by this policy to apply to your records of accounts receivable. We will pay:

        (a)  All amounts due from your customers that you are unable to collect;

        (b)  Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

        (c)  Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

        (d)  Other reasonable expenses that you incur to re-establish your records of accounts receivable;

    that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

    (2)  The most we will pay under this Accounts Receivable Coverage Extension for loss or damage in any one occurrence at the described building is $25,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

    For records of accounts receivable not at the described premises, the most we will pay is $25,000.

    (3)  Section B. EXCLUSIONS of this Coverage Form does not apply to this Accounts Receivable Coverage Extension except for:

        (a)  Paragraph B.1.c., Governmental Action;

        (b)  Paragraph B.1.d., Nuclear Hazard;

        (c)  Paragraph B.1.f., War And Military Action;

        (d)  Paragraph B.2.f., Dishonesty;

        (e)  Paragraph B.2.g., False Pretense;

        (f)  Paragraph B.3.; and

        (g)  Paragraph B.6., Accounts Receivable Exclusion.

**i.  Salespersons Samples**

    (1)  You may extend the insurance that applies to Business Personal Property to apply to salespersons samples while away from the described premises.

    (2)  The most we will pay under this Salespersons Samples Coverage Extension for loss or damage in any one occurrence is $10,000.

**j.  Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law**

If a Covered Cause of Loss occurs to property at the described premises, coverage is extended to include the amount of actual and necessary loss you sustain during the "period of restoration" of "operations" caused by or resulting from the enforcement of, or compliance with, any ordinance or law that:

    (1)  Regulates the construction or repair of any property;

    (2)  Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

    (3)  Is in force at the time of loss.

HOWEVER, coverage is not extended under this Business Income and Extra Expense –Increased Period of Restoration Due to Ordinance or Law Extension to include loss caused by or resulting from the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

PB 00 02 11 14

k. **Removal Permit**

If Covered Personal Property is removed to a new premise that is described in the Declarations, you may extend this insurance to include that Covered Personal Property at each premise during the removal. Coverage at each premises will apply in the proportion that the value at each premises bears to the value of all Covered Personal Property being removed. This permit applies up to 30 days after the date Covered Personal Property is first removed at the previous premises; after that, this Removal Permit Coverage Extension does not apply at the previous premises.

l. **Electronic Data**

(1) You may extend the insurance provided by this policy to apply to the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss, a "computer" virus, harmful code or similar instruction introduced into or enacted on a "computer" system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a "computer" system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(2) To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

(3) The most we will pay under this Electronic Data Coverage Extension for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of buildings, locations or "computer" systems involved, is $10,000, unless a higher Limit of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

(4) This Additional Coverage does not apply to your "stock" of prepackaged software, or to "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

(5) This Electronic Data Coverage Extension does not apply to losses covered under the Equipment Breakdown Additional Coverage.

m. **Interruption of Computer Operations**

(1) You may extend the insurance that applies to Business Income and Extra Expense Additional Coverages to apply to a suspension of "operations" caused by an interruption in "computer" operations due to destruction or corruption of "electronic data" due to "specified causes of loss", Collapse or a "computer" virus, harmful code or similar instruction introduced into or enacted on a "computer" system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a "computer" system (including "electronic data") by any employee, including a temporary or leased employee; or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(2) The most we will pay under this Interruption of Computer Operations Coverage Extension for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of buildings, locations or "computer" systems involved, is $10,000 unless a higher Limit of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust

this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(3) This Interruption of Computer Operations Coverage Extension does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (2) above has not been exhausted.

(4) Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under paragraphs (1) through (3) of this Interruption of Computer Operations Coverage Extension.

(5) Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under paragraphs (1) through (3) of this Interruption of Computer Operations Coverage Extension.

(6) This Additional Coverage does not apply when loss or damage to "electronic data" involves only "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

(7) This Interruption of Computer Operations Coverage Extension does not apply to losses covered under the Equipment Breakdown Additional Coverage.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes

concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

a. **Ordinance Or Law**

The enforcement of, or compliance with, any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down of any property, including the cost of removing its debris; or

(3) Requiring the removal or disposal of "pollutants".

This Ordinance Or Law Exclusion applies whether the loss results from:

(1) An ordinance or law that is enforced even if the property has not been damaged; or

(2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

b. **Earth Movement**

(1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

(2) Landslide, including any earth sinking, rising or shifting related to such event;

(3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

(4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in (1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999 INSURED COPY

**PB 00 02 11 14**

action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust, or particulate matter; or

(c) Lava flow.

With respect to coverage for volcanic action as set forth in **5(a), 5(b)** and **5(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which the 'otherwise caused' exclusion would apply are acts such as road construction, using tools such as jack hammers and causing ground vibrations in close proximity to the insured's building resulting in damage to the building's structure and foundation.

c.   **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

d.   **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, including but not limited to radon gas, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e.   **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage provided under the Equipment Breakdown Additional Coverage.

f.   **War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g.   **Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain pipe, sump, sump pump or related equipment, except as provided under the Back Up Of Sewer Or Drain Water Damage Additional Coverage;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

**Page 22 of 42**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **PB 00 02 11 14**

ACP BPHL3009294999                                    **INSURED COPY**                                    45    11497

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

(6) Water that overflows from any plumbing fixture because the water is unable to enter into an attached drain pipe, or water that is unable to enter into a drain pipe through any interior or exterior drain, drain strainer, catch basin, roof drain, scupper, or similar device designed to channel water from a plumbing fixture, roof, floor or other surface area.

(7) Discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off of the described premises and is part of a municipal water supply system or municipal sanitary sewer system.

This exclusion applies regardless of whether any of the above, in paragraphs (1) through (7), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

HOWEVER, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

But if any of the above paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

h. **Fungi, Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

(1) When "fungi", wet rot or dry rot result from fire or lightning; or

(2) To the extent that coverage is provided in the Limited Coverage For Fungi, Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

i. **Virus Or Bacteria**

(1) Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

(2) However, the exclusion in paragraph (1) does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion h.;

(3) With respect to any loss or damage subject to the exclusion in paragraph (1), such exclusion supersedes any exclusion relating to "pollutants".

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. **Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(1) Electrical current, including arcing;

(2) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(3) Pulse of electromagnetic energy; or

(4) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

This Electrical Apparatus exclusion does not apply to the coverage provided under the Equipment Breakdown Additional Coverage.

b. **Consequential Losses**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED COPY

**PB 00 02 11 14**

Delay, loss of use or loss of market.

c. **Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

d. **Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

This Steam Apparatus exclusion does not apply to the coverage provided under the Equipment Breakdown Additional Coverage.

e. **Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

f. **Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees is not covered.

With respect to Covered Property, including accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

g. **False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

h. **Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

i. **Collapse**

(1) Collapse, including any of the following conditions of property or any part of the property:

(a) An abrupt falling down or caving in;

(b) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(c) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to paragraph i.(1)(a) or i.(1)(b).

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

(2) This Exclusion i., does not apply:

(a) To the extent that coverage is provided under the Collapse Additional Coverage; or

(b) To collapse caused by one or more of the following:

(i) The "specified causes of loss";

(ii) Breakage of building glass;

(iii) Weight of rain that collects on a roof; or

(iv) Weight of people or personal property.

j. **Pollutants**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **PB 00 02 11 14**

migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types Of Loss**

(1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force, except as provided under the Equipment Breakdown Additional Coverages.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature;

(c) Marring or scratching; or

(d) Growth of tree, shrub or plant roots causing physical damage to any underground property, property foundations, roadways, walks, patios or other paved surfaces.

But if an excluded cause of loss that is listed in paragraphs (1) through (7) above results in a "specified cause of loss", "accident" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss", "accident" or building glass breakage.

**m. Errors Or Omissions**

Errors or omissions in:

(1) Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

(2) Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided under the Equipment Breakdown or Electronic Data Additional Coverages.

However, we will pay for direct loss or damage caused by lightning.

**p. Leakage or Seepage**

Constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, whether continuous or intermittent from any:

(1) Heating, air conditioning or refrigerating system;

(2) Domestic appliance; or

(3) Plumbing system, including from or around any shower stall or other shower bath installation, bathtub or other plumbing fixture.

3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.c. But if an excluded cause of loss that is listed in B.3.a. through B.3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

PB 00 02 11 14

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph B.1. above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, work methods, repair, construction, renovation, remodeling, grading, compaction, failure to protect the property;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

**4. Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion.

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**5. Business Income And Extra Expense Exclusions**

a. We will not pay for:

(1) Any "extra expense", or increase of "business income" loss, caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

(2) Any other consequential loss.

b. With respect to this exclusion, suspension means:

(1) The partial slowdown or complete cessation of your business activities; and

(2) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**6. Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

a. Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

b. Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

c. Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**C. LIMITS OF INSURANCE**

1. The most we will pay for loss or damage in any one occurrence is the applicable Limits of Insurance shown in the Declarations, except as otherwise provided in this Section.

2. The limits applicable to Additional Coverages are in addition to the Limits of Insurance only if so indicated in that Section of this Coverage Form.

3. The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**PB 00 02 11 14**

INSURED COPY

4. **Building Limit – Automatic Increase**

   a. The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

   b. The amount of increase is calculated as follows:

      (1) Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

      (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      (3) The number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

   Example:

   If:  The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

   The amount of increase is

   $100,000 x .08 x (146 / 365) = $3,200.

   c. The Automatic Increase percentage for Buildings will be the percentage shown in the Declarations. This percentage may change at each renewal date, unless a different percentage is selected by you.

5. **Business Personal Property Limit – Automatic Increase**

   a. The Limit of Insurance for Business Personal Property will automatically increase by the annual percentage shown in the Declarations.

   b. The amount of increase is calculated as follows:

      (1) Multiply the Limit of Insurance that applied on the most recent of the policy inception date, the policy renewal date, or any other policy change amending the Limit of Insurance, times

      (2) The percentage of increase shown in the Declarations, expressed as a decimal (example: 2% is .02), times

      (3) The number of days since the beginning of the current policy year, or since the effective date of the most recent policy change amending the

Business Personal Property limit, divided by 365.

   Example:

   If:  The applicable limit is $150,000; and

   The annual percentage increase is 3%; and

   The number of days since the beginning of the policy year (or last policy change) is 146;

   Then the amount of increase is $150,000 x .03 x (146 / 365) = $1,800.

   c. The Automatic Increase percentage for Business Personal Property will be the average annual Index shown in the Declarations. This percentage may change at each renewal date.

   In no event will the Limit of Insurance be reduced unless you specifically request us to do so.

6. **Business Personal Property Limit – Seasonal Increase**

   a. Subject to paragraph 6.b., the Limit of Insurance for Business Personal Property is automatically increased by 25% to provide for seasonal variations.

   b. The increase described in paragraph 6.a will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

      (1) The 12 months immediately preceding the date of the loss or damage occurs; or

      (2) The period of time you have been in business as of the date of the loss or damage occurs.

D. **DEDUCTIBLES**

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. With respect to the exterior building glass of the location identified in the Declarations, the most we will deduct from any loss or damage to the exterior building glass in any one occurrence is $250. The exterior building glass deductible of $250 will be utilized for any loss or damage to the exterior building glass regardless of the deductible amount for the scheduled property shown in the policy Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999

INSURED COPY

PB 00 02 11 14

But this $250 deductible will not increase the property deductible shown in the Declarations for the scheduled property. This $250 deductible is in addition to all other deductibles.

Example:

If:   The amounts of loss to the damaged property are $50,000 (building) and $1,000 (exterior building glass.) The actual limit of insurance on the damaged property is $200,000 and the property deductible shown in the policy declarations is $1,000.

Based on the example information and the coverage language, the most we will pay for this claim is as follows:

Exterior Glass: $1,000 (loss amount) - $250 (exterior glass deductible) = $750 (amount paid for loss).

Building: $50,000 (loss amount) - $750 (remaining deductible amount after the exterior glass deductible) = $49,250 (amount paid for loss).

The most we will pay for this loss is $50,000 ($49,250 + $750). The portion of the total loss that is not covered due to the application of each deductible documented above is $1,000 ($750 + $250).

3.  No deductible applies to the following Additional Coverages:

   a.  Fire Department Service Charge;

   b.  Fire Extinguisher Recharge;

   c.  Business Income;

   d.  Extra Expense;

   e.  Civil Authority; and

   f.  Arson Reward for Conviction.

E.  **PROPERTY LOSS CONDITIONS**

   1.  **Abandonment**

   There can be no abandonment of any property to us.

   2.  **Appraisal**

   If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser after receiving a written request from the other, and will advise the other party of the name of such appraiser within 20 days. The two appraisers will select an umpire. If appraisers cannot agree, either may request that selection

be made by a judge of a court having jurisdiction. The appraisers will state separately the value of property and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a.  Pay its chosen appraiser; and

   b.  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

   3.  **Duties In The Event Of Loss Or Damage**

   a.  You must see that the following are done in the event of loss of or damage to Covered Property:

      (1)  Notify the police if a law may have been broken.

      (2)  Give us prompt notice of the loss or damage. Include a description of the property involved.

      (3)  As soon as possible, give us a description of how, when and where the loss or damage occurred.

      (4)  Take all reasonable steps to protect the Covered Property from further damage. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

      HOWEVER, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss.

      (5)  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values, amount of loss claimed and a detailed description of each item.

      (6)  As often as may be reasonably required, permit us to inspect the damaged property and examine your books and records, including financial records and tax returns.

      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

      (7)  Send us a signed, sworn proof of loss containing the information we request

**Page 28 of 42**        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        **PB 00 02 11 14**

ACP BPHL3009294999                                 INSURED COPY                                      45    11503

to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

(9) Resume all or part of your "operations" as quickly as possible.

b. We may examine any insured or their employee under oath, while not in the presence of any other insured or employee, at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. At our option and expense, any examination under oath may be video or audio taped as well as being recorded by stenographic record. If a written transcript is prepared of the testimony, then at our request your answers under oath must be signed under penalty of perjury.

4. **Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within 1 year after the date on which the direct physical loss or damage occurred.

5. **Loss Payment**

In the event of loss or damage covered by this policy:

a. At our option, we will either:

(1) Pay the value of lost or damaged property as described in e. below;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of, or compliance with, any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss, provided you have complied with all of the conditions set forth in paragraph 3. above.

d. We will not pay you more than your financial interest in the Covered Property.

e. Except as provided in (2) through (9) below, we will determine the value of Covered Property as follows:

(1) At replacement cost without deduction for depreciation, subject to the following:

(a) We will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts, subject to E.5.b. above:

(i) The Limit of Insurance under this policy that applies to the lost or damaged property;

(ii) The cost to replace, on the same premises, the lost or damaged property with other property:

i. Of comparable material and quality; and

ii. Used for the same purpose; or

(iii) The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

(b) You may make a claim for loss or damage covered by this insurance on an "actual cash value" basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an "actual cash value" basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(c) We will not pay on a replacement cost basis for any loss or damage:

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

However, if your loss qualifies for payment on a replacement cost basis

**PB 00 02 11 14**

and the cost of repair or replacement is $2,500 or less, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation.

(2) If the "Actual Cash Value – Buildings" option applies, as shown in the Declarations, paragraph (1) above does not apply to Buildings. Instead, we will determine the value of Buildings at "actual cash value".

(3) The following property at "actual cash value":

(a) Used or second-hand merchandise held in storage or for sale;

(b) Property of others, other than leased personal property you have a contractual responsibility to insure, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others;

(c) Household contents, except personal property in apartments or rooms furnished by you as landlord;

(d) Manuscripts; and

(e) Works of art, antiques or rare articles, including but not limited to etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

(4) Glass at the cost of replacement with safety glazing material if required by law.

(5) Tenants' Improvements and Betterments at:

(a) Replacement cost if you make repairs promptly.

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(ii) Divide the amount determined in (i) above by the number of days from the installation of

improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing if others pay for repairs or replacement.

(6) Applicable only to Money and Securities Additional Coverage, and Employee Dishonesty Optional Coverage:

(a) "Money" at its face value and in general circulation; and

(b) "Securities" at their value at the close of business on the day the loss is discovered.

(7) Applicable only to Accounts Receivable:

(a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

(i) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

(ii) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

(b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(i) The amount of the accounts for which there is no loss or damage;

(ii) The amount of the accounts that you are able to reestablish or collect;

(iii) An amount to allow for probable bad debts that you are normally unable to collect; and

(iv) All unearned interest and service charges.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**PB 00 02 11 14**

INSURED COPY

(8) "Stock" you have sold but not delivered at the selling price less expenses you otherwise would have had.

(9) Business Income and Extra Expense:

(a) We will determine the amount of a "business income" loss based on:

  (i) the net income of your business before the direct physical loss or damage occurred;

  (ii) the likely net income of your business if no physical loss or damage occurred, but not including any likely increase in net income attributable to an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

  (iii) the operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

  (iv) other relevant sources of information, including;

    i. financial records and accounting procedures;

    ii. bills, invoices and other vouchers; and

    iii. deeds, liens and contracts.

(b) We will determine the amount of "extra expense" based on:

  (i) all expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage occurred. The following will be deducted from the total of such expenses:

    i. the remaining salvage value of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

    ii. any "extra expense" that is paid for by other insurance,

  (ii) all necessary expenses that reduce the "business income" loss that otherwise would have been incurred.

f. Our payment for loss of or damage to property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

g. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

h. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy; and

  (1) We have reached agreement with you on the amount of loss; or

  (2) An appraisal award has been made.

i. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

6. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999 INSURED COPY

PB 00 02 11 14

We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

HOWEVER if, at the time of loss, the amount of loss or damage to your property exceeded our Limit of Insurance and your property in excess of the Limit of Insurance was turned over to us, you retain your rights to recovery on such uninsured property. We will return to you a portion of any recovery on that property based upon the proportion of the loss in excess of our Limit of Insurance bears to the total loss.

7. **Resumption Of Operations**

We will reduce the amount of your:

a. Loss payable under Business Income Additional Coverage, other than "extra expense", to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

b. Loss payable under Extra Expense Additional Coverage to the extent you can return "operations" to normal and discontinue such "extra expense".

8. **Vacancy**

a. **Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage, including damage that is caused by or resulting from freezing;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in paragraphs (1)(a) through (1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

F. **PROPERTY GENERAL CONDITIONS**

The following conditions apply in addition to the COMMON POLICY CONDITIONS.

1. **Control Of Property**

If any person other than you has control of your property after a loss, a breach of these conditions by such a person, beyond your direction or control, will not be considered a breach of these conditions by you, and it will not affect this insurance.

The breach of any condition of this Coverage Form, other than the Concealment, Misrepresentation or Fraud Common Policy Condition, at any one or more locations will not affect coverage at any locations where, at the time of loss or damage, the breach of condition did not exist.

