IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| THE MEADOWS UNIT OWNERS' ASSOCIATION, INC., on its own behalf and on behalf of its members, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. 23102734 |
| v. | ) ) | |
| ALLIED INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

COMES NOW Defendant Allied Insurance Company of America, by and through the undersigned counsel, and hereby notifies all parties and the Court pursuant to 28 U.S.C. § 1446(d) of the removal of this action to the United States District Court for the Northern District of Georgia (Atlanta Division). A true and correct copy of Defendant's Notice of Removal is attached hereto as Exhibit A. Pursuant to 28 § 1446, all further proceedings in this Court are hereby stayed.

Respectfully submitted, this 12th day of May, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com

- 2 -

                                          Adam P. Reichel
                                          Georgia Bar No. 377812
                                          adam.reichel@fmglaw.com

                                          *Counsel for Defendant*
                                          *Allied Insurance Company of America*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **Notice of Filing Notice of Removal** with the clerk of court using the PeachCourt e-filing system, which will automatically send electronic mail notification and a copy of such filing to counsel of record who are CM/ECF participants, addressed as follows:

Steven T. Sanders
**Sanders & Beller, P.C.**
P.O. Box 801088
Acworth, GA 30101
steven@sandersbeller.com

This the 12th day of May, 2023

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
Adam P. Reichel
Georgia Bar No. 377812
adam.reichel@fmglaw.com

*Counsel for Defendant*
*Allied Insurance Company of America*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)