2023CV00782                                    e-Filed 3/30/2023 11:34 AM

*Tiki Brown*

**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Latasha Currie

# IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA
9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

_____

_____

_____

_____
                    Plaintiff

Vs.
                                                      _____
                                                      Case Number

_____

_____

_____
                    Defendant


## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S): DANNY BRIDGES
You are hereby summoned and required to file with the Clerk of said Court and serve upon
Plaintiff's Attorney, whose name and address is:




answer to the complaint which is herewith served upon you, within 30 days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will
be taken against you for the relief demanded in the complaint.

                              **TIKI BROWN**
                              **CLERK OF COURT**
                              **State Court of Clayton County**


By:_____
Deputy Clerk