2023CV00762                                          e-Filed 3/30/2023 11:34 AM

Tiki Brown
**IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA** Clerk of State Court
9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236   Clayton County, Georgia
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159               Latasha Currie

---

DARVIS BYNUM

_____
Plaintiff

4/12/23 @ 1620
#0785

Vs.

DANNY BRIDGES                                        Case Number

RYDER INTEGRATED LOGISTICS, INC.

ACE AMERICAN INSURANCE
COMPANY
_____
Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S): **RYDER INTEGRATED LOGISTICS, INC.**
You are hereby summoned and required to file with the Clerk of said Court and serve upon
Plaintiff's Attorney, whose name and address is:

James Palmer
Morgan & Morgan PLLC
1350 Church Street Extension
Suite 300
Marietta, Georgia 30060

answer to the complaint which is herewith served upon you, within 30 days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will
be taken against you for the relief demanded in the complaint.

**TIKI BROWN**
**CLERK OF COURT**
**State Court of Clayton County**

By:_____
Deputy Clerk