Case 1:23-mi-99999-UNA Document 1580-6 Filed 05/12/23 Page 1 of 1

2023CV00762 eFiled 4/25/2023 3:45 PM
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

## AFFIDAVIT OF SERVICE

**State of Georgia**  **County of Clayton**  **Civil Court**

Case Number: 2023CV00762

Plaintiff: **Darvis Bynum**
vs.
Defendant: **Danny Bridges, Ryder Integrated Logistics, Inc., and Ace American Insurance Company**

For:
James Palmer
Morgan & Morgan PLLC
1350 Church St
Ste 300
Marietta, GA 30060

Received by Ancillary Legal Corporation on the 12th day of April, 2023 at 1:45 pm to be served on **Ryder Integrated Logistics, Inc., 801 North US Highway 1, North Palm Beach, FL 33408.**

I, Marshall A. Bishop, being duly sworn, depose and say that on the **12th day of April, 2023** at **4:20 pm, I:**

served Ryder Integrated Logistics, Inc. by delivering a true copy of the **Summons, General Civil and Domestic Relations Case Filing Information Form, Complaint and Demand for Trial by Jury, Plaintiff's First Requests for Admissions to Defendant Ryder Integrated Logistics, Inc., Plaintiff's First Interrogatories to Defendant Ryder Integrated Logistics, Inc., Plaintiff's First Request for Production of Documents to Defendant Ryder Integrated Logistics, Inc., Rule 5.2 Certificate of Service** to: **Krystle Parker** as **Authorized to Accept** for Ryder Integrated Logistics, Inc., at the address of: **801 North US Highway 1, North Palm Beach, FL 33408.**

**Additional Information pertaining to this Service:**
4/12/2023 4:20 pm SERVED RYDER INTEGRATED LOGISTICS, INC.801 North US Highway 1, North Palm Beach, FL 33408

4-12-23 @ 4:20 PM SERVED KRYSTLE PARKER S.O.P. MANAGER FOR REGISTERED AGENT W/F 34, 5'6 150LBS, BLONDE HAIR

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 21 day of April 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

FRANCES E. DIXON
Commission # HH 273339
Expires July 8, 2026

Marshall A. Bishop
Process Server

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2023004304
Ref: DARVIS BYNUM

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n