# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIEL HAND,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BARNGROVER, TYSON FOODS, INC., and ACE AMERICAN AGENCY,<br>   Defendants. | Civil Action File No. _____ |

## DEFENDANTS' NOTICE OF REMOVAL

COMES NOW, Tyson Foods, Inc., Frank Barngrover and Ace American Agency (hereinafter "Defendants"), named defendants in the above-styled action, and file this Notice of Removal, respectfully showing this Court the following facts:

**1.**

Plaintiff Jamiel Hand (hereinafter "Plaintiff") filed suit against Defendants in the State Court of Fulton County, State of Georgia. This suit is styled as above and numbered Civil Action File No. 23-EV-001225. (*See generally* Plaintiff's Complaint, attached hereto within Exhibit "B").

**2.**

On April 12, 2023, Plaintiff responded to Defendants' discovery requests and indicated the amount in controversy in this matter exceeds $75,000.00. (Plaintiff's Responses to Defendants' Requests for Admissions, attached hereto).

**3.**

This Notice of Removal is filed within 30 days of Defendants' notice of this case being removable pursuant to the requirements of 28 U.S.C. § 1446(b)(3) and 28 U.S.C. § 1446(c)(3)(A).

**4.**

According to the Complaint, Plaintiff appears to be domiciled in and a resident of the Georgia.  (Plaintiff's Complaint, ¶ 1).

**5.**

Defendant Tyson Foods, Inc. is a foreign corporation with its principal place of business located in Arkansas.

**6.**

Defendant ACE American Insurance Company (improperly listed as ACE American Agency in the Complaint) is a foreign corporation with its principal place of business located in Philadelphia.

**7.**

Frank Barngrover is domiciled in and a resident of Cypress, Texas.

**8.**

Therefore, complete diversity exists between Plaintiff and Defendants. 28 U.S.C. § 1332(a)(1); 28 U.S.C. § 1332(a)(1); *Triggs v. John Crump Toyota, Inc.*, 154 F.3d 1284, 1287 (11th Cir. 1998).

**8.**

All defendants consent to the removal of this action. 28 U.S.C. § 1446(b)(2)(A).

**9.**

Thus, as shown above, the aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code § 1332 and, accordingly, is one which may be removed to this Court by Defendant pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 and is between citizens of different states.

**10.**

Defendants have filed its notice of filing notice of removal in Fulton County State Court, a copy of which is attached hereto as Exhibit "A". Defendants have

attached hereto a copy of the Summonses, Complaint, Requests for Production of Documents to Defendants, Interrogatories to Defendants, Requests for Admission to Defendants, Defendants' Requests for Production, Interrogatories, and Requests for Admission to Plaintiff, and Plaintiff's Response to Defendants' Requests for Admission, which are the only process, pleadings and/or orders in this case, such copy being marked Exhibit "B."

WHEREFORE, Defendants pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 12th day of May, 2023.

                          Respectfully submitted,
                          **SWIFT, CURRIE, McGHEE & HIERS, LLP**
                          */s/ Elizabeth L. Bentley*
By: _____
                          ELIZABETH L. BENTLEY, ESQ.
                          State Bar No.: 828730
                          **Swift, Currie, McGhee & Hiers, LLP**
                          1420 Peachtree Street NE, Suite 800
                          Atlanta, Georgia 30309
                          (404) 874-8800 Phone / (404) 888-6199 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIEL HAND,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BARNGROVER, TYSON FOODS, INC., and ACE AMERICAN AGENCY,<br>      Defendants. | Civil Action File No. _____ |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **Defendants' Notice of Removal** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system and by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record and parties as follows:

James Thomas Palmer, Esq.
MORGAN & MORGAN
1350 Church Street Extension
Suite 300
Marietta, GA 30060
*jtpalmer@forthepeople.com*
***Attorney for Plaintiff***

Stephanie V. Chavies, Esq.
Law Office of Andrews and Manganiello
100 Crescent Centre Parkway, Suite 950
Tucker, Georgia 30084
schavies@geico.com
***Attorney for GEICO***

This 12th day of May, 2023.

     Respectfully submitted,
     **SWIFT, CURRIE, McGHEE & HIERS, LLP**

     */s/ Elizabeth L. Bentley*
By: _____
     ELIZABETH L. BENTLEY, ESQ.
     State Bar No.: 828730
     **Swift, Currie, McGhee & Hiers, LLP**