# Exhibit A

Case 1:23-mi-99999-UNA   Document 1566-1   Filed 05/12/23   Page 2 of 4

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV001225**
**5/12/2023 3:40 PM**
**Donald Talley, Clerk**
**Civil Division**

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JAMIEL HAND,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BARNGROVER, and TYSON FOODS, INC., and ACE AMERICAN AGENCY, INC.,<br><br>    Defendants. | Civil Action File No. 23-EV-001225 |

**DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT**

COMES NOW, Tyson Foods, Inc., Frank Barngrover and Ace American Agency (hereinafter "Defendants"), named defendants in the above-styled action, and hereby give notice they filed a Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, on May 12, 2023. Pursuant to the provision cited, the State Court of Fulton County shall not proceed further with the case unless or until it is remanded back to the State Court by Order of the United States District Court.

Respectfully submitted this 12th day of May, 2023.

    By:   ***/s/ Elizabeth L. Bentley, Esq.***
              ELIZABETH L. BENTLEY, ESQ.
              State Bar No.: 828730
              *beth.bentley@swiftcurrie.com*
              ***Attorney for the Defendants***

**SWIFT, CURRIE, McGHEE & HIERS, LLP**
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
(404) 874-8800 Phone
(470) 600-5990 Fax

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JAMIEL HAND,<br><br>      Plaintiff,<br><br>v.<br><br>FRANK BARNGROVER, and TYSON FOODS, INC., and ACE AMERICAN AGENCY, INC.,<br><br>      Defendants. | Civil Action File No. 23-EV-001225 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendants' Notice of Filing Notice of Removal to Federal Court** upon all parties via the Odyssey E-File & Serve System which will automatically send an electronic copy of same to all counsel of record and parties as follows:

James Thomas Palmer, Esq.
MORGAN & MORGAN
1350 Church Street Extension
Suite 300
Marietta, GA 30060
jtpalmer@forthepeople.com
**Attorney for Plaintiff**

Stephanie V. Chavies, Esq.
LAW OFFICE OF ANDREWS AND MANGANIELLO
100 Crescent Centre Parkway, Suite 950
Tucker, Georgia 30084
schavies@geico.com
**Attorney for GEICO**

Respectfully submitted this 12th day of May, 2023.

**Signature on following page**

By: ***/s/ Elizabeth L. Bentley, Esq.***
ELIZABETH L. BENTLEY, ESQ.
State Bar No.: 828730
*beth.bentley@swiftcurrie.com*
***Attorney for the Defendants***

**SWIFT, CURRIE, McGHEE & HIERS, LLP**
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
(404) 874-8800 Phone
(470) 600-5990 Fax