# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIEL HAND,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BARNGROVER, TYSON FOODS, INC., and ACE AMERICAN AGENCY,<br>    Defendants. | Civil Action File No. _____ |

## DEFENDANT ACE AMERICAN AGENCY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      a. Tyson Foods, Inc.

      b. Plaintiff Jamiel Hand,

      c. Frank Barngrover, and

      d. Ace American Agency.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a. Other than individuals and entities who are parties to this case, there are no other persons, associations, firms, partnerships, or corporations known to Defendant Ace American Agency which either have a financial interest in this litigation or other interest which could be substantially affected.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. Elizabeth L. Bentley, Swift Currie McGhee & Hiers, LLP;

    b. James Thomas Palmer, Morgan & Morgan; and

    c. Stephanie V. Chavies, Law Office of Andrews and Manganiello.

This 12th day of May, 2023.

        Respectfully submitted,
        **SWIFT, CURRIE, McGHEE & HIERS, LLP**
        */s/ Elizabeth L. Bentley*
By: _____
        ELIZABETH L. BENTLEY, ESQ.
        State Bar No.: 828730

**Swift, Currie, McGhee & Hiers, LLP**
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
(404) 874-8800 Phone / (404) 888-6199 Fax
*beth.bentley@swiftcurrie.com*
***Attorneys for Defendants***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIEL HAND,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BARNGROVER, TYSON FOODS, INC., and ACE AMERICAN AGENCY,<br>　　　　Defendants. | Civil Action File No. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendant Ace American Agency's Certificate of Interested Persons and Corporate Disclosure Statement** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system and by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record and parties as follows:

James Thomas Palmer, Esq.
MORGAN & MORGAN
1350 Church Street Extension
Suite 300
Marietta, GA 30060
jtpalmer@forthepeople.com
***Attorney for Plaintiff***

Stephanie V. Chavies, Esq.
Law Office of Andrews and Manganiello
100 Crescent Centre Parkway, Suite 950
Tucker, Georgia 30084
schavies@geico.com
***Attorney for GEICO***

This 12th day of May, 2023.

Respectfully submitted,
**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By: */s/ Elizabeth L. Bentley*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
ELIZABETH L. BENTLEY, ESQ.
State Bar No.: 828730
**Swift, Currie, McGhee & Hiers, LLP**