# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FARHONDA ROBINSON,

                     Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC; and SANTANDER
CONSUMER USA INC.,

                     Defendants.

**Case No.:**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DICLOSURE STATEMENT**

      Pursuant to Local Rule 3.3, Plaintiff FaRhonda Robinson hereby submits her Certificate of Interested Parties and Corporate Disclosure Statement:

   1.  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of this party:

      FaRhonda Robinson – Plaintiff

      Equifax Information Services, LLC – Defendant

      Santander Consumer USA Inc. – Defendant

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest in which could be substantially affected by the outcome of this particular case:

N/A

3.  The undersigned further certifies that the following is a full and complete list of the persons serving as attorneys for the parties in this proceeding:

**CONSUMER ATTORNEYS**
Jenna Dakroub, GA # 385021
8245 N. 85th Way
Scottsdale, AZ 85258
Telephone: (602) 807-1525
Fax: (718) 715-1750
E: jdakroub@consumerattorneys.com

RESPECTFULLY SUBMITTED this 12th day of May 2023.

By: */s/ Jenna Dakroub*
Jenna Dakroub, GA #385021
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com
*Attorney for Plaintiff,*
*FaRhonda Robinson*