IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KAYLA KAOHU | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. |
| MARTEN TRANSPORT LOGISTICS, | ) | |
| LLC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Marten Transport Logistics, LLC ( "Defendant"), gives notice of the removal of this action from the State Court of Clayton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, based upon the following grounds:

**A.     This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.**

1.     Removal is proper because this Court has original jurisdiction over this case pursuant to Article III, Section 2, of the United States Constitution, and pursuant 28 U.S.C. § 1332(a)(2), as the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and because there is complete diversity of citizenship between the parties.

1

2.      Upon information and belief, Plaintiff Kayla Kaohu ("Plaintiff") is a citizen of Georgia. (Ex. 2, Compl. ¶ 1.)

3.      Defendant Marten Transport Logistics, LLC is a Delaware Limited Liability Company with a single member, Marten Transport Services, Ltd.

4.      Marten Transport Services, Ltd. is a foreign company organized and existing under the laws of Delaware, with its principal place of business in Wisconsin.

5.      The diversity requirement is met, because Plaintiff is a citizen of Georgia and Defendant is a citizen of Delaware and Wisconsin. *See* 28 U.S.C. § 1332; *Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017) ("When determining citizenship of the parties for diversity jurisdiction purposes, a limited liability company (LLC) is a citizen of every state that any member is a citizen of.").

6.      The amount in controversy exceeds $75,000, exclusive of interest and costs, based Plaintiff's response to Defendant's request that Plaintiff stipulate that the amount in controversy is $75,000.00 or less, where Plaintiff's counsel informed Defendant that the amount in controversy exceeds $75,000.00.

**B.      This Notice of Removal is timely filed.**

7.      Plaintiff originally filed this action on February 6, 2023 in Clayton County, Georgia, and it has been pending for less than one year.

8.    The case stated by Plaintiff's initial pleading was not removable because it did not establish that Plaintiff's amount in controversy exceeds $75,000.

9.    This Notice of Removal is timely filed because it was filed within thirty (30) days after Plaintiff responded to Defendant's proposed damages stipulation, which constitutes receipt by Defendant of an "other paper," "from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

**C.    Defendant otherwise complied with the removal statute.**

10.    Venue of this removal action is proper and this Notice of Removal is properly filed with the United States District Court for the Northern District of Georgia, as the State Court of Clayton County, Georgia is located in this federal judicial district. 28 U.S.C. § 1446(a).

11.    The undersigned counsel certifies that the Notice of Filing Notice of Removal is being contemporaneously timely filed with the Clerk of the State Court of Clayton County.

12.    A copy of this Notice of Removal, together with a copy of the Notice of Filing of Notice of Removal, will be served on Plaintiff's counsel simultaneously with its filing.

13.    The Civil Cover Sheet is attached to this Notice.

3

14.     All process, pleadings, notices, orders, and other documents that have been filed in the state court action are attached to this Notice of Removal as required by 28 U.S.C. § 1446(a). Undersigned counsel hereby verifies that that true and complete copies of such process, pleadings, notices, orders, and other documents are attached hereto:

a.     Complaint for Damages (filed February 6, 2023), is attached hereto as **Exhibit 1**;

b.     General Civil and Domestic Relations Case Filing Information Form (filed February 6, 2023), is attached hereto as **Exhibit 2**;

c.     Summons (filed February 21, 2023), is attached hereto as **Exhibit 3**;

d.     Notice of Appearance (filed March 23, 2023) is attached hereto as **Exhibit 4**;

16.     Pursuant to 28 U.S.C. § 1446(d) and Local Rule 3.6(b), Defendants will file a copy of the Amended Notice of Removal with the Clerk of the State Court of Clayton County, State of Georgia. A copy of the Notice of Removed Action to be filed in that court is attached hereto as **Exhibit 5**.

**WHEREFORE**, Defendant hereby requests that the action now pending against it in the State Court of Clayton County, State of Georgia, be removed to this United States District Court in and for the Northern District of Georgia.

4

DATED this 12th day of May 2023.

Respectfully submitted,

DICKINSON WRIGHT, PLLC

*/s/ Jeffrey W. Melcher*
Jeffrey W. Melcher
Georgia Bar No. 501180

424 Church Street, Suite 800            *Counsel for Defendant*
Nashville, TN 37219
Tel: (615)620-1701
Fax: (844) 670-6009
jmelcher@dickinsonwright.com

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the court in Local Rule 5.1C. This pleading has been prepared in Times New Roman font, 14-point.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2023, a true and exact copy of the foregoing was filed with the ECF system and all parties will receive notification via e-mail.

