# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CADDO SYSTEMS, INC. and 511 TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PROGRESS SOFTWARE CORPORATION <br><br> Defendant. | Misc. Action No. _____ <br><br> (Case No. 1:22-cv-10815 pending in the United States District Court for the District of Massachusetts) |

### DEFENDANT PROGRESS SOFTWARE CORPORATION'S MOTION TO QUASH PLAINTIFFS' THIRD-PARTY SUBPOENAS

Defendant Progress Software Corporation ("Progress"), by and through its undersigned counsel, moves pursuant to Federal Rules of Civil Procedure 45 and 26 to quash the *Subpoenas to Testify at a Deposition in a Civil Action* (the "Subpoenas") to SHI International Corp., ComponentSource Holding Corporation, Softchoice Corporation, Inc., dated May 1, 2023 and issued by Plaintiffs Caddo Systems, Inc. and 511 Technologies, Inc. ("Caddo").

As set forth in full in the accompanying Memorandum, Caddo's Subpoenas request from third-party resellers SHI International Corp., ComponentSource Holding Corporation, Softchoice Corporation, Inc. confidential and competitively

4879-0103-2035.v1

sensitive information about Progress's customers.  Caddo requested and moved to compel the same information from Progress, but the Issuing Court denied the motion, finding that the requested information was "significantly overbroad" and "not material to the issues in this case."[1]  Caddo's Subpoenas are an attempt to get around the Issuing Court's denial of Caddo's motion to compel this information and should be quashed.

Counsel for Progress in the Issuing Court met and conferred with counsel for Caddo concerning narrowing or withdrawing the subpoena; counsel for Caddo refused.

WHEREFORE, Progress respectfully requests that this Court enter an order:

1. relieving third-parties SHI International Corp., ComponentSource Holding Corporation, Softchoice Corporation, Inc. from having to respond to any Caddo subpoena pending further Court order;

2. prohibiting Caddo from contacting Progress's third-party resellers pending further Court order;

3. quashing the subpoena or, in the alternative, entering a protective order limiting the scope of the subpoena; and

4. entering any such further relief as the Court deems proper.

In the alternative or in addition to the relief requested above, Progress respectfully requests that this Court transfer proceedings concerning the Subpoenas

---

[1] Case No. 1:22-cv-10815, ECF No. 59 (D. Mass. May 5, 2023).

to the Issuing Court, the District of Massachusetts, in accordance with Federal Rule of Civil Procedure 45(f).  Transfer to the Issuing Court will promote judicial efficiency and reduce the risk for inconsistent rulings, including with respect to the prior orders of the Issuing Court.  Counsel for Progress has conferred with counsel for SHI International Corp. and ComponentSource Holding Corporation; counsel for those entities indicated that they consent to the transfer.  Counsel for Progress has been unsuccessful in reaching Softchoice Corporation, Inc.

Respectfully submitted this 12th day of May, 2023.

ARNALL GOLDEN GREGORY LLP

*/s/Aaron M. Danzig*
Aaron M. Danzig (GA Bar No. 205151)
171 17th Street NW
Suite 2100
Atlanta, GA  30363
404.873.8504 phone
404.873.8505 fax
aaron.danzig@agg.com

and

James R. Anderson (*admission pro hac vice application forthcoming*)
Proskauer
One International Place
Boston, MA 02110-2600
617.526.9851 phone
617.526.9899 fax

3

        jaanderson@proskauer.com

*Attorneys for Defendant Progress Software Corporation*

4879-0103-2035.v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed served on the following counsel of record via email:

Raymond P. Ausrotas
William F. McGonigle
ARROWOOD LLP
10 Post Office Square, 7th Floor South
Boston, MA 02109
RAusrotas@arrowoodllp.com
wmcgonigle@arrowoodllp.com

Alex Chan
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
achan@devlinlawfirm.com

SHI International Corp.
c/o Kevin C. McCann, General Counsel
290 Davidson Avenue
Somerset, NJ 08873
kevin_mccann@shi.com

ComponentSource Holding Corporation
c/o Mackenzie Martin, Partner
BakerMcKenzie
1900 N. Pearl Street, Suite 1500
Dallas, TX 75238
Mackenzie.Martin@bakermckenzie.com

Softchoice Corporation, Inc.
Habeeb Syed
680 Engineering Drive, Suite 100
Norcross, GA 30092
habeeb.syed@softchoice.com

This 12th day of May, 2023.

*/s/ Aaron M. Danzig*
Aaron M. Danzig

4879-0103-2035.v1

4879-0103-2035.v1