# EXHIBIT 2

| | |
|---|---|
| **From:** | Jill Callaghan <jcallaghan@devlinlawfirm.com> |
| **Sent:** | Monday, May 1, 2023 11:55 AM |
| **To:** | Cabral, Colin G.; Anderson, James; PRDocketing |
| **Cc:** | Caddo-Attys Intl; DLF-Lit Paras; Raymond P. Ausrotas; William McGonigle |
| **Subject:** | Caddo v. Progress, No. 1:22-cv-10815 - Subpoenas |
| **Attachments:** | 2023-05-01 Caddo v. Progress - Subpoena to Component Source.pdf; 2023-05-01 Caddo v. Progress - Subpoena to SHI.pdf; 2023-05-01 Caddo v. Progress - Subpoena to Softchoice.pdf; 2023-05-01 Caddo v. Progress - Subpoena to Climb Channel Solutions.pdf; 2023-05-01 Caddo v. Progress - Subpoena to Insight.pdf |

*This email originated from outside the Firm.*

Counsel,

Attached for service please find the following subpoenas to be served in connection with the above-referenced matter:

- *Subpoena to Testify at a Deposition in a Civil Action to ComponentSource Holding Corporation;*
- *Subpoena to Testify at a Deposition in a Civil Action to SHI International Corporation;*
- *Subpoena to Testify at a Deposition in a Civil Action to Softchoice Corporation;*
- *Subpoena to Testify at a Deposition in a Civil Action to Climb Channel Solutions, Inc.;*
- *Subpoena to Testify at a Deposition in a Civil Action to Insight Enterprises, Inc.*

Thank you,
Jill



Jill Callaghan
1526 Gilpin Ave, Wilmington, DE 19806
(302) 355-3656