# EXHIBIT 6

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered on 3/23/2023 at 4:02 PM EDT and filed on 3/23/2023

| | |
|---|---|
| **Case Name:** | Caddo Systems, Inc. et al v. Progress Software Corporation |
| **Case Number:** | 1:22-cv-10815-WGY |
| **Filer:** | |
| **Document Number:** | 51(No document attached) |

**Docket Text:**
**Electronic Clerk's Notes for proceedings held before Judge William G. Young: Markman Hearing held on 3/23/2023. The Court confirms with counsel there are seven claim terms to construe. The Court confirms terms for claims 1-5 and 7, claim 6 is taken under advisement. A memorandum to enter. The Court enters an order denying [40] Motion to Compel. (Court Reporter: Richard Romanow at bulldog@richromanow.com.)(Attorneys present: Attorneys Chan and McGonigle for the plaintiffs and Attorney Anderson for the defendant) (Gaudet, Jennifer)**


**1:22-cv-10815-WGY Notice has been electronically mailed to:**

Raymond P. Ausrotas     rausrotas@arrowoodllp.com, JLineman@arrowoodllp.com

James R. Anderson     jaanderson@proskauer.com, james-anderson-2816@ecf.pacerpro.com, prdocketing@proskauer.com

William F. McGonigle, III     wmcgonigle@arrowoodllp.com, lmacdonald@arrowoodllp.com

Alex Chan     achan@devlinlawfirm.com, dlflitparas@devlinlawfirm.com, vmccarty@devlinlawfirm.com

**1:22-cv-10815-WGY Notice will not be electronically mailed to:**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 4/6/2023 at 9:52 AM EDT and filed on 4/6/2023

| | |
|---|---|
| **Case Name:** | Caddo Systems, Inc. et al v. Progress Software Corporation |
| **Case Number:** | 1:22-cv-10815-WGY |
| **Filer:** | |
| **Document Number:** | 56(No document attached) |

**Docket Text:**
**Judge William G. Young: ENDORSED ORDER entered denying [44] Motion to Amend**

**Motion denied as untimely and lacking good cause. This motion appears to have been spurred by this Court's denial of Caddo's overbroad discovery requests.**

**(Sonnenberg, Elizabeth)**

**1:22-cv-10815-WGY Notice has been electronically mailed to:**

Raymond P. Ausrotas    rausrotas@arrowoodllp.com, JLineman@arrowoodllp.com

James R. Anderson    jaanderson@proskauer.com, james-anderson-2816@ecf.pacerpro.com, prdocketing@proskauer.com

William F. McGonigle, III    wmcgonigle@arrowoodllp.com, lmacdonald@arrowoodllp.com

Alex Chan    achan@devlinlawfirm.com, dlflitparas@devlinlawfirm.com, vmccarty@devlinlawfirm.com

Adam Joshua Woodward    awoodward@devlinlawfirm.com

**1:22-cv-10815-WGY Notice will not be electronically mailed to:**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 5/5/2023 at 11:24 AM EDT and filed on 5/5/2023

| | |
|---|---|
| **Case Name:** | Caddo Systems, Inc. et al v. Progress Software Corporation |
| **Case Number:** | 1:22-cv-10815-WGY |
| **Filer:** | |
| **Document Number:** | 59(No document attached) |

**Docket Text:**
**Judge William G. Young: ENDORSED ORDER entered denying [54] Motion**

**In further explanation of the Court's reasoning:**

**The materials sought to be compelled are significantly overbroad and seek categories of material not material to the issues in this case.**

**(Sonnenberg, Elizabeth)**

**1:22-cv-10815-WGY Notice has been electronically mailed to:**

Raymond P. Ausrotas     rausrotas@arrowoodllp.com, JLineman@arrowoodllp.com

James R. Anderson     jaanderson@proskauer.com, james-anderson-2816@ecf.pacerpro.com, prdocketing@proskauer.com

William F. McGonigle, III     wmcgonigle@arrowoodllp.com, lmacdonald@arrowoodllp.com

Alex Chan     achan@devlinlawfirm.com, dlflitparas@devlinlawfirm.com, vmccarty@devlinlawfirm.com

Adam Joshua Woodward     awoodward@devlinlawfirm.com

**1:22-cv-10815-WGY Notice will not be electronically mailed to:**