# Exhibit C

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  6053



**BILL TO**
Premier Labs
Premier 1 Labs LLC
535 S Nolen Drive
Suite 100
Southlake, TX  76092

| DATE | PLEASE PAY | DUE DATE |
|------|-----------|----------|
| 12/16/2022 | **$369.30** | 01/15/2023 |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK (4 X 2pk or 8 individual tests per order).  Quantity is by the order. | 248 | 30.00 | 7,440.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 2 | -30.00 | -60.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 2 | 4.65 | 9.30 |

|  | |
|---|---|
| SUBTOTAL | 7,389.30 |
| TAX | 0.00 |
| TOTAL | 7,389.30 |
| PAYMENT | 7,020.00 |
| **TOTAL DUE** | **$369.30** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8307



**BILL TO**
Premier Labs
Premier 1 Labs LLC
535 S Nolen Drive
Suite 100
Southlake, TX  76092

| DATE | PLEASE PAY | DUE DATE |
|------|-----------|----------|
| 12/16/2022 | **$203.25** | 01/15/2023 |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK (4 X 2pk or 8 individual tests per order).  Quantity is by the order. | 158 | 30.00 | 4,740.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 5 | -30.00 | -150.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 5 | 4.65 | 23.25 |

| | |
|---|---|
| SUBTOTAL | 4,613.25 |
| TAX | 0.00 |
| TOTAL | 4,613.25 |
| PAYMENT | 4,410.00 |
| **TOTAL DUE** | **$203.25** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8308



**BILL TO**
Premier Labs
Premier 1 Labs LLC
535 S Nolen Drive
Suite 100
Southlake, TX  76092

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/16/2022 | **$348.60** | 01/15/2023 |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 166 | 30.00 | 4,980.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 4 | -30.00 | -120.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 4 | 4.65 | 18.60 |

| | |
|---|---|
| SUBTOTAL | 4,878.60 |
| TAX | 0.00 |
| TOTAL | 4,878.60 |
| PAYMENT | 4,530.00 |
| **TOTAL DUE** | **$348.60** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8309



**BILL TO**
Premier Labs
Premier 1 Labs LLC
535 S Nolen Drive
Suite 100
Southlake, TX  76092

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/16/2022 | **$1,569.75** | 01/15/2023 |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 650 | 30.00 | 19,500.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 15 | -30.00 | -450.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 15 | 4.65 | 69.75 |

| | |
|---|---|
| SUBTOTAL | 19,119.75 |
| TAX | 0.00 |
| TOTAL | 19,119.75 |
| PAYMENT | 17,550.00 |
| **TOTAL DUE** | **$1,569.75** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8310



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$69.30** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 26 | 30.00 | 780.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 2 | -30.00 | -60.00 |
| Shipping | Shipping charges for returned product by order quantity. | 2 | 4.65 | 9.30 |

| | |
|---|---|
| SUBTOTAL | 729.30 |
| TAX | 0.00 |
| TOTAL | 729.30 |
| PAYMENT | 660.00 |
| **TOTAL DUE** | **$69.30** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8312



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$390.45** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 353 | 30.00 | 10,590.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 13 | -30.00 | -390.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 13 | 4.65 | 60.45 |

| | |
|---|---|
| SUBTOTAL | 10,260.45 |
| TAX | 0.00 |
| TOTAL | 10,260.45 |
| PAYMENT | 9,870.00 |
| **TOTAL DUE** | **$390.45** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8313



| BILL TO | SHIP TO | DATE | PLEASE PAY | DUE DATE |
|---------|---------|------|------------|----------|
| Premier Labs | Premier Labs | 12/16/2022 | **$1,646.25** | 01/15/2023 |
| Premier 1 Labs LLC | Premier 1 Labs LLC | | | |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|-------------|-----|------|--------|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 1,001 | 30.00 | 30,030.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 25 | -30.00 | -750.00 |
| Shipping | Shipping charges for returned product by order quantity. | 25 | 4.65 | 116.25 |

| | |
|---|---|
| SUBTOTAL | 29,396.25 |
| TAX | 0.00 |
| TOTAL | 29,396.25 |
| PAYMENT | 27,750.00 |
| **TOTAL DUE** | **$1,646.25** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

Concentric Health Alliance Inc
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8314



| BILL TO | SHIP TO |
|---|---|
| Premier Labs | Premier Labs |
| Premier 1 Labs LLC | Premier 1 Labs LLC |
| 535 S Nolen Drive | 535 S Nolen Drive |
| Suite 100 | Suite 100 |
| Southlake, TX  76092 | Southlake, TX  76092 |

