# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CONCENTRIC HEALTH ALLIANCE, INC., ) ) ) ) Plaintiff, ) ) v. ) ) PREMIER 1 LABS, LLC, ) ) ) ) Defendant. ) ) | CIVIL ACTION FILE NO. _____ |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Concentric Health Alliance, Inc. ("Concentric") hereby files this Certificate of Interested Persons and Corporate Disclosure Statement stating as follows:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiff**: Concentric Health Alliance, Inc.

**Defendant**: Premier 1 Labs, LLC

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- **Upon information and belief, Chantal Swart is the sole member of Defendant Premier 1 Labs, LLC.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Counsel for Plaintiff**:

Stephen M .Vaughn, Esq.
Georgia Bar No. 219482
Hillary K. Lukacs, Esq.
Georgia Bar No. 141034
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404) 233-7000
svaughn@mmmlaw.com
hlukacs@mmmlaw.com

**Counsel for Defendant**:

Unknown at this time.

4. [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- **Plaintiff Concentric Health Alliance, Inc. is a citizen of the States of <u>Wyoming</u> and <u>Georgia</u> because it is a corporation organized under the laws of the State of Wyoming that is registered to do business in the State of Georgia and maintains its principal office in Fulton County, Georgia.**

- **Upon information and belief, Defendant Premier 1 Labs, LLC is a citizen of the State of Florida because it is a limited liability company whose sole member, Chantal Swart, is a permanent resident and citizen of the State of Florida.**

*Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. Travaglio v. Am. Express Co., 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." McCormick v. Aderholt, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting Mas v. Perry, 489 F.2d 1396, 1399 (5th Cir. 1974)).

"[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1021 (11th Cir. 2004) (citing Carden v. Arkoma Assocs., 494 U.S. 185, 195-196 (1990)).

A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, 374 F.3d at 1022.

A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. Alliant Tax Credit 31, Inc. v. Murphy, 924 F.3d 1134, 1143 (11th Cir. 2019).

    Submitted this 15th day of May, 2023.

**MORRIS, MANNING & MARTIN, LLP**

By: */s/ Stephen M. Vaughn*
  Stephen M. Vaughn
  Georgia Bar No. 219482
  Hillary K. Lukacs
  Georgia Bar No. 141034
  1600 Atlanta Financial Center
  3343 Peachtree Road, N.E.
  Atlanta, Georgia 30326
  Tel.: (404) 233-7000
  Fax: (404) 365-9532

*Attorneys for Plaintiff Concentric Health Alliance, Inc.*

4