# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Bennon L. Prine, Jr. ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> "Studio Mechanics Local No. 479", ) <br> AKA Stage and Picture Operators ) <br> AFL-CIO Local Union 479" ) <br> ) <br> Michael Akins, Individually and ) <br> Professionally ) <br> ) <br> J. Doe (Unknown Co-Conspirators) ) <br> ) <br> *Defendants.* ) <br> ) | Civil Action No. _____ |

## **DECLARATION OF MICHAEL AKINS**

1.

My name is Michael Akins and I make this Declaration in support of Defendants' Notice of Removal in the above captioned action. I have personal knowledge of all of the facts set forth herein. I am over 21 years of age and competent to give this Declaration. I swear that what is stated herein is true and correct.

2.

Someone from the Sheriff's office served me personally and on behalf of I.A.T.S.E Local 479 with process in the state court proceedings in this matter on April 16, 2023. On April 24, 2023, the Sheriff's office again served me with process. Attached as Exhibit A is a true and correct copy of all process pleadings, orders and other documents that were served on me and Defendant I.A.T.S.E. Local 479 by the Sheriff's office in the state court litigation herein.

3.

I am employed as the Business Agent for Defendant Studio Mechanics Local 479, International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists, and Allied Crafts of the United States and Canada, AFL-CIO ("I.A.T.S.E. Local 479") and have served in this position in excess of ten years.

4.

As Business Agent, part of my duties include administering and enforcing collective bargaining agreements with various employers who produce motion pictures and television shows in the States of Georgia and Alabama. This typically involves negotiating collective bargaining agreements, processing contract grievances, adjusting work place disputes and meeting with employer representatives over various issues and grievances.

5.

I.A.T.S.E. Local 479 is and has been signatory along with a number of other I.A.T.S.E. locals to a series of collective bargaining agreements with many of the employers in the motion picture and television industry in the United States and this collective bargaining agreement is referred to as the Area Standards Agreement. These collective bargaining agreements are normally three years in duration.

6.

Attached as Exhibit B is a true and correct copy of the current Area Standards Agreement which includes the General Memorandum of Agreement of August 1, 2021 and the 2018-2021 Area Standards Agreement.

7.

Attached as Exhibit C is a true and correct copy of the Constitution and Bylaws of Defendant I.A.T.S.E. Local 479.

8.

I consent to the removal of this lawsuit to federal court on behalf of myself and Defendant I.A.T.S.E. Local 479.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of May, 2023.

                                                                 _____
                                                                       Michael Akins