# EXHIBIT "A"

M0797656.1 0080

**General Civil and Domestic Relations Case Filing Information Form**

E-filed in Office
Clerk of State Court
4/24/2023 3:14 PM
Coweta County, GA
Sheila Echols, Clerk

☐ **Superior or** ☒ **State Court of** _____Coweta_____ **County**

| For Clerk Use Only | |
|---|---|
| **Date Filed** ____4/24/2023____ MM-DD-YYYY | **Case Number** ____23SV0297E____ |

**Plaintiff(s)**

Brooks, Gary
Last       First       Middle I.       Suffix       Prefix

Last       First       Middle I.       Suffix       Prefix

Last       First       Middle I.       Suffix       Prefix

**Defendant(s)**

Michael A. Manuel Trucking, Inc.
Last       First       Middle I.       Suffix       Prefix

Great West Casualty Company
Last       First       Middle I.       Suffix       Prefix

Wright, Taylor
Last       First       Middle I.       Suffix       Prefix

Last       First       Middle I.       Suffix       Prefix

**Plaintiff's Attorney** ___Tyler H. Bridgers___   **State Bar Number** ___160740___   **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☒ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
Case Number                    Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

E-filed in the Office
Clerk of State Court
4/24/2023 3:14 PM
Coweta County, GA
Sheila Echols, Clerk

IN THE STATE COURT OF COWETA COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| GARY BROOKS, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 23SV0297E |
| MICHAEL A. MANUEL TRUCKING, INC., GREAT WEST CASUALTY COMPANY, and TAYLOR WRIGHT, | ) ) ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**COMPLAINT FOR DAMAGES**

Plaintiff files this Complaint for Damages against Defendants as follows:

**PARTIES AND JURISDICTION**

1.

Plaintiff is a citizen of the State of Georgia and is subject to the jurisdiction and venue of this Court.

2.

Defendant Michael A. Manuel, Inc. ("Defendant Manuel") is a foreign corporation existing under the laws of the State of Virginia with its principal place of business in the State of Virginia. Defendant Manuel is not registered or authorized to transact business in the State of Georgia but may be served by delivering a copy of the Summons and Complaint to its registered agent, Michael A. Manuel, 265 Steep Hill Road, Front Royal, Virginia 22630. Defendant Manuel is subject to the jurisdiction of this Court.

3.

Defendant Manuel is engaged in business as an interstate motor carrier transporting goods for compensation, including in and through Coweta County, Georgia.

4.

Defendant Great West Casualty Company ("Defendant Great West") is a foreign insurance company existing under the laws of the State of Nebraska with its principal place of business in the State of Nebraska, and is authorized to transact business in the State of Georgia, and may be served by delivering a copy of the Summons and Complaint on its registered agent for service, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092. Defendant Great West is subject to the jurisdiction of this Court pursuant to O.C.G.A. § 40-2-140.

5.

Defendant Taylor Wright ("Defendant Wright") resides at 483 Moore Lane, Brookneal, Virginia 24528 and may be served with a copy of the Summons and Complaint at this address. Alternatively, service is proper on the Secretary of State pursuant to the Georgia Non-Resident Motorist Act, O.C.G.A. § 40-12-1 *et seq*. Defendant Wright is subject to the jurisdiction of this Court pursuant to authorities including the Georgia Long Arm Statue, O.C.G.A. § 9-10-91, and the Georgia Non-Resident Motorist Act, O.C.G.A. § 40-12-3

6.

Jurisdiction and venue are proper in this Court as the cause of action arose in Coweta County and Plaintiff resides in Coweta County.

**BACKGROUND**

7.

On the evening of June 17, 2021, Plaintiff was at the BP gas station and truck stop located at 1389 S. Highway 29 in Newnan, Georgia doing some work on his own truck.

8.

Suddenly and without warning, as Plaintiff was lying on the ground working on his own vehicle, a tractor-trailer driven by Defendant Wright and owned and insured by Defendants Manuel and Great West, respectively, ran over Plaintiff's legs.

8.

Defendant Wright fled from the scene of the incident.

9.

The surveillance video from the subject BP station captured Defendant Wright's truck as he drove away.

10.

The force of the impact caused serious injuries to Plaintiff, and the responding EMS personnel made the decision for him to be airlifted to Grady Memorial Hospital.

## **COUNT I – NEGLIGENCE PER SE OF DEFENDANT TAYLOR WRIGHT**

11.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 10 above as if fully restated.

12.

At the time of the collision, Defendant Wright was operating a motor vehicle recklessly and without due and proper regard for the safety of persons or property in violation of O.C.G.A. § 40-6-390, which is negligence per se.

13.

Defendant Wright was operating a vehicle in violation of O.C.G.A. § 40-6-241 by failing to exercise due care in the operation of the vehicle, which is negligence per se.

14.

