UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FELIX BRAGG, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| ARROW, INC., d/b/a ARROW WASTE, And JOHN STUART CROSS, | |
| Defendants. | |

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ARROW, INC.

**COMES NOW**, Felix Bragg, Plaintiff in the above-styled case, and requires the Defendant, pursuant to O.C.G.A. § 9-11-34, to produce for inspection and copying at the offices of Plaintiff's attorney of record, C. Napoleon Barnwell, Brown Barnwell, P.C., 6113 Saratoga Boulevard, Suite F132, Corpus Christi, TX  78414, the following documents within the time period set forth by law.

Plaintiff requests that, along with the production of documents, a written response be made detailing the documents produced and any documents covered by these requests which the Defendant objects to producing.

**NOTE A:** These requests are continuous and should be supplemented if additional information is received at a later date.

**NOTE B:** If documents requested are not in the Defendant's possession, please state as follows:

(a) Name of person who has possession or knowledge of whereabouts;

(b) Business address of such;

(c) Business telephone of such.

**NOTE C:** If you claim that a privilege applies to any document sought by this request, then state the factual and legal basis for the claimed privilege and identify the document (by date, author, recipient, general subject matter) so that it can be described in a motion to compel.

1. Copy of FMCSA Form MCS-90.

2. Copy of FMCSA Form MCS-150.

3. John Cross' Driver Qualification File.

4. John Cross' complete Employment file.

5. Any and all training materials provided to John Cross regarding the operation of Arrow's commercial motor vehicle.

6. All documents related to John Cross' Road test conducted by Defendant.

7. All documents related to Arrow's determination regarding the preventability of the crash that forms the basis of this action.

8. Bill of Lading/Manifest related to all loads hauled by John Cross on April 25, 2018.

9. ECM Download

10. Driver's records of duty status (logs or time records)

    (provide a minimum of 8 days, day of accident and 7 prior days)

11. All repair documents related to the crash.

12. All photos taken related to the crash.

13. Copies of Compliance Reviews or Safety Audits performed by Federal or State Personnel.

14. Copies of USDOT/FMCSA Compliance, Safety & Accountability (CSA) or Safety Measurement System (SMS) Warning Letters and related intervention documents.

15. Company policies and procedures related to the operation of Defendant's commercial motor vehicles.

This 15th day May, 2023.

**BROWN BARNWELL, P.C.**

By: /s/ C. Napoleon Barnwell, Esquire
C. Napoleon Barnwell, Esquire
Georgia Bar 728188
6113 Saratoga Boulevard, Suite F132
Corpus Christi, TX 78414
Telephone: 843-422-2057
Facsimile: (470) 397-5103
Email:napoleon@brownbarnwell.com
*Attorney for Plaintiff*