UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BELINDA MITCHELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, JOHN DOE and JOHN DOE, INC, | ) Civil Action Case No. |
| | ) |
|    Defendants. | ) |

## NOTICE OF REMOVAL

Defendant Reliance Standard Life Insurance Company, by and through its attorneys, timely files this Notice of Removal pursuant to 28 U.S.C. § 1331, 29 U.S.C. § 1132(e), and 28 U.S.C. § 1441(a), (b) and (c) removing the above-captioned action to the United States District Court for the Northern District of Georgia from the State Court of Fulton County, Georgia, and aver as follows:

### Background

1. Plaintiff filed this lawsuit in the State Court of Fulton County, Georgia on April 18, 2023. A true and correct copy of the original "Complaint for Damages" is attached hereto as Exhibit "A". A true and correct copy of the original

1

282918416v.2

"Summons" that was filed on that same day of April 18, 2023, is attached hereto as Exhibit "B".

2. The Complaint alleges that Milton Mitchell, Jr. was killed on April 5, 2002, that Plaintiff was his designated beneficiary under a Reliance Standard policy and further alleges that Plaintiff breached the contract by not paying benefits.

## Federal Question Jurisdiction

3. This Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e), as the plan under which Plaintiff's claims for life insurance benefits arose is an employee welfare benefit plan that is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1461.

4. The policy under which Plaintiff is claiming benefits was delivered by Reliance Standard to Middle Georgia Easter Seals Society, Inc. 5.    As stated on page 1.0 of the Policy, participants were not required to contribute to the cost of premiums for Basic Insurance under the policy. Also stated on page 1.0, participation was mandatory for eligible employees of the policyholder.

5. Based on the foregoing, the claims asserted against Defendant are governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §§ 1001, *et seq*.

6. A cause of action filed in state court seeking relief under an employee welfare benefit plan governed by ERISA is removable to federal court pursuant to 28 U.S.C. § 1441 (c) as an action arising under a federal law. *See Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dedeaux,* 481 U.S. 41 (1987).

7. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) as a civil action founded upon a claim of right arising under the laws of the United States, therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), (b) and (c).

8. This Notice of Removal is being filed within thirty (30) days of the filing of the Complaint as required by 28 U.S.C. § 1446(b).

9. Copies of all process, pleadings and orders served on removing Defendant are attached to this Notice as required by 28 U.S.C. § 1446(a).

10. Defendant has also included copies of documents that were filed, but not served on this party, which includes the Case Initiation Form (attached as Exhibit "C") and the Affidavit of Service (attached as Exhibit "D"), which reveals that Plaintiff allegedly served Defendant on April 28, 2023.

282918416v.2

11.   All fees required by law in connection with this notice have been filed by Defendant.

12.   Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice to all adverse parties and has filed a copy of this Notice of Removal with the Clerk of the State Court for Fulton County, Georgia (A copy of the Notice of Filing of Notice of Removal submitted to the Clerk of the State Court of Fulton County, Georgia, is attached hereto as "Exhibit E").

WHEREFORE, Defendant Reliance Standard Life Insurance Company removes this action to the United States District Court for the Northern District of Georgia from the State Court of Fulton County, Georgia.

Respectfully submitted, this 15th day of May, 2023.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

  */s/ Eric Mueller*
Parks K. Stone
Georgia Bar No. 547930
Eric Mueller
Georgia Bar No. 660127
3348 Peachtree Rd NE, Suite 1400
Atlanta, Georgia 30326
(T) 470.419.6650
(F) 470.419.6651
parks.stone@wilsonelser.com
eric.mueller@wilsonelser.com
*Attorneys for Defendant Reliance Standard Life Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned Counsel hereby certifies that the foregoing ***NOTICE OF REMOVAL*** was electronically filed with the Court on this day using the CM/ECF system, which will electronically serve all counsel of record in this matter.

> Paul R. Ayerbe
> AYERBE & ARNOLD, LLC
> 3608 Vineville Avenue
> PO Box 6073
> Macon, GA 31208
> 478 474-2252
> *Attorney for Plaintiff*

Dated: May 15, 2023.

>    */s/ Eric Mueller*
> Eric Mueller
> Georgia Bar No. 660127
> *Attorneys for Defendant Reliance Standard Life Insurance Company*

282918416v.2