# EXHIBIT C

State Court of Fulton County
**E-FILED**
23EV002282
4/18/2023 11:49 AM
Donald Talley, Clerk
Civil Division

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __Fulton__ County

**For Clerk Use Only**

Date Filed _____   Case Number _____
MM-DD-YYYY

**Plaintiff(s)**

| Mitchell | Belinda | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| ___ | ___ | ___ | ___ | ___ |
| Last | First | Middle I. | Suffix | Prefix |
| ___ | ___ | ___ | ___ | ___ |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

Reliance Standard    Life INsurance Co

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Doe | John | | | |
| Last | First | Middle I. | Suffix | Prefix |
| Doe, Inc | John | | | |
| Last | First | Middle I. | Suffix | Prefix |
| ___ | ___ | ___ | ___ | ___ |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Paul R. Ayerbe   **State Bar Number** 029810   **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☒ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number                  Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20