# EXHIBIT D

Case 1:23-mi-99999-UNA   Document 1579-4   Filed 05/15/23   Page 2 of 2

**State Court of Fulton County
\*\*E-FILED\*\*
23EV002282
5/2/2023 10:45 AM
Donald Talley, Clerk
Civil Division**

IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA

| | |
|---|---|
| **BELINDA MITCHELL** | Case No.: **23EV002282** |
| Plaintiff/Petitioner | |
| vs. | |
| **RELIANCE STANDARD LIFE INSURANCE CO** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; COMPLAINT** |

Received by **Marsha Lausman**, on the **26th day of April, 2023 at 9:27 PM** to be served upon **Reliance Standard Life Insurance Company** at **1201 Peachtree Street Northeast, Atlanta, Fulton County, GA 30309**.
On the **28th day of April, 2023 at 9:46 AM**, I, Marsha Lausman, SERVED Reliance Standard Life Insurance Company at **289 S. Culver Street, Lawrenceville, Gwinnett County, GA 30046** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **Reliance Standard Life Insurance Company**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Reliance Standard Life Insurance Company with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with glasses. Jayne Richardson, SOP**

Service Fee Total: **$85.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Marsha Lausman_   141           APR 2 8 2023
      Marsha Lausman         Server ID #           Date

Notary Public: Subscribed and sworn before me on this ___ day of APR 2 8 2023 ___ in the year of 20___
Personally known to me __X__ or _____ identified by the following document:

_Dana Faulkner_
Notary Public (Legal Signature)

[Seal: DANA FAULKNER, NOTARY, EXPIRES GEORGIA 10-18-2024, GWINNETT COUNTY, PUBLIC]

REF: **REF-12534046**

Page 1 of 1
Tracking #: **0105540264**