# EXHIBIT E

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BELINDA MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, JOHN DOE and JOHN DOE, INC, | ) Civil Action No.: 23ev002282 ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant, by and through its undersigned counsel, removed this action by filing a Notice of Removal in the United States District Court for the Northern District of Georgia. A copy of the Notice of Removal (with attachments) is attached hereto as Exhibit 1 and has been served upon Plaintiff. Accordingly, this Court may proceed no further unless and until the case is remanded, pursuant to 28 U.S.C. § 1446(d).

This 15th day of May, 2023.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

　　　*/s/ Eric Mueller*
Parks K. Stone
Georgia Bar No. 547930
Eric Mueller
Georgia Bar No. 660127
3348 Peachtree Rd NE, Suite 1400
Atlanta, Georgia 30326
(T) 470.419.6650
(F) 470.419.6651
parks.stone@wilsonelser.com
eric.mueller@wilsonelser.com
*Attorneys for Defendant Reliance Standard Life Insurance Company*

1

## CERTIFICATE OF SERVICE

This certifies that a true copy of the within and foregoing *DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL* was electronically filed with the Clerk of the Court using an O.C.G.A. § 15-6-11 electronic filing service provider which will automatically send e-mail notification of such filing to counsel of record:

> Paul R. Ayerbe
> AYERBE & ARNOLD, LLC
> 3608 Vineville Avenue
> PO Box 6073
> Macon, GA 31208

Dated: May 15, 2023.

> */s/ Eric Mueller*
> Eric Mueller
> Georgia Bar No. 660127
> Attorneys for Defendant Reliance Standard Life Insurance Company