# EXHIBIT 7



August 25, 2015

Mr. George Puha
G&D Construction Group, Inc.
1582 Azalea Drive
Lawrenceville, GA 30043

Re: Spring Hill Suites Marriott, Lumberton
5128 Fayetteville Rd
Lumberton, NC 28358

Mr. Puha,

Let this letter serve as a 72 hour notice of failure to comply with the terms of the executed subcontract between G&D Construction Group, Inc and Metcon, Inc.

G&D Construction Group, Inc has failed to perform the corrective work for the EIFS system that was installed incorrectly as well as provide the proper man power. G&D Construction Group, Inc. has not returned to back to the site to complete their contractual work nor the corrective work.

By not correcting this issue in a timely manner this has caused a major delay to the surrounding subcontractor's i.e. site subcontractor, the concrete subcontractor, the landscaping subcontractor, and many more. It has been conveyed on several occasions to all subcontractors how critical the schedule is for this project. As of right now G&D Construction Group, Inc has not complied with any of the items that have been requested of them nor have they completed their scope of work.

Metcon, Inc hopes that G&D Construction Group, Inc will perform their obligations under the subcontract, but if G&D Construction Group, Inc is unable to do so, Metcon, Inc will take the necessary steps afforded by the subcontract to complete G&D Construction Group, Inc scope of work. Any cost associated with the completion of this scope of work will be deducted from G&D Construction Group, Inc. contract. Please let me know if G&D Construction Group, Inc will be able to complete all work that has yet to be completed.

G&D Construction Group, Inc will have 24hrs from the receipt of this letter to provide Metcon, Inc with a plan of action as to how and when these items will be completed.

With Regards,

Elijah Freeland
*EFreeland*
Project Manager

cc: Mark Floyd
    Charlie Rollins

CORPORATE
P.O. Box 1149, 763 Comtech Drive
Pembroke, North Carolina 28372
Phone: 910-521-8013 Fax: 910-521-8014

RALEIGH
3100 Smoketree Court, Suite 215
Raleigh, NC 27604
Phone: 919-322-2220 Fax: 919-322-2222

CHARLOTTE
2905 Queen City Drive, Unit B
Charlotte, NC 28208
Phone: 980-209-9680 Fax: 980-209-9698

COLUMBIA
924 Hampton St.
Columbia, SC 29212
Phone: 1-803-254-5255

metconUS.com

EXHIBIT 3