# EXHIBIT 8



# SENTINEL
## RISK ADVISORS

sentinelra.com

RECEIVED OCT 10 17

G & D Construction Group, Inc.
1582 Azalea Drive
Lawrenceville, GA 30043-3825

✓ Kevin Panter Insurance, Inc.
P. O. Box 1198
Blue Ridge, GA 30513

RE: Our Client: Metcon, Inc.
Job: New construction at 5128 Fayetteville Road, Lumberton, NC
Aka Springhill Suites

To Whom It May Concern:

I am with the insurance agency for Metcon, Inc., who hired G & D Construction Group, Inc. to perform new construction services at the above location. It has now been discovered there are mold damages due to water intrusion, at the Springhill Suites.

As such, Metcon, Inc. has been placed on notice of these damages by the property owners. In turn, Metcon, Inc. has submitted a claim to their appropriate carrier. A review of the construction documents state that G & D Construction Group, Inc. added Metcon, Inc. as an additional insured under the appropriate insurance policy, as well will indemnify and hold harmless Metcon, Inc. from any and all claims resulting from their work. A copy of your Certificate of Insurance provided to Metcon, Inc. is attached.

The investigation of these damages to determine the cause and extent of the damages, as well as the remedy, is ongoing. It is important that your insurance carrier adjuster become involved as soon as possible.

Based on the above, we are tendering this claim to you and your insurance carrier(s) that was in force during the construction of this project. The construction work started some time during [to Raleigh nc claim branch bcarco 10/13/17] of 2014 and the CO was issued 9/30/15.

Please have your insurance adjuster contact the assigned adjuster for Metcon, Inc, carri[...]

Mr. Jason E. Rusche with XL Specialty Insurance Company
100 Constitutions Plaza, 8th Floor
Hartford, CT 06103
Claim#: 0003980948
Office #: 860-293-7793
Email - jason.rusche@xlcatlin.com

4700 Six Forks Road, Suite 200
Raleigh, NC 27609
919.926.4623 · 855.490.2528 toll free
919.926.4664 fax

15801 Brixham Hill Avenue, Suite 475
Charlotte, NC 28277
980.256.7032 · 855.490.2528 toll free
919.926.4664 fax

417 Cotanche Street, Suite 200
Greenville, NC 27858
252.317.2779 · 855.490.2528 toll free
252.321.2360 fax



EXHIBIT 6

000029



# SENTINEL
## RISK ADVISORS

sentinelra.com

If you have any questions in regards to this matter, please contact Mr. Rusche.

Sincerely,

Bob Gagnon, CPCU, AIC
Director of Claims
Sentinel Risk Advisors

Attachment – Certificate of Insurance

Cc: Mr. Jason Rusche
Metcon, Inc.

4700 Six Forks Road, Suite 200
Raleigh, NC 27609
919.926.4623 · 855.490.2528 toll free
919.926.4664 fax

15801 Brixham Hill Avenue, Suite 475
Charlotte, NC 28277
980.256.7032 · 855.490.2528 toll free
919.926.4664 fax

417 Cotanche Street, Suite 200
Greenville, NC 27858
252.317.2779 · 855.490.2528 toll free
252.321.2360 fax

000030