# EXHIBIT 9



# Yates, McLamb & Weyher, L.L.P.
### ATTORNEYS AT LAW

*Excellence & Integrity*

434 Fayetteville Street
Suite 2200
Raleigh, NC 27601

P.O. Box 2889
Raleigh, NC 27602-2889
Telephone: (919) 835-0900
Fax: (919) 582-2505

Emily D. Poindexter
Attorney

Direct Line: (919) 719-6005
E-mail: epoindexter@ymwlaw.com
Website: www.ymwlaw.com

RECEIVED NOV 0 2 2020 By_____

October 30, 2020

**VIA CERTIFIED MAIL**

Kevin Panter Insurance Agency
c/o Any Officer Director or Managing Agent
95 Progress Circle
Blue Ridge, GA 30513

G&D Construction Group, Inc.
Attn: George Puha, Registered Agent
1582 Azalea Dr.
Lawrenceville, GA 30043

Auto Owners Ins Group
Attn: Claims
Attn: Policy #48518416
6101 Anacapri Blvd
Lansing, MI 48917

RE: Civil Action No.: 20 CV 336620, Fulton County Superior Court, Georgia – NP 301, LLC v. Metcon, Inc.
Insured: G&D Construction Group, Inc.
Auto Owners Ins Group Policy Number: #48518416
My Client Additional Insured: Metcon, Inc.
Property: The SpringHill Suites Hotel in Lumberton, Robeson County, North Carolina located at 5128 Fayetteville Road (herein the "Project")
Claims: Breach of Contract for Defective Construction Among Other Claims
Our File: 603-3298

Greetings:

Our firm represents Metcon, Inc., a North Carolina corporation (herein "Metcon"), the named Defendant in the above referenced lawsuit. Metcon was the general contractor for the above-referenced Project, a hotel located in Lumberton, North Carolina. G&D Construction Group, Inc. (herein "G&D Construction") was hired by Metcon to perform certain EIFS work on the Project. Plaintiff alleges, among other things, that the EIFS was improperly installed on the Project causing substantial water intrusion as a result. The Complaint also alleges that there was water damage to other portions of the Project that were outside the scope of G&D Construction's work, such as

**EXHIBIT 7**

000225

October 28, 2020
Page 2

damage to sheathing, framing, drywall, and other building components. The purpose of this letter is to provide notice to you that Plaintiff NP 301, LLC (herein "Plaintiff") has filed a lawsuit in Fulton County Superior Court (20 CV 0676) against Metcon.

Metcon is an additional insured under the policy shown on the enclosed certificate of insurance issued by the insurer to whom this is addressed. G&D Construction performed certain EIFS work on this Project that is claimed by Plaintiff to be defective and the cause of its alleged damages. Plaintiff claims, among other things, that it has suffered damages as a result of alleged defective construction and moisture intrusion as described in the enclosed Complaint. The Complaint claims alleged damages in excess of $25,000.00. Metcon denies liability for Plaintiff's claims.

G&D Construction entered into a contract (enclosed) which expressly provides that it is both required to provide a defense to Plaintiff's lawsuit and indemnify Metcon for Plaintiff's claims. On behalf of Metcon, we hereby demand defense and indemnification of Plaintiff's claims pursuant to applicable indemnity and contribution law, pursuant to G&D Construction's contract, pursuant to any of the applicable insurance policies identified on the certificate of insurance, and any other policies. This includes, without limitation, all costs incurred to investigate, defend, and respond to Plaintiff's Complaint, as well as any settlement or adverse judgment entered against Metcon.

A mediation is currently scheduled for **December 15, 2020**. We are enclosing a copy of G&D Construction's contract related to this Project. We have also enclosed a copy of the certificate of insurance that is in our file covering the time period that the Plaintiff's alleged damages occurred.

Please forward this letter to the appropriate contact at your respective companies. Please also forward this letter to any of G&D Construction's subcontractors and/or professionals that may have been involved in performing any of the work at the above-referenced Project. Please send this letter to their insurance companies as well, particularly if G&D Construction is an additional insured under those policies. Please copy us on each of your notice letters. We also ask that you provide us with a list of G&D Construction's subcontractors and/or professionals that were involved in the furnishing of labor and materials to the above-referenced Project.

Metcon asks that it be provided a copy of any applicable insurance policies that may provide it with a defense or indemnity of Plaintiff's claims. This letter shall serve as a formal request for a complete certified copy of each policy in effect from 2013 to present, along with any additional insured endorsements in favor of Metcon.

Please acknowledge this notice of claim, in writing, to our office with a claim number, the identity, and contact information (address, telephone, fax and e-mail) for the claims manager, the name and contact information of counsel assigned to this matter, and confirmation that you have received all documents and information necessary to assess this claim. Please notify our office immediately if you need any further information by contacting me or attorney Sean Partrick.

October 28, 2020
Page 3

Thank you for your assistance. We look forward to your prompt response.

Sincerely,

Emily D. Poindexter

Enclosures