# EXHIBIT 10

**Yates,
McLamb &
Weyher, L.L.P.**
ATTORNEYS AT LAW

*Excellence & Integrity*

434 Fayetteville Street
Suite 2200
Raleigh, NC 27601

P.O. Box 2889
Raleigh, NC 27602-2889
Telephone: (919) 835-0900
Fax: (919) 582-2505

Emily D. Poindexter
Attorney
_____
Direct Line: (919) 719-6005
E-mail: epoindexter@ymwlaw.com
Website: www.ymwlaw.com

December 31, 2020

<u>**VIA EMAIL AND CERTIFIED MAIL**</u>

The Cincinnati Insurance Company
Attn: Kurt Scott
P.O. Box 1952
Woodstock, GA 30188
kurt_scott@cinfin.com

  RE: NP 301, LLC v. Metcon, Inc v. et al
     AAA Case No. 01-20-0005-4463
     Insured: G&D Construction Group, Inc.
     Cincinnati Ins. Co. Policy Number: CSU0069555
     Cincinnati Ins. Co. Claim Number: #3672008
     My Client Additional Insured: Metcon, Inc.
     Property: The SpringHill Suites Hotel in Lumberton, Robeson County, North Carolina located at 5128 Fayetteville Road (herein the "Project")
     Claims: Breach of Contract for Defective Construction Among Other Claims
     Our File: 603-3298

Greetings:

Our firm represents Metcon, Inc., a North Carolina corporation (herein "Metcon"), the named Defendant in the above referenced lawsuit. Metcon was the general contractor for the above-referenced Project, a hotel located in Lumberton, North Carolina. G&D Construction Group, Inc. (herein "G&D Construction") was hired by Metcon to perform certain EIFS work on the Project. Plaintiff alleges, among other things, that the EIFS was improperly installed on the Project causing substantial water intrusion as a result. The Complaint also alleges that there was water damage to other portions of the Project that were outside the scope of G&D Construction's work, such as damage to sheathing, framing, drywall, and other building components. The purpose of this letter is to provide notice to you that Plaintiff NP 301, LLC (herein "Plaintiff") has filed a lawsuit in Fulton County Superior Court (20 CV 0676) against Metcon. The Complaint claims alleged damages in excess of $25,000.00. Metcon denies liability for Plaintiff's claims.

December 31, 2020
Page 2

According to the subcontract by and between Metcon and G&D Construction, Metcon was required to be listed as an additional insured on all policies pursuant to the Project. G&D Construction entered into a contract (enclosed) which expressly provides that it is both required to provide a defense to Plaintiff's lawsuit and indemnify Metcon for Plaintiff's claims. On behalf of Metcon, we hereby demand defense and indemnification of Plaintiff's claims pursuant to applicable indemnity and contribution law, pursuant to G&D Construction's contract, pursuant to any of the applicable insurance policies identified on the certificate of insurance, and any other policies. This includes, without limitation, all costs incurred to investigate, defend, and respond to Plaintiff's Complaint, as well as any settlement or adverse judgment entered against Metcon.

Let it also be known that a Notice of Arbitration and Demand for Joinder was sent to your insured pursuant to the applicable contract between your insured and Metcon, which requires that G&D Construction agree to submit any controversy arising out of or related to the Subcontract, Contract, or the Project to binding arbitration. NP 301, the above named Plaintiff, initiated the litigation against Metcon, currently pending with the AAA and Metcon intends to bring third party claims against G&D Construction as part of NP 301's existing arbitration proceeding. A mediation is currently scheduled for **Monday, January 25, 2021**. We are enclosing a copy of G&D Construction's contract related to this Project. We have also enclosed a copy of the list of defects noted by the Plaintiff pursuant to this civil action.

If you are not the appropriate individual to whom this letter should be addressed, please forward this letter to the appropriate contact at your company. Please also forward this letter to any of G&D Construction's subcontractors and/or professionals that may have been involved in performing any of the work at the above-referenced Project. Please send this letter to their insurance companies as well, particularly if G&D Construction is an additional insured under those policies. Please copy us on each of your notice letters. We also ask that you provide us with a list of G&D Construction's subcontractors and/or professionals that were involved in the furnishing of labor and materials to the above-referenced Project.

Metcon asks that it be provided a copy of any applicable insurance policies that may provide it with a defense or indemnity of Plaintiff's claims. This letter shall serve as a formal request for a complete certified copy of each policy in effect from 2013 to present, along with any additional insured endorsements in favor of Metcon.

Please acknowledge this notice of claim, in writing, to our office and confirm that you have received all documents and information necessary to assess this claim. Please notify our office immediately if you need any further information by contacting me.

December 31, 2020
Page 3


Thank you for your assistance. We look forward to your prompt response.

        Sincerely,

        Emily D. Poindexter


Enclosures