# EXHIBIT 12

**Alexia Roney**

| | |
|---|---|
| **From:** | Mary-Margaret Noland <mary-margaret.noland@mgclaw.com> |
| **Sent:** | Monday, February 8, 2021 6:43 PM |
| **To:** | Alexia Roney |
| **Subject:** | [EXTERNAL]  Metcon Inc. v. G & D Construction Group, Inc.; Attn: Policy #48518416 |
| **Attachments:** | Filed Complaint  (1).pdf.pdf; 30677171.pdf; 30677176.pdf; Filed Sheriff's Entry of Service.pdf.pdf; 30718638.pdf |

Good afternoon, Ms. Roney

We have been hired to represent Metcon, Inc. in Georgia. We filed the above-attached Complaint on their behalf which names G&D Construction Group, Inc. as a Defendant in a case located in the Superior Court of Gwinnett County in Georgia on January 7, 2021.  The Complaint, as well as the attached discovery, was served on G&D through the Sherriff on January 14, 2021. I also sent and served a Request for disclosure of insurance policy information pursuant to O.C.G.A 33-3-38 to G & D Construction on January 12, 2021.

Metcon is currently in arbitration with the Owner of the Project, NP 301, LLC (herein "NP").  NP originally filed a lawsuit in Fulton County Superior Court (20 CV 0676 also in Georgia) but that matter has been stayed.   NP claims that, among other things, the EIFS was improperly installed on the Project causing substantial water intrusion as a result and damaging other portions of the Project that were outside the scope of G&D Construction's work.  Recently several subcontractors whose work may have contributed to the water intrusion issues have been joined in the arbitration.  The parties are trying to move forward with mediation and then if necessary discovery as the arbitration hearing is scheduled for the end of July.  Unfortunately, despite the fact that G&D has been apprised of these facts, they have not participated in the arbitration/mediation meetings.  Their silence and non-communication forced Metcon to file a secondary suit to engage G&D in this process.  [Due to the stay in the Fulton case, we could not file any additional pleadings within the same lawsuit.]

It is my understanding that Cincinnati provided insurance to G&D from 4/22/2015 through 12/9/2016.  To date, we have not been contacted by G&D with regard to any of the above documents or correspondence.  I wanted to appraise you of the situation, and that in the arbitration, a pre-mediation conference between the attorneys is being held on February 12, 2021.  On behalf of Metcon, we request attendance on G &D's behalf.

Would you be able to pass this information along to your contact at Cincinnati?  I will follow-up with a more formal letter if I have someone with the carrier to address it directly on the liability side.

Thank you and please do not hesitate to contact me with any additional questions or concerns.

Sincerely, Mary-Margaret



**Mary-Margaret Noland**, *Attorney*
mary-margaret.noland@mgclaw.com
270 Peachtree Street, N.W. Suite 1800
Atlanta, GA 30303
**Main**:678-500-7300 | **Direct**:678-500-7314 | **Fax**:678-669-3546
VCARD

**This electronic mail may contain information that is confidential, attorney/client and/or work product privileged, prepared in anticipation of litigation and/or exempt from disclosure under applicable law. This transmission is intended solely for the individual or entity designated above. If you are not the intended recipient, you should understand that any distribution, copying, or use of the information is unauthorized and strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender and destroy all copies which you may have of this communication!**

*Please consider the environment before printing this email.*