# EXHIBIT 13



100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948

Tel: 770.818.0000

**www.fmglaw.com**

**Alexia Ruffner Roney**
**Senior Counsel**
_____

Direct Line
770.818.1290
_____

aroney@fmglaw.com

February 11, 2021

**_VIA FEDERAL EXPRESS—Tracking #: 772889410783_**
**_& VIA EMAIL:  Info@gdconstructiongroup.com_**

G&D Construction Group, Inc.
c/o George Puha
1582 Azalea Dr.
Lawrenceville, Georgia 30043

     Re:    _Metcon, Inc. v. G& D Construction Group, Inc._
           Superior Court of Gwinnett County, Georgia
           C.A. No. 21-A-00102-3

           _NP 301 LLC v. Metcon, Inc._
           Superior Court of Fulton County, Georgia
           C.A. No. 2020-CV-336620

           American Arbitration Association
           AAA Arbitration No. 01-20-0005-4463

           Insured: G&D Construction Group, Inc.
           Claim No.: 3672008
           Policy No.: CSU0069555

**SUPPLEMENT TO**
**THE RESERVATION OF RIGHTS**

Dear Mr. Puha:

      I have been retained by The Cincinnati Specialty Underwriters Insurance Company ("CSU") in the above referenced matter. CSU previously sent a reservation of rights to G&D Construction Group, Inc. ("G&D"), dated January 22, 2021, with respect to a lawsuit and



George Puha
February 11, 2021
Page 2

arbitration proceeding between NP 301, LLC, and Metcon, Inc., arising from the construction of the SpringHill Suites Hotel in Lumberton, NC (the "Hotel"). Since that date, CSU has received a Complaint filed in a new lawsuit, *Metcon, Inc. v. G & D Construction Group, Inc.*, in the Superior Court of Gwinnett County, State of Georgia, Civil Action No. 21-A-00102-3 (the "Lawsuit"). In the Complaint, Plaintiff Metcon, Inc. ("Metcon") contends that G&D improperly installed the exterior insulation and finish system ("EIFS") at the Hotel, causing water intrusion and damage. G&D is the Named Insured on a policy of insurance issued by CSU, Policy No. CSU0069555, including in pertinent part commercial general liability coverage (the "Policy"). <u>You are listed as the registered agent for service of process for G&D, but if you are not the correct person to receive this reservation of rights on behalf of G&D, please immediately notify me and advise as to whom this correspondence should be directed.</u>

After review of the allegations and claims in the Lawsuit, CSU has determined that the Policy may provide coverage to G&D with respect to such claims and allegations. The purpose of this correspondence is to advise G&D that CSU will defend G&D against the claims and allegations asserted in the Lawsuit, subject to a full and complete reservation of rights under the Policy. CSU has assigned Robert A. Luskin, Esq. as defense counsel to represent G&D in the Lawsuit. G&D must contact Mr. Luskin as soon as possible to arrange for its defense. Counsel's contact information is as follows:

> Robert A. Luskin, Esq.
> Goodman McGuffey LLP
> 3340 Peachtree Road, NE
> Suite 2100
> Atlanta, Georgia 30326-1084
> (404) 926-4102
> RLuskin@GM-LLP.com

By this correspondence, CSU advises G&D of the potentially applicable terms, conditions, and exclusions in the Policy, based on the information currently known by CSU, that may serve to limit or preclude coverage under the Policy. CSU fully and completely reserves its rights under the Policy to deny coverage for the claims or damages in the Lawsuit if it becomes apparent upon further investigation and litigation that such claims or damages are not covered under the Policy.

If G&D objects to CSU's reservation of rights set forth in this correspondence or believes that CSU has misstated any material fact or policy term stated below, please contact me immediately and CSU will give due consideration to such concerns or issues. CSU acknowledges that by accepting this reservation of rights, G&D does not waive any rights it may have under the Policy or under Georgia law. G&D may consult independent legal counsel with respect to this reservation of rights.

If G&D receives or has received any pleadings, documents, summonses, complaints, or other legal paperwork pertaining to the Lawsuit, the Hotel, NP 301, or Metcon, please forward



George Puha
February 11, 2021
Page 3

such documentation to CSU's attention. Please do not assume that CSU has also received such legal paperwork or documentation. CSU also advises G&D that, as a condition to coverage under the Policy, G&D is required to cooperate with CSU and assigned defense counsel in the investigation and defense of the Lawsuit and with the resolution of any and all claims arising out of the Hotel.

