# EXHIBIT 16

**THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**
P.O. Box 145496, CINCINNATI, OH 45250-5496

## CANCELLATION CREDIT

POLICY NUMBER: `CSU0069555`
**NAMED INSURED AND MAILING ADDRESS:**
`G&D Construction Group Inc.`


`Refer to Named Insured Schedule CSIA 409`
`PO BOX 490817`

`LAWRENCEVILLE GA 30049`

---

**PRODUCER - Your contact for matters pertaining to this policy:**
`Kevin Panter Insurance, Inc.`                               `10-206`
`95 Progress Circle`
`Blue Ridge GA 30513`

---

Broker: `831004`
`CSU Producer Resources, Inc.`
`6200 South Gilmore Road`
`Fairfield, OH 45014-5141`
`Scott Hintze`

---

**Date of Cancellation**: `12/09/2016` AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

Signature of authorized representative or countersignature, where applicable:

---

|  | RETURN PREMIUM |
|---|---|
| Premium: | $1,260.00 |
| Terrorism Risk Insurance Extension Act | $.00 |
| Broker Fee | $.00 |
| Surplus Lines Taxes | $50.40 |
| Stamping Fee | $.00 |
| Other taxes or fees | $.00 |
| **TOTAL RETURN:** | $1,310.40 |

`Other - NONPAYMENT PER PREMIUM FINANCE COMPANY`

CSIA 420 07 14                                                                                                       Page 1 of 1