# Exhibit A

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TREVONNE WILLIAMS, ) | |
| ) | CIVIL ACTION FILE NO. 23A01195 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | JURY TRIAL DEMANDED |
| BENNY POSSELT, ) | |
| PORTAGE TRANSPORT, INC., and ) | |
| MANITOBA PUBLIC INSURANCE, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT FOR DAMAGES

PLAINTIFF TREVONNE WILLIAMS (hereinafter "Plaintiff") hereby files this Complaint for Damages, showing the Court as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff is a resident of the State of Georgia and submits to the jurisdiction and venue of this Court.

2.

On information and belief, Defendant Benny Posselt (hereinafter "Defendant Posselt") is, and/or at all relevant times was, a nonresident of the State of Georgia with a last known residence address of 153 1st Street, Portage la Prairie, Manitoba, Canada, R1N 1Z1. Said Defendant may be served with process pursuant to the Georgia Nonresident Motorist Act, O.C.G.A. §40-12-1, *et seq.* Once served with process, this Defendant is subject to the jurisdiction and venue of this Court.

3.

On information and belief, Defendant Portage Transport, Inc. (hereinafter "Defendant Portage") is, and/or at all relevant times was, a foreign corporation doing business in Georgia.

Said Defendant may be served with process pursuant to the Georgia Nonresident Motorist Act, O.C.G.A. §40-12-1, *et seq*. Once served with process, this Defendant is subject to the jurisdiction and venue of this Court.

4.

On information and belief, Defendant Manitoba Public Insurance (hereinafter "Defendant Manitoba") is, and/or at all relevant times was, a foreign insurance company unauthorized to transact business in Georgia. Once served with process, this Defendant is subject to the jurisdiction and venue of this Court pursuant to, *inter alia*, O.C.G.A. §9-10-91.

5.

As, on information and belief, all known Defendants are and/or at all relevant times were nonresidents of the State of Georgia, and Plaintiff resides in DeKalb County, then venue is proper in this County pursuant to O.C.G.A. §40-12-1, *et seq*.

## BACKGROUND

6.

On April 21, 2021, Plaintiff was lawfully operating a 2021 Honda Civic on I-85 southbound in or near Gwinnett County Georgia.

7.

At or about the same time, Defendant Posselt was operating a 2019 Freightliner on I-85 southbound in or near Gwinnett County Georgia.

8.

At all times material to this action, Defendant Posselt was acting as an agent and/or employee of Defendant Portage within the scope and course of said agency and/or employment.

9.

At all times material to this action, the 2019 Freightliner being operated by Defendant Posselt on April 21, 2021 was owned, leased, operated, and maintained by Defendant Portage.

10.

At all times material to this action, the 2019 Freightliner being operated by Defendant Posselt on April 21, 2021 was insured pursuant to a certificate of liability insurance by Defendant Manitoba.

11.

At the foregoing place and time, Defendant Posselt unlawfully negligently maneuvered his vehicle and, and a result of said negligence, violently collided his vehicle with the vehicle being operated by Plaintiff.

12.

As a result of this collision, Plaintiff suffered severe and permanent injuries.

## COUNT ONE: NEGLIGENCE OF DEFENDANT POSSELT

13.

Plaintiff realleges and incorporates the allegations contained in the above-numbered paragraphs as if fully republished herein.

14.

Defendant Posselt had a duty to operate his vehicle in a safe and law-abiding manner.

15.

Defendant Posselt breached this duty and acted negligently by failing to maintain his lane of travel; failing to exercise ordinary care to avoid a collision; traveling too fast for conditions; failing to keep a proper lookout; and/or by such further negligent acts as will be shown.

16.

Defendant Posselt's negligence is the sole and proximate cause of the collision and Plaintiff's resulting injuries.

## COUNT TWO: IMPUTED LIABILITY (PORTAGE TRANSPORT, INC.)

17.

Plaintiff realleges and incorporates the allegations contained in the above-numbered paragraphs as if fully republished herein.

18.

