<div style="text-align:center; color:red;">Exhibit D</div>

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TREVONNE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO.: 23A01195 |
| BENNY POSSELT, PORTAGE TRANSPORT, INC., AND MANITOBA PUBLIC INSURANCE, | ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANT PORTAGE TRANSPORT, INC. AND MANITOBA PUBLIC INSURANCE'S JURY DEMAND

COMES NOW **Defendants Portage Transport, Inc. and Manitoba Public Insurance**, and within the time permitted by law, demands a jury of twelve on all issues of fact.

This **16th** day of May, 2023.

                                  **COPELAND, STAIR**
                                    **VALZ & LOVELL, LLP**

                                */s/ Jay M. O'Brien*
                                JAY M. O'BRIEN
                                Georgia Bar No.: 234606
                                *Counsel for Defendants Benny Posselt, Portage Transport, Inc. and Manitoba Public Insurance*

191 Peachtree Tower, Suite 3600
191 Peachtree Street NE
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
jobrien@csvl.law

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of **DEFENDANTS PORTAGE TRANSPORT, INC. AND MANITOBA PUBLIC INSURANCE'S JURY DEMAND** via electronic filing and service to counsel of record as follows:

<div style="text-align:center">

Jason E. Reeves
THE REEVES FIRM, LLC
305 West Wieuca Road, NE, First Floor
Atlanta, GA  30342
jreeves@reeveslawllc.net
*Counsel for Plaintiff*

</div>

This **16th** day of May, 2023.

        **COPELAND, STAIR**
            **VALZ & LOVELL, LLP**

         */s/ Jay M. O'Brien*
        JAY M. O'BRIEN
        Georgia Bar No.: 234606
        *Counsel for Defendants Benny Posselt,*
        *Portage Transport, Inc. and Manitoba*
        *Public Insurance*