# Exhibit F

## The Reeves Firm, LLC

305 WEST WIEUCA ROAD, NE

FIRST FLOOR

ATLANTA, GEORGIA 30342

PHONE • 404-442-8755

www.TheReevesFirm.com

JASON E. REEVES                                                                                                          jreeves@reeveslawllc.net

### OFFER TO SETTLE TORT CLAIM
### MADE PURSUANT TO O.C.G.A. § 9-11-67.1 AND O.C.G.A § 51-12-14

December 13, 2022

**VIA EMAIL TO JCorley3@mpi.mb.ca**
**FACSIMILE TO: 204-985-7117 &**
**OVERNIGHT USPS TRACKING NUMBER**

Manitoba Public Insurance
Jennifer Corley, BA Injury Adjuster Bodily Injury
1981 Plessis Road Box 45064
Regent Postal Outlet Winnipeg, MB R2C 5C7

| | | |
|---|---|---|
| RE: | Our Client: | Trevonne Williams |
| | Your Claim Number: | 1034767865 |
| | Date of Loss: | April 21, 2021 |
| | Insured Driver: | Benny Posselt |
| | Named Insured: | Portage Transport |

Dear Ms. Corley:

  This firm has been retained as co-counsel with Kanner & Pintaluga for purposes of filing suit on behalf of our client, Trevonne Williams, for his bodily injury claim arising from the above-referenced incident. It is our understanding that your company issued a liability policy on behalf of your above-shown insured (Portage Transport) and its insured driver (Benny Posselt), that said policy has limits of $10 million and that to date there is no dispute concerning the applicability of said coverage to this matter.

  **Pursuant to O.C.G.A. § 24-4-408, nothing contained herein shall be admissible into evidence.**

  In accordance with O.C.G.A. § 9-11-67.1, we are providing Manitoba Public Insurance

with a reasonable opportunity to settle our client's claims against your insured arising out of the above-referenced motor vehicle collision for an amount within policy limits. **Specifically, and as laid out more thoroughly below, we are offering and hereby demanding $350,000.00 to settle our client's above-dated injury claim arising from this incident.** Please also be advised that this demand is being made pursuant to the Unliquidated Damages Interest Act, O.C.G.A. § 51-12-14.

By timely accepting this offer, you will protect your insured(s) from personal liability and/or the responsibility to pay for a judgment in excess of the applicable policy limits; protracted litigation (not including that which may be necessary to make other insurance claims); the time and expense of attending depositions, participating in discovery and attending trial; the emotional cost attendant to reliving the collision and the harm caused to others by your insured's negligence; financial loss and other damages attributed to credit reports and ratings; litigation costs and attorneys' fees; and other losses typically caused by failure to timely settle a claim.

**I.      Your Insured's Liability**

As documented in the enclosed Georgia Uniform Motor Vehicle Accident Report (attached hereto as Exhibit "1"), on April 21, 2021, Trevonne was lawfully operating a 2021 Honda Civic southbound in the second to the far-right travel lane of I-85 in Gwinnett County, Georgia. At that same time, your above-shown insured driver dangerously operated the insured vehicle, a commercial 2019 Freightliner TR weighing over 60,000 pounds,[1] rightward into Trevonne's Lane, causing a violent collision between the two vehicles and rendering Trevonne's much smaller Honda wholly inoperable due to resulting collision damages to the vehicle.

There is no reasonable argument that Trevonne has any legal responsibility for any aspect of this incident or any of his damages that resulted. All competent and credible evidence demonstrates the patent and sole liability of your insured driver for reasons likely including, but not necessarily limited to:

a. Failing to make reasonable and proper observations while driving; if reasonable and proper observations were made, failing to act thereon;

b. Failing to maintain his lane of travel;

c. Driving in a reckless disregard for the safety of persons and/or property, in violation of O.C.G.A. § 40-6-390; and

d. In committing other negligent and/or reckless acts and omissions as may be shown by the evidence and proven at trial.

---

[1] https://freightliner.com/trucks/cascadia-natural-gas/specifications/

We fully expect the jury in this matter to find that no fault lies with Trevonne. We expect the jury will agree with our assessment of liability above and find your insured liable in this incident.

