# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TREVONNE WILLIAMS,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BENNY POSSELT, PORTAGE TRANSPORT,)<br>INC., AND MANITOBA PUBLIC  )<br>INSURANCE,  )<br>  )<br>  Defendants.  ) | CIVIL ACTION<br>FILE NO.: 23A01195 |

## DEFENDANTS PORTAGE TRANSPORT, INC. AND MANITOBA PUBLIC INSURANCE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COME NOW Defendants Portage Transport, Inc. and Manitoba Public Insurance ("Defendants"), and pursuant to FED. R. CIV. P. 7.1 and L.R. 3.3, files this Certificate of Interested Persons and Corporate Disclosure Statement, showing this Court as follows:

(1) The undersigned counsel of record for Portage Transport, Inc., and Manitoba Public Insurance certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party, if applicable:

- **Plaintiff;**

- **Manitoba Public Insurance (MPI) is a publicly held crown corporation that is wholly owned by the Manitoba Provincial Government; and**

- **Portage Transport, Inc.**

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Other than Plaintiff and his counsel, Defendants are not aware of other persons, associations, firms, partnership, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this particular case.**

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Jason E. Reeves
Georgia Bar No. 252043
THE REEVES FIRM LLC
305 West Wieuca Road, NE, First Floor
Atlanta, GA  30342
jreeves@reeveslawllc.net
*Counsel for Plaintiff*

Jay M. O'Brien
Georgia Bar No. 234606
COPELAND, STAIR, VALZ & LOVELL, LLP
191 Peachtree Street, N.E., Suite 3600
Atlanta, Georgia 30303
Phone: (404) 215-2454
jobrien@csvl.law
*Counsel for Defendants*

This **16th** day of May, 2023.

                                    **COPELAND, STAIR,**
                                         **VALZ & LOVELL, LLP**

                             By: */s/ Jay M. O'Brien*
                                  JAY M. O'BRIEN
                                  State Bar No.: 234606
                                  ***Counsel for Defendants***

191 Peachtree Tower, Suite 3600
191 Peachtree Street NE
P.O. Box 56887 (30343-0887)
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
jobrien@csvl.law

## CERTIFICATE OF FONT AND CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was prepared in Times New Roman 14-point font in conformance with Local Rule 5.1C, and that I have served a copy of **DEFENDANTS PORTAGE TRANSPORT, INC. AND MANITOBA PUBLIC INSURANCE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** via electronic filing and service to counsel as follows:

Jason E. Reeves
THE REEVES FIRM, LLC
305 West Wieuca Road, NE, First Floor
Atlanta, GA  30342
jreeves@reeveslawllc.net
***Counsel for Plaintiff***

This **16th** day of May, 2023.

                              **COPELAND, STAIR,**
                                  **VALZ & LOVELL LLP**

                            By: */s/  Jay M. O'Brien*
                                JAY M. O'BRIEN
                                State Bar No.: 234606
                                ***Counsel for Defendants***