IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHELIA MILLINES-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) CASE NO. _____ | |
| ) | |
| CRETE CARRIER CORPORATION d/b/a ) | |
| CRETE CARRIER CORP SHAFFER ) | |
| TRUCKING; and EUGENE BOYER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **NOTICE OF REMOVAL**

TO: The Judges of the United States District Court for the Northern District of Georgia

The Defendants, Crete Carrier Corporation d/b/a Crete Carrier Corp Shaffer Trucking and Eugene Boyer, respectfully show the Court the following:

1.

A civil action has been brought against the Defendants in the State Court of Gwinnett County, State of Georgia, by the above named Plaintiff, said action being designated as Civil Action No. 23-C-02705-S3. Said action seeks recovery of an amount, although not specifically enumerated in the Complaint, in excess of

$75,000.00. The conclusion that the amount in controversy in this action is in excess of $75,000.00 is based on the following known facts and calculations:

    a)    Before filing suit, in a 300-page, detailed written demand, Plaintiff asserted that she seeks to recover more than $700,000.00 from the Defendants in this action based on more than $70,000.00 of special damages.

2.

The Plaintiff is now, and was at the commencement of this suit and at all times since, a citizen and resident of the State of Georgia.

3.

Defendant Crete Carrier Corporation d/b/a Crete Carrier Corp Shaffer, a Nebraska corporation, is now, and was at the time of the commencement of this suit and at all times since, a corporation organized and existing under the laws of the State of Nebraska, having its principal place of business in Lincoln, Nebraska. Defendant Crete Carrier Corporation d/b/a Crete Carrier Corp Shaffer agrees and consents to the removal of this action to Federal Court.

4.

Defendant Eugene Boyer is now, and was at the commencement of this suit and at all times since, a citizen and resident of the State of Illinois. Defendant Boyer agrees and consents to the removal of this action to Federal Court.

5.

The Defendants attach hereto a copy of the Summons and Complaint (as served on the Defendants) filed in the State Court of Gwinnett County, Georgia marked as Exhibit "A"; a copy of Plaintiff's First Requests for Admission, Interrogatories, and Requests for Production of Documents to Defendant Crete Carrier Corporation d/b/a Crete Carrier Corp. Shaffer Trucking marked as Exhibit "B"; a copy of Plaintiffs' First Requests for Admission, Interrogatories, and Requests for Production of Documents to Defendant Eugene Boyer marked as Exhibit "C"; and a copy of the Defendants' Answer to Plaintiff's Complaint marked as Exhibit "D".

6.

Now, within thirty (30) days after receipt of the Summons and Complaint, Defendants file this their Notice of Removal of said action to this Court.

7.

This action is removable by reason of diversity of citizenship of the parties and the fact there is more than $75,000.00 in controversy, exclusive of interest and costs.

WHEREFORE, the above-named Defendants Crete Carrier Corporation d/b/a Crete Carrier Corp Shaffer Trucking and Eugene Boyer, file this their Notice of Removal of said cause to this Court.

Respectfully submitted this 16th day of May, 2023.

                                        WEBB, ZSCHUNKE, NEARY,
                                        & DIKEMAN, LLP

By:   */s/ Marvin D. Dikeman*
        MARVIN D. DIKEMAN
        Georgia State Bar No. 221760
        BRIAN R. NEARY
        Georgia State Bar No. 536175
        BRIAN MILLER
        Georgia State Bar No. 211035

        ***Attorneys for Defendants***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA  30305
Telephone: 404.264.1080
Telecopier: 404.264.4520
mdikeman@wznd.net
bneary@wznd.net
bmiller@wznd.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF REMOVAL** (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Trevor E. Brice, Esq.
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street, NE, Suite 4010
Atlanta, GA 30308
Trevor.brice@witheritelaw.com

This 16th day of May, 2023.

                                                   By:   */s/ Marvin D. Dikeman*
                                                        MARVIN D. DIKEMAN
                                                        Georgia State Bar No. 221760

                                                        ***Attorney for Defendants***

**WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP**
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA  30305
Telephone: 404.264.1080
Telecopier: 404.264.4520
mdikeman@wznd.net