IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHELIA MILLINES-JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. _____ |
| | ) |
| CRETE CARRIER CORPORATION d/b/a | ) |
| CRETE CARRIER CORP SHAFFER | ) |
| TRUCKING; and EUGENE BOYER, | ) |
| | ) |
| Defendants. | ) |

STATE OF GEORGIA
COUNTY OF FULTON

## VERIFICATION

Personally appeared before me the undersigned officer duly authorized by law to administer oaths, MARVIN D. DIKEMAN, first being duly sworn, deposes and states that he is of counsel for Defendants, Crete Carrier Corporation d/b/a Crete Carrier Corp Shaffer Trucking and Eugene Boyer, and the factual statements contained in the foregoing Notice of Removal are true and correct.

_/s/ Marvin D. Dikeman_
MARVIN D. DIKEMAN
Georgia State Bar No. 221760

Sworn to and subscribed before me,
this 16th day of May, 2023.

_/s/ Lynn Renae Meadows_
Notary Public
My Commission Expires: 06/26/2026

Lynn Renae Meadows
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires
06/26/2026