IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHELIA MILLINES-JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. _____ |
| | ) |
| CRETE CARRIER CORPORATION d/b/a | ) |
| CRETE CARRIER CORP SHAFFER | ) |
| TRUCKING; and EUGENE BOYER, | ) |
| | ) |
| Defendants. | ) |

## **AFFIDAVIT OF MARVIN D. DIKEMAN**

COMES NOW, Marvin D. Dikeman, who after being duly sworn, deposes and states as follows:

1.

I am more than eighteen (18) years of age and suffer from no legal disability. The contents of this Affidavit are based on my personal knowledge.

2.

I have been practicing law for over thirty-four (34) years in the State of Georgia. I am a partner at the law firm of Webb, Zschunke, Neary & Dikeman, LLP.

3.

I am counsel of record for Defendants Crete Carrier Corporation d/b/a Crete Carrier Corp Shaffer Trucking and Eugene Boyer in the above-styled action. The purpose of this Affidavit is to support Defendants Crete Carrier Corporation d/b/a Crete Carrier Corp Shaffer Trucking and Eugene Boyer's Notice of Removal.

4.

Before filing suit, in a 300-page, detailed written demand, Plaintiff asserted that she seeks to recover more than $700,000.00 from the Defendants in this action based on more than $70,000.00 of special damages.

5.

The factual representations contained in the Notice of Removal are true and correct and based on my own personal knowledge.

FURTHER AFFIANT SAYETH NOT.

_____
MARVIN D. DIKEMAN

Sworn to and subscribed before me,
this 16th day of May, 2023.

_____
Notary Public
My Commission Expires: 06/26/2026

Lynn Renae Meadows
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires
06/26/2026