IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHELIA MILLINES-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. _____ |
| ) | |
| CRETE CARRIER CORPORATION d/b/a ) | |
| CRETE CARRIER CORP SHAFFER ) | |
| TRUCKING; and EUGENE BOYER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **JURY DEMAND**

COME NOW, Defendants Crete Carrier Corporation d/b/a Crete Carrier Corp Shaffer Trucking and Eugene Boyer, and within the time provided by law demand a trial by jury on all issues of fact.

[signature contained on following page]

Respectfully submitted this 16th day of May, 2023.

        WEBB, ZSCHUNKE, NEARY,
        & DIKEMAN, LLP

By:  */s/ Marvin D. Dikeman*
      MARVIN D. DIKEMAN
      Georgia State Bar No. 221760
      BRIAN R. NEARY
      Georgia State Bar No. 536175
      BRIAN MILLER
      Georgia State Bar No. 211035

***Attorneys for Defendants***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA  30305
Telephone: 404.264.1080
Telecopier: 404.264.4520
mdikeman@wznd.net
bneary@wznd.net
bmiller@wznd.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **JURY DEMAND** (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Trevor E. Brice, Esq.
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street, NE, Suite 4010
Atlanta, GA 30308
Trevor.brice@witheritelaw.com

This 16th day of May, 2023.

                                        By:    */s/ Marvin D. Dikeman*
                                                    MARVIN D. DIKEMAN
                                                    Georgia State Bar No. 221760

                                                  ***Attorney for Defendants***

**WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP**
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA  30305
Telephone: 404.264.1080
Telecopier: 404.264.4520
mdikeman@wznd.net