IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL WATCHULONIS,

    Plaintiff,

v.

CITY OF ATLANTA,

OFFICER JEFF CANTIN,
in his individual capacity,

OFFICER CARLOS THOMAS,
in his individual capacity,

OFFICER JACK BENTLEY,
in his individual capacity,
and
OFFICER MIKE DOE,
in his individual capacity (complete
name not yet known)

    Defendants.

CIVIL CASE NO.:

## **VERIFICATION**

I, Michael Watchulonis, have read the foregoing VERIFIED COMPLAINT and swear under penalty of perjury under the laws of the United States of America

1

*M.W.*

pursuant to 28 U.S.C. § 1746 that the factual statements made in the foregoing verified complaint are true and correct.

This 16th day of May, 2023.

_____
Michael Watchulonis