UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA, GA

_____
**Mudalige D. Suriyaaratchie**                         )
**Uswatte L. Suriyaaratchie**                          )
    *Plaintiffs,*                                          )
                                                           )
v.                                                     )
                                                           )   Civil Action No. _____
**Merrick Garland,**                                   )
Attorney General Of The United States;                 )
**Alejandro N. Mayorkas,** Secretary,                  )
Department Of Homeland Security;                       )
**Denise Frazier**, District Director,                 )
U.S. Citizenship And Immigration Services,             )
Atlanta District Office                                )
    *Defendants*,                                         )
_____)

## COMPLAINT FOR MANDAMUS AND DECLARATORY RELIEF

**To the Honorable Judges of Said Court:**

## INTRODUCTION

1. This action is brought by the Plaintiffs to compel the Defendants to render a decision of the Plaintiffs' asylum interview held on May 3, 2019. [Exhibit A] The Plaintiff's application for political asylum has been on file with the Bureau of Citizenship and Immigration Services (USCIS) since July 2015. The defendants have refused to complete the case. The defendants have no

legitimate explanation for this delay.

2. Defendant officers of both USCIS and the Department of Justice have engaged in unreasonable and extraordinary delay in rendering decision of the Plaintiffs' political asylum interview held on May 3, 2019, in violation of the Administrative Procedures Act 5 U.S.C. §555, 706 and the Due Process Clause.

3. Defendants' failure to abide by the law is inconsistent with properly promulgated regulations and statutes passed by Congress.

4. Plaintiff seeks not only Writ of Mandamus compelling the USCIS to render a decision of the Plaintiffs' asylum interview held on May 3, 2019, but also the Plaintiffs ask the Court to declare that the Defendants are violating the Administrative Procedure Act and the Immigration laws and regulations in failing to render a decision of the Plaintiffs' asylum interview.

## PARTIES

5. The Plaintiffs, Mudalige D. Suriyaaratchie and Uswatee L. Suriyaaratchie, husband and wife, are citizens of Sri Lanka. Plaintiffs reside at 93 Pine Grove Road, Locust Grove, GA 30248.

6. To have haven, Plaintiffs applied for asylum in July 2015.

7.  The Plaintiffs' asylum interview was held on May 3, 2019.

8.  However, Plaintiffs have not received a decision from the USCIS yet.

9.  Defendants are officers of the Department of Homeland Security and the Attorney General of the United States and are charged by law with the obligation of adjudicating applications by individuals for political asylum.

10. Defendant, Alejandro N. Mayorkas, is Secretary of Homeland Security, which encompasses USCIS. Alejandro N. Mayorkas is ultimately responsible for the administration of all immigration and naturalization laws, including the processing and determination of applications for political asylum. He is sued in his official capacity.

11. Defendant, Merrick Garland, is the Attorney General of the United States. He is the head of the U.S. Department of Justice. Mr. Merrick Garland is also jointly responsible with Secretary Alejandro N. Mayorkas for enforcement of immigration laws. Mr. Merrick Garland is being sued in his official capacity.

12. Defendant, Denise Frazier, is the District Director of the Bureau of Citizenship and Immigration Services Atlanta District and is also responsible for the implementation of immigration and naturalization laws, including the processing and determination of applications for political asylum. She is sued in his official capacity.

## JURISDICTION

13. This is a civil action brought pursuant to 28 U.S.C. §1331, and 28 U.S.C. §1361, to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which jurisdiction is conferred, to compel Defendants and those working under them to perform duties Defendants owe to Plaintiffs.

14. Jurisdiction is also conferred by 5 U.S.C. §555(b) and 706(1). Plaintiffs are aggrieved by adverse agency action in this case, as the Administrative Procedures Act requires in order to confer jurisdiction on the District Courts.

15. The aid of the Court is invoked under 28 U.S.C. § 2201 and 2202, authorizing a declaratory judgment.

16. Costs and attorneys' fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. § 504, and 28 U.S.C. 2412(d), *et seq*.

## VENUE

17. Venue is proper in Atlanta pursuant to 28 U.S.C. §1391(e) since the defendant Denise Frazier, District Director, U.S. Citizenship and Immigration Services official business is located within the Atlanta District.

