# EXHIBIT A

# V. RUDRAKUMARAN, ESQ.

LAW OFFICE OF VISUVANATHAN RUDRAKUMARAN
875 AVENUE OF THE AMERICAS, SUITE 906
NEW YORK, NY 10001
PHONE: (212) 290-2925   FAX: (212) 290-2303
E-MAIL: rudrakumaran@att.net

July 10, 2015

US Department of Homeland Security
Texas Service Center
P.O. Box 851892
Mesquite, TX 75185-1892

Dear Sir or Madam,

**RE:   Mudalige Don Suriyaaratchie**
**A 098-244-645**
**Application for Asylum**

I represent the above-referenced individual. My G-28 is attached herewith. Along with the G-28 I am attaching the following documents:

1. Pictures of Mr. Mudalige don SURIYAARATCHIE (the Applicant), Uswatte Liyanage SURIYAARATCHIE (wife of the Applicant) and Mudalige Don SURIYAARATCHIE (son of the Applicant)

2. Original and 4 copies, totaling 5 sets of I-589 application

3. 5 copies of lead applicant's birth certificate

4. 5 copies of the Birth Certificate of Uswatte Liyanage Suriyaaratchie (Applicant's wife)

5. 5 copies of the Birth Certificate of Mudalige Don Suriyaaratchie (Applicant's son)

6. 5 copies of the Marriage Certificate of Mr. Mudalige Don Suriyaaratchie and his wife Uswatte Liyanage Suriyaraatchie.

Thank you.

Sincerely yours,

Visuvanathan Rudrakumaran, Esq.