# EXHIBIT B

## Decision Regarding Your Application For Asylum

### -Mail-out Notice -

You have just completed your interview with an Asylum Officer. **You are *not* required to appear in person at this office** to receive the Asylum Officer's decision on your application. Rather, the decision will be mailed to the most recent address you provided this office.

In order to ensure delivery of your decision, you must report any change of address to this office within ten (10) days of such change. The mailing of your decision will not affect your eligibility to apply for employment authorization under 8 CFR 208.7(a)(1). You may request employment authorization by applying 150 days after filing a complete asylum application.

Your signature below establishes that you received this Notice and that this Notice was explained to you at the asylum interview.

Applicant's signature: X _[signature]_

A# 208 388 082
SURIYAARATCHIE, Mudalige Don

5/3/2019

2AR 518