# EXHIBIT C

**V. RUDRAKUMARAN, ESQ.**

LAW OFFICE OF VISUVANATHAN RUDRAKUMARAN
875 AVENUE OF THE AMERICAS, SUITE 906
NEW YORK, NY 10001
PHONE: (212) 290-2925   FAX: (212) 290-2303
E-MAIL: rudrakumaran@att.net

September 17, 2020

Asylum Office
USCIS
Attn: Asylum Office
2150 Parklake Dr. NE
Atlanta, GA 30345

Dear Sir/Madam

**Re: Mudalige Don Suriyaaratchie**

**A208-388-682**

**Request For A Decision**

I represent the above referenced individual; my G-28 is already in the file.

The asylum interview took place on May 13th, 2019(Please see Exhibit A). However, thus far the applicant has not received a decision on the above matter

I would appreciate if your office could send us a decision or appraise the status of the case.

Thank you.

Sincerely Yours,

Visuvanathan Rudrakumaran, Esq.