# EXHIBIT D



U.S. Citizenship
and Immigration
Services

*Atlanta District Director*
U.S. Department of Homeland Security
Citizenship and Immigration Services
2150 Parklake Dr. NE
**Atlanta, GA 30345**

**Mudalige Don Suriyaaratchie**
c/o V. Rudrakumaran, Esq.
875 Avenue of The Americas, Ste. 906
New York, NY 10001

DATE:   September 30, 2020
A#   A 208 388 682
RE:      Status inquiry

This office has received your correspondence. We realize that your application is very important, and therefore, to serve you more efficiently, this informal method enables us to provide a more prompt response. Applications must be processed in the order in which they are filed.

__X__   You will be notified by mail when further action has been taken on your case.

____   **Please include your immigration file number (A #) on your correspondence and return it to our office. Also include your birth date, and social security number if available.**

____   Your Address change has been completed:

____   Your Immigration file has been requested from:

____   Your Immigration file has been transferred to:

____   Your Case is awaiting ( ) review ( ) documents ( ) background checks ( ) reschedule
         You will receive a new appointment notice.

____   Your Case was denied. If it has been less than one year since the denial date, you may request a Service Motion to Reopen with appropriate fees.

____   **Other:**


Remember: If you change your address, notify this office in writing and mail form AR-11 to:

**U.S. Department of Homeland Security
Citizenship and Immigration Services
Attn: Change of Address
1344 Pleasants Drive
Harrisonburg, VA 22801**

Remember to put your A number on all correspondence. Thank you for your time and patience.