11EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2022-02445 |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Samerriah Luster | Redacted | Redacted |

| Street Address | City, State and ZIP Code |
|---|---|
| Redacted | Redacted |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Envision Orthopedics & Spine, LLC | 145 | 404-351-5812 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3161 Howell Mill Road NW | Atlanta, GA 30327 |

**EEOC ATDO RECEIVED 01-24-2022**

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION ☐ OTHER *(Specify)* | Earliest – Latest: January 13, 2022 ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

1. I am pregnant.
2. I am a person of African ancestry, colloquially referred to as black.
3. During the middle of December 2021, the respondent contacted me about a job opening in its Atlanta location.
4. I responded to the company, interviewed, and on December 23, 2021, the company offered me a full-time position as a medical assistant.
5. I reported to work on January 10, 2022, and began training in the Human Resources department.
6. On the third day, I began working in my department reporting to Jesselyn Elliott.
7. After I reported to work, I went to Elliott and told her that I was pregnant and would be due in the late spring.
8. Elliott did not immediately say that there was any problem. In fact, she told me that there was another person who was also pregnant.
9. I observed the other pregnant employee, and she was not Black. She appeared to be Latina.
10. The next day the Human Resources Manager Crystal Walker, came to get me from my workstation and took me to a meeting with her, Elliott, and Joseph Forese, the Director of Operations.
11. When I got to the meeting, Forese told me that I should have told them I was pregnant.
12. Forese also said, I don't know what you are trying to do but you should have told us that you were pregnant before we hired you.
13. I told him that I did not have to disclose my pregnancy during the hiring process.
14. Moreover, I was showing my pregnancy when I went to the interview.
15. He agreed and acknowledged that he was not allowed to turn me down for employment because of pregnancy.
16. Then, Forese said, "We decided we are going to terminate you immediately."
17. After I was terminated, the company reported to the Georgia Department of Labor that my termination was without cause.

I believe I was discriminated in violation of the Pregnancy Discrimination Act, Title VII of the Civil Rights Act of 1964,

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the

| | |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jan 18, 2022<br><br>*Samerriah luster (Jan 18, 2022 17:31 EST)*<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

# Luster EEOC Charge

Final Audit Report                                                                                              2022-01-18

| | |
|---|---|
| Created: | 2022-01-18 |
| By: | Kira Fonteneau (fonteneau@justiceatwork.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAohR9eCH8npyW_5n5uDGJpwF2DIqQo5jo |

## "Luster EEOC Charge" History

- Document created by Kira Fonteneau (fonteneau@justiceatwork.com)
  2022-01-18 - 10:28:20 PM GMT- IP address: 99.110.59.146

- Document emailed to Samerriah luster (samerriahluster4@gmail.com) for signature
  2022-01-18 - 10:28:46 PM GMT

- Email viewed by Samerriah luster (samerriahluster4@gmail.com)
  2022-01-18 - 10:29:17 PM GMT- IP address: 66.249.88.147

- Document e-signed by Samerriah luster (samerriahluster4@gmail.com)
  Signature Date: 2022-01-18 - 10:31:40 PM GMT - Time Source: server- IP address: 107.77.237.31

- Agreement completed.
  2022-01-18 - 10:31:40 PM GMT

Adobe Sign