## **Table of Exhibits**

USCIS I-797C Notice of Actions (November 10, 2021)…………………Exhibit A

USCIS Form I-485 Instructions………………………………………...Exhibit B

Biometrics Completion………………………………………………....Exhibit C

USCIS Processing Times………………………………………..……...Exhibit D

CIS Ombudsman Alert & Green Card Delays…………..…………..…..Exhibit E

Visa Bulletin & Final Action Dates (November 2021 & May 2023)……..Exhibit F

I-140 Approval Notice…………………………………….....................Exhibit G

Transfer Notices……..……………………………………....................Exhibit H

USCIS Inquiries………………………………………………………..Exhibit I

# EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

---

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | December 21, 2021 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | A219991345 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| SRC2290048307 | November 10, 2021 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| November 10, 2021 | Alien worker, Form I-140 | ▇▇▇▇▇ |

---

DNYANESH K. PRABHUKOCHAREKAR
C/O JENNIFER G. PATTERSON FRAGOMEN DEL REY BERNS
1101 15TH STREET NW STE 700
WASHINGTON, DC 20005

S-00001077

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $1,140.00 |
| **Biometrics Fee:** | $85.00 |
| **Total Amount Received:** | $1,225.00 |
| **Total Balance Due:** | $0.00 |

ılı| l· lıllıııl·l·l·ll·l·l·ıllıl·l·l·ll·lııı|l|l·ıll|l·ııl|l·ll|lıl·lı

NAME AND MAILING ADDRESS

---

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If we have approved or are still processing your underlying Form I-140 and your Form I-485 has been pending for at least 180 days, you may request to change employers under INA 204(j). For more information on this process, please visit uscis.gov/i-485supj.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

---

**USCIS Office Address:**

USCIS
Texas Service Center
6046 N. Beltline Rd STE. 110
Irving, TX 75038

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE | |
|---|---|---|---|
| Receipt | | December 21, 2021 | |

| CASE TYPE | | USCIS ALIEN NUMBER | |
|---|---|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | | A219991348 | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| SRC2290048310 | November 10, 2021 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| | Alien worker, Form I-140 | |

**PAYMENT INFORMATION:**

MUGDHA D. PRABHUKOCHAREKAR
C/O JENNIFER G. PATTERSON FRAGOMEN DEL REY BERNS
1101 15TH STREET NW STE 700
WASHINGTON, DC 20005

S 00001076

| | |
|---|---|
| **Application/Petition Fee:** | $1,140.00 |
| **Biometrics Fee:** | $85.00 |
| **Total Amount Received:** | $1,225.00 |
| **Total Balance Due:** | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
Texas Service Center
6046 N. Beltline Rd STE. 110
Irving, TX  75038

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | December 21, 2021 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | A219991346 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| SRC2290048313 | November 10, 2021 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| | Alien worker, Form I-140 | |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $750.00 |
| Total Amount Received: | $750.00 |
| Total Balance Due: | $0.00 |

C/O JENNIFER G. PATTERSON FRAGOMEN DEL REY BERNS
1101 15TH STREET NW STE 700
WASHINGTON, DC  20005

3  00001072

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Texas Service Center | ATTORNEY COPY |
| 6046 N. Beltline Rd STE. 110 |  |
| Irving, TX  75038 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | December 21, 2021 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | A219991347 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| SRC2290048316 | November 10, 2021 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| | Alien worker, Form I-140 | |

**PAYMENT INFORMATION:**

C/O JENNIFER G. PATTERSON FRAGOMEN DEL REY BERNS
1101 15TH STREET NW STE 700
WASHINGTON, DC 20005

5  000010/0

| | |
|---|---|
| Application/Petition Fee: | $750.00 |
| Total Amount Received: | $750.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Texas Service Center | ATTORNEY COPY |
| 6046 N. Beltline Rd STE. 110 |  |
| Irving, TX 75038 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 21, 2021 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-131, Application for Travel Document | | A219991345 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| SRC2290048308 | November 10, 2021 | 1 of 1 |
| | | **DATE OF BIRTH** |

**PAYMENT INFORMATION:**

DNYANESH K. PRABHUKOCHAREKAR
C/O JENNIFER G. PATTERSON FRAGOMEN DEL REY BERNS S  00001079
1101 15TH STREET NW STE 700
WASHINGTON, DC 20005

| | |
|---|---|
| **Application/Petition Fee:** | $0.00 |
| **Total Amount Received:** | $0.00 |
| **Total Balance Due:** | $0.00 |

ılıljıljallljıljılljlljlljlljılllljılljmljalıjımlljılljılljilljilljılljılll

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Texas Service Center | ATTORNEY COPY |
| 6046 N. Beltline Rd STE. 110 |  |
| Irving, TX 75038 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | December 21, 2021 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-131, Application for Travel Document | A219991348 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| SRC2290048311 | November 10, 2021 | 1 of 1 |
| | | DATE OF BIRTH |

| | PAYMENT INFORMATION: | |
|---|---|---|
| MUGDHA D. PRABHUKOCHAREKAR<br>C/O JENNIFER G. PATTERSON FRAGOMEN DEL REY BERNS<br>1101 15TH STREET NW STE 700<br>WASHINGTON, DC 20005 | Application/Petition Fee: | $0.00 |
| | Total Amount Received: | $0.00 |
| | Total Balance Due: | $0.00 |

S  00001074

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

 If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
Texas Service Center
6046 N. Beltline Rd STE. 110
Irving, TX 75038

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.      Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 21, 2021 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-131, Application for Travel Document | | A219991346 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| SRC2290048315 | November 10, 2021 | 1 of 1 |
| | | DATE OF BIRTH |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

C/O JENNIFER G. PATTERSON FRAGOMEN DEL REY BERNS    5  00001073
1101 15TH STREET NW STE 700
WASHINGTON, DC  20005

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

 If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Texas Service Center | ATTORNEY COPY |
| 6046 N. Beltline Rd STE. 110 |  |
| Irving, TX  75038 | |



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

---

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 21, 2021 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-131, Application for Travel Document | | A219991347 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| SRC2290048317 | November 10, 2021 | 1 of 1 |
| | | **DATE OF BIRTH** |

**PAYMENT INFORMATION:**

C/O JENNIFER G. PATTERSON FRAGOMEN DEL REY BERNS
1101 15TH STREET NW STE 700
WASHINGTON, DC 20005

S 00001069

| | |
|---|---|
| **Application/Petition Fee:** | $0.00 |
| **Total Amount Received:** | $0.00 |
| **Total Balance Due:** | $0.00 |

**NAME AND MAILING ADDRESS**

---

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

---

**USCIS Office Address:**

USCIS
Texas Service Center
6046 N. Beltline Rd STE. 110
Irving, TX 75038

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





---

# EXHIBIT B



# Instructions for Application to Register
# Permanent Residence or Adjust Status

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

**USCIS**
**Form I-485**

OMB No. 1615-0023
Expires 03/31/2023

| Table of Contents |
| --- |

**Form I-485 Main Instructions**          **Page**

What Is the Purpose of Form I-485?    **2**

Who May File Form I-485?    **2**

Who May Not Be Eligible to Adjust Status?    **3**

When Should I File Form I-485?    **4**

General Instructions    **4**

What Evidence Must You Submit with Form I-485?    **9**

What Is the Filing Fee?    **15**

Where To File?    **16**

Address Change    **17**

Processing Information    **17**

Individuals With Disabilities and/or Impairments    **18**

USCIS Forms and Information    **19**

Penalties    **19**

USCIS Compliance Review and Monitoring    **19**

USCIS Privacy Act Statement    **19**

Paperwork Reduction Act    **20**

Checklist    **20**

**Additional Instructions**

Additional Instructions    **21**

Additional Instructions for Family-Based Applicants    **21**

Additional Instructions for Employment-Based Applicants    **23**

Additional Instructions for Special Immigrants    **24**

Additional Instructions for Human Trafficking Victims and Crime Victims    **25**

Additional Instructions for Asylees and Refugees    **31**

Additional Instructions for Applicants Filing Under Special Adjustment Programs    **32**

Additional Categories    **39**

## What Is the Purpose of Form I-485?

Form I-485, Application to Register Permanent Residence or Adjust Status, is used by a person in the United States to apply for lawful permanent resident status.  Throughout these Instructions, we will sometimes refer to Form I-485 as an application for adjustment of status or as an adjustment application.

## Who May File Form I-485?

The Immigration and Nationality Act (INA) and certain other Federal laws provide many different ways to adjust status to that of a lawful permanent resident.  This is often informally referred to as applying for a "green card."

The eligibility requirements for adjustment of status may vary depending on the immigrant category you are applying under.  For more information on adjustment of status eligibility and discretion, go to the U.S. Citizenship and Immigration Services (USCIS) website at **www.uscis.gov/green-card/green-card-processes-and-procedures/adjustment-status**. Furthermore, you must be **physically present** in the United States to file this application.

You may apply as the person who directly qualifies for an immigrant category ("principal applicant") or, in some cases, as a family member of the principal applicant ("derivative applicant").  Whether you are a principal or derivative applicant, you must file your own Form I-485.

1. **Principal Applicant**

   The principal applicant is usually the individual named as the beneficiary of an immigrant petition or who is otherwise qualified to adjust status.  A principal applicant must designate which immigrant category he or she is applying under by selecting the appropriate box listed on Form I-485, **Part 2. Application Type or Filing Category, Item Numbers 1.a. - 1.g.**

   Each category has specific requirements for adjustment of status.  In addition to these Instructions, read the Additional Instructions (found after the Form I-485 Main Instructions) for your immigrant category to determine if any additional requirements apply to you.

