| Department of Homeland Security | Form I-797C, Notice of Action |
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | October 21, 2020 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-824, Application for Action on an Approved Application or Petition | A055221771 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| YSC2190015902 | October 05, 2020 | 1 of 1 |
| | | DATE OF BIRTH |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $465.00 |
| Total Amount Received: | $465.00 |
| Total Balance Due: | $0.00 |

NIDIA M. GUZMAN
C/O SOCHEAT CHEA SOCHEAT CHEA PC
3500 DULUTH PARK LANE NW STE 300
DULUTH, GA 30096

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

 If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

Potomac Service Center
US Citizenship and Immigration Services
2200 Potomac Center Drive Stop 2425
Arlington, VA 20598

**USCIS Contact Center Number:**

ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C 04/01/19

**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**                                    **Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | | Case Type |
|---|---|---|
| YSC2190015902 | | I824 - APPLICATION FOR ACTION ON AN APPROVED APPLICATION OR PETITION |
| Received Date | Priority Date | Petitioner A055 221 771 |
| 10/05/2020 | | GUZMAN, NIDIA MARIA |
| Notice Date | Page | Beneficiary A210 077 406 |
| 11/01/2021 | 1 of 1 | GOMEZ GUTIERREZ, GERMAN ALONSO |

NIDIA MARIA GUZMAN
c/o SOCHEAT CHEA
SOCHEAT CHEA PC
3500 DULUTH PARK LANE NW STE 300
DULUTH GA 30096

Notice Type: Approval Notice
Class: IR1
Valid from 11/01/2021 to 11/01/2024
Section: CIS send my approved immigrant visa to the NVC
Consulate: BOGOTA

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

The above application is approved. We have sent the original immigrant visa petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number form this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

USCIS Contact Center: www.uscis.gov/contactcenter

