# **EXHIBIT B**

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| ANGEA GARNER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CIVIL ACTION<br>FILE NO.: 23-A-03075-11 |

### DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given that Defendant Liberty Mutual Insurance Company has removed the above-styled case to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §1441. A copy of the Notice of Removal to Federal Court is attached hereto as **Exhibit A**.

In accordance with 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

Respectfully submitted this 17th day of May, 2023.

　　　　　　　　　　　　　　　　　　　　*/s/ Alexandra L. Milios*
　　　　　　　　　　　　　　　　　　　　Alexandra L. Milios
　　　　　　　　　　　　　　　　　　　　GA Bar No. 753596
　　　　　　　　　　　　　　　　　　　　Deepa N. Subramanian
　　　　　　　　　　　　　　　　　　　　GA Bar No. 278625

-2-

        OGLETREE, DEAKINS, NASH, SMOAK &
        STEWART, P.C.
        One Ninety One Peachtree Tower
        191 Peachtree St. NE, Suite 4800
        Atlanta, GA 30303
        Telephone: 404-881-1300
        Facsimile: 404-870-1732
        alexandra.milios@ogletree.com
        deepa.subramanian@ogletree.com

*Attorneys for Defendant*

### IN THE SUPERIOR COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| ANGEA GARNER,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>        Defendant. | CIVIL ACTION<br>FILE NO.: 23-A-03075-11 |

### CERTIFICATE OF SERVICE

I certify that on May 17, 2023, a copy of the foregoing Defendant's Notice of Filing Notice of Removal was served with the Court using the Odyssey e-file system which will notify all attorneys of record, and a copy was sent via First Class Mail upon the following attorneys of record:

Amanda M. Brookhuis<br>
The Kirby G. Smith Law Firm, LLC<br>
4488 North Shallowford Road<br>
Suite 105<br>
Atlanta, GA 30338<br>
amb@kirbygsmith.com

                                            */s/ Alexandra L. Milios*
                                            Alexandra L. Milios
                                            GA Bar No. 753596

-3-