# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGEA GARNER, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| LIBERTY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

## DECLARATION OF MICHAEL B. GARVEY, ESQ.

I, Michael B. Garvey, Esq., am over the age of eighteen and competent to testify to the matters set forth in this Declaration. I understand this Declaration is given for use in the above-styled action and that it may be used for any purpose permitted by law. I give this statement voluntarily, and it is made pursuant to 28 U.S.C. § 1746.

1. I am a duly appointed Assistant Secretary of Liberty Mutual Insurance Company. As a result of holding this position, I have personal knowledge of the statements made in this Declaration.

2. Liberty Mutual Insurance Company is incorporated in the State of Massachusetts.

1

3. Liberty Mutual Insurance Company's principal place of business is located in the State of Massachusetts.

4. Liberty Mutual Insurance Company's headquarters is located in the State of Massachusetts.

5. I give this Declaration of my own free will without expectation of reward, and without any undue influence, coercion, or duress.

**I HEREBY DECLARE, UNDER PENALTY OF PERJURY, IN ACCORDANCE WITH THE LAWS OF THE UNITED STATES, INCLUDING, 28 U.S.C. § 1746, THAT THE FOREGOING IS TRUE AND CORRECT ACCORDING TO MY PERSONAL KNOWLEDGE, AND IF CALLED AS A WITNESS, I COULD AND WOULD TESTIFY TRUTHFULLY THERETO.**

Executed this 16 of May, 2023.

DocuSigned by:
M.A.
648CC4CAC05A42D...

Michael B. Garvey, Esq.