# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGEA GARNER, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Defendant Liberty Mutual Insurance Company, by counsel, in accordance with L.R. 3.3 and Fed. R. Civ. P. 7.1 submits the following Corporate Disclosure Statement and Certificate of Interested Persons:

**(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

The following is a full and complete list of parties in this action:

    Angea Garner                              Plaintiff in this action.

    Liberty Mutual Insurance Company    Defendant in this action.

Liberty Mutual Insurance Company is a wholly owned subsidiary of Liberty Mutual Group Inc. Liberty Mutual Group Inc. is wholly owned by LMHC Massachusetts Holdings, Inc., which in turn is a wholly owned subsidiary of Liberty Mutual Holding Company Inc. There is no publicly held corporation owning more than 10% of its stock.

**(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

   None.

**(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Amanda Brookhuis of The Kirby G. Smith Law Firm represents Plaintiff in this matter.

Deepa Subramanian and Alexandra Milios of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. represent Defendant in this matter.

Respectfully submitted this 17th day of May, 2023.

                                         <u>*/s/Alexandra L. Milios*</u>
                                         Alexandra L. Milios
                                         Georgia Bar No. 753596
                                         Deepa N. Subramanian
                                         Georgia Bar No. 27862
                                         Ogletree, Deakins, Nash,
                                          Smoak & Stewart, P.C.
                                         One Ninety One Peachtree Tower
                                         191 Peachtree St. NE, Suite 4800
                                         Atlanta, GA 30303
                                         Telephone:  404-881-1300
                                         alexandra.milios@ogletree.com
                                         deepa.subramanian@ogletree.com

                                         *Attorneys for Defendant*

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(D)**

This is to certify that Defendant Liberty Mutual Insurance Company's Corporate Disclosure Statement and Certificate of Interested Persons was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(C).

>*/s/ Alexandra L. Milios*
>Alexandra L. Milios
>Georgia Bar No. 753596

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGEA GARNER,<br><br>      Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>      Defendant. | CIVIL ACTION NO. |

## CERTIFICATE OF SERVICE

I certify that on May 17, 2023, I electronically filed **Defendant's Corporate Disclosure Statement and Certificate of Interested Persons** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Amanda Brookhuis
The Kirby G. Smith Law Firm, LLC
4488 Shallowford Road
Suite 105
Atlanta, GA 30338
amb@kirbygsmith.com

                                              /s/ Alexandra L. Milios
                                              Alexandra L. Milios
                                              Georgia Bar No. 753596