# Exhibit C

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELICA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. _____ |
| FRESH EXPRESS INCORPORATED | ) |
| and CHESTER D. MORRIS, JR., | ) |
| | ) |
| Defendants. | ) |

## CONSENT TO REMOVAL

Defendant Chester D. Morris, Jr., by and through his undersigned counsel, without waiving any of his defenses or objections in this matter, consents to the Notice of Removal filed in this matter by Defendant Fresh Express Incorporated.

Respectfully submitted this 18th day of May, 2023.

/s/ Katherine H. Krouse
Todd C. Duffield
Georgia Bar No. 141905
Jessica H. Thomas
Georgia Bar No. 704970
Katherine H. Krouse
Georgia Bar No. 514298
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone: (404) 881-1300

Facsimile:  (404) 870-1732
todd.duffield@ogletree.com
jessica.thomas@ogletree.com
katie.krouse@ogletree.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELICA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. _____ |
| FRESH EXPRESS INCORPORATED | ) |
| and CHESTER D. MORRIS, JR., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2023, I electronically filed the foregoing CONSENT TO REMOVAL with the Clerk of Court using the CM/ECF system, and I further certify that I served a copy of same via email and U.S. mail postage prepaid to the following counsel of record:

Matthew C. Billips
BARRETT & FARAHANY
1100 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309
matt@justiceatwork.com

*/s/ Katherine H. Krouse*
Katherine H. Krouse
Georgia Bar No. 514298