# Exhibit E

**IN THE SUPERIOR COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| ANGELICA BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRESH EXPRESS INCORPORATED and )<br>DARREN LNU, )<br>)<br>Defendants. ) | Civil Action No. 2021CV03786-14 |

**DEFENDANT FRESH EXPRESS INCORPORATED'S**
**NOTICE OF FILING NOTICE OF REMOVAL**

Notice is hereby given that Defendant Fresh Express Incorporated has removed the above-styled case to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §1441. A copy of the Notice of Removal to Federal Court is attached hereto as **Exhibit 1**.

In accordance with 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

Respectfully submitted this 18th day of May, 2023.

> /s/Katherine H. Krouse
> Todd C. Duffield
> Georgia Bar No. 141905
> Jessica H. Thomas
> Georgia Bar No. 704970
> Katherine H. Krouse
> Georgia Bar No. 514298
> OGLETREE, DEAKINS, NASH, SMOAK &
>   STEWART, P.C.
> 191 Peachtree Street, N.E., Suite 4800
> Atlanta, GA 30303
> Telephone: (404) 881-1300
> Facsimile:  (404) 870-1732
> todd.duffield@ogletree.com
> jessica.thomas@ogletree.com
> katie.krouse@ogletree.com
> *Attorneys for Defendants*

# IN THE SUPERIOR COURT OF CLAYTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| ANGELICA BROWN, ) | Civil Action No. 2021CV03786-14 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| FRESH EXPRESS INCORPORATED and ) | |
| DARREN LNU, ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I certify that on this 18th day of May, 2023, a complete copy of the foregoing NOTICE OF FILING NOTICE OF REMOVAL was served on the following counsel of record using the Court's e-file system, which will automatically serve all counsel of record:

Matthew C. Billips
BARRETT & FARAHANY
1100 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309
matt@justiceatwork.com

*/s/Katherine H. Krouse*
Katherine H. Krouse
Georgia Bar No. 514298