```
                                                    E-FILED IN OFFICE - CB
                                                    CLERK OF STATE COURT
                                                    GWINNETT COUNTY, GEORGIA

                                                    23-C-02933-S3
IN THE STATE COURT OF GWINNETT COUNTY               5/1/2023 3:42 PM
                                                    TIANA P. GARNER, CLERK
        STATE OF GEORGIA
```

Allene Purvis c/o John L. Johnson, Esq. and John

Foy & Associates, P.C. 3343 Peahctree Rd., NE

Ste. 350, Atlanta, GA 30326

CIVIL ACTION
NUMBER:_____

PLAINTIFF

23-C-02933-S3

VS.

Dillard's Inc. c/o C T Corporation

289 S. Culver Street

Lawrenceville, GA 30046

EXHIBIT "A"

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

John L. Johnson Esq., and John Foy & Associates, P.C.
3343 Peachtree Rd., Ste. 350
Atlanta, GA 30326
(404) 400-4000

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of ___1st day of May, 2023_____, 20_____.

Tiana P. Garner
Clerk of State Court

By _____
        Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-02933-S3**
5/1/2023 3:42 PM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **ALLENE PURVIS** | 23-C-02933-S3 |
| Plaintiff, | Civil Action Number: _____ |
| vs. | |
| **DILLARD'S, INC.** | |
| Defendant. | JURY TRIAL DEMANDED |

### COMPLAINT FOR DAMAGES

**COMES NOW** Plaintiff, Allene Purvis, by and through the undersigned counsel, and files her complaint against the above-named Defendant, Dillard's, Inc. (hereinafter "Defendant"):

1. Defendant is authorized to conduct business in the State of Georgia and is subject to the jurisdiction of this Court. Defendant can be served by delivering the Summons and a copy of the Complaint to its registered agent at 289 S Culver Street Lawrenceville, Gwinnett, Georgia.

2. Defendant is subject to the jurisdiction and venue of this Court.

3. On December 1, 2021, Defendant was the owner and/or operator of the Dillard's department store located at 4500 Ashford Dunwoody Road NE, Atlanta, GA 30346 (hereinafter "the premises").

4. On December 1, 2021, Plaintiff was an invitee at the premises.

5. On December 1, 2021, Plaintiff was negligently pulled down the escalator inside of the premises by a Dillard's employee causing Plaintiff to fall down the escalator.

6. Due to the negligence of Defendant, by and through its agent/employee, Plaintiff was injured.

7. Under Georgia law, "[w]here an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe." O.C.G.A. § 51-3-1.

8. At all relevant times, Defendant was responsible for securing and maintaining the premises.

9. At all relevant times, Defendant had a duty to exercise extraordinary care to ensure that the public was safe while using the escalator.

10. Defendant breached that duty.

11. At all relevant times, Plaintiff exercised reasonable care for her own safety.

12. As a direct, sole and proximate result of the negligence of Defendant, Plaintiff has sustained severe and excruciating physical pain, economic loss, and will continue to experience such physical and mental pain and suffering in the future and will continue to incur related medical expenses for the treatment of said injuries.

**WHEREFORE**, Plaintiff prays for the following relief:

1. That summons issue requiring the premises to appear as provided by law to answer this Complaint;
2. That Defendant be timely served with process;
3. That Plaintiff have a trial by jury on all issues and claims;
4. That Plaintiff recover damages and all other expenses as permitted under Georgia law;
5. That all cost be cast against Defendants; and
6. For such other and further relief as the Court shall deem just and appropriate.

*Dated: May 1, 2023*

                Respectfully submitted,

                **FOY & ASSOCIATES P.C.**

                /s/ John L. Johnson
                John L. Johnson, Esq.
                Georgia Bar Number: 748545
                **Attorney for Plaintiff**

3343 Peachtree Road, N.E. Suite 350
Atlanta, Georgia 30326
(404) 400-4000 Telephone
(404) 602-4207 Facsimile
Email: JLJohnson@johnfoy.com