E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

23-C-02933-S3

5/18/2023 1:02 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ALLENE PURVIS, | ) | |
| | ) | **EXHIBIT "B"** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No.: |
| | ) | 23-C-02933-S3 |
| DILLARD'S, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES

COMES NOW, Defendant DILLARD'S, INC. ("Dillard's) and hereby answers the Plaintiff's Complaint for Damages ("Complaint") as follows:

### FIRST DEFENSE

Dillard's is not a proper party defendant. Higbee KYG, LP owned and operated the subject Dillard's department store at all times material to this lawsuit.

### SECOND DEFENSE

Venue is improper in the State Court of Gwinnett County as to Dillard's.

### THIRD DEFENSE

There has been insufficient process and service of process on Dillard's.

## FOURTH DEFENSE

The Court lacks jurisdiction over Dillard's due to insufficient process and service of process.

## FIFTH DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief can be granted against Dillard's.

## SIXTH DEFENSE

Dillard's reserves the right to plead and prove such other defenses, including but not limited to those allowed by O.C.G.A. § 9-11-8, as may become known during the course of the investigation and discovery.

## SEVENTH DEFENSE

In response to the specific allegations contained in the Plaintiff's Complaint, and without waiving the defenses previously raised by Dillard's, as well as those defenses that may be raised in the future, Dillard's states the following:

1.

The allegations contained in paragraph 1 of the Plaintiff's Complaint are denied.

2.

The allegations contained in paragraph 2 of the Plaintiff's Complaint are denied.

3.

The allegations contained in paragraph 3 of the Plaintiff's Complaint are denied.

4.

In response to the allegations contained in paragraph 4 of the Plaintiff's Complaint, Dillard's admits that Plaintiff was an invitee at the Dillard's store location on December 1, 2021. The remainder of the allegations contained in paragraph 4 of Plaintiff's Complaint are denied.

5.

The allegations contained in paragraph 5 of the Plaintiff's Complaint are denied.

6.

The allegations contained in paragraph 6 of the Plaintiff's Complaint are denied.

7.

In response to the allegations contained in paragraph 7 of Plaintiff's Complaint, Dillard's admits that O.C.G.A. § 51-3-1 contains the language quoted therein. The remainder of the allegations contained in paragraph 7 of Plaintiff's Complaint are denied.

8.

The allegations contained in paragraph 8 of the Plaintiff's Complaint are denied.

9.

The allegations contained in paragraph 9 of the Plaintiff's Complaint are denied.

10.

The allegations contained in paragraph 10 of the Plaintiff's Complaint are denied.

11.

The allegations contained in paragraph 11 of the Plaintiff's Complaint are denied.

12.

The allegations contained in paragraph 12 of the Plaintiff's Complaint are denied.

## **EIGHTH DEFENSE**

All allegations contained in the Plaintiff's Complaint that are not specifically admitted herein are hereby denied.

WHEREFORE, having fully answered the Plaintiff's Complaint according to the information which the Defendant now has at its disposal, while at all times reserving the right to amend or supplement this Answer at a later time upon new or clarified information, if necessary, the Defendant hereby respectfully demands as follows:

(a)  That the Plaintiff's Complaint be dismissed;

(b)  That judgment be entered in favor of the Defendant and against the Plaintiff;

(c)  That costs be assessed against the Plaintiff;

(d)  That there be a trial by a jury of twelve (12) persons on all triable issues; and,

(e)  That the Court enter such other and further relief as is just.

Respectfully submitted, this 18th day of May, 2022.

WEBB, ZSCHUNKE, NEARY
& DIKEMAN, LLP

By:   */s/ Marvin D. Dikeman*
MARVIN D. DIKEMAN
Georgia State Bar No. 221760
MELISSA C. MCMULLEN
Georgia State Bar No. 187560
***Attorneys for Dillard's Inc.***

5

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 264-1080 / phone
(404) 264-4520 / fax
mdikeman@wznd.net
mmcmullen@wznd.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the within and foregoing pleading with the Clerk of Court using the Odyssey File & Serve system, which will automatically send e-mail notification of such filing to the following attorneys of record:

John L. Johnson, Esq.
Foy & Associates, P.C.
3343 Peachtree Road, NE, Suite 350
Atlanta, GA 30326
JLJohnson@johnfoy.com

This 18th day of May, 2023.

*/s/ Marvin D. Dikeman*
MARVIN D. DIKEMAN
Georgia State Bar No. 221760
***Attorney for Dillard's, Inc.***

WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
Email: mdikeman@wznd.net