IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLENE PURVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No._____ |
| | ) |
| DILLARD'S, INC. | ) |
| | ) |
| Defendant. | ) |

STATE OF GEORGIA
COUNTY OF FULTON

**VERIFICATION**

Personally appeared before me the undersigned officer duly authorized by law to administer oaths, MARVIN D. DIKEMAN, first being duly sworn, deposes and states that he is of counsel for Defendant, Dillard's, Inc., and the factual statements contained in the foregoing Notice of Removal are true and correct.

_____
MARVIN D. DIKEMAN
Georgia State Bar No. 221760

Sworn to and subscribed before me,
this 18th day of May, 2023.

_____
Notary Public
My Commission Expires: 06/26/2026

Lynn Renae Meadows
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires
06/26/2026