IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLENE PURVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No._____ |
| | ) |
| DILLARD'S, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **AFFIDAVIT OF MARVIN D. DIKEMAN**

COMES NOW, Marvin D. Dikeman, who after being duly sworn, deposes and states as follows:

1.

I am more than eighteen (18) years of age and suffer from no legal disability. The contents of this Affidavit are based on my personal knowledge.

2.

I have been practicing law for over thirty-four (34) years in the State of Georgia. I am a partner at the law firm of Webb, Zschunke, Neary & Dikeman, LLP.

3.

I am counsel of record for Defendant Dillard's, Inc. in the above-styled action. The purpose of this Affidavit is to support Defendant Dillard's, Inc.'s Notice of Removal.

4.

Before filing suit, in a 4-page written demand, Plaintiff asserted and outlined in detail that she seeks to recover more than $300,000.00 from the Defendant in this action.

5.

The factual representations contained in the Notice of Removal are true and correct and based on my own personal knowledge.

FURTHER AFFIANT SAYETH NOT.

_____
MARVIN D. DIKEMAN

Sworn to and subscribed before me, this 18th day of May, 2023.

_Lynn Renae Meadows_
Notary Public
My Commission Expires: 04/26/2026

Lynn Renae Meadows
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires
06/26/2026

2