IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLENE PURVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No._____ |
| ) | |
| DILLARD'S, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **JURY DEMAND**

COMES NOW, Defendant Dillard's, Inc., and within the time provided by law demand a trial by jury on all issues of fact.

Respectfully submitted this 18th day of May, 2023.

                                              WEBB, ZSCHUNKE, NEARY
                                              & DIKEMAN, LLP

By:   */s/ Marvin D. Dikeman*
         MARVIN D. DIKEMAN
         Georgia State Bar No. 221760
         MELISSA C. MCMULLEN
         Georgia State Bar No. 187560
         ***Attorneys for Dillard's Inc.***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 264-1080 / phone
(404) 264-4520 / fax
mdikeman@wznd.net
mmcmullen@wznd.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **JURY DEMAND** (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

John L. Johnson, Esq.
Foy & Associates, P.C.
3343 Peachtree Road, NE, Suite 350
Atlanta, GA 30326
JLJohnson@johnfoy.com

This 18th day of May, 2023.

> */s/ Marvin D. Dikeman*
> MARVIN D. DIKEMAN
> Georgia State Bar No. 221760
> ***Attorney for Dillard's, Inc.***

WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
Email: mdikeman@wznd.net