

# Anju's Role, Responsibilities and Comp

**June 20, 2021**

Anju Singh



# HR Director – HR Manager Responsibility Comparison

**Typical responsibilities of HR Director**

- Ensuring policies comply with any laws that affect the company
- Overseeing employee benefits schemes and implementing changes if necessary
- Reporting on the progress of the HR department to stakeholders and other Directors
- Developing a culture that fits the business model for growth
- Ensuring any employee complaints are addressed within the law
- Planning and directing company programs
- Supervising all HR departments
- Reviewing HR practices to ensure consistency
- Identifying strategies to address HR issues
- Establishing salaries and benefits for employees

**Typical responsibilities of HR Manager**

- Identifying staff conflicts and suggesting potential solutions
- Ensuring the procedures are carried out and comply with employment law and regulations
- Reviewing and monitoring staff benefits including compensation packages
- Creating incentives to help retain staff
- Mediating disputes between staff and management
- Addressing discipline issues
- Negotiating contracts



© Copyright 2020 CirrusLabs. All rights reserved.

# Anju's Role is Global and Strategic HR

- Design and implement global HR strategy
- Research, design and enforce policies
- Improve hiring practices and recruit the right talent for CL growth and success
- Design employee compensation plans, including benefits
- Develop a culture that is aligned with CL vision and business needs
- Research and identify HR best practices that are best suited for CL business
- Motivate, engage and retain talent
- Employee learning, training, and career advancement
- Conduct HR audits and ensure we are in compliance
- Ensure that HR practices are applied consistently across the company
- Address legacy issues and implement steps to keep them from recurring
- Conduct vendor due diligence and establish SLAs
- Oversee employee benefits schemes and implement changes as needed
- Report on the progress of the HR department to stakeholders and other Directors
- Address employee complaints in line with CL policy and minimize the chances of litigation



© Copyright 2020 CirrusLabs. All rights reserved.

3

# Salary Range from Salary.com





# Global HR Manager and HR Director Salary from Glassdoor

Global Hr Manager Salaries

459 Salaries    Updated 6 Dec 2020

Average Base Pay

$99,629 /yr

HR Director

Average Base Pay

$149,000 / yr



© Copyright 2020 CirrusLabs. All rights reserved.

5

# CirrusLabs Exec Comp

| Name | Base Salary | PTO | 401K Match | Other |
|---|---|---|---|---|
| Amit | $231K | 3 weeks | 3%? | |
| Brandon | $229K | 3 weeks | 3% | |
| Ken | $232K | 3 weeks | 3% | |
| Kjell | $180K | 3 weeks | 3% | |
| Santosh | $205K | 3 weeks | 3%? | Equity? |
| Shiboo | $245K | 3 weeks | 3%? | Equity? |


© Copyright 2020 CirrusLabs. All rights reserved.

6

# Request that Anju's Comp be Reconsidered

- Base Salary               $125K
- Yearly PTO                3 weeks
- 401K Match               3%

\* Was told at the time of hiring that everybody gets only 2 weeks of PTO and cannot offer 3 weeks to keep it consistent across the board

\* Was told at the time of hiring that they're looking into offering 3% 401K match starting April 2021



© Copyright 2020 CirrusLabs. All rights reserved.

7

# In Conclusion

- I am committed to CL vision and success
- Partner with the exec and leadership team to realize CL vision
- I am willing to do whatever it takes to get us there
    - Change culture to be performance and merit driven
    - Talent Retention
    - Long Hours
- Irrespective of this discussion's outcome, I am here to see us be successful
- Believing in fairness and equity, I am bringing this to your attention



© Copyright 2020 CirrusLabs. All rights reserved.

8



# Thank You

|  Atlanta Office - 5865 North Point Pkwy, Suite 100, Alpharetta, GA 30022 |  1851 Alexander Bell Dr. Suite 402 Reston, VA 20191 |  (770)573-0666 |  info@cirruslabs.io |  www.cirruslabs.io |