# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayzn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-085-943**

**Effective Date of Registration:**
January 23, 2018

## Title

Title of Work: Group Registration Photo, Panoramic Stock Images,Ltd.,d.b.a. Panoramic Images, Richard Sisk Photos, January 10, 1998 - December 29, 1998, 122 Photos

## Completion/Publication

Year of Completion: 1998
Date of 1st Publication: January 10, 1998
Nation of 1st Publication: United States

## Author

- Author: Richard Sisk
  Author Created: photograph
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Panoramic Stock Images, Ltd.,d.b.a.Panoramic Images
4835 Main, Skokie, IL, 60077, United States
Transfer statement: By written agreement

## Rights and Permissions

Organization Name: Panoramic Stock Images Ltd.,d.b.a. Panoramic Images
Name: Doug Segal
Email: doug@panoramicimages.com
Telephone: (847)324-7000
Address: 4835 Main
Skokie, IL 60077 United States

## Certification

Page 1 of 2

**Registration #:** VA0002085943
**Service Request #:** 1-6226753211

Panoramic Stock Images
Evan Bowers
4835 Main
Skokie, IL 60077 United States