# Exhibit

# 2

**URL**                    https://scanable.com/contact/vfx-3d-scanning-support-atlanta-georgia/
**Date captured**          July  8th 2022, 12:14:12PM
**Last updated**           July  8th 2022, 12:14:12PM
**Hash**                   f335a6066c5d862b5afd4febc9bc173eb76f80a75fffe6854a51e99232a65fcd

SCANABLE

Home    About Us    Services    Portfolio    **Locations**    Contact



GEORGIA

**Telephone:**

Toll-free
+1 (877) 899-2931

**Address:**



**Trilith Studios**

461 Sandy Creek Rd.

Suite 4105

Fayetteville, Georgia 30214

**Email:**

atlanta@scanable.com



**CONTACT US**

# VFX 3D SCANNING AND SUPPORT SERVICES IN ATLANTA AND SURROUNDING AREAS.

SCANable works with the most prestigious post-production and visual effects studios in Georgia and across the globe providing LiDAR and 3D VFX Scanning solutions for advertising, entertainment and film. For over a decade, the technical experts on our staff have been capturing Hero quality full body and expression (Facial Action Coding System (FACS)) scans of actors and athletes, vehicles and props, environment scans, stadium scans for crowd population, and intricate set scans. With our portable technology and proven workflows, our expertise allows us to offer clients a unique, one-stop solution for all of their scanning and modeling needs.

## SCANable provides:

- On-location Hero-level full body scans including sub-dermal skin maps

- Facial Action Coding System (FACS) facial expression scans

- 3D Location/Environment VFX Scanning for Virtual Camera Tracking/Matchmoving Support

- Basic and complex 3D meshing and modeling for gaming, film, TV and web applications.

- 3D scanning of static environments for CGI, VFX and digital location replication and set extensions

- Capturing of matching textures – High Dynamic Range Panoramic Photos from each scan position and additional texture HDR reference photography
- Cleanup and merging/registration of point clouds
- Delivery of the point cloud data in a variety of file formats (xyz, pcb, pts, PFtrack and SynthEyes compatible ASCII txt formats)
- Creation of dense polygonal surfaces with vertex color from point clouds
- Manual modeling and retopology, UV layout and texturing per client specifications
- Matching the HDR texture to the point cloud's or the model's orientation including delivery of finished Maya, 3DS Max or Nuke environments and projection setups

SCANable provides post production and visual effects studios with the equipment, software, training and turn-key support services necessary to guarantee success on every project. If you would like to know more about how VFX scanning and 3D imaging can benefit your feature film, television or commercial project please contact us or request a free quote today!

**Your Name** *

First Name          Last Name

**Your E-mail Address** *

ex: myname@example.com

**Does this pertain to a producti**

○ Yes
○ No

**Location?** *

Where is your project located?

**Your Message**

**Please verify that you are hum**



Submit     Clear Form

Home
About Us
Rentals
News
Services
Portfolio
Contact

**LATEST PROJECTS**

Our Flag Means Death (HBO Max)March 3, 2022 - 4:00 pm

Red Notice (Netflix)November 5, 2021 - 4:18 pm

Dune (Warner Bros.)October 22, 2021 - 10:04 pm

Many Saints of Newark (HBO)September 22, 2021 - 6:05 pm

| Recent | Recent |
|---|---|
| Comments | Tags |

Pinewood Atlanta Studios, Home to 'Avengers: Endgame,'...October 7, 2020 - 6:00 am

Fire, Prosthetics, LED's and VFX: 'Project ...August 15, 2020 - 6:00 am

**LOCATIONS**

**+1 (877) 899-2931**

**Houston Office**
2002 Timberloch Place
Suite 200
The Woodlands, Texas 77380

**Los Angeles Office**
3415 S. Sepulveda Boulevard
11th Floor
Los Angeles, California 90034

**New York Office**
600 3rd Ave
2nd Floor
New York, NY 10016

Free Guy (20th Century Studios)August 13, 2021 - 3:40 pm

Packed stadiums, crowds, intimacy: Will VFX solve shooting...July 14, 2020 - 6:15 am

