AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| APRIL CARR ) | |
| *Plaintiff/Petitioner* ) | |
| v. ) | Civil Action No. |
| HSG AUTHORITY OF FULTON CTY, LOLITA GRANT ) | |
| *Defendant/Respondent* ) | |

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __n/a__ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:
n/a I am not working at this time

My gross pay or wages are:  $ __0.00__ , and my take-home pay or wages are:  $ __0.00__ per
*(specify pay period)* __n/a__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
My Husband, Patrick Carr, Receives $948 per month in disability, but it is reduced every month by $500 for court-ordered child support payments.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 0.00 __ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
My Husband, Patrick Carr, owns a vehicle in his name. It is a 2007 BMW 328I worth approximately $2500. He owns it outright and there is no car payment.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
We live in a Hotel and the payment for our housing is $550 per week.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
Z.A. and Z.C., minor children. They are completely dependent on me for support including food, clothing, schooling, and medical expenses.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
I owe credit card debts of approximately $2300.00 and I pay $14 per month on a payment plan through a company called "Self." I have missed three payments, so I do not know if the plan is active anymore.

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  _____05/12/2023_____

_____
*Applicant's signature*

_____April Austin Carr_____
*Printed name*