IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In re:*<br>Subpoenas Issued to Innovation Law Lab and Ariel Prado | Miscellaneous Action No. _____ |

### [Proposed] ORDER GRANTING NON-PARTIES INNOVATION LAW LAB AND ARIEL PRADO'S MOTION TO QUASH SUBPOENA DUCES TECUM

Having considered Non-Party Subpoena Recipients Innovation Law Lab and Ariel Prado's Motion to Quash Subpoenas Duces Tecum issued by Mahendra Amin in *Amin v. NBCUniversal Media, LLC*, Case No. 5:21-CV-00056-LGW-BWC (S.D. Ga.), returnable May 18, 2023, it is HEREBY ORDERED that:

Innovation Law Lab's and Ariel Prado's Motion to Quash is GRANTED.

IT IS SO ORDERED.

Signed this ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE