# EXHIBIT 3

## IN THE STATE COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CHRISTINA BOYLES,<br><br>  Plaintiff,<br><br>v.<br><br>THE KROGER CO., ABC CORPORATIONS 1-3, and JOHN DOES 1-3,<br><br>  Defendants. | CIVIL ACTION FILE<br>NO.: 23SCE0423 |

### NOTICE OF REMOVAL BY DEFENDANT THE KROGER CO.

PLEASE TAKE NOTICE that on May 18, 2023, Defendant THE KROGER CO. filed a Notice of Removal with the United States District Court for the Northern District of Georgia, (the "District Court") pursuant to 28 U.S.C. § 1332, 1441 and 1446. This Court is respectfully requested to proceed no further in this action.

A copy of the Notice of Removal filed with the United States District Court removing this case from the State Court of Cherokee County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, which was timely filed, is attached hereto as Exhibit 1.

This 18th day of May, 2023.

|  |  |
|---|---|
|  | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
| 3348 Peachtree Road NE<br>Suite 1400<br>Atlanta, GA 30326<br>470-419-6650 (main)<br>470-419-6651 (facsimile)<br>Parks.stone@wilsonelser.com<br>Ciara.lowe@wilsonelser.com | */s/ Ciara N. Lowe*<br>Parks K. Stone<br>Georgia Bar No. 547930<br>Ciara N. Lowe<br>Georgia Bar No. 658035<br>*Counsel for Defendant Kroger* |

283167973v.1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the within and foregoing, *Notice of Filing of Notice of Removal* to be served on all counsel of record by using the Clerk of Court's e-filing system, which will automatically send e-mail notification of such filing to the following:

Stephen G. Carlson<br>
The Fry Law Firm<br>
1718 Peachtree Street NW<br>
Suite 990<br>
Atlanta, Georgia 30306<br>
stephen@frygoehring.com<br>
*Attorney for Plaintiff*

Dated: May 18, 2023.

*/s/ Ciara N. Lowe*
Georgia Bar No. 658035

283167973v.1