# EXHIBIT A

| EEOC Form 5 (11/09) | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>**410-2023-03935** |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Will Jones | (470) 352-9028 | November 20, 1988 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1432 Wintercreek Drive | Hoschton, GA 30548 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Amazon.com Services, LLC | 500+ | (206) 266-1000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 235 Hog Mountain Rd | Jefferson, GA 30549 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

[ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [X] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest            Latest
                    August 18, 2022

[ ] CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I.    I began working for the employer on or around October 2020 as a seasonal employee and became a regular employee on or around November 2020 as Amazon Associate.

II.   I am a diagnosed epileptic and have other disabilities as well, all of which employer was aware of. On August 11, 2022, I had a seizure and totaled my car and had to be out of work for a week. On August 18, 2022, I was terminated when I returned from leave.

III.  I believe I was discriminated in violation of the Americans with Disabilities Act, Title VII of the Civil Rights Act of 1964.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/30/2022                    *Electronically Signed* /s/ Will Jones   2022-11-30 22:43:05 UTC - 172.58.7.19<br>                               Nintex AssureSign®   aa9e2a82-c055-45e1-8caa-af5d0176140b<br>Date                                          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Ianna O. Richardson, Esq. | ianna@justiceatwork.com | Barrett & Farahany LLC

Rec'd
U.S. EEOC
Atlanta District Office
12/01/2022