# EXHIBIT B

EEOC Form 161-B (01/2022)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | **Mr. Will Jones**<br>**1432 Wintercreek Drive**<br>**Hoschton, GA 30548** | From: | **Atlanta District Office**<br>**100 Alabama Street, SW, Suite 4R30**<br>**Atlanta, GA 30303** |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **410-2023-03935** | **MICHELLE WRIGHT,**<br>**Investigator** | **470-531-4869** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

  Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

  The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA):* You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

                                    On behalf of the Commission

                                    Digitally Signed By: Darrell Graham
                                    04/25/2023

Enclosures(s)                       **Darrell Graham**
                                    **District Director**

cc:  **Neil M Alexander**
     **Amazon c/o Littler Mendelson, P.C.**
     **2301 McGee St Ste 800**
     **Kansas City, MO 64108**
     **Ian Beck**
     **Amazon.com Services, LLC C/O Littler Mendelson, P.C.**
     **2301 MCGEE ST STE 800**
     **Kansas City, MO 64108**

     **Ianna Richardson**
     **BARRETT & FARAHANY**
     **P.O. Box 530092**
     **Atlanta, GA 30353**