EEOC Form 161-B (01/2022)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Temika Wilkes<br>P.O. Box 80649<br>Memphis, TN 38108 | From: | Birmingham District Office<br>1130 22nd Street South, Suite 2000<br>Birmingham, AL 35205 |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **410-2021-04581** | **CHING I OSBORNE,**<br>**Federal Investigator** | **205-651-7080** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

More than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Alicia Martin-Schutz

Digitally signed by Alicia Martin-Schutz
Date: 2023.02.17 16:00:05 -05'00'

Enclosures(s)

*/for* **Bradley A. Anderson**
**District Director**

cc:   **Jonathan Kandel**
**GWINNETT COUNTY**
**75 LANGLEY DR**
**Lawrenceville, GA 30046**

**THE MIXON LAW FIRM**
**1691 Phoenix Blvd. Suite 150**
**Atlanta, GA 30349**
**Ruskoff Ferreira**
**Steve@mixon-law.com**