THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WALIA SHANTI THOMAS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE NO.: |
| KILOLO KIJAKAZI, Acting | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff hereby requests leave, pursuant to 28 U.S.C. §1915, to proceed "*in forma* pauperis" (without prepayment of costs). In support of this motion, Plaintiff attaches the following:

(1)   The Application to Proceed in District Court without Prepaying Fees or Costs; and

(2)   The Complaint Plaintiff requests to file *in forma pauperis*, including Civil Cover Sheet.

1

Respectfully submitted this 19th day of May 2023.

*John V. Hogan*
John V. Hogan
GA Bar No. 359936
john@johnhoganlaw.com
Attorney for Plaintiff

Law Offices of John V. Hogan
593 Main Street
Suwanee, GA 30024
678-546-1010
678-546-0170 (fax)