# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OXY-GEN LABORATORY, LLC, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| v. ) | FILE NO.: _____ |
| ) | |
| SOUTHWEST LTC, LLC, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF RONALD R. PAYNE

Ronald R. Payne declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is Ronald R. Payne. I am over eighteen years of age and of sound mind and otherwise capable of making this Declaration.

2. I am the Chief Executive Officer of Southwest LTC Management Services, LLC ("Southwest"), which is a limited liability company formed under the laws of Texas.

3. Southwest has three members – Ronald R. Payne, P.C., Craig Brashier, and Kirk Parsons.

4. Messrs. Payne, Brashier, and Parsons are citizens of the state of Texas.

5. On April 19, 2023, Southwest's registered agent for service of process received the Summons and Complaint in the lawsuit styled *Oxy-Gen Laboratory,*

1

*LLC v. Southwest LTC, LLC*, Civil Action File No. 23-C-02460-S4 in the State Court of Gwinnett County, Georgia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2023

_____
Ronald R. Payne

2