**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHRISTINA BOYLES, | Case No. |
| Plaintiff, | _____ |
| v. | Removed from State Court of Cherokee County, Civil Action File No. 23SCE0423 |
| THE KROGER CO., ABC CORPORATIONS 1–3, and JOHN DOES 1–3, | JURY TRIAL DEMANDED |
| Defendants. | |

## DEFENDANT THE KROGER CO.'S
## DEMAND FOR TWELVE PERSON JURY

COMES NOW Defendant **THE KROGER CO.**, by and through undersigned counsel, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and hereby demands a trial by jury of twelve persons.

Respectfully submitted, this the 19th day of May, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone: (404) 870-7386 | Georgia State Bar No.: 412593 |
| Facsimile: (404) 870-1033 | Jeremy A. Freiman |
| | Georgia State Bar No.: 786086 |
| | *Attorneys for The Kroger Co.* |

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON JURY** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants.  Counsel of record is as follows:

Stephen G. Carlson, Esq.
Randal E. Fry, Esq.
**THE FRY LAW FIRM**
1718 Peachtree Street, NW
Suite 990
Atlanta, Georgia 30306
stephen@frygoehring.com
randy@frygoehring.com
*Attorneys for Plaintiff*

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14-point font.

[SIGNATURE ON FOLLOWING PAGE.]

Respectfully submitted, this 19th day of May, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** <br> **MOFFETT & BRIESKE, L.L.P.** <br> 950 East Paces Ferry Road, N.E. <br> Suite 1700 – Salesforce Tower Atlanta <br> Atlanta, Georgia 30326 <br> Telephone:  (404) 870-7386 <br> Facsimile:   (404) 870-1033 | <u>*/s/ Sarah Raquel L. Lisle*</u> <br> Matthew G. Moffett <br> Georgia State Bar No.: 515323 <br> Sarah Raquel L. Lisle <br> Georgia State Bar No.: 412593 <br> Jeremy A. Freiman <br> Georgia State Bar No.: 786086 <br> *Attorneys for The Kroger Co.* |