# EXHIBIT A

State Court of Cherokee County
**E-Filed**
23SCE0423
4/13/2023 1:38 PM  MP
Patty Baker, Clerk
Civil Division

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of **CHEROKEE** County

**For Clerk Use Only**

Date Filed: 4/13/2023 (MM-DD-YYYY)

Case Number: 23SCE0423

**Plaintiff(s)**

BOYLES, CHRISTINA
Last — First — Middle I. — Suffix — Prefix

**Defendant(s)**

THE KROGER CO
ABC CORPORATIONS 1-3
DOES, JOHN 1-3
Last — First — Middle I. — Suffix — Prefix

**Plaintiff's Attorney:** Stephen G. Carlson   **State Bar Number:** 670714   Self-Represented ☐

Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

Case Number _____   Case Number _____

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

Language(s) Required _____

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

State Court of Cherokee County
**E-Filed**
23SCE0423
4/13/2023 1:38 PM  MP
Patty Baker, Clerk
Civil Division

## IN THE STATE COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CHRISTINA BOYLES,<br><br>    Plaintiff,<br><br>vs.<br><br>THE KROGER CO.,<br>ABC CORPORATIONS 1-3, and<br>JOHN DOES 1-3<br><br>    Defendants. | CIVIL ACTION FILE NO. 23SCE0423 _____<br><br>(SERVED WITH DISCOVERY)<br><br><br><br>JURY TRIAL DEMANDED |

### **COMPLAINT**:

COMES NOW, Plaintiff Christina Boyles (hereinafter "Plaintiff"), by and through undersigned counsel, and files this Complaint against Defendants The Kroger Co., ABC Corporations 1-3 and John Does 1-3, showing this Honorable Court as follows:

1.

The Kroger Co. grocery store where the subject incident occurred is located at 6766 Hickory Flat Highway in Canton, Cherokee County, Georgia 30115 (hereinafter referred to as "the Property").

2.

Defendant The Kroger Co. (hereinafter "Defendant") is a foreign profit corporation authorized to conduct business in Georgia. Defendant may be served through its registered agent, CSC of Cobb County, Inc. at 192 Anderson Street SE, Suite 125, Marietta, Georgia 30060, and is subject to the jurisdiction of this court. Jurisdiction and venue are appropriate in this Court as to this Defendant.

3.

Should it be determined that another corporation, entity, or individual owned or was responsible for the premises involved in the April 20, 2021 incident resulting in injuries to Plaintiff at the time of said incident and/or owned, occupied, or otherwise had responsibility for the property located at 6766 Hickory Flat Highway in Canton, Cherokee County, Georgia 30115 where the April 20, 2021 incident occurred, Plaintiff hereby names Defendant ABC Corporations 1-3 and Defendant John Does 1-3.

4.

On or about May 7, 2021, Plaintiff was an invitee at the Property.

5.

On or about April 20, 2021, Plaintiff was exiting the Property with a shopping cart via a crosswalk in front of the Property when, suddenly and without warning, she tripped on a hole in the asphalt, forcefully striking her body on the cart and ground.

6.

Plaintiff sustained serious physical injuries as a result of the subject incident and due to the negligence of the Defendant.

7.

Upon information and belief, Defendant owned, managed, maintained or otherwise controlled the area of the Property where the subject incident occurred.

8.

At all times relevant, Plaintiff was an invitee on Defendant's property.

9.

At all times relevant, Defendant owed Plaintiff a duty to exercise ordinary care in keeping

the premises and common areas of the Property safe from dangerous conditions, and in proper maintenance and repair.

10.

There were no warnings in the area of the hole in the asphalt at the time of the fall.

11.

Defendant had exclusive ownership, possession and control over the Property at all times relevant to this litigation.

12.

Defendant owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as plaintiff.

13.

Defendant was negligent in failing to properly inspect the area where the fall occurred, in failing to remove the hazardous condition, in failing to take adequate measures to protect invitees from the hazard and in failing to keep the premises safe for invitees.

14.

