## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TONY JOHNSON, SR., JUSTINA JOHNSON, ISABELLA JOHNSON, a minor, by and through her Parents and Next Friends, TONY JOHNSON, SR. and JUSTINA JOHNSON, and TONY JOHNSON, JR., a minor, by and through his Parents and Next Friends, TONY JOHNSON, SR., and JUSTINA JOHNSON, <br><br>  Plaintiffs, <br><br> vs. <br><br> KNIGHT REFRIGERATED, LLC, JOHN KECK, and RED ROCK RISK RETENTION GROUP, INC., <br><br>  Defendants. | Civil Action No. <br><br> State Court Case No.: 23-C-01971-S6 |

### DEFENDANTS' NOTICE OF REMOVAL

Defendants Knight Refrigerated, LLC, John Keck, and Red Rock Risk Retention Group, Inc. ("Defendants") pursuant to 28 U.S.C. § 1446 and the Local Rules of the United States District Court for the Northern District of Georgia, notify this Honorable Court that the above-entitled cause has been removed from the State Court of Gwinnett County, Georgia to the United States District Court for the

Northern District of Georgia, Atlanta Division, and in support thereof, states as follows:

## STATEMENT OF REMOVAL

1. On March 24, 2023, Plaintiffs filed a complaint against Defendants in the State Court of Gwinnett County, Georgia alleging personal injuries arising out of a motor vehicle accident.

2. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all pleadings filed in the State Court Action are attached to this Notice as Exhibit "A."

3. 28 U.S.C. § 1332(a) provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States."

4. In removing this matter to this Court, Defendants do not intend to waive any defenses they might have, including, but not limited to, improper service, personal jurisdiction, and/or venue.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)

5. Plaintiffs are natural persons domiciled in the Commonwealth of Pennsylvania.

6. Defendant John Keck is a resident of the State of Florida.

7. For purposes of diversity jurisdiction, a limited liability company "is a citizen of any state of which a member of the company is a citizen." *Beasley Forest Products, Inc. v. N. Clearing, Inc.*, 515 F. Supp. 3d 1367, 1371 (S.D. Ga. 2021).

8. Knight Refrigerated, LLC is a limited liability company organized under the laws of the State of Delaware. Knight Refrigerated, LLC's principal place of business is in the State of Arizona.

9. Knight Refrigerated, LLC's sole member is Knight Transportation, Inc. which is incorporated under the laws of Arizona. Knight Transportation, Inc.'s principal place of business is in the State of Arizona.

10. "[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business…" 28 U.S.C. § 1332(c)(1).

11. Defendant Red Rock Risk Retention Group, Inc. is a primary captive insurer incorporated under the laws of Arizona. Red Rock Risk Retention Group, Inc.'s principal place of business is in the state of Arizona.

12. Complete diversity exists between Plaintiffs and the Defendants because these parties are citizens of different states.

13. Because complete diversity exists between Plaintiffs and Defendants, the diversity of citizenship requirement has been met to the extent necessary for this Court to have subject matter jurisdiction under 28 U.S.C. § 1332(a).

## AMOUNT IN CONTROVERSY

14. The Plaintiffs' Complaint seeks to recover under a claim of personal injury.

15. While Defendants deny liability as to Plaintiffs' allegations in the State Court Action, Plaintiffs have stipulated that they intend to seek an amount in excess of the jurisdictional limit of $75,000, as required under 28 U.S.C. § 1332(a). See Exhibit "B."

## REMOVAL PROCEDURES

16. Removal of this action is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a) because this Notice of Removal is being filed within thirty (30) days of the service of the State Court of Gwinnett County's order granting the parties' Consent Motion to Drop and Add Parties in which the parties agreed that Red Rock Risk Retention waived all formalities of service and would answer Plaintiffs' Complaint within thirty (30) days of the Court's entry of the order, which occurred on April 19, 2023. See Exhibit "A." The parties further stipulated that

Defendants would Answer Plaintiffs' Complaint no later than May 22, 2023.  See Exhibit "A."

17.  Removal is properly made to the United States District Court for the Northern District of Georgia under 28 U.S.C. § 1441(a) because Gwinnett County, where this action is currently pending, is within the Northern District of Georgia, Atlanta Division.

18.  Defendant will file written notice of the filing of this Notice of Removal with the Clerk of the Court of the State Court of Gwinnett County and will serve the same on Plaintiffs pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE,** by this Notice of Removal, Defendants hereby remove this action from the State Court of Gwinnett County and respectfully request that this action proceed as properly removed to this Court.

Respectfully submitted this 19th day of May, 2023.

| | |
|---|---|
| **WOOD, SMITH, HENNING & BERMAN LLP**<br>1230 Peachtree Street NE, Suite 925<br>Atlanta, Georgia 30309<br>Telephone:  470-552-1150<br>Fax:  470-552-1151<br>jfowler@wshblaw.com<br>pyoungwynn@wshblaw.com | */s/ Jenna M. Fowler*<br>Jenna M. Fowler<br>Georgia Bar No. 386864<br><br>*Counsel for Defendants, Knight Refrigerated, LLC, John Keck, and Red Rock Risk Retention Group, Inc.* |

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TONY JOHNSON, SR., JUSTINA JOHNSON, ISABELLA JOHNSON, a minor, by and through her Parents and Next Friends, TONY JOHNSON, SR. and JUSTINA JOHNSON, and TONY JOHNSON, JR., a minor, by and through his Parents and Next Friends, TONY JOHNSON, SR., and JUSTINA JOHNSON,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KNIGHT REFRIGERATED, LLC, KNIGHT TRANSPORTATION, INC., JOHN KECK, and TRANSTAR INSURANCE BROKERS, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)  State Court Case No.: 23-C-01971-S6<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing *Notice of Removal* on all parties, via Odyssey eFile GA as follows:

Alan J. Hamilton
**SHIVER HAMILTON CAMPBELL, LLC**
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305

6

Robert J. Mongeluzzi
Jeffrey P. Goodman
E. Douglas DiSandro, Jr.
**SALTZ MONGELUZZI BENDESKY P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103

This 19th day of May, 2023.

| | |
|---|---|
| **WOOD, SMITH, HENNING & BERMAN LLP**<br>1230 Peachtree Street NE, Suite 925<br>Atlanta, Georgia 30309<br>Telephone: 470-552-1150<br>Fax: 470-552-1151<br>jfowler@wshblaw.com<br>pyoungwynn@wshblaw.com | */s/ Jenna M. Fowler*<br>Jenna M. Fowler<br>Georgia Bar No. 386864<br><br>*Counsel for Defendants, Knight Refrigerated, LLC, John Keck, and Red Rock Risk Retention Group, Inc.* |