# EXHIBIT B

# Cedar Abadie

| | |
|---|---|
| **From:** | Cedar Abadie |
| **Sent:** | Wednesday, March 29, 2023 9:18 AM |
| **To:** | Alan Hamilton |
| **Subject:** | Johnson Family v Knight / Keck |

Alan:

Thanks for your time by phone today. You confirmed and this email will memorialize that the amount in controversy in this matter exceeds $75,000.

I look forward to working with you and Pennsylvania counsel to bring this matter to a resolution for the Johnson family.

Thanks again and have a great day,



**Cedar R. Abadie, Esq., Director of Litigation**
**Direct/Cell: 651-206-9588**

Mohave Transportation Insurance Company
2200 S. 75th Ave
Phoenix, AZ 85043

cedar.abadie@mohaveinsco.com

Information transmitted by this email is proprietary, is intended for use only by the individual or entity to which it is addressed, and may contain information that is private, privileged, confidential or exempt from disclosure under applicable law. No waiver of privilege is intended. If you are not the intended recipient or it appears that this email has been forwarded to you without proper authority, you are notified that any use or dissemination of this information in any manner is strictly prohibited. In such cases, please delete this email from your records and notify the sender.