# EXHIBIT "C"

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SHENAE DAWKINS | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO. 2023CV376508 |
| | ) |
| INNOVATION TRUCK SERVICE, LLC, | ) |
| FREEDOM SPECIALTY INSURANCE | ) |
| COMPANY, JOHN DOE #1-3, AND | ) |
| ABC CORPORATION, | ) |
| | ) |
|     Defendant. | ) |

NOTICE OF FILING NOTICE OF REMOVAL

TO:    Clerk of Court
       Fulton County Superior Court
       136 Pryor Street, SW
       Atlanta, GA 30303

PLEASE TAKE NOTICE that Innovation Truck Service, LLC., defendant in the above-styled action, has on this date filed their Notice of Removal, a receipt of the filing of the Notice of Removal, which is attached hereto as Exhibit "A" (without exhibits), with the Office of the Clerk of the United States District Court Northern District of Georgia, Atlanta Division. Innovation's filed answer is being attached to the Notice of Removal in federal court.

This 19th day of May, 2023.

                                              **FREEMAN MATHIS & GARY, LLP**

                                              */s/ Marc H. Bardack*
                                              MARC H. BARDACK
                                              Georgia Bar No. 037126
                                              mbardack@fmglaw.com
                                              AARON MILLER
                                              Georgia Bar No. 898190
                                              amiller@fmglaw.com
                                              *Attorneys for Defendant Innovation Truck Service, LLC*

- 2 -

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 - Phone
(833) 330-3669 – Fax

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing ***NOTICE OF FILING NOTICE OF REMOVAL*** via *PeachCourt* system which will send electronic notification of such filing to counsel of record as follows:

N. John Bey, Esq.
Marta Batiste, Esq.
Bey and Associates
191 Peachtree Street
Suite 3200
Atlanta, GA 30303
john@beyandassociates.com
marta@beyandassociates.com

This 19th day of May, 2023.

>   ***/s/ Marc H. Bardack***
>   MARC H. BARDACK
>   Georgia Bar No. 037126
>   mbardack@fmglaw.com
>   AARON MILLER
>   Georgia Bar No. 898190
>   amiller@fmglaw.com
>   *Attorneys for Defendant Innovation Truck Service, LLC*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 - Phone
(833) 330-3669 - Fax