Case 1:23-mi-99999-UNA   Document 1640-2   Filed 05/19/23   Page 1 of 1

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-02625-S3**
**4/20/2023 10:11 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

Jessica Elizondo, Individually and as Administrator of the Estate of Patricia Berke

PLAINTIFF

CIVIL ACTION NUMBER: 23-C-02625-S3

VS.

Life Care Centers of America, Inc. and Gwinnett Operations, LLC

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Robert M. Gardner, Jr.
Gardner Law Firm
Post Office Box 310
Winder, Georgia 30680

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20____.
    20th day of April, 2023

Tiana P. Garner
Clerk of State Court

By_____
                    Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011