SHERIFF'S ENTRY OF SERVICE

CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

Civil Action No. 23-C-02625-S3

Date Filed 4/20/2023

Superior Court ☐  Magistrate Court ☐
State Court ☑  Probate Court ☐
Juvenile Court ☐

Georgia, Gwinnett COUNTY

Jessica Elizondo, Indv. & as Admin. of the Estate of Patricia Berke

Plaintiff

Attorney's Address
**GARDNER LAW FIRM**
P.O. Box 310
Winder, Ga. 30680

VS.

Life Care Centers of America, Inc.
Gwinnett Operations, LLC

Defendant

Name and Address of Party to be Served.

Gwinnett Operations, LLC
c/o Corporate Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant Gwinnett Operations LLC a corporation
by leaving a copy of the within action and summons with Alisha Smith
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 26 day of Apr, 20 23.

L. Williams 501139

DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT