Case 1:23-mi-99999-UNA   Document 1642-3   Filed 05/19/23   Page 1 of 1

State Court of Fulton County
**E-FILED**
23EV000167
3/2/2023 12:32 PM
Donald Talley, Clerk
Civil Division

# AFFIDAVIT OF SERVICE

| Case: | Court: State Court of Fulton County | County: Fulton, GA | Job: 8264212 (E. Collier) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Dominga Che Che, as the Surviving Parent of Rony Rolando Cuz Che, Deceased | | **Defendant / Respondent:** Collier Metals, LLC and John Doe Corporations A-Z | |
| **Received by:** King Business Group LLC | | **For:** Harris Lowry Manton Law Firm | |
| **To be served upon:** Edward Collier, Registered Agent | | | |

I, Kathy King, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Edward Collier, Registered Agent, Company: 177 S. Main St, Dawson, GA 39842
**Manner of Service:** Personal/Individual, Jan 24, 2023, 6:42 pm EST
**Documents:** Order Appt. Process Server - GRANTED.pdf, Summons - Colllier Metals - FILED.pdf, Cuz Che - Complaint 1.9.23 - FILED.pdf

**Additional Comments:**
1) Successful Attempt: Jan 24, 2023, 6:42 pm EST at Company: 177 S. Main St, Dawson, GA 39842 received by Edward Collier, Registered Agent. Age: 52; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'0"; Hair: Red;
Personal service to Edward Collier.

Kathy King      1/24/2023
057839040       Date

King Business Group LLC
P. O. Box 1036
Camilla, GA 31730
2295000526

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
1/24/2023          4/03/2026
Date               Commission Expires