## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DOMINGA CHE CHE, as the Surviving Parent of RONY ROLANDO CUZ CHE, Deceased;<br><br>    Plaintiff,<br><br>v.<br><br>COLLIER METALS LLC; and JOHN DOE CORPORATIONS A-Z;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  FILE NO. 23EV000167<br>)<br>)  (Jury Trial Demanded)<br>)<br>)<br>)<br>) |

### DEFENDANT'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFFS

**COMES NOW COLLIER METALS LLC**, Defendant hereinabove ("Defendant"), and pursuant to O.C.G.A. § 9-11-36, serves these First Request for Admissions to be answered by Plaintiff within thirty-three (33) days from the date of service, as provided by law, and to be furnished to Carl H. Anderson, Jr., HAWKINS PARNELL & YOUNG, LLP, 303 Peachtree Street, N.E., Suite 4000, Atlanta, Georgia 30308-3243, attorneys for Defendant.

### INSTRUCTIONS

These Request for Admissions are deemed continuing so as to require supplemental answers if any party to whom the discovery requests are propounded obtains further information not contained in the original responses any time up to and through the trial. Each request is addressed to the knowledge of the parties upon whom these Requests are served, along with those parties' attorneys, experts, investigators, agents, employees, accountants, or any other representatives. When these Requests are directed to a party, these Requests are also directed to the aforementioned persons.

- 1 -

31414169v1

NOTE A:  When used herein, the term "Complaint" refers to the Complaint for Damages filed by Plaintiff in this case.

NOTE B:  When used herein, "subject incident" or simply "incident" shall refer to the incident on or about April 13, 2022 that forms the basis of Plaintiff's Complaint and claims in this action.

**REQUEST FOR ADMISSIONS**

You are herewith requested to admit the following:

1.

On April 13, 2022, Rony Rolando Cuz Che was a natural citizen of the United States of America.

2.

On April 13, 2022, Rony Rolando Cuz Che was a naturalized citizen of the United States of America.

3.

On April 13, 2022, Rony Rolando Cuz Che was not a natural citizen of the United States of America.

4.

On April 13, 2022, Rony Rolando Cuz Che was not a naturalized citizen of the United States of America.

5.

On April 13, 2022, Rony Rolando Cuz Che did not have a birth certificate showing that he

- 2 -

was a natural citizen of the United States of America.

6.

On April 13, 2022, Rony Rolando Cuz Che did not have any document showing that he was a naturalized citizen of the United States of America.

7.

On April 13, 2022, Rony Rolando Cuz Che had been in the United States of America for less than three months.

8.

On April 13, 2022, Rony Rolando Cuz Che did not have a valid social security number issued by any instrumentality or department of the government of the United States of America.

9.

On April 13, 2022, Rony Rolando Cuz Che did not have a valid passport issued by any instrumentality or department of the government of the United States of America.

10.

On April 13, 2022, Rony Rolando Cuz Che was a citizen of the country of Guatemala.

11.

On April 13, 2022, Rony Rolando Cuz Che was *not* a citizen of the State of Georgia.

12.

On April 13, 2022, Rony Rolando Cuz Che was a citizen of the State of Georgia.

13.

On April 13, 2022, Rony Rolando Cuz Che was a citizen of another state or commonwealth

of the United States of America, but not Georgia.

14.

On April 13, 2022, Rony Rolando Cuz Che was a citizen of another country, but not the United States of America.

15.

On April 13, 2022, Rony Rolando Cuz Che was *not* a resident of the State of Georgia.

16.

On April 13, 2022, Rony Rolando Cuz Che was a resident of another state or territory belonging to the United States of America.

17.

On April 13, 2022, Rony Rolando Cuz Che was a resident of the State of Georgia.

18.

On April 13, 2022, Rony Rolando Cuz Che was a resident of another state or commonwealth of the United States of America (not Georgia).

19.

On April 13, 2022, Rony Rolando Cuz Che was *not* a domiciliary of the State of Georgia.

20.

On April 13, 2022, Rony Rolando Cuz Che was a domiciliary of the State of Georgia.

21.

On April 13, 2022, Rony Rolando Cuz Che was a domiciliary of another state or commonwealth of the United States of America (not Georgia).

22.

On April 13, 2022, Rony Rolando Cuz Che was a domiciliary of another country, not the United States of America.

23.

Admit that Rony Rolando Cuz Che was not registered to vote in Georgia in 2018.

24.

Admit that Rony Rolando Cuz Che was not registered to vote in Georgia in 2019.

25.

Admit that Rony Rolando Cuz Che was not registered to vote in Georgia in 2020.

26.

Admit that Rony Rolando Cuz Che was not registered to vote in Georgia in 2021.

27.

Admit that Rony Rolando Cuz Che was not registered to vote in Georgia in 2022.

28.

Admit that Rony Rolando Cuz Che was not registered to vote in Georgia in 2023.

29.

Admit that Rony Rolando Cuz Che was not eligible to register to vote in Georgia in 2021 because he was not a citizen of Georgia.

30.

Admit that Rony Rolando Cuz Che was not eligible to register to vote in Georgia in 2022 because he was not a citizen of Georgia.

31.

Admit that Rony Rolando Cuz Che was not eligible to register to vote in Georgia in 2023 because he was not a citizen of Georgia.

32.

Admit that Rony Rolando Cuz Che was not eligible to register to vote in Georgia in 2021 because he was not a citizen of the United States of America.

33.

Admit that Rony Rolando Cuz Che was not eligible to register to vote in Georgia in 2022 because he was not a citizen of the United States of America.

34.

Admit that Rony Rolando Cuz Che was not eligible to register to vote in Georgia in 2023 because he was not a citizen of the United States of America.

35.

Admit that Rony Rolando Cuz Che paid Georgia state income in 2019.

36.

Admit that Rony Rolando Cuz Che paid Georgia state income in 2020.

37.

Admit that Rony Rolando Cuz Che paid Georgia state income in 2021.

38.

Admit that Rony Rolando Cuz Che paid Georgia state income in 2022.

39.

Admit that the Government of Guatemala made a payment to the family of Rony Rolando Cuz Che following his death in the United States of America.

40.

Admit that the Government of Guatemala made a payment to the family of Rony Rolando Cuz Che following his death in the State of Georgia.

41.

Admit that Rony Rolando Cuz Che had not been present in the State of Georgia for more than two weeks before April 13, 2022.

42.

Admit that Rony Rolando Cuz Che had not been present in the United States of America for more than three months before April 13, 2022.

43.

Admit that Rony Rolando Cuz Che did *not* enter the United States of America through a port of entry.

44.

Admit that there is no official record about where Rony Rolando Cuz Che entered the United States of America.

45.

Admit that Rony Rolando Cuz Che was a citizen of Guatemala.

46.

Admit that Rony Rolando Cuz Che was born in the village of Aldea San Miguel de Chochoc.

47.

Admit that Rony Rolando Cuz Che was born in the municipality of Municipio Raxruha.

48.

Admit that Rony Rolando Cuz Che was born in the province of Alta Verapaz.

49.

Admit that Dominga Ché Ché is a citizen of Guatemala.

50.

Admit that Dominga Ché Ché is a resident of Guatemala.

51.

Admit that Dominga Ché Ché is a domiciliary of Guatemala.

52.

Admit that Rony Rolando Cuz Che owned no real property in the State of Georgia.

53.

Admit that Rony Rolando Cuz Che leased no real property in the State of Georgia.

54.

Admit that the State of Georgia was not Rony Rolando Cuz Che's permanent home.

55.

Admit that you are not seeking damages in excess of $75,000.00, exclusive of fees and costs, in this matter.

56.

Admit that you will not accept a damage award in excess of $75,000.00, if awarded to you in this matter.

57.

Admit that you are seeking damages in excess of $75,000.00, exclusive of fees and costs, in this matter.

58.

Admit that your Complaint in this matter does not state any amount for damages in this matter.

59.

Admit your Complaint does not state any amount exceeding $75,000.00 for damages in this matter.

60.

Admit your Complaint does not limit your damages to $74,999.99, exclusive of fees and costs, in this matter.

61.

Admit that as the date of answering these Request for Admissions, your damages exceed $75,000.00, exclusive of fees and costs, in this matter.

62.

Admit that the Complaint does not state the citizenship of Rony Rolando Cuz Che.

31414169v1
*Che v. Collier Metals LLC, et al.*
Fulton County State Court
Civil Action File Number: 23EV000167

63.

Admit that the Complaint does not state the domicile of Rony Rolando Cuz Che.

This 3rd day of April, 2023.

                                                     Respectfully submitted,

                                                     **HAWKINS PARNELL & YOUNG, LLP**

                                                     */s/ Carl H. Anderson, Jr.*
                                                   Michael J. Goldman
                                                   Georgia Bar No. 300100
                                                   Carl H. Anderson, Jr.
                                                   Georgia Bar No. 016320

                                                   *Attorneys for Defendant Collier Metals LLC*

303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308-3243
Telephone:    (404) 614-7400
Facsimile:     (855) 889-4588
E-mail:         mgoldman@hpylaw.com
                    canderson@hpylaw.com

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DOMINGA CHE CHE, as the Surviving Parent of RONY ROLANDO CUZ CHE, Deceased;<br><br>    Plaintiff,<br><br>v.<br><br>COLLIER METALS LLC; and JOHN DOE CORPORATIONS A-Z;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  FILE NO. 23EV000167<br>)<br>)  (Jury Trial Demanded)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that I have this date caused to be served upon all counsel a true and correct copy of the within **DEFENDANT COLLIER METALS LLC'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF** by electronic filing and service and/or by STATUTORY ELECTRONIC SERVICE and/or by depositing same in the United States Mail in an envelope with sufficient postage affixed thereto and addressed to:

Jeffrey R. Harris, Esq.
Yvonne S. Godfrey, Esq.
Jasper Abbott, Esq.
HARRIS LOWRY MANTON LLP
1418 Dresden Drive NE, Unit 250
Brookhaven, GA 30319
jeff@hlmlawfirm.com
yvonne@hlmlawfirm.com
jabbott@hlmlawfirm.com

Rebecca Franklin Harris, Esq.
FRANKLIN LAW LLC
2250 E. Victory Drive, Suite 102
Savannah, GA 31404
rebecca@franklinlawllc.com

- 1 -

Daniel Werner, Esq.<br>
RADFORD & KEEBAUGH, LLC<br>
315 W. Ponce de Leon Ave., #1080<br>
Decatur, GA 30030<br>
dan@decaturlegal.com

This 3rd day of April, 2023.

                                    Respectfully submitted,

                                    **HAWKINS PARNELL & YOUNG, LLP**

                                    */s/ Carl H. Anderson, Jr.*
                                    Michael J. Goldman
                                    Georgia Bar No. 300100
                                    Carl H. Anderson, Jr.
                                    Georgia Bar No. 016320

                                    *Attorneys for Defendant Collier Metals LLC*

303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308-3243
Telephone:    (404) 614-7400
Facsimile:     (855) 889-4588
E-mail:        mgoldman@hpylaw.com
                 canderson@hpylaw.com

- 2 -