**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| DOMINGA CHE CHE, as the Surviving Parent of RONY ROLANDO CUZ CHE, Deceased;<br><br>    Plaintiff,<br><br>v.<br><br>COLLIER METALS LLC; and JOHN DOE CORPORATIONS A-Z;<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION**<br>)   **FILE NO. 23EV000167**<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUEST FOR ADMISSIONS**

COMES now Plaintiff, Dominga Che Che, as the Surviving Parent of Rony Rolando Cuz Che, Deceased, and hereby submits her responses to Defendant's First Requests for Admissions as follows:

**REQUEST FOR ADMISSIONS**

You are herewith requested to admit the following:

1.

On April 13, 2022, Rony Rolando Cuz Che was a natural citizen of the United States of America.

**RESPONSE:  Denied.**

2.

On April 13, 2022, Rony Rolando Cuz Che was a naturalized citizen of the United States of America.

**RESPONSE:  Denied.**

3.

On April 13, 2022, Rony Rolando Cuz Che was not a natural citizen of the United States of America.

**RESPONSE:  Admitted.**

4.

On April 13, 2022, Rony Rolando Cuz Che was not a naturalized citizen of the United States of America.

**RESPONSE:  Admitted.**

5.

On April 13, 2022, Rony Rolando Cuz Che did not have a birth certificate showing that he was a natural citizen of the United States of America.

**RESPONSE:  Admitted.**

6.

On April 13, 2022, Rony Rolando Cuz Che did not have any document showing that he was a naturalized citizen of the United States of America.

**RESPONSE:  Admitted.**

7.

On April 13, 2022, Rony Rolando Cuz Che had been in the United States of America for less than three months.

**RESPONSE:  Denied.**

8.

On April 13, 2022, Rony Rolando Cuz Che did not have a valid social security number issued by any instrumentality or department of the government of the United States of America.

**RESPONSE:  Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint, and she lacks sufficient knowledge and information to admit or deny this request at this time.**

9.

On April 13, 2022, Rony Rolando Cuz Che did not have a valid passport issued by any instrumentality or department of the government of the United States of America.

**RESPONSE:  Admitted.**

10.

On April 13, 2022, Rony Rolando Cuz Che was a citizen of the country of Guatemala.

**RESPONSE:  Admitted.**

11.

On April 13, 2022, Rony Rolando Cuz Che was *not* a citizen of the State of Georgia.

**RESPONSE:  Admitted to the extent that this request seeks information regarding "citizenship" as defined by 28 U.S.C. § 1332, as, upon information and belief, Plaintiff's understanding is that her son was not lawfully admitted for permanent residence at the time of his death.**

12.

On April 13, 2022, Rony Rolando Cuz Che was a citizen of the State of Georgia.

**RESPONSE:  Denied to the extent that this request seeks information regarding "citizenship" as defined by 28 U.S.C. § 1332, as, upon information and belief, Plaintiff's understanding is that her son was not lawfully admitted for permanent residence at the time of his death.**

13.

On April 13, 2022, Rony Rolando Cuz Che was a citizen of another state or commonwealth of the United States of America, but not Georgia.

**RESPONSE:  Denied to the extent that this request seeks information regarding "citizenship" as defined by 28 U.S.C. § 1332, as, upon information and belief, Plaintiff's understanding is that her son was not lawfully admitted for permanent residence at the time of his death.**

14.

On April 13, 2022, Rony Rolando Cuz Che was a citizen of another country, but not the United States of America.

**RESPONSE:  Admitted.**

15.

On April 13, 2022, Rony Rolando Cuz Che was *not* a resident of the State of Georgia.

**RESPONSE:  Denied as stated.  Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint, but upon belief and the information available to Plaintiff and her counsel at this time, Plaintiff believes that her son was residing in Georgia in housing provided to the workers at Collier Metals LLC at the time of his death.**

16.

On April 13, 2022, Rony Rolando Cuz Che was a resident of another state or territory belonging to the United States of America.

**RESPONSE:  Denied as stated.  Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint, but upon**

belief and the information available to her Plaintiff and counsel at this time, Plaintiff believes that her son was residing in Georgia in housing provided to the workers at Collier Metals LLC at the time of his death.

17.

On April 13, 2022, Rony Rolando Cuz Che was a resident of the State of Georgia.

**RESPONSE:  Admitted.  Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint.  However, upon the information available to her Plaintiff and counsel at this time, Plaintiff believes that her son was residing in Georgia in housing provided to the workers at Collier Metals LLC at the time of his death.**

18.

On April 13, 2022, Rony Rolando Cuz Che was a resident of another state or commonwealth of the United States of America (not Georgia).

**RESPONSE:  Denied as stated.  Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint, but upon belief and the information available to her Plaintiff and counsel at this time, Plaintiff believes that her son was residing in Georgia in housing provided to the workers at Collier Metals LLC at the time of his death.**

19.

On April 13, 2022, Rony Rolando Cuz Che was *not* a domiciliary of the State of Georgia.

**RESPONSE:  Denied as stated.  Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint, but upon belief and the information available to her Plaintiff and counsel at this time, Plaintiff believes**

that her son was residing in Georgia in housing provided to the workers at Collier Metals LLC at the time of his death.  Plaintiff further states that it is her understanding that, at the time of his death, her son intended to permanently reside in Georgia.

20.

On April 13, 2022, Rony Rolando Cuz Che was a domiciliary of the State of Georgia.

**RESPONSE:  Admitted.  Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint, but upon belief and the information available to her Plaintiff and counsel at this time, Plaintiff believes that her son was residing in Georgia in housing provided to the workers at Collier Metals LLC at the time of his death.  Plaintiff further states that it is her understanding that, at the time of his death, her son intended to permanently reside in Georgia.**

21.

On April 13, 2022, Rony Rolando Cuz Che was a domiciliary of another state or commonwealth of the United States of America (not Georgia).

**RESPONSE:  Denied as stated.  Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint, but upon belief and the information available to her Plaintiff and counsel at this time, Plaintiff believes that her son was residing in Georgia in housing provided to the workers at Collier Metals LLC at the time of his death.  Plaintiff further states that it is her understanding that, at the time of his death, her son intended to permanently reside in Georgia.**

22.

On April 13, 2022, Rony Rolando Cuz Che was a domiciliary of another country, not the United States of America.

**RESPONSE:  Denied.**

23.

Admit that Rony Rolando Cuz Che was not registered to vote in Georgia in 2018.

**RESPONSE:  Admitted.**

24.

Admit that Rony Rolando Cuz Che was not registered to vote in Georgia in 2019.

**RESPONSE:  Admitted.**

25.

Admit that Rony Rolando Cuz Che was not registered to vote in Georgia in 2020.

**RESPONSE:  Admitted.**

26.

Admit that Rony Rolando Cuz Che was not registered to vote in Georgia in 2021.

**RESPONSE:  Admitted.**

27.

Admit that Rony Rolando Cuz Che was not registered to vote in Georgia in 2022.

**RESPONSE:  Admitted.**

28.

Admit that Rony Rolando Cuz Che was not registered to vote in Georgia in 2023.

**RESPONSE:  Admitted.**

29.

Admit that Rony Rolando Cuz Che was not eligible to register to vote in Georgia in 2021 because he was not a citizen of Georgia.

**RESPONSE:  Denied as stated.  Upon the knowledge and information available to**

**Plaintiff, Rony Rolando Cuz Che's mother, Rony was not eligible to vote in Georgia because he was not a citizen of the United States.**

30.

Admit that Rony Rolando Cuz Che was not eligible to register to vote in Georgia in 2022 because he was not a citizen of Georgia.

**RESPONSE:  Denied as stated.  Upon the knowledge and information available to Plaintiff, Rony Rolando Cuz Che's mother, Rony was not eligible to vote in Georgia because he was not a citizen of the United States.**

31.

Admit that Rony Rolando Cuz Che was not eligible to register to vote in Georgia in 2023 because he was not a citizen of Georgia.

**RESPONSE:  Denied as stated.  Upon the knowledge and information available to Plaintiff, Rony Rolando Cuz Che's mother, Rony was not eligible to vote in Georgia in 2023 because he was deceased.**

32.

Admit that Rony Rolando Cuz Che was not eligible to register to vote in Georgia in 2021 because he was not a citizen of the United States of America.

**RESPONSE:  Admitted.**

33.

Admit that Rony Rolando Cuz Che was not eligible to register to vote in Georgia in 2022 because he was not a citizen of the United States of America.

**RESPONSE:  Admitted.**

34.

Admit that Rony Rolando Cuz Che was not eligible to register to vote in Georgia in 2023 because he was not a citizen of the United States of America.

**RESPONSE:  Denied as stated.  Upon the knowledge and information available to Plaintiff, Rony Rolando Cuz Che's mother, Rony was not eligible to vote in Georgia in 2023 because he was deceased.**

35.

Admit that Rony Rolando Cuz Che paid Georgia state income in 2019.

**RESPONSE:  Denied as stated.  To the extent this request was intended to ask for an admission regarding whether Rony Rolando Cuz Che paid Georgia state income tax, Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint, and she lacks sufficient knowledge and information at this time to admit or deny this request.  Upon the knowledge and information available to Plaintiff at this time, Plaintiff further states that she believes that her son did not begin work in Georgia until 2022.**

36.

Admit that Rony Rolando Cuz Che paid Georgia state income in 2020.

**RESPONSE:  Denied as stated.  To the extent this request was intended to ask for an admission regarding whether Rony Rolando Cuz Che paid Georgia state income tax, Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint, and she lacks sufficient knowledge and information at this time to admit or deny this request.  Upon the knowledge and information available to Plaintiff at this time, Plaintiff further states that she believes that her son did not begin work**

**in Georgia until 2022.**

37.

Admit that Rony Rolando Cuz Che paid Georgia state income in 2021.

**RESPONSE: Denied as stated. To the extent this request was intended to ask for an admission regarding whether Rony Rolando Cuz Che paid Georgia state income <u>tax</u>, Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint, and she lacks sufficient knowledge and information at this time to admit or deny this request. Upon the knowledge and information available to Plaintiff at this time, Plaintiff further states that she believes that her son did not begin work in Georgia until 2022.**

38.

Admit that Rony Rolando Cuz Che paid Georgia state income in 2022.

**RESPONSE: Denied as stated. To the extent this request was intended to ask for an admission regarding whether Rony Rolando Cuz Che paid Georgia state income <u>tax</u>, Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint, and she lacks sufficient knowledge and information at this time to admit or deny this request. Upon the knowledge and information available to Plaintiff at this time, Plaintiff further states that she believes that her son did begin to work in Georgia in 2022 but does not know how his wages were paid or how taxes were handled. Plaintiff further anticipates that this information may be in the possession of Defendant Collier Metals LLC, which has not produced any documents in response to requests for production as of the date of this response.**

39.

Admit that the Government of Guatemala made a payment to the family of Rony Rolando Cuz Che following his death in the United States of America.

**RESPONSE:  Denied.**

40.

Admit that the Government of Guatemala made a payment to the family of Rony Rolando Cuz Che following his death in the State of Georgia.

**RESPONSE:  Denied.**

41.

Admit that Rony Rolando Cuz Che had not been present in the State of Georgia for more than two weeks before April 13, 2022.

**RESPONSE:  Plaintiff is decedent's mother, who has lived in another country during all times pertinent to the events alleged in the Complaint, and she lacks sufficient knowledge and information at this time to admit or deny this request.  Upon the knowledge and information available to Plaintiff at this time, Plaintiff further states that she believes that her son began to work in Georgia in 2022, and she does not know how long he was physically present in Georgia before the date of his death, but she believes it was longer than two weeks.**

42.

Admit that Rony Rolando Cuz Che had not been present in the United States of America for more than three months before April 13, 2022.

**RESPONSE:  Denied.**

43.

Admit that Rony Rolando Cuz Che did *not* enter the United States of America through a port of entry.

**RESPONSE: Denied upon information and belief.  Plaintiff, who is decedent's mother and has lived in another country during all times pertinent to the events alleged in the Complaint, believes based on the knowledge and information available to her and her counsel at this time that her son may have presented himself at a port of entry.**

44.

Admit that there is no official record about where Rony Rolando Cuz Che entered the United States of America.

**RESPONSE:  Denied.**

45.

Admit that Rony Rolando Cuz Che was a citizen of Guatemala.

**RESPONSE: Admitted.**

46.

Admit that Rony Rolando Cuz Che was born in the village of Aldea San Miguel de Chochoc.

**RESPONSE:  Admitted.**

47.

Admit that Rony Rolando Cuz Che was born in the municipality of Municipio Raxruha.

**RESPONSE:  Admitted.**

48.

Admit that Rony Rolando Cuz Che was born in the province of Alta Verapaz.

**RESPONSE:  Admitted.**

49.

Admit that Dominga Ché Ché is a citizen of Guatemala.

**RESPONSE:  Admitted.**

50.

Admit that Dominga Ché Ché is a resident of Guatemala.

**RESPONSE:  Admitted.**

51.

Admit that Dominga Ché Ché is a domiciliary of Guatemala.

**RESPONSE:  Admitted.**

52.

Admit that Rony Rolando Cuz Che owned no real property in the State of Georgia.

**RESPONSE:  Admitted.**

53.

Admit that Rony Rolando Cuz Che leased no real property in the State of Georgia.

**RESPONSE:  Denied as stated.  Upon the information available to her Plaintiff and counsel at this time, Plaintiff believes that her son was residing in Georgia in rental housing provided to the workers at Collier Metals LLC at the time of his death, and for which her son paid or provided consideration.**

54.

Admit that the State of Georgia was not Rony Rolando Cuz Che's permanent home.

**RESPONSE:  Denied as stated.  Upon information and belief, Plaintiff states that it is her understanding, at the time of his death, her son intended to permanently reside in Georgia.**

55.

Admit that you are not seeking damages in excess of $75,000.00, exclusive of fees and costs, in this matter.

**RESPONSE:  Denied.**

56.

Admit that you will not accept a damage award in excess of $75,000.00, if awarded to you in this matter.

**RESPONSE:  Denied.**

57.

Admit that you are seeking damages in excess of $75,000.00, exclusive of fees and costs, in this matter.

**RESPONSE:  Admitted to the extent that Plaintiff is seeking wrongful death damages, which are general damages defined under Georgia law to be the full value of the life of her son from the perspective of the decedent, and which would be determined by the enlightened conscience of the jury and not defined by any specific dollar amount.**

58.

Admit that your Complaint in this matter does not state any amount for damages in this matter.

**RESPONSE:  Admitted.**

59.

Admit your Complaint does not state any amount exceeding $75,000.00 for damages in this matter.

**RESPONSE:  Denied as stated.  Plaintiff is seeking wrongful death damages, which**

**are general damages defined under Georgia law to be the full value of the life of her son from the perspective of the decedent, and which would be determined by the enlightened conscience of the jury and not defined by any specific dollar amount.**

60.

Admit your Complaint does not limit your damages to $74,999.99, exclusive of fees and costs, in this matter.

**RESPONSE:  Admitted.**

61.

Admit that as the date of answering these Request for Admissions, your damages exceed $75,000.00, exclusive of fees and costs, in this matter.

**RESPONSE:  Admitted to the extent Plaintiff is seeking wrongful death damages, which are general damages defined under Georgia law to be the full value of the life of her son from the perspective of the decedent, and which would be determined by the enlightened conscience of the jury and not defined by any specific dollar amount; however, Plaintiff does not contend that her damages would be limited to or below $75,000.00.**

62.

Admit that the Complaint does not state the citizenship of Rony Rolando Cuz Che.

**RESPONSE:  Admitted.**

63.

Admit that the Complaint does not state the domicile of Rony Rolando Cuz Che.

**RESPONSE:  Admitted.**


This 8th day of May, 2023.

**HARRIS LOWRY MANTON LLP**

*/s/ Yvonne S. Godfrey*
JEFFREY R. HARRIS
Georgia Bar No. 330315
jeff@hlmlawfirm.com
YVONNE S. GODFREY
Georgia Bar No. 318567
yvonne@hlmlawfirm.com
JASPER ABBOTT
Georgia Bar No. 946168
jabbott@hlmlawfirm.com

1418 Dresden Drive NE
Unit 250
Brookhaven, GA 30319
Telephone: (404) 961-7650
Facsimile: (404) 961-7651

**FRANKLIN LAW LLC**

REBECCA FRANKLIN HARRIS
Georgia Bar No. 141350
rebecca@franklinlawllc.com

2250 E. Victory Drive
Suite 102
Savannah, Georgia 31404
Telephone: (912) 335-3305
Facsimile: (404) 969-4503

**RADFORD & KEEBAUGH, LLC**

DANIEL WERNER
Georgia Bar No. 422070
dan@decaturlegal.com

315 W Ponce de Leon Ave #1080
Decatur, Georgia 30030
Telephone: (678) 271-0300

***Attorneys for Plaintiff***

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have this date caused to be served upon all counsel a true and correct copy of the within **PLAINTIFF'S RESPONSES TO DEFENDANT COLLIER METALS LLC'S FIRST REQUEST FOR ADMISSIONS** by statutory electronic service addressed to:

Hawkins Parnell & Young, LLP
Carl H. Anderson, Jr.
Michael J. Goldman
Carl H. Anderson, Jr.
303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308-3243
mgoldman@hpylaw.com
canderson@hpylaw.com

Rebecca Franklin Harris, Esq.
FRANKLIN LAW LLC
2250 E. Victory Drive, Suite 102
Savannah, GA 31404
rebecca@franklinlawllc.com

Daniel Werner, Esq.
RADFORD & KEEBAUGH, LLC
315 W. Ponce de Leon Ave., #1080
Decatur, GA 30030
dan@decaturlegal.com

This 8th day of May, 2023.

HARRIS LOWRY MANTON LLP

*/s/ Yvonne S. Godfrey*
JEFFREY R. HARRIS
Georgia Bar No. 330315
jeff@hlmlawfirm.com
YVONNE S. GODFREY
Georgia Bar No. 318567
yvonne@hlmlawfirm.com
JASPER ABBOTT
Georgia Bar No. 946168
jabbott@hlmlawfirm.com

1418 Dresden Drive NE
Unit 250
Brookhaven, GA 30319
Telephone: (404) 961-7650
Facsimile: (404) 961-7651