# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DOMINGA CHE CHE, as the Surviving Parent of RONY ROLANDO CUZ CHE, Deceased;** ) ) ) ) | |
| Plaintiff, ) ) | **CIVIL ACTION FILE NO. _____** |
| v. ) ) | |
| **COLLIER METALS LLC; and JOHN DOE CORPORATIONS A-Z;** ) ) ) | |
| Defendants. ) _____) | |

| | |
|---|---|
| **STATE OF GEORGIA** ) | |
| ) | ss |
| **COUNTY OF FULTON** ) | |

### DECLARATION OF JAMES "JIM" M. COLLIER, JR.

COMES NOW JIM COLLIER ("Declarant") and states and declares that the following statements are true and correct and based upon his own personal knowledge:

1.

Declarant has personal knowledge of the facts described herein and is competent to testify thereon.

- 1 -

31491668v1

2.

The purpose of this Declaration is to support the Notice of Removal and for all other purposes allowed by law.

3.

Declarant is the President for Collier Metals, LLC ("Collier Metals").

4.

Declarant states that Collier Metals has its principal place of business at 793 Windsor Street, SW, Atlanta, GA 30315.

5.

Declarant states that Collier Metals is a limited liability company organized under the laws of the State of Georgia.

6.

Declarant is the sole member of Collier Metals.

7.

Declarant states that he is not a citizen, resident, or domiciliary of the State of Georgia.

8.

Declarant states that he is a citizen, resident, or domiciliary of the State of

Alabama.

9.

Specifically, Declarant resides 4012 Shandwick Lane, Hoover, Shelby County, Alabama 35242. That residence is his domicile.

10.

Declarant is more than 21 years of age and is competent to testify to the matters set forth herein. This declaration is made upon his personal knowledge.

**FURTHER SAYETH DECLARANT NOT.**

Declarant declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this __19th__ day of May, 2023.

JIM COLLIER

- 3 -

31491668v1