IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TROY MILAN,<br><br>    *Plaintiff*,<br><br>v.<br><br>HAYES II ENTERPRISE, LLC; JAMEL HAYES, A/K/A JERMAL HAYES, AND/OR KIM JERMAL HAYES; AND BLUE HILL SPECIALTY INSURANCE COMPANY, INC.,<br><br>    *Defendants*. | Civil Action No.: |

## NOTICE OF REMOVAL

**TO:**   **PLAINTIFF'S COUNSEL**
Rob Loar, Esq.
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street, NE
Suite 400
Atlanta, Georgia 30308
rob.loar@witheritelaw.com

**CO-DEFENDANT'S COUNSEL**
Benjamin P. Ralston, Esq.
James A. Brooks, Esq.
Oak Bridge Law Group
285 West Wieuca Road, NE
Unit 5548
Atlanta, Georgia 30342

bralston@oakbridgelaw.com
jbrooks@oakbridgelaw.com

**PLEASE TAKE NOTICE** that Defendants, Hayes II Enterprise, LLC and Jamel Hayes, improperly identified as Jermal Hayes and/or Kim Jermal Hayes, by and through their undersigned counsel of record, pursuant to U.S.C. §§ 1441 and 1332, and hereby file this Notice of Removal of this action from the State Court for the County of Fulton, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This case is being removed with the consent of co-Defendant Blue Hill Specialty Insurance Company.

In support of this Notice of Removal, the Defendants have filed contemporaneously herewith their Brief in Support of Removal and accompanying Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, the Defendants respectfully request that this Court enter an Order removing this action from the State Court for the County of Fulton, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This the 22nd day of May, 2023.

                    Shires, Peake & Gottlieb, LLC

                    */s/ Kevin T. Shires*_____
                    Kevin T. Shires, Esq.
                    Georgia Bar No.: 643290
                    Loren A. Rafferty, Esq.
                    Georgia Bar No.: 678355

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com
LRafferty@spgattorneys.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

    ___*x*___       Electronically filing this document with CM/ECF which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E)

    ___*x*___       Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

Rob Loar, Esq.
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street, NE
Suite 400
Atlanta, Georgia 30308
rob.loar@witheritelaw.com

Benjamin P. Ralston, Esq.
James A. Brooks, Esq.
Oak Bridge Law Group
285 West Wieuca Road, NE
Unit 5548
Atlanta, Georgia 30342
bralston@oakbridgelaw.com
jbrooks@oakbridgelaw.com

This 22nd day of May, 2023.

                                 Shires, Peake & Gottlieb, LLC

                                 */s/ Kevin T. Shires*
                                 Kevin T. Shires
                                 State Bar No.: 643290

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com