

This is not an official certificate of good standing.

### Name History

| Name | Name Type |
|---|---|
| Hayes II Enterprise, LLC | Legal |

### Business Information

| | |
|---|---|
| **Business Type:** | Limited Liability Company |
| **Business ID:** | 1115462 |
| **Status:** | Good Standing |
| **Effective Date:** | 05/01/2017 |
| **State of Incorporation:** | Mississippi |
| **Principal Office Address:** | 152A Cicero Road<br>Beaumont, MS 39423 |

### Registered Agent

**Name**

Jamel L Hayes
152A Cicero Road
Beaumont, MS 39423

### Officers & Directors

| Name | Title |
|---|---|
| Jamel L Hayes<br>152A Cicero Road<br>Beaumont, MS 39423 | Member |