IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TROY MILAN,<br><br>    *Plaintiff*,<br><br>v.<br><br>HAYES II ENTERPRISE, LLC; JAMEL HAYES, A/K/A JERMAL HAYES, AND/OR KIM JERMAL HAYES; AND BLUE HILL SPECIALTY INSURANCE COMPANY, INC.,<br><br>    *Defendants*. | Civil Action No.: 22EV000594 |

**DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL**

**TO:**    **PLAINTIFF'S COUNSEL**
Rob Loar, Esq.
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street, NE
Suite 400
Atlanta, Georgia 30308
rob.loar@witheritelaw.com

**CO-DEFENDANT'S COUNSEL**
Benjamin P. Ralston, Esq.
James A. Brooks, Esq.
Oak Bridge Law Group
285 West Wieuca Road, NE
Unit 5548
Atlanta, Georgia 30342
bralston@oakbridgelaw.com
jbrooks@oakbridgelaw.com

    Pursuant to 28 U.S.C. § 1446(d), you are hereby notified that the Defendant has caused to be filed on the 21st day of May, 2023, in the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal with the Clerk of the said United States District Court for the Northern District of Georgia, Atlanta Division.  A copy of the Notice of Removal is

attached hereto.

      This the 21st day of May, 2023.

                                                       Shires, Peake & Gottlieb, LLC

                                                       */s/ Kevin T. Shires*
                                                       Kevin T. Shires, Esq.
                                                       Georgia Bar No.: 643290
                                                       Loren A. Rafferty, Esq.
                                                       Georgia Bar No.: 678355

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com
LRafferty@spgattorneys.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

    __x__    Electronically filing this document with Odyssey which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E)

    __x__    Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

    _____    Depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Rob Loar, Esq.
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street, NE
Suite 400
Atlanta, Georgia 30308
rob.loar@witheritelaw.com

Benjamin P. Ralston, Esq.
James A. Brooks, Esq.
Oak Bridge Law Group
285 West Wieuca Road, NE
Unit 5548
Atlanta, Georgia 30342
bralston@oakbridgelaw.com
jbrooks@oakbridgelaw.com

This the 21st day of May, 2023.

                                                                        Shires, Peake & Gottlieb, LLC

                                                                        */s/ Kevin T. Shires*
                                                                        Kevin T. Shires, Esq.
                                                                        Georgia Bar No.: 643290

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413
(678) 940-4420 (Fax)
kshires@spgattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TROY MILAN,<br><br>*Plaintiff*,<br><br>v.<br><br>HAYES II ENTERPRISE, LLC; JAMEL HAYES, A/K/A JERMAL HAYES, AND/OR KIM JERMAL HAYES; AND BLUE HILL SPECIALTY INSURANCE COMPANY, INC.,<br><br>*Defendants*. | Civil Action No.: |

## NOTICE OF REMOVAL

**TO:   PLAINTIFF'S COUNSEL**
Rob Loar, Esq.
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street, NE
Suite 400
Atlanta, Georgia 30308
rob.loar@witheritelaw.com

**CO-DEFENDANT'S COUNSEL**
Benjamin P. Ralston, Esq.
James A. Brooks, Esq.
Oak Bridge Law Group
285 West Wieuca Road, NE
Unit 5548
Atlanta, Georgia 30342
bralston@oakbridgelaw.com
jbrooks@oakbridgelaw.com

**PLEASE TAKE NOTICE** that Defendants, Hayes II Enterprise, LLC and Jamel Hayes, improperly identified as Jermal Hayes and/or Kim Jermal Hayes, by and through their undersigned counsel of record, pursuant to U.S.C. §§ 1441 and 1332, and hereby file this Notice of Removal of this action from the State Court for the County of Fulton, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This case is being removed with the consent of co-Defendant Blue Hill Specialty Insurance Company.

In support of this Notice of Removal, the Defendants have filed contemporaneously herewith their Brief in Support of Removal and accompanying Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, the Defendants respectfully request that this Court enter an Order removing this action from the State Court for the County of Fulton, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This the 21st day of May, 2023.

                                                Shires, Peake & Gottlieb, LLC

                                                */s/ Kevin T. Shires*
                                                Kevin T. Shires, Esq.
                                                Georgia Bar No.: 643290
                                                Loren A. Rafferty, Esq.
                                                Georgia Bar No.: 678355

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com
LRafferty@spgattorneys.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

    __x__    Electronically filing this document with CM/ECF which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E)

    __x__    Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

Rob Loar, Esq.
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street, NE
Suite 400
Atlanta, Georgia 30308
rob.loar@witheritelaw.com

Benjamin P. Ralston, Esq.
James A. Brooks, Esq.
Oak Bridge Law Group
285 West Wieuca Road, NE
Unit 5548
Atlanta, Georgia 30342
bralston@oakbridgelaw.com
jbrooks@oakbridgelaw.com

This 21st day of May, 2023.

                                            Shires, Peake & Gottlieb, LLC

                                            */s/ Kevin T. Shires*
                                            Kevin T. Shires
                                            State Bar No.: 643290

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com