UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROLANDA JOHNSON-SHORTER, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | |
| v. ) | |
| ) | |
| SMITH TRANSPORT, INC., GERALD ) | |
| TICKLE, ARCH INSURANCE ) | |
| COMPANY, ABC ENTITY, and JOHN ) | |
| DOE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT ARCH INSURANCE COMPANY'S NOTICE OF REMOVAL**

**TO:  PLAINTIFF'S COUNSEL**

N. John Bey
john@beyandassociates.com
Shawn Richardson
shawn@beyandassociates.com
Bey & Associates, LLC
191 Peachtree Street, NE
Suite 3230
Atlanta, Georgia 30303

**PLEASE TAKE NOTICE** that Defendant, Arch Insurance Company (hereinafter "Arch"), by and through its undersigned counsel of record, and pursuant to U.S.C. §§ 1441 and 1332, file this Notice of Removal of this action from the State

Court for the County of Dekalb, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

In support of this Notice of Removal, Arch has filed contemporaneously herewith its Brief in Support of Removal and accompanying Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, Defendant Arch Insurance Company respectfully requests that this Court enter an Order removing this action from the State Court for the County of Dekalb, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 22nd day of May, 2023.

MOSELEY MARCINAK LAW GROUP, LLP

*/s/ Blair J. Cash*
Blair J. Cash, Esq.
Georgia Bar No. 360457
blair.cash@momarlaw.com
Donavan K. Eason
Georgia Bar No. 487358
donavan.eason@momarlaw.com
*Attorneys for Defendant*
*Arch Insurance Company*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1 (C).  Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents.

                                                 MOSELEY MARCINAK LAW GROUP, LLP

                                                 */s/ Blair J. Cash*
                                                 Blair J. Cash, Esq.
                                                 Georgia Bar No. 360457
                                                 blair.cash@momarlaw.com
                                                 Donavan K. Eason
                                                 Georgia Bar No. 487358
                                                 donavan.eason@momarlaw.com
                                                 *Attorneys for Defendant*
                                                 *Arch Insurance Company*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by e-filing the same with the Court's CM-ECF system and via e-mail, addressed to counsel of record as follows:

N. John Bey
john@beyandassociates.com
Shawn Richardson
shawn@beyandassociates.com
Bey & Associates, LLC
191 Peachtree Street, NE
Suite 3230
Atlanta, Georgia 30303

This 22nd day of May, 2023.

MOSELEY MARCINAK LAW GROUP, LLP

*/s/ Blair J. Cash*
Blair J. Cash, Esq.
Georgia Bar No. 360457
blair.cash@momarlaw.com
Donavan K. Eason
Georgia Bar No. 487358
donavan.eason@momarlaw.com
*Attorneys for Defendant*
*Arch Insurance Company*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)