## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of _____ County
_(state)_

| For Clerk Use Only | | |
|---|---|---|
| Date Filed  4/12/2023 | Case Number | 23A01585 |
| MM-DD-YYYY | | |

**Plaintiff(s)**
JOHNSON-SHORTER, ROLANDA

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
SMITH TRANSPORT, INC.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | TICKLE, GERALD | | | |

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | ARCH INSURANCE GROUP | | | |

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** _____    Bar Number _____    Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☒ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number    Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

No. _____

Date Summons Issued and E-Filed
4/12/2023

/s/ Monica Gay

_____

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**SUMMONS**

___ROLANDA JOHNSON-SHORTER_____

_____
Plaintiff's name and address

**vs.**

___SMITH TRANSPORT, INC., GERALD TICKLE,

_and ARCH INSURANCE COMPANY_____
Defendant's name and address

**[ ] JURY**

**TO THE ABOVE-NAMED DEFENDANT**
**ARCH INSURANCE COMPANY:**
You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:
_Shawn Richardson, Bey & Associates, LLC_____
Name
_191 Peachtree Street NE, Suite 3200, Atlanta, GA 30303_____
Address
_404-344-4448_____     ___603999_____
Phone Number                                   Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____     _____
Defendant's Attorney                        Third Party Attorney

_____     _____
Address                                      Address

_____     _____
Phone No.            Georgia Bar No.        Phone No.            Georgia Bar No.

**TYPE OF SUIT**

☒Personal Injury ☐ Products Liability        Principal $ _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability      Interest $ _____
☐Other

Atty Fees $ _____

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
**☒(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

E-file summons1-2016

23A01585

No. _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**Date Summons Issued and E-Filed**

4/12/2023

/s/ Monica Gay _____

**SUMMONS**

_____

Deputy Clerk

Deposit Paid $ _____

ROLANDA JOHNSON-SHORTER _____

_____

Plaintiff's name and address

**vs.**

[ ] JURY

SMITH TRANSPORT, INC., GERALD TICKLE,

and ARCH INSURANCE COMPANY _____
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT**
**SMITH TRANSPORT, INC.:**
You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor,
Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia
30030 and serve upon the plaintiff's attorney, to wit:
Shawn Richardson, Bey & Associates, LLC _____
Name
191 Peachtree Street NE, Suite 3200, Atlanta, GA 30303 _____
Address
404-344-4448 _____  603999 _____
Phone Number                                  Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after
service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. The answer or other responsive
pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public
access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____   _____

Defendant's Attorney                              Third Party Attorney

_____   _____

Address                                          Address

_____   _____

Phone No.                Georgia Bar No.         Phone No.              Georgia Bar No.

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability          Principal $ _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability         Interest $ _____
☐ Other
                                                  Atty Fees $ _____

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
**☒(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for**
**service appears in the complaint.**

23A01585

No. _____

**Date Summons Issued and E-Filed**

4/12/2023

~~/s/ Monica Gay~~

_____

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**SUMMONS**

__ROLANDA JOHNSON-SHORTER_____

_____

Plaintiff's name and address

**vs.**

__SMITH TRANSPORT, INC., GERALD TICKLE,__

__and ARCH INSURANCE COMPANY_____
Defendant's name and address

**[ ] JURY**

**TO THE ABOVE-NAMED DEFENDANT**
**GERALD TICKLE:**
You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:
__Shawn Richardson, Bey & Associates, LLC_____
Name
_191 Peachtree Street NE, Suite 3200, Atlanta, GA 30303_____
Address
_404-344-4448_____ ___603999_____
Phone Number                                    Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____          _____
Defendant's Attorney                                    Third Party Attorney

_____          _____
Address                                                       Address

_____          _____
Phone No.              Georgia Bar No.          Phone No.              Georgia Bar No.

**TYPE OF SUIT**

☒Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☐Other

Principal $ _____

Interest $ _____

Atty Fees $ _____

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
**☒(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ROLANDA JOHNSON-SHORTER,<br><br>          **Plaintiff,**<br><br>v.<br><br>**SMITH TRANSPORT, INC., GERALD TICKLE, ARCH INSURANCE COMPANY, ABC ENTITY, and JOHN DOE,**<br><br>          **Defendants.** | **CIVIL ACTION NO.**<br>23A01585<br><br>_____<br><br>**JURY TRIAL DEMAND** |

## COMPLAINT

COMES NOW Plaintiff Rolanda Johnson-Shorter (herein "Plaintiff") and files this, her Complaint against Defendants Smith Transport, Inc., Gerald Tickle, and Arch Insurance Company (collectively referred to herein as "Defendants"), and respectfully shows to the Court the following:

1.

Plaintiff is a resident of Dekalb County, Georgia and submits to the jurisdiction and venue of this Court by the filing of this action.

2.

Defendant Smith Transport, Inc. (herein "Defendant Smith Transport") is a foreign corporation organized and existing under the law of the State of Pennsylvania with its principal place of business located in Blair County, Pennsylvania.

3.

Upon information and belief, Defendant Smith Transport may be served with Summons and Complaint by serving its Process Agent, J. Hatcher Graham, at 303 Pheasant Ridge, Warner Robins, Georgia 31088, or wherever he may be found.

4.

Defendant Smith Transport is subject to the jurisdiction and venue of this Court pursuant to Ga. Cont. Art. VI, § II, ¶¶ VI,IV, O.C.G.A. §§ 40-1-117, 14-2-510, 40-2-140 and other applicable law.

5.

Defendant Smith Transport's United States Department of Transportation Carrier Number is 246204.

6.

Defendant Smith Transport is a "motor contract carrier" or a "motor common carrier."

7.

Defendant Smith Transport is engaged in interstate trucking commerce.

8.

On June 22, 2021, Defendant Smith Transport had an active authority status with the Federal Motor Carrier Safety Administration.

9.

On June 22, 2021, Defendant Smith Transport was licensed and insured in accordance with Federal Motor Carrier Safety Administration rules and regulations.

10.

Defendant Smith Transport was insured by a policy of indemnity insurance with Arch Insurance Company that provided insurance coverage that was in effect on June 22, 2021.

11.

Arch Insurance Company is a New Jersey company authorized to transact business in the State of Georgia.

12.

Upon information and belief, Arch Insurance Company may be served with Summons and Complaint by serving its Registered Agent, Corporation Service Company, at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

13.

Arch Insurance Company is named as a Defendant in this case by virtue of the fact that it issued a policy of indemnity insurance to Defendant Smith Transport at the time of the wreck at issue.

14.

If a policy of indemnity insurance is given in lieu of bond, it shall be permissible to join the motor carrier and the insurance carrier in the same action, whether arising in tort or contract. O.C.G.A. § 40-1-112(c).

15.

Arch Insurance Company is not a joint tortfeasor.   Arch Insurance Company is joined by virtue of its contractual obligation to pay for the negligence of the motor carrier and the agents, employees, drivers, and servants of its insured

16.

Pursuant to O.C.G.A. § 40-1-140 and/or 40-1-112(c) and other applicable law, Defendant Arch Insurance Company is hereby joined with Defendant Smith Transport in this action, as it is permissible to join the motor carrier and the insurance carrier in the same action, whether arising in tort or contract.

17.

Defendant Arch Insurance Company, at all times pertinent to this action, has had at least one agent or place of doing business in Dekalb County, Georgia.

18.

At all times pertinent to this action Defendant Arch Insurance Company insurance policies were sold by one or more independent agents who maintained offices in Dekalb County, Georgia.

19.

Pursuant to O.C.G.A. § 33-4-1 and other applicable law, jurisdiction and venue with respect to Defendant Arch Insurance Company is proper in Dekalb County, Georgia, as Defendant Arch Insurance Company has an agent or place of doing business in Dekalb County, Georgia, O.C.G.A. § 33-4-1(2), and/or had an agent or place of doing business in Dekalb County, Georgia at the time of the accident, O.C.G.A. § 33-4-1(3).

20.

Upon information and belief, Defendant Gerald Tickle (hereinafter "Defendant Tickle") is a resident of Lee County, Virginia and is subject to the jurisdiction and venue of this Court pursuant to the Georgia Constitution and other applicable law.

21.

Upon information and belief, Defendant Tickle may be served with process at 196 Pluto Drive, Dryden, Virginia 24243 pursuant to the Nonresident Motorist Act, O.C.G.A. § 40-12-1, *et seq.* and other applicable law.

22.

By virtue of the facts and allegations herein, the above-named Defendant Tickle is subject to the jurisdiction and venue of this Court.

23.

Upon information and belief, Defendant ABC Entity is an unidentified entity, company, LLC, LLP, partnership or corporation that has or whose agents, officers, or employees have any fault directly or indirectly, that contributed to the acts and omissions that gave rise to this

- 4 -

occurrence.

24.

Defendant ABC Entity is subject to the jurisdiction and venue of this Court.

25.

Defendant John Doe is an unidentified person(s) whose, fault, directly or indirectly, contributed to cause the injuries to Plaintiff.

26.

Among other acts and omissions, Defendant John Doe has or his officers, agents or employees have fault, directly or indirectly, for the acts and omissions that gave rise to this occurrence.

27.

Defendant John Doe is subject to the jurisdiction and venue of this Court.

28.

By virtue of the facts and allegations herein, the above-named Defendants are subject to the jurisdiction and venue of this Court.

29.

On June 22, 2021, Plaintiff was traveling eastbound on Interstate 20 in Dekalb County, Georgia.

30.

At the same time, Defendant Tickle was traveling east on Interstate 20 in the lane next to Plaintiff's vehicle in a tractor trailer owned by Defendant Smith Transport.

31.

Defendant Tickle merged into Plaintiff's lane of travel causing the tractor trailer he was operating to wreck into the side of Plaintiff's vehicle.

- 5 -

32.

At all times relevant to this Complaint, Plaintiff exercised due care for her safety and the safety of others.

33.

Defendant Tickle breached his duty to exercise ordinary care and diligence to avoid the wreck at issue.

24.

Defendant Tickle negligently wrecked the motor carrier he was operating into the vehicle Plaintiff was driving.

35.

Defendant Tickle was negligent in improperly changing lanes.

36.

Defendant Tickle was negligent in that he failed to keep the motor carrier he was operating under proper control.

37.

Defendant Tickle was negligent in that he breached his duty to keep a proper lookout for the vehicle Plaintiff was operating.

38.

Defendant Simmons violated O.C.G.A. § 40-6-123a by improper lane change, the same being negligence per se.

39.

By merging into Plaintiff's lane of travel, Defendant Tickle violated and failed to comply with the Federal Motor Carrier Safety Regulations.

40.

Defendant Tickle was otherwise negligent.

41.

On June 22, 2021, Defendant Tickle was an employee of Defendant Smith Transport.

42.

At the time of the June 22, 2021 wreck, Defendant Tickle was acting in the course and scope of his employment with Defendant Smith Transport and furthering the business of Defendant Smith Transport.

43.

Defendant Smith Transport is vicariously liable for the negligence of Defendant Tickle as alleged herein.

44.

Pursuant to the principles of *respondeat superior*, Defendant Smith Transport is liable for the torts committed by Defendant Tickle while he was acting within the scope of his employment.

45.

Upon information and belief, Defendant Smith Transport was negligent under the Doctrine of Negligent Entrustment.

46.

Upon information and belief, Defendant Smith Transport was negligent in its hiring, retaining, training, controlling and supervising of Defendant Pickle.

47.

Plaintiff could not observe the danger created by the negligence of Defendant Smith Transport and/or Defendant Tickle in time to avoid being injured.

48.

The negligence of Defendant Smith Transport and Defendant Tickle, individually and concurrently, proximately caused Plaintiff to suffer injuries and damages in an amount to be proven at trial.

49.

Defendants' negligence proximately caused Plaintiff to suffer injuries and sustain damages in an amount to be proven at trial.

50.

As a result of the negligence of Defendant Smith Transport and Defendant Tickle, Plaintiff suffered physical and mental pain, from which she still suffers, and she will continue to suffer from said pain in the future.

51.

As a further result of the negligence of Defendant Smith Transport and Defendant Tickle, Plaintiff suffered a diminishment in her capacity to work, labor and enjoy life, and Plaintiff seek damages for same.

52.

As a further result of the negligence of Defendant Smith Transport and Defendant Simmons, Plaintiff suffered special damages.

53.

As a further result of the negligence of Defendant Smith Transport and Defendant Tickle, Plaintiff suffered past, present, and future mental and physical pain and suffering.

54.

As a further result of the negligence of Defendant Smith Transport and Defendant Tickle, Plaintiff suffered shock, anxiety and worry.

55.

As a further result of the negligence of Defendant Smith Transport and Defendant Simmons, Plaintiff has incurred medical expenses in the amount as will be specially pled by amendment prior to trial.

WHEREFORE, Plaintiff prays for the following relief:

(a)     That summons and service of process issue in terms of law;

(b)     For a trial by jury;

(c)     That Plaintiff have and recover damages for her past, present, and future pain and suffering in an amount to be determined by the fair and enlightened conscience of an impartial jury;

(d)     That Plaintiff have and recover damages for all her special damages, including past, present and future medical expenses incurred as a result of her injuries in the amount as will be specially pled by amendment prior to trial;

(e)     That Plaintiff have and recover damages sufficient to compensate her fully, fairly and completely for all her losses compensable under Georgia law;

(h)     For such other and further relief as the Court shall deem just and proper.

Respectfully submitted this 12th day of April, 2023.

**BEY & ASSOCIATES, LLC**

/s/Shawn Richardson
N. JOHN BEY
Georgia Bar No. 118279
SHAWN RICHARDSON
Georgia Bar No. 603999
*Attorneys for Plaintiff*

191 Peachtree Street, NE, Ste. 3230
Atlanta, Georgia 30303
Telephone: (404) 344-4448
john@beyandassociates.com
shawn@beyandassociates.com

STATE COURT OF
DEKALB COUNTY, GA.
4/12/2023 1:17 PM
E-FILED
BY: Monica Gay

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

ROLANDA JOHNSON-SHORTER,

            **Plaintiff,**

**v.**

**SMITH TRANSPORT, INC., GERALD
TICKLE, ARCH INSURANCE
COMPANY, ABC ENTITY, and JOHN
DOE,**

            **Defendants.**

**CIVIL ACTION NO.**
23A01585

_____

## PLAINTIFF'S RULE 5.2 CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the

1. **PLAINTIFF'S FIRST REQUEST FOR ADMISSION OF FACTS TO DEFENDANT SMITH TRANSPORT, INC.,**
2. **PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT SMITH TRANSPORT, INC.,**
3. **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT SMITH TRANSPORT, INC.,**
4. **PLAINTIFF'S FIRST REQUEST FOR ADMISSION OF FACTS TO DEFENDANT ARCH INSURANCE COMPANY;**
5. **PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT ARCH INSURANCE COMPANY;**
6. **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ARCH INSURANCE COMPANY;**
7. **PLAINTIFF'S FIRST REQUEST FOR ADMISSION OF FACTS TO DEFENDNAT GERALD TICKLE;**
8. **PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT GERALD TICKLE; and**
9. **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT GERALD TICKLE;**

have been delivered to the Houston County Sheriff's Office or a duly appointed process server for

service on:

Smith Transport, Inc.
c/o J. Hatcher Graham, process agent
303 Pheasant Ridge
Warner Robins, Georgia 31088

and have been delivered with the Complaint and Summons in this case via certified mail return receipt requested pursuant to O.C.G.A. § 40-12-1 *et seq.* and to Georgia's Secretary of State for service on:

Gerald Tickle
196 Pluto Drive
Dryden, Virginia 24243

and have been delivered to the Gwinnett County Sheriff's Office or a duly appointed process server for service on:

Arch Insurance Company
c/o Corporation Service Company, registered agent
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

Respectfully submitted this 12th day of April, 2023.

**BEY & ASSOCIATES, LLC**

/s/Shawn Richardson
N. JOHN BEY
Georgia Bar No. 118279
SHAWN RICHARDSON
Georgia Bar No. 603999
*Attorneys for Plaintiff*

191 Peachtree Street, NE, Ste. 3230
Atlanta, Georgia 30303
Telephone: (404) 344-4448
john@beyandassociates.com
shawn@beyandassociates.com

Control Number : SOP-23088376

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

## CERTIFICATE OF ACKNOWLEDGEMENT

I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify under the seal of my office that copies of legal documents regarding service of process upon:

### Gerald Tickle

have been filed with the Secretary of State on 04/18/2023 pursuant to O.C.G.A. § 40-12-2 relating to the following matter:

Case: Rolanda Johnson-Shorter v. Gerald Tickle
Court: State Court of Dekalb County
Civil Action No.: 23A01585

Witness my hand and official seal in the City of Atlanta and the State of Georgia on 04/20/2023.



Brad Raffensperger
Secretary of State

**STATE COURT OF
DEKALB COUNTY, GA.
4/20/2023 11:36 AM
E-FILED
BY: Camille Boknight**



**OFFICE OF SECRETARY OF STATE**
CORPORATIONS DIVISION
2 Martin Luther King Jr. Dr.
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817

RECEIVED
SECRETARY OF STATE
INTAKE DIVISION

2023 APR 18  AM 10: 23

# SERVICE OF PROCESS, NOTICE, OR DEMAND
# ON THE SECRETARY OF STATE AS STATUTORY AGENT

1. **Case Information.** The service of process being made relates to the following proceeding:

   Style of Proceeding:  Rolanda Johnson-Shorter v. Smith Transport, et al
   (e.g. name of the plaintiff vs. name of the defendant, or In the matter of..., etc.)

   Civil Action No./File No.:  23A01585

   Court:  State Court of Dekalb County
   (The name of court the proceeding is pending in.)

2. **Statutory Authority.** Service is being made on the Secretary of State pursuant to the following Official Code of Georgia Annotated ("O.C.G.A.") section:

   ☐ O.C.G.A. § 9-11-4(e)(1)*        ☐ O.C.G.A. § 14-8-46(i)*        ☐ O.C.G.A. § 14-11-209(f)*
   ☐ O.C.G.A. § 14-2-1510(b)        ☐ O.C.G.A. § 14-8-50(c)        ☐ O.C.G.A. § 14-11-703(h)*
   ☐ O.C.G.A. § 14-2-1520(c)        ☐ O.C.G.A. § 14-8-52(d)        ☐ O.C.G.A. § 14-11-707(c)
   ☐ O.C.G.A. § 14-2-1531(d)        ☐ O.C.G.A. § 14-9-104(g)*      ☐ O.C.G.A. § 14-11-709(d)
   ☐ O.C.G.A. § 14-3-1510(b)        ☐ O.C.G.A. § 14-9-902.1(i)*    ☒ O.C.G.A. § 40-12-2*
   ☐ O.C.G.A. § 14-3-1520(c)        ☐ O.C.G.A. § 14-9-906          ☐ O.C.G.A. § 40-1-117
   ☐ O.C.G.A. § 14-3-1531(d)        ☐ Other: O.C.G.A.

   Note: Asterisk (*) denotes that a certified writing or affidavit is required.

3. **Defendant Information.** Pursuant to the foregoing statutory authority, the Secretary of State is being served as statutory agent for:

   Name of Business Entity or Individual:  Gerald Tickle

   Business Entity Control Number (if applicable):

   The registered agent's or defendant's address where service forwarded to or sheriff attempted service:

   196 Pluto Drive

   Dryden, Virginia 24243

4. **Filer's Information.** Person requesting service and to whom the Certificate of Acknowledgment or rejection/deficiency notice is to be sent:

   Name:  Shawn Richardson

   Address:  Bey & Associates

   191 Peachtree St, Suite 3200, Atlanta, GA 30303

   Email:  shawn@beyandassociates.com

Form SOP-1
(Rev.6/2018)

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

ROLANDA JOHNSON-SHORTER,

Plaintiff,

v.

SMITH TRANSPORT, INC., GERALD
TICKLE, ARCH INSURANCE
COMPANY, ABC ENTITY, and JOHN
DOE,

Defendants.

CIVIL ACTION NO.

23A01585

## PLAINTIFF'S AFFIDAVIT OF COMPLIANCE WITH O.C.G.A §§ 40-12-1, 40-12-2 & 45-13-26 FOR SERVICE ON NONRESIDENT MOTORIST

STATE OF GEORGIA
COUNTY OF BIBB

Personally appeared before the undersigned attesting officer duly authorized by law to administer oaths, Shawn Richardson, who being duly sworn states under oath as follows:

1.

I am Shawn Richardson, an attorney licensed to practice law in the State of Georgia.

2.

I represent Plaintiff Rolanda Johnson-Shorter in the above-styled case, and I am authorized to make this affidavit on behalf of Plaintiff Rolanda Johnson-Shorter.

3.

I am over the age of 18, of sound mind competent to make this affidavit, and my testimony is based upon my personal knowledge.

4.

On April 12, 2023, a Complaint in the above-styled case was filed the State Court of Dekalb.

5.

On April 14, 2023, I caused a copy of the Complaint and Summons, along with a copy of this Affidavit to be mailed for service on the Secretary of State pursuant to O.C.G.A §§ 40-12-1 and 40-12-2 via USPS certified mail No. 9402 8091 0515 6519 7013 31.

6.

On April 14, 2023, I mailed payment of the applicable fee to the Secretary of State for accepting any service of summons or other process under any statute providing for such service upon the Secretary of State pursuant to O.C.G.A. § 45-13-26.

7.

On April 14, 2023, I caused notice of such service on the Secretary of State, a copy of the Complaint with the Summons, a copy of this Affidavit and a copy of the other papers in the above captioned case to be sent by certified mail No. 9402 8091 0515 6519 7013 31 to Defendant Gerald Tickle at 196 Pluto Drive, Dryden, Virginia 24243.

FURTHER AFFIANT SAYTH NOT.

SHAWN RICHARDSON
Georgia Bar No. 603999
Attorney for Plaintiff

Sworn to and subscribed before me
this 14 day of April, 2023.

Victoria Morales

NOTARY PUBLIC



2

23A01585

No. _____

**Date Summons Issued and E-Filed**
4/12/2023

/s/ Monica Gay

_____

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**SUMMONS**

_ROLANDA JOHNSON-SHORTER_____

_____
Plaintiff's name and address

**vs.**

[ ] JURY

_SMITH TRANSPORT, INC., GERALD TICKLE,_

_and ARCH INSURANCE COMPANY_____
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT**
**ARCH INSURANCE COMPANY:**
You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:
_Shawn Richardson, Bey & Associates, LLC_____
Name
_191 Peachtree Street NE, Suite 3200, Atlanta, GA 30303_____
Address
_404-344-4448_____  _603999_____
Phone Number                                          Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____       _____
Defendant's Attorney                                 Third Party Attorney

_____       _____
Address                                                      Address

_____       _____
Phone No.                    Georgia Bar No.        Phone No.              Georgia Bar No.

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability          Principal $ _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability          Interest $ _____
☐ Other

Atty Fees $ _____

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
☒ **(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

23A01585

No. _____

**Date Summons Issued and E-Filed**

4/12/2023

/s/ Monica Gay

_____

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**SUMMONS**

___ROLANDA JOHNSON-SHORTER_____

_____
Plaintiff's name and address

vs.

[ ] JURY

___SMITH TRANSPORT, INC., GERALD TICKLE,

__and ARCH INSURANCE COMPANY_____
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT**
**SMITH TRANSPORT, INC.:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

_Shawn Richardson, Bey & Associates, LLC_____
Name
191 Peachtree Street NE, Suite 3200, Atlanta, GA 30303_____

Address

_404-344-4448_____                603999_____
Phone Number                                     Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

| Defendant's Attorney | | Third Party Attorney | |
|---|---|---|---|
| Address | | Address | |
| Phone No. | Georgia Bar No. | Phone No. | Georgia Bar No. |

**TYPE OF SUIT**

☒Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☐Other

Principal $ _____

Interest $ _____

Atty Fees $ _____

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
☒(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

STATE COURT OF
DEKALB COUNTY, GA.
E-file summons1-2016   4/12/2023 1:17 PM
E-FILED
BY: Monica Gay

23A01585

No. _____

**Date Summons Issued and E-Filed**

4/12/2023

~~/s/ Monica Gay~~

_____

Deputy Clerk

Deposit Paid $ _____

## STATE COURT OF DEKALB COUNTY
### GEORGIA, DEKALB COUNTY

**SUMMONS**

___ROLANDA JOHNSON-SHORTER___

_____

Plaintiff's name and address

**vs.**

**[ ] JURY**

___SMITH TRANSPORT, INC., GERALD TICKLE,___

___and ARCH INSURANCE COMPANY___
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT**
**GERALD TICKLE:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

___Shawn Richardson, Bey & Associates, LLC_____
Name
191 Peachtree Street NE, Suite 3200, Atlanta, GA 30303
Address
___404-344-4448_____        603999_____
Phone Number                                Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____        _____
Defendant's Attorney                    Third Party Attorney

_____        _____
Address                                 Address

_____        _____
Phone No.            Georgia Bar No.    Phone No.           Georgia Bar No.

**TYPE OF SUIT**

[X]Personal Injury □ Products Liability        Principal $ _____
□ Contract □ Medical Malpractice
□ Legal Malpractice □ Product Liability         Interest $ _____
□Other
                                                Atty Fees $ _____

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
[X](Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

ROLANDA JOHNSON-SHORTER,

Plaintiff,

v.

SMITH TRANSPORT, INC., GERALD
TICKLE, ARCH INSURANCE
COMPANY, ABC ENTITY, and JOHN
DOE,

Defendants.

CIVIL ACTION NO.
23A01585

JURY TRIAL DEMAND

## COMPLAINT

COMES NOW Plaintiff Rolanda Johnson-Shorter (herein "Plaintiff") and files this, her Complaint against Defendants Smith Transport, Inc., Gerald Tickle, and Arch Insurance Company (collectively referred to herein as "Defendants"), and respectfully shows to the Court the following:

1.

Plaintiff is a resident of Dekalb County, Georgia and submits to the jurisdiction and venue of this Court by the filing of this action.

2.

Defendant Smith Transport, Inc. (herein "Defendant Smith Transport") is a foreign corporation organized and existing under the law of the State of Pennsylvania with its principal place of business located in Blair County, Pennsylvania.

3.

Upon information and belief, Defendant Smith Transport may be served with Summons and Complaint by serving its Process Agent, J. Hatcher Graham, at 303 Pheasant Ridge, Warner Robins, Georgia 31088, or wherever he may be found.

STATE COURT OF
DEKALB COUNTY, GA.
4/12/2023 1:17 PM
E-FILED
BY: Monica Gay

4.

Defendant Smith Transport is subject to the jurisdiction and venue of this Court pursuant to Ga. Cont. Art. VI, § II, ¶¶ VI,IV, O.C.G.A. §§ 40-1-117, 14-2-510, 40-2-140 and other applicable law.

5.

Defendant Smith Transport's United States Department of Transportation Carrier Number is 246204.

6.

Defendant Smith Transport is a "motor contract carrier" or a "motor common carrier."

7.

Defendant Smith Transport is engaged in interstate trucking commerce.

8.

On June 22, 2021, Defendant Smith Transport had an active authority status with the Federal Motor Carrier Safety Administration.

9.

On June 22, 2021, Defendant Smith Transport was licensed and insured in accordance with Federal Motor Carrier Safety Administration rules and regulations.

10.

Defendant Smith Transport was insured by a policy of indemnity insurance with Arch Insurance Company that provided insurance coverage that was in effect on June 22, 2021.

11.

Arch Insurance Company is a New Jersey company authorized to transact business in the State of Georgia.

- 2 -

12.

Upon information and belief, Arch Insurance Company may be served with Summons and Complaint by serving its Registered Agent, Corporation Service Company, at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

13.

Arch Insurance Company is named as a Defendant in this case by virtue of the fact that it issued a policy of indemnity insurance to Defendant Smith Transport at the time of the wreck at issue.

14.

If a policy of indemnity insurance is given in lieu of bond, it shall be permissible to join the motor carrier and the insurance carrier in the same action, whether arising in tort or contract. O.C.G.A. § 40-1-112(c).

15.

Arch Insurance Company is not a joint tortfeasor.   Arch Insurance Company is joined by virtue of its contractual obligation to pay for the negligence of the motor carrier and the agents, employees, drivers, and servants of its insured

16.

Pursuant to O.C.G.A. § 40-1-140 and/or 40-1-112(c) and other applicable law, Defendant Arch Insurance Company is hereby joined with Defendant Smith Transport in this action, as it is permissible to join the motor carrier and the insurance carrier in the same action, whether arising in tort or contract.

17.

Defendant Arch Insurance Company, at all times pertinent to this action, has had at least one agent or place of doing business in Dekalb County, Georgia.

18.

At all times pertinent to this action Defendant Arch Insurance Company insurance policies were sold by one or more independent agents who maintained offices in Dekalb County, Georgia.

19.

Pursuant to O.C.G.A. § 33-4-1 and other applicable law, jurisdiction and venue with respect to Defendant Arch Insurance Company is proper in Dekalb County, Georgia, as Defendant Arch Insurance Company has an agent or place of doing business in Dekalb County, Georgia, O.C.G.A. § 33-4-1(2), and/or had an agent or place of doing business in Dekalb County, Georgia at the time of the accident, O.C.G.A. § 33-4-1(3).

20.

Upon information and belief, Defendant Gerald Tickle (hereinafter "Defendant Tickle") is a resident of Lee County, Virginia and is subject to the jurisdiction and venue of this Court pursuant to the Georgia Constitution and other applicable law.

21.

Upon information and belief, Defendant Tickle may be served with process at 196 Pluto Drive, Dryden, Virginia 24243 pursuant to the Nonresident Motorist Act, O.C.G.A. § 40-12-1, *et seq.* and other applicable law.

22.

By virtue of the facts and allegations herein, the above-named Defendant Tickle is subject to the jurisdiction and venue of this Court.

23.

Upon information and belief, Defendant ABC Entity is an unidentified entity, company, LLC, LLP, partnership or corporation that has or whose agents, officers, or employees have any fault directly or indirectly, that contributed to the acts and omissions that gave rise to this

- 4 -

occurrence.

24.

Defendant ABC Entity is subject to the jurisdiction and venue of this Court.

25.

Defendant John Doe is an unidentified person(s) whose, fault, directly or indirectly, contributed to cause the injuries to Plaintiff.

26.

Among other acts and omissions, Defendant John Doe has or his officers, agents or employees have fault, directly or indirectly, for the acts and omissions that gave rise to this occurrence.

27.

Defendant John Doe is subject to the jurisdiction and venue of this Court.

28.

By virtue of the facts and allegations herein, the above-named Defendants are subject to the jurisdiction and venue of this Court.

29.

On June 22, 2021, Plaintiff was traveling eastbound on Interstate 20 in Dekalb County, Georgia.

30.

At the same time, Defendant Tickle was traveling east on Interstate 20 in the lane next to Plaintiff's vehicle in a tractor trailer owned by Defendant Smith Transport.

31.

Defendant Tickle merged into Plaintiff's lane of travel causing the tractor trailer he was operating to wreck into the side of Plaintiff's vehicle.

32.

At all times relevant to this Complaint, Plaintiff exercised due care for her safety and the safety of others.

33.

Defendant Tickle breached his duty to exercise ordinary care and diligence to avoid the wreck at issue.

24.

Defendant Tickle negligently wrecked the motor carrier he was operating into the vehicle Plaintiff was driving.

35.

Defendant Tickle was negligent in improperly changing lanes.

36.

Defendant Tickle was negligent in that he failed to keep the motor carrier he was operating under proper control.

37.

Defendant Tickle was negligent in that he breached his duty to keep a proper lookout for the vehicle Plaintiff was operating.

38.

Defendant Simmons violated O.C.G.A. § 40-6-123a by improper lane change, the same being negligence per se.

39.

By merging into Plaintiff's lane of travel, Defendant Tickle violated and failed to comply with the Federal Motor Carrier Safety Regulations.

40.

Defendant Tickle was otherwise negligent.

41.

On June 22, 2021, Defendant Tickle was an employee of Defendant Smith Transport.

42.

At the time of the June 22, 2021 wreck, Defendant Tickle was acting in the course and scope of his employment with Defendant Smith Transport and furthering the business of Defendant Smith Transport.

43.

Defendant Smith Transport is vicariously liable for the negligence of Defendant Tickle as alleged herein.

44.

Pursuant to the principles of *respondeat superior*, Defendant Smith Transport is liable for the torts committed by Defendant Tickle while he was acting within the scope of his employment.

45.

Upon information and belief, Defendant Smith Transport was negligent under the Doctrine of Negligent Entrustment.

46.

Upon information and belief, Defendant Smith Transport was negligent in its hiring, retaining, training, controlling and supervising of Defendant Pickle.

47.

Plaintiff could not observe the danger created by the negligence of Defendant Smith Transport and/or Defendant Tickle in time to avoid being injured.

- 7 -

48.

The negligence of Defendant Smith Transport and Defendant Tickle, individually and concurrently, proximately caused Plaintiff to suffer injuries and damages in an amount to be proven at trial.

49.

Defendants' negligence proximately caused Plaintiff to suffer injuries and sustain damages in an amount to be proven at trial.

50.

As a result of the negligence of Defendant Smith Transport and Defendant Tickle, Plaintiff suffered physical and mental pain, from which she still suffers, and she will continue to suffer from said pain in the future.

51.

As a further result of the negligence of Defendant Smith Transport and Defendant Tickle, Plaintiff suffered a diminishment in her capacity to work, labor and enjoy life, and Plaintiff seek damages for same.

52.

As a further result of the negligence of Defendant Smith Transport and Defendant Simmons, Plaintiff suffered special damages.

53.

As a further result of the negligence of Defendant Smith Transport and Defendant Tickle, Plaintiff suffered past, present, and future mental and physical pain and suffering.

54.

As a further result of the negligence of Defendant Smith Transport and Defendant Tickle, Plaintiff suffered shock, anxiety and worry.

55.

As a further result of the negligence of Defendant Smith Transport and Defendant Simmons, Plaintiff has incurred medical expenses in the amount as will be specially pled by amendment prior to trial.

WHEREFORE, Plaintiff prays for the following relief:

(a)     That summons and service of process issue in terms of law;

(b)     For a trial by jury;

(c)     That Plaintiff have and recover damages for her past, present, and future pain and suffering in an amount to be determined by the fair and enlightened conscience of an impartial jury;

(d)     That Plaintiff have and recover damages for all her special damages, including past, present and future medical expenses incurred as a result of her injuries in the amount as will be specially pled by amendment prior to trial;

(e)     That Plaintiff have and recover damages sufficient to compensate her fully, fairly and completely for all her losses compensable under Georgia law;

(h)     For such other and further relief as the Court shall deem just and proper.

Respectfully submitted this 12th day of April, 2023.

**BEY & ASSOCIATES, LLC**

/s/Shawn Richardson
N. JOHN BEY
Georgia Bar No. 118279
SHAWN RICHARDSON
Georgia Bar No. 603999
*Attorneys for Plaintiff*

191 Peachtree Street, NE, Ste. 3230
Atlanta, Georgia 30303
Telephone: (404) 344-4448
john@beyandassociates.com
shawn@beyandassociates.com

STATE COURT OF
DEKALB COUNTY, GA.
4/12/2023 1:17 PM
E-FILED
BY: Monica Gay

Sheriff Number: 23012763    Court Case Number: 23A01585
Date Received: 4/19/2023 Time: 10:09 AM
Special Service Inst:

State of Georgia
Gwinnett County

ATTORNEY'S ADDRESS

BEY AND ASSOCIATES LLC
191 PEACHTREE ST NE
BEY & ASSOCIATES LLC
STE 3230

ROLANDA JOHNSON-SHORTER
PLAINTIFF
VS.
SMITH TRANSPORT, INC; GERALD TICKLE; ET AL
DEFENDANT

NAME AND ADDRESS OF PARTY TO BE SERVED

ARCH INSURANCE COMPANY
2 SUN CT STE 400
PEACHTREE CORNERS, GA 30092

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐    Sex_____ Skin Color_____ Hair Color_____ Age_____ Hgt_____ Wgt_____
I have this day served the defendant_____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving a copy of the action and
summons at his most notorious place in this County.

Delivered same into the hands of _____ described as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HGT | WGT |
|-----|------------|------------|-----|-----|-----|

**CORPORATION** ☒
I have this day served the _Arch Insurance Company_____ a corporation by leaving a copy of
the within action and summons with _____Alisha Smith_____ in charge of the office and place of
doing business of said Corporation in this County.

**TACK AND MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the
defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found
in the jurisdiction of this Court.

**SPECIAL PROCESS**

**COMMENTS**

Date: 04-20-2023

Time:_____

Sgt. Collin, SO 500
Deputy Sheriff

STATE COURT OF
DEKALB COUNTY, GA.
4/28/2023 3:03 PM
E-FILED
BY: Camille Boknight

GWINNETT COUNTY GEORGIA