## Case Information

23A01585 | ROLANDA JOHNSON-SHORTER VS Smith Transport, Inc.,Gerald TickleET AL

| Case Number | Court | Judicial Officer |
|---|---|---|
| 23A01585 | Division 1 | Wong, Alvin T |
| **File Date** | **Case Type** | **Case Status** |
| 04/12/2023 | Personal Injury | Open |

## Party

**Plaintiff**
JOHNSON-SHORTER, ROLANDA

**Active Attorneys** ▼
Lead Attorney
Richardson, Shawn T
Retained

**Defendant**
Smith Transport, Inc.

**Address**
c/o J. Hatcher Graham, Process Agent
303 Pheasant Ridge
Warner Robins GA 31088

**Defendant**
Tickle, Gerald

**Address**
196 Pluto Drive
Dryden VA 24243

**Defendant**
Arch Insurance Company

Address
c/o Corporation Service Company, registered agent
2 Sun Court, Suite 400
Peachtree Corners GA 30092

## Events and Hearings

**04/12/2023 General Civil Information Form** ▼

Comment
Info Sheet

**04/12/2023 Summons** ▼

Comment
Summons - Arch

**04/12/2023 Summons** ▼

Comment
Summons - Smith

**04/12/2023 Summons** ▼

Comment
Summons - Tickle

**04/12/2023 Complaint** ▼

Comment
Complaint

**04/12/2023 Certificate of Service** ▼

Comment
COS

**04/20/2023 Certificate** ▼

Comment
Secretary of State Certificate of Acknowledgement

**04/28/2023 Entry of Service** ▼

**Comment**
Sheriff's entry of service - arch insurance

---

## Financial

JOHNSON-SHORTER, ROLANDA

| | | | |
|---|---|---|---|
| Total Financial Assessment | | | $242.00 |
| Total Payments and Credits | | | $242.00 |
| 4/12/2023 | Transaction Assessment | | $242.00 |
| 4/12/2023 | eFile Payment | Receipt # 2023-26286 | JOHNSON-SHORTER, ROLANDA | ($242.00) |