Sheriff Number: 23012763    Court Case Number: 23A01585
Date Received: 4/19/2023 Time: 10:09 AM
Special Service Inst:

State of Georgia
Gwinnett County

ATTORNEY'S ADDRESS

BEY AND ASSOCIATES LLC
191 PEACHTREE ST NE
BEY & ASSOCIATES LLC
STE 3230

ROLANDA JOHNSON-SHORTER
PLAINTIFF
VS.
SMITH TRANSPORT, INC; GERALD TICKLE; ET AL
DEFENDANT

NAME AND ADDRESS OF PARTY TO BE SERVED

ARCH INSURANCE COMPANY
2 SUN CT STE 400
PEACHTREE CORNERS, GA 30092

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐   Sex___ Skin Color___ Hair Color___ Age___ Hgt___ Wgt___
I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place in this County.

Delivered same into the hands of _____ described as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HGT | WGT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**CORPORATION** ☒
I have this day served the _Arch Insurance Company_ a corporation by leaving a copy of the within action and summons with _Alisha Smith_ in charge of the office and place of doing business of said Corporation in this County.

**TACK AND MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

**SPECIAL PROCESS**

**COMMENTS**

Date: 04-20-2023
Time: _____

Sgt. Collin, SO 500
Deputy Sheriff

STATE COURT OF
DEKALB COUNTY, GA.
4/28/2023 3:03 PM
E-FILED
BY: Camille Boknight
GWINNETT COUNTY GEORGIA