# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 05/12/2022 06:59:45

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | Smith Transport PA, Inc. |
| **CONTROL NUMBER** | : | 20205616 |
| **BUSINESS TYPE** | : | Foreign Profit Corporation |
| **JURISDICTION** | : | Pennsylvania |
| **ANNUAL REGISTRATION PERIOD** | : | 2022 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 153 Smith transport Road, Roaring Spring, PA, 16673, USA |
| **REGISTERED AGENT NAME** | : | C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : | 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| John T. Popies | CFO | 153 Smith Transport Rd, Roaring Spring, PA, 16673, USA |
| John T. Popies | Secretary | 153 Smith Transport Rd, Roaring Spring, PA, 16673, USA |
| Todd A. Smith | CEO | 153 Smith Transport Rd, Roaring Spring, PA, 16673, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 153 Smith transport Road, Roaring Spring, PA, 16673, USA |
| **REGISTERED AGENT NAME** | : | C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : | 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| John T. Popies | CFO | 153 Smith Transport Rd, Roaring Spring, PA, 16673, USA |
| John T. Popies | Secretary | 153 Smith Transport Rd, Roaring Spring, PA, 16673, USA |
| Todd A. Smith | CEO | 153 Smith Transport Rd, Roaring Spring, PA, 16673, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | John T. Popies |
| **AUTHORIZER TITLE** | : | Officer |