# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 01/20/2023 10:35:53

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | ARCH INSURANCE COMPANY |
| **CONTROL NUMBER** | : | J450752 |
| **BUSINESS TYPE** | : | Foreign Insurance Company |
| **JURISDICTION** | : | Missouri |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | Harborside 3, 210 Hudson Street, Suite 300, Jersey City, NJ, 07311, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| John P Mentz | CEO | Harborside 3, 210 Hudson Street, Suite 300, Jersey City, NJ, 07311, USA |
| Melissa B Gilligan | Secretary | 185 Asylum Street, CityPlace II, 16th Floor, Hartford, CT, 06103, USA |
| Regan A Shulman | Secretary | Harborside 3, 210 Hudson Street, Suite 300, Jersey City, NJ, 07311, USA |
| Thomas J Ahern | CFO | Harborside 3, 210 Hudson Street, Suite 300, Jersey City, NJ, 07311, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | Harborside 3, 210 Hudson Street, Suite 300, Jersey City, NJ, 07311, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Melissa B Gilligan | Secretary | 185 Asylum Street, CityPlace II, 16th Floor, Hartford, CT, 06103, USA |
| Regan A Shulman | Secretary | Harborside 3, 210 Hudson Street, Suite 300, Jersey City, NJ, 07311, USA |
| Thomas J Ahern | CFO | Harborside 3, 210 Hudson Street, Suite 300, Jersey City, NJ, 07311, USA |
| Brian D First | CEO | 185 Asylum Street, CityPlace II, 16th Floor, Hartford, CT, 06103, USA |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Barbara Lee |
| **AUTHORIZER TITLE** | : Authorized Person |