# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ESTHER HILL,<br><br>     Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and ONEMAIN FINANCIAL GROUP, LLC,<br><br>     Defendants. | Case No.:<br><br>**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Rule 3.3, Plaintiff Esther Hill hereby submits her Certificate of Interested Parties and Corporate Disclosure Statement:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of this party:

   Esther Hill – Plaintiff

   Experian Information Solutions, Inc. – Defendant

   OneMain Financial Group, LLC – Defendant

1

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest in which could be substantially affected by the outcome of this particular case:

   N/A

3. The undersigned further certifies that the following is a full and complete list of the persons serving as attorneys for the parties in this proceeding:

   **CONSUMER ATTORNEYS**
   Jenna Dakroub, GA # 385021
   8245 N. 85th Way
   Scottsdale, AZ 85258
   Telephone: (602) 807-1525
   Fax: (718) 715-1750
   E: jdakroub@consumerattorneys.com

   RESPECTFULLY SUBMITTED this 22nd day of May 2023.

   By: s/Jenna Dakroub
   Jenna Dakroub
   Bar Number: 385021
   **CONSUMER ATTORNEYS**
   8245 N. 85th Way
   Scottsdale, AZ 85258
   Telephone: (602) 807-1525
   Fax: (718) 715-1750
   E: jdakroub@consumerattorneys.com
   *Attorneys for Plaintiff Esther Hill*
