E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-02472-S3**
**4/28/2023 11:11 AM**
**TIANA P. GARNER, CLERK**

## Rogers County Sheriff's Office Return of Service

Central Mutual Insurance Co
**Plaintiff**

Case # 23-C-02472-S3

VS

Melton Truck lines
**Defendant**

County, State Gwinnett Co Georgia

Received on the __20__ day of __April__, 20_23_ and served same by:

__X__ Personal service to _Mike (Attorney)_

_____ Posting a true and correct copy of this order at the usual place of residence located at:

_____.

_____ Substitute service to _____, for _____ defendant, who was over the age of 15 and present at the address given as the defendants service address.

*Person receiving substitute service was related to defendant by:

_____ Spouse/Partner

_____ Parent

_____ Son/Daughter

_____ Roommate

_____ Other: Specify _____

_____ Serving _____, DBA as _____ for
                                                                   Title

_____.
Name of Company

_____ Cannot locate the above named person within Rogers County

Dated this __21__ day of __April__ .20_23_ at __11:28__ (AM)/PM

Mileage _____

Scott Walton
Scott Walton, Sheriff

Total _____

Deputy Sheriff

| Date | Time | Location | Officer | Served/Not served |
|------|------|----------|---------|-------------------|
| 4/21 | 1128 | 808 N. 161st E Ave Tulsa OK 74116 | 35 | Served |
|      |      |          |         |                   |
|      |      |          |         |                   |
|      |      |          |         |                   |