SHERIFF'S ENTRY OF SERVICE SC-85-2

Civil Action No. 23-C-02472-S3

Date Filed 4-14-23

| | |
|---|---|
| Superior Court | ☐ |
| State Court | ☒ |
| Juvenile Court | ☐ |
| Magistrate Court | ☐ |
| Probate Court | ☐ |

Georgia, **Gwinnett** COUNTY

**Attorney:**
Ronald W. Parnell, Plaintiff's Attorney
Our File #316-1034
P. O. Box 81085
Conyers, GA 30013
770-929-8585 (GA BAR #564450)

**Plaintiff:**
Central Mutual Insurance Company a/s/o
First Choice Industrial LLC
(Our File #316-1034)
VS

**Plaintiff**

**Defendant:**
TForce Freight, Inc.
R/A: CSC of Cobb County, Inc.
192 Anderson St SE, Ste 125
Marietta, GA 30060

**Defendant**

**Name and Address of Party to be Served.**

Defendant:
TForce Freight, Inc.
R/A: CSC of Cobb County, Inc.
192 Anderson St SE, Ste 125
Marietta, GA 30060

Cobb Co.

**Includes:**
Summons and Complaint

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
23-C-02472-S3
5/5/2023 3:42 PM
TIANA P. GARNER, CLERK

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant **CSC of COBB County** a corporation by leaving a copy of the within action and summons with **Terri Thompson** in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **27** day of **Apr**, 20 **23**.

Dees 18053

**DEPUTY**