**SHERIFF'S ENTRY OF SERVICE**

| | |
|---|---|
| Civil Action No. 23-C-02472-S3 | Superior Court ☐  Magistrate Court ☐ |
| | State Court ☒  Probate Court ☐ |
| Date Filed 4-14-23 | Juvenile Court ☐ |
| | Georgia, Gwinnett COUNTY |

Attorney: Ronald W. Parnell, Plaintiff's Attorney
Our File #316-1034
P. O. Box 81085
Conyers, GA 30013
770-929-8585 (GA BAR #564450)

**Plaintiff:**
Central Mutual Insurance Company a/s/o
First Choice Industrial LLC
(Our File #316-1034)                     Plaintiff

VS

**Defendant:**
Echo Global Logistics, Inc.
R/A: Corporation Service Company
2 Sun Court, Ste 400
Peachtree Corners, GA 30092             Defendant

**Name and Address of Party to be Served.**

Defendant:
Echo Global Logistics, Inc.
R/A: Corporation Service Company
2 Sun Court, Ste 400
Peachtree Corners, GA 30092

**Includes:** Summons and Complaint

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant **Echo Global Logistics, Inc.** a corporation by leaving a copy of the within action and summons with **Alisha Smith** in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 20 day of Apr, 2023.

Sgt. Collins SO 500
DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT