Case 1:23-mi-99999-UNA   Document 1655-6   Filed 05/22/23   Page 1 of 3

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-02472-S3**
**5/22/2023 12:47 PM**
**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **CENTRAL MUTUAL INSURANCE COMPANY a/s/o FIRST CHOICE INDUSTRIAL LLC (OUR FILE #316-1034),**<br><br>Plaintiff,<br><br>vs.<br><br>**ECHO GLOBAL LOGISTICS, INC., MELTON TRUCK LINES, INC., TFORCE FREIGHT, INC.**<br><br>Defendants. | CIVIL ACTION FILE NO.: 23-C-02472-S3<br><br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

The undersigned counsel, **Amanda Matthews** and **Jessica A. Seares,** with the firm Nall & Miller, LLP, 235 Peachtree St., N.E., North Tower, Suite 1500, Atlanta, GA 30303, Phone: 404-522-2208, E-Mail: amatthews@nallmiller.com; and jseares@nallmiller.com hereby enter their appearances as counsel for Defendant Melton Truck Lines, Inc. Please include Ms. Matthews and Ms. Seares on all future notices, including those via ECF, concerning this case.

This 22nd day of May 2023.

*[Signature on next page]*

997035v.1

| | |
|---|---|
| | **NALL & MILLER, LLP** |
| 235 Peachtree Street NE,<br>North Tower, Suite 1500<br>Atlanta, Georgia 30303<br>amatthews@nallmiller.com<br>jseares@nallmiller.com | **BY:**/s/ *Amanda Matthews*<br>**AMANDA MATTHEWS**<br>Georgia Bar No. 474951<br>**JESSICA A. SEARES**<br>Georgia Bar No. 852957 |
| | *ATTORNEYS FOR DEFENDANT MELTON TRUCK LINES, INC.* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a copy of the within and foregoing ***ENTRY OF APPEARANCE OF AMANDA MATTHEWS AND JESSICA A. SEARES*** was served electronically by operation of the Court's electronic filing system [Odyssey E-File GA] to the following attorney(s) of record:

Ronald W. Parnell
Ronald W. Parnell, PC
Post Office Drawer 81085
Conyers, Georgia 30013
rwp@rwpsubro.com
*Attorney for Plaintiff*

This 22nd day of May, 2023.

| | |
|---|---|
| 235 Peachtree Street, N.E. | **NALL & MILLER, LLP** |
| North Tower, Suite 1500 | |
| Atlanta, Georgia 30303 | **BY:**/s/ *Amanda Matthews*_____ |
| Phone:  404-522-2200 | **AMANDA MATTHEWS** |
| Fax:     404-522-2208 | Georgia Bar No. 474951 |
| Emails: amatthews@nallmiller.com | **JESSICA A. SEARES** |
| jseares@nallmiller.com | Georgia Bar No. 852957 |
| | |
| | ***ATTORNEYS FOR DEFENDANT MELTON TRUCK LINES, INC.,*** |

3

997035v.1