

Exhibit "A"

# Notice of Service of Process

null / ALL
Transmittal Number: 26820791
Date Processed: 04/26/2023

| | |
|---|---|
| **Primary Contact:** | Sandra Adams<br>United Services Automobile Association<br>9800 Fredericksburg Rd<br>San Antonio, TX 78288-0002 |
| **Electronic copy provided to:** | Griselda Mejia<br>Carmen Solis<br>Debra Brake<br>Ruby Esquivel<br>Danielle Lopez |
| **Entity:** | Garrison Property and Casualty Insurance Company<br>Entity ID Number  3692001 |
| **Entity Served:** | Garrison Property And Casualty Insurance Company |
| **Title of Action:** | Berit Browning vs. Garrison Property And Casualty Insurance Company |
| **Matter Name/ID:** | Berit Browning vs. Garrison Property And Casualty Insurance Company (13985717) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Fulton County Superior Court, GA |
| **Case/Reference No:** | 2023CV379268 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 04/26/2023 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Fellows Labriola LLP<br>404-586-9200 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

USAA Confidential

Fulton County Superior Court
\*\*\*EFILED\*\*\*TV
Date: 4/25/2023 3:16 PM
Cathelene Robinson, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
### SUMMONS

| | |
|---|---|
| **Berit Browning** | ) Case No.: 2023CV379268 |
| Plaintiff, | ) |
| vs. | ) |
| Garrison Property and Casualty Insurance Company | ) |
| Defendant | ) |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylerhost.net/ofsweb (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

Ethan M. Knott, Esq.
Fellows LaBriola LLP
233 Peachtree Street NE, Suite 2400, Atlanta, GA 30303

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This _____4/25/2023_____ day of _____, 20 _____

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court
By _____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20 _____

Deputy Sherriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

0901119cb669f9fa

USAA Confidential

Fulton County Superior Court
***EFILED***TV
Date: 4/25/2023 3:16 PM
Cathelene Robinson, Clerk

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of __Fulton__ County

| For Clerk Use Only | |
|---|---|
| Date Filed __4/25/2023__ MM-DD-YYYY | Case Number __2023CV379268__ |

**Plaintiff(s)**
Browning, Berit
Last   First   Middle I.   Suffix   Prefix

**Defendant(s)**
Garrison Property and Casualty Insurance Company
Entity

**Plaintiff's Attorney** __Ethan M. Knott__   **State Bar Number** __737481__   Self-Represented ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☒ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number                Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

0901119cb669f9fa                         USAA Confidential

Fulton County Superior Court
\*\*\*EFILED\*\*\*TV
Date: 4/25/2023 3:16 PM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| BERIT BROWNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 2023CV379268 |
| GARRISON PROPERTY AND | ) | |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Berit Browning hereby files this Complaint against Garrison Property and Casualty Insurance Company ("USAA") as follows:

### Nature of the Action

1. This is an insurance coverage action brought by an insured (Ms. Browning) against her insurer (USAA) under a Homeowners Policy. This case arises from USAA's refusal to provide coverage for and pay all amounts for all losses Ms. Browning has suffered, which fall squarely within the Homeowners Policy.

### Parties

2. Berit Browning is an individual who resides in Atlanta, Georgia.

3. USAA is an insurance company organized and existing under the laws of the State of Texas with its principal place of business in Texas. USAA is licensed to do business in the State of Georgia as a foreign insurance company with an agent for acceptance of process.

0901119cb669f9fa

USAA Confidential

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction over this action, and this Court has personal jurisdiction over USAA.

5. Venue is proper in this Court because this is an action based on a contract; the contract to be enforced was made in and was to be performed in Fulton County, Georgia; and USAA transacts business in Fulton County, Georgia.

## General Allegations

6. Ms. Browning owns a townhome located at 3541 Roswell Rd. NE, Unit 24, Atlanta, Georgia 30305 ("Property").

7. USAA issued Homeowners Policy No. GAR 02289 92 14 91A to Ms. Browning for the policy period of August 19, 2020 to August 19, 2021 (the "Policy").

8. At all times material hereto, under the Policy, Ms. Browning was an insured and the Property was the "residence premises."

9. On May 2, 2021, the Atlanta area suffered severe storms.

10. The Property sustained accidental direct physical loss as a result of the storms. Ms. Browning also suffered direct physical loss to tangible personal property.

11. Ms. Browning provided timely notice of the claim to USAA, which assigned Ms. Browning's loss as Claim No. 022899214-001 ("Claim").

12. After investigating the Claim, USAA agreed that Ms. Browning had covered losses under Coverage A – Dwelling Protection, Coverage C – Personal Property Protection, and Coverage D – Loss of Use Protection of the Policy.

13. However, on September 21, 2021, USAA improperly denied a part of Ms. Browning's covered loss under Coverage A "for damage to the roof deck tile and roofing structure."

0901119cb669f9fa

USAA Confidential

- 3 -

14. Additionally, USAA has failed to pay Ms. Browning for the full amount of her losses under Coverage A, Coverage C, and Coverage D.

15. To date, USAA has not agreed to provide coverage for Ms. Browning's entire claim.

16. As a result of USAA's failure to acknowledge and pay the entire claim, Ms. Browning was forced to retain counsel to prosecute this action.

## Count I
## (Breach of Contract)

17. Ms. Browning hereby incorporates by reference the allegations set forth in Paragraphs 1 through 16 above.

18. The Policy constitutes a valid and enforceable contract between Ms. Browning and USAA.

19. Ms. Browning fully and completely performed her obligations under the Policy.

20. Any and all conditions precedent to USAA's performance of its contractual duties and obligations under the Policy have been satisfied, performed, waived, or excused.

21. USAA materially breached the Policy by, among other acts, (1) failing to provide coverage for Ms. Browning's entire Claim and (2) failing to pay all amounts for the losses under the Claim for which coverage is not disputed.

22. As a direct and proximate result of USAA's material breaches of the Policy, Ms. Browning has incurred costs and damages in an amount to be proven at trial.

0901119cb669f9fa

USAA Confidential

## Count II
### (Expenses of Litigation – O.C.G.A. § 13-6-11)

23.  Ms. Browning hereby incorporates by reference the allegations set forth in Paragraphs 1 through 16 above.

24.  USAA has acted in bad faith, has been stubbornly litigious, and/or has caused Ms. Browning unnecessary trouble and expense, and Ms. Browning is entitled to recover from USAA all expenses of litigation, including attorney fees.

### PRAYER FOR RELIEF

WHEREFORE, Ms. Browning respectfully prays for the following relief against USAA:

   a.  A trial by jury on all issues so triable.

   b.  A judgment in Ms. Browning's favor and against USAA for breach of contract in an amount to be proven at trial.

   c.  A judgment in Ms. Browning's favor and against USAA, which awards Ms. Browning the attorneys' fees and costs that she incurred in prosecuting this action; and

   d.  Such other relief as this Court deems just and proper.

### JURY DEMAND

Ms. Browning demands a jury trial on all issues and counts so triable.

Respectfully submitted this 25th day of April, 2023.

FELLOWS LaBRIOLA LLP

/s/ Ethan M. Knott
Ethan M. Knott
eknott@fellab.com
Georgia Bar No. 737481
Suite 2400 Harris Tower

USAA Confidential

233 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200

0901119cb669f9fa    USAA Confidential

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing Complaint on the court docket and will serve a copy of the same on the Defendant consistent with Georgia's Civil Practice Act.

Respectfully submitted, this 25th day of April, 2023.

*/s/ Ethan M. Knott*
Ethan M. Knott

0901119cb669f9fa    USAA Confidential