Exhibit "B"

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BERIT BROWNING,<br><br>    Plaintiff,<br><br>v.<br><br>GARRISON PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO.: 2023CV379268 |

**NOTICE OF FILING NOTICE OF REMOVAL**

COMES NOW Defendant, Garrison Property and Casualty Insurance Company ("Garrison"), by and through the undersigned counsel, and hereby notifies all parties and the Court pursuant to 28 U.S.C. § 1446(d) of the removal of this action to the United States District Court for the Northern District of Georgia. A true and correct copy of Defendants' Notice of Removal is attached hereto as Ex. A. Pursuant to 28 U.S.C. § 1446, all further proceedings in this Court are hereby stayed.

Respectfully submitted, this 24th day of May 2023

FREEMAN MATHIS & GARY, LLP

*/s/ W. Shawn Bingham*
W. SHAWN BINGHAM
Georgia Bar No. 839706
sbingham@fmglaw.com

*Attorneys for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
678-996-9090 (direct)
770-937-9960 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **Notice of Filing Notice of Removal** by electronically filing same with the Clerk of Court using the Odyssey eFileGA system, which will automatically send e-mail notification of such filing, to the following attorneys of record:

> Ethan M. Knott
> Fellows LaBriola LLP
> Suite 2400 Harris Tower
> 233 Peachtree St. N.E.
> Atlanta, GA 30303
> eknott@fellab.com

This 24th day of May 2023.

/s/ W. Shawn Bingham
W. SHAWN BINGHAM
Georgia Bar No. 839706
sbingham@fmglaw.com

*Attorneys for Defendant*