Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Ms. Ebony Henderson | ) |
|---|---|
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. |
| Commissioner of Social Security Administration | ) |
| *Defendant/Respondent* | ) |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Long Form)**

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *[signature]*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 5/23/2023

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ **0.00** | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ **0.00** | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

My husband receives social security disability and I receive VA disability.

Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* military retirement | $ **1500** | $ 2500 | $ 1500 | $ 2500 |
| Disability *(such as social security, insurance payments)* | $ 3000 | $ 1900 | $ 3000 | $ 1900 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ 4,500 | $ 4,400 | $ 4,500 | $ 4,400 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| **N/A** | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A    N/A | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 0.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| **Navy Federal (joint account)** | checking/saving | $ 100-checking | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Local Form  239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 580,000 |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)*  89 Cadillac Eldorado | $ 5,000 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)*  2016 Cadlliac XTS | $ 10,000 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)*     2005 Ford F-250 | $ 10,000 |
| Other assets *(Value)*     2021 L Camaro | $ 25,000 |

```
 2014 Corvette is valued at $25,000 dollars
```

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Kala Kaufman | daughter | 18 |
| | | |
| | | |

DocuSign Envelope ID: 82767029-2E8D-4E76-8180-3120893E83AA
Case 1:23-mi-99999-UNA   Document 1666-4   Filed 05/24/23   Page 4 of 5

Page 4 of 5

Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☑ Yes ☐ No<br>Is property insurance included? ☑ Yes ☐ No | $ 3800 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 1,260 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 0.00 |
| Food | $ 700 | $ 0.00 |
| Clothing | $ 50 | $ 0.00 |
| Laundry and dry-cleaning | $ 200 | $ 0.00 |
| Medical and dental expenses | $ 150 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 200 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc.    Hulu, amazon, and HBO MAX | $ 99 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)*<br>included in mortgage |  |  |
|     Homeowner's or renter's:   All State | $ 0.00 | $ 0.00 |
|     Life:   N/A | $ 0.00 | $ 0.00 |
|     Health:   Through my retirement/TRICARE/VA | $ 0.00 | $ 0.00 |
|     Motor vehicle:   All State | $ 1100 | $ 0.00 |
|     Other:   N/A | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ 0.00 | $ 0.00 |
| Installment payments |  |  |
|     Motor vehicle:   Navy Federal | $ 2700 | $ 0.00 |
|     Credit card *(name)*:   Navy Federal and Kroger (I owe 2,600 on both) | $ 200 | $ 0.00 |
|     Department store *(name)*:   N/A | $ 0.00 | $ 0.00 |
|     Other:   N/A | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

DocuSign Envelope ID: 83767029-2E8D-4E76-8180-3120893E83AA
Case 1:23-mi-99999-UNA   Document 1666-4   Filed 05/24/23   Page 5 of 5

Page 5 of 5

Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: home warranty, alarm system, and hvac system | $ 260 | $ 0.00 |
| **Total monthly expenses:** | $ 10,719 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☑ No   If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☑ No

    If yes, how much? $ _____
    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form? ☐ Yes ☑ No

    If yes, how much? $ _____
    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    I am totally disabled.

13. Identify the city and state of your legal residence.

    Winston GA

    Your daytime phone number:   (757) 748-8088
    Your age:  47    Your years of schooling:   16
    Last four digits of your social-security number:   2952