# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| TO: | Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: May 24, 2023 |
| RE: | 10-61451-bem<br>Bankruptcy Case No. | Shirley Lett<br>Debtor(s) |
| | | Shirley White-Lett<br>Appellant |
| | Adv. Case No. 20-6278 | vs<br>The Bank Of New York Mellon, Corp., Bank Of America, N.A., Federal National Mortgage Association A/K/A Fannie Mae, Mortgage Electronic Registration Systems Incorporated (MERS), RRA Cp Opportunity Trust 1, Merscorp Holdings, Inc. D/B/A MERS, and The Bank Of New York Mellon<br>Appellees |

## S U B M I S S I O N   S H E E T

**Submitted on:**

☒ Notice of Appeal filed 05/23/2023- Doc. No. 254
File date of Order being appealed from 05/10/2023 - Doc. No. 252

☐ Supplemental Record to USDC Case No.

☐ Other: *Click here to enter text.*

**Contents of Record:**

☒ Documents 252, 254, docket sheet
☐ Designated items of       ☐ Appellant(s)       ☐ Appellee
Filing Fee Paid -   ☐ Yes   ☒ No

If previous and/or related USDC cases, list:

17-cv-3385-wmr, 21-cv-2470-wmr, 21-cv-2471-wmr, 22-cv-082-wmr,

FROM: M. Regina Thomas, Clerk of Court
United States Bankruptcy Court

By: /s/_____
Yahaira Lugo, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*