Official Form 417A (12/18)                                      20-6278

[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): SHIRLEY WHITE-LETT

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☒ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☐ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:
   Final judgment and Order dismissing claims against Freddie Mac and all orders

2. State the date on which the judgment, order, or decree was entered: May 10, 2023

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

# 1. Party
# Mortgage Electronic Registration Systems Incorporated (MERS)
# Attorney: Akerman LLP
# Suite 725
# 170 South Main Street
# Salt Lake City, UT 84101
# 801-907-6900

**2. Party**
Merscorp Holdings, Inc. (d/b/a MERS)
Attorney: (same as above)

**3. Party**
The Bank of New York Mellon
Attorney: Aldridge Pite, LLP Suite 500 -
Fifteen Piedmont Center
3575 Piedmont Road, NE
Atlanta, GA 30305

**4. Party**
The Bank of New York Mellon Corp.,
Attorney: (same as above)

**5. Party**
Federal National Mortgage Association, (a/k/a Fannie Mae
Attorney: Cobb, Olson & Andrle, LLC
Suite 160-B
500 Sugar Mill Road
Atlanta, GA 30350

**6. Party:**
Bank of America, N.A.
Attorney: McGuire Woods LLP
Suite 2100, Promenade
1230 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 443-5728

**7. Party**
RRA CP Opportunity Trust 1
Attorney: McCalla Raymer, Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
(678) 281-6473

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

- Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Shirley A. Lett*
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: May 23, 2023

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

**Shirley White-Lett, *pro se***
**456 North Saint Mary's Lane**
**Marietta, GA 30064**
**404-580-6411**

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

## CERTIFICATE OF SERVICE

This is to certify that the undersigned served this day a copy of the foregoing and attached pleading upon counsel for the parties hereto by US Mail in the manner required by law.

SERVED:

Mortgage Electronic Registration Systems Incorporated (MERS)
Attorney: Akerman LLP
Suite 725
170 South Main Street
Salt Lake City, UT 84101
801-907-6900

Merscorp Holdings, Inc. (d/b/a MERS)
Attorney: (same as above)

The Bank of New York Mellon
Attorney: Aldridge Pite, LLP Suite 500 -
Fifteen Piedmont Center
3575 Piedmont Road, NE
Atlanta, GA 30305

The Bank of New York Mellon Corp.,
Attorney: (same as above)

Federal National Mortgage Association, (a/k/a Fannie Mae
Attorney: Cobb, Olson & Andrle, LLC
Suite 160-B
500 Sugar Mill Road
Atlanta, GA 30350

Bank of America, N.A.
Attorney: McGuire Woods LLP
Suite 2100, Promenade
1230 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 443-5728

RRA CP Opportunity Trust 1
Attorney: McCalla Raymer, Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
(678) 281-6473

This __23rd__ day of May, 2022.                By: _Shirley D. Lett_
                                                    Shirley White-Lett