**HOLD–TRANS, APPEAL**

# U.S. Bankruptcy Court
# Northern District of Georgia (Atlanta)
# Adversary Proceeding #: 20–06278–bem

*Assigned to:* Chief Judge Barbara Ellis–Monro          *Date Filed:* 12/14/20
*Lead BK Case:* 10–61451
*Lead BK Title:* Shirley Lett,
*Lead BK Chapter:* 7
*Demand:*
   *Nature[s] of Suit:*   21  Validity, priority or extent of lien or other interest in property
                       72  Injunctive relief – other
                       91  Declaratory judgment

*Plaintiff*
————————————————
**Shirley White–Lett**                    represented **Shirley White–Lett**
456 North Saint Marys Lane          by PRO SE
Marietta, GA 30064


V.

*Defendant*
————————————————
**The Bank of New York Mellon,**   represented **Chandler P. Thompson**
**Corp.**                                     by Akerman LLP
*TERMINATED: 11/30/2022*              Suite 725
                                   170 South Main Street
                                   Salt Lake City, UT 84101
                                   801–907–6912
                                   Fax : 801–355–0294
                                   Email: chandler.thompson@akerman.com
                                   *TERMINATED: 11/30/2022*


*Defendant*
————————————————
**BANK OF AMERICA, N.A.**          represented **Jennifer R Burbine**
*TERMINATED: 11/30/2022*              by McGuireWoods LLP
                                   Promenade
                                   1230 Peachtree Street, N.E.
                                   Suite 2100
                                   Atlanta, GA 30309
                                   404–443–5736
                                   Email: jburbine@mcguirewoods.com
                                   *TERMINATED: 11/30/2022*

                                   **Christine S. Kapur**
                                   McGuireWoods LLP
                                   Suite 2100, Promenade
                                   1230 Peachtree Street, N.E.

Atlanta
Atlanta, GA 30309
(404) 443–5728
Fax : (404) 443–5679
Email: ckapur@mcguirewoods.com
*TERMINATED: 11/30/2022*

**Payam Khodadadi**
McGuire Woods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067–1501
*TERMINATED: 11/30/2022*

**Jarrod S. Mendel**
McGurire Woods, LLP
1230 Peachtree Street, NE
Suite 2100
Atlanta, GA 30309–3534
404–443–5728
Fax : 404–443–5679
*TERMINATED: 11/30/2022*

**Allison G. Rhadans**
McGuire Woods, LLP
Suite 2100
1230 Peachtree Street, N.E.
Atlanta, GA 30309–3534
404–443–5700
*TERMINATED: 11/30/2022*

*Defendant*
––––––––––––––––––––––
**Federal National Mortgage Association, (a/k/a Fannie Mae)**

represented by

**John D. Andrle**
Cobb, Olson & Andrle, LLC
Suite 160–B
500 Sugar Mill Road
Atlanta, GA 30350
770–200–8587
Email: jandrle@coalegal.com

*Defendant*
––––––––––––––––––––––
**Federal Home Loan Mortgage Corp. (a/k/a Freddie Mac)**

represented by

**Federal Home Loan Mortgage Corp. (a/k/a Freddie Mac)**
PRO SE

*Defendant*
––––––––––––––––––––––
**Mortgage Electronic Registration Systems Incorporated (MERS)**

represented by

**Alan Michael Hurst**
Akerman LLP
Suite 725
170 South Main Street
Salt Lake City, UT 84101
801–907–6900
Fax : 801–355–0294
Email: alan.hurst@akerman.com

**Chandler P. Thompson**

(See above for address)

**Defendant**
––––––––––––––––––––––
**RRA CP Opportunity Trust 1**      represented    **William Oxford Tate**
                                            by McCalla Raymer, Pierce, LLC
                                               1544 Old Alabama Road
                                               Roswell, GA 30076
                                               (678) 281–6473
                                               Fax : (678) 281–6473
                                               Email: William.tate@mrpllc.com


**Defendant**
––––––––––––––––––––––
**Merscorp Holdings, Inc. (d/b/a**   represented    **Chandler P. Thompson**
**MERS)**                                  by (See above for address)


**Defendant**
––––––––––––––––––––––
**Shellpoint Mortgage Servicing**    represented    **Brian K. Jordan**
                                            by Aldridge Pite, LLP
                                               Suite 500 – Fifteen Piedmont Center
                                               3575 Piedmont Road, NE
                                               Atlanta, GA 30305
                                               (404) 994–7400
                                               Fax : (888) 873–6147
                                               *TERMINATED: 01/27/2021*

                                               **Chandler P. Thompson**
                                               (See above for address)
                                               *LEAD ATTORNEY*


**Defendant**
––––––––––––––––––––––
**The Bank of New York Mellon**      represented    **Alan Michael Hurst**
*TERMINATED: 11/30/2022*                   by (See above for address)
                                               *TERMINATED: 11/30/2022*

                                               **Brian K. Jordan**
                                               (See above for address)
                                               *TERMINATED: 11/30/2022*

                                               **Chandler P. Thompson**
                                               (See above for address)
                                               *TERMINATED: 11/30/2022*

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 12/14/2020 | | 1 | Adversary case 20–06278. Complaint against Bank of New York Mellon, Corp. , BANK OF AMERICA, N.A. , Federal National Mortgage Association, (a/k/a Fannie Mae) , Federal Home Loan Mortgage Corp. (a/k/a Freddie Mac) , Mortgage Electronic Registration Systems Incorporated (a/k/a MERS) , RRA CP Opportunity Trust 1 , 21 (Validity, priority or extent of lien or other interest in property) 72 (Injunctive relief – other) 91 (Declaratory judgment) Filed by Shirley White–Lett (rfs) Additional attachment(s) added on 12/15/2020 (aam). |

| | | | |
|---|---|---|---|
| 12/14/2020 | | 2 | Summons Issued on BANK OF AMERICA, N.A. Answer Due 01/13/2021; Bank of New York Mellon, Corp. Answer Due 01/13/2021; Federal Home Loan Mortgage Corp. (a/k/a Freddie Mac) Answer Due 01/13/2021; Federal National Mortgage Association, (a/k/a Fannie Mae) Answer Due 01/13/2021; Mortgage Electronic Registration Systems Incorporated (a/k/a MERS) Answer Due 01/13/2021; RRA CP Opportunity Trust 1 Answer Due 01/13/2021 (rfs) |
| 12/17/2020 | | 3 | Certificate of Service of Summons and Complaint Bank of New York Mellon Corp. filed by Shirley White–Lett . (related document(s)1, 2) (rfs) (Entered: 12/18/2020) |
| 12/17/2020 | | 4 | Certificate of Service of Summons and Complaint Bank of America, N.A. filed by Shirley White–Lett . (related document(s)1, 2) (rfs) (Entered: 12/18/2020) |
| 12/17/2020 | | 5 | Certificate of Service of Summons and Complaint Federal Home Loan Mortgage Corp filed by Shirley White–Lett . (related document(s)1, 2) (rfs) (Entered: 12/18/2020) |
| 12/17/2020 | | 6 | Certificate of Service of Summons and Complaint Federal National Mortgage Association filed by Shirley White–Lett . (related document(s)1, 2) (rfs) (Entered: 12/18/2020) |
| 12/17/2020 | | 7 | Certificate of Service of Summons and Complaint Mers Corp Holdings, Inc. filed by Shirley White–Lett . (related document(s)1, 2) (rfs) Modified on 12/21/2020 (ngs). (Entered: 12/18/2020) |
| 12/17/2020 | | 8 | Certificate of Service of Summons and Complaint RRA CP Opportunity Trust 1 filed by Shirley White–Lett . (related document(s)1, 2) (rfs) (Entered: 12/18/2020) |
| 01/04/2021 | | 9 | Plaintiff's Amended Rule 7001 and 3007(b) Adversary Proceeding filed by Shirley White–Lett . (related document(s)1) (aam) |
| 01/04/2021 | | 10 | Request for Issuance of Alias Summons on The Bank of New York Mellon, Mortgage Electronic Registration Systems, Inc Filed by Shirley White–Lett . (aam) |
| 01/04/2021 | | 11 | Alias Summons Issued on Mortgage Electronic Registration Systems Incorporated (MERS) Answer Due 02/3/2021; The Bank of New York Mellon Answer Due 02/3/2021 (aam) |
| 01/04/2021 | | 12 | Certificate of Service of Summons and Complaint filed by Shirley White–Lett . (related document(s)1, 9, 11) (hd). Modified on 1/8/2021 (ngs). |
| 01/04/2021 | | 13 | Certificate of Service of Summons and Complaint filed by Shirley White–Lett . (related document(s)1, 9, 11) (hd). Modified on 1/8/2021 (ngs). |
| 01/13/2021 | | 14 | Motion to Dismiss Complaint filed by John D. Andrle on behalf of Federal National Mortgage Association, (a/k/a Fannie Mae). (related document(s)1) (Andrle, John) Modified on 1/19/2021 (law). |
| 01/13/2021 | | 15 | Brief *Memorandum of Law in Support of Defendant's Motion to Dismiss* filed by John D. Andrle on behalf of Federal National Mortgage Association, (a/k/a Fannie Mae). (related document(s)14) (Andrle, John) |

| | | | |
|---|---|---|---|
| 01/13/2021 | | 16 | Receipt of Motion to Withdraw the Reference (FEE)(20–06278–bem) [motion,205] ( 188.00) filing fee. Receipt Number 54917955. Fee Amount 188.00 (re: Doc14) (U.S. Treasury) ** Refund issued 01/21/2021 of $188.00 to Attorney John Andrle ** Modified on 1/21/2021 (cjr). |
| 01/13/2021 | | 17 | Joint Consent Motion for Extension of Time for Defendant CP Opportunity Trust 1 to Respond to the Plaintiff's Complaint filed by William Oxford Tate on behalf of RRA CP Opportunity Trust 1. (related document(s)1) (Tate, William) Modified on 1/14/2021 (law). |
| 01/13/2021 | | 18 | Motion for Extension of Time to *Answer or Otherwise Respond to Plaintiff's Complaint* filed by Brian K. Jordan on behalf of Shellpoint Mortgage Servicing, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005–27, Mortgage Pass–Through Certificates Series 2005–27. (Jordan, Brian) Modified on 1/14/2021 (law). |
| 01/14/2021 | | 19 | Amended Certificate of Service Filed by William Oxford Tate on behalf of RRA CP Opportunity Trust 1. (related document(s)17) (Tate, William) |
| 01/15/2021 | | 20 | Order GRANTING Joint Consent Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint. Defendant's time is extended through and Including 1/20/2021. (Related Doc # 17) Service by BNC. Entered on 1/15/2021. (law) |
| 01/17/2021 | | 21 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 01/17/2021. (Admin.) (Entered: 01/18/2021) |
| 01/19/2021 | | 22 | Motion for Brief Extension of Time for Bank of America, N.A. to Respond to Plaintiff's Complaint filed by Christine S. Kapur on behalf of BANK OF AMERICA, N.A.. (related document(s)9) (Kapur, Christine) Modified on 1/20/2021 (law). |
| 01/19/2021 | | 23 | Amended Motion for Extension of Time to *Answer or Otherwise Respond to Plaintiff's Complaint* filed by Brian K. Jordan on behalf of The Bank of New York Mellon, Shellpoint Mortgage Servicing. (related document(s)18) (Jordan, Brian) Modified on 1/20/2021 (law). |
| 01/20/2021 | | 24 | Order to Return Filing Fee. Service by BNC. Entered on 1/20/2021. (related document(s)14) (law) |
| 01/20/2021 | | 25 | Motion to Dismiss Complaint filed by William Oxford Tate on behalf of RRA CP Opportunity Trust 1. (Tate, William) Modified on 1/21/2021 (law). Additional attachment(s) added on 1/21/2021 (ngs). |
| 01/21/2021 | | | Document is incorrect or deficient in the following manner: Missing Certificate of Service, (related document(s)25) (law) |
| 01/21/2021 | | 26 | Certificate of Service Filed by William Oxford Tate on behalf of RRA CP Opportunity Trust 1. (related document(s)25) (Tate, William) |
| 01/22/2021 | | 27 | Certificate of Mailing by BNC of Order Notice Date 01/22/2021. (Admin.) (Entered: 01/23/2021) |
| 01/26/2021 | | 28 | Certificate of Consent to Withdrawal and Notice of Substitution of Counsel filed by Chandler P. Thompson on behalf of Bank of New York Mellon, Corp., Mortgage Electronic Registration Systems Incorporated (MERS), Shellpoint Mortgage Servicing. (Thompson, Chandler) Modified |

| | | | |
|---|---|---|---|
| | | | on 1/27/2021 (law). |
| 01/28/2021 | | 29 | Plaintiff's Response to Motion to Dismiss of Defendant Federal National Mortgage Association filed by Shirley White–Lett . (related document(s)14)(rfs) |
| 01/29/2021 | | 30 | Order GRANTING Amended Motion for Extention of Time to Answer or Otherwise Respond to Complaint. BONY and Shellpoint deadline to answer is extended thirty (30) days. (Related Doc 23) Service by BNC. Entered on 1/29/2021. (law) |
| 01/31/2021 | | 31 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 01/31/2021. (Admin.) (Entered: 02/01/2021) |
| 02/01/2021 | | 32 | Plaintiff's Objections to Doc. 28 Denoted Certificate of Consent to Withdrawal and Notice of Substitution of Counsel AND Motion to Disqualify Counsel filed by Shirley White–Lett . (related document(s)28) (hd) |
| 02/01/2021 | | 33 | Plaintiff's Cross–Motion for Summary Judgment AND Response to Motion to Dismiss of RRA CP Opportunity Trust 1, filed by Shirley White–Lett . (hd). (Related document(s) 25) Modified on 2/2/2021 (law). |
| 02/02/2021 | | 34 | Motion for Extension of Time to Answer or Otherwise Response to Plaintiff's Amended Complaint. Extension for February 12, 2021 filed by Chandler P. Thompson on behalf of Mortgage Electronic Registration Systems Incorporated (MERS). (related document(s)9) (Thompson, Chandler) Modified on 2/2/2021 (law). |
| 02/03/2021 | | 35 | Amended Motion for Brief Extension of Time for Bank of America, N.A. to Respond to Plaintiff's Complaint filed by Christine S. Kapur on behalf of BANK OF AMERICA, N.A.. (related document(s)22) (Kapur, Christine) Modified on 2/4/2021 (law). |
| 02/05/2021 | | 36 | Order GRANTING Motion for Brief Extension of Time for Bank of America, N.A. to Respond to Plaintiff's Complaint Trough and Including February 3, 2021. (Related Doc # 22) Service by BNC. Entered on 2/5/2021. (law) |
| 02/05/2021 | | 37 | Order GRANTING Motion for Brief Extension of Time for Bank of America, N.A. to Respond to Plaintiff's Complaint Trough and Including February 12, 2021. (Related Doc # 35) Service by BNC. Entered on 2/5/2021. (law) |
| 02/07/2021 | | 38 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 02/07/2021. (Admin.) (Entered: 02/08/2021) |
| 02/07/2021 | | 39 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 02/07/2021. (Admin.) (Entered: 02/08/2021) |
| 02/10/2021 | | 40 | Order GRANTING Mortgage Electronic Registration Systems, Inc.'s Motion for Extension of Time to Answer or Otherwise Response to Plaintiff's Amended Complaint. Extended to February 12, 2021. (Related Doc # 34) Service by BNC. Entered on 2/10/2021. (law) |
| 02/11/2021 | | 41 | Order and Notice of Hearing on Certificate of Consent to Withdrawal and Notice of Substitution of Counsel filed by Chandler P. Thompson and Plaintiffs objection thereto. Service by BNC. Entered on 2/11/2021. |

| | | | |
|---|---|---|---|
| | | | (related document(s)28, 32) (law) |
| 02/11/2021 | | 42 | Motion to Dismiss *Plaintiffs Amended Complaint* filed by Chandler P. Thompson on behalf of Merscorp Holdings, Inc. (d/b/a MERS), Mortgage Electronic Registration Systems Incorporated (MERS). (related document(s)9) (Thompson, Chandler) |
| 02/12/2021 | | 43 | Answer of The Bank of New York Mellon's to Adversary Complaint filed by Chandler P. Thompson on behalf of The Bank of New York Mellon. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Thompson, Chandler) Modified on 2/16/2021 (law). |
| 02/12/2021 | | 44 | Amended Certificate of Consent to Withdrawal and Notice of Substitution of Counsel filed by Chandler P. Thompson on behalf of Mortgage Electronic Registration Systems Incorporated (MERS). (Thompson, Chandler). (Related document(s) 28) Modified on 2/16/2021 (law). |
| 02/12/2021 | | 45 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 02/12/2021. (Admin.) (Entered: 02/14/2021) |
| 02/13/2021 | | 46 | Certificate of Mailing by BNC of Order and Notice Notice Date 02/13/2021. (Admin.) (Entered: 02/14/2021) |
| 02/15/2021 | | 47 | Motion for Leave for Bank of America, N.A. to File Its Motion to Dismiss Plaintiff's Complaint filed by Christine S. Kapur on behalf of BANK OF AMERICA, N.A.. (related document(s)9) (Kapur, Christine) Modified on 2/16/2021 (law). |
| 02/15/2021 | | 48 | Motion to Dismiss Plaintiff's Complaint filed by Christine S. Kapur on behalf of BANK OF AMERICA, N.A.. (related document(s)9) (Kapur, Christine) Modified on 2/16/2021 (law). |
| 02/16/2021 | | | Document is incorrect or deficient in the following manner: Missing Certificate of Service, (related document(s)44) (law) |
| 02/16/2021 | | 49 | Response to Plaintiff's Cross−Motion for Summary Judgment and Reply to Plaintiff's Response to Motion to Dismiss filed by William Oxford Tate on behalf of RRA CP Opportunity Trust 1. (related document(s)33)(Tate, William) Modified on 2/17/2021 (law). |
| 02/17/2021 | | 50 | Order GRANTING Motion for Leave to File Its Motion to Dismiss Plaintiff's Complaint. (Related Doc # 47) Service by BNC. Entered on 2/17/2021. (law) |
| 02/17/2021 | | | Document is incorrect or deficient in the following manner: Missing Certificate of Service, (related document(s)49) (law) |
| 02/17/2021 | | 51 | Certificate of Service Filed by William Oxford Tate on behalf of RRA CP Opportunity Trust 1. (related document(s)49) (Tate, William) |
| 02/17/2021 | | 52 | Amended Certificate of Consent to Withdrawal and Notice of Substitution of Counsel *with Certificate of Service* filed by Chandler P. Thompson on behalf of Mortgage Electronic Registration Systems Incorporated (MERS), Shellpoint Mortgage Servicing, The Bank of New York Mellon. (Thompson, Chandler). (Related document(s) 44) Modified on 2/18/2021 (law). |

| | | | |
|---|---|---|---|
| 02/18/2021 | | 53 | Reply Brief in Support of Defendant's Motion to Dismiss filed by John D. Andrle on behalf of Federal National Mortgage Association, (a/k/a Fannie Mae). (related document(s)14, 29)(Andrle, John). Modified on 2/18/2021 (law). |
| 02/18/2021 | | 54 | The Bank Of New York Mellon And Mortgage Electronic Registration Systems Inc.'s Response to Plaintiff's Objections to Doc. 28 Denoted Certificate of Consent to Withdrawal and Notice of Substitution of Counsel AND Motion to Disqualify Counsel filed by Chandler P. Thompson on behalf of Mortgage Electronic Registration Systems Incorporated (MERS), The Bank of New York Mellon. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (related document(s)28, 32)(Thompson, Chandler) Modified on 2/19/2021 (law). |
| 02/19/2021 | | 55 | Corrected Certificate of Service *of The Bank of New York Mellon and Mortgage Electronic Registration Systems Inc.'S Response to Plaintiff's Objections to Doc. 28* Filed by Chandler P. Thompson on behalf of Mortgage Electronic Registration Systems Incorporated (MERS), The Bank of New York Mellon. (related document(s)54) (Thompson, Chandler) Modified on 2/22/2021 (law). |
| 02/19/2021 | | 56 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 02/19/2021. (Admin.) (Entered: 02/20/2021) |
| 02/23/2021 | | | (FOR CALENDARING PURPOSES ONLY) Hearing to be held on 3/4/2021 at 10:00 AM in Courtroom 1402, Atlanta, (related document(s)28, 44) (csh) |
| 02/25/2021 | | 57 | Plaintiff's Response to the Motion to Dismiss of Bank of America, N.A. filed by Shirley White–Lett . (related document(s)48)(rfs) |
| 02/25/2021 | | 58 | Application for Admission Pro Hac Vice, USDC receipt # GAN100127934, (Document is restricted and can only be viewed by Court staff.) filed by Alan M. Hurst on behalf of NewRez, LLC . (rfs) |
| 02/25/2021 | | 59 | Plaintiff's Cross Motion for Summary Judgment and Response to Motion to Dismiss of Merscorp Holdings, Inc. and MERS filed by Shirley White–Lett. (scm) |
| 03/01/2021 | | 60 | Order GRANTING Application for Admission Pro Hac Vice. (Related Doc # 58) Service by BNC. Entered on 3/1/2021. (law) |
| 03/01/2021 | | 61 | Plaintiff's Reply to RCC Opportunity Trust 1's Response to Plaintiff's Motion for Summary Judgment filed by Shirley White–Lett . (related document(s)49)(hd) Modified on 3/1/2021 (law). |
| 03/01/2021 | | 62 | Plaintiff's Reply to Response of BONYM to Plaintiff's Motion to Disqualify Counsel filed by Shirley White–Lett . (related document(s)54)(hd) |
| 03/03/2021 | | 63 | Certificate of Mailing by BNC of Order on Application for Admission Pro Hac Vice Notice Date 03/03/2021. (Admin.) (Entered: 03/04/2021) |
| 03/04/2021 | | | Hearing Held re: (related document(s)44) (csh) |
| 03/05/2021 | | 64 | Order that the Objection is OVERRULED without prejudice to Plaintiffs briefing the issue of the relevancy of the testimony sought from Mr. Thompson in the event the proceeding remains open after the resolution of |

| | | | |
|---|---|---|---|
| | | | the outstanding motions to dismiss. Service by BNC. Entered on 3/5/2021. (related document(s)32) (law) |
| 03/07/2021 | | 65 | Certificate of Mailing by BNC of Order Notice Date 03/07/2021. (Admin.) (Entered: 03/08/2021) |
| 03/11/2021 | | 66 | Plaintiff's Motion for Summary Judgment as to Fannie Mae on Claims Under Rule 7001(2) and 7001(9) filed by Shirley White–Lett . (rfs) |
| 03/11/2021 | | 68 | Plaintiff's Statement of Undisputed Facts in Support of Plaintiff's Motion for Summary Judgment as to Fannie Mae on Claims Under Rule 7001(2) and 7001(9) Filed by Shirley White–Lett . (aam). (Related document(s) 66) Modified on 3/15/2021 (law). (Entered: 03/12/2021) |
| 03/12/2021 | | 67 | Report and Recommendation on RRA CP Opportunity Trust 1st Motion to Dismiss. The Motion to Dismiss is well founded and the Court recommends that the Motion to Dismiss be granted and the claims in the Amended Complaint against RRA be dismissed. Service by BNC. Entered on 3/12/2021. (related document(s)25) (jlc) |
| 03/14/2021 | | 69 | Certificate of Mailing by BNC of Order Notice Date 03/14/2021. (Admin.) (Entered: 03/15/2021) |
| 03/15/2021 | | 70 | Reply Supporting Their Motion to Dismiss Plaintiff's Amended Complaint filed by Chandler P. Thompson on behalf of Merscorp Holdings, Inc. (d/b/a MERS), Mortgage Electronic Registration Systems Incorporated (MERS). (related document(s)42)(Thompson, Chandler) Modified on 3/16/2021 (law). |
| 03/18/2021 | | 71 | Plaintiff's Motion for Partial Summary Judgment as to Bank of New York Mellon on Rule 7001(2) and 7001(9) and Objection to Proof of Claim filed by Shirley White–Lett . (hd) |
| 03/18/2021 | | 72 | Plaintiff's Motion to Strike the Proof of Claim of Defendant Bank of New York Mellon filed by Shirley White–Lett . (hd) |
| 03/18/2021 | | 73 | Plaintiff's Statement of Undisputed Facts in Support of Plaintiff's Motion for Partial Summary Judgment against The Bank of New York Mellon as to Claims under Rule 7001(2) and 7001(9) Filed by Shirley White–Lett . (hd) |
| 03/22/2021 | | 74 | Plaintiffs Motion for Partial Summary Judgment As to Bank of America, N.A., on Claims Under Rule 7001(2) and 7001(9) filed by Shirley White–Lett . (rfs) |
| 03/22/2021 | | 75 | Plaintiffs Motion for Sanctions Against Bank of America, N.A. and the Bank of New York Mellon for Violations of 11 U.S.C. 524 filed by Shirley White–Lett . (rfs) |
| 03/22/2021 | | 76 | Plaintiff's Statement of Undisputed Facts in Support of Plaintiff's Motion for Partial Summary Judgment Against Bank of America, N.A. Filed by Shirley White–Lett . (rfs). (Related document(s) 74) Modified on 3/22/2021 (law). |
| 03/22/2021 | | 77 | Merscorp Holdings, Inc. and Mortgage Electronic Registration Systems, Inc.'s Opposition to Plaintiff's Cross–Motion for Summary Judgment filed by Chandler P. Thompson on behalf of Merscorp Holdings, Inc. (d/b/a MERS), Mortgage Electronic Registration Systems Incorporated (MERS). |

| | | | |
|---|---|---|---|
| | | | (related document(s)59)(Thompson, Chandler) Modified on 3/23/2021 (law). |
| 03/23/2021 | | 78 | [WITHDRAWN] Plaintiff's Motion to Vacate and/or to Amend or Reconsider Report and Recommendation [Doc 67] and Motion for Voluntary Dismissal of RRA CP Opportunity Trust 1 filed by Shirley White–Lett . (related document(s)67) (rfs) Modified on 4/21/2021 (law). |
| 03/29/2021 | | 79 | Order GRANTING Federal National Mortgage Association's Motion to Dismiss. ORDERED that Plaintiffs claims against FNMA are hereby DISMISSED.(Related Doc # 14) Service by BNC. Entered on 3/29/2021. (cws) |
| 03/31/2021 | | 80 | Plaintiff's Motion for Declaratory Judment and/or for Summary Judgment on her Claim against Merscorp Holdings, Inc. and Mortgage Electronic Registration Systems Inc. filed by Shirley White–Lett . (hd) |
| 03/31/2021 | | 81 | Certificate of Mailing by BNC of Order on Motion to Withdraw the Reference Notice Date 03/31/2021. (Admin.) (Entered: 04/01/2021) |
| 04/05/2021 | | 82 | [WITHDRAWN] Opposition to Plaintiff's Motion for Partial Summary Judgment as to Bank of New York Mellon on Rule 7001(2) and 7001(9) and Objection to Proof of Claim filed by Chandler P. Thompson on behalf of The Bank of New York Mellon. (Attachments: # 1 Exhibit A – Magistrate Judge's Report and Recommendation in Case No. 1:17–cv–03385 # 2 Exhibit B – Order Adopting Magistrate Judges Report and Recommendation in Case No. 1:17–cv–03385 # 3 Exhibit C – Complaint in Case No. 1:17–cv–03385) (related document(s)71)(Thompson, Chandler) Modified on 4/6/2021 (law). Modified on 4/9/2021 (law). |
| 04/05/2021 | | 83 | Motion for Brief Extension of Time For Defendants to Respond to Plaintiff's Motion for Sanctions filed by Christine S. Kapur on behalf of BANK OF AMERICA, N.A., The Bank of New York Mellon. (related document(s)75) (Kapur, Christine) Modified on 4/6/2021 (law). |
| 04/06/2021 | | 84 | Response to Plaintiff's Motion to Vacate and/or Amend or Reconsider Report and Recommendation and Motion for Voluntary Dismissal of RRA Cp Opportunity Trust 1 filed by William Oxford Tate on behalf of RRA CP Opportunity Trust 1. (related document(s)78)(Tate, William) Modified on 4/7/2021 (law). |
| 04/08/2021 | | 85 | Response in Opposition to Plaintiff's Motion to Strike Proof of Claim filed by Chandler P. Thompson on behalf of The Bank of New York Mellon, (Attachments: # 1 Exhibit A – Magistrate Judge's Report and Recommendation in Case No. 1:17–cv–03385 # 2 Exhibit B – Order Adopting Magistrate Judges Report and Recommendation in Case No. 1:17–cv–03385 # 3 Exhibit C – Complaint in Case No. 1:17–cv–03385) (related document(s)72)(Thompson, Chandler) Modified on 4/9/2021 (law). |
| 04/08/2021 | | 86 | Notice of Withdrawal of BoNYM's Opposition to Plaintiff's Motion for Partial Summary Judgment as to BoNYM on Rule 7001(2) and 7001(9) and Objection to Proof of Claim filed by Chandler P. Thompson on behalf of The Bank of New York Mellon. (related document(s)82) (Thompson, Chandler) Modified on 4/9/2021 (law). |
| 04/12/2021 | | 87 | Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment as to Bank of New York Mellon on Rule 7001(2) and |

| | | | |
|---|---|---|---|
| | | | 7001(9) and Objection to Proof of Claim. filed by Chandler P. Thompson on behalf of The Bank of New York Mellon. (related document(s)71) (Thompson, Chandler) Modified on 4/12/2021 (law). |
| 04/13/2021 | | 88 | Plaintiff's Reply to RRA CP Opportunity Trust 1's Response to Plaintiff's Motion to Vacate and/or Amend or Reconsider Report and Recommendation filed by Shirley White–Lett . (related document(s)84)(hd) |
| 04/15/2021 | | 89 | Motion for Extension of Time for Bank of America, N.A. to Respond to Plaintiff's Motion for Partial Summary Judgment filed by Christine S. Kapur on behalf of BANK OF AMERICA, N.A.. (related document(s)74) (Kapur, Christine) Modified on 4/16/2021 (law). |
| 04/19/2021 | | 90 | Plaintiff's Reply to Bank of New York Mellon's Response to Plaintiff's Motion to Strike Proof of Claim filed by Shirley White–Lett . (related document(s)85)(rfs) |
| 04/19/2021 | | 91 | Motion to Extend Time to To Respond to Plaintiffs Second Summary Judgment Motion filed by Chandler P. Thompson on behalf of Merscorp Holdings, Inc. (d/b/a MERS), Mortgage Electronic Registration Systems Incorporated (MERS). (related document(s)80) (Thompson, Chandler) |
| 04/21/2021 | | 92 | Plaintiff's Notice of Withdrawal of Motion to Vacate Filed by Shirley White–Lett . (related document(s)78) (rfs) |
| 04/21/2021 | | 93 | Order GRANTING Motion for Extension of Time to Respond to Plaintiff's Motion for Sanctions. (Related Doc # 83) Service by BNC. Entered on 4/21/2021. (law) |
| 04/21/2021 | | 94 | Order GRANTING Motion for Extension of Time for Bank of America, N.A. to Respond to Plaintiff's Motion for Partial Summary Judgment. (Related Doc # 89) Service by BNC. Entered on 4/21/2021. (law) |
| 04/22/2021 | | 95 | The Bank of New York Mellon's Opposition to Plaintiff's Motion for Partial Summary Judgment as to Bank of New York Mellon On Rule 7001(2) And 7001(9) and Objection to Proof of Claim filed by Chandler P. Thompson on behalf of The Bank of New York Mellon. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (related document(s)71)(Thompson, Chandler) Modified on 4/23/2021 (law). |
| 04/23/2021 | | 96 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 04/23/2021. (Admin.) (Entered: 04/24/2021) |
| 04/23/2021 | | 97 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 04/23/2021. (Admin.) (Entered: 04/24/2021) |
| 04/26/2021 | | 98 | Plaintiff's Response and Cross–Motion for Consolidation of Pending Motions Regarding The Motion of Merscorp and MERS for Extension filed by Shirley White–Lett . (related document(s)91)(hd) |
| 05/03/2021 | | 99 | Plaintiff's Reply to the Response of BONYM to Plaintiff's Motion for Partial Summary Judgment filed by Shirley White–Lett . (related document(s)95)(rfs) |
| 05/05/2021 | | 100 | Returned mail addressed to: Chandler P. Thompson, Akerman LLP, 999 Peachtree Street, NE, Suite 1700, Atlanta, GA 30309–4524. (related document(s)93) (ngs) |

| | | | |
|---|---|---|---|
| 05/10/2021 | | 101 | Reply to Response *Supporting Motion for Extension of Time to Respond to Plaintiff's Second Summary Judgment Motion* filed by Chandler P. Thompson on behalf of Merscorp Holdings, Inc. (d/b/a MERS), Mortgage Electronic Registration Systems Incorporated (MERS). (related document(s)91, 98)(Thompson, Chandler). Modified on 5/11/2021 (law). |
| 05/10/2021 | | 102 | Motion to Dismiss Plaintiff's Amended Complaint and Motion for Judgment on the Pleadings *and Motion to Dismiss* filed by Chandler P. Thompson on behalf of The Bank of New York Mellon. (Attachments: # 1 Exhibit A – Complaint and Demand for Jury Trial – Case No. 13–1–4212 # 2 Exhibit B – Remittitur in Case No. A15A0815 # 3 Exhibit C – Magistrate Judge's Report and Recommendation in Case No. 1:17–cv–03385 # 4 Exhibit D – Order Adopting Magistrate Judges Report and Recommendation in Case No. 1:17-cv–03385) (related document(s)9) (Thompson, Chandler) Modified on 5/11/2021 (law). |
| 05/24/2021 | | 103 | Plaintiff's Response to the Motion to Dismiss of Bank of New York Mellon filed by Shirley White–Lett . (related document(s)102)(hd) |
| 06/07/2021 | | 104 | Motion for Extension of Time to File Reply in Support of The Bank of New York Mellon's Motion to Dismiss Plaintiff's Amended Complaint and Motion for Judgment on the Pleadings and Motion to Dismiss filed by Chandler P. Thompson on behalf of The Bank of New York Mellon, Corp.. (related document(s)102) (Thompson, Chandler) Modified on 6/8/2021 (law). |
| 06/08/2021 | | | Notice that the Motion for Extension of Time filed by Chandler Thompson is incorrect or deficient in the following manner: Missing Certificate of Service, (related document(s)104) (law) |
| 06/08/2021 | | 105 | Order GRANTING Motion for Extension of Time to File Reply in Support of The Bank of New York Mellon's Motion to Dismiss Plaintiff's Amended Complaint and Motion for Judgment on the Pleadings and Motion to Dismiss. Matter is extended to June 14, 2021. (Related Doc # 104) Service by BNC. Entered on 6/8/2021. (law) |
| 06/08/2021 | | 106 | Certificate of Service Filed by Chandler P. Thompson on behalf of The Bank of New York Mellon. (related document(s)104) (Thompson, Chandler) |
| 06/10/2021 | | 107 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 06/10/2021. (Admin.) (Entered: 06/11/2021) |
| 06/11/2021 | | 108 | ORDERED that Plaintiffs Motion for Summary Judgment as to Fannie Mae is DENIED as MOOT. (Related Doc # 66) Service by BNC. Entered on 6/11/2021. (law) |
| 06/13/2021 | | 109 | Certificate of Mailing by BNC of Order on Motion to Summary Judgment Notice Date 06/13/2021. (Admin.) (Entered: 06/14/2021) |
| 06/14/2021 | | 110 | The Bank of New York Mellon's Reply Supporting Motion to Dismiss Plaintiff's Amended Complaint and Motion for Judgment on the Pleadings and Motion to Dismiss filed by Chandler P. Thompson on behalf of The Bank of New York Mellon. (related document(s)102, 103)(Thompson, Chandler). Modified on 6/15/2021 (law). |
| 06/17/2021 | | 111 | Order. Because Plaintiff has withdrawn her objections to the Report and Recommendation, the Clerk of Court is directed to transmit the Report |

| | | | |
|---|---|---|---|
| | | | and Recommendation to the District Court. Service by BNC. Entered on 6/17/2021. (related document(s)67) (law) |
| 06/17/2021 | | 112 | Transmittal of Report and Recommendations to District Court. Related document(s) 111,67. (yl) US District Court Case #: 1:21−cv−02471−WMR Modified on 7/13/2021 (yl). |
| 06/19/2021 | | 113 | Certificate of Mailing by BNC of Order Notice Date 06/19/2021. (Admin.) (Entered: 06/20/2021) |
| 08/18/2021 | | 114 | Order GRANTING The Bank of New York Mellon's Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment as to Bank of New York Mellon on Rule 7001(2) and 7001(9) and Objection to Proof of Claim. Deadline is extended to April 22, 2021. (Related Doc # 87) Service by BNC. Entered on 8/18/2021. (law) |
| 08/20/2021 | | 115 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 08/20/2021. (Admin.) (Entered: 08/21/2021) |
| 09/01/2021 | | 116 | Order GRANTING Motion to Extend Time To Respond to Plaintiffs Second Summary Judgment Motion and no response to the Second MSJ/MDJ is required until 30 days after entry of an order on the pending MTD. (Related Doc # 91) Service by BNC. Entered on 9/1/2021. (tra) |
| 09/02/2021 | | 117 | Order Extending Response Deadlines Until Further Order of the Court Service by BNC. Entered on 9/2/2021. (tra) |
| 09/03/2021 | | 118 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 09/03/2021. (Admin.) (Entered: 09/04/2021) |
| 09/04/2021 | | 119 | Certificate of Mailing by BNC of Order Notice Date 09/04/2021. (Admin.) (Entered: 09/05/2021) |
| 09/14/2021 | | 120 | Order and Notice of Status Conference. Service by BNC. Hearing to be held on 10/4/2021 at 11:00 AM in Courtroom 1402, Atlanta, Entered on 9/14/2021. (related document(s)102) (tra) |
| 09/15/2021 | | 121 | Order on Merscorp Holdings, Inc. and Mortgage Electronic Registration Systems, Inc's Motion to Dismiss. ORDERED that the Motion to Dismiss [Doc. 42] is GRANTED; it is further ORDERED that the First Summary Judgment Motion [Doc. 59], the Second Summary Judgment Motion [Doc. 80] and the Consolidation Motion 98 are DENIED as moot. (Related Doc # 42, 59, 80, 98) Service by BNC. Entered on 9/15/2021. (tra) |
| 09/16/2021 | | 122 | Certificate of Mailing by BNC of Order and Notice Notice Date 09/16/2021. (Admin.) (Entered: 09/17/2021) |
| 09/17/2021 | | 123 | Certificate of Mailing by BNC of Order on Motion to Dismiss Notice Date 09/17/2021. (Admin.) (Entered: 09/18/2021) |
| 09/17/2021 | | 124 | Certificate of Mailing by BNC of Order on Motion to Summary Judgment Notice Date 09/17/2021. (Admin.) (Entered: 09/18/2021) |
| 09/23/2021 | | 125 | Motion to Supplement the Record Based Upon Newly Discovered Evidence filed by Shirley White−Lett . (hd) |

| | | | |
|---|---|---|---|
| 09/23/2021 | | 126 | [ENTERED IN ERROR] Amended Declaration of Shirley White–Lett filed by Shirley White–Lett . (hd) Modified on 9/23/2021 (hd). |
| 09/23/2021 | | 127 | [ENTERED IN ERROR] Amended Declaration of Shirley White–Lett Filed by Shirley White–Lett . (hd) Modified on 9/23/2021 (hd). |
| 09/23/2021 | | | Notice that Document NumberS 126, 127 – Amended Declaration of Shirley White–Lett, were entered in error. (related document(s)126, 127) (hd) |
| 09/24/2021 | | 128 | Certificate of Mailing by BNC of Order and Notice Notice Date 09/24/2021. (Admin.) (Entered: 09/25/2021) |
| 10/08/2021 | | 129 | ORDERED that Plaintiffs Motion for Sanctions is STRICKEN, and it is further ORDERED that to the extent Plaintiff requests any further relief in the Motion for Sanctions, those requests are DENIED Service by BNC. Entered on 10/8/2021. (tra). Related document(s) 75 M Modified on 10/8/2021 (tra). |
| 10/08/2021 | | 130 | ORDERED that Plaintiffs Motion to Strike is STRICKEN Service by BNC. Entered on 10/8/2021. (tra). Related document(s) 72 Modified on 10/8/2021 (tra). |
| 10/10/2021 | | 131 | Certificate of Mailing by BNC of Order Notice Date 10/10/2021. (Admin.) (Entered: 10/11/2021) |
| 10/10/2021 | | 132 | Certificate of Mailing by BNC of Order Notice Date 10/10/2021. (Admin.) (Entered: 10/11/2021) |
| 10/21/2021 | | 133 | Plaintiff's Motion to Amend/Modify and For Reconsideration of Order Striking Plaintiff's Motion to Strike And Motion for Order Regarding Rule 26(f) Meeting and Setting of Deadlines to Complete Discovery and For Amendment of Pleadings And Motion for Leave to Amend the Complaint filed by Shirley White–Lett . (related document(s)130) (rfs) |
| 10/22/2021 | | 134 | Order on Bank of America, N.A.,'s Motion to Dismiss Service by BNC. Entered on 10/22/2021. (related document(s)48) (tra) |
| 10/24/2021 | | 135 | Certificate of Mailing by BNC of Order Notice Date 10/24/2021. (Admin.) (Entered: 10/25/2021) |
| 10/26/2021 | | 136 | Plaintiff's Revised Motion for Leave to Amend the Complaint filed by Shirley White–Lett . (hd). Related document(s) 133. Modified on 10/27/2021 (ngs). (Entered: 10/27/2021) |
| 10/26/2021 | | 137 | Exhibit A – Plaintiff's Further Amended Complaint filed by Shirley White–Lett . (hd) Related document(s) 136 Modified on 11/2/2021 (ngs). (Entered: 10/27/2021) |
| 10/27/2021 | | 138 | [ENTERED IN ERROR] – Notice of deficient filing re: Plaintiff's Further Amended Complaint – Missing Certificate of Service, . Service by BNC. (related document(s)137) (ngs) Modified on 11/2/2021 (ngs). |
| 10/29/2021 | | 139 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 10/29/2021. (Admin.) (Entered: 10/30/2021) |
| 11/02/2021 | | | |

| | | | |
|---|---|---|---|
| | | | Notice that Document Number 138 – Notice of deficient filing, was entered in error. (related document(s)138) (ngs) |
| 11/08/2021 | | 140 | Notice of Appearance filed by Allison G. Rhadans on behalf of BANK OF AMERICA, N.A.. (Rhadans, Allison) |
| 11/08/2021 | | 141 | Motion for Brief Extension of Time, through and including November 29, 2021, for Bank of America, N.A. to Respond to "Plaintiff's Amended Rule 7001 and 3007(b) Adversary Proceeding for the Following Purposes" (Doc. 9) and Plaintiff's Motion for Partial Summary Judgment (Doc. 74) filed by Allison G. Rhadans on behalf of BANK OF AMERICA, N.A.. (related document(s)9, 74) (Rhadans, Allison) Modified on 11/9/2021 (ngs). |
| 11/10/2021 | | 142 | COPY of ORDER from District Court: RRA's motion to dismiss is GRANTED, and Plaintiff's claims against RRA are DISMISSED. Signed by Judge William M. Ray, II on 11/8/2021 Entered on 11/10/2021. (related document(s)67, 111) (yl) |
| 11/17/2021 | | 143 | Order GRANTING Motion to Extend Time to Respond to Plaintiffs Amended Rule 7001 and 3007(b) Adversary Proceeding for the following purposes [Doc. 9] and Plaintiffs Motion for Partial Summary Judgment through and including November 29,2021 [Doc. 74]. (Related Doc # 141) Service by BNC. Entered on 11/17/2021. (tra) |
| 11/19/2021 | | 144 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 11/19/2021. (Admin.) (Entered: 11/20/2021) |
| 11/29/2021 | | 145 | Answer to Amended Complaint filed by Allison G. Rhadans on behalf of BANK OF AMERICA, N.A.. (Rhadans, Allison) |
| 11/29/2021 | | 146 | Defendant's Response In Opposition to Plaintiff's Motion for Partial Summary Judgment as to Bank of America, N.A. on Claims Under Rule 7001(2) and 7001(9) filed by Allison G. Rhadans on behalf of BANK OF AMERICA, N.A. (related document(s)74)(Rhadans, Allison) Modified on 11/29/2021 (ngs). |
| 11/29/2021 | | 147 | Defendant's Response to Plaintiff's Statement of Undisputed Facts filed by Allison G. Rhadans on behalf of BANK OF AMERICA, N.A.. (Rhadans, Allison) Related document(s) 76. Modified on 11/29/2021 (ngs). |
| 11/29/2021 | | 148 | Order On Bank Of New York Mellons Motion To Dismiss And Motion For Judgment On The Pleadings And Plaintiffs Motion For Partial Summary Judgment Service by BNC. Entered on 11/29/2021. (related document(s) 71, 72, 102) (tra). Modified on 12/1/2021 (ngs). |
| 12/01/2021 | | 149 | Certificate of Mailing by BNC of Order Notice Date 12/01/2021. (Admin.) (Entered: 12/02/2021) |
| 12/02/2021 | | 150 | Order Setting Response Deadline. ORDERED that to the extent any party wishes to file responsive pleadings or replies to any of the Motions and/or previously filed responsive pleadings to the Motions, the deadline to file such optional pleadings is through and including Thursday, December 16, 2021. Service by BNC. Entered on 12/2/2021. (tra) |
| 12/04/2021 | | 151 | Certificate of Mailing by BNC of Order Notice Date 12/04/2021. (Admin.) (Entered: 12/05/2021) |

| | | | |
|---|---|---|---|
| 12/07/2021 | | 152 | Plaintiff's Motion for Rule 54(b) Certification filed by Shirley White–Lett . (rfs) |
| 12/07/2021 | | 153 | Plaintiff's Second Revised Motion For Leave to Amend the Complaint filed by Shirley White–Lett . (related document(s)133, 136) (rfs) |
| 12/07/2021 | | 154 | Plaintiff's Motion For Reconsideration of Order [Doc.148] Dismissing Objections to Claim filed by Shirley White–Lett . (related document(s)148) (rfs) |
| 12/14/2021 | | 155 | Transcript regarding Hearing Held 10/04/21 RE: Status Conference Hearing. The transcript may be viewed at the Bankruptcy Court Clerk's Office or purchased from a transcriber. [For information about how to contact the transcriber, refer to the Court's Transcript Request Procedures page under the General Information tab on the Court's Website] Transcript access will be restricted through 3/14/2022. (related document(s)102, 120) (ngs) |
| 12/16/2021 | | 156 | The Bank of New York Mellon's Opposition to Motion to Amend/Modify, Revised Motion for Leave to Amend, and Second Revised Motion for Leave to Amend filed by Chandler P. Thompson on behalf of The Bank of New York Mellon. (related document(s)133, 136, 153)(Thompson, Chandler) Modified on 12/17/2021 (ngs). |
| 12/27/2021 | | 157 | The Bank of New York Mellon's Corrected Opposition to Motion to Amend/Modify, Revised Motion for Leave to Amend, and Second Revised Motion for Leave to Amend filed by Chandler P. Thompson on behalf of The Bank of New York Mellon. (Attachments: # 1 Exhibit A – Second Amended Complaint and Demand for Jury Trial in Case No. 13–1–4212–34) (related document(s)133, 136, 153, 156)(Thompson, Chandler) Modified on 12/28/2021 (ngs). |
| 12/27/2021 | | 158 | The Bank of New York Mellon's Opposition to Motion for Reconsideratioin of Order Dismissing Objectioins filed by Alan Michael Hurst on behalf of The Bank of New York Mellon. (Attachments: # 1 Exhibit A – Second Amended Complaint and Demand for Jury Trial in Case No. 13–1–4212–34) (related document(s)154)(Hurst, Alan) Modified on 12/28/2021 (ngs). |
| 01/03/2022 | | 159 | Plaintiff's Reply to The Bank of New York Mellon's Opposition to Motion to Amend/Modify, Revised Motion for Leave to Amend, and Second Revised Motion for Leave to Amend filed by Shirley White–Lett . (related document(s)157)(hd) |
| 01/03/2022 | | 160 | Plaintiff's Reply The Bank of New York Mellon's Opposition to Motion for Reconsideration of Order Dismissing Objections to Claim filed by Shirley White–Lett . (related document(s)158)(hd) |
| 01/04/2022 | | 161 | Notice of Leave of Absence from March 7, 2022 through March 11, 2022 filed by Attorney Allison G. Rhadans. (ebjl) (Entered: 01/06/2022) |
| 03/08/2022 | | 162 | Notice of Leave of Absence from May 13, 2022; May 20, 2022; July 5, 2022 through July 8, 2022; July 11, 2022 through July 12, 2022; August 3, 2022 through August 5, 2022; August 8, 2022 through August 9, 2022 filed by Attorney Allison G. Rhadans. (ebjl) (Entered: 03/09/2022) |
| 03/21/2022 | | 163 | ORDERED that Plaintiffs Motion to Reconsider is DENIED; it is further ORDERED that BONYM shall not be required to respond to any papers |

| | | | |
|---|---|---|---|
| | | | filed by Plaintiff after entry of this Order unless directed to do so by the Court. (Related Doc # 154) Service by BNC. Entered on 3/21/2022. (cws) |
| 03/21/2022 | | 164 | ORDERED that Plaintiffs Motion to Amend/Modify and For Reconsideration of Order Striking Plaintiff's Motion to Strike And Motion for Order Regarding Rule 26(f) Meeting and Setting of Deadlines to Complete Discovery and For Amendment of Pleadings And Motion for Leave to Amend the Complaint, Revised Motion for Leave to Amend the Complaint, and Second Revised Motion For Leave to Amend the Complaint are DENIED. (Related Doc 153) Service by BNC. Entered on 3/21/2022. (cws). Related document(s) 136 Motion to Amend. Modified on 3/21/2022 (cws). |
| 03/21/2022 | | 165 | Order GRANTING Plaintiff's Motion for Rule 54(b) Certification and that orders noted at docket entries 163 and 164 are final and subject to immediately appeal there being no just reason for delay. (Related Doc # 152) Service by BNC. Entered on 3/21/2022. (cws) |
| 03/21/2022 | | 166 | Order DENYING Plaintiff's Motion to Supplement the record based upon newly discovered evidence without prejudice. (Related Doc # 125) Service by BNC. Entered on 3/21/2022. (cws) |
| 03/23/2022 | | 167 | Certificate of Mailing by BNC of Order on Motion to Amend Notice Date 03/23/2022. (Admin.) (Entered: 03/24/2022) |
| 03/23/2022 | | 168 | Certificate of Mailing by BNC of Order on Motion to Amend Notice Date 03/23/2022. (Admin.) (Entered: 03/24/2022) |
| 03/23/2022 | | 169 | Certificate of Mailing by BNC of Order on Motion for Partial Summary Judgment Notice Date 03/23/2022. (Admin.) (Entered: 03/24/2022) |
| 03/23/2022 | | 170 | Certificate of Mailing by BNC of Order on Motion to Reconsider Notice Date 03/23/2022. (Admin.) (Entered: 03/24/2022) |
| 04/01/2022 | | 171 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: 1267358, Amount Paid $ None, filed by Shirley White–Lett . Appellant Designation due by 4/15/2022, submission by USBC to USDC due by 5/2/2022, (related document(s)148) (rfs) Added Receipt Number. Modified on 4/27/2022 (cjr). |
| 04/04/2022 | | 172 | Notification of Appeal Requirements (related document(s)171) (mks) |
| 04/04/2022 | | 173 | [Entered in Error] Notice of deficient filing re: Missing Fee, . 298.00 (related document(s)171) (mks) Modified on 4/4/2022 (mks). |
| 04/04/2022 | | | Notice that Document Number 173 – Notice of deficient filing, was entered in error. (related document(s) 173 ) (mks) |
| 04/04/2022 | | 174 | Notice of deficient filing re: Notice of Appeal to District Court – Missing Fee, $298.00 . Service by BNC. (related document(s)171) (mks) |
| 04/04/2022 | | 175 | Transmittal of Notice of Appeal to District Court (related document(s)171) (mks) |
| 04/04/2022 | | | Receipt of Appeal filing fee. Receipt Number 1267358. Fee Amount $298.00. Paid by Shirley White–Lett. |

| | | | |
|---|---|---|---|
| 04/05/2022 | | 176 | Notice of Docketing Appeal by District Court. Case Number: 4:22–cv–00082–WMR. (related document(s)171) (mks) |
| 04/06/2022 | | 177 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 04/06/2022. (Admin.) (Entered: 04/07/2022) |
| 04/06/2022 | | 178 | Certificate of Mailing by BNC of Notice of Appeal Requirements Notice Date 04/06/2022. (Admin.) (Entered: 04/07/2022) |
| 04/08/2022 | | 179 | Appellant's Designation of Items in Record on Appeal filed by Shirley White–Lett . (related document(s) 171, 172) (rfs). Modified on 4/11/2022 (yl). |
| 04/22/2022 | | 180 | Plaintiff's Motion for Extension of Time to File Consolidated Pretrial Order filed by Shirley White–Lett . (ebjl) |
| 04/25/2022 | | 181 | ORDERED that the Motion is GRANTED and parties shall have through and including May 13th, 2022 to file their consolidated pretrial order. (Related Doc # 180) Service by BNC. Entered on 4/25/2022. (cws) |
| 04/25/2022 | | 182 | Appellee's Designation of Additional Items in Record on Appeal filed by Alan Michael Hurst on behalf of The Bank of New York Mellon. (Hurst, Alan). Related document(s) 171 Notice of Appeal (FEE), 172 Notification of Appeal Requirements. Modified on 4/26/2022 (yl). |
| 04/27/2022 | | 183 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 04/27/2022. (Admin.) (Entered: 04/28/2022) |
| 05/03/2022 | | 184 | Transmittal of Completed Record on appeal. (related document(s)171) (yl) |
| 05/05/2022 | | 185 | Response to Motion, Joint Motion for entry of scheduling order and response and opposition to plaintiff's Motion for extension of time to file consolidated pretrial order filed by Allison G. Rhadans on behalf of BANK OF AMERICA, N.A.. (Attachments: # 1 Exhibit 1) (Rhadans, Allison). Related document(s) 180 Motion to Extend Time to to File Consolidated Pretrial Order. Modified on 5/6/2022 (yl). |
| 05/05/2022 | | 186 | (WITHDRAWN)Motion for Protective Order, Joint Motion for entry of scheduling order and response and opposition to plaintiff's Motion for extension of time to file consolidated pretrial order filed by Allison G. Rhadans on behalf of BANK OF AMERICA, N.A.. (Attachments: # 1 Exhibit 1) (Rhadans, Allison) Related document(s) 180 Motion to Extend Time to File Consolidated Pretrial Order. Modified on 5/6/2022 (yl). Modified on 5/10/2022 (cws). |
| 05/09/2022 | | 187 | Notice of Appearance filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (Burbine, Jennifer) |
| 05/09/2022 | | 188 | Plaintiff's Response and Opposition to Docs, 185 and 186 Joint Motion of Defendants for Entry of a Scheduling Order filed by Shirley White–Lett . (related document(s)185 186)(rfs) |
| 05/09/2022 | | 189 | Notice of Withdrawal of ECF No. 186 Filed by Allison G. Rhadans on behalf of BANK OF AMERICA, N.A.. (related document(s)186) (Rhadans, Allison) Modified on 5/10/2022 (cws). |

| | | | |
|---|---|---|---|
| 05/10/2022 | | 190 | Order and Notice of Hearing to be held on 5/19/2022 at 02:00 PM in Courtroom 1402, Atlanta. The Hearing will be conducted via Zoom in Judge Ellis–Monros Virtual Hearing Room, Service by BNC Entered on 5/10/2022. (related document(s)185, 188) (cws) |
| 05/10/2022 | | 191 | ORDERED that pretrial order deadline is stayed until further order of this Court Service by BNC. Entered on 5/10/2022. (related document(s)181, 185) (cws) |
| 05/10/2022 | | 192 | Application for Admission Pro Hac Vice, USDC receipt # GAN100138225, (Document is restricted and can only be viewed by Court staff.) filed by Payam Khodadadi on behalf of BANK OF AMERICA, N.A. . (ebjl) |
| 05/11/2022 | | 193 | Order DENYING Motion for Partial Summary Judgment. ORDERED that Plaintiffs Partial Motion for Summary Judgment as to Bank of America, N.A. is DENIED as MOOT (Related Doc # 74) Service by BNC. Entered on 5/11/2022. (jlc) |
| 05/12/2022 | | 194 | Certificate of Mailing by BNC of Order Notice Date 05/12/2022. (Admin.) (Entered: 05/13/2022) |
| 05/12/2022 | | 195 | Certificate of Mailing by BNC of Order and Notice Notice Date 05/12/2022. (Admin.) (Entered: 05/13/2022) |
| 05/13/2022 | | 196 | Order GRANTING Application for Admission Pro Hac Vice as to Payam Khodadadi on behalf of Bank of America, N.A. (Related Doc # 192) Service by BNC. Entered on 5/13/2022. (cws) |
| 05/13/2022 | | 197 | Certificate of Mailing by BNC of Order on Motion for Partial Summary Judgment Notice Date 05/13/2022. (Admin.) (Entered: 05/14/2022) |
| 05/15/2022 | | 198 | Certificate of Mailing by BNC of Order on Application for Admission Pro Hac Vice Notice Date 05/15/2022. (Admin.) (Entered: 05/16/2022) |
| 05/18/2022 | | 199 | Motion for Summary Judgment filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A., et al., (Attachments: # 1 Brief in Support of MSJ # 2 Statement of Undisputed Facts re MSJ # 3 Declaration of A. Bernal # 4 Exhibit 1 # 5 Exhibit 2 # 6 Exhibit 3 # 7 Exhibit 4 # 8 Exhibit 5) (related document(s)9, 137) (Burbine, Jennifer) Modified on 5/19/2022 (yl). |
| 05/20/2022 | | 200 | Motion For Leave to Amend Amended Complaint filed by Shirley White–Lett . (ebjl) (Entered: 05/23/2022) |
| 05/23/2022 | | 201 | ORDERED that all discovery deadlines are stayed pending the entry of an order on Bank of America, N.A.s Motion for Summary Judgment [Doc. 199]; it is furtherORDERED that Plaintiff shall have through and including June 9, 2022 to file a response to Bank of America, N.A.s Motion for Summary Judgment. Service by BNC. Entered on 5/23/2022. (related document(s)185) (cws) |
| 05/23/2022 | | 202 | Plaintiff's Emergency Motion For: (1) Stay of Summary of Judgment Motion (2) Sanctions Pursuant Section 105 of Bankruptcy Code (3) Evidentiary Hearing , (4) Findings of Fact and Conclusions of Law filed by Shirley White–Lett . (related document(s)199) (rfs) |
| 05/25/2022 | | 203 | |

| | | | |
|---|---|---|---|
| | | | Certificate of Mailing by BNC of Order Notice Date 05/25/2022. (Admin.) (Entered: 05/26/2022) |
| 05/27/2022 | | 204 | Order on Plaintiff's Emergency Motion For: (1) Stay of Summary of Judgment Motion (2) Sanctions Pursuant Section 105 of Bankruptcy Code (3) Evidentiary Hearing , (4) Findings of Fact and Conclusions of Law. Service by BNC. Entered on 5/27/2022. (related document(s)202) (jlc) |
| 05/29/2022 | | 205 | Certificate of Mailing by BNC of Order Notice Date 05/29/2022. (Admin.) (Entered: 05/30/2022) |
| 06/10/2022 | | 206 | Response to Motion *(Opposition to Plaintiff's Motion for Sanctions)* filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (related document(s)202)(Burbine, Jennifer) |
| 06/10/2022 | | 207 | Response to Motion *(Opposition to Plaintiff's Motion for Leave to Amend Amended Complaint)* filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (related document(s)200)(Burbine, Jennifer) |
| 06/10/2022 | | 208 | Plaintiff's Cross−Motion for Summary Judgment Against Bank of America, N.A., and The Bank of New York Mellon AND Opposition to Motion for Summary Judgment of Bank of America, N.A. filed by Shirley White−Lett . (related document(s)199) (hd) |
| 06/13/2022 | | 209 | Motion to Extend Time to To Respond to Plaintiff's Cross−Motion for Summary Judgment filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (related document(s)208) (Burbine, Jennifer) |
| 06/22/2022 | | 210 | Order GRANTING Defendant Bank of America, N.A. Motion to Extend Time to To Respond to Plaintiff's Cross−Motion for Summary Judgment. Time is extended to July 1, 2022. (Related Doc # 209) Service by BNC. Entered on 6/22/2022. (cws) |
| 06/22/2022 | | 211 | Plaintiff's Reply to Bank of America's Response to: Plaintiff's Motion for Leave to Amend Complaint filed by Shirley White−Lett . (related document(s)207)(ebjl) |
| 06/23/2022 | | 212 | Response to Motion *(Reply in Support of Motion for Summary Judgment and Opposition to Plaintiff's Cross Motion for Summary Judgment)* filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (related document(s)199, 208)(Burbine, Jennifer) |
| 06/23/2022 | | 213 | Response to Motion *(Response to Plaintiff's Separate Statement of Undisputed Facts)* filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (related document(s)208)(Burbine, Jennifer) |
| 06/23/2022 | | 214 | Response to Motion *(Objections to Plaintiff's Evidence in Support of Cross−Motion for Summary Judgment and Opposition to BANA Motion for Summary Judgment)* filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (related document(s)208)(Burbine, Jennifer) |
| 06/23/2022 | | 215 | Response to Motion for Summary Judgment filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (related document(s)199)(Burbine, Jennifer) Modified on 6/24/2022 (yl). |
| 06/24/2022 | | 216 | Response to Motion *(Amended Request for Judicial Notice In Support of Its Reply in Support of Its Motion for Summary Judgment and Opposition* |

| | | | |
|---|---|---|---|
| | | | *to Plaintiff's Cross–Motion for Summary Judgment)* filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (related document(s)199, 208)(Burbine, Jennifer) |
| 06/24/2022 | | 217 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 06/24/2022. (Admin.) (Entered: 06/25/2022) |
| 06/29/2022 | | 218 | The Bank of New York Mellon's Joinder to Bank of America N.A.'s filings opposing summary judgment filed by Alan Michael Hurst on behalf of The Bank of New York Mellon (related document(s)212, 213, 214, 216) (Hurst, Alan). Related document(s) 199 Motion for Summary Judgment , 208 Motion for Summary Judgment. Modified on 6/30/2022 (yl). |
| 07/08/2022 | | 219 | Response to Bank of America N.A.'s Motion to Strike as Contained in its Objections AND Cross–Motion to Strike Improperly filed Objections and Improperly Interposed Motion to Strike filed by Shirley White–Lett . (related document(s)214) (hd) |
| 07/08/2022 | | 220 | Reply to Bank of America N.A.'s Response to Plaintiff's Cross–Motion for Summary Judgment filed by Shirley White–Lett . (related document(s)219) (hd) |
| 07/15/2022 | | 221 | Plaintiff's Motion to Supplement the Record to Supply Missing Pages filed by Shirley White–Lett . (related document(s)219, 220) (rfs) |
| 07/20/2022 | | 222 | ORDERED that the Plaintiffs Motion to Amend is DENIED. (Related Doc # 200) Service by BNC. Entered on 7/20/2022. (cws) |
| 07/22/2022 | | 223 | Certificate of Mailing by BNC of Order on Motion to Amend Notice Date 07/22/2022. (Admin.) (Entered: 07/23/2022) |
| 07/26/2022 | | 224 | Plaintiff's Motion for Leave to Amend Complaint to Assert Claim Under Georgia Fair Business Practices Act filed by Shirley White–Lett . (ebjl) |
| 07/26/2022 | | 225 | Exhibit: Amendments to Amended Complaint filed by Shirley White–Lett . (related document(s)224) (ebjl) Modified on 8/2/2022 (ebjl). |
| 07/27/2022 | | 226 | [ENTERED IN ERROR] Notice of deficient filing re: Missing Certificate of Service, . Service by BNC. (related document(s)225) (yl) Modified on 8/2/2022 (yl). |
| 07/29/2022 | | 227 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 07/29/2022. (Admin.) (Entered: 07/30/2022) |
| 08/01/2022 | | 228 | Response to Motion *(Opposition to Plaintiff's Motion for Leave to Amend Complaint to Assert Georgia Fair Business Practices Claim)* filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (Attachments: # 1 Exhibit A) (related document(s)224)(Burbine, Jennifer) |
| 08/01/2022 | | 229 | ORDERED that the Plaintiffs Motion [Doc. 221] GRANTED; it is furtherORDERED that Plaintiff shall have 14 days from entry of this Order to supplement the record with a more complete copy of the December 31, 2012 mortgage statement. Service by BNC. Entered on 8/1/2022. (related document(s)221) (cws) |

| | | | |
|---|---|---|---|
| 08/01/2022 | | 230 | Notice of Request for Judicial Notice In Support of Opposition to Motion for Leave to amend complaint to assert claim under Georgia fair business practices act, filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (related document(s)228) (Burbine, Jennifer) Modified on 8/2/2022 (yl). |
| 08/01/2022 | | 231 | Motion to Strike *Plaintiff's Motion for Leave to Amend Complaint to Assert Claim Under Georgia Fair Business Practices Act* filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (related document(s)225) (Burbine, Jennifer) |
| 08/02/2022 | | | Notice that Document Number 226 – Notice of deficiencient filing, was entered in error. (related document(s)226) (yl) |
| 08/03/2022 | | 232 | Certificate of Mailing by BNC of Order Notice Date 08/03/2022. (Admin.) (Entered: 08/04/2022) |
| 08/10/2022 | | 233 | Plaintiff's Further Supplementation Regarding Mortgage Statements Filed by Shirley White–Lett . (related document(s)208) (ebjl) |
| 08/12/2022 | | 234 | Plaintiff's Reply to Bank of America's Response to: Plaintiff's Motion for Leave to Amend Complaint and Response to Bank of America's Motion to Strike filed by Shirley White–Lett . (related document(s)228, 231)(rfs) |
| 10/03/2022 | | 235 | ORDERED that BANAs evidentiary objections [Doc. 214] and Plaintiffs evidentiary objections are OVERRULED for purposes of the Cross Motions and without prejudice to such objections being renewed at trial; it is further ORDERED that Plaintiffs Motion for Summary Judgment is DENIED; it is further ORDERED that BANAs Motion for Summary Judgment, which was joined by BONYM, is DENIED. (Related Doc # 199), (Related Doc # 208) Service by BNC. Entered on 10/3/2022. (cws) |
| 10/03/2022 | | 236 | ORDERED that the Plaintiffs Motion to Amend is DENIED as futile; it is furtherORDERED that BANAs Motion to Strike is DENIED as moot; it is further ORDERED that Plaintiff shall have 14 days from entry of this Order to file a response to BANAs Show Cause Request, and that BANA shall have 14 days from the filing of a response to file a reply; it is further ORDERED that until the Court adjudicates the Show Cause Request no party shall file any papers in this proceeding, other than the response and reply authorized herein, without prior permission of the Court. (Related Doc # 224) (Related Doc # 231) Service by BNC. Entered on 10/3/2022. (cws) |
| 10/05/2022 | | 237 | Certificate of Mailing by BNC of Order on Motion to Amend Notice Date 10/05/2022. (Admin.) (Entered: 10/06/2022) |
| 10/05/2022 | | 238 | Certificate of Mailing by BNC of Order on Motion to Summary Judgment Notice Date 10/05/2022. (Admin.) (Entered: 10/06/2022) |
| 10/13/2022 | | 239 | Certificate of Service *Regarding Defendant's Second Request for Production of Documents to Plaintiff* Filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (Burbine, Jennifer) |
| 10/19/2022 | | 240 | Consent Motion to Extend Time to (Deadlines Set Forth in Court's Order Doc #201) filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (related document(s)201) (Burbine, Jennifer) |

| | | | |
|---|---|---|---|
| 10/27/2022 | | 241 | Order GRANTING Motion to Extend Time. The deadline for the parties to complete discovery is extended to January 2, 2023 and the pre–trial order shall be due on February 1, 2023. (Related Doc # 240) Service by BNC. Entered on 10/27/2022. (cws) |
| 10/29/2022 | | 242 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 10/29/2022. (Admin.) (Entered: 10/30/2022) |
| 11/17/2022 | | 243 | Notice of Substitution of Counsel filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (Burbine, Jennifer) |
| 11/30/2022 | | 244 | Stipulation of Dismissal with Prejudice RE: Bank of America, N.A., The Bank of New York Mellon, Corp. and The Bank of New York Mellon Filed by Jennifer R Burbine on behalf of BANK OF AMERICA, N.A.. (related document(s)1) (Burbine, Jennifer) Modified on 12/1/2022 (mrw). |
| 12/06/2022 | | 245 | Dismissal Order. Defendant Bank of America, N.A. shall be, and hereby is, dismissed from this Adversary Proceeding, with prejudice. Service by BNC. Entered on 12/6/2022. (related document(s)244) (cws) |
| 12/08/2022 | | 246 | Certificate of Mailing by BNC of Order Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 02/22/2023 | | 247 | COPY of Order from USDC GRANTING Motions to Dismiss terminating Merscorp Holdings, Inc., Mortgage Electronic Registration Systems Incorporated (MERS), Bank of America N.A. and Federal National Mortgage Association of Appeal 22–CV–082–WMR Entered on 2/22/2023. (related document(s)171) (yl) |
| 03/13/2023 | | 248 | Notice of Docketing Appeal by Court of Appeals. Case Number: 23–10718–D (related document(s)171) (yl) |
| 03/14/2023 | | 249 | Motion to Dismiss *Claims Against Freddie Mac for Lack of Jurisdiction* filed by Alan Michael Hurst on behalf of Mortgage Electronic Registration Systems Incorporated (MERS). (related document(s)9) (Hurst, Alan) |
| 03/22/2023 | | 250 | Plaintiff Response and Objection to MERS Motion to Dismiss Freddie Mac. filed by Shirley White–Lett . (related document(s)249)(jcm) Modified on 3/23/2023 (mrw). |
| 04/05/2023 | | 251 | Reply to Response *Supporting MERS' Motion to Dismiss Claims Against Freddie Mac for Lack of Jurisdiction* filed by Alan Michael Hurst on behalf of Mortgage Electronic Registration Systems Incorporated (MERS). (Hurst, Alan). Related document(s) 250 Response to Motion. Modified on 4/6/2023 (mrw). |
| 05/10/2023 | | 252 | Order Granting MERS' Motion to Dismiss Claim Against Freddie Mac For Lack Of Jurisdiction. Service by BNC. Entered on 5/10/2023. (related document(s)249) (mrw) |
| 05/12/2023 | | 253 | Certificate of Mailing by BNC of Order Notice Date 05/12/2023. (Admin.) (Entered: 05/13/2023) |
| 05/23/2023 | | 254 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: NONE, Amount Paid $ 0, filed by Shirley White–Lett . Appellant Designation due by 6/6/2023, submission by USBC to USDC due by 6/22/2023, (related document(s)252) (hd) |

| 05/24/2023 | | <u>255</u> | Notification of Appeal Requirements (related document(s)<u>254</u>) (yl) |
|---|---|---|---|
| 05/24/2023 | | <u>256</u> | Notice of deficient filing re: Notice of Appeal – Missing Fee, $298.00 . Service by BNC. (related document(s)<u>254</u>) (yl) |