# EXHIBIT 1






https://westbend.com/products/42-cup-coffee-urn?_pos=2&_sid=8d545d419&_ss=r




https://westbend.com/products/6-qt-oblong-slow-cooker-with-tote-red?_pos=1&_sid=2eedb44d3&_ss=r

94724652.1



https://westbend.com/products/popcorn-cart-popcorn-maker?_pos=1&_sid=b2ddcacd1&_ss=r

https://vinturi.com/products/v1010-vinturi-red-wine-aerator?_pos=7&_sid=fa9c55fb4&_ss=r

94724652.1



https://vinturi.com/products/v9030-vinturi-traditional-lever-wine-opener?_pos=2&_sid=2193c9ebc&_ss=r





https://vinturi.com/products/v9031-vinturi-vertical-lever-corkscrew?_pos=1&_sid=2193c9ebc&_ss=r



94724652.1



https://vinturi.com/products/v9045-vinturi-battery-wine-opener?_pos=4&_sid=9e3310c84&_ss=r

https://vinturi.com/products/v9067-vinturi-bar-set?_pos=1&_sid=698d986af&_ss=r

94724652.1



https://vinotemp.com/pages/side-by-side-gallery#cabinet64





https://vinotemp.com/products/touch-screen-wine-beverage-cooler?variant=39804701409395&utm_source=googl



94724652.1

| | |
|---|---|
| e&utm_medium=cpc&utm_campaign=CedCommerceGoogleShopping&gad=1&gclid=CjwKCAjw3ueiBhBmEiwA4BhspO1KtrS48dgrVtclAVeXy2DttfGFlPKXFy8wekCS5lNaFeenK-Q6LBoCYToQAvD_BwE | |
| <br><br>https://vinotemp.com/products/stainless-steel-wine-beverage-cooler-left-hinge?variant=40232178483315&utm_source=google&utm_medium=cpc&utm_campaign=CedCommerceGoogleShopping&gad=1&gclid=CjwKCAjw3ueiBhBmEiwA4BhspJaOpY5RIg4Ji0x3NlJskqFUPHcoa8XltNzf4yTJXBTC4QUZMJ8OohoC2_0QAvD_BwE |  |

94724652.1



https://vinotemp.com/blogs/news/top-10-vinotemp-wine-coolers-2021?_pos=1&_sid=130e4ae21&_ss=r



https://vinotemp.com/products/private-reserve-series-41-bottle-backlit-panel-commercial-54-single-zone-wine-cooler?_pos=1&_sid=7d3ee7bec&_ss=r



94724652.1





https://omegajuicers.com/products/cnc80s-compact-juicer-and-nutrition-system?_pos=7&_sid=fa9a7944a&_ss=r





https://omegajuicers.com/products/om7560s-omega-3hp-blender-timer-infinity-control

94724652.1



https://omegajuicers.com/products/mmv700s-mega-mouth-veritcal-low-speed-juicer?_pos=1&_sid=ee6085aa3&_ss=r

94724652.1



https://omegajuicers.com/products/j8006hds-omega-ultimate-masticating-nutrition-system-juicer?_pos=13&_sid=b36046732&_ss=r





https://omegajuicers.com/products/nc1000hds-masticating-juicer?_pos=1&_sid=4b062c877&_ss=r



94724652.1