**EXHIBIT 2**

94724652.1

Int. Cl.: 7

Prior U.S. Cl.: 23

**United States Patent and Trademark Office**    Reg. No. 1,844,118
                                                  Registered July 12, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## OMEGA

OMEGA PRODUCTS, INC. (PENNSYLVANIA CORPORATION)
6291 LYTERS LANE
HARRISBURG, PA 17111

FOR: ELECTRIC JUICE EXTRACTORS, IN CLASS 7 (U.S. CL. 23).

FIRST USE 10-1-1985; IN COMMERCE 10-1-1985.

SER. NO. 74-425,371, FILED 8-17-1993.

MARY C. MACK, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

United States Patent and Trademark Office

Reg. No. 3,353,903
Registered Dec. 11, 2007

## TRADEMARK
PRINCIPAL REGISTER

# VINTURI

EXICA, INC. (CALIFORNIA CORPORATION)
6412 MERLIN DRIVE, SUITE 900
CARLSBAD, CA 92009

FOR: AERATION DEVICES, NAMELY HAND-OPERATED AERATORS, DECANTERS, FUNNELS, AND POURERS FOR FACILITATING THE AERATION OF WINE PRIOR TO CONSUMPTION, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-5-2005; IN COMMERCE 10-6-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF THE WORD VINTURI IN THE MARK IS "WINDS."

SN 78-816,310, FILED 2-16-2006.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,075,282**  
**Registered Nov. 01, 2016**  
**Int. Cl.: 21**  
**Trademark**  
**Supplemental Register**

Focus Products Group International, LLC (ILLINOIS LIMITED LIABILITY COMPANY)
300 Knightsbridge Parkway, Suite 500
Lincolnshire, IL 60069

CLASS 21: Wine aerators

FIRST USE 10-12-2007; IN COMMERCE 10-12-2007

The color(s) black is/are claimed as a feature of the mark.

The mark consists of a three-dimensional product configuration of a wine aerator having a transparent frustoconical top portion and a transparent frustoconical bottom portion with a black band encircling the frustoconical bottom portion. The matter shown in broken or dashed lines is not part of the mark and serves only to show the position or placement of the mark.

SER. NO. 86-627,893, FILED 05-13-2015
KATHLEEN MARY VANSTON, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,481,491**
**Registered Sep. 14, 2021**
**Int. Cl.: 21**
**Trademark**
**Principal Register**

Greenfield World Trade, Inc. (FLORIDA CORPORATION), DBA The Legacy Companies
3355 Enterprise Ave.
Fort Lauderdale, FLORIDA 33331

CLASS 21: Wine aerators

FIRST USE 10-12-2007; IN COMMERCE 10-12-2007

The mark consists of a three-dimensional product configuration of a wine aerator having a transparent frustoconical top portion and rim and a transparent frustoconical bottom portion with a black band encircling the frustoconical bottom portion. The matter shown in broken or dashed lines is not part of the mark and serves only to show the position or placement of the mark.

OWNER OF U.S. REG. NO. 5075282

SEC.2(F)

SER. NO. 88-751,452, FILED 01-08-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

United States of America
United States Patent and Trademark Office



**Reg. No. 4,873,823**
**Registered Dec. 22, 2015**
**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOCUS PRODUCTS GROUP INTERNATIONAL, LLC (ILLINOIS LIMITED LIABILITY COMPANY)
300 KNIGHTSBRIDGE PARKWAY, SUITE 500
LINCOLNSHIRE, IL 60069

FOR: WINE AERATORS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-12-2007; IN COMMERCE 10-12-2007.

THE MARK CONSISTS OF A STYLIZED LETTER "V" WITH SHADING IN AN INCLUDED PORTION OF A VERTEX OF THE "V".

SER. NO. 86-627,883, FILED 5-13-2015.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.   *See* 15 U.S.C. §§1058, 1141k.   However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.   *See* 15 U.S.C. §1141j.   For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:**   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:**   A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at   http://www.uspto.gov.

Int. Cls.: **11, 20 and 21**

Prior U.S. Cls.: **2, 13, 34 and 50**

**United States Patent and Trademark Office**

Reg. No. 1,822,580
Registered Feb. 22, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## VINOTEMP

VINOTEMP INTERNATIONAL (CALIFORNIA CORPORATION)
134 W. 131ST STREET
LOS ANGELES, CA 90061

FOR: TEMPERATURE AND/OR HUMIDITY CONTROL SYSTEMS, COOLING AND/OR HUMIDITY UNITS FOR WINE CELLARS AND WINE STORAGE UNIT SYSTEMS HAVING TEMPERATURE AND HUMIDITY AUTOMATICALLY CONTROLLED, IN CLASS 11 (U.S. CL. 34).

FIRST USE 11-0-1985; IN COMMERCE 11-0-1985.

FOR: WINE CELLARS, WINE STORAGE SYSTEMS, SPECIFICALLY, STORAGE FACILITIES RANGING FROM WALK IN FACILITIES TO SMALL STORAGE LOCKERS (1 CUBIC FOOT), IN CLASS 20 (U.S. CL. 50).

FIRST USE 11-0-1985; IN COMMERCE 11-0-1985.

FOR: WINE RACKS, IN CLASS 21 (U.S. CLS. 2 AND 13).

FIRST USE 11-0-1985; IN COMMERCE 11-0-1985.

SER. NO. 74-327,887, FILED 10-29-1992.

AMOS T. MATTHEWS, JR., EXAMINING ATTORNEY

Int. Cl.: **11**

Prior U.S. Cls.: **21 and 34**

**United States Patent and Trademark Office**  Reg. No. **1,846,660**
Registered **July 26, 1994**

## TRADEMARK
### PRINCIPAL REGISTER

## WEST BEND

WEST BEND COMPANY, THE (DELAWARE CORPORATION)
400 WASHINGTON STREET
WEST BEND, WI 53095

FOR: ELECTRIC HOUSEHOLD APPLIANCE; NAMELY, AUTOMATIC BREAD AND DOUGH MAKER, IN CLASS 11 (U.S. CLS. 21 AND 34).

FIRST USE 8-3-1993; IN COMMERCE 8-3-1993.

OWNER OF U.S. REG. NOS. 595,084, 1,441,814 AND OTHERS.

SER. NO. 74-434,810, FILED 9-13-1993.

CONRAD WONG, EXAMINING ATTORNEY

# United States Patent Office

**635,121**
Registered Oct. 2, 1956

## PRINCIPAL REGISTER
## Trademark

Ser. No. 3,496, filed Feb. 27, 1956

## WEST BEND

West Bend Aluminum Co. (Wisconsin corporation)
92 Island Ave.
West Bend, Wis.

For: ELECTRIC ROASTERS, ELECTRIC SKILLETS, ELECTRIC MIXERS, AND ELECTRIC WATER HEATERS, in CLASS 21.

First use June 15, 1954, on electric roasters, electric mixers, and electric water heaters; in commerce June 15, 1954.

Sec. 2(f).

Owner of Reg. Nos. 559,607 and 595,084.

OCT 3 1956

# United States of America
## United States Patent and Trademark Office

# WEST BEND

| | |
|---|---|
| **Reg. No. 6,159,731** | Greenfield World Trade, Inc.  (FLORIDA CORPORATION), DBA The Legacy Companies |
| **Registered Sep. 22, 2020** | 3355 Enterprise Avenue, Suite 160<br>Ft. Lauderdale, FLORIDA 33331 |
| **Int. Cl.: 7, 11** | CLASS 7: Electric juicers; Electric food blenders; Electric food blenders |
| **Trademark** | FIRST USE 7-15-2020; IN COMMERCE 7-15-2020 |
| **Principal Register** | CLASS 11: Air fryers; Deep fryer, electric; Deep fryers, electric; Deep fat fryers; Electric fryers; Electric deep fryers; Oil-free electric fryers |

FIRST USE 7-15-2020; IN COMMERCE 7-15-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0635121, 1369952, 1846660

SER. NO. 88-581,871, FILED 08-16-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.