**EXHIBIT 3**

94724652.1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-344-480

**Effective Date of Registration:**
April 28, 2023
**Registration Decision Date:**
May 01, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    **For Photographs Published:**  April 20, 2021 to December 10, 2021

### Title

| | |
|---|---|
| **Title of Group:** | Greenfield Products, 2021 |
| **Number of Photographs in Group:** | 7 |
| • **Individual Photographs:** | EL-40WCBC 4_20_2021, EL-BWC102-02 4_20_2021, |
| **Published:** | April 2021 |
| • **Individual Photographs:** | 87906R_F 8_2_2021, |
| **Published:** | August 2021 |
| • **Individual Photographs:** | EL-BWC108-SS-L 10_15_2021, |
| **Published:** | October 2021 |
| • **Individual Photographs:** | J8006HDC_PROP1 12_6_2021, OmegaJuicer_NC1000HDS 12_10_2021, WestBendPopcornCart_PCMC20RD13 12_10_2021 |
| **Published:** | December 2021 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | April 20, 2021 |
| **Latest Publication Date in Group:** | December 10, 2021 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Greenfield World Trade, Inc. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

Page 1 of 2

        **Citizen of:** United States

## Copyright Claimant

        **Copyright Claimant:** Greenfield World Trade, Inc.
        3355 Enterprise Ave., Suite 160, Fort Lauderdale, FL, 33331, United States

## Rights and Permissions

        **Organization Name:** Lewis Brisbois Bisgaard & Smith LLP
        **Name:** Bryan Sugar
        **Email:** bryan.sugar@lewisbrisbois.com
        **Telephone:** (312)463-3473
        **Alt. Phone:** (312)345-1778
        **Address:** 550 West Adams Street
        Suite 300
        Chicago, IL 60661 United States

## Certification

        **Name:** Bryan Sugar
        **Date:** April 28, 2023
        **Applicant's Tracking Number:** 42547-3

---

        **Correspondence:** Yes
        **Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-243-448**
**Effective Date of Registration:**
March 16, 2021
**Registration Decision Date:**
March 29, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: December 01, 2017 to December 31, 2017

### Title
Title of Group: Blenders 2017
Number of Photographs in Group: 101

### Completion/Publication
Year of Completion: 2017
Earliest Publication Date in Group: December 01, 2017
Latest Publication Date in Group: December 31, 2017
Nation of First Publication: United States

### Author
- Author: Greenfield World Trade, Inc. DBA The Legacy Companies
  Author Created: photographs
  Work made for hire: Yes
  Citizen of: United States

### Copyright Claimant
Copyright Claimant: Greenfield World Trade, Inc. DBA The Legacy Companies
3355 ENTERPRISE AVENUE, SUITE 160, Fort Lauderdale, FL, 33331, United States

### Certification
Name: Jill Anderfuren
Date: March 16, 2021
Applicant's Tracking Number: 42547-1100XC

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.