# EXHIBIT 1



**Wesco Insurance Company**
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

## COMMERCIAL COMMON POLICY DECLARATIONS SUMMARY PAGE

| | | | |
|---|---|---|---|
| **Policy Number** WPP1131740 02 | **Policy Period** | **From:** 1/1/2016 | **To:** 1/1/2017 |
| | | 12:01 A.M. Standard Time at the Name Insured's Address | |

**Transaction**
Renewal

| **Named Insured and Address** | **Producer:** 47246 |
|---|---|
| The Providence Group of Georgia LLC | Insurance Specialty Group, LLC |
| 11340 Lakefield Drive | ISG |
| Suite 250 | 4501 Circle 75 Parkway NW, Suite F-6200 |
| Duluth GA 30097 | Atlanta GA 30339 |
| | **Telephone:** (678) 742-6300 |

| **Business Description** | **Type of Business** | **Auditable** ☒ | **Non-Auditable** ☐ |
|---|---|---|---|
| Home Builder | Limited Liability Company | | |
| | | **Audit Period** | Annual |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| **COVERAGE PART DESCRIPTION** | **PREMIUM** |
|---|---|
| General Liability | $285,334.00 |

| | |
|---|---|
| **Policy Premium** | $285,334.00 |
| **Deposit Premium (if applicable)** | $285,334.00 |
| **Taxes and Surcharges** | $0.00 |
| **Total Deposit Premium** | $285,334.00 |
| (Includes Taxes, Surcharges, and applicable Terrorism Premium) | |

**FORMS AND ENDORSEMENTS***

See Forms and Endorsements Schedule

*Entry optional if above in common policy declarations schedule

THESE DECLARATIONS TOGETHER WITH THE COVERAGE DECLARATIONS, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

| | |
|---|---|
| 1/7/2016 | |
| **Date** | **Signature of Authorized Representative** |



**Wesco Insurance Company**
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

**Policy Number:**
WPP1131740 02
**Named Insured:**
The Providence Group of Georgia LLC

## COMMERCIAL COMMON POLICY DECLARATIONS
## EXTENSION OF NAMED INSURED

1. TPG Homes, LLC
2. TPG Homes at Abberly, LLC
3. TPG Homes at Crabapple, LLC
4. TPG Homes at Highland, LLC
5. TPG Homes at Jamestown, LLC
6. TPG Homes at LaVista Walk, LLC
7. TPG Homes at Three Bridges, LLC
8. The Providence Group Associates, LLC
9. Providence Group Realty, LLC
10. TPG Florida Custom Homes, LLC
11. TPG Homes of Florida, LLC
12. TPG Development, LLC
13. Providence Luxury Homes, LLC
14. TPG Homes at Whitfield Park, LLC
15. TPG Homes at Bellmoore, LLC
16. JBGL Ownership, LLC
17. JBGL Builder Finance, LLC
18. JBGL Land Fund, LLC
19. JBGL A&A, LLC
20. JBGL Atlanta Development, LLC
21. JBGL Chamdun, LLC
22. Johns Creek 206, LLC
23. JBGL Jamestown, LLC
24. JBGL Highlands, LLC
25. MCWP, LLC
26. TPG Investment Trust
27. KKC Investment Trust
28. The Providence Group, LLC
29. The Providence Group Construction, LLC
30. The Providence Group at Northplace, LLC
31. WPJ 100, LLC
32. East Atlanta Ventures, LLC
33. Scott Palmer Investments, LLC
34. Jolly Development Corporation
35. The Providence Group at Highlands, LLC
36. CMP Homes, LLC
37. The Providence Group of Georgia Custom Homes, LLC

Issued Date: 1/7/2016

ILEXTNI 0414



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

**Policy Number:**
WPP1131740 02
**Named Insured:**
The Providence Group of Georgia LLC

# COMMERCIAL COMMON POLICY DECLARATIONS
## LOCATION SUMMARY

**Premises # 1**
11340 Lakefield Drive
Duluth GA 30097



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

## COMMERCIAL GENERAL LIABILITY COVERAGE DECLARATIONS

| Policy Number WPP1131740 02 | Policy Period | From: 1/1/2016  To: 1/1/2017 |
|---|---|---|
| | | 12:01 A.M. Standard Time at the Name Insured's Address |

**Transaction**
Renewal

| **Named Insured and Address** | **Producer:** 47246 |
|---|---|
| The Providence Group of Georgia LLC | Insurance Specialty Group, LLC |
| 11340 Lakefield Drive | ISG |
| Suite 250 | 4501 Circle 75 Parkway NW, Suite F-6200 |
| Duluth GA 30097 | Atlanta GA 30339 |
| | **Telephone:** (678) 742-6300 |

| **Business Description** | **Type of Business** | **Audit Period** |
|---|---|---|
| Home Builder | Limited Liability Company | Annual |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other than Products-Completed Operations) | $3,000,000 |
| Products - Completed Operations Aggregate Limit | $3,000,000 |
| Each Occurrence Limit | $3,000,000 |
| Personal and Advertising Injury Limit | $3,000,000 |
| Medical Expense Limit, any one person | $5,000 |
| Damage to Premises Rented to You Limit, any one premises | $100,000 |

### AMENDED LIMITS OF LIABILITY

Refer to attached schedule, if any.

### LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Refer to attached schedule.

### CLASSIFICATIONS

Refer to attached schedule, if any.

| **TOTAL PREMIUM FOR THIS COVERAGE PART** | $285,334.00 |
|---|---|

| **FORMS AND ENDORSEMENTS\*** |
|---|
| See Forms and Endorsements Schedule |

*Entry optional if shown in common policy declarations.

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY DECLARATIONS, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

| 1/7/2016 | *[signature]* |
|---|---|
| **Date** | **Signature of Authorized Representative** |



**Wesco Insurance Company**
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

Policy Number:
WPP1131740 02
Named Insured:
The Providence Group of Georgia LLC

## COMMERCIAL GENERAL LIABILITY COVERAGE DECLARATIONS
## EXTENSION OF DECLARATIONS

### LOCATION OF PREMISES

Location of All Premises You Own, Rent or Occupy:

1
11340 Lakefield Drive
Duluth GA 30097

### PREMIUM

| Location | Classification | Code No. | Exposure | Basis | Rate Premises Ops. | Rate Prod/Comp Ops. | Advanced Premium Premises Ops. | Advanced Premium Prod/Comp Ops. |
|---|---|---|---|---|---|---|---|---|
| 1 | Carpentry - interior | 91341 | If Any | p | 12.202 | 6.969 | $0.00 | $0.00 |
| 1 | Carpentry - construction of residential property not exceeding three stories in height | 91340 | 50,000 | p | 9.647 | 11.897 | $482.00 | $595.00 |
| 1 | Roofing - residential | 98678 | If Any | p | 38.772 | 22.826 | $0.00 | $0.00 |
| 1 | Vacant Land – Other than Non-For-Profit | 49451 | 100 | t | 1.019 | 0.000 | $102.00 | $0.00 |
| 1 | Concrete Construction | 91560 | If Any | p | 9.813 | 8.992 | $0.00 | $0.00 |
| 1 | Contractors - subcontracted work - in connection with building construction, reconstruction, repair or erection - one or two family dwellings | 91583 | 61,200,000 | c | 1.747 | 2.205 | $106,916.00 | $134,946.00 |
| 1 | Real Estate Development Property | 47051 | 160 | t | 4.824 | 0.000 | $772.00 | $0.00 |
| 1 | Contractors - executive supervisors or executive superintendents | 91580 | 3,000,000 | p | 12.952 | 0.000 | $38,856.00 | $0.00 |
| 1 | Electrical Work - within buildings | 92478 | If Any | p | 4.005 | 3.580 | $0.00 | $0.00 |

Issued Date: 1/7/2016

GLDEC 0414



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

Policy Number:
WPP1131174O 02
Named Insured:
The Providence Group of Georgia LLC

## COMMERCIAL GENERAL LIABILITY COVERAGE DECLARATIONS
## EXTENSION OF DECLARATIONS

### PREMIUM

| Location | Classification | Code No. | Exposure | Basis | Rate Premises Ops | Rate Prod/Comp Ops. | Advanced Premium Premises Ops. | Advanced Premium Prod/Comp Ops. |
|---|---|---|---|---|---|---|---|---|
| 1 | Model Homes | 46362 | 10 | t | 236.634 | 0.000 | $2,366.00 | $0.00 |
| | Employee Benefits Liability | 92100 | 25 Employees | T | | | $299.00 | |

**Extension of Declarations – Total Advance Annual Premium  $285,334.00**

Issued Date: 1/7/2016

GLDEC 0414



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

## EMPLOYEE BENEFITS LIABILITY COVERAGE DECLARATIONS

| Policy Number WPP1131740 02 | Policy Period | From: 1/1/2016   To: 1/1/2017 |
|---|---|---|
| | | 12:01 A.M. Standard Time at the Name Insured's Address |

**Transaction**
Renewal

| **Named Insured and Address** | **Producer:** 47246 |
|---|---|
| The Providence Group of Georgia LLC | Insurance Specialty Group, LLC |
| 11340 Lakefield Drive | ISG |
| Suite 250 | 4501 Circle 75 Parkway NW, Suite F-6200 |
| Duluth GA 30097 | Atlanta GA 30339 |
| | **Telephone:** (678) 742-6300 |

| **Business Description** | **Type of Business** | **Audit Period** |
|---|---|---|
| Home Builder | Limited Liability Company | Annual |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE AND DEDUCTIBLE

| Aggregate Limit | $1,000,000 |
|---|---|
| Each Employee Limit | $1,000,000 |
| Deductible | $1,000 Each Employee |

### RETROACTIVE DATE

This insurance does not apply to negligent acts, Errors or Omissions which occur before the Retroactive Date, if any, shown below.

**Retroactive Date:** 1/1/2016
(Enter date or "None" if no Retroactive Date applies.)

### EMPLOYEES BENEFITS PROGRAMS

Covered Employee Benefits Programs other than those listed in Section V, DEFINITIONS

### PREMIUM COMPUTATION

| Estimated Number of Employees | Rate Per Employee | Estimated Premium | Minimum Premium |
|---|---|---|---|
| 25 | INCL | $299.00 | $0.00 |
| | | $299.00 INCL | $0.00 |

### FORMS AND ENDORSEMENTS*

See Forms and Endorsements Schedule

*Entry optional if shown in common policy declarations.

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY DECLARATIONS, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

_____1/7/2016_____
Date

_Jeffrey Lord_
**Signature of Authorized Representative**

GLDECC 0414



**Wesco Insurance Company**
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

**Policy Number:**
WPP1131740 02
**Named Insured:**
The Providence Group of Georgia LLC

## COMMERCIAL COMMON POLICY DECLARATIONS
## INSTALLMENT SCHEDULE

The period covered by this installment payment provision is from 1/1/2016 to 1/1/2017 beginning and ending at 12:01 AM standard time at the address of the insured.

## PREMIUM SUMMARY

The premium is due on the following dates:

| Date | Amount |
|------|--------|
| 1/7/2016 | $28,533.40 |
| 1/31/2016 | $28,533.40 |
| 2/29/2016 | $28,533.40 |
| 3/31/2016 | $28,533.40 |
| 4/30/2016 | $28,533.40 |
| 5/31/2016 | $28,533.40 |
| 6/30/2016 | $28,533.40 |
| 7/31/2016 | $28,533.40 |
| 8/31/2016 | $28,533.40 |
| 9/30/2016 | $28,533.40 |

This policy may be subject to premium adjustment per policy terms.

Issued Date: 1/7/2016

ILINSCH 0414



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

**Policy Number:**
WPP1131740 02
**Named Insured:**
The Providence Group of Georgia LLC

## COMMERCIAL COMMON POLICY DECLARATIONS
## FORMS AND ENDORSEMENTS SCHEDULE

| Coverage | Form Number | Edition Date | Title |
|---|---|---|---|
| CG | 501003 | 09/09 | AMENDMENT OF COPYRIGHT, PATENT, TRADEMARK OR TRADE SECRET EXCLUSION |
| CG | 501010 | 09/09 | FUNGUS, MILDEW AND MOLD EXCLUSION |
| CG | 501015 | 09/09 | LIMITED SUBSIDENCE EXCLUSION |
| CG | 501020 | 12/09 | HOME WARRANTY REQUIREMENTS ENDORSEMENT |
| CG | 501023 | 12/09 | SUBCONTRACTOR REQUIREMENTS ENDORSEMENT |
| CG | 501024 | 09/09 | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| CG | 501052 | 12/09 | COMMERCIAL CONSTRUCTION AND CONDOMINIUM EXCLUSION FLORIDA & GEORGIA |
| CG | CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG | CG0300 | 01/96 | DEDUCTIBLE LIABILITY INSURANCE (FOR USE WITH CGL AND PRODUCTS POLICIES) |
| CG | CG0435 | 12/07 | EMPLOYEE BENEFITS LIABILITY COVERAGE |
| CG | CG2010 | 04/13 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION |
| CG | CG2011 | 04/13 | ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES |
| CG | CG2012 | 04/13 | ADDITIONAL INSURED – STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION – PERMITS OR AUTHORIZATIONS |
| CG | CG2018 | 04/13 | ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE, OR RECEIVER |
| CG | CG2034 | 04/13 | ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT - AUTOMATIC STATUS WHEN REQUIRED IN LEASE AGREEMENT |
| CG | CG2037 | 04/13 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS |
| CG | CG2134 | 01/87 | EXCLUSION - DESIGNATED WORK (FOR USE WITH CGL AND PRODUCTS POLICIES) |
| CG | CG2147 | 12/07 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG | CG2165 | 12/04 | TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND |
| CG | CG2173 | 01/15 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| CG | CG2186 | 12/04 | EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS |
| CG | CG2196 | 03/05 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CG | CG2279 | 04/13 | EXCLUSION - CONTRACTORS - PROFESSIONAL LIABILITY |
| CG | CG2404 | 05/09 | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| CG | CG2503 | 05/09 | DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT |
| CG | GL990001 | 09/08 | LEAD EXCLUSION |
| CG | GL990002 | 09/08 | ASBESTOS EXCLUSION |
| IL | IL0017 | 11/98 | COMMON POLICY CONDITIONS |
| IL | IL0021 | 09/08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL | IL0262 | 02/15 | GEORGIA CHANGES - CANCELLATION AND NONRENEWAL |

Issued Date: 1/7/2016

ILFORMSCH 0414



**Wesco Insurance Company**
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

**Policy Number:**
WPP1131740 02
**Named Insured:**
The Providence Group of Georgia LLC

## COMMERCIAL COMMON POLICY DECLARATIONS
## FORMS AND ENDORSEMENTS SCHEDULE

| Coverage | Form Number | Edition Date | Title |
|---|---|---|---|
| IL | IL0985 | 01/15 | DISCLOSURE PURSUANT TO TERRORISM RISK |
| IL | IL1201 | 11/85 | POLICY CHANGES |

Issued Date: 1/7/2016

ILFORMSCH 0414