# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL T. SMITH, Temporary Administrator of the Estate of Anthony Odigie Ahabue, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK N.A. INC., <br><br> Defendant. | CIVIL ACTION FILE NO.: <br><br><br> **AS REMOVED FROM THE SUPERIOR COURT OF COBB COUNTY, GEORGIA, CIVIL ACTION FILE NO.: 23103302** |

## NOTICE OF REMOVAL TO PLAINTIFF

TO: Michael T. Smith, Temporary Administrator
c/o Andrew Cameron
Cameron Law, LLC
6075 Barfield Road
Atlanta, Georgia 30328

**PLEASE TAKE NOTICE** that on May 25, 2023 Defendant Wells Fargo Bank N.A. Inc. ("Wells Fargo") removed Superior Court of Cobb County, Georgia, Civil Action File No. 2022CV359911 (the "Superior Court Action"), to the United States District Court for the Northern District of Georgia, Atlanta Division (the "District Court") by filing its Notice of Removal with the District Court. A copy of that Notice of Removal is herewith served upon you, and a copy

WBD (US) 62156542

of the Notice is being filed with the Clerk of the Superior Court of Cobb County, Georgia, pursuant to 28 U.S.C. § 1446(d).

    Respectfully submitted this the 25th day of May, 2023.

                                  WOMBLE BOND DICKINSON (US) LLP

                            By:    /s/  Arthur A. Ebbs
                                    Arthur A. Ebbs
                                    State Bar No. 416181

271 17th Street NW
Suite 2400
Atlanta, Georgia 30363
Telephone:  (404) 872-7000
Facsimile:  (404) 888-7490
Email:        Arthur.Ebbs@wbd-us.com

                                  *Attorney for Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing *Notice of Removal to Plaintiff* was electronically filed with the Clerk of Court using the CM/ECF system and has been served on the following via U.S. Mail as follows:

Andrew Cameron
Cameron Law, LLC
6075 Barfield Road
Atlanta, Georgia 30328

This 25th day of May, 2023.

/s/ Arthur A. Ebbs
Arthur A. Ebbs
State Bar No. 416181

WBD (US) 62156542