IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CONSULTATIVE GENOMICS, LLC; and ALPHA GENOMIX LABORATORIES, INC., <br><br> Plaintiffs, <br><br> V. <br><br> SHEA SPRUILL; HEALIX PATHOLOGY, LLP; HEALIX PATHOLOGY, LLC; and HEALIX HOLDINGS, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. <br> _____ |

**<u>DEFENDANTS' NOTICE OF REMOVAL</u>**

Defendants Shea Spruill ("Spruill"), Healix Pathology, LLP ("Healix LLP"), Healix Pathology, LLC ("Healix LLC"), and Healix Holdings, LLC ("Healix Holdings") (collectively, "Defendants") hereby file this Notice of Removal of the Georgia state court action styled *Consultative Genomics, LLC and Alpha Genomix Laboratories, Inc. v. Shea Spruill, Healix Pathology, LLP, Healix Pathology, LLC, and Healix Holdings, LLC*, Civil Action No. 23EV001261, in the State Court of Fulton County, Georgia (the "State Court Action"), pursuant to 28 U.S.C. §§ 1332(a) and 1441(a), and as ground for removal would show the Court as follows:

1

## I.     BACKGROUND

1. Plaintiffs Consultative Genomics, LLC ("ConGen LLC") and Alpha Genomix Laboratories, Inc. ("Alpha Genomix") (collectively, "Plaintiffs") filed their Complaint on March 1, 2023. Complaint (Exhibit A). Plaintiffs asserted constructive fraud; tortious interference with contractual relations, business relations, and potential business relations; civil conspiracy; and punitive damages against all Defendants. *Id.* at ¶¶ 114–17; 125–30; 147–51. Plaintiffs also asserted fraud and negligent misrepresentation against Spruill and trespass against Healix. *Id.* at ¶¶ 107–13; 118–24; 136–141.

2. Defendants Healix LLP and Healix LLC were served with Plaintiffs' Complaint on April 25, 2023. Executed Process, Healix LLP (Exhibit B); Executed Process, Healix LLC (Exhibit C).

3. Defendant Healix Holdings was served with Plaintiffs' Complaint on April 26, 2023. Executed Process, Healix Holdings (Exhibit D).

4. As of the time this Notice of Removal was filed, Defendant Spruill has not been served.

5. Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this removal notice within 30 days of service of Plaintiffs' Complaint.

## II.     PROCEDURAL MATTERS

6. The procedural requirements for removal set forth in 28 U.S.C. § 1446 are satisfied. In accordance with Section 1446 and the Local Rules for the Northern District of Georgia, attached to this Notice of Removal are the following documents:

    a. All pleadings filed in the State Court Action, which as of the filing of this Notice of Removal include solely:

        i. Plaintiffs' Complaint (Exhibit A);

    b. All executed process in the State Court Action (Exhibits B, C, and D);

    c. The docket sheet in the State Court Action (Exhibit E); and

    d. A list of all counsel of record, including addresses, telephone numbers, and parties represented (Exhibit F).

7. Upon filing of this Notice of Removal, Defendants will promptly file a notice of filing of this Notice of Removal in the State Court Action.

8. By virtue of filing this Notice of Removal, Defendants do not waive their right to assert any jurisdictional claims or other motions, including Rule 12 motions, permitted by the Federal Rules of Civil Procedure.

9. All Defendants (Spruill, Healix LLP, Healix LLC, and Healix Holdings) consent to the removal of this case to Federal Court, without waiver of their respective rights, but not limited to challenging personal jurisdiction.

13982918.v3

### III.   BASIS FOR REMOVAL

10. The basis for removal is diversity of citizenship. Pursuant to 28 U.S.C. § 1332(a), United States District Courts have jurisdiction over all civil actions where the matter in controversy exceeds $75,000, exclusive of interests and costs, and is between citizens of different states.

### A.   The amount in controversy exceeds $75,000.

11. Plaintiff's Complaint establishes that the amount in controversy exceeds $75,000. The Complaint states, "Defendants . . . have caused significant losses, cumulatively estimated to be well in excess of $1 million." Complaint. (Exhibit A) at ¶ 17, Factual Background.

### B.   Defendants are diverse in citizenship from Plaintiffs.

12. "[A] corporation shall be deemed to be citizens of every State and foreign state by which it has been incorporated and of the state or foreign state where it has its principal place of business . . . ." 28 U.S.C. § 1332(c)(1).

13. Plaintiff ConGen LLC is a Louisiana limited liability company with its principal place of business in Georgia. Complaint (Exhibit A) at ¶ 1.

14. Upon a public records search, the members of Plaintiff ConGen LLC are residents of Georgia and, upon information and belief, are not citizens of any state of which Defendants are citizens. *See* State of Louisiana Secretary of State

Record (Exhibit H); State of Georgia Secretary of State Record (Exhibit I). Accordingly, ConGen LLC appears to be a citizen of Georgia and/or Louisiana.

15. Plaintiff Alpha Genomix is incorporated in Georgia with its principal place of business in Georgia. Complaint (Exhibit A) at ¶ 2. Accordingly, Alpha Genomix is a citizen of Georgia.

16. Defendant Shea Spruill is an individual residing in Texas and is therefore a citizen of Texas. Spruill Declaration (Exhibit G) at ¶ 2.

17. Defendant Healix LLC was organized in Wyoming and has its principal place of business in Bellaire, Texas. *Id.* at ¶ 4. None of Healix LLC's members reside in Georgia or Louisiana. *Id.*

18. Defendant Healix LLP was organized in Wyoming and has a principal place of business in Bellaire, Texas. *Id.* at ¶ 5. None of Healix LLP's partners reside in Georgia or Louisiana. *Id.*

19. Defendant Healix Holdings, LLC was organized in Wyoming and has a principal place of business in Katy, Texas. *Id.* at ¶ 6. None of Healix LLP's partners reside in Georgia or Louisiana. None of Healix Holding, LLC's members reside in Georgia or Louisiana. *Id.*

20. Because Plaintiffs are citizens of different states than Defendants, there is complete diversity between Plaintiffs and Defendants. *See* 28 U.S.C. § 1332(a).

13982918.v3

21. Accordingly, jurisdiction over the subject matter of this case is conferred by 28 U.S.C. §§ 1332(a)(1) and 1441. Section 1332(a)(1) provides that U.S. district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of different States. Section 1441(a) provides that any civil action brought in a state court, of which the U.S. district courts of the United States have original jurisdiction, may be removed by the defendant to the U.S. district court where the state court action is pending.

22. Therefore, removal is proper under 28 U.S.C. §§ 1332(a)(1) and 1441(a). Venue is proper in the District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441(a) because the State Court Action is located in the Northern District of Georgia, Atlanta Division.

## IV.   <u>CONCLUSION</u>

THEREFORE, having met all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all the jurisdictional requirements established by 28 U.S.C. § 1332, Defendants give notice that it removes the State Court Action to the United State District Court for the Northern District of Georgia, Atlanta Division.

Dated: May 25, 2023

Respectfully submitted,

**JACKSON LEWIS P.C.**

By: */s/ Jeffrey A. Schwartz*
   Jeffrey A. Schwartz
   Georgia Bar No. 558465
   171 17th Street NW, Suite 1200
   Atlanta, Georgia 30363
   Telephone:  (404) 525-8200
   Telecopy:  (404) 525-1173
   Jeffrey.Schwartz@jacksonlewis.com

PORTER HEDGES LLP

   */s/ William R. Stukenberg*
   William R. Stukenberg
   Texas Bar No. 24051397
   **Motion to Appear Pro Hac Vice Forthcoming**
   wstukenberg@porterhedges.com
   1000 Main Street, 36th Floor
   Houston, Texas 77002
   Telephone:  (713) 226-6611
   Telecopy:  (713) 226-6211

   **ATTORNEY-IN-CHARGE FOR DEFENDANTS SHEA SPRUILL, HEALIX PATHOLOGY, LLP, HEALIX PATHOLOGY, LLC AND HEALIX HOLDINGS, LLC**

**OF COUNSEL:**

Erin C. Villaseñor
Texas Bar No. 24072407
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6734

13982918.v3

evillasenor@porterhedges.com

**ATTORNEY FOR DEFENDANTS
SHEA SPRUILL, HEALIX PATHOLOGY,
LLP, HEALIX PATHOLOGY, LLC AND
HEALIX HOLDINGS, LLC**

13982918.v3