State Court of Fulton County
**E-FILED**
23EV001261
5/3/2023 3:44 PM
Donald Talley, Clerk
Civil Division

Cause No.: 23EV001261-1        {}        In the Other Court 0

Plaintiff:                     {}        FULTON County

CONSULTATIVE GENOMICS LLC ET   {}
AL

Defendant:

HEALIX PATHOLOGY LLP              Officer's Return

Came to hand April 25, 2023 at 9:54 A.M. and executed in Travis County, Texas, on April 25, 2023 at 11:52 A.M. by delivering to HEALIX PATHOLOGY LLP , by delivering to Brittaney Buzbee of TEXAS REGISTERED AGENT LLC at 5900 BALCONES DR STE 100 AUSTIN TX 78731, a true copy of the Summons.

Carlos B. Lopez, Constable
Travis County Constable Precinct 5
Travis County, Texas

by: _____
Michael Digiantonio, Deputy

Sworn to and subscribed before me this the

_____ day of _____ , _____

_____
NOTARY PUBLIC for the State of Texas

ROSIE CHAVEZ
My Notary ID # 130620354
Expires June 2, 2024