Case 1:23-mi-99999-UNA   Document 1680-4   Filed 05/25/23   Page 1 of 1

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV001261**
**5/9/2023 1:14 PM**
**Donald Talley, Clerk**
**Civil Division**

| | | |
|---|---|---|
| Cause No.: 23EV001261-2 | {} | In the Other Court 0 |
| Plaintiff: | {} | FULTON County |
| CONSULTATIVE GENOMICS LLC ET AL | {} | |
| Defendant: | | |
| HEALIX PATHOLOGY LLC | | Officer's Return |

Came to hand April 25, 2023 at 9:54 A.M. and executed in Travis County, Texas, on April 25, 2023 at 11:52 A.M. by delivering to HEALIX PATHOLOGY LLC , by delivering to C/O Brittaney Buzbee of TEXAN REGISTERED AGENT at 5900 BALONES DR STE 100 AUSTIN TX 78731, a true copy of the Summons.

Carlos B. Lopez, Constable
Travis County Constable Precinct 5
Travis County, Texas

by: _Michael Digiantonio STT_

Michael Digiantonio, Deputy

Sworn to and subscribed before me this the

____9____ day of ____May____, 2023

_____
NOTARY PUBLIC for the State of Texas

NICOLE ISABEL GALVAN
My Notary ID # 134160416
Expires January 18, 2027