Case 1:23-mi-99999-UNA   Document 1680-5   Filed 05/25/23   Page 1 of 1

State Court of Fulton County
**E-FILED**
23EV001261
5/2/2023 9:14 AM
Donald Talley, Clerk
Civil Division

# Laramie County Sheriff's Department

## Certificate of Service

CONSULTATIVE GENOMICS, LLC; ALPHA GENOMIX LABORATORIES, INC.
vs.
SHEA SPRUILL; HEALIX PATHOLOGY, LLP; HEALIX PATHOLOGY LLC; HEALIX HOLDINGS, LLC

Sheriff's #   23001429
Case #   23EV001261

**Affidavit of Service**

SUMMONS AND COMPLAINT; CIVIL FILING INFORMATION FORM;

I, Deputy C JOHNSON, Badge # C58 of the Laramie County Sheriff's Department, certify and affirm that on 4/26/2023 at 8:08 AM at 2515 WARREN AVE 500 Cheyenne, WY 82001, served within authenticated SUMMONS AND COMPLAINT; CIVIL FILING INFORMATION FORM; upon HATHAWAY AND KUNZ, the Servee named here in the following manner.

Business

By delivering to and leaving with MICHELLE DYNES, RECEPTIONIST for HATHAWAY AND KUNZ, AGENT FOR HEALIX HOLDINGS, LLC, personally, a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

By _____
C JOHNSON #C58
Deputy Sheriff

The foregoing instrument was acknowledged before me by C Johnson this 26 day of April 2023.

Sharen L. Harbaugh
Notary Public

SHAREN L. HARBAUGH - NOTARY PUBLIC
COUNTY OF LARAMIE   STATE OF WYOMING
MY COMMISSION EXPIRES 5/23/25