## Case Information

23EV001261 | Consultative Genomics, LLC,Alpha Genomix Laboratories, Inc. VS.Shea Spruill,Healix Pathology, LLP

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 23EV001261 | State Court | Porter, Patsy Y |
| File Date | Case Type | Case Status |
| 03/01/2023 | TORT | Open |

## Events and Hearings

**03/01/2023 COMPLAINT** ▼

Fulton County Complaint (Spruill) 3.2.pdf

Fulton County Complaint (Spruill) (3.1.2023 Final).pdf

Comment
Complaint

**03/01/2023 Case Initiation Form** ▼

Case Initiation Form (Initial Filing)

Comment
Case Initiation Form

**03/09/2023 Summons** ▼

Summons Healix Holdings.pdf

Summons Healix Pathology LLP.pdf

Summons Healix Pathology.pdf

Summons Shea Spruill.pdf

Comment
Defendants Summons

**05/02/2023 SERVICE** ▾

2023.04.26 - Service Healix Holdings LLC.pdf

Comment
Sheriff's Entry of Service - Healix Holdings LLC

**05/03/2023 SERVICE** ▾

2023.04.25 - Healix Pathology LLP.pdf

Comment
Return of Service - Healix Pathology, LLP

**05/09/2023 SERVICE** ▾

2023.05.09 - Healix Pathology LLC.pdf

Comment
Officers Return of Service - Healix Pathology, LLC

## Documents

Fulton County Complaint (Spruill) 3.2.pdf

Fulton County Complaint (Spruill) (3.1.2023 Final).pdf

Case Initiation Form (Initial Filing)

Summons Healix Holdings.pdf

Summons Healix Pathology LLP.pdf

Summons Healix Pathology.pdf

Summons Shea Spruill.pdf

2023.04.26 - Service Healix Holdings LLC.pdf

2023.04.25 - Healix Pathology LLP.pdf

2023.05.09 - Healix Pathology LLC.pdf