IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CONSULTATIVE GENOMICS, LLC; and ALPHA GENOMIX LABORATORIES, INC., | § § § | |
| **Plaintiffs,** | § § | |
| V. | § § | Civil Action No. _____ |
| SHEA SPRUILL; HEALIX PATHOLOGY, LLP; HEALIX PATHOLOGY, LLC; and HEALIX HOLDINGS, LLC, | § § § § § | |
| **Defendants.** | § | |

## **LIST OF ALL COUNSEL OF RECORD**

1. **COUNSEL FOR PLAINTIFFS**

   J. Thomas Clarkson
   Georgia Bar No. 656069
   Patrick Schwedler (Georgia Bar No. 812312)
   GRIFFIN DURHAM TANNER & CLARKSON LLC
   75 14th Street NE, Suite 2130
   Atlanta, GA 30309
   Phone: (203) 240-0208
   Fax: (404) 891-9150
   tclarkson@griffindurham.com
   pschwedler@griffindurham.com

2. **COUNSEL FOR DEFENDANTS**

   Ronald M. Fields
   Georgia Bar No. 426256
   JACKSON LEWIS P.C.
   171 17th Street NW, Suite 1200
   Atlanta, Georgia 30363
   Phone:  (404) 525-8200
   Fax:  (404) 525-1173
   Ronald.fields@jacksonlewis.com

1

William R. Stukenberg (Attorney in Charge for Defendants)
Texas Bar No. 24051397
Erin C. Villaseñor
Texas Bar No. 24072407
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone:  (713) 226-6600
Telecopy:  (713) 228-1331
wstukenberg@porterhedges.com
evillasenor@porterhedges.com