# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CONSULTATIVE GENOMICS, LLC; and ALPHA GENOMIX LABORATORIES, INC., § § § | |
| Plaintiffs, § | |
| § | Civil Action No. _____ |
| V. § § | |
| SHEA SPRUILL; § | |
| HEALIX PATHOLOGY, LLP; § | |
| HEALIX PATHOLOGY, LLC; and § | |
| HEALIX HOLDINGS, LLC, § § | |
| Defendants. § | |

## **DECLARATION OF SHEA SPRUILL**

I, Shea Spruill declare the following:

1. I am over the age of 18 and fully competent to make this declaration. I provide this declaration in support of Defendants' Notice of Removal. I have personal knowledge of the following, and, if called as a witness, I could and would testify thereto.

2. I am a resident of Texas. My home address is 23643 Daintree Place, Katy, Texas 77493.

3. I am the Chief Operating Officer and manager of Healix Pathology, LLP ("Healix LLP"). I am also a member of Healix Pathology, LLC ("Healix LLC") and Holdings, LLC ("Healix Holdings").

4. Healix LLC is a limited liability company organized under the laws of the State of Wyoming. Healix LLC's principal place of business is 4800 Fournace Place, Suite BW3, Bellaire, Texas 77401. None of the members of Healix LLC resides in Georgia or Louisiana.

5. Healix LLP is a limited liability partnership organized under the laws of the State of Wyoming. Healix LLP's principal place of business is located at 4800 Fournace Place, Suite BW3, Bellaire, Texas 77401. None of the partners of Healix LLP resides in Georgia or Louisiana.

6. Healix Holdings is a limited liability company organized under the laws of the State of Wyoming. Healix Holdings' principal place of business is 23643 Daintree Place, Katy, Texas 77493. None of the members of Healix Holdings resides in Georgia or Louisiana.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 24, 2023 in Katy, Texas

_____
Shea Spruill

13648656v1