| | |
|---|---|
| **State of Louisiana Secretary of State**  | **COMMERCIAL DIVISION** **225.925.4704** **Fax Numbers** 225.932.5317 (Admin. Services) 225.932.5314 (Corporations) 225.932.5318 (UCC) |

| Name | Type | City | Status |
|---|---|---|---|
| CONSULTATIVE GENOMICS, LLC | Limited Liability Company | LAFAYETTE | Active |

**Previous Names**

| | |
|---|---|
| **Business:** | CONSULTATIVE GENOMICS, LLC |
| **Charter Number:** | 43300254K |
| **Registration Date:** | 12/28/2018 |

**Domicile Address**

> 201 RUE BEAUREGARD
> STE. 202
> LAFAYETTE, LA 70508

**Mailing Address**

> C/O REGISTERED AGENTS INC.
> 201 RUE BEAUREGARD, STE. 202
> LAFAYETTE, LA 70508

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **File Date:** | 12/28/2018 |
| **Last Report Filed:** | 3/1/2023 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | REGISTERED AGENTS INC |
| **Address 1:** | 201 RUE BEAUREGARD, STE. 202 |
| **City, State, Zip:** | LAFAYETTE, LA 70508 |
| **Appointment Date:** | 12/28/2018 |

## Officer(s)

Additional Officers: No

| | |
|---|---|
| **Officer:** | ELLEN SHAVER |
| **Title:** | Manager |
| **Address 1:** | 1201 TOWN PARK LANEQ |
| **City, State, Zip:** | EVANS, GA 30809 |

## Amendments on File

**No Amendments on file**

Print