Control Number : 23107632

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF AUTHORITY

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**CONSULTATIVE GENOMICS LLC**
a **Foreign Limited Liability Company**

has been duly formed under the laws of **Louisiana** and has filed an application meeting the requirements of Georgia law to transact business as a **Foreign Limited Liability Company** in this state.

WHEREFORE, by the authority vested in me as Secretary of State, the above **Foreign Limited Liability Company** is hereby granted, on **05/09/2023**, a certificate of authority to transact business in the State of Georgia as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **05/15/2023**.



Brad Raffensperger
Secretary of State

# APPLICATION FOR CERTIFICATE OF AUTHORITY

*Electronically Filed*
Secretary of State
Filing Date: 5/9/2023 5:22:09 AM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | 23107632 |
| **BUSINESS NAME** | CONSULTATIVE GENOMICS LLC |
| **BUSINESS TYPE** | Foreign Limited Liability Company |
| **EFFECTIVE DATE** | 05/09/2023 |
| **HOME JURISDICTION** | Louisiana |
| **DURATION** | Perpetual |
| **NAME IN HOME STATE** | Consultative Genomics, LLC |
| **DATE OF FORMATION IN HOME JURISDICTION** | 12/28/2018 |
| **COMMENCEMENT DATE IN GEORGIA** | 12/28/2019 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 1201 TOWN PARK LANE, EVANS, GA, 30809, USA |

## RECORDS ADDRESS

| | |
|---|---|
| **ADDRESS** | 1201 TOWN PARK LANE, EVANS, GA, 30809, USA |

## REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| Ellen Shaver | 1201 Town Park Lae, Evans, GA, 30809, USA | Columbia |

## MANAGER(S)

| NAME | TITLE | ADDRESS |
|---|---|---|
| Ellen Shaver | MANAGER | 1201 Town Park Lane, Evans, GA, 30809, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | DON ONEILL |
| **AUTHORIZER TITLE** | Authorized Person |

The foreign limited liability company undertakes to keep its records at the address shown above until its registration in Georgia is canceled or withdrawn. The foreign limited liability company, in accordance with Title 14 of the Official Code of Georgia Annotated, appoints the Secretary of State as agent for service of process if no agent has been appointed in Georgia or, if appointed, the agent's authority has been revoked or the agent cannot be found or served by the exercise of reasonable diligence.