IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONSULTATIVE GENOMICS, LLC; and ALPHA GENOMIX LABORATORIES, INC., § § § | |
| Plaintiffs, § | |
| § | Civil Action No. _____ |
| V. § | |
| § | |
| SHEA SPRUILL; § | |
| HEALIX PATHOLOGY, LLP; § | |
| HEALIX PATHOLOGY, LLC; and § | |
| HEALIX HOLDINGS, LLC, § | |
| § | |
| Defendants. § | |

**DECLARATION OF WILLIAM R. STUKENBERG**

I, William R. Stukenberg declare the following:

1. I am an attorney with the law firm of Porter Hedges LLP and counsel for Defendants in the above-captioned matter. I am over the age of 18 and fully competent to make this declaration. I provide this declaration in support of Defendants' Motion to Dismiss and Supporting Memorandum. I have personal knowledge of the facts stated herein.

2. Attached hereto as **Exhibit H** is a true and correct copy of a record available on the Louisiana Secretary of State's website,[1] reflecting that Consultative Genomics, LLC was registered as a Louisiana limited liability company on December 28, 2018 and last filed an annual report on March 1, 2023. This record also lists only one Manager, Ellen Shaver, with an address 1201 Town Park Lane[], Evans, GA 30809.

---

[1] https://coraweb.sos.la.gov/commercialsearch/CommercialSearchDetails.aspx?CharterID=1347167_C0C6B46E1A (last accessed March 23, 2023).

3.     Attached hereto as **Exhibit I** is a true and correct copy of a Certificate of Authority, issued by the Georgia Secretary of State on May 15, 2023, granting Consultative Genomics, LLC the authority to transact business in the State of Georgia as a Foreign Limited Liability Company formed under the laws of Louisiana.  This record also lists only one Manager, Ellen Shaver, with an address 1201 Town Park Lane, Evans, GA 30809.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 24, 2023 in Houston, Texas.

*/s/William R. Stukenberg*
William R. Stukenberg