# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IFM GWINNETT COMMON LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. _____ |
| | ) [On removal from the Superior |
| PROPERTY-OWNERS INSURANCE | ) Court of Gwinnett County, |
| COMPANY, | ) Georgia, Civil Action |
| a foreign corporation, | ) File No. 23-A-03381-4] |
| | ) |
| Defendant. | ) |
| | ) |

## **NOTICE OF REMOVAL**

Property-Owners Insurance Company ("Property-Owners"), Defendant in the above-styled civil action, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 within the time prescribed by law, respectfully showing this Court as follows:

1.

On April 21, 2023, Plaintiff IFM Gwinnett Common LLC ("Plaintiff"), by and through counsel, filed a Complaint against Property-Owners in the Superior Court of Gwinnett County, Georgia, styled as *IFM Gwinnett Common LLC v. Property-Owners Insurance Company, a foreign corporation*, and assigned Civil Action File No. 23-A-03381-4 ("Superior Court Action"). True and accurate

copies of all filings to date in the Superior Court Action are collectively attached hereto as **Exhibit "A."**

2.

The Complaint and Summons in the Superior Court Action were served upon Property-Owners on April 27, 2023. This Notice of Removal is filed within thirty days of April 27, 2023, the date upon which Property-Owners received the Complaint and notice of the subject lawsuit. This Notice of Removal is also filed within one year of the commencement of the action. Thus, removal is timely under 28 U.S.C. § 1446(b).

3.

The United States District Court for the Northern District of Georgia, Atlanta Division, embraces Gwinnett County, Georgia. Thus, removal to this Court is proper under 28 U.S.C. § 1441(a).

4.

Pursuant to 28 U.S.C. § 1446(d), promptly upon the filing of this Notice of Removal, Property-Owners will contemporaneously herewith give written notice to Plaintiff by notifying its attorneys of record, J. Remington Huggins, Esq. and Michael D. Turner, Esq. of The Huggins Law Firm, LLC, and will file a copy of this Notice of Removal to the Clerk of Superior Court of Gwinnett County, which shall effectuate the removal.

## DIVERSITY JURISDICTION

5.

The United States District Court for the Northern District of Georgia, Atlanta Division, possesses diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

6.

Plaintiff was a resident of Georgia on the date that the Complaint was filed. Thus, Plaintiff is a citizen of the State of Georgia. Dkt. 1-1, Complaint, ¶ 1.

7.

Property-Owners is a corporation organized under the laws of the State of Ohio, with its principal place of business in the State of Michigan. Thus, Property-Owners is not a citizen of Georgia and was not a citizen of the State of Georgia at the time of commencement of this Action.

8.

Because Plaintiff and Property-Owners are citizens of different States, complete diversity exists between Plaintiff and Property-Owners in accordance with 28 U.S.C. § 1332(a)(1).

9.

In its Complaint, Plaintiff seeks recovery of insurance proceeds allegedly owed under a policy of insurance for damage to real property located at 432-442

Canton Highway, Cumming, Georgia 30040. <u>See generally</u>, Dkt. 1-1, Complaint. Plaintiff asserts claims against Property-Owners for breach of contract. Plaintiff alleges its compensatory damages for the loss total $1,088,666.72. Dkt. 1-1, Complaint, ¶ 15. Accordingly, as per the face of the Complaint, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

10.

In light of the foregoing, this Court has subject matter jurisdiction over this matter in accordance with 28 U.S.C. § 1332(a).

11.

Venue is proper in this Court for purposes of removal under 28 U.S.C. § 1441(a). By filing this Notice of Removal, Property-Owners does not waive any of its jurisdictional objections or affirmative defenses.

WHEREFORE, Property-Owners prays that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. § 1446, and that no further proceedings be had in said case in the Superior Court of Gwinnett County, Georgia.

- 5 -

Respectfully submitted this <u>25th</u> day of <u>May</u>, 2023.

                              **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                              <u>/s/ *Jessica M. Phillips*</u>
                              Jessica M. Phillips, Esq.
                              Georgia Bar No. 922902
                              Kyle A. Ference, Esq.
                              Georgia Bar No. 683043
                              ***Attorneys for Defendant***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

## LOCAL RULE 5.1C CERTIFICATION

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 25th day of May, 2023.

        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        /s/ *Jessica M. Phillips*
        Jessica M. Phillips, Esq.
        Georgia Bar No. 922902
        Kyle A. Ference, Esq.
        Georgia Bar No. 683043
        ***Attorneys for Defendant***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
OFF: (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

**CERTIFICATE OF SERVICE**

This is to certify that this day I have electronically filed *Notice of Removal* with the Clerk of Court by e-filing same using the CM/ECF System, which will automatically send e-mail notification of said filing to the following attorneys of record:

Remington Huggins, Esq.
Michael D. Turner, Esq.
Huggins Law Firm
110 Norcross Street
Roswell, GA  30075
remington@lawhuggins.com
mdturner@lawhuggins.com
*Counsel for Plaintiff*

This 25th day of May, 2023.

/s/ *Jessica M. Phillips*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Kyle A. Ference, Esq.
Georgia Bar No. 683043
***Attorneys for Defendant***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com