# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IFM GWINNETT COMMON LLC, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>PROPERTY-OWNERS INSURANCE )<br>COMPANY, )<br>a foreign corporation, )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION<br>FILE NO. _____<br>[On removal from the Superior<br>Court of Gwinnett County,<br>Georgia, Civil Action<br>File No. 23-A-03381-4] |

## **CERTIFICATE OF REMOVAL**

I hereby certify that that I am counsel for Defendant Owners Insurance Company in the above-styled proceeding and this day have filed a copy of the "Notice of Removal," including "Notice of Filing Removal," in the Superior Court of Gwinnett County, Georgia, the Court from which said action was removed.

Respectfully submitted this 25th day of May, 2023.


[Signature on next page]

- 1 -

- 2 -

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

/s/ *Jessica M. Phillips*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Kyle A. Ference, Esq.
Georgia Bar No. 683043
***Attorneys for Defendant***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
OFF: (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

## **LOCAL RULE 5.1C CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 25th day of May, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

/s/ *Jessica M. Phillips*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Kyle A. Ference, Esq.
Georgia Bar No. 683043
***Attorneys for Defendant***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
OFF: (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This is to certify that this day I have electronically filed ***Certificate of Removal*** with the Clerk of Court by e-filing same using the CM/ECF System, which will automatically send e-mail notification of said filing to the following attorneys of record:

Remington Huggins, Esq.
Michael D. Turner, Esq.
Huggins Law Firm
110 Norcross Street
Roswell, GA  30075
remington@lawhuggins.com
mdturner@lawhuggins.com
*Counsel for Plaintiff*

This 25th day of May, 2023.

/s/ *Jessica M. Phillips*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Kyle A. Ference, Esq.
Georgia Bar No. 683043
***Attorneys for Defendant***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
OFF: (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com