# EXHIBIT A

US EEOC ATDO RECEIVED 2022-11-04

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 410-2022-05351 |
| | | and EEOC |

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev. etc.) | Home Phone | Year of Birth |
|---|---|---|
| Mr. JaQuan A. Robinson Sr. | (678) 437-6036 | 1989 |

Street Address

1053 Holcombe Road Unit J

Decatur, GA 30032

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Preferred Personal Solutions | Unknown Number Of Employees | (678) 737-8210 |

Street Address

5815 Live Oak Parkway Suite 2b

Norcross, GA 30093

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Retaliation | 05/13/2022 | 05/20/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

11/4/2020

Date

*Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 5 (11/09)

US EEOC ATDO RECEIVED 2022-11-04

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 410-2022-05351 |

| | and EEOC |
|---|---|
| _State or local Agency, if any_ | |

I. I was hired by the above-named employer on or about March 14, 2022, as a Cherry Picker/Forklift Operator to work at Mud Pie, LLC. On May 13, 2022, I was informed by the Director and HR Manager that Mud Pie terminated my employment because of poor attendance. I vehemently disputed the poor attendance allegations and filed a complaint with the Director and HR Manager as I believed the reason for my termination was because I had previously filed a charge of discrimination with EEOC against Mud Pie. II. The Director and HR Manager informed me that they were not opening an investigation because Mud Pie was their client. and its plant manager was hardcore. As a result, I felt I had no choice but to resign. III. I believe I have been retaliated against for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| 11/5/2022 _[signature]_ | |
| Date                          Charging Party Signature | SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE _(month, day, year)_ |