# EXHIBIT B

EEOC Form 161-B (01/2022)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**NOTICE OF RIGHT TO SUE** *(ISSUED ON REQUEST)*

| To: | Mr. JaQuan A. Robinson Sr.<br>1053 Holcombe Road Unit J<br>Decatur, GA 30032 | From: | Atlanta District Office<br>100 Alabama Street, SW, Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **410-2022-05351** | **NICOLE DIGGS,**<br>**Senior Federal Investigator** | **470-531-4787** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

- Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

- The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA):* You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Darrell Graham
03/22/2023

**Darrell Graham**
**District Director**

Enclosures(s)

cc: **Tillman Y Coffey**
**Fisher & Phillips LLP**
**1230 PEACHTREE ST NE STE 3300**
**Atlanta, GA 30309**
**Shannon Stamey**
**Preferred Personnel Solustions**
**440 Barret Parkway Suite 55**
**Kennesaw, GA 30144**

**Ianna Richardson**
**Barrett and Farahany**
**PO Box 530092**
**ATLANTA, GA 30353**