IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>S. JEFFREY RUSBRIDGE, as administrator of the ESTATE OF ETTA D. WEBB and APRIL Z. EISENACHER,<br><br>Defendants. | CIVIL ACTION NO. |

**AUTO-OWNERS INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Plaintiff Auto-Owners Insurance Company ("Auto-Owners") and submits its Certificate of Interested Persons and Corporate Disclosure Statement in accordance with Fed. R. Civ. P. 7.1 and N.D. Ga. R. 3.3 as follows:

1.

The undersigned Counsel of Record for Auto-Owners certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Response**:

Auto-Owners Insurance Company;

April Eisenacher;

S. Jeffrey Rusbridge, as administrator of the Estate of Etta D. Webb.

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Response**:

The Angell Law Firm, LLC;

Bryce C. Angell, Esq.;

Upon information and belief, Charlie Webb, Jr. may also have an interest in the outcome of this particular case.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Response**:

| | |
|---|---|
| For Plaintiff: | Kim Jackson, Esq. |
| | Eric Connelly, Esq. |

|  |  |
|---|---|
|  | Bovis, Byle, Burch & Medlin, LLC<br>200 Ashford Center North, Suite 500<br>Atlanta, Georgia 30338<br>Telephone: 770-391-9100<br>Facsimile: 770-668-0878<br>kjackson@boviskyle.com<br>econnelly@boviskyle.com |
| For Defendant April Eisenacher: | Bryce C. Angell, Esq<br>The Angell Law Firm, LLC<br>3391 Peachtree Road NE, Suite 110<br>Atlanta, Georgia 30326<br>Telephone: 404-418-6007<br>Facsimile: 404-745-0607 |

For Defendant S. Jeffrey Rusbridge, as administrator of the Estate of Etta D.

Webb:                                                    Unknown.

This 25th day of May, 2022.

                        Respectfully submitted,

                        **Bovis, Kyle, Burch & Medlin, LLC**

| | |
|---|---|
| 200 Ashford Center North<br>Suite 500<br>Atlanta, Georgia 30338-2680<br>Tel: (770) 391-9100<br>Fax: (770) 668-0878<br>kjackson@boviskyle.com<br>econnelly@boviskyle.com | /s/ Kim M. Jackson<br>Ga. State Bar No. 387420<br><br>/s/ Eric Connelly<br>Ga. State Bar No. 925182<br><br>*Counsel for Plaintiff Auto-Owners Insurance Company* |

- 3 -

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

**Bovis, Kyle, Burch & Medlin, LLC**

200 Ashford Center North
Suite 500
Atlanta, Georgia 30338-2680
Tel: (770) 391-9100
Fax: (770) 668-0878
kjackson@boviskyle.com
econnelly@boviskyle.com

/s/ Kim M. Jackson
Ga. State Bar No. 387420

/s/ Eric Connelly
Ga. State Bar No. 925182

*Counsel for Plaintiff Auto-Owners Insurance Company*