State Court of Cherokee County
**E-Filed**
20SCE0757
9/3/2020 2:19 PM  BW
Patty Baker, Clerk
Civil Division



IN THE STATE COURT OF CHEROKEE COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| APRIL Z. EISENACHER | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE NO. |
| ETTA D. WEBB | ) | |
| | ) | 20SCE0757 |
| Defendant. | ) | |

## COMPLAINT

COMES NOW April Z. Eisenacher, Plaintiff, and makes and files this complaint against Etta D. Webb, Defendant, as follows:

### JURISDICTION AND VENUE

1.

Plaintiff is a resident of Georgia.

2.

Defendant resides at ▮▮▮▮▮▮▮▮ Woodstock, GA 31088, and can be served with a copy of the Summons and Complaint at this address.

3.

Jurisdiction and venue are proper in this Court.

### BACKGROUND

4.

On 7/26/2020, Plaintiff was at or near ▮▮▮▮▮▮▮▮ Woodstock, GA 31088. The Plaintiff was walking in her neighborhood when a pitbull lunged and bit her right knee.

The Plaintiff suffered a crushed thumb and a broken elbow. As a result of the attack, the Plaintiff suffered injuries and incurred damages in an amount to be proven at trial.

## NEGLIGENCE

5.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 4 above as if fully restated.

6.

The Defendant was aware that his/her dog had violent tendencies to attack persons and was aware of the dog's vicious propensity. The Defendant owed a duty to keep the dog away from people given the dog's vicious propensity. The Defendant was negligent in failing to keep the dog under control and away from people and was negligent in allowing the dog to attack the Plaintiff. Defendant's negligence was the proximate cause of the vicious attack on the Plaintiff and her resulting injuries.

7.

As a result of Defendant's negligence, The Plaintiff suffered an injury that resulted in medical bills and severe physical and mental pain in an amount to be proven at trial.

WHEREFORE, Plaintiff prays that she has a trial on all issues and judgment against Defendant as follows:

a. That Plaintiff recovers the full value of her past and future medical expenses and past and future lost wages in an amount to be proven at trial;
b. That Plaintiff recovers for physical pain and suffering, loss of enjoyment of life, and emotional distress in an amount to be determined by at trial;
c. That Plaintiff recovers reasonable attorney's fees and costs of litigation and any statutory penalties allowed by law;
d. That Plaintiff recovers such other and further relief as is just and proper;
e. That all issues be tried at trial.

Respectfully submitted this 3rd day of September, 2020.

_Bryce C. Angell, Esq._

Georgia Bar No. 685741
Attorney for Plaintiff

**The Angell Law Firm, LLC**
3391 Peachtree Rd NE, Suite 110
Atlanta, Georgia 30326
Tel: (404) 418-6007
Fax: (404) 745-0607