
**INSURANCE**

LIFE · HOME · CAR · BUSINESS

**Kennesaw Claims Branch**
PO Box 3030 | Kennesaw GA 30156-3030
3550 George Busbee Pkwy Suite 149 | Kennesaw GA 30144-6608
p. 855.240.7255 | f. 517.327.2387 | auto-owners.com
Kennesaw.clm@aoins.com

January 20, 2023

**EXHIBIT**
**C**

Charlie Webb Jr. and Etta Webb

Canton, GA 30114

## SENT VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED
## AND REGULAR US MAIL

RE:   Claim No:        300-0040614-2023
      Insured:          Charlie Webb Jr. and Etta Webb
      Date of Loss:    July 26, 2020
      Policy No:        48-974218-00
      Subject:         **Reservation of Rights**

Charlie Webb Jr. and Etta Webb,

Auto-Owners Insurance Company received a claim in reference to a lawsuit filed April
Eisenacher alleging that Etta Webb's dog bit the claimant on the right knee and she
subsequently suffered a crushed thumb and a broken elbow. Auto-Owners Insurance Company
insures Charlie Webb Jr. and Etta Webb under a Homeowners policy, number 48-974218-00,
with effective dates of October 18, 2019 to October 18, 2020. The date of loss in question is July
26, 2020 which is encompassed by the policy term.

According to the suit, on July 26, 2020, April Eisenacher was at or near
Woodstock, GA 30188. The April Eisenacher was walking her neighborhood when a pit-bull
lunged and bit her right knee. April Eisenacher suffered a crushed thumb and a broken elbow.
Suit was filed on September 3, 2020. On January 18, 2023, Auto-Owners Insurance Company
received the claim regarding the lawsuit.

We are reserving our rights to disclaim at any later date any obligation of Auto-Owners Insurance
Company under the policy identified above and to assert the defense of non-coverage under the
policy by reason of the following:

We refer to your Homeowners Policy form 3, which states the following:

**Homeowners Policy Form 3**

**Auto-Owners**
**INSURANCE**

## INSURING AGREEMENT

*The attached Declarations describe the property **we** insure and the Coverages and Limits of Insurance for which **you** have paid a premium. In reliance upon **your** statements in the Declarations and application(s), **we** agree to provide insurance subject to all terms and conditions of this policy. In return, **you** must pay the premium and comply with all the terms and conditions of this policy. This policy applies to losses, **bodily injury, property damage and personal injury** which occur during the policy term shown in the Declarations.*

## DEFINITIONS

*To understand this policy, **you** must understand the meaning of the following words. These words appear in **bold face type** whenever used in this policy and endorsements attached to this policy.*

**2. Bodily injury** *means physical injury, sickness or disease sustained by a person including resulting death of that person.* **Bodily injury** *does not include* **personal injury**.

**5. Insured** *means:*

> ***a. you;***

> ***b.*** *your **relatives**; and*

> ***c.*** *any other person under the age of 21 residing with **you** who is in **your** care or the care of a **relative**.*

**9. Personal injury** *means:*

> ***a.*** *libel, slander or defamation of character;*

> ***b.*** *false arrest, detention or imprisonment, or malicious prosecution;*

> ***c.*** *invasion of privacy; or*

> ***d.*** *wrongful eviction or wrongful entry.*

> **Personal injury** *does not include* **bodily injury.**

**11. Property damage** *means damage to or destruction of tangible property including resulting loss of use of that property.*

**_Auto-Owners_**
**INSURANCE**

**16. Suit** *means a civil court proceeding in which damages because of **bodily injury, property damage** or **personal injury** to which this insurance applies are alleged.*

**17. You** *or **your** means the first named insured shown in the Declarations and if an individual, **your** spouse who resides in the same household.*

**19. We**, *us* or **our** *means the Company providing this insurance*

### SECTION II – PERSONAL LIABILITY PROTECTION

### 1. COVERAGES

#### a. Coverage E - Personal Liability

**(1)** **we** *will pay all sums any **insured** becomes legally obligated to pay as damages because of or arising out of **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies.*

**(2)** **We** *will pay all sums any **insured** becomes legally obligated to pay as damages because of or arising out of **personal injury** caused by an **incident** to which this coverage applies.*

**We** *will settle or defend, as **we** consider appropriate, any claim or **suit** for damages covered by this policy. **We** will do this at **our** expense, using attorneys of our choice. This agreement to settle or defend claims or **suits** ends when **we** have paid the limit of **our** liability.*

#### b. Coverage F - Medical Payments to Others

*A person who sustains **bodily injury** is entitled to this coverage when that person is:*

**(1)** *on an **insured premises** with the permission of an **insured**; or*

**(2)** *elsewhere, if the **bodily injury**:*

    **(a)** *arises out of a condition on the **insured premises** or the adjoining ways;*

    **(b)** *is caused by the activities of an **insured** or a **residence employee** in the course of employment by an **insured**;*

    **(c)** *is caused by an animal owned by or in the care of an **insured**; or*

    **(d)** *is sustained by a **residence employee** and arising out of and in the course of employment by an **insured**;*

**(3)** *injured because of the operation or use of an **aircraft, motor vehicle, recreational vehicle** or **watercraft** covered by Coverage E - Personal Liability of this policy.*

*We* *will pay the reasonable expenses incurred for necessary:*

**(1)** *medical, surgical, X-ray and dental services;*

**(2)** *prosthetic devices, eye glasses, hearing aids, drugs and medicines; and*

**Auto-Owners**
INSURANCE

*(3) ambulance, hospital, licensed nursing and funeral services.*

*These expenses must be incurred within three years from the date of the **occurrence** causing **bodily injury** covered by this policy. The **bodily injury** must be discovered, treated and reported to us within one year of the **occurrence**.*

***We** may pay the injured person or the party that renders the medical services. Payment under this coverage is not an admission of liability by **us** or an **insured**.*

### WHAT TO DO IN CASE OF LOSS

#### 2. PERSONAL LIABILITY PROTECTION

*In the event of **bodily injury**, **property damage** or **personal injury**, the **insured** must:*

***a.** notify **us** or **our** agency as soon as possible.*

*The notice must give:*

*(1) **your** name and policy number;*

*(2) the time, place and circumstances of the **occurrence** or **incident**; and*

*(3) the names and addresses of injured persons and witnesses;*

***b.** promptly send **us** any legal papers received relating to any claim or **suit**;*

***c.** cooperate with **us** and assist us in any matter relating to a claim or **suit**; and*

***d.** if a loss covered under Damage to Property of Others occurs, send **us** sworn proof of loss, within 60*

*days of the **occurrence**. You shall also exhibit the damaged property if within **your** control.*

*An **insured** will not, except at his or her own cost, voluntarily make any payment, assume any obligation or incur any expenses at the time of the **occurrence** or **incident**. Expenses covered by ADDITIONAL COVERAGE, c. First Aid Expenses may be incurred by an **insured**.*

#### 3. MEDICAL PAYMENTS

*When a claim under the Medical Payments To Others coverage is involved, the injured person or someone acting on behalf of the injured person must:*

***a.** give **us**, as soon as possible, written proof of claim under oath if required;*

***b.** submit to physical examinations at **our** expense by doctors **we** select, as often as **we** may reasonably*

*require; and*

***c.** authorize **us** to obtain medical and other records.*

The Policy requires that Auto-Owners be notified of any bodily injury as soon as possible. The Lawsuit alleges bodily injury that occurred on July 26, 2020. Auto-Owners was not notified of any incident until approximately January 18, 2023, which was more than two years after the alleged incident.

At this time, we are still investigating this claim under a reservation of rights. You are formally placed on notice that any activity on our part by way of investigation and/or settlement which we may undertake, or any defense, which we may undertake in your behalf, arising out of legal

*Auto-Owners*
**INSURANCE**

action or actions instituted against you, does not constitute a waiver of any our rights. You should not discuss this claim with anyone except an Auto-Owners representative or your personal attorney.

If there is any additional information you believe to be relevant to the question of coverage, or if you believe that any of the facts or information stated, upon which Auto-Owners has relied, is not accurate, please advise.

This correspondence is not intended to be an exhaustive statement of Auto-Owners' position concerning its coverages under the policy. Auto-Owners' coverage determination is based upon the policy provisions, the information you have provided and Auto-Owners' investigation. If you disagree with our determination, or if there is any additional information you believe to be relevant to the question of coverage, or if you believe that the information upon which Auto-Owners has relied is not accurate, please advise us and forward any additional relevant information for our review immediately. Any further investigation of the claim shall not serve as a waiver of any rights under the applicable policy of insurance.

All rights, terms, conditions, and exclusions in your policy are in full force and effect and are completely reserved.  No action by any employee, agent, attorney or other person on behalf of Auto-Owners Insurance Company Insurance Company; or hired by Auto-Owners Insurance Company Insurance Company on your behalf; shall waive or be construed as having waived any right, term, condition, exclusion or any other provision of the policy.

Sincerely,

Ryan Andrews
Field Claims Representative
Kennesaw Claims
770-424-6582 x55558