# EXHIBIT B



# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

## BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **DRURY HOTELS COMPANY, LLC** | Control Number: | **08082140** |
| Business Type: | **Foreign Limited Liability Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **13075 Manchester Road, Suite 100, Saint Louis, MO, 63131, USA** | Date of Formation / Registration Date: | **10/27/2008** |
| Jurisdiction: | **Nevada** | Last Annual Registration Year: | **2023** |
| Principal Record Address: | **NONE** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporation Service Company** |
| Physical Address: | **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA** |
| County: | **Gwinnett** |

Back

Filing History      Name History

Return to Business Search

Control No. **08082140**

# STATE OF GEORGIA

## Secretary of State
### Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia  30334-1530

# CERTIFICATE
# OF
# AUTHORITY

I, **Karen C Handel**, the Secretary of State and the Corporations Commissioner of the State of Georgia, hereby certify under the seal of my office that

## DRURY HOTELS COMPANY, LLC
### a Foreign Limited Liability Company

has been duly formed under the laws of Nevada and has filed an application meeting the requirements of Georgia law to transact business as a foreign Limited Liability Company in this state.

WHEREFORE, by the authority vested in me as Secretary of State, the above Limited Liability Company is hereby granted, on **10/27/2008**, a certificate of authority to transact business in the State of Georgia as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on October 27, 2008

Karen C Handel
Secretary of State

Control No: 08082140
Date Filed: 10/27/2008 12:20 PM
Karen C Handel
Secretary of State



**KAREN HANDEL**
Secretary of State

### OFFICE OF SECRETARY OF STATE
### CORPORATIONS DIVISION
315 West Tower, #2 Martin Luther King, Jr. Drive
Atlanta, Georgia 30334-1530
(404) 656-2817
Registered agent, officer, entity status information via the Internet
http://www.georgiacorporations.org

### APPLICATION FOR CERTIFICATE OF AUTHORITY
### FOR FOREIGN LIMITED LIABILITY COMPANY

2008 OCT 27 AM 10: 17
SECRETARY OF STATE
CORPORATIONS DIVISION

---

## IMPORTANT
### Remember to include your e-mail address when completing this transmittal form.

Providing your e-mail address allows us to notify you via e-mail when we receive your filing and when we take action on your filing.   Please enter your e-mail address on the line below. Thank you.

E-Mail: _____ dana.brackeen@druryhotels.com

---

### NOTICE TO APPLICANT:  PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

| 1. | Drury Hotels Company, LLC | | | |
|---|---|---|---|---|
| | Limited Liability Company Name | | | Name Reservation Number (Optional) |
| | Date of filing | | | |
| | Date Business Commenced (Or Proposed) in Georgia    (NOTE: If the date provided here is more than 30 days prior to the date the application is received by the Secretary of State, a $500 penalty must be paid; penalty is statutory and cannot be waived by Secretary of State.) | | | |
| 2. | Dana L. Brackeen | | | 314-429-2255 |
| | Name of filing person (certificate will be mailed to this person, at address below) | | Telephone Number | |
| | 721 Emerson Road, Suite 400 | St. Louis | MO | 63141 |
| | Address | City | State | Zip Code |
| 3. | Nevada | October 10, 2008 | | |
| | Jurisdiction (Home state/country) | Date of Organization in home state | | |
| 4. | 721 Emerson Road, Suite 400 | St. Louis | MO | 63141 |
| | Address of Principal Place of Business | City | State | Zip Code |
| 5. | National Corporate Research, Ltd. | | | |
| | Name of Registered Agent in Georgia | | | |
| | 3675 Crestwood Parkway, Suite 350 | | | |
| | Registered Office Street Address in Georgia (Post office box or mail drop not acceptable for registered office address) | | | |
| | Duluth | Gwinnett | GA | 30096 |
| | City | County | State | Zip Code |
| 6. | Joseph B. Pereles    721 Emerson Road, Suite 400 | St. Louis | MO | 63141 |
| | Manager's Name & Address (Person w/responsibility for maintaining records) | City | State | Zip Code |
| 7. | 721 Emerson Road, Suite 400 | St. Louis | MO | 63141 |
| | Address Where Limited Liability Company Records Are Maintained | City | State | Zip Code |

8. **NOTICE: Mail or deliver an original and one copy of this form and the filing fee of $225.00 to the Secretary of State at the above address. Filing fees are NON-refundable.**

This application is signed by a person duly authorized to sign such instruments by the laws of the jurisdiction under which the foreign limited liability company is organized.  The foreign limited liability company undertakes to keep its records at the address shown in #7 above until its registration in Georgia is canceled or withdrawn.  The foreign limited liability company, in accordance with Title 14 of the Official Code of Georgia Annotated, appoints the Secretary of State as agent for service of process if no agent has been appointed in Georgia or, if appointed, the agent's authority has been revoked or the agent cannot be found or served by the exercise of reasonable diligence.

_____          October 2|, 2008
Authorized Signature                                   Date_____

State of Georgia
Creation - Foreign Entity 2 Page(s)

**Request certificates and obtain entity info**

FORM 241



T0830223022

# John R. Ashcroft
## Missouri Secretary of State

**MISSOURI ONLINE BUSINESS FILING**

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | ❓ Help |
|---|---|---|---|---|---|

## Gen. Business - For Profit Details as of 5/3/2023

Required Field *

File Documents - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.

File Registration Reports - click FILE REGISTRATION REPORT.

Copies or Certificates - click FILE COPIES/CERTIFICATES.

| RETURN TO SEARCH RESULTS | Create Filing | FILE ONLINE |
|---|---|---|
| | Articles of Amendment | |

| ORDER COPIES/ CERTIFICATES |
|---|

General Information    Filings    Principal Office Address    Contact(s)

| | | | |
|---|---|---|---|
| Name(s) | DRURY SOUTHWEST, INC. | Principal Office Address | 101 S Farrar Dr<br>Cape Girardeau, MO 63701-4905 |
| Type | Gen. Business - For Profit | Charter No. | 00281576 |
| Domesticity | Domestic | Home State | MO |
| Registered Agent | HERBERT J WEDEMEIER<br>101 SOUTH FARRAR DR<br>CAPE GIRARDEAU, MO 63701 | Status | Good Standing |
| Date Formed | 10/17/1985 | | |
| Duration | Perpetual | | |
| Renewal Month | January | | |
| Report Due | 4/30/2025 | | |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.

Hey there! I am an A.I. chatbot, let's talk.



## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

DSW INDUSTRIES, INC.

**Entity Number:**

C29518-2001

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

11/05/2001

**NV Business ID:**

NV20011472004

**Termination Date:**

Perpetual

**Annual Report Due Date:**

11/30/2023

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

CORPORATION SERVICE COMPANY

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20101844335

**Office or Position:**

**Jurisdiction:**

DELAWARE

**Street Address:**

112 NORTH CURRY STREET, Carson City, NV, 89703, USA

**Mailing Address:**

**Individual with Authority to Act:**

Not Available

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Director | Kevin G. Whitfield | 101 S. Farrar Drive, Cape Girardeau, MO, 63701, USA | 11/27/2019 | Active |
| President | KEVIN G WHITFIELD | 101 S. FARRAR DRIVE, CAPE GIRARDEAU, MO, 63701, USA | 10/30/2018 | Active |
| Secretary | HERBERT J WEDEMEIER | 101 S. FARRAR DRIVE, CAPE GIRARDEAU, MO, 63701, USA | 10/30/2018 | Active |
| Treasurer | CAROLYN F BOHNERT | 101 S. FARRAR DRIVE, CAPE GIRARDEAU, MO, 63701, USA | 10/30/2018 | Active |
| Director | CAROLYN F BOHNERT | 101 S. FARRAR DRIVE, CAPE GIRARDEAU, MO, 63701, USA | 10/30/2018 | Active |

< Previous   ...   1   2   ..   Next >   Page 1 of 2, records 1 to 5 of 8         Go to Page

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 1,000,000 | 1.000000000000 |

Page 1 of 1, records 1 to 1 of 1

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**1,000,000**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results