# EXHIBIT C



**GEORGIA CORPORATIONS DIVISION**

GEORGIA SECRETARY OF STATE
**BRAD RAFFENSPERGER**

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **DI ATLANTA AIRPORT, LLC** |
| Business Type: | **Foreign Limited Liability Company** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **101 S. Farrar Drive, Cape Girardeau, MO, 63701** |
| Jurisdiction: | **Missouri** |
| Principal Record Address: | **NONE** |
| Control Number: | **08082137** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **10/27/2008** |
| Last Annual Registration Year: | **2025** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporation Service Company** |
| Physical Address: | **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA** |
| County: | **Gwinnett** |

Back        Filing History    Name History
            Return to Business Search

Control No. **08082137**

# STATE OF GEORGIA

## Secretary of State
### Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia  30334-1530

# CERTIFICATE OF AUTHORITY

I, **Karen C Handel**, the Secretary of State and the Corporations Commissioner of the State of Georgia, hereby certify under the seal of my office that

### DI ATLANTA AIRPORT, LLC
#### a Foreign Limited Liability Company

has been duly formed under the laws of Missouri and has filed an application meeting the requirements of Georgia law to transact business as a foreign Limited Liability Company in this state.

WHEREFORE, by the authority vested in me as Secretary of State, the above Limited Liability Company is hereby granted, on **10/27/2008**, a certificate of authority to transact business in the State of Georgia as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on October 27, 2008

*Karen C Handel*
Karen C Handel
Secretary of State

Control No: 08082137
Date Filed: 10/27/2008 12:20 PM
Karen C Handel
Secretary of State



**KAREN HANDEL**
Secretary of State

**OFFICE OF SECRETARY OF STATE**
CORPORATIONS DIVISION
315 West Tower, #2 Martin Luther King, Jr. Drive
Atlanta, Georgia 30334-1530
(404) 656-2817
Registered agent, officer, entity status information via the Internet
http://www.georgiacorporations.org

**APPLICATION FOR CERTIFICATE OF AUTHORITY
FOR FOREIGN LIMITED LIABILITY COMPANY**

2008 OCT 27 AM 10: 17
SECRETARY OF STATE
CORPORATIONS DIVISION

---

**IMPORTANT**

Remember to include your e-mail address when completing this transmittal form.

Providing your e-mail address allows us to notify you via e-mail when we receive your filing and when we take action on your filing. Please enter your e-mail address on the line below. Thank you.

E-Mail: dana.brackeen@druryhotels.com

---

NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

1. Limited Liability Company Name: **DI Atlanta Airport, LLC**
   Name Reservation Number (Optional):
   Date of filing:
   Date Business Commenced (Or Proposed) in Georgia (NOTE: If the date provided here is more than 30 days prior to the date the application is received by the Secretary of State, a $500 penalty must be paid; penalty is statutory and cannot be waived by Secretary of State.)

2. Name of filing person (certificate will be mailed to this person, at address below): **Dana L. Brackeen**
   Telephone Number: **314-429-2255**
   Address: **721 Emerson Road, Suite 400** — City: **St. Louis** — State: **MO** — Zip Code: **63141**

3. Jurisdiction (Home state/country): **Missouri**
   Date of Organization in home state: **October 7, 2008**

4. Address of Principal Place of Business: **721 Emerson Road, Suite 400** — City: **St. Louis** — State: **MO** — Zip Code: **63141**

5. Name of Registered Agent in Georgia: **National Corporate Research, Ltd.**
   Registered Office Street Address in Georgia: **3675 Crestwood Parkway, Suite 350** (Post office box or mail drop not acceptable for registered office address)
   City: **Duluth** — County: **Gwinnett** — State: **GA** — Zip Code: **30096**

6. Manager's Name & Address (Person w/responsibility for maintaining records): **Drury Inns, Inc.**  **721 Emerson Road, Suite 400** — City: **St. Louis** — State: **MO** — Zip Code: **63141**

7. Address Where Limited Liability Company Records Are Maintained: **721 Emerson Road, Suite 400** — City: **St. Louis** — State: **MO** — Zip Code: **63141**

8. NOTICE: Mail or deliver an original and one copy of this form and the filing fee of $225.00 to the Secretary of State at the above address. Filing fees are NON-refundable.

   This application is signed by a person duly authorized to sign such instruments by the laws of the jurisdiction under which the foreign limited liability company is organized. The foreign limited liability company undertakes to keep its records at the address shown in #7 above until its registration in Georgia is canceled or withdrawn. The foreign limited liability company, in accordance with Title 14 of the Official Code of Georgia Annotated, appoints the Secretary of State as agent for service of process if no agent has been appointed in Georgia or, if appointed, the agent's authority has been revoked or the agent cannot be found or served by the exercise of reasonable diligence.

   Authorized Signature: _[signature]_
   Date: **October 24, 2008**

   Request certificates and obtain entity info

   State of Georgia
   Creation - Foreign Entity 1 Page(s)

   FORM 241

   T0830223023

# John R. Ashcroft
## Missouri Secretary of State

**MISSOURI ONLINE BUSINESS FILING**

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | Help |

## Gen. Business - For Profit Details as of 5/3/2023

Required Field *

File Documents - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.

File Registration Reports - click FILE REGISTRATION REPORT.

Copies or Certificates - click FILE COPIES/CERTIFICATES.

**RETURN TO SEARCH RESULTS**

**Create Filing**
Articles of Amendment

**FILE ONLINE**

**ORDER COPIES/ CERTIFICATES**

General Information | Filings | Principal Office Address | Contact(s)

| | | | |
|---|---|---|---|
| Name(s) | DDC Hotels, Inc. | Principal Office Address | 13075 Manchester Rd Suite 200 Saint Louis, MO 63131-1836 |
| Type | Gen. Business - For Profit | Charter No. | 00926358 |
| Domesticity | Domestic | Home State | MO |
| Registered Agent | Pollvogt, Jacqueline D. 13075 Manchester Road Suite 200 Saint Louis, MO 63131 | Status | Good Standing |
| Date Formed | 10/22/2008 | | |
| Duration | Perpetual | | |
| Renewal Month | October | | |
| Report Due | 1/31/2025 | | |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.



Hey there! I am an A.I. chatbot, let's talk.