**From:** Christina Nielsen <christinamnielsen@yahoo.com>
**Sent:** Friday, May 20, 2022, 2:00 PM
**To:** Michelle Novak <michelle.novak@myccmortgage.com>
**Subject:** Follow-up from our conversation

> EXTERNAL EMAIL: DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Michelle,

When we talked on Wednesday, I told you about Steven Bocca's sexual harassment of me and of multiple other women in our office.  I told you that I was aware of past complaints to you from women in our office against Steve, and how nothing ever seems to happen.  Anyway, you sent me home for the remainder of the week.  I understood you were going to email me a recap of my complaint so that you could start an investigation, and you were going to explain my options moving forward within CCM as a remote employee.  As of today, I have received nothing from you.  I guess I am not surprised since you have conducted no investigation in the past.  As I told you Wednesday, the following women have confirmed to me that they have each individually asked you to protect them and help them after being sexually harassed by Steve Bocca:

Just to name a few:

Lisa Benjamin

Jessica churio

Aydee Short

I will personally attest that in addition Donna Gardner, Kelsey Lorenzoni, and Emily Berry have all been sexually harassed by Mr. Bocca as well.  Since it is clear that you don't plan to investigate, I have decided to file a charge of sexual harassment with the EEOC, and allow the EEOC to investigate this situation.  I am happy to continue my job, but I will not come back to the office of work with Steve Bocca or Faith (his lover).

-- Christina