On Saturday, May 21, 2022, 12:25 PM, Michelle Novak <Michelle.Novak@myccmortgage.com> wrote:

Hi Christina,

As we discussed CCM takes such complaints seriously and will not tolerate inappropriate behavior in the workplace.  Employees are encouraged to bring such matters to our attention.  We have begun an investigation and as mentioned during our conversation that we would call you on Monday morning, 5.23.2022 to follow up.  We have not responded because we wanted to provide you the time allotted, we discussed.  I am out of the office and returning on Monday.

We are interviewing employees involved and have requested to include you however you asked us to hold off until you were ready, and we respect your request. Although privacy considerations limit our ability to share confidential information with you about other employees, we can communicate we are taking the appropriate action.

Please do not hesitate to ask questions.

Thank you,

Michelle

### Michelle Novak

Executive Vice President Human Resources

**M** 480.751.8086
**D** 440.262.3895
**E** michelle.novak@myccmortgage.com



**CrossCountry Mortgage, LLC**

6850 Miller Road
Brecksville, OH 44141

Company NMLS3029

