

# TERMINATION PAF

## EMPLOYEE INFORMATION

**Employee Name:** Christina Nielsen

**Employee State of Residence:** GA

**Branch/Department #:** 4704

**Branch/Department State (Location):** GA

**File # (See ADP):** CJA014905

## TERMINATION INFORMATION

**Termination Date:** 7.1.22

**Last Day Worked:** 7.1.22

**Hours to be Paid:** Through 7.1.22

**\*\*Please note:** Include all hours worked, including last date of employment.

**Voluntary**

☑ With Notice
Date:_____

☐ Without Notice
Date:_____

☐ Accepted another job

**Involuntary**

☐ Unsatisfactory Performance

☐ Job Eliminated

☐ Lay-off/RIF

**Re-hire Eligibility:**

Yes ☑   No ☐

**If terminated employee is not eligible for rehire, please provide supporting documentation for reason:**

_____

**Additional Notes / Special Occurrences for documentation purposes:**

_____

_____

On Behalf of Michelle Novak
Manager

7.5.22
Date

***\*\*Please submit this completed form to HumanResourcesTeam@myccmortgage.com.***

## REVIEW

Michael Courtney
**Human Resources Department**

7.5.22
**Date**

*Abbey Schaaf 7.1.22*
**Payroll Department**

_____
**Date**