# Exhibit C

**JacksonLewis**

Direct Dial: 404-586-1855
Email: robert.capobianco@jacksonlewis.com

**Jackson Lewis P.C.**
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
(404) 525-8200 Main
(404) 525-1173 Fax
jacksonlewis.com

February 28, 2023

**VIA OVERNIGHT MAIL**

Mr. Bobby Lutz
851 Free Home Road
Canton, Georgia 30115

        Re:  Your Employment Agreement

Dear Mr. Lutz:

  My firm has been retained by Soliant Health, LLC ("the Company") to protect its interests in connection with your obligations as set forth in the Employment Agreement that you entered into with the Company. It is my understanding that you are not represented by legal counsel. If my understanding is incorrect, please provide this letter to such legal counsel and ask him or her to respond to me. Otherwise, please direct all of your future communications to the Company to my attention.

  For your convenience, I enclose a copy of the Employment Agreement ("the Agreement") that you entered into with the Company. As you can see, among other things, the Agreement currently prohibits you from engaging in the same services in the same territory that you provided such services during your employment with the Company for a business which competes with the Company. Notwithstanding your contractual obligations, the Company believes that you are performing duties for Aequor similar to the duties that you performed for the Company in the same territory. Accordingly, the Company demands that, no later than March 10, 2023, you undertake the following:

  1.  Return to me all Company property (including any copies, electronic or otherwise) in your possession, custody, or control. Such property includes all documents, whether in paper or electronic form, that you obtained, received, or created during and/or as a result of your employment with Company, including any documents created post-employment based on any information you learned during and/or as a result of your employment. If you claim to have none, please so state.

  2.  State your position with Aequor and describe your job duties and territory.

  3.  Identify each Company customer/client with whom you have communicated since the end of your employment with the Company, the method by which you communicated (e.g., conversation, email, text, etc.), and the date(s) of such communication.

4.      Identify each Company customer/client for whom you performed services on behalf of the Company and for whom you have performed services since the end of your employment with the Company.

5.      Identify each Company employee with whom you have communicated since the end of your employment with the Company, the method by which you communicated (e.g., conversation, email, text, etc.), and the date(s) of such communication.

6.      Identify each Company employee with whom you have communicated about the employee terminating his or her employment with the Company.

7.      If you have shared Company information with any person at Aequor and/or discussed or otherwise communicated with any person at Aequor about Company information, identify any such person by name and contact information.

8.      Identify each Company customer/client with whom you performed services on behalf of Company who you have contacted and/or plan to contact and/or oversee the contact of on behalf of Aequor.

9.      Identify any Company employee with whom you have communicated about potential employment at Aequor; additionally, if you have communicated with anyone at Aequor about potential employment of a Company employee, please identify the Aequor employee with whom you communicated and the Company employee about whom you communicated.

10.     Detail all steps and measures taken by you and/or Aequor to protect against the violation of your Agreement with Company.

Because your conduct may lead to litigation, you are required to take affirmative steps to identify, preserve, and collect all relevant evidence until this matter is finally resolved.  This evidence includes all paper and electronic documents, including e-mails, word processing files, pictures, databases, data files and archive files, regardless of whether the information is contained on servers, laptop and desktop computers, back-up tapes, home and personal computers, disks, CDs, zip drives, or handheld devices like an iPad, BlackBerry, cell phone, or other personal digital device.  Therefore, it is extremely important that you take all steps necessary to preserve any e-mails, documents, and other information in your possession related to the Company, its employees, and/or its customers.  To the extent you communicated via e-mail regarding these issues and still possess any computer or e-mail account utilized in doing so, please ensure you maintain possession of the computer(s) and do not otherwise dispose of it/them, as some relevant e-mails or other documents may be stored in its/their memory.  Please also ensure that any paper documents in your possession or under your control are preserved.  To the extent that any of the above instructions apply to any Aequor computer, device, document, or other property, the Company requests that I copy William Klabo to comply with this preservation request, as Mr. Klabo has pre-existing knowledge that you, like other Company employees, have post-employment contractual obligations to the Company.  Please inform me immediately if either of you or Aequor are/is unwilling to preserve such items.

      I look forward to receiving your written response by March 10, 2023.  If I do not receive your written response by that date, then the Company will conclude that you are engaging in unlawful conduct and proceed accordingly.

                                    Very truly yours,

                                    JACKSON LEWIS P.C.

                                  */s Robert Capobianco*

                                  Robert W. Capobianco

Enclosure

cc:    Mr. William Klabo (william.klabo@aequorhc.com) (w/ enc.)