IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SOLIANT HEALTH, LLC | ) | CASE No: |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| AEQUOR HEALTHCARE SERVICES, LLC | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| | ) | |
| | ) | |

_____

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Soliant Health, LLC ("Soliant"), by and through undersigned counsel, pursuant to Local Rule 3.3 and Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement, showing the following:

1. The undersigned counsel of record for Soliant certifies that the following is a full and complete list of all parties in the above-captioned case, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff: Soliant is wholly owned by TTF Holdings, LLC. TTF Holdings, LLC is wholly owned by TTF Holdings, Intermediate, LLC. TTF Holdings Intermediate, LLC is wholly owned by TTF Solutions, LLC.

Defendant: Aequor Healthcare Services, LLC is listed as a limited liability company under the laws of New Jersey, with its principal place of business for nursing operations located at 377 Hoes Lane, 3rd Floor, Piscataway, New Jersey.

2. The undersigned further certifies that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Upon information and belief, Soliant identifies the following:

Soliant

TTF Holdings, LLC

TTF Holdings, Intermediate, LLC

TTF Solutions, LLC

Aequor Healthcare Services, LLC

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys in this proceeding:

2

Counsel of record for Soliant are Jason Stearns, Robert Stines, Sarah Gottlieb, and Sasha Greenberg of Smith, Gambrell & Russell, LLP.

Counsel for Defendant is unknown.

This 25th day of May, 2023.

                                         SMITH, GAMBRELL & RUSSELL, LLP

                                         */s/ Sasha N. Greenberg*
                                         Sasha N. Greenberg
                                         Georgia Bar No. 497615

1105 W. Peachtree Street NE
Suite 1000
Atlanta, Georgia 30309
404.815.3500
sgreenberg@sgrlaw.com

                                         Jason P. Stearns *(pending pro hac vice admission)*
                                         Florida Bar No. 59550
                                         Robert A. Stines *(pending pro hac vice admission)*
                                         Florida Bar No. 78447
                                         Sarah A. Gottlieb *(pending pro hac vice admission)*
                                         Florida Bar No. 12532

201 N. Franklin Street
Suite 3550
Tampa, Florida 33602
jstearns@sgrlaw.com
sbrust@sgrlaw.com
sgottlieb@sgrlaw.com

                                         *Attorneys for Soliant Health, LLC*

## **L.R. 7.1(D) CERTIFICATION AS TO FONT AND POINT SELECTION**

The undersigned counsel hereby certifies that this filing has been prepared with Times New Roman, 14 point, which is one of the font and point selections approved by the Court in L.R. 5.1(C).

*/s/ Sasha N. Greenberg*
Sasha N. Greenberg