# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: May 26, 2023 |
| RE: 18-66599-pmb<br>Bankruptcy Case No. | Tawanna Savage<br>Debtor(s) |
| | Tawanna Savage<br>Appellant |
| | vs |
| | Homeowner Assistant Fund a/k/a<br>GHFA Affordable Housing, Inc. |
| | Appellee |

## S U B M I S S I O N   S H E E T

Submitted on:

☒ Notice of Appeal filed 5/25/23 – Doc. #122
File date of Order being appealed from 5/12/23 – Doc. #120

☐ Supplemental Record to USDC Case No.

**Contents of Record:**
☒ Documents 120, 122, docket sheet
☐ Designated items of      ☐ Appellant(s)      ☐ Appellee
Filing Fee Paid -  ☐ Yes   ☒ No


FROM:  M. Regina Thomas, Clerk of Court
United States Bankruptcy Court

By: /s/_____
Madeline Ramos-White, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*