**APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 18−66599−pmb

| | |
|---|---|
| *Assigned to:* Judge Paul Baisier | *Date filed:* 10/02/2018 |
| Chapter 13 | *Plan confirmed:* 05/09/2019 |
| Voluntary | *341 meeting:* 11/20/2018 |
| Asset | *Deadline for filing claims:* 12/11/2018 |
| | *Deadline for filing claims (govt.):* 04/01/2019 |

*Debtor*  
**Tawanna Savage**  
2254 Old Salem Rd, SE  
Conyers, GA 30013  
ROCKDALE−GA  
SSN / ITIN: xxx−xx−1037  

represented by **Tawanna Savage**  
PRO SE  

**Lorena Lee Saedi**  
Saedi Law Group, LLC  
3006 Clairmont Rd. Ste 112  
Atlanta, GA 30329  
404−889−8663  
Fax : 888−850−1774  
Email: Lsaedi@SaediLawGroup.com  
*TERMINATED: 12/15/2022*

*Trustee*  
**Melissa J. Davey**  
Standing Chapter 13 Trustee  
Suite 2250  
233 Peachtree Street NE  
Atlanta, GA 30303  
678−510−1444  

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 10/02/2018 | 1 | Voluntary Petition (Chapter 13) for Individual(s), Fee $ 310 Filed by Lorena Lee Saedi of Saedi Law Group, LLC on behalf of Tawanna Savage. Government Proof of Claim due by 4/1/2019. (Saedi, Lorena) |
| 10/02/2018 | 2 | Chapter 13 Plan with NO Certificate of Service filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Saedi, Lorena) |
| 10/02/2018 | 3 | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Saedi, Lorena) |
| 10/02/2018 | 4 | Credit Counseling Service Certificate filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Saedi, Lorena) |
| 10/02/2018 | 5 | Payment Advices of Debtor, filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Saedi, Lorena) |
| 10/02/2018 | 6 | Notice of Meeting of Creditors (Chapter 13) and Confirmation Hearing. 341 Meeting to be held on 11/20/2018 at 10:00 AM at Hearing Room |

| | | | |
|---|---|---|---|
| | | | 368, Atlanta. Objections for Discharge due by 01/22/2019. Non−Government Proof of Claims due by 12/11/2018.Confirmation Hearing to be held on 12/20/2018 at 09:30 AM at Courtroom 1202, Atlanta. (related document(s) 2 Chapter 13 Plan filed by Tawanna Savage) If applicable, a hearing on the Allowance and Approval of Debtor's Counsel Attorney Fees will be held with the Confirmation Hearing. (Admin.) |
| 10/03/2018 | | 7 | Order Regarding Unpaid Filing Fee in the Amount of $ 310.00 . Service by BNC. Entered on 10/3/2018. Filing Fee Due on: 10/10/2018, (related document(s)1) (trp) |
| 10/04/2018 | | 8 | Notice of Appearance Filed by Synchrony Bank. (PRA Receivables Management, LLC) |
| 10/04/2018 | | 9 | Receipt of Initial Docs01: Voluntary Petition (Chapter 13)(18−66599) [misc,1023aty] ( 310.00) filing fee. Receipt Number 49212826. Fee Amount 310.00 (re: Doc# 1) (U.S. Treasury) |
| 10/05/2018 | | 10 | Notice of Appearance Filed by Capital One Auto Finance, a division of Capital One, N.A.. (AIS Portfolio Services) |
| 10/05/2018 | | 11 | Order for Debtor's Employer to Deduct Payments. Service by BNC. (Admin.) |
| 10/05/2018 | | 12 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 10/05/2018. (Admin.) (Entered: 10/06/2018) |
| 10/05/2018 | | 13 | Certificate of Mailing by BNC of Order Regarding Unpaid Filing Fees Notice Date 10/05/2018. (Admin.) (Entered: 10/06/2018) |
| 10/05/2018 | | 14 | Certificate of Mailing by BNC of Chapter 13 Plan Notice Date 10/05/2018. (Admin.) (Entered: 10/06/2018) |
| 10/07/2018 | | 15 | Certificate of Mailing by BNC of Employer Deduction Order Notice Date 10/07/2018. (Admin.) (Entered: 10/08/2018) |
| 10/12/2018 | | 16 | Notice of Appearance Filed by Lisa F. Caplan on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY. (Caplan, Lisa) |
| 10/18/2018 | | 17 | Notice of Appearance Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (Caplan, Lisa) |
| 10/18/2018 | | 18 | Payment Advices of Debtor, filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Saedi, Lorena) |
| 10/19/2018 | | 19 | Notice of Appearance Filed by Lisa F. Caplan on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY. (Caplan, Lisa) |
| 11/20/2018 | | | Section 341(a) meeting held and concluded (law) (Entered: 11/21/2018) |
| 11/29/2018 | | 20 | Objection to Confirmation of Plan *& Motion to Dismiss* Filed by Mandy Kathleen Campbell on behalf of Melissa J. Davey. (Campbell, Mandy) |
| 12/07/2018 | | doc | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 8) with Certificate of Service filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (Caplan, Lisa) |

| | | | |
|---|---|---|---|
| 12/13/2018 | | 21 | Affidavit Regarding contribution filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Saedi, Lorena) |
| 12/14/2018 | | | Document is incorrect or deficient in the following manner: Case name or number does not match, (related document(s)21) (rhg) |
| 12/19/2018 | | 22 | Affidavit Of Contribution − (Regarding Household Contribution) − filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Saedi, Lorena) Modified on 12/20/2018 (skw). |
| 12/20/2018 | | | Confirmation Hearing Rescheduled. Confirmation Hearing to be held on 1/24/2019 at 09:20 AM in Courtroom 1202, Atlanta. (amm) |
| 01/05/2019 | | 23 | Notice to Debtor(s) Regarding Financial Management Certificate Due (ADIclerk). |
| 01/09/2019 | | 24 | Certificate of Mailing by BNC of Notice to Debtor Re: Financial Mgmt. Cert. Notice Date 01/09/2019. (Admin.) (Entered: 01/10/2019) |
| 01/17/2019 | | 25 | Personal Financial Management Course Certificate For Debtor filed by Lorena Lee Saedi on behalf of Tawanna Savage. (related document(s)6) (Saedi, Lorena) |
| 01/22/2019 | | 26 | Amended Schedule A/B , Amended Schedule C , Amended Summary of Assets and Liabilities with Statistical Information for Individual Debtor , Declaration Under Penalty of Perjury , Certificate of Service filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Saedi, Lorena) Modified on 1/23/2019 (jla). |
| 01/24/2019 | | | Confirmation Hearing Rescheduled. Confirmation Hearing to be held on 2/21/2019 at 09:30 AM in Courtroom 1202, Atlanta. (amm) |
| 02/19/2019 | | 27 | Chapter 13 Pre−Confirmation Plan Modification with Certificate of Service filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Attachments: # 1 Certificate of Service # 2 Creditor Matrix) (related document(s)2) (Saedi, Lorena) |
| 02/19/2019 | | 28 | Amended Schedule I , Amended Schedule J , Amended Summary of Assets and Liabilities with Statistical Information for Individual Debtor filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Saedi, Lorena) |
| 02/21/2019 | | | MAC − Confirmation Hearing Rescheduled. Confirmation Hearing to be held on 4/4/2019 at 09:30 AM in Courtroom 1202, Atlanta. (amm) Modified on 2/21/2019 (amm). |
| 04/04/2019 | | 29 | Objection to Claim (Motion to Disallow Claim) of Creditor PennyMac Loan Services, LLC, Filed in the amount of $230,790.84, Claim No. 8, with Certificate of Service. Responses due in 30 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f). Hearing to be held on 5/9/2019 at 10:00 AM in Courtroom 1202, Atlanta, filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Saedi, Lorena) Modified on 4/5/2019 (mks). |
| 04/04/2019 | | | MAC − Confirmation Hearing Rescheduled. Confirmation Hearing to be held on 5/9/2019 at 09:30 AM in Courtroom 1202, Atlanta. (amm) Modified on 4/4/2019 (amm). |

| | | | |
|---|---|---|---|
| 04/08/2019 | | 30 | Notice of Hearing on Confirmation of Modified Plan and of Deadlines for Objections. Objections due seven days prior to the hearing on confirmation. Filed by Lorena Lee Saedi on behalf of Tawanna Savage. Confirmation Hearing to be held on 5/9/2019 at 09:30 AM in Courtroom 1202, Atlanta. (related document(s)27)(Saedi, Lorena) |
| 04/13/2019 | | 31 | Change of Address of Navient Solutions, LLC. on behalf of Department of Education Loan Services for Payments Only filed by Navient Solutions, LLC. on behalf of Department of Education Loan Services. (Sallie Mae) |
| 05/03/2019 | | 32 | Response to Objection to Claim #8 PennyMac Loan Services, LLC filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (related document(s)29)(Caplan, Lisa) Modified on 5/7/2019 (trp). |
| 05/08/2019 | | 33 | Withdrawal of Document *Objection to Proof of Claim PennyMac* filed by Lorena Lee Saedi on behalf of Tawanna Savage. (related document(s)29) (Saedi, Lorena) |
| 05/09/2019 | | 34 | Order Confirming Chapter 13 Plan. Service by BNC (amm) |
| 05/11/2019 | | 35 | Certificate of Mailing by BNC of Order Confirming Chapter 13 Plan Notice Date 05/11/2019. (Admin.) (Entered: 05/12/2019) |
| 05/11/2019 | | 36 | Notice to Debtor Re: Domestic Support Obligations with certificate of service by BNC. Notice Date 05/11/2019. (Admin.) (Entered: 05/12/2019) |
| 06/09/2019 | | 37 | Motion to Compel filed by Lorena Lee Saedi on behalf of Tawanna Savage. Hearing to be held on 7/11/2019 at 10:00 AM in Courtroom 1202, Atlanta, (Saedi, Lorena) |
| 06/13/2019 | | 38 | Order for Debtor's Employer to Deduct Payments. Service by BNC. (Admin.) |
| 06/15/2019 | | 39 | Certificate of Mailing by BNC of Employer Deduction Order Notice Date 06/15/2019. (Admin.) (Entered: 06/16/2019) |
| 07/09/2019 | | 40 | Order GRANTING Motion to Compel (Related Doc # 37) Service by BNC. Entered on 7/9/2019. (jla) |
| 07/11/2019 | | 41 | Certificate of Mailing by BNC of Order on Motion to Compel Notice Date 07/11/2019. (Admin.) (Entered: 07/12/2019) |
| 07/29/2019 | | 42 | Amended Order on Motion to Compel correcting clerical error case was filed from October 2, 2019 to October 2, 2018. This Amended Order supersedes the prior Order in its entirety. Service by BNC. Entered on 7/29/2019. (related document(s)40) (law) |
| 07/31/2019 | | 43 | Certificate of Mailing by BNC of Order Notice Date 07/31/2019. (Admin.) (Entered: 08/01/2019) |
| 10/08/2019 | | doc | Notice of Mortgage Payment Change (Claim # 8) with Certificate of Service filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (Attachments: # 1 Exhibit) (Caplan, Lisa) |
| 06/18/2020 | | 44 | |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | (WITHDRAWN)Motion for Relief from Stay Fee $ 181, , Motion for Relief from Co−Debtor Stay as to Ronnie Skrine Jr filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 7/16/2020 at 01:30 PM in Courtroom 1202, Atlanta, (Attachments: # 1 Exhibit # 2 Exhibit) (Caplan, Lisa) Modified on 12/1/2020 (cws). |
| 06/18/2020 | | 45 | Receipt of Motion for Relief from Stay(18−66599−pmb) [motion,185] ( 181.00) filing fee. Receipt Number 53965470. Fee Amount 181.00 (re: Doc# 44) (U.S. Treasury) |
| 06/22/2020 | | 46 | Motion to Suspend Plan Payments filed by Lorena Lee Saedi on behalf of Tawanna Savage. Hearing to be held on 7/16/2020 at 10:00 AM in Courtroom 1202, Atlanta, (Saedi, Lorena) |
| 07/14/2020 | | 47 | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 8/13/2020 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)44)(Caplan, Lisa) |
| 07/16/2020 | | | Rescheduled Hearing to be held on 8/13/2020 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)44) (cws) |
| 07/21/2020 | | 48 | Notice of Mortgage Forbearance for 90 days Under the CARES Act with Certificate of Service Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (Caplan, Lisa) |
| 08/11/2020 | | 49 | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 9/10/2020 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)44)(Caplan, Lisa) |
| 08/13/2020 | | | Rescheduled Hearing to be held on 9/10/2020 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)44) (amm) |
| 09/10/2020 | | | Rescheduled Hearing to be held on 9/24/2020 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)44) (amm) |
| 09/11/2020 | | 50 | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 9/24/2020 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)44)(Caplan, Lisa) |
| 09/21/2020 | | doc | Notice of Mortgage Payment Change (Claim # 8) with Certificate of Service filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (Attachments: # 1 Exhibit) (Caplan, Lisa) |
| 09/24/2020 | | | Rescheduled Hearing to be held on 11/5/2020 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)44) (amm) |
| 10/21/2020 | | 51 | Order GRANTING Motion to Suspend Plan Payments (Related Doc # 46) Service by BNC. Entered on 10/21/2020. (jla) |
| 10/21/2020 | | 52 | Application for Compensation for Lorena Lee Saedi, Debtor's Attorney Fee: $350.00 filed by Lorena Lee Saedi. (Saedi, Lorena) Modified on 10/22/2020 (gj). |
| 10/23/2020 | | 53 | Order Setting Objection Deadline On Application For Compensation, Setting Hearing If Objections Are Filed, And Granting Application In The Absence Of Filed Objections. Service by BNC. Hearing to be held on 12/3/2020 at 10:15 AM in Courtroom 1202, Atlanta, Entered on |

| Date | | No. | Description |
|---|---|---|---|
| | | | 10/23/2020. (related document(s)52) (jla) |
| 10/23/2020 | | 54 | Notice of Mortgage Forbearance for 60 days Under the CARES Act with Certificate of Service Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (Caplan, Lisa) |
| 10/23/2020 | | 55 | Certificate of Mailing by BNC of Order on Motion to Suspend/Extend Plan Payments Notice Date 10/23/2020. (Admin.) (Entered: 10/24/2020) |
| 10/25/2020 | | 56 | Certificate of Mailing by BNC of Order and Notice Notice Date 10/25/2020. (Admin.) (Entered: 10/26/2020) |
| 11/05/2020 | | | Rescheduled hearing to be held on 12/3/2020 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)44) (mrd) |
| 11/10/2020 | | 57 | Motion To Dismiss Case For Failure To Make Plan Payments − *(and case exceeding 60 months)* − filed by Delaycee S. Rowland on behalf of Melissa J. Davey. Hearing to be held on 12/17/2020 at 09:25 AM in Courtroom 1202, Atlanta, Georgia. (Rowland, Delaycee) Modified on 11/10/2020 (skw). |
| 11/26/2020 | | 58 | Order for Debtor's Employer to Deduct Payments. Service by BNC. (Admin.) |
| 11/29/2020 | | 59 | Certificate of Mailing by BNC of Employer Deduction Order Notice Date 11/29/2020. (Admin.) (Entered: 11/30/2020) |
| 12/01/2020 | | 60 | Withdrawal of Document filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (related document(s)44) (Caplan, Lisa) |
| 12/17/2020 | | | Rescheduled hearing to be held on 2/4/2021 at 09:25 AM in Courtroom 1202, Atlanta. 10−day status for funding. (related document(s)57) (mrd) |
| 12/28/2020 | | 61 | Notice of Mortgage Forbearance for 90 days Under the CARES Act with Certificate of Service Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (Caplan, Lisa) |
| 02/05/2021 | | | Rescheduled hearing to be held on 3/4/2021 at 09:25 AM in Courtroom 1202, Atlanta, (related document(s)57) (mrd) |
| 02/25/2021 | | 62 | Modification of Confirmed Ch. 13 Plan and Notice with Certificate of Service. Objections due in 21 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f). filed by Lorena Lee Saedi on behalf of Tawanna Savage. Hearing to be held on 3/25/2021 at 09:15 AM in Courtroom 1202, Atlanta, (related document(s)27) (Saedi, Lorena) |
| 02/25/2021 | | 63 | Amended Schedule I , Amended Schedule J , Amended Summary of Assets and Liabilities with Statistical Information for Individual Debtor, Declaration of Debtor and Certificate of Service filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Saedi, Lorena) Modified on 2/25/2021 (law). |
| 03/03/2021 | | 64 | Notice of Mortgage Forbearance for 30 days Under the CARES Act with Certificate of Service Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (Caplan, Lisa) |

| | | | |
|---|---|---|---|
| 03/05/2021 | | | Rescheduled hearing to be held on 3/25/2021 at 09:25 AM in Courtroom 1202, Atlanta, (related document(s)57) (mrd) |
| 03/06/2021 | | 65 | Motion to Retain Funds filed by Lorena Lee Saedi on behalf of Tawanna Savage. Hearing to be held on 4/8/2021 at 10:15 AM in Courtroom 1202, Atlanta, (Saedi, Lorena) |
| 03/25/2021 | | 66 | Order Approving Modification of Chapter 13 Plan. Service by BNC (amm) |
| 03/27/2021 | | 67 | Certificate of Mailing by BNC of Order Approving Modification of Plan Notice Date 03/27/2021. (Admin.) (Entered: 03/28/2021) |
| 04/07/2021 | | 68 | Order DENYING Motion to Dismiss. Debtor shall strictly comply with the terms of this Order (Related Doc # 57) Service by BNC. Entered on 4/7/2021. (jla) |
| 04/09/2021 | | 69 | Certificate of Mailing by BNC of Order on Motion to Dismiss Case Notice Date 04/09/2021. (Admin.) (Entered: 04/10/2021) |
| 04/23/2021 | | 70 | Notice of Mortgage Forbearance for 90 days Under the CARES Act with Certificate of Service Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (Caplan, Lisa) |
| 05/13/2021 | | 71 | Order GRANTING Motion to Retain Tax Refund (Related Doc # 65) Service by BNC.. Entered on 5/13/2021. (jla) |
| 05/15/2021 | | 72 | Certificate of Mailing by BNC of Order to Retain Funds Notice Date 05/15/2021. (Admin.) (Entered: 05/16/2021) |
| 06/25/2021 | | 73 | Application for Compensation for Lorena Lee Saedi, Debtor's Attorney, for period: to. Fee: $450.00 and expenses: $. filed by Lorena Lee Saedi. Hearing to be held on 8/5/2021 at 10:15 AM in Courtroom 1202, Atlanta, (Saedi, Lorena) |
| 07/12/2021 | | 74 | Notice of Appearance Filed by Ally Bank. (AIS Portfolio Services) |
| 08/23/2021 | | 75 | Order Approving Application for Compensation for Lorena Lee Saedi. Fees awarded: $450.00 (Related Doc # 73) Service by BNC. Entered on 8/23/2021. (jla) |
| 08/25/2021 | | 76 | Certificate of Mailing by BNC of Order on Application for Compensation Notice Date 08/25/2021. (Admin.) (Entered: 08/26/2021) |
| 10/07/2021 | | doc | Notice of Mortgage Payment Change (Claim # 8) with Certificate of Service filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (Attachments: # 1 Exhibit) (Caplan, Lisa) |
| 11/18/2021 | | 77 | Motion for Relief from Stay Fee $ 188, *2254 OLD SALEM RD SE, CONYERS, GA 30013*, Motion for Relief from Co−Debtor Stay as to RONNIE SKRINE JR filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 12/16/2021 at 09:00 AM in Courtroom 1202, Atlanta, (Attachments: # 1 Exhibit # 2 Exhibit) (Caplan, Lisa) |
| 11/18/2021 | | 78 | Receipt of Motion for Relief from Stay( 18−66599−pmb) [motion,185] ( 188.00) filing fee. Receipt Number A56319773. Fee Amount 188.00 (re: |

| | | | |
|---|---|---|---|
| | | | Doc# <u>77</u>) (U.S. Treasury) |
| 12/17/2021 | | | Rescheduled hearing to be held on 1/20/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>) (mrd) |
| 12/21/2021 | | <u>79</u> | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 1/20/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>)(Caplan, Lisa) |
| 01/21/2022 | | | Rescheduled hearing to be held on 2/10/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>) (mrd) |
| 01/21/2022 | | <u>80</u> | Notice of Trustee Requesting 2021 Tax Return and Notice Concerning 2021 Tax Refund Filed by Melissa J. Davey on behalf of Melissa J. Davey. (Davey, Melissa) |
| 01/24/2022 | | <u>81</u> | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 2/10/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>)(Caplan, Lisa) |
| 02/10/2022 | | | Rescheduled hearing to be held on 3/10/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>) (mrd) |
| 02/11/2022 | | <u>82</u> | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 3/10/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>)(Caplan, Lisa) |
| 03/11/2022 | | | Rescheduled Hearing to be held on 4/7/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>) (amm) |
| 03/14/2022 | | <u>83</u> | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 4/7/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>)(Caplan, Lisa) |
| 03/28/2022 | | <u>84</u> | Notice of Change of Address Filed by Melissa J. Davey on behalf of Melissa J. Davey. (Davey, Melissa) |
| 04/07/2022 | | | Rescheduled Hearing to be held on 5/19/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>) (amm) |
| 04/13/2022 | | <u>85</u> | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 5/19/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>)(Caplan, Lisa) |
| 05/19/2022 | | | Rescheduled Hearing to be held on 6/9/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>) (amm) |
| 06/09/2022 | | | Rescheduled Hearing to be held on 7/14/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>) (amm) |
| 06/16/2022 | | <u>86</u> | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 7/14/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>)(Caplan, Lisa) |
| 07/14/2022 | | | Rescheduled Hearing to be held on 8/25/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)<u>77</u>) (amm) |

| Date | | Doc # | Description |
|---|---|---|---|
| 07/20/2022 | | 87 | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 8/25/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)77)(Caplan, Lisa) |
| 08/25/2022 | | | Rescheduled Hearing to be held on 9/29/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)77) (amm) |
| 09/02/2022 | | 88 | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 9/29/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)77)(Caplan, Lisa) |
| 09/26/2022 | | doc | Notice of Mortgage Payment Change (Claim # 8) with Certificate of Service filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. (Attachments: # 1 Exhibit) (Caplan, Lisa) |
| 09/29/2022 | | | Rescheduled Hearing to be held on 10/13/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)77) (amm) |
| 09/30/2022 | | 89 | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 10/13/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)77)(Caplan, Lisa) |
| 10/05/2022 | | 90 | Motion to Compel filed by Lorena Lee Saedi on behalf of Tawanna Savage. Hearing to be held on 11/17/2022 at 10:15 AM in Courtroom 1202, Atlanta, (Saedi, Lorena) Modified on 10/6/2022 (amm). − Notified filer of incorrect Meeting ID for Zoom and GO 24−2018 Notice may not be used for these matters. Filer to correct. |
| 10/06/2022 | | 91 | Amended Notice of Hearing Filed by Lorena Lee Saedi on behalf of Tawanna Savage. Hearing to be held on 11/17/2022 at 10:15 AM in Courtroom 1202, Atlanta, (related document(s)90)(Saedi, Lorena) |
| 10/13/2022 | | 92 | Response to Motion *to Compel Turnover of Mortgage Assistance Funds to the Chapter 13 Trustee* filed by Delaycee S. Rowland on behalf of Melissa J. Davey. (related document(s)90)(Rowland, Delaycee) |
| 10/13/2022 | | | Rescheduled Hearing to be held on 12/1/2022 at 09:00 AM in Courtroom 1202, Atlanta. (related document(s)77) (amm) |
| 10/24/2022 | | 93 | Notice Rescheduling Hearing Filed by Lisa F. Caplan on behalf of PennyMac Loan Services, LLC. Hearing to be held on 12/1/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)77)(Caplan, Lisa) |
| 11/09/2022 | | 94 | [Withdrawn]− Motion to Dismiss Case for Failure to Make Plan Payments filed by Taylor Schlairet Mansell on behalf of Melissa J. Davey. Hearing to be held on 1/12/2023 at 09:25 AM in Courtroom 1202, Atlanta, (Mansell, Taylor) Modified on 1/31/2023 (sfw). |
| 11/17/2022 | | | Rescheduled Hearing to be held on 12/1/2022 at 10:15 AM in Courtroom 1202, Atlanta, (related document(s)90) (amm) |
| 12/01/2022 | | | COURT: Rescheduled Hearing to be held on 12/15/2022 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)77) (amm) |
| 12/02/2022 | | 95 | Order DENYING without prejudice Debtor's Motion to Compel Turnover of Mortgage Assistance Funds (Related Doc 90) Service by BNC. Entered |

| | | | |
|---|---|---|---|
| | | | on 12/2/2022. (jla). Related document(s) 92 Response to Motion. Modified on 12/2/2022 (jla). |
| 12/04/2022 | | 96 | Certificate of Mailing by BNC of Order on Motion to Compel Notice Date 12/04/2022. (Admin.) (Entered: 12/05/2022) |
| 12/14/2022 | | 97 | Notice of Substitution of Counsel Filed by Tawanna Savage . (hd) |
| 12/14/2022 | | 98 | Motion for Continuance on Motion for Relief from Stay and Co−Debtor Stay filed by Tawanna Savage . (related document(s)77) (hd) |
| 12/14/2022 | | 99 | Motion to Withdraw as Attorney of Record filed by Lorena Lee Saedi on behalf of Tawanna Savage. (Saedi, Lorena) |
| 12/15/2022 | | | COURT: Rescheduled Hearing to be held on 1/12/2023 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)77) (sfw) |
| 12/16/2022 | | 100 | Order GRANTING Motion to Withdraw as Attorney (Related Doc # 99) Service by BNC. Entered on 12/16/2022. (jlc) |
| 12/18/2022 | | 101 | Certificate of Mailing by BNC of Order on Motion to Withdraw as Attorney Notice Date 12/18/2022. (Admin.) (Entered: 12/19/2022) |
| 01/09/2023 | | 102 | Transfer of claim Transfer Agreement 3001 (e) 2 Transferor: Ally Bank (Claim No. 2) To LVNV Funding LLC Fee Amount $26 filed by LVNV Funding LLC. (Lamb, David) |
| 01/09/2023 | | | Receipt of Transfer of Claim( 18−66599−pmb) [claims,1058] ( 26.00) filing fee. Receipt Number A58237883. Fee Amount 26.00 (re: Doc# 102) (U.S. Treasury) |
| 01/10/2023 | | 103 | Notice of Transfer of Claim Number(s) 2 to LVNV Funding LLC from Ally Bank with objections due 21 days from the date of this notice. Service by BNC. (lyb) |
| 01/11/2023 | | 104 | Notice of Trustee Requesting 2022 Tax Return and Notice Concerning 2022 Tax Refund Filed by Melissa J. Davey on behalf of Melissa J. Davey. (Davey, Melissa) |
| 01/12/2023 | | | COURT: Rescheduled Hearing to be held on 1/26/2023 at 09:00 AM in Courtroom 1202, Atlanta. (related document(s)77) (amm) |
| 01/12/2023 | | | COURT: Rescheduled Hearing to be held on 1/26/2023 at 09:25 AM in Courtroom 1202, Atlanta, (related document(s)94) (amm) |
| 01/12/2023 | | 105 | Certificate of Mailing by BNC of Notice of Transfer of Claim Notice Date 01/12/2023. (Admin.) (Entered: 01/13/2023) |
| 01/24/2023 | | 106 | Motion to Excuse Missed Plan Payments and Motion to Retain Funds from 2020 and 2021 Taxes; Denying Trustee Motion to Dismiss Chapter 13 Case filed by Tawanna Savage . (aam) |
| 01/26/2023 | | | COURT: Rescheduled Hearing to be held on 3/2/2023 at 09:00 AM in Courtroom 1202, Atlanta, (related document(s)77) (sfw) |
| 01/27/2023 | | 107 | Order GRANTING Motion to Excuse Missed Plan Payments and Motion to Retain Funds from 2020 and 2021 Taxes (Related Doc # 106) Service |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | by BNC. Entered on 1/27/2023. (jla) |
| 01/29/2023 | | 108 | Certificate of Mailing by BNC of Order on Motion to Suspend/Extend Plan Payments Notice Date 01/29/2023. (Admin.) (Entered: 01/30/2023) |
| 01/30/2023 | | 109 | Withdrawal of Document *Motion to Dismiss* filed by Delaycee S. Rowland on behalf of Melissa J. Davey. (related document(s)94) (Rowland, Delaycee) |
| 02/02/2023 | | 110 | Notice of Trustee Status of Case Report Filing Filed by Melissa J. Davey on behalf of Melissa J. Davey. (Davey, Melissa) |
| 03/02/2023 | | | COURT: In−Person Evidentiary Hearing to be held on 3/16/2023 at 10:00 AM in Courtroom 1202, Atlanta, (related document(s)77) (sfw) |
| 03/16/2023 | | 111 | Motion Objecting to PennyMac Loan Services, LLC Motion to Lift Stay filed by Tawanna Savage . (related document(s)77, 89) (rfs) |
| 03/16/2023 | | | COURT: Evidentiary Hearing regarding Motion for Relief Stay−−−−−− Motion is Granted. Movant's counsel to prepare the Order._−−−−−−−Debtor's Exhibits: Attachment F −− Referenced to Trustee when speaking to Mrs. Rowland, but not addressed to the Court.−−−−−−−−Debtor's Witnesses: Cynthia Brown− Executive Director, HUD Certified Counselor, Tawanna Savage− Pro Se Debtor−−−−−−−− PennyMac Loan Services, LLC's Exhibits − ExhibitS A, B, C, D, E, & F − All Admitted −−−−−−−−−−PennyMac Loan Services, LLC's Witnesses: Stephanie Cejas− Supervisor Servicing Litigation, Cynthia Brown− Executive Director, HUD Certified Counselor. (related document(s)77) (sfw) |
| 03/21/2023 | | 112 | Order Modifying Automatic Stay As To The Debtor and Co−Debtor Stay of Pennymac Loan Services, LLC. (Related Doc 77) Service by BNC., entered on 3/21/2023. (cdp) Modified on 3/30/2023 (mrd). |
| 03/23/2023 | | 113 | Certificate of Mailing by BNC of Order on Motion for Relief from Stay Notice Date 03/23/2023. (Admin.) (Entered: 03/24/2023) |
| 03/30/2023 | | 114 | Motion to Compel Respondent To Turnover Mortgage Grant Funds Over to the Chapter 13 Trustee filed by Tawanna Savage . (rfs) |
| 03/30/2023 | | 115 | Memorandum of Law in Support of Motion to Compel Respondent to Turnover Mortgage Assistant Grant Funds Over to the Chapter 13 Trustee filed by Tawanna Savage . (related document(s)114) (rfs) |
| 03/30/2023 | | 116 | Affidavit of Tawanna Savage, Movant/Debtor filed by Tawanna Savage . (rfs) 114 Modified on 4/3/2023 (gnh). |
| 03/31/2023 | | 117 | Declaration of Tawanna Savage, Movant/Debtor filed by Tawanna Savage. 114 (rfs) Modified on 4/3/2023 (gnh). |
| 03/31/2023 | | 118 | [Duplicate, see doc 114 ] Motion to Compel Respondent To Turnover Mortgage Grant Funds Over to the Chapter 13 Trustee filed by Tawanna Savage . (aam) Modified on 4/28/2023 (aam). (Entered: 04/27/2023) |
| 04/26/2023 | | 119 | Letter from Debtor to Judge. (ngs) (Entered: 05/05/2023) |
| 05/12/2023 | | 120 | |

| | | | |
|---|---|---|---|
| | | | Order DENYING Debtor's Motion to Compel Respondent to Turnover Mortgage Grant Funds to Chapter 13 Trustee (Related Doc 114) Service by BNC. Entered on 5/12/2023. (jla). Related document(s) 115 Exhibits, 116 Affidavit, 117 Declaration of Debtor. Modified on 5/12/2023 (jla). |
| 05/14/2023 | | 121 | Certificate of Mailing by BNC of Order on Motion to Compel Notice Date 05/14/2023. (Admin.) (Entered: 05/15/2023) |
| 05/25/2023 | | 122 | Notice of Appeal to District Court, Fee $ 298, Receipt Number: NONE, Amount Paid $ 0, filed by Tawanna Savage . Appellant Designation due by 6/8/2023, submission by USBC to USDC due by 6/26/2023, (related document(s)120) (hd) |
| 05/26/2023 | | 123 | Notice of deficient filing re: Missing Fee, . $298.00 Service by BNC. (related document(s)122) (mrw) |
| 05/26/2023 | | 124 | Notification of Appeal Requirements (related document(s)122) (mrw) |