# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID THIGPEN and REGINA THIGPEN, as Surviving Parents of Jerelyn Thigpen, deceased;<br><br>JAMES J. DALTON, II, as proposed Administrator of the Estate of Jerelyn Thigpen;<br><br>PIETER TEEUWISSEN and LISA TEEUWISSEN, as Surviving Parents of Maya E. Teeuwissen;<br><br>NINA N. TEEUWISSEN and LIA N. TEEUWISSEN, as Administratrices of the Estate of Maya E. Teeuwissen;<br><br>JEVONTE J. SMITH, as Surviving Parent of Alexander Pieter Smith; and<br><br>PIETER TEEUWISSEN and LISA TEEUWISSEN, as Administrators of the Estate of Alexander Pieter Smith,<br><br>    Plaintiffs,<br><br>v.<br><br>NISSAN MOTOR CO., LTD.;<br>NISSAN NORTH AMERICA, INC.;<br>SADDLE CREEK TRANSPORTATION INC.;<br>ORLANDO OZELL JOHNSON;<br>ZURICH AMERICAN INSURANCE COMPANY;<br>POCH STAFFING INC.;<br>JOHN DOE CORPORATIONS 1-5; and<br>JOHN DOES 1-5,<br><br>    Defendants. | Civil Action File No.<br>1:22-cv-02999-SDG |



## NOTICE OF CITIZENSHIP OF PLAINTIFFS

COME NOW Plaintiffs, by and through the undersigned counsel, and hereby file this Notice of Citizenship of Plaintiffs in compliance with this Court's February 24, 2023, Order to Show Cause. The citizenship of Plaintiffs and Plaintiffs acting within their representative capacity are as follows:

a. Plaintiff James J. Dalton, II is the proposed administrator of the Estate of Jerelyn Thigpen's and is acting in a representative capacity. James J. Dalton is a citizen of Georgia, but in his representative capacity, is a citizen of Mississippi, as Jerelyn Thigpen was a citizen of Mississippi as of the date of loss and the filing of Plaintiffs' Complaint;

b. Plaintiffs Nina Teeuwissen and Lia N. Teeuwissen are the Administratrices of the Estate of Maya E. Teeuwissen are acting in a representative capacity. Nina Teeuwissen and Lia N. Teeuwissen and citizens of Mississippi, and in their representative capacity, are citizens of Mississippi, as Maya Teeuwissen was a citizen of Mississippi as of the date of loss and the filing of Plaintiffs' Complaint;

c. Plaintiffs Pieter Teeuwissen and Lisa Teeuwissen are the Administrators of the Estate of Alexander Pieter Smith and are acting


EXHIBIT B

       in a representative capacity. Pieter Teeuwissen and Lisa Teeuwissen are citizens of Mississippi, and in their representative capacity, are citizens of Mississippi, as Alexander Pieter Smith was a citizen of Mississippi as of the date of loss and the filing of Plaintiffs' Complaint;

d.    Plaintiff David Thigpen is the surviving parent of decedent Jerelyn Thigpen. David Thigpen is a citizen of Mississippi as of the date of loss and the filing of Plaintiffs' Complaint;

e.    Plaintiff Regina Thigpen is the surviving parent of decedent Jerelyn Thigpen. Regina Thigpen is a citizen of Georgia as of the date of loss and the filing of Plaintiffs' Complaint;

f.    Plaintiffs Pieter Teeuwissen and Lisa Teeuwissen are the surviving parents of decedent Maya E. Teeuwissen. Pieter Teeuwissen and Lisa Teeuwissen are citizens of Mississippi as of the date of loss and the filing of Plaintiffs' Complaint; and

g.    Plaintiff Jevonte J. Smith is the surviving parent of decedent Alexander Pieter Smith. Jevonte J. Smith is a citizen of Texas as of the date of loss and the filing of Plaintiffs' Complaint.

This 3rd day of March 2023.

3



WETHERINGTON LAW FIRM, P.C.

| | |
|---|---|
| | */s/ Robert N. Friedman* |
| | MATTHEW Q. WETHERINGTON |
| | Georgia Bar No. 339639 |
| 1800 Peachtree St., NW | ROBERT N. FRIEDMAN |
| Suite 370 | Georgia Bar No. 945494 |
| Atlanta, Georgia 30309 | ELI J. COHEN |
| P/F: (404) 888-4444 | Georgia Bar No. 862571 |
| matt@wfirm.com | |
| robert@wfirm.com | |
| eli@wfirm.com | |

4

**EXHIBIT B**

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify pursuant to Rule 5.1 of the Local Rules for the Northern District of Georgia that this document has been prepared in "Times New Roman" font, 14 point, as required by Local Rule 5.1(C).

This 3rd day of March 2023.

|  | **WETHERINGTON LAW FIRM, P.C.** |
|---|---|
|  | */s/ Robert N. Friedman* |
|  | MATTHEW Q. WETHERINGTON |
|  | Georgia Bar No. 339639 |
| 1800 Peachtree St., NW | ROBERT N. FRIEDMAN |
| Suite 370 | Georgia Bar No. 945494 |
| Atlanta, Georgia 30309 | ELI J. COHEN |
| P/F: (404) 888-4444 | Georgia Bar No. 862571 |
| matt@wfirm.com |  |
| robert@wfirm.com |  |
| eli@wfirm.com |  |

5



## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 3rd day of March 2023.

|  |  |
|---|---|
|  | **WETHERINGTON LAW FIRM, P.C.** |
|  | */s/ Robert N. Friedman* |
|  | MATTHEW Q. WETHERINGTON |
|  | Georgia Bar No. 339639 |
| 1800 Peachtree St., NW | ROBERT N. FRIEDMAN |
| Suite 370 | Georgia Bar No. 945494 |
| Atlanta, Georgia 30309 | ELI J. COHEN |
| P/F: (404) 888-4444 | Georgia Bar No. 862571 |
| matt@wfirm.com |  |
| robert@wfirm.com |  |
| eli@wfirm.com |  |

6

**EXHIBIT B**