# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**　　　　　　　　　　　　　　　　　　　　　　　　*Electronically Filed*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Secretary of State
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Filing Date: 03/31/2023 16:21:42

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | UTILITY TRAILER MANUFACTURING COMPANY |
| **CONTROL NUMBER** | : | J800420 |
| **BUSINESS TYPE** | : | Foreign Profit Corporation |
| **JURISDICTION** | : | California |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 17295 RAILROAD ST, CITY OF INDUSTRY, CA, 91748-1022, USA |
| **REGISTERED AGENT NAME** | : | Corporation Process Company |
| **REGISTERED OFFICE ADDRESS** | : | 106 Colony Park Dr Ste 800-B, Cumming, GA, 30040, USA |
| **REGISTERED OFFICE COUNTY** | : | Forsyth |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| HAROLD C BENNETT | CFO | 17295 E RAILROAD STREET, INDUSTRY, CA, 91748, USA |
| PAUL F BENNETT | CEO | 1312 OXFORD RD, SAN MARINO, CA, 91108, USA |
| JEFFREY J BENNETT | Secretary | 17295 E RAILROAD STREET, INDUSTRY, CA, 91748, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 17295 RAILROAD ST, CITY OF INDUSTRY, CA, 91748-1022, USA |
| **REGISTERED AGENT NAME** | : | Corporation Process Company |
| **REGISTERED OFFICE ADDRESS** | : | 106 Colony Park Dr Ste 800-B, Cumming, GA, 30040, USA |
| **REGISTERED OFFICE COUNTY** | : | Forsyth |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| JEFFREY J BENNETT | CEO | 17295 E RAILROAD STREET, INDUSTRY, CA, 91748, USA |
| TODD BENNETT | CFO | 17295 E. RAILROAD ST., CITY OF INDUSTRY, CA, 91748, USA |
| PAUL MCNAMARA | Secretary | 17295 E. RAILROAD ST., CITY OF INDUSTRY, CA, 91748, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Eddie Martinez |
| **AUTHORIZER TITLE** | : | Authorized Person |



EXHIBIT C