# Delaware
### The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A CALIFORNIA LIMITED LIABILITY COMPANY UNDER THE NAME OF "UTILITY TRAILER MANUFACTURING COMPANY, LLC" TO A DELAWARE LIMITED LIABILITY COMPANY, FILED IN THIS OFFICE ON THE TWENTY-SECOND DAY OF FEBRUARY, A.D. 2023, AT 7:09 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF CONVERSION IS THE TWENTY-FOURTH DAY OF FEBRUARY, A.D. 2023.



Jeffrey W. Bullock, Secretary of State

7312431  8100F
SR# 20230646667

Authentication: 202769099
Date: 02-23-23

You may verify this certificate online at corp.delaware.gov/authver.shtml



**EXHIBIT D**

```
State of Delaware
Secretary of State
Division of Corporations
Delivered 07:09 PM 02/22/2023
FILED 07:09 PM 02/22/2023
SR 20230646667 - File Number 7312431
```

# STATE OF DELAWARE
# CERTIFICATE OF CONVERSION
# FROM A NON-DELAWARE LIMITED LIABILITY COMPANY TO
# A DELAWARE LIMITED LIABILITY COMPANY PURSUANT TO
# SECTION 18-214 OF THE LIMITED LIABILITY
# COMPANY ACT

1.) The jurisdiction where the non-Delaware limited liability company first formed is California.

2.) The jurisdiction immediately prior to filing this Certificate is California.

3.) The date the non-Delaware limited liability company first formed is November 20, 1987.

4.) The name of the non-Delaware limited liability company immediately prior to filing this Certificate is Utility Trailer Manufacturing Company, LLC.

5.) The name of the Limited Liability Company as set forth in the Certificate of Formation is Utility Trailer Manufacturing Company, LLC.

6.) This Certificate of Conversion shall be effective on February 24, 2023.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate on the 22nd day of February, 2023.



**Jeffrey J. Bennett,**
**Authorized Person**

4891-7737-3509

**EXHIBIT D**

# Delaware


Page 1

The First State

    I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "UTILITY TRAILER MANUFACTURING COMPANY, LLC" FILED IN THIS OFFICE ON THE TWENTY-SECOND DAY OF FEBRUARY, A.D. 2023, AT 7:09 O`CLOCK P.M.

    AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF FORMATION IS THE TWENTY-FOURTH DAY OF FEBRUARY, A.D. 2023.



*Jeffrey W. Bullock, Secretary of State*

7312431  8100F  
SR# 20230646667  

Authentication: 202769099  
Date: 02-23-23

You may verify this certificate online at corp.delaware.gov/authver.shtml



**EXHIBIT D**

State of Delaware
Secretary of State
Division of Corporations
Delivered 07:09 PM 02/22/2023
FILED 07:09 PM 02/22/2023
SR 20230646667 - File Number 7312431

# CERTIFICATE OF FORMATION

## OF

## UTILITY TRAILER MANUFACTURING COMPANY, LLC

This Certificate of Formation of Utility Trailer Manufacturing Company, LLC (the "***LLC***") is being duly executed and filed by Jeffrey J. Bennett as an authorized person to form a limited liability company under the Delaware Limited Liability Company Act (6 Del.C. §18-101, *et seq.*).

***FIRST***. The name of the limited liability company formed hereby is:

Utility Trailer Manufacturing Company, LLC

***SECOND***. The address of the registered office of the LLC in the State of Delaware is:

251 Little Falls Drive
Wilmington, New Castle County, Delaware 19808

***THIRD***. The name and address of the registered agent for service of process on the LLC in the State of Delaware are:

Corporation Service Company
251 Little Falls Drive
Wilmington, New Castle County, Delaware 19808

***FOURTH***. This Certificate of Formation shall be effective on February 24, 2023.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation as of the 22rd day of February, 2023.

_____
Jeffrey J. Bennett,
Authorized Person


4860-8136-9648 v.3

