**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CHRISTINE BAUGHNS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. _____ |
| PHILIPS RS NORTH AMERICA, LLC, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

## CERTIFICATE OF REMOVAL

I hereby certify that I serve as counsel for Defendant Philips RS North America, LLC, in the above-styled proceeding and this day have filed a copy of the *Notice of Removal*, including *Notice of Filing Notice of Removal*, in the Superior Court of DeKalb County, Georgia, the Court from which said action was removed.

This <u>26th</u> day of May, 2023.

**HALL BOOTH SMITH, P.C.**

<u>*/s/ Walter J. Bibbins, Jr.*</u>
Walter J. Bibbins, Jr.
Georgia Bar No. 056308
191 Peachtree Street, N.E., Suite 2900
Atlanta, GA  30303
Telephone: 404.954.5000
Facsimile: 404.954.5200
*wbibbins@hallboothsmith.com*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that this day I have electronically filed **CERTIFICATE OF REMOVAL** with the Clerk of Court by e-filing same using the CM/ECF System, which will automatically send e-mail notification of said filing to the following attorneys of record:

Rita T. Williams
220 Church St.
Decatur, GA  30030
Phone: 404-370-3783
*rtwilliams@williamsandassoc.com*

This   26th day of May, 2023.

**HALL BOOTH SMITH, P.C.**

*/s/ Walter J. Bibbins, Jr.*
Walter J. Bibbins, Jr.
Georgia Bar No. 056308
191 Peachtree Street, N.E., Suite 2900
Atlanta, GA  30303
Telephone: 404.954.5000
Facsimile: 404.954.5200
*wbibbins@hallboothsmith.com*