IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DIPESH PATEL, INDIVIDUALLY, | ) | |
| ALPABEN PATEL, INDIVIDUALLY, | ) | |
| AND RUSHABH PATEL, | ) | |
| INDIVIDUALLY, | ) | Civil Action File No.: |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXCEL TRANS MANAGEMENT INC., | ) | |
| QUALITAS INSURANCE COMPANY, | ) | |
| AND NAM SUK CHOI, | ) | |
| | ) | |
| Defendants. | | |

# EXHIBIT "A"

# TO NOTICE OF AND PETITION FOR REMOVAL

**General Civil and Domestic Relations Case Filing Information Form**

☐ **Superior** or ☑ **State Court of** ___Henry___ **County**

**EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA
**STSV2023000243**
RBJ
**FEB 06, 2023 02:06 PM**

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** _02-06-2023_ | **Case Number** _STSV2023000243_ |
| **MM-DD-YYYY** | *Lynne M. Policaro*, Clerk of State Court<br>Henry County, Georgia |

| **Plaintiff(s)** | **Defendant(s)** |
|---|---|
| Patel, Dipesh Dr. | Excel Trans Management Inc. |
| **Last   First   Middle I.   Suffix   Prefix** | **Last   First   Middle I.   Suffix   Prefix** |
| Patel, Alpaben Mrs. | Qualitas Insurance Company |
| **Last   First   Middle I.   Suffix   Prefix** | **Last   First   Middle I.   Suffix   Prefix** |
| Patel, Rushabh Mr. | Choi, Nam Suk |
| **Last   First   Middle I.   Suffix   Prefix** | **Last   First   Middle I.   Suffix   Prefix** |
| | |
| **Last   First   Middle I.   Suffix   Prefix** | **Last   First   Middle I.   Suffix   Prefix** |

**Plaintiff's Attorney** _Thomas, Bradford_   **Bar Number** _704680_   **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☑ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
**Case Number**                          **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.20

# STATE COURT OF HENRY COUNTY
# STATE OF GEORGIA

⊕ **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000243**
**RBJ**
**FEB 06, 2023 02:06 PM**

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER   STSV2023000243

Patel, Dipesh Dr.
Patel, Alpaben Mrs.
Patel, Rushabh Mr.

_____

**PLAINTIFF**

**VS.**

Excel Trans Management Inc.
Qualitas Insurance Company
Choi, Nam Suk

_____

**DEFENDANTS**

**SUMMONS**

TO: CHOI, NAM SUK

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Bradford Thomas**
> **Fried Goldberg LLC**
> **3550 Lenox Road NE**
> **Suite 1500**
> **Atlanta, Georgia 30326**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 6th day of February, 2023.**

Clerk of State Court

*Lynne M. Policaro*
_____
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

# STATE COURT OF HENRY COUNTY
# STATE OF GEORGIA

⚖ **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000243**
**RBJ**
**FEB 06, 2023 02:06 PM**

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER   STSV2023000243

Patel, Dipesh Dr.
Patel, Alpaben Mrs.
Patel, Rushabh Mr.

_____
**PLAINTIFF**

**VS.**

Excel Trans Management Inc.
Qualitas Insurance Company
Choi, Nam Suk

_____
**DEFENDANTS**

**SUMMONS**

TO: EXCEL TRANS MANAGEMENT INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Bradford Thomas**
> **Fried Goldberg LLC**
> **3550 Lenox Road NE**
> **Suite 1500**
> **Atlanta, Georgia 30326**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 6th day of February, 2023.**

Clerk of State Court

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

# STATE COURT OF HENRY COUNTY
# STATE OF GEORGIA

⊕ **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000243**
**RBJ**
**FEB 06, 2023 02:06 PM**

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER  STSV2023000243

Patel, Dipesh Dr.
Patel, Alpaben Mrs.
Patel, Rushabh Mr.

_____

**PLAINTIFF**

**VS.**

Excel Trans Management Inc.
Qualitas Insurance Company
Choi, Nam Suk

_____

**DEFENDANTS**

**SUMMONS**

TO: QUALITAS INSURANCE COMPANY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Bradford Thomas**
**Fried Goldberg LLC**
**3550 Lenox Road NE**
**Suite 1500**
**Atlanta, Georgia 30326**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 6th day of February, 2023.**

Clerk of State Court


*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

⚖ **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000243**
**RBJ**
**FEB 06, 2023 02:06 PM**

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

## IN THE STATE COURT OF HENRY COUNTY
## STATE OF GEORGIA

|  |  |
|---|---|
| DIPESH PATEL, INDIVIDUALLY, ALPABEN PATEL, INDIVIDUALLY, AND RUSHABH PATEL, INDIVIDUALLY, | |
| Plaintiffs, | **JURY TRIAL DEMANDED** |
| v | CIVIL ACTION FILE NO. |
| EXCEL TRANS MANAGEMENT INC., QUALITAS INSURANCE COMPANY, AND NAM SUK CHOI, | |
| Defendants. | |

## COMPLAINT

COMES NOW Dipesh Patel, Individually, Alpaben Patel, Individually, and Rushabh Patel, Individually, Plaintiffs, and makes and files this complaint against Defendants EXCEL TRANS MANAGEMENT, INC., ("EXCEL TRANS"), QUALITAS INSURANCE COMPANY and NAM SUK CHOI, ("CHOI") showing this Honorable Court as follows:

1.

This is an action for personal injury damages arising out of a motor vehicle collision that took place on April 2, 2021 on I 75 North in Henry County, Georgia.

## PARTIES AND JURISDICTION

2.

Dipesh Patel is a citizen and resident of the State of Georgia and is subject to the jurisdiction of this court.

3.

Alpaben Patel  is a citizen and resident of the State of Georgia and is subject to the jurisdiction of this court.

4.

Rushabh Patel is a citizen and resident of the State of Georgia and is subject to the jurisdiction of this court.

5.

Defendant EXCEL TRANS is a foreign corporation existing under the laws of the State of California with its principal place of business at 10608 Banana Ave, Fontana, CA 92336 and is authorized to transact business in the State of Georgia and may be served by delivering a copy of the summons and complaint on the Secretary of State of Georgia at 2 Martin Luther King Jr. Drive, NE, Suite 313, Atlanta, GA 30334.

6.

Defendant Qualitas Insurance Company is a foreign corporation existing under the laws of the State of California with its principal place of business at 4545 Murphy Canyon Road, Suite 300, San Diego CA, 92123 and is authorized to transact business in the State of Georgia and may be served by delivering a copy of the summons and complaint on the Secretary of State of Georgia at 2 Martin Luther King Jr. Drive, NE, Suite 313, Atlanta, GA 30334.

7.

Defendant CHOI is an individual who was operating a vehicle in the state of Georgia and was involved in the collision described below and may be served with process by delivering a copy of the summons and complaint on the Secretary of State of Georgia at 2 Martin Luther King Jr. Drive, NE, Suite 313, Atlanta, GA 30334 and is subject to the jurisdiction of this Court.

8.

This Court has subject matter jurisdiction over the claims asserted in this Complaint.

9.

Defendants are subject to the jurisdiction and venue of this Court.

## FACTS

10.

On April 2, 2021, Defendant CHOI was operating his employer's 2019 tractor trailer in the right-hand lane stopped in traffic on I-75 north in Henry County, Georgia.

11.

On April 2, 2021, Plaintiff, Rushabh, was operating a 2012 Lexus RX350 in the right-hand lane stopped in traffic on I-75 north in Henry County, Georgia.

12.

Defendant Choi proceeded to get up to get a bottle of water from his cab refrigerator and didn't engage the brakes of the tractor trailer he was operating.

13.

When Defendant Choi proceeded to get his bottle of water, the tractor trailer he was operating hit Plaintiffs' car that was stopped in front of his and striking a tractor trailer stopped in traffic beside his.

14.

PLAINTIFFS suffered personal injuries and mental and physical pain as a result of the collision.

15.

In the moments before the collision, Defendant CHOI was not operating the tractor trailer in a reasonable and prudent manner.

16.

Defendant CHOI is solely responsible for causing the subject collision.

17.

PLAINTIFF did not cause or contribute to the subject collision.

**CLAIMS**
**COUNTS I AND II – NEGLIGENCE AND NEGLIGENCE**
***PER SE* OF DEFENDANT CHOI**

18.

Plaintiff realleges and incorporates herein the allegations contained in the previous paragraphs as if each were fully set forth herein in their entirety.

19.

At all times material hereto, Defendant CHOI was a professional driver.

20.

At all times material hereto, Defendant CHOI was driving a commercial motor vehicle as defined under Georgia law.

21.

At all times material to this action, Defendant CHOI had a legal duty to adhere to all Georgia traffic laws.

22.

At all times material to this action, Defendant CHOI had a legal duty to adhere to all Georgia trucking safety regulations.

23.

At all times material to this action, Defendant CHOI had a legal duty to adhere to the Federal Motor Carrier Safety Regulations.

24.

At all times material to this action, Defendant CHOI had a legal duty to adhere to trucking industry standards.

25.

At all times material to this action, Defendant CHOI had a duty to operate his commercial vehicle in a safe and prudent manner.

26.

At all times material to this action, Defendant CHOI had a duty to act in accordance with his training as a professional commercial motor vehicle driver and so as not to endanger the lives and welfare of PLAINTIFFS and the motoring public. This duty included keeping a proper lookout, paying attention, keeping a safe distance from other vehicles, and operating his commercial vehicle at a reasonable and prudent speed in accordance with the conditions of the roadway and all traffic laws and regulations.

27.

Defendant CHOI in the operation of the tractor trailer did the following among other things:

(a) Failed to keep a proper lookout;

(b) Failed to maintain his lane;

(c) Caused contact to occur between his tractor trailer and the vehicle PLAINTIFF was operating;

(d) Failed to drive defensively;

(e) Failed to operate the tractor trailer in a safe and prudent manner, thereby placing the lives and well-being of the public in general, and PLAINTIFF in particular, in grave danger;

(f) Failed to adhere to safe driving principles expected of professional drivers;

(g) Failed to operate the tractor trailer in accordance with generally accepted safety principles for professional drivers and/or the commercial motor vehicle industry;

(h) Failed to operate the tractor trailer in a safe and prudent manner in view of the conditions that existed at the time of the subject collision; and

(i) Otherwise failed to act reasonably and prudently as a professional driver should under the circumstances.

28.

Defendant CHOI breached his duties and was negligent in at least one or more of the respects described in paragraph 21 above.

29.

Additionally, Defendant CHOI'S conduct violated Georgia law including but not limited to O.C.G.A. § 40-6-48 (failure to maintain lane); O.C.G.A. § 40-6-241 (failing to operate his vehicle with due care); O.C.G.A. § 40-6-390 (driving a vehicle in reckless disregard of the safety of persons or property), O.C.G.A. § 40-6-49 (Following too closely) and O.C.G.A. § 40-8-76.1 (failure of an occupant of a motor vehicle to wear a seat belt). Each such violation constitutes negligence *per se*.

30.

Defendant CHOI was negligent and/or negligent *per se* in the ways described above and was otherwise negligent as shall be added by amendment or proven at trial.

31.

As a direct and proximate result of Defendant CHOI'S negligence, PLAINTIFFS suffered severe personal injuries.

32.

As a direct and proximate result of Defendant CHOI S negligence, PLAINTIFFS incurred pain and suffering, medical expenses, and lost wages.

33.

Defendant CHOI is liable to PLAINTIFFS for all economic and non-economic damages allowed by law for the injuries, damages and losses sustained by PLAINTIFFS as a direct and proximate result of his negligence.

## COUNT III: *RESPONDEAT SUPERIOR* AGAINST DEFENDANT EXCEL TRANS MANAGEMENT INC.

34.

Plaintiff incorporates herein by reference the allegations of the previous paragraphs as if each were fully set forth herein in their entirety.

35.

At all times material hereto, Defendant CHOI was an employee of Defendant EXCEL TRANS.

36.

At all times material hereto, Defendant CHOI was an agent of Defendant EXCEL TRANS.

37.

At all times material hereto, Defendant CHOI was acting within the course and scope of his employment with Defendant EXCEL TRANS.

38.

At all times material hereto, Defendant CHOI was acting within the course and scope of his agency with Defendant EXCEL TRANS.

39.

At all times material hereto, Defendant CHOI was operating a commercial vehicle under the motor carrier authority of Defendant EXCEL TRANS.

40.

At all times material hereto, Defendant CHOI was operating a commercial vehicle in furtherance of the business and financial interests of Defendant EXCEL TRANS.

41.

Defendant EXCEL TRANS is liable for the negligent actions and omissions of Defendant CHOI pursuant to the doctrine of *respondeat superior* and/or the rules of agency.

42.

As a direct and proximate result of Defendant CHOI'S negligence for which Defendant EXCEL TRANS is liable, PLAINTIFFS suffered severe personal injuries.

43.

As a direct and proximate result of Defendant CHOI'S negligence for which Defendant EXCEL TRANS is liable, PLAINTIFFS incurred pain and suffered, medical expenses, and lost wages.

44.

Defendant EXCEL TRANS is liable to PLAINTIFFS for all economic and non-economic damages allowed by law for the injuries, damages and losses sustained by PLAINTIFFS as a direct and proximate result of his negligence.

## COUNT IV: NEGLIGENCE OF DEFENDANT EXCEL TRANS MANAGEMENT INC.

45.

Plaintiff incorporates herein by reference the allegations of the previous paragraphs as if each were fully set forth herein in their entirety.

46.

At all relevant times, Defendant EXCEL TRANS was a motor carrier as defined by the Federal Motor Carrier Safety Regulations.

47.

At all relevant times, Defendant EXCEL TRANS was a motor carrier as defined by Georgia law.

48.

At all relevant times, Defendant EXCEL TRANS had a legal duty to comply with the Federal Motor Carrier Safety Regulations.

49.

At all relevant times, Defendant EXCEL TRANS had a legal duty to comply with Georgia's trucking safety regulations.

50.

At all relevant times, Defendant EXCEL TRANS had a legal duty to comply with all trucking industry standards and practices.

51.

As an employer and motor carrier, Defendant EXCEL TRANS had a duty to act in a reasonable manner in connection with the hiring, qualifying, training, entrusting, supervising, and retaining of Defendant CHOI.

52.

Defendant EXCEL TRANS breached the aforementioned duties and was negligent in connection with hiring, qualifying, training, entrusting, supervising, and retaining Defendant CHOI.

53.

Defendant EXCEL TRANS was negligent in the ways described above and was otherwise negligent as shall be added by amendment or proven at trial.

54.

As a direct and proximate result of Defendant EXCEL TRANS negligence, PLAINTIFFS suffered severe personal injuries.

55.

Defendant EXCEL TRANS is liable for all damages allowed by law for the injuries, damages and losses sustained by PLAINTIFFS in this case.

## COUNT V: DIRECT ACTION AGAINST QUALITAS INSURANCE COMPANY

56.

Plaintiff incorporates herein by reference the allegations of the previous paragraphs as if each were fully set forth herein in their entirety.

57.

Defendant QUALITAS INSURANCE provided liability coverage for the tractor trailer involved in the collision and EXCEL TRANS'S employees and/or agents, including Defendant CHOI.

58.

Defendant QUALITAS INSURANCE was transacting business in the State of Georgia

and in Henry County on the date of the subject collision and at all material times hereto.

59.

Defendant QUALITAS INSURANCE agreed to provide insurance coverage to Defendants CHOI and/or EXCEL TRANS in consideration for the payment of insurance premiums.

60.

PLAINTIFF as a member of the public injured due to a motor carrier's negligence is a third-party beneficiary to the agreement between Defendant QUALITAS INSURANCE and Defendants CHOI and EXCEL TRANS.

61.

Pursuant to O.C.G.A. § 40-1-112 and O.C.G.A. § 40-2-140, Defendant QUALITAS INSURANCE is subject to this Direct Action.

62.

PLAINTIFF is entitled to receive payments from QUALITAS INSURANCE for the tort liability of Defendants EXCEL TRANS and CHOI upon a judgment in this matter.

**<u>DAMAGES</u>**

63.

Plaintiff incorporates herein by reference the allegations of the previous paragraphs as if each were fully set forth herein in their entirety.

64.

As a proximate result of the negligence of Defendants CHOI and/or EXCEL TRANS PLAINTIFF suffered severe physical injuries.

65.

As a proximate result of the negligence of Defendants CHOI and/or EXCEL TRANS, PLAINTIFFS have endured and will continue to endure pain and suffering, including but not limited to, actual physical pain and suffering, mental anguish, interference with his normal living, interference with his enjoyment of life, loss of his capacity to labor and earn money, disability, disfigurement, impairment of his body's health and vigor, fear of the extent of his injuries, limitations on his activities, and limitations on his independence.

66.

As a proximate result of the negligence of Defendants CHOI and/or EXCEL TRANS, PLAINTIFFS has incurred past medical expenses and will continue to incur medical expenses in the future related to this collision.

67.

As a proximate result of the negligence of Defendants CHOI and/or EXCEL TRANS, PLAINTIFFS  incurred lost wages and will continue to incur lost wages in the future.

68.

DEFENDANTS are liable to PLAINTIFFS for all injuries and damages allowed by law including all past and future damages set forth above.

## COUNT VI:  PUNITIVE DAMAGES

69.

Plaintiff incorporates herein by reference the allegations of the previous paragraphs as if each were fully set forth herein in their entirety.

70.

The actions of Defendants CHOI and EXCEL TRANS were willful, wanton, and demonstrated that entire want of care which raises the presumption of a conscious indifference to consequences.

71.

Accordingly, Defendants CHOI and/or EXCEL TRANS, are liable to PLAINTIFFS for punitive damages to punish, penalize, and deter Defendants from similar conduct in the future

**WHEREFORE**, Plaintiffs pray that they have a jury trial on all issues and obtain a judgment against Defendants and the following relief:

a.   That Plaintiffs recover past and future medical expenses and lost wages in an amount to be proven at trial;

b.   That Plaintiffs recover for past and future physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

c.   That Plaintiffs recover her reasonable attorney fees and expenses in an amount to be proven at trial;

d.   That Plaintiffs recover punitive damages in an amount to be determined by the enlightened conscience of a jury; and

e.   That Plaintiffs recover such other and further relief as is just and proper.

This 6th day of February 2023

FRIED GOLDBERG LLC

BRAD W. THOMAS
Georgia Bar No. 704680

*ATTORNEY FOR PLAINTIFF*

13

THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:      404-591-1800
FACSIMILE:      404-591-1801
E-MAIL:      BRAD@FRIEDGOLDBERG.COM

⬧ **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000243**
RBJ
**FEB 08, 2023 12:15 PM**

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

**IN THE STATE COURT OF HENRY COUNTY
STATE OF GEORGIA**

DIPESH PATEL, INDIVIDUALLY, ALPABEN
PATEL, INDIVIDUALLY, AND RUSHABH
PATEL, INDIVIDUALLY,

                            Plaintiffs,

v

EXCEL TRANS MANAGEMENT INC.,
QUALITAS INSURANCE COMPANY, AND
NAM SUK CHOI,

                            Defendants.

CIVIL ACTION
FILE NO. STSV2023000243

## NOTICE OF FILING

COMES NOW Plaintiff Dipesh Patel, Individually, Alpaben Patel, Individually, and

Rushabh Patel, Individually, and herewith files the proof of the overnight mail delivery notice of

service of the Summons and Complaint to Defendant Nam Suk Choi.


This 8th day of February 2023


FRIED GOLDBERG LLC


BRAD W. THOMAS
Georgia Bar No. 704680

Attorney for Plaintiff


THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:    404-591-1800
FACSIMILE:    404-591-1801
E-MAIL:    BRAD@FRIEDGOLDBERG.COM


- 1 -

February 08, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771225787951

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 104 VINTAGE |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | IRVINE, CA, 92620 |
| | | **Delivery date:** | Feb 7, 2023 11:52 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 771225787951 | **Ship Date:** | Feb 6, 2023 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
Nam Suk Choi,
104 Vintage
IRVINE, CA, US, 92620

**Shipper:**
Bradford W. Thomas, Fried Goldberg LLC
3550 Lenox Road, N.E.
Suite 1500
ATLANTA, GA, US, 30326

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment

because a signature was not required.

Thank you for choosing FedEx

⊕ **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000243**
RBJ
**FEB 08, 2023 12:15 PM**

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

**IN THE STATE COURT OF HENRY COUNTY**
**STATE OF GEORGIA**

DIPESH PATEL, INDIVIDUALLY, ALPABEN
PATEL, INDIVIDUALLY, AND RUSHABH
PATEL, INDIVIDUALLY,

                    Plaintiffs,

v

EXCEL TRANS MANAGEMENT INC.,
QUALITAS INSURANCE COMPANY, AND
NAM SUK CHOI,

                    Defendants.

                    CIVIL ACTION
                    FILE NO. STSV2023000243

## <u>NOTICE OF FILING</u>

COMES NOW Plaintiff Dipesh Patel, Individually, Alpaben Patel, Individually, and

Rushabh Patel, Individually, and herewith files the proof of the overnight mail delivery notice of

service of the Summons and Complaint to Defendant Excel Trans Management, Inc.

This 8th day of February 2023

                    **FRIED GOLDBERG LLC**

                    **BRAD W. THOMAS**
                    Georgia Bar No. 704680

                    Attorney for Plaintiff

THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:    404-591-1800
FACSIMILE:    404-591-1801
E-MAIL:    BRAD@FRIEDGOLDBERG.COM

- 1 -

**FedEx**

February 08, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 7712 2594 3774

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | K.KO | Delivery Location: | 10608 BANANA AVE |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | FONTANA, CA, 92337 |
| | | Delivery date: | Feb 7, 2023 12:21 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 7712 2594 3774 | Ship Date: | Feb 6, 2023 |
| | | Weight: | 1.0 LB/0.45 KG |

**Recipient:**
Legal, Excel Trans Management, Inc.
10608 BANANA AVE
FONTANA, CA, US, 92337

**Shipper:**
Bradford W. Thomas, Fried Goldberg LLC
3550 Lenox Road, N.E.
Suite 1500
ATLANTA, GA, US, 30326

**Reference**                    Dipesh Patel



Thank you for choosing FedEx

⚖ **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000243**
**RBJ**
**FEB 08, 2023 03:27 PM**

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

**IN THE STATE COURT OF HENRY COUNTY**
**STATE OF GEORGIA**

DIPESH PATEL, INDIVIDUALLY, ALPABEN
PATEL, INDIVIDUALLY, AND RUSHABH
PATEL, INDIVIDUALLY,

     Plaintiffs,

v

EXCEL TRANS MANAGEMENT INC.,
QUALITAS INSURANCE COMPANY, AND
NAM SUK CHOI,

     Defendants.

CIVIL ACTION
FILE NO. STSV2023000243

## NOTICE OF FILING

COMES NOW Plaintiff Dipesh Patel, Individually, Alpaben Patel, Individually, and

Rushabh Patel, Individually, and herewith files the proof of the overnight mail delivery notice of

service of the Summons and Complaint to Defendant Qualitas Insurance Company.

This 8th day of February 2023

        **FRIED GOLDBERG LLC**

        **BRAD W. THOMAS**
        Georgia Bar No. 704680

        Attorney for Plaintiff

THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE: 404-591-1800
FACSIMILE: 404-591-1801
E-MAIL:  BRAD@FRIEDGOLDBERG.COM

- 1 -

February 08, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 7712 2601 5927

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | E.ERICA | **Delivery Location:** | 4545 MURPHY CANYON RD |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | SAN DIEGO, CA, 92123 |
| | | **Delivery date:** | Feb 8, 2023 11:50 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 7712 2601 5927 | **Ship Date:** | Feb 6, 2023 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
Legal Department, Qualitas Insurance Company
4545 Murphy Canyon Road
Suite 300
SAN DIEGO, CA, US, 92123

**Shipper:**
Bradford W. Thomas, Fried Goldberg LLC
3550 Lenox Road, N.E.
Suite 1500
ATLANTA, GA, US, 30326

**Reference**                    Dipesh Patel



Thank you for choosing FedEx

**EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000243**
**RBJ**
**FEB 06, 2023 04:14 PM**

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

## IN THE STATE COURT OF HENRY COUNTY
## STATE OF GEORGIA

DIPESH PATEL, INDIVIDUALLY, ALPABEN
PATEL, INDIVIDUALLY, AND RUSHABH
PATEL, INDIVIDUALLY,

                    Plaintiffs,

v

EXCEL TRANS MANAGEMENT INC., AND
NAM SUK CHOI,

                    Defendants.

CIVIL ACTION
FILE NO. STSV2023000243

### PLAINTIFF'S AFFIDAVIT OF COMPLIANCE FOR
### SERVICE OF PROCESS UPON NON-RESIDENT MOTORIST

I, Brad W. Thomas, the undersigned, am the attorney who represents the Plaintiff in the above-styled case.

I do hereby certify that, in accordance with O.C.G.A. § 40-12-2, I have forwarded by certified mail notice of service of the above case along with a copy of the Summons, Complaint and Discovery to Defendant, Nam Suk Choi, at the following address:

> Nam Suk Choi
> 104 Vintage
> Irvine, CA 92620

Upon filing of this action, I am forwarding a copy of process to be served upon the Georgia Secretary of State. I further certify that I SHALL FILE WITH THE APPROPRIATE COURT appended to the documents, regarding this case: (1) any return receipt received as evidence of service upon Defendant, Nam Suk Choi, by the Plaintiff and (2) this Plaintiff's Affidavit of Compliance.

This 6th day of February 2023

**FRIED GOLDBERG LLC**

**BRAD W. THOMAS**
Georgia Bar No. 704680

3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:     404-591-1800
FACSIMILE:     404-591-1801
E-MAIL:     BRAD@FRIEDGOLDBERG.COM

Sworn to and subscribed before me
this 10 day of February 2023.

Notary Public

My Commission Expires: _____

2

⏚ **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000243**
**RBJ**
**FEB 06, 2023 04:14 PM**

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

## IN THE STATE COURT OF HENRY COUNTY
## STATE OF GEORGIA

DIPESH PATEL, INDIVIDUALLY, ALPABEN
PATEL, INDIVIDUALLY, AND RUSHABH
PATEL, INDIVIDUALLY,

                    Plaintiffs,

v

EXCEL TRANS MANAGEMENT INC., AND
NAM SUK CHOI,

                    Defendants.

CIVIL ACTION
FILE NO. STSV2023000243

## PLAINTIFF'S AFFIDAVIT OF COMPLIANCE FOR
## SERVICE OF PROCESS UPON NON-RESIDENT MOTORIST

I, Brad W. Thomas, the undersigned, am the attorney who represents the Plaintiff in the above-styled case.

I do hereby certify that, in accordance with O.C.G.A. § 40-12-2, I have forwarded by certified mail notice of service of the above case along with a copy of the Summons, Complaint and Discovery to Defendant, Excel Trans Management, Inc., at the following address:

> Excel Trans Management, Inc.
> 10608 Banana Ave
> Fontana, CA 92336

Upon filing of this action, I am forwarding a copy of process to be served upon the Georgia Secretary of State. I further certify that I SHALL FILE WITH THE APPROPRIATE COURT appended to the documents, regarding this case: (1) any return receipt received as evidence of service upon Defendant, Nam Suk Choi, by the Plaintiff and (2) this Plaintiff's Affidavit of Compliance.

This 6th day of February 2023

**FRIED GOLDBERG LLC**

**BRAD W. THOMAS**
Georgia Bar No. 704680

3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:      404-591-1800
FACSIMILE:      404-591-1801
E-MAIL:         BRAD@FRIEDGOLDBERG.COM

Sworn to and subscribed before me
this ๒ day of February 2023.

Notary Public

My Commission Expires: _____

2

**EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000243**
**RBJ**
**FEB 06, 2023 04:14 PM**

*Lynne M. Polcaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

## IN THE STATE COURT OF HENRY COUNTY
## STATE OF GEORGIA

DIPESH PATEL, INDIVIDUALLY, ALPABEN
PATEL, INDIVIDUALLY, AND RUSHABH
PATEL, INDIVIDUALLY,

                Plaintiffs,

v

EXCEL TRANS MANAGEMENT INC.,
QUALITAS INSURANCE COMPANY, AND
NAM SUK CHOI,

                Defendants.

CIVIL ACTION
FILE NO. STSV2023000243

## PLAINTIFF'S AFFIDAVIT OF COMPLIANCE FOR
## SERVICE OF PROCESS UPON NON-RESIDENT MOTORIST

I, Brad W. Thomas, the undersigned, am the attorney who represents the Plaintiff in the above-styled case.

I do hereby certify that, in accordance with O.C.G.A. § 40-12-2, I have forwarded by certified mail notice of service of the above case along with a copy of the Summons, Complaint and Discovery to Defendant, Nam Suk Choi, at the following address:

> Qualitas Insurance Company
> 4545 Murphy Canyon Road, Suite 300,
> San Diego CA, 92123

Upon filing of this action, I am forwarding a copy of process to be served upon the Georgia Secretary of State. I further certify that I SHALL FILE WITH THE APPROPRIATE COURT appended to the documents, regarding this case: (1) any return receipt received as evidence of service upon Defendant, Nam Suk Choi, by the Plaintiff and (2) this Plaintiff's Affidavit of Compliance.

This 6th day of February 2023

FRIED GOLDBERG LLC

BRAD W. THOMAS
Georgia Bar No. 704680

3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:     404-591-1800
FACSIMILE:     404-591-1801
E-MAIL:        BRAD@FRIEDGOLDBERG.COM

Sworn to and subscribed before me
this 6 day of February 2023.

Notary Public

My Commission Expires: _____

2

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

STSV2023000243
RBJ
APR 05, 2023 09:59 AM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

TO:        All Judges, Clerks of Court and Counsel of Record

FROM:    Bradford W. Thomas

RE:        **NOTICE OF LEAVE OF ABSENCE**

DATE:     April 5, 2023

_____

COMES NOW Bradford W. Thomas and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel as set out on Exhibit "A" attached hereto pursuant to Georgia Uniform Superior Court Rule 16, that he will be on leave as follows:

1.      The period of leave during which Applicant will be away from the practice of law is as follows:

- Wednesday, May 10, 2023 – Monday, May 15, 2023
- Friday, May 26, 2023 – Wednesday, May 31, 2023
- Monday, June 26, 2023 – Monday, July 10, 2023
- Friday, August 18, 2023 – Monday, August 28, 2023
- Friday, October 26, 2023 – Tuesday, October 31, 2023
- Thursday, November 23, 2023 – Tuesday, November 28, 2023
- Thursday, December 21, 2023 – Wednesday, January 3, 2023

The purpose of this leave is for family vacations and/or professional development.

2.      All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted without entry of an order.

This 5th day of April, 2023

Respectfully submitted,

**FRIED GOLDBERG LLC**

_____
Bradford W. Thomas
GEORGIA STATE BAR NUMBER 704680

THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:   404-591-1800
FACSIMILE:     404-591-1801
E-MAIL:     BRAD@FRIEDGOLDBERG.COM

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have, this date, filed via Odyssey E-File and Serve or

Peach Court E-file and Serve a copy of the foregoing *Notice of Leave of Absence*

upon all Clerks of Court for the cases listed on the attached "Exhibit A."



This 5th day of April, 2023

                                        FRIED GOLDBERG LLC


                                        _____
                                        Bradford W. Thomas
                                        GEORGIA STATE BAR NUMBER 704680


THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:  404-591-1800
FACSIMILE:   404-591-1801
E-MAIL:     BRAD@FRIEDGOLDBERG.COM

**EXHIBIT "A"**

| NAME OF CASE CIVIL ACTION NUMBER | JUDGE COUNTY/COURT | OPPOSING COUNSEL |
|---|---|---|
| Dipesh Patel, Individually, Alpaben Patel, Individually, and Rushabh Patel, Individually v Excel Trans Management Inc., Qualitas Insurance Company, and Nam Suk Choi<br><br>Civil Action No.: STSV2023000243 | State Court of  Henry County, Georgia | Benjamin J. Hillis, Esq. Michael J. Rust, Esq. J. Skye Wellesley, Esq. Gray, Rust, St. Amand, Moffett & Brieske, L.L.P. 1700 Salesforce Tower Atlanta 950 East Paces Ferry Road Atlanta, GA 30326 |

4