E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-05525-S6**
**9/30/2022 10:55 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**George Zimmerman**
**c/o 3266 E. Main St**
**College Park GA 30337**

CIVIL ACTION NUMBER: 22-C-05525-S6

PLAINTIFF

VS.

**Alan Gordon**
**1626 Ocean Forest Dr**
**Fernandina Beach FL 32034**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Betty B. Walker, Esq.
Bush & Miller, PC
3266 E Main St
College PArk GA 30337

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **30th** day of **Sept.**, 20**22**.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

GEORGE ZIMMERMAN
PLAINTIFF

V.                                            CIVIL ACTION

ALAN GORDON
DEFENDANT

                                              _____

## COMPLAINT

Comes Now Plaintiff Zimmerman, and brings this civil action for damages and personal injury against the above-titled Defendant.

1.

Plaintiff is, and at all times relevant has been, a resident of the State of Georgia.

2.

Defendant is a resident of Florida, and can be served at 1626 Ocean Forest Drive, Fernandina Beach FL 32034 pursuant to OCGA 9-10-91.

3.

On or about Feb. 17, 2022, Plaintiff was injured in an auto collision between the Plaintiff and the Defendant.

4.

Venue is proper in Gwinnett County, as it is the county in which the collision occurred pursuant to OCGA 9-10-93.

5.

This court has proper jurisdiction over all parties.

6.

On or about Feb. 17, 2022, Plaintiff was traveling on Lawrenceville Hwy, in Gwinnett County, approaching its intersection with Luxomni Road. .

7.

Defendant, on the same date and time, was traveling on Luxomni Road approaching the stop sign.

8.

Defendant attempted to cross the roadway in an effort to make a left turn, and failed to yield to on-coming traffic.

9.

This improper maneuver resulted in a T-Bone collision between the vehicles which caused physical injury to the Plaintiff.

10.

Following the collision, Plaintiff suffered physical injury, pain and suffering and incurred medical expenses (in the amount of $16,465.22 to date) due to the above-mentioned crash.

10.

Plaintiff, due to his injuries, will require future surgery at the cost of $111,937.06

11.

Defendant is negligent for violating OCGA 40-6-71 by failing to yield.

12.

Defendant is Negligent per se for violating the GA rules of the road.

**Wherefore Plaintiff respectfully prays for the following:**

a. That the present case be heard by a jury

b. Judgment be awarded against the Defendant in favor of the Plaintiff.

c. That Defendant is ordered to pay medical expenses and pain and suffering in an amount to be proven in court.

d. That the Plaintiff be awarded future medicals

e. That Defendant be ordered to pay court cost and any interest associated with bringing this civil action.

This 30TH day of Sept., 2022.

                                                          /s/Betty B. Walker  
                                                          Betty B. Walker Esq.  
                                                          Atty for the Plaintiff  

Bush & Miller, PC                                    GA Bar # 731135  
3266 E. Main St                                       Betty@bushandmiller.com  
College Park GA 30337  
404 763-3600

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

George Zimmerman

PLAINTIFF

V.

Alan Gordon

DEFENDANT

CIVIL ACTION

22 – C- 05525-S6

## PLAINTIFF'S REQUEST TO ADMIT TO DEFENDANT ROME

COMES NOW Plaintiff(s), by and through their attorney, and hereby serves Request to Admit on Defendant GORDON pursuant to OCGA 9-11-36. Written reply is required within 33 days of service.

1. Admit you were involved in an auto collision on 2-17-22.

2. Admit you are a resident of Gwinnett County.

3. Admit there is a stop sign at the end of Luxomni Rd where it intersects with SR 8 in Lilburn, GA.

4. Admit on the date of the collision, you were driving a 2017 Volkswagen.

5. Admit you were cited at the scene by law enforcement.

6. Admit you pled guilty to the citation you received on 2-17-22.

7. Admit Plaintiff in no way contributed to this collision.

8. Admit you were served with a copy of the lawsuit/complaint on May 8, 2023.

This 16 day of May, 2023.

Betty B. Walker, Esq.
Georgia Bar Number 731135
Attorney for Plaintiff
Bush And Miller Attorneys at Law
3266 East Main Street
College Park, Ga. 30337

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and exact copy of the within and foregoing *Request to Admit to Defendant* upon opposing party, by depositing a copy of the same in the United States Mail, with proper postage affixed, and properly addressed to:

Alan Gordon
746 Pleasant Hill Rd
Lilburn Ga 30047

This 14 day of May, 2023.

Betty B. Walker, Esq.
Georgia Bar Number 731135
Attorney for Plaintiff
Bush And Miller Attorneys at Law
3266 East Main Street
College Park, Ga. 30337
(404) 763-3600 office
(404) 763-3400 fax
Betty@bushandmiller.com

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

George Zimmerman

PLAINTIFF

CIVIL ACTION

V.

22 – C- 05525-S6

Alan Gordon

DEFENDANT

## PLAINTIFFS FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT GORDON

COMES NOW Plaintiff(s), pursuant to the provisions of O.C.G.A Section 9-11-33, and for purposes of discovery and all purposes authorized by law, requires Defendant to answer under oath the following Interrogatories within thirty-three days from the date of service hereof, as provided by law, and to serve a copy of said answers on Plaintiff, by delivery of such to his/her attorney.

NOTE A: When used in these Interrogatories, the word "you", or any synonym thereof, is intended to and shall embrace and include in addition to the Defendant named above, said Defendant's attorney, agents, servant, employees, representatives, investigators, and all others who may have obtained information for or on behalf of said Defendant and over which information Defendant has control and access.

NOTE B: Pursuant to the Georgia Civil Practice Act, these Interrogatories are to be regarded as continuing in nature and Defendant is requested to reasonably supplement her responses with respect to any question directly addressed to (a) the identity and location of

Do you have a valid driver's license? If so, does your driver's license have any restrictions on it, or did it have any at the time of the collision?

5.

How many automobile collisions have you been involved in? Please give a description of each.

6.

Where had you been prior to the collision, where were you going at the time of the collision, and what time were you due to arrive at your destination?

7.

Have you given any statements about this collision? If so, identify by name, address and phone number the individual and/or company to whom this statement was given.

8.

Have you ever been a plaintiff or defendant in any civil action of any form of civil litigation? If so, state the date, type of civil action and in which court this civil action was filed.

9.

By whom were you employed at the time of the collision?

10.

Has any insurance company ever suspended, revoked or refused to renew a liability policy covering you? If so, cite the details of each such suspension, revocation or refusal of renewal, giving the name and address of each insurer involved, the date of each such suspension, revocation or refusal of renewal, the reason therefore, and the date, if any, on

which each such policy was reinstated.

11.

State whether any insurance carrier is providing you with a defense in this case. If so, identify such carrier or carriers, the policy under which said defense is being provided, and the limits of liability.

12.

Identify each person whom you intend to call as an expert witness, or are considering having testify as an expert witness of any trial of this case, either in person or by deposition.

13.

Identify each person whom you intend to call as "witness", or are considering having testify as a witness in any trial of this case, either in person or by deposition.

14.

Identify each piece of documentary or physical evidence which you intend or are considering introducing at any trial of this case.

15.

State the substance of every utterance made by or to you at the scene of the collision and identify the speaker by name, if known, or by any other facts which might lead to discovery of the speaker's identity.

16.

Please state whether any photographs were made of the scene of the occurrence

complained of, or of any vehicle or other physical object involved in the occurrence complained of. If so, please state the following:

    a)    The subject represented and all facts represented or shown; and

    b)    The name, address and telephone number of the person having possession, custody or control thereof.

17.

Please state whether you were familiar with the general area where this collision occurred.

18.

Identify each and every insurance company, including excess carriers and umbrella coverages, which might be liable to satisfy all or part of any judgment which may be entered in this action, and for each insurer give the following information:

    a)    Name and address of company;

    b)    Limits of liability coverage;

    c)    Policy number; and

    d)    Named insured.

19.

Described the damage done to your vehicle as a result of the collision, and state whether it was repaired. If repaired, please give the name of the person or company that repaired said vehicle and the total cost of said repairs.

20.

State the name, address and current telephone number of any and all persons who, to your knowledge or belief, were passengers or eye witnesses to the collision.

21.

Please give the name, current address, place of employment and telephone number of all

persons known to you or your attorney who may have knowledge of relevant information, facts or circumstances which bear on any of the issues in the captioned case.

22.

Describe in detail how the collision happened, including all actions taken by you to prevent the collision.

23.

Have you ever been arrested for any reason? If so, please described the incident involved, include within your description, the date and place of each such arrest, the charges made against you at the time of each arrest or dates of conviction, and the place or places of any conviction.

24.

For each of your affirmative defenses stated in your Answer to Plaintiff's Complaint, please state the factual basis for each defense.

25.

Please list by account numbers and bank names, any accounts, safe deposits, stocks or bonds.

26.

Please list, with full name address and phone number, any non-party, if any, you claim caused or contributed to the auto collision.

27.

Please state your job duties for the employer you listed above on the date of loss.

28.

Please state if you wear corrective lenses or contacts. If so, please sate whether you are near or far sighted without corrective lenses.

29.

Please state if you were performing work duties at the time of the collision on 2-17-22.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant o O.C.G.A. Section 9-11-34, Defendant is requested to produce the following documents as required by law. The documents requested shall be produced at 10:00 a.m., on the thirty-third (33rd) day following service hereof at the offices of Jarold Boone, 325 Edgewood Ave SE, Atlanta GA 30312, or you may comply with this request by mailing copies of the requested documents, allowing sufficient time for those copies to be received on or before the above date, to The Law Office of Jarold Boone. at the aforementioned address.

### Preliminary Statement

A. Each of the following requests is continuing and in the event Defendant at any later date obtains any documents requested herein, Defendant is requested, pursuant to O.C.G.A. Section 9-11-26(e), to produce same properly and sufficiently prior to trial.

B. The term "documents" means all writings of any kind, including the original and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise, including without limitation, correspondence, memoranda, notes, diaries, studies, check , prospectuses, intra-office communications, inter-office communications, offers, notations of any sort of conversations, telephone calls, meetings or other communications, bulletins,

        printed matter, computer printouts, teletypes, telefax, invoices, work sheets (and all drafts, alterations, modifications, changes and amendments of the foregoing), graphic or aural records or representations of any kind, including without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, motion pictures, and electronic, mechanical or electric records or representations of any kind, including without limitation, tapes, cassettes, discs, and/or recordings.

C.    If you contend that any of the requested documents are privileged from discovery, please state how you contend they are so privileged, and produce those documents which you do not contend are privileged.

## THE REQUESTED DOCUMENTS ARE:

1.

Copies of each and every statement given by Defendant to his agents or representatives.

2.

Copies of all photographs taken of the automobiles involved in the collision showing any damage to it as a result of the occurrence sued upon.

3.

Copies of all repair estimates and repair invoices reflecting damages to the automobiles referred to in Plaintiff's Complaint.

4.

Copies of any and all photographs of the accident scene referred to in Plaintiff's Complaint.

5.

Copies of all other photographs, videotapes, investigative reports identified in your answers to Interrogatories.

6.

Copy of any traffic court disposition related to this collision.

This 16 day of May, 2023.

*Betty B. Walker*
Betty B. Walker, Esq.
Georgia Bar Number 731135
Attorney for Plaintiff
Bush And Miller Attorneys at Law
3266 East Main Street
College Park, Ga. 30337
(404) 763-3600 office
(404) 763-3400 fax
Betty@bushandmiller.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and exact copy of the within and foregoing *Interrogatories & Request for Documents to Defendant* upon opposing party, by depositing a copy of the same in the United States Mail, with proper postage affixed, and properly addressed to:

Alan Gordon
746 Pleasant Hill Rd
Lilburn Ga 30047

This 16 day of May, 2023.

Betty B. Walker, Esq.
Georgia Bar Number 731135
Attorney for Plaintiff
Bush And Miller Attorneys at Law
3266 East Main Street
College Park, Ga. 30337
(404) 763-3600 office
(404) 763-3400 fax
Betty@bushandmiller.com