E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
22-C-05525-S6
9/30/2022 10:55 AM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**George Zimmerman**
**c/o 3266 E. Main St**
**College Park GA 30337**

PLAINTIFF

22-C-05525-S6
CIVIL ACTION
NUMBER:_____

VS.

**Alan Gordon**
**1626 Ocean Forest Dr**
**Fernandina Beach FL 32034**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

*You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:*

Betty B. Walker, Esq.
Bush & Miller, PC
3266 E Main St
College PArk GA 30337

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **30th** day of **Sept.**, 20**22**.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
22-C-05525-S6
9/30/2022 10:55 AM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

22-C-05525-S6

GEORGE ZIMMERMAN
PLAINTIFF

V.

CIVIL ACTION

ALAN GORDON
DEFENDANT

## COMPLAINT

Comes Now Plaintiff Zimmerman, and brings this civil action for damages and personal injury against the above-titled Defendant.

1.

Plaintiff is, and at all times relevant has been, a resident of the State of Georgia.

2.

Defendant is a resident of Florida, and can be served at 1626 Ocean Forest Drive, Fernandina Beach FL 32034 pursuant to OCGA 9-10-91.

3.

On or about Feb. 17, 2022, Plaintiff was injured in an auto collision between the Plaintiff and the Defendant.

4.

Venue is proper in Gwinnett County, as it is the county in which the collision occurred pursuant to OCGA 9-10-93.

5.

This court has proper jurisdiction over all parties.

6.

On or about Feb. 17, 2022, Plaintiff was traveling on Lawrenceville Hwy, in Gwinnett County, approaching its intersection with Luxomni Road. .

7.

Defendant, on the same date and time, was traveling on Luxomni Road approaching the stop sign.

8.

Defendant attempted to cross the roadway in an effort to make a left turn, and failed to yield to on-coming traffic.

9.

This improper maneuver resulted in a T-Bone collision between the vehicles which caused physical injury to the Plaintiff.

10.

Following the collision, Plaintiff suffered physical injury, pain and suffering and incurred medical expenses (in the amount of $16,465.22 to date) due to the above-mentioned crash.

10.

Plaintiff, due to his injuries, will require future surgery at the cost of $111,937.06

11.

Defendant is negligent for violating OCGA 40-6-71 by failing to yield.

12.

Defendant is Negligent per se for violating the GA rules of the road.

**Wherefore Plaintiff respectfully prays for the following:**

a. That the present case be heard by a jury

b. Judgment be awarded against the Defendant in favor of the Plaintiff.

c. That Defendant is ordered to pay medical expenses and pain and suffering in an amount to be proven in court.

d. That the Plaintiff be awarded future medicals

e. That Defendant be ordered to pay court cost and any interest associated with bringing this civil action.

10/06/2022

This 30TH day of Sept., 2022.

/s/Betty B. Walker
Betty B. Walker Esq.
Atty for the Plaintiff
GA Bar # 731135
Betty@bushandmiller.com

Bush & Miller, PC
3266 E. Main St
College Park GA 30337
404 763-3600