IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGE ZIMMERMAN, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO: |
| vs. | ) | |
| | ) | |
| | ) | [Removed from State Court |
| ALAN GORDON | ) | of Gwinnett County, Civil |
| | ) | Action File No: 22-C-05525-S6 |
| | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF ALAN GORDON

Before the undersigned officer, duly authorized to administer oaths, came Alan Gordon, who first being sworn, deposed and said that he has the legal capacity to give the within affidavit, that he is giving the within affidavit from personal knowledge for all purposes permitted under law, and states that:

1.

My name is Alan Gordon. I am the named defendant in the above-styled case.

2.

On February 17, 2022, I was involved in a motor vehicle accident with the plaintiff.

3.

At the time of the accident on February 17, 2022, I was a Florida citizen. Specifically, my domicile was (and remains): 1626 Ocean Forest Drive, Fernandina Beach, Florida 30234.

4.

At the time this lawsuit was filed on September 30, 2022, I was a Florida citizen domiciled at 1626 Ocean Forest Drive, Fernandina Beach, Florida 30234.

5.

At the time I was served with a copy of the lawsuit papers on May 8, 2023, I was a Florida citizen domiciled at 1626 Ocean Forest Drive, Fernandina Beach, Florida 30234.

6.

To date, I remain a Florida citizen domiciled at 1626 Ocean Forest Drive, Fernandina Beach, Florida 30234.

7.

I have no plans to change my domicile from 1626 Ocean Forest Drive, Fernandina Beach, Florida 30234.

This  18  day of  May , 2023.

_____
ALAN GORDON

Sworn to and subscribed to before
me this  18  day of  May , 2023.

_____
Notary Public

ERIN LEE HAN
Notary Public, Georgia
Gwinnett County
My Commission Expires
December 19, 2024