**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SHANNON WALLER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF | ) | |
| GEORGIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants Board of Regents of the University System of Georgia (BOR),

Christopher McGraw, Christopher Blake, Teri Miller, Jasmine Brown, Shanoya

Cordew, Marina Spears, Victor Hall, and Morgan Middlebrooks, through their

undersigned counsel, Defendants Houston Healthcare System, Inc., Houston

Hospitals, Inc., Tony Wann, Nanyamka Salley, Cynthia Rogers, and Patricia

Burns, though their undersigned counsel, and Rodrigo Morales, through his

undersigned counsel (collectively, Defendants), join in and file this Notice of

Removal pursuant to 28 U.S.C. §§ 1441 and 1446. Defendants appear specially to

file this notice subject to and without waiving any defenses available under state

and federal law, and in support show the following:

- 1 -

1.      On April 26, 2023, Plaintiff filed a civil action in the Superior Court of Fulton County, Georgia, styled *Shannon Waller, Jr. v. Board of Regents of the University System of Georgia, et al.*, and having Civil Action No. 2023CV379367 (the Action). Attached hereto as Exhibit A is a copy of all process, pleadings and orders served on Defendants and filed in the Action.

2.      The Action seeks money damages for alleged violations of rights under the Fourteenth Amendment to the United States Constitution and 42 U.S.C. § 1983, Section 504 of the Rehabilitation Act, and the Americans with Disabilities Act. Plaintiff claims that the Defendants denied him due process rights in a university hearing after which Plaintiff received a failing grade in a course and did not graduate with a degree from the university. Plaintiff also brings state law tort claims.

3.      The Action is a civil rights case and presents a federal question over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331, and questions of state law over which this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

4.      The Action is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

5.      Defendants Christopher McGraw, Christopher Blake, Teri Miller, Jasmine Brown, Shanoya Cordew, Marina Spears, Victor Hall, and Morgan Middlebrooks were served with and received a copy of the summons and complaint on April 27, 2023. Defendant BOR was served with and received a copy of the summons and complaint on May 17, 2023.

6.      Defendants Houston Healthcare System Inc., Houston Hospitals, Inc., and Nanyamka Salley were served with and received a copy of the summons and complaint on April 28, 2023. Defendants Tony Wann, Cynthia Rogers, and Patricia Burns were served with and received a copy of the summons and complaint on April 29, 2023.

7.      Defendant Rodrigo Morales, M.D. was served with and received a copy of the summons and complaint on April 28, 2023.

8.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days from their receipt of a copy of the summons and complaint.

9.      All of the Defendants in the Action join in this removal.

WHEREFORE, Defendants move that this Notice of Removal be filed, that the Action be removed to and proceed in this Court, and that no further proceedings be had in the Action in the Superior Court of Fulton County, Georgia.

Respectfully submitted,

Christopher M. Carr      112505
Attorney General

Loretta L. Pinkston-Pope     580385
Deputy Attorney General

Roger A. Chalmers      118720
Senior Assistant Attorney General

s/ Jason H. Kang     759836
Jason H. Kang
Assistant Attorney General

*Counsel for Defendants BOR, Christopher McGraw, Christopher Blake, Teri Miller, Jasmine Brown, Shanoya Cordew, Marina Spears, Victor Hall, and Morgan Middlebrooks*

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Jason H. Kang
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3559
Fax: (404) 651-5304
Email:    jkang@law.ga.gov

s/ W. Jonathan Martin, II
W. Jonathan Martin, II
Georgia Bar No. 474590
David Cromer
Georgia Bar No. 918270
Constangy, Brooks, Smith & Prophete, LLP
577 Mulberry Street, Suite 710
Macon, GA 31201
jmartin@constangy.com
dcromer@constangy.com
478-750-8600
*Counsel for Defendants Houston Healthcare
System, Inc., Houston Hospitals, Inc., Tony Wann,
Nanyamka Salley, Cynthia Rogers, and Patricia
Burns*


s/ Brian D. Trulock
Brian D. Trulock
Georgia Bar No. 559511
Alex Kinzinger
Georgia Bar No. 871203
MMPO Defense
3535 Piedmont Rd. NE
Bldg. 14-1000
Atlanta, GA 30305
btrulock@mmpodefense.com
akinzinger@mmpodefense.com
470-810-5082
*Counsel for Defendant Rodrigo Morales*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

I further certify that I have served by U.S. mail, first class postage prepaid, the following:

Holly Maestas
Lawson, Beck & Sandlin, LLC
1125 Commerce Drive, Suite 300
Peachtree City, Georgia 30269

This 26th day of May, 2023.

s/ Jason H. Kang