# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SONAL PATEL, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | _____ |
| | ) | |
| v. | ) | Removed from State Court of |
| | ) | Gwinnett County, Civil Action |
| THE KROGER COMPANY, and | ) | File No. 23-C-02448-S4 |
| COCA-COLA BOTTLING | ) | |
| COMPANY UNITED – EAST, LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT THE KROGER CO.'S
## DEMAND FOR TWELVE PERSON JURY

COMES NOW Defendant **THE KROGER CO.**, by and through undersigned counsel, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and hereby demands a trial by jury of twelve persons.

Respectfully submitted, this the 26th day of May, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | */s/ Sarah Raquel L. Lisle* |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia State Bar No.: 515323 |
| Suite 1700 – Salesforce Tower Atlanta | Sarah Raquel L. Lisle |
| Atlanta, Georgia 30326 | Georgia State Bar No.: 412593 |
| Telephone:  (404) 870-7386 | Jeremy A. Freiman |
| Facsimile:   (404) 870-1033 | Georgia State Bar No.: 786086 |
| | *Attorneys for The Kroger Co.* |

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON JURY** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants.  Counsel of record is as follows:

| | |
|---|---|
| Michael M. Calabro, Esq.<br>**LOWE LAW FIRM, P.C.**<br>3644 Chamblee Tucker Road, Suite F<br>Atlanta, Georgia 30341<br>calabro@lowelawatl.com<br>*Attorneys for Plaintiff* | Nicole Wolfe Stout, Esq.<br>**STRAWINSKI & STOUT, P.C.**<br>3340 Peachtree Road, N.E.<br>Suite 1445<br>Atlanta, Georgia 30326<br>nws@strawlaw.com<br>*Attorneys for Defendant Coca-Cola*<br>*Bottling Company United–East, LLC* |

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14-point font.

[SIGNATURE ON FOLLOWING PAGE.]

Respectfully submitted, this 26th day of May, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | */s/ Sarah Raquel L. Lisle* |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia State Bar No.: 515323 |
| Suite 1700 – Salesforce Tower Atlanta | Sarah Raquel L. Lisle |
| Atlanta, Georgia 30326 | Georgia State Bar No.: 412593 |
| Telephone: (404) 870-7386 | Jeremy A. Freiman |
| Facsimile: (404) 870-1033 | Georgia State Bar No.: 786086 |
| | *Attorneys for The Kroger Co.* |