IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| SONAL PATEL, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. |
| THE KROGER COMPANY; and ) | |
| COCA-COLA BOTTLING ) | |
| COMPANY UNITED – EAST, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF AND PETITION FOR REMOVAL

1.

A civil action was filed by the above-named plaintiff Sonal Patel, in the State Court of Gwinnett County, State of Georgia, naming as the defendants The Kroger Company, Coca-Cola Bottling Company United – East, LLC, being Civil Action File No. 23-C-02448-S4, the Summons and Complaint in said civil action being attached hereto as Exhibit "A",  and the Acknowledgment of Service for Defendants The Kroger Company and Coca-Cola Bottling Company United – East, LLC being attached hereto as Exhibit "B".

2.

Based on defendants' information and belief, the plaintiff in said action, Sonal Patel, is now, was at the time of commencement of this lawsuit, and at all times since, a citizen and resident of the State of Georgia.

3.

Defendant The Kroger Company is now and was at the time of commencement of this lawsuit, and at all times since, a corporation organized and existing under the laws of the State of Ohio, having its principal place of business at 1014 Vine St., Tax Dept GO 7, Cincinnati, Ohio 45202.

4.

Defendant Coca-Cola Bottling Company United – East, LLC is now and was at the time of commencement of this lawsuit, and at all times since, a corporation organized and existing under the laws of the State of Alabama, having its principal place of business at 4600 East Lake Blvd., Birmingham, Alabama 35217.

5.

Plaintiff's claimed special damages exceed $75,000.00. Plaintiff's complaint alleges that plaintiff has incurred medical expenses in excess of $235,000.00 and will incur future medical expenses of at least $141,000.00.

6.

All defendants join and consent in the instant notice of removal.

7.

The foregoing action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(a) and (b) and, in accordance with 28 U.S.C. § 1332(a), there being diversity of citizenship between the plaintiff and all of the defendants and

the matter in controversy, exclusive of interests and costs, exceeds the sum of $75,000.00.

8.

Now, within thirty (30) days after service and receipt by the defendants of a copy of the Summons and Complaint filed in the State Court of Gwinnett County, State of Georgia, notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11, Federal Rules of Civil Procedure, of the removal of said action to this Court.

                         STRAWINSKI & STOUT, P.C.

                         By:   */s/ Nicole Wolfe Stout*
                                 NICOLE WOLFE STOUT
                                 Georgia Bar No. 773370
                                 Attorneys for Defendant Coca-Cola
                                 Bottling Company United-East, LLC

3340 Peachtree Road, N.E.
Suite 1445, Tower Place 100
Atlanta, Georgia 30326
Phone:  (404) 264-9955
Fax: (404) 264-1450
nws@strawlaw.com

The undersigned Defendant consents to this Joint Notice of and Petition for Removal and joins in it:

Counsel for The Kroger Company

*/s/ Jeremy A. Freiman*
JEREMY A. FREIMAN
Georgia Bar No. 786086
*(By Nicole Wolfe Stout with express permission)*
Gray, Rust, St. Amand, Moffett & Brieske, LLP
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, GA 30326
Phone: (404) 870-7386
Fax: (404) 870-1033


This is to certify that the foregoing pleading was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1(B).


                       By:  */s/ Nicole Wolfe Stout*
                             Nicole Wolfe Stout

E-FILED IN OFFICE - CL
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-02448-S4**
**4/12/2023 4:31 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Sonal Patel**

                                                                   **23-C-02448-S4**
CIVIL ACTION NUMBER: _____

PLAINTIFF

VS.

**The Kroger Company, and**

**Coca-Cola Bottling Company United-East LLC**

DEFENDANT

**SUMMONS**

**Coca-Cola Bottling Company United -East, LLC**
**c/o The Corporation Company**
**106 Colony Park Dr.**
**Suite 800-B**
**Cumming, Georgia 30040**

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Michael M. Calabro, Esq.
Lowe Law Firm, P.C.
3644 Chamblee Tucker Rd., Suite F
Atlanta, GA 30341

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This** _____ **day of** _____, 20_____.
        12th day of April, 2023

                                                  Tiana P. Garner
                                                  Clerk of State Court

                                                  By_____
                                                  Deputy Clerk

**INSTRUCTIONS**: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

**SC-1 Rev. 2011**

# EXHIBIT A

Case 1:23-mi-99999-UNA   Document 1712   Filed 05/26/23   Page 6 of 20

E-FILED IN OFFICE - CL
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-02448-S4**
**4/12/2023 4:31 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Sonal Patel**

                                                                      23-C-02448-S4

CIVIL ACTION NUMBER:_____

PLAINTIFF

VS.

**The Kroger Company, and**

**Coca-Cola Bottling Company United-East LLC**

DEFENDANT

**SUMMONS**

**The Kroger Company**
**c/o CSC of Cobb County, Inc.**
**192 Anderson Street SE, Suite 125**
**Marietta, GA 30060**

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Michael M. Calabro, Esq.
Lowe Law Firm, P.C.
3644 Chamblee Tucker Rd., Suite F
Atlanta, GA 30341

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20\_\_\_\_\_.
      12th day of April, 2023

Tiana P. Garner
Clerk of State Court

By_____
               Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Case 1:23-mi-99999-UNA   Document 1712   Filed 05/26/23   Page 7 of 20

E-FILED IN OFFICE - CL
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-02448-S4**

**4/12/2023 4:31 PM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **SONAL PATEL,** | * |
| | * |
| Plaintiff, | * |
| | *   CASE NO.:   23-C-02448-S4 |
| vs. | * |
| | *   JURY TRIAL |
| **THE KROGER COMPANY, and** | * |
| **COCA-COLA BOTTLING COMPANY** | * |
| **UNITED – EAST, LLC.** | * |
| | * |
| Defendants. | |

### COMPLAINT FOR DAMAGES

**COMES NOW**, Sonal Patel (hereinafter "Plaintiff"), in the above-styled action, and files this, her renewal Complaint for Damages against The Kroger Company, Coca-Cola Bottling Company United – East, LLC (hereinafter "Defendants"), as follows:

1.

This matter is a renewal action under O.C.G.A. § 9-2-61 from the previously filed matter in this Court with a civil action file number of 21-C-06747-S4.

2.

The prior complaint was not a void suit as defendants were served prior to the dismissal, and this case is a valid suit to be renewed under O.C.G.A. § 9-2-61.

3.

This renewal action is based upon substantially the same cause of action as the prior suit, which is the slip and fall accident which occurred on May 13, 2019, at Defendant Kroger's premises and involved Defendant Coca-Cola's products.

4.

The lawsuit was removed to federal court and assigned case # 1:21-CV-04336-ELR.  The case was jointly dismissed **without prejudice** on October 14, 2022.  All costs were paid in the prior proceeding.

5.

The renewal action in this matter is timely as it is being filed prior to April 14, 2023, the expiration of the six (6) month renewal window.

6.

Plaintiff is a resident of the State of Georgia and consents to the jurisdiction and venue of this Court.

7.

Defendant The Kroger Company (hereinafter "Defendant Kroger") is a foreign for-profit corporation with a principal place of business at 1014 Vine Street, Cincinnati, Ohio 45202, authorized to do business in the State of Georgia.

9.

Defendant Kroger is subject to the jurisdiction and venue of this Court.

10.

Service can be perfected upon Defendant Kroger by serving its registered agent, CSC of Cobb County, Inc., 192 Anderson Street, SE., Suite 125, Marietta, GA 30060.

11.

Defendant Coca-Cola Bottling Company United-East, LLC, (hereinafter "Defendant Coca-Cola") is a foreign for-profit corporation with a principal place of business at 4600 East Lake Boulevard, Birmingham, Alabama 35217.

12.

Defendant Coca-Cola is authorized to do business in this state and is subject to the jurisdiction and venue of this Court.

13.

Service can be perfected upon Defendant Coca-Cola by serving its registered agent, The Corporation Company, 106 Colony Park Drive, Suite 800-B, Cumming, GA 30040.

## **FACTS OF THE CASE**

14.

On May 13, 2019, Defendant Kroger was engaged in the ownership, management, and operation of the grocery store located at 5664 Jonesboro Rd, Lake City, GA 30260 (hereinafter "Premises").

15.

On May 13, 2019, Plaintiff was an invitee of the Premises to purchase products sold by Defendant Kroger.

16.

On May 13, 2019, there was a liquid substance on the floor in and around aisle #16 which created a hazardous condition on the Premises (hereinafter the "hazardous condition").

17.

Upon information and belief, Plaintiff believes that the liquid substance on the floor was Sprite that had been delivered and displayed by Defendants.

18.

While shopping, Plaintiff slipped and fell to the floor due to the hazardous condition found in the area (hereinafter "Incident").

19.

Defendant Kroger's employee walked by the spill prior to the fall and failed to remove the hazard and provided no warning of any hazardous condition to Plaintiff or other customers.

20.

Plaintiff suffered physical injury due to the near fall, including but not limited to her right shoulder, elbow, and right side.

21.

Plaintiff has since sought medical treatment for her injuries from the Incident and continues to experience pain and suffering related to her injuries.

## COUNT I – NEGLIGENCE OF DEFENDANTS

22.

Plaintiff incorporates and realleges the assertions and allegations contained in paragraphs 1- 23, as if fully set forth herein.

23.

All Defendants owed a duty of care to Plaintiff to act reasonably in the inspection, operation, cleaning, warning and maintenance of the Premises.

24.

Defendants breached their duty to Plaintiff by:

a) Creating a hazardous condition;

b) Failing to properly inspect the Premises for hazardous conditions;

c) Allowing a hazardous condition to exist and remain on the Premises;

d) Failing to maintain a safe environment for its invitees;

e) Failing to warn Plaintiff of the hazardous condition; and

    f) For other negligent acts and omissions which shall be discovered during the litigation and presented at trial.

25.

At all times relevant to the subject Incident, Plaintiff was without fault or negligence.

<b><u>COUNT II – RESPONDEAT SUPERIOR OF DEFENDANTS</u></b>

26.

Plaintiff incorporates and realleges the assertions in allegations contained in paragraph 1 - 27, as if fully set forth herein.

27.

At the time of the subject Incident, Defendant Kroger's employees and agents working on the Premises were working within the course and scope of their employment.

28.

At the time of the subject Incident, Defendant Kroger's employees and agents were responsible for the inspection and maintenance of the Premises such that it should be clear of hazardous conditions.

29.

Defendant Kroger is responsible for the actions and/or inactions of its employees with respect to the subject Incident as a matter of law.

30.

At the time of the subject Incident, Defendant Coca-Cola's employees and agents working on the Premises were working within the course and scope of their employment.

31.

At the time of the subject Incident, Defendant Coca-Cola's employees and agents were responsible for the inspection, maintenance, cleaning and warnings on the Premises such that it should be clear of hazardous conditions that may have been created by them.

32.

Defendant Coca-Cola is responsible for the actions and/or inactions of its employees with respect to the subject Incident as a matter of law.

### COUNT III - PREMISES LIABILITY DEFENDANT KROGER

33.

Plaintiff incorporates and realleges the assertions and allegations contained in paragraphs 1- 34, as if fully set forth herein.

34.

Plaintiff was an invitee on the Premises at the time of the Incident.

35.

Defendant Kroger owed a nondelegable duty of reasonable care in keeping the Premises safe for invitees such as Plaintiff.

36.

Defendant Kroger, by and through their employees who were working within the course and scope of their employment at the time of the Incident, allowed a hazardous condition to exist.

37.

At all times relevant to the subject Incident, Defendant Kroger had superior knowledge of the hazardous condition which existed on Defendant Kroger's Premises.

38.

Defendant Kroger had actual or constructive knowledge of the existence of the hazardous condition and should have warned invitees to the hazardous condition.

39.

Defendant Kroger were negligent in failing to properly inspect, clean or maintain its Premises, in failing to remedy the presence of the hazardous condition, in failing to take adequate measures to protect invitees, and in failing to keep the Premises safe for invitees.

## **COUNT IV - DAMAGES**

40.

Plaintiff incorporates and realleges the assertions and allegations contained in paragraphs 1- 41, as if fully set forth herein.

41.

As a direct and proximate cause of the Defendants' negligence, Plaintiff has sustained severe ongoing physical injuries.

42.

As a direct and proximate cause of the Defendants' negligence, Plaintiff has incurred medical expenses which today total in excess of $235,000.00.

43.

As a direct and proximate result of the Defendants' negligence, Plaintiff may continue to incur future medical expenses for an indeterminate time into the future in the amount of at least $141,000.00.

44.

As a direct and proximate result of the Defendants' negligence, Plaintiff has incurred, and continue to incur, pain and suffering, mental anguish, and emotional distress.

**WHEREFORE**, the Plaintiff prays:

1. That summons issue and that the Defendants be made party to this action as provided by law;

2. That Plaintiff receives a judgment against Defendants for general damages including pain and suffering, mental anguish, and emotional distress, in such an amount as may be shown by the evidence and determined by the enlightened conscience of the jury;

3. That Plaintiff receives a judgment against Defendants for special damages incurred, including but not limited to, medical expenses and lost wages, in an amount to be shown at trial and determined by the enlightened conscience of the jury; and

4. For court costs as provided by O.C.G.A. § 9-11-54.

This 12th day of April 2023.

LOWE LAW FIRM, P.C.

*/s/ Michael M. Calabro*
Michael M. Calabro
Georgia Bar No. 102440
*Attorney for Plaintiff*

3644 Chamblee Tucker Road, Suite F
Atlanta, Georgia 30341
Tel/Fax: (404) 348-4428
Email: calabro@lowelawatl.com

Case 1:23-mi-99999-UNA   Document 1712   Filed 05/26/23   Page 15 of 20

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-02448-S4**
**4/28/2023 4:41 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| SONAL PATEL, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 23-C-02448-S4 |
| THE KROGER COMPANY; and COCA- ) | |
| COLA BOTTLING COMPANY UNITED ) | |
| – EAST, LLC, ) | |
| ) | |
| Defendants. ) | |

## ACKNOWLEDGMENT OF SERVICE

I, Nicole Wolfe Stout, attorney for defendant Coca-Cola Bottling Company United – East, LLC, hereby acknowledge service of the Summons and Complaint, in the above-styled action on behalf of Coca-Cola Bottling Company United – East, LLC. No further or other service of process is required or necessary; however, Coca-Cola Bottling Company United – East, LLC does not waive any other defenses to this civil action, and all defenses not related to sufficiency of process or service of process are hereby specifically preserved.

This _28_ day of April, 2023.

                                                     STRAWINSKI & STOUT, P.C.

                                                     By: _/s/ Nicole Wolfe Stout_
                                                         NICOLE WOLFE STOUT
                                                         Georgia Bar No. 773370
                                                         Attorneys for Defendant Coca-Cola
                                                         Bottling Company United – East, LLC

3340 Peachtree Road, N.E.
Suite 1445, Tower Place 100
Atlanta, Georgia 30326
Phone: (404) 264-9955
Fax: (404) 264-1450
nws@strawlaw.com

# EXHIBIT B

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing ACKNOWLEDGMENT OF SERVICE, by electronic filing and service upon:

>Michael M. Calabro, Esq.
>Lowe Law Firm, P.C.
>3644 Chamblee Tucker Road
>Suite F
>Atlanta, Georgia 30341

This  28  day of April, 2023.

_____
NICOLE WOLFE STOUT

18-1888

Case 1:23-mi-99999-UNA   Document 1712   Filed 05/26/23   Page 17 of 20

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-02448-S4**
**5/23/2023 4:33 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SONAL PATEL, | * |
| Plaintiff, | * |
| vs. | * CASE NO.: 23-C-02448-S4 |
| | * JURY TRIAL |
| THE KROGER COMPANY, and COCA-COLA BOTTLING COMPANY UNITED – EAST, LLC. | * |
| Defendants. | * |

## ACKNOWLEDGEMENT OF SERVICE

COMES NOW, Sarah Raquel L. Lisle, Esq., attorney for The Kroger Company (hereinafter "Defendant Kroger"), authorized to acknowledge service on behalf of her client, The Kroger Company, and pursuant to O.C.G.A. § 9-10-73, hereby acknowledges legal and proper service of the following file-stamped copies:

1. General Civil Action Filing Information Form;
2. Renewal Complaint for Damages;
3. Summons;

Defendant hereby waives any additional service of process of these pleadings, without waiving service of any other or future pleadings.

This 23rd day of May 2023.

> **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE LLP**
>
> */s/ Sarah Raquel L. Lisle*
> Matthew G. Moffett, Esq.
> Georgia Bar No. 515323
> Sarah Raquel L. Lisle, Esq.
> Georgia Bar No. 412593
> *Attorneys for Defendant The Kroger Company*

950 East Paces Ferry Road NE
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone: (404) 870-7386
Facsimile: (404) 870-1033
E-mail: mmoffett@grsmb.com
slisle@grsmb.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon opposing counsel a copy of the within and foregoing **ACKNOWLEDGMENT OF SERVICE** by filing same in the Odyssey e-file system, which provides electronic service as follows:

Michael M. Calabro, Esq.
LOWE LAW FIRM, P.C.
3644 Chamblee Tucker Rd., Suite F
Atlanta, Georgia 30341
calabro@lowelawatl.com
*Attorney for Plaintiff*

This 23rd day of May 2023.

                                              **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE LLP**

                                              */s/ Sarah Raquel L. Lisle*
                                              Matthew G. Moffett, Esq.
                                              Georgia Bar No. 515323
                                              Sarah Raquel L. Lisle, Esq.
                                              Georgia Bar No. 412593
                                              *Attorneys for Defendant The Kroger Company*

950 East Paces Ferry Road NE
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone: (404) 870-7386
Facsimile: (404) 870-1033
E-mail: mmoffett@grsmb.com
        slisle@grsmb.com

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing JOINT NOTICE OF AND PETITION FOR REMOVAL, by electronic filing and service upon:

>Michael M. Calabro, Esq.
>Lowe Law Firm, P.C.
>3644 Chamblee Tucker Road
>Suite F
>Atlanta, Georgia 30341
>
>Matthew G. Moffett, Esq.
>Sarah Raquel L. Lisle, Esq.
>Jeremy A. Freiman, Esq.
>Gray, Rust, St. Amand, Moffett & Brieske, LLP
>950 East Paces Ferry Road, N.E.
>Suite 1700 – Salesforce Tower Atlanta
>Atlanta, Georgia 30326

This 26th day of May, 2023.

>*/s/ Nicole Wolfe Stout*
>NICOLE WOLFE STOUT

18-1888