IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | | |
|---|---|---|
| SONAL PATEL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE NO. |
| THE KROGER COMPANY; and | ) | |
| COCA-COLA BOTTLING COMPANY | ) | |
| UNITED – EAST, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

COMES NOW, Coca-Cola Bottling Company United – East, LLC, named as a Defendant in the above-styled civil action, and within the time provided by law demands a trial by jury as to all issues of fact.

                        STRAWINSKI & STOUT, P.C.

                      By:   */s/ Nicole Wolfe Stout*
                            NICOLE WOLFE STOUT
                            Georgia Bar No. 773370
                            Attorneys for Defendant Coca-Cola
                            Bottling Company United–East, LLC

3340 Peachtree Road, N.E.
Suite 1445, Tower Place 100
Atlanta, Georgia 30326
Phone:  (404) 264-9955
Fax: (404) 264-1450
nws@strawlaw.com

- 2 -

This is to certify that the foregoing pleading was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1(B).

                By:   */s/ Nicole Wolfe Stout*
                        Nicole Wolfe Stout

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing JURY DEMAND, by electronic filing and service upon:

>Michael M. Calabro, Esq.
>Lowe Law Firm, P.C.
>3644 Chamblee Tucker Road
>Suite F
>Atlanta, Georgia 30341
>
>Matthew G. Moffett, Esq.
>Sarah Raquel L. Lisle, Esq.
>Jeremy A. Freiman, Esq.
>Gray, Rust, St. Amand, Moffett & Brieske, LLP
>950 East Paces Ferry Road, N.E.
>Suite 1700 –  Salesforce Tower Atlanta
>Atlanta, Georgia 30326

This 26th day of May, 2023.

>*/s/ Nicole Wolfe Stout*
>NICOLE WOLFE STOUT

18-1888