# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SOULFUL NUTRITION INC., d/b/a REMEDY ORGANICS,  Plaintiff,  v.  REMEDY DRINKS PTY., LTD., and REMEDY DRINKS USA, LLC  Defendants. | Misc. Action No.:_____  Underlying Case No.: 2-21-cv-17455 (D.N.J.) |

## MOTION TO ENFORCE FOREIGN SUBPOENA AND TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY

COMES NOW, Soulful Nutrition Inc., d/b/a Remedy Organics ("Soulful Nutrition" or "Plaintiff") and, Pursuant to Fed. R. Civ. P. 37(a) and 45, files its Motion to Compel the Production of Documents and Deposition Testimony of Delta Airlines, Inc. and to Enforce the Subpoena ("Motion") issued by the United States District Court for the District of New Jersey, and served on Delta Airlines, Inc. on May 8, 2023. Plaintiff's Motion is made on the grounds set forth in the Memorandum of Law in Support of the Motion filed contemporaneously herewith and the Exhibits thereto, which are expressly incorporated herein by reference, including because Delta Airlines has failed to respond to comply with the

Subpoena and attempts by Plaintiff's counsel to have Delta Airlines comply with the Subpoena have been expressly refused by Delta Airlines.

Respectfully submitted, this 26th day of May, 2023.

<div style="margin-left:4em">

*/s/ Nicholas B. Corser, Esq.*
Nicholas B. Corser
Georgia Bar No. 290744
FOX ROTHSCHILD, LLP
999 Peachtree Street NE, Ste. 1500
Atlanta, Georgia 30317
(404) 870-3765
ncorser@foxrothschild.com

*Application for Pro Hac Vice Admission To Be Filed:*

*/s/ Henry A. Gabathuler, Esq.*
Henry A. Gabathuler
New Jersey Bar No. 037802007
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
(914) 288-0022
Gabathuler@leasonellis.com

*Attorneys for Soulful Nutrition, Inc.*

</div>

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this document has been prepared in a Times New Roman, 14-point font and otherwise complies with Local Rule 5.1(C), NDGa.

This 26th day of May, 2023.

                                    */s/ Nicholas B. Corser, Esq.*
                                    Nicholas B. Corser
                                    Georgia Bar No. 290744
                                    FOX ROTHSCHILD, LLP

                                    *Attorney for Soulful Nutrition, Inc.*

## CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE I hereby certify that the forgoing document will be served on Respondent in a manner prescribed by Fed. R. Civ. P. 5, and a further proof of service will be filed with the Court when service is effectuated.

<div style="text-align: right;">

*/s/ Nicholas B. Corser, Esq.*
Nicholas B. Corser
Georgia Bar No. 290744
FOX ROTHSCHILD, LLP

*Attorney for Soulful Nutrition, Inc.*

</div>