| Department of Homeland Security | Form I-797C, Notice of Action |
| --- | --- |
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
| --- | --- |
| Receipt | April 29, 2020 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-601A, Application for Provisional Unlawful Presence Waiver | A219509212 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| LIN2090315221 | April 24, 2020 | 1 of 1 |
| | | DATE OF BIRTH |

**PAYMENT INFORMATION:**

| | |
| --- | --- |
| Application/Petition Fee: | $630.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $715.00 |
| Total Balance Due: | $0.00 |

JUAN F. VILLA ALONSO
C/O SOCHEAT CHEA SOCHEAT CHEA PC
3500 DULUTH PARK LANE STE 300    1    00000133
DULUTH, GA 30096

**NAME AND MAILING ADDRESS**

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19