# EXHIBIT A

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon May 22 03:17:23 EDT 2023

Please logout when you are done to release system resources allocated for you.

**11 Record(s) found (This page: 1 ~ 11)**

Refine Search `(*bamboo*[bi,ti] and *garden*[bi,ti])[ALL]`   Submit

Current Search:  S2: `(*bamboo*[bi,ti] and *garden*[bi,ti])[ALL]`  docs: 11 occ: 24

Export displayed results (1 ~ 11) [.csv]

|    | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead | Class(es) |
|----|---------------|-------------|-----------|--------------|-----------|-----------|
| 1  | 86219328 | 4620582 | INCHIN'S BAMBOO GARDEN | TSDR | LIVE |  |
| 2  | 86934268 |  | BAMBOO GARDEN | TSDR | DEAD | 020; 024 |
| 3  | 85364692 | 4145564 | BOO-SHOOT GARDENS | TSDR | DEAD | 031 |
| 4  | 85114882 |  | BAMBOO GARDEN | TSDR | DEAD | 030 |
| 5  | 79059387 | 3879190 | BAMBOO GARDEN | TSDR | DEAD |  |
| 6  | 78898668 | 3548362 | BAMBOO GARDEN | TSDR | DEAD | 003; 021; 024; 025 |
| 7  | 78842739 | 3401826 | INCHIN'S BAMBOO GARDEN | TSDR | DEAD | 043 |
| 8  | 78829808 | 3314432 | BAMBOO GARDEN BLEND | TSDR | DEAD | 029 |
| 9  | 78295724 |  | BAMBOO GARDEN | TSDR | DEAD | 043 |
| 10 | 76475207 |  | BAMBOO GARDEN | TSDR | DEAD | 011 |
| 11 | 75086944 | 2096866 | BAMBOO GARDEN | TSDR | DEAD |  |

Export displayed results (1 ~ 11) [.csv]

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY