# EXHIBIT C

## ADDENDUM TO FRANCHISE AGREEMENT

Made this 7th day of May 2016, by and between INCHINS BAMBOO GARDEN FRANCHISING LLC, a Georgia limited liability company, with its principal place of business at 11105 State Bridge Road, Suite 200, Alpharetta, Georgia 30022 (hereinafter referred to as "Franchisor"), and Sunil Konda, Ravi Ramisetti and Valaprasad Challa ( hereinafter referred to as "Franchisee")

WHEREAS, Franchisor and Franchisee have entered into a Franchise Agreement dated March 6th 2012, providing for a license of the Mark and License Methods (as defined in the Franchise Agreement) from Franchisor to Franchisee (hereinafter referred to as the "Franchise Agreement"); and Sunli Konda, Ravi Ramisetti, Valaprasad Challa

WHEREAS, Franchisee has requested a transfer of the franchise agreement to Sanhil, LLC, 16308 Fincastle Drive, Austin, TX 78717 and Gautam Talreja and Asha Talreja as franchisees (herein referred to as "New Franchisee")

WHEREAS, Franchisee has requested the transfer under certain terms and conditions of the Franchise Agreement and Franchisor is willing to grant such request under <u>item 16. Transfer</u> of the franchise agreement.

Under <u>item 16.2</u> Franchisee further agrees that as the transfer is approved, the New Franchisee will pay Franchisor a transfer fee in an amount equal to twenty-five percent (25%) of the current Initial Franchise Fee being charged by Franchisor. This amount is $6250.00

Inchins Bamboo Garden Austin

By: _____

Name: Sunil Konda

By: _____

Name: Valaprasad Challa

By: _____

Name: Ravi Ramisetti

Inchins Bamboo Garden Austin

By: _____

Name: Gautam Talreja (New Franchisee)

Inchins Bamboo Garden Austin

By: _____

Name: Asha Talreja (New Franchisee)

INCHINS BAMBOO GARDEN FRANCHISING LLC

By: _____

Name: Kaushik Patel
Title: Vice President, Chief Financial Officer and Director