# EXHIBIT D

## ADDENDUM TO FRANCHISE AGREEMENT

Made this 18th day of November 2019 by and between INCHINS BAMBOO GARDEN FRANCHISING LLC, a Georgia limited liability company, with its principal place of business at 11105 State Bridge Road, Suite 200, Alpharetta, Georgia 30022 (hereinafter referred to as "Franchisor"), and Sahil, LLC, 16308 Fincastle Drive, Austin, TX 78717 and Gautam Talreja and Asha Talreja as franchisees (herein referred to as "Franchisee")

Franchisee had on May 7th, 2016 requested a transfer of Franchise Agreement of March 6th, 2012 from Sunil Konda, Ravi Ramisetti and Valaprasad Challa (hereinafter referred to as "Original Franchisee") to Franchisee and Franchisor had granted such request

WHEREAS, Franchisee has further requested a transfer of the franchise agreement to Arfan Ahmed and Salma Ahmed, 8512 Bobcat Dr. Round Rock, TX 78681 as franchisees (herein referred to as "New Franchisee")

WHEREAS, New Franchisee has requested the amendment of certain terms and conditions of the Franchise Agreement of 2012 and Franchisor is willing to grant such request.

NOW, THEREFORE, in consideration of the mutual covenants herein contained and intending to be legally bound, the parties hereto agree as follows:

1. Section 5.1 **Royalty**, of the Franchise Agreement is hereby deleted in its entirety and the following new Section 5.1 is hereby inserted in lieu thereof:
"5.1 **Royalty**, Franchisee will pay to Franchisor a weekly royalty fee ("**Royalty Fee**") equal to six percent (6%) of the total amount of its Gross Sales, defined in Section 5.2, generated from or through the Restaurant.

2. Under item 16.2 Franchisee further agrees that as the transfer is approved, the New Franchisee will pay Franchisor a transfer fee in an amount equal to twenty-five percent (25%) of the current Initial Franchise Fee being charged by Franchisor. This amount is $6250.00

3. Under item 11.1(j)(i) provides for an Upgrade of the restaurant under the terms and condition of the Franchise Agreement. Franchisee agrees that he will Upgrade the restaurant by June of 2021

Except as hereby amended, the Franchise Agreement is in all respects ratified and confirmed and all the terms, conditions and provisions thereof shall be and remain in full force and effect. The terms and words of art used in this Addendum to Franchise Agreement have the respective meanings given them in the Franchise Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Addendum to Franchise Agreement as of the date and year first above written.

Inchins Bamboo Garden Austin

By: _____

Name: Gautam Talreja   11/30/19
(Franchisee)

By: _____

Name: Asha   11/30/19

Name: Asha Talreja (Franchisee)

Inchins Bamboo Garden Austin

By: _____

Name: Arfan Ahmed (New Franchisee)

By: _____

Name: Salma Ahmed (New Franchisee)

INCHINS BAMBOO GARDEN FRANCHISING LLC

By: _____
                    11/30/19
Name: Kaushik Patel
Title: Vice President, Chief Financial Officer
       and Director

2