# EXHIBIT B




# SSH-1117

SnapTak PIM-Guard Adjustable Hanger, Version 1.1. Fits 11.0 mm to 17.0 mm Cables – PIM Free Polymer Construction. No Grommets Required.

We use cookies, some of which present personalized advertising, to customize your online experience. You can learn more and select the types you allow by selecting "Cookie Settings." Depending on your selections, the full functionality of the website may be limited. Click our **Privacy Policy** to manage your preferences.

Cookies Settings

Accept All Cookies

| | |
|---|---|
| + | Add to My Products Lists |

**Specifications**

| | |
|---|---|
| Download 📄 | Share ✉ |

## Menu

Specifications

Product Support

Documentation & Downloads

Related Products & Accessories

Other Ways to Browse

Recommended for You

Need help?

## Specifications

### Specifications

## Product Support

### Product Support

## Documentation & Downloads

### Documentation & Downloads

## Related Products and Accessories

We use cookies, some of which present personalized advertising, to customize your online experience. You can learn more and select the types you allow by selecting "Cookie Settings." Depending on your selections, the full functionality of the website may be limited. Click our **Privacy Policy** to manage your preferences.

## Other Ways to Browse

## Recommended for You

## Recommended For You

Need help?

We use cookies, some of which present personalized advertising, to customize your online experience. You can learn more and select the types you allow by selecting "Cookie Settings." Depending on your selections, the full functionality of the website may be limited. Click our **Privacy Policy** to manage your preferences.