# EXHIBIT C

# SSH-1117



SnapTak PIM-Guard Adjustable Hanger, Version 1.1. Fits 11.0 mm to 17.0 mm Cables – PIM Free Polymer Construction. No Grommets Required.

## Product Classification

| | |
|---|---|
| **Product Type** | Hanger kit |
| **Product Brand** | SnapTak PIM-Guard |
| **Ordering Note** | CommScope® standard product in Asia Pacific   \|   CommScope® standard product in Mexico, Central America, and South America   \|   CommScope® standard product in the United States and Canada |

## General Specifications

| | |
|---|---|
| **Accessories** | Hangers |
| **Cables per Hanger** | 1 |
| **Color** | Black |
| **Hanger Type** | Snap-in hanger |
| **Mounting** | 3/4 in drilled cable ladder |

## Dimensions

| | |
|---|---|
| **Maximum Stack Height** | 3 |
| **Maximum Stack Height, Coaxial** | 3 |
| **Height** | 48.4 mm   \|   1.906 in |
| **Width** | 34 mm   \|   1.339 in |
| **Length** | 59.8 mm   \|   2.354 in |
| **Compatible Diameter, maximum** | 17 mm   \|   0.669 in |
| **Compatible Diameter, minimum** | 11 mm   \|   0.433 in |
| **Diameter Over Messenger Wire, maximum** | 17 mm   \|   0.669 in |
| **Diameter Over Messenger Wire, minimum** | 11 mm   \|   0.433 in |

## Electrical Specifications

| | |
|---|---|
| **Return Loss Effect, maximum** | 0.1 dB |

Page 1 of 2

©2022 CommScope, Inc. All rights reserved. All trademarks identified by ® or ™ are registered trademarks, respectively, of CommScope. All specifications are subject to change without notice. See www.commscope.com for the most current information. Revised: November 1, 2022



# SSH-1117

| | |
|---|---|
| **DTF Effect, maximum** | 0.1 dB |

## Material Specifications

| | |
|---|---|
| **Material Type** | Engineered plastic |

## Mechanical Specifications

| | |
|---|---|
| **Vibration Survival** | ≥4 hours at resonant frequency |

## Environmental Specifications

| | |
|---|---|
| **Operating Temperature** | -40 °C to +85 °C (-40 °F to +185 °F) |
| **Environmental Strength Capability** | Double cable weight |
| **UV Resistance, minimum with no degradation** | ≥1000 hours exposure in accelerated UV life chamber |

## Packaging and Weights

| | |
|---|---|
| **Height, packed** | 3.1 cm   \|   1.22 in |
| **Width, packed** | 20.3 cm   \|   7.992 in |
| **Length, packed** | 25.4 cm   \|   10 in |
| **Packaging quantity** | 10 |
| **Weight, gross** | 0.36 kg   \|   0.794 lb |

## Regulatory Compliance/Certifications

| Agency | Classification |
|---|---|
| CHINA-ROHS | Below maximum concentration value |
| REACH-SVHC | Compliant as per SVHC revision on www.commscope.com/ProductCompliance |
| ROHS | Compliant |



## * Footnotes

**Maximum Stack Height**   Fiber, Hybrid, Power

©2022 CommScope, Inc. All rights reserved. All trademarks identified by ® or ™ are registered trademarks, respectively, of CommScope. All specifications are subject to change without notice. See www.commscope.com for the most current information. Revised: November 1, 2022

