# EXHIBIT D

## '316 PATENT CLAIM CHART

Exhibit D

## Claim Chart for Claim 1 of U.S. Patent No. 8,439,316 B2

| U.S. Patent No. 8,439,316 | CommScope's SSH-1117 SnapTak PIM-Guard Adjustable Hanger |
|---|---|
| 1. A first support collar, comprising: | As shown by the photo below, CommScope's SSH-1117 is a support collar for long articles, specifically cables, pipes, and the like.<br><br>The collateral materials for the SSH-1117 describe it as an "Adjustable Hanger" and that fits 11.0 mm to 17.0 mm cables.  *See* Exhibit C. CommScope further describes its SnapTak line of hangers as for use in "installing fiber, power, hybrid and coaxial cables for your wireless infrastructure.  *See* https://extapps.commscope.com/SnapStak/. |
| a substantially sheet-like structure including a top end portion having at least one opening; | The SSH-1117 top end portion has one opening and is comprised on a substantially sheet-like structure as shown below. |

| U.S. Patent No. 8,439,316 | CommScope's SSH-1117 SnapTak PIM-Guard Adjustable Hanger |
|---|---|
| two side portions extending transversely from said top end portion and each having at least one respective engaging element configured to engage said first support collar to at least one of a support plate or a second top end portion of a second support collar, | The SSH-1117 has two side portions that extend traversely from the top end; each side portion has one engaging element as shown below.<br><br><br><br>The engaging elements of the SSH-1117 are configured to engage the support collar of a support plate or a second top end of a second support collar. The collateral materials further describe the SSH-1117 as being able to attach with "no grommets required" to a "¾ in drilled cable ladder." *See* Exhibit C. They further explain that the SSH-1117 can be stacked to a maximum height of three hangers. *Id.* |
| said two side portions and said top end portion of said first support collar delimiting a housing area configured to partially house a long article; and | The SSH-1117's top end and two side portions delimit a housing area as shown below.<br><br><br><br>The housing area of the SSH-1117 is configured to partially house a long article. The collateral materials for the SSH-1117 describe it as an "Adjustable Hanger" and that fits 11.0 mm to 17.0 mm cables. *See* Exhibit C. CommScope further describes its SnapTak line of hangers as for use in "installing fiber, power, hybrid and coaxial cables for your wireless infrastructure. *See* https://extapps.commscope.com/SnapStak/. |

Exhibit D

| U.S. Patent No. 8,439,316 | CommScope's SSH-1117 SnapTak PIM-Guard Adjustable Hanger |
|---|---|
| a retainer disposed within said housing area, the retainer configured to keep said long article in a stable position inside said housing area; | The SSH-1117's housing area also contains a retainer as shown below.<br><br>The retainer of the SSH-1117 is configured to keep long articles in a stable position inside the housing area. The collateral materials for the SSH-1117 describe it as an "Adjustable Hanger" and that fits 11.0 mm to 17.0 mm cables. *See* Exhibit C. |
| wherein the retainer includes at least one retaining clip provided with two gripping arms extending inside said housing area, said gripping arms configured to elastically engage with the long article and to retain the long article inside said housing area, based on an elastic pressure exerted transversely with respect to a longitudinal extension of said long article, | The SSH-1117's retainer features two gripping arms that extend in the housing area as shown below.<br><br>The collateral materials for the SSH-1117 describe it as an "Adjustable Hanger" and that fits 11.0 mm to 17.0 mm cables. *See* Exhibit C. When a long article is inserted into the SSH-1117's retaining clip, the gripping arms elastically engage with the long article and retain the long article inside the housing area based on an elastic pressure exerted transversely with respect to a longitudinal extension of the long article. |

| U.S. Patent No. 8,439,316 | CommScope's SSH-1117 SnapTak PIM-Guard Adjustable Hanger |
|---|---|
| wherein each of said gripping arms extends into said housing area from a respective area of attachment proximate to the top end portion of the sheet-like structure in a direction from said top end portion and toward an at least one respective engaging element, and | The SSH-1117's gripping arms extend into the housing area from two respective areas of attachment proximate to the top end portion of the sheet-like structure in a direction from said top end portion and toward at least one respective engaging element as shown below. |
| wherein the engaging element of each side portion of said first support collar extends from a respective locating surface of a respective side portion, | The SSH-1117's two engaging elements extend from their respective locating surfaces, which extend from the two side portions connected to the top end of the support collar as shown below. |

Exhibit D

| U.S. Patent No. 8,439,316 | CommScope's SSH-1117 SnapTak PIM-Guard Adjustable Hanger |
|---|---|
| the locating surface of each side portion extending substantially parallel to said top end portion with a substantially flat extension configured for stable mounting of said first support collar on at least one of said support plate or the second top end portion of the second support collar. | The collateral materials describe the SSH-1117 as being able to attach with "no grommets required" to a "¾ in drilled cable ladder." *See* Exhibit C. They further explain that the SSH-1117 can be stacked to a maximum height of three hangers. *Id.*<br><br>When engaged in this manner, the SSH-1117's locating surfaces extend parallel to the top end portion with a flat extension configured for stable mounting of said first support collar on at least one of said support plate or the second top end portion of the second support collar as shown below.<br><br> |