# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FI.MO.TEC. S.P.A., and FIMO U.S.A, Inc.<br><br>Plaintiff,<br><br>v.<br><br>COMMSCOPE TECHNOLOGIES, LLC, COMMSCOPE INC., and COMMSCOPE HOLDING COMPANY, INC.<br><br>Defendant. | Civil Action No: _____<br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Pro. 7.1 and L.R. 3.3, Plaintiffs Fi.Mo.Tec. S.p.A. and FIMO U.S.A., Inc. provides its Certificate of Interested Persons and Corporate Disclosure Statement, showing the Court as follows:

(1)  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any Parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiffs:  None.

Defendants:  Unknown.

1

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Plaintiffs:  Wise Equity S.p.A.

Defendants:  Unknown.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiffs:

Preston H. Heard
Christine H. Dupriest
Jace D. Williams
**WOMBLE BOND DICKINSON (US) LLP**
271 17th Street, NW, Suite 2400
Atlanta, GA 30363


Defendants:  Unknown.

Dated: May 30, 2023

Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Preston H. Heard*
Preston H. Heard
Georgia Bar No. 476319
Email: Preston.Heard@wbd-us.com
Christine H. Dupriest
Georgia Bar No. 874494
Email: Christine.Dupriest@wbd-us.com
Jace D. Williams
Georgia Bar No. 965608
Email: Jace.Williams@wbd-us.com
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366

*Attorneys for Plaintiffs*