| | | |
|---|---|---|
| Canada | Hearing Minutes | Superior Court |
| Province of Quebec | By default   ex parte | Court du Quebec |
| District: Montreal | Contested   investigates the merits | Chamber, civil |
| No 04-068262-162 | | |
| Recording | Evens Dry | Request |
| | Guilande Charles | Defense |
| References | Division: Family Practice | Room no 211 (ref. 2.17) |
| Start 10:16h | | July 24, 2018 |
| End 10:48 h | Present: Hon. Pascale Nolin, J.C.S. (JN0458) | |

Order to be
validated until
January 8, 2019,
Room 2.17

X Request or requester     Mrs. Marie-Pier Ferron (P)
X Present   Absent     Madame is absent although dully
                                     called at 10:16

X Defense or Respondent
Present   X Absent

Nature of the cause: Request for sole custody and right of access around same pension and care.
Registrar: Maude Chamard / Trina Croutosou
Interpret     yes     no

10h16     Stenographer:
Openness of audience
Cause identification
Representations of Mrs. Ferron
             Applicant's evidence
Witness (French):     Evens Dry
                        12371, J.A. Rouleau
                        Montreal
10h26                         (Sworn)
Examination by Mr. Ferron
Interventions in court
10h40     Evidence of the applicant closed
Safeguard order for
Valid until January 2019:
Considering the fault of the mother to be present up to date, despite that she was duly

Page 1 of 3
Folio

Exhibit 3 - Pg 1

Canada
Province of Quebec
District Montreal
No 500-04.068262-162
References

signified by the Request for sole custody, access rights, parental self-sufficiency, alimony for minor children and prescription for father's speech;

Seen the testimony of the father;

Having regard to the judgment of the Honorable Pepita J. Capriolo of March 28th, 2018;

The tribunal:

ENTRUSTS the custody of the minor child Athfeyrah Yolly-Ashley Dry to the plaintiff the father from the day before the start of classes in August 2018;

MAINTAIN the shared custody of the minor child until this date in accordance with the judgment of Judge Capriolo;

Starting the end of August 2018, the access rights of the mother will be: 1) one (1) weekend out of every (2), from Friday evening at school to Monday morning at school; 2) Mother's Day Sunday, 10 a.m. to 6 p.m.; 3) half of the Christmas holiday, to be determined between the parties, the default, the father will have the first choice of the week of the holidays on even years and the mother, on odd years;

Canada
Province of Quebec
District Montreal
No 500-04.068262-162
References

DECLARES that the school to be attended by the minor child will be the primary school Notre Dame de Fatima, located at 12200, Rene Masson street, in Montreal;

ORDERS the defendant to deliver to the plaintiff, within the next three (3) days of this present judgment, the health insurance card, the social insurance card and the original birth certificate of the minor child;

ALLOWS the minor child to be exceptionally with his father, the applicant, for the weekend of July 27, 2018, 4 p.m. to July 30, 2018, 9 a.m., at the daycare, so that she can attend the wedding of her father;

RESERVES the rights of the father with regard to alimony for the benefit of the minor child.

MAINTAIN the judgment of the Honorable Pepita Y. Capriolo, dated March 29, 2018 for everything that has not been altered by this present order.

All, FREE OF CHARGE considering the nature of the dispute.

L Hon. Pascale Nolin J.C.S.

| | |
|---|---|
| CANADA<br>PROVINCE DE QUÉBEC<br>District MONTRÉAL<br>N° 500-04-068268-160 | PROCÈS-VERBAL D'AUDIENCE ☒ COUR SUPÉRIEURE<br>☒ par défaut  ☐ ex parte  ☐ COUR DU QUÉBEC<br>☐ contesté  ☐ enquête au fond  Chambre civile |

Evens DRY _____ DEMANDE
Guilande CHARLOT _____ DÉFENSE
PRAT. fam. Salle n° 2.11 (réf. 2.17)
Le 24 JUILLET 2018
PRÉSENTS: L'Hon. Pascale Nolin J.C.S. (JN0458)

Me Marie-Pier Ferron (?)

ENREGISTREMENT

RÉFÉRENCES
DÉBUT 10 h 16
FIN 10:48 h

☒ DEMANDE OU REQUÉRANT(E)
☒ PRÉSENT(E)  ☐ ABSENT(E)
☒ DÉFENSE OU INTIMÉ(E)
☐ PRÉSENT(E)  ☒ ABSENT(E)

Madame est absente, bien que [illisible] [illisible] à 10h16

Me _____

Ordonnance pour
aloir jusqu'au
8 janvier 2019,
Salle 2.17

NATURE DE LA CAUSE: Demande pour garde exclusive
[illisible] pension [illisible]

GREFFIER: Claude Chamard / Irina Cratoius [illisible]

Demandé à nouveau ☐ oui ☒ non

INTERPRÈTE _____
☐ STÉNOGRAPHE _____

10h16  Ouverture de l'audience
       Identification de la cause
       Représentations de Me FERRON
                        Preuve du requérant
Témoin (français):  Evens Dry
                    12371, J.A. Rouleau
                    Montréal (QC)
                    (assermenté)

10h36  Interrogatoire par Me Ferron
       Interventions du Tribunal
       Preuve du requérant close

10h40  Ordonnance de sauvegarde pour
       valoir jusqu'au 8 janvier 2019:
       . Vu le défaut de la mère d'être présente
       ce jour, malgré qu'elle ait été dûment

Page 1 de 3
Folio _____

• SJ-256 (99-06)

Exhibit 3 - Pg 4

**CANADA**
**PROVINCE DE QUÉBEC**
District: Montréal
N° 500-04-008262-160

**RÉFÉRENCES**

PROCÈS-VERBAL D'AUDIENCE (suite) 24 juillet 2018

signifiée de la Demande pour garde exclusive, droits d'accès, autorité parentale, pension alimentaire pour enfant mineur et ordonnance de sauvegarde du père;

Vu le témoignage du père;

Vu le jugement de l'Honorable Pepita G. Capriolo du 28 mars 2018;

Le Tribunal:

CONFIE la garde de l'enfant mineure Athleyrah Yolly Ashley Druf au demandeur, le père, à compter de la veille du début des classes en août 2018;

MAINTIENT la garde partagée de l'enfant mineure jusqu'à cette date, conformément au jugement de la Juge Capriolo;

À compter de la fin août 2018, les droits d'accès de la mère seront:

1) d'une (1) fin de semaine sur deux (2), du vendredi soir, à l'école, au lundi matin, à l'école;

2) le dimanche de la fête des mères, de 10h à 18h;

3) la moitié du congé scolaire de Noël, à être déterminée entre les parties; à défaut, le père aura le premier choix de la semaine des vacances lors des années paires et la mère, des années impaires;

Page 2 de 3

SJ-256-3M (2015-06)

Exhibit 3 - Pg 5

24 JUILLET 2018

PROCÈS-VERBAL D'AUDIENCE (suite)

CANADA
PROVINCE DE QUÉBEC
District : MONTRÉAL
N°: 500-04-068262-162

RÉFÉRENCES

DÉCLARE que l'école à être fréquentée par l'enfant mineure sera l'école primaire Notre-Dame de Fatima, située au 12200, rue René Masson, à Montréal;

ORDONNE à la défenderesse de remettre au demandeur, dans les trois (3) jours du présent jugement, la carte d'assurance-maladie, la carte d'assurance sociale et l'original du certificat de naissance de l'enfant mineure;

PERMET que l'enfant mineure soit exceptionnellement avec son père, le demandeur, pour la fin de semaine du 27 juillet 2018, 16h au 30 juillet 2018, 9h A.M., à la garderie et ce, afin qu'elle puisse assister au mariage de son père;

RÉSERVE les droits du père quant à la pension alimentaire pour le bénéfice de l'enfant mineure;

MAINTIENT le jugement de l'Honorable Pepita G. Capriolo, daté du 29 mars 2018 pour tout ce qui n'a pas été modifié par la présente ordonnance.

Le tout, SANS FRAIS vu la nature du litige.

L'Hon. Pascale Nolin J.C.S.

Page 3 de 3

• SJ-256-3M (2015-05)

Exhibit 3 - Pg 6