# EXHIBIT A

Policyholder:   MCKINSEY & COMPANY, INC.

Policy Number:   451355 001

Policy Effective Date:   July 1, 1987

Premium Due Dates:   September 1 and the first day
of each following month.

**GROUP**

Governing Jurisdiction:   NEW YORK

**LONG**

Policy Anniversary:   October 1, 1993, and each
following October 1.

**TERM**

**DISABILITY**

**INSURANCE**

First Unum Life Insurance Company (referred to as the
Company) will pay the benefits provided in this policy.
The Company makes this promise subject to all of this
policy's provisions.

**POLICY**

**NON**

**PARTICIPATING**

The policyholder should read the policy specifications
carefully and contact the Company promptly with any
questions.

This policy is delivered in and governed by the laws of
the governing jurisdiction.

Signed for the Company at New York, New York on the
policy effective date.

Secretary

President

First Unum Life Insurance Company

L-1 (3/1/2014)(Rev.)

This policy is divided into sections as follows:

Section    I         POLICY SPECIFICATIONS

Section    II        DEFINITIONS

Section    III       ELIGIBILITY AND EFFECTIVE DATES

Section    IV        BENEFITS

Section    V         TERMINATION PROVISIONS

Section    VI        GENERAL POLICY PROVISIONS

Section    VII       PREMIUMS

This policy follows a number-letter sequence.  It is not necessary that it include all numbers or letters in complete sequence to be correct.

L-IND-1  (3/1/2014)(Rev.)

SECTION I - POLICY SPECIFICATIONS

1. Description of Eligible Classes

Class 1    All employees in offices designated as eligible by the Employer,
           including employees of Orpheus, excluding non-Partner Group
           Members of the Netherlands branch and any temporary or seasonal
           employees

Class 2    All non-Partner Group Members employees of the Netherlands
           branch

2. Amounts of Insurance

Class 1

a. 66 2/3% of (benefit percentage) of basic monthly earnings not to exceed
   the maximum monthly benefit, less other income benefits.

   Note: This benefit is subject to reductions for earnings as provided
   in the Monthly Benefit section of this policy.

b. The maximum monthly benefit is $35,000.

Class 2

a. 80% (benefit percentage) of basic monthly earnings not to exceed the
   maximum monthly benefit, less other income benefits.

   Note: This benefit is subject to reductions for earnings as provided
   in the Monthly Benefit section of this policy.

b. The maximum monthly benefit is $35,000.

For All Classes

The minimum monthly benefit is the greater of:

a. $100.00; or

b. 10% of the monthly benefit before deductions for other income benefits.

L-PS-1 (9/1/2020)

SECTION I - POLICY SPECIFICATIONS (continued)

3.  Maximum Benefit Period

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | To age 65 |
| 60 | 5 years |
| 61 | 4 years |
| 62 | 3 1/2 years |
| 63 | 3 years |
| 64 | 3 years |
| 65 | 2 years |
| 66 | 2 years |
| 67 | 2 years |
| 68 | 2 years |
| 69 and Over | 1 year |

4.  Elimination Period

The latter of 180 days; or the discontinuation of full income replacement under a salary continuation program (including full salary benefits under a mandated disability program).

5.  Minimum Requirement for Active Employment:
For All Full-Time Employees:  21 hours per week
For All Part-Time Employees:   8 hours per week

L-PS-2 (5/1/2020)

SECTION I - POLICY SPECIFICATIONS (continued)

6. Definition of Basic Monthly Earnings

**For Senior Partners and Partners (hereinafter referred to as "Partners"):**

"Basic Monthly Earnings" is defined as 1/12th of the structural award determined by the Firm on the June 30 immediately preceding the date of disability. This includes all structural awards received through a personal corporation. It does not include any additional award.

If the disabled person is compensated in a currency other than United States dollars, both the benefit and the premium shall be calculated based on the United States dollar equivalent as predetermined by McKinsey (using its internal exchange rate tables) during the month immediately preceding the date of disability.

**For All Employees not eligible in another class:**

"Basic Monthly Earnings" for the purpose of determining the schedule amount for any one period of disability shall mean the sum of:

a. the disabled person's current monthly earnings, including shift differential, from the Policyholder on the last day worked just prior to the date of disability. Monthly earnings for hourly employees will be based on their regularly scheduled weekly hours subject to a minimum of 8 hours per week and a maximum of 40 hours per week;

b. 1/12th of the amount of productivity/performance pay (if any) the Policyholder paid the person during the 12 month period just prior to the date of disability;

c. prior calendars year's total overtime pay divided by 12; and

d. 12% of the sum of (a) plus (b) plus (c) above, up to a maximum of $1,700, representing the employer's approximate monthly contributions to the applicable retirement program.

The calculation of "Basic Monthly Earnings" does not include amounts paid as commissions, additional awards, bonuses and any other special compensation paid to the employee that is not specifically received as basic wages or salary.

**Principals of Affiliated Companies**

"Basic Monthly Earnings" for principals with an ownership interest in an affiliated Partnership, Professional Corporation, Professional Association, or Sub-chapter S Corporation will be based on actual wages or draws paid in the prior calendar year.

In the event hourly-rated employees are covered under the Policy, the number of hours which constitute their regularly scheduled work week, subject to a minimum of 8 hours per week and a maximum of 40 hours per week, will be used in the determination of monthly earnings for said employees.

L-PS-3 (5/1/2020)

SECTION I - POLICY SPECIFICATIONS (continued)

7. Waiting Period:

    a. Employees in an eligible class on or before the policy effective date: None

    b. Employees entering an eligible class after the policy effective date:  None

8. Employee Contributions Required:

    Class 1:

    Yes

    Class 2:

    No

    Note:     Coverage for which contributions are required applies only if
              proper enrollment is made and the required contributions are made.

9. Divisions, Subsidiaries or Affiliated Companies included

    Refer to the contract file correspondence for a listing of names and locations
    approved by Unum

10. Changes Effective

    Subject to the Delayed Effective Date subsections, changes in insurance take
    effect immediately.

L-PS-4 (5/1/2020)

SECTION I - POLICY SPECIFICATIONS (continued)

11. Continuation of Employee Insurance During Absences

Type of Absence          Time Limit

For Partners and
German and Austrian
Fellows selected
to participate in the Phd Program
outlined in the McKinsey's Fellow
Guide:

Leave of Absence          12 Months

Temporary Layoff          To the end of the 6th month
                          following the month in which
                          the layoff begins.

For All Employees not eligible in another class:

Temporary Layoff          To the end of the 6th month
                          following the month in which
                          the layoff begins.

Leave of Absence          To the end of the 6th
Other than Secondment     month following the month
                          in which the leave of absence begins.

Secondment                To the end of the 12th month
                          following the month in which
                          Secondment begins.

For All Employees:

Family Leave of           up to 12 months
Absence per
Employer Guidelines

FOR SENIOR PARTNERS ONLY:

Sabbatical                Approved sabbatical leave
                          for the duration of the
                          sabbatical but no longer than
                          12 months

L-PS-5 (7/1/2020)

SECTION I - POLICY SPECIFICATIONS (continued)

12. Enrollment:

**For Partners domestic and abroad who did not previously elect Long Term Disability coverage:**

You will automatically be enrolled for coverage under this plan at 12:01 a.m. on January 1, 2016.

You may cancel coverage for which you make contributions at any time.

**For all newly Elected Partners effective on or after January 1, 2016:**

You will automatically be enrolled for coverage under this plan at 12:01 a.m. on your eligibility date.

You may cancel coverage for which you make contributions at any time.

L-PS-6 (7/1/2020)

Harris v. First Unum, Exh. A, p.8

*Claimant Name: Aparna M Harris      Claim #:   19759113*
Harris, M. 2022-09-08, p.110

SECTION I - POLICY SPECIFICATIONS (continued)

Initial Premium Rates (as of July 1, 1987)

   Monthly Premium:   .31% of total covered payroll per month.

   "Total covered payroll" is the total amount of basic monthly earnings for which
   all employees are insured under this policy.

PS-RI-1 (5/1/2020)

## SECTION II - DEFINITIONS

For the purposes of this policy:

\*    "Active employment" means the employee must be working:

     1.    for the employer on a permanent full-time or part-time basis and paid regular earnings;

     2.    at least the minimum number of hours shown in the policy specifications; and either

     3.    at the employer's usual place of business; or

     4.    at a location to which the employer's business requires the employee to travel.

"Basic monthly earnings"--As defined in the policy specifications.

"Certificate" means a written statement prepared by the Company including all riders and supplements, if any, setting forth a summary of:

     1.    the insurance benefits to which an employee is entitled;

     2.    to whom the benefits are payable; and

     3.    limitations or requirements that may apply.

"Disability" or "disabled" - see last page of Section II.

"Eligibility date" means the date an employee becomes eligible for insurance under this policy.  Classes eligible are shown in the policy specifications.

"Elimination period" means a period of consecutive days of disability for which no benefit is payable.  The elimination period is shown in the policy specifications and begins on the first day of disability.

> Note: If disability stops during the elimination period for any 30 (or less) days, then the disability will be treated as continuous.  But days that the insured is not disabled will not count toward the elimination period.

"Employee" means a person in active employment with the employer.

"Employer" means the policyholder and includes any division, any subsidiary or any affiliated company named in the policy specifications.

"Evidence of insurability" means a statement or proof of an employee's medical history upon which acceptance for insurance will be determined by the Company.

"Grace period" is the 45 days following a premium due date during which premium payment may be made.

---

\* Special

L-DEF-1  (3/1/2014)(Rev.)

Harris v. First Unum, Exh. A, p.10

SECTION II - DEFINITIONS (continued)

"Gross monthly benefit" means the insured's benefit amount before any reduction for other income benefits and earnings.

"Home office" means First Unum Life Insurance Company, 666 Third Avenue, Suite 301, New York, New York 10017.

"Indexed pre-disability earnings" means the insured's basic monthly earnings in effect just prior to the date his disability began adjusted by 7% on each anniversary of benefit payments.

"Injury" means bodily injury resulting directly from an accident and independently of all other causes. The injury must occur while the employee is insured and disability must begin within 30 days of the injury. But any disability which begins after this policy terminates will not be covered if the insured becomes eligible for coverage under any other group long term disability policy or any other arrangement.

Exception: Any disability which begins more than 30 days after an injury will be considered a sickness for the purpose of determining benefits under this policy.

"Insured" means an employee insured under this policy.

"Male pronoun" whenever used includes the female.

"Monthly Benefit" means the amount payable by the Company to the disabled insured.

"Physician" means a person who is:

1. operating within the scope of his license; and either

2. licensed to practice medicine and prescribe and administer drugs or to perform surgery; or

3. legally qualified as a medical practitioner and required to be recognized, under this policy for insurance purposes, according to the insurance statutes or the insurance regulations of the governing jurisdiction.

It will not include an employee or his spouse, daughter, son, father, mother, sister or brother.

"Policy Specifications" is the document showing the eligible classes, the amounts of insurance and other relevant information pertaining to the plan of insurance applied for by the policyholder. This document, designated Section I, is attached to and is part of this policy.

"Sickness" means illness or disease. It will include pregnancy unless excluded in the General Exclusions section of this policy. The disability must begin while the employee is insured under this policy.

L-DEF-2 (3/1/2014)(Rev.)

SECTION II - DEFINITIONS (continued)

"Waiting period," as shown in the policy specifications, means the continuous length of time an employee must serve in an eligible class to reach his eligibility date.

L-DEF-3 (3/1/2014)(Rev.)

SECTION II - DEFINITIONS (continued)

"Disability" and "disabled" mean that because of injury or sickness:

1.  the insured cannot perform each of the material duties of his regular occupation; or

2.  the insured, while unable to perform all of the material duties of his regular occupation on a full-time basis, is:

    a.  performing at least one of the material duties of his regular occupation or another occupation on a part-time or full-time basis; and

    b.  earning currently at least 20% less per month than his indexed pre-disability earnings due to that same injury or sickness.

L-DEF-4 (3/1/2014)(Rev.)

Claimant Name: Aparna M Harris        Claim #:  19759113
Harris, M. 2022-09-08, p.115

## SECTION III - ELIGIBILITY AND EFFECTIVE DATES

A. ELIGIBLE CLASSES

The classes eligible for insurance are shown in the policy specifications.

B. ELIGIBILITY DATE

An employee in an eligible class will be eligible for insurance on the later of:

1. the policy effective date; or

2. the day after the employee completes the waiting period.

If a former employee is rehired within one year of the date his employment terminated, his previous service in an eligible class will apply toward the waiting period to determine that employee's eligibility date.

C. EFFECTIVE DATES OF INSURANCE

1. Insurance will be effective at 12:01 a.m. on the day determined as follows, but only if the employee's written application for insurance is:

   a. made with the Company through his employer; and
   b. on a form satisfactory to the Company.

2. An employee will be insured for noncontributory insurance on his eligibility date.

3. An employee will be insured for contributory insurance on the latest of these dates:

   a. the employee's eligibility date, if he has made written application for insurance on or before this date.

   b. the date the employee makes written application for insurance, if he does it on or before the 31st day after his eligibility date.

   c. the date the Company gives its approval, if the employee:

      i. makes written application for insurance more than 31 days after his eligibility date; or
      ii. terminated his insurance while continuing to be eligible.

   In the case of i. and ii. above, the employee must submit an application and evidence of insurability to the Company for approval. This will be at the employee's expense.

   NOTE: For employees transferring from one location to another who did not initially elect Long Term Disability coverage, the employee is considered newly eligible for purposes of enrolling in coverage. Evidence of insurability is not required unless the employee has been previously declined.

4. Delayed Effective Date for Insurance - The effective date of any initial, increased or additional insurance will be delayed for an employee if he is not in active employment because of a disability. The initial, increased or additional insurance will start on the date that employee returns to active employment.

L-EFF-1 (1/1/2020)

Harris v. First Unum, Exh. A, p.14

## SECTION IV - BENEFITS

DISABILITY

When the Company receives proof that an insured is disabled due to sickness or injury and requires the regular attendance of a physician, the Company will pay the insured a monthly benefit after the end of the elimination period. The benefit will be paid for the period of disability if the insured gives to the Company proof of continued:

1.  disability; and

2.  regular attendance of a physician.

The proof must be given upon request and at the insured's expense.

The monthly benefit will not:

1.  exceed the insured's amount of insurance; nor

2.  be paid for longer than the maximum benefit period.

The amount of insurance and the maximum benefit period are shown in the policy specifications.


MONTHLY BENEFIT


For Class 1:


To figure the amount of monthly benefit:

1.  Take the lesser of:

    a.  66 2/3% of the insured's basic monthly earnings; or

    b.  the amount of the maximum monthly benefit shown in the policy specifications; and

2.  Deduct other income benefits, shown below, from this amount.

For Class 2:

To figure the amount of monthly benefit:

1.  Take the lesser of:
    a.  80% of the insured's basic monthly earnings; or

    b.  the amount of the maximum monthly benefits shown in the policy specifications; and

2.  Deduct other income benefits, shown below, from this amount.


L-BEN-1 (3/1/2014)(Rev.)

Harris v. First Unum, Exh. A, p.15

SECTION IV - BENEFITS (continued)

But, if the insured is earning more than 20% of his indexed pre-disability earnings in his regular occupation or another occupation, the following formula will be used to figure the monthly benefit.

(A divided by B) x C

    A = The insured's "indexed pre-disability earnings" minus the insured's monthly earnings received while he is disabled.
    B = The insured's "indexed pre-disability earnings".
    C = The benefit as figured above.

The benefit payable will never be less than the minimum monthly benefit shown in the policy specifications.

OTHER INCOME BENEFITS

Other income benefits means those benefits as follows:

1. The amount for which the insured is eligible under:

    a. Workers' or Workmen's Compensation Law;

    b. occupational disease law; or

    c. any other act or law of like intent.

2. The amount of any disability income benefits for which the insured is eligible under any compulsory benefit act or law.

3. The amount of any disability income benefits for which the insured is eligible under:

    a. any other group insurance plan;

    b. any governmental retirement system as a result of his job with the employer.

4. The amount of disability or retirement benefits under the United States Social Security Act, The Canada Pension Plan, or The Quebec Pension Plan, or any similar plan or act, as follows:

    a. disability benefits for which the insured is eligible; or

    b. retirement benefits received by the insured.

These other income benefits, except retirement benefits, must be payable as a result of the same disability for which this policy pays a benefit. *

Item 4.b. will not apply to disabilities which begin after age 70 for those insureds already receiving Social Security retirement benefits while continuing to work beyond age 70.

---

\* Special

L-BEN-2 (3/1/2014)(Rev.)

SECTION IV - BENEFITS (continued)

Benefits under item 4.a above will be estimated if such benefits:

1.  have not been awarded; and

2.  have not been denied; or

3.  have been denied and the denial is being appealed.

The monthly benefit will be reduced by the estimated amount.  But, these benefits will not be estimated provided that the insured:

1.  applies for benefits under item 4.a; and

2.  requests and signs the Company's Agreement Concerning Benefits.

This agreement states that the insured promises to repay the Company any overpayment caused by an award received under item 4.a.

If benefits have been estimated, the monthly benefit will be adjusted when the Company receives proof:

1.  of the amount awarded; or

2.  that benefits have been denied and the denial is not being appealed.

In the case of 2. above, a lump sum refund of the estimated amounts will be made.

"Law," "plan," or "act" means the initial enactment and all amendments.

COST OF LIVING FREEZE

After the first deduction for each of the other income benefits, the monthly benefit will not be further reduced due to any cost of living increases payable under these other income benefits.

LUMP SUM PAYMENTS

Other income benefits which are paid in a lump sum will be prorated on a monthly basis over the time period for which the sum is given.  If no time period is stated, the sum will be prorated on a monthly basis over the insured's expected lifetime as determined by the Company.

TERMINATION OF DISABILITY BENEFITS

Disability benefits will cease on the earliest of:

1.  the date the insured is no longer disabled;

2.  the date the insured dies;

3.  the end of the maximum benefit period;

4.  the date the insured's current earnings exceed 80% of his indexed pre-disability earnings.

L-BEN-3 (3/1/2014)(Rev.)

*Claimant Name: Aparna M Harris*      *Claim #: 19759113*
Harris, M. 2022-09-08, p.119

SECTION IV - BENEFITS (continued)

RECURRENT DISABILITY

"Recurrent disability" means a disability which is related to or due to the same cause(s) of a prior disability for which a monthly benefit was payable.

A recurrent disability will be treated as part of the prior disability if, after receiving disability benefits under this policy, an insured:

1.  returns to his regular occupation on a full-time basis for less than six months; and

2.  performs all the material duties of his occupation.

Benefit payments will be subject to the terms of this policy for the prior disability.

If an insured returns to his regular occupation on a full-time basis for six months or more, a recurrent disability will be treated as a new period of disability. The insured must complete another elimination period.

In order to prevent overinsurance because of duplication of benefits, benefits payable under this Recurrent Disability provision will cease if benefits are payable to the insured under any other group long term disability policy.

SURVIVOR BENEFIT

The Company will pay a benefit to the eligible survivor when proof is received that an insured died:

1.  after disability had continued for 180 or more consecutive days; and

2.  while receiving a monthly benefit.

The benefit will be an amount equal to three times the insured's gross monthly benefit.

If payment becomes due to the insured's children, payment will be made to:

1.  the children; or

2.  a person named by the Company to receive payments on the children's behalf. This payment will be valid and effective against all claims by others representing or claiming to represent the children.

"Eligible survivor" means the insured's spouse, if living, otherwise the insured's children.  But, if there are no eligible survivors, payment will be made to the insured's estate. *

---

*Special

L-BEN-4 (3/1/2014)(Rev.)

Claimant Name: Aparna M Harris          Claim #:   19759113
Harris, M. 2022-09-08, p.120

## SECTION IV - BENEFITS (continued)

GENERAL EXCLUSIONS

This policy does not cover any disability due to:

1. war, declared or undeclared, or any act of war;

2. intentionally self-inflicted injuries;

3. active participation in a riot.

PRE-EXISTING CONDITION EXCLUSION*

This policy will not cover any disability caused by, contributed to by, or resulting from a pre-existing condition, unless:

1. it begins after the first 12 months that the insured was covered under this policy; or

2. the insured completes, after his effective date of coverage, a period of 3 consecutive months during which he has not received medical treatment, consultation, care or services including diagnostic measures, or taken prescribed drugs or medicines.

A "pre-existing condition" means a sickness or injury for which the insured received medical treatment, consultation, care or services including diagnostic measures, or had taken prescribed drugs or medicines in the three months prior to the insured's effective date.

CONTINUITY OF COVERAGE UPON TRANSFER OF INSURANCE CARRIERS

In order to prevent loss of coverage for an employee because of a transfer of insurance carriers, this policy will provide coverage for certain employees as follows.

Failure to be in Active Employment Due to Injury or Sickness

This policy will cover, subject to premium payments, employees:

1. insured with the prior carrier at the time of transfer; and

2. who are not in active employment due to injury or sickness.

The benefit payable will be that which would have been paid by the prior carrier had coverage remained in force, less any benefit for which the prior carrier is liable.

Disability due to a Pre-existing Condition

Benefits may be payable for a disability due to a pre-existing condition for an employee who:

1. was insured by the prior carrier at the time of transfer; and

---

* Special

L-BEN-5 (3/1/2014)(Rev.)

Harris v. First Unum, Exh. A, p.19

## SECTION IV - BENEFITS (continued)

2. was in active employment and insured under this policy on its effective date.

The benefit will be determined according to this policy's benefit schedule if the employee satisfies the pre-existing condition exclusion under:

1. this policy; or

2. the prior carrier's policy, giving consideration towards continuous time insured under both policies.

No benefit will be paid if the employee cannot satisfy the pre-existing condition exclusion of 1. or 2. above.

L-BEN-6 (3/1/2014)(Rev.)

SECTION V - TERMINATION PROVISIONS

A.  TERMINATION OF EMPLOYEE'S INSURANCE

An employee will cease to be insured on the earliest of the following dates:

1.  the date this policy terminates;

2.  the date the employee is no longer in an eligible class;

3.  the date the employee's class is no longer included for insurance;

4.  the last day for which any required employee contribution has been made;

5.  the date employment terminates.  Cessation of active employment will be deemed termination of employment, except:

    a.  the insurance will be continued for a disabled employee during:

        i.   the elimination period; and

        ii.  the period during which premium is being waived.

    b.  the employer may continue the employee's insurance by paying the required premiums, subject to the following:

        i.   Insurance may be continued for the time shown in the policy specifications for an employee:

            a)  temporarily laid off; or

            b)  given leave of absence.

        ii.  The employer must act so as not to discriminate unfairly among employees in similar situations.

B.  TERMINATION OF POLICY

1.  Termination of this policy under any conditions will not prejudice any payable claim which occurs while this policy is in force.

2.  If the policyholder fails to pay any premium within the grace period, this policy will automatically terminate at 12:00 midnight of the last day of the grace period.  The policyholder may terminate this policy by advance written notice delivered to the Company at least 31 days prior to the termination date.  But, this policy will not terminate during any period for which premium has been paid.  The policyholder will be liable to the Company for all premiums due and unpaid for the full period for which this policy is in force.

3.  The Company may terminate this policy on any premium due date by giving written notice to the policyholder at least 31 days in advance if:

    a.  the number of employees insured is less than 10; or

    b.  less than 100% of the employees eligible for any noncontributory insurance are insured for it; or

    c.  less than 75% of the employees eligible for any contributory insurance are insured for it; or

L-TERM-I  (3/1/2014)(Rev.)

*Claimant Name: Aparna M Harris*     *Claim #: 19759113*
Harris, M. 2022-09-08, p.123

SECTION V - TERMINATION PROVISIONS

    d.  the policyholder fails:

        i.  to furnish promptly any information which the Company may reasonably require; or

        ii.  to perform any other obligations pertaining to this policy.

4.  Termination may take effect on an earlier date when both the policyholder and the Company agree.

## C. CONVERSION PRIVILEGE

When an individual's insurance under this policy terminates because he ends employment with the policyholder, he may obtain converted disability income coverage without medical evidence of insurability. But the individual must have been insured for at least twelve consecutive months just before his insurance under this policy terminated. These twelve months will be considered to include the time the individual was insured for group long term disability under both this policy and the one it replaced, if any.

The conversion privilege is not available to any individual:

1.  whose insurance under this policy terminates for any of the following reasons:

    a.  this policy terminates;

    b.  this policy is amended to exclude from coverage the class of employees to which the individual belongs;

    c.  the individual no longer belongs to a class of employees eligible for coverage under this policy;

    d.  the individual retires;

    e.  the individual failed to pay any required premium;

2.  who is or becomes insured for long term disability insurance under another group plan within 31 days after termination; or

3.  who is disabled under the terms of this policy.

The conversion coverage must be applied for and the first quarterly premium paid within 31 days after termination of insurance under this policy.

The Company governs the form of coverage, the benefits and the amounts. The benefits and amounts may differ from those under this policy.

L-TERM-2 (3/1/2014)(Rev.)

*Claimant Name: Aparna M Harris*    *Claim #: 19759113*
Harris, M. 2022-09-08, p.124

SECTION VI - GENERAL POLICY PROVISIONS

A. STATEMENTS

In the absence of fraud, all statements made in any application are considered representations and not warranties (absolute guarantees). No representation by:

1. the policyholder in applying for this policy will make it void unless the representation is contained in the application; or

2. any employee in applying for insurance under this policy will be used to reduce or deny a claim unless a copy of the application for insurance is or has been given to the employee.

B. COMPLETE CONTRACT - POLICY CHANGES

1. This policy is the complete contract. It consists of:

   a. all of the pages;

   b. the policy specifications;

   c. the attached application of the policyholder;

   d. each employee's application for insurance (employee retains his own copy).

2. This policy may be changed in whole or in part. Only an officer or a registrar of the Company can approve a change. The approval must be in writing and endorsed on or attached to this policy.

3. Any other person, including an agent, may not change this policy or waive any part of it.

C. EMPLOYEE'S CERTIFICATE

The Company will provide a certificate to the policyholder for delivery to each insured. If the terms of a certificate and this policy differ, this policy will govern.

D. FURNISHING OF INFORMATION - ACCESS TO RECORDS

1. The employer will furnish at regular intervals to the Company:

   a. information relative to employees:

      i. who qualify to become insured;

      ii. whose amounts of insurance change; and/or

      iii. whose insurance terminates.

   b. any other information about this policy that may be reasonably required.

   The employer's records which, in the opinion of the Company, have a bearing on the insurance will be opened for inspection by the Company at any reasonable time.

2. Clerical error or omission will not:

L-GPP-1 (3/1/2014)(Rev.)

SECTION VI - GENERAL POLICY PROVISIONS

a. deprive an employee of insurance;

b. affect an employee's amount of insurance; or

c. effect or continue an employee's insurance which otherwise would not be in force.

E. MISSTATEMENT OF FACTS

If relevant facts about any employee were not accurate:

1. a fair adjustment of premium will be made; and

2. the true facts will decide if and in what amount insurance is valid under this policy.

F. NOTICE AND PROOF OF CLAIM

1. Notice

a. Written notice of claim must be given to the Company within 30 days of the date disability starts, if that is possible. If that is not possible, the Company must be notified as soon as it is reasonably possible to do so.

b. When the Company has the written notice of claim, the Company will send the insured its claim forms. If the forms are not received within 15 days after written notice of claim is sent, the insured can send the Company written proof of claim without waiting for the form.

2. Proof

a. Proof of claim must be given to the Company. This must be done no later than 90 days after the end of the elimination period.

b. If it is not possible to give proof within these time limits, it must be given as soon as reasonably possible.

c. Proof of continued disability and regular attendance of a physician must be given to the Company within 45 days of the request for the proof.

d. The proof must cover:

i. the date disability started;

ii. the cause of disability; and

iii. how serious the disability is.

G. EXAMINATION

The Company, at its own expense, will have the right and opportunity to have an employee, whose injury or sickness is the basis of a claim, examined by a physician or vocational expert of its choice. This right may be used as often as reasonably required.

H. LEGAL PROCEEDINGS

L-GPP-2 (3/1/2014)(Rev.)

Claimant Name: Aparna M Harris    Claim #: 19759113
Harris, M. 2022-09-08, p.126

## SECTION VI - GENERAL POLICY PROVISIONS

A claimant or the claimant's authorized representative cannot start any legal action:

1.  until 60 days after proof of claim has been given; nor

2.  more than 3 years after the time proof of claim is required.

I.  TIME OF PAYMENT OF CLAIMS

When the Company receives proof of claim, benefits payable under this policy will be paid monthly during any period for which the Company is liable.

J.  PAYMENT OF CLAIMS

All benefits are payable to the employee.  But if a benefit is payable to an employee's estate, an employee who is a minor, or an employee who is not competent, the Company has the right to pay up to $1,000 to any of the employee's relatives whom the Company considers entitled.  If the Company pays benefits in good faith to a relative, the Company will not have to pay such benefits again.

K.  WORKERS' OR WORKMEN'S COMPENSATION

This policy is not in lieu of, and does not affect, any requirement for coverage by workers' or workmen's compensation insurance.

L.  AGENCY

For all purposes of this policy, the policyholder acts on its own behalf or as agent of the employee.  Under no circumstances will the policyholder be deemed the agent of the Company without a written authorization.

L-GPP-3  (3/1/2014)(Rev.)

Claimant Name: Aparna M Harris      Claim #:  19759113
Harris, M. 2022-09-08, p.127

## SECTION VII - PREMIUMS

### A. PREMIUM RATES

The initial premium is determined on the basis of the rates shown in the policy specifications.

The Company may establish new rates for the computation of all future premiums as well as the one then due:

1. when the terms of this policy are changed;

2. when a division, subsidiary, or affiliated company is added to this policy; or

3. for reasons other than 1. and 2. above, such as, but not limited to a change in factors bearing on the risk assumed. But, the rates may not be changed within the first 12 months following the policy effective date.

No premium may be increased unless the Company notifies the employer at least 31 days in advance of the increase. Premium increases may take effect on an earlier date when both the Company and the employer agree.

### B. PAYMENT OF PREMIUMS

1. Premium payment calculations:

   a. will be based on the coverage provided under this policy; and

   b. are determined by the covered payroll as shown in the policy specifications.

2. All premiums due under this policy, including adjustments, if any, are payable by the employer on or before their respective due dates at the Company's home office. The due dates are specified on the first page of this policy.

3. Premiums payable to the Company will be paid in United States dollars.

4. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.

5. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only and will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of Employee's Insurance" section of this policy.

6. If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a pro rata adjustment on the next premium due date.

7. Except for fraud, premium adjustments, refunds or charges will be made for only:

   a. the current policy year; and

   b. the prior policy year.

L-PREM-1 (3/1/2014)(Rev.)

SECTION VII - PREMIUMS

C. WAIVER OF PREMIUM

Premium payments for an employee are waived during any period for which benefits are payable.   Premium payments may be resumed following a period during which they were waived.

L-PREM-2  (3/1/2014)(Rev.)