# EXHIBIT 1



# Notice of Service of Process

null / ALL
**Transmittal Number: 26857703**
Date Processed: 05/03/2023

| | |
|---|---|
| **Primary Contact:** | Lisa Harris<br>Truist<br>1001 Semmes Ave<br>Richmond, VA 23224-2245 |
| **Entity:** | Truist Financial Corporation<br>Entity ID Number  4011570 |
| **Entity Served:** | Truist Financial Corporation |
| **Title of Action:** | David Cohee vs. Truist Financial Corporation |
| **Matter Name/ID:** | David Cohee vs. Truist Financial Corporation (14014571) |
| **Document(s) Type:** | Claim |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Gwinnett County Magistrate Court, GA |
| **Case/Reference No:** | 23M16111 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 05/02/2023 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | David Cohee<br>470-765-2243 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Civil Action No. 23M16111
Date Filed 4-26-23

Magistrate Court ☐
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

Attorney's Address
David Cohen
2670 Buford Dam Rd
Buford, GA 30518

Plaintiff: David Cohen

VS.

Name and Address of party to be served.
Corporation Service Company
2 Sun Court, Suite 400,
Peachtree Corners, GA 30092

Defendant: Truist Financial Corporation

Garnishee

## Sheriff's Entry Of Service

☐ **Personal** — I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **Notorious** — I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows: age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

☒ **Corporation** — Served the defendant Truist Financial Corporation a corporation by leaving a copy of the within action and summons with Aisha Smith in charge of the office and place of doing business of said Corporation in this County.

☐ **Tack & Mail** — I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **Non Est** — Diligent search made and defendant not to be found in the jurisdiction of this Court.

This 2 day of May 2023.

Sgt. Collins SO 500
Deputy

Sheriff Docket _____ Page _____

Gwinnett County, Georgia

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant
SC-2 Rev. 3.13

Civil Action No. 23mi6111

Date Filed 4-26-23

Magistrate Court ☐
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

David Cohra
_____ **Plaintiff**

VS.

Truist Bank
Financial Corporation
_____ **Defendant**

_____ **Garnishee**

Attorney's Address
David Cohra
3630 Buford Hwy Rd
Buford, GA 30518

Name and Address of party to be served.
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

## Sheriff's Entry Of Service

**Personal ☐** I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious ☐** I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows age, about ____ years; weight, about ____ pounds; height; about ____ feet and ____ inches; domiciled at the residence of defendant.

**Corporation ☒** Served the defendant Truist Financial Corporation a corporation by leaving a copy of the within action and summons with AISHA SMITH in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail ☐** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est ☐** Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This ___ day of May, 2023.

SGT Collins ID 500
_____ **Deputy**

Sheriff Docket _____ Page _____

**Gwinnett County, Georgia**

WHITE: Clerk     CANARY: Plaintiff / Attorney     PINK: Defendant

SC-2 Rev.3.13

# MAGISTRATE COURT OF ___Gwinnett___ COUNTY, GEORGIA

Date Filed 4/26/2023

Case No: 23M1611)

David Cohee
2670 Buford Dam Rd
Buford, GA 30518

**Plaintiff(s) Name, Address**

vs

Truist Financial Corporation
214 North Tryon St.
Charlotte, NC 28202

**Defendant(s) Name, Address**

**STATEMENT OF CLAIM**

SWORN TO AND SUBSCRIBED BEFORE ME THIS 26 DAY OF April, 2023

DEPUTY CLERK
MAGISTRATE COURT OF GWINNETT COUNTY

[ ] Suit on Note    [ ] Suit on Account    [ ] Breach of Contract    [✓] Injury    [ ] Other

1. The Court has jurisdiction over the defendant(s) [✓] the Defendant(s) is a resident of **Gwinnett** County; [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):
Please refer to the attached Injury sheet for details associated with this claim.

3. That said claim is in the amount of: $15,000.00, principal _____ interest, plus attorney's fees in the amount of _____ pursuant to _____, plus _____ costs to date, and all future costs of this suit.

State of Georgia, __Gwinnett__ County:

___David Cohee___ swears the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.

_____
Plaintiff(s) or Agent
(If Agent, Title or Capacity) _____

470-765-2243
Day Time Phone Number

## NOTICE AND SUMMONS

**TO: All Defendant(s)** You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the ___75 Langley Dr, Lawrenceville, GA 30046___, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

This __26th__ day of __April__, 2023    _____
Magistrate or Deputy Clerk of Court

# MAGISTRATE COURT OF      Gwinnett      COUNTY, GEORGIA

Statement of Claim: Injury to Person Property Information

Date of Injury: 8/8/2022

### Description of the actions of the defendant that caused injury:

Defendant failed to abide by the laws concerning credit and collections and refused to validate an alleged debt after Plaintiff showed reason for the necessity of validation and after requesting validation several times in conversation and in writing. The Defendant, after refusing to validate the alleged debt according to law instead chose to harass the Plaintiff and damage its credit by reporting false and derogatory information to the credit agencies. As a result, the Plaintiff was denied access to a mortgage and other credit sources as well as having two of its established credit sources cancelled, deleting and removing several thousands of dollars that was available to Plaintiff prior to the Defendants actions.

### Location where injury occurred:

At my residence in Gwinnett County, GA

# Case Information

## COHEE VS TRUIST FINANCIAL CORPORATION

23-M-16111

Refresh File Into

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Gwinnett County - Magistrate Court | Civil | Statement of Claim | 4/26/2023 |

Case Status
Open (Pending)

# Parties 2

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | DAVID COHEE | | Pro Se |
| Defendant | TRUIST FINANCIAL CORPORATION | | |

# Hearings 0

No hearings found.

# Events 2

Oldest | Search events | + All | − All

## Statement of Claim

File Date
4/26/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Statement of Claim.tif | | Public | 2 | $1.00 | Add |

## Sheriff/Marshall's Service

File Date
5/8/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Sheriffs Entry of Service.tif | | Public | 2 | $1.00 | Add |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.5.0.29

EMPOWERED BY TYLER TECHNOLOGIES



