# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY THOMAS,<br><br>　　　Plaintiff,<br><br>v.<br><br>10 ROADS EXPRESS, LLC d/b/a 10 ROADS EXPRESS, TIMOTHY NAFE, ABC CORPORATION and JOHN DOE,<br><br>　　　Defendants. | CAFN: _____ |

## DEFENDANTS' NOTICE OF REMOVAL

COME NOW, 10 Roads Express, LLC and Timothy Nafe (hereinafter "Defendants"), named defendants in the above-styled action, and file this Notice of Removal, respectfully showing this Court the following facts:

**1.**

Plaintiff Timothy Thomas (hereinafter "Plaintiff") filed suit against Defendants in the State Court of Cobb County, State of Georgia. This suit is styled as above and numbered Civil Action File No. 23-A-1649 (*See generally* Plaintiff's Complaint).

**2.**

According to pre-suit correspondence with Plaintiff and his attorney, this matter involves an amount in controversy in excess of $75,000.00.

**3.**

This Notice of Removal is filed within 30 days of Defendants' notice of this case being removable pursuant to the requirements of 28 U.S.C. § 1446(b)(3) and 28 U.S.C. § 1446(c)(3)(A).

**4.**

According to the Complaint, Plaintiff is domiciled in and a resident of the State of Georgia.  (Plaintiff's Complaint at ¶ 1).

**5.**

Defendant Timothy Nafe is domiciled in and a resident of the State of Tennessee.

**6.**

Defendant 10 Roads Express, LLC is a foreign limited liability company with its principal place of business located in Iowa.

**7.**

Defendant 10 Roads Express, LLC has four managing members: Joe Hoovestol, Wayne Hoovestol, Andy Lucht, Hanna Heit, and Tom Crimmins. Each

managing member is domiciled in and a resident of the State of Nebraska, except for Wayne Hoovestol, who resides in Nevada.

8.

Therefore, complete diversity exists between Plaintiff and Defendants. 28 U.S.C. § 1332(a)(1); *Triggs v. John Crump Toyota, Inc.*, 154 F.3d 1284, 1287 (11th Cir. 1998).

9.

All defendants consent to this removal.

10.

Thus, as shown above, the aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code § 1332 and, accordingly, is one which may be removed to this Court by Defendants pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 and is between citizens of different states.

11.

Defendants have attached hereto a copy of the Case Initiation Form, Summons, Complaint, Answer of 10 Roads, Answer of Timothy Nafe, Jury Demands for Defendants, Plaintiff's First Interrogatories, Requests for Admission

and Requests for Production to Defendants, which are the only process, pleadings and/or orders in this case, such copy being marked Exhibit "A." A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

WHEREFORE, Defendants pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 30th day of May, 2023.

        Respectfully submitted,
        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        */s/ Elizabeth L. Bentley*
By: _____
        ELIZABETH L. BENTLEY, ESQ.
        State Bar No.: 828730
        **Swift, Currie, McGhee & Hiers, LLP**
        1420 Peachtree Street NE, Suite 800
        Atlanta, Georgia 30309
        (404) 874-8800 Phone / (404) 888-6199 Fax
        beth.bentley@swiftcurrie.com
        ***Attorneys for Defendants***

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TIMOTHY THOMAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>10 ROADS EXPRESS, LLC d/b/a 10 ROADS EXPRESS, TIMOTHY NAFE, ABC CORPORATION and JOHN DOE,<br><br>　　　　Defendants. | CAFN: _____ |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **Defendants' Notice of Removal** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send an electronic copy of same to all parties and counsel of record as follows:

Kevin A. Adamson, Esq.
Dustin L. Crawford, Esq.
Georgia Bar No. 758916
4295 International Blvd., Suite D
Norcross, Georgia 30093

*(Signature appears on following page)*

This 30th day of May, 2023.

By: */s/ Elizabeth L. Bentley*
 ───────────────────────────
 ELIZABETH L. BENTLEY, ESQ.
 State Bar No.: 828730
 **SWIFT, CURRIE McGHEE & HIERS, LLP**