# Exhibit B

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TIMOTHY THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>10 ROADS EXPRESS, LLC d/b/a 10 ROADS EXPRESS, TIMOTHY NAFE, ABC CORPORATION and JOHN DOE,<br><br>Defendants. | Civil Action File No. 23-A-1649 |

**DEFENDANTS NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT**

COME NOW, 10 Roads Express, LLC and Timothy Nafe (hereinafter "Defendants"), named defendants in the above-styled action, and hereby give notice they filed a Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, on May 30, 2023. Pursuant to the provision cited, the State Court of Fulton County shall not proceed further with the case unless or until it is remanded back to the State Court by Order of the United States District Court.

Respectfully submitted this 30th day of May, 2023.

By: */s/ Elizabeth L. Bentley, Esq.*
ELIZABETH L. BENTLEY, ESQ.
State Bar No.: 828730
*beth.bentley@swiftcurrie.com*
***Attorney for the Defendants***

**SWIFT, CURRIE, McGHEE & HIERS, LLP**
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
(404) 874-8800 Phone
(470) 600-5990 Fax

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TIMOTHY THOMAS,<br><br>      Plaintiff,<br><br>v.<br><br>10 ROADS EXPRESS, LLC d/b/a 10 ROADS EXPRESS, TIMOTHY NAFE, ABC CORPORATION and JOHN DOE,<br><br>      Defendants. | Civil Action File No. 23-A-1649 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendants' Notice of Filing Notice of Removal to Federal Court** upon all parties via the Peachcourt E-File & Serve System which will automatically send an electronic copy of same to all counsel of record and parties as follows:

Kevin Adamson, Esq. & Dustin Crawford, Esq.
KEVIN A. ADAMSON PC
4295 International Blvd., Suite D
Norcross, GA 30093
kevin@kaapc.com
dustin@kaapc.com
***Attorneys for Plaintiff***

Respectfully submitted this 30th day of May, 2023.

                                                By:  ***/s/ Elizabeth L. Bentley, Esq.***
                                                      ELIZABETH L. BENTLEY, ESQ.
                                                      State Bar No.: 828730
                                                      beth.bentley@swiftcurrie.com
                                                      ***Attorney for the Defendant***

**SWIFT, CURRIE, McGHEE & HIERS, LLP**
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
(404) 874-8800 Phone
(470) 600-5990 Fax