# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>10 ROADS EXPRESS, LLC d/b/a 10 ROADS EXPRESS, TIMOTHY NAFE, ABC CORPORATION and JOHN DOE,<br><br>    Defendants. | CAFN: _____ |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   a. Timothy Thomas,

   b. 10 Roads Express, LLC, and

   c. Plaintiff Timothy Nafe.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   a. Other than individuals and entities who are parties to this case, there are no other persons, associations, firms, partnerships, or corporations known to Defendants which either have a financial interest in this litigation or other interest which could be substantially affected.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   a. Elizabeth L. Bentley, Swift Currie McGhee & Hiers, LLP;

   b. Kevin Adamson, Kevin A. Adamson, PC,

   c. Dustin Crawford, Kevin A. Adamson, PC.

This 30th day of May, 2023.

*(Signature appears on following page)*

        Respectfully submitted,
        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        */s/ Elizabeth L. Bentley*
By: _____
        ELIZABETH L. BENTLEY, ESQ.
        State Bar No.: 828730
        **Swift, Currie, McGhee & Hiers, LLP**
        1355 Peachtree Street NE, Suite 300
        Atlanta, Georgia 30309
        (404) 874-8800 Phone / (404) 888-6199 Fax
        *beth.bentley@swiftcurrie.com*
        ***Attorneys for Defendants***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY THOMAS,<br><br>      Plaintiff,<br><br>v.<br><br>10 ROADS EXPRESS, LLC d/b/a 10 ROADS EXPRESS, TIMOTHY NAFE, ABC CORPORATION and JOHN DOE,<br><br>      Defendants. | CAFN: _____ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendants' Certificate of Interested Persons and Corporate Disclosure Statement** by filing same with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send an electronic copy of same to all parties and counsel of record as follows:

Kevin A. Adamson, Esq.
Dustin L. Crawford, Esq.
Georgia Bar No. 758916
4295 International Blvd., Suite D
Norcross, Georgia 30093

*(Signature appears on following page)*

This 30th day of May, 2023.

                              */s/ Elizabeth L. Bentley*
By: _____
                              ELIZABETH L. BENTLEY, ESQ.
                              State Bar No.: 828730
                              **SWIFT, CURRIE McGHEE & HIERS, LLP**