UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WAYNE FARMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>ANTONY J. BLINKEN, SECRETARY OF STATE, U.S. DEPARTMENT OF STATE<br><br>Defendant. | Civ. No.<br><br>COMPLAINT TO COMPEL AGENCY ACTION UNDER 28 U.S.C § 1361 AND 5 U.S.C. §§ 555(b), 701(1), AND FOR A WRIT OF MANDAMUS TO COMPEL DEFENDANT TO TRANSFER IMMIGRANT VISA APPLICATIONS TO U.S. EMBASSY AND ADJUDICATE |

## **LIST OF EXHIBITS**

Exhibit A   Plaintiff's corporation information;

Exhibit B   Copies of passport page, I-140 reaffirmation notices and proof of pending visa applications of Plaintiff's foreign applicants;

Exhibit C   May 2023 Visa Bulletin.

Respectfully submitted this 22th day of July, 2022,

_____/s/_____
Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*