

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **WAYNE FARMS LLC** | Control Number: | **0017854** |
| Business Type: | **Foreign Limited Liability Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **4110 CONTINENTAL DRIVE, Oakwood, GA, 30566, USA** | Date of Formation / Registration Date: | **4/5/2000** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2022** |
| Principal Record Address: | **NONE** | | |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **JEREMY V. KILBURN** |
| Physical Address: | **4110 CONTINENTAL DRIVE, OAKWOOD, GA, 30566, USA** |
| County: | **Hall** |

Back      Filing History      Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19      Report a Problem?