Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
| --- | --- | --- | --- |
| SRC1790063348 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 11/07/2016 | 03/31/2016 | WAYNE FARMS LLC, | |
| Notice Date | Page | Beneficiary | |
| 04/13/2017 | 1 of 1 | BUI, HANH THI MY | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1609191647
SOC Code: 513022  Skill Level: 1
Work Site: DANVILLE AR

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | BUI, HANH THI MY |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 11 MAR 2022 |
| Case No: | HCM2017630018 |
| Confirmation No: | AA00AKMLNL |

H C M 2 0 1 7 6 3 0 0 1 8

**THIS IS NOT A VISA**

A A 0 0 A K M L N L

Version 1.4



CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Họ và tên / Full name
BÙI THỊ MỸ HẠNH

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth
27 / 08 / 2019

Giới tính / Sex
NỮ / F

Nơi sinh / Place of birth
ĐÀ NẴNG

Số CMND / ID card N°
201558447

Ngày cấp / Date of issue
27 / 08 / 2019

Có giá trị đến / Date of expiry
27 / 08 / 2029

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

Mã số / Code
VNM

Số hộ chiếu / Passport N°
C8121896

P<VNMBUI<<THI<MY<HANH<<<<<<<<<<<<<<<<<<<<<<
C8121896<5VNM8804271F2908270201558447<<<<<06

CƠ QUAN CẤP HỘ CHIẾU
ISSUING AUTHORITY
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
T/L CỤC TRƯỞNG
For the Director
P. Trưởng Phòng
Deputy Chief of Division

Phạm Thị Ngọc Mỹ

Chữ ký người mang hộ chiếu
Signature of bearer

3

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

### THE UNITED STATES OF AMERICA

| Receipt Number SRC1790086076 | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 11/21/2016 | Priority Date 03/31/2016 | Petitioner WAYNE FARMS LLC | |
| Notice Date 04/29/2017 | Page 1 of 1 | Beneficiary DO, PHU QUOC | |

| | |
|---|---|
| WAYNE FARMS LLC<br>c/o MICHELLE SWAFFORD | Notice Type: Approval Notice<br>Section: Other Workers, Sec.203(b)(3)(A)(iii)<br>Consulate:<br>ETA Case Number: A1609191334<br>SOC Code: 513022  Skill Level: 1<br>Work Site: DANVILLE AR |

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 18, 2021

NVC Case Number: HCM2017652011

DEAR PHU DO:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017652011 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | DO, PHU QUOC |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 31MAR2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.11/18/2021]

## U.S. DEPARTMENT of STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | DO, PHU QUOC |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 16 SEP 2022 |
| Case No: | HCM2017652011 |
| Confirmation No: | AA00B85EK5 |



HCM2017652011

**THIS IS NOT A VISA**

AA00B85EK5

Version 1.4



CƠ QUAN CẤP HỘI CHIẾU
ISSUING AUTHORITY
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
TL. CỤC TRƯỞNG
For the Director
P. Trương Phòng
Deputy Chief of Division

Hà Việt Diền

Chữ ký người mang hộ chiếu
Signature of bearer

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type: P
Mã số / Code: VNM
Số hộ chiếu / Passport N°: B8505899

Họ và tên / Full name
ĐỖ QUỐC PHÚ

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth

Nơi sinh / Place of birth
PHÚ YÊN

Giới tính / Sex
NAM / M

Số GCMND / ID No.
023646260

Ngày cấp / Date of issue
30 / 09 / 2013

Có giá trị đến / Date of expiry
30 / 09 / 2023

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

P<VNMDO<<QUOC<PHU<<<<<<<<<<<<<<<<<<<<<<<<<<<
B8505899<9VNM8312310M2309305023646260<<<<<12

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790063271 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date. | Petitioner | |
| 11/07/2016 | 03/31/2016 | WAYNE FARMS LLC, | |
| Notice Date | Page | Beneficiary | |
| 04/13/2017 | 1 of 1 | NGUYEN, TRANG THI THANH | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1609191651
SOC Code: 513022  Skill Level: 1
Work Site: DANVILLE AR

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L. CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Nguyễn Thị Phượng

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

| HỘ CHIẾU / PASSPORT | Loại / Type | Mã số / Code | Số hộ chiếu / Passport Nº |
|---|---|---|---|
| | P | VNM | C8847071 |

Họ và tên / *Full name*
NGUYỄN THỊ THANH TRANG
Quốc tịch / *Nationality*                VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*
                                         Nơi sinh / *Place of birth*
                                         KHÁNH HÒA
Giới tính / *Sex*                        Số GCMND / *ID card Nº*
NỮ / F                                   225024425
Ngày cấp / *Date of issue*               Có giá trị đến / *Date of expiry*
13 / 02 / 2020                           13 / 02 / 2030
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<THI<THANH<TRANG<<<<<<<<<<<<<<<<<
C8847071<7VNM7709173F3002131225024425<<<<<40

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, TRANG THI THANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 07 MAR 2022 |
| Case No: | HCM2017630017 |
| Confirmation No: | AA00AHHKI1 |



**THIS IS NOT A VISA**



Version 1.4





MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 18, 2021

NVC Case Number: HCM2017630017

DEAR TRANG NGUYEN:

The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017630017 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | NGUYEN, TRANG THI THANH |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 31MAR2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.11/18/2021]

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number SRC1690363011 | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 07/29/2016 | Priority Date 03/30/2016 | Petitioner WAYNE FARMS LLC, |
| Notice Date 04/27/2017 | Page 1 of 1 | Beneficiary NGUYEN, CUONG DUC |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A-16090-91143
SOC Code: 513022  Skill Level: 1

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local USCIS office to obtain Form I-485, Application to Register Permanent Residence or Adjust Status. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local USCIS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

**Customer Service Telephone: 800-375-5283**



Form I-797 (Rev. 01/31/05) N



**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, CUONG DUC |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 24 FEB 2022 |
| Case No: | HCM2017650012 |
| Confirmation No: | AA0073QXLM |



H C M 2 0 1 7 6 5 0 0 1 2

**THIS IS NOT A VISA**



A A 0 0 7 3 Q X L M

Version 1.4




MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 17, 2021

NVC Case Number: HCM2017650012

DEAR CUONG NGUYEN:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS)
reaffirmed this petition. You will receive instructions regarding further processing of this
petition.

| | |
|---|---|
| Case Number: | HCM2017650012 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | NGUYEN, CUONG DUC |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 30MAR2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.11/17/2021]



CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

T/L CỤC TRƯỞNG
*For the Director*

P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**

| | |
|---|---|
| Loại / *Type* | Mã số / *Code* |
| P | VNM |

Số hộ chiếu / *Passport N°*
**C1299079**

Họ và tên / *Full name*
**NGUYỄN ĐỨC CƯỜNG**

Quốc tịch / *Nationality* — VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
**ĐỒNG NAI**

Giới tính / *Sex*
**NAM / M**

Số GCMND / *ID card N°*
**271431916**

Ngày cấp / *Date of issue*
**26 / 01 / 2016**

Có giá trị đến / *Date of expiry*
**26 / 01 / 2026**

Nơi cấp / *Place of issue*
**Cục Quản lý xuất nhập cảnh**

```
P<VNMNGUYEN<<DUC<CUONG<<<<<<<<<<<<<<<<<<<<<<<<<
C1299079<5VNM8004130M2601261271431916<<<<68
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790086079 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 11/21/2016 | 03/31/2016 | WAYNE FARMS LLC, | |
| Notice Date | Page | Beneficiary | |
| 04/28/2017 | 1 of 1 | NGUYEN, LAM DUY | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:**
**ETA Case Number:** A1609191293
**SOC Code:** 513022  **Skill Level:** 1
**Work Site:** DANVILLE AR

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



**Customer Service Telephone: 800-375-5283**

Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, LAM DUY |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 12 APR 2022 |
| Case No: | HCM2017652014 |
| Confirmation No: | AA00AQI4RL |



H C M 2 0 1 7 6 5 2 0 1 4

**THIS IS NOT A VISA**

A A 0 0 A Q I 4 R L

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**

| Loại / Type | Mã số / Code | Số hộ chiếu / Passport Nº |
|---|---|---|
| P | VNM | C0826302 |

Họ và tên / *Full name*
NGUYỄN DUY LÂM

Quốc tịch / *Nationality*   VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*   Nơi sinh / *Place of birth*
BẾN TRE
Số GCMND / *ID card Nº*

Giới tính / *Sex*
NAM / M   321161111

Ngày cấp / *Date of issue*   Có giá trị đến / *Date of expiry*
27 / 08 / 2015   27 / 08 / 2025

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<DUY<LAM<<<<<<<<<<<<<<<<<<<<<<<<<<
C0826302<3VNM8306122M2508278321161111<<<<<58

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1790086074 | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 11/21/2016 | Priority Date 03/31/2016 | Petitioner WAYNE FARMS LLC, |
| Notice Date 04/28/2017 | Page 1 of 1 | Beneficiary NGUYEN, TRUONG NHAT |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1609191290
SOC Code: 513022  Skill Level: 1
Work Site: DANVILLE AR

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909, NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



August 23, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



U.S. Citizenship
and Immigration
Services



SRC1790086074

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

RE: TRUONG NHAT NGUYEN
I-140, Immigrant Petition for Alien Worker

## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS
LLC on November 21, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the
Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on April 28, 2017 and
forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration
benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner
must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the
beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm.
1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is
more likely than not that the petitioner has established eligibility for the requested benefit. Therefore,
USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1321



AUG 30 2021 PM 8 7

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, TRUONG NHAT |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 07 FEB 2022 |
| Case No: | HCM2017656009 |
| Confirmation No: | AA00ACMH9F |



**THIS IS NOT A VISA**



Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / *PASSPORT***

| | | |
|---|---|---|
| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport Nᵒ* |
| P | VNM | C1121427 |

Họ và tên / *Full name*
**NGUYỄN NHẬT TRƯỜNG**

Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*       Nơi sinh / *Place of birth*
                                  QUẢNG NGÃI

Giới tính / *Sex*                 Số GCMND / *ID Card Nᵒ*
NAM / M                           051089000008

Ngày cấp / *Date of issue*        Có giá trị đến / *Date of expiry*
16 / 02 / 2016                    16 / 02 / 2026

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<NHAT<TRUONG<<<<<<<<<<<<<<<<<<<<<
C1121427<4VNM8912112M2602165051089000008<<72

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type |
|---|---|---|
| SRC1790063351 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| **Received Date** | **Priority Date** | **Petitioner** |
| 11/07/2016 | 04/01/2016 | WAYNE FARMS LLC, |
| **Notice Date** | **Page** | **Beneficiary** |
| 04/13/2017 | 1 of 1 | PHAM, SON HONG |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:**
**ETA Case Number:** A1609292015
**SOC Code:** 513022  **Skill Level:** 1
**Work Site:** DANVILLE AR

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH **03801-2909**. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings. .

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PHAM, SON HONG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 22 AUG 2022 |
| Case No: | HCM2017635001 |
| Confirmation No: | AA00B5ZYK3 |

H C M 2 0 1 7 6 3 5 0 0 1

**THIS IS NOT A VISA**

A A 0 0 B 5 Z Y K 3

Version 1.4

CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM · SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

| Loại / Type | Mã số / Code | Số hộ chiếu / Passport N° |
|---|---|---|
| P | VNM | C1338264 |

Họ và tên / Full name
PHẠM HỒNG SƠN

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth
16 / 09 / 1988

Nơi sinh / Place of birth
QUẢNG NAM

Giới tính / Sex
NAM / M

Số CCCD/ID / ID card N°
205320560

Ngày cấp / Date of issue
03 / 03 / 2026

Có giá trị đến / Date of expiry

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh



CƠ QUAN CẤP HỘ CHIẾU
ISSUING AUTHORITY
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
T/L. CỤC TRƯỞNG
For the Director
P. Trưởng Phòng
Deputy Chief of Division

*Lê Xuân Hảo*

Chữ ký người mang hộ chiếu
Signature of bearer

P<VNMPHAM<<HONG<SON<<<<<<<<<<<<<<<<<<<<<<<<
C1338264<1VNM8809162M2603036205320560<<<<96

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790093201 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 11/25/2016 | 04/01/2016 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 04/29/2017 | 1 of 1 | PHAM, THANH QUOC | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1609191707
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

September 28, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



**U.S. Citizenship and Immigration Services**



SRC1790093201

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

RE: THANH QUOC PHAM
I-140, Immigrant Petition for Alien Worker



### NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on November 25, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on April 29, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is reaffirming the approval of this Form I-140.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM2012

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PHAM, THANH QUOC |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 24 MAY 2022 |
| Case No: | HCM2017643014 |
| Confirmation No: | AA00AMZVJ3 |



H C M 2 0 1 7 6 4 3 0 1 4

**THIS IS NOT A VISA**

A A 0 0 A M Z V J 3

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH / *Immigration Department*

T/L CỤC TRƯỞNG / *For the Director*

P. Trương Phong

*Deputy Chief of Division*

Nguyễn Thị Phượng

Chữ ký người mang hộ chiếu / *Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU** / *PASSPORT*

| | | |
|---|---|---|
| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport Nº* |
| P | VNM | C3642265 |

Họ và tên / *Full name*
**PHẠM QUỐC THANH**

Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*        Nơi sinh / *Place of birth*
                                   **ĐỒNG NAI**

Giới tính / *Sex*                  Số GCMND / *ID Card Nº*
**NAM / M**                        271075165

Ngày cấp / *Date of issue*         Có giá trị đến / *Date of expiry*
**05 / 07 / 2017**                 **05 / 07 / 2027**

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMPHAM<<QUOC<THANH<<<<<<<<<<<<<<<<<<<<<<<<
C3642265<2VNM7303157M2707059271075165<<<<<22

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number SRC1790063273 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 11/07/2016 | Priority Date 03/31/2016 | Petitioner WAYNE FARMS LLC, |
| Notice Date 04/19/2017 | Page 1 of 1 | Beneficiary PHAM, HIEU THANH |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1609191335
SOC Code: 513022  Skill Level: 1
Work Site: DANVILLE AR

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does nor in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/06) N

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PHAM, HIEU THANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 27 MAY 2022 |
| Case No: | HCM2017638026 |
| Confirmation No: | AA00ASIJSB |



**THIS IS NOT A VISA**



Version 1.4

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 17, 2021

NVC Case Number: HCM2017638026

DEAR HIEU PHAM:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS)
reaffirmed this petition. You will receive instructions regarding further processing of this
petition.

Case Number:                        HCM2017638026
Petitioner's Name:                  WAYNE FARMS LLC, MICHELLE SWAFFORD
Beneficiary's Name:                 PHAM, HIEU THANH
Preference Category:                EW – OTHER WORKERS
Priority Date:                      31MAR2016
Foreign State Chargeability:        VIETNAM
U.S. Embassy/Consulate:             HO CHI MINH CITY

[AAP.11/17/2021]

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Mã số / Code
VNM

Số hộ chiếu / Passport Nº
C6461870

Họ và tên / Full name
PHẠM THANH HIẾU

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth
13 / 12 / 2018

Nơi sinh / Place of birth
TIỀN GIANG

Giới tính / Sex
NAM / M

Số GCMND / ID Card
321308713

Ngày cấp / Date of issue
13 / 12 / 2018

Có giá trị đến / Date of expiry
13 / 12 / 2028

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

P<VNMPHAM<<THANH<HIEU<<<<<<<<<<<<<<<<<<<
C6461870<8VNM8702207M2812129321308713<<<<<<26

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number SRC17xxxxx-75 | | Case Type I140 — IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date | Priority Date | Petitioner WAYNE FARMS LLC | |
| Notice Date | Page 1 of 1 | Beneficiary PHAN LY THI | |

WAYNE FARMS LLC
c/o OLIVIA ORZA

Notice Type: Approval Notice
Section: Other Workers, Sec. 203(b)(3) A or B
Consulate:
ETA Case Number: A1609091106
SOC Code: 513022  Skill Level: 1
Work Site: DANVILLE AR

We have notice of an official notice about this case and any relevant documentation according to the binding preference copy to show on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

### What the Official Notice Said

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need a visa number. Pulse determines which consulate serves the appropriate consulate and where a visa petition is sent. The NVC will then forward the approved petition to the U.S. consulate.

There, a duplicate will USCIS action on your petition. You should advise the appropriate U.S. consulate or State Department of the status of the NVC. If you have to forward any correspondence, send the NVC rather than your employer. You may contact the NVC by email at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. Be sure to receive a confirmation about your petition. If you will need to include the Petitioner's name and date of birth and any applicant's name and date of birth in the body of the e-mail.

The NVC will notify the petitioner when a visa petition is ready to move forward in its processing steps.

The approval of this visa petition is toward merit granting immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States of America, status or change or adjustment of status.

This courtesy copy may not be used to learn or establish situation to determine the filing of processing action based on this case.

### THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may submit the ONO by way of the ombudsman or phone 202-205-2417 or fax 202-481-5711.

NOTICE: Although this application treatment has been approved. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before, and at, after making a determination of any of your visa status, that you have a petition with applicable laws, rules, regulations, and other legal authorities. We may conduct this information in a records contact, observing that the interior of these consulate or inspection and thoroughness and consistency to use that methods be it verify petition. We will use the information obtained to determine whether or not eligible for a the benefit you seek. If we make a determination of a record shown the law to determine whether to provide you and the administrative agencies in Form G-28 that are submitted over a copy in a time with those that do to be on notice, to make a factual determination of your case or staff proceedings.

Please see the additional information in the back. You will be notified separately about any other cases you filed.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 854888 - DEPT N
Mesquite TX 75185-4888

Customer Service Telephone: 800-375-5283



**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PHAN, LY THI |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 07 JUN 2022 |
| Case No: | HCM2017656010 |
| Confirmation No: | AA00ANYTDZ |



H C M 2 0 1 7 6 5 6 0 1 0

**THIS IS NOT A VISA**

A A 0 0 A N Y T D Z

Version 1.4

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 18, 2021

NVC Case Number: HCM2017656010

DEAR LY PHAN:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017656010 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | PHAN, LY THI |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 30MAR2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.11/18/2021]

CƠ QUAN CẤP/HỌ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng phòng
*Deputy Chief of Division*

Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*



Loại / *Type*   Mã số / *Code*   Số hộ chiếu / *Passport N*
P            VNM              **C3641316**

Họ và tên / *Full name*
**PHAN THỊ LÝ**
Quốc tịch / *Nationality*   VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*   Nơi sinh / *Place of birth*
**ĐỒNG NAI**
Giới tính / *Sex*   Số GCMND / *ID Card N*
**NỮ / F**        270674517
Ngày cấp / *Date of issue*   Có giá trị đến / *Date of expiry*
**12 / 07 / 2017**   **12 / 07 / 2027**
Nơi cấp / *Place of issue*
**Cục Quản lý xuất nhập cảnh**

P<VNMPHAN<<THI<LY<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
C3641316<8VNM6508276F2707129270674517<<<<<74

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
| --- | --- | --- |
| SRC171-565-74 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| Received Date | Priority Date | Petitioner |
| 12.22.2016 | 04.01.2019 | WAYNE FARMS LLC |
| Notice Date | Page | Beneficiary |
| 06.28.2017 | 1 of 1 | TRAN, OANH HOANG |

WAYNE FARMS LLC
c/o OLIVIA ORZA

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)A(iii)
Consulate:
ETA Case Number: A1609292009
SOC Code: 513022  Skill Level: 1
Work Site: DANVILLE AR

We have mailed an official notice about this case and any relevant documentation according to the mailing preferences you chose on Form G-28. Notice of Appeal on this Notice is also part of this notice. This is a courtesy copy, not the official notice.

### What the Official Notice Said

The above petition has been approved. We have sent the Department of State National Visa Center (NVC) at 32 Rochester Avenue, Portsmouth, NH 03801-2909, NVC processing and assigns immigrant visa petitions to a consulate abroad. If the beneficiary chooses to adjust status, the approved consulate completes processing. The NVC will be the one responsible for the processing.

This completes all USCIS action on this petition. If you decide to file a return or to apply for adjustment of status, processing is to be coordinated by the NVC. If you have not received any notice, please inform the NVC when the case has been completed by the NVC. Should you mail it to NVC if this case is ready, you can correspond with the USCIS receipt number from the approved notice in the subject line. In order to receive information about your petition, you will need to contact the Petitioner and/or the law offices and/or applicant resources, and this in part, in part, or at the term, and all.

The NVC will contact the consulate when they begin immigrant visa processing visits.

The approval on this visa petition cannot authorize that status for the alien. If the alien does not remain, this petition has eligibility, to certain laws and...

This courtesy copy may not be used to take in place of a letter that is issued or with the filing of processing adjustments in the case.

### THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act reduces the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this approval of this form is not yet approved USCIS and the U.S. Department of Homeland Security reserves the right to verify this information that is used in and along a determination of if you have reason to doubt that you have certain, we with applicable laws... we and other laws if this... We may notice public information... to provide contact others by mail, in internet or phone, to assist requesting to of businesses and individuals to use information to provide... We will use the information internal to your... whether you are eligible to the benefit you seek. If we find any information, your may be asked how the laws, documents, when it is to verify your status the legal representations. Indicated on your I-140 or I-28, if you are not in compliance or may then you are missing or do not the standard status, assessment of your case in that term case files.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. BOX 851488 DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | TRAN, OANH HOANG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 20 MAY 2022 |
| Case No: | HCM2017652010 |
| Confirmation No: | AA00AJTWDN |



HCM2017652010

THIS IS NOT A VISA



AA00AJTWDN

Version 1.4

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 18, 2021

NVC Case Number: HCM2017652010

DEAR OANH TRAN:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition.  You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017652010 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | TRAN, OANH HOANG |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 01APR2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.11/18/2021]



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**



Loại / *Type*　Mã số / *Code*　Số hộ chiếu / *Passport N°*
P　　　　VNM　　　C9718916

Họ và tên / *Full name*
**TRẦN HOÀNG OANH**

Quốc tịch / *Nationality*　　VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*　Nơi sinh / *Place of birth*
　　　　　　　　　　　　　**KIÊN GIANG**

Giới tính / *Sex*　　　　Số GCMND / *ID card N°*
**NỮ / F**　　　　　　091184012996

Ngày cấp / *Date of issue*　Có giá trị đến / *Date of expiry*
14 / 01 / 2022　　　　14 / 01 / 2032

Nơi cấp / *Place of issue*
**Cục Quản lý xuất nhập cảnh**

```
P<VNMTRAN<<HOANG<OANH<<<<<<<<<<<<<<<<<<<<<<<<<<
C9718916<3VNM8411073F3201141091184012996<<46
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1790134158 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 12/16/2016 | Priority Date 03/31/2016 | Petitioner WAYNE FARMS LLC, | |
| Notice Date 04/17/2017 | Page 1 of 1 | Beneficiary VO, NGAN NGOC KIM | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1609191473
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | VO, NGAN NGOC KIM |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 13 JUL 2022 |
| Case No: | HCM2017625026 |
| Confirmation No: | AA007C347Y |



H C M 2 0 1 7 6 2 5 0 2 6

**THIS IS NOT A VISA**

A A 0 0 7 C 3 4 7 Y

Version 1.4

September 22, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



U.S. Citizenship
and Immigration
Services



SRC1790134158

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

RE: NGAN NGOC KIM VO
I-140, Immigrant Petition for Alien Worker

## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on December 16, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 April 17, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is more likely than not that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1969



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**

Loại / *Type*
P

Mã số / *Code*
VNM

Số hộ chiếu / *Passport N°*
K0187773

Họ và tên / *Full name*
VÕ NGỌC KIM NGÂN

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
THỪA THIÊN - HUẾ

Số GCMND / *ID card N°*
046194001233

Giới tính / *Sex*
NỮ / F

Ngày cấp / *Date of issue*
06 / 04 / 2022

Có giá trị đến / *Date of expiry*
06 / 04 / 2032

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMVO<<NGOC<KIM<NGAN<<<<<<<<<<<<<<<<<<<<<<<<
K0187773<3VNM9409064F3204061046194001233<<32

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number SRC1690413319 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 09/02/2016 | Priority Date 03/31/2016 | Petitioner WAYNE FARMS LLC | |
| Notice Date 04/16/2018 | Page 1 of 1 | Beneficiary VO, THUAN TAN | |

| WAYNE FARMS LLC c/o MICHELLE SWAFFORD | Notice Type: Approval Notice Section: Other Workers, Sec.203(b)(3)(A)(iii) Consulate: NVC ETA Case Number: A1609191687 SOC Code: 000000 |
|---|---|

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | VO, THUAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 31 JAN 2022 |
| Case No: | HCM2018683024 |
| Confirmation No: | AA008W9UJT |

H C M 2 0 1 8 6 8 3 0 2 4

**THIS IS NOT A VISA**

A A 0 0 8 W 9 U J T

Version 1.4





P<VNMVO<<TAN<THUAN<<<<<<<<<<<<<<<<<<<<<<<<<<<
C1472649<7VNM9206045M2603298212661541<<<<<<88

HỘ CHIẾU / PASSPORT

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

Loại / Type
P

Mã số / Code
VNM

Số hộ chiếu / Passport No
C1472649

Họ và tên / Full name
VÕ TẤN THUẬN

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth
29 / 03 / 2016

Nơi sinh / Place of birth
QUẢNG NGÃI

Giới tính / Sex
NAM / M

Số GCMND / ID card No
212661541

Ngày cấp / Date of issue
29 / 03 / 2016

Có giá trị đến / Date of expiry
29 / 03 / 2026

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Lê Xuân Hảo

Chữ ký người mang hộ chiếu
*Signature of bearer*

CHỨNG THỰC BẢN SAO
ĐÚNG VỚI BẢN CHÍNH
Số chứng thực
Ngày 21 tháng 07 năm 2018
Quyển số 07 2018 - SCTh

TRƯỞNG PHÒNG TƯ PHÁP QUẬN 1

Bùi Văn Chỉnh

Department of Homeland Security
S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790063274 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 11/07/2016 | 04/01/2016 | WAYNE FARMS LLC, | |
| Notice Date | Page | Beneficiary | |
| 04/13/2017 | 1 of 1 | VO, DUONG THI CHIEU | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1609292018
SOC Code: 513022  Skill Level: 1
Work Site: DANVILLE AR

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | VO, DUONG THI CHIEU |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 11 MAR 2022 |
| Case No: | HCM2017630022 |
| Confirmation No: | AA00ANA55T |



**THIS IS NOT A VISA**

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng phòng

Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport Nº* |
|---|---|---|
| P | VNM | C4374846 |

Họ và tên / *Full name*
VÕ THỊ CHIÊU DƯƠNG

Quốc tịch / *Nationality*     VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*   Nơi sinh / *Place of birth*
                              TP. HỒ CHÍ MINH
Giới tính / *Sex*             Số GCMND / *ID Card Nº*
NỮ / F                        079173005838
Ngày cấp / *Date of issue*    Có giá trị đến / *Date of expiry*
06 / 02 / 2018                06 / 02 / 2028
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMVO<<THI<CHIEU<DUONG<<<<<<<<<<<<<<<<<<<<<
C4374846<4VNM7301142F2802068079173005838<<98

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | | Case Type | |
| SRC1690405785 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 08/29/2016 | 04/15/2016 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 08/13/2021 | 1 of 1 | VU, PHONG | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: HO CHI MINH CITY
ETA Case Number: A1610697729
SOC Code: 513022
Work Site: DANVILLE AR

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

**What the Official Notice Said**

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C  04/01/19

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | VU, PHONG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 04 JAN 2022 |
| Case No: | HCM2021773005 |
| Confirmation No: | AA00AJIW7V |

H C M 2 0 2 1 7 7 3 0 0 5

**THIS IS NOT A VISA**

A A 0 0 A J I W 7 V

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Mã số / Code
VNM

Số hộ chiếu / Passport Nº
C2700366

Họ và tên / Full name

**VŨ PHONG**

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth

Nơi sinh / Place of birth
**ĐỒNG NAI**

Giới tính / Sex

Số GCMND / ID Card Nº
271376938

**NAM / M**
Ngày cấp / Date of issue

Có giá trị đến / Date of expiry
10 / 01 / 2027

**10 / 01 / 2017**
Nơi cấp / Place of issue

Cục Quản lý xuất nhập cảnh

P<VNMVU<<PHONG<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
C2700366<0VNM8010270M2701105271376938<<<<<44

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number SRC1790057842 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 11/03/2016 | Priority Date 02/10/2016 | Petitioner WAYNE FARMS LLC, | |
| Notice Date 04/13/2017 | Page 1 of 1 | Beneficiary BUI, VU THANH | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFARD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1604171727
SOC Code: 513023  Skill Level: 1
Work Site: DOBSON NC

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | BUI, VU THANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 24 FEB 2022 |
| Case No: | HCM2017630029 |
| Confirmation No: | AA007C3GRW |



H C M 2 0 1 7 6 3 0 0 2 9

**THIS IS NOT A VISA**

A A 0 0 7 C 3 G R W

Version 1.4

3

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng phòng
*Deputy Chief of Division*

Ngô Duy Thành

Chữ ký người mang hộ chiếu
*Signature of bearer*



Chứng thực bản sao đúng với bản chính
Số chứng thực........................quyển số.........0.1SCT/BS
Ngày......10.tháng....5....năm...17.....
TRƯỞNG PHÒNG

Đặng Thị Thanh Tịnh

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / *PASSPORT*   Loại / *Type*   Mã số / *Code*   Số hộ chiếu / *Passport n°*
P   VNM   C3103949

Họ và tên / *Full name*
BÙI THANH VŨ
Quốc tịch / *Nationality*   VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*   Nơi sinh / *Place of birth*
Giới tính / *Sex*   QUẢNG NGÃI
NAM / M   Số GCMND / *ID card n°*
Ngày cấp / *Date of issue*   212178886
03 / 05 / 2017   Có giá trị đến / *Date of expiry*
Nơi cấp / *Place of issue*   03 / 05 / 2027
Cục Quản lý xuất nhập cảnh

P<VNMBUI<<THANH<VU<<<<<<<<<<<<<<<<<<<<<<<<<<<
C3103949<7VNM8212203M2705035212178886<<<<<16

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1717150301 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 06/01/2017 | Priority Date 09/28/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 06/13/2017 | Page 1 of 1 | Beneficiary DANG, KHANH QUOC |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A 16266 55450
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | DANG, KHANH QUOC |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 08 MAR 2023 |
| Case No: | HCM2017699017 |
| Confirmation No: | AA00B4NG8Z |



H C M 2 0 1 7 6 9 9 0 1 7

**THIS IS NOT A VISA**



A A 0 0 B 4 N G 8 Z

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**

Loại / *Type*
P

Mã số / *Code*
VNM

Số hộ chiếu / *Passport N°*
C2733923

Họ và tên / *Full name*
**ĐẶNG QUỐC KHÁNH**

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
**KHÁNH HÒA**
Số GCMND / *ID Card N°*

Giới tính / *Sex*
**NAM / M**

Ngày cấp / *Date of issue*
**17 / 01 / 2017**

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

225211650

Có giá trị đến / *Date of expiry*
**17 / 01 / 2027**

```
P<VNMDANG<<QUOC<KHANH<<<<<<<<<<<<<<<<<<<<<<<<<
C2733923<9VNM8405210M2701172225211650<<<<<06
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type |
|---|---|---|
| SRC1790374546 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| **Received Date** | **Priority Date** | **Petitioner** |
| 03/28/2017 | 09/08/2016 | WAYNE FARMS LLC, |
| **Notice Date** | **Page** | **Beneficiary** |
| 04/27/2017 | 1 of 1 | HA, HUY DANG |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** A1624548632
**SOC Code:** 513022  **Skill Level:** I

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

September 28, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



**U.S. Citizenship
and Immigration
Services**



SRC1790374546

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

RE: HUY DANG HA
I-140, Immigrant Petition for Alien Worker

## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS
LLC on March 28, 2017 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the
Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on April 27, 2017 and
forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration
benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner
must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the
beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm.
1989). After a careful review and analysis of all evidence within the record, USCIS finds that the
petitioner has established eligibility for the requested benefit. Therefore, USCIS is reaffirming the
approval of this Form I-140.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM2012

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

                    AFSYSGEN

November 8, 2021

NVC Case Number: HCM2017644004

DEAR HUY HA:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

Case Number:                  HCM2017644004
Petitioner's Name:            WAYNE FARMS LLC, MICHELLE SWAFFORD
Beneficiary's Name:           HA, HUY DANG
Preference Category:          EW - OTHER WORKERS
Priority Date:                08SEP2016
Foreign State Chargeability:  VIETNAM
U.S. Embassy/Consulate:       HO CHI MINH CITY

[AAP.11/08/2021]

# U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | HA, HUY DANG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 20 MAY 2022 |
| Case No: | HCM2017644004 |
| Confirmation No: | AA00734ZOK |



H C M 2 0 1 7 6 4 4 0 0 4

**THIS IS NOT A VISA**



A A 0 0 7 3 4 Z O K

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**

Loại / *Type*  Mã số / *Code*  Số hộ chiếu / *Passport N⁰*
P  VNM  C1941557

Họ và tên / *Full name*

**HÀ ĐĂNG HUY**
Quốc tịch / *Nationality*  VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*  Nơi sinh / *Place of birth*

TP. HỒ CHÍ MINH
Giới tính / *Sex*  Số GCMND / *Id Card*

022696227
NAM / M  Có giá trị đến / *Date of expiry*
Ngày cấp / *Date of issue*

10 / 08 / 2016  10 / 08 / 2026
Nơi cấp / *Place of issue*



Cục Quản lý xuất nhập cảnh

P<VNMHA<<DANG<HUY<<<<<<<<<<<<<<<<<<<<<<<<<<<<
C1941557<8VNM7412062M2608101022696227<<<<<00

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1790080314 | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 11/17/2016 | Priority Date 01/15/2016 | Petitioner WAYNE FARMS LLC, | |
| Notice Date 04/28/2017 | Page 1 of 1 | Beneficiary HO, TRAM THI HUYNH | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1601561863
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

September 23, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



**U.S. Citizenship and Immigration Services**

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP



SRC1790080314

RE: TRAM THI HUYNH HO
I-140, Immigrant Petition for Alien Worker

## **NOTICE OF REAFFIRMATION**

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on November 17, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on April 28, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is more likely than not that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1969



**U.S. DEPARTMENT** *of* **STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

**Thank You**

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

**Next Step**

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

**Your Visa Interview**

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | HO, TRAM THI HUYNH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 17 MAR 2022 |
| Case No: | HCM2017656007 |
| Confirmation No: | AA00AKULT3 |



H C M 2 0 1 7 6 5 6 0 0 7

**THIS IS NOT A VISA**

A A 0 0 A K U L T 3

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

CHỨNG THỰC BẢN SAO ĐÚNG VỚI BẢN CHÍNH
VĂN PHÒNG CÔNG CHỨNG NGUYỄN THANH ĐÌNH
SCT/CC-BS
Số:.........../Quyển số:...........
Ngày.....tháng.....năm 20....
CÔNG CHỨNG VIÊN

---

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU** / *PASSPORT*

Loại / *Type*      Mã số / *Code*      Số hộ chiếu / *Passport N⁰*
P                  VNM                 **C0967151**

Họ và tên / *Full name*

**HỒ THỊ HUỲNH TRÂM**
Quốc tịch / *Nationality*        VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*      Nơi sinh / *Place of birth*

                                 **CẦN THƠ**
Giới tính / *Sex*                Số GCMND / *ND card N⁰*

**NỮ / F**                       362209076
Ngày cấp / *Date of issue*       Có giá trị đến / *Date of expiry*

**04 / 01 / 2016**               04 / 01 / 2026
Nơi cấp / *Place of issue*

Cục Quản lý xuất nhập cảnh



P<VNMHO<<THI<HUYNH<TRAM<<<<<<<<<<<<<<<<<<<<<<<
C0967151<5VNM8803218F2601043362209076<<<<16

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

THE UNITED STATES OF AMERICA

| Receipt Number SRC1715150320 | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 05/03/2017 | Priority Date 08/27/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 05/10/2017 | Page 1 of 1 | Beneficiary HOANG, MINH ANH |

| | |
|---|---|
| WAYNE FARMS LLC<br>c/o MICHELLE SWAFFORD | Notice Type: Approval Notice<br>Section: Other Workers, Sec.203(b)(3)(A)(iii)<br>Consulate: NVC<br>ETA Case Number: A 16238 46456<br>SOC Code: 513022  Skill Level: 1<br>Work Site: DOBSON NC |

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



## U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | HOANG, MINH ANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 14 APR 2022 |
| Case No: | HCM2017670010 |
| Confirmation No: | AA00AN2GYH |



H C M 2 0 1 7 6 7 0 0 1 0

**THIS IS NOT A VISA**



A A 0 0 A N 2 G Y H

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
|---|---|---|
| P | VNM | C1945752 |

Họ và tên / *Full name*
**HOÀNG ANH MINH**

Quốc tịch / *Nationality*  VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*  Nơi sinh / *Place of birth*
**ĐỒNG NAI**

Giới tính / *Sex*  Số GCMND / *ID card N°*
025769554

**NAM / M**

Ngày cấp / *Date of issue*  Có giá trị đến / *Date of expiry*
**04 / 08 / 2016**  **04 / 08 / 2026**

Nơi cấp / *Place of issue*
**Cục Quản lý xuất nhập cảnh**

P<VNMHOANG<<ANH<MINH<<<<<<<<<<<<<<<<<<<<<<<<<
C1945752<7VNM8308274M2608042025769554<<<<<18

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1714450337 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 04/24/2017 | Priority Date 08/27/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 05/01/2017 | Page 1 of 1 | Beneficiary HOANG, CHUNG VAN |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A 16238 46446
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

## U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | HOANG, CHUNG VAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 02 MAR 2022 |
| Case No: | HCM2017643007 |
| Confirmation No: | AA00ADDD91 |



H C M 2 0 1 7 6 4 3 0 0 7

**THIS IS NOT A VISA**



A A 0 0 A D D D 9 1

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Chữ ký người mang hộ chiếu
*Signature of bearer*

---

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM · *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / *PASSPORT***

| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
|---|---|---|
| P | VNM | C2371577 |

Họ và tên / *Full name*
**HOÀNG VĂN CHUNG**
Quốc tịch / *Nationality*　　　VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*　　Nơi sinh / *Place of birth*
　　　　　　　　　　　　　THANH HOÁ
Giới tính / *Sex*　　　　　Số GCMND / *ID Card N°*
NAM / M　　　　　　　038082000688
Ngày cấp / *Date of issue*　　Có giá trị đến / *Date of expiry*
21 / 02 / 2017　　　　　21 / 02 / 2027
Nơi cấp / *Place of issue*
　　Cục Quản lý xuất nhập cảnh

P<VNMHOANG<<VAN<CHUNG<<<<<<<<<<<<<<<<<<<<<<<<<
C2371577<0VNM8203210M2702216038082000688<<74

## THE UNITED STATES OF AMERICA

**I-797 | NOTICE OF ACTION |** DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number SRCI716750269 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 05/25/2017 | Priority Date 09/23/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 09/07/2017 | Page 1 of 1 | Beneficiary LE, SANG QUANG |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:**
**ETA Case Number:** A 16259 53202
**SOC Code:** 513022 **Skill Level:** 1
**Work Site:** DOBSON NC

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing stops.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

FORM I-797 [REV. 08/01/16]





MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 9, 2021

NVC Case Number: HCM2017771055

DEAR SANG LE:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS)
reaffirmed this petition. You will receive instructions regarding further processing of this
petition.

| | |
|---|---|
| Case Number: | HCM2017771055 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | LE, SANG QUANG |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 23SEP2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.11/09/2021]

## U.S. DEPARTMENT of STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LE, SANG QUANG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 28 MAR 2022 |
| Case No: | HCM2017771055 |
| Confirmation No: | AA00AONKU5 |



H C M 2 0 1 7 7 7 1 0 5 5



A A 0 0 A O N K U 5

**THIS IS NOT A VISA**                    Version 1.4



CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Mã số / Code
VNM

Số hộ chiếu / Passport N°
C4379914

Họ và tên / Full name
LÊ QUANG SANG

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth

Giới tính / Sex
NAM / M

Nơi sinh / Place of birth
TP. HỒ CHÍ MINH

Ngày cấp / Date of issue
21 / 12 / 2017

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

Số GCMND / ID
024276663

Có giá trị đến / Date of expiry
21 / 12 / 2027

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

P<VNMLE<<QUANG<SANG<<<<<<<<<<<<<<<<<<<<<<
C4379914<3VNM8710064M2712217024276663<<<<<44