**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type |
|---|---|---|
| SRC1690331612 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| Received Date | Priority Date | Petitioner |
| 07/11/2016 | 10/22/2015 | WAYNE FARMS LLC |
| Notice Date | Page | Beneficiary |
| 06/01/2017 | 1 of 1 | NGUYEN, KHANH HUNG |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: NA
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



August 18, 2021

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



**U.S. Citizenship and Immigration Services**

WAYNE FARMS LLC
c/o OLIVIA ORZA



SRC1690331612

RE: KHANH HUNG NGUYEN
I-140, Immigrant Petition for Alien Worker



## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on July 11, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on June 1, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is more likely than not that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1290

AUG 3 1 2021 AM 17

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, KHANH HUNG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 07 APR 2022 |
| Case No: | HCM2017684008 |
| Confirmation No: | AA00AQECQJ |

H C M 2 0 1 7 6 8 4 0 0 8

**THIS IS NOT A VISA**

A A 0 0 A Q E C Q J

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / ISSUING AUTHORITY:
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
TL. CỤC TRƯỞNG

Đặng Tuấn Long

Chữ ký người mang hộ chiếu
Signature of bearer

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type : P    Mã số / Code : VNM    Số hộ chiếu / Passport №
C0686696

Họ và tên / Full name
NGUYỄN HÙNG KHANH

Quốc tịch / Nationality    VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth

Nơi sinh / Place of birth
TP. ĐÀ NẴNG

Giới tính / Sex    Số GCMND / ID card №
NAM / M    272634194

Ngày cấp / Date of issue    Có giá trị đến / Date of expiry
03 / 08 / 2015    03 / 08 / 2025

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<HUNG<KHANH<<<<<<<<<<<<<<<<<<<<
C0686696<1VNM7010099M2508038272634194<<<<08

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790323417 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 03/06/2017 | 10/03/2016 | WAYNE FARMS LLC. | |
| Notice Date | Page | Beneficiary | |
| 04/20/2017 | 1 of 1 | LE, HONG THI THU | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec. 203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1627257225
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LE, HONG THI THU |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 11 APR 2022 |
| Case No: | HCM2017636019 |
| Confirmation No: | AA00AL7LFB |

H C M 2 0 1 7 6 3 6 0 1 9

**THIS IS NOT A VISA**

A A 0 0 A L 7 L F B

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*
P

Mã số / *Code*
VNM

Số hộ chiếu / *Passport Nº*
C9704988

Họ và tên / *Full name*
LÊ THỊ THU HỒNG

Quốc tịch / *Nationality*
VIỆT NAM, / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
TPHO CHI MINH

Giới tính / *Sex*
NỮ / F.

Số CCCD / *ID Card Nº*
079174015515

Ngày cấp / *Date of issue*
14 / 01 / 2022

Có giá trị đến / *Date of expiry*
14 / 01 / 2032

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Nguyễn Thị Phượng

Chữ ký người mang hộ chiếu
*Signature of bearer*

3

P<VNMLE<<THI<THU<HONG<<<<<<<<<<<<<<<<<<
C9704988<9VNM7408199F3201141079174015515<<36

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

THE UNITED STATES OF AMERICA

| Receipt Number SRC1690323167 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 07/05/2016 | Priority Date 01/15/2016 | Petitioner WAYNE FARMS LLC | |
| Notice Date 06/01/2017 | Page 1 of 1 | Beneficiary LE, VAN THI TUYET | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: NA
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

August 20, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



U.S. Citizenship
and Immigration
Services



SRC1690323167

WAYNE FARMS LLC
c/o MYUNG CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

RE: VAN THI TUYET LE
I-140, Immigrant Petition for Alien Worker

### NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on July 5, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on June 1, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is more likely than not that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1290

AUG 3 0 2021 PM 8 7



## U.S. DEPARTMENT *of* STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LE, VAN THI TUYET |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 17 MAR 2022 |
| Case No: | HCM2017684015 |
| Confirmation No: | AA00AKUMXL |



H C M 2 0 1 7 6 8 4 0 1 5

**THIS IS NOT A VISA**

A A 0 0 A K U M X L

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU /** *PASSPORT*

Loại / *Type*     Mã số / *Code*     Số hộ chiếu / *Passport N°*

P     VNM     **C1290361**

Họ và tên / *Full name*

**LÊ THỊ TUYẾT VÂN**

Quốc tịch / *Nationality*     **VIỆT NAM /** *VIETNAMESE*

Ngày sinh / *Date of birth*     Nơi sinh / *Place of birth*

**CẦN THƠ**

Giới tính / *Sex*     Số GCMND / *ID card N°*

**NỮ / F**     **092178000755**

Ngày cấp / *Date of issue*     Có giá trị đến / *Date of expiry*

**02 / 02 / 2016**     **02 / 02 / 2026**

Nơi cấp / *Place of issue*

**Cục Quản lý xuất nhập cảnh**

```
P<VNMLE<<THI<TUYET<VAN<<<<<<<<<<<<<<<<<<<<<<<
C1290361<0VNM7803299F2602028092178000755<<48
```

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

**CỤC QUẢN LÝ XUẤT NHẬP CẢNH**
*Immigration Department*

T/L CỤC TRƯỞNG
*For the Director*

PHÓ Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1690331830 | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 07/11/2016 | Priority Date 01/19/2016 | Petitioner WAYNE FARMS LLC | |
| Notice Date 06/01/2017 | Page 1 of 1 | Beneficiary LE, KHANH VAN | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: NA
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

**Customer Service Telephone: 800-375-5283**



Form I-797 (Rev. 01/31/05) N

# U.S. DEPARTMENT *of* STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LE, KHANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 14 JAN 2022 |
| Case No: | HCM2017684010 |
| Confirmation No: | AA007AETNM |



H C M 2 0 1 7 6 8 4 0 1 0

**THIS IS NOT A VISA**



A A 0 0 7 A E T N M

Version 1.4

BẢN SAO

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*
Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU** / *PASSPORT*



Loại / *Type*    Mã số / *Code*    Số hộ chiếu / *Passport Nº*
P              VNM              B9822269

Họ và tên / *Full name*
**LÊ VĂN KHÁNH**

Quốc tịch / *Nationality*    VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*    Nơi sinh / *Place of birth*
                               QUẢNG NAM

Giới tính / *Sex*             Số GCMND / *ID-card Nº*
NAM / M                       271693274
Ngày cấp / *Date of issue*    Có giá trị đến / *Date of expiry*
05 / 11 / 2014                05 / 11 / 2024
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMLE<<VAN<KHANH<<<<<<<<<<<<<<<<<<<<<<<<<<
B9822269<3VNM7607028M2411059271693274<<<<<72





Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797, Notice of Action

THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type |
|---|---|---|
| SRC1790039475 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| **Received Date** 10/24/2016 | **Priority Date** 10/25/2015 | **Petitioner** WAYNE FARMS LLC, |
| **Notice Date** 04/13/2017 | **Page** 1 of 1 | **Beneficiary** LY, MY NHA |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:**
**ETA Case Number:** A1529832063
**SOC Code:** 513022 **Skill Level:** 1
**Work Site:** DOBSON NC

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

**Customer Service Telephone:** 800-375-5283

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

October 7, 2021

NVC Case Number: HCM2017630023

DEAR MY LY:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS)
reaffirmed this petition. You will receive instructions regarding further processing of this
petition.

| | |
|---|---|
| Case Number: | HCM2017630023 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | LY, MY NHA |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 25OCT2015 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.10/07/2021]

# U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not PRINT a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LY, MY |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 12 JAN 2022 |
| Case No: | HCM2017630023 |
| Confirmation No: | AA006ZR8ZQ |



**THIS IS NOT A VISA**



Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

ĐSQ VIỆT NAM TẠI HÀN QUỐC
*Embassy of Viet Nam in the Republic of Korea*

TL. ĐẠI SỨ / *For the Ambassador*
Tham tán / *Counsellor*
... anh Văn

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

| | | |
|---|---|---|
| HỘ CHIẾU / *PASSPORT* | Loại / *Type* P | Mã số / *Code* VNM | Số hộ chiếu / *Passport N°* N2430647 |

Họ và tên / *Full name*
LÝ NHÃ MY

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
TP. HỒ CHÍ MINH

Giới tính / *Sex*
NỮ / F

Số GCMND / *ID card*
025170072

Ngày cấp / *Date of issue*
21/08/2021

Có giá trị đến / *Date of expiry*
21/08/2031

Nơi cấp / *Place of issue*
Xơ-un / Seoul

P<VNMLY<<NHA<MY<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
N2430647<7VNM9407303F3108217025170072<<<<<26

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>SRC1717750357 | | Case Type<br>I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date<br>06/09/2017 | Priority Date<br>09/29/2016 | Petitioner<br>WAYNE FARMS LLC | |
| Notice Date<br>06/20/2017 | Page<br>1 of 1 | Beneficiary<br>MAI, TUYEN THI KIM | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A 16263 54000
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

### What the Official Notice Said

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

### THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



# U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | MAI, TUYEN THI KIM |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 07 MAR 2022 |
| Case No: | HCM2017700006 |
| Confirmation No: | AA00AEO361 |



H C M 2 0 1 7 7 0 0 0 0 6

**THIS IS NOT A VISA**



A A 0 0 A E O 3 6 1

Version 1.4

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Mã số / Code
VNM

Số hộ chiếu / Passport No
C2383534

Họ và tên / Full name
MAI THỊ KIM TUYẾN

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth
Nơi sinh / Place of birth
ĐỒNG NAI

Giới tính / Sex
NỮ / F

Số GCMND / ID No
271458724

Ngày cấp / Date of issue
13 / 01 / 2017

Có giá trị đến / Date of expiry
13 / 01 / 2027

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

P<VNMMAI<<THI<KIM<TUYEN<<<<<<<<<<<<<<<<<<<<<
C2383534<6VNM8102265F27011382714587724<<<<<<66

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng phòng
Deputy Chief of Division

Nguyễn Thị Phượng

Chữ ký người mang hộ chiếu
*Signature of bearer*

3

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number SRC1790426395 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 04/20/2017 | Priority Date 09/25/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 05/15/2017 | Page 1 of 1 | Beneficiary NGUYEN, AN HOANG TRUONG |

| WAYNE FARMS LLC c/o OLIVIA ORZA | Notice Type: Approval Notice Section: Other Workers, Sec.203(b)(3)(A)(iii) Consulate: NVC ETA Case Number: A1623645501 SOC Code: 513022  Skill Level: 1 Work Site: DOBSON NC |
|---|---|

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

### What the Official Notice Said

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

### THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



**Customer Service Telephone: 800-375-5283**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14  Y

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790426395 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** | **Priority Date** | **Petitioner** | |
| 04/20/2017 | 09/25/2016 | WAYNE FARMS LLC | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 08/25/2021 | 1 of 1 | NGUYEN, AN HOANG TRUONG | |

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

**Notice Type:** Affirmation Notice

This is to advise you that we have reaffirmed our previous decision on the above application or petition which the Department of State had previously returned for review. We have forwarded the case back to the Department of State for action.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

100509



USCIS Contact Center: www.uscis.gov/contactcenter

SEP 2 1 2021 TM 1 5





MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

September 20, 2021

NVC Case Number: HCM2017664009

DEAR AN NGUYEN:

The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

Case Number:                    HCM2017664009
Petitioner's Name:              WAYNE FARMS LLC, MICHELLE SWAFFORD
Beneficiary's Name:             NGUYEN, AN HOANG TRUONG
Preference Category:            EW - OTHER WORKERS
Priority Date:                  25SEP2016
Foreign State Chargeability:    VIETNAM
U.S. Embassy/Consulate:         HO CHI MINH CITY

[AAP.09/20/2021]

August 25, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



**U.S. Citizenship
and Immigration
Services**



SRC1790426395

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

RE: AN HOANG TRUONG NGUYEN
I-140, Immigrant Petition for Alien Worker

### NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on April 20, 2017 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on May 15, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is more likely than not that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1321

SEP 0 1 2021 TM 1 5
www.uscis.gov

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

**Thank You**

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

**Next Step**

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

**Your Visa Interview**

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, AN HOANG TRUONG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 11 NOV 2021 |
| Case No: | HCM2017664009 |
| Confirmation No: | AA00AC22UR |

HCM2017664009

AA00AC22UR

**THIS IS NOT A VISA**

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport Nº* |
|---|---|---|
| P | VNM | B8406569 |

Họ và tên / *Full name*
NGUYỄN HOÀNG TRƯỜNG AN

Quốc tịch / *Nationality*    VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*    Nơi sinh / *Place of birth*
BÌNH THUẬN

Giới tính / *Sex*    Số GCMND / *ID Card Nº*
NAM / M    261370319

Ngày cấp / *Date of issue*    Có giá trị đến / *Date of expiry*
20 / 08 / 2013    20 / 08 / 2023

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<HOANG<TRUONG<AN<<<<<<<<<<<<<<<
B8406569<7VNM9506239M2308205261370319<<<<<82



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type |
|---|---|---|
| SRC1690331612 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| Received Date | Priority Date | Petitioner |
| 07/11/2016 | 10/22/2015 | WAYNE FARMS LLC |
| Notice Date | Page | Beneficiary |
| 06/01/2017 | 1 of 1 | NGUYEN, KHANH HUNG |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: NA
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

August 18, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



U.S. Citizenship
and Immigration
Services

WAYNE FARMS LLC
c/o OLIVIA ORZA

SRC1690331612

RE: KHANH HUNG NGUYEN
I-140, Immigrant Petition for Alien Worker

## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS
LLC on July 11, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the
Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on June 1, 2017 and
forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration
benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner
must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the
beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm.
1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is
more likely than not that the petitioner has established eligibility for the requested benefit. Therefore,
USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1290



AUG 3 1 2021 AM 17

# U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, KHANH HUNG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 07 APR 2022 |
| Case No: | HCM2017684008 |
| Confirmation No: | AA00AQECQJ |



H C M 2 0 1 7 6 8 4 0 0 8

**THIS IS NOT A VISA**



A A 0 0 A Q E C Q J

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / ISSUING AUTHORITY
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
TL. CỤC TRƯỞNG

Chữ ký người mang hộ chiếu
Signature of bearer

Đặng Tuấn Long

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type: P
Mã số / Code: VNM
Số hộ chiếu / Passport N: C0686696

Họ và tên / Full name
NGUYỄN HÙNG KHANH

Quốc tịch / Nationality: VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth
Nơi sinh / Place of birth: TP. ĐÀ NẴNG
Giới tính / Sex: NAM / M
Số GCMND / ID card: 272634194
Ngày cấp / Date of issue: 03 / 08 / 2015
Có giá trị đến / Date of expiry: 03 / 08 / 2025
Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<HUNG<KHANH<<<<<<<<<<<<<<<<<<<<<<
C0686696<1VNM7010099M2508038272634194<<<<<08

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1690364499 | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 08/01/2016 | Priority Date 02/12/2016 | Petitioner WAYNE FARMS LLC | |
| Notice Date 05/04/2017 | Page 1 of 1 | Beneficiary NGUYEN, QUAN MINH | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A-16043-72856
SOC Code: 513023  Skill Level: 1

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local USCIS office to obtain Form I-485, Application to Register Permanent Residence or Adjust Status. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local USCIS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, QUAN MINH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 02 DEC 2021 |
| Case No: | HCM2017652002 |
| Confirmation No: | AA00AFZL07 |



**THIS IS NOT A VISA**



Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*
P

Mã số / *Code*
VNM

Họ và tên / *Full name*
NGUYỄN MINH QUÂN

Quốc tịch / *Nationality*
VIỆT NAM - *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
LONG AN

Giới tính / *Sex*
NAM / M

Số GCMND / *ID card N°*
080089000150

Số hộ chiếu / *Passport N°*
C3575874

Ngày cấp / *Date of issue*
23 / 06 / 2017

Có giá trị đến / *Date of expiry*
23 / 06 / 2027

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<MINH<QUAN<<<<<<<<<<<<<<<<<<<<<<<<
C3575874<1VNM8902225M2706236080089000150<<92

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

**Thank You**

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

**Next Step**

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

**Your Visa Interview**

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, HA |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 13 APR 2022 |
| Case No: | HCM2017636003 |
| Confirmation No: | AA00APLNE1 |

H C M 2 0 1 7 6 3 6 0 0 3

**THIS IS NOT A VISA**

A A 0 0 A P L N E 1

Version 1.4





MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

October 7, 2021

NVC Case Number: HCM2017636003

DEAR HA NGUYEN:

The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017636003 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | NGUYEN, HA SON |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 11FEB2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.10/07/2021]



CƠ QUAN CẤP HỒ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

TL CỤC TRƯỞNG
*For the Director*

P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

---

CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỒ CHIẾU / *PASSPORT*

Loại / *Type*    Mã số / *Code*    Số hộ chiếu / *Passport N°*

P              VNM              K0007862

Họ và tên / *Full name*



NGUYỄN SƠN HÀ
Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*        Nơi sinh / *Place of birth*

                                   THÁI NGUYÊN
Giới tính / *Sex*                  Số GCMND / *ID Card N°*

NAM / M                            019087000314
Ngày cấp / *Date of issue*         Có giá trị đến / *Date of expiry*

10 / 03 / 2022                     10 / 03 / 2032
Nơi cấp / *Place of issue*

Cục Quản lý xuất nhập cảnh



P<VNMNGUYEN<<SON<HA<<<<<<<<<<<<<<<<<<<<<<<<<<

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

### THE UNITED STATES OF AMERICA

| Receipt Number SRC1790466839 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 05/08/2017 | Priority Date 09/14/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 05/26/2017 | Page 1 of 1 | Beneficiary NGUYEN, VUONG THI HOANG |

| WAYNE FARMS LLC c/o MICHELLE SWAFFORD | Notice Type: Approval Notice Section: Other Workers, Sec.203(b)(3)(A)(iii) Consulate: NVC ETA Case Number: A1625752073 SOC Code: 513022 |
|---|---|

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |



| Receipt Number<br>SRC1790466839 | | Case Type<br>1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| --- | --- | --- |
| Received Date<br>05/08/2017 | Priority Date<br>09/14/2016 | Petitioner<br>WAYNE FARMS LLC |
| Notice Date<br>08/18/2021 | Page<br>1 of 1 | Beneficiary<br>NGUYEN, VUONG THI HOANG |

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

**Notice Type:** Affirmation Notice

This is to advise you that we have reaffirmed our previous decision on the above application or petition which the Department of State had previously returned for review. We have forwarded the case back to the Department of State for action.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

## U.S. DEPARTMENT *of* STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, VUONG THI HOANG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 16 NOV 2021 |
| Case No: | HCM2017680007 |
| Confirmation No: | AA00AFX8GF |



**THIS IS NOT A VISA**



Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*: P
Mã số / *Code*: VNM
Số hộ chiếu / *Passport N°*: C1662925

Họ và tên / *Full name*
NGUYỄN THỊ HOÀNG VƯƠNG

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
TP. ĐÀ NẴNG

Giới tính / *Sex*
NỮ / F

Số GCMND / *ID card N°*
201562811

Ngày cấp / *Date of issue*
26 / 05 / 2016

Có giá trị đến / *Date of expiry*
26 / 05 / 2026

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<THI<HOANG<VUONG<<<<<<<<<<<<<<<
C1662925<9VNM9001158F2605269201562811<<<<<02

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number SRC1713950441 | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 04/17/2017 | Priority Date 09/12/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 08/03/2017 | Page 1 of 1 | Beneficiary NGUYEN, LOAN THI THANH |

| | |
|---|---|
| WAYNE FARMS LLC c/o MICHELLE SWAFFORD | Notice Type: Approval Notice<br>Section: Other Workers, Sec.203(b)(3)(A)(iii)<br>Consulate: NVC<br>ETA Case Number: A 16253 51106<br>SOC Code: 513022  Skill Level: 1<br>Work Site: DOBSON NC |

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

October 7, 2021

NVC Case Number: HCM2017734005

DEAR LOAN NGUYEN:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition.  You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017734005 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | NGUYEN, LOAN THI THANH |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 12SEP2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.10/07/2021]

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, LOAN THI THANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 31 MAY 2022 |
| Case No: | HCM2017734005 |
| Confirmation No: | AA00AWFTAN |



H C M 2 0 1 7 7 3 4 0 0 5

**THIS IS NOT A VISA**



A A 0 0 A W F T A N

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
ISSUING AUTHORITY
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
T/L CỤC TRƯỞNG
For the Director
P. Trưởng Phòng
Deputy Chief of Division

Chữ ký người mang hộ chiếu
Signature of bearer

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

| Loại / Type | MR số / Code | Số hộ chiếu / Passport Nº |
|---|---|---|
| P | VNM | C2562510 |

Họ và tên / Full name
NGUYỄN THỊ THANH LOAN
Quốc tịch / Nationality     VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth     Nơi sinh / Place of birth
CẦN THƠ
Giới tính / Sex     Số GCMND / ID card Nº
NỮ / F     086166000030
Ngày cấp / Date of issue     Có giá trị đến / Date of expiry
29 / 12 / 2016     29 / 12 / 2026
Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<THI<THANH<LOAN<<<<<<<<<<<<<<<<
C2562510<5VNM6606220F2612292086166000030<<D0

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

### THE UNITED STATES OF AMERICA

| Receipt Number SRC1790058048 | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 11/03/2016 | Priority Date 02/11/2016 | Petitioner WAYNE FARMS LLC. | |
| Notice Date 04/13/2017 | Page 1 of 1 | Beneficiary NGUYEN, LY THI YEN | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1604272356
SOC Code: 513023  Skill Level: 1
Work Site: DOBSON NC

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, LY THI YEN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 21 FEB 2022 |
| Case No: | HCM2017630027 |
| Confirmation No: | AA0073QP12 |



H C M 2 0 1 7 6 3 0 0 2 7

**THIS IS NOT A VISA**



A A 0 0 7 3 Q P 1 2

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM · SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type    P    Mã số / Code    VNM    Số hộ chiếu / Passport N°    C3103293

Họ và tên / Full name
NGUYỄN THỊ YẾN LY

Quốc tịch / Nationality    VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth

Giới tính / Sex    NỮ / F

Ngày cấp / Date of issue    28 / 04 / 2017

Nơi cấp / Place of issue    Cục Quản lý xuất nhập cảnh

Nơi sinh / Place of birth    QUẢNG NGÃI

Số GCMND / ID No.    212146049

Có giá trị đến / Date of expiry    28 / 04 / 2027

P<VNMNGUYEN<<THI<YEN<LY<<<<<<<<<<<<<<<<<<<<
C3103293<7VNM8112288F2704287212146049<<<<56

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
Trưởng Phòng
*Deputy Chief of Division*

Ngô Duy Thành

Chữ ký người mang hộ chiếu
*Signature of bearer*

Chứng thực bản sao đúng với bản chính
Số chứng thực:........... Quyển số:........... - SCT/BS
Ngày...... tháng...... năm......
TRƯỞNG PHÒNG

Đặng Thị Thanh Tịnh

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**



| Receipt Number | | Case Type | |
| --- | --- | --- | --- |
| SRC1790466840. | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 05/08/2017 | 08/28/2016 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 05/26/2017 | 1 of 1 | NGUYEN, NA TRAN | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1623846427
SOC Code: 513022

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



# U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, NA TRAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 11 APR 2022 |
| Case No: | HCM2017680009 |
| Confirmation No: | AA00AGI3RD |



H C M 2 0 1 7 6 8 0 0 0 9

**THIS IS NOT A VISA**



A A 0 0 A G I 3 R D

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
ISSUING AUTHORITY
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
T/L CỤC TRƯỞNG
For the Director
P. Trưởng Phòng
Deputy Chief of Division

Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu
Signature of bearer

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

**HỘ CHIẾU / PASSPORT**

Loại / Type           Mã số / Code          Số hộ chiếu / Passport Nº
P                     VNM                   C3208016

Họ và tên / Full name
**NGUYỄN TRẦN NA**

Quốc tịch / Nationality              VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth            Nơi sinh / Place of birth
                                     **QUẢNG NGÃI**
                                     Số GCMND / ID card Nº
Giới tính / Sex                      024597728
**NAM / M**
Ngày cấp / Date of issue             Có giá trị đến / Date of expiry
**17 / 04 / 2017**                   **17 / 04 / 2027**
Nơi cấp / Place of issue
**Cục Quản lý xuất nhập cảnh**

P<VNMNGUYEN<<TRAN<NA<<<<<<<<<<<<<<<<<<<<<<<<
C3208016<4VNM7009242M2704173024597728<<<<<26



**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4–6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, THACH TRONG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 23 JUN 2022 |
| Case No: | HCM2021777021 |
| Confirmation No: | AA00AS6MG9 |



H C M 2 0 2 1 7 7 7 0 2 1

**THIS IS NOT A VISA**

A A 0 0 A S 6 M G 9

Version 1.4

3

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Lê Xuân Hảo

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*: P
Mã số / *Code*: VNM
Số hộ chiếu / *Passport N°*: C0818640

Họ và tên / *Full name*: NGUYỄN TRỌNG THẠCH
Quốc tịch / *Nationality*: VIỆT NAM / VIETNAMESE
Ngày sinh / *Date of birth*:
Nơi sinh / *Place of birth*: QUẢNG NGÃI
Giới tính / *Sex*: NAM / M
Ngày cấp / *Date of issue*: 25 / 12 / 2015
Số (GCMND) / *ID*: 212145172
Có giá trị đến / *Date of expiry*: 25 / 12 / 2025
Nơi cấp / *Place of issue*: Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<TRONG<THACH<<<<<<<<<<<<<<<<<<<<<<
C0818640<7VNM8009283M2512255212145172<<<<<<36

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790058049 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 11/03/2016 | 01/15/2016 | WAYNE FARMS LLC, | |
| Notice Date | Page | Beneficiary | |
| 04/19/2017 | 1 of 1 | NGUYEN, DU VAN | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:**
**ETA Case Number:** A1605161890
**SOC Code:** 513022  **Skill Level:** 1
**Work Site:** DOBSON NC

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N





MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 17, 2021

NVC Case Number: HCM2017637015

DEAR DU NGUYEN:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS)
reaffirmed this petition. You will receive instructions regarding further processing of this
petition.

Case Number:                 HCM2017637015
Petitioner's Name:           WAYNE FARMS LLC, MICHELLE SWAFFORD
Beneficiary's Name:          NGUYEN, DU VAN
Preference Category:         EW - OTHER WORKERS
Priority Date:               15JAN2016
Foreign State Chargeability: VIETNAM
U.S. Embassy/Consulate:      HO CHI MINH CITY

[AAP.11/17/2021]

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4–6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, DU VAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 09 MAR 2022 |
| Case No: | HCM2017637015 |
| Confirmation No: | AA00AOADW5 |



H C M 2 0 1 7 6 3 7 0 1 5

**THIS IS NOT A VISA**

A A 0 0 A O A D W 5

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy End of Division*
Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

| HỘ CHIẾU / PASSPORT | Loại / Type | Mã số / Code | Số hộ chiếu / Passport Nº |
|---|---|---|---|
| | P | VNM | C1114735 |

Họ và tên / *Full name*
**NGUYỄN VĂN DŨ**
Quốc tịch / *Nationality* — VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*
Nơi sinh / *Place of birth*
**KIÊN GIANG**
Giới tính / *Sex*
Số GCMND / *ID card*
**NAM / M** — 370531611
Ngày cấp / *Date of Issue* — Có giá trị đến / *Date of expiry*
17 / 02 / 2016 — 17 / 02 / 2026
Nơi cấp / *Place of issue*

Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<VAN<DU<<<<<<<<<<<<<<<<<<<<<<<<<<
C1114735<0VNM6901017M2602176370531611<<<<<34

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1690323033 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 07/05/2016 | 10/28/2015 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 06/01/2017 | 1 of 1 | NGUYEN, SON VAN | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: NA
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, SON |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 06 OCT 2017 |
| Case No: | HCM2017684013 |
| Confirmation No: | AA007AIX2E |



**THIS IS NOT A VISA**



Version 01.01.00



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

| HỘ CHIẾU / *PASSPORT* | Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
|---|---|---|---|
| | P | VNM | B8938884 |

Họ và tên / *Full name*
**NGUYỄN VĂN SƠN**
Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*        Nơi sinh / *Place of birth*
                                   **BẾN TRE**
Giới tính / *Sex*                  Số GCMND / *ID card N°*
**NAM / M**                        320742286
Ngày cấp / *Date of issue*         Có giá trị đến / *Date of expiry*
17 / 03 / 2014                     17 / 03 / 2024
Nơi cấp / *Place of issue*
**Cục Quản lý xuất nhập cảnh**

P<VNMNGUYEN<<VAN<SON<<<<<<<<<<<<<<<<<<<<<<<<<
B8938884<1VNM7112258M2403177320742286<<<<<40

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>SRC1710850495 | | Case Type<br>1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date<br>03/06/2017 | Priority Date<br>09/28/2016 | Petitioner<br>WAYNE FARMS LLC |
| Notice Date<br>06/15/2017 | Page<br>1 of 1 | Beneficiary<br>NGUYEN, HUY VIET |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A 16265 54670
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

### What the Official Notice Said

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

| Texas Service Center<br>U. S. CITIZENSHIP & IMMIGRATION SVC<br>P.O. Box 851488 - DEPT A<br>Mesquite TX 75185-1488 |  |
|---|---|
| Customer Service Telephone: 800-375-5283 | |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14  Y

# U.S. DEPARTMENT *of* STATE
## CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, HUY VIET |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 30 AUG 2022 |
| Case No: | HCM2017695012 |
| Confirmation No: | AA00B7NYAF |



H C M 2 0 1 7 6 9 5 0 1 2

**THIS IS NOT A VISA**



A A 0 0 B 7 N Y A F

Version 1.4

CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH / *Immigration Department*
T/L CỤC TRƯỞNG
P. Trưởng Phòng / *For the Director*
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu / *Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*



Loại / *Type*
P

Mã số / *Code*
VNM

Số hộ chiếu / *Passport N⁰*
B8822103

Họ và tên / *Full name*
NGUYỄN VIẾT HUY

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
TP. HỒ CHÍ MINH

Giới tính / *Sex*
NAM / M

Số GCMND / *ID card N⁰*
024345474

Ngày cấp / *Date of issue*
10 / 01 / 2014

Có giá trị đến / *Date of expiry*
10 / 01 / 2024

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<VIET<HUY<<<<<<<<<<<<<<<<<<<<<<<<
B8822103<9VNM8912189M2401106024345474<<<<<18

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number SRC1690323028 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 07/05/2016 | Priority Date 12/27/2015 | Petitioner WAYNE FARMS LLC | |
| Notice Date 06/02/2017 | Page 1 of 1 | Beneficiary NGUYEN, DA VAN | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: NA
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

September 23, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



**U.S. Citizenship
and Immigration
Services**



SRC1690323028

WAYNE FARMS LLC .
c/o MICHELLE SWAFFORD

RE: DA VAN NGUYEN
I-140, Immigrant Petition for Alien Worker

### NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on July 5, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA). .

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on June 2, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is more likely than not that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1969



**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, DA VAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 17 JUN 2022 |
| Case No: | HCM2017684024 |
| Confirmation No: | AA00AU33N3 |



H C M 2 0 1 7 6 8 4 0 2 4

**THIS IS NOT A VISA**

A A 0 0 A U 3 3 N 3

Version 1.4

3



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu
*Signature of bearer*

---

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*      Mã số / *Code*        Số hộ chiếu / *Passport N°*
P                  VNM                   C1050330

Họ và tên / *Full name*
**NGUYỄN VĂN ĐÀ**
Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*        Nơi sinh / *Place of birth*

                                   **AN GIANG**
Giới tính / *Sex*                  Số GCMND / *ID card N°*
**NAM / M**                        351602202
Ngày cấp / *Date of issue*         Có giá trị đến / *Date of expiry*
15 / 01 / 2016                     15 / 01 / 2026
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<VAN<DA<<<<<<<<<<<<<<<<<<<<<<<<<
C1050330<6VNM8309097M2601157351602202<<<<<74

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1690331830 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 07/11/2016 | Priority Date 01/19/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 06/01/2017 | Page 1 of 1 | Beneficiary LE, KHANH VAN |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: NA
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LE, KHANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 14 JAN 2022 |
| Case No: | HCM2017684010 |
| Confirmation No: | AA007AETNM |

H C M 2 0 1 7 6 8 4 0 1 0

**THIS IS NOT A VISA**

A A 0 0 7 A E T N M

Version 1.4



BẢN SAO

CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*
Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU** / *PASSPORT*

Loại / *Type*  Mã số / *Code*  Số hộ chiếu / *Passport Nº*
P   VNM   B9822269

Họ và tên / *Full name*
**LÊ VĂN KHÁNH**

Quốc tịch / *Nationality*   VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*   Nơi sinh / *Place of birth*
QUẢNG NAM

Giới tính / *Sex*   Số GCMND / *ID-card Nº*
NAM / M   271693274

Ngày cấp / *Date of issue*   Có giá trị đến / *Date of expiry*
05 / 11 / 2014   05 / 11 / 2024

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMLE<<VAN<KHANH<<<<<<<<<<<<<<<<<<<<<<<<<<
B9822269<3VNM7607028M2411059271693274<<<<<72

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790039475 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** | **Priority Date** | **Petitioner** | |
| 10/24/2016 | 10/25/2015 | WAYNE FARMS LLC, | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 04/13/2017 | 1 of 1 | LY, MY NHA | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1529832063
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N




MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

October 7, 2021

NVC Case Number: HCM2017630023

DEAR MY LY:

The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

Case Number:                   HCM2017630023
Petitioner's Name:             WAYNE FARMS LLC, MICHELLE SWAFFORD
Beneficiary's Name:            LY, MY NHA
Preference Category:           EW - OTHER WORKERS
Priority Date:                 25OCT2015
Foreign State Chargeability:   VIETNAM
U.S. Embassy/Consulate:        HO CHI MINH CITY

[AAP.10/07/2021]

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not PRINT a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LY, MY |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 12 JAN 2022 |
| Case No: | HCM2017630023 |
| Confirmation No: | AA006ZR8ZQ |



**THIS IS NOT A VISA**



Version 1.4

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

ĐSQ VIỆT NAM TẠI HÀN QUỐC
*Embassy of Viet Nam in the Republic of Korea*

TL. ĐẠI SỨ / *For the Ambassador*
Tham tán / *Counsellor*
... hanh Văn

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

| | | |
|---|---|---|
| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
| P | VNM | N2430647 |

Họ và tên / *Full name*
LÝ NHÃ MY

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Giới tính / *Sex*
NỮ / F

Nơi sinh / *Place of birth*
TP. HỒ CHÍ MINH

Số GCMND / *ID card N°*
025170072

Ngày cấp / *Date of issue*
21/08/2021

Có giá trị đến / *Date of expiry*
21/08/2031

Nơi cấp / *Place of issue*
Xơ-un / Seoul

```
P<VNMLY<<NHA<MY<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
N2430647<7VNM9407303F3108217025170072<<<<<26
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number SRC1717750357 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 06/09/2017 | Priority Date 09/29/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 06/20/2017 | Page 1 of 1 | Beneficiary MAI, TUYEN THI KIM |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A 16263 54000
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

### What the Official Notice Said

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

### THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14  Y

# U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | MAI, TUYEN THI KIM |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 07 MAR 2022 |
| Case No: | HCM2017700006 |
| Confirmation No: | AA00AEO361 |



H C M 2 0 1 7 7 0 0 0 0 6

**THIS IS NOT A VISA**



A A 0 0 A E O 3 6 1

Version 1.4

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Mã số / Code
VNM

Số hộ chiếu / Passport N°
C2383534

Họ và tên / Full name
MAI THỊ KIM TUYẾN

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth

Nơi sinh / Place of birth
ĐỒNG NAI

Giới tính / Sex
NỮ / F

Số GCMND / ID Card
271458724

Ngày cấp / Date of issue
13 / 01 / 2017

Có giá trị đến / Date of expiry
13 / 01 / 2027

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng phòng
Deputy Chief of Division

Nguyễn Thị Phượng

Chữ ký người mang hộ chiếu
*Signature of bearer*

3

P<VNMMAI<<THI<KIM<TUYEN<<<<<<<<<<<<<<<<<<<
C23835346VNM8102265F2701138271458724<<<<<66

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number SRC1790426395 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 04/20/2017 | Priority Date 09/25/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 05/15/2017 | Page 1 of 1 | Beneficiary NGUYEN, AN HOANG TRUONG |

| WAYNE FARMS LLC c/o OLIVIA ORZA | **Notice Type:** Approval Notice **Section:** Other Workers, Sec.203(b)(3)(A)(iii) **Consulate:** NVC **ETA Case Number:** A1623645501 **SOC Code:** 513022 **Skill Level:** 1 **Work Site:** DOBSON NC |
|---|---|

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

### What the Official Notice Said

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

### THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790426395 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** | **Priority Date** | **Petitioner** | |
| 04/20/2017 | 06/25/2016 | WAYNE FARMS LLC | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 08/25/2021 | 1 of 1 | NGUYEN, AN HOANG TRUONG | |

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

**Notice Type:** Affirmation Notice

This is to advise you that we have reaffirmed our previous decision on the above application or petition which the Department of State had previously returned for review. We have forwarded the case back to the Department of State for action.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

100509



USCIS Contact Center: www.uscis.gov/contactcenter

SEP 2 1 2021 TM 1 5

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C  04/01/19

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

September 20, 2021

NVC Case Number: HCM2017664009

DEAR AN NGUYEN:

The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017664009 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | NGUYEN, AN HOANG TRUONG |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 25SEP2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.09/20/2021]

August 25, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



U.S. Citizenship
and Immigration
Services



SRC1790426395

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

RE: AN HOANG TRUONG NGUYEN
I-140, Immigrant Petition for Alien Worker

## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on April 20, 2017 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on May 15, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is more likely than not that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1321

SEP 0 1 2021 IM 15
www.uscis.gov

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, AN HOANG TRUONG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 11 NOV 2021 |
| Case No: | HCM2017664009 |
| Confirmation No: | AA00AC22UR |



H C M 2 0 1 7 6 6 4 0 0 9

**THIS IS NOT A VISA**



A A 0 0 A C 2 2 U R

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**

Loại / *Type*    Mã số / *Code*    Số hộ chiếu / *Passport Nº*
P      VNM      B8406569

Họ và tên / *Full name*
NGUYỄN HOÀNG TRƯỜNG AN

Quốc tịch / *Nationality*      VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*      Nơi sinh / *Place of birth*
     BÌNH THUẬN

Giới tính / *Sex*      Số GCMND / *ID Card Nº*
NAM / M      261370319

Ngày cấp / *Date of issue*      Có giá trị đến / *Date of expiry*
20 / 08 / 2013      20 / 08 / 2023

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<HOANG<TRUONG<AN<<<<<<<<<<<<<<<<
B8406569<7VNM9506239M2308205261370319<<<<<82

