Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1690364499 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 08/01/2016 | 02/12/2016 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 05/04/2017 | 1 of 1 | NGUYEN, QUAN MINH | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A-16043-72856
SOC Code: 513023  Skill Level: 1

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local USCIS office to obtain Form I-485, Application to Register Permanent Residence or Adjust Status. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local USCIS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, QUAN MINH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 02 DEC 2021 |
| Case No: | HCM2017652002 |
| Confirmation No: | AA00AFZL07 |



HCM2017652002



AA00AFZL07

**THIS IS NOT A VISA**

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRUỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

| | |
|---|---|
| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
| P | VNM | C3575874 |

Họ và tên / *Full name*

NGUYỄN MINH QUÂN

Quốc tịch / *Nationality*      VIỆT NAM - *VIETNAMESE*

Ngày sinh / *Date of birth*    Nơi sinh / *Place of birth*

LONG AN

Giới tính / *Sex*      Số GCMND / *ID card N°*

NAM / M      080089000150

Ngày cấp / *Date of issue*    Có giá trị đến / *Date of expiry*

23 / 06 / 2017      23 / 06 / 2027

Nơi cấp / *Place of issue*

Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<MINH<QUAN<<<<<<<<<<<<<<<<<<<<<<<<<
C3575874<1VNM8902225M2706236080089000150<<92

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, HA |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 13 APR 2022 |
| Case No: | HCM2017636003 |
| Confirmation No: | AA00APLNE1 |



H C M 2 0 1 7 6 3 6 0 0 3

**THIS IS NOT A VISA**

A A 0 0 A P L N E 1

Version 1.4





MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

October 7, 2021

NVC Case Number: HCM2017636003

DEAR HA NGUYEN:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

Case Number:                    HCM2017636003
Petitioner's Name:              WAYNE FARMS LLC, MICHELLE SWAFFORD
Beneficiary's Name:             NGUYEN, HA SON
Preference Category:            EW - OTHER WORKERS
Priority Date:                  11FEB2016
Foreign State Chargeability:    VIETNAM
U.S. Embassy/Consulate:         HO CHI MINH CITY

[AAP.10/07/2021]



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

TL CỤC TRƯỞNG
*For the Director*

P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*



CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

| HỘ CHIẾU / *PASSPORT* | Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
|---|---|---|---|
| | P | VNM | K0007862 |



Họ và tên / *Full name*

**NGUYỄN SƠN HÀ**

Quốc tịch / *Nationality*   VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*   Nơi sinh / *Place of birth*

**THÁI NGUYÊN**

Giới tính / *Sex*   Số GCMND / *ID Card N°*

**NAM / M**   019087000314

Ngày cấp / *Date of issue*   Có giá trị đến / *Date of expiry*

**10 / 03 / 2022**   **10 / 03 / 2032**

Nơi cấp / *Place of issue*

**Cục Quản lý xuất nhập cảnh**

P<VNMNGUYEN<<SON<HA<<<<<<<<<<<<<<<<<<<<<<<<<<<

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790466839 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 05/08/2017 | 09/14/2016 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 05/26/2017 | 1 of 1 | NGUYEN, VUONG THI HOANG | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1625752073
SOC Code: 513022

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Receipt Number | | Case Type |
|---|---|---|
| SRC1790466839 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| **Received Date** | **Priority Date** | **Petitioner** |
| 05/08/2017 | 09/14/2016 | WAYNE FARMS LLC |
| **Notice Date** | **Page** | **Beneficiary** |
| 08/18/2021 | 1 of 1 | NGUYEN, VUONG THI HOANG |

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

**Notice Type:** Affirmation Notice

This is to advise you that we have reaffirmed our previous decision on the above application or petition which the Department of State had previously returned for review. We have forwarded the case back to the Department of State for action.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



USCIS Contact Center: www.uscis.gov/contactcenter

## U.S. DEPARTMENT *of* STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, VUONG THI HOANG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 16 NOV 2021 |
| Case No: | HCM2017680007 |
| Confirmation No: | AA00AFX8GF |



H C M 2 0 1 7 6 8 0 0 0 7

**THIS IS NOT A VISA**



A A 0 0 A F X 8 G F

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**

Loại / *Type*  Mã số / *Code*  Số hộ chiếu / *Passport Nᵒ*
P  VNM  C1662925

Họ và tên / *Full name*
NGUYỄN THỊ HOÀNG VƯƠNG

Quốc tịch / *Nationality*  VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*  Nơi sinh / *Place of birth*
TP. ĐÀ NẴNG

Giới tính / *Sex*  Số GCMND / *ID card Nᵒ*
NỮ / F  201562811

Ngày cấp / *Date of issue*  Có giá trị đến / *Date of expiry*
26 / 05 / 2016  26 / 05 / 2026

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<THI<HOANG<VUONG<<<<<<<<<<<<<<<<
C1662925<9VNM9001158F2605269201562811<<<<<02

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number SRC171395044l | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 04/17/2017 | Priority Date 09/12/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 08/03/2017 | Page 1 of 1 | Beneficiary NGUYEN, LOAN THI THANH |

| WAYNE FARMS LLC c/o MICHELLE SWAFFORD | Notice Type: Approval Notice Section: Other Workers, Sec.203(b)(3)(A)(iii) Consulate: NVC ETA Case Number: A 16253 51106 SOC Code: 513022  Skill Level: 1 Work Site: DOBSON NC |
|---|---|

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

October 7, 2021

NVC Case Number: HCM2017734005

DEAR LOAN NGUYEN:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017734005 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | NGUYEN, LOAN THI THANH |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 12SEP2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.10/07/2021]

# U.S. DEPARTMENT *of* STATE
## CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, LOAN THI THANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 31 MAY 2022 |
| Case No: | HCM2017734005 |
| Confirmation No: | AA00AWFTAN |



H C M 2 0 1 7 7 3 4 0 0 5

**THIS IS NOT A VISA**



A A 0 0 A W F T A N

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

| HỘ CHIẾU / *PASSPORT* | Loại / *Type* | MK số / *Code* | Số hộ chiếu / *Passport N°* |
|---|---|---|---|
| | P | VNM | C2562510 |

Họ và tên / *Full name*
**NGUYỄN THỊ THANH LOAN**

Quốc tịch / *Nationality*        VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*        Nơi sinh / *Place of birth*
**CẦN THƠ**

Giới tính / *Sex*        Số GCMND / *ID card N°*

**NỮ / F**        086166000030

Ngày cấp / *Date of issue*        Có giá trị đến / *Date of expiry*

29 / 12 / 2016        29 / 12 / 2026

Nơi cấp / *Place of issue*

Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<THI<THANH<LOAN<<<<<<<<<<<<<<<<<
C2562510<5VNM6606220F2612292086166000030<<D0

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type |
|---|---|---|
| SRC1790058048 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| Received Date | Priority Date | Petitioner |
| 11/03/2016 | 02/11/2016 | WAYNE FARMS LLC. |
| Notice Date | Page | Beneficiary |
| 04/13/2017 | 1 of 1 | NGUYEN, LY THI YEN |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type: Approval Notice**
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:**
**ETA Case Number:** A1604272356
**SOC Code:** 513023  **Skill Level:** 1
**Work Site:** DOBSON NC

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

## U.S. DEPARTMENT *of* STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, LY THI YEN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 21 FEB 2022 |
| Case No: | HCM2017630027 |
| Confirmation No: | AA0073QP12 |



H C M 2 0 1 7 6 3 0 0 2 7

**THIS IS NOT A VISA**



A A 0 0 7 3 Q P 1 2

Version 1.4

3

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

T/L CỤC TRƯỞNG
*For the Director*

Trưởng Phòng
*Deputy Chief of Division*

*Ngô Duy Thành*

Chữ ký người mang hộ chiếu
*Signature of bearer*

Chứng thực bản sao đúng với bản chính
Số chứng thực:............... Quyển số:............ SCT/BS
Ngày....... tháng....... năm...............
TRƯỞNG PHÒNG

*Đặng Thị Thanh Tịnh*



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM · SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / *PASSPORT*

Loại / *Type*   P   Mã số / *Code*   VNM   Số hộ chiếu / *Passport N°*   C3103293

Họ và tên / *Full name*   NGUYỄN THỊ YẾN LY

Quốc tịch / *Nationality*   VIỆT NAM / VIETNAMESE

Ngày sinh / *Date of birth*

Giới tính / *Sex*   NỮ / F

Ngày cấp / *Date of issue*   28 / 04 / 2017

Nơi cấp / *Place of issue*   212146049

Cục Quản lý xuất nhập cảnh

Nơi sinh / *Place of birth*   QUẢNG NGÃI

Số GCMND / *ID Card N°*

Có giá trị đến / *Date of expiry*   28 / 04 / 2027

P<VNMNGUYEN<<THI<YEN<LY<<<<<<<<<<<<<<<<<<<<<<<<
C3103293<7VNM8112288F2704287212146049<<<<56

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790466840. | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 05/08/2017 | 08/28/2016 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 05/26/2017 | 1 of 1 | NGUYEN, NA TRAN | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1623846427
SOC Code: 513022

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, NA TRAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 11 APR 2022 |
| Case No: | HCM2017680009 |
| Confirmation No: | AA00AGI3RD |



**THIS IS NOT A VISA**



Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / ISSUING AUTHORITY

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
T/L CỤC TRƯỞNG
For the Director
P. Trưởng Phòng
Deputy Chief of Division

Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu / Signature of bearer

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

**HỘ CHIẾU / PASSPORT**

Loại / Type — Mã số / Code — Số hộ chiếu / Passport Nº
P — VNM — C3208016

Họ và tên / Full name
**NGUYỄN TRẦN NA**

Quốc tịch / Nationality — VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth — Nơi sinh / Place of birth
**QUẢNG NGÃI**

Số GCMND / ID card Nº
024597728

Giới tính / Sex
**NAM / M**

Ngày cấp / Date of issue — Có giá trị đến / Date of expiry
**17 / 04 / 2017** — **17 / 04 / 2027**

Nơi cấp / Place of issue
**Cục Quản lý xuất nhập cảnh**

P<VNMNGUYEN<<TRAN<NA<<<<<<<<<<<<<<<<<<<<<<<<
C3208016<4VNM7009242M2704173024597728<<<<<26

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4–6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, THACH TRONG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 23 JUN 2022 |
| Case No: | HCM2021777021 |
| Confirmation No: | AA00AS6MG9 |



H C M 2 0 2 1 7 7 7 0 2 1

**THIS IS NOT A VISA**

A A 0 0 A S 6 M G 9

Version 1.4

CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type    Mã số / Code    Số hộ chiếu / Passport N°
P              VNM             C0818640

Họ và tên / Full name
NGUYỄN TRỌNG THẠCH
Quốc tịch / Nationality    VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth    Nơi sinh / Place of birth
25 / 12 / 2015               QUẢNG NGÃI

Giới tính / Sex    Số (KCCD) / No
NAM / M            212145172
Ngày cấp / Date of issue    Có giá trị đến / Date of expiry
25 / 12 / 2015              25 / 12 / 2025
Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

CƠ QUAN CẤP HỘ CHIẾU
ISSUING AUTHORITY

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
T/L CỤC TRƯỞNG
For the Director
P. Trưởng Phòng
Deputy Chief of Division

Lê Xuân Hảo

Chữ ký người mang hộ chiếu
Signature of bearer

P<VNMNGUYEN<<TRONG<THACH<<<<<<<<<<<<<<<<<<<<<<
C0818640<7VNM8009283M2512255212145172<<<<<36

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1690323028 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 07/05/2016 | Priority Date 12/27/2015 | Petitioner WAYNE FARMS LLC |
| Notice Date 06/02/2017 | Page 1 of 1 | Beneficiary NGUYEN, DA VAN |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: NA
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

September 23, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



**U.S. Citizenship and Immigration Services**



SRC1690323028

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

RE: DA VAN NGUYEN
I-140, Immigrant Petition for Alien Worker

## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on July 5, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA). .

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on June 2, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is more likely than not that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1969



## U.S. DEPARTMENT *of* STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, DA VAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 17 JUN 2022 |
| Case No: | HCM2017684024 |
| Confirmation No: | AA00AU33N3 |



H C M 2 0 1 7 6 8 4 0 2 4

**THIS IS NOT A VISA**

A A 0 0 A U 3 3 N 3

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / ISSUING AUTHORITY

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department

T/L CỤC TRƯỞNG
For the Director

P. Trưởng Phòng
Deputy Chief of Division

Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu / Signature of bearer

---

## CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

**HỘ CHIẾU / PASSPORT**

Loại / Type: P

Mã số / Code: VNM

Số hộ chiếu / Passport N°: **C1050330**

Họ và tên / Full name: **NGUYỄN VĂN ĐÀ**

Quốc tịch / Nationality: VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth:

Nơi sinh / Place of birth: **AN GIANG**

Giới tính / Sex: **NAM / M**

Số GCMND / ID card N°: 351602202

Ngày cấp / Date of issue: **15 / 01 / 2016**

Có giá trị đến / Date of expiry: **15 / 01 / 2026**

Nơi cấp / Place of issue: **Cục Quản lý xuất nhập cảnh**

```
P<VNMNGUYEN<<VAN<DA<<<<<<<<<<<<<<<<<<<<<<<<<<
C1050330<6VNM8309097M2601157351602202<<<<<74
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
| --- | --- | --- | --- |
| SRC1690323033 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 07/05/2016 | 10/28/2015 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 06/01/2017 | 1 of 1 | NGUYEN, SON VAN | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** NA
**SOC Code:** 513022  **Skill Level:** 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, SON |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 06 OCT 2017 |
| Case No: | HCM2017684013 |
| Confirmation No: | AA007AIX2E |



H C M 2 0 1 7 6 8 4 0 1 3

**THIS IS NOT A VISA**

A A 0 0 7 A I X 2 E

Version 01.01.00



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
TL. CỤC TRƯỞNG
*For the Director*
P. Trưởng phòng
*Chief of Division*

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

| | Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
|---|---|---|---|
| | P | VNM | B8938884 |

Họ và tên / *Full name*
**NGUYỄN VĂN SƠN**
Quốc tịch / *Nationality*       VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*       Nơi sinh / *Place of birth*
                                  BẾN TRE
Giới tính / *Sex*                 Số GCMND / *ID card*
NAM / M                           320742286
Ngày cấp / *Date of issue*        Có giá trị đến / *Date of expiry*
17 / 03 / 2014                    17 / 03 / 2024
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<VAN<SON<<<<<<<<<<<<<<<<<<<<<<<<<<<
B8938884<1VNM7112258M2403177320742286<<<<40

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number SRC1710850495 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 03/06/2017 | Priority Date 09/28/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 06/15/2017 | Page 1 of 1 | Beneficiary NGUYEN, HUY VIET |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A 16265 54670
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

**What the Official Notice Said**

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 07/11/14 Y

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, HUY VIET |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 30 AUG 2022 |
| Case No: | HCM2017695012 |
| Confirmation No: | AA00B7NYAF |



H C M 2 0 1 7 6 9 5 0 1 2

**THIS IS NOT A VISA**



A A 0 0 B 7 N Y A F

Version 1.4

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*



Loại / *Type*        Mã số / *Code*
P                    VNM

Số hộ chiếu / *Passport N⁰*
B8822103

Họ và tên / *Full name*
NGUYỄN VIẾT HUY

Quốc tịch / *Nationality*
Ngày sinh / *Date of birth*

VIỆT NAM / *VIETNAMESE*
Nơi sinh / *Place of birth*
TP. HỒ CHÍ MINH

Giới tính / *Sex*
NAM / M

Số GCMND / *ID card N⁰*
024345474

Ngày cấp / *Date of issue*
10 / 01 / 2014

Có giá trị đến / *Date of expiry*
10 / 01 / 2024

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<VIET<HUY<<<<<<<<<<<<<<<<<<<<<<<<<
B8822103<9VNM8912189M2401106024345474<<<<<18

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1690414378 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** | **Priority Date** | **Petitioner** | |
| 09/06/2016 | 10/24/2015 | WAYNE FARMS LLC | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 06/20/2017 | 1 of 1 | NGUYEN VO, TOAN NHAT | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** A1529631995
**SOC Code:** 513022

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-coronavirus-disease-2019-covid-19)

Official Website of the Department of Homeland Security
Here's how you know   ⌄

Español

U.S. Citizenship
and Immigration
Services

(https://www.uscis.gov/)

≡

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



## Case Approval Was Reaffirmed And Mailed Back To Department Of State

On August 25, 2021, the Department of State returned your case, Receipt Number SRC1690414378, to us for further review and
we mailed you a notice affirming our original approval. Please contact the Department of State directly for any further
information on your case.

**Enter Another Receipt Number   ?**

CHECK STATUS

**RELATED TOOLS**



**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, NHAT TOAN VO |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 06 APR 2023 |
| Case No: | HCM2017698014 |
| Confirmation No: | AA00ANJ7H9 |



H C M 2 0 1 7 6 9 8 0 1 4

**THIS IS NOT A VISA**

A A 0 0 A N J 7 H 9

Version 1.4



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1690363014 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 07/29/2016 | 02/10/2016 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 03/03/2017 | 1 of 1 | NGUYEN, DUNG XUAN | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A-16041-71730
SOC Code: 513023  Skill Level: 1

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local USCIS office to obtain Form I-485, Application to Register Permanent Residence or Adjust Status. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local USCIS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

## U.S. DEPARTMENT of STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, DUNG XUAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 25 FEB 2022 |
| Case No: | HCM2017652004 |
| Confirmation No: | AA00AFZ8XV |



H C M 2 0 1 7 6 5 2 0 0 4

**THIS IS NOT A VISA**



A A 0 0 A F Z 8 X V

Version 1.4



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790170686 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 12/23/2016 | 08/26/2016 | WAYNE FARMS LLC, | |
| Notice Date | Page | Beneficiary | |
| 04/28/2017 | 1 of 1 | PHAM, TRI MINH | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1623745975
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

## U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not PRINT a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PHAM, TRI MINH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 20 MAY 2022 |
| Case No: | HCM2017645021 |
| Confirmation No: | AA00AN3QHB |



H C M 2 0 1 7 6 4 5 0 2 1

**THIS IS NOT A VISA**



A A 0 0 A N 3 Q H B

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

TL. CỤC TRƯỞNG
*For the Director*

P. Trưởng Phòng
*Deputy Chief of Division*

Chữ ký người mang hộ chiếu
*Signature of bearer*

---

CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*



| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
|---|---|---|
| P | VNM | C1629059 |

Họ và tên / *Full name*
**PHAM MINH TRI**

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
AN GIANG

Giới tính / *Sex*
NAM / M

Số GCMND / *ID card N°*
024899291

Ngày cấp / *Date of issue*
21 / 06 / 2016

Có giá trị đến / *Date of expiry*
21 / 06 / 2026

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMPHAM<<MINH<TRI<<<<<<<<<<<<<<<<<<<<<<<<<<
C1629059<6VNM9009073M2606211024899291<<<<<46

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1690414331 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Receipt Date | Priority Date | Petitioner | |
| 09/07/2016 | 10/26/2015 | WAYNE FARMS LLC, | |
| Notice Date | Page | Beneficiary | |
| 04/06/2017 | 1 of 1 | PHAM, TRINH THI KIEU | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** A1529932501
**SOC Code:** 513022  **Skill Level:** 1
**Work Site:** DOBSON NC

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PHAM, TRINH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 21 JAN 2022 |
| Case No: | HCM2017623011 |
| Confirmation No: | AA00ACJ6O7 |



H C M 2 0 1 7 6 2 3 0 1 1

**THIS IS NOT A VISA**



A A 0 0 A C J 6 O 7

Version 1.4

CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

T/L CỤC TRƯỞNG
*For the Director*

P. Trưởng phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

---

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
|---|---|---|
| P | VNM | C9842975 |

Họ và tên / *Full name*

PHẠM THỊ KIỀU TRINH

Quốc tịch / *Nationality*    VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*    Nơi sinh / *Place of birth*
ĐỒNG NAI

Số GCMND / *ID Card N°*

Giới tính / *Sex*    075185023229

NỮ / F

Ngày cấp / *Date of issue*    Có giá trị đến / *Date of expiry*

01 / 11 / 2021    01 / 11 / 2031

Nơi cấp / *Place of issue*

Cục Quản lý xuất nhập cảnh

P<VNMPHAM<<THI<KIEU<TRINH<<<<<<<<<<<<<<<<<<<<<<
C9842975<6VNM8512051F3111013075185023229<<08

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
| --- | --- | --- | --- |
| SRC1690323093 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 07/05/2016 | 12/18/2015 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 06/01/2017 | 1 of 1 | PHAN, NGA THI THU | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: NA
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT** *of* **STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PHAN, NGA THI THU |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 17 JUN 2022 |
| Case No: | HCM2017684014 |
| Confirmation No: | AA00B03V99 |

H C M 2 0 1 7 6 8 4 0 1 4

**THIS IS NOT A VISA**

A A 0 0 B 0 3 V 9 9

Version 1.4

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

| HỘ CHIẾU / PASSPORT | Loại / Type | Mã số / Code | Số hộ chiếu / Passport N° |
|---|---|---|---|
| | P | VNM | B9402177 |

Họ và tên / Full name
PHAN THỊ THU NGA

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth
07 / 07 / 2014

Nơi sinh / Place of birth
TIỀN GIANG

Giới tính / Sex
NỮ / F

Số CMND / ID card
025540868

Ngày cấp / Date of issue
07 / 07 / 2014

Có giá trị đến / Date of expiry
07 / 07 / 2024

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh



CƠ QUAN CẤP HỘ CHIẾU
ISSUING AUTHORITY
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
TL. CỤC TRƯỞNG
For the Director
P. Trưởng Phòng
Deputy Chief of Division

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
Signature of bearer



P<VNMPHAN<<THI<THU<NGA<<<<<<<<<<<<<<<<<<<<<<<
B9402177<5VNM7501115F2407072025540868<<<<02

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1790167047 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 12/23/2016 | Priority Date 10/03/2016 | Petitioner WAYNE FARMS LLC, | |
| Notice Date 04/28/2017 | Page 1 of 1 | Beneficiary PHAM, CHI THI MAI | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1627056385
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), **32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



# U.S. DEPARTMENT *of* STATE
## CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

## Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

## Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

## Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PHAM, CHI |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 11 JAN 2022 |
| Case No: | HCM2017645020 |
| Confirmation No: | AA0076AKLY |



H C M 2 0 1 7 6 4 5 0 2 0

**THIS IS NOT A VISA**



A A 0 0 7 6 A K L Y

Version 1.4

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Lương Đình Kháng

Chữ ký người mang hộ chiếu
*Signature of bearer*

3

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*    Mã số / *Code*    Số hộ chiếu / *Passport Nº*
P                VNM               C5410865

Họ và tên / *Full name*
PHẠM THỊ MAI CHI

Quốc tịch / *Nationality*    VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*    Nơi sinh / *Place of birth*

Giới tính / *Sex*    HẢI PHÒNG
NỮ / F             Số GCMND / *ID card*
Ngày cấp / *Date of issue*    00174009505
21 / 06 / 2018    Có giá trị đến / *Date of expiry*
Nơi cấp / *Place of issue*    21 / 06 / 2028
Cục Quản lý xuất nhập cảnh

P<VNMPHAM<<THI<MAI<CHI<<<<<<<<<<<<<<<<<<<<<<<
C5410865<5VNM7405039F2806217001174009505<<20

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number SRC1790073572 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 11/14/2016 | Priority Date 10/24/2015 | Petitioner WAYNE FARMS LLC, | |
| Notice Date 04/15/2017 | Page 1 of 1 | Beneficiary PHAN, TUAN VAN | |

| WAYNE FARMS LLC c/o MICHELLE SWAFFORD | **Notice Type:** Approval Notice **Section:** Other Workers, Sec.203(b)(3)(A)(iii) **Consulate:** NVC **ETA Case Number:** A1529732028 **SOC Code:** 513022  **Skill Level:** 1 |
|---|---|

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283

August 20, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



**U.S. Citizenship
and Immigration
Services**



SRC1790073572

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

RE: TUAN VAN PHAN
I-140, Immigrant Petition for Alien Worker



## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS
LLC on November 14, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the
Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on April 15, 2017 and
forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration
benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner
must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the
beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm.
1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is
more likely than not that the petitioner has established eligibility for the requested benefit. Therefore,
USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1290

AUG 3 0 2021 PM 8 7

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PHAN, TUAN VAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 09 MAY 2022 |
| Case No: | HCM2017636002 |
| Confirmation No: | AA00ASY27D |



**THIS IS NOT A VISA**



Version 1.4



CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Mã số / Code
VNM

Số hộ chiếu / Passport N°
B8783851

Họ và tên / Full name
PHAN VĂN TUẤN

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth
20 / 02 / 2014

Nơi sinh / Place of birth
KIÊN GIANG

Giới tính / Sex
NAM / M

Số CCCD / ID
37079870A

Ngày cấp / Date of issue
20 / 02 / 2014

Có giá trị đến / Date of expiry
20 / 02 / 2024

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

CƠ QUAN CẤP HỘ CHIẾU
ISSUING AUTHORITY
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
T/L CỤC TRƯỞNG
For the Director
Trưởng Phòng
Deputy Chief of Division

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
Signature of bearer

P<VNMPHAN<<VAN<TUAN<<<<<<<<<<<<<<<<<<<<<<<<<
B8783851<9VNM7101010M2402206370798704<<<<<94

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790058064 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 11/03/2016 | 01/15/2016 | WAYNE FARMS LLC, | |
| Notice Date | Page | Beneficiary | |
| 04/13/2017 | 1 of 1 | TRAN, TU HUU | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1601461564
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

## U.S. DEPARTMENT *of* STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | TRAN, TU HUU |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 02 FEB 2022 |
| Case No: | HCM2017632005 |
| Confirmation No: | AA0071TB4G |

H C M 2 0 1 7 6 3 2 0 0 5

**THIS IS NOT A VISA**

A A 0 0 7 1 T B 4 G

Version 1.4

CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*
P

Mã số / *Code*
VNM

Số hộ chiếu / *Passport Nᵒ*
C1017398

Họ và tên / *Full name*
**TRẦN HỮU TÚ**

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
**KIÊN GIANG**

Giới tính / *Sex*
**NAM / M**

Số GCMND / *ID card Nᵒ*
371162148

Ngày cấp / *Date of issue*
22 / 01 / 2016

Có giá trị đến / *Date of expiry*
22 / 01 / 2026

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMTRAN<<HUU<TU<<<<<<<<<<<<<<<<<<<<<<<<<<<<
C1017398<5VNM8810300M2601227371162148<<<<<78

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number<br>SRC1715650288 | | Case Type<br>I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| --- | --- | --- | --- |
| Received Date<br>05/10/2017 | Priority Date<br>09/25/2016 | Petitioner<br>WAYNE FARMS LLC | |
| Notice Date<br>05/19/2017 | Page<br>1 of 1 | Beneficiary<br>TRINH, TU THANH | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A 16259 53135
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

The above petition has been approved. We have sent it to the **Department of State National Visa Center, 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

October 7, 2021

NVC Case Number: HCM2017671014

DEAR TU TRINH:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS)
reaffirmed this petition. You will receive instructions regarding further processing of this
petition.

| | |
|---|---|
| Case Number: | HCM2017671014 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | TRINH, TU THANH |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 25SEP2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.10/07/2021]

# U.S. DEPARTMENT *of* STATE
## CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not PRINT a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | TRINH, TU THANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 28 FEB 2023 |
| Case No: | HCM2017671014 |
| Confirmation No: | AA00BP8RCJ |



H C M 2 0 1 7 6 7 1 0 1 4

**THIS IS NOT A VISA**



A A 0 0 B P 8 R C J

Version 1.4

**CƠ QUAN CẤP HỘ CHIẾU**
*ISSUING AUTHORITY*

**CỤC QUẢN LÝ XUẤT NHẬP CẢNH**
*Vietnam Immigration Department*

Chữ ký người mang hộ chiếu / *Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIET NAM*



| | | |
|---|---|---|
| **HỘ CHIẾU** *PASSPORT* | Loại / *Type*   Mã số / *Code* | Số hộ chiếu / *Passport No.* |
| | P          VNM | P01352709 |

Họ / *Surname*
**TRỊNH**
Chữ đệm và tên / *Given names*
**THANH TÚ**
Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*                    Giới tính / *Sex*

NAM / M
Nơi sinh / *Place of birth*                     Số ĐDCN, CMND / *ID No.*
Long An                                         080083003191
Ngày cấp / *Date of issue*                      Ngày hết hạn / *Date of expiry*
26/01/2023                                      26/01/2033

```
P<VNMTRINH<<THANH<TU<<<<<<<<<<<<<<<<<<<<<<<<<
P013527092VNM8310235M3301269080083003191<<92
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type |
|---|---|---|
| SRC1790353887 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| **Received Date** | **Priority Date** | **Petitioner** |
| 03/20/2017 | 09/22/2016 | WAYNE FARMS LLC, |
| **Notice Date** | **Page** | **Beneficiary** |
| 04/24/2017 | 1 of 1 | TRUONG, TUAN ANH |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1626353794
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/06) N





MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

October 7, 2021

NVC Case Number: HCM2017636021

DEAR TUAN TRUONG:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017636021 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | TRUONG, TUAN ANH |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 22SEP2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.10/07/2021]

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not PRINT a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | TRUONG, TUAN ANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 01 JUN 2022 |
| Case No: | HCM2017636021 |
| Confirmation No: | AA00734ZT4 |



**THIS IS NOT A VISA**



Version 1.4

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Mã số / Code
VNM

Số hộ chiếu / Passport Nᵒ
C9424289

Họ và tên / Full name
TRƯƠNG ANH TUẤN

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth
Nơi sinh / Place of birth
TP. HỒ CHÍ MINH

Giới tính / Sex
NAM / M

Ngày cấp / Date of issue
13 / 05 / 2021

Số CMND / ID card Nᵒ
023549663

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

Có giá trị đến / Date of expiry
13 / 05 / 2031



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

*Nguyễn Ngọc Minh*

Chữ ký người mang hộ chiếu
*Signature of bearer*

3

P<VNMTRUONG<<ANH<TUAN<<<<<<<<<<<<<<<<<<<<<
C9424289<6VNM8309237M3105135023549663<<<<88

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1690331611 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 07/11/2016 | Priority Date 10/22/2015 | Petitioner WAYNE FARMS LLC |
| Notice Date 06/01/2017 | Page 1 of 1 | Beneficiary VO, KHANH CONG |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: NA
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

## Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

## Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

## Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | VO, KHANH CONG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 31 MAY 2022 |
| Case No: | HCM2017684009 |
| Confirmation No: | AA00ARDV53 |

H C M 2 0 1 7 6 8 4 0 0 9

A A 0 0 A R D V 5 3

**THIS IS NOT A VISA**

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

P. Trưởng
*Deputy Director*

Nguyễn Thị Phượng

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*
P

Mã số / *Code*
VNM

Số hộ chiếu / *Passport N°*
C9700931

Họ và tên / *Full name*
VÕ CÔNG KHÁNH

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
KHÁNH HÒA

Giới tính / *Sex*
NAM / M

Số GCMND / *ID card N°*
056083010818

Ngày cấp / *Date of issue*
17 / 02 / 2022

Có giá trị đến / *Date of expiry*
17 / 02 / 2032

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMVO<<CONG<KHANH<<<<<<<<<<<<<<<<<<<<<<<<<<
C9700931<1VNM8308193M3202171056083010818<<86

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number<br>SRC1790057758 | | Case Type<br>I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date<br>11/03/2015 | Priority Date<br>01/14/2016 | Petitioner<br>WAYNE FARMS LLC |
| Notice Date<br>04/29/2017 | Page<br>1 of 1 | Beneficiary<br>VO, LY THIEN |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1601461537
SOC Code: 513022  Skill Level: 1
Work Site: DOBSON NC

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

# U.S. DEPARTMENT *of* STATE
## CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | VO, LY |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 27 JAN 2022 |
| Case No: | HCM2017652012 |
| Confirmation No: | AA00ALMWEP |



H C M 2 0 1 7 6 5 2 0 1 2

**THIS IS NOT A VISA**

A A 0 0 A L M W E P

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / ISSUING AUTHORITY

CỤC QUẢN LÝ XUẤT NHẬP CẢNH / Immigration Department

T/L CỤC TRƯỞNG / For the Director

P. Trưởng Phòng / Republic Chief of Division

Nguyễn Thị Phượng

Chữ ký người mang hộ chiếu / Signature of bearer

---

## CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / *PASSPORT***

Loại / *Type* — P
Mã số / *Code* — VNM
Số hộ chiếu / *Passport N°* — C9682412

Họ và tên / *Full name*
**VÕ THIÊN LÝ**

Quốc tịch / *Nationality* — VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth* — **KIÊN GIANG**

Giới tính / *Sex* — **NỮ / F**

Số GCMND / *ID card N°* — 341457608

Ngày cấp / *Date of issue* — 10 / 02 / 2022

Có giá trị đến / *Date of expiry* — 10 / 02 / 2032

Nơi cấp / *Place of issue*
**Cục Quản lý xuất nhập cảnh**

P<VNMVO<<THIEN<LY<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
C9682412<6VNM9002096F3202104341457608<<<<<4Ø

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number<br>SRC1790073503 | | Case Type<br>I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| --- | --- | --- | --- |
| Received Date<br>11/14/2016 | Priority Date<br>02/01/2016 | Petitioner<br>WAYNE FARMS LLC, | |
| Notice Date<br>04/15/2017 | Page<br>1 of 1 | Beneficiary<br>HO, THANH DU | |

| | |
| --- | --- |
| WAYNE FARMS LLC<br>c/o MICHELLE SWAFFORD | Notice Type: Approval Notice<br>Section: Other Workers, Sec.203(b)(3)(A)(iii)<br>Consulate: NVC<br>ETA Case Number: A1603167369<br>SOC Code: 513022  Skill Level: 1 |

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

# U.S. DEPARTMENT *of* STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

## Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

## Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

## Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | HO, THANH DU |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 08 APR 2022 |
| Case No: | HCM2017636007 |
| Confirmation No: | AA00ARTZ37 |

HCM2017636007

**THIS IS NOT A VISA**

AA00ARTZ37

Version 1.4

3

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Đặng Tuấn Long

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**

Loại / *Type*  P
Mã số / *Code*  VNM
Số hộ chiếu / *Passport N°*  C0348967

Họ và tên / *Full name*
**HỒ DŨ THANH**
Quốc tịch / *Nationality*  VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*
Nơi sinh / *Place of birth*
**ĐỒNG NAI**
Giới tính / *Sex*
Số GCMND / *ID card N°*  271517217
**NAM / M**
Ngày cấp / *Date of issue*
Có giá trị đến / *Date of expiry*
01 / 06 / 2015  01 / 06 / 2025
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMHO<<DU<THANH<<<<<<<<<<<<<<<<<<<<<<<<<<
C0348967<1VNM8311092M2506012271517217<<<<<52


