Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type |
|---|---|---|
| SRC1690363190 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| Received Date | Priority Date | Petitioner |
| 07/29/2016 | 01/31/2016 | WAYNE FARMS LLC, |
| Notice Date | Page | Beneficiary |
| 04/13/2017 | 1 of 1 | LAM, QUAN VAN |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1603067348
SOC Code: 513022

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local USCIS office to obtain Form I-485, Application to Register Permanent Residence or Adjust Status. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local USCIS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LAM, QUAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 13 JAN 2022 |
| Case No: | HCM2017628007 |
| Confirmation No: | AA00AKDGE7 |



**THIS IS NOT A VISA**



Version 1.4

CÔNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM · SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Họ và tên / Full name
LÂM VĂN QUÂN

Quốc tịch / Nationality

Ngày sinh / Date of birth

Giới tính / Sex
NAM / M

Ngày cấp / Date of issue
02 / 03 / 2021

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

Mã số / Code
VNM

Số hộ chiếu / Passport N°
C9551107

VIỆT NAM / VIETNAMESE

Nơi sinh / Place of birth
CÀ MAU

Số CCCD/CMND / ID Card No
09606800007

Có giá trị đến / Date of expiry
02 / 03 / 2031

CƠ QUAN CẤP HỘ CHIẾU
ISSUING AUTHORITY
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
T/L. CỤC TRƯỞNG
For the Director
P. Trưởng Phòng
Deputy Chief of Division

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
Signature of bearer

P<VNMLAM<<VAN<QUAN<<<<<<<<<<<<<<<<<<<<<<<<<
C9551107<6VNM6806282M3103027096068000007<<64

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
| --- | --- | --- | --- |
| SRC1690328579 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 07/08/2016 | 01/13/2016 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 06/02/2017 | 1 of 1 | NGUYEN, TUAN ANH | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: NA
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283







MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 18, 2021

NVC Case Number: HCM2017684025

DEAR TUAN NGUYEN:

The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017684025 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | NGUYEN, TUAN ANH |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 31JAN2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP-11/18/2021]

**U.S. DEPARTMENT _of_ STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, TUAN ANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 25 MAR 2022 |
| Case No: | HCM2017684025 |
| Confirmation No: | AA00ANHZNT |

H C M 2 0 1 7 6 8 4 0 2 5

**THIS IS NOT A VISA**

A A 0 0 A N H Z N T

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH / *Immigration Department*
T/L CỤC TRƯỞNG / *For the Director*
P. Trưởng Phòng / *Deputy Chief of Division*
Nguyễn Thị Phượng

Chữ ký người mang hộ chiếu / *Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM · *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

| Loại / Type | Mã số / Code | Số hộ chiếu / Passport Nº |
|---|---|---|
| P | VNM | C9743381 |

Họ và tên / *Full name*
**NGUYỄN ANH TUẤN**
Quốc tịch / *Nationality*      VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*      Nơi sinh / *Place of birth*
**TP.HỒ CHÍ MINH**
Số GCMND / *ID card Nº*
079083015314
Giới tính / *Sex*
**NAM / M**
Ngày cấp / *Date of issue*      Có giá trị đến / *Date of expiry*
13 / 01 / 2022      13 / 01 / 2032
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<ANH<TUAN<<<<<<<<<<<<<<<<<<<<<<<<<
C9743381<7VNM8309190M3201130079083015314<<34

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790058309 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** | **Priority Date** | **Petitioner** | |
| 11/03/2016 | 02/01/2016 | WAYNE FARMS LLC, | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 04/13/2017 | 1 of 1 | NGUYEN, HOA | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1603167378
SOC Code: 513022  Skill Level: 1
Work Site: LAUREL MS

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

**Customer Service Telephone: 800-375-5283**



Form I-797 (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Receipt Number<br>SRC1790058309 | | Case Type<br>I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date<br>11/03/2016 | Priority Date<br>02/01/2016 | Petitioner<br>WAYNE FARMS LLC | |
| Notice Date<br>08/20/2021 | Page<br>1 of 1 | Beneficiary<br>NGUYEN, HOA | |

| WAYNE FARMS LLC<br>c/o MYUNG SUN CAITLYN GOLDSTEIN<br>GOLDSTEIN LAW GROUP | **Notice Type:** Affirmation Notice |
|---|---|

This is to advise you that we have reaffirmed our previous decision on the above application or petition which the Department of State had previously returned for review. We have forwarded the case back to the Department of State for action.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012





USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.            Form I-797C 04/01/19

August 20, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



U.S. Citizenship
and Immigration
Services

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP



SRC1790058309

RE: HOA NGUYEN
I-140, Immigrant Petition for Alien Worker

## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on November 3, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on April 13, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is more likely than not that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1290



AUG 3 0 2021 PM 8 7

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, HOA |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 13 DEC 2021 |
| Case No: | HCM2017630038 |
| Confirmation No: | AA0072RAWY |

H C M 2 0 1 7 6 3 0 0 3 8

**THIS IS NOT A VISA**

A A 0 0 7 2 R A W Y

Version 1.4

3

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu
*Signature of bearer*

HỘ CHIẾU / *PASSPORT*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

Loại / *Type*          Mã số / *Code*          Số hộ chiếu / *Passport N°*
P                      VNM                     C9806524

Họ và tên / *Full name*
NGUYỄN HOÀ

Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*
14 / 10 / 2021

Giới tính / *Sex*          Nơi sinh / *Place of birth*
NAM / M                    THỪA THIÊN - HUẾ

Ngày cấp / *Date of issue*          Số GCMND / *ID card N°*
14 / 10 / 2021                       075071000030

Nơi cấp / *Place of issue*          Có giá trị đến / *Date of expiry*
Cục Quản lý xuất nhập cảnh          14 / 10 / 2031

P<VNMNGUYEN<<HOA<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
C9806524<8VNM7108101M31101420750710000030<<72

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1690408873 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 08/29/2016 | 01/31/2016 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 05/23/2017 | 1 of 1 | NGUYEN, MAN MINH | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1603167356
SOC Code: 513022  Skill Level: 1

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local USCIS office to obtain Form I-485, Application to Register Permanent Residence or Adjust Status. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local USCIS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1690408873 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** | **Priority Date** | **Petitioner** | |
| 08/29/2016 | 01/31/2016 | WAYNE FARMS LLC | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 08/18/2021 | 1 of 1 | NGUYEN, MAN MINH | |

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEINLAW GROUP

**Notice Type:** Affirmation Notice

This is to advise you that we have reaffirmed our previous decision on the above application or petition which the Department of State had previously returned for review. We have forwarded the case back to the Department of State for action.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, MAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 07 FEB 2022 |
| Case No: | HCM2017678007 |
| Confirmation No: | AA00AM2781 |



H C M 2 0 1 7 6 7 8 0 0 7

**THIS IS NOT A VISA**



A A 0 0 A M 2 7 8 1

Version 1.4

CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH / *Immigration Department*

T/L. CỤC TRƯỞNG / *For the Director*

P. Trưởng Phòng / *Deputy Chief of Division*

Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu / *Signature of bearer*



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM · *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / *PASSPORT***

| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
|---|---|---|
| P | VNM | C9834510 |

Họ và tên / *Full name*
**NGUYỄN MINH MẪN**

Quốc tịch / *Nationality*  VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*  Nơi sinh / *Place of birth*
**LONG AN**

Giới tính / *Sex*  Số GCMND / *ID Card N°*
**NAM / M**  025888494

Ngày cấp / *Date of issue*  Có giá trị đến / *Date of expiry*
**27 / 10 / 2021**  **27 / 10 / 2031**

Nơi cấp / *Place of issue*
**Cục Quản lý xuất nhập cảnh**

```
P<VNMNGUYEN<<MINH<MAN<<<<<<<<<<<<<<<<<<<<<<<<<<
C9834510<4VNM7811296M3110278025888494<<<<<86
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

UNITED STATES OF AMERICA

| Receipt Number SRC1790057845 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 11/03/2016 | Priority Date 02/01/2016 | Petitioner WAYNE FARMS LLC, |
| Notice Date 04/13/2017 | Page 1 of 1 | Beneficiary NGUYEN, THAO MINH |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1603167377
SOC Code: 513022 Skill Level: 1
Work Site: LAUREL MS

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283







MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 18, 2021

NVC Case Number: HCM2017630024

DEAR THAO NGUYEN:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS)
reaffirmed this petition. You will receive instructions regarding further processing of this
petition.

| | |
|---|---|
| Case Number: | HCM2017630024 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | NGUYEN, THAO MINH |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 01FEB2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.11/18/2021]

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, THAO MINH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 10 MAR 2022 |
| Case No: | HCM2017630024 |
| Confirmation No: | AA00AN0J5P |

H C M 2 0 1 7 6 3 0 0 2 4

**THIS IS NOT A VISA**

A A 0 0 A N 0 J 5 P

Version 1.4

3

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

| | | |
|---|---|---|
| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
| P | VNM | C9706458 |

Họ và tên / *Full name*
NGUYỄN MINH THẢO

Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Giới tính / *Sex*          Nơi sinh / *Place of birth*
NỮ / F          ĐỒNG NAI

Số GCMND / *ID Card N°*
Ngày cấp / *Date of issue*          07517000261
27 / 12 / 2021          Có giá trị đến / *Date of expiry*
27 / 12 / 2031

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<MINH<THAO<<<<<<<<<<<<<<<<<<<<<<<
C9706458<9VNM7708202F3112272075177000261<<42

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number SRC1790058304 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 11/03/2016 | Priority Date 02/01/2016 | Petitioner WAYNE FARMS LLC, |
| Notice Date 04/13/2017 | Page 1 of 1 | Beneficiary NGUYEN, LIEU THI |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1603167375
SOC Code: 513022  Skill Level: 1
Work Site: LAUREL MS

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, LIEU THI |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 11 JUL 2022 |
| Case No: | HCM2017630025 |
| Confirmation No: | AA00AM5Q9T |



**THIS IS NOT A VISA**



Version 1.4



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
| --- | --- | --- | --- |
| SRC1790073499 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 11/14/2016 | 02/01/2016 | WAYNE FARMS LLC, | |
| Notice Date | Page | Beneficiary | |
| 04/15/2017 | 1 of 1 | NGUYEN VU, CHI KIM | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** A1603167372
**SOC Code:** 513022  **Skill Level:** 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 18, 2021

NVC Case Number: HCM2017636004

DEAR CHI NGUYEN VU:

The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

Case Number:              HCM2017636004
Petitioner's Name:        WAYNE FARMS LLC, MICHELLE SWAFFORD
Beneficiary's Name:       NGUYEN VU, CHI KIM
Preference Category:      EW - OTHER WORKERS
Priority Date:            01FEB2016
Foreign State Chargeability: VIETNAM
U.S. Embassy/Consulate:   HO CHI MINH CITY

[AAP.11/18/2021]

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, CHI VU KIM |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 22 JUL 2022 |
| Case No: | HCM2017636004 |
| Confirmation No: | AA00AZ952L |

H C M 2 0 1 7 6 3 6 0 0 4

**THIS IS NOT A VISA**

A A 0 0 A Z 9 5 2 L

Version 1.4

CÔNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type    Mã số / Code    Số hộ chiếu / Passport No
P              VNM             B9849306

Họ và tên / Full name
NGUYỄN VŨ KIM CHI
Quốc tịch / Nationality        VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth      Nơi sinh / Place of birth
                               TP. HỒ CHÍ MINH
Giới tính / Sex                Số (CMND) / ID card No
NỮ / F                         023860323
Ngày cấp / Date of issue       Có giá trị đến / Date of expiry
01 / 12 / 2014                 01 / 12 / 2024
Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<VU<KIM<CHI<<<<<<<<<<<<<<<<<<<<<<
B9849306<8VNM8306203F2412012023860323<<<<<36

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
TL. CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790240978 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** | **Priority Date** | **Petitioner** | |
| 01/20/2017 | 05/30/2016 | WAYNE FARMS LLC. | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 04/28/2017 | 1 of 1 | CAO, HAU HONG | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** A1615115821
**SOC Code:** 513022  **Skill Level:** 1
**Work Site:** PENDERGRASS GA

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | CAO, HAU HONG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 21 JUL 2022 |
| Case No: | HCM2017645011 |
| Confirmation No: | AA00B0POI5 |

H C M 2 0 1 7 6 4 5 0 1 1

**THIS IS NOT A VISA**

A A 0 0 B 0 P O I 5

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Chữ ký của người mang hộ chiếu
*Signature of bearer*

Trịnh Gia Địch

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / *PASSPORT***

| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport Nº* |
|---|---|---|
| P | VNM | C8556226 |

Họ và tên / *Full name*
**CAO HỒNG HẬU**

Quốc tịch / *Nationality* — VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth* — Nơi sinh / *Place of birth*
TP. HỒ CHÍ MINH

Giới tính / *Sex* — Số GCMND / *ID Card Nº*
**NAM / M** — 023860605

Ngày cấp / *Date of issue* — Có giá trị đến / *Date of expiry*
27 / 11 / 2019 — 27 / 11 / 2029

Nơi cấp / *Place of issue*
**Cục Quản lý xuất nhập cảnh**

P<VNMCAO<<HONG<HAU<<<<<<<<<<<<<<<<<<<<<<<<<<<
C8556226<0VNM8402208M2911272023860605<<<<<06

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1790143863 | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Receipt Date 12/22/2016 | Priority Date 07/29/2016 | Petitioner WAYNE FARMS LLC, | |
| Notice Date 04/07/2017 | Page 1 of 1 | Beneficiary DANG, MINH KHUONG | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1619733014
SOC Code: 513022

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 17, 2021

NVC Case Number: HCM2017618003

DEAR MINH DANG:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

Case Number:                    HCM2017618003
Petitioner's Name:              WAYNE FARMS LLC, MICHELLE SWAFFORD
Beneficiary's Name:             DANG, MINH KHUONG
Preference Category:            EW - OTHER WORKERS
Priority Date:                  29JUL2016
Foreign State Chargeability:    VIETNAM
U.S. Embassy/Consulate:         HO CHI MINH CITY

[AAP.11/17/2021]

# U.S. DEPARTMENT *of* STATE
## CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | DANG, MINH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 10 JUL 2017 |
| Case No: | HCM2017618003 |
| Confirmation No: | AA006Y9F0Y |



H C M 2 0 1 7 6 1 8 0 0 3

**THIS IS NOT A VISA**



A A 0 0 6 Y 9 F 0 Y

Version 01.01.00

CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

T/L CỤC TRƯỞNG
*For the Director*

Trưởng Phòng
*Deputy Chief of Division*

Nguyễn Tuấn Vinh

Chữ ký người mang hộ chiếu
*Signature of bearer*

---

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / *PASSPORT***

| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport Nᵒ* |
|---|---|---|
| P | VNM | C1830577 |

Họ và tên / *Full name*
ĐẶNG KHƯƠNG MINH

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
THỪA THIÊN -HUẾ

Giới tính / *Sex*
NAM / M

Số GCMND / *ID card*
201642275

Ngày cấp / *Date of issue*
08 / 06 / 2016

Có giá trị đến / *Date of expiry*
08 / 06 / 2026

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

```
P<VNMDANG<<KHUONG<MINH<<<<<<<<<<<<<<<<<<<<<<<
C1830577<1VNM7308244M2606082201642275<<<<<16
```



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type | |
| --- | --- | --- | --- |
| SRC1690375786 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** | **Priority Date** | **Petitioner** | |
| 08/08/2016 | 10/26/2015 | WAYNE FARMS LLC | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 10/12/2021 | 1 of 1 | DOAN, TUAN VAN | |

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** A15299-32533
**SOC Code:** 513022  **Skill Level:** 1

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.
**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



# U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | DOAN, TUAN VAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 17 FEB 2022 |
| Case No: | HCM2021828006 |
| Confirmation No: | AA00AMVEF7 |



H C M 2 0 2 1 8 2 8 0 0 6

**THIS IS NOT A VISA**

A A 0 0 A M V E F 7

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type  P
Mã số / Code  VNM
Số hộ chiếu / Passport Nº  C9914696

Họ và tên / Full name
ĐOÀN VĂN TUẤN

Quốc tịch / Nationality  VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth  Nơi sinh / Place of birth
QUẢNG NINH
Số GCMND / ID Card Nº
022088002440

Giới tính / Sex
NAM / M

Ngày cấp / Date of issue  Có giá trị đến / Date of expiry
15 / 12 / 2021  15 / 12 / 2031

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

P<VNMDOAN<<VAN<TUAN<<<<<<<<<<<<<<<<<<<<<<<<<<
C9914696<6VNM8801018M3112157022088002440<<22



# THE UNITED STATES OF AMERICA

**I-797 | NOTICE OF ACTION** | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number<br>SRC1690375786 | | Case Type<br>I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date<br>08/08/2016 | Priority Date<br>10/26/2015 | Petitioner<br>WAYNE FARMS LLC |
| Notice Date<br>10/12/2021 | Page<br>1 of 1 | Beneficiary<br>DOAN, TUAN VAN |

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** A15299-32533
**SOC Code:** 513022 **Skill Level:** 1

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.
**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 [REV. 08/01/16]

# U.S. DEPARTMENT of STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

## Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

## Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

## Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | DOAN, TUAN VAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 17 FEB 2022 |
| Case No: | HCM2021828006 |
| Confirmation No: | AA00AMVEF7 |



H C M 2 0 2 1 8 2 8 0 0 6

**THIS IS NOT A VISA**

A A 0 0 A M V E F 7

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*    Loại / *Type*    Mã số / *Code*    Số hộ chiếu / *Passport N°*

P    VNM    C9914696

Họ và tên / *Full name*

ĐOÀN VĂN TUẤN

Quốc tịch / *Nationality*    VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*    Nơi sinh / *Place of birth*

QUẢNG NINH

Giới tính / *Sex*    Số GCMND / *ID card N°*

NAM / M    022088002440

Ngày cấp / *Date of issue*    Có giá trị đến / *Date of expiry*

15 / 12 / 2021    15 / 12 / 2031

Nơi cấp / *Place of issue*

Cục Quản lý xuất nhập cảnh

P<VNMDOAN<<VAN<TUAN<<<<<<<<<<<<<<<<<<<<<<<<<<<
C9914696<6VNM8801018M3112157022088002440<<22



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| SRC1690375786 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |

| Received Date | Priority Date | Petitioner |
|---|---|---|
| 08/08/2016 | 10/26/2015 | WAYNE FARMS LLC |

| Notice Date | Page | Beneficiary |
|---|---|---|
| 10/12/2021 | 1 of 1 | DOAN, TUAN VAN |

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** A15299-32533
**SOC Code:** 513022  **Skill Level:** 1

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.
**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 [REV. 08/01/16]

# U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | DOAN, TUAN VAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 17 FEB 2022 |
| Case No: | HCM2021828006 |
| Confirmation No: | AA00AMVEF7 |



**THIS IS NOT A VISA**

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / ISSUING AUTHORITY
CỤC QUẢN LÝ XUẤT NHẬP CẢNH / Immigration Department
TL. CỤC TRƯỞNG / For the Director,
P. Trưởng phòng / Deputy Chief of Division
Ks. Thiều Văn Giang

Chữ ký người mang hộ chiếu / Signature of bearer

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type: P
Mã số / Code: VNM
Số hộ chiếu / Passport Nº: C9914696

Họ và tên / Full name: ĐOÀN VĂN TUẤN
Quốc tịch / Nationality: VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth:
Nơi sinh / Place of birth: QUẢNG NINH
Giới tính / Sex: NAM / M
Số GCMND / ID Card Nº: 022088002440
Ngày cấp / Date of issue: 15 / 12 / 2021
Có giá trị đến / Date of expiry: 15 / 12 / 2031
Nơi cấp / Place of issue: Cục Quản lý xuất nhập cảnh

P<VNMDOAN<<VAN<TUAN<<<<<<<<<<<<<<<<<<<<<<<<<<
C9914696<6VNM8801018M3112157022088002440<<22

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790309304 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 02/27/2017 | 06/27/2016 | WAYNE FARMS LLC. | |
| Notice Date | Page | Beneficiary | |
| 04/27/2017 | 1 of 1 | HO, PHUOC THANH | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1617625559
SOC Code: 513022 Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

# U.S. DEPARTMENT *of* STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | HO, PHUOC THANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 17 NOV 2022 |
| Case No: | HCM2017645013 |
| Confirmation No: | AA00BF3985 |



H C M 2 0 1 7 6 4 5 0 1 3

**THIS IS NOT A VISA**



A A 0 0 B F 3 9 8 5

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu
*Signature of bearer*

---

**CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM** - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**

Loại / *Type*
P

Mã số / *Code*
VNM

Số hộ chiếu / *Passport N°*
C8453787

Họ và tên / *Full name*
HO THANH PHUOC

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
TP. HỒ CHÍ MINH

Giới tính / *Sex*
NAM / M

Số GCMND / *ID card N°*
022286819

Ngày cấp / *Date of issue*
10 / 12 / 2019

Có giá trị đến / *Date of expiry*
10 / 12 / 2029

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMHO<<THANH<PHUOC<<<<<<<<<<<<<<<<<<<<<<<<
C8453787<0VNM7204117M29121090222886819<<<<<00

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
| --- | --- | --- |
| SRC17xxxx | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| Received Date | Process Date | Petitioner |
| 4 11 2017 | 07 20 2010 | WAYNE FARMS LLC |
| Notice Date | Page | Beneficiary |
| 04 25 2017 | 1 of 1 | HOANG, PHUONG THI NGOC |

WAYNE FARMS LLC
c/o OLIVIA ORZA

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1619733162
SOC Code: 513022  Skill Level: 1
Work Site: PENDERGRASS GA

We have approved the immigrant visa petition you filed. This approval does not in itself grant any immigration status and we have not made a decision about your application to adjust status, if you have filed one. The Department of State National Visa Center (NVC) processes all approved immigrant visa petitions that need consular action. This is a courtesy copy, not the official notice.

### What the Official Notice Said

The petition has been sent to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

NOTICE: Although this approval provides the basis for the beneficiary to apply for a visa, such application must be approved by the Department of State before the beneficiary may receive a visa or other immigration benefit.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. BOX 648004
Mesquite TX 75185-8004

Customer Service Telephone: 800-375-5283



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

RECEIVED

| Receipt Number | | Case Type |
| --- | --- | --- |
| SRC1790196296 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| **Received Date** | **Priority Date** | **Petitioner** |
| 01/11/2017 | 07/29/2016 | WAYNE FARMS LLC |
| **Notice Date** | **Page** | **Beneficiary** |
| 08/24/2021 | 1 of 1 | HOANG, PHUONG THI NGOC |

WAYNE FARMS LLC
c/o OLIVIA ORZA

**Notice Type:** Affirmation Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28. Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

**What the Official Notice Said**

This is to advise you that we have reaffirmed our previous decision on the above application or petition which the Department of State had previously returned for review. We have forwarded the case back to the Department of State for action.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so that we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter

100509

SEP 08 2021 P. M. 8



100509

OCT 0 1 2021 AM 0 3

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | HOANG, PHUONG THI NGOC |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 20 SEP 2022 |
| Case No: | HCM2017645005 |
| Confirmation No: | AA00AYMOK9 |



**THIS IS NOT A VISA**



Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / ISSUING AUTHORITY

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department

T/L CỤC TRƯỞNG
Deputy Director

Trưởng Phòng
Deputy Chief of Division

Lê Xuân Hảo

Chữ ký người mang hộ chiếu
Signature of bearer

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

| | |
|---|---|
| Loại / Type | Mã số / Code |
| P | VNM |

Số hộ chiếu / Passport No
C1971323

Họ và tên / Full name
HOÀNG THỊ NGỌC PHƯỢNG

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth
Nơi sinh / Place of birth
TP. ĐÀ NẴNG

Giới tính / Sex
NỮ / F

Số GCMND / ID card No
201491338

Ngày cấp / Date of issue
11 / 07 / 2016

Có giá trị đến / Date of expiry
11 / 07 / 2026

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

P<VNMHOANG<<THI<NGOC<PHUONG<<<<<<<<<<<<<<<<<<
C1971323<4VNM85<<<<1F2607115201491338<<<<<98

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | May 16, 2016 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-140, Immigrant Petition for Alien Worker | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| SRC1690251710 | May 12, 2016 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| October 25, 2015 | 203 B3AIII OTHER WORKER | |

PAYMENT INFORMATION:

WAYNE FARMS LLC
C/O OLIVIA ORZA ORZA GLOBAL IMMIGRATION 00001311
9

| Application/Petition Fee: | $580.00 |
|---|---|
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $580.00 |
| Total Balance Due: | $0.00 |

||||·||||·|||·|·|||·||·|||·||||·||·|||·|·|·||·|||·|||·||||·|||·|·|||·||·|||·|

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-140, Immigrant Petition for Alien Worker has been received by our office for the following beneficiaries and is in process:

Name                    Date of Birth      Country of Birth      Class (If Applicable)
HUYNH, PHU                                 SOCIALIST REPUBLIC OF VIETNAM

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.



| **USCIS Office Address:** | **USCIS Customer Service Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Texas Service Center | ATTORNEY COPY |
| P.O. Box 851488 | |
| Mesquite, TX 75185-1488 |  |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 07/11/14 Y





MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

October 7, 2021

NVC Case Number: HCM2017631029

DEAR PHU HUYNH:

The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017631029 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | HUYNH, PHU DUC |
| Preference Category: | E2 - PROFESSIONALS FOLLOWING ADVANCED DEGREES |
| Priority Date: | 25OCT2015 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.10/07/2021]

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | HUYNH, PHU |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 12 JAN 2022 |
| Case No: | HCM2017631029 |
| Confirmation No: | AA0070UKBY |



H C M 2 0 1 7 6 3 1 0 2 9

**THIS IS NOT A VISA**

A A 0 0 7 0 U K B Y

Version 1.4



3

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng phòng
*Deputy Chief of Division*

Nguyễn Thị Phượng

Chữ ký người mang hộ chiếu
*Signature of bearer*



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*
P

Mã số / *Code*
VNM

Số hộ chiếu / *Passport Nº*
C9846147

Họ và tên / *Full name*
HUỲNH ĐỨC PHÚ

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*

Giới tính / *Sex*
NAM / M

Nơi sinh / *Place of birth*
LÂM ĐỒNG

Số GCMND / ID card Nº
068068000063

Ngày cấp / *Date of issue*
06 / 11 / 2021

Có giá trị đến / *Date of expiry*
06 / 11 / 2031

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMHUYNH<<DUC<PHU<<<<<<<<<<<<<<<<<<<<<<<<
C9846147<5VNM6804152M3111068068000063<<36



Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790115629 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 12/08/2016 | 07/29/2016 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 04/29/2017 | 1 of 1 | LE, ANH DINH TUAN | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** A1619733204
**SOC Code:** 513022  **Skill Level:** 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790115629 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 12/08/2016 | 07/29/2016 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 08/18/2021 | 1 of 1 | LE, ANH DINH TUAN | |

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

**Notice Type: Affirmation Notice**

This is to advise you that we have reaffirmed our previous decision on the above application or petition which the Department of State had previously returned for review. We have forwarded the case back to the Department of State for action.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LE, ANH DINH TUAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 17 MAY 2022 |
| Case No: | HCM2017643026 |
| Confirmation No: | AA00AMZZ4H |

H C M 2 0 1 7 6 4 3 0 2 6

**THIS IS NOT A VISA**

A A 0 0 A M Z Z 4 H

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU /** *PASSPORT*

Loại / *Type*    Mã số / *Code*      Số hộ chiếu / *Passport N⁰*
P        VNM        C1668238

Họ và tên / *Full name*
**LÊ ĐÌNH TUẤN ANH**

Quốc tịch / *Nationality*      VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*      Nơi sinh / *Place of birth*
**THỪA THIÊN -HUẾ**

Giới tính / *Sex*      Số GCMND / *ID card N⁰*
**NAM / M**      191547835

Ngày cấp / *Date of issue*      Có giá trị đến / *Date of expiry*
**03 / 06 / 2016**      **03 / 06 / 2026**

Nơi cấp / *Place of issue*
**Cục Quản lý xuất nhập cảnh**

```
P<VNMLE<<DINH<TUAN<ANH<<<<<<<<<<<<<<<<<<<<<<<
C1668238<6VNM8510208M2606037191547835<<<<<94
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type |
|---|---|---|
| SRCI790153956 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| Receipt Date | Priority Date | Petitioner |
| 12/28/2016 | 09/06/2016 | WAYNE FARMS LLC. |
| Notice Date | Page | Beneficiary |
| 04/07/2017 | 1 of 1 | LE, TRUNG QUANG |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1623645430
SOC Code: 513022

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

October 7, 2021

NVC Case Number: HCM2017621034

DEAR TRUNG LE:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017621034 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | LE, TRUNG QUANG |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 06SEP2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.10/07/2021]

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LE, TRUNG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 05 SEP 2017 |
| Case No: | HCM2017621034 |
| Confirmation No: | AA0074JETY |

H C M 2 0 1 7 6 2 1 0 3 4

**THIS IS NOT A VISA**

A A 0 0 7 4 J E T Y

Version 01.01.00



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM · *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*     Mã số / *Code*     Số hộ chiếu / *Passport Nº*

P     VNM     K0359862

Họ và tên / *Full name*
**LÊ QUANG TRUNG**

Quốc tịch / *Nationality*     VIỆT NAM / *VIETNAMESE*

Nơi sinh / *Place of birth*
**TP.HỒ CHÍ MINH**

Ngày sinh / *Date of birth*

Giới tính / *Sex*     Số GCMND / *ID card Nº*
**NAM / M**     079085014472

Ngày cấp / *Date of issue*     Có giá trị đến / *Date of expiry*
25 / 04 / 2022     25 / 04 / 2032

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

```
P<VNMLE<<QUANG<TRUNG<<<<<<<<<<<<<<<<<<<<<<<<<
K0359862<1VNM8411291M3204256079085014472<<74
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

### THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type |
|---|---|---|
| SRC1790219299 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| Received Date | Priority Date | Petitioner |
| 01/20/2017 | 05/30/2016 | WAYNE FARMS LLC. |
| Notice Date | Page | Beneficiary |
| 04/28/2017 | 1 of 1 | LE, CONG THANH |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1615115832
SOC Code: 513022  Skill Level: 1
Work Site: PENDERGRASS GA

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

## U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LE, CONG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 20 JUN 2022 |
| Case No: | HCM2017645023 |
| Confirmation No: | AA00AXGWW5 |

H C M 2 0 1 7 6 4 5 0 2 3

**THIS IS NOT A VISA**

A A 0 0 A X G W W 5

Version 1.4

3

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
TL. CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / *PASSPORT*

Loại / *Type*    Mã số / *Code*    Số hộ chiếu / *Passport Nº*
P                VNM               C1671781

Họ và tên / *Full name*
LÊ THÀNH CÔNG
Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*        Nơi sinh / *Place of birth*
                                   TP. HỒ CHÍ MINH
Giới tính / *Sex*                  Số CCMND / *ID Card Nº*
NAM / M                            023166312
Ngày cấp / *Date of issue*         Có giá trị đến / *Date of expiry*
18 / 05 / 2016                     18 / 05 / 2026
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMLE<<THANH<CONG<<<<<<<<<<<<<<<<<<<<<<<<<<
C1671781<1VNM7802052M2605188023166312<<<<<<64

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number SRC1790138531 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 12/19/2016 | Priority Date 07/22/2016 | Petitioner WAYNE FARMS LLC, |
| Notice Date 04/11/2017 | Page 1 of 1 | Beneficiary LE, AI TRONG |

| | |
|---|---|
| WAYNE FARMS LLC<br>c/o OLIVIA ORZA | **Notice Type:** Approval Notice<br>**Section:** Other Workers, Sec.203(b)(3)(A)(iii)<br>**Consulate:**<br>**ETA Case Number:** A1620435162<br>**SOC Code:** 513022 **Skill Level:** 1 |

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

**What the Official Notice Said**

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information   Form I-797C  07/11/14  Y

## U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that apoear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LE, AI |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 14 JAN 2022 |
| Case No: | HCM2017628005 |
| Confirmation No: | AA0072R36G |



H C M 2 0 1 7 6 2 8 0 0 5

**THIS IS NOT A VISA**

A A 0 0 7 2 R 3 6 G

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

T/L CỤC TRƯỞNG
*For the Director*

P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu / *Signature of bearer*

CÀ MAU

---

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**



| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N⁰* |
|---|---|---|
| P | VNM | C8716525 |

Họ và tên / *Full name*
**LÊ TRỌNG ÁI**

Quốc tịch / *Nationality* — VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth* — Nơi sinh / *Place of birth*
**CÀ MAU**

Giới tính / *Sex* — Số GCMND / *ID Card N⁰*
**NAM / M** — 381221520

Ngày cấp / *Date of issue* — Có giá trị đến / *Date of expiry*
**08 / 01 / 2020** — **08 / 01 / 2030**

Nơi cấp / *Place of issue*
**Cục Quản lý xuất nhập cảnh**

```
P<VNMLE<<TRONG<AI<<<<<<<<<<<<<<<<<<<<<<<<<<<<
C8716525<4VNM8409089M3001086381221520<<<<<80
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790327466 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** | **Priority Date** | **Petitioner** | |
| 03/07/2017 | 07/31/2016 | WAYNE FARMS LLC | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 05/01/2017 | 1 of 1 | LY, PHONG HOANG | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1621137176
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | LY, PHONG HOANG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 01 APR 2022 |
| Case No: | HCM2017650008 |
| Confirmation No: | AA00AGPEY5 |

H C M 2 0 1 7 6 5 0 0 0 8

**THIS IS NOT A VISA**

A A 0 0 A G P E Y 5

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Nguyễn Thị Phượng

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**

| | |
|---|---|
| Loại / *Type* | **P** |
| Mã số / *Code* | **VNM** |
| Số hộ chiếu / *Passport N°* | **C9668929** |

Họ và tên / *Full name*
**LÝ HOÀNG PHONG**

Quốc tịch / *Nationality*
**VIỆT NAM / VIETNAMESE**

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
**AN GIANG**

Giới tính / *Sex*
**NAM / M**

Số GCMND / *ID card N°*
**089081000022**

Ngày cấp / *Date of issue*
**27 / 01 / 2022**

Có giá trị đến / *Date of expiry*
**27 / 01 / 2032**

Nơi cấp / *Place of issue*
**Cục Quản lý xuất nhập cảnh**

```
P<VNMLY<<HOANG<PHONG<<<<<<<<<<<<<<<<<<<<<<<<
C9668929<3VNM8109220M3201277089081000022<<64
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

*pen|5*

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
| --- | --- | --- | --- |
| SRC1590414333 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Receipt Date | Priority Date | Petitioner | |
| 09/07/2016 | 10/25/2015 | WAYNE FARMS LLC, | |
| Notice Date | Page | Beneficiary | |
| 04/07/2017 | 1 of 1 | NGUYEN, TU ANH | |

WAYNE FARMS LLC
c/o OLIVIA ORZA

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** A1529832066
**SOC Code:** 513022  **Skill Level:** 1
**Work Site:** PENDERGRASS GA

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

What the Official Notice Said

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283







MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 17, 2021

NVC Case Number: HCM2017616007

DEAR TU NGUYEN:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS)
reaffirmed this petition. You will receive instructions regarding further processing of this
petition.

| | |
|---|---|
| Case Number: | HCM2017616007 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | NGUYEN, TU ANH |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 25OCT2015 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.11/17/2021]

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, TU |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 11 AUG 2017 |
| Case No: | HCM2017616007 |
| Confirmation No: | AA0071THA0 |

H C M 2 0 1 7 6 1 6 0 0 7

**THIS IS NOT A VISA**

A A 0 0 7 1 T H A 0

Version 01.01.00

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM · SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Mã số / Code
VNM

Số hộ chiếu / Passport N°
C9832728

Họ và tên / Full name
NGUYỄN ANH TÚ

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth

Giới tính / Sex
NAM / M

Nơi sinh / Place of birth
TP. HỒ CHÍ MINH

Số giấy tờ / Document N°
023539356

Ngày cấp / Date of issue
21 / 10 / 2021

Có giá trị đến / Date of expiry
21 / 10 / 2031

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<ANH<TU<<<<<<<<<<<<<<<<<<<<<<
C9832728<1VNM7311291M31102120222539356<<<<38

CƠ QUAN CẤP HỘ CHIẾU
ISSUING AUTHORITY

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department

T/L CỤC TRƯỞNG
For the Director

P. Trưởng Phòng
Deputy Chief of Division

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
Signature of bearer

3

**Department of Homeland Security**
U.S. Citizenship and Immigration Services



**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | November 29, 2016 |

| CASE TYPE | | USCIS ALIEN NUMBER |
|---|---|---|
| I-140, Immigrant Petition for Alien Worker | | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| SRC1790093202 | November 25, 2016 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| June 02, 2016 | 203 B3AIII OTHER WORKER | |

WAYNE FARMS LLC
C/O OLIVIA ORZA ORZA GLOBAL IMMIGRATION
P00000003

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $580.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $580.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

The I-140, Immigrant Petition for Alien Worker has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| NGUYEN, TUAN | | SOCIALIST REPUBLIC OF VIETNAM | |

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

**USCIS Customer Service Number:**
(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.  Form I-797C 07/11/14 Y





MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 18, 2021

NVC Case Number: HCM2017653004

DEAR TUAN NGUYEN:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS)
reaffirmed this petition. You will receive instructions regarding further processing of this
petition.

| | |
|---|---|
| Case Number: | HCM2017653004 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | NGUYEN, TUAN ANH |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 02JUN2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.11/18/2021]

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, TUAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 06 APR 2022 |
| Case No: | HCM2017653004 |
| Confirmation No: | AA007C3FSU |

H C M 2 0 1 7 6 5 3 0 0 4

**THIS IS NOT A VISA**

A A 0 0 7 C 3 F S U

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*  Mã số / *Code*   Số hộ chiếu / *Passport N°*
P            VNM            K0087316

Họ và tên / *Full name*
**NGUYỄN ANH TUẤN**

Quốc tịch / *Nationality*         VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*       Nơi sinh / *Place of birth*
                                   QUẢNG NINH

Giới tính / *Sex*                 Số GCMND / *ID Card N°*
NAM / M                           022088000723

Ngày cấp / *Date of issue*        Có giá trị đến / *Date of expiry*
01 / 03 / 2022                    01 / 03 / 2032

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<ANH<TUAN<<<<<<<<<<<<<<<<<<<<<<<<<
K0087316<5VNM8806231M3203019022088000723<<84