Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number<br>SRC1790115627 | | Case Type<br>I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| --- | --- | --- | --- |
| Received Date<br>12/08/2016 | Priority Date<br>06/23/2016 | Petitioner<br>WAYNE FARMS LLC | |
| Notice Date<br>04/29/2017 | Page<br>1 of 1 | Beneficiary<br>NGUYEN, VIET DINH | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1617525441
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



August 20, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015

 **U.S. Citizenship and Immigration Services**

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP



SRC1790115627

RE: VIET DINH NGUYEN
I-140, Immigrant Petition for Alien Worker

## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on December 8, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on April 29, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is more likely than not that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1290



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number<br>SRC1790115627 | | Case Type<br>I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date<br>12/08/2016 | Priority Date<br>06/23/2016 | Petitioner<br>WAYNE FARMS LLC |
| Notice Date<br>08/20/2021 | Page<br>1 of 1 | Beneficiary<br>NGUYEN, VIET DINH |

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

**Notice Type:** Affirmation Notice

This is to advise you that we have reaffirmed our previous decision on the above application or petition which the Department of State had previously returned for review. We have forwarded the case back to the Department of State for action.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

**USCIS Contact Center: www.uscis.gov/contactcenter**



SEP 08 2021 AM 9 0

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C  04/01/19

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, VIET DINH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 02 MAR 2023 |
| Case No: | HCM2017643023 |
| Confirmation No: | AA00733S42 |



H C M 2 0 1 7 6 4 3 0 2 3

**THIS IS NOT A VISA**

A A 0 0 7 3 3 S 4 2

Version 1.4





P<VNMNGUYEN<<DINH<VIET<<<<<<<<<<<<<<<<<<<<<<
C9863126<3VNM8610212M3110256046086013192<<04

HỘ CHIẾU / PASSPORT

Cục Quản lý xuất nhập cảnh
Nơi cấp / Place of issue
25 / 10 / 2021
Ngày cấp / Date of issue
NAM / M
Giới tính / Sex
25 / 10 / 2021
Ngày sinh / Date of birth
NGUYỄN ĐÌNH VIỆT
Họ và tên / Full name
P
Loại / Type

CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIE...

Mã số / Code
VNM
Quốc tịch / Nationality
C9863126
Số hộ chiếu / Pass...
THỪA THIÊN HUẾ
Nơi sinh / Place of birth
VIỆT NAM / VIETNAM
040086013192
Số GCMND / ID card No.
25 / 10 / 2031
Có giá trị đến / Date of expiry

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng phòng
*Deputy Chief of Division*

Lương Đình Kháng

Chữ ký người mang hộ chiếu
*Signature of bearer*

CHỨNG THỰC ... SAO Y BẢN CHÍNH
Số chứng thực ... Quyển số ... -SCT/RS

2 3 -11- 2021

CÔNG CHỨNG VIÊN

Trần Thị Bích Hà



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

pe3 160

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790138594 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 12/19/2016 | 06/23/2016 | WAYNE FARMS LLC. | |
| Notice Date | Page | Beneficiary | |
| 04/11/2017 | 1 of 1 | NGUYEN, ANH HOANG LAN | |

WAYNE FARMS LLC
c/o OLIVIA ORZA

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1617525235
SOC Code: 513022  Skill Level: 1

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

### What the Official Notice Said

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

### THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 24, 2021

NVC Case Number: HCM2017625017

DEAR ANH NGUYEN:

The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

Case Number:                       HCM2017625017
Petitioner's Name:                 WAYNE FARMS LLC, MICHELLE SWAFFORD
Beneficiary's Name:                NGUYEN, ANH HOANG LAN
Preference Category:               EW - OTHER WORKERS
Priority Date:                     23JUN2016
Foreign State Chargeability:       VIETNAM
U.S. Embassy/Consulate:            HO CHI MINH CITY

[AAP.11/24/2021]

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, ANH HOANG LAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 06 APR 2022 |
| Case No: | HCM2017625017 |
| Confirmation No: | AA00734FW6 |

H C M 2 0 1 7 6 2 5 0 1 7

**THIS IS NOT A VISA**

A A 0 0 7 3 4 F W 6

Version 1.4



CÔNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*    Mã số / *Code*    Số hộ chiếu / *Passport N°*
P                VNM               C1489241

Họ và tên / *Full name*
NGUYỄN HOÀNG LAN ANH
Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*        Nơi sinh / *Place of birth*
                                   THỪA THIÊN -HUẾ
Giới tính / *Sex*                  Số GCMND / *ID card N°*
NỮ / F                             191558579
Ngày cấp / *Date of issue*         Có giá trị đến / *Date of expiry*
05 / 05 / 2016                     05 / 05 / 2026
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<HOANG<LAN<ANH<<<<<<<<<<<<<<<<<<<
C1489241<7VNM8610164F2605052191558579<<<<<80

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790108054 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** | **Priority Date** | **Petitioner** | |
| 12/05/2016 | 06/23/2016 | WAYNE FARMS LLC, | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 04/25/2017 | 1 of 1 | NGUYEN, DUNG HOANG QUOC | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** A1617525401
**SOC Code: 513022  Skill Level: I**

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790108054 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 12/05/2016 | 06/23/2016 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 08/24/2021 | 1 of 1 | NGUYEN, DUNG HOANG QUOC | |

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

**Notice Type:** Affirmation Notice

This is to advise you that we have reaffirmed our previous decision on the above application or petition which the Department of State had previously returned for review. We have forwarded the case back to the Department of State for action.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter

SEP 0 1 2021 AM 0 5

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, DUNG HOANG QUOC |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 31 MAR 2022 |
| Case No: | HCM2017638014 |
| Confirmation No: | AA00ANN3KL |

H C M 2 0 1 7 6 3 8 0 1 4

**THIS IS NOT A VISA**

A A 0 0 A N N 3 K L

Version 1.4



CÔNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / PASSPORT**

Loại / *Type*          Mã số / *Code*          Số hộ chiếu / *Passport N°*
P                      VNM                     C9757438

Họ và tên / *Full name*
NGUYỄN HOÀNG QUỐC DŨNG

Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*        Nơi sinh / *Place of birth*
                                   TP.HỒ CHÍ MINH
Giới tính / *Sex*                  Số GCMND / *ID Card N°*
NAM / M                            079089011235
Ngày cấp / *Date of issue*         Có giá trị đến / *Date of expiry*
16 / 02 / 2022                     16 / 02 / 2032
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<HOANG<QUOC<DUNG<<<<<<<<<<<<<<<<<
C9757438<3VNM8911148M3202160079089011235<<54

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number SRC1790086029 | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 11/21/2016 | Priority Date 06/24/2016 | Petitioner WAYNE FARMS LLC, |
| Notice Date 04/28/2017 | Page 1 of 1 | Beneficiary NGUYEN, NAM VAN |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1617625545
SOC Code: 513022  Skill Level: 1
Work Site: PENDERGRASS GA

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NGUYEN, NAM VAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 11 MAR 2022 |
| Case No: | HCM2017656008 |
| Confirmation No: | AA00767UZU |



H C M 2 0 1 7 6 5 6 0 0 8

**THIS IS NOT A VISA**



A A 0 0 7 6 7 U Z U

Version 1.4

3

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Nguyễn Thị Phượng

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*            Mã số / *Code*          Số hộ chiếu / *Passport N⁰*
P                        VNM                     C9754613

Họ và tên / *Full name*
NGUYỄN VĂN NAM
Quốc tịch / *Nationality*         VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*       Nơi sinh / *Place of birth*
                                  CÀ MAU
Giới tính / *Sex*                 Số GCNND) / *ID Card N⁰*
NAM / M                           09607400763
Ngày cấp / *Date of issue*        Có giá trị đến / *Date of expiry*
27 / 01 / 2022                    27 / 01 / 2032
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<VAN<NAM<<<<<<<<<<<<<<<<<<<<<<<<<<<
C9754613<7VNM7402027M32012770960740077763<<52

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN |
|---|---|---|
| SRC-16-902-60943 | | WORKER |
| **RECEIPT DATE** | **PRIORITY DATE** | **PETITIONER** |
| May 23, 2016 | December 17, 2015 | WAYNE FARMS LLC |
| **NOTICE DATE** | **PAGE** | **BENEFICIARY** |
| November 18, 2016 | 1 of 1 | PAIK, JI HYUN |

| OLIVIA ORZA | **Notice Type:** Approval Notice |
|---|---|
| ORZA GLOBAL IMMIGRATION | Section: Other Workers, |
| | Sec.203(b)(3)(A)(iii) |
| | Consulate: NVC |

The above petition has been approved.  We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue,**
**Portsmouth, NH 03801-2909.**  NVC processes all approved immigrant visa petitions that need consular action.  It also determines
which consular post is the appropriate consulate to complete visa processing.  The NVC will then forward the approved
petition to that consulate.

This completes all USCIS action on this petition.  You should allow a minimum of 30 days for Department of State processing
before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC
by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject
line. In order to receive information about your petition, you will need to include the Petitioner's name and date of
birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien
beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension,
change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the
Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a
small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov
or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve
the right to verify the information submitted in this application, petition and/or supporting documentation to ensure
conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may
include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or
telephone, and site inspections of businesses and residences. Information obtained during the course of verification will
be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners,
and representatives of record will be provided an opportunity to address derogatory information before any formal
proceeding is initiated.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
TEXAS SERVICE CENTER
US CITIZENSHIP & IMMIGRATION SVCS
P.O. BOX 851488-DEPT A
MESQUITE   TX  75185-1488
**Customer Service Telephone: (800) 375-5283**



# U.S. DEPARTMENT of STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

Your Immigrant Visa and Alien Registration Application form (Form DS-260) has been automatically forwarded to your interview location.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PAIK, JI HYUN |
| Country/Region of Origin (Nationality): | KOREA, SOUTH |
| Completed On: | 25 MAY 2022 |
| Case No: | SEO2016862003 |
| Confirmation No: | AA00AY2Y6V |



S E O 2 0 1 6 8 6 2 0 0 3

**THIS IS NOT A VISA**



A A 0 0 A Y 2 Y 6 V

Version 1.4









이 여권을 소지한 대한민국 국민이 아무 지장 없이 통행할 수 있도록 하여 주시고 필요한 모든 편의와 보호를 베풀어 주실 것을 관계자 여러분께 요청합니다.

대한민국 외교부장관

The Ministry of Foreign Affairs of the Republic of Korea requests all whom it may concern to permit the bearer, a national of the Republic of Korea, to pass freely without delay or hindrance and to provide every possible assistance and protection in case of need.

여권 소지인의 서명
Signature of bearer

여권 PASSPORT

대한민국   REPUBLIC OF KOREA

종류/Type   PM
국가코드/Country code   KOR
여권번호/Passport No.   M643H4053

성/Surname   PAIK
명/Given names   JI HYUN

성별/Sex   F

한글성명   백지현

국적/Nationality   REPUBLIC OF KOREA
발급기관/Authority   MINISTRY OF FOREIGN AFFAIRS

발급일/Date of issue   05 4월/APR 2022
기간만료일/Date of expiry   05 4월/APR 2032

PMKORPAIK<<JI<HYUN<<<<<<<<<<<<<<<<<<<<<<<<<<<
M643H4053OKOR7712223F3204050328402 9V23187176



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1890143820 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 12/08/2017 | 04/29/2017 | WAYNE FARMS LLC | |
| Notice Date | Page | Beneficiary | |
| 08/11/2021 | 1 of 1 | PARK, JINHWI | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:** NVC
**ETA Case Number:** A1709521114
**SOC Code:** 513022  **Skill Level:** 1
**Work Site:** PENDERGRASS GA

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

**What the Official Notice Said**

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

| Please see the additional information on the back. You will be notified separately about any other cases you filed. |
|---|

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



# U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

Your Immigrant Visa and Alien Registration Application form (Form DS-260) has been automatically forwarded to your interview location.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PARK, JINHWI |
| Country/Region of Origin (Nationality): | KOREA, SOUTH |
| Completed On: | 09 FEB 2022 |
| Case No: | SEO2021753004 |
| Confirmation No: | AA00ALTEV3 |

S E O 2 0 2 1 7 5 3 0 0 4

**THIS IS NOT A VISA**

A A 0 0 A L T E V 3

Version 1.4



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number SRC1790108185 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 12/05/2016 | Priority Date 06/24/2016 | Petitioner WAYNE FARMS LLC | |
| Notice Date 04/29/2017 | Page 1 of 1 | Beneficiary PHAM, NHUNG THI TUYET | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1617625647
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

September 14, 2021

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



**U.S. Citizenship
and Immigration
Services**



SRC1790108185

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

RE: NHUNG THI TUYET PHAM
I-140, Immigrant Petition for Alien Worker

## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on December 05, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on April 29, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is reaffirming the approval of this Form I-140.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM2012

10028
**SEP 21 2021 A.M. 8 8**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | | Case Type |
|---|---|---|
| SRC1790108185 | | 1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| Received Date | Priority Date | Petitioner |
| 12/05/2016 | 06/24/2016 | WAYNE FARMS LLC |
| Notice Date | Page | Beneficiary |
| 09/14/2021 | 1 of 1 | PHAM, NHUNG THI TUYET |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

**Notice Type: Affirmation Notice**

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

**What the Official Notice Said**

This is to advise you that we have reaffirmed our previous decision on the above application or petition which the Department of State had previously returned for review. We have forwarded the case back to the Department of State for action.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19

## U.S. DEPARTMENT *of* STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PHAM, NHUNG THI TUYET |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 25 FEB 2022 |
| Case No: | HCM2017643019 |
| Confirmation No: | AA00AHPN21 |

H C M 2 0 1 7 6 4 3 0 1 9

**THIS IS NOT A VISA**

A A 0 0 A H P N 2 1

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

Loại / *Type*
P

Mã số / *Code*
VNM

Số hộ chiếu / *Passport Nº*
C9425681

Họ và tên / *Full name*
PHẠM THỊ TUYẾT NHUNG

Quốc tịch / *Nationality*      VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*      Nơi sinh / *Place of birth*
TP. HỒ CHÍ MINH

Giới tính / *Sex*      Số GCMND / *ID card Nº*
NỮ / F      079182000401

Ngày cấp / *Date of issue*      Có giá trị đến / *Date of expiry*
17 / 12 / 2020      17 / 12 / 2030

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMPHAM<<THI<TUYET<NHUNG<<<<<<<<<<<<<<<<<<<
C9425681<9VNM8203210F3012176079182000401<<22

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | September 12, 2016 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-140, Immigrant Petition for Alien Worker | | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| SRC1690419758 | September 08, 2016 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| October 29, 2015 | 203 B3AIII OTHER WORKER | |

PAYMENT INFORMATION:

WAYNE FARMS LLC
C/O OLIVIA ORZA ORZA GLOBAL IMMIGRATION 00001162

| | |
|---|---|
| Application/Petition Fee: | $580.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $580.00 |
| Total Balance Due: | $0.00 |

||լ· իլ·||||||ill|||||||լ·ի|լ·|ի|·ի||լ||||||||lլլ·ll

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-140, Immigrant Petition for Alien Worker has been received by our office for the following beneficiaries and is in process:

```
Name                    Date of Birth    Country of Birth    Class (If Applicable)
PHAM, TRUONG                             SOCIALIST REPUBLIC OF VIETNAM
```

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| | |
|---|---|
| **USCIS Office Address:** | **USCIS Customer Service Number:** |
| USCIS | (800)375-5283 |
| Texas Service Center | ATTORNEY COPY |
| P.O. Box 851488 | |
| Mesquite, TX 75185-1488 |  |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  07/11/14  Y

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant vica application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PHAM, TRUONG XUAN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 20 JAN 2022 |
| Case No: | HCM2017621002 |
| Confirmation No: | AA0077190G |

H C M 2 0 1 7 6 2 1 0 0 2

**THIS IS NOT A VISA**

A A 0 0 7 7 1 9 O G

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T·L CỤC TRƯỞNG
*For the Director*
P. Trưởng phòng
*Deputy Chief of Division*

Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu
*Signature of bearer*

---

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / *PASSPORT***

Loại / *Type*       Mã số / *Code*          Số hộ chiếu / *Passport N⁰*
   P                    VNM                    C9754436

Họ và tên / *Full name*
PHẠM XUÂN TRƯỜNG

Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*        Nơi sinh / *Place of birth*
                                   ĐỒNG NAI
Giới tính / *Sex*                  Số GCMND / *ID card N⁰*
NAM / M                            075088023495
Ngày cấp / *Date of issue*         Có giá trị đến / *Date of expiry*
05 / 01 / 2022                     05 / 01 / 2032
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMPHAM<<XUAN<TRUONG<<<<<<<<<<<<<<<<<<<<<<<<<
C9754436<8VNM8801166M3201059075088023495<<76

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number<br>SRC1790121057 | | Case Type<br>I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date<br>12/12/2016 | Priority Date<br>07/14/2016 | Petitioner<br>WAYNE FARMS LLC | |
| Notice Date<br>05/06/2017 | Page<br>1 of 1 | Beneficiary<br>PHAN, LY NGOC MY | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1619532330
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5219.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 17, 2021

NVC Case Number: HCM2017653002

DEAR LY PHAN:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS)
reaffirmed this petition.  You will receive instructions regarding further processing of this
petition.

Case Number:                    HCM2017653002
Petitioner's Name:              WAYNE FARMS LLC, MICHELLE SWAFFORD
Beneficiary's Name:             PHAN, LY NGOC MY
Preference Category:            EW - OTHER WORKERS
Priority Date:                  14JUL2016
Foreign State Chargeability:    VIETNAM
U.S. Embassy/Consulate:         HO CHI MINH CITY

[AAP.11/17/2021]

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | PHAN, LY NGOC MY |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 08 APR 2022 |
| Case No: | HCM2017653002 |
| Confirmation No: | AA00AOZK0P |



**THIS IS NOT A VISA**

Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
Trưởng Phòng
*Deputy Chief of Division*

Lê Xuân Hào

Chủ ký người mang hộ chiếu
*Signature of bearer*

CHỨNG THỰC BẢN SAO ĐÚNG VỚI BẢN CHÍNH
Số chứng thực:....../SCT/BS ......Quyển số:....../SCT/BS
0 2 -03- 2022

PHÓ TRƯỞNG PHÒNG TƯ PHÁP

Ngô Hữu Minh Trí

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM · *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU / *PASSPORT***

Loại / *Type*      Mã số / *Code*      Số hộ chiếu / *Passport Nº*
P                  VNM                 C1836641

Họ và tên / *Full name*
PHAN NGỌC MỸ LÝ
Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*        Nơi sinh / *Place of birth*
                                   THỪA THIÊN HUẾ
Giới tính / *Sex*                  Số GCMND / *ID Card Nº*
NAM / M                            191353490
Ngày cấp / *Date of issue*         Có giá trị đến / *Date of expiry*
16 / 06 / 2016                     16 / 06 / 2026
Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMPHAN<<NGOC<MY<LY<<<<<<<<<<<<<<<<<<<<<<<<
C1836641<1VNM7402027M2606163191353490<<<<<90

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number SRC1790121056 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 12/12/2016 | Priority Date 06/24/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 04/29/2017 | Page 1 of 1 | Beneficiary TA, KIEM HOANG |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1617625581
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



September 15, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



**U.S. Citizenship
and Immigration
Services**



SRC1790121056

WAYNE FARMS LLC
c/o Myung-Sun Goldstein
Goldstein Law Group

RE: KIEM HOANG TA
I-140, Immigrant Petition for Alien Worker

## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on December 12, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on April 29, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is reaffirming the approval of this Form I-140.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM2012

10058
SEP 21 2021 A.M. 88

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not PRINT a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | TA, KIEM HOANG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 08 MAR 2022 |
| Case No: | HCM2017643017 |
| Confirmation No: | AA00ANBUQ1 |



**THIS IS NOT A VISA**



Version 1.4

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type    Mã số / Code    Số hộ chiếu / Passport N°

P    VNM    C1455364

Họ và tên / Full name
**TẠ HOÀNG KIẾM**

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth
Nơi sinh / Place of birth

Giới tính / Sex
**NAM / M.**

CÀ MAU

Ngày cấp / Date of issue    Số GCMND / ID card
16 / 03 / 2016    381479187

Nơi cấp / Place of issue    Có giá trị đến / Date of expiry
16 / 03 / 2026

Cục Quản lý xuất nhập cảnh

P<VNMTA<<HOANG<KIEM<<<<<<<<<<<<<<<<<<<<<<
C1455364<8VNM9107223M2603162381479187<<<<<<26

---

3

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number SRC1790073574 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 11/14/2016 | Priority Date 10/23/2015 | Petitioner WAYNE FARMS LLC, |
| Notice Date 04/15/2017 | Page 1 of 1 | Beneficiary TRAN, HOANG DANG HUY |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1529631994
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently he found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

 

MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

October 7, 2021

NVC Case Number: HCM2017636006

DEAR HOANG TRAN:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition.  You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017636006 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | TRAN, HOANG DANG HUY |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 23OCT2015 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.10/07/2021]

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | TRAN, HOANG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 21 FEB 2022 |
| Case No: | HCM2017636006 |
| Confirmation No: | AA00AFC491 |

H C M 2 0 1 7 6 3 6 0 0 6

**THIS IS NOT A VISA**

A A 0 0 A F C 4 9 1

Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM · SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Mã số / Code
VNM

Số hộ chiếu / Passport n°
C9689659

Họ và tên / Full name
TRẦN ĐĂNG HUY HOÀNG

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth

Giới tính / Sex
NAM / M

Nơi sinh / Place of birth
TP HỒ CHÍ MINH

Ngày cấp / Date of issue
09 / 01 / 2022

Số CCCD / ID Card n°
048074005088

Ngày hết hạn / Date of expiry
09 / 01 / 2032

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

P<VNMTRAN<<DANG<HUY<HOANG<<<<<<<<<<<<<<<<<<<<
C9689659<8VNM7409141M3201093048074005088<<20

CƠ QUAN CẤP HỘ CHIẾU
ISSUING AUTHORITY

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department
T/L CỤC TRƯỞNG
For the Director
P. Trưởng phòng
Deputy Chief of Division

Nguyễn Ngọc Minh

Chữ ký người mang hộ chiếu
Signature of bearer

3

Department of Homeland Security
U.S. Citizenship and Immigration Services.

I-797, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790386927 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| Received Date | Priority Date | Petitioner | |
| 04/03/2017 | 07/30/2016 | WAYNE FARMS LLC, | |
| Notice Date | Page | Beneficiary | |
| 04/22/2017 | 1 of 1 | TRAN, QUOC DINH | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: A1621137213
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | TRAN, QUOC DINH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 26 SEP 2022 |
| Case No: | HCM2017638007 |
| Confirmation No: | AA00B7857Z |



H C M 2 0 1 7 6 3 8 0 0 7

**THIS IS NOT A VISA**



A A 0 0 B 7 8 5 7 Z

Version 1.4

3

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Mã số / Code
VNM

Số hộ chiếu / Passport N°
C1299664

Họ và tên / Full name
TRẦN ĐÌNH QUỐC

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth
Nơi sinh / Place of birth
BÌNH DƯƠNG

Giới tính / Sex
NAM / M

Số CCCD / ID-Card N°
280833367

Ngày cấp / Date of issue
26 / 01 / 2016

Có giá trị đến / Date of expiry
26 / 01 / 2026

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

P<VNMTRAN<<DINH<QUOC<<<<<<<<<<<<<<<<<<<<<
C1299664<9VNM8412162M2601261280833367<<<<<<24

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | November 29, 2016 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-140, Immigrant Petition for Alien Worker | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| SRC1790093168 | November 25, 2016 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| June 02, 2016 | 203 B3AIII OTHER WORKER | |

WAYNE FARMS LLC
C/O OLIVIA ORZA ORZA GLOBAL IMMIGRATION 00001322

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $580.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $580.00 |
| Total Balance Due: | $0.00 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-140, Immigrant Petition for Alien Worker has been received by our office for the following beneficiaries and is in process:

```
Name                    Date of Birth    Country of Sirth    Class (If Applicable)
TRAN, TRUNG                              SOCIALIST REPUBLIC OF VIETNAM
```

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| **USCIS Office Address:** | **USCIS Customer Service Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Texas Service Center | ATTORNEY COPY |
| P.O. Box 851488 | |
| Mesquite, TX 75185-1488 |  |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 07/11/14 Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790093168 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** 11/25/2016 | **Priority Date** 06/02/2016 | **Petitioner** WAYNE FARMS LLC | |
| **Notice Date** 09/14/2021 | **Page** 1 of 1 | **Beneficiary** TRAN, TRUNG VAN | |

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

**Notice Type:** Affirmation Notice

This is to advise you that we have reaffirmed our previous decision on the above application or petition which the Department of State had previously returned for review. We have forwarded the case back to the Department of State for action.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



NOV 02 2021 A.M. 23

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 04/01/19

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

### This confirms the submission of the Immigrant Visa and Alien Registration application for:

| | |
|---|---|
| Name Provided: | TRAN, TRUNG |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 06 APR 2022 |
| Case No: | HCM2017643020 |
| Confirmation No: | AA00APLOCF |



**THIS IS NOT A VISA**



Version 1.4



CƠ QUAN CẤP HỘ CHIẾU
ISSUING AUTHORITY

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
Immigration Department

T/L CỤC TRƯỞNG
For the Director

P. Trưởng Phòng
Deputy Chief of Division

Nguyễn Thị Phượng

Chữ ký người mang hộ chiếu
Signature of bearer

CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type
P

Mã số / Code
VNM

Số hộ chiếu / Passport N°
C1625127

Họ và tên / Full name
TRẦN VĂN TRUNG

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth

Nơi sinh / Place of birth
THÁI NGUYÊN

Giới tính / Sex
NAM / M

Số GCMND / ID card N°
272770855

Ngày cấp / Date of issue
15 / 04 / 2016

Có giá trị đến / Date of expiry
15 / 04 / 2026

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

P<VNMTRAN<<VAN<TRUNG<<<<<<<<<<<<<<<<<<<<<<<<<<
C1625127<8VNM7204140M2604158272770855<<<<<32

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number SRC1790138347 | | Case Type 1140 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 12/12/2016 | Priority Date 06/27/2016 | Petitioner WAYNE FARMS LLC |
| Notice Date 07/24/2017 | Page 1 of 1 | Beneficiary TRINH, LONG TIEU |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

RECEIVED
JUL 3 1 2017
BY: ....................

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate:
ETA Case Number: A1617926368
SOC Code: 513022 Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the Small Business Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283







MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

October 7, 2021

NVC Case Number: HCM2017720010

DEAR LONG TRINH:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017720010 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | TRINH, LONG TIEU |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 27JUN2016 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP.10/07/2021]

## U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

## Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

## Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

## Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | TRINH, LONG TIEU |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 14 MAR 2022 |
| Case No: | HCM2017720010 |
| Confirmation No: | AA00APUUSV |

H C M 2 0 1 7 7 2 0 0 1 0

**THIS IS NOT A VISA**

A A 0 0 A P U U S V

Version 1.4

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type    Mã số / Code
P    VNM

Số hộ chiếu / Passport N°
C1409232



Họ và tên / Full name
TRỊNH TIỂU LONG

Quốc tịch / Nationality
VIỆT NAM / VIETNAMESE

Ngày sinh / Date of birth
NAM / M .

Giới tính / Sex
NAM / M .

Nơi sinh / Place of birth
CÀ MAU

Ngày cấp / Date of issue
10 / 03 / 2016

Số GCMND / ID card N°
364066716

Nơi cấp / Place of issue
Cục Quản lý xuất nhập cảnh

Có giá trị đến / Date of expiry
10 / 03 / 2026

P<VNMTRINH<<TIEU<LONG<<<<<<<<<<<<<<<<<<<<<<<<<
C1409232<7VNM9404162M2603106364066716<<<<58

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

3

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

## Form I-797C, Notice of Action

### THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790138599 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** | **Priority Date** | **Petitioner** | |
| 12/19/2016 | 06/24/2016 | WAYNE FARMS LLC. | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 04/11/2017 | 1 of 1 | TRUONG, NHA THANH | |

WAYNE FARMS LLC
c/o OLIVIA ORZA

**Notice Type:** Approval Notice
**Section:** Other Workers, Sec.203(b)(3)(A)(iii)
**Consulate:**
**ETA Case Number:** A1617625655
**SOC Code:** 513022  **Skill Level:** 1

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28. Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

**What the Official Notice Said**

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes **all** USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

Customer Service Telephone: 800-375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C 07/11/14 Y

September 23, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



U.S. Citizenship
and Immigration
Services



SRC1790138599

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

RE: NHA THANH TRUONG
I-140, Immigrant Petition for Alien Worker

## NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS LLC on December 19, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA). . U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on April 11, 2017.

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 April 7, 2017 and forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm. 1989). After a careful review and analysis of all evidence within the record, USCIS finds that it is more likely than not that the petitioner has established eligibility for the requested benefit. Therefore, USCIS is returning the approved petition to DOS.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM1969

# U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

## Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

## Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

## Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | TRUONG, NHA THANH |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 11 MAR 2022 |
| Case No: | HCM2017628004 |
| Confirmation No: | AA0072W2HU |



**THIS IS NOT A VISA**



Version 1.4



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport Nº* |
|---|---|---|
| P | VNM | C1144309 |

Họ và tên / *Full name*
**TRƯƠNG THANH NHA**

Quốc tịch / *Nationality*     VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*    Nơi sinh / *Place of birth*
                                  **CÀ MAU**

Giới tính / *Sex*         Số GCMND / *ID - card Nº*
**NAM / M**         025134434

Ngày cấp / *Date of issue*    Có giá trị đến / *Date of expiry*
26 / 11 / 2015         26 / 11 / 2025

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMTRUONG<<THANH<NHA<<<<<<<<<<<<<<<<<<<<<<<<
C1144309<8VNM8302250M2511269025134434<<<<<20

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | |
|---|---|
| NOTICE TYPE<br>Receipt | NOTICE DATE<br>December 06, 2016 |
| CASE TYPE<br>I-140, Immigrant Petition for Alien Worker | USCIS ALIEN NUMBER |

| RECEIPT NUMBER<br>SRC1790105791 | RECEIVED DATE<br>November 25, 2016 | PAGE<br>1 of 1 |
|---|---|---|
| PRIORITY DATE<br>June 02, 2016 | PREFERENCE CLASSIFICATION<br>203 B3AIII OTHER WORKER | DATE OF BIRTH |

WAYNE FARMS LLC
C/O OLIVIA ORZA ORZA GLOBAL IMMIGRATION 00002834

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $580.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $580.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

The I-140, Immigrant Petition for Alien Worker has been received by our office for the following beneficiaries and is in process:

Name | Date of Birth | Country of Birth | Class (If Applicable)
TRUONG, THOAI | | SOCIALIST REPUBLIC OF VIETNAM |

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

**USCIS Customer Service Number:**
(800)375-5283
ATTORNEY COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information. Form I-797C 07/11/14 Y

September 14, 2021

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Texas Service Center
6046 N Belt Line Rd STE 172
Irving, TX 75038-0015



**U.S. Citizenship
and Immigration
Services**



SRC1790105791

WAYNE FARMS LLC
c/o MYUNG SUN CAITLYN GOLDSTEIN
GOLDSTEIN LAW GROUP

RE: THOAI VIET TRUONG
I-140, Immigrant Petition for Alien Worker

### NOTICE OF REAFFIRMATION

Reference is made to Immigrant Petition for Alien Worker (Form I-140) filed by WAYNE FARMS
LLC on November 25, 2016 as any other worker in accordance with Section 203(b)(3)(A)(iii) of the
Immigration and Nationality Act (Section 203(b)(3)(A)(iii) of the INA).

U.S. Citizenship and Immigration Services (USCIS) approved Form I-140 on April 29, 2017 and
forwarded it to the Department of State (DOS). The DOS subsequently returned Form I-140 to USCIS.

Pursuant to Section 291 of the INA, whenever any person makes an application for an immigration
benefit, he or she shall bear the burden of proof to establish eligibility. Accordingly, the petitioner
must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the
beneficiary is fully qualified for the benefit sought. See *Matter of E-M-*, 20 I & N Dec. 77 (Comm.
1989). After a careful review and analysis of all evidence within the record, USCIS finds that the
petitioner has established eligibility for the requested benefit. Therefore, USCIS is reaffirming the
approval of this Form I-140.

Sincerely,

Kirt Thompson
Director, Texas Service Center
Officer: XM2012

100528
SEP 21 2021 A.M. 8 8

**U.S. DEPARTMENT *of* STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | TRUONG, THOAI |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 21 APR 2022 |
| Case No: | HCM2017643021 |
| Confirmation No: | AA007BZK9U |



H C M 2 0 1 7 6 4 3 0 2 1

**THIS IS NOT A VISA**

A A 0 0 7 B Z K 9 U

Version 1.4

CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*

TL. CỤC TRƯỞNG
*For the Director*

CỤC PhÓ Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU** / *PASSPORT*

| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
|---|---|---|
| P | VNM | C1785316 |

Họ và tên / *Full name*
**TRƯƠNG VIẾT THOẠI**

Quốc tịch / *Nationality*
**VIỆT NAM** / *VIETNAMESE*

Ngày sinh / *Date of birth*

Nơi sinh / *Place of birth*
**TIỀN GIANG**

Giới tính / *Sex*
**NAM / M**

Số GCMND / *ID Card*
311624506

Ngày cấp / *Date of issue*
**15 / 06 / 2016**

Có giá trị đến / *Date of expiry*
**15 / 06 / 2026**

Nơi cấp / *Place of issue*
**Cục Quản lý xuất nhập cảnh**

```
P<VNMTRUONG<<VIET<THOAI<<<<<<<<<<<<<<<<<<<<<<<
C1785316<3VNM7810107M2606152311624506<<<<<82
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number SRC1690323027 | | Case Type I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date 07/05/2016 | Priority Date 10/24/2015 | Petitioner WAYNE FARMS LLC | |
| Notice Date 06/02/2017 | Page 1 of 1 | Beneficiary VO, BA UYEN | |

WAYNE FARMS LLC
c/o MICHELLE SWAFFORD

Notice Type: Approval Notice
Section: Other Workers, Sec.203(b)(3)(A)(iii)
Consulate: NVC
ETA Case Number: NA
SOC Code: 513022  Skill Level: 1

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N




MICHELLE SWAFFORD WAYNE FARMS LLC
WAYNE FARMS LLC

AFSYSGEN

November 18, 2021

NVC Case Number: HCM2017684023

DEAR BA VO:
The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) reaffirmed this petition. You will receive instructions regarding further processing of this petition.

| | |
|---|---|
| Case Number: | HCM2017684023 |
| Petitioner's Name: | WAYNE FARMS LLC, MICHELLE SWAFFORD |
| Beneficiary's Name: | VO, BA UYEN |
| Preference Category: | EW - OTHER WORKERS |
| Priority Date: | 24OCT2015 |
| Foreign State Chargeability: | VIETNAM |
| U.S. Embassy/Consulate: | HO CHI MINH CITY |

[AAP,11/18/2021]

**U.S. DEPARTMENT** *of* **STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | VO, BA UYEN |
| Country/Region of Origin (Nationality): | VIETNAM |
| Completed On: | 04 FEB 2022 |
| Case No: | HCM2017684023 |
| Confirmation No: | AA00AGPCJF |

H C M 2 0 1 7 6 8 4 0 2 3

**THIS IS NOT A VISA**

A A 0 0 A G P C J F

Version 1.4

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L CỤC TRƯỞNG
*For the Director*

Chữ ký người mang hộ chiếu
*Signature of bearer*



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

**HỘ CHIẾU** / *PASSPORT*

| | |
|---|---|
| Loại / *Type* | Mã số / *Code* |
| P | VNM |

Số hộ chiếu / *Passport N°*
C0903396

Họ và tên / *Full name*
**VÕ UYÊN BÁ**
Quốc tịch / *Nationality*          VIỆT NAM / *VIETNAMESE*
Ngày sinh / *Date of birth*        Nơi sinh / *Place of birth*
                                   **BÌNH THUẬN**
Giới tính / *Sex*                  Số GCMND / *ID card*

NAM / M                            023374119
Ngày cấp / *Date of issue*         Có giá trị đến / *Date of expiry*
03 / 09 / 2015                     03 / 09 / 2025
Nơi cấp / *Place of issue*

Cục Quản lý xuất nhập cảnh

P<VNMVO<<UYEN<BA<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
C0903396<6VNM8011233M2509035023374119<<<<<42