UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROSANNA WALKER,<br><br>    Plaintiffs,<br>v.<br><br>NWABUEZE AZUBIKE, U.S. XPRESS, INC., and MOUNTAIN LAKE RISK RETENTION GROUP, INC.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. _____ |

## DEFENDANTS' NOTICE OF REMOVAL

**TO:  PLAINTIFF'S COUNSEL**

Austin M. Hiffa, Esq.
Morgan & Morgan Atlanta, PLLC
178 S. Main St., Unit 300
Alpharetta, GA 30009

**PLEASE TAKE NOTICE** that Defendants Nwabueze Azubike, U.S. Xpress, Inc., and Mountain Lake Risk Retention Group, Inc. (hereinafter "Defendants"), by and through their undersigned counsel of record, and pursuant to U.S.C. §§ 1441 and 1332, file this Notice of Removal of this action from the State Court for the County of Dekalb, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

In support of this Notice of Removal, Defendants have filed contemporaneously herewith its Brief in Support of Removal and accompanying Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, Defendants respectfully requests that this Court enter an Order removing this action from the State Court for the County of Dekalb, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 31st day of May, 2023.

MOSELEY MARCINAK LAW GROUP, LLP

*/s/ Blair J. Cash*
Blair J. Cash, Esq.
Georgia Bar No. 360457
blair.cash@momarlaw.com
Donavan K. Eason
Georgia Bar No. 487358
donavan.eason@momarlaw.com
*Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1 (C).  Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents.

                                         MOSELEY MARCINAK LAW GROUP, LLP

                                         */s/ Blair J. Cash*
                                         Blair J. Cash, Esq.
                                         Georgia Bar No. 360457
                                         blair.cash@momarlaw.com
                                         Donavan K. Eason
                                         Georgia Bar No. 487358
                                         donavan.eason@momarlaw.com
                                         *Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by e-filing the same with the Court's CM-ECF system and by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Austin M. Hiffa, Esq.
Morgan & Morgan Atlanta, PLLC
178 S. Main St., Unit 300
Alpharetta, GA 30009
ahiffa@forthepeople.com

This the 31st day of May, 2023.

                MOSELEY MARCINAK LAW GROUP, LLP

                */s/ Blair J. Cash*
                Blair J. Cash, Esq.
                Georgia Bar No. 360457
                blair.cash@momarlaw.com
                Donavan K. Eason
                Georgia Bar No. 487358
                donavan.eason@momarlaw.com
                *Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)