## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☐ State Court of _____ County

| **For Clerk Use Only** | |
|---|---|
| Date Filed _____ | Case Number  23A00950 _____ |
| MM-DD-YYYY | |

**Plaintiff(s)**                                          **Defendant(s)**

_____   _____
Last        First        Middle I.   Suffix   Prefix        Last        First        Middle I.   Suffix   Prefix

_____   _____
Last        First        Middle I.   Suffix   Prefix        Last        First        Middle I.   Suffix   Prefix

_____   _____
Last        First        Middle I.   Suffix   Prefix        Last        First        Middle I.   Suffix   Prefix

_____   _____
Last        First        Middle I.   Suffix   Prefix        Last        First        Middle I.   Suffix   Prefix

**Plaintiff's Attorney** _____ **State Bar Number** _____ **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
Case Number                    Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

**STATE COURT OF
DEKALB COUNTY, GA.**
3/1/2023 4:45 PM
E-FILED
BY: Monica Gay

|  |  |
|---|---|
| No. <u>23A00950</u> | **STATE COURT OF DEKALB COUNTY** |
| | **GEORGIA, DEKALB COUNTY** |

**Date Summons Issued and E-Filed**

3/1/2023

/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

**SUMMONS**

<u>ROSANNA WALKER</u>

_____
Plaintiff's name and address

vs.

<u>NWABUEZE AZUBIKE</u>

_____
Defendant's name and address

[■] **JURY**

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2$_{nd}$ Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

<u>Austin Hiffa</u>
Name
<u>178 S. Main Street, Unit 300, Alpharetta, GA 30009</u>
Address
<u>(770) 576-7642</u>                                                    <u>438739</u>
Phone Number                                              Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____     _____
Defendant's Attorney                                              Third Party Attorney
_____     _____
Address                                                                       Address
_____     _____
Phone No.                      Georgia Bar No.            Phone No.                      Georgia Bar No.

**TYPE OF SUIT**

■ Personal Injury ☐ Products Liability         Principal $ _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability       Interest $ _____
☐ Other
                                                                               Atty Fees $ _____

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
☐ **(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

E-file summons1-2016

STATE COURT OF
DEKALB COUNTY, GA.
3/1/2023 4:45 PM
E-FILED
BY: Monica Gay

No. 23A00950            **STATE COURT OF DEKALB COUNTY**
                                                  GEORGIA, DEKALB COUNTY

**Date Summons Issued and E-Filed**

3/1/2023                                           **SUMMONS**

/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

                                          ROSANNA WALKER

                                          Plaintiff's name and address

                                          **vs.**

[■] **JURY**                             U.S. XPRESS, INC

                                          Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Austin Hiffa
Name
178 S. Main Street, Unit 300, Alpharetta, GA 30009
Address
(770) 576-7642                                438739
Phone Number                                Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____      _____
Defendant's Attorney                                     Third Party Attorney
_____      _____
Address                                                    Address
_____      _____
Phone No.            Georgia Bar No.          Phone No.         Georgia Bar No.

                                              **TYPE OF SUIT**

■ Personal Injury ☐ Products Liability      Principal $ _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability     Interest $ _____
☐ Other
                                           Atty Fees $ _____

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
☐**(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

                                                          E-file summons1-2016

No. 23A00950 _____

**Date Summons Issued and E-Filed**

3/1/2023

_____
/s/ Monica Gay
_____
Deputy Clerk

Deposit Paid $ _____

**[■] JURY**

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**SUMMONS**

ROSANNA WALKER_____
_____
Plaintiff's name and address

**vs.**

MOUNTAIN LAKE RISK RETENTION GROUP, INC.
_____
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Austin Hiffa_____
Name
178 S. Main Street, Unit 300, Alpharetta, GA 30009_____
Address
(770) 576-7642                                  438739_____
Phone Number                                   Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____        _____
Defendant's Attorney                    Third Party Attorney
_____        _____
Address                                 Address
_____        _____
Phone No.          Georgia Bar No.      Phone No.          Georgia Bar No.

**TYPE OF SUIT**

■ Personal Injury ☐ Products Liability         Principal $ _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability        Interest $ _____
☐ Other
                                                Atty Fees $ _____

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
☐ **(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

E-file summons1-2016

STATE COURT OF
DEKALB COUNTY, GA.
3/1/2023 4:45 PM
E-FILED
BY: Monica Gay

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **ROSANNA WALKER,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**NWABUEZE AZUBIKE,**<br>**U.S. XPRESS, INC., and MOUNTAIN**<br>**LAKE RISK RETENTION GROUP, INC.,**<br><br>     **Defendants.** | CIVIL ACTION FILE NO.: 23A00950<br><br>_____<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR DAMAGES**

COME NOW Rosanna Walker, Plaintiff in the above-styled action ("Plaintiff"), by and through her undersigned counsel, and hereby files this Complaint for Damages against Defendants Nwabueze Azubike, U.S. Xpress, Inc., and Mountain Lake Risk Retention Group, Inc. (collectively "Defendants"), showing this Court as follows:

**PARTIES, JURISDICTION AND VENUE**

1.

Plaintiff Rosanna Walker is a citizen and resident of the State of Georgia and is subject to the jurisdiction of this Court.

2.

Defendant Nwabueze Azubike ("Defendant Azubike") is a citizen and resident of the State of Michigan, whose last known residence is 145 Van Sull Street, Westland, Wayne County, Michigan 48185.  Defendant is subject to the jurisdiction of this Court pursuant to Georgia's long arm statue and may be served with a copy of the Summons and Complaint at the above-stated address.

3.

Defendant U.S. Xpress, Inc. ("Defendant U.S. Xpress") is a foreign profit corporation existing under the laws of the State of Tennessee and doing business in the State of Georgia and may be served with a copy of the Summons and Complaint through its registered agent, Corporation Service Company, at 2 Sun Court, Suite 400, Peachtree Corners, Gwinnett County, Georgia, 30092. Defendant U.S. Xpress is subject to the jurisdiction of this Court pursuant to Georgia's long arm statue.

4.

Defendant Mountain Lake Risk Retention Group, Inc. ("Defendant Mountain Lake") is an insurance company that provided a policy of liability insurance on behalf of Defendant U.S. Xpress, a common carrier for hire, the same being a policy of insurance that was in effect on February 14, 2022, having policy number USX-188121-20. As the insurer of Defendant U.S. Xpress, Defendant Mountain Lake is subject to direct action pursuant to O.C.G.A. § 40-2-140 or its predecessor § 46-7-12.1 and may be served with a copy of the Summons and Complaint through its registered agent, Corporation Service Company, at 400 Jenkins Road, Chattanooga, Tennessee 37421.  Defendant Mountain Lake is subject to the jurisdiction of this court pursuant to Georgia's long arm statue.

5.

Venue as to Defendants is proper in the State Court of DeKalb County, Georgia, because the motor vehicle collision that forms the basis of this lawsuit occurred in DeKalb County, Georgia

6.

Defendants have been properly served with process in this action.

- 2 -

**FACTUAL BACKGROUND**

7.

On or about February 14, 2022, at approximately 8:45 a.m., Plaintiff Rosanna Walker was driving a 2015 Kia Soul and was stopped at a red light on Lawrenceville Highway, near the private driveway of 4271 Lawrenceville Highway, in DeKalb County, Georgia.

8.

At or about that same time, Defendant Azubike was driving a 2015 Freightliner FRT tractor-trailer (the "Truck") and was traveling on Lawrenceville Highway, preparing to turn left into the private driveway of 4271 Lawrenceville Highway.

9.

As Defendant Azubike was truing left into the private driveway, his trailer struck the driver's side of Plaintiff's stopped vehicle, causing Plaintiff to sustain serious and ongoing bodily injuries (the "Collision").

10.

Defendant Azubike was solely at fault for causing the Collision.

11.

Defendant Azubike was negligent in causing the Collision.

12.

Plaintiff did not cause or contribute to the Collision, and, at all relevant times, Plaintiff operated her vehicle in a careful and prudent manner, and in accordance with the law.

13.

At the time of the Collision, Defendant Azubike was operating a commercial vehicle owned or leased, operated, and maintained by Defendant U.S. Xpress and insured by Defendant

Mountain Lake under policy number USX-188121-20.

14.

At the time of the Collison, Defendant Azubike was operating the Truck as an agent and/or employee of Defendant U.S. Xpress and within the course and scope of said agency and/or employment.

## **COUNT I – NEGLIGENCE OF DEFENDANT AZUBIKE**

15.

Plaintiff re-alleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 14 above as if fully restated herein verbatim.

16.

As an individual operating a motor vehicle in the State of Georgia, Defendant Azubike owed a duty to other motorists, including Plaintiff, to exercise ordinary care in operating the Truck.

17.

At all relevant times, Defendant Azubike owed certain civil duties to Plaintiff, and, notwithstanding those duties, Defendant Azubike did violate them in the following particulars:

a. In failing to make reasonable and proper observations while operating the Truck or, if reasonable and proper observations were made, in failing to act thereon;

b. In failing to observe or undertake the necessary precautions to keep the Truck from colliding with Plaintiff's vehicle in violation of O.C.G.A §40-6-390;

c. In driving the Truck without due caution and circumspection and in a manner so as to endanger the person and/or property of others in the immediate vicinity in violation of O.C.G.A. §40-6-241;

    d.    In driving the Truck in reckless disregard for the safety of persons and/or property in violation of O.C.G.A. §40-6-390; and,

    e.    In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

18.

Defendant Azubike's violations of the above statutory duties of care constitute negligence and negligence *per se*.

19.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant Azubike, Plaintiff suffered and will continue to suffer substantial bodily injuries and damages, in an amount to be proven at trial.

## **COUNT II – IMPUTED LIABILITY**

20.

Plaintiff re-alleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 19 above as if fully restated herein verbatim.

21.

At the time of the subject Collision, Defendant Azubike was under dispatch for Defendant U.S. Xpress and was operating a Truck owned, leased, and/or supplied by Defendant U.S. Xpress with its permission.

22.

At the time of the subject Collision, Defendant Azubike was operating the Truck on behalf, at the direction of, and under the control of Defendant U.S. Xpress.

23.

At the time of the subject Collision, Defendant Azubike was an employee and/or agent of Defendant U.S. Xpress and was acting within the course and scope of his employment and/or agency with Defendant U.S. Xpress.

24.

Defendant U.S. Xpress is an interstate/intrastate motor carrier, and pursuant to federal and state laws, is responsible for the actions of Defendant Azubike with regard to the Collision described in this Complaint under the doctrine of lease liability, agency, apparent agency, *Respondeat Superior*, and/or vicarious liability.

25.

Defendant U.S. Xpress is vicariously liable for Plaintiff's injuries and damages caused by Defendant Azubike's negligent operation of the Truck.

**COUNT III – NEGLIGENT HIRING, RETENTION, TRAINING & SUPERVISION**

26.

Plaintiff re-alleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 25 above as if fully restated herein verbatim.

27.

Defendant U.S. Xpress had a duty to use reasonable care to select an employee who was competent and fit to perform the duties required of an employee, including operating the Truck, and to train and supervise said employee in such a manner as to ensure the safe operation of the Truck.

28.

Defendant U.S. Xpress knew, or in the exercise of ordinary care, should have known, that

Defendant Azubike was likely to operate the Truck in an unsafe manner.

29.

Defendant U.S. Xpress breached its duty to use reasonable care in selecting and retaining an employee that was competent and fit to operate the Truck and in training and supervising said employee.

30.

Defendant U.S. Xpress' negligence in hiring, retaining, training, and supervising Defendant Azubike was a direct and proximate cause of the Collision and Plaintiff's resulting injuries.

## **COUNT IV – DIRECT ACTION**

31.

Plaintiff re-alleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 30 above as if fully restated herein verbatim.

32.

Defendant Mountain Lake is subject to direct action as the insurer of Defendant U.S. Xpress, pursuant to O.C.G.A. § 40-2-140 or its predecessor § 46-7-12.1.

33.

Defendant Mountain Lake was the insurer of Defendant U.S. Xpress at the time of the subject Collision and issued a policy of liability insurance to comply with the filing requirements under Georgia law for intrastate and/or interstate transportation.

34.

Defendant Mountain Lake and Defendant U.S. Xpress are subject to the filing requirements outlined in O.C.G.A. § 40-2-140 or its predecessor O.C.G.A. § 46-7-12.1.

35.

Defendant Mountain Lake is responsible for any judgment rendered against Defendant Azubike and/or Defendant U.S. Xpress, up to its policy limits of coverage.

## **COUNT V – DAMAGES**

36.

Plaintiff re-alleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 35 above as if fully restated herein verbatim.

37.

As a direct and proximate result of Defendants' negligence, Plaintiff suffered and will continue to suffer substantial injuries and damages, in an amount to be proven at trial.

38.

Plaintiff is entitled to recover for the injuries and pain and suffering sustained, and all other elements of damages allowed under Georgia law, including but not limited to all compensatory, general, special, incidental, punitive, consequential, and/or other damages permitted. Plaintiff states her intention to seek all compensatory, special, economic, consequential, punitive, general and all other damages permissible under Georgia Law, including, but not limited to:

 a) Personal injuries;

 b) Past, present, and future pain and suffering;

 c) Disability;

 d) Disfigurement;

 e) Mental anguish;

 f) Loss of the capacity for the enjoyment of life;

 g) Incidental expenses;

h) Lost wages;

i) Loss of earning capacity;

j) Past, present, and future medical expenses;

k) Permanent injuries; and

l) Consequential damages to be proven at trial.

39.

To date, Plaintiff has incurred the following medical expenses for the treatment of injuries sustained in the subject Collision:

| **Provider** | **Amount** |
|---|---|
| Emory Decatur Hospital | TBD |
| CEP America, LLC | $399.00 |
| Elite Radiology of Georgia | $1,950.00 |
| Dominguez Chiropractic | $7,410.00 |
| Axion Spine & Neurosurgery | $10,689.44 |
| **TOTAL:** | **$20,448.44** |

40.

As a direct and proximate result of Defendants' negligence, Plaintiff may continue to incur future damages, including future medical expenses, in an amount to be proven at trial, for the treatment of injuries sustained in the subject Collision.

41.

Defendants' negligence is the sole and proximate cause of Plaintiffs injuries and damages.

**WHEREFORE**, Plaintiffs respectfully pray and demand as follows:

(a) That Process and Summons issue, as provided by law, requiring Defendants to appear and answer Plaintiff's Complaint;

(b) That service be had upon Defendants as provided by law;

(c) That Plaintiffs have and recover general damages from such Defendants, as the jury deems are liable to Plaintiff, and in such an amount as the jury deems just and appropriate to fully and completely compensate Plaintiff for all of her injuries and pain and suffering, mental, physical, and emotional, past, present, and future;

(d) That Plaintiff have and recover from Defendants, special damages for past and future medical expenses and loss of income in such an amount as shall be proven at trial;

(e) That this matter be tried to a jury of twelve;

(f) That all costs be cast against the Defendants; and

(g) For such other and further relief as this Court deems just and appropriate.

Respectfully submitted this 1st day of March, 2023.

**MORGAN & MORGAN ATLANTA PLLC**

*/s/ Austin M. Hiffa*
Austin M. Hiffa
Georgia Bar No. 438739
*Attorney for Plaintiff*

178 S. Main Street, Unit 300
Alpharetta, GA 30009
T: (770) 576-7642
F: (770) 576-7692
ahiffa@forthepeople.com

STATE COURT OF
DEKALB COUNTY, GA.
3/1/2023 4:45 PM
E-FILED
BY: Monica Gay

## AFFIDAVIT OF SERVICE

**State of Georgia**  **County of DeKalb**  **State Court**

Case Number: 23A00950

Plaintiff: **Rosanna Walker**
vs.
Defendant: **Nwabueze Azubike**

For: Austin Hiffa
Morgan & Morgan Atlanta PLLC

Received by Ancillary Legal Corporation on the 1st day of May, 2023 at 3:13 pm to be served on **Nwabueze Azubike, 145 Van Sull Street, Westland, MI 48185.** I, _Tristan Seaver_, being duly sworn, depose and say that on the _12th_ day of _May_, 20_23_ at _1:30 p_.m., executed service by delivering a true copy of the **Summons, Complaint, Plaintiff's First Request for Admissions to Defendant Nwabueze Azubike, Plaintiff's First Continuing Interrogatories and Request for Production of Documents to Defendant Nwabueze Azubike, General Civil and Domestic Relations Case Filing Information Form** in accordance with state statutes in the manner marked below:

(✓) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____, a person of suitable age and discretion residing therein.

( ) NON SERVICE: For the reason detailed in the Comments below.

_____

Age____ SEX M F Race_____ Height_____ Weight_____ Hair_____ Glasses Y N

COMMENTS:_____
_____
_____
_____

Age _30+_ Sex M (F) Race _A/A_ Height _5'7_ Weight _250_ Hair _black_ Glasses _N_ Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Tristan Seaver_

Subscribed and Sworn to before me on the _22_ day of _May 2023_, _____ by the affiant who is personally known to me.

NOTARY PUBLIC BONNIE R. PHILLIPPI
NOTARY PUBLIC - MICHIGAN
OAKLAND COUNTY
ACTING IN THE COUNTY OF _Oakland_
MY COMMISSION EXPIRES SEPT. 16, 202_7_

PROCESS SERVER # _n/a_
Appointed in accordance with State Statutes

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: 2023004997
Ref: 23A00950

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

**STATE COURT OF
DEKALB COUNTY, GA.
5/24/2023 1:33 PM
E-FILED
BY: Camille Boknight**