https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/843b2dd5bf415173beea459b962752b3

## Case Information

# ROSANNA WALKER VS NWABUEZE AZUBIKE,U.S. XPRESS, INCET AL
23A00950

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| DeKalb - State Court | Civil | Tort | 3/1/2023 |

| Judge | Case Status | | |
|---|---|---|---|
| Wong, Alvin T | Open (Open) | | |

## Parties [4]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | ROSANNA WALKER | | |
| Defendant | U.S. XPRESS, INC | | |
| Defendant | MOUNTAIN LAKE RISK RETENTION GROUP, INC. | | |
| Defendant | NWABUEZE AZUBIKE | | |

## Events [6]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 3/1/2023 | Filing | Complaint/Petition | Plaintiff Complaint for Damages | Complaint/Petition.pdf |
| 3/1/2023 | Filing | Summons | Summons for Defendant U.S. XPRESS, INC | Walker, Rosanna - Summons Def. U.S. Xpress.pdf |
| 3/1/2023 | Filing | General Civil Information Form | Case Initiation Form | Walker, Rosanna - CIF Dekalb.pdf |
| 3/1/2023 | Filing | Summons | Summons for Defendant MOUNTAIN LAKE RISK RETENTION GROUP, INC. | Walker, Rosanna - Summons Def. Mountain Lake.pdf |
| 3/1/2023 | Filing | Summons | Summons for Defendant NWABUEZE AZUBIKE | Walker, Rosanna - Summons Def. N. Azubike.pdf |
| 5/24/2023 | Filing | Affidavit of Service | Affidavit of Service Azubike | AOS Azubike.pdf |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.5.0.29

