

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 26866972**
**Date Processed: 05/04/2023**

| | |
|---|---|
| **Primary Contact:** | Nathan Harwell<br>USXPRESS Enterprises<br>4080 Jenkins Rd<br>Chattanooga, TN 37421-1174 |
| **Electronic copy provided to:** | Megan Welton<br>Cathy Millard |
| **Entity:** | U.S. Xpress, Inc.<br>Entity ID Number  3372665 |
| **Entity Served:** | U.S. Xpress Inc |
| **Title of Action:** | Rosanna Walker vs. Nwabueze Azubike |
| **Matter Name/ID:** | Rosanna Walker vs. Nwabueze Azubike (14019950) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Dekalb County State Court, GA |
| **Case/Reference No:** | 23A00950 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 05/02/2023 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Morgan & Morgan Atlanta PLLC<br>770-576-7642 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com