# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 22-012372 | 0440200 | DEKALB | 2/14/2022 |

**Estimated Crash** — Date: 2/14/2022, Time: 08:45
**Dispatch** — Date: 2/14/2022, Time: 09:25
**Arrival** — Date: 2/14/2022, Time: 09:35
**Total Number of** — Vehicles: 2, Injuries: 0, Fatalities: 0
**Inside City Of:** Tucker

**Road of Occurence:** 4271 LAWRENCVILLE HWY
**At Its Intersection With:**
**Not At Its Intersection But:**
**Of:**
Miles [ ], Feet [ ], North [ ], South [ ], East [ ], West [ ]
**Latitude (Y):**   **Longitude (X):**

Suppl. To Original? [ ]
Private Property? [✓]
Hit And Run? [ ]

## Unit # 1

Driver [✓]  Ped [ ]  Bike [ ]  Susp At Fault [✓]

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| AZUBIKE | NWABUEZE | |

**Address:** 145 VAN SULL ST

| City | State | Zip | DOB |
|---|---|---|---|
| WESTLAND | MI | 48185 | 3/23/1982 |

| Driver's License No | Class | State | Country |
|---|---|---|---|
| A212644336234 | CLASS C | MI | USA |

| Insurance Co. | Policy No. | Telephone No. |
|---|---|---|
| US XPRESS INC | USX188121-21 | 3136058139 |

| Year | Make | Model |
|---|---|---|
| 2015 | FREIGHTLINER FRT | RIV |

| VIN | Vehicle Color |
|---|---|
| 3AKJGLD51FSFP6890 | Red |

| Tag # | State | County | Year |
|---|---|---|---|
| 3GC841 | OK | | 2022 |

| Trailer Tag # | State | County | Year |
|---|---|---|---|
| | | | |

Same as Driver [ ]

| Owner's Last Name | First | Middle |
|---|---|---|
| U S XPRESS LEASING INC | | |

**Address:** 1535 NEW HOPE CHURCH RD

| City | State | Zip |
|---|---|---|
| TUNNEL HILL (WHITFIELD) | GA | 30755 |

**Removed By:** DRIVER   Request [ ]   List [ ]

| Alcohol Test: | Type: | Results: | Drug Test: | Type: | Results: |
|---|---|---|---|---|---|
| No | | | No | | |

| First Harmful Event: | Most Harmful Event: | Operator/Ped Cond: |
|---|---|---|
| Motor Vehicle In Motion | Motor Vehicle In Motion | Not Drinking |

**Operator Factors:** Improper Passing
**Vehicle Factors:** No Contributing Factors    **Roadway Factors:** No Contributing Factors

| Direction of Travel: | Vehicle Maneuver: | Non-Motor Maneuver: |
|---|---|---|
| None | Passing | |

| Vehicle Class: | Vehicle Type: | Vision Obscured: |
|---|---|---|
| Commercial Motor Vehicle (CMV) | Tractor/Trailer | Not Obscured |

| Number of Occupants: | Area of Initial Contact: | Damage to Vehicle: |
|---|---|---|
| 2 | Left Side-Near Rear | No Damage |

| Traffic Way Flow: | Road Composition: | Road Character: |
|---|---|---|
| Two-Way Trafficway with a physical separation | Black Top | Straight and Level |

| Number of Lanes: | Posted Speed: | Work Zone: None |
|---|---|---|

**Traffic Control:** No Control Present    **Device Inoperative:** Yes [ ] No [✓]

**Citation Information:**
Citation # _____   O.C.G.A. § _____
Citation # _____   O.C.G.A. § _____
Citation # _____   O.C.G.A. § _____

### COMMERCIAL MOTOR VEHICLES ONLY

**Carrier Name:** USXPRESS LEASING INC

| Address | City | State | Zip |
|---|---|---|---|
| 1535 NEW HOPE CHURCH RD | Tunnel Hill (WHITFIELD) | Georgia | 30755 |

| U.S. D.O.T. # | No. of Axles | G.V.W.R |
|---|---|---|
| 303024 | 3 | 10000 or Less-Haz-9 Or More |

| Cargo Body Type | Vehicle Config. | Interstate [✓] | Fed. Reportable |
|---|---|---|---|
| Other | Tractor Trailer | Intrastate [ ] | Yes [ ] No [✓] |

C.D.L.? Yes [✓] No [ ]    C.D.L. Suspended? Yes [ ] No [✓]
Vehicle Placarded? Yes [ ] No [ ]    Hazardous Materials? Yes [ ] No [ ]
Hazmat Released? Yes [ ] No [ ]

If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:

Ran Off Road [ ]  Down Hill Runaway [ ]  Cargo Loss or Shift [ ]  Separation of Units [ ]

## Unit # 2

Driver [✓]  Ped [ ]  Bike [ ]  Susp At Fault [ ]

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| WALKER | ROSANNA | |

**Address:** 353 CAMELOT PKWY

| City | State | Zip | DOB |
|---|---|---|---|
| JONESBORO (CLAYTON) | GA | 30236 | 6/11/1984 |

| Driver's License No | Class | State | Country |
|---|---|---|---|
| 051741173 | CLASS C | GA | USA |

| Insurance Co. | Policy No. | Telephone No. |
|---|---|---|
| NORTHBROOK IND | 0821099847 | 6787241266 |

| Year | Make | Model |
|---|---|---|
| 2015 | KIA MOTORS | SOUL/PLUS |

| VIN | Vehicle Color |
|---|---|
| KNDJN2A22F7817181 | Gray |

| Tag # | State | County | Year |
|---|---|---|---|
| RQN0346 | GA | CLAYTON | 2022 |

| Trailer Tag # | State | County | Year |
|---|---|---|---|
| | | | |

Same as Driver [✓]

| Owner's Last Name | First | Middle |
|---|---|---|
| WALKER | ROSANNA | |

**Address:** 353 CAMELOT PKWY

| City | State | Zip |
|---|---|---|
| JONESBORO (CLAYTON) | GA | 30236 |

**Removed By:** DRIVER   Request [ ]   List [ ]

| Alcohol Test: | Type: | Results: | Drug Test: | Type: | Results: |
|---|---|---|---|---|---|
| No | | | No | | |

| First Harmful Event: | Most Harmful Event: | Operator/Ped Cond: |
|---|---|---|
| Motor Vehicle In Motion | Motor Vehicle In Motion | Not Drinking |

**Operator Factors:** No Contributing Factors
**Vehicle Factors:** No Contributing Factors   **Roadway Factors:** No Contributing Factors

| Direction of Travel: | Vehicle Maneuver: | Non-Motor Maneuver: |
|---|---|---|
| None | Stopped | |

| Vehicle Class: | Vehicle Type: | Vision Obscured: |
|---|---|---|
| Privately Owned | Passenger Car | Not Obscured |

| Number of Occupants: | Area of Initial Contact: | Damage to Vehicle: |
|---|---|---|
| 1 | Left Side-Near Rear | Minor Damage |

| Traffic Way Flow: | Road Composition: | Road Character: |
|---|---|---|
| Two-Way Trafficway with a physical separation | Black Top | Straight and Level |

| Number of Lanes: | Posted Speed: | Work Zone: None |
|---|---|---|

**Traffic Control:** No Control Present    **Device Inoperative:** Yes [ ] No [✓]

**Citation Information:**
Citation # _____   O.C.G.A. § _____
Citation # _____   O.C.G.A. § _____
Citation # _____   O.C.G.A. § _____

### COMMERCIAL MOTOR VEHICLES ONLY

**Carrier Name:**

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

| U.S. D.O.T. # | No. of Axles | G.V.W.R |
|---|---|---|
| | | |

| Cargo Body Type | Vehicle Config. | Interstate [ ] | Fed. Reportable |
|---|---|---|---|
| | | Intrastate [ ] | Yes [ ] No [ ] |

C.D.L.? Yes [ ] No [ ]    C.D.L. Suspended? Yes [ ] No [ ]
Vehicle Placarded? Yes [ ] No [ ]    Hazardous Materials? Yes [ ] No [ ]
Hazmat Released? Yes [ ] No [ ]

If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:

Ran Off Road [ ]  Down Hill Runaway [ ]  Cargo Loss or Shift [ ]  Separation of Units [ ]

| COLLISION FIELDS | | | | |
|---|---|---|---|---|
| **Manner of Collision:** Angle | **Location at Area of Impact:** Private Property | **Weather:** Clear | **Surface Condition:** Dry | **Light Condition:** Daylight |

### NARRATIVE

Based on the statements provided by the parties at the accident scene as well as the physical evidence at the location, the following was determined.

Vehicle #1 was on Lawrenceville Highway (nearing Lynburn Drive) and in the left turning lane to enter a private property entrance. Vehicle #2 was stopped at a red light behind several vehicles nearing the private property location of 4271 Lawrenceville Highway (Dollar Tree). Vehicle #1 entered the private property entrance and the back of his trailer struck vehicle # 2.

Vehicle #1:  Did not sustain any visible rear end damage.  Driver #1 and his passenger advised that they were not injured in the accident.  Driver # 1 stated he did not believe he hit vehicle # 2.

Vehicle #2: Sustained minor rear end damage.  Driver #2 advised that she was not injured in the accident.

Both parties were advised of their case number.  No citations were issued due to accident occurring on private property.
BWC activated.

### DIAGRAM



Not To Scale

### PROPERTY DAMAGE INFORMATION

**Damage Other Than Vehicle:**   **Owner:**

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| | | | | | |

## OCCUPANT INFORMATION

### 1
| Field | Value |
|---|---|
| Name (Last, First): | AZUBIKE, NWABUEZE |
| Address: | 145 VAN SULL ST  WESTLAND, MI 48185 |
| Age: | 39 |
| Sex: | Male |
| Unit #: | 1 |
| Position: | Front Seat-Left Side |
| Safety Eq: | Lap and Shoulder Belt Used |
| Ejected: | Not Ejected |
| Extricated: | No |
| Air Bag: | Non-Deployed Air |
| Injury: | No Apparent Injury (O) |
| Taken for Treatment: | No |
| Injured Taken To: | |
| By: | |
| EMS Notified Time: | |
| EMS Arrival Time: | |
| Hospital Arrival Time: | |

### 2
| Field | Value |
|---|---|
| Name (Last, First): | SWEET, BRANDON |
| Address: | 699 MANNING ML  MACON (BIBB), GA 31216 |
| Age: | 31 |
| Sex: | Male |
| Unit #: | 1 |
| Position: | Sleeper Section of Cab |
| Safety Eq: | Lap and Shoulder Belt Used |
| Ejected: | Not Ejected |
| Extricated: | No |
| Air Bag: | Non-Deployed Air |
| Injury: | No Apparent Injury (O) |
| Taken for Treatment: | No |
| Injured Taken To: | |
| By: | |
| EMS Notified Time: | |
| EMS Arrival Time: | |
| Hospital Arrival Time: | |

### 3
| Field | Value |
|---|---|
| Name (Last, First): | WALKER, ROSANNA |
| Address: | 353 CAMELOT PKWY  JONESBORO (CLAYTON), GA 30236 |
| Age: | 37 |
| Sex: | Female |
| Unit #: | 2 |
| Position: | Front Seat-Left Side |
| Safety Eq: | Lap and Shoulder Belt Used |
| Ejected: | Not Ejected |
| Extricated: | No |
| Air Bag: | Non-Deployed Air |
| Injury: | No Apparent Injury (O) |
| Taken for Treatment: | No |
| Injured Taken To: | |
| By: | |
| EMS Notified Time: | |
| EMS Arrival Time: | |
| Hospital Arrival Time: | |

### 4
(blank)

## ADMINISTRATIVE

Photos Taken: ☐ Yes  ☑ No   By:

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| Everett, Brandon (3595) | Dekalb Co Police Department | 02/22/2022 09:02 | Moore, D | 2/23/2022 |