

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | U.S. XPRESS, INC. | Control Number: | J650072 |
| Business Type: | Foreign Profit Corporation | Business Status: | Active/Compliance |
| Business Purpose: | NONE | | |
| Principal Office Address: | 4080 Jenkins Road, Chattanooga, TN, 37421, USA | Date of Formation / Registration Date: | 1/30/1986 |
| Jurisdiction: | Nevada | Last Annual Registration Year: | 2022 |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | Corporation Service Company |
| Physical Address: | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| County: | Gwinnett |

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| ERIC FULLER | CEO | 4080 JENKINS RD, CHATTANOOGA, GA, 37421, USA |
| ERIC A. PETERSON | CFO | 4080 JENKINS ROAD, CHATTANOOGA, TN, 37421, USA |
| Nathan Harwell | Secretary | 4080 JENKINS ROAD, CHATTANOOGA, TN, 37421, USA |

Back     Filing History     Name History

Return to Business Search