**VERMONT** Secretary of State — CORPORATIONS DIVISION

Back

| Business Information | |
|---|---|
| **Business Details** | |
| **Business Name:** MOUNTAIN LAKE RISK RETENTION GROUP, INC. | **Business ID:** 0130740 |
| | **File #:** V73031 |
| **Business Type:** Domestic Profit Corporation | **Business Status:** Active |
| **Date of Incorporation / Registration Date:** 07/23/2010 | |
| **Business Description:** Not Available | **Fiscal Year Month:** 12 |
| **Principal Office Business Address:** 76 Saint Paul Street, Suite 500, Burlington, VT, 05401, USA | **Principal Office Mailing Address:** 76 Saint Paul Street, Suite 500, Burlington, VT, 05401, USA |
| **Citizenship / Domestic Jurisdiction:** Domestic/VT | **Last Annual Report Year:** 2012 |
| **Corporation Type:** Restricted | |
| **Last Report Filed:** NONE | **Next Filing Due Date:** 01/01/2014 |

**Principals Information**

| Name/Title: | Physical Address: |
|---|---|
| MAX L. FULLER/President | 4080 JENKINS ROAD, CHATTANOOGA, TN, 37421, USA |
| ERIC A. PETERSON/Vice President | 4080 JENKINS RD, CHATTANOOGA, TN, 37421, USA |
| LEIGH ANNE BATTERSBY/Treasurer | 4080 JENKINS ROAD, CHATTANOOGA, TN, 37421, USA |

View All Principals(11)

**Registered Agent Information**

| | |
|---|---|
| **Name:** | CORPORATION SERVICE COMPANY |
| **Physical Address:** | 100 NORTH MAIN STREET, SUITE 2, BARRE, VT, 05641, USA |
| **Mailing Address:** | 100 NORTH MAIN STREET, SUITE 2, BARRE, VT, 05641, USA |
| **Agent Type:** | Registered Entity |

**Assumed Business Name Information**

No Business Registrants associated with this Assumed Name..

Back    Filing History    Name History    Shares    Return to Search