# EXHIBIT 2

# *DURABLE POWER OF ATTORNEY*

## IMPORTANT INFORMATION

This power of attorney authorizes another person (your agent) to make decisions concerning your property for you (the principal). Your agent will be able to make decisions and act with respect to your property (including your money) whether or not you are able to act for yourself. The meaning of authority over subjects listed on this form is explained in O.C.G.A. Chapter 6B of Title 10.

This power of attorney does not authorize the agent to make health care decisions for you.

You should select someone you trust to serve as your agent. Unless you specify otherwise in the Special Instructions, generally the agent's authority will continue until you die or revoke the power of attorney or the agent resigns or is unable to act for you.

Your agent is not entitled to any compensation unless you state otherwise in the Special Instructions. Your agent shall be entitled to reimbursement of reasonable expenses incurred in performing the acts required by you in your power of attorney.

This form provides for designation of one agent. If you wish to name more than one agent, you may name a successor agent or name a coagent in the Special Instructions. Co-agents will not be required to act together unless you include that requirement in the Special Instructions.

If your agent is unable or unwilling to act for you, your power of attorney will end unless you have named a successor agent. You may also name a second successor agent.

This power of attorney shall be durable unless you state otherwise in the Special Instructions.

This power of attorney becomes effective immediately unless you state otherwise in the Special Instructions.

**If you have questions about the power of attorney or the authority you are granting to your agent, you should seek legal advice before signing this form.**

## DESIGNATION OF AGENT

I, Angelo Belvin, name the following person(s) as my agent(s):

Name of agent: Von Davis
Agent's address: 37 Royalty Lane, Hiram, Georgia 30141
Agent's telephone number: 305-742-5565
Agent's e-mail address: vontoyap@gmail.com

## DESIGNATION OF SUCCESSOR AGENT(S) (OPTIONAL)

If my Agent is unable or unwilling to act for me, I name as my successor agent:

Name of successor agent: Rose Stewart
Successor agent's address: 2712 38th Ave West, Bradenton, Florida 34205
Successor agent's telephone number: 941-932-0018
Successor agent's e-mail address: cad07@verizon.net

## GRANT OF GENERAL AUTHORITY

I grant my agent and any successor agent general authority to act for me with respect to the following subjects as defined in O.C.G.A 6B of Title 10:

(INITIAL each subject you want to include in the agent's general authority.)

Ab ________ Real property transactions
Ab ________ Tangible personal property
Ab ________ Stocks and bonds
Ab ________ Commodity and options
Ab ________ Bank and other financial institutions
Ab ________ Operation of entity or business
Ab ________ Estates, trusts, and other beneficial interests
Ab ________ Insurance and annuity transactions
Ah ________ Claims and litigation
Ah ________ Personal and family maintenance
Av ________ Benefits from governmental programs or civil or military service
nb ________ Retirement plans
nb ________ Taxes

## GRANT OF SPECIFIC AUTHORITY (OPTIONAL)

My agent SHALL NOT do any of the following specific acts for me UNLESS I have INITIALED the specific authority listed below:

(CAUTION: Granting any of the following will give your agent the authority to take actions that could significantly reduce your property or change how your property is distributed at your death. INITIAL ONLY the specific authority you WANT to give your agent. You should give your agent specific instructions in the Special Instructions when you authorize your agent to make gifts.)

In addition to the above listed powers, my agent will have the authority to:

________ Create, fund, amend, revoke, or terminate an inter vivos trust
________ Make a gift subject to the limitations of O.C.G.A§ 10-6B-56 and any Special Instructions under this power of attorney
________ Create or change a beneficiary designation

_________ Authorize another person to exercise the authority granted under this power of attorney

## LIMITATION ON AGENT'S AUTHORITY

An agent that is not my ancestor, spouse, or descendant SHALL NOT use my property to benefit the agent or a person to whom the agent owes an obligation of support unless I have included that authority in the Special Instructions.

## SPECIAL INSTRUCTIONS (OPTIONAL)

You may give special instructions on the following lines:

This POA shall include all Medical and Healthcare decisions

I hereby revoke any and all general powers of attorney and special powers of attorney that previously have been signed by me.

## EFFECTIVE DATE

This power of attorney is effective immediately unless I have stated otherwise in the Special Instructions.

## RELIANCE ON THIS POWER OF ATTORNEY

Any person, including my agent, may rely upon the validity of this power of attorney or a copy of it unless that person has actual knowledge it has terminated or is invalid.

## SIGNATURE AND ACKNOWLEDGMENT

[signature] ________________ 3/21/22 ________

Principal Signature — Date

Angelo Belvin
[redacted]
Lothonia, Georgia 30038
[redacted]

_______________

Witness Signature: [signature]
Name: Ronnie Marshburn
Address: [redacted]
Powder Springs, Georgia 30127

Telephone Number: [redacted]
E-mail: [redacted]

Witness Signature: [signature]
Name: Brandi Franks
Address: [redacted]
Hiram, GA 30141

Telephone Number: [redacted]
E-mail: [redacted]

STATE OF GEORGIA,
COUNTY OF PAULDING, ss:

On this 21 day of March, 2022, before me, Cristina LaTurno, personally appeared Angelo Belvin, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same as for the purposes therein contained.

CRISTINA LA TURNO NOTARY PUBLIC PAULDING COUNTY, GEORGIA Nov. 20, 2025

In witness whereof, I hereunto set my hand and official seal.

[signature]
Signature of person taking acknowledgment
Notary Public

My commission expires 11/20/2025

This document was prepared by:

Von Davis
[redacted], Hiram, Georgia 30141

# IMPORTANT INFORMATION FOR AGENT

**Agent's Duties**

When you accept the authority granted under this power of attorney, a special legal relationship is created between you and the principal. This relationship imposes upon you legal duties that continue until you resign or the power of attorney is terminated or revoked. You must:

(1) Do what you know the principal reasonably expects you to do with the principal's property or, if you do not know the principal's expectations, act in the principal's best interest;

(2) Act in good faith;

(3) Do nothing beyond the authority granted in this power of attorney; and

(4) Disclose your identity as an agent whenever you act for the principal by writing or printing the name of the principal and signing your own name as "agent" in the following manner:

(Principal's Name) by (Your Signature) as Agent.

Unless the Special Instructions in this power of attorney state otherwise, you must also:

(1) Act loyally for the principal's benefit;

(2) Avoid conflicts that would impair your ability to act in the principal's best interest;

(3) Act with care, competence, and diligence;

(4) Keep a record of all receipts, disbursements, and transactions made on behalf of the principal;

(5) Cooperate with any person that has authority to make health care decisions for the principal to do what you know the principal reasonably expects or, if you do not know the principal's expectations, to act in the principal's best interest; and

(6) Attempt to preserve the principal's estate plan if you know the plan and preserving the plan is consistent with the principal's best interest.

**Termination of Agent's Authority**

You must stop acting on behalf of the principal if you learn of any event that terminates this power of attorney or your authority under this power of attorney. Events that terminate a power of attorney or your authority to act under a power of attorney include:

(1) Death of the principal;

(2) The principal's revocation of your authority or the power of attorney;

(3) The occurrence of a termination event stated in the power of attorney;

(4) The purpose of the power of attorney is fully accomplished; or

(5) If you are married to the principal, a legal action is filed with a court to end your marriage, or for your legal separation, unless the Special Instructions in this power of attorney state that such an action will not terminate your authority.

**Liability of Agent**

The meaning of the authority granted to you is defined in O.C.G.A. Chapter 6B of Title 10.If you violate O.C.G.A. Chapter 6B of Title 10 or act outside the authority granted, you may be liable for any damages caused by your violation.

**If there is anything about this document or your duties that you do not understand, you should seek legal advice.**

STATE OF GEORGIA,
COUNTY OF PAULDING, ss:

I, ____________________ certify under penalty of perjury that Angelo Belvin granted me authority as an agent or successor agent in a power of attorney dated 5/21/22

I further certify that to my knowledge:

(1) The principal is alive and has not revoked the power of attorney or my authority to act under the power of attorney and the power of attorney and my authority to act under the power of attorney have not terminated;

(2) If the power of attorney was drafted to become effective upon the happening of an event or contingency, the event or contingency has occurred;

(3) If I were named as a successor agent, the prior agent is no longer able or willing to serve.

(4) ________________________________________

(Insert other relevant statements)

SIGNATURE AND ACKNOWLEDGMENT

________________________________________

Agent's signature [signature] Date 3/21/22

_______________ Agent's name printed

[REDACTED] Hiram GA 30141 Agent's address

[REDACTED] Agent's telephone number

[REDACTED] Agent's e-mail address

This document was signed in my presence on 03/21/2022, (Date) by Van Davis (Name of agent).

_______________

(Seal)

Signature of notary [signature]

My commission expires: 11/20/2025

CRISTINA LA TURNO
COM. EXP.
NOTARY
PUBLIC
Nov. 20, 2025
PAULDING COUNTY, GEORGIA