# EXHIBIT 4

STATE OF GEORGIA
COUNTY OF DEKALB

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS,** that I, ANGELO E. BELVIN, have made, constituted and appointed and by these presents do make, constitute and appoint as my true and lawful attorney-in-fact, my sister, PATRICE M. SANDERS, who resides at ▮▮▮▮▮▮▮▮▮▮, Lithonia, Georgia 30038, and if PATRICE M. SANDERS shall die, become legally disabled incapacitated, or incompetent, or resign, refuse to act, or be unavailable, I name my sister, VANESSA GOLDSMITH, who resides at ▮▮▮▮▮▮▮, Palmetto, Florida 34221, my second as successor (hereinafter referred to as "attorney-in-fact"), who shall serve for me and in my name and stead and on my behalf, to do and perform for me anything of any character which I might do or perform for myself if personally present and acting. This Power of Attorney is effective immediately and revokes all prior powers of attorney executed by me, including but not limited to, the revocation of any prior powers of attorney given to my niece, VON LATOYA DAVIS.

Without in any way diminishing the broad general powers just conferred, which are believed and intended to include all of the following, as well as other acts not mentioned, I do specifically authorize my attorney-in-fact, in my name and on my behalf:

(1) To inquire and receive information, make payment upon, purchase and cancel any life, health, disability, long-term care, property and casualty insurance policies and any/all other forms of insurance and exercise any right, option or privilege available to me under or in connection with any insurance policy, including but not limited to the right to convert such policy to another form or forms of insurance and to surrender such policy upon the death of the insured.

(2) To make claim for, execute proofs of claim and otherwise take all steps necessary to collect any insurance to which I am entitled, particularly any health, accident, disability or hospital insurance, and in connection therewith to give receipts and, where deemed proper, to give releases and other acquittances.

(3) To sell or lease real estate or personal property, tangible and intangible, including automobiles, stocks, bonds or other evidence of ownership or debt in which I may have or may hereafter have any interest whatever, and to endorse, sign or assign said stock certificates or bonds or other instruments in connection therewith.

(4) To endorse negotiable instruments of any character made payable to me and to cash the same or deposit to my account or otherwise utilize the proceeds at the discretion of my attorney-in-fact.

(5) To make deposits to and to draw checks upon any checking account, savings account retirement account and investment account in any bank or lending institution wherein I maintain an account, to open and close any such accounts, whether in my own name or jointly with another, and in general to deal with said accounts to the same extent that I might do if personally present and acting.

(6) To inquire into, open, close and manage any utility accounts.

(7) To execute deeds, leases, security deeds and other instruments conveying or encumbering real property located in the State of Georgia or personal property located anywhere, and generally to deal with such property as fully as I might if personally present and acting.

(8) To collect any sums due me from any sources, particularly any sums which are now due from the Government of the United States or any branch thereof, and to execute such instruments, endorsements or signatures thereto in my name as may be requisite or proper to facilitate the collection thereof.

(9) To authorize and receive distributions from any retirement or IRA accounts and select payment options. The agent has the power to apply and make distributions from the account and the ability to effect rollovers and transfers of the account.

(10) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, and to execute releases, acquittances, cancellations or satisfactions in connection therewith.

(11) To make up and file any income tax return or other tax returns of any character and, as my agent, to prepare, sign and affirm such returns, my attorney-in-fact being fully informed as to all facts necessary to make such returns.

(12) To appear for me and represent me before the Department of Revenue of any State, United States Treasury Department and any Court or Courts in any tax matters which I may have an interest in, and I hereby give my attorney-in-fact full power to do everything whatsoever requisite and necessary to be done in the premises with the full power of substitution and revocation hereof, including in this instance the authority to appoint an attorney at law or other person qualified to appear before the various Revenue and Treasury Departments or Courts to appear as my attorney and to act for my attorney in fact.

(13) To enter any safe deposit box or vault standing in my name or to which I have the right to access and to deal with the contents thereof at the discretion of my attorney-in-fact.

(14) To make contracts on my behalf with respect to any property owned by me and with respect to my care and upkeep, including the employment of a nurse or nurses, physicians or any other person whose services should be needed for my care and upkeep.

(15) To make any contracts with respect to my care and treatment at any hospital, nursing home or institution whose services are needed, in the opinion of my attorney-in-fact, for my proper care, maintenance and treatment.

(16) To pay and settle any and all claims or debts which may be due and owing by me at any time.

(17) To enter into leases on any property owned by me or for any property to be leased by me, including an apartment, rooming accommodations or nursing home accommodations.

(18) To borrow in my behalf and in my name any funds needed by me and to pledge for the payment thereof any stocks, bonds or securities or other property owned by me.

(19)     To purchase medicine, clothes, foods or other supplies for my benefit as well as the power to obtain receipts and other documentation regarding the purchase of medicine, clothes, foods or other supplies for my benefit, and any other forms or support as may be required to file for insurance benefits, Medicare or Medicaid benefits and any/all other forms of reimbursement of such expenses.

(20)     To invest and reinvest (including accumulated income) in any real or personal property (specifically including, but not limited to the United States Treasury Bonds eligible for redemption at par in payment of federal estate tax) without regard to diversification as to type of investment.

(21)     To open and maintain brokerage accounts with the ability to buy, sell and trade securities of any nature in the account. The agent has the ability to delegate to the investment advisor the ability to make trades in the account and to disburse funds on behalf of the agent. The agent has the authority to represent the principal in all tax matters, including the preparation and signing of tax returns, gifting of amounts from the account, and tax withholding on distributions. If there are two or more agents authorized to act on behalf of the account holder, the investment advisor can take direction from either agent individually.

(22)     To make gifts, as limited below, either outright or in trust or, in the case of minors, in accordance with the Uniform Gifts to Minors Act and, for gifts made in trust, to execute a deed of trust for such purpose designating one or more persons, including my attorney-in-fact, as original or successor trustees. This power includes the right to make additions to an existing trust and does not require my attorney-in-fact to treat the donees equally or proportionately and may entirely exclude one or more permissible donees. The pattern followed on the occasion of any such gift (or gifts) need not be followed on the occasion of any other gift (or gifts). The power to make such gifts, however, shall be limited as to donees to my spouse, issue (including one or more of my attorneys-in-fact who is a spouse or issue of mine) and recognized charities (IRC §501(c)(3) organizations).

In general, my attorney-in-fact is given full power and authority to do and to perform any and every act or thing whatsoever requisite or necessary to be done for my upkeep, care and maintenance and for the management and disposition of any propelty owned by me, as fully for all intents and purposes as I might or could do if personally present, and I hereby ratify and confirm all that my attorney-in-fact shall lawfully do or cause to be done by vi1tue hereof, it being my intent and purpose that this shall be a general Power of Attorney and to confer upon my said attorney-in-fact the broadest possible powers to be used and exercised in the discretion of my attorney-in-fact for my use and benefit.

The powers herein granted shall be deemed continuing and relate as fully to any property which I may hereafter acquire as to any property which I may now own, and the powers herein conferred may be exercised repeatedly.

This Power of Attorney is executed pursuant to Official Code of Georgia Annotated Section 10-6-36; and it is my intention that this Power of Attorney shall continue in effect, notwithstanding my incapacity or incompetence; and my attorney-in fact shall keep full and accurate records of all transactions for me as my agent and of all my property and the disposition thereof, and shall render to me, if competent, or to my nearest living relative if shall be incompetent or incapacitated, at least annually, inventories and accounts of all transactions of my attorney-in-fact done in my behalf; and

to the extent that I am able to do so, I hereby relieve my attorney-in-fact of the responsibility and duty of filing any reports with any court.

This Power of Attorney shall remain in full force and effect until revoked by me by written instrument duly recorded upon the public records of Dekalb County, Georgia as a deed to real property would be recorded according to applicable law, notwithstanding any condition of legal incapacity or physical or mental disability which I may hereafter suffer. My herein named Attorney in Fact shall not be required to show cause to anyone for the exercise of this Power of Attorney.

In enumerating the above and foregoing special powers, the same shall not be construed in any way as limiting the full and complete power and authority which my Attorney in Fact shall have in representing me and my interest in all matters as heretofore stated, it being the intent of this Power of Attorney to grant my Attorney in Fact power and authority to do any and all acts on my behalf in any matter or thing pertaining or belonging to me with the same validity as I could effect if were personally present.

**IN WITNESS WHEREOF,** I have hereunto signed and affixed my seal to this Power of Attorney, this 13th day of December, 2022.

_____
ANGELO E. BELVIN

_____   Vanessa Fulton
Witness

Sworn to and subscribed before
me this 13th day of December, 2022

_____
NOTARY PUBLIC
My Commission Expires 9-11-2024

4

Important: Do not use or sign this document unless you want to resign as agent.

### Resignation of Agent

I, __Von Davis__, of the City of __Hiram__, County of __Paulding__, State of __Georgia__, resign as agent under the durable power of attorney for finances created by __Anglo Belvin__ and dated __3/21/22 & 8/15/22__. My resignation is effective immediately.

Dated: __December 15, 2022__

Signature of Agent: ____

Name of Agent: __Von Davis__

*Attach Notary Acknowledgment*

Sworn to me on 15th day of December, 2022

JANE SHEN



Resignation of Agent — Page 1 of 1