# EXHIBIT 5



**Banner Life Insurance Company**
3275 Bennett Creek Avenue
Frederick, Maryland 21704
(800) 638-8428

**BENEFICIARY DESIGNATION FORM**

Insured: **ANGELO Eric BELVIN**          Policy Number: **181271893**

1. The policy proceeds payable upon the death of the insured will be paid to the beneficiaries named herein. The rights of the beneficiary will be subject to the rights of any assignee on record. If no percentage is provided, proceeds will be divided equally among all surviving beneficiaries. All prior designations of Primary and Contingent beneficiaries are hereby revoked.

**Primary Beneficiary** (if additional space is needed, please attach a separate page, signed and dated. SSN or Tax ID # and Date of Birth are REQUIRED.)

Name: **Rose G. Stewart**
Address: [redacted]
City, State: **BRADENTON, FL.**   Zip: **34205**
Relationship to Insured: **Sister**
SSN or Tax ID #: [redacted] **1077**
Date of Birth: [redacted] **-1960**
Telephone #: [redacted]
% Share: **100**

Name: _____
Address: _____
City, State: _____   Zip: _____
Relationship to Insured: _____
SSN or Tax ID #: _____
Date of Birth: _____
Telephone #: _____
% Share: _____

Name: _____
Address: _____
City, State: _____   Zip: _____
Relationship to Insured: _____
SSN or Tax ID #: _____
Date of Birth: _____
Telephone #: _____
% Share: _____

Name: _____
Address: _____
City, State: _____   Zip: _____
Relationship to Insured: _____
SSN or Tax ID #: _____
Date of Birth: _____
Telephone #: _____
% Share: _____

*JAN 12 '23 AM 10:46*

**Contingent Beneficiary** (If additional space is needed, please attach a separate page, signed and dated. SSN or Tax ID # and Date of Birth are REQUIRED.) A Contingent Beneficiary will receive the benefits in the event no Primary Beneficiary is living or exists at the time of the insured's death.

Name: **VANESSA K. Goldsmith**
Address: [redacted]
City, State: **Palmetto Florida**   Zip: **34221**
Relationship to Insured: **Sister**
SSN or Tax ID #: [redacted] **5516**
Date of Birth: [redacted] **1965**
Telephone #: [redacted]
% Share: **100**

Name: _____
Address: _____
City, State: _____   Zip: _____
Relationship to Insured: _____
SSN or Tax ID #: _____
Date of Birth: _____
Telephone #: _____
% Share: _____

LP-200 (10-18)

**Contingent Beneficiary** (continued)

Name _____  SSN or Tax ID # _____

Address _____  Date of Birth _____

City, State _____ Zip _____  Telephone # _____

Relationship to Insured _____  % Share _____

2. No proceedings in bankruptcy or insolvency, voluntary or involuntary, are pending against the undersigned, nor is the undersigned under guardianship or any other legal disability. This designation shall be invalid if the person making it does not have the right to change the beneficiary under the policy specified. Any payment made by Banner Life Insurance Company in good faith pursuant to the foregoing designation shall fully discharge Banner Life Insurance Company of its liability under the policy.

Required Signatures:

Angelo E. Belvin
Print Policy Owner Name

[signature] 01/08/23
Signature of Policy Owner / Title     Date

Street Address: [redacted]

Lithonia, GA. 30038
City, State, Zip

_____  _____
Additional Signature** (if necessary)    Date

Telephone Number, Email Address: [redacted]

For Massachusetts residents, state law requires that a disinterested adult who is not a party to the policy witness this request.

_____  _____
Signature of Witness (Massachusetts Only)   Date

** AZ, CA, ID, LA, NV, NM, TX, WA, WI, and Puerto Rico are community property law states. These laws may apply depending on your current marital status, marital status at the time of policy issuance, state where your policy was issued, residence state at time of issuance, and residence state(s) since issuance. Consult with your legal or tax advisor to determine whether these laws apply to you and whether a spousal signature is required on this form. Banner Life Insurance Company disclaims any responsibility for determining the applicability of community property laws or the validity of the requested change.

**Notary signature required for Individual Policy Owner** if the policy benefit is $500,000 or more (see instructions).

Before me personally came Angelo E. Belvin
known to be the person whose name is subscribed to the foregoing instrument and acknowledges (s)he executed the same.

Wanda H Hayes                         1-8-2023
Notary Public in and for the state and county shown below    Date

(Affix Notary Seal)

Georgia                               Gwinnett
State                                 County

[Notary Seal: WANDA H HAYES, MY COMMISSION EXPIRES SEPT. 11, 2024, GWINNETT CO., GEORGIA, NOTARY PUBLIC]

3. To process your request without delay, please make sure the following have been completed:

- [x] Did all Policy Owner(s) sign and date the form?
- [ ] Did you include the required supporting documentation, such as a copy of the Policy Owner's driver's license or state ID or notary signature for the Policy Owner?
- [ ] Did you provide the address, SSN or Tax ID #, Telephone # and Date of Birth for all beneficiaries?
- [x] Do the percentage totals equal 100%?
- [ ] Did you include the spousal signature or an additional signature if applicable?
- [ ] If you designated more than 4 Primary or 3 Contingent Beneficiaries, did you attach an additional page, signed and dated?

LP-200 (10-18)