# EXHIBIT 6

# KASEY LIBBY
## Attorney-at-Law

1579 Monroe Drive, N.E., F-315
Atlanta, GA 30324
(404) 445-7771
klibby@libbylawga.com

February 16, 2023

*Via Priority Mail, Signature Confirmation*

Banner Life Insurance Company
c/o CT Corporation System (Registered Agent)
289 S. Culver Street
Lawrenceville, GA 30046

Banner Life Insurance Company
3275 Bennett Creek Avenue
Frederick, MD 21704

Re:   Angelo E. Belvin – Policy No. 181271893

Dear Sir or Madam:

I represent Von Davis, a designated beneficiary of the above-referenced policy ("Policy"). Ms. Davis was designated a 50% beneficiary of the Policy by the owner of the Policy, Angelo E. Belvin, on June 7, 2022. My client has learned that, since Mr. Belvin appointed her a beneficiary, she has been removed as a beneficiary and replaced by Rose Gayle Stewart. However, the designation of Rose Gayle Stewart is invalid because Mr. Belvin had become incompetent by that time due to the progression of brain cancer and/or was unduly influenced to make such designation by Ms. Stewart. Mr. Belvin presently is in hospice and is not expected to live much longer, and we anticipate Ms. Stewart will attempt to collect the Policy proceeds shortly after his death. Therefore, I am notifying you now that Ms. Davis intends to challenge the invalid designation of Ms. Stewart as beneficiary in court and likely will need to include Banner Life Insurance Company as a party, although Ms. Davis's dispute is not with Banner Life.

If you have any questions, please feel free to call me.

Sincerely,

Kasey Libby