# EXHIBIT 7

# GEORGIA DEATH CERTIFICATE

State File Number: 2023GA000023010

**1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last):** ANGELO ERIC BELVIN
**1a. IF FEMALE, ENTER LAST NAME AT BIRTH:**
**2. SEX:** MALE
**2a. DATE OF DEATH (Mo., Day, Year):** ACTUAL DATE OF DEATH 03/31/2023

**3. SOCIAL SECURITY NUMBER:** ███-██-4268
**4a. AGE (Years):** 59
**4b. UNDER 1 YEAR Mos. Days:**
**4c. UNDER 1 DAY Hours Mins.:**
**5. DATE OF BIRTH (Mo., Day, Year):** ██/██/1964

**6. BIRTHPLACE:** FLORIDA
**7a. RESIDENCE - STATE:** GEORGIA
**7b. COUNTY:** DEKALB
**7c. CITY, TOWN:** STONECREST
**7d. STREET AND NUMBER:** [redacted]
**7e. ZIP CODE:** 30038
**7f. INSIDE CITY LIMITS?** UNKNOWN
**8. ARMED FORCES?** YES

**8a. USUAL OCCUPATION:** RECOVERY SPECIALIST
**8b. KIND OF INDUSTRY OR BUSINESS:** HEALTHCARE CENTER

**9. MARITAL STATUS:** MARRIED
**10. SPOUSE NAME:** BRENDA ANN BARNES-BELVIN
**11. FATHER'S FULL NAME (First, Middle, Last):** MALACHI BELVIN SR

**12. MOTHER'S MAIDEN NAME (First, Middle, Last):** LOUISE A. BROWN
**13a. INFORMANT'S NAME (First, Middle, Last):** ROSE STEWART
**13b. RELATIONSHIP TO DECEDENT:** SISTER

**13c. MAILING ADDRESS:** [redacted] BRADENTON FLORIDA 34205
**14. DECEDENT'S EDUCATION:** BACHELOR'S DEGREE

**15. ORIGIN OF DECEDENT (Spanish/Hispanic/Latino):** NO, NOT SPANISH/HISPANIC/LATINO
**16. DECEDENT'S RACE:** BLACK OR AFRICAN-AMERICAN

**17a. IF DEATH OCCURRED IN HOSPITAL:**
**17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify):** DECEDENT'S HOME

**18. HOSPITAL OR OTHER INSTITUTION NAME:** [redacted]
**19. CITY, TOWN or LOCATION OF DEATH:** STONECREST
**20. COUNTY OF DEATH:** DEKALB

**21. METHOD OF DISPOSITION:** REMOVAL FROM STATE
**22. PLACE OF DISPOSITION:** SARASOTA NATIONAL CEMETERY 9810 STATE ROAD 72 SARASOTA FLORIDA 34241
**23. DISPOSITION DATE:** 04/06/2023

**24a. EMBALMER'S NAME:** DAVID J. MCLEROY
**24b. EMBALMER LICENSE NO.:** 4089
**25. FUNERAL HOME NAME:** AIRPORT MORT SHIPPING SVC

**25a. FUNERAL HOME ADDRESS:** 744 S CENTRAL AVENUE ATLANTA GEORGIA 30354

**26a. SIGNATURE OF FUNERAL DIRECTOR:** DAVID MCLEROY
**26b. FUN. DIR. LICENSE NO:** 4493
**AMENDMENTS:**

**27. DATE PRONOUNCED DEAD:** 03/31/2023
**28. HOUR PRONOUNCED DEAD:** 13:29 MILITARY

**29a. PRONOUNCER'S NAME:** ALEENA G. HERRICK
**29b. LICENSE NUMBER:** RN230963
**29c. DATE SIGNED:** 03/31/2023

**30. TIME OF DEATH:** 13:29 MILITARY
**31. WAS CASE REFERRED TO MEDICAL EXAMINER:** NO

**32. Part I. Chain of events:**

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. IMMEDIATE CAUSE | MALIGNANT NEOPLASM OF BRAIN, UNSPECIFIED | UNKNOWN |
| B. Due to | HEMIPLEGIA, UNSPECIFIED AFFECTING LEFT NON DOMINANT SIDE | UNKNOWN |
| C. Due to | | |
| D. Due to | | |

**Part II. Significant conditions contributing to death:**

**33. WAS AUTOPSY PERFORMED?** NO
**34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?**

**35. TOBACCO USE CONTRIBUTED TO DEATH:** UNKNOWN
**36. IF FEMALE PREGNANT:** NOT APPLICABLE
**37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED:** NATURAL

**38. DATE OF INJURY:**
**39. TIME OF INJURY:**
**40. PLACE OF INJURY:**
**41. INJURY AT WORK?**

**42. LOCATION OF INJURY:**

**43. DESCRIBE HOW INJURY OCCURRED:**
**44. IF TRANSPORTATION INJURY:**

**45. Medical Certifier:** SYLVANUS FIAKPORNOO, MD, 060453
**45a. DATE SIGNED:** 04/04/2023
**45b. HOUR OF DEATH:** 13:29 MILITARY
**46a. DATE SIGNED:**
**46b. HOUR OF DEATH:**

**47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** SYLVANUS FIAKPORNOO 2713 CHARLES HARDY PARKWAY SW DALLAS GEORGIA 30157

**48. REGISTRAR (Signature):** /S/ CHRISTOPHER JP HARRISON
**49. DATE FILED - REGISTRAR:** 04/11/2023

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH