# EXHIBIT 8

# Robin Smith-Scott

| | |
|---|---|
| **From:** | Von D. <vontoyap@gmail.com> |
| **Sent:** | Friday, March 31, 2023 12:09 PM |
| **To:** | Banner-Claims; Kasey Libby |
| **Subject:** | Re: In re: Angelo Belvin |
| **Attachments:** | belvin letter.pdf |

**CAUTION:** This email originated from outside of Legal & General America. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Robin,

Thank you for speaking with me today. Here is the confirmation from Hospice. My main concern was confirming that there is a dispute on file now that Mr. Belvin is deceased. As stated on the phone, moving forward my attorney will be in direct contact and is included in the message.

Thank you

On Fri, Mar 31, 2023 at 11:57 AM Von D. <vontoyap@gmail.com> wrote:
> Please see the attached. Thank you
>
> ---------- Forwarded message ---------
> From: **Kasey Libby** <klibby@libbylawga.com>
> Date: Thu, Feb 16, 2023 at 11:26 AM
> Subject: In re: Angelo Belvin
> To: Von Davis <vontoyap@gmail.com>
>
>
> Von,
>
> See attached letter being sent to Banner Life today.
>
>
> Regards,
>
> Kasey Libby
> **1579 Monroe Drive, N.E., F-315**
> **Atlanta, GA 30324**
> Phone: (404) 445-7771
> Fax: (404) 445-7774
> klibby@libbylawga.com
>
> Confidentiality Notice:
>
> This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not

1