# **EXHIBIT 10**

# Susan Mapes

| | |
|---|---|
| **From:** | sandersp40 <sandersp40@yahoo.com> |
| **Sent:** | Wednesday, April 5, 2023 3:48 PM |
| **To:** | Susan Mapes |
| **Subject:** | Angelo Belvin claim181271893 |
| | |
| **Categories:** | Red Category |

> **CAUTION:** This email originated from outside of Legal & General America. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Susan I am writing on behalf of my brother Angelo Belvin..My brother asked my daughter Von L Davis to assist him when he had his brain surgery on March 9th. meaning helping with medications, paying bills and taking him to doctors appointments...Angelo was diagnosed Glioblastoma stage 4..A gelo his siblings and I were unaware he was Terminal.
Von changed his insurance policy somewhere between May or even before..I was told by her X boyfriend that she removed his Sons DeMario Belvin and Antonio Rivers from the policy leaving Rose Stewart Angelo sister on it...Von Davis was supposed to be paid 50.000 dollars upon his death and the other would go to his funeral cost and Sons
Von Davis is a Neice to my brother he trusted her and she betrayed him..she tried to set him up to get hurt by driving himself to the doctors all by himself that was dangerous.Von withheld my brothers medication and bragged to my sister..I quote," he will go sit down somewhere I held his medicine that head was hurting like hell....Von lied to the doctors and had Angelo put back into the hospital said he fell and was trying to pull out his stitches..that didn't work. Von was trying to get Angelo deemed incompetent doctors told her he wasn't he just needed time to process his words they weren't coming out like he wanted...My daughter is of a evil kind she was trusted by Angelo his favorite Neice and she betrayed him like she did all of us..My brother was a man of honor and integrity
In life Angelo worked with people with disabilities he placed them in homes made sure they were safe..he became a behavior specialist and a CPI instructor he was a beautiful person..He died penniless and without his SS disability because Von Davis found out I hired Citizenship Disability she fired them December 1 2023 we his siblings found out and I cried because Angelo son child support was steadily going up they didn't know of his illness and at one point putting him in jail..My Brother Funeral is April 22, 2023 and we have no money to bury him I don't know what to do..Mr Belvin was a responsible man did his part in life he should not have to sit in a funeral home like a pauper...I'm asking begging the Claims Adjuster to at least pay for his funeral until they can sort this Madness out
Mr Belvin has a Facebook page I would like for someone to visit it and read how much this man is loved and see this for what it is..My daughter Scam to take what's rightfully belongs to his children...Please have Mercy and pay his funeral expenses don't care about the rest of the money just his funeral..Thank you for listening sincerely Patrice M Sanders

Sent via the Samsung Galaxy Note9, an AT&T 5G Evolution capable smartphone

1