# EXHIBIT 11

# Susan Mapes

| | |
|---|---|
| **From:** | Brenda Belvin <bbelvin65@gmail.com> |
| **Sent:** | Friday, April 7, 2023 10:39 AM |
| **To:** | Susan Mapes |
| **Subject:** | Claim# Blevin 181271893 |

> **CAUTION:** This email originated from outside of Legal & General America. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To whom it may concern,  I, Brenda Belvin. Is the spouse of late Angelo Belvin. I had a discussion with Angelo years ago.  If reference to the insurance policy that's in question. He said to me tIhat I have a life insurance policy will to our son DeMario. He is going to be well off when I pass away. I told him so do I. Then when Angelo took ill and got down in his health. I was told by his family members that the policy had been changed. I asked why. They went on to say that they are doing what's right.  I asked how do you make his right wrong and make your wrong right.  Meaning if he had this policy created the way that he wanted it and has being paying for it for years now without making any changes as for as adding or subtracting anyone to the policy. Which he could have if that was his desire. Then how could you all just take upon yourself to do so. I was told by his family that his niece Von Marshburn was the first to make changes to the policy by removing his son to make herself the beneficiary. Then when the family found out. They went on to make another change. To adding others and made Gayle Stewart the beneficiary. This has been our conversation almost daily about changes to the policy. They have been arguing amongst each other about the 2 changes to the policy. My son DeMario was at the home visiting with his Father Angelo Belvin. Angelo asked DeMario to give me a call. Once on the phone with Angelo. I want you to know that I want Mario to have $100,00. He went on yelling out $100,000 fo Mario. I asked what are you talking about. He said repeatedly said $100,000 for Mario. I asked again what are you talking about your insurance policy. He kept yelling out. I asked do you mean if something happened to. He said yes. I told him that his sisters had changed his policy.  He went on to say that I'm going to tell them to change that shit back. I'm going to talk to Trece his sister Patrice Sanders to tell her to change it. I'm going to tell trece to call Gayle. She will fix it. This is his other sister Gayle Stewart tell her I want $100,000 for Mario. He just kept yelling out. He told me that his sister Trece Patrice Sanders was fucking with my son. It's been a lot of Drama since Angelo went down in his health and wasn't able to defend himself. Patrice Sanders barred my son DeMario from visiting with his Father. Which his Father was asking for him daily. She told him that his son was in the streets to make him think that Mario had abandoned him and just wasn't coming to visit.  DeMario gave life to his Father. Angelo would get so happy and excited to have his son around. He got to the point where he didn't recognize people. Anytime DeMario walk through the door he would instantly know who he is and get overly excited.  The reason I know these things.  Because I would always be on the phone with Mario during his visits with his Father Angelo. Please feel free to contact me if you need any further assistance 813-482-7916.

Thank you
Brenda Belvin

1