# EXHIBIT 12

**From:** riothatruth@gmail.com
**To:** SMapes@lgamerica.com
**Subject:** Re: Banner Life Insurance - Claim # LC109107 - Angelo Belvin
**Date:** Fri, 7 Apr 2023 20:10:57 +0000

**CAUTION:** This email originated from outside of Legal & General America. Do not click links or open attachments unless you recognize the sender and know the content is safe.

My Mother spoke with one of my father's sisters today and they said that tha original policy was named too me , but once it was changed by his niece latoya , she then made it out to her self. Is there any way that you could give me a call so that I could better understand that policy paper ?