# EXHIBIT 14

From: bbelvin65@gmail.com
To: SMapes@lgamerica.com
Subject: Claim# Blevin 181271893
Date: Mon, 10 Apr 2023 15:59:42 +0000

**CAUTION:** This email originated from outside of Legal & General America. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning
I sent you a revised email prior to sending this email. Please except. I apologize for the swearing that was in the email. I was giving you Angelo Belvin exact words. Also, I added some additional information to the email. Please feel free to call me if you have any questions or concerns.

Thank you
Brenda Belvin
813-482-7916

From: bbelvin65@gmail.com
To: SMapes@lgamerica.com
Subject: Revised- Claim# Blevin 181271893
Date: Mon, 10 Apr 2023 15:49:18 +0000

**CAUTION:** This email originated from outside of Legal & General America. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To whom it may concern, I, Brenda Belvin. I am the spouse of the late Angelo Belvin. I had a discussion with Angelo years ago. In reference to the insurance policy that is now question. He said to me that I have a life insurance policy will to our son DeMario Belvin. He is going to be well off when I pass away. I told him so do I. When Angelo took ill and got down in his health. I was told by his family members that the policy had been changed. I asked why. They went on to say that they are doing what's right. I said what you all feel what's right, has nothing to do with it. I asked how do you make his right wrong and make your wrong, right. Meaning if he had this policy created the way that he wanted and has being paying for it for years without making any changes. As for as adding any additional beneficiaries or removing any beneficiaries to the policy. Which he could have done if that was his desire to do. I said, how could you all just take it upon yourself to make any changes to the policy. I was also told by his family member. I was told by his family that his niece Von Marshburn was the first to make changes to the policy by removing his son to make herself the beneficiary. Then when the family found out about the changes that the niece had made. Then, they went on to make a second change to the policy. By adding others beneficiaries and made Gayle Stewart the Primary Beneficiary. This has been our conversation almost daily about the changes that they made on the policy. They have been arguing amongst each other about the 2 changes that were made to the policy. My son DeMario Belvin was at his Aunt Patrice Sanders home visiting with his Father Angelo Belvin everyday. Spending time with him and also helping out with him. On one of his visits. Angelo asked DeMario to give me a call. Once, I got on the phone with Angelo. He said to me. I want you to know, that I want Mario to have $100,00. He went on yelling out $100,000 fo Mario. I asked what are you talking about. He said repeatedly $100,000 for Mario. I asked again what are you talking about your insurance policy. He kept yelling out. I asked do you mean if something happened to. He said yes. I told him that his sisters had changed his policy. He went on to say that I'm going to tell them to change that it back. I'm going to talk to Trece that's sister Patrice Sanders to tell her to change it. I'm going to tell trece to call Gayle. She will fix it. This is his other sister Gayle Stewart to tell her that I want $100,000 for Mario. He just kept yelling out. He told me that his sister Trece, Patrice Sanders was messing with my son. Angelo was very irrate and angry. When he over heard them talking about making changes to his policy. I was told by a family member that Angelo kept yelling why are you changing it. Why the changes. He was talking about his policy. It's been a lot of fighting and bickering. Since Angelo went down in his health and wasn't able to defend himself. Patrice Sanders barred my son DeMario Belvin from visiting with his Father. Which his Father was asking for him daily. She told him that his son was in the streets to make him think that Mario had abandoned him and just wasn't coming to visit. DeMario gave life to his Father. Angelo would get so happy and excited to have his son around. He got to the point where he didn't recognize people. Anytime DeMario walk through the door Angelo would instantly know who he was. From the sound of his voice. If from DeMario's scent. Because DeMario would walk in the room and not present himself by sound. Angelo would get overly excited. The reason I know these things. Because I would always be on the phone with DeMario during his visits with his Father Angelo Belvin. Angelo was not capable of singing any documents. Nor mentally or physically. If anything Angelo was coerced in any decision making once he went down in his health. Please feel free to contact me 813-482-7916.

Thank you
Brenda Belvin