2. **Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with

Includes copyrighted material of Insurance Services Office, Inc., with its permission.   PB 00 02 11 14

the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this policy at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under this form:

a. We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

b. The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

**G. OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These Optional Coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

**1. Employee Dishonesty Optional Coverage**

a. We will pay for:

(1) Direct loss of or damage to Business Personal Property and "money" and "securities";

(2) The legal obligation you have because of the theft or unauthorized use of your business credit, debit or charge cards issued to you or registered in your name or the name of your business;

(3) Loss resulting from "fraudulent instruction" directing a financial institution to transfer, pay or deliver "money" or "securities" from your "transfer account"; or

(4) Loss directly related to the use of any computer to fraudulently cause a transfer of covered property from inside the described premises to a person (other than a messenger) or place outside those premises;

resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you, your partner or an officer of a closely held corporation) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(a) Any employee; or

(b) Any other person or organization.

b. We will not pay for loss or damage:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

      INSURED COPY

**PB 00 02 11 14**

(1) Resulting from any dishonest or criminal act that you, any of your partners, "members" or any officer of a closely held corporation commit whether acting alone or in collusion with other persons.

(2) Resulting from any dishonest act committed by any of your employees (except as provided in paragraph a.), "managers" or directors:

    (a) Whether acting alone or in collusion with other persons; or

    (b) While performing services for you or otherwise.

(3) The only proof of which as to its existence or amount is:

    (a) An inventory computation; or

    (b) A profit and loss computation.

c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

d. All loss or damage:

(1) Caused by one or more persons; or

(2) Involving a single act or series of acts;

is considered one occurrence.

e. If any loss is covered:

(1) Partly by this insurance; and

(2) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid and regardless that previous policies were in effect, whether issued by us, any affiliated company or any other company, this coverage shall not be cumulative from year to year or period to period.

f. This Employee Dishonesty Optional Coverage is cancelled as to any employee immediately upon discovery by:

(1) You; or

(2) Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

h. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

(1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under paragraph h. above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

(1) This Optional Coverage as of its effective date; or

(2) The prior insurance had it remained in effect.

j. With respect to the Employee Dishonesty Optional Coverage in paragraph G.1., employee means:

(1) Any natural person:

    (a) While in your service or for 30 days after termination of service;

    (b) Who you compensate directly by salary, wages or commissions; and

    (c) Who you have the right to direct and control while performing services for you;

(2) Any natural person who is furnished temporarily to you:

    (a) To substitute for a permanent employee as defined in paragraph (1) above, who is on leave; or

    (b) To meet seasonal or short-term workload conditions;

(3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph (2) above;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED COPY**

(4) Any natural person who is a former employee, director, partner, "member", "manager", representative or trustee retained as a consultant while performing services for you; or

(5) Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

(1) Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

2. **Ordinance or Law Optional Coverages**

a. The Coverage(s) provided by this Ordinance or Law Optional Coverage apply only if both paragraphs a.(1) and a.(2) are satisfied and are then subject to the qualifications set forth in a.(3).

(1) The ordinance or law:

(a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(b) Is in force at the time of loss.

But this Ordinance or Law Optional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

(2) The building sustains direct physical damage:

(a) That is covered under this policy and such damage results in enforcement of, or compliance with, the ordinance or law; or

(b) That is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of, or compliance with, the ordinance or law.

(c) But if the damage is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Ordinance or Law Optional Coverage even if the building has also sustained covered direct physical damage.

(3) In the situation described in a.(2)(b) above, we will not pay the full amount of loss otherwise payable under the terms of this Ordinance or Law Optional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section f. of this Ordinance or Law Optional Coverage provides an example of this procedure.)

HOWEVER, if the covered direct physical damage alone would have resulted in enforcement of, or compliance with, the ordinance or law, then we will pay the full amount of loss otherwise payable under terms of this Ordinance or Law Optional Coverage.

b. **Coverage 1 - Loss to the Undamaged Portion of Building**

When the Declarations show that Ordinance or Law - Coverage 1 applies at a described building and if a Covered Cause of Loss occurs to covered Building property, we will pay for the loss in value of the undamaged portion of the building as a consequence of enforcement of or compliance with an ordinance or law that requires demolition of undamaged parts of the same building.

This Coverage 1 of Ordinance or Law Optional Coverage is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building property. This portion of the Ordinance or Law Optional Coverage does not increase the Limit of Insurance.

c. **Coverage 2 - Demolition Cost and Broadened Increased Cost of Construction**

When the Declarations show that Ordinance or Law - Coverage 2 applies at a described building and if a Covered Cause of Loss occurs to covered Building property:

   Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999   INSURED COPY

**PB 00 02 11 14**

(1) We will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of, or compliance with, an ordinance or law that requires demolition of such undamaged property; and

(2) We will pay the increased cost to repair or reconstruct damaged portions of the building; and/or

reconstruct or remodel undamaged portions of that building, whether or not demolition is required

when the increased cost is a consequence of enforcement or compliance with the minimum requirements of the ordinance or law.

HOWEVER, we will not pay for the increased costs to reconstruct or remodel undamaged portions of that Building property:

(a) unless the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law; or

(b) if the building is not repaired, reconstructed or remodeled.

Paragraph e. of 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS does not apply.

The most we will pay for the total of all covered losses under this Coverage 2 of Ordinance or Law Optional Coverage, in any one occurrence is the Limit of Insurance shown in the Declarations.

The $25,000 Limit of Insurance for Increased Cost of Construction – Damaged Property Additional Coverage remains available for damaged property and is separate from the Limit of Insurance shown in the Declarations for Ordinance or Law Optional Coverage 2.

This portion of the Ordinance or Law Optional Coverage is in addition to the Limits of Insurance.

d. **Additional Terms and Conditions of Ordinance or Law**

(1) The terms of this Ordinance or Law Optional Coverage apply separately to each building to which this Optional Coverage applies.

(2) With respect to this Ordinance or Law Optional Coverage, we will not pay for:

(a) Enforcement of, or compliance with, any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread of any activity of "fungi", wet or dry rot or bacteria; or

(b) The costs associated with the enforcement of or compliance with any ordinance, law, rule, or regulation which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

(3) Under this Ordinance or Law Optional Coverage, we will not pay for loss due to any ordinance or law that:

(a) You were required to comply with before the loss, even if the building was undamaged; and

(b) You failed to comply with.

(4) Loss Payment

(a) When Coverage 1 applies, loss payment for that building, including damaged and undamaged portions, will be determined as follows:

(i) If the property is repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

i. The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same described premises and to the same height, floor area, style and comparable quality of the original property insured; or

ii. The Limit of Insurance applicable to the covered Building property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED COPY**

PB 00 02 11 14

(ii) If the property is not repaired or replaced, we will not pay more than the lesser of:

  i.   The "actual cash value" of the building at the time of loss; or

  ii.  The Limit of Insurance applicable to the covered Building property.

(b) When Coverage 2 applies, the most we will pay for the total of all covered losses for Demolition Cost and Broadened Increased Cost of Construction is the Limit of Insurance for Coverage 2.

Subject to this Limit of Insurance, the following loss payment provisions apply:

(i) For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described building.

(ii) With respect to Broadened Increased Cost of Construction:

  i.   We will not pay for the increased cost of construction until the property is actually repaired or replaced, at the same or another premises; and

  ii.  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(iii) If the building is repaired or replaced at the same described premises, or if you elect to rebuild at another premises, the most we will pay under Coverage 2 is the increased cost of construction at the same described premises.

(iv) If the ordinance or law requires relocation to another premises, the most we will pay under Coverage 2 is the increased cost of construction at the new premises.

e.  This Ordinance or Law Optional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Optional Coverage.

f.  Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Section a.(3) of this Ordinance or Law Optional Coverage).

Assume:

- Wind is a Covered Cause of Loss. Flood is an excluded Cause of Loss;

- The building has a value of $200,000;

- Total direct physical damage to building: $100,000;

- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value;

- Portion of direct physical damage that is covered (caused by wind): $30,000;

- Portion of direct physical damage that is not covered (caused by flood): $70,000; and

- Loss under Ordinance or Law Coverage 2 of this endorsement: $60,000.

Step 1: Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 divided by $100,000 = .30

Step 2: Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage 2 loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE: The same procedure applies to losses under Coverage 1 of this endorsement.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999

INSURED COPY

PB 00 02 11 14

3. **Optional Amendment of Coverage - Exclude Theft**

When "– Excluding Theft" is stated in the Declarations after **Business Personal Property** coverage, then under:

a. Paragraph 3. of Section B. EXCLUSIONS, the following exclusion is added:

**Theft:** Theft or attempted theft resulting in loss of or damage to Business Personal Property.

b. The Money and Securities Additional Coverage, paragraph (1)(a) is deleted.

H. **PROPERTY DEFINITIONS**

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

1. **"Accident"** means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

a. Mechanical breakdown, including rupture or bursting caused by centrifugal force;

b. Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

c. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

d. Loss of or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

e. Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2. **"Actual Cash Value"** means the cost to repair or replace Covered Property, at the time of loss or damage, whether that property has sustained partial or total loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence.

3. **"Business Income"** means the:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; plus

b. Necessary continuing normal operating expenses incurred, while "operations" are suspended, including payroll.

4. **"Computer"** means:

a. Programmable electronic equipment that is used to store, retrieve and process data; and

b. Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" includes those used to operate production type machinery or equipment.

5. **"Counterfeit money"** means an imitation of "money" that is intended to deceive and to be taken as genuine.

6. **"Covered equipment"** means, Covered Property:

a. That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

b. Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

None of the following is "covered equipment":

a. Structure, foundation, cabinet, compartment or air supported structure or building;

b. Insulating or refractory material;

c. Sewer piping, underground vessels or piping, piping forming a part of a sprinkler system or water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

d. Dragline, excavation or construction equipment;

e. Equipment manufactured by you for sale; or

f. Vehicle, aircraft or floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel. However, any property that is stationary, permanently

Includes copyrighted material of Insurance Services Office, Inc., with its permission.   **PB 00 02 11 14**

**INSURED COPY**

installed at a covered location and that receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel.

7. **"Dependent property"** means property owned or operated by others, not including any described premises, on whom you depend on to:

a. Deliver materials or services to you, or to others for your account. Services does not include water supply services, water removal services, steam, fuel, communication, or power supply services.

b. Purchase your products or services.

c. Manufacture products for delivery to your customers under contract of sale.

d. Attract customers to your business. But this does not include firms in the business of promoting or advertising your business.

The "Dependent property" must be located in the coverage territory of this policy.

However, "Dependent property" does not mean any property owned or operated by others on whom you depend on to provide internet services; web hosting services; internet hosting services; space on any server, computer, computer system, or other similar equipment; web pages; social media or networking services; or similar services.

8. **"Electronic data"** means information, facts or "computer" programs stored as or on, created or used on, or transmitted to or from "computer" software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of "computer" software which are used with electronically controlled equipment. The term "computer" programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

9. **"Extra Expense"** means expense incurred:

a. To avoid or minimize the suspension of business and to continue "operations":

(1) At the described premises; or

(2) At replacement premises or at temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations.

b. To minimize the suspension of business if you cannot continue "operations".

c. To:

(1) Repair or replace any property; or

(2) Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under the Extra Expense Additional Coverage or the Business Income Additional Coverage.

10 **"Fraudulent instruction"** means:

a. An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

b. A written instruction (other than those described in Paragraph A.5.k.) issued by you, which was forged or altered by someone other than you without your knowledge or consent or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

c. An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an employee but which was in fact fraudulently transmitted by someone else without your or the employee's knowledge or consent.

11. **"Fungi"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

12. **"Hazardous substance"** means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

13. **"Manager"** means a person serving in a directorial capacity for a limited liability company.

14. **"Member"** means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

15. **"Money"** means:

**PB 00 02 11 14**

a. Currency, coins and bank notes whether or not in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

16. **"Operations"** mean your business activities occurring at the described premises.

17. **"Ordinary payroll expenses"** mean payroll expenses for all your employees except:

a. Officers;

b. Executives;

c. Department Managers;

d. Employees under contract; and

e. Additional Exemptions shown in the Declarations as:

(1) Job Classifications; or

(2) Employees.

Ordinary payroll expenses include:

a. Payroll;

b. Employee benefits, if directly related to payroll;

c. FICA payments you pay;

d. Union dues you pay; and

e. Workers' compensation premiums.

18. **"Period of restoration"** means:

a. For other than the Dependent Properties Additional Coverage and Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law Additional Coverage:

(1) The period of time that:

(a) Begins the number of hours shown in the Declarations after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(b) Ends on the earlier of:

(i) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(ii) The date when business is resumed at a new permanent location.

(2) "Period of restoration" does not include any increased period required due to the enforcement of, or compliance with, any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

(3) The expiration date of this policy will not cut short the "period of restoration".

b. For Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law Additional Coverage:

(1) The period of time that:

(a) Begins:

(i) At the time of direct physical loss or damage for Business Income Additional Coverage; or

(ii) Immediately after the time of direct physical loss or damage for Extra Expense Additional Coverage:

Caused by or resulting from any Covered Cause of Loss at the described premises; and

(b) Ends on the earlier of:

(i) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(ii) The date when business is resumed at a new permanent location.

(2) "Period of restoration" includes any increased period required to repair or reconstruct the property to conform with the minimum standards or any ordinance or law, in force at the time of loss, that regulates the construction or repair, or requires the tearing down of any property.

(3) The expiration date of this policy will not cut short the "period of restoration".

c. For Dependent Properties Additional Coverage:

(1) The period of time that:

(a) Begins:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED COPY**

**PB 00 02 11 14**

45    11515

PB 00 02 11 14

24 hours after the time of direct physical loss or damage for Business Income Additional Coverage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

(b) Ends on the earlier of:

(i) The date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(ii) The date when your business is resumed at a permanent new location

(2) "Period of restoration" does not include any increased period required due to the enforcement of, or compliance with, any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

(3) The expiration date of this policy will not cut short the "period of restoration".

19. **"Perishable goods"** mean personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

20. **"Pollutants"** mean any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, petroleum products and their derivatives, chemicals and waste. Such irritants or contaminants are "pollutants" whether or not they have any function in your business, operations, premises, sites or locations.

Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed and livestock, poultry or other animal excrement.

21. **"Secondary dependent property"** means an entity which is not owned or operated by a Dependent property and which;

(a) Delivers materials or services to a dependent property, which in turn are used by the Dependent property in providing materials or services to you; or

(b) Accepts materials or services from a Dependent property, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a Secondary dependent property.

Any property which delivers any of the following services is not a Secondary dependent property with respect to such services:

(i) Water supply services;

(ii) Wastewater removal services;

(iii) Communication supply services; or

(iv) Power supply services.

The Secondary dependent property must be located in the coverage territory of this policy:

However, "Secondary Dependent Property" does not mean any property owned or operated by others on whom you depend on to provide internet services; web hosting services; internet hosting services; space on any server, computer, computer system, or other similar equipment; web pages; social media or networking services; or similar services.

22. **"Securities"** mean negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) whether or not in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money" or lottery tickets held for sale.

23. **"Specified Causes of Loss"** means the following:

Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999

PB 00 02 11 14

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss of or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

HOWEVER, the following is not considered water damage;

(1) Damage from constant or repeated seepage or leakage of water or steam that is either located on the described premises or off of the described premises over a period of weeks, months or years from any part of a system or appliance containing water or steam. and;

(2) Discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off of the described premises and is part of a municipal water supply system or municipal sanitary sewer system.

24. **"Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

25. **"Transfer account"** means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "money" and "securities":

a. By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

b. By means of written instructions (other than those described in Paragraph A.5.k.) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

26. **"Valuable papers and records"** mean inscribed, printed, or written:

a. Documents;

b. Manuscripts; and

c. Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

HOWEVER, "valuable papers and records" does not mean "money" or "securities".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.   **PB 00 02 11 14**

**INSURED COPY**

# PREMIER BUSINESSOWNERS
# LIABILITY COVERAGE FORM

## TABLE OF CONTENTS

I.   COVERAGES ................................................................................................................... 2
COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY ......................... 2
      INSURING AGREEMENT ......................................................................................... 2
      EXCLUSIONS .......................................................................................................... 3
      TENANTS PROPERTY DAMAGE LEGAL LIABILITY ............................................ 9
COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY ............................ 9
      INSURING AGREEMENT ......................................................................................... 9
      EXCLUSIONS ......................................................................................................... 10
COVERAGE C – MEDICAL PAYMENTS ...................................................................... 13
      INSURING AGREEMENT ....................................................................................... 13
      EXCLUSIONS ......................................................................................................... 13
SUPPLEMENTARY PAYMENTS – COVERAGES A AND B ........................................ 14
II.  WHO IS AN INSURED .................................................................................................... 15
Automatic Additional Insureds ........................................................................................ 16
   Co-Owners of Insured Premises ................................................................................. 16
   Controlling Interest ..................................................................................................... 16
   Grantor of Franchise or License ................................................................................. 16
   Lessors of Leased Equipment .................................................................................... 16
   Managers or Lessors of Leased Premises ................................................................. 17
   Mortgagee, Assignee or Receiver .............................................................................. 17
   Owners or Other Interest from Whom Land has been Leased ..................................... 17
   State or Political Subdivisions - Permits Relating to Premises .................................... 17
III. LIMITS OF INSURANCE AND DEDUCTIBLE ................................................................ 17
General Aggregate Limit of Insurance (Other than Products-Completed Operations) ........ 17
Products-Completed Operations Aggregate Limit of Insurance ........................................ 17
Personal and Advertising Injury Limit of Insurance .......................................................... 18
Each Occurrence Limit of Insurance ................................................................................ 18
Tenants Property Damage Legal Liability Limit of Insurance ............................................ 18
Medical Payments Limit of Insurance .............................................................................. 18
Property Damage Deductible ........................................................................................... 18
IV. LIABILITY CONDITIONS ............................................................................................... 18
Bankruptcy ..................................................................................................................... 18
Duties In The Event Of Occurrence, Offense, Claim Or Suit ............................................ 18
Legal Action Against Us .................................................................................................. 19
Separation Of Insureds ................................................................................................... 19
V.  DEFINITIONS ................................................................................................................ 19

**PB 00 06 11 14**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of 23**

ACP BPHL3009294999                          **INSURED COPY**                          45      11518

PB 00 06 11 14

# PREMIER BUSINESSOWNERS
# LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance. The word "insured" means any person or organization qualifying as such under Section II. WHO IS AN INSURED. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section V. DEFINITIONS.

## I.   COVERAGES

### A.   COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1.  **INSURING AGREEMENT**

    a.  We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.

    HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

    We may, at our sole discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    (1) The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

    (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

    b.  This insurance applies to "bodily injury" and "property damage" only if:

    (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

    (2) The "bodily injury" or "property damage" occurs during the policy period; and

    (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II. WHO IS AN INSURED and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    c.  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    d.  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**Page 2 of 23**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **PB 00 06 11 14**

ACP BPHL3009294999                              **INSURED COPY**                                                  45      11519

PB 00 06 11 14

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **EXCLUSIONS**

This insurance, including any duty we have to defend "suits", does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" which is expected or intended by the insured.

This exclusion applies even if the resulting "bodily injury" or "property damage":

(1) Is of a different kind, quality or degree than initially expected or intended; or

(2) Is sustained by a different person, entity, real property, or personal property than that initially expected or intended.

HOWEVER, this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense

has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by an insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

This exclusion applies only if you:

(1) Manufacture, sell or distribute alcoholic beverages;

(2) Serve or furnish alcoholic beverages for a charge whether or not such activity:

(a) Requires a license; or

(b) Is for the purpose of financial gain or livelihood; or

(3) Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED COPY

**PB 00 06 11 14**

considered the business of selling, serving or furnishing alcoholic beverages.

d. **Laws**

Any liability or legal obligation of any insured with respect to "bodily injury" or "property damage" arising out of any of the following:

(1) Any federal, state, county, municipal or local law, ordinance, order, directive or regulation barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, religion or religious belief, age, economic status, income, medical condition, pregnancy, parenthood or mental or physical disability;

(2) Any workers' compensation, unemployment compensation, disability benefits law, or any other statutory benefits law;

(3) The Migrant and Seasonal Agricultural Worker Protection Act;

(4) Any state, federal or governmental antitrust statute or regulation, including but not limited to the Racketeer Influenced and Corrupt Organizations Act (RICO), the Securities Act of 1933, the Securities Exchange Act of 1934, or any state Blue Sky law;

(5) The Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974; or

(6) Any other similar statutes, ordinances, orders, directives or regulations.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

HOWEVER, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify that building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**Page 4 of 23**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **PB 00 06 11 14**

ACP BPHL3009294999     **INSURED COPY**     45    11521

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor.

HOWEVER, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

HOWEVER, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999

INSURED COPY

**PB 00 06 11 14**

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

HOWEVER, this exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

    (a) Less than 26 feet long; and

    (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

    (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

    (b) The operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being

prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Other than damage by the Covered Causes of Loss provided under Tenants Property Damage Legal Liability, paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Tenants Property Damage Legal Liability as described in Section III. LIMITS OF INSURANCE.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED COPY**

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. **Damage To Your Product**

"Property damage" to "your product", arising out of it or any part of it.

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

HOWEVER, this exclusion does not apply if the damaged work, or the work out of which the damage arises, was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

p. **Bodily Injury To Any Insured**

"Bodily injury" to:

(1) Any insured, except "volunteer workers"; or

(2) Any insured whenever the ultimate benefits of any indemnification will accrue directly or indirectly to any insured or the heirs of any insured.

q. **Damage To Named Insured's Property**

Any claim or "suit" for "property damage" by you or on your behalf against any other person or organization that is also a Named Insured under this policy.

r. **Abuse or Molestation**

"Bodily injury" or "property damage" arising out of:

(1) The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

(2) The negligent:

(a) Employment;

(b) Investigation;

(c) Supervision;

(d) Reporting to the proper authorities, or failure to so report; or

(e) Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph (1) above.

s. **Asbestos, Electromagnetic, Lead or Radon**

"Bodily injury" or "property damage" arising out of:

(1) Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

(2) Electromagnetic emissions or radiation including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the

PB 00 06 11 14

presence of electromagnetic emissions or radiation or any other duty involving electromagnetic emissions or radiation;

(3) Lead including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of lead or any other duty involving lead; or

(4) Radon or any other radioactive emissions, manmade or natural, including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of radon or any other radioactive emissions or any other duty involving radon or other radioactive emissions.

t. **Employment Practices**

"Bodily injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

u. **Fiduciary Responsibility**

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use, including all related operations, of property in relation to which you or any insured is acting in any fiduciary or representative capacity. This exclusion does not apply if you are; a trust, as described in Section II. WHO IS AN INSURED.

v. **Professional Services**

"Bodily injury" or "property damage" that arises out of or is a result of the rendering of, or failure to render, any professional service, treatment, advice or instruction. This exclusion includes, but is not limited to, any:

(1) Legal, accounting, insurance, real estate, financial, advertising or consulting service, advice or instruction;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection, engineering, or architectural service, advice or instruction;

(4) Medical, surgical, psychiatric, chiropractic, chiropody, physiotherapy, osteopathy, acupuncture, dental, x-ray, nursing or any other health service, treatment, advice or instruction;

(5) Any psychological therapy or any other counseling or mental health service, treatment, advice or instruction;

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming, including but not limited to cosmetology, tonsorial, tattooing, tanning or massage;

(7) Optometry or optical or hearing aid service, treatment, advice or instruction, including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(8) Ear or other body piercing service, treatment, advice or instruction; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PB 00 06 11 14

INSURED COPY

PB 00 06 11 14

(9) Service, treatment, advice or instruction in the practice of pharmacy.

(10) Electronic data processing, computer consulting or computer programming services, advice or instruction.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the rendering or failure to render of any professional service.

w. **Testing, Evaluating or Consulting**

"Bodily injury" or "property damage" arising out of:

(1) An error, omission, defect or deficiency:

  (a) In any test performed, or any evaluation, consultation or advice given by or on behalf of you or any insured; or

  (b) In experimental data or the insured's interpretation of that data.

(2) The reporting of or reliance upon any such test, evaluation, consultation or advice.

x. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

y. **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

3. **TENANTS PROPERTY DAMAGE LEGAL LIABILITY**

**Certain Exclusions Not Applicable**

Exclusions c. through n., p., q., r., t., u., v. and w. do not apply to "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, if such "property damage" arises out of a Covered Cause Of Loss provided under the BUSINESSOWNERS PROPERTY COVERAGE FORM. A separate limit of insurance, called Tenants Property Damage Legal Liability Limit, applies to this coverage as described in Section III. LIMITS OF INSURANCE.

B. **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

1. **INSURING AGREEMENT**

a. We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.

HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "personal and

**PB 00 06 11 14**

advertising injury" to which this insurance does not apply.

We may, at our sole discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **EXCLUSIONS**

This insurance, including any duty we have to defend "suits", does not apply to personal and advertising injury:

a. **Knowing Violation Of Rights Of Another**

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d. **Criminal Act**

Arising out of a criminal act committed by or at the direction of any insured or a criminal act committed by another for which any insured is held to be vicariously liable.

HOWEVER, this exclusion does not apply to "personal injury" resulting from the use of reasonable force to protect persons or property.

e. **Contractual Liability**

For which the insured has assumed liability in a contract or agreement. HOWEVER, this exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach of Contract**

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Price**

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement."

HOWEVER, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Business**

Committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting.

(2) Designing or determining content of web-sites for others; or

(3) An Internet search, access, content or service provider.

HOWEVER, this exclusion does not apply to Paragraphs a., b. and c. of the definition of "personal and advertising injury" under Section V. DEFINITIONS.

k. **Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**PB 00 06 11 14**

ACP BPHL3009294999

**INSURED COPY**

any other similar tactics to mislead another's potential customers.

m. **Pollution**

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-Related**

With respect to any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

However caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

p. **Recording and Distribution Of Material In Violation Of Law**

Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

q. **Laws**

Any liability or legal obligation of any insured arising out of any of the following:

(1) Any federal, state, county, municipal or local law, ordinance, order, directive or regulation barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, parenthood, religion or religious belief, age, economic status, income, medical condition, pregnancy, or mental or physical disability;

(2) Any workers' compensation, unemployment compensation, disability benefits law, or any other statutory benefits law;

(3) The Migrant and Seasonal Agricultural Worker Protection Act;

(4) Any state, federal or governmental antitrust statute or regulation, including but not limited to the Racketeer Influenced and Corrupt Organizations Act (RICO), the Securities Act of 1933, the Securities Exchange Act of 1934, or any state Blue Sky law;

(5) The Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974; or

(6) Any other similar statutes, ordinances, orders, directives or regulations;

r. **Abuse or Molestation**

Arising out of:

(1) The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

(2) The negligent:

(a) Employment;

(b) Investigation;

(c) Supervision;

(d) Reporting to the proper authorities, or failure to so report; or

**PB 00 06 11 14**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 11 of 23**

ACP BPHL3009294999                    **INSURED COPY**                    45      11528

**PB 00 06 11 14**

(e) Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph (1) above;

s. **Employment Practices**

To:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury;

t. **Asbestos, Electromagnetic, Lead or Radon**

Arising out of:

(1) Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

(2) Electromagnetic emissions or radiation including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure,

existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of electromagnetic emissions or radiation or any other duty involving electromagnetic emissions or radiation;

(3) Lead including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of lead or any other duty involving lead; or

(4) Radon or any other radioactive emissions, manmade or natural, including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of radon or any other radioactive emissions or any other duty involving radon or other radioactive emissions;

u. **Fiduciary Responsibility**

That arises out of the ownership, maintenance or use, including all related operations, of property in relation to which you or any insured is acting in any fiduciary or representative capacity This exclusion does not apply if you are; a trust, as described in Section II. WHO IS AN INSURED.;

v. **Professional Services**

That arises out of or is a result of the rendering of, or failure to render, any professional service, treatment, advice or instruction. This exclusion includes, but is not limited to any:

(1) Legal, accounting, insurance, real estate, financial, advertising or consulting service, advice or instruction;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection, engineering, or architectural service, advice or instruction;

(4) Medical, surgical, psychiatric, chiropractic, chiropody,

**Page 12 of 23**       Includes copyrighted material of Insurance Services Office, Inc., with its permission.       **PB 00 06 11 14**

ACP BPHL3009294999       **INSURED COPY**       **45   11529**

physiotherapy, osteopathy, acupuncture, dental, x-ray, nursing or any other health service, treatment, advice or instruction;

(5) Any psychological therapy or any other counseling or mental health service, treatment, advice or instruction;

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming, including but not limited to cosmetology, tonsorial, tattooing, tanning or massage.

(7) Optometry or optical or hearing aid service, treatment, advice or instruction, including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(8) Ear or other body piercing service, treatment, advice or instruction; or

(9) Service, treatment, advice or instruction in the practice of pharmacy; or

(10) Electronic data processing, computer consulting or computer programming services, advice or instruction.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the offense which caused the "personal and advertising injury" involved the rendering or failure to render of any professional service.

w. **Testing, Evaluation or Consulting**

Arising out of:

(1) An error, omission, defect or deficiency:

(a) In any test performed, or any evaluation, consultation or advice given by or on behalf of you or any insured; or

(b) In experimental data or the insured's interpretation of that data.

(2) The reporting of or reliance upon any such test, evaluation, consultation or advice.

C. **COVERAGE C – MEDICAL PAYMENTS**

1. **INSURING AGREEMENT**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **EXCLUSIONS**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999

INSURED COPY

PB 00 06 11 14

e. **Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under COVERAGE A.

D. **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". HOWEVER, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as

a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

   (1) Agrees in writing to:

      (a) Cooperate with us in the investigation, settlement or defense of the "suit";

      (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

      (c) Notify any other insurer whose coverage is available to the indemnitee; and

      (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

   (2) Provides us with written authorization to:

      (a) Obtain records and other information related to the "suit"; and

      (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary

Includes copyrighted material of Insurance Services Office, Inc., with its permission.   PB 00 06 11 14

ACP BPHL3009294999   INSURED COPY   45   11531

litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I. COVERAGE, A. COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## II. WHO IS AN INSURED

1. If you are:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. A trust, you are an insured. Your trustee or co-trustees are also insureds, but only with respect to their duties as a trustee in connection with your property, operations and activities.

   e. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

   HOWEVER, none of these "employees" or "volunteer workers" is an insured for:

   (1) "Bodily injury" or "personal and advertising injury":

      (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

      (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

      (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

      (d) Arising out of his or her providing or failing to provide professional health care services.

   (2) "Property damage" to property:

      (a) Owned, occupied or used by; or

      (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

      you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

**PB 00 06 11 14**

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization.

HOWEVER:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. COVERAGE A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. COVERAGE B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

4. No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

5. **Automatic Additional Insureds**

Any of the following persons or organizations are automatically insureds when you and such person or organization have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy providing general liability coverage.

HOWEVER, the insurance afforded to any of the following additional insureds only applies to the extent permitted by law and will not be broader than that which you are required by the contract or agreement to provide for any of the following additional insureds.

a. **Co-Owners of Insured Premises**

Any person or organization with whom you co-own a premises insured under this policy is an additional insured, but only with respect to their liability as the co-owner of such premises.

HOWEVER, their status as additional insured under this policy ends when you cease to co-own such premises with that person or organization.

b. **Controlling Interest**

Any person or organization that has a controlling interest in you is an additional insured, but only with respect to liability arising out of:

(1) Their financial control of you; or

(2) Their ownership, maintenance or control of premises you lease or occupy;

subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when they cease to have such controlling interest in you.

c. **Grantor of Franchise or License**

Any person or organization that has granted you a franchise or license by written contract or agreement is an additional insured, but only with respect to their liability as the grantor of a franchise or license to you.

HOWEVER, their status as additional insured under this policy ends when their contract or agreement with you granting the franchise or license ends.

d. **Lessors of Leased Equipment**

Any person or organization from whom you lease equipment by written contract or agreement is an additional insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of the equipment leased to you by that person or organization, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to "bodily injury" or "property damage" arising out of, in whole or in part, or results from, in whole or in part, the active negligence of such person   or organization.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**PB 00 06 11 14**

HOWEVER, their status as additional insured under this policy ends when their contract or agreement with you for such leased equipment ends.

e.  **Managers or Lessors of Leased Premises**

Any person or organization from whom you lease premises is an additional insured, but only with respect to their liability arising out of your use of that part of the premises leased to you, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when you cease to be a tenant of such premises.

f.  **Mortgagee, Assignee or Receiver**

Any person or organization who has status as mortgagee, assignee or receiver of your property is an additional insured, but only with respect to their liability as mortgagee, assignee or receiver arising out of your ownership, maintenance, or use of such premises, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when their status as mortgagee, assignee or receiver ends.

g.  **Owners or Other Interest from Whom Land has been Leased**

Any person or organization from whom you lease premises is an additional insured, but only with respect to their liability arising out of your maintenance or use of that part of the land leased to you, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when you cease to lease that land.

h.  **State or Political Subdivisions - Permits Relating to Premises**

Any state or political subdivision which has issued a permit in connection with premises insured by this policy which you own, rent, or control is an additional insured, but only with respect to the following hazards:

(1) The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoistaway openings, sidewalk vaults, street banners, or decoration and similar exposures;

(2) The construction, erection, or removal of elevators; or

(3) The ownership, maintenance, or use of any elevators covered by this insurance.

HOWEVER, their status as additional insured under this policy ends when the permit ends.

**III.  LIMITS OF INSURANCE AND DEDUCTIBLE**

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a.  Insureds;

b.  Claims made or "suits" brought; or

c.  Persons or organizations making claims or bringing "suits".

2.  **General Aggregate Limit of Insurance** (Other than Products-Completed Operations)

The General Aggregate Limit is the most we will pay for the sum of:

a.  Medical expenses under COVERAGE C;

b.  Damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c.  Damages under COVERAGE B.

The General Aggregate Limit applies separately to each of your described premises. For the purposes of this provision, premises means involving the same or connecting lots, or premises whose connection is interrupted only by a public

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED COPY

**PB 00 06 11 14**

street, roadway or waterway, or railroad right-of-way.

3. **Products-Completed Operations Aggregate Limit of Insurance**

   The Products-Completed Operations Aggregate Limit is the most we will pay under COVERAGE A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. **Personal and Advertising Injury Limit of Insurance**

   Subject to paragraph 2. above, the Personal and Advertising Injury Limit is the most we will pay under COVERAGE B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. **Each Occurrence Limit of Insurance**

   Subject to paragraph 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under COVERAGE A; and

   b. Medical expenses under COVERAGE C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. **Tenants Property Damage Legal Liability Limit of Insurance**

   Subject to paragraph 5. above, the Tenants Property Damage Legal Liability Limit is the most we will pay under COVERAGE A for damages because of all "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one "occurrence".

7. **Medical Payments Limit of Insurance**

   Subject to paragraph 5. above, the Medical Payments Limit is the most we will pay under COVERAGE C for all medical expenses because of "bodily injury" sustained by any one person.

8. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

9. **Property Damage Deductible**

If a deductible amount is shown in the Liability Declarations, the following provisions apply:

a. If a deductible amount for Property Damage is shown in the Liability Declarations, any obligation by us under this policy to pay sums on your behalf because of "property damage", applies only to sums in excess of the deductible amount shown in the Declarations for any one "occurrence".

b. If a deductible amount for Car Wash Property Damage is shown in the Liability Declarations, any obligation by us under this policy to pay sums on your behalf because of "property damage", applies only to sums in excess of the deductible amount shown in the Declarations for any one claim.

c. If we pay all or any part of a deductible to settle any claim or "suit", upon notification of such payment by us, you shall promptly reimburse us for the amount of the deductible that has been paid by us.

## IV. LIABILITY CONDITIONS

The following conditions apply in addition to the COMMON POLICY CONDITIONS.

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You and any insured must see to it that we are notified as soon as practicable of an "occurrence" or an offense that may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit";

(4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply; and

(5) Agree to be examined under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim or "suit". At our option and expense, any examination under oath may be video or audio taped as well as being recorded by stenographic record. In the event of an examination, an insured's answers must be signed.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned

in this policy to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**V. DEFINITIONS**

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

1. **"Advertisement"** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding websites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. **"Auto"** means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

HOWEVER, "auto" does not include "mobile equipment".

3. **"Bodily injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. **"Coverage territory"** means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in paragraph a. above; or

**PB 00 06 11 14**

   c.  All other parts of the world if the injury or damage arises out of:

     (1)  Goods or products made or sold by you in the territory described in paragraph a. above; or

     (2)  The activities of a person whose home is in the territory described in paragraph a. above, but is away for a short time on your business; or

     (3)  "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

    provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in paragraph a. above or in a settlement we agree to.

5.  **"Employee"** includes a "leased worker". "Employee" does not include a "temporary worker".

6.  **"Executive officer"** means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7.  **"Hostile fire"** means one which becomes uncontrollable or breaks out from where it was intended to be.

8.  **"Impaired property"** means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a.  It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b.  You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by:

   a.  The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b.  Your fulfilling the terms of the contract or agreement.

9.  **"Insured contract"** means:

   a.  A contract for a lease of premises. HOWEVER, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b.  A sidetrack agreement;

   c.  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d.  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e.  An elevator maintenance agreement;

   f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraph f. does not include that part of any contract or agreement:

     (1)  That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

     (2)  That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

       (a)  Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

       (b)  Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

     (3)  Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in paragraph (2) above and supervisory, inspection, architectural or engineering activities.

10.  **"Leased worker"** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11.  **"Loading or unloading"** means the handling of property:

PB 00 06 11 14

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. **"Mobile equipment"** means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, forklifts, farm machinery, farm implements and other vehicles designed for use or used principally off public roads. This includes motorized golf carts, snowmobiles, and other land vehicles designed for recreational use;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles, other than snowmobiles, that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in paragraphs a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in paragraphs a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

HOWEVER, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; and

(3) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers.

HOWEVER, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

13. **"Occurrence"** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. **"Personal and advertising injury"** means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. **"Pollutants"** mean any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, petroleum products and their

**PB 00 06 11 14**

derivatives, chemicals and waste. Such irritants or contaminants are "pollutants" whether or not they have any function in your business, operations, premises, sites or locations.

Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed and livestock, poultry or other animal excrement.

16. **"Products-completed operations hazard"**:

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   (1) Products that are still in your physical possession; or

   (2) Work that has not yet been completed or abandoned.

   HOWEVER, "your work" will be deemed completed at the earliest of the following times:

   (a) When all of the work called for in your contract has been completed.

   (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

   (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   HOWEVER, if your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent, all "bodily injury" and "property damage" that arises out of "your products" is included if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

   b. Does not include "bodily injury" or "property damage" arising out of:

   (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

   (2) The existence of tools, uninstalled equipment or abandoned or unused materials.

17. **"Property damage"** means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

   For the purposes of this insurance, electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. **"Suit"** means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. **"Temporary worker"** means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. **"Volunteer worker"** means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. **"Your product"**:

   a. Means:

   (1) Any goods or products, other than real property, manufactured, sold,

**Page 22 of 23**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **PB 00 06 11 14**

ACP BPHL3009294999                                    **INSURED COPY**                                    45      11539

PB 00 06 11 14

handled, distributed or disposed of by:

    (a) You;

    (b) Others trading under your name; or

    (c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    (2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

    (1) Work or operations performed by you or on your behalf; and

    (2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    (2) The providing of or failure to provide warnings or instructions.

**All terms and conditions of this policy apply unless modified by this endorsement.**

PB 00 06 11 14       Includes copyrighted material of Insurance Services Office, Inc., with its permission.       Page 23 of 23

ACP BPHL3009294999       INSURED COPY       45   11540

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

**INTERLINE**
**LI 00 21 (01-01)**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION
## (BROAD FORM)

All Coverage Parts included in this policy that provide Liability Coverage are subject to the following exclusion.

A.  This insurance does not apply:

1.  Under any Liability Coverage, to "bodily injury" or "property damage":

a.  With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

b.  Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

1)  Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

2)  The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

2.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

3.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

a.  The "nuclear material":

1)  Is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured"; or

2)  Has been discharged or dispersed therefrom;

b.  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

c.  The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion c. applies only to "property damage" to such "nuclear facility" and any property thereat.

B.  As used in this endorsement:

1.  **"Hazardous properties"** includes radioactive, toxic or explosive properties.

2.  **"Nuclear material"** means "source material", "special nuclear material" or "by-product material".

3.  **"Source material", "special nuclear material",** and **"by-product material"** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

4.  **"Spent fuel"** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

5.  **"Waste"** means any waste material:

a.  Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of

**LI 00 21 (01-01)**

**Page 1 of 2**

LI 00 21 (01-01)

uranium or thorium from any ore processed primarily for its "source material" content; and

b. Resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

6. **"Nuclear facility"** means:

a. Any "nuclear reactor";

b. Any equipment or device designed or used for:

1) Separating the isotopes of uranium or plutonium;

2) Processing or utilizing "spent fuel"; or

3) Handling, processing or packaging "waste";

c. Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

d. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

7. **"Nuclear reactor"** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

8. **"Property damage"** includes all forms of radioactive contamination of property.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997

# PREMIER BUSINESSOWNERS
# COMMON POLICY CONDITIONS

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

All coverages of this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. Five (5) days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy;

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a Covered Cause of Loss, permanent repairs to the building:

         (a) Have not started, and

         (b) Have not been contracted for,

         within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. Thirty (30) days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

INSURED COPY

PB 00 09 11 14

**B. CHANGES**

1. This policy contains all the agreements between you and us concerning the insurance afforded.

2. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent.

3. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. CONCEALMENT, MISREPRESENTATION OR FRAUD**

1. This policy is void in its entirety in any case of fraud, at any time, by you or your representative as it relates to this policy.

2. This policy is also void if you, your authorized representative or any other insured, at any time, conceal or misrepresent any material fact, or violate any material warranty, concerning:

   a. This policy, including your application for this policy;

   b. The Covered Property;

   c. Your interest in the Covered Property; or

   d. A claim under this policy.

3. We also have the right to rescind this policy based upon any other grounds provided by law.

**D. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy or to any claim arising under this policy at any time during the policy period and up to three years afterward.

**E. INSPECTIONS AND SURVEYS**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. INSURANCE UNDER TWO OR MORE COVERAGES OF THIS POLICY**

If two or more of this policy's coverages apply to the same injury, loss or damage, we will not pay more than the actual amount of the injury, loss or damage, up to the highest applicable Limit of Insurance under any one coverage.

**G. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. OTHER INSURANCE**

1. Under any property coverage provided by this policy, if there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

2. Under any liability coverage provided by this policy,

   a. If, for injury or loss we cover, there is other valid and collectible insurance available to any insured under another policy:

      (1) Issued by another insurer, or if there is self insurance or similar risk retention that applies to a loss covered by this policy, then this insurance provided by us shall be excess over such other insurance; or

      (2) Issued by us or any of our affiliate companies, that applies to a loss covered by this policy, then only the highest applicable Limit of Insurance shall apply to such loss. This condition does not apply to any policy issued by us that is designed to provide Excess or Umbrella liability insurance.

b. This insurance, if applicable, is also excess, whether that other insurance is primary, excess, contingent or provided on any other basis:

   (1) Over any applicable property insurance or other insurance that insures for direct physical loss or damage;

   (2) Over any valid and collectible insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured; or

   (3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. under Section I. COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY of the Liability Coverage Form.

c. When this insurance is excess, we will have no duty under the liability coverage provided by this policy to defend any insured against any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to any insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

   (1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

   (2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this policy.

d. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

I. **PREMIUMS**

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. Undeclared exposures or changes in your business operation and acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules in effect at the inception of such policy.

J. **PREMIUM AUDIT**

1. We have the right but are not obligated to audit this policy. The first Named Insured must keep records of the information we need for premium computation, and send us copies of those records at such times as we may request.

2. If we do audit your policy, at the close of that audit period, we will compute the earned premium for that period and the final premium due based upon your actual exposures.

3. We will send notice to the first Named Insured after the audit has been completed. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

   Includes copyrighted material of Insurance Services Office, Inc., with its permission

ACP BPHL3009294999   INSURED COPY

PB 00 09 11 14

## K. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

1. **Applicable to Businessowners Property Coverage:**

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

   b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      (1) Someone insured by this insurance;

      (2) A business firm:

         (a) Owned or controlled by you; or

         (b) That owns or controls you; or

      (3) Your tenant, but only with our written consent.

   You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

   This will not restrict your insurance.

2. **Applicable to Businessowners Liability Coverage:**

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Payments Coverage.

   HOWEVER, in the event of any payment under this policy, we waive our right of recovery or subrogation against any person or organization with respect to which you have waived your right of recovery or subrogation in writing and prior to a loss.

## L. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

1. Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

2. If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**All terms and conditions of this policy apply unless modified by this endorsement.**

**Page 4 of 4**      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **PB 00 09 11 14**

ACP BPHL3009294999                                    **INSURED COPY**                                    45    11546

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

**BUSINESSOWNERS**
**PB 04 12 (01-01)**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of the ownership, maintenance or use of those premises that are shown in the Declarations, and your operations necessary or incidental to those premises.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1985

**PB 04 12 (01-01)**

BUSINESSOWNERS
PB 05 23 07 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM
PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

**A. CAP ON CERTIFIED TERRORISM LOSSES**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

**PB 05 23 07 15**
ACP BPHL3009294999

Includes copyrighted material of ISO Properties, Inc., with its permission
**INSURED COPY**

**Page 1 of 1**

45    11548

BUSINESSOWNERS
PB 05 88 04 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA - LIMITED FUNGI OR BACTERIA COVERAGE

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

**A. AMENDMENTS TO THE LIABILITY COVERAGE FORM**

1. In Section I. COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, under paragraph 2. EXCLUSIONS, the following exclusion is added:

   This insurance, including any duty we have to defend "suits", does not apply to:

   **Fungi or Bacteria Bodily Injury**

   "Bodily Injury" arising out of:

   a. A "fungi or bacteria incident"; or

   b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

   HOWEVER, this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, "your product" intended for human or animal consumption.

2. In Section I. COVERAGES, COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY, under paragraph 2. EXCLUSIONS, the following exclusions are added:

   This insurance, including any duty we have to defend "suits", does not apply to:

   **Fungi or Bacteria**

   "Personal and advertising injury" which would not have occurred, in whole or in part, but for:

   a. a "fungi or bacteria incident"; or

   b. Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

3. Coverage provided by this insurance for "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi And Bacteria Property Damage Aggregate Limit as described in Paragraph 4. of this endorsement.

4. The following are added to Section III. LIMITS OF INSURANCE AND DEDUCTIBLE:

   1. The Fungi And Bacteria Property Damage Aggregate Limit of $50,000 is the most we will pay for all "property damage" arising out of a "fungi or bacteria incident".

   2. Paragraphs 5. Each Occurrence Limit of Insurance and 6. Tenants Property Damage Legal Liability Limit of Insurance continue to apply to "property damage" arising out of a "fungi or bacteria incident" but only if, and to the extent that, limits are available under the Fungi And Bacteria Liability Aggregate Limit.

**B. ADDITIONAL DEFINITIONS**

The following definitions are added to the LIABILITY COVERAGE FORM, under Section V. DEFINITIONS.:

1. **"Fungi"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

2. **"Fungi or bacteria incident"** means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**All terms and conditions of this policy apply unless modified by this endorsement.**

**PB 05 88 04 11**        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        **Page 1 of 1**

ACP BPHL3009294999                    **INSURED COPY**                                    **45    11549**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT PRACTICES LIABILITY INSURANCE

**THIS INSURANCE PROVIDES CLAIMS MADE AND REPORTED COVERAGE. DEFENSE COSTS APPLY AGAINST THE LIMITS OF INSURANCE AND ARE SUBJECT TO THE DEDUCTIBLE. PLEASE READ THIS COVERAGE FORM CAREFULLY TO DETERMINE RIGHTS, DUTIES, COVERAGE AND COVERAGE RESTRICTIONS.**

**IF WE HAVE ISSUED THIS COVERAGE FORM BASED UPON YOUR APPLICATION FOR THIS INSURANCE, WE HAVE DONE SO BASED UPON INFORMATION ON THAT APPLICATION, WHICH IS A REPRESENTATION OF THE CORRECTNESS OF THE INFORMATION.**

**WE HAVE NO DUTY TO PROVIDE COVERAGE UNLESS THERE HAS BEEN FULL COMPLIANCE WITH ALL THE CONDITIONS, SECTION V AND ANY OTHER APPLICABLE COVERAGE CONDITIONS.**

Throughout this Coverage form, the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this Coverage. The words "we", "us" and "our" refer to the Company providing this insurance. The word "insured" means any person or organization qualifying as such under Section II — WHO IS AN INSURED.

**I. COVERAGE**

In consideration of the payment of premium and subject to the Limits of Insurance shown in the Declarations and all the definitions, exclusions, terms and conditions of this insurance form, we agree with you as follows:

**1. Insuring Agreement**

a. We will pay on behalf of the insured for "damages" in excess of the Deductible arising out of any "wrongful acts" to which this insurance applies.

We have no obligation under this insurance to make payments or perform acts or services except as provided for in this paragraph and in paragraph 2. below.

b. This insurance applies to such "damages" only if:

(1) The "damages" result from "claims" made by:

(a) "Employees";

(b) "Leased workers";

(c) "Temporary workers";

(d) Former "employees"; or

(e) Applicants for employment by you;

(2) The "wrongful acts" take place in the "coverage territory";

(3) Such "wrongful acts" occurred:

(a) After the Retroactive Date, if any, shown in the Declarations; and

(b) Before the end of the policy period; and

(4) A "claim" is both:

(a) First made against any insured, in accordance with paragraph c. below, during the policy period or any Extended Reporting Period we provide under Section VI. EXTENDED REPORTING PERIODS; and

(b) Reported to us either **(i)** during the policy period or within thirty (30) days thereafter; or **(ii)** with respect to any "claim" first made during any Extended Reporting Period we provide under Section VI. EXTENDED REPORTING PERIODS, during such Extended Reporting Period.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED COPY

BUSINESSOWNERS
PB 05 89 03 11

c. A "claim" will be deemed to have been made at the earlier of the following times:

   (1) When notice of such "claim" is received and recorded by you or by us, whichever comes first; or

   (2) When we make settlement in accordance with paragraph 2.b.(2) below.

d. All "claims" by one or more claimants for "damages" based on or arising out of:

   (1) One "wrongful act"; or

   (2) An "interrelated" series of "wrongful acts";

by one or more insureds shall be deemed to be one "claim" and to have been made at the time the first of those "claims" is made against any insured.

e. Each payment we make for "damages" or "defense expense" reduces the Amount of Insurance available, as provided under Section III. LIMITS OF INSURANCE.

2. **Defense of Claims, Administrative Hearings & Settlement Authority**

Subject to the limits of insurance, deductible, conditions, exclusions, definitions, and other terms of this Coverage:

a. We have the right and duty to defend "claims" against the insured seeking "damages" to which this insurance applies and to pay for related, "defense expense."

However, we have no duty to:

   (1) Defend "claims" against the insured seeking "damages"; or

   (2) Pay for related "defense expense",

when this insurance does not apply.

b. We may, at our sole discretion:

   (1) Investigate any "wrongful act" that may result in "damages"; and

   (2) Settle any "claim" which may result, provided:

      (a) We have the insured's written consent to settle; and

      (b) The settlement is within the applicable Limit of Insurance available.

c. Our liability will be limited as described below if:

   (1) The insured refuses to consent to any settlement we recommend; and

   (2) Such recommended settlement is acceptable to the claimant.

After such refusal, our liability under this Coverage for such "claim" shall not exceed the amount we would have paid for "damages" and "defense expense" if the insured had consented to our settlement recommendation. The insured shall thereafter be responsible for the negotiation and defense of that "claim" at their own cost and without our involvement.

d. Our right and duty to defend such "claims" ends when we have used up the Limit of Insurance available, as provided under Section III . LIMITS OF INSURANCE. This applies both to "claims" pending at that time and any that may be made.

e. (1) When we control defense of a "claim", we will pay associated "defense expense" and choose a counsel of our choice from the panel of attorneys we have selected to deal with "wrongful acts" "claims".

If you give us a specific written request at the time a "claim" is first made:

   (a) You or any involved insured may select one of our panel of wrongful act attorneys; or

   (b) You or such insured may ask us to consider the approval of a defense attorney of your or that insured's choice who is not on our panel.

We will then use the attorney selected in (a) above, or consider the request in (b) above, if we deem it appropriate to engage counsel for such "claim".

(2) If by mutual agreement or court order the insured assumes control of the defense before the applicable Limit of Insurance is used up, the insured will be allowed to select defense counsel and we will reimburse the insured for reasonable "defense expense". You and any involved insured must:

   (a) Continue to comply with Section V. CONDITIONS, 4. Duties in Event of "Wrongful Acts" or "Claims".

**PB 05 89 03 11**        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        **Page 2 of 12**

ACP BPHL3009294999                                INSURED COPY                                45    11551

(b) Direct defense counsel to:

   (1) Furnish us with the additional information we request to evaluate the "wrongful acts" or "claim"; and

   (2) Cooperate with any counsel we may select to monitor or associate in the defense of the "wrongful acts" or "claim".

If we defend any insured under a reservation of rights, both such insured's counsel and our counsel will be required to maintain records pertinent to "defense expenses". These records will be used to determine the allocation of any "defense expenses" for which you or any insured may be solely responsible, including defense of an allegation not covered by this insurance.

We will notify you in writing when the applicable limit of insurance has been used up by the payment of judgments, settlements or "defense expense". We will also initiate and cooperate in the transfer of defense of any "claim" to an appropriate insured for whom the duty to defend has ended by reason of Section I. COVERAGE paragraph 2.d. above.

f.  Upon notice to us and with our prior approval, the first Named Insured is authorized to act on behalf of all insureds with respect to the payment of "damages" in settlement of any Administrative Hearing or other non-judicial proceeding before the Federal Equal Employment Opportunity Commission, or any similar Federal, state or local body or commission. This authorization is limited to the sum of:

   (1) "Damages" covered by this Coverage; and

   (2) "Defense expenses", as defined in paragraph 5.d. in Section VII. DEFINITIONS;

in a total amount not to exceed two times the amount of the Deductible stated in the Declarations.

**3. Exclusions**

This insurance does not apply to "claims" based on, arising out of, or in any way involving:

a.  (1) "Wrongful acts" which were the subject of any demand, suit or other proceeding which was initiated against any insured; or

   (2) Facts and circumstances which would cause a reasonable person to believe a "claim" would be made and which were known to any insured;

prior to the effective date of the earlier of:

   (i) The first Coverage of this type that we issued to you of which this Coverage was an uninterrupted renewal of this type of coverage; or

   (ii) This Coverage.

b.  Facts alleged or contained in any "claim" or "suit" which has been reported, or in any circumstances of which notice has been given, under any policy of which this coverage is a renewal or replacement or which it may succeed in time;

c.  Loss of any benefit conferred or loss of any obligation imposed under an express contract of employment.

d.  Any obligation to pay "damages" by reason of the assumption of liability in any contract or agreement.

However, this exclusion does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement.

e.  Liability arising under any of the following laws:

   (1) Any workers compensation, disability benefits or unemployment compensation law, or any similar law.

However, this exclusion shall not apply to any "claim" based upon, arising from or in consequence of any actual or alleged retaliatory treatment of the claimant by the insured on account of the claimant's exercise of rights pursuant to any such law;

   (2) Employees' Retirement Income Security Act of 1974, Public Law 93-406, (ERISA) as now or hereafter amended, or any similar state or other governmental law. This includes

(a) Fiduciary liability;

(b) Liability arising out of the administration of any employee benefit plan; and

(c) Any other liability under any such laws;

(3) The Fair Labor Standards Act, or any state or common law wage or hour law, including, but not limited to laws governing minimum wages, hours worked, overtime compensation and including any recordkeeping and reporting related thereto.

This exclusion includes actions or claims brought by or on behalf of individuals or agencies seeking wages, fines, penalties, taxes, disgorgement or other affirmative relief or compensation.

This exclusion does not include claims based on the Equal Pay Act or retaliation related to Equal Pay Act claims;

(4) The National Labor Relations Act;

(5) The Worker Adjustment and Retraining Notification Act (Public Law 100-379);

(6) The Consolidated Omnibus Budget Reconciliation Act of 1985; or

(7) The Occupational Safety and Health Act.

This exclusion e. (1) – (7) also applies to:

(i) Any rules or regulations promulgated under any of the foregoing and amendments thereto,

(ii) Any similar provisions of any federal, state or local law,

(iii) That part of any "damages" awarded for the cost or replacement of any insurance benefits due or alleged to be due to any current or former "employee", and

(iv) Any "claim" based upon, arising from or in consequence of any actual or alleged retaliatory treatment of the claimant by the insured on account of the claimant's exercise of rights pursuant to any such law described in this item e. This provision e.(iv) does not apply to the specific retaliation exceptions

shown in items e.(1) and e.(3) above.

f. Oral or written publication of material, if such material:

(1) Was published by or at the direction of the insured with knowledge of the material's falsity; or

(2) Was first published before the Retroactive Date, if any, shown in the Declarations.

g. Dishonest, criminal or fraudulent acts of the insured.

h. The willful failure by the insured or with the insured's consent to comply with any law or any governmental or administrative order or regulation relating to "employment practices".

Willful, as used in this exclusion h., means acting with intentional or reckless disregard for such employment related laws, orders or regulations.

The enforcement of this exclusion against any insured shall not be imputed to any other insured.

i. "Bodily injury".

j. "Employment practices" which occur when or after:

(1) You file for or are placed in any bankruptcy, receivership, liquidation or reorganization proceeding; or

(2) Any other business entity acquires an ownership interest in you, which is greater than fifty percent.

k. Costs of complying with physical modifications to your premises or any changes to your usual business operations as mandated by the Americans with Disabilities Act of 1990 including any amendment thereto, or any similar federal, state or local law.

This exclusion also applies to any "claim" based upon, arising from or in consequence of any actual or alleged retaliatory treatment of the claimant by the insured on account of the claimant's exercise of rights pursuant to any such law described in this item k.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999

INSURED COPY

l.   Lockout, strike, picket line, related worker replacements or other similar actions resulting from labor disputes or labor negotiations.

This exclusion also applies to any "claim" based upon, arising from or in consequence of any actual or alleged retaliatory treatment of the claimant by the insured on account of the claimant's exercise of rights pursuant to labor disputes or labor negotiations.

m.   Any class action suit involving more than one franchisee of the same franchisor.

## II.   WHO IS AN INSURED

1.   For purposes of this insurance coverage, if you are designated in the Declarations as:

a.   An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.   A partnership or joint venture, you are an insured. Your current or former members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.   A limited liability company, you are an insured. Your current or former members are also insureds, but only with respect to the conduct of your business. Your current or former managers are insureds, but only with respect to their duties as your managers.

d.   An organization other than a partnership or joint venture, you are an insured. Your current or former directors are insureds, but only with respect to their duties as your directors.

2.   Your current or former "employees" are also insureds, but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

3.   Any heirs, executors, administrators, assignees or legal representatives of any individual insured in subparagraphs 1. and 2. above, in the event of the death, bankruptcy or incapacity of such insured, shall be insureds, but only to the extent this insurance would have been available to such insured but for their death, bankruptcy or incapacity.

4.   Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a.   You must provide us notice of such acquisition or formation within 30 days of the effective date of your acquisition or formation;

b.   Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

c.   Coverage does not apply to any "wrongful acts" that occurred before you acquired or formed the organization; and

d.   You must pay us any additional premium due as a condition precedent to the enforceability of this additional extension of coverage.

This paragraph does not apply to any organization after it is shown in the Declarations.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## III.   LIMITS OF INSURANCE

1.   The Amount of Insurance stated as Aggregate Limit on the Coverage Declarations is the most we will pay for the sum of:

a.   "Damages" for all "claims" arising out of any actual or alleged "wrongful acts" covered by this insurance; and

b.   "Defense expense" for all "claims" seeking "damages" payable under paragraph a. above.

Each payment we make for such "damages" or "defense expenses" reduces the Aggregate Limit by the amount of the payment.

This reduced limit will then be the Amount of Insurance available for further "damages" and "defense expenses" under this Coverage.

   Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999   INSURED COPY

2. Subject to paragraph 1. above, the Amount of Insurance stated as the Each "Claim" Limit of Insurance is the most we will pay in excess of the Deductible as further described in Section IV. DEDUCTIBLE for the sum of:

   a. "Damages":

     (1) For injury arising from "wrongful acts" covered by this insurance; and

     (2) Arising out of one "claim"; and

   b. "Defense expense" associated with that specific "claim" in item 2.a. immediately preceding.

3. In addition to the payments for "damages" and "defense expense" in paragraphs 1. and 2. above, we will also pay all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of paragraphs 1. and 2. above.

The Limits of Insurance of this Coverage apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**IV. DEDUCTIBLE**

1. A deductible applies to all "damages" for injury arising from "wrongful acts" and any "defense expense" however caused.

2. Our obligation to pay "damages" and "defense expense" on behalf of any insured applies only to the sum of the amount of "damages" and "defense expense" for any one "claim" which are in excess of the deductible amount stated in the Declarations.

3. Your obligation is to pay the deductible applicable to each "claim" made against this insurance. That deductible applies to the sum of all "damages" because of injury arising from "wrongful acts" for any one "claim" and applicable "defense expense" associated therewith. If there should be no "damages" paid for a "claim", you are still obligated to pay the applicable deductible for

any "defense expense" incurred by us in connection with that "claim".

4. The terms of this insurance apply irrespective of the application of the deductible, including those with respect to:

   a. Our right and duty to defend any "claims" seeking those "damages"; and

   b. Your and any involved insured's duties in the event of a "claim".

5. We may pay any part or all of the deductible to effect settlement of any "claim" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible as we may have paid for "damages" or "defense expense".

6. The application of the deductible does not reduce the applicable Limits of Insurance.

**V. CONDITIONS**

1. **Bankruptcy**

   Subject to exclusion j.(1), the bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this insurance.

2. **Cancellation**

   The policy shall terminate at the earliest of the following:

   a. The effective date of cancellation stated in a written notice of cancellation from us to you if the policy is cancelled for failure to pay a premium when due provided such notice is mailed to you at least ten (10) days prior to the effective date of cancellation. The mailing of such notice shall be sufficient notice and the effective date of cancellation stated in the notice shall become the end of the "policy period". Any earned premium shall be computed in accordance with the customary short rate table and procedure;

   b. The effective date of cancellation stated in a written notice of termination from us to you if the policy is cancelled for any reason other than nonpayment of premium, provided such notice is mailed to you at least sixty (60) days prior to the effective date of cancellation. The mailing of such notice shall be sufficient notice and the effective date of cancellation stated in the notice shall become the end of the "policy period". Any earned premium shall be computed pro rata;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED COPY**

c. Upon receipt by us of the policy surrendered by you. Any earned premium shall be computed in accordance with the customary short rate table and procedure;

d. Upon transmittal to us of written notice of termination from you stating when thereafter such termination shall be effective. Any earned premium shall be computed in accordance with the customary short rate table and procedure; or

e. Upon expiration of the Policy Period as set forth in the Declarations.

3. **Changes**

This Coverage contains all agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this Coverage with our consent. This Coverage's terms can be amended or waived only by endorsement issued by us and made a part of this Coverage.

4. **Duties in the Event of "Wrongful Acts" or "Claims"**

a. You must see to it that we are notified as soon as practicable of any specific "wrongful acts" which you believe may result in an actual "claim". Your belief must be reasonably certain as the result of specific allegations made by a potential claimant or such potential claimant's representative, or as the result of specifically identifiable injury sustained by a potential claimant. Notices of "wrongful acts" should include the following detailed information:

(1) How, when and where such "wrongful acts" took place;

(2) The names and addresses of any potential claimants and witnesses; and

(3) The nature of any injury arising out of such "wrongful acts".

Notice of such "wrongful acts" is not notice of a "claim", but preserves any insured's rights to future coverage for subsequent "claims" arising out of such "wrongful acts" as described in the Basic Extended Reporting Period of Section VI. EXTENDED REPORTING PERIODS.

b. If a "claim" is received by any insured:

(1) You must immediately record the specifics of the "claim" and the date received;

(2) You and any other involved insured must see to it that we receive written notice of the "claim", as soon as practicable, but in any event we must receive notice either:

(a) During the policy period or within thirty (30) days thereafter; or

(b) With respect to any "claim" first made during any Extended Reporting Period we provide under Section VI. EXTENDED REPORTING PERIODS, during such Extended Reporting Period.

As a condition precedent for coverage under this insurance, notice of a "claim" must include the detailed information required in paragraphs 4.a.(1), (2) and (3); and

(3) You and any other involved insured must:

(a) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim";

(b) Authorize us to obtain records and other information;

(c) Cooperate with us in the investigation, settlement or defense of the "claim"; and

(d) Assist us, upon our request, in the enforcement of any right against any person or organization, which may be liable to the insured because of injury or damage to which this insurance may also apply.

   Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999   INSURED COPY

BUSINESSOWNERS
PB 05 89 03 11

c. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent, other than those specific payments authorized in Section I. COVERAGE, under paragraph 2.f. of DEFENSE OF CLAIMS, ADMINISTRATIVE HEARINGS & SETTLEMENT AUTHORITY.

5. **Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this insurance at any time during the policy period and up to three years thereafter.

6. **Inspections and Surveys**

We have the right but are not obligated to:

a. Make inspections and surveys at any time;

b. Give you reports on the employment conditions we find; and

c. Recommend procedures, guidelines and changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not undertake to perform the duty of any person or organization to provide for the health or safety of, or lawful practices towards your workers or the public. We do not warrant that conditions:

(i) Are safe or healthful; or

(ii) Comply with laws, regulations, codes or standards as they relate to the purpose of this or any other insurance.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization, which makes insurance inspections, surveys, reports or recommendations on our behalf.

7. **Legal Action Against Us**

No person or organization has a right under this Coverage:

a. To join us as a party or otherwise bring us into a "claim" seeking "damages" from any insured; or

b. To sue us on this Coverage unless all of its terms have been fully complied with.

Any person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial, but we will not be liable for "damages" that are not payable under the terms of this Coverage or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

8. **Other Insurance**

If other valid and collectible insurance is available to the insured for "damages" or "defense expense" we cover under this Coverage, our obligations are limited as follows:

a. As this insurance is primary insurance, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in b. below.

b. If all of the other insurance permits contribution by equal shares, we will follow this method also.

Under this method, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits.

Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

9. **Payment of Premiums and Deductibles Amounts**

a. We will compute all premiums for this insurance in accordance with our rules and rates; and

b. The first Named Insured shown in the Declarations is responsible for the payment of all premiums and deductibles due and will be the payee for any return premiums we pay.

10. **Representations**

By accepting this Coverage you agree:

a. The statements in the Application are accurate and complete;

b. Those statements are the basis of this endorsement and are to be considered as incorporated into and constituting a part of the Policy;

PB 05 89 03 11

c. Those statements are material to the acceptance of the risk assumed by the company; and

d. Since we have issued this endorsement in reliance upon your representations, this insurance is voidable if any material fact or circumstance relating to the subject of this insurance is omitted or misrepresented in your application.

Coverage provided elsewhere in this policy for unintentional errors or omissions do not apply to an application for or coverage provided by this endorsement.

11. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom "claim" is made.

12. **Sole Agent**

The first Named Insured is authorized to act on behalf of all insureds as respects the giving or receiving of notice of cancellation or nonrenewal, receiving premium refunds, requesting any Supplemental Extended Reporting Period and agreeing to any changes in this Coverage.

13. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this insurance, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will sue those responsible or transfer those rights to us and help us enforce them.

14. **Transfer of Your Rights and Duties Under This Coverage**

Your rights and duties under this Coverage may not be transferred without our written consent.

15. **When We Do Not Renew**

If we decide not to renew this insurance, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date. If notice is mailed, proof of mailing will be sufficient proof of notice.

## VI. EXTENDED REPORTING PERIODS

1. We will provide Extended Reporting Periods, as described below, if:

   a. This Coverage is cancelled or not renewed; or

   b. We renew or replace this Coverage with insurance that:

      (1) Has a Retroactive Date later than the date shown in the Declarations; or

      (2) Does not apply on a claims-made basis.

2. Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to "claims" as the result of "wrongful acts" committed after the Retroactive Date, if any, shown in the Declarations and before the end of the policy period. Once in effect, Extended Reporting Periods may not be cancelled.

3. Extended Reporting Periods do not reinstate or increase the Limits of Insurance.

4. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for:

   a. Five years with respect to "claims" arising out of "wrongful acts" which had been properly reported to us before the end of the policy period in accordance with Section V. CONDITIONS, under paragraph 4.a. of Duties in the Event of "Wrongful Acts" or "Claims"; and

   b. Sixty-days with respect to "claims" arising from "wrongful acts" not previously reported to us.

   The Basic Extended Reporting Period does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

5. A Supplemental Extended Reporting Period is available, but only by endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period set forth in paragraph 4.b. above ends. You must give us a written request for the endorsement, and its length, within 30 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the

PB 05 89 03 11

additional premium when due. We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

a. The exposures insured;

b. Previous types and amounts of insurance;

c. Limits of Insurance available under this Coverage for future payment of "damages" or "defense expense"; and

d. Other related factors.

The additional premium will not exceed 200% of the annual premium for this Coverage.

6. The Supplemental Extended Reporting Period Endorsement we issue shall set forth the terms, not inconsistent with this VI. EXTENDED REPORTING PERIODS, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period begins.

## VII. DEFINITIONS

The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

1. **"Bodily injury"** means physical injury to the body, sickness or disease sustained by a person as the result of direct physical injury to the body, including death resulting from any of these at any time. "Bodily injury" does not include mental anguish that results from a "wrongful act".

2. **"Claim"** means written or oral notice presented by:

a. Any "employee," "leased worker," "temporary worker," former "employee" or applicant for employment by you; or

b. The EEOC or any other federal, state or local administrative or regulatory agency on behalf of a person described in paragraph 2.a. above,

alleging that the insured is responsible for "damages" as a result of injury arising out of any "wrongful act".

"Claim" includes any civil proceeding in which either "damages" are alleged or fact finding will take place, when either is the result of any "wrongful act" to which this insurance applies. This includes:

(i) An arbitration proceeding in which such "damages" are claimed and to which the insured submits with our consent;

(ii) Any other alternative dispute resolution proceeding in which such "damages" are claimed and to which the insured submits with our consent; or

(iii) Any administrative proceedings as established under federal, state or local laws applicable to "wrongful acts" covered under this insurance.

3. **"Coverage territory"** means:

a. The United States of America (including its territories and possessions) and Puerto Rico; or

b. Anywhere in the world with respect to the activities of a person whose place of employment is in the territory described in paragraph 3.a. above, while he or she is away for a short time on your business, provided that the insured's responsibility to pay "damages" is determined in a suit on the merits (or any type of civil proceeding described under the definition of "claim") in and under the substantive law of the United States of America (including its territories and possessions) or Puerto Rico.

4. **"Damages"** means monetary amounts to which this insurance applies and which the insured is legally obligated to pay as judgments or awards, or as settlements to which we have agreed in writing.

"Damages" include:

a. "Pre-judgment interest" awarded against the insured on that part of the judgment we pay;

b. Any portion of a judgment or award, to the extent allowed by law, that represents a multiple of the compensatory amounts, punitive or exemplary damages; and

c. Statutory attorney fees.

"Damages" do not include:

(1) Civil, criminal, administrative or other fines or penalties;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**PB 05 89 03 11**

**INSURED COPY**

(2) Equitable relief, injunctive relief, declarative relief or any other relief or recovery other than money; or

(3) Judgments or awards because of acts deemed uninsurable by law.

5. **"Defense expense"** means payments allocated to a specific "claim" for its investigation, settlement, or defense, including:

a. Attorney fees and all other litigation expenses.

b. The cost of bonds to appeal a judgment or award in any "claim" we defend. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the Amount of Insurance available. We do not have to furnish these bonds.

d. Reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of any "claim", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "claim". However, these payments do not include attorney's fees or attorney's expenses taxed against the insured.

"Defense expense" does not include:

(1) Salaries and expenses of our employees or your "employee", other than:

(a) That portion of our employed attorneys' fees, salaries and expenses allocated to a specific "claim" for the defense of the insured; or

(b) The expenses described in paragraph d. above; or

(2) Interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of Section III. LIMITS OF INSURANCE.

6. **"Employee"** means:

a. A person employed by you for wages or salary;

b. A person who is a current or former member of your board of directors; or

c. A "temporary worker".

However, "employee" does not include any:

(1) Independent contractor;

(2) Any employees of any independent contractor while acting within the scope of their employment; or

(3) Any "leased worker".

7. **"Employment Practices"** means any remedy which is sought by any of your:

a. "Employees";

b. "Leased workers";

c. Former "employees"; or

d. Applicants for employment by you,

under any civil employment law whether federal, state or local and whether arising out of statutory or common law, because of any of the following actual or alleged practices:

(1) Wrongful refusal to employ a qualified applicant for employment;

(2) Wrongful failure to promote;

(3) Wrongful deprivation of career opportunity;

(4) Wrongful demotion, evaluation, reassignment or discipline;

(5) Wrongful termination of employment, including constructive discharge;

(6) Employment related misrepresentation;

(7) Harassment, coercion, discrimination or humiliation as a consequence of race, color, creed, national origin, marital status, medical condition, gender, age, physical appearance, physical and/or mental impairments, pregnancy, sexual orientation or sexual preference or any other protected class or characteristic established by any applicable federal, state or local statute; or

(8) Oral or written publication of material that:

(a) Slanders;

(b) Defames or libels; or

(c) Violates or invades a right of privacy.

8. **"Interrelated"** means having as a common nexus any fact, circumstance, situation, event, transaction, cause or series of related facts, circumstances, situations, events, transactions or causes.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
ACP BPHL3009294999
INSURED COPY

PB 05 89 03 11

9. **"Leased worker"** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

10. **"Pre-judgment interest"** means interest added to a settlement, verdict, award or judgment based on the amount of time prior to the settlement, verdict, award or judgment, whether or not made part of the settlement, verdict, award or judgment.

11. **"Temporary worker"** means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

12. **"Wrongful Acts"** means "employment practices".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**PB 05 89 03 11**

**INSURED COPY**

45   11561

**BUSINESSOWNERS**
**PB 15 04 11 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

A. In Section 1. COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY under Paragraph 2. EXCLUSIONS, the following exclusion is added:

This insurance, including any duty we have to defend "suits", does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

1. Damages, other than damages because of "personal and advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

2. Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph 1. or 2. above.

However, unless Paragraph 1. above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

B. In Section 1. COVERAGES, COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY under Paragraph 2. EXCLUSIONS, the following exclusion is added:

This insurance, including any duty we have to defend "suits", does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

ACP BPHL3009294999                              **INSURED COPY**                              **45    11562**

BUSINESSOWNERS
PB 17 01 11 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDOMINIUM ASSOCIATION COVERAGE

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM
PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

A. As used throughout this endorsement, the term condominium includes townhouse.

B. Under the PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM, the following amendments are made:

1. Under Section A. COVERAGES, 1. COVERED PROPERTY, Paragraph a. Buildings is replaced by the following:

   a. **Buildings**, meaning the described buildings or structures at the described premises including:

      (1) Completed additions;

      (2) Fixtures, outside of individual units, including outdoor fixtures;

      (3) Permanently installed:

         (a) Machinery; and

         (b) Equipment;

      (4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings;

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units; and

         (e) Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, mast and towers;

      (5) If not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the building or structure;

         (b) Materials, equipment, supplies, and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the building or structure;

      (6) Any of the following types of property contained within a unit, regardless of ownership, if your Condominium Association Agreement requires you to insure it:

         (a) Fixtures, improvements and alterations that are a part of the building or structure; and

         (b) Appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping; and

      (7) Garages, storage buildings, spas, swimming pools, fences, retaining walls or other appurtenant structures usual to your business, but only if:

         (a) Coverage is not already provided for such structures under the Appurtenant Structures Additional Coverage; and

         (b) Such structures are then designated in the Declarations as Covered Property.

   But Building does not include personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in Paragraph B.1.a.(6) above.

ACP BPHL3009294999                                    **INSURED COPY**                                    45    11563

PB 17 01 11 14

2. Under Section A. COVERAGES, 1. COVERED PROPERTY, Paragraph b. Business Personal Property is replaced by the following:

b. **Business Personal Property** located in or on the buildings or structures at the described premises or in the open (or in a vehicle) within 1,000 feet of the buildings or structures or within 1000 feet of the premises described in the Declarations, whichever distance is greater, consisting of the following:

(1) Personal property owned by you or owned indivisibly by all unit-owners;

(2) Your interest in the labor, materials or services furnished or arranged by you on personal property of others; and

(3) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under personal property of others.

Business Personal Property does not include personal property owned only by a unit-owner, unless it is in your care, custody or control as covered below.

This also includes property of others that is in your care, custody or control except as otherwise provided in Section E. PROPERTY LOSS CONDITIONS, 5. Loss Payment, paragraph e.(3)(b).

3. The following is added to Section E. PROPERTY LOSS CONDITIONS, 5. Loss Payment:

If you name an insurance trustee, we will adjust losses with you, but we will pay the insurance trustee. If we pay the trustee, the payments will satisfy your claims against us.

4. The following is added to Section E. PROPERTY LOSS CONDITIONS:

**Unit-Owner's Insurance**

A unit-owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary, and not to contribute with such other insurance.

C. Under the PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM, the following amendments are made:

1. The following is added to Section II. WHO IS AN INSURED:

Each individual unit-owner of the insured condominium, but only for liability arising out of the ownership, maintenance or repair of that portion of the premises which is not reserved for that unit-owner's exclusive use or occupancy.

2. Under Section I. COVERAGES, A. COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. EXCLUSIONS, paragraph p. Bodily Injury To Any Insured is removed.

D. In the COMMON POLICY CONDITIONS, the following is added to Condition K. Transfer Of Rights Of Recovery Against Others To Us:

3. **Waiver Of Rights Of Recovery**

We waive our rights to recover payment from any unit-owner of the condominium that is shown in the Declarations.

**All terms and conditions of this policy apply unless modified by this endorsement.**

**Page 2 of 2**         Includes copyrighted material of Insurance Services Office, Inc., with its permission.         **PB 17 01 11 14**

**ACP BPHL3009294999**                           **INSURED COPY**                                    **45    11564**

BUSINESSOWNERS
PB 29 98 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF CONSUMER PROTECTION STATUTES

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

A. In Section 1. COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY under of Paragraph 2. EXCLUSIONS, the following exclusion is added:

This insurance, including any duty we have to defend "suits", does not apply to:

**VIOLATION OF CONSUMER PROTECTION STATUTES**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

1. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;
2. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;
3. The Fair Credit Reporting Act (FCRA) and any amendment of or addition to such law including the Fair and Accurate Credit Transaction Act (FACTA); or
4. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA, that addresses, prohibits or limits the electronic printing, dissemination, disposal, sending, transmitting, communicating or distribution of material or information.

B. In Section 1. COVERAGES, COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY, under Paragraph 2. EXCLUSIONS, the following exclusion is added:

This insurance, including any duty we have to defend "suits", does not apply to:

**VIOLATION OF CONSUMER PROTECTION STATUTES**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

1. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;
2. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;
3. The Fair Credit Reporting Act (FCRA) and any amendment of or addition to such law including the Fair and Accurate Credit Transaction Act (FACTA); or
4. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA, that addresses, prohibits or limits the electronic printing, dissemination, disposal, sending, transmitting, communicating or distribution of material or information.

**All terms and conditions of this policy apply unless modified by this endorsement.**

**PB 29 98 09 08**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of 1**

ACP BPHL3009294999                                    **INSURED COPY**                                              45    11565

**BUSINESSOWNERS**
**PB 37 01 11 14**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW BROADENED ENDORSEMENT

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

### A. Operation of This Endorsement

This endorsement provides Ordinance and Law Coverage as outlined below. The terms of this endorsement apply to each insured building separately, and only those insured on a replacement cost basis.

1. Under Section B. Exclusions, paragraph 1. a. Ordinance Or Law, is deleted.

2. Under Section A.5. Additional Coverages, paragraph m. Increased Cost of Construction – Damaged Property, is deleted.

### B. Application of Coverage(s)

1. The Coverage(s) provided by this Ordinance or Law Optional Coverage applies only if both paragraphs B.1.a. and B.1.b are satisfied and are then subject to the qualifications set forth in c.

   a. The ordinance or law:

   (1) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   (2) Is in force at the time of loss.

   But this Ordinance or Law Optional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements within the ordinance or law are not covered.

   b. The building sustains direct physical damage:

   (1) That is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

   (2) That is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with ordinance or law.

   But if the damage is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Ordinance or Law Optional Coverage even if the building has also sustained covered direct physical damage.

   c. In the situation described in B.1.b.(2) above, we will not pay the full amount of loss otherwise payable under the terms of Coverages 1, 2, and/or 3 of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

   (Section F. of this endorsement provides an example of this procedure.)

   HOWEVER, if the covered direct physical damage alone would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under terms of this Ordinance or Law Optional Coverage

### C. Coverage

The following are added to the PROPERTY COVERAGE FORM, under Section A. Coverages, 5. Additional Coverages:

1. **Coverage 1 - Loss to the Undamaged Portion of the Building**

   If a Covered Cause of Loss occurs to covered Building property, we will pay for the loss in value of the undamaged portion

ACP BPHL3009294999                    INSURED COPY                    45    11566

PB 37 01 11 14

of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

2. **Coverage 2 - Demolition and Debris Removal Cost**

   We will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

3. **Coverage 3 - Increased Cost Of Construction**

   a. With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

      (1) Repair, replace, or reconstruct damaged portions of that Building;

      (2) Reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required;

   When the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

   HOWEVER, we will not pay for the increased costs to reconstruct or remodel damaged or undamaged portions of that Building property:

      (1) unless the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law; or

      (2) if the building is not repaired, reconstructed or remodeled.

   Under Section E. PROPERTY LOSS CONDITIONS 5. Loss Payment, paragraph e does not apply.

D. **Additional Terms and Conditions of Ordinance or Law**

   With respect to this Ordinance or Law Coverage, we will not pay for:

1. Enforcement of, or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread of any activity of "fungi", wet or dry rot or bacteria; or

2. The costs associated with the enforcement of, or compliance with any ordinance, law, rule, or regulation which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

3. Under this Ordinance or Law Optional Coverage, we will not pay for loss due to any ordinance or law that:

   a. You were required to comply with before the loss, even if the building was undamaged; and

   b. You failed to comply with.

E. **Loss Payment**

1. The most we will pay per insured building, under this endorsement for Coverages 1, 2, and 3 combined is the lesser of $250,000 or the amount you actually spend for coverage 1, 2, and 3. If limits are specified in the Declarations for Optional Coverages Ordinance or Law – 1 or Ordinance or Law – 2 the coverage provided by this endorsement is excess.

   Additionally, the $250,000 limit for this Ordinance or Law Coverage is in addition to the Limits of Insurance.

2. All following loss payment Provisions E.3. through E.6., are subject to the apportionment procedure set forth in Section B.1.c. of this endorsement.

3. The most we will pay for under **Coverage 1 - Loss to the Undamaged Portion of the Building** is:

   a. When there is a loss in value of an undamaged portion of a building to which Coverage 1 applies, the loss payment for that building, including

PB 37 01 11 14

damaged and undamaged portions, will be determined as follows:

(1) If the property is repaired or replaced on the same or another premises, we will not pay more than the lesser of:

    (a) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

    (b) The Limit of Insurance shown in the Declarations as applicable to the covered building.

(2) If the property is not repaired or replaced, we will not pay more than the lesser of:

    (a) The actual cash value of the building at the time of loss; or

    (b) The Limit of Insurance shown in the Declarations as applicable to the covered building.

5. Loss payment under **Coverage 3 – Increased Cost of Construction Coverage** will be determined as follows:

a. We will not pay under Coverage 3:

    (1) Until the property is actually repaired or replaced, at the same or another premises; and

    (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

b. If the loss payment is based on the Limit of Insurance shown in the Declarations, then paragraph A.2. of this endorsement is deleted, and;

The $25,000 Limit of Insurance for Increased Cost of Construction –

Damaged Property Additional Coverage remains available for damaged property and is separate from the Limit of Insurance shown in the Declarations for Ordinance or Law Optional Coverage.

This portion of the Ordinance or Law Coverage is in addition to the Limits of Insurance.

F. Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Section B.1.c. of this Ordinance or Law Optional Coverage).

Assume:

- Wind is a Covered Cause of Loss. Flood is an excluded Cause of Loss;
- The building has a value of $200,000;
- Total direct physical damage to building: $100,000;
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value;
- Portion of direct physical damage that is covered (caused by wind): $30,000;
- Portion of direct physical damage that is not covered (caused by flood): $70,000; and
- Loss under Ordinance or Law Coverage 2 of this endorsement: $60,000.

Step 1: Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 divided by $100,000 = .30

Step 2: Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage 2 loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE: The same procedure applies to losses under Coverage 1 of this endorsement.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP BPHL3009294999    INSURED COPY    45   11568

BUSINESSOWNERS
PB 41 51 05 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**

# DIRECTORS AND OFFICERS LIABILITY (COOPERATIVES OR CONDOMINIUMS) WITH NON-MONETARY RELIEF

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

**SCHEDULE**

**Limits Of Insurance:**  See the Liability Declarations

**Coverage Period:**  Beginning from the Retroactive Date to the end of the Policy Period stated in the Declarations for this policy.

**Retroactive Date:**  See the Liability Declarations

A.  The following is added to Section I. COVERAGES:
**DIRECTORS AND OFFICERS LIABILITY (COOPERATIVES OR CONDOMINIUMS)**
1.  **INSURING AGREEMENT**
We will pay those sums up to the applicable Limit of Insurance that the "insured", as defined in this endorsement, becomes legally obligated to pay as damages for any "claims" made arising out of a "wrongful act" committed during the Coverage Period shown in the Schedule of this endorsement and to which this insurance applies. A "claim" seeking damages will be deemed to have been made when notice of such "claim" is received and recorded by an "insured" or by us, whichever comes first during the Coverage Period shown in the Schedule of this endorsement. Any "claims" received and recorded by the "insured" within sixty (60) days after the end of the policy period will be considered to have been received within the policy period. We will have the right and duty to defend any "insured" against a "suit" seeking those damages for a "claim" for which there is coverage under DIRECTORS AND OFFICERS LIABILITY.
HOWEVER,
a.  No coverage applies for any "wrongful acts" which occur prior to the Retroactive Date shown in the Declarations, and

b.  We will have no duty to defend the "insured" against any "suit" seeking damages for "wrongful acts" to which this insurance does not apply.
c.  We may, at our sole discretion, investigate any "wrongful acts" and settle any "claim" or "suit" that may result. But:
(1)  The amount we will pay for damages is limited as described in B. LIMITS OF INSURANCE that follows; and
(2)  Our right and duty to defend will end when we have used up the applicable limit of insurance in the payment of judgments or settlements under this coverage.
No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.
2.  **SUPPLEMENTAL EXTENDED REPORTING PERIOD**
If the policy to which this DIRECTORS AND OFFICERS LIABILITY endorsement is attached is cancelled or non-renewed for any reason, you have the option to extend the reporting period of this endorsement upon payment of an additional premium.
HOWEVER, this supplemental extended reporting period applies:

PB 41 51 05 15

ACP BPHL3009294999                   INSURED COPY

45    11569

PB 41 51 05 15

a. Only to a "wrongful act" which occurred during the Coverage Period; and

b. Only if this option is exercised within sixty (60) days after the expiration date of the policy or this endorsement.

3. In Section I. COVERAGES, under D. SUPPLEMENTARY PAYMENTS, the following provision is added:

Paragraph 1. of the SUPPLEMENTARY PAYMENTS – COVERAGES A AND B also applies to the coverage provided by DIRECTORS AND OFFICERS LIABILITY.

4. **EXCLUSIONS**

The following exclusions apply to DIRECTORS AND OFFICERS LIABILITY. This insurance, including any duty we have to defend "suits", does not apply to "claims":

a. For "bodily injury" or "personal and advertising injury".

b. Due to "property damage" to any owned or non-owned property, including loss of use thereof or loss of earnings therefrom, whether such loss shall be direct or indirect or of contingent nature.

c. For an accounting of profits or losses made from the purchase or sale of securities.

d. For salary, compensation or bonuses voted to "directors" or "officers" by your Board of Directors.

e. Based on or attributable to any:

(1) "Wrongful acts" in judgment or discretion in procuring and maintaining insurance or bonds;

(2) Failure or omission in effecting and maintaining insurance or bonds; or

(3) "Wrongful acts" with respect to amounts, forms, conditions or provisions of insurance or bonds.

f. For transactions of any "insured" gaining a personal profit or advantage not shared equitably by your owners.

g. For any liability or legal obligation of any "insured" arising out of any of the following:

(1) Any federal, state, county, municipal or local law, ordinance, order, directive or regulation barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual

orientation, marital status, religion or religious belief, age, economic status, income, medical condition, pregnancy, parenthood or mental or physical disability;

(2) Any state, federal or governmental antitrust statute or regulation, including but not limited to the Racketeer Influenced and Corrupt Organizations Act (RICO), the Securities Act of 1933, the Securities Exchange Act of 1934, or any state Blue Sky law;

(3) The Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974; or

(4) Any other similar statutes, ordinances, orders, directives or regulations.

h. For punitive damages.

HOWEVER, if a "suit" is brought against the "insured" with respect to a "claim" for acts or alleged acts falling within the coverage of this endorsement, seeking both compensatory and punitive or exemplary damages, then we will provide a defense to such action without liability for such punitive or exemplary damages.

i. If judgments adverse to the "insured" establish that their affirmative dishonesty or actual intent to deceive or defraud was material to the cause of action so adjudicated.

j. For any injury or damage arising out of:

(1) Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

(2) Electromagnetic emissions or radiation including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of electromagnetic emissions or radiation or any other

PB 41 51 05 15

ACP BPHL3009294999                    INSURED COPY                    45    11570

duty involving electromagnetic emissions or radiation;

(3) Lead including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of lead or any other duty involving lead; or

(4) Radon or any other radioactive emissions, manmade or natural, including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of radon or any other radioactive emissions or any other duty involving radon or other radioactive emissions.

k. For:

(1) Any injury or damage arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) "Claim" or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effect of "pollutants".

l. For:

(1) Refusal to employ;

(2) Termination of employment;

(3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment,

discipline, defamation, harassment, humiliation or discrimination; or

(4) The spouse, child, parent, brother or sister of that person as a consequence of any of the employment-related practices described in Paragraphs (1), (2), or (3) above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

m. For any construction or development activities or operations performed by or on behalf of the developer/sponsor of your association's property, including but not limited to, loss or damage arising out of construction, construction materials, landscape, design, surveys, or engineering services performed by or on behalf of such developer/sponsor.

**B. LIMITS OF INSURANCE**

1. **Directors and Officers Liability Aggregate Limit**

   The Limit Of Insurance stated in the Declarations as aggregate is the most we will pay for all loss covered under DIRECTORS AND OFFICERS LIABILITY.

2. **Directors and Officers Liability Wrongful Act Limit**

   Subject to 1. Above, the Limit Of Insurance stated in the Declarations as applicable to each "wrongful act" is the most we will pay for all loss incurred on account of any one "wrongful act" covered under DIRECTORS AND OFFICERS LIABILITY.

3. All "claims" or "suits" arising out of the same "wrongful act" shall be considered as arising out of one "wrongful act".

4. The inclusion of more than one "insured" shall not operate to increase the Limits Of Insurance. Our maximum liability will not exceed the limits stated in the Declarations.

5. The Limits of Insurance for DIRECTORS AND OFFICERS LIABILITY stated in the Declarations apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy

ACP BPHL3009294999

INSURED COPY

**PB 41 51 05 15**

period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

### C. AMENDED CONDITION

Under Section IV. LIABILITY CONDITIONS, the following is added to Condition 2. Duties in the Event of Occurrence, Offense, Claim or Suit, paragraph a.:

You and any other "insured" must also see to it that we are notified as soon as practicable of a "wrongful act" that may result in a "claim".

### D. ADDITIONAL DEFINITIONS

The following additional definitions are added to Section V. DEFINITIONS:

1. **"Claim"** means a demand for monetary damages or non-monetary relief.

2. **"Director"** means a director of the Named Insureds shown on the Declarations.

3. With respect only to the coverage provided by this endorsement and superseding any other meaning:

   **"Insured"** means:

   a. You;

   b. Your "directors" or "officers", but only with respect to their duties for you;

   c. Your current or former:

      (1) Employees;

      (2) Committee members;

      (3) Board members;

      (4) Volunteers;

      but only while acting at your direction, or the direction of your "directors" or "officers", and within the scope of their duties for you.

   d. Your property or real estate manager; but only while acting at your direction, or the direction of your "directors" or "officers", and within the scope of their duties for you.

      HOWEVER, your property or real estate manager is not an "insured" for "claims" or "suits" brought against them by you.

   e. Spouses of current or former "directors" or "officers" and legally recognized domestic partners of current or former "directors" or "officers", but only for "claims" arising out of "claims" against those "directors" or "officers" and only while acting at your direction, or the direction of your "directors" or "officers", and within the scope of their duties for you.

   f. Any other natural person, and their estate, guardian or legal representative, who is no longer your "director" or "officer" at the time of discovery of a "wrongful act", but who was a "director" or "officer" at the time the "wrongful act" was committed.

4. **"Officer"** means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

5. With respect only to the coverage provided by this endorsement, the definition of "suit" is replaced by:

   **"Suit"** means a civil proceeding in which damages because of any "wrongful act" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

6. **"Wrongful act"** means any actual or alleged negligent:

   a. Act;

   b. Error;

   c. Omission;

   d. Mistake;

   e. Misstatement;

   f. Misleading statement or;

   g. Breach of duty;

   committed by or at the direction of a "director" or "officer" while acting within the scope or their duties, individually or collectively.

**All terms and conditions of this policy apply unless modified by this endorsement.**

**PB 41 51 05 15**

ACP BPHL3009294999                    INSURED COPY                    45    11572

BUSINESSOWNERS
PB 58 05 11 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DATA COMPROMISE COVERAGE
## RESPONSE EXPENSES AND DEFENSE AND LIABILITY

This endorsement modifies insurance provided under the following:

**PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM**

Under Section A. COVERAGES, 5. ADDITIONAL COVERAGES, the following Additional Coverage is added:

## SECTION 1 – RESPONSE EXPENSES

### DATA COMPROMISE COVERED CAUSE OF LOSS

Coverage under this Data Compromise Coverage endorsement applies only if all of the following conditions are met:

1. There has been a "personal data compromise"; and
2. Such "personal data compromise" is first discovered by you during the policy period for which this Data Compromise Coverage endorsement is applicable; and
3. Such "personal data compromise" is reported to us within 60 days after the date it is first discovered by you.

All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

### COVERAGE – SECTION 1

If the three conditions listed above in DATA COMPROMISE – COVERED CAUSE OF LOSS have been met, then we will provide coverage for the following expenses when they arise directly from the covered cause of loss and are necessary and reasonable. Coverages 4 and 5 apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under coverage 3.

1. **Forensic IT Review**
   Professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected

individuals".
This does not include costs to analyze, research or determine any of the following:

a. Vulnerabilities in systems, procedures or physical security;
b. Compliance with Payment Card Industry or other industry security standards; or
c. The nature or extent of loss or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

2. **Legal Review**
   Professional legal counsel review of the "personal data compromise" and how you should best respond to it.

   If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

3. **Notification to Affected Individuals**
   We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

4. **Services to Affected Individuals**
   We will pay your necessary and reasonable costs to provide the following services to "affected individuals".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED COPY

ACP BPHL3009294999

**BUSINESSOWNERS**
**PB 58 05 11 14**

a. The following services apply to any "personal data compromise".
1) Informational Materials
A packet of loss prevention and customer support information.
2) Help Line
A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in b. 1) and 2).

b. The following additional services apply to "personal data compromise" events involving "personally identifying information".
1) Credit Report and Monitoring
A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.
2) Identity Restoration Case Management
As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**5. PR Services**
Professional public relations firm review of and response to the potential impact of the "personal data compromise" on your business relationships.
This includes costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for promotions:
a. Provided to any of your directors or employees; or
b. Costing more than $25 per "affected individual".

**LIMITS – SECTION 1**
The most we will pay under Response Expenses coverage is the Data Compromise Response Expenses Limit for this endorsement as indicated on the Declarations.

The Data Compromise Response Expenses Limit is an annual aggregate limit. This amount is the most we will pay for the total of all loss covered under Section 1 arising out of all "personal data compromise" events which are first discovered by you during the present annual policy period. This limit applies regardless of the number of "personal data compromise" events discovered by you during that period.

A "personal data compromise" may be first discovered by you in one policy period but cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "personal data compromise" will be subject to the Data Compromise Response Expenses Limit applicable to the policy period when the "personal data compromise" was first discovered by you.

The most we will pay under Response Expenses coverage for loss arising from any "malware-related compromise" is the Named Malware (Sec. 1) sublimit for this endorsement as indicated on the Declarations. For the purpose of the Named Malware (Sec. 1) sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise".

The most we will pay under Forensic IT Review, Legal Review and PR Services coverages for loss arising from any one "personal data compromise" is the applicable sublimit for each of those coverages as indicated on the Declarations. These sublimits are part of, and not in addition to, the Data Compromise Response Expenses Limit. PR Services coverage is also subject to a limit per "affected individual" as described in 5. PR Services.

Coverage for Services to "affected individuals" is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**DEDUCTIBLE – SECTION 1**
Response Expenses coverage is subject to the Response Expenses Deductible for this endorsement as indicated on the Declarations. You shall be responsible for such deductible amount as respects each "personal data compromise" covered under this endorsement.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED COPY
PB 58 05 11 14

45   11574

## SECTION 2 – DEFENSE AND LIABILITY

### DEFENSE AND LIABILITY COVERED CAUSE OF LOSS

Coverage under this Data Compromise Coverage endorsement applies only if all three of the conditions in DATA COMPROMISE – COVERED CAUSE OF LOSS are met.

Only with regard to Section 2 – Defense and Liability coverage, the following conditions must also be met:

1. You have provided notifications and services to "affected individuals" in consultation with us pursuant to Response Expenses coverage; and
2. You receive notice of a "data compromise suit" brought by one or more "affected individuals" or by a governmental entity on behalf of one or more "affected individuals"; and
3. Notice of such "data compromise suit" is received by you within two years of the date that the "affected individuals" are notified of the "personal data compromise"; and
4. Such "data compromise suit" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

### COVERAGE – SECTION 2

If all of the conditions listed above in DEFENSE AND LIABILITY – COVERED CAUSE OF LOSS have been met, then we will provide coverage for "data compromise defense costs" and "data compromise liability" directly arising from the covered cause of loss.

### LIMITS – SECTION 2

The most we will pay under Defense and Liability coverage (other than post-judgment interest) is the Data Compromise Defense and Liability Limit for this endorsement as indicated on the Declarations.

The Data Compromise Defense and Liability Limit is an annual aggregate limit. This amount is the most we will pay for all loss covered under Section 2 (other than post-judgment interest) arising out of all "personal data compromise" events which are first discovered by you during the present annual policy period. This limit applies regardless of the number of "personal data compromise" events discovered by you during that period.

A "personal data compromise" may be first discovered by you in one policy period but cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "personal data compromise" (other than post-judgment interest) will be subject to the Data Compromise Defense and Liability Limit applicable to the policy period when the "personal data compromise" was first discovered by you.

The most we will pay under Defense and Liability coverage for loss arising from any "malware-related

compromise" is the Named Malware (Sec. 2) sublimit for this endorsement as indicated on the Declarations. For the purpose of the Named Malware (Sec. 2) sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise". This sublimit is part of, and not in addition to, the Defense and Liability Limit.

### DEDUCTIBLE – SECTION 2

Defense and Liability coverage is subject to the Defense and Liability Deductible for this endorsement as indicated on the Declarations. You shall be responsible for such deductible amount as respects each "data compromise suit" covered under this endorsement.

## EXCLUSIONS, ADDITIONAL CONDITIONS AND DEFINITIONS APPLICABLE TO BOTH SECTION 1 AND SECTION 2

### EXCLUSIONS

The following additional exclusions apply to this coverage:

We will not pay for costs arising from the following:

1. Your intentional or willful complicity in a "personal data compromise".
2. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.
3. Any "personal data compromise" occurring prior to the first inception of this Data Compromise Coverage endorsement or any coverage substantially similar to that described in this endorsement.
4. Costs to research or correct any deficiency. This includes, but is not limited to, any deficiency in your systems, procedures or physical security that may have contributed to a "personal data compromise".
5. Any fines or penalties. This includes, but is not limited to, fees or surcharges from affected financial institutions.
6. Any criminal investigations or proceedings.
7. Any extortion or blackmail. This includes, but is not limited to, ransom payments and private security assistance.
8. Any "personal data compromise" involving data that is being transmitted electronically, unless such data is encrypted to protect the security of the transmission.
9. Your reckless disregard for the security of "personally identifying information" or "personally sensitive information" in your care, custody or

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

**INSURED COPY**

**BUSINESSOWNERS**
**PB 58 05 11 14**

control.

10. That part of any "data compromise suit" seeking any non-monetary relief.

**ADDITIONAL CONDITIONS**
The following Additional Conditions apply to all coverages under this endorsement.

**A. Data Compromise Liability Defense**

1. We shall have the right and the duty to assume the defense of any applicable "data compromise suit" against you. You shall give us such information and cooperation as we may reasonably require.

2. You shall not admit liability for or settle any "data compromise suit" or incur any defense costs without our prior written consent.

3. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "data compromise suit" independently of us. Our liability shall not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

4. We shall not be obligated to pay any damages or defense costs, or to defend or continue to defend any "data compromise suit", after the Data Compromise Defense and Liability Limit has been exhausted.

5. We shall pay all interest on that amount of any judgment within the Data Compromise Defense and Liability Limit which accrues:
   a. after entry of judgment; and
   b. before we pay, offer to pay or deposit in court that part of the judgment within the Data Compromise Defense and Liability Limit or, in any case, before we pay or offer to pay the entire Data Compromise Defense and Liability Limit.
   These interest payments shall be in addition to and not part of the Data Compromise Defense and Liability Limit.

**B. Duties in the Event of a "Data Compromise Suit"**

1. If a "data compromise suit" is brought against you, you must:
   a. Immediately record the specifics of the "data compromise suit" and the date received; and
   b. Provide us with written notice, as soon

as practicable, but in no event more than 60 days after the date the "data compromise suit" is first received by you.

   c. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "data compromise suit";
   d. Authorize us to obtain records and other information;
   e. Cooperate with us in the investigation, settlement or defense of the "data compromise suit";
   f. Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of loss to which this insurance may also apply; and
   g. Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "data compromise suit".

2. You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

3. If you become aware of a claim or complaint that may become a "data compromise suit", you shall promptly inform us of such claim or complaint.

**C. Due Diligence**
You agree to use due diligence to prevent and mitigate costs covered under this endorsement. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

1. Providing and maintaining appropriate physical security for your premises, computer systems and hard copy files;
2. Providing and maintaining appropriate computer and Internet security;
3. Maintaining and updating at appropriate intervals backups of computer data;
4. Protecting transactions, such as processing credit card, debit card and check payments; and
5. Appropriate disposal of files containing "personally identifying information" or "personally sensitive information", including shredding hard copy files and destroying physical media used to store electronic data.

**D. Legal Advice**
We are not your legal advisor. Our determination of what is or is not covered under this Data Compromise Coverage endorsement does not represent advice or counsel from us about what you should or should not do.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.   **PB 58 05 11 14**

**INSURED COPY**

BUSINESSOWNERS
PB 58 05 11 14

**E. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under this Data Compromise Coverage for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under Additional Condition F. Service Providers. You must provide the following at our pre-notification consultation with you:

1. The exact list of "affected individuals" to be notified, including contact information.
2. Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".
3. The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Response Expenses Limit.

**F.    Service Providers**

1. We will only pay under this Data Compromise Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Data Compromise Coverage. We will not unreasonably withhold such approval.
2. Prior to the Pre-Notification Consultation described in Additional Condition E. above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:
   a. Such alternate service provider must be approved by us;
   b. Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and
   c. Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**G. Services**

The following conditions apply as respects any services provided to you or any "affected individual" by us, our designees or any service firm paid for in whole or in part under this Data Compromise coverage:

1. The effectiveness of such services depends on your cooperation and assistance.
2. All services may not be available or applicable to all individuals. For example, "affected individuals" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.
3. We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.
4. You will have a direct relationship with the professional service firms paid for in whole or in part under this coverage. Those firms work for you.

**DEFINITIONS**

With respect to the provisions of this endorsement only, the following definitions are added:

1. "Affected Individual" means any person who is your current, former or prospective customer, client, member, owner, director or employee and whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this endorsement. This definition is subject to the following provisions:
   a. "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".
   b. An "affected individual" must have a direct relationship with your interests as insured under this policy. The following are examples of individuals who would not meet this requirement:
      1) If you aggregate or sell information about individuals as part of your business, the individuals about whom you keep such information do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.
      2) If you store, process, transmit or transport records, the individuals whose "personally identifying information" or "personally sensitive information" you are storing, processing, transmitting or transporting for another entity do not qualify as "affected individuals". However, specific individuals may qualify

**BUSINESSOWNERS**
PB 58 05 11 14

3) as "affected individuals" for another reason, such as being an employee of yours.

4) You may have operations, interests or properties that are not insured under this policy. Individuals who have a relationship with you through such other operations, interests or properties do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of the operation insured under this policy.

c. An "affected individual" may reside anywhere in the world.

2. "Data Compromise Defense Costs" means expenses resulting solely from the investigation, defense and appeal of any "data compromise suit" against you. Such expenses must be reasonable and necessary. They will be incurred by us. They do not include your salaries or your loss of earnings. They do include premiums for any appeal bond, attachment bond or similar bond, but without any obligation to apply for or furnish any such bond.

3. "Data Compromise Liability"

a. "Data compromise liability" means the following, when they arise from a "data compromise suit":

1) Damages, judgments or settlements to "affected individuals";

2) Defense costs added to that part of any judgment paid by us, when such defense costs are awarded by law or court order; and

3) Pre-judgment interest on that part of any judgment paid by us.

b. "Data compromise liability" does not mean:

1) Damages, judgments or settlements to anyone who is not an "affected individual";

2) Civil or criminal fines or penalties imposed by law;

3) Punitive or exemplary damages;

4) The multiplied portion of multiplied damages;

5) Taxes; or

6) Matters which may be deemed uninsurable under the applicable law.

4. "Data Compromise Suit"

a. "Data Compromise Suit" means a civil proceeding in which damages to one or more "affected individuals" arising from a "personal data compromise" or the violation of a governmental statute or regulation are alleged. Such proceeding must be brought in the United States of America, Puerto Rico or Canada. "Data compromise suit" includes:

1) An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

2) Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent; or

3) A written demand for money, when such demand could reasonably result in a civil proceeding as described in this definition.

b. "Data compromise suit" does not mean any demand or action brought by or on behalf of someone who is:

1) Your director or officer;

2) Your owner or part-owner; or

3) A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. "Data compromise suit" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual".

c. "Data compromise suit" does not mean any demand or action brought by or on behalf of an organization, business, institution or any other party that is not an "affected individual" or governmental entity.

5. "Identity Theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

6. "Malware-Related Compromise" means a "personal data compromise" that is caused, enabled or abetted by a virus or other malicious code that, at the time of the "personal data compromise", is named and recognized by the CERT® Coordination Center, McAfee®, Secunia, Symantec or other comparable third party monitors of malicious code activity.

7. "Personal Data Compromise" means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED COPY

publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

a. At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

1) You; or

2) A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

b. "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, subject to the following provisions:

1) The failure to use appropriate safeguards must be accidental and not reckless or deliberate; and

2) Such disposal or abandonment must take place during the time period for which this Data Compromise Coverage endorsement is effective.

c. "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

8. "Personally Identifying Information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual". This includes, but is not limited to, Social Security numbers or account numbers.

"Personally identifying information" does not mean or include information that is otherwise available to the public.

9. "Personally Sensitive Information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

"Personally sensitive information" does not mean or include "personally identifying information".

10. "You" means the named insured.

All other provisions of this policy apply.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
INSURED COPY

ACP BPHL3009294999

BUSINESSOWNERS
PB 58 07 11 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBERONE COVERAGE
## COMPUTER ATTACK AND NETWORK SECURITY LIABILITY

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

Under Section A. COVERAGES, 5. ADDITIONAL COVERAGES, the following Additional Coverage is added:

## SECTION 1 – COMPUTER ATTACK

### SECTION 1 – COVERED CAUSE OF LOSS

This Computer Attack coverage applies only if all of the following conditions are met:

1. There has been a "computer attack"; and
2. Such "computer attack" is first discovered by you during the policy period for which this endorsement is applicable; and
3. Such "computer attack" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

### SECTION 1 – COVERAGES PROVIDED

If all three of the conditions listed above in SECTION 1 – COVERED CAUSE OF LOSS have been met, then we will provide you the following coverages for loss directly arising from such "computer attack".

1. **Data Restoration**

   We will pay your necessary and reasonable "data restoration costs".

2. **Data Re-creation**

   We will pay your necessary and reasonable "data re-creation costs".

3. **System Restoration**

   We will pay your necessary and reasonable "system restoration costs".

4. **Loss of Business**

   We will pay your actual "business income loss" and your necessary and reasonable "extra expenses".

5. **Public Relations**

If you suffer covered "business income loss", we will pay for the services of a professional public relations firm to assist you in communicating your response to the "computer attack" to the media, the public and your customers, clients or members.

### SECTION 1 - LIMITS

The most we will pay under Computer Attack coverage is the Computer Attack Limit indicated for this endorsement. If no limit is shown or is shown as Excluded in the Declarations, then the Computer Attack coverage will be considered to have a limit of $0.

The most we will pay under Data Re-creation coverage for loss (including "business income loss" and "extra expense" related to data re-creation activities) arising from any one "computer attack" is the Data Re-creation Sublimit indicated for this endorsement. This sublimit is part of, and not in addition to, the Computer Attack Limit. If no sublimit is shown or is shown as Excluded in the Declarations, then the Data Re-creation coverage will be considered to have a sublimit of $0.

The most we will pay under Loss of Business coverage for loss arising from any one "computer attack" is the Loss of Business Sublimit indicated for this endorsement. This sublimit is part of, and not in addition to, the Computer Attack Limit. If no sublimit is shown or is shown as Excluded in the Declarations, then the Loss of Business coverage will be considered to have a sublimit of $0.

The most we will pay under Public Relations coverage for loss arising from any one "computer attack" is the Public Relations Sublimit indicated for this endorsement. This sublimit is part of, and not in addition to, the Computer Attack Limit. If no sublimit is shown or is shown as Excluded in the Declarations, then the Public Relations coverage will be considered to have a sublimit of $0.

   includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP BPHL3009294999   INSURED COPY

**PB 58 07 11 14**

The Computer Attack Limit is an annual aggregate limit. This amount is the most we will pay for the total of all loss covered under Section 1 arising out of all "computer attack" events which are first discovered by you during the present annual policy period. This limit applies regardless of the number of "computer attack" events occurring during that period.

A "computer attack" may be first discovered by you in one policy period but it may cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "computer attack" will be subject to the Computer Attack Limit applicable to the policy period when the "computer attack" was first discovered by you.

### SECTION 1 - DEDUCTIBLE

The Computer Attack coverage is subject to the Computer Attack Deductible indicated in the Declarations. You shall be responsible for the applicable deductible amount as respects loss arising from each "computer attack" covered under this endorsement.

## SECTION 2 – NETWORK SECURITY LIABILITY

### SECTION 2 – COVERED CAUSE OF LOSS

This Network Security Liability coverage applies only if all of the following conditions are met:

1. You first receive notice of a "network security liability suit" during the policy period for which this endorsement is applicable or any Extended Reporting Periods; and

2. Such "network security liability suit" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

### SECTION 2 – COVERAGES PROVIDED

If both of the conditions listed above in SECTION 2 – COVERED CAUSE OF LOSS have been met, then we will provide you the following coverages for loss directly arising from such "network security liability suit".

**1. Defense**

We will pay your necessary and reasonable "network security liability defense costs".

**2. Settlement Costs**

We will pay your necessary and reasonable

"network security liability settlement costs".

### SECTION 2 - LIMITS

Except for post-judgment interest, the most we will pay under Network Security Liability coverage is the Network Security Liability Limit indicated for this endorsement. If no limit is shown or is shown as Excluded in the Declarations, then the Network Security Liability coverage will be considered to have a limit of $0.

The Network Security Liability Limit is an annual aggregate limit. This amount is the most we will pay for the total of all loss covered under Section 2 (other than post-judgment interest) arising out of all "network security liability suits" of which you first receive notice during the present annual policy period or any Extended Reporting Periods. This limit applies regardless of the number of "network security liability suits" of which you first receive notice during that period.

You may first receive notice of a "network security liability suit" in one policy period but it may cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "network security liability suit" (other than post-judgment interest) will be subject to the Network Security Liability Limit applicable to the policy period when notice of the "network security liability suit" was first received by you.

The Network Security Liability Limit for the Extended Reporting Periods (if applicable) shall be part of, and not in addition to, the Network Security Liability Limit for the immediately preceding policy period.

### SECTION 2 - DEDUCTIBLE

The Network Security Liability coverage is subject to the Network Security Liability Deductible indicated in the Declarations. You shall be responsible for the applicable deductible amount as respects loss arising from each "network security liability suit" covered under this endorsement.

## EXCLUSIONS, ADDITIONAL CONDITIONS AND DEFINITIONS APPLICABLE TO ALL SECTIONS

### EXCLUSIONS

The following additional exclusions apply to this coverage:

We will not pay for costs or loss arising from the

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED COPY**

following:

1. Loss to the internet, an internet service provider, or any computer or computer system that is not owned or leased by you and operated under your control.

2. Costs to research or correct any deficiency.

3. Any fines or penalties.

4. Any criminal investigations or proceedings.

5. Any threat, extortion or blackmail. This includes, but is not limited to, ransom payments and private security assistance.

6. Your intentional or willful complicity in a covered loss event or your reckless disregard for the security of your computer system or data.

7. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

8. Any "computer attack" occurring prior to the first inception of this CyberOne coverage endorsement or any coverage substantially similar to that described in this endorsement.

9. That part of any "network security liability suit" seeking any non-monetary relief.

10. Any "network security liability suit" arising from a propagation of malware, denial of service attack, or loss, release or disclosure of business data that occurred prior to the first inception of this CyberOne coverage endorsement or any coverage substantially similar to that described in this endorsement.

11. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

## ADDITIONAL CONDITIONS

The following additional conditions apply to all coverages under this endorsement.

### A. Due Diligence

You agree to use due diligence to prevent and mitigate costs covered under this endorsement. This includes, but is not limited to, complying with reasonable and industry-accepted protocols for:

1. Providing and maintaining appropriate computer and internet security; and

2. Maintaining and updating at appropriate intervals backups of computer data.

### B. Duties in the Event of a "Network Security Liability Suit"

1. If a "network security liability suit" is brought against you, you must:

   a. Immediately record the specifics of the "network security liability suit" and the date received; and

   b. Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "network security liability suit" is first received by you.

   c. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "network security liability suit";

   d. Authorize us to obtain records and other information;

   e. Cooperate with us in the investigation, settlement or defense of the "network security liability suit";

   f. Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of loss to which this insurance may also apply; and

   g. Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "network security liability suit".

### C. Extended Reporting Periods

1. You shall have the right to the Extended Reporting Periods described in this section, in the event that:

   a. You or we cancel this CyberOne coverage;

   b. You or we refuse to renew this CyberOne coverage; or

   c. We renew this CyberOne coverage on an other than a claims-made basis or with a retroactive date later than the date of the first inception of this CyberOne coverage endorsement or any coverage substantially similar to that described in this endorsement;

2. If an event as specified in Paragraph 1. has occurred, you shall have the right to the following:

   a. An Automatic Extended Reporting Period of 30 days after the effective date of cancellation or nonrenewal at no additional premium in which to give to us written notice of a "network security liability suit" of which you first receive notice during said Automatic Extended

PB 58 07 11 14

Reporting Period for any propagation of malware, denial of service attack, or loss, release or disclosure of business data occurring before the end of the coverage period for this CyberOne coverage and which is otherwise covered by this CyberOne coverage; and

b. Upon payment of an additional premium of 100% of the full annual premium applicable to this CyberOne coverage, a Supplemental Extended Reporting Period of 1 year immediately following the effective date of cancellation or nonrenewal in which to give to us written notice of a "network security liability suit" of which you first receive notice during said Supplemental Extended Reporting Period for any propagation of malware, denial of service attack, or loss, release or disclosure of business data occurring before the end of the coverage period for this CyberOne coverage and which is otherwise covered by this CyberOne coverage.

To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days of the effective date of cancellation or nonrenewal. The additional premium for the Supplemental Extended Reporting Period shall be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

**D. Network Security Liability Defense**

1. We shall have the right and the duty to assume the defense of any applicable "network security liability suit" against you. You shall give us such information and cooperation as we may reasonably require.

2. You shall not admit liability for or settle any "network security liability suit" or incur any defense costs without our prior written consent.

3. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "network security liability suit" independently of us. Our liability shall not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

4. We shall not be obligated to pay any damages or defense costs, or to defend or continue to defend any "network security liability suit", after the Network Security Liability Limit has been exhausted.

5. We shall pay all interest on that amount of any judgment within the Network Security Liability Limit which accrues:

   a. After entry of judgment; and

   b. Before we pay, offer to pay or deposit in court that part of the judgment within the Network Security Liability Limit or, in any case, before we pay or offer to pay the entire Network Security Liability Limit.

   These interest payments shall be in addition to and not part of the Network Security Liability Limit.

**E. Other Data Coverage in This Policy**

Some elements of this CyberOne coverage may also be covered under the policy to which this endorsement is attached. If so, this CyberOne coverage will apply as excess, additional coverage. If loss payment has been made under the policy for the same event, the amount of such payment will count towards the deductible that applies to this CyberOne coverage.

**F. Services**

The following conditions apply as respects any services provided to you by any service firm provided or paid for in whole or in part under this endorsement:

1. The effectiveness of such services depends on your cooperation and assistance.

2. We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

**DEFINITIONS**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED COPY

With respect to the provisions of this endorsement only, the following definitions are added:

1. "Business Income Loss" means the sum of the:

   a. Net income (net profit or loss before income taxes) that would have been earned or incurred; and

   b. Continuing normal and necessary operating expenses incurred, including employee payroll,

   actually lost by you during the "period of restoration".

2. "Computer Attack" means one of the following involving a computer or other electronic hardware that is owned or leased by you and operated under your control:

   a. Unauthorized Access - meaning the gaining of access to your computer system by an unauthorized person or persons; or

   b. Malware Attack – meaning damage to your computer system or data arising from malicious code, including viruses, worms, Trojans, spyware and keyloggers. This does not mean damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your computer system during the manufacturing process.

   c. Denial of Service Attack – meaning a deliberate act to prevent third parties from gaining access to your computer system through the internet in a manner in which they are legally entitled.

3. "Data Re-creation Costs"

   a. "Data re-creation costs" means the costs of an outside professional firm hired by you to research, re-create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

   b. "Data re-creation costs" also means your actual "business income loss" and your necessary and reasonable "extra expenses" arising from the lack of the lost or corrupted data during the time required to research, re-create and replace such data.

   c. "Data re-creation costs" does not mean costs to research, re-create or replace:

      1) Software programs or operating systems that are not commercially available; or

      2) Data that is obsolete, unnecessary or useless to you.

4. "Data Restoration Costs"

   a. "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs," such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

   b. "Data restoration costs" does not mean costs to research, restore or replace:

      1) Software programs or operating systems that are not commercially available; or

      2) Data that is obsolete, unnecessary or useless to you.

5. "Extra Expense" means the additional cost you incur to operate your business during the "period of restoration" over and above the cost that you normally would have incurred to operate your business during the same period had no "computer attack" occurred.

6. "Network Security Liability Defense Costs"

   a. "Network security liability defense costs" means reasonable and necessary expenses resulting solely from the investigation, defense and appeal of any "network security liability suit" against you. Such expenses may be incurred by us. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

   b. "Network security liability defense costs" does not mean your salaries or your loss of earnings.

7. "Network Security Liability Settlement Costs"

   a. "Network security liability settlement costs" means the following, when they arise from a "network security liability suit":

      1) Damages, judgments or settlements; and

      2) Defense costs added to that part of any judgment paid by us, when such defense costs are awarded by law or court order; and

      3) Pre-judgment interest on that part of any judgment paid by us.

PB 58 07 11 14

b. "Network security liability settlement costs" does not mean:

1) Civil or criminal fines or penalties imposed by law;

2) Punitive or exemplary damages;

3) The multiplied portion of multiplied damages;

4) Taxes; or

5) Matters which may be deemed uninsurable under the applicable law.

8. "Network Security Liability Suit"

a. "Network security liability suit" means a civil proceeding against you in which damages are alleged. Such proceeding must be brought in the United States of America, Puerto Rico or Canada. Such proceeding must be based on an allegation that a negligent security failure or weakness with respect to a computer or other electronic hardware that is owned or leased by you and operated under your control allowed one or more of the following to happen:

1) The unintended propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code.

2) The unintended abetting of a denial of service attack against one or more other systems.

3) The loss, release or disclosure of business data that is owned by or proprietary to a third party. This does not include personally identifying information or other information that is sensitive or personal to individuals.

b. "Network security liability suit" includes the following:

1) An arbitration or alternative dispute resolution proceeding that you are required to submit to or which we agree you should submit to; or

2) A written demand for money, when such demand could reasonably result in a civil proceeding as described in this definition.

c. "Network security liability suit" does not mean any demand or action alleging or arising from property damage or bodily injury.

d. "Network security liability suit" does not mean any demand or action brought by or on behalf of someone who is:

1) Your director or officer;

2) Your owner or part-owner; or

3) A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action.

9. "Period of Restoration" means the period of time that begins at the time that the "computer attack" is discovered by you and continues until the earlier of:

a. The date that all data restoration, data re-creation and system restoration directly related to the "computer attack" has been completed; or

b. The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch.

10. "System Restoration Costs"

a. "System restoration costs" means the costs of an outside professional firm hired by you to do any of the following in order to restore your computer system to its pre- "computer attack" level of functionality:

1) Replace or reinstall computer software programs;

2) Remove any malicious code; and

3) Configure or correct the configuration of your computer system.

b. "System restoration costs" does not mean:

1) Costs to increase the speed, capacity or utility of your computer system;

2) Labor of your employees;

3) Any costs in excess of the actual cash value of your computer system; or

4) Costs to repair or replace hardware.

All other provisions of this policy apply.

**Page 6 of 6**        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        **PB 58 07 11 14**

ACP BPHL3009294999                                **INSURED COPY**                                45    11585

BUSINESSOWNERS
PB 58 09 11 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# IDENTITY RECOVERY COVERAGE
## IDENTITY THEFT CASE MANAGEMENT SERVICE AND EXPENSE REIMBURSEMENT

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

Under Section A. COVERAGES, 5. ADDITIONAL COVERAGES, the following Additional Coverage is added:

### IDENTITY RECOVERY COVERAGE

We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met:

1. There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this policy; and

2. Such "identity theft" is first discovered by the "identity recovery insured" during the policy period for which this Identity Recovery Coverage is applicable; and

3. Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured."

If all three of the requirements listed above have been met, then we will provide the following to the "identity recovery insured":

### 1. **Case Management Service**

Services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

### 2. **Expense Reimbursement**

Reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft."

This coverage is additional insurance.

### EXCLUSIONS

The following additional exclusions apply to this coverage:

We do not cover loss or expense arising from any of the following.

1. The theft of a professional or business identity.

2. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion shall not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

3. An "identity theft" that is not reported in writing to the police.

### LIMITS

Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement Coverage.

Expense Reimbursement Coverage is subject to an Expense Reimbursement Limit of $25,000 annual aggregate per "identity recovery insured." The Expense Reimbursement Limit shall apply separately to each 12 month period within the policy period. For policy periods greater than 12 months, this coverage will be subject to a new and separate Expense Reimbursement Limit upon each 12 month anniversary of the beginning of the policy period. Regardless of the number of claims, the Expense Reimbursement Limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during the applicable 12 month period. If an "identity theft" is first discovered in one 12 month period and continues into other 12 month periods, all loss and expense arising from such "identity theft" will be subject to the aggregate Expense Reimbursement Limit applicable to the 12 month period when the "identity theft" was first discovered.

Legal costs as provided under item d. of the definition of "identity recovery expenses" are part of, and not in addition to, the Expense Reimbursement Coverage limit.

**PB 58 09 11 14**

PB 58 09 11 14

Item e. (Lost Wages) and item f. (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to a sublimit of $5,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item g. (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item h. (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expenses Reimbursement Coverage limit. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

## DEDUCTIBLE

Case Management Service and Expense Reimbursement Coverage are not subject to a deductible.

## CONDITIONS

The following additional conditions apply to this coverage:

### A. Help Line

For assistance, the "identity recovery insured" should call the **Identity Recovery Help Line** at **1-877-800-5028**.

The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

1. Information and advice for how to respond to a possible "identity theft"; and

2. Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the policy. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses."

### B. Services

The following conditions apply as respects any services provided by us or our designees to any "identity recovery insured" under this endorsement:

1. Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured."

2. All services may not be available or applicable to all individuals. For example, "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

3. We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts."

## DEFINITIONS

With respect to the provisions of this endorsement only, the following definitions are added:

1. **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured." This includes, with the permission and cooperation of the "identity recovery insured," written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

2. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft":

a. Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft."

b. Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft."

c. Costs for credit reports from established credit bureaus.

d. Fees and expenses for an attorney approved by us for the following:

(1) The defense of any civil suit brought against an "identity recovery insured."

Page 2 of 3

PB 58 09 11 14

PB 58 09 11 14

(2) The removal of any civil judgment wrongfully entered against an "identity recovery insured."

(3) Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

(4) Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

(5) The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured."

e. Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

f. Actual costs for supervision of children or elderly or infirm relatives or dependants of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

g. Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

h. Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft."

(1) Such costs include:

(A) Costs by the "identity recovery insured" to recover control over his or her personal identity.

(B) Deductibles or service fees from financial institutions.

(2) Such costs do not include:

(A) Costs to avoid, prevent or detect "identity theft" or other loss.

(B) Money lost or stolen.

(C) Costs that are restricted or excluded elsewhere in this endorsement or policy.

3. **"Identity Recovery Insured"** means the following:

a. When the entity insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured entity.

b. When the entity insured under this policy is a partnership, the "identity recovery insureds" are the current partners.

c. When the entity insured under this policy is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" shall be:

(1) The chief executive of the insured entity; or

(2) As respects a religious institution, the senior ministerial employee.

d. The employees of the entity insured.

e. The resident family members of any of the above.

An "identity recovery insured" must always be an individual person. The entity insured under this policy is not an "identity recovery insured."

4. **"Identity Theft"** means the fraudulent use of the social security number or other method of identifying an "identity recovery insured." This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

All other provisions of this policy apply.

**BUSINESSOWNERS**
**PB 59 10 12 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES – DIMINISHED VALUE EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

A.   In Section B. EXCLUSIONS, under paragraph 2., the following exclusion is added:

**Diminution of Values**

We will not pay for loss or damage caused by or resulting from diminution in value.

**All terms and conditions of this policy apply unless modified by this endorsement.**

**PB 59 10 12 13**         Includes copyrighted material of Insurance Services Office, Inc., with its permission         **Page 1 of 1**

ACP BPHL3009294999                        **INSURED COPY**                          45     11589

BUSINESSOWNERS
PB 90 10 05 17

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GEORGIA AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS COMMON POLICY CONDITIONS
PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

**A. CANCELLATION**

In the COMMON POLICY CONDITIONS, under Condition A. CANCELLATION paragraphs 1. and 5. are replaced by the following:

1.  The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

    a.  If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

    b.  If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

    Our notice will state the effective date of cancellation, which will be the later of the following:

    (1) 10 days from the date of mailing or delivering our notice, or

    (2) The effective date of cancellation stated in the first Named Insured's notice to us.

5.  **Premium Refund**

    a.  If this policy is cancelled, we will send the first Named Insured any premium refund due.

    b.  If we cancel, the refund will be pro rata, except as provided in c. below.

    c.  If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

    d.  If the first Named Insured cancels, the refund may be less than pro rata.

    e.  The cancellation will be effective even if we have not made or offered a refund.

**B.** In the COMMON POLICY CONDITIONS, under Condition A. CANCELLATION, the following is added and supersedes any other provisions to the contrary:

If we decide to:

1.  Cancel or nonrenew this policy; or

2.  Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

3.  Change any policy provision which would limit or restrict coverage;

Then we will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us.

Except as applicable as described in Paragraph C. or D. below, we will mail or deliver notice at least:

1.  10 days before the effective date of cancellation if this policy has been in effect

PB 90 10 05 17       Includes copyrighted material of Insurance Services Office, Inc., with its permission.       Page 1 of 3

ACP BPHL3009294999                            INSURED COPY                                    45    11590

**PB 90 10 05 17**

less than 60 days or if we cancel for nonpayment of premium; or

2. 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

3. 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

C. The following provisions apply to insurance covering residential real property only if the Named Insured is a natural person.

In the COMMON POLICY CONDITIONS, under Condition A. CANCELLATION, the following is added and supersedes any other provisions to the contrary except as applicable as described in Paragraph D.:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium, whether payable to us or to our agent;

   b. Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

   c. Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

   d. Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

   We may cancel by providing notice to the first Named Insured at least:

   (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (2) 45 days before the effective date of cancellation if we cancel for any of the reasons listed in b., c. or d. above.

D. In the COMMON POLICY CONDITIONS, under Condition A. CANCELLATION, with respect to a policy that is written to permit an audit, the following is added:

If you fail to submit to or allow an audit for the current or most recently expired term, we may cancel this policy subject to the following:

1. We will make two documented efforts to send you and your agent notification of potential cancellation. After the second notice has been sent, we have the right to cancel this policy by mailing or delivering a written notice of cancellation to the first Named Insured at least 10 days before the effective date of cancellation, but not within 20 days of the first documented effort.

2. If we cancel this policy based on your failure to submit to or allow an audit, we will send the written notice of cancellation to the first Named Insured at the last known mailing address by certified mail or statutory overnight delivery with return receipt requested.

E. In the COMMON POLICY CONDITIONS, under Condition C. CONCEALMENT, MISREPRESENTATION OR FRAUD paragraphs 1. through 3. are replaced by the following:

1. This policy is canceled in its entirety in any case of fraud, at any time, by you or your representative as it relates to this policy.

2. This policy is also canceled if you, your authorized representative or any other insured, at any time, conceal or misrepresent any material fact, or violate any material warranty, concerning:

   a. This policy, including your application for this policy;

   b. The Covered Property;

   c. Your interest in the Covered Property; or

   d. A claim under this policy.

3. We also have the right to rescind this policy based upon any other grounds provided by law.

F. **AMENDMENTS TO THE PREMIER BUSINESS-OWNERS PROPERTY COVERAGE FORM**

Under Section B. EXCLUSIONS, the following exclusion is added to paragraph 2.:

We will also not pay for loss or damage arising out of any act committed:

1. By or at the direction of any insured; and

2. With the intent to cause a loss.

HOWEVER, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

**Page 2 of 3**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **PB 90 10 05 17**

ACP BPHL3009294999                                   INSURED COPY                                              45     11591

PB 90 10 05 17

a. Is otherwise covered under this Policy; and

b. Arose out of an act of family violence by an insured, against whom a family violence complaint is brought for such act.

If we pay a claim to such innocent co-insured, our payment is limited to that insured's legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

G. In the PROPERTY LOSS CONDITIONS, paragraph 4. Legal Action Against Us, is replaced with:

4. **Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within two years after the date on which the direct physical loss or damage occurred.

## CONDOMINIUM OR TOWNHOUSE ASSOCIATION AMENDMENTS

If you are a Condominium or Townhouse Association, the following amendments also apply to you:

H. Under the CONDOMINIUM ASSOCIATION COVERAGE endorsement, form PB1701, paragraph C. is replaced by the following:

C. Under the PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM, the following is added to Section II. Who Is An Insured:

7. All agents of the condominium association.

8 All unit-owners and other persons entitled to occupy any unit or other portion of the condominium but only with respect to liability arising out of, or in connection with, the use, ownership, maintenance or repair of the common elements or other portion of the condominium which the association has the responsibility to maintain.

I. **AMENDMENTS TO THE DIRECTORS AND OFFICERS LIABILITY (COOPERATIVES OR CONDOMINIUMS ENDORSEMENTS**

1. If the Directors and Officers Liability (Cooperatives or Condominiums) Endorsement, form PB4100, is a part of this policy, paragraph A.4.i. is removed.

2. If the Directors and Officers Liability (Cooperatives or Condominiums) With Non-Monetary Relief Endorsement, form PB4151 is a part of this policy, paragraph A.4.h. is removed.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP BPHL3009294999   INSURED COPY   45   11592