*/s/Jeffrey W. Melcher*
**Jeffrey W. Melcher**

# EXHIBIT 2

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
**Hannah Lowery**

KAYLA KAOHU,  }
      Plaintiff,  }
                         }
vs.  }        CIVIL ACTION NO. 2023CV00312
                              }
MARTEN TRANSPORT LOGISTICS, LLC,  }
      Defendant.  }

## **COMPLAINT FOR DAMAGES**

COME NOW, Plaintiff in the above-styled action and hereby show the Court the following:

1.

Plaintiff is a resident of Dekalb County and is a citizen of the State of Georgia.

2.

Defendant, Marten Transport Logistics, LLC, is a corporation located in Mondovi, WI. With a registered agent of C T Corporation System, 289 S. Culver St., Lawrenceville, Georgia 30046-4805, where they may be served with legal process.

3.

The claims asserted by Plaintiff against Defendant in this civil action arise out of an automobile incident which occurred in Clayton County, Georgia on March 9, 2021.

4.

Venue and jurisdiction are proper in this Court with respect to Defendant.

5.

Plaintiff Kayla Kaohu shows that she was the driver of a 2013 Dodge Charger, traveling on I-285 ramp at the I 75 North intersection, at the time of the collision giving rise to this lawsuit.

6.

Defendant Marten Transport Logistics, LLC was a large semi truck driven by an unknown person also traveling on I-285 ramp at the I 75 North intersection, at the time of the accident.

1

7.

Defendant negligently attempted to change lanes from the 2nd lane, from the left, to the 3rd lane from the left. The Plaintiff occupied the 3rd lane from the left. The Defendant's truck struck the Plaintiff's vehicle, but failed to stop for the incident. The negligence of the Defendant was the sole proximate cause of the collision and Plaintiff's resulting injuries.

8.

Plaintiff was not negligent in any way, Plaintiff's negligence did not equal or exceed any negligence on the part of the Defendant and Plaintiff's recovery should not be reduced under the comparative negligence rule.

9.

The negligence of Defendant Marten Transport Logistics, LLC is a failure to exercise the standard of care imposed by statute, and is negligence, *per se*, that is, negligence as a matter of law, as well as negligence as a matter of fact.

10.

As a result of the incident giving rise to this lawsuit, Plaintiff Kayla Kaohu suffered severe permanent and painful personal injuries to her body and mind from which she then suffered, now suffers and will continue to suffer as a result of the collision between the vehicle she was the driver of and Defendants' vehicle.

11.

Defendant was cited by the police for a contributing factor of Disregarding a stop sign/signal.

12.

By reason of the injuries sustained by Plaintiff in an effort to heal, cure, treat and attempt to relieve physical pain and suffering, the Plaintiff Kayla Kaohu has been and in the future will be obliged and compelled to incur and pay reasonable and considerable sums by way of physicians' services, surgery charges, prescription drugs, physical therapy, rehabilitative therapy and hospital expenses.

2

13.

All of Plaintiff, Kayla Kaohu's injuries, disfigurement and mental and physical pain and suffering were proximately caused by the tortious acts and omissions of the Defendant.

14.

Plaintiff, Kayla Kaohu, claims compensatory damages for all elements of the mental and physical pain and suffering which she has endured, continues to endure and will endure in the future, all as recognized under Georgia law, and for all other components of pain and suffering which are compensable under Georgia law.

15.

Plaintiff, Kayla Kaohu, claims damages for the past and future medical expenses incurred and to be incurred as a result of the injuries Plaintiff sustained due to Defendant's actions.

16.

Plaintiff, Kayla Kaohu, has suffered a permanent injury which has left her permanently impaired as a result of Defendant's negligence.

17.

Plaintiff, Kayla Kaohu, claims compensatory damages for all loss of wages and income both past, present, and future.

18.

Plaintiff, Kayla Kaohu, has suffered a loss of capacity to labor as a result of injuries arising out of the aforementioned incident.

19.

Plaintiff, Kayla Kaohu, has not been compensated for the damages to his vehicle which were sustained in the incident.

3

**WHEREFORE**, Plaintiff prays for the following relief:

(a)     That summons issue requiring the Defendant to appear as provided by law to answer this complaint;

(b)     That Plaintiff recovers damages sufficient to compensate her fully, fairly and completely for all of her losses compensable under Georgia law as set forth above;

(c)     That all costs be cast against the Defendant;

(d)     That the Plaintiff has judgment against Defendant for past, present and future medical expenses, loss of wages to include past, present and future, including loss of earning capacity, pain and suffering and loss of consortium; damages/repairs to his vehicle and

(e)     For such other and further relief as the Court shall deem just and proper.

This 22nd day of December, 2022.

Dimmock & Associates, LLC

William F. Heitmann III, Esq.
Georgia State Bar No. 343903

Dimmock & Associates, P.C.
3355 Lenox Road, Suite 750
Atlanta, Georgia 3036

4

Page 1 of 3

| Agency Case Number 21014562 | Agency NCIC No. 0310100 | GEORGIA MOTOR VEHICLE CRASH REPORT | County CLAYTON | Date Rec. by DOT 3/9/2021 |
|---|---|---|---|---|

**Estimated Crash**
Date 3/9/2021 | Time 19:48

**Dispatch**
Date 3/9/2021 | Time 19:48

**Arrival**
Date 3/9/2021 | Time 20:26

**Total Number of**
Vehicles 2 | Injuries 0 | Fatalities 0

**Inside City Of**
Unincorporated

**Road of Occurence** I 285 East RP

**At Its Intersection With** I 75 North

☐ Suppl. To Original?

**Not At Its Intersection But**
☐ Miles ☐ North ☐ East
☐ Feet ☐ South ☐ West

**Of**

☐ Private Property?

**Latitude (Y)** 33.634058 (Format) 00.00000

**Longitude (X)** -84.398903 (Format) -00.00000

☑ Hit And Run?

**Unit #** 1
☑ Driver ☐ Ped ☐ Bike
☑ Susp At Fault

| LAST NAME | FIRST | MIDDLE |
|---|---|---|

**Address**

**Unit #** 2
☑ Driver ☐ Ped ☐ Bike
☐ Susp At Fault

| LAST NAME KAOHU | FIRST KAYLA | MIDDLE |
|---|---|---|

**Address** 6813 MAIN ST

**City** | **State** | **Zip** | **DOB**

**City** LITHONIA (DEKALB) | **State** GA | **Zip** 30058 | **DOB** 1/31/1990

**Driver's License No** | **Class** | **State** | **Country**

**Driver's License No** 061275212 | **Class** CLASS C | **State** GA | **Country** USA

**Insurance Co.** | **Policy No.** | **Telephone No.**

**Insurance Co.** PROGRESSIVE PREMIER | **Policy No.** 935446681 | **Telephone No.** 6788834101

**Year** | **Make** 18 WHEELER | **Model**

**Year** 2013 | **Make** DODGE | **Model** CHARGER

**VIN** | **Vehicle Color**

**VIN** 2C3CDXAT0DH737773 | **Vehicle Color** Black

**Tag #** | **State** | **County** | **Year**

**Tag #** RVJ1442 | **State** GA | **County** DEKALB | **Year** 2022

**Trailer Tag #** | **State** | **County** | **Year**

**Trailer Tag #** | **State** | **County** | **Year**

☐ Same as Driver | **Owner's Last Name** | **First** | **Middle**

☑ Same as Driver | **Owner's Last Name** KAOHU | **First** KAYLA | **Middle**

**Address**

**Address** 6813 MAIN ST

**City** | **State** | **Zip**

**City** LITHONIA (DEKALB) | **State** GA | **Zip** 30058

**Removed By:** ☐ Request ☐ List

**Removed By:** ☐ Request ☐ List

**Alcohol Test:** | **Type:** | **Results:** | **Drug Test:** | **Type:** | **Results:**

**Alcohol Test:** No | **Type:** | **Results:** | **Drug Test:** No | **Type:** | **Results:**

**First Harmful Event:** Motor Vehicle In Motion | **Most Harmful Event:** Motor Vehicle In Motion | **Operator/Ped Cond:**

**First Harmful Event:** Motor Vehicle In Motion | **Most Harmful Event:** Motor Vehicle In Motion | **Operator/Ped Cond:** Not Drinking

**Operator Factors:** Changed Lanes Improperly

**Operator Factors:** No Contributing Factors

**Vehicle Factors:** | **Roadway Factors:** No Contributing Factors

**Vehicle Factors:** No Contributing Factors | **Roadway Factors:** No Contributing Factors

**Direction of Travel:** East | **Vehicle Maneuver:** | **Non-Motor Maneuver:**

**Direction of Travel:** East | **Vehicle Maneuver:** Straight | **Non-Motor Maneuver:**

**Vehicle Class:** | **Vehicle Type:** | **Vision Obscured:**

**Vehicle Class:** Privately Owned | **Vehicle Type:** Passenger Car | **Vision Obscured:** Not Obscured

**Number of Occupants:** | **Area of Initial Contact:** | **Damage to Vehicle:**

**Number of Occupants:** 1 | **Area of Initial Contact:** Left Side-Near Rear | **Damage to Vehicle:** Disabling Damage

**Traffic Way Flow:** Two-Way Trafficway with a physical barrier | **Road Composition:** Black Top | **Road Character:** Straight and Level

**Traffic Way Flow:** Two-Way Trafficway with a physical barrier | **Road Composition:** Black Top | **Road Character:** Straight and Level

**Number of Lanes:** 5 | **Posted Speed:** 70 | **Work Zone:** None

**Number of Lanes:** 5 | **Posted Speed:** 70 | **Work Zone:** None

**Traffic Control:** No Control Present | **Device Inoperative:** ☐ Yes ☑ No

**Traffic Control:** Lanes | **Device Inoperative:** ☐ Yes ☑ No

**Citation Information:**
Citation # _____ O.C.G.A. §
Citation # _____ O.C.G.A. §
Citation # _____ O.C.G.A. §

**Citation Information:**
Citation # _____ O.C.G.A. §
Citation # _____ O.C.G.A. §
Citation # _____ O.C.G.A. §

**COMMERCIAL MOTOR VEHICLES ONLY**

**COMMERCIAL MOTOR VEHICLES ONLY**

**Carrier Name**

**Carrier Name**

**Address** | **City** | **State** | **Zip**

**Address** | **City** | **State** | **Zip**

**U.S. D.O.T. #** | **No. of Axles** | **G.V.W.R**

**U.S. D.O.T. #** | **No. of Axles** | **G.V.W.R**

**Cargo Body Type** | **Vehicle Config.** | ☐ Interstate ☐ Intrastate | **Fed. Reportable** ☐ Yes ☐ No

**Cargo Body Type** | **Vehicle Config.** | ☐ Interstate ☐ Intrastate | **Fed. Reportable** ☐ Yes ☐ No

**C.D.L. ?** ☐ Yes ☐ No | **C.D.L. Suspended?** ☐ Yes ☐ No

**C.D.L. ?** ☐ Yes ☐ No | **C.D.L. Suspended?** ☐ Yes ☐ No

**Vehicle Placarded?** ☐ Yes ☐ No | **Hazardous Materials?** ☐ Yes ☐ No

**Vehicle Placarded?** ☐ Yes ☐ No | **Hazardous Materials?** ☐ Yes ☐ No

**Hazmat Released?** ☐ Yes ☐ No

**Hazmat Released?** ☐ Yes ☐ No

**If YES: Name or 4 Digit Number from Diamond or Box:**
One Digit Number from Bottom of Diamond:

**If YES: Name or 4 Digit Number from Diamond or Box:**
One Digit Number from Bottom of Diamond:

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

G-DOT-523 (07-17)

## COLLISION FIELDS

| Manner of Collision: | Location at Area of Impact: | Weather: | Surface Condition: | Light Condition: |
|---|---|---|---|---|
| Sideswipe-Same Direction | On Roadway - Roadway Intersection | Clear | Dry | Dark-Not Lighted |

## NARRATIVE

On 03/09/2021 at 2026hours, I responded to the incident location about an Auto Accident call. Upon my arrival, I made contact with Driver 2, who stated she was hit from the side in the center by driver 1, who was trying to move over into her lane. Driver 2 then said after she was struck by driver 1, Driver 1 left the scene and did not stop. After gathering all of drive 2 information, she was provided with a case number, and the scene was cleared.

Nothing Further.

## DIAGRAM

AO
V2
V1
N
Not To Scale

## PROPERTY DAMAGE INFORMATION

**Damage Other Than Vehicle:**

**Owner:**

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

## OCCUPANT INFORMATION

**1**

| Name (Last, First): KAOHU, KAYLA | | | | Address:  6813 MAIN ST  LITHONIA (DEKALB), GA 30058 | | | | |
|---|---|---|---|---|---|---|---|---|
| Age: 31 | Sex: Female | Unit # 2 | Position: Front Seat-Left Side | Safety Eq: Lap Belt Only Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | | By: | | EMS Notified Time: | EMS Arrival Time: | | Hospital Arrival Time: |

**2**

| Name (Last, First): | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | | By: | | EMS Notified Time: | EMS Arrival Time: | | Hospital Arrival Time: |

**3**

| Name (Last, First): | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | | By: | | EMS Notified Time: | EMS Arrival Time: | | Hospital Arrival Time: |

**4**

| Name (Last, First): | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | | By: | | EMS Notified Time: | EMS Arrival Time: | | Hospital Arrival Time: |

## ADMINISTRATIVE

Photos Taken: ☐ Yes ☑ No     By:

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: JACKSON, PTL. J. (28928) | Agency: Clayton Co Police Department | Report Date: 03/09/2021 22:29 | Checked By: Brown, Sgt. J. | Date Checked: 3/9/2021 |
|---|---|---|---|---|

# EXHIBIT 3

2023CV00312 e-Filed 2/6/2023 2:19 PM

## General Civil and Domestic Relations Case Filing Information Form

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Hannah Lowery

☐ Superior or ☑ State Court of ___CLAYTON___ County

| For Clerk Use Only | | |
|---|---|---|
| Date Filed ___2/6/2023___ **MM-DD-YYYY** | Case Number | 2023CV00312 |

### Plaintiff(s)

KAOHU          KAYLA

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

### Defendant(s)

MARTEN TRANSPORT LOGISTICS

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

Plaintiff's Attorney __William F. Heitmann III__    State Bar Number __343903__    Self-Represented ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☑ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Contract**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☐ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐   Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____       _____
       **Case Number**                **Case Number**

☑   I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐   Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____   **Language(s) Required**

☐   Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

# EXHIBIT 4

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Hannah Lowery

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

KAYLA KAOHU,                                 }
    Plaintiff,                              }
                                   }
vs.                                           }    CIVIL ACTION NO.   2023CV00312
                                   }
MARTEN TRANSPORT LOGISTICS, LLC,    }
    Defendant.                            }

## SUMMONS

TO:   Marten Transport Logistics, LLC via Registered agent C T Corporation System, 289 S. Culver St., Lawrenceville, Georgia, 30046-4805.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

<div align="center">
Dimmock & Associates, P.C.<br>
3355 Lenox Rd., Suite 750<br>
Atlanta, Georgia 30326
</div>

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This   21st   day of   February  , 2023.

Clerk of    State    Court

By   Hannah Lowery

# EXHIBIT 5

*Tiki Brown*

**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Latasha Currie

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| KAYLA KAOHU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2023CV00312 |
| | ) | |
| MARTEN TRASNPORT LOGISTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Take notice that attorney Jeffrey W. Melcher of Dickinson Wright PLLC, gives notice of representation of Defendant, MARTEN TRANSPORT LOGISTICS, LLC, in the above-captioned cause. This notice is not to be construed as a general appearance and Defendant does not waive any of its available defenses with the filing of this notice.

DATED this 23rd day of March, 2023.

Respectfully submitted,

DICKINSON WRIGHT, PLLC

/s/ Jeffrey W. Melcher
Jeffrey W. Melcher
Georgia Bar No. 501180

*Counsel for Defendant*

424 Church Street, Suite 800
Nashville, TN 37219
Tel: (615)620-1701
Fax: (844) 670-6009
jmelcher@dickinsonwright.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that the foregoing was served upon counsel of record for the Plaintiff via the Georgia Odyssey eFiling system, and by U.S. Mail to the following:

William F. Heitmann, III, Esq.
Dimmock & Associates, LLC
3355 Lenox Road, Suite 750
Atlanta, GA  30326

On March 23, 2023.

/s/ Jeffrey Melcher
Jeffrey W. Melcher

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

KAYLA KAOHU                              )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        CASE NO. 2023CV00312
                                        )
MARTEN TRANSPORT LOGISTICS, LLC.        )        JURY DEMANDED
                                        )
        Defendant.                      )
                                        )

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to Title 28 of the United States Code, Section 1446(d), Defendant Marten Transport Logistics, LLC ("Defendant"), hereby gives notice of the filing of a Notice of Removal, removing this action from this Court to the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of Defendant's Notice of Removal, filed May 12, 2023, in federal court, is attached hereto as **Exhibit A**. No further action need be taken by this Court, other than forwarding a complete copy of the record of this action to the United States District Court. 28 U.S.C. § 1446(d).

DATED this 12th day of May 2023.

Respectfully submitted,

DICKINSON WRIGHT, PLLC

*/s/ Jeffrey W. Melcher*
Jeffrey W. Melcher
Georgia Bar No. 501180

424 Church Street, Suite 800          *Counsel for Defendant*
Nashville, TN 37219
Tel: (615)620-1701
Fax: (844) 670-6009
jmelcher@dickinsonwright.com

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing was served upon counsel of record for the Plaintiff this 12th day of May, 2023 via the Georgia Odyssey eFiling system to the following:

William F. Heitmann III
Dimmock & Associates, P.C.
3355 Lenox Road, Suite 750
Atlanta, Georgia 30326


*/s/ Jeffrey Melcher*
Jeffrey W. Melcher

4893-6311-6093 v1 [38401-303]

2