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/16/2022 | $39.30 | 01/15/2023 |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 176 | 30.00 | 5,280.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 2 | -30.00 | -60.00 |
| Shipping | Shipping charges for returned product by order quantity. | 2 | 4.65 | 9.30 |

| | |
|---|---|
| SUBTOTAL | 5,229.30 |
| TAX | 0.00 |
| TOTAL | 5,229.30 |
| PAYMENT | 5,190.00 |
| TOTAL DUE | $39.30 |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8315



| BILL TO | SHIP TO | | |
|---|---|---|---|
| Premier Labs | Premier Labs | | |
| Premier 1 Labs LLC | Premier 1 Labs LLC | | |
| 535 S Nolen Drive | 535 S Nolen Drive | | |
| Suite 100 | Suite 100 | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | |

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/16/2022 | **$464.40** | 01/15/2023 |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 1,222 | 30.00 | 36,660.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 16 | -30.00 | -480.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 16 | 4.65 | 74.40 |

| | |
|---|---|
| SUBTOTAL | 36,254.40 |
| TAX | 0.00 |
| TOTAL | 36,254.40 |
| PAYMENT | 35,790.00 |
| **TOTAL DUE** | **$464.40** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

Concentric Health Alliance Inc
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8316



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$115.80** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 742 | 30.00 | 22,260.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 12 | -30.00 | -360.00 |
| Shipping | Shipping charges for returned product by order quantity. | 12 | 4.65 | 55.80 |

| | |
|---|---|
| SUBTOTAL | 21,955.80 |
| TAX | 0.00 |
| TOTAL | 21,955.80 |
| PAYMENT | 21,840.00 |
| **TOTAL DUE** | **$115.80** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8317



| BILL TO | SHIP TO |
|---|---|
| Premier Labs | Premier Labs |
| Premier 1 Labs LLC | Premier 1 Labs LLC |
| 535 S Nolen Drive | 535 S Nolen Drive |
| Suite 100 | Suite 100 |
| Southlake, TX  76092 | Southlake, TX  76092 |

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/16/2022 | **$226.50** | 01/15/2023 |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 371 | 30.00 | 11,130.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 10 | -30.00 | -300.00 |
| Shipping | Shipping charges for returned product by order quantity. | 10 | 4.65 | 46.50 |

| | |
|---|---|
| SUBTOTAL | 10,876.50 |
| TAX | 0.00 |
| TOTAL | 10,876.50 |
| PAYMENT | 10,650.00 |
| **TOTAL DUE** | **$226.50** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8318



| BILL TO | SHIP TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|---|
| Premier Labs | Premier Labs | 12/16/2022 | **$182.55** | 01/15/2023 |
| Premier 1 Labs LLC | Premier 1 Labs LLC | | | |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 446 | 30.00 | 13,380.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 7 | -30.00 | -210.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 7 | 4.65 | 32.55 |

| | |
|---|---|
| SUBTOTAL | 13,202.55 |
| TAX | 0.00 |
| TOTAL | 13,202.55 |
| PAYMENT | 13,020.00 |
| **TOTAL DUE** | **$182.55** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8319



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | DATE | PLEASE PAY | DUE DATE |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$4.65** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 120 | 30.00 | 3,600.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 1 | -30.00 | -30.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 1 | 4.65 | 4.65 |

| | | |
|---|---|---|
| SUBTOTAL | | 3,574.65 |
| TAX | | 0.00 |
| TOTAL | | 3,574.65 |
| PAYMENT | | 3,570.00 |
| **TOTAL DUE** | | **$4.65** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8320



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$7,256.25** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 844 | 30.00 | 25,320.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 25 | -30.00 | -750.00 |
| Shipping | Shipping charges for returned product by order quantity. | 25 | 4.65 | 116.25 |

| | |
|---|---|
| SUBTOTAL | 24,686.25 |
| TAX | 0.00 |
| TOTAL | 24,686.25 |
| PAYMENT | 17,430.00 |
| **TOTAL DUE** | **$7,256.25** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8321



| BILL TO | SHIP TO |
|---|---|
| Premier Labs | Premier Labs |
| Premier 1 Labs LLC | Premier 1 Labs LLC |
| 535 S Nolen Drive | 535 S Nolen Drive |
| Suite 100 | Suite 100 |
| Southlake, TX  76092 | Southlake, TX  76092 |

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/16/2022 | **$11,700.90** | 01/15/2023 |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 1,255 | 30.00 | 37,650.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 26 | -30.00 | -780.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 26 | 4.65 | 120.90 |

| | | |
|---|---|---|
| SUBTOTAL | | 36,990.90 |
| TAX | | 0.00 |
| TOTAL | | 36,990.90 |
| PAYMENT | | 25,290.00 |
| | | |
| TOTAL DUE | | **$11,700.90** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

Concentric Health Alliance Inc
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8322



| BILL TO | SHIP TO | | | |
|---------|---------|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$3,854.40** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 487 | 30.00 | 14,610.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 16 | -30.00 | -480.00 |
| Shipping | Shipping charges for returned product by order quantity. | 16 | 4.65 | 74.40 |

| | |
|---|---|
| SUBTOTAL | 14,204.40 |
| TAX | 0.00 |
| TOTAL | 14,204.40 |
| PAYMENT | 10,350.00 |
| **TOTAL DUE** | **$3,854.40** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

Concentric Health Alliance Inc
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8323



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$978.60** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 135 | 30.00 | 4,050.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 4 | -30.00 | -120.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 4 | 4.65 | 18.60 |

| | |
|---|---|
| SUBTOTAL | 3,948.60 |
| TAX | 0.00 |
| TOTAL | 3,948.60 |
| PAYMENT | 2,970.00 |
| **TOTAL DUE** | **$978.60** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

Concentric Health Alliance Inc
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8324



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$5,084.40** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 570 | 30.00 | 17,100.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 16 | -30.00 | -480.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 16 | 4.65 | 74.40 |

| | |
|---|---|
| SUBTOTAL | 16,694.40 |
| TAX | 0.00 |
| TOTAL | 16,694.40 |
| PAYMENT | 11,610.00 |
| **TOTAL DUE** | **$5,084.40** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8325



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | DATE | PLEASE PAY | DUE DATE |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | $32,730.90 | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 1,113 | 30.00 | 33,390.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 26 | -30.00 | -780.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 26 | 4.65 | 120.90 |

|  | |
|---|---|
| SUBTOTAL | 32,730.90 |
| TAX | 0.00 |
| TOTAL | 32,730.90 |
| | |
| **TOTAL DUE** | **$32,730.90** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8326



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | DATE | PLEASE PAY | DUE DATE |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$50,346.00** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 1,712 | 30.00 | 51,360.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 40 | -30.00 | -1,200.00 |
| Shipping | Shipping charges for returned product by order quantity. | 40 | 4.65 | 186.00 |

|  | |
|---|---|
| SUBTOTAL | 50,346.00 |
| TAX | 0.00 |
| TOTAL | 50,346.00 |

| TOTAL DUE | **$50,346.00** |
|---|---|

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8327



| BILL TO | SHIP TO |
|---|---|
| Premier Labs | Premier Labs |
| Premier 1 Labs LLC | Premier 1 Labs LLC |
| 535 S Nolen Drive | 535 S Nolen Drive |
| Suite 100 | Suite 100 |
| Southlake, TX  76092 | Southlake, TX  76092 |

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/16/2022 | $600.00 | 01/15/2023 |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 20 | 30.00 | 600.00 |

|  |  |
|---|---|
| SUBTOTAL | 600.00 |
| TAX | 0.00 |
| TOTAL | 600.00 |

| TOTAL DUE | $600.00 |
|---|---|

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8328



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | | | |
| Premier 1 Labs LLC | Premier 1 Labs LLC | DATE | PLEASE PAY | DUE DATE |
| 535 S Nolen Drive | 535 S Nolen Drive | 12/16/2022 | $5,563.95 | 01/15/2023 |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 188 | 30.00 | 5,640.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 3 | -30.00 | -90.00 |
| Shipping | Shipping charges for returned product by order quantity. | 3 | 4.65 | 13.95 |

| | |
|---|---|
| SUBTOTAL | 5,563.95 |
| TAX | 0.00 |
| TOTAL | 5,563.95 |
| **TOTAL DUE** | **$5,563.95** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8329



| BILL TO | SHIP TO |
|---|---|
| Premier Labs | Premier Labs |
| Premier 1 Labs LLC | Premier 1 Labs LLC |
| 535 S Nolen Drive | 535 S Nolen Drive |
| Suite 100 | Suite 100 |
| Southlake, TX  76092 | Southlake, TX  76092 |

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/16/2022 | **$1,350.00** | 01/15/2023 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** SARS-COV-2 ANTIGEN TESTING PACK | 63 | 30.00 | 1,890.00 |

| | |
|---|---|
| SUBTOTAL | 1,890.00 |
| TAX | 0.00 |
| TOTAL | 1,890.00 |
| PAYMENT | 540.00 |
| **TOTAL DUE** | **$1,350.00** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8330



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$12,545.10** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 435 | 30.00 | 13,050.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 14 | -30.00 | -420.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 14 | 4.65 | 65.10 |

| | |
|---|---|
| SUBTOTAL | 12,695.10 |
| TAX | 0.00 |
| TOTAL | 12,695.10 |
| PAYMENT | 150.00 |
| **TOTAL DUE** | **$12,545.10** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

Concentric Health Alliance Inc
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8331



| BILL TO | SHIP TO |
|---|---|
| Premier Labs | Premier Labs |
| Premier 1 Labs LLC | Premier 1 Labs LLC |
| 535 S Nolen Drive | 535 S Nolen Drive |
| Suite 100 | Suite 100 |
| Southlake, TX  76092 | Southlake, TX  76092 |

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/16/2022 | **$39,927.75** | 01/15/2023 |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 1,329 | 30.00 | 39,870.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 35 | -3.00 | -105.00 |
| Shipping | Shipping charges for returned product by order quantity. | 35 | 4.65 | 162.75 |

| | |
|---|---|
| SUBTOTAL | 39,927.75 |
| TAX | 0.00 |
| TOTAL | 39,927.75 |
| **TOTAL DUE** | **$39,927.75** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8332



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$121,982.70** | 02/14/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 4,132 | 30.00 | 123,960.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 78 | -30.00 | -2,340.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 78 | 4.65 | 362.70 |

| | | |
|---|---|---|
| SUBTOTAL | | 121,982.70 |
| TAX | | 0.00 |
| TOTAL | | 121,982.70 |
| **TOTAL DUE** | | **$121,982.70** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8333



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$50,802.75** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 1,723 | 30.00 | 51,690.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 35 | -30.00 | -1,050.00 |
| Shipping | | 35 | 4.65 | 162.75 |

|  |  |
|---|---|
| SUBTOTAL | 50,802.75 |
| TAX | 0.00 |
| TOTAL | 50,802.75 |
| **TOTAL DUE** | **$50,802.75** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8334



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$66,181.05** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 2,288 | 30.00 | 68,640.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 97 | -30.00 | -2,910.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 97 | 4.65 | 451.05 |

| | |
|---|---|
| SUBTOTAL | 66,181.05 |
| TAX | 0.00 |
| TOTAL | 66,181.05 |

**TOTAL DUE**          **$66,181.05**

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

## Invoice  8335



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$270.00** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 9 | 30.00 | 270.00 |

| | |
|---|---|
| SUBTOTAL | 270.00 |
| TAX | 0.00 |
| TOTAL | 270.00 |
| **TOTAL DUE** | **$270.00** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8336



| BILL TO | SHIP TO |
|---|---|
| Premier Labs | Premier Labs |
| Premier 1 Labs LLC | Premier 1 Labs LLC |
| 535 S Nolen Drive | 535 S Nolen Drive |
| Suite 100 | Suite 100 |
| Southlake, TX  76092 | Southlake, TX  76092 |

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/16/2022 | **$90.00** | 01/15/2023 |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 3 | 30.00 | 90.00 |

| | |
|---|---|
| SUBTOTAL | 90.00 |
| TAX | 0.00 |
| TOTAL | 90.00 |

**TOTAL DUE**          **$90.00**

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8337



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$82,976.25** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 2,787 | 30.00 | 83,610.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 25 | -30.00 | -750.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 25 | 4.65 | 116.25 |

| | |
|---|---|
| SUBTOTAL | 82,976.25 |
| TAX | 0.00 |
| TOTAL | 82,976.25 |
| **TOTAL DUE** | **$82,976.25** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8338



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | DATE | PLEASE PAY | DUE DATE |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$72,951.60** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 2,452 | 30.00 | 73,560.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 24 | -30.00 | -720.00 |
| Shipping | Shipping charges for returned product by order quantity. | 24 | 4.65 | 111.60 |

| | | |
|---|---|---|
| SUBTOTAL | | 72,951.60 |
| TAX | | 0.00 |
| TOTAL | | 72,951.60 |

TOTAL DUE  **$72,951.60**

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8339



| BILL TO | SHIP TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|---|
| Premier Labs | Premier Labs | 12/16/2022 | **$67,680.45** | 01/15/2023 |
| Premier 1 Labs LLC | Premier 1 Labs LLC | | | |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 2,267 | 30.00 | 68,010.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 13 | -30.00 | -390.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 13 | 4.65 | 60.45 |

|  | |
|---|---|
| SUBTOTAL | 67,680.45 |
| TAX | 0.00 |
| TOTAL | 67,680.45 |

| TOTAL DUE | **$67,680.45** |
|---|---|

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8340



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | DATE | PLEASE PAY | DUE DATE |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$45,803.25** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 1,531 | 30.00 | 45,930.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 5 | -30.00 | -150.00 |
| Shipping | Shipping charges for returned product by order quantity. | 5 | 4.65 | 23.25 |

|  | |
|---|---|
| SUBTOTAL | 45,803.25 |
| TAX | 0.00 |
| TOTAL | 45,803.25 |
| **TOTAL DUE** | **$45,803.25** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8341



| BILL TO | SHIP TO |
|---|---|
| Premier Labs | Premier Labs |
| Premier 1 Labs LLC | Premier 1 Labs LLC |
| 535 S Nolen Drive | 535 S Nolen Drive |
| Suite 100 | Suite 100 |
| Southlake, TX  76092 | Southlake, TX  76092 |

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/16/2022 | **$3,270.00** | 01/15/2023 |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 109 | 30.00 | 3,270.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 3,270.00 |
| TAX | | 0.00 |
| TOTAL | | 3,270.00 |
| **TOTAL DUE** | | **$3,270.00** |

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8342



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$84,699.75** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 2,836 | 30.00 | 85,080.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 15 | -30.00 | -450.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 15 | 4.65 | 69.75 |

| | | |
|---|---|---|
| SUBTOTAL | | 84,699.75 |
| TAX | | 0.00 |
| TOTAL | | 84,699.75 |

**TOTAL DUE**          **$84,699.75**

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8343



| BILL TO | SHIP TO | | | |
|---------|---------|--|--|--|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$107,391.60** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|--|-------------|-----|------|--------|
| **iHealth Labs Covid 19 Rapid Antigen Test -** | SARS-COV-2 ANTIGEN TESTING PACK | 3,600 | 30.00 | 108,000.00 |
| **iHealth Labs Covid 19 Rapid Antigen Test -** | Adjustment for returned product by order quantity. | 24 | -30.00 | -720.00 |
| **Shipping** | Shipping charges for returned product by order quantity. | 24 | 4.65 | 111.60 |

| | | |
|--|--|--|
| SUBTOTAL | | 107,391.60 |
| TAX | | 0.00 |
| TOTAL | | 107,391.60 |

**TOTAL DUE**        **$107,391.60**

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44

**Concentric Health Alliance Inc**
1100 Peachtree Street NE #250
Atlanta, GA  30309
+1 9842041637

# Invoice  8344



| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Premier Labs | Premier Labs | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Premier 1 Labs LLC | Premier 1 Labs LLC | 12/16/2022 | **$91,182.30** | 01/15/2023 |
| 535 S Nolen Drive | 535 S Nolen Drive | | | |
| Suite 100 | Suite 100 | | | |
| Southlake, TX  76092 | Southlake, TX  76092 | | | |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| iHealth Labs Covid 19 Rapid Antigen Test - | SARS-COV-2 ANTIGEN TESTING PACK | 3,058 | 30.00 | 91,740.00 |
| iHealth Labs Covid 19 Rapid Antigen Test - | Adjustment for returned product by order quantity. | 22 | -30.00 | -660.00 |
| Shipping | Shipping charges for returned product by order quantity. | 22 | 4.65 | 102.30 |

|  | |
|---|---|
| SUBTOTAL | 91,182.30 |
| TAX | 0.00 |
| TOTAL | 91,182.30 |

**TOTAL DUE**                          **$91,182.30**

THANK YOU.

Wire/ACH Instructions:

Beneficiary: Concentric Health Alliance
Address: 1100 Peachtree St. NE, Suite 250, Atlanta, GA 30309

Institution: CIBC Bank USA
Branch Location: 120 South LaSalle Street
Chicago, IL 60603
ACH Routing # 0710-0648-6
Wire Routing # 0710-0648-6
Account # 2619229
SWIFT Code:  PVTBUS44