Defendant Wright failed to conduct a proper pre-trip inspection, failed to discover hazards around his vehicle prior to driving away, and failed to execute a safe turning maneuver as he began driving.

15.

Defendant Wright fled the scene of an accident with injuries in violation of O.C.G.A. § 40-6-270, which is negligence per se.

16.

Defendant Wright's negligence was a proximate cause of this incident and Plaintiff's injuries and damages.

17.

Plaintiff did nothing to cause or contribute to this collision.

**COUNT II – NEGLIGENCE OF DEFENDANT TAYLOR WRIGHT**

18.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 17 above as if fully restated.

19.

Defendant Wright was negligent in failing to conduct a proper pre-trip inspection to discover obstacles and/or hazards around his vehicle.

20.

Defendant Wright was negligent in making an unsafe turn.

21.

Defendant Wright was negligent in failing to keep a proper lookout for pedestrians and traffic and in failing to exercise due care.

22.

Defendant Wright was negligent for failing to undertake necessary precautions to keep from colliding with Plaintiff.

23.

Defendant Wright's negligence was a proximate cause of this incident and Plaintiff's injuries and damages.

24.

Plaintiff did nothing to cause or contribute to this collision.

## COUNT III – VICARIOUS LIABILITY OF DEFENDANT MICHAEL A. MANUEL TRUCKING, INC.

25.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 24 above as if fully restated.

26.

Defendant Manuel owned the vehicle driven by Defendant Wright at the time of the subject collision.

27.

At the time of the wreck, Defendant Wright was an employee of Defendant Manuel and was in the course and scope of his employment with Defendant Manuel.

5

28.

Defendant Manuel is responsible for the negligence of Defendant Wright under the theories of vicarious liability and respondeat superior.

### COUNT IV – NEGLIGENT HIRING, TRAINING & SUPERVISION BY DEFENDANT MICHAEL A. MANUEL TRUCKING, INC.

29.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 28 above as if fully restated.

30.

Defendant Manuel was negligent in hiring Defendant Wright and entrusting him to drive a commercial motor vehicle.

31.

Defendant Manuel was negligent in failing to properly train Defendant Wright.

32.

Defendant Manuel was negligent in failing to properly supervise Defendant Wright.

33.

Defendant Manuel's negligence in hiring Defendant Wright and entrusting him with driving a commercial motor vehicle and failing to train and supervise him properly was a proximate cause of collision and Plaintiff's injuries and damages.

### COUNT V – NEGLIGENT INSPECTION, MAINTENANCE & REPAIR BY DEFENDANT MICHAEL A. MANUEL TRUCKING, INC. AND DEFENDANT TAYLOR WRIGHT

34.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 33 above as if fully restated.

35.

Defendants Manuel and Wright were negligent in failing to properly inspect, maintain and repair the vehicle driven by Defendant Wright.

36.

Defendants' negligence in failing to properly inspect, maintain and repair the truck driven by Defendant Wright was a proximate cause of this collision and Plaintiff's injuries and damages.

## COUNT VI- DIRECT ACTION

37.

Plaintiff realleges and incorporates herein the allegations contained in the paragraphs 1 through 36 above as if fully restated.

38.

Defendant Great West is subject to a direct action as the insurer for Defendant Manuel pursuant to O.C.G.A. § 40-2-140.

39.

Defendant Great West was the insurer of Defendant Manuel at the time of the subject incident and issued a liability policy to comply with the filing requirements under Georgia law for interstate transportation.

40.

Defendants Manuel and Great West are subject to the filing requirements outlined in O.C.G.A. § 40-2-140.

41.

Defendant Great West is responsible for any judgment rendered against Defendant Manuel and Defendant Wright.

**COUNT VII – DAMAGES**

42.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 41 above as if fully restated.

43.

As a direct and proximate result of the negligent acts by Defendants, Plaintiff suffered substantial injuries and damages, including past and future medical expenses, past and future lost wages, past and future mental and physical pain and suffering, diminished capacity to labor, and permanent disability.

44.

As a direct and proximate result of the negligent acts by Defendants, Plaintiff suffered significant orthopedic injuries.

45.

As a direct and proximate result of the negligent acts by Defendants, Plaintiff has incurred medical expenses of $137,516.79 to date.

46.

As a direct and proximate result of the negligent acts by Defendants, Plaintiff was unable to work and has a claim for lost wages.

47.

As a direct and proximate result of the negligent acts by Defendants, Plaintiff had to shut down his own trucking business due to the injuries suffered in this incident, and his business had earned $160,000.00 in revenue for the two years prior to this incident.

## COUNT VIII – PUNITIVE DAMAGES

48.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 47 above as if fully restated.

49.

Defendant Wright acted with willful disregard for the safety and well-being of the public, including Plaintiff, when he negligently and recklessly ran over Plaintiff and fled from the scene of the crash.

50.

Defendant Wright's conduct was reckless, willful and wanton, and demonstrates a conscious indifference to the consequences of his actions and entitles Plaintiff to an award of punitive damages.

51.

Defendant Wright had a history of dangerous driving, including numerous and serious violations on his driving record

52.

Defendant Manuel acted with willful disregard for the safety and well-being of the public, including Plaintiff, when it hired Defendant Wright despite having actual knowledge of numerous and serious violations on Defendant Wright's driving record.

53.

Defendant Manuel acted with willful disregard for the safety and well-being of the public, including Plaintiff, when it ignored the company's legal duty to check Defendant Wright's record for driving violations.

54.

Defendant Manuel acted with willful disregard for the safety and well-being of the public, including Plaintiff, when it continued to employ Defendant Wright, despite his numerous and serious driving violations of both the rules of the road and company policy.

55.

Defendant Manuel's conduct was reckless, willful and wanton, and demonstrates a conscious indifference to the consequences of his actions and entitles Plaintiff to an award of punitive damages.

**COUNT IX - EXPENSES OF LITIGATION PURSUANT TO O.C.G.A. § 13-6-11**

56.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 55 above as if fully restated.

57.

Pursuant to O.C.G.A. § 13-6-11, Defendants have acted in bad faith, have been stubbornly litigious, and have caused Plaintiff unnecessary trouble and expense.

58.

Defendants are liable to Plaintiff for expenses of litigation, including attorneys' fees.

**WHEREFORE**, Plaintiff prays that he have a trial on all issues and judgment against Defendants as follows:

a. That Plaintiff recovers the full value of his past and future medical expenses, past and future lost wages, and lost profits in an amount to be proven at trial;

b. That Plaintiff recovers for past, present, and future physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

c. That Plaintiff recovers for loss of enjoyment of life in an amount to be determined by the enlightened conscience of a jury;

d. That Plaintiff recovers reasonable attorneys' fees and costs of litigation and any statutory penalties allowed by law on the basis that the Defendants have acted in bad faith, have been stubbornly litigious, and have caused Plaintiff unnecessary trouble and expense;

e. An award of punitive damages in an amount sufficient to deter future similar conduct by the Defendants; and

f. That Plaintiff recovers such other and further relief as is just and proper.

This Complaint is served upon you together with Plaintiff's First Request for Admissions, First Interrogatories and First Requests for Production of Documents to Defendants.

This 24th day of April, 2023.

SIMON BRIDGERS SPIRES

*/s/ Tyler H. Bridgers*
Tyler H. Bridgers
Georgia Bar No. 160740
Attorneys for Plaintiff

2860 Piedmont Road NE, Suite 210
Atlanta, GA 30305
Tel: 678-608-2788
Fax: 404-841-8534
tyler@simon.law

E-filed in Office
Clerk of State Court
4/24/2023 3:14 PM
Coweta County, GA
Sheila Echols, Clerk

## IN THE STATE COURT OF COWETA COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| GARY BROOKS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) FILE NO. 23SV0297E |
| MICHAEL A. MANUEL TRUCKING, INC., GREAT WEST CASUALTY COMPANY, and TAYLOR WRIGHT, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## **CERTIFICATE OF SERVING DISCOVERY MATERIAL**

COMES NOW, counsel for Plaintiff herein, and pursuant to the local rules of court, hereby certifies that true and correct copies of the following documents were served upon the Defendants via hand delivery attached to the Summons and Complaint:

1. PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT TAYLOR WRIGHT;

2. PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT MICHAEL A. MANUEL TRUCKING, INC.;

3. PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS.

This 24th day of April, 2023.

SIMON BRIDGERS SPIRES

*/s/ Tyler H. Bridgers*
Tyler H. Bridgers
Georgia Bar No. 160740
Attorneys for Plaintiff

2860 Piedmont Road NE, Suite 210
Atlanta, GA 30305
Tel: 678-608-2788
Fax: 404-841-8534
tyler@simon.law

PERSONS SERVED:

Taylor Wright
483 Moore Lane
Brookneal, VA 24528

Michael A. Manuel Trucking, Inc.
c/o Michael A. Manuel
265 Steep Hill Road
Front Royal, VA 22630

Great West Casualty Company
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

E-filed in Office
Clerk of State Court
4/24/2023 3:14 PM
Coweta County, GA
Sheila Echols, Clerk

# IN THE STATE COURT OF COWETA COUNTY, GEORGIA

PHYSICAL ADDRESS: 72 GREENVILLE STREET, NEWNAN, GEORGIA 30263
MAILING ADDRESS: P.O. BOX 884, NEWNAN, GEORGIA 30264
TELEPHONE (770) 254-2699 * FACSIMILE (770) 252-6422

---

Gary Brooks

**Plaintiff**

Vs.

Michael A. Manuel Trucking, Inc.,

Great West Casualty Company, and

Taylor Wright

**Defendant**

23SV0297E

Case Number

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):
You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Tyler H. Bridgers/The Simon Law Firm, P.C.

2860 Piedmont Road NE

Atlanta, GA 30305

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

**SHEILA W. ECHOLS**
**CLERK OF COURT**
**State Court of Coweta County**

By: /s/Sheila W Echols
XXXX Deputy Clerk

Case 1:23-mi-99999-UNA   Document 1575-1   Filed 05/15/23   Page 18 of 20

E-filed in Office
Clerk of State Court
5/2/2023 1:03 PM
Coweta County, GA
Sheila Echols, Clerk

# IN THE STATE COURT OF COWETA COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| GARY BROOKS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 23SV0297E |
| MICHAEL A. MANUEL TRUCKING, INC., GREAT WEST CASUALTY COMPANY, and TAYLOR WRIGHT, | ) |
| Defendants. | ) |

## ACKNOWLEDGEMENT OF SERVICE

The undersigned counsel for Defendant Great West Casualty Company ("Defendant Great West") in the above-styled action hereby acknowledges service of the Summons and Complaint in this matter, waives service of formal process, and states that Defendant Great West has accepted service and process voluntarily and will respond to the Complaint as if served in accordance with law. Defendant Great West reserves all defenses it may assert in this action except defenses related to sufficiency of service of process.

This __2nd__ day of May, 2023.

                                                                      McMICKLE, KUREY & BRANCH, LLP

                                                                      By: */s/ Paschal Glavinos*
                                                                        KEVIN P. BRANCH
                                                                        Georgia Bar No. 111839
                                                                        PASCHAL GLAVINOS
                                                                        Georgia Bar No. 817127
                                                                        *Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
kpb@mkblawfirm.com
pglavinos@mkblawfirm.com

M1030727.1 15463

Case 1:23-mi-99999-UNA   Document 1575-1   Filed 05/15/23   Page 19 of 20

E-filed in Office
Clerk of State Court
5/2/2023 1:03 PM
Coweta County, GA
Sheila Echols, Clerk

# IN THE STATE COURT OF COWETA COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| GARY BROOKS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 23SV0297E |
| MICHAEL A. MANUEL TRUCKING, INC., GREAT WEST CASUALTY COMPANY, and TAYLOR WRIGHT, | ) |
| Defendants. | ) |

## ACKNOWLEDGEMENT OF SERVICE

The undersigned counsel for Defendant Michael A. Manuel Trucking, Inc. ("Defendant Manuel Trucking") in the above-styled action hereby acknowledges service of the Summons and Complaint in this matter, waives service of formal process, and states that Defendant Manuel Trucking has accepted service and process voluntarily and will respond to the Complaint as if served in accordance with law. Defendant Manuel Trucking reserves all defenses it may assert in this action except defenses related to sufficiency of service of process.

This __2nd__ day of May, 2023.

                                                                                    McMICKLE, KUREY & BRANCH, LLP

                                                                                     By: */s/ Paschal Glavinos*
                                                                                      KEVIN P. BRANCH
                                                                                      Georgia Bar No. 111839
                                                                                      PASCHAL GLAVINOS
                                                                                      Georgia Bar No. 817127
                                                                                      *Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
kpb@mkblawfirm.com
pglavinos@mkblawfirm.com

M1030724.1 15463

E-filed in Office
Clerk of State Court
5/2/2023 1:03 PM
Coweta County, GA
Sheila Echols, Clerk

### IN THE STATE COURT OF COWETA COUNTY
### STATE OF GEORGIA

| | | |
|---|---|---|
| GARY BROOKS, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 23SV0297E |
| MICHAEL A. MANUEL TRUCKING, INC., GREAT WEST CASUALTY COMPANY, and TAYLOR WRIGHT, | ) ) ) ) | |
| Defendants. | ) | |

### ACKNOWLEDGEMENT OF SERVICE

The undersigned counsel for Defendant Taylor Wright ("Defendant Wright") in the above-styled action hereby acknowledges service of the Summons and Complaint in this matter, waives service of formal process, and states that Defendant Wright has accepted service and process voluntarily and will respond to the Complaint as if served in accordance with law. Defendant Wright reserves all defenses it may assert in this action except defenses related to sufficiency of service of process.

This   2nd   day of May, 2023.

                                                                                                             McMICKLE, KUREY & BRANCH, LLP

                                                                                                             By: */s/ Paschal Glavinos*
                                                                                                             KEVIN P. BRANCH
                                                                                                             Georgia Bar No. 111839
                                                                                                             PASCHAL GLAVINOS
                                                                                                             Georgia Bar No. 817127
                                                                                                             *Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
kpb@mkblawfirm.com
pglavinos@mkblawfirm.com

M1030726.1 15463