<u>ALLEGATIONS IN THE COMPLAINT</u>

Please note that while it is necessary to review the allegations set forth in the Complaint, as they relate to coverage under the Policy, by so doing, CSU does not wish to express or imply that the allegations made against G&D have merit or are true.

The current Lawsuit arises out of separate litigation between the owner of the Hotel, NP 301, LLP ("NP 301") and Metcon, the general contractor, in *NP 301, LLC v. Metcon, Inc.,* in the Superior Court of Fulton County, State of Georgia, Civil Action No. 2020CV336620 (the "Underlying Lawsuit") and related claims asserted in an arbitration proceeding before the American Arbitration Association, No. 01-20-0005-4463 ("Arbitration"). As the claims pursued by Metcon in the current Lawsuit involve the claims and allegations in the Underlying Lawsuit and Arbitration, these separate matters will be addressed below first.

In the Underlying Lawsuit, NP 301 allegedly contracted with Metcon on January 6, 2014, to construct the Hotel. At a date uncertain, Metcon also supposedly performed repair work at the Hotel and provided a maintenance bond, executed on September 11, 2016, to provide three years of maintenance for EIFS at the Hotel. NP 301 contends that expert reports show damage after the September 11, 2016, date, including issues with the EIFS. Specifically, NP 301 alleges that there was mold and water damage to the interior of the Hotel arising from construction defects in the flashing to the windows, roofing, waterproof envelope, and EIFS. NP 301 seeks $2,204,725.68 in damages arising from the alleged construction defects. Subsequently, the Lawsuit was stayed so that NP 301 and Metcon could address the construction defect issues concerning the Hotel in Arbitration.

On December 31, 2020, Metcon sent correspondence to CSU, seeking a defense and indemnity to NP 301's claims and allegations in the Lawsuit and Arbitration based on its Subcontract ("Subcontract") with G&D. Shortly thereafter Metcon filed the Complaint against G&D on January 7, 2021, in the Lawsuit with respect to work G&D allegedly performed on the Hotel. Specifically, Metcon contends that it was the general contractor on the Hotel based on a Contract with NP 301. Metcon alleges that it entered into the Subcontract with G&D to perform construction services at the Hotel, including the installation of the EIFS, and paid sums to G&D until G&D suspended work at the Hotel. Metcon contends that, after the Hotel was completed, NP 301 alleged that the EIFS was improperly installed at the Hotel, resulting in water intrusion and damage outside the scope of G&D's work, including sheathing, framing, and other building



George Puha
February 11, 2021
Page 4

components. In the Complaint, Metcon alleges that NP 301 filed the Underlying Lawsuit against Metcon, seeking 2.2 million dollars and attorneys' fees and expenses and the matter is currently stayed pending Arbitration.

Based on these allegations, Metcon brings Count I – Breach of Written Contract against Defendant G & D, contending that G&D agreed to warrant its work through the Subcontract and otherwise, that its work would be of good quality, without material defect, and performed according to all relevant terms and general conditions and in accordance with all applicable codes and industry standards. Metcon also alleges that G&D agreed as follows in the Subcontract: (1) to indemnify Metcon and its agents and employees from and against all claims, damages, loss and expenses, including attorneys' fees, arising out of or resulting from the performance of G&D's work; (2) to submit any controversy arising out of the Subcontract or the Hotel to arbitration; (3) to maintain comprehensive general liability insurance that could not be cancelled or not renewed without thirty days prior written notice to Metcon; and (4) to list Metcon as an additional insured under the relevant commercial general liability policy that covered G&D for the Hotel.

Continuing with Count I, Metcon contends that G&D has breached the Subcontract in the following ways. First, the improper installation of the EIFS, as alleged by NP 301, represents a breach of the Subcontract by G&D. Second, G&D allegedly failed to participate in the Arbitration after notice and demand, causing Metcon damage, including attorneys' fees and expenses in attempting to compel compliance. Third, G&D allegedly failed to indemnify Metcon. Fourth, G&D allegedly failed to maintain appropriate insurance as required by the Subcontract. Metcon contends that G&D must indemnify Metcon or provide contribution for any liability that may be adjudicated against Metcon and in favor of NP 301.

Metcon brings Count II – Breach of Warranties against Defendant G&D, contending that G&D agreed through the Subcontract or otherwise to provide warranties, both express and implied, concerning the work performed on the Hotel. If the Hotel has been damaged, as NP 301 alleges, Metcon contends that G&D breached its warranties. As a consequence, Metcon contends that G&D must indemnify Metcon or provide contribution for any liability that may be adjudicated against Metcon and in favor of NP 301.

Metcon brings Count III – Negligence against Subcontractors, contending that G&D had a duty to properly, adequately, and completely perform its scope of work in compliance with the Subcontract, plans, specifications, industrial standards, and/or building codes, and the applicable standard of care. If Metcon is liable to NP 301, it is due to G&D's breach of these duties. Thus, Metcon seeks all actual, consequential, and special damages, including the costs of defending the Underlying Lawsuit, due to G&D's negligence. Metcon contends that G&D must indemnify or provide contribution for any liability that may be adjudicated against Metcon in favor of NP 301.

Metcon brings Count IV – Common Law and Contractual Indemnity as to Defendant G&D, contending that any damage sustained by NP 301 was the result of the acts, omissions, negligence, breach of contract, and/or breaches of warranty by G&D, which Metcon is without fault. A special



George Puha
February 11, 2021
Page 5

relationship allegedly exists between Metcon and G&D under Georgia law and the Subcontract. Thus, Metcon contends that G&D must indemnify or provide contribution for any liability that may be adjudicated against Metcon in favor of NP 301.

Metcon brings Count V – Breach of Implied Contract against Defendant G&D, contending that G&D bid and/or submitted a proposal to perform certain work, including the EIFS, at the Hotel. It is further alleged that Metcon accepted the proposal and G&D performed the work for which G&D received payment. This constitutes an implied contract with Metcon, which G&D allegedly breached. Metcon contends that G&D must indemnify or provide contribution for any liability that may be adjudicated against Metcon in favor of NP 301.

As relief, Metcon seeks compensatory damages, attorneys' fees, expenses and costs of litigation, an order requiring G&D to join the Arbitration immediately, consent to consolidate this Lawsuit with the Underlying Lawsuit, and any further relief the Court deems equitable.

## REFERENCE TO THE POLICY

As stated above, the Policy Number is CSU0069555, including in relevant part commercial general liability coverage. There are two policy terms implicated by the claims and allegations of NP 301 and Metcon: term period April 22, 2015, to April 22, 2016; and term period April 22, 2016, until December 9, 2016.

Excerpts of certain pertinent and potentially applicable Policy provisions identified by CSU, based on the information currently known regarding the claims and allegations at issue, are provided in **Appendix A** included with this letter. The positions set forth in this letter are based on all of the provisions of the Policy, and not only on the excerpts cited in Appendix A. Nothing in this letter is intended to modify the terms of the Policy. To the extent cited portions of the Policy differ in any manner from the actual language of the Policy, the Policy language shall control. Further, inclusion of selected provisions of the Policy does not in any way limit or waive CSU's right to rely on additional terms.

## RESERVATION OF RIGHTS

Without waiving additional coverage defenses that may become evident during the course of investigating and defending the allegations and claims set forth in the Lawsuit, CSU contends that the Policy may not provide coverage to G&D for some or all of the claims asserted in the Complaint and Lawsuit for the reasons provided below:

    (a)    Some or all of the damages sought by Metcon and/or NP 301 may not constitute or arise out of "property damage", "bodily injury", "personal and advertising injury", or any other covered damage as defined in the Policy and/or Georgia law.



George Puha
February 11, 2021
Page 6

(b)     The Policy provides liability insurance coverage for damages because of "property damage" only if the "property damage" is caused by an "occurrence" as that term is defined in the Policy, and the "property damage" occurs during the Policy period.

(c)     The Policy does not provide liability insurance coverage for "property damage" which is expected or intended from the standpoint of G&D, but this exclusion does not apply to "property damage" resulting from the use of reasonable force to protect persons or property.

(d)     The Policy does not provide liability insurance coverage for "property damage" for which G&D is obligated to pay damages by reason of the assumption of liability in a contract or agreement; however, this exclusion does not apply to liability for damages that G&D would have in the absence of the contract or agreement; or assumed in a contract or agreement that is an "insured contract", provided the "property damage" occurs subsequent to the execution of the contract or agreement.

(e)     The Policy does not provide liability insurance coverage for "property damage" to that particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it; but this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

(f)     The Policy does not provide liability insurance coverage for "property damage" to "your product", arising out of it and any part of it.

(g)     The Policy does not provide liability insurance coverage for "property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard", but this exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

(h)     The Policy does not provide liability insurance coverage for "property damage" to "impaired property" or property that has not been physically injured, arising out of a defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or a delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms. However, this exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

(i)     The Policy does not provide liability insurance coverage for "property damage" that occurred prior to the effective date of the Policy, is alleged to be in the process of occurring as of the effective date of the Policy, or is in the process of settlement, adjustment or "suit". This exclusion applies to all continuing injury or damage



George Puha
February 11, 2021
Page 7

arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or at the same or adjacent location; or from the same or similar work; or from the same product or service.

(j)     The Policy does not provide liability insurance coverage for "property damage" arising directly or indirectly from breach of express or implied contract, including breach of an implied in law or implied in fact contract, but this exclusion does not apply to liability for damages that an insured would have in the absence of the contract.

(k)     The Policy does not provide liability insurance coverage for "property damage" unless such damage arises out of the operations which are classified and shown in the Commercial General Liability Coverage Part Declarations classification section.

(l)     The Policy does not provide liability insurance coverage for "property damage" arising out of operations or completed operations performed for you by any independent contractors or subcontractors unless you meet all conditions set forth in the Endorsement titled **Independent Contractors Limitations of Coverage**.

(m)    The Policy does not provide liability insurance coverage for "property damage" caused directly or indirectly, in whole or in part, by any actual, alleged or threatened: inhalation of; ingestion of; contact with; absorption of; exposure to; existence of; or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually regardless of any other cause, event, material, product and / or building component that contributed concurrently or in any sequence to the injury or damage. However, this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in a good or product intended for human ingestion.

(n)     The Policy does not provide liability insurance coverage for any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity regardless of any other cause, event, material, product and / or building component that contributed concurrently or in any sequence to the injury or damage. However, this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in a good or product intended for human ingestion.

(o)     The Policy does not provide liability insurance coverage for any liability with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning



George Puha
February 11, 2021
Page 8

or advice given or which should have been given in connection with: the existence of "fungi" or bacteria; the prevention of "fungi" or bacteria; the remediation of "fungi" or bacteria; any operation described in Reservation (n) above; "your product"; or "your work" regardless of any other cause, event, material, product and / or building component that contributed concurrently or in any sequence to the injury or damage. However, this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in a good or product intended for human ingestion.

(p)     The Policy does not provide liability insurance coverage for any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Reservations (m), (n), or (o) above regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to the injury or damage. However, this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in a good or product intended for human ingestion.

(q)     The Policy does not provide liability insurance coverage for "property damage" that occurred between April 22, 2015, and April 22, 2016, arising out of, caused by, or attributable to, whether in whole or in part, the design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system.

(r)     The Policy does not provide liability insurance coverage for "property damage" that occurred between April 22, 2015, and April 22, 2016, that arises out of, caused by, or attributable to, whether in whole or in part "your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

(s)     The Policy does not provide liability insurance coverage for "property damage" that occurred between April 22, 2016, and December 9, 2016, that is caused directly or indirectly, in whole or in part, by water-related or moisture-related entry into, or dry rot of, a structure to which a "wall finish system" has been installed and only if that water-related or moisture-related entry, or dry rot, is caused, directly or indirectly, in whole or in part, by the "wall finish system" as set forth in Endorsement **Exclusion – Exterior Insulation and Finish Systems ("EIFS") And Direct-Applied Exterior Finish Systems ("DEFS") – Broad Form With Specific Exceptions**. But this exclusion does not apply if:



George Puha
February 11, 2021
Page 9

(1) The "wall finish system" is a "drainable or water managed system"; and

(2) The substrate that forms a part of the "wall finish system", or to which the "wall finish system" is attached, is non-combustible, such as gypsum sheathing, or is one of the following types of construction:

    (i)    Non-combustible construction meaning structures where the exterior walls and the floors are constructed of, and supported by, metal, gypsum or other non- combustible materials; or

    (ii)    Masonry non-combustible construction meaning structures where the exterior walls are constructed of masonry materials such as adobe, brick, concrete, gypsum block, hollow concrete block, stone, tile or similar materials, with the floors and roof being metal or other non- combustible materials; or

    (iii)    Modified fire resistive or fire resistive construction meaning structures where the exterior walls and the floors and roof are constructed of masonry or fire resistive materials having a fire resistance rating of one hour or more; and

(3) The structure on which the "wall finish system" is installed is not intended for "residential" occupancy.

(t)    The Policy does not provide liability insurance coverage if it is determined that G&D has breached a term or condition for coverage under the Policy, including but not limited to, failing to: (1) provide notice as soon as practicable to CSU of an "occurrence" which may result in a claim; (2) see to it that CSU receives prompt written notice of any claim; (3) immediately send to CSU copies of any demands, notices, summons, or legal papers that G&D received in connection with the claim; and/or (4) cooperate with CSU in the investigation or settlement of the claim.

(u)    The Policy does not provide liability insurance coverage for any insured who admits to liability, consents to judgment, or settles any claims or "suit" without CSU's prior written consent.

Based on the allegations in the Complaint and Lawsuit, the Policy may provide indemnity coverage to G&D for the allegations and claims that NP 301 and Metcon assert. Accordingly, CSU will investigate and defend G&D against the claims and allegations asserted in the Lawsuit, subject to a full and complete reservation of rights. However, please be advised that further investigation or defense of the claims may reveal information or documentation demonstrating that the Policy does not provide coverage, or that coverage is limited, for some or all of the claims and damages alleged in the Lawsuit.



George Puha
February 11, 2021
Page 10

Specifically, CSU directs your attention to the following relevant provisions of your Policy which may serve to limit or exclude coverage entirely for the claims or damages that Metcon and N,P 301 seek with respect to your work. For the effective Policy term of April 22, 2015 through April 22, 2016, the Policy contains the endorsement titled, **Exclusion-Exterior Insulation and Finish Systems**, which excludes coverage for "property damage" arising out of, caused by, or attributable to, in whole or in part, EIFS. Metcon contends that G&D's defective work was the installation of EIFS and, thus, the endorsement would exclude coverage for "property damage" arising from G&D's work on the Hotel, to the extent such damage occurred between April 22, 2015, and April 22, 2016.

In addition, the Policy contains the endorsement titled, **Exclusion-Exterior Insulation and Finish Systems ("EIFS") and Direct-Applied Exterior Finish Systems ("DEFS") – Broad Form with Specified Exceptions**, which is applicable to "property damage" that occurred between April 22, 2016, and December 9, 2016. This Endorsement excludes coverage for "property damage" arising from dry-rot of or water-related or moisture-related entry into the structure on which the EIFS or "wall finish system" has been installed unless such EIFS or "wall finish system" has been constructed as specified in the Endorsement. The litigation of the claims and allegations in the Lawsuit may reveal that the construction does not comply with the requirements of the Endorsement, thereby precluding coverage for the damages sought with respect to G&D's work.

Finally, the Policy also contains the endorsement titled **Exclusion-Fungi or Bacteria**. This endorsement excludes liability coverage for "property damage" arising from "fungi" and bacteria. Based on the investigation of the Lawsuit, it appears that NP 301 contends that the water penetration from the defective construction of the EIFS at the Hotel has caused extensive property damage due to mold, a type of fungi, for which repairs are necessary. The "property damage" due to this mold will be excluded under the Endorsement from coverage under the Policy.

Nonetheless, as set forth above, CSU, by its representatives, will defend G&D from the claims and allegations in the Lawsuit with respect to G&D's work at the Hotel, subject to a full and complete reservation of rights to contest at a later date any assertion that the insurance coverage provided by the Policy is applicable to the allegations or claims in the Lawsuit, to deny liabilities under the Policy, to deny any obligation to defend, indemnify, and/or otherwise refuse to pay any judgment which may be rendered against G&D in the future.

Though this letter references several potential bases on which coverage may be precluded or limited, this letter is not intended to limit or restrict CSU from later relying upon or asserting other facts, grounds, and/or Policy provisions that are or may be applicable as that information becomes known to CSU. CSU specifically does not waive or relinquish any rights or defenses available to it under the Policy and reserves the right to amend or modify its coverage position. CSU reserves the right to seek settlement contribution from G&D and the right to require G&D to obtain an allocation of damages between covered and non-covered allegations in any future



George Puha
February 11, 2021
Page 11

settlement, litigation, or as a result of any judgment. CSU reserves the right to file a declaratory relief action seeking the court's determination as to coverage under the Policy.

As a final matter, CSU directs G&D's attention to **Section IV – Commercial General Liability Conditions** of the Commercial General Liability Coverage Form. Under Subsection **c.(3)**, G&D must "[c]ooperate with us in the investigation or settlement of the claim or defense against the 'suit'." Accordingly, as a condition of coverage under the Policy, G&D must cooperate with CSU and assigned counsel, including remaining in contact, timely responding, locating evidence or documentation related to the Hotel, and other items that may be needed to defend the Lawsuit. Failure to comply with the duty to cooperate with CSU could result in withdrawal and disclaimer of coverage under the Policy.

Please advise us if you believe anything set forth in this letter is in error.  CSU is open to any further information that G&D wishes to provide and will consider any facts or information submitted to CSU. It is expressly understood that any action undertaken by CSU in investigating, attempting to adjust, or defense of the claims and allegations set forth in the Lawsuit and Complaint shall not be construed as a waiver of its rights to deny coverage under the Policy. CSU acknowledges that G&D may consult independent legal counsel with respect to this reservation of rights and does not waive any rights it has under the Policy or Georgia law.

If you have any questions about this matter or would like a copy of the Policy, please contact me. I will be happy to respond to any request for additional information concerning CSU's reservation of rights.

Sincerely,

Alexia R. Roney

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

# APPENDIX A

\*\*\*

**COMMERCIAL GENERAL LIABILITY**
**CG 00 01 04 13**

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

\*\*\*

**SECTION I - COVERAGES**

**COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply….

\*\*\*

    **b.** This insurance applies to "bodily injury" and "property damage" only if:

        **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

        **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage"

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

\*\*\*

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

\*\*\*

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

**j.  Damage To Property**

"Property damage" to:

\*\*\*

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

\*\*\*

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.   To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard". This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

\*\*\*

3 | P a g e

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

***

    **2.** **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

        **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

            **(1)** How, when and where the "occurrence" or offense took place;

            **(2)** The names and addresses of any injured persons and witnesses; and

            **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

        **b.** If a claim is made or "suit" is brought against any insured, you must:

            **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

            **(2)** Notify us as soon as practicable.

        You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

        **c.** You and any other involved insured must:

            **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

            **(2)** Authorize us to obtain records and other information;

            **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

            **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

        **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

***

## SECTION V – DEFINITIONS

***

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

***

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

***

**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

***

**21.** "Your product":

    **a.** Means:

        **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

      **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

   **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      **(2)** The providing of or failure to provide warnings or instructions.

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

**COMMERCIAL GENERAL LIABILITY**
**CSGA401 02 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM

***

## EXCLUSION - PRIOR INJURY OR DAMAGE

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage**:

This insurance does not apply to any "bodily injury" or "property damage" that:

**1.** first occurred prior to the Effective date of this Coverage Part;

**2.** is alleged to be in the process of occurring as of the Effective date of this Coverage Part; or

**3.** is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

**2.** at the same or adjacent location; or

**3.** from the same or similar work; or

**4.** from the same product or service.

***

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

**COMMERCIAL GENERAL LIABILITY**
**CSGA 402 05 16**

# CONTRACTORS - CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

\*\*\*

## EXCLUSION - BREACH OF CONTRACT

**A.** The following exclusion is added to Paragraph **2., Exclusions of Section I - Coverage A Bodily Injury And Property Damage Liability:**

This insurance does not apply to any claim for "bodily injury" or "property damage" arising directly or indirectly from breach of express or implied contract, including breach of an implied in law or implied in fact contract. This exclusion does not apply to liability for damages that an insured would have in the absence of the contract.

\*\*\*

## LIMITATION OF COVERAGE TO SCHEDULED CLASSIFICATIONS ONLY

This insurance applies only to "bodily injury", "property damage", or "personal and advertising injury" arising out of the operations which are classified and shown in the Commercial General Liability Coverage Part Declarations classification section.

\*\*\*

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

COMMERCIAL GENERAL LIABILITY
CSGA 416 04 08

\*\*\*

# INDEPENDENT CONTRACTORS LIMITATIONS OF COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A. Section IV - Commercial General Liability Conditions** is amended to include the following language:

As a condition to and for coverage to be pro- vided by this policy, you must do all of the following:

**1.** Obtain a formal written contract with all independent contractors and subcontractors in force at the time of the injury or damage verifying valid Commercial General Liability Insurance written on an "occurrence" basis with Limits of Liability of at least:

  **a.** $1,000,000 each "occurrence";

  **b.** $2,000,000 general aggregate, per project basis; and

  **c.** $2,000,000 Products-Completed Operations aggregate.

**2.** Obtain a formal written contract stating the independent contractors and sub- contractors have agreed to defend, indemnify and hold you harmless from any and all liability, loss, actions, costs, including attorney fees for any claim or lawsuit presented, arising from the negligent or intentional acts, errors or omissions of any independent contractor and subcontractor.

**3.** Verify in the contract that your independent contractors and subcontractors have named you as an additional insured on their Commercial General Liability Policy for damages because of "bodily injury", "property damage", and "personal and advertising injury" arising out of or caused by any operations and completed operations of any independent contractor or subcontractor. Coverage provided to you by any independent contractor or subcontractor must be primary and must be provided by endorsement CG 20 10 (7/04 edition) and CG 20 37 (7/04 edition), or their equivalent. Completed operations coverage must be maintained for a minimum of two years after the completion of the formal written contract.

**This insurance will not apply to any loss, claim or "suit" for any liability or any damages arising out of operations or completed operations performed for you by any independent contractors or subcontractors unless all of the above conditions have been met.**

\*\*\*

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS[1]

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1. The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

2. "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions Section**:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

---

[1] This is the endorsement in effect for Policy Term May 22, 2015, through May 22, 2016. It was not effect with the subsequent Term, May 22, 2016, until December 9, 2016.

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

COMMERCIAL GENERAL LIABILITY
CSGA 343 03 08

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS ("EIFS") AND DIRECT-APPLIED EXTERIOR FINISH SYSTEMS ("DEFS") - BROAD FORM WITH SPECIFIED EXCEPTIONS[2]

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages, Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverages, Coverage B - Personal And Advertising Injury Liability**:

   **a.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" that arises out of, is caused by, or is attributable to, whether in whole or in part, any of the following:

   **(1)** The design, manufacture, sale, service, handling, construction, fabrication, preparation, installation, application, maintenance, disposal or repair, including remodeling, service, correction, or replacement, of a "wall finish system", or any part thereof, including any method or procedure used to correct problems with installed or partially installed "wall finish systems"; or

   **(2)** Any work or operations conducted by or on behalf of any insured on or to a "wall finish system", or any component thereof, or any component of a structure to which a "wall finish system" attaches that results, directly or indirectly, in the intrusion of water or moisture, including any resulting development or presence of "fungi" or bacteria on or within a structure, including its contents, regardless of whether any other cause, event, material, or product contributed concurrently or in any sequence to such injury or damage.

   **b.** This exclusion also applies to any "bodily injury", "property damage" or "personal and advertising injury":

   **(1)** For which any insured assumes liability in any part of any contract or agreement, regardless of whether such contract or agreement is an "insured contract";

   **(2)** Arising out of, caused by, or attributable to, whether in whole or in part, warranties or representations made at any time with respect to the fitness, quality, durability or performance of a "wall finish system"; and

---

[2] This Endorsement was effective during the Term in May 22, 2016, through December , 2017.

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

      **(3)** Arising out of, caused by, or attributable to, whether in whole or in part, the providing of or failure to provide any warning or instructions with regard to a "wall finish system".

   **c.** Exclusions **a.** and **b.** above apply only if the injury or damage is caused, directly or indirectly, in whole or in part, by water-related or moisture-related entry into, or dry rot of, a structure to which a "wall finish system" has been installed and only if that water-related or moisture-related entry, or dry rot, is caused, directly or indirectly, in whole or in part, by the "wall finish system."

   **d.** Exclusions **a.** and **b.** above do not apply if all three of the following conditions are met:

      **(1)** The "wall finish system" is a "drainable or water managed system"; and

      **(2)** The substrate that forms a part of the "wall finish system", or to which the "wall finish system" is attached, is non-combustible, such as gypsum sheathing, or is one of the following types of construction:

         **(a)** Non-combustible construction meaning structures where the exterior walls and the floors are constructed of, and supported by, metal, gypsum or other non-combustible materials; or

         **(b)** Masonry non-combustible construction meaning structures where the exterior walls are constructed of masonry materials such as adobe, brick, concrete, gypsum block, hollow concrete block, stone, tile or similar materials, with the floors and roof being metal or other non- combustible materials; or

         **(c)** Modified fire resistive or fire resistive construction meaning structures where the exterior walls and the floors and roof are constructed of masonry or fire resistive materials having a fire resistance rating of one hour or more; and

      **(3)** The structure on which the "wall finish system" is installed is not intended for "residential" occupancy.

**e.** If this insurance would otherwise not apply to injury or damage as a result of the application of Paragraphs **1.a. – c.** above, however this insurance does apply after the application of Paragraph **1.d.** above:

      **(1)** Our obligation to pay damages on your behalf applies only to the amount of damages which are in excess of a deductible amount of $5,000 for each "occurrence". Our limits of insurance will not be reduced by the application of such deductible amount. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

      **(2) Section IV - Commercial General Liability Conditions, 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** applies to each claim or "suit" irrespective of the amount.

**2. Section V - Definitions** is amended to include the following:

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

   **a.** "Direct-applied exterior finish system" (commonly referred to as DEFS) means an exterior cladding or finish system and all component parts therein, used on any part of any structure, and consisting of:

     **(1)** A rigid or semi-rigid substrate;

     **(2)** The adhesive and / or mechanical fasteners used to attach the substrate to the structure including any water-durable exterior wall substrate;

     **(3)** A reinforced or unreinforced base coat or mesh;

     **(4)** A finish coat providing surface texture to which color may be added; and

     **(5)** Any conditioners, primers, accessories, flashing, coatings, caulking or sealants used with the system for any purpose; that interact to form an energy efficient wall.

   **b.** "Drainable or water managed system" means a "wall finish system":

     **(1)** With a secondary weather-resistant barrier that protects the substrate; and

     **(2)** That includes a drainage feature that is specifically designed to channel water to the outside of the "wall finish system".

   **c.** "Exterior insulation and finish system" (commonly referred to as synthetic stucco or EIFS) means an exterior cladding or finish system and all component parts therein, used on any part of any structure, and consisting of:

     **(1)** A rigid or semi-rigid insulation board made of expanded polystyrene or other materials;

     **(2)** The adhesive and / or mechanical fasteners used to attach the insulation board to the substrate;

     **(3)** A reinforced or unreinforced base coat or mesh;

     **(4)** A finish coat providing surface texture to which color may be added; and

     **(5)** Any conditioners, primers, accessories, flashing, coatings, caulking or sealants used with the system for any purpose; that interact to form an energy efficient wall.

   **d.** "Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom, or mildew and mycotoxins, spores, scents or byproducts produced or released by fungi.

   **e.** "Residential" means:

     **(1)** A structure where 15% or more of the structure's square foot area is used, or is intended, for the purpose of human habitation and includes, but is not limited to, single-family housing, multi-family housing, apartments, condominiums, townhouses, and similar structures intended for human habitation; and

     **(2)** Common areas and appurtenant structures of those structures listed in Paragraph **2.e.(1)** above.

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

"Residential" does not include:

**(1)** Hospitals or prisons; and

**(2)** Military housing, dormitories, long-term care facilities, hotels or motels, provided there is no individual ownership of units.

**f.** "Wall finish system" means:

**(1)** An "exterior insulation and finish system";

**(2)** A "direct-applied exterior finish system"; or

**(3)** Any energy efficient exterior cladding or finish system substantially similar to Paragraph **f.(1)** or **f.(2)** above.

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

**COMMERCIAL GENERAL LIABILITY**
**CSGA 361 06 08**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury", "property damage" or "personal and advertising injury" caused directly or indirectly, in whole or in part, by any actual, alleged or threatened:

**(1)** Inhalation of;

**(2)** Ingestion of;

**(3)** Contact with;

**(4)** Absorption of;

**(5)** Exposure to;

**(6)** Existence of; or

**(7)** Presence of,

any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually;

**b.** Any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity;

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

    **c.**  Any liability, with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with:

        **(1)**  The existence of "fungi" or bacteria;

        **(2)**  The prevention of "fungi" or bacteria;

        **(3)**  The remediation of "fungi" or bacteria;

        **(4)**  Any operation described in Paragraph A.2. b. above;

        **(5)**  "Your product"; or

        **(6)**  "Your work"; or

    **d.**  Any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Paragraphs **A.2. a., b.** or **c.** above;

regardless of any other cause, event, material, product and / or building component that contributed concurrently or in any sequence to the injury or damage.

However, this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for human ingestion.

**C.**  For the purposes of this endorsement, **SECTION V - DEFINITIONS** is amended to include the following:

"Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

Insured: G&D Construction, Inc.
Insurer: Cincinnati Specialty Underwriters Insurance Company
Policy: CSU0069555
Claim No.: 3672008

**COMMERCIAL GENERAL LIABILITY**
**CSGA 439 11 08**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT CONDITION

This endorsement modifies insurance provided under the following:

COMMERICAL GENERAL LIABILITY COVERAGE FORM

The following is added to Paragraph **2., Duties In The Event Of Occurrence, Offense, Claim Or Suit** of **Section IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**e**.   No insured will admit to any liability, consent to any judgment, or settle any claim or "suit" without our prior written consent.



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.