At the time of the subject collision, Defendant Posselt was under dispatch for Defendant Portage.

19.

At the time of the subject collision, Defendant Posselt was operating his vehicle on behalf of Defendant Portage.

20.

At the time of the subject collision, Defendant Posselt was an employee acting within the scope and course of his employment and/or agency for Defendant Portage.

21.

Defendant Portage is a principal and/or employer, and pursuant to federal and state laws, is responsible for the actions of Defendant Posselt concerning the collision described in this Complaint under the doctrine of lease liability, agency, apparent agency, *Respondeat Superior*, or vicarious liability.

## COUNT THREE: NEGLIGENT HIRING, TRAINING & SUPERVISION
## (DEFENDANT PORTAGE TRANSPORT, INC.)

22.

Plaintiff realleges and incorporates the allegations contained in the above-numbered paragraphs as if fully republished herein.

23.

Defendant Portage was negligent in hiring Defendant Posselt and entrusting him to drive a commercial vehicle for them.

24.

Defendant Portage was negligent in failing to properly train Defendant Posselt.

25.

Defendant Portage was negligent in failing to properly supervise Defendant Posselt.

26.

Defendant Portage's negligence in hiring Defendant Posselt and entrusting him with driving a commercial vehicle and failing to train and supervise him properly was the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

27.

As a result of Defendants' negligence, Plaintiff has incurred past medical expenses and will continue to incur future medical expenses.

28.

As a result of Defendants' negligence, Plaintiff was unable to work and has a claim for certain lost wages as will be shown.

29.

Defendants' negligence is the sole and proximate cause of Plaintiff's injuries.

30.

Plaintiff is entitled to recover for the injuries and pain and suffering sustained, and all other elements of damages allowed under Georgia law, including but not limited to all compensatory, general, special, incidental, consequential, and/or other damages permitted. Plaintiff states his intention to seek all compensatory, special, economic, consequential, general and all other damages permissible under Georgia Law, including but not limited to:

(a) Personal injuries;

(b) Past, present, and future pain and suffering;

(c) Disability;

(d) Disfigurement;

(e) Mental anguish;

(f) Loss of the capacity for the enjoyment of life;

(g) Incidental expenses;

(h) Lost wages;

(i) Loss of earning capacity;

(j) Past, present, and future medical expenses;

(k) Permanent injuries; and

(l) Consequential damages to be proven at trial.

WHEREFORE, Plaintiff prays that he have a trial on all issues and for a judgment against the Defendants for the following:

(a) For medical and doctor expenses in an amount to be proven through the evidence at the time of trial for the past, present, and future;

(b) For pain and suffering for the past, present and future on behalf of Plaintiff;

(c) For lost wages and loss of earning capacity in an amount for the past, present and future which will be proven at the time of trial through evidence;

(d) For all general, special, compensatory, incidental, consequential and all other permissible damages and expenses associated with Plaintiff's injuries and damages in an amount which will be proven at the time of trial;

(e) That a jury be impaneled to resolve all factual disputes; and

(f) For all further losses and recovery as deemed proper by the court.

**TRIAL BY JURY IS HEREBY DEMANDED**.

Respectfully Submitted,

THE REEVES FIRM, LLC

/s/ Jason E. Reeves
_____
Jason E. Reeves
State Bar No. 252043
*Attorney for Plaintiff*

305 West Wieuca Road, NE
First Floor
Atlanta, GA 30342
404-442-8755
678-831-4565Telefax
jreeves@reeveslawllc.net

STATE COURT OF
DEKALB COUNTY, GA.
3/20/2023 12:39 PM
E-FILED
BY: Monica Gay

| | |
|---|---|
| No. 23A01195 | **STATE COURT OF DEKALB COUNTY** |
| Date Summons Issued and Filed 3/20/2023 | **GEORGIA, DEKALB COUNTY** |
| /s/ Monica Gay | **SUMMONS** |
| Deputy Clerk | |

Trevonne Williams

2381 Brookgate Way Ellenwood, Georgia 30294

(Plaintiff's name and address)

Deposit Paid $ _____

[ ] **ANSWER**

[✓] **JURY**

vs.

**Portage Transport, Inc.**

1450 Lorne Ave E, Portage La Prarie, MB R1N 4A2, Canada
3/20/2023

(Defendant's name and address)

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Jason E. Reeves
(Name)
305 W. Wieuca Rd NE, First Floor, Atlanta, Georgia 30342
(Address)

404-429-6960     252043
(Phone Number)     (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

| Defendant's Attorney | Third Party Attorney |
|---|---|
| | |
| Address | Address |
| Phone No.    Georgia Bar No. | Phone No.    Georgia Bar No. |

**TYPE OF SUIT**

☐ Account         ☑ Personal Injury          Principal    $ TBD
☐ Contract        ☐ Medical Malpractice
☐ Note            ☐ Legal Malpractice        Interest     $ TBD
☐ Trover          ☐ Product Liability
                  ☐ Other                    Atty Fees    $ TBD

☐ Transferred From _____

(Attach BLUE to Original and WHITE to Service Copy of complaint)

summons1-2008rev

STATE COURT OF
DEKALB COUNTY, GA.
3/20/2023 12:39 PM
E-FILED
BY: Monica Gay

# General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __Dekalb__ County

| For Clerk Use Only | |
|---|---|
| Date Filed __3/20/2023__ MM-DD-YYYY | Case Number __23A01195__ |

**Plaintiff(s)**
Williams, Trevonne
Last / First / Middle I. / Suffix / Prefix

**Defendant(s)**
Posselt, Benny
Last / First / Middle I. / Suffix / Prefix

Portage Transport, Inc.
Last / First / Middle I. / Suffix / Prefix

Manitoba Public Insurance
Last / First / Middle I. / Suffix / Prefix

Plaintiff's Attorney __Jason E. Reeves__   Bar Number __252043__   Self-Represented ☐

## Check One Case Type in One Box

**General Civil Cases**
- ☒ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
- ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.
__N/A__ Case Number   _____ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. __N/A__ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
__N/A__

Version 1.1.18

| | |
|---|---|
| No. __23A01195_____ | **STATE COURT OF DEKALB COUNTY** |
| Date Summons Issued and Filed | **GEORGIA, DEKALB COUNTY** |
| __3/20/2023_____ | **SUMMONS** |
| /s/ Monica Gay | |
| Deputy Clerk | Trevonne Williams |
| Deposit Paid $ _____ | 2381 Brookgate Way Ellenwood, Georgia 30294 |
| | (Plaintiff's name and address) |
| [ ] **ANSWER** | vs. |
| [✓] **JURY** | **Manitoba Public Insurance** |
| | **Box 6300** |
| | **Room B100, 234 Donald Street** |
| | **Winnipeg, MB R3C 4A4** |
| | (Defendant's name and address) |

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Jason E. Reeves
(Name)

305 W. Wieuca Rd NE, First Floor, Atlanta, Georgia 30342
(Address)

404-429-6960                                    252043
(Phone Number)                              (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

| | |
|---|---|
| _____ | _____ |
| Defendant's Attorney | Third Party Attorney |
| _____ | _____ |
| _____ | _____ |
| Address | Address |
| _____ | _____ |
| Phone No.        Georgia Bar No. | Phone No.        Georgia Bar No. |

**TYPE OF SUIT**

| | | | |
|---|---|---|---|
| ☐ Account | ☑ Personal Injury | Principal | $ __TBD__ |
| ☐ Contract | ☐ Medical Malpractice | | |
| ☐ Note | ☐ Legal Malpractice | Interest | $ __TBD__ |
| ☐ Trover | ☐ Product Liability | | |
| | ☐ Other | Atty Fees | $ __TBD__ |

☐ Transferred From _____

**(Attach BLUE to Original and WHITE to Service Copy of complaint)**

summons1-2003rev

STATE COURT OF
DEKALB COUNTY, GA.
3/20/2023 12:39 PM
E-FILED
BY: Monica Gay