## II.     Medical Treatment and Injuries

After the crash, Trevonne was required to be transported to the ER via ambulance to the emergency room for emergency medical attention to his neck, back, hip, and other issues. He then spent hours in the hospital, undergoing many tests and treatment procedures and incurred significant medical costs before being discharged with prescription narcotics and instructions regarding follow-up care.

Unfortunately, Trevonne continued to suffer serious pain and discomfort, which prompted him to seek further treatment, including extended physical therapy and and further medical evaluation. He was referred for MRI testing revealed that he sustained ***herniated and disrupted discs in his lumbar and cervical spine***, which led to him being referred to pain management treatment, including number of ***lumbar epidural steroid injections and lumbar facet blocks***.

Trevonne also sought further treatment at Peachtree Orthopedics for his cervical spine injuries and related neck pain. Per his primary physician at that provider, Dr. David Schiff, Trevonne's neck injuries include (1) ***displacement of cervical intervertebral disc;*** (2) ***cervical spondylosis***; and (3) ***aggravation of cervical intervertebral disc degeneration***. Dr. Schiff referred Trevonne for physical therapy to treat these injuries, which Trevonne duly attended and recently completed.

He was encouraged to continue working on his home exercise program, and to gradually and slowly increase his level of activity so as not to undo the progress he is made.

**All medical records and billing materials referenced in this may be accessed at the following link (and can also be provided via hardcopy at your request):**

https://www.dropbox.com/sh/2faklcgbup47aba/AADvplJhakfjea2omIXu1yE5a?dl=0

## III.    Medical Bills/Specials

| PROVIDER | BILLING AMOUNT |
| --- | --- |
| Gwinnett Co. Fire and EMS | $1200.00 |
| Gwinnett Medical Center | $2086.50 |
| Gwinnett Emergency Specialist | $653.00 |
| Cedar Grove Chiropractic | Pending |
| ImageLink, LLC | $7050.00 |
| Regional Medical Group | $40270.02 |
| Ortho Sport & Spine | $18175.88 |
| Peachtree Orthopedic | $3602.04 |
| **TOTAL** | **$73037.40** |

**VI. Lost Wages**

The evidence will show that Trevonne has been substantially unable to perform his normal gainful employment due to injuries he sustained in this incident. To date, we do not have a final tally of his lost wages; however, we would anticipate the value of same to be in the tens of thousands of dollars. This item of special damage will be plead and proven with specificity at trial, if necessary, as required under Georgia's Civil Practice Act.

**V.    Materials Terms of Settlement**

Pursuant to O.C.G.A. § 9-11-67.1 and on behalf of Trevonne Williams, we hereby present Manitoba Public Insurance with this reasonable opportunity to settle the claims against your insured(s) under the following terms:

(1) You have **thirty (30) days** from your receipt of this offer to accept it. The 30-day period shall be conclusively established by the green return-receipt-requested postcard provided by the US postal service or the date provided to us by the statutory overnight delivery service.

If we do not actually receive a timely acceptance, this offer will be deemed rejected, and we will be filing a lawsuit against your insured to recover the total amount of losses caused by your insured, instead of the limited amount afforded by your coverage and other coverage that may be available.

Your acceptance of this offer must be made in writing to: The Reeves Firm, Attorneys at Law, LLC, 305 W. Wieuca Road, NE, First Floor, Atlanta, GA 30342; jreeves@reeveslawllc.net; and/or via facsimile to 678-831-4565.

**(2) PAYMENT IN THE AMOUNT OF THREE HUNDRED FIFTY THOUSAND AND NO/100 ($350,000.00) MUST BE MADE PAYABLE TO TREVONNE WILLIAMS AND THE REEVES FIRM, LLC WITHIN TEN (10) DAYS OF YOUR WRITTEN ACCEPTANCE OF THIS OFFER TO SETTLE. TIMELY PAYMENT IS AN ESSENTIAL ELEMENT OF ACCEPTANCE.**

(3) Your insureds be released from liability subject to the limited liability release attached.

(4) The claims released by accepting this offer are all claims against your above referenced insured, subject to the terms of the attached limited liability release.

This firm's Tax Identification Number is 82-1996084. We will be happy to provide a signed W9 upon your request, but your request does not extend any time limits under this offer.

We look forward to your timely response.

                                                Sincerely yours,

                                                *Jason E. "Jake" Reeves*

                                                Jason E. "Jake" Reeves

Cc:    Mr. Trevonne Williams