## LEGAL FRAMEWORK

18. 8 USC §§ 1158(a) provide asylum seekers with the right to apply for asylum.

19. 5 USC §§ 706.1 mandates that USCIS has a duty to adjudicate asylum claims within a reasonable period.

## FACTS

20. The Plaintiffs, Mudalige D. Suriyaaratchie and Uswatee L. Suriyaaratchie, husband and wife, are natives and citizens of Sri Lanka.

21. The Plaintiffs entered the U.S. on April 7, 2012, with B-1/B-2 visas.

22. The Plaintiffs filed an affirmative application with USCIS on December 3, 2018.

23. The Plaintiffs were interviewed by the Asylum Office on May 3, 2019 [Exhibit A].

24. The Plaintiffs sent a letter requesting a decision on September 17, 2020. [Exhibit B].

25. The USCIS sent a letter stating that "You will be notified by mail when further action has been taken on your case." [Exhibit C].

26. Thus far the USCIS has not rendered a decision of the Plaintiffs' asylum interview.

## CAUSES OF ACTION

### Count One

### 4-Year Delay in Rendering a Decision is a Violation of the Administrative Procedures Act

27. The allegations in paragraphs 1 through 27 above are repeated and incorporated as though fully set forth herein.

28. The Administrative Procedures Act requires administrative agencies to conclude matters presented to them "within a reasonable time." 5 U.S.C. §555. A District Court reviewing agency action may "compel agency action unlawfully withheld or unreasonable delayed." 5 U.S.C. §706 (1). The Court also may hold unlawful and set aside agency action that, inter alia, is found to be: "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," 5 U.S.C. §706(2)(A); "in excess of statutory jurisdiction, authority, or limitations or short of statutory rights," 5 U.S.C. § 706(2)(c), or "without observance of procedures required by law," 5 U.S.C. § 706(2)(D). "Agency actions" include, in relevant part, "an agency rule, order, license, sanction, relief or the equivalent or denial thereof, or failure to act." 5 U.S.CS 551(13).

29. Failure to render a decision of an interview taken place 4 years ago is an

2

unconscionable delay.

30. As a result of the Defendants' failure to render a decision of the Plaintiffs' political asylum interview held on May 3, 2019, the Plaintiffs have suffered and continue to suffer injury. Declaratory relief is therefore warranted.

## PRAYER FOR RELIEF

WHEREFORE, in view of the arguments and authority noted herein, Plaintiff prays for the following relief:

a) Assume jurisdiction over the matter;

b) Order Defendants to promptly render a decision of the Plaintiffs political asylum interview held on May 3, 2019;

c) Issue a declaratory judgment holding unlawful:

    a. The Failure of Defendants to render a decision of the Plaintiffs application for political asylum;

    b. Award reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 5 U.S.C. § 504, 28 U.S.C. § 2412 and;

    c. Grant all further relief this Court deems just and proper.

Respectfully Submitted,

**/s/ Charles Kuck**
Charles Kuck, *Esq.*

2

*Local Counsel*
Kuck Baxter LLC
365 Northridge Road, Suite 300,
Atlanta, GA 30350
Phone: (404) 816 - 8611
Fax:(404) 816 - 8615

**/s/  Visuvanathan Rudrakumaran**
Visuvanathan Rudrakumaran, *Esq.*
*Pending Pro-Hac-Vice Admission*
Law Office of Visuvanathan Rudrakumaran
875 Avenue of the Americas, Suite 906
New York, NY 10001
Phone: (212) 290 - 2925
Fax:(212) 290 - 2303

Dated: May 16, 2023

2

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Cover Letter Dated July 10, 2015 for the Asylum Application Sent to the U.S. Department of Homeland Security; |
| Exhibit B | Copy of a Mail-out-Notice given by the Asylum Office to the Plaintiffs on the Asylum Interview Date - May 3, 2019; |
| Exhibit C | Copy of a Letter Sent to the Asylum Office Requesting for a Decision Dated September 17, 2020; |
| Exhibit D | Copy of a Response sent by the USCIS Regarding the Status of the Application Dated September 30, 2020. |