2. **Derivative Applicant** (files based on a principal applicant)

   A principal applicant's spouse and children, who are not beneficiaries of their own immigrant petition, may be eligible to apply for adjustment under the same immigrant category as the principal applicant.  These family members are called "derivative applicants."  A derivative applicant must designate which immigrant category he or she is applying under by selecting the appropriate box listed on Form I-485, **Part 2. Application Type or Filing Category, Item Numbers 1.a. - 1.g.**

   Some immigrant categories do not allow for derivative applicants, while a few categories allow additional family members to apply as derivative applicants.  See the **Additional Instructions** for more details.

   Under U.S. immigration law, you are a "child" if you are unmarried, under 21 years of age, and meet the definition of "child" found in the INA and USCIS policy guidance.  Visit **www.uscis.gov/tools/glossary** for more information on the definition of "child."  You may still be considered a child for immigration purposes even after turning 21 years of age if you qualify under the provisions of the Child Status Protection Act (CSPA).  For more information on CSPA, see **www.uscis.gov/green-card/green-card-processes-and-procedures/child-status-protection-act/child-status-protection-act-cspa**.

3. **Other Immigrant Categories**

   If you are filing for adjustment of status based on an immigrant category not listed in **Part 2., Item Numbers 1.a. - 1.g.**, select the "Other Eligibility" box in **Item Number 1.g.** and type or print the immigrant category you are applying under.  These immigrant categories include, but are not limited to:

   A. Special immigrants not listed in **Part 2.**, **Item Number 1.c.** (for example, certain U.S. armed forces members, Panama Canal Zone employees, and physicians);

**B.** Polish or Hungarian parolee;

**C.** Private immigration bill signed into law; and

**D.** Registration of lawful permanent residence status based on a presumption of lawful admission.

If you would like more information on how to file under any of these categories, call the National Customer Service Center at **1-800-375-5283**. For TTY (deaf or hard of hearing) call: **1-800-767-1833** or visit **www.uscis.gov/green-card/other-ways-get-green-card**.

---

## Who May Not Be Eligible to Adjust Status?

**Bars to Adjustment of Status**

You are generally ineligible for adjustment of status if one or more adjustment bars in INA sections 245(a), (c), (d), and/or (e) apply to you. However, adjustment bars do not apply to every type of immigrant category and your category might exempt you from certain adjustment bars. For example, certain adjustment bars do not apply to immediate relatives of U.S. citizens, Violence Against Women Act (VAWA)-based applicants, or certain special immigrants. In addition, some employment-based applicants might be eligible for an exemption to some adjustment bars. For more information, visit **https://www.uscis.gov/forms/explore-my-options/green-card-eligibility**.

**Exception Under INA section 245(i)**

You may be able to adjust status under INA section 245(i) even if you are subject to one or more adjustment bars and are therefore ineligible for adjustment of status under INA section 245(a). See separate instructions for adjusting status under INA section 245(i), titled "**Instructions for Supplement A to Form I-485, Adjustment of Status Under Section 245(i).**"

INA section 245(i) is not an immigrant category by itself. In order to adjust status using INA section 245(i), you must be eligible for an immigrant visa under a family-based, employment-based, special immigrant, or Diversity Visa category. You must select one of the immigrant categories listed in **Part 2., Item Numbers 1.a. - 1.g.** as the basis for your application for adjustment of status. See the **Additional Instructions** for more information on your specific immigrant category.

**Grounds of Inadmissibility**

Immigration laws specify acts, conditions, and conduct that can make foreign nationals ineligible for lawful permanent resident status. These acts, conditions, and conduct are outlined in INA section 212(a) and are called **grounds of inadmissibility**. For more information, visit **https://www.uscis.gov/forms/explore-my-options/green-card-eligibility**.

You are inadmissible to the United States and may not adjust status to a lawful permanent resident if you fall under one or more of the grounds of inadmissibility that apply to your immigrant category. Depending on your immigrant category, some grounds may not apply to you.

If you are inadmissible, you may be eligible for a waiver of the ground of inadmissibility or another form of relief. If your waiver application or other form of relief is granted, your application to adjust status may be approved.

**Exchange Visitors**

If you are or were a J-1 or J-2 nonimmigrant exchange visitor and are subject to the 2-year foreign residence requirement of INA section 212(e), you may not apply to adjust status unless you have complied with the foreign residence requirement, have been granted a waiver of that requirement, or were issued a favorable waiver recommendation letter from U.S. Department of State (DOS).

---

**Certain A, G, and E Nonimmigrants**

If you have A, G, or E nonimmigrant status, or an occupation that would entitle you to such status, and as a result hold certain diplomatic rights, privileges, exemptions, and immunities, you are ineligible for adjustment of status unless you submit a waiver of those rights, privileges, exemptions, and immunities.

## When Should I File Form I-485?

This section provides general information on when you should file Form I-485.

**Principal Applicant**

In general, if you are filing as a beneficiary of an immigrant visa petition (such as Form I-130, Form I-140, or Form I-360), you may file an adjustment application only after USCIS has approved your petition and an immigrant visa number is immediately available.  There are, however, some immigrant categories that allow you to file Form I-485 before USCIS approves your petition (this is known as "concurrent filing"), provided that approval of the petition would make a visa number immediately available and you meet all other filing requirements.  See the **Additional Instructions** for category-specific information on when you may file Form I-485.

Visit the USCIS website at **www.uscis.gov/green-card/green-card-processes-and-procedures/visa-availability-priority-dates** for information on visa availability and priority dates, and the DOS website at **www.travel.state.gov/content/visas/en/law-and-policy/bulletin.html** to view the Visa Bulletin.

More information about concurrent filing is available at www.uscis.gov/green-card/green-card-processes-and-procedures/concurrent-filing and in the instructions for Forms I-130, I-140, and I-360.

**Derivative Adjustment Applicant**

With the exception of U nonimmigrants, asylees, and refugees, USCIS cannot approve your Form I-485 as a derivative applicant until the principal applicant has been granted lawful permanent resident status.

If you are currently the spouse or child (unmarried and under 21 years of age) of a principal applicant, you may file Form I-485 if an immigrant visa is immediately available to you and you meet all the filing requirements.  You may file at any of the following times:

1.  At the same time the principal applicant files Form I-485;

2.  After the principal applicant filed a Form I-485 that remains pending a final decision by USCIS;

3.  After USCIS approves the principal applicant's Form I-485, if the principal applicant is still a lawful permanent resident and if, at the time of the principal applicant's Form I-485 approval, you were the principal applicant's spouse or child; or

4.  After the principal applicant obtained an immigrant visa and entered the United States as a lawful permanent resident if the principal applicant is still a lawful permanent resident and, at the time of the principal applicant's entry, you were the principal applicant's spouse or child.

## General Instructions

USCIS provides forms free of charge through the USCIS website.  In order to view, print, or fill out our forms, you should use the latest version of Adobe Reader, which you can download for free at **http://get.adobe.com/reader/**.  If you do not have Internet access, you may call the USCIS National Customer Service Center at **1-800-375-5283** and ask that we mail a form to you.  For TTY (deaf or hard of hearing) call:  **1-800-767-1833**.

## Additional Instructions for Employment-Based Applicants

### *Alien worker (Form I-140, Immigrant Petition for Alien Worker)*

This category applies to the following employment-based immigrant preference classifications:  first preference -- including foreign nationals with extraordinary ability, outstanding professors and researchers, or certain multinational executives and managers; second preference -- members of the professions holding advanced degrees or foreign nationals of exceptional ability; and third preference -- skilled workers, professionals, and other workers.

If a visa is immediately available, an applicant in the employment-based preference immigrant category does not have to wait until Form I-140 is approved to file Form I-485.  If a visa is immediately available, you may file your Form I-485 together with your Form I-140, while your Form I-140 is pending, or after your Form I-140 is approved.  Otherwise, you may file your Form I-485 only after your Form I-140 is approved and a visa is immediately available.  See the **When Should I File Form I-485** section above for more information.

**Evidence of Financial Support**

In general, if you are filing Form I-485 based on employment, you do not need to submit Form I-864, Affidavit of Support Under Section 213A of the Act.  However, you must file Form I-864 if your Form I-140 was filed by a relative who is a U.S. citizen or lawful permanent resident or by a for-profit entity if 5% or more of the ownership interest is held by a relative who is a U.S. citizen or lawful permanent resident.  In this context, "relative" means a U.S. citizen or lawful permanent resident who is your husband, wife, father, mother, child, adult son, adult daughter, or a U.S. citizen who is your brother or sister.

**Request for Job Portability**

If you properly filed Form I-485 and it remains pending with USCIS for 180 days or more after filing, you may be eligible to "port" to a job other than the one offered in Form I-140, under the authority of INA section 204(j).  The new job offer must be for a permanent, full-time position in the same or similar occupational classification as the job offered in the Form I-140 that is the basis of your Form I-485.  You may request such job portability by sending a typed or printed request to USCIS which includes a letter from the new employer providing details about the new job and any other documentation needed to establish eligibility for portability.  For more information, visit the USCIS website at **www.uscis.gov**.

**National Interest Waiver (NIW) Physicians**

You may qualify for a National Interest Waiver if you worked full time as a physician for a total of five years (not including work while in J-1 status) in a designated medical shortage area or at a Veterans Administration healthcare facility, and a Federal agency or state department of public health has determined such work is in the public interest.

USCIS will not approve your Form I-485 as an NIW physician until you submit evidence showing you have completed the full five years of required employment.  You must submit evidence within 120 days of completing the five years of required employment.  USCIS will consider your Form I-485 ready for final processing and adjudication once you submit this evidence.

### *Alien entrepreneur (Form I-526, Immigrant Petition by Alien Entrepreneur)*

Alien entrepreneurs are foreign nationals who have invested, or are actively in the process of investing, $1 million (or $500,000 in a rural or high unemployment area) in a new commercial enterprise which will benefit the U.S. economy and create at least 10 full-time jobs for U.S. citizens, lawful permanent residents, and certain other authorized workers.

If you are filing your Form I-485 under the alien entrepreneur (immigrant investor) category, you may not file your Form I-485 until USCIS first approves your Form I-526, Immigrant Petition by Alien Entrepreneur, and a visa is immediately available.

# EXHIBIT C



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | CASE TYPE<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | NOTICE DATE<br>01/08/2022 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>SRC2290048307 | | USCIS A#<br>A219 991 345 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>TSC | PAGE<br>1 of 2 |

DNYANESH KAMALAKAR PRABHUKOCHAREKAR
c/o JENNIFER G PATTERSON
FRAGOMEN DEL REY BERNSEN AND L
1101 15TH STREET NW STE 700
WASHINGTON DC 20005



**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| APPLICATION SUPPORT CENTER<br>USCIS ATLANTA<br>3358B Chamblee Tucker Road<br>Atlanta GA  30341 | DATE AND TIME OF APPOINTMENT<br>01/31/2022<br>08:00AM |
|---|---|

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1.  **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment.
2.  **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission. USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

| REQUESTS TO RESCHEDULE/SPECIAL HANDLING |
|---|

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling.** If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back of this Notice for People with Disabilities or by visiting uscis.gov/accommodations.

**APPLICATION NUMBER**
I485- SRC2290048307



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | CASE TYPE<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | NOTICE DATE<br>01/08/2022 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>SRC2290048310 | | USCIS A#<br>A219 991 348 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>TSC | PAGE<br>1 of 2 |

MUGDHA DNYANESH PRABHUKOCHAREKAR
c/o JENNIFER G PATTERSON
FRAGOMEN DEL REY BERNSEN AND L
1101 15TH STREET NW STE 700
WASHINGTON DC 20005



**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS ATLANTA<br>3358B Chamblee Tucker Road<br>Atlanta GA  30341 | 02/01/2022<br>09:00AM |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission. USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

---

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling.** If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

**APPLICATION NUMBER**
I485- SRC2290048310



| If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283. |
|---|

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | **CASE TYPE**<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | **NOTICE DATE**<br>08/26/2022 |
|---|---|---|---|
| **APPLICATION/PETITION/REQUEST NUMBER**<br>SRC2290048316 | | **USCIS A#**<br>A219 991 347 | **CODE**<br>2 |
| **ACCOUNT NUMBER** | **TCR** | **SERVICE CENTER**<br>TSC | **PAGE**<br>1 of 2 |



c/o JENNIFER G PATTERSON
FRAGOMEN DEL REY BERNSEN AND L
1101 15TH STREET NW STE 700
WASHINGTON DC 20005

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| **APPLICATION SUPPORT CENTER**<br>USCIS ATLANTA<br>3358B Chamblee Tucker Road<br>Atlanta GA 30341 | **DATE AND TIME OF APPOINTMENT**<br>09/14/2022<br>11:00AM |
|---|---|

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment; and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

**REQUESTS TO RESCHEDULE/SPECIAL HANDLING**

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling.** If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

**APPLICATION NUMBER**
I485 - SRC2290048316



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| **ASC Appointment Notice** | **CASE TYPE**<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | **NOTICE DATE**<br>08/26/2022 |
|---|---|---|---|
| **APPLICATION/PETITION/REQUEST NUMBER**<br>SRC2290048313 | | **USCIS A#**<br>A219 991 346 | **CODE**<br>2 |
| **ACCOUNT NUMBER** | **TCR** | **SERVICE CENTER**<br>TSC | **PAGE**<br>1 of 2 |



c/o JENNIFER G PATTERSON
FRAGOMEN DEL REY BERNSEN AND L
1101 15TH STREET NW STE 700
WASHINGTON DC 20005

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS ATLANTA<br>3358B Chamblee Tucker Road<br>Atlanta GA 30341 | 09/15/2022<br>12:00PM |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and.
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

**REQUESTS TO RESCHEDULE/SPECIAL HANDLING**

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling.** If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

**APPLICATION NUMBER**
I485 - SRC2290048313



---

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

# EXHIBIT D

# Check Case Processing Times

## Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the* [*More Information About Case Processing Times*](#) *page.*

**Form** *

| I-485 | Application to Register Permanent Residence or Adjust Status | ⌄ |

**Form Category** *

| Employment-based adjustment applications ● | ⌄ |

**Field Office or Service Center** *

| Montgomery AL | ⌄ |

**Get processing time**

## Processing time for Application to Register Permanent Residence or Adjust Status (I-485) at Montgomery AL



80% of cases are completed within

**19.5**
Months

# EXHIBIT E

**From:** U.S. Department of Homeland Security <departmentofhomelandsecurity@messages.dhs.gov>
**Sent:** Wednesday, July 22, 2020 10:17 AM
**To:**
**Subject:** Ombudsman's Alert: Card Production Delays at USCIS

July 21, 2020



Dear Stakeholder:

In June 2020, U.S. Citizenship and Immigration Services (USCIS) reduced its capacity to print secure documents, such as Lawful Permanent Resident (LPR) Cards and Employment Authorization Documents, after it ended a contract with an outside company responsible for printing these cards. According to USCIS, it intended to hire federal employees to replace the contractors; however, its financial situation resulted in a hiring freeze that has impacted the printing of these secure cards.

Stakeholders are submitting requests for case assistance to the Office of the Citizenship and Immigration Services Ombudsman (Ombudsman), confirming there are delays in receiving these secure documents. USCIS expects these backlogs will continue for the foreseeable future. Should there be a furlough of USCIS employees on August 3, 2020, card production backlogs will likely increase.

The Ombudsman is assisting individuals whose applications have been approved but whose cards have not yet been produced, by sending weekly spreadsheets to USCIS to verify card requests are in line to be processed. If you are

**Helpful Resources**

Ombudsman's Homepage

Case Assistance

Ombudsman's Annual Report to Congress

Contact the Ombudsman

Immigration Resources

AILA Doc. No. 20072232. (Posted 7/22/20)

experiencing a delay in receiving your secure document, you may submit a request for case assistance with the Ombudsman at https://www.dhs.gov/topic/cis-ombudsman/forms/7001.

LPRs may obtain proof of their status by requesting a stamp of temporary evidence in a valid passport. Please reach out to USCIS' Contact Center (800-375-5283) to make an appointment at your local USCIS field office.



Update your subscriptions, modify your password or e-mail address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your e-mail address to log in. If you have questions or problems with the subscription service, please contact subscriberhelp.govdelivery.com.

This service is provided to you at no charge by the U.S. Department of Homeland Security.

Privacy Policy | GovDelivery is providing this information on behalf of U.S. Department of Homeland Security, and may not use the information for any other purposes.



U.S. Department of Homeland Security · www.dhs.gov · 202-282-8000

AILA Doc. No. 20072232. (Posted 7/22/20)

Sign up for BIT by Boundless - a weekly newsletter for immigrants —  **LEARN MORE**                                    ✕

# Over 200,000 Green Cards Wasted in 2021 as Backlog Explodes

USCIS released data on petition, green card, and naturalization applications and denials for fiscal year 2021

Jan 1, 2022



U.S. Citizenship and Immigration Services (USCIS) recently released processing and case completion data on all Forms (https://www.uscis.gov/sites/default/files /document/data/Quarterly_All_Forms_FY2021Q4.pdf), including family (https://www.boundless.com/immigration-resources/form-i-130-explained/)-, fiancé(e) (https://www.boundless.com/immigration-resources/k-1-fiancee-visa-explained/)-, and employment (https://www.boundless.com/immigration-resources /types-of-us-work-visas/)– based petitions, green card (https://www.boundless.com/immigration-resources/the-green-card-explained/), and naturalization (https://www.boundless.com/immigration-resources /naturalization-explained/) applications for fiscal year 2021. This data set contains new statistics for the fourth quarter of 2021, as well as the full FY2021, which for USCIS ran from October 2020 through September 2021.

According to one USCIS report (https://www.uscis.gov/sites/default/files /document/reports/Annual-Report-on-the-Impact-of-the-Homeland-Security-Act-

## BLOG CATEGORIES

**Boundless Company**
**DACA**
**En Español**
**Immigration History**
**Immigration News**
**Immigration Q&A**
**Immigration Reform**
**Immigration Statistics**
**Immigration Stories**
**Immigration Tips**
**Immigration Videos**
**Uncategorized**
**See All Posts**

## NEWS STORIES

The Seattle Times (https://www.seattletimes.com /business /technology /seattle-startup-boundless-to-expand-online-immigration-services-with-acquisition-of-

on-Immigration-Functions-Transferred-to-the-DHS-FY19-Signed-Dated-
4.29.20.pdf), the agency claimed to have a net backlog of 2.5 million cases at the
end of FY2019. However, its Service-wide Forms report for that same year showed
an actual outstanding backlog of nearly 5.7 million cases (https://www.uscis.gov
/sites/default/files/document/reports/Quarterly_All_Forms_FY2020Q4.pdf). By the
end of FY2020, USCIS' own Forms (https://www.boundless.com/blog/public-charge-
rule-explained/) and policies (https://thinkimmigration.org/blog/2019/04/30/uscis-
acknowledges-that-its-own-policies-compound-case-processing-delays/), fiscal
and staffing (https://www.vox.com/2020/9/3/21408528/trump-naturalization-
backlog-citizenship-voting) problems, pandemic-related office closures
(https://www.uscis.gov/news/alerts/uscis-temporarily-closing-offices-to-the-
public-march-18-april-1), and an inability to receive or process most application
types electronically (https://www.uscis.gov/file-online/forms-available-to-file-
online) had compounded the backlog, which hit 3.1 million net cases
(https://www.uscis.gov/sites/default/files/document/data/Annual-Report-on-the-
Impact-of-the-Homeland-Security-Act-on-Immigration-Functions-Transferred-to-
the-DHS-FY20-Signed-Dated-2-17-21.pdf) and 6.1 million actual, pending cases
(https://www.uscis.gov/sites/default/files/document/reports
/Quarterly_All_Forms_FY2020Q4.pdf)by the end of the 2020 fiscal year.

2021 saw the USCIS backlog continue to grow drastically. Fortunately, roughly 69%
of the 8.84 million immigration applications submitted to USCIS in FY2021 were
approved, while a little more than 808,100 were denied. However, despite USCIS
completing nearly 80% of the cases it received in FY2021, the processing backlog at
the agency grew to **more than 8 million pending cases** at the end of FY2021. This
reflects a 31% increase over FY2020, and a 40% increase since September 2019 in
the overall backlog.



Want to sign up for our weekly newsletter covering all things
immigration?
Enter your email below.

SIGN UP!

Following is a breakdown of the numbers released by USCIS for FY2021, along with
comparisons to previous years.

### Application Numbers Continue to Rise as Backlogs Explode

Despite the pandemic, 2020 was a busy year for USCIS, and 2021 saw an even larger
number of applications and petitions received by the agency — an increase of 18
percent.

The approval rate across all Forms showed a marked increase in the fourth quarter
(https://www.uscis.gov/sites/default/files/document
/data/Quarterly_All_Forms_FY2021Q4.pdf) of 2021, rising from less than 58% in the
third quarter (https://www.uscis.gov/sites/default/files/document
/data/Quarterly_All_Forms_FY2021Q3.pdf) to just over 81% in the fourth. The denial
rate across all Forms also rose somewhat in the fourth quarter, gaining around three
percentage points in the fourth quarter to land at 10.75%, or 251,700 out of more
than 2.3 million.

On the other hand, the overall approval rate fell from 85% last year to only 69% at
the end of September 2021, with overall denials also falling from 11.5% in FY2020
(https://www.uscis.gov/sites/default/files/document/reports
/Quarterly_All_Forms_FY2020Q4.pdf) to only 9% in FY2021.

The first quarter of FY2021 saw the lowest number of Forms received by USCIS all
year — 1.73 million. Since then the agency has received 2.18 million, 2.58 million, and
2.34 million Forms each quarter, to end the year with 8,837,718 Forms received and
6,138,799 Forms approved. Even so, an additional 8,036,142 cases remain pending in
the backlog.

#### EMPLOYMENT AUTHORIZATION

The backlog of pending applications for Employment Authorization Documents
(/immigration-resources/form-i765-work-permit/) (EAD) exploded in FY2021 as the
number of Form I-765 (https://www.uscis.gov/i-765) EAD applications received by
USCIS surged from 1.97 million in FY2020 to 2.61 million at the end of FY2021.

(rapidvisa/)

**Forbes**
(https://www.forbes.com
/sites/alexkonrad
/2021/04
/22/software-
startup-
boundless-
immigration-
raises-25-million
/?sh=685dc2d675fe)

**Newsweek**
(https://www.newsweek.com
/facebook-
amazon-google-
public-charge-
rule-trump-
benefits-
immigrants-
1482706)

**FAST COMPANY**
(https://www.fastcompany.com
/90254363
/fighting-the-way-
through-the-
maze-of-legal-
immigration)

**The New York Times**
(https://www.nytimes.com
/2017/12
/27/technology
/tech-roundup-
2017.html)

See All Stories
(/press/)

**RELATED
ARTICLES**

**¿Cuánto tiempo
toma obtener una
tarjeta de
residencia?**

**How Long Does It
Take to Get a K-1
Visa?**

**How Long Does It
Take to Get a
Marriage Green
Card?**

**How Long Does It
Take to Get U.S.
Citizenship After
Applying?**

**Common
Immigration and
Naturalization Forms
and Fees**

This represents not just a rebound from the pandemic-related drop in submissions in 2020, but an increase of more than 400,000 applications. This surge peaked during the third quarter (https://www.uscis.gov/sites/default/files/document /data/Quarterly_All_Forms_FY2021Q3.pdf), running headlong into the backlog of pending EAD applications — 648,985 at the end of FY2020 — to result in a staggering backlog of 1.48 million pending applications.

### FIANCÉ(E) VISAS

The fiancé(e) visa — officially a K-1 visa (https://www.boundless.com/immigration-resources/k-1-fiancee-visa-explained/) — allows the engaged partner of a U.S. citizen to enter the United States, as long as the couple gets married no more than 90 days later. The newly married spouse can then apply for permanent residence (https://www.boundless.com/immigration-resources/how-is-a-fiance-visa-different-from-a-marriage-based-green-card/) (a "green card") based on marriage to a U.S. citizen sponsor, who files the K-1 petition for their partner on Form I-129F (https://www.uscis.gov/i-129f).

Despite only a 2.6% decrease in I-129F petitions received by USCIS in FY2021, the number of petitions USCIS completed in 2021 fell by nearly 16%, from 36,913 to 31,084. This resulted in a 44% increase in the K-1 backlog, from 21,060 petitions at the close of FY2020 to 30,408 pending at the end of FY2021.

Adding insult to injury, the closure of U.S. Embassies and consulates (https://travel.state.gov/content/travel/en/us-visas/visa-information-resources /visas-news-archive/suspension-of-routine-visa-services.html) around the world due to the outbreak of the Covid-19 pandemic in March 2020 has led to a second, separate backlog as beneficiaries with approved I-129F petitions from USCIS move into the Department of State's consular interview backlog. For more information on the impact of the Covid-19 pandemic on the K-1 and consular processes, see our article here (https://www.boundless.com/immigration-resources/coronavirus-immigration-faq/).

### DACA

The Deferred Action for Childhood Arrivals (DACA (https://www.boundless.com /immigration-resources/what-is-daca/)) program continued to be the subject of several court cases in 2021 and the numbers fluctuated quarter to quarter, reflecting the program's uncertain and variable status throughout the year. A total of 438,950 Form I-821D (https://www.uscis.gov/i-821d) applications for DACA were received in FY2021, a 31% increase from FY2020 (https://www.uscis.gov/sites/default/files /document/reports/Quarterly_All_Forms_FY2020Q4.pdf). Of these, around 82% were approved.

*Note: These applications only apply to DACA renewals since the Trump administration barred first-time DACA applicants. Though a judge in New York ordered USCIS to reinstate the program (https://www.boundless.com/blog/judge-reinstates-daca/) for new applicants in December 2020, a different judge in Texas ruled the DACA program was illegal (https://www.boundless.com/blog/judge-blocks-daca-program-barring-new-applicants/) on July 16, ordering USCIS to stop processing new, first-time DACA applications.*

As of September 2021, there are 130,333 pending DACA applications at USCIS — a 140% increase in the backlog over the course of only one year.

### PETITION TO REMOVE CONDITIONS ON PERMANENT RESIDENCE

Spouses who have been married less than two years when their marriage-based green card is approved must file a Petition to Remove Conditions on Residence (https://www.boundless.com/immigration-resources/conditional-permanent-residency/), which is submitted on Form I-751 (https://www.uscis.gov/i-751). USCIS began FY2021 with a promising 7.7% decrease in the Form I-751 backlog from the close of FY2020 (https://www.uscis.gov/sites/default/files/document/reports/2020-USCIS-Statistical-Annual-Report.pdf). However, with the exclusion of January through March of 2021 (Quarter 2 (https://www.uscis.gov/sites/default/files /document/reports/Quarterly_All_Forms_FY2021Q2.pdf), the backlog of pending Form I-751s grew sharply through FY2021, from 205,390 at the end of December 2020 to 323,803 at the end of September 2021 (https://www.uscis.gov/sites/default/files /document/reports/Quarterly_All_Forms_FY2020Q4.pdf) — an increase of nearly 58 percent.

## Hundreds of Thousands of Green Cards Wasted due to Inefficiency

The federal government failed to issue up to 230,000 green cards (https://immigrationimpact.com/2021/10/05/unused-green-cards-biden-2021/#.Yc_C8yylbIY) that were available in FY2021 for immigrants sponsored by U.S.

employers or family members. Roughly 150,000 (https://www.wsj.com/articles/up-to-80-000-unused-green-cards-for-workers-set-to-expire-friday-11633024602) visas for family-based immigrants and as many as 80,000 (https://www.wsj.com/articles/up-to-80-000-unused-green-cards-for-workers-set-to-expire-friday-11633024602) visas for employment-based immigrants "expired" on September 30, the last day of FY2021.

Congress authorizes the government to issue up to 675,000 (https://www.americanimmigrationcouncil.org/research/how-united-states-immigration-system-works) immigrant visas ("green cards") each year. Of this number, 480,000 visas are reserved for "family preference" immigrants; 140,000 for employment-based immigrants; and 55,000 for Diversity Visa lottery (https://www.boundless.com/immigration-resources/diversity-visa-lottery/) winners. Any family-based green cards that are unused at the end of the fiscal year are added to the next year's available employment-based green cards.

Because of the large decline (https://www.uscis.gov/sites/default/files/document/reports/Quarterly_All_Forms_FY2020Q4.pdf) in family-based green cards issued by USCIS in FY2020, around 122,000 (https://immigrationimpact.com/2021/10/05/unused-green-cards-biden-2021/) wasted family green cards were added to the 140,000 available employment-based green card numbers for FY2021, for a total of roughly 262,000. If those green cards also go unused — as up to 80,000 did — they disappear from the system when the new fiscal year begins on October 1, and cannot be recaptured without Congressional action (https://www.fwd.us/news/visa-recapture/).

At close of FY2021, there were more than 9 million (https://www.cato.org/blog/family-employment-green-card-backlog-exceeds-9-million) green card applicants stuck in the backlog—about 7.5 million on the family-based side and 1.6 million on the employment-based side. To stay up-to-date on green card recapture and backlog reduction, as well as other important immigration legislation, sign up for Boundless' weekly newsletter, BIT (https://www.boundless.com/lp/bit-by-boundless-newsletter/).

**FAMILY-BASED GREEN CARDS**

A total of 757,206 petitions to establish a family relationship (https://www.boundless.com/immigration-resources/form-i-130-explained/) with a U.S. citizen or green card holder (Form I-130 (https://www.uscis.gov/i-130)) were received in FY2021, with a steep uptick in quarters three and four (USCIS received 149,173 (https://www.uscis.gov/sites/default/files/document/reports/Quarterly_All_Forms_FY2021Q1.pdf); 148,039 (https://www.uscis.gov/sites/default/files/document/reports/Quarterly_All_Forms_FY2021Q2.pdf); 243,753 (https://www.uscis.gov/sites/default/files/document/data/Quarterly_All_Forms_FY2021Q3.pdf); and 216,241 (https://www.uscis.gov/sites/default/files/document/data/Quarterly_All_Forms_FY2021Q4.pdf) petitions in quarters 1 through 4, respectively). Overall, denials of I-130 petitions fell in FY2021 to just under 11 percent.

USCIS received 300,162 adjustment of status (https://www.boundless.com/immigration-resources/adjustment-status-process-explained/) applications on Form I-485 (https://www.uscis.gov/i-485) in FY2020 (https://www.uscis.gov/sites/default/files/document/reports/Quarterly_All_Forms_FY2020Q4.pdf), but only 288,668 in FY2021. The agency approved 266,080 applications, a significant increase from the approval of 229,676 seen the year before. In further good news, 44,181 applications were denied in FY2021, down from 53,032 denials last year.

However, this progress was not enough to make a meaningful dent in the family-based I-485 backlog, which stands at 349,350 pending cases at the close of FY2021 — a 52% increase over FY2020. Current estimates place the family-based green card backlog – including the USCIS and Department of State green card backlogs – at 1.6 million (https://www.cato.org/blog/family-employment-green-card-backlog-exceeds-9-million).

**EMPLOYMENT-BASED GREEN CARDS**

There were 45,897 applications for employment-based green cards submitted to USCIS in the final quarter of FY2021, a dramatic increase from the 26,433 applications received during the same period last year. In total, USCIS approved 161,438 employment green cards, a 1,077% increase from 13,709 the previous year.

Employment-based green card backlogs in particular have become an unfortunate fixture (https://www.boundless.com/blog/nvc-monthly-backlog-report/) of the U.S. immigration system (https://www.migrationpolicy.org/content/explainer-how-us-legal-immigration-system-works), largely due to regulations that cap the number of

immigrant visas (https://www.boundless.com/immigration-resources/how-to-read-the-visa-bulletin/) (green cards) issued to citizens of any one nation, as well as the overall green card caps put in place by Congress that were discussed earlier. By law, USCIS can issue up to 140,000 employment-based green cards each year, plus any unused family green cards from the previous year.

As a result of the steep decline in family-based green cards issued during FY2020 discussed above, 122,000 family-preference visas went unused and were added to the 2021 cap on employment-based visas, which raised the total available to 262,000.

However, USCIS has not had the capacity to process these applications, resulting in nearly 80,000 available green cards "expiring" at the end of FY2021. Current estimates place the employment-based green card backlog — including the USCIS and Department of State green card backlog (https://travel.state.gov/content /travel/en/us-visas/visa-information-resources/visas-backlog.html) — at 7.5 million (https://www.cato.org/blog/family-employment-green-card-backlog-exceeds-9-million). There are provisions in President Biden's Build Back Better Act (https://budget.house.gov/build-back-better-act) that would recapture some lost green cards (https://www.boundless.com/blog/house-passes-budget-reconciliation-bill-immigration-reform/) for both family- and employment-based categories, but as of December 31, 2021 the legislation is stalled in the Senate.

**Naturalization Approvals Bounce Back as USCIS Makes Progress**

Naturalization is the process (https://www.boundless.com/immigration-resources /naturalization-explained/) through which green card holders apply to become U.S. citizens using Form N-400 (https://www.boundless.com/immigration-resources /form-n-400-explained/). Naturalization application numbers dropped substantially from FY2020 to FY2021, declining nearly 19% from 962,668 to 782,615 submitted applications.

In a pleasing turn of events, USCIS processed more applications for naturalization than it received in FY2021, approving 800,571 of the applications that were submitted by non-military civilians and denying just under 11 percent.



Military naturalization approvals fared even better, nearly doubling between FY2020 and FY2021, from 4,553 to 8,817. This bounceback follows a precipitous decline in both applications and approvals beginning in FY2016 (https://cis.org /sites/default/files/2018-04/All_Forms_2016.pdf).

**Military naturalization applications since 2016**

| Year | Received | Approved | Denied | Pending |
|------|----------|----------|--------|---------|
| 2016 | 86,878 | 8,606 | 653 | 3,860 |
| 2017 | 11,199 | 7,219 | 831 | 5,908 |
| 2018 | 3,172 | 4,024 | 637 | 4,174 |
| 2019 | 3,598 | 3,987 | 824 | 3,464 |

| 2020 | 5,087 | 4,553 | 398 | 4,515 |
| 2021 | 6,504 | 8,817 | 484 | 5,897 |

Because of this, the naturalization backlog retreated somewhat from its high-water mark of 938,154 in FY2020, ending FY2021 with 833,738 pending Form N-400s. This was aided by USCIS prioritizing naturalization applications over other types of benefit requests following the phased reopening (https://www.uscis.gov /news/alerts/uscis-offices-preparing-to-reopen-on-june-4) of the USCIS Service Centers and Field Offices in summer 2020, as well as falling application numbers coupled with rising approvals and a relatively steady denial rate.

### What these numbers mean

According to USCIS (https://www.uscis.gov/sites/default/files/document/reports /Annual-Report-on-the-Impact-of-the-Homeland-Security-Act-on-Immigration-Functions-Transferred-to-the-DHS-FY19-Signed-Dated-4.29.20.pdf), the agency entered FY2020 with a 2.5 million case backlog due to an "unanticipated increase in the overall volume of petition/application filings after the 2016 presidential election," the implementation of the 2016 fee rule, and "the growing complexity of the work: increasing complexity and length of forms, new statutory and policy decisions, and increased security checks" outpaced USCIS' capability to adjudicate and complete applications within reasonable processing timeframes. By the beginning of FY2021, the backlog had exploded to 6,380,926, going on to top 8 million by the end of FY2021.

Processing times have also risen dramatically, which have cascading effects throughout people's lives, communities, and society at large. Individuals waiting in the EAD backlog can lose their jobs as their work permits expire (https://www.washingtonpost.com/opinions/2021/11/22/legal-immigrant-workers-paperwork-renewal-backlog/); conditional permanent residents may struggle to prove their work authorization (https://www.jdsupra.com/legalnews/processing-delays-create-need-to-extend-4909045/) or to travel freely until their I-751s are approved; nonimmigrant visa holders such as H-1B employees are unable to change jobs as they wait for their employment-based green card applications to be approved; companies struggle to staff offices and projects given the uncertainty of skyrocketing processing times — the impact on immigrants, their families, and the U.S. as a whole is enormous.

#### WHAT IS USCIS DOING ABOUT IT?

USCIS has attempted to address processing delays (https://www.uscis.gov /newsroom/news-releases/uscis-announces-fy-2021-accomplishments) by reusing biometrics for 2.5 million applicants since March 2020, almost clearing the backlog of biometrics appointments, and fully eliminating the "front-log" of cases waiting to be accepted for processing. The agency expanded staffing and overtime at its Lockbox facilities, and claims to be on a firmer financial footing in FY2021 and FY2022.

In July 2021, experienced immigration attorney and policy analyst Ur Jaddou was confirmed (https://www.boundless.com/blog/ur-jaddou-first-woman-lead-uscis/) by the Senate as the new Director of USCIS, giving the agency its first Senate-confirmed leader in more than two years (https://www.rollcall.com/2021/07/30/ur-jaddou-confirmed-as-immigration-agency-director/). The Director promises the agency will "serve the public with compassion and reflect America's promise as a nation of welcome and possibilities for all" in the coming year, and steps have been taken to reduce barriers (https://www.uscis.gov/news/news-releases/dhs-seeks-public-input-to-identify-barriers-that-limit-or-prevent-access-to-immigration-benefits-and) to the immigration system, codify (https://www.boundless.com /blog/proposed-rule-preserve-daca/) DACA, and promote naturalization (https://www.uscis.gov/promotingnaturalization), and improve the refugee process (https://www.whitehouse.gov/briefing-room/presidential-actions/2021/02 /04/executive-order-on-rebuilding-and-enhancing-programs-to-resettle-refugees-and-planning-for-the-impact-of-climate-change-on-migration/).

We will be following the numbers, analyzing the trends, and most importantly, keeping you informed on all the latest news that could impact your immigration journey. If you're ready to start your fiancé(e) visa or green card application then don't delay — get in touch today (https://www.boundless.com) to begin the process!

**Boundless — for people who want the expertise**

of an immigration lawyer, not the price tag.

**GET GREEN CARD CHECKLIST (HTTPS://APPLY.BOUNDLESS.COM/START/MARRIAGE)**

Learn what we do for you

**Apply**

Our Services (https://www.boundless.com /services/)

Apply for a Marriage Green Card (https://www.boundless.com /green-card/marriage/)

Apply for Citizenship (https://www.boundless.com /citizenship/)

Log In (https://apply.boundless.com/users /sign_in)

**U.S. Citizenship**

Citizenship Requirements (https://www.boundless.com /immigration-resources/u- s-citizenship-requirements/)

About Naturalization Form N-400 (https://www.boundless.com /immigration-resources/form- n-400-explained/)

Citizenship Fees (https://www.boundless.com /immigration-resources/how- much-does-it-cost-to-apply-for-us- citizenship/)

Citizenship Interview Questions (https://www.boundless.com /immigration-resources/u- s-citizenship-interview-questions/)

U.S. Citizenship Test, Explained (https://www.boundless.com /immigration-resources/u- s-citizenship-test-explained/)

**Green Cards**

Green Card Costs (https://www.boundless.com /immigration-resources/green- card-cost/)

Green Card Renewal (https://www.boundless.com /immigration-resources/uscis- green-card-renewal-process/)

Marriage Green Cards (https://www.boundless.com /immigration-resources/marriage- based-green-cards-explained/)

Marriage Visa Requirements (https://www.boundless.com /immigration-resources/who-can- apply-for-a-marriage-based- green-card/)

Marriage Visa Required Documents (https://www.boundless.com /immigration-resources/what- documents-for-marriage-green- card/)

(https://www.facebook.com/BoundlessImmigration (https://twitter.com/boundless_immig (https://www.linkedin.com/company/boundless-immigration

CONTACT US

300 Lenora Street #521, Seattle, WA 98121 (https://goo.gl /maps/8cMhPgwp1JGCVet59)

(855) 268-6353 (tel:1-855-268-6353)

be@boundless.com (mailto:be@boundless.com)

**About Us**

Boundless Careers (https://careers.boundless.com/)

Testimonials & Reviews (https://www.boundless.com /stories/)

Press Coverage (https://www.boundless.com /press/)

Privacy & Security (https://www.boundless.com /security/)

Terms of Use (https://www.boundless.com /terms/)

**Featured**

Adjustment of Status (https://www.boundless.com /immigration-resources /adjustment-status-process- explained/)

Immigration Forms & Fees (https://www.boundless.com /immigration-resources/uscis-gov- immigration-forms-and-fees/)

Immigration Attorneys (https://www.boundless.com /attorneys/)

The Visa Bulletin (https://www.boundless.com /blog/visa-bulletin/)

Visa Waiver Program (ESTA) (https://www.boundless.com /immigration-resources/visa- waiver-program/)

**Additional Resources**

Help Center (https://help.boundless.com)

Immigration Research (https://www.boundless.com /research/)

Immigration Statistics (https://www.boundless.com /blog/immigration-statistics/)

Our Blog (https://www.boundless.com/blog/)

Immigration News (https://www.boundless.com /immigration-news/)

© 2017–2022 Boundless Immigration Inc.

(https://www.bbb.org/northwest /business-reviews/immigration- consultant/boundless-immigration-inc- in-seattle-wa-1000047147/#sealclick)

Boundless is not a law firm and is not a substitute for the advice of an attorney. Boundless is not affiliated with or endorsed by United States Citizenship and Immigration Services (USCIS) or any other government agency. Blank immigration forms with written instructions, including for spousal visas, are available for free at the USCIS website (https://www.uscis.gov). Use of the Boundless website and its services are subject to our Privacy Policy (https://www.boundless.com/privacy/) and Terms of Use (https://www.boundless.com/terms/). Attorney services are provided by independent attorneys and are subject to a separate Attorney Agreement (https://www.boundless.com/attorney-agreement/).

Free Newsletter Sign Up

Daily Labor Report ®

# Thousands of Worker Green Cards Went Unused Amid Pandemic Delays

By Andrew Kreighbaum

April 14, 2022, 1:05 PM

- Less than 75% of available employment-based green cards issued
- Lawmakers have sought to restore expired visa numbers

About 66,500 employment-based green cards went unused in fiscal 2021 as immigration agencies struggled with the impact of the pandemic and more stringent Trump-era policies.

Roughly 262,000 employment-based green cards were available under the fiscal year limit, according to data published this week by the State Department. The agency said Covid-19 restrictions and staffing challenges reduced the capacity of embassies and consulates to process applications in the last fiscal year. A USCIS spokesman said employment-based green card applications are one of the agency's highest priority workloads.

Another 141,000 family-based green cards went unused out of a total 226,000 available, according to the data. While the expired employment-based green cards are lost, the unused family-based numbers roll over into the employment-based category for the following fiscal year, which ends Sept. 30. The State Department estimates that about 280,000 employment-based green cards will be available in fiscal 2022, including the normal 140,000 limit in addition to unused numbers from the family-based category.

Green cards allow non-citizens to live and work permanently in the U.S. They also give individuals on guest worker visas the ability to change employers. U.S. Citizenship and Immigration Services, part of the Department of Homeland Security, processes most employment-based green cards, while the State Department is primarily responsible for processing family-based green cards.

Lawmakers in recent months have fallen short in efforts to pass measures that would restore unused green cards from previous fiscal years. Legislation recently advanced by the House Judiciary Committee would lift per-country caps on employment-based green cards that fuel backlogs for certain countries. That bill (H.R. 3648) also would give applicants stuck in backlogs expanded travel rights and more flexibility to change jobs.

USCIS has shifted employment-based applications between field offices and service centers to match workloads with available resources, reused biometric information when possible, and waived some interview requirements using risk-based determinations. Visa processing in fiscal 2021 was slowed by a "frontlog" of about a million unopened applications at USCIS as of January 2021, which was cleared by July 2021.

To contact the reporter on this story: Andrew Kreighbaum in Washington at akreighbaum@bgov.com

To contact the editors responsible for this story: Martha Mueller Neff at mmuellerneff@bloomberglaw.com; Genevieve Douglas at gdouglas@bloomberglaw.com

### Related Articles

Kansas Congressman Tackles Green Card BacklogOct. 3, 2017, 5:20 PM

Green Card Problems Getting Worse, Not BetterNov. 21, 2016, 2:05 PM

Workers Seeking Green Cards Will Need an InterviewAug. 28, 2017, 2:33 PM

Immigration Order Likely to Benefit Employment-Based Green CardsApril 24, 2020, 8:01 AM

### Topics

permanent work visas
federal immigration legislation
green cards
temporary work visas
guest workers
coronavirus

© 2022 The Bureau of National Affairs, Inc.   All Rights Reserved

# EXHIBIT F



*United States Department of State*
*Bureau of Consular Affairs*

# VISA BULLETIN

| Number 59 Volume X | Washington, D.C. |
|---|---|

<u>IMMIGRANT NUMBERS FOR NOVEMBER 2021</u>

A.  <u>STATUTORY NUMBERS</u>

This bulletin summarizes the availability of immigrant numbers during <u>November</u> for: "Final Action Dates" and "Dates for Filing Applications," indicating when immigrant visa applicants should be notified to assemble and submit required documentation to the National Visa Center.

Unless otherwise indicated on the U.S. Citizenship and Immigration Services (USCIS) website at <u>www.uscis.gov/visabulletininfo</u>, individuals seeking to file applications for adjustment of status with USCIS in the Department of Homeland Security must use the "Final Action Dates" charts below for determining when they can file such applications. When USCIS determines that there are more immigrant visas available for the fiscal year than there are known applicants for such visas, USCIS will state on its website that applicants may instead use the "Dates for Filing Visa Applications" charts in this Bulletin.

1. Procedures for determining dates. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; USCIS reports applicants for adjustment of status. Allocations in the charts below were made, to the extent possible, in chronological order of reported priority dates, for demand received by October 8th. If all reported demand could not be satisfied, the category or foreign state in which demand was excessive was deemed oversubscribed. The final action date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. If it becomes necessary during the monthly allocation process to retrogress a final action date, supplemental requests for numbers will be honored only if the priority date falls within the new final action date announced in this bulletin. If at any time an annual limit were reached, it would be necessary to immediately make the preference category "unavailable", and no further requests for numbers would be honored.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000.  The worldwide level for annual employment-based preference immigrants is at least 140,000.  Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620.  The dependent area limit is set at 2%, or 7,320.

3.  INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition on behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas:  CHINA-mainland born, EL SALVADOR, GUATEMALA, HONDURAS, INDIA, MEXICO, and PHILIPPINES.

-4-                                          November 2021

## A. <u>FINAL ACTION DATES FOR EMPLOYMENT-BASED PREFERENCE CASES</u>

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are authorized for issuance to all qualified applicants; and "U" means unauthorized, i.e., numbers are not authorized for issuance. (NOTE: Numbers are authorized for issuance only for applicants whose priority date is **earlier** than the final action date listed below.)

| Employment-Based | All Chargeability Areas Except Those Listed | CHINA-mainland born | EL SALVADOR GUATEMALA HONDURAS | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|---|
| 1st | C | C | C | C | C | C |
| 2nd | C | 15NOV18 | C | 01DEC11 | C | C |
| 3rd | C | 22MAR18 | C | 15JAN12 | C | C |
| Other Workers | C | 01MAR10 | C | 15JAN12 | C | C |
| 4th | C | C | 15MAR19 | C | 01APR20 | C |
| Certain Religious Workers | C | C | 15MAR19 | C | 01APR20 | C |
| 5th Non-Regional Center (C5 and T5) | C | 22NOV15 | C | C | C | C |
| 5th Regional Center (I5 and R5) | U | U | U | U | U | U |

*Employment Third Preference Other Workers Category: Section 203(e) of the Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997, as amended by Section 1(e) of Pub. L. 105–139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW final action date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002. For Fiscal Year 2022 this reduction will be limited to approximately 150.

### B.   DATES FOR FILING OF EMPLOYMENT-BASED VISA APPLICATIONS

The chart below reflects dates for filing visa applications within a timeframe justifying immediate action in the application process. Applicants for immigrant visas who have a priority date <u>earlier than</u> the application date in the chart may assemble and submit required documents to the Department of State's National Visa Center, following receipt of notification from the National Visa Center containing detailed instructions. The application date for an oversubscribed category is the priority date of the first applicant who cannot submit documentation to the National Visa Center for an immigrant visa. If a category is designated "current," all applicants in the relevant category may file, regardless of priority date.

The "C" listing indicates that the category is current, and that applications may be filed regardless of the applicant's priority date. The listing of a date for any category indicates that only applicants with a priority date which is **earlier** than the listed date may file their application.

Visit www.uscis.gov/visabulletininfo for information on whether USCIS has determined that this chart can be used (in lieu of the chart in paragraph 5.A.) this month for filing applications for adjustment of status with USCIS.

| Employment-Based | All Chargeability Areas Except Those Listed | CHINA - mainland born | EL SALVADOR GUATEMALA HONDURAS | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|---|
| 1st | C | C | C | C | C | C |
| 2nd | C | 01FEB19 | C | 08JAN13 | C | C |
| 3rd | C | 01APR18 | C | 22JAN12 | C | C |
| Other Workers | C | 01MAY10 | C | 22JAN12 | C | C |
| 4th | C | C | 15MAY19 | C | C | C |
| Certain Religious Workers | C | C | 15MAY19 | C | C | C |
| 5th Non-Regional Center (C5 and T5) | C | 15DEC15 | C | C | C | C |
| 5th Regional Center (I5 and R5) | C | 15DEC15 | C | C | C | C |



**United States Department of State**
**Bureau of Consular Affairs**

# VISA BULLETIN

| Number 77 Volume X | Washington, D.C. |
|---|---|

IMMIGRANT NUMBERS FOR MAY 2023

A. STATUTORY NUMBERS FOR PREFERENCE IMMIGRANT VISAS

This bulletin summarizes the availability of immigrant numbers during May for "Final Action Dates" and "Dates for Filing Applications," indicating when immigrant visa applicants should be notified to assemble and submit required documentation to the National Visa Center.

Unless otherwise indicated on the U.S. Citizenship and Immigration Services (USCIS) website at www.uscis.gov/visabulletininfo, individuals seeking to file applications for adjustment of status with USCIS must use the "Final Action Dates" charts below for determining when they can file such applications. When USCIS determines that there are more immigrant visas available for the fiscal year than there are known applicants for such visas, USCIS will state on its website that applicants may instead use the "Dates for Filing Visa Applications" charts in this Bulletin.

1. Procedures for determining dates. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; USCIS reports applicants for adjustment of status. Allocations in the charts below were made, to the extent possible, in chronological order of reported priority dates, for demand received by April 7th. If all reported demand could not be satisfied, the category or foreign state in which demand was excessive was deemed oversubscribed. The final action date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. If it becomes necessary during the monthly allocation process to retrogress a final action date, supplemental requests for numbers will be honored only if the priority date falls within the new final action date announced in this bulletin. If at any time an annual limit were reached, it would be necessary to immediately make the preference category "unavailable", and no further requests for numbers would be honored.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition on behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

-4-                                                    May 2023

**A. FINAL ACTION DATES FOR EMPLOYMENT-BASED PREFERENCE CASES**

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are authorized for issuance to all qualified applicants; and "U" means unauthorized, i.e., numbers are not authorized for issuance. (NOTE: Numbers are authorized for issuance only for applicants whose priority date is **earlier** than the final action date listed below.)

| Employment-Based | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 1st | C | 01FEB22 | 01FEB22 | C | C |
| 2nd | 15FEB22 | 08JUN19 | 01JAN11 | 15FEB22 | 15FEB22 |
| 3rd | 01JUN22 | 01APR19 | 15JUN12 | 01JUN22 | 01JUN22 |
| Other Workers | 01JAN20 | 15APR15 | 15JUN12 | 01JAN20 | 01JAN20 |
| 4th | 01SEP18 | 01SEP18 | 01SEP18 | 01SEP18 | 01SEP18 |
| Certain Religious Workers | 01SEP18 | 01SEP18 | 01SEP18 | 01SEP18 | 01SEP18 |
| 5th Unreserved (including C5, T5, I5, R5) | C | 08SEP15 | 01JUN18 | C | C |
| 5th Set Asides: | | | | | |
| Rural (20%) | C | C | C | C | C |
| High Unemployment (10%) | C | C | C | C | C |
| Infrastructure (2%) | C | C | C | C | C |

-5-                    May 2023

*Employment Third Preference Other Workers Category: Section 203(e) of the Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997, as amended by Section 1(e) of Pub. L. 105-139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW final action date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002. For Fiscal Year 2023 this reduction will be limited to approximately 150.


### B.  DATES FOR FILING OF EMPLOYMENT-BASED VISA APPLICATIONS

The chart below reflects dates for filing visa applications within a timeframe justifying immediate action in the application process. Applicants for immigrant visas who have a priority date earlier than the application date in the chart may assemble and submit required documents to the Department of State's National Visa Center, following receipt of notification from the National Visa Center containing detailed instructions. The application date for an oversubscribed category is the priority date of the first applicant who cannot submit documentation to the National Visa Center for an immigrant visa. If a category is designated "current," all applicants in the relevant category may file, regardless of priority date.

The "C" listing indicates that the category is current, and that applications may be filed regardless of the applicant's priority date. The listing of a date for any category indicates that only applicants with a priority date which is **earlier** than the listed date may file their application.

Visit www.uscis.gov/visabulletininfo for information on whether USCIS has determined that this chart can be used (in lieu of the chart in paragraph 5.A.) this month for filing applications for adjustment of status with USCIS.

| Employment- Based | All Charge-ability Areas Except Those Listed | CHINA - mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 1st | C | 01JUN22 | 01JUN22 | C | C |
| 2nd | 01DEC22 | 08JUL19 | 01MAY12 | 01DEC22 | 01DEC22 |
| 3rd | 01MAY23 | 01JUN19 | 01AUG12 | 01MAY23 | 01MAY23 |
| Other Workers | 01FEB20 | 01NOV15 | 01AUG12 | 01FEB20 | 01FEB20 |
| 4th | 01OCT18 | 01OCT18 | 01OCT18 | 01OCT18 | 01OCT18 |
| Certain Religious Workers | 01OCT18 | 01OCT18 | 01OCT18 | 01OCT18 | 01OCT18 |
| 5th Unreserved (including C5, T5, I5, and R5) | C | 01JAN16 | 08DEC19 | C | C |

(Chart B. DATES FOR FILING OF EMPLOYMENT-BASED VISA APPLICATIONS continued from previous page)

| Employment- Based | All Charge-ability Areas Except Those Listed | CHINA - mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 5th Set Aside: (Rural – 20%) | C | C | C | C | C |
| 5th Set Aside: (High Unemployment – 10%) | C | C | C | C | C |
| 5th Set Aside: (Infrastructure – 2%) | C | C | C | C | C |

B.  <u>DIVERSITY IMMIGRANT (DV) CATEGORY FOR THE MONTH OF MAY</u>

Section 203(c) of the INA provides up to 55,000 immigrant visas each fiscal year to permit additional immigration opportunities for persons from countries with low admissions during the previous five years. The NACARA stipulates that beginning with DV-99, and for as long as necessary, up to 5,000 of the 55,000 annually allocated diversity visas will be made available for use under the NACARA program.  This will result in reduction of the DV-2023 annual limit to approximately 54,850. DV visas are divided among six geographic regions. No one country can receive more than seven percent of the available diversity visas in any one year.

For <u>May</u>, immigrant numbers in the DV category are available to qualified DV-2023 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers <u>BELOW</u> the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | | | |
|---|---|---|---|---|
| AFRICA | 60,000 | Except: | Algeria | 35,900 |
| | | | Egypt | 18,650 |
| | | | Morocco | 45,600 |
| ASIA | 18,750 | Except: | Iran | 6,000 |
| | | | Nepal | 17,775 |
| EUROPE | 30,000 | Except: | Russia | 29,350 |
| | | | Uzbekistan | 10,140 |
| NORTH AMERICA (BAHAMAS) | 15 | | | |
| OCEANIA | 1,450 | | | |
| SOUTH AMERICA, and the CARIBBEAN | 2,400 | | | |

# EXHIBIT G

# THE UNITED STATES OF AMERICA



## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number<br>SRC2290048306 | | Case Type<br>I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date<br>11/10/2021 | Priority Date<br>11/10/2021 | Petitioner<br>FISERV SOLUTIONS LLC | |
| Notice Date<br>08/13/2022 | Page<br>1 of 1 | Beneficiary A219 991 345<br>PRABHUKOCHAREKAR, DNYANESH KAMALAKAR | |

FRAGOMEN DEL REY BERNSEN AND L
c/o JENNIFER G PATTERSON
1101 15TH STREET NW STE 700
WASHINGTON DC 20005

**Notice Type:** Approval Notice
**Section:** Multi-national Executive or Manager,
Sec.203(b)(1)(C)
**Consulate:** NVC
**ETA Case Number:** NA
**SOC Code:** 113021

The person for whom you are petitioning will be notified separately when a decision is reached on his or her pending adjustment of status application. The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Texas Service Center
U.S. CITIZENSHIP IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 [REV. 08/01/16]

# EXHIBIT H

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>SRC2290048307 | | Case Type<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR<br>ADJUST STATUS | |
|---|---|---|---|
| Received Date<br>11/10/2021 | Priority Date | Applicant A219 991 345<br>PRABHUKOCHAREKAR, DNYANESH KAMALAKAR | |
| Notice Date<br>09/12/2022 | Page<br>1 of 1 | Beneficiary A219 991 345<br>PRABHUKOCHAREKAR, DNYANESH KAMALAKAR | |

FRAGOMEN DEL REY BERNSEN AND L
c/o JENNIFER G PATTERSON
1101 15TH STREET NW STE 700
WASHINGTON DC 20005

**Notice Type:** Transfer Notice

In order to speed up processing, **we transferred the application or petition ("your case") listed above** to the following USCIS office for processing:

NATIONAL BENEFITS CENTER, P.O. BOX 648005, LEE'S SUMMIT, MO 64064

That office will notify you in writing when they make a decision on your case or if they need additional information.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov** (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

* View your case status on our website's Case Status Online page.
* You can also sign up to receive free email updates as we process your case.
* Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
* When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
* If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| Receipt Number SRC2290048310 | | Case Type I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
| --- | --- | --- |
| **Received Date** 11/10/2021 | **Priority Date** | **Applicant** A219 991 348 PRABHUKOCHAREKAR, MUGDHA DNYANESH |
| **Notice Date** 09/12/2022 | **Page** 1 of 1 | **Beneficiary** A219 991 348 PRABHUKOCHAREKAR, MUGDHA DNYANESH |

FRAGOMEN DEL REY BERNSEN AND L
c/o JENNIFER G PATTERSON
1101 15TH STREET NW STE 700
WASHINGTON DC 20005

**Notice Type:** Transfer Notice

In order to speed up processing, **we transferred the application or petition ("your case") listed above** to the following USCIS office for processing:

NATIONAL BENEFITS CENTER, P.O. BOX 648005, LEE'S SUMMIT, MO 64064

That office will notify you in writing when they make a decision on your case or if they need additional information.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov** (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https:// www.uscis.gov/file-online.**

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



**USCIS Contact Center: www.uscis.gov/contactcenter**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C   10/13/21

…

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number<br>SRC2290048313 | | Case Type<br>I485 – APPLICATION TO REGISTER PERMANENT RESIDENCE OR<br>ADJUST STATUS | |
|---|---|---|---|
| **Received Date**<br>11/10/2021 | **Priority Date** | | |
| **Notice Date**<br>09/12/2022 | **Page**<br>1 of 1 | | |

| | |
|---|---|
| FRAGOMEN DEL REY BERNSEN AND L<br>c/o JENNIFER G PATTERSON<br>1101 15TH STREET NW STE 700<br>WASHINGTON DC 20005 | **Notice Type:** Transfer Notice |

In order to speed up processing, **we transferred the application or petition ("your case")** listed above to the following USCIS office for processing:

NATIONAL BENEFITS CENTER, P.O. BOX 648005, LEE'S SUMMIT, MO 64064

That office will notify you in writing when they make a decision on your case or if they need additional information.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov** (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

* View your case status on our website's Case Status Online page.
* You can also sign up to receive free email updates as we process your case.
* Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
* When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
* If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https:// www.uscis.gov/file-online.**

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



**USCIS Contact Center: www.uscis.gov/contactcenter**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>SRC2290048316 | | Case Type<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | |
|---|---|---|---|
| **Received Date**<br>11/10/2021 | **Priority Date** | | |
| **Notice Date**<br>09/12/2022 | **Page**<br>1 of 1 | | |

FRAGOMEN DEL REY BERNSEN AND L
c/o JENNIFER G PATTERSON
1101 15TH STREET NW STE 700
WASHINGTON DC 20005

**Notice Type:** Transfer Notice

In order to speed up processing, **we transferred the application or petition ("your case") listed above** to the following USCIS office for processing:

NATIONAL BENEFITS CENTER, P.O. BOX 648005, LEE'S SUMMIT, MO 64064

That office will notify you in writing when they make a decision on your case or if they need additional information.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov** (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



**USCIS Contact Center: www.uscis.gov/contactcenter**

# EXHIBIT I

5/12/23, 8:40 PM
Case 1:23-mi-99999-UNA   Document 1606   Filed 05/17/23   Page 51 of 53
Your recent inquiry (receipt #SRC-22-900-48307)

# Your recent inquiry (receipt #SRC-22-900-48307)

From: USCIS (uscis-casestatus@dhs.gov)

To:     dnyaneshprabhu_2000@yahoo.com

Date:   Friday, 20 January 2023 at 01:44 pm GMT-5

U.S. Department of Homeland Security
USCIS
3381 Atlanta Highway
Montgomery,AL 36109

U.S. Citizenship and Immigration Services
Friday, January 20, 2023

Emailed to dnyaneshprabhu_2000@yahoo.com

Dear Dnyanesh Prabhukocharekar:

On 12/16/2022, you or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I485

Filing date:
-- 11/10/2021

Receipt #:
-- SRC-22-900-48307

Referral ID:
T1F3502204703TSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- 219991345

Type of service requested:
-- Expedite

The status of this service request is:

Thank you for contacting USCIS concerning the above-referenced application. Below is a summary of what we have
found and how the issue has been resolved or additional actions required.

What We Have Done
USCIS has reviewed your request for expedited processing and we regret to inform you that your request has been
denied based on the information provided.  USCIS reviews all expedite requests on a case-by-case basis.  The burden
is on the applicant or petitioner to demonstrate that one or more of the below expedite criteria have been met:

* Severe financial loss to company or person
* Emergency Situation
* Humanitarian Reasons
* Nonprofit organization whose request is for furtherance of the cultural and social interests of the United States
* Department of Defense or National Interest Situation
* USCIS error
* Compelling interest of USCIS

What You Can Do
If you want USCIS to reconsider your request, please contact the USCIS Contact Center at the phone number below and provide additional evidence demonstrating how your situation meets the above expedite criteria.We hope this information is helpful to you. We appreciate your continued patience.

Online Services:
We offer many online services and tools to help you find the information you need at www.uscis.gov/tools and my.uscis.gov, including:
*Case Status: Sign up for detailed case updates in myUSCIS at my.uscis.gov/account
*Check your current case status: www.uscis.gov/casestatus
*Check processing times: www.uscis.gov/processingtimes
*Ask about your case: www.uscis.gov/e-request
*Schedule an appointment: my.uscis.gov/appointment
*Ask our virtual assistant Emma: www.uscis.gov/emma

Address Change:
If you move, visit www.uscis.gov/addresschange for information on how to update your address online. Remember to update your address for all your receipt numbers.

For Additional Information:
If you try our online tools and still need help, you can call the USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

**Date:** Wednesday, May 3, 2023 at 1:33 PM
**To:** "David A. Jones" <David_Jones@ossoff.senate.gov>, ████████████████████
████████████████

**Subject:** Ossoff, Jon / 118-27822714

Thank you for your inquiry, dated April 12, 2023 on behalf of your constituent, DNYANESH KAMALAKAR PRABHUKOCHAREKAR, regarding his pending Form I-485, Application to Register Permanent Residence/Adjust Status (Employee).

U.S. Citizenship and Immigration Services (USCIS) records indicate this application remains pending at the Montgomery Field Office and is within normal processing times as reflected at [https://egov.uscis.gov/processing-times/]. This type of application does not usually require an interview, so your constituent should receive a notice once the case adjudication is complete. If additional information is necessary prior to adjudication, or if it is determined that an interview is necessary, your constituent will be notified directly.

Case status may be monitored online at https://egov.uscis.gov/casestatus/landing.do.

We respectfully request you allow at least 90 days from the date this email was sent to lapse prior to following up on the status of the case. ████████████████████████████████████
████████████████████████████████████████

We hope this information is helpful. If we may be of further assistance, please let us know.

Respectfully,



DHS-USCIS | MONTGOMERY FIELD OFFICE (MGA)