How Georgia Hopes to Lead Hollywood's Return to P...July 2, 2020 - 6:15 am

**Atlanta Office**
461 Sandy Creek Blvd
Suite 4105
Fayetteville, GA 30214

**New Orleans Office**
201 St Charles Ave #2500
New Orleans, LA 70170

Email:

info@scanable.com

© Copyright 2022 - SCANable - Enfold Theme by Kriesi

**URL**                    https://scanable.com/about-us/
**Date captured**          July  8th 2022, 12:12:59PM
**Last updated**           July  8th 2022, 12:12:59PM
**Hash**                   f9e9b26611452b2e776acd65a153e507f6ee2a703e808f95e1db6939b14c9a2a

SCANABLE

Home    About Us    Services    Portfolio    Locations    Contact



NEW YORK    ATLANTA    LOS ANGELES    NEW ORLEANS    HOUSTON

## We bring state-of-the-art 3D scanning capabilities directly to you.

SCANable works with the most prestigious post-production and visual effects studios across the globe providing LiDAR and VFX 3D Scanning solutions for advertising, virtual reality, entertainment and feature films. For over a decade, the technical experts on our staff have been capturing full body scans of actors, vehicles and props, and environment scans, stadium scans for crowd

population, and intricate set scans. Our expertise allows us to offer clients a unique, one-stop solution for all of their scanning and modeling needs.

## SCANable provides:

- Full-color face and body scans
- 3D Location/Environment Scanning for Virtual Camera Tracking/Matchmoving Support
- Basic and complex 3D meshing and modeling for gaming, film, TV and web applications.
- 3D scanning of static environments for CGI, VFX and Digital Location Replication
- Capturing of matching textures as HDR (RAW, Jpeg, …)
- Cleanup and merging/registration of point clouds
- Delivery of the point cloud data in a variety of file formats (xyz, pcb, pts, PFtrack and SynthEyes compatible txt)
- Creation of polygonal surfaces from point clouds through manual modeling or automated meshing
- Manual modeling per client specifications
- Matching the HDR texture to the point cloud's or the model's orientation including delivery of finished Maya, 3DS Max or Nuke environments and projection setup

**Additional Market-focused Services, Training & Support** – The most experienced subject-matter experts in:

- **Architecture & Heritage** – Building Information Modeling, Asset Management, Facility Management, Historical Preservation
- **Industrial** – Oil and Gas, Petrochemical, Nuclear, Off-shore, On-Shore
- **Civil/Survey** – Transportation, Earthwork, Surface Monitoring, Topographic, As-builts
- **Visual Effects/CGI** – Cyber Scanning/Full Body Scanning/Head Scanning (People, Props, Vehicles), Set and Location LiDAR Scanning, 3D modeling/retopology for gaming, film, TV and



**Travis Reinke**
Founder/Managing Director



With offices in Houston, Los Angeles, New York, Atlanta, New Orleans and strategic partners across the globe, we can quickly

web applications

- **Forensic** – Accident Recreation, Forensic Measurement/Visualizations, Crime Scene Reconstruction

- **Archaeology** – Cultural Preservation, Excavation Documentation

- **Security** – Line-of-sight Studies, Viewshed Analysis, Counter-terrorism Planning & Analysis

- If you need access to the latest 3D imaging hardware, software or personnel, **SCANable** is your trusted one-stop resource for all of your support needs.

accommodate any 3D imaging needs you may have.

▢ Contact SCANable



**LATEST PROJECTS**

Our Flag Means Death (HBO Max)March 3, 2022 - 4:00 pm

Red Notice (Netflix)November 5, 2021 - 4:18 pm

Dune (Warner Bros.)October 22, 2021 - 10:04 pm

Many Saints of Newark (HBO)September 22, 2021 - 6:05 pm

| Recent | Recent |
| --- | --- |
| Comments | Tags |

Pinewood Atlanta Studios, Home to 'Avengers: Endgame,'…October 7, 2020 - 6:00 am

Fire, Prosthetics, LED's and VFX: 'Project …August 15, 2020 - 6:00 am

Home
About Us
Rentals
News
Services
Portfolio
Contact

**LOCATIONS**

**+1 (877) 899-2931**

**Houston Office**
2002 Timberloch Place
Suite 200
The Woodlands, Texas 77380

**Los Angeles Office**
3415 S. Sepulveda Boulevard
11th Floor
Los Angeles, California 90034

**New York Office**
600 3rd Ave
2nd Floor
New York, NY 10016

Free Guy (20th Century Studios)August 13, 2021 - 3:40 pm

Packed stadiums, crowds, intimacy: Will VFX solve shooting...July 14, 2020 - 6:15 am

How Georgia Hopes to Lead Hollywood's Return to P...July 2, 2020 - 6:15 am

**Atlanta Office**
461 Sandy Creek Blvd
Suite 4105
Fayetteville, GA 30214

**New Orleans Office**
201 St Charles Ave #2500
New Orleans, LA 70170

Email:

info@scanable.com

© Copyright 2022 - SCANable - Enfold Theme by Kriesi

Annotate Image

## SCANABLE

Home    About Us    Services    Portfolio    Locations    Contact    🔍



GEORGIA



## VFX 3D SCANNING AND SUPPORT SERVICES IN ATLANTA AND SURROUNDING AREAS.

SCANable works with the most prestigious post-production and visual effects studios in Georgia and across the globe providing LiDAR and 3D VFX Scanning solutions for advertising, entertainment and film. For over a decade, the technical experts on our staff have been capturing Hero quality full body and expression Facial Action Coding System (FACS) scans of actors and athletes, vehicles and props, environment scans, stadium scans for crowd population, and intricate set scans. With our portable technology and proven workflows, our expertise allows us to offer clients a unique, one-stop solution for all of their scanning and modeling needs.

**SCANable provides:**

- On-location Hero-level full body scans including sub-dermal skin maps
- Facial Action Coding System (FACS) facial expression scans
- 3D Location/Environment VFX Scanning for Virtual Camera Tracking/Matchmoving Support
- Basic and complex 3D meshing and modeling for gaming, film, TV and web applications.
- 3D scanning of static environments for CGI, VFX and digital location replication and set extensions
- Capturing of matching textures – High Dynamic Range Panoramic Photos from each scan position and additional texture HDR reference photography
- Cleanup and merging/registration of point clouds
- Delivery of the point cloud data in a variety of file formats (xyz, pcb, pts, PFtrack and SynthEyes compatible ASCII txt formats)
- Creation of dense polygonal surfaces with vertex color from point clouds
- Manual modeling and retopology, UV layout and texturing per client specifications
- Matching the HDR texture to the point cloud's or the model's orientation including delivery of finished Maya, 3DS Max or Nuke environments and projection setups

SCANable provides post production and visual effects studios with the equipment, software, training and turn-key support services necessary to guarantee success on every project. If you would like to know more about how VFX scanning and 3D imaging can benefit your feature film, television or commercial project please contact us or request a free quote today!

**Telephone:**

Toll-free
+1 (877) 899-2931

**Address:**

Trilith Studios
461 Sandy Creek Rd.
Suite 4105
Fayetteville, Georgia 30214

**Email:**

atlanta@scanable.com



### CONTACT US

Your Name *

First Name

Last Name

Your E-mail Address *

ex: myname@example.com

Does this pertain to a production?

○ Yes
○ No

Location? *

Where is your project located?

Your Message

Please verify that you are human
*

Submit

Clear Form

Annotate Image



**URL**                         https://scanable.com/wp-content/uploads/2020/05/SCANable_Atlanta.jpg
**Date captured**               July  8th 2022, 12:14:16PM
**Last updated**                July  8th 2022, 12:14:16PM
**Hash**                        0044cb2dbad0651996d96b24e6b067cb22734aea8342bfaa2e46d1f62c96d9cf