Defendant knew or should have known that a hole in the asphalt posed a danger to invitees on the premises and should have changed, altered, removed or warned invitees about same to avoid on the premises.

15.

Plaintiff did not know and could not reasonably have learned of the danger posed by the hole in the asphalt.

16.

Defendant's negligence was the proximate cause of Plaintiff's injuries.

17.

As a direct and proximate result of Defendant's negligence, Plaintiff has incurred special damages which include, but may not be limited to, medical expenses, lost wages, mileage, and other miscellaneous expenses. Specifically, Plaintiff has incurred no less than $100,000.00 in medical expenses to date, and continues to treat for her injuries. Plaintiff will supplement her damages as necessary.

18.

As a direct and proximate result of Defendant's negligence, Plaintiff suffered general damages, including pain and suffering, loss of enjoyment of life, loss of use, and scarring.

19.

Defendant is responsible for the conduct of these individuals under the doctrine of *respondeat superior*, agency or apparent agency.

20.

Plaintiff is entitled to request attorney's fees and the expenses of litigation in that the actions on the part of Defendant, as herein described, show that Defendant, as well as its agents, have acted in bad faith in the transactions and dealings surrounding the incident described herein. Defendant and its agents have been stubbornly litigious and have caused Plaintiff unnecessary expense so as to entitle Plaintiff to the expenses of litigation and attorney's fees as provided by O.C.G.A. § 13-6-11. Defendant and its agents have acted in bad faith and have forced Plaintiff to file this civil action in order to receive compensation for her injuries.

WHEREFORE, Plaintiff prays this Court award the following relief against Defendant:
(A)   That process be issued;
(B)   That reasonable damages be granted to Plaintiff and against Defendant for past, present and future general and special damages;

(C) That all costs of this action be cast against Defendant;

(D) That Plaintiff be awarded reasonably attorney's fees and expenses of litigation; and

(E) Such further relief as the Court deems just and proper.

Respectfully submitted, this <u>13th</u> day of April, 2023.

                                                */s/ Stephen G. Carlson*
                                                STEPHEN G. CARLSON
                                                State Bar of Georgia No. 670714
                                                RANDAL E. FRY

**THE FRY LAW FIRM**                   State Bar of Georgia No. 278799
1718 Peachtree Street, NW          *Attorneys for Plaintiff*
Suite 990
Atlanta, Georgia 30306
(404) 969-1284
(404) 969-1285 fax
stephen@frygoehring.com
randy@frygoehring.com

Page **5** of **5**

State Court of Cherokee County
**E-Filed**
23SCE0423
4/13/2023 1:38 PM MP
Patty Baker, Clerk
Civil Division

### IN THE STATE COURT OF CHEROKEE COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| **CHRISTINA BOYLES**<br><br>**Plaintiff,**<br><br>vs.<br><br>**THE KROGER CO.,**<br>**ABC CORPORATIONS 1-3, and**<br>**JOHN DOES 1-3**<br><br>**Defendants.** | CIVIL ACTION FILE NO. 23SCE0423 _____<br><br>**(SERVED WITH COMPLAINT)** |

### RULE 5.2 CERTIFICATION OF SERVICE

This is to certify that pursuant to Uniform Superior Court Rule 5.2, I am causing Plaintiff's First Request for Admissions, Continuing Interrogatories and Request for Production of Documents to Defendant The Kroger Co. to be personally served on the following parties with the Summons and Complaint:

**The Kroger Co.**
*Defendant*
CSC of Cobb County, Inc. (registered agent)
192 Anderson Street SE,
Suite 125,
Marietta, Georgia 30060

Respectfully submitted, this <u>13th</u> day of April, 2023.

*/s/ John G. Carlson*
_____
STEPHEN G. CARLSON
State Bar of Georgia No. 670714
RANDAL E. FRY
State Bar of Georgia No. 278799
*Attorneys for Plaintiff*

**THE FRY LAW FIRM**
1718 Peachtree Street, NW
Suite 990
Atlanta, Georgia 30306
(404) 969-1284
(404) 969-1285 fax
stephen@frygoehring.com
randy@frygoehring.com

1

IN THE SUPERIOR/~~STATE~~ COURT OF __CHEROKEE__ COUNTY

**STATE OF GEORGIA**

__CHRISTINA BOYLES__ c/o
__The Fry Law Firm, 1718 Peachtree St. NW__
__Suite 990, Atlanta, GA 30309__

CIVIL ACTION 23SCE0423
NUMBER

PLAINTIFF

Vs.

__THE KROGER CO.__
__c/o CSC of Cobb County, Inc. (registered agent)__
__192 Anderson Street SE, Suite 125__
__Marietta, GA 30060__

DEFENDANT

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

__Stephen G. Carson, ESQ.__
__The Fry Law Firm__
__1718 Peachtree St. NW, Suite 990__
__Atlanta, GA 30309__

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 4/13/2023 _____.

Clerk of Superior Court/State Court

By: /s/ Miriam Pagan-Budetti
Deputy Clerk

SC-1 Rev. 85

State Court of Cherokee County
**E-Filed**
23SCE0423
4/19/2023 10:31 AM  BW
Patty Baker, Clerk
Civil Division

## IN THE STATE COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **CHRISTINA BOYLES**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**THE KROGER CO.,**<br>**ABC CORPORATIONS 1-3, and**<br>**JOHN DOES 1-3**<br><br>**Defendants.** | **CIVIL ACTION FILE**<br>**NO.: 23SCE0423** |

## PLAINTIFFS MOTION FOR APPOINTMENT
## OF A SPECIAL PROCESS SERVER

COMES NOW the Plaintiff, pursuant to O.C.G.A. 9-11-4(c) and shows this Court that expedited service on Defendant, is necessary and requests the appointment of a special process server to serve defendant, as authorized under the law.

WHEREFORE, Plaintiff moves this court for an Order appointing, Randal George, who is not an interested party or party to the suit, is a citizen of the United States, 18 years or over, and not a convicted felon, to serve Defendant with process, and to make a return on that service pursuant to O.C.G. A. 9-11-4(c).

Respectfully submitted on this 19th day of April, 2023,

_____
STEPHEN G. CARLSON
State Bar of Georgia No. 670714
RANDAL E. FRY
State Bar of Georgia No. 278799
*Attorneys for Plaintiff*

**THE FRY LAW FIRM**
1718 Peachtree Street, NWSuite 990
Atlanta, Georgia 30306
(404) 969-1284
(404) 969-1285 fax
stephen@frygoehring.com
randy@frygoehring.com

State Court of Cherokee County
\*\*E-Filed\*\*
23SCE0423
4/19/2023 10:31 AM  BW
Patty Baker, Clerk
Civil Division

## IN THE STATE COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **CHRISTINA BOYLES** <br><br> Plaintiff, <br><br> vs. <br><br> **THE KROGER CO., ABC CORPORATIONS 1-3, and JOHN DOES 1-3** <br><br> Defendants. | **CIVIL ACTION FILE NO.: 23SCE0423** |

### AFFIDAVIT OF PROCESS SERVER

COMES NOW, RANDAL GEORGE, before the undersigned officer duly authorized to administer oaths and states that he is a citizen of the United States, he is over the age of eighteen (18), he is not a party to the suit, he is not a relative to any party in the suit, he is not a convicted felon, he is not the attorney for any party in the suit, he has no financial interest in the litigation, and he is wholly disinterested in the litigation.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this the April 19, 2023

*/s/ Vianca Canet*
NOTARY PUBLIC
Sworn to and subscribed before me
This the April 19, 2023
My commission expires:
10/06/2026

*/s/ Randal George*
RANDAL GEORGE
4164 Indian Trace, SW
Lilburn, GA 30047
(404) 840-2822

**FILED IN MY OFFICE**
**2023 Apr 20 10:21 AM**
**CLERK OF STATE COURT**
**Cherokee, GEORGIA**

## IN THE STATE COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **CHRISTINA BOYLES**<br><br>       **Plaintiff,**<br><br>vs.<br><br>**THE KROGER CO.,**<br>**ABC CORPORATIONS 1-3, and**<br>**JOHN DOES 1-3**<br><br>**Defendants.** | **CIVIL ACTION FILE**<br>**NO.: 23SCE0423** |

## ORDER FOR SPECIAL APPOINTMENT
## OF PROCESS SERVER

Upon Motion of the Plaintiff for Appointment of Special Process Server, and it appearing appropriate, just and equitable.

It is considered Ordered and Adjudged that, Randal George, a citizen of the United States, 18 years of age or older, a party having no interest and not related to any party in the above-styled case, and not a convicted felon, is hereby appointed special agent for service of the Summons and Complaint in this case upon the Defendant.

So Ordered, this __20th__ day of April 2023.

_____
JUDGE, CHEROKEE STATE COURT

State Court of Cherokee County
**E-Filed**
23SCE0423
4/27/2023 2:37 PM MP
Patty Baker, Clerk
Civil Division

IN THE STATE COURT OF CHEROKEE COUNTY
STATE OF GEORGIA

CHRISTINA BOYLES,

Plaintiff,

v.

THE KROGER CO.,
ABC CORPORATIONS 1-3 and
JOHN DOES 1-3,

Defendants,

CIVIL ACTION
FILE NO. 23SCE0423

## AFFIDAVIT OF SERVICE

COMES NOW, RANDAL GEORGE, before the undersigned officer duly authorized to administer oaths and states that he is a citizen of the United States, he is over the age of eighteen (18), he is not a party to the suit, he is not a relative to any party in the suit, he is not a convicted felon, he is not the attorney for any party in the suit, he has no financial interest in the litigation, and he is wholly disinterested in the litigation.

Randal George states that he served **THE KROGER CO.** on April 20, 2023 at 12:59 PM by serving its registered agent CSC of Cobb County, Inc. at 192 Anderson Street S.E., Suite 125, Cobb, Marietta, Georgia, 30060 with:

SUMMONS; COMPLAINT; RULE 5.2 CERTIFICATION OF SERVICE; PLAINTIFF'S REQUEST FOR ADMISSIONS, FIRST CONTINUING INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT THE KROGER CO. and GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM

I certify under penalty of perjury that the foregoing is true and correct.

Executed this April 26, 2023

_____
RANDAL GEORGE
4164 Indian Trace
Lilburn, GA 30047
(404) 840-2822

_____
NOTARY PUBLIC
Sworn to and subscribed before me
This April 26, 2023
My commission expires: July 24, 2024

tflf/vc

SHERIFF'S ENTRY OF SERVICE

LYLE A. PETERSBY CO., COVINGTON, GA 30015

Civil Action No. __23SCE0423__

Date Filed __April 13, 2023__

Superior Court ☐
State Court ☒
Juvenile Court ☐
Probate Court ☐

State Court of Cherokee County
**E-Filed**
23SCE0423
5/8/2023 1:04 PM  BW
Patty Baker, Clerk
Civil Division

Georgia, __CHEROKEE__ COUNTY

Attorney's Address

__Stephen G. Carlson, Esq.__
__The Fry Law Firm__
1718 Peachtree St. NW, Suite 990
Atlanta, GA 30309

__CHRISTINA BOYLES c/o__
__The Fry Law Firm__ _____ Plaintiff

KEEP

VS.

Name and Address of Party to be Served.

__THE KROGER CO. c/o__
__CSC of Cobb County, Inc.__
__192 Anderson Street SE, Suite 125__
__Marietta, GA 30060__

__THE KROGER CO., ABC__
__CORPORATIONS 1-3 and__
__JOHN DOES 1-3__ _____ Defendant

_____ Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.
__4/27/23   0910    Corp svc__

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒
Served the defendant __CSC of Cobb County__ a corporation by leaving a copy of the within action and summons with __Terri Thompson__ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __27__ day of __Apr__, 20__23__.

__Terri Thompson__
__Dee S18053__
DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT