Fulton County Superior Court
***EFILED***DG
Date: 5/1/2023 3:17 PM
Cathelene Robinson, Clerk

IN THE Superior COURT OF Fulton COUNTY
STATE OF GEORGIA

Abraham Saho
Petitioner

vs ~~Ron Sapp, etal~~ NATIONAL CREDIT SYSTEM AND MANAGMENT
Respondent

Civil Action File No: 2023CV376078

# VERIFICATION

I, (your name) Abraham Saho, personally appeared before the undersigned Notary Public, and say under oath that I am the (check one:) ☒ Petitioner ☐ Respondent in the above styled action and that the facts stated in the (name of petition, motion, complaint) Amended Complaint are true and correct.

This the 23rd [day] day of MARCH [month], 20 23 [year].

(Sign your name here in front of the Notary)

Name (print or type here): Abraham Saho

Address: 3410 Alexander Rd NE #747 Atlanta Ga 30326

Telephone number: (678) 485 9396

Sworn to and subscribed before me, this 23rd day of MARCH, 20 23

Marvin Wooley
NOTARY PUBLIC
My Commission Expires: 1/21/2027
(Notary Seal)

MARVIN WOOLEY NOTARY PUBLIC COMMISSION EXPIRES Jan. 21, 2027 DEKALB COUNTY, GA

EXHIBIT
A

SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

ABRAHAM SAHO,

Plaintiff,

VS.

MR. RON SAPP,
NATIONAL CREDIT SYSTEM
BOARD OF DIRECTORS and
BOARD OF GOVERNORS.

Defendant.

Civil Action No.2023cv376078

JURY TRIAL REQUESTED

**COMPLAINT**

COMES NOW, Abraham Saho suing National Credit System Management , Mr. Ron Sapp and Management for Five Hundred Thousand Dollars($500,000.00) in damages.

1.

On or around 2012 Mr. Saho pulled his credit repor and found that Mr. Ron Sapp and National Credit System Management and Governor have falsely reported to all Three (3) credit Bureaus that Plaintiff owes money to "The Falls of Sandy Springs Georgia".

2.

Plaintiff never owed monies to " The Falls of Sandy Springs Georgia".

3.

Plaintiff filed multiple disputes with the three credit bureaus regarding Ron Sapp and the National Credit System Management companies reporting of the false debt.

4.

I have sent multiple letters to National Credit System and Management regarding this false reporting of a nonexistent debt. And they refuse to remove said debt from my credit report.

5.

My family and I have continue to suffer as this debt is severely damaging my credit score which causes me to either not get approved for any loans or be charged outrageous interest rates if approved.

6.

On April of 2014, I was advised to file a lawsuit against National Credit System in /Fulton County State Court (see case No. 14EV000488H). After being served, Defendants removed the false information from my credit report. I decided at that time to NOT ask for any Damages.

7.

On or around 2017, Defendants again falsely reported to all 3 major credit bureaus that I owed "Harriston Apartments" monies. Once again, this was false information and highly inflammatory. I started receiving harassing phone calls at all hours. I have never lived in these apartments.

8.

I contacted "Harriston Apartments" they confirmed they have no information regarding me living in their apartments. I then contacted Defendants and requested it be removed to no avail. After the previous lawsuit was filed in Superior Court (22EV006251), Defendants have filed another inaccurate debt for another apartment complex (RESERVE AT LAVISTA WALK) with no proof of said debt.

9.

Due to these incorrect filings by Defendants, I had multiple credit accounts reduced my available credit lines and my interest rates were increased.

I am requesting $500,000 in damages from Defendants. Please send a message to the Defendants. They have continually shown a total disregard for how their repeated inaccurate reporting affects Georgian citizens and stop them from systematically violating both State and Federal laws regarding the FAIR CREDIT REPORTING ACT.

Dated: 3/21/23

Abraham Saho, Pro se

Name: Abraham Saho
Address: ~~P.O. Box [illegible], Atlanta GA [illegible]~~ 3410 Alexander Rd NE #747
Phone: 678-485-9396
Email Address: SAHO.Abraham@yahoo.com

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 55272862
Date: Apr 09 2014 10:46AM
Cicely Barber, Clerk
Civil Division

**Civil Action File NO. 14EV000488H**

**Abraham Saho**
**2037 AllWood Ct**
**Lawrenceville, GA 30044**

**Vs.**

**National Credit Systems, Inc**
**3750 Naturally Fresh Blvd**
**Atlanta, GA 30349**

**ANSWER OF DEFENDANT**

COMES NOW, National Credit Systems, Inc. as Defendant in the above styled case and hereby answers the Plaintiff's complaint showing the court as follows:

**PRELIMINARY STATEMENT**

This is an action for damages brought by an individual consumer against the Defendant for unknown violations of law.

**DEFENSE**

The Plaintiff's alleged injuries and/or damages are unfounded.

In response to the allegations of the complaint, Defendant denies the allegations of the Plaintiff's statement of claim. Defendant denies that it has violated any section of any governing laws.

In response to the allegations of the complaint, Defendant denies the allegations of the Plaintiff's statement of claim. Defendant denies that it is indebted to Plaintiff in any amount whatsoever. Any other paragraph, provision, or allegation not specifically responded to above is expressly denied.

**WHEREFORE,** the Defendant prays as follows:

1. That the Plaintiff's Complaint be dismissed with all costs associated with the complaint to be borne by the Plaintiff,
2. For such other relief which the court deems just and proper.

This __9th_____ day of ____April________ 2014.

Ron Sapp, Director of Operations



**National Credit Systems, Inc**
**P.O. Box 672288 Marietta, GA 30006**
**Phone: (404) 629-2728**
**Toll Free: (800) 459-1539**

**Monday - Thursday 8:00 am - 7:00 pm EST**
**Friday 8:00 am - 5:00 pm EST**

To: ABRAHAM SAHO
3410 ALEXANDER RD NE UNIT 747
ATLANTA, GA 30326-4262

March 22, 2023
**Account Number: 5069964**
NCS Default Password (for website): 869A2D23

**NCS is a debt collector.** We are trying to collect a debt that you owe to Lakeside Retreat at Peachtree Corners Apts. We will use any information you give us to help collect the debt.

**Our information shows:**

You owe Lakeside Retreat at Peachtree Corners Apts with account number 505.

| | | |
|---|---|---|
| As of 06/01/2021 you owed: | | $7923.44 |
| Between 06/01/2021 and today: | | |
| You were charged this amount in interest: | + | $0.00 |
| You were charged this amount in fees: | + | $0.00 |
| You paid or were credited this amount toward the debt: | - | $0.00 |
| **Total amount of the debt now:** | | **$7923.44** |

**How can you dispute the debt?**

**Call or write to us by April 26, 2023, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

**If you write to us by April 26, 2023,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.nationalcreditsystems.com.

**What else can you do?**

**Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by April 26, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.nationalcreditsystems.com.

**Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

**Contact us about your payment options.**

**Notice: See reverse side for important information.**

DEPT 855 2873382323034
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICE REQUESTED

ABRAHAM SAHO
3410 ALEXANDER RD NE UNIT 747
ATLANTA GA 30326-4262

**How do you want to respond?**

*Check all that apply:*

☐ **I want to dispute the debt because I think:**
- ☐ This is not my debt.
- ☐ The amount is wrong.
- ☐ Other (please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount:** $

Make your check payable to National Credit Systems.
Include the Reference #: 5069964

**Mail this form to:**

NATIONAL CREDIT SYSTEMS, INC.
PO BOX 672288
MARIETTA GA 30006

ATL13-0322-1677705270-00835-835



**Required Statutory Notice:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**



## National Credit Systems, Inc

P.O. Box 672288 Marietta, GA 30006
Phone: (404) 629-2728
Toll Free: (800) 459-1539

Monday - Thursday 8:00 am - 7:00 pm EST
Friday 8:00 am - 5:00 pm EST

To: ABRAHAM SAHO
3410 ALEXANDER RD NE UNIT 747
ATLANTA, GA 30326-4262

**Reference: 4950778**

**NCS is a debt collector.** We are trying to collect a debt that you owe to The Reserve at LaVista Walk Apts. We will use any information you give us to help collect the debt.

**Our information shows:**

You owe The Reserve at LaVista Walk Apts with account number 1343.

| | | |
|---|---|---|
| As of 07/29/2022 you owed: | | $17617.91 |
| Between 07/29/2022 and today: | | |
| You were charged this amount in interest: | + | $0.00 |
| You were charged this amount in fees: | + | $0.00 |
| You paid or were credited this amount toward the debt: | - | $0.00 |
| **Total amount of the debt now:** | | **$17617.91** |

Complete false

PLAINTIFF'S EXHIBIT 3

**Notice: See reverse side for important information.**

**How can you dispute the debt?**

**Call or write to us by December 6, 2022, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

**If you write to us by December 6, 2022,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.nationalcreditsystems.com.

**What else can you do?**

**Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by December 6, 2022, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.nationalcreditsystems.com.

**Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

**Contact us about your payment options.**

DEPT 855 9105808722116
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICE REQUESTED

ABRAHAM SAHO
3410 ALEXANDER RD NE UNIT 747
ATLANTA GA 30326-4262

**How do you want to respond?**

*Check all that apply:*

- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☐ The amount is wrong.
  - ☐ Other (please describe on reverse or attach additional information).
- ☐ **I want you to send me the name and address of the original creditor.**
- ☐ **I enclosed this amount:** $

Make your check payable to National Credit Systems.
Include the Reference #: 4950778

**Mail this form to:**

NATIONAL CREDIT SYSTEMS, INC.
PO BOX 672288
MARIETTA GA 30006

ATL13-1101-1815079583-00351-351

**<u>Required Statutory Notice:</u>Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

PLAINTIFF'S EXHIBIT 4

| | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2[illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $341 | $329 | $489 | | | | |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Amount Paid | $0 | $0 | $439 | $50 | $160 | $100 | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**NATIONAL CREDIT SYSTEMS #49507**** (PO BOX 312125, ATLANTA, GA 31131-2125, (404) 629-9595)

**Placed for collection:** 10/28/2022
**Responsibility:** Individual Account
**Account Type:** Open Account
**Loan Type:** COLLECTION AGENCY/ATTORNEY

**Balance:** $17,617
**Date Updated:** 01/09/2023
**Original Amount:** $17,617
**Original Creditor:** THE RESERVE AT LAVISTA WALK AP (Rental/Leasing)
**Past Due:** $17,617

**Pay Status:** ›In Collection‹

false

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 06/2029

**TBOM RETAIL #763700002741****** (PO BOX 4499, BEAVERTON, OR 97076, (866) 946-9544)

**Date Opened:** 11/03/2020
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Date Updated:** 12/22/2022
**Payment Received:** $360
**Last Payment Made:** 12/20/2022

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $100 per month, paid Monthly
›Maximum Delinquency of 30 days in 03/2021 for $73‹

**High Balance:** High balance of $1,799 from 12/2020 to 12/2020; $1,824 from 01/2021 to 09/2021; $1,841 from 10/2021 to 06/2022; $3,373 from 07/2022 to 12/2022
**Credit Limit:** Credit limit of $4,000 from 12/2020 to 12/2022

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,015 | $2,335 | $3,129 | $3,266 | $3,179 | $3,373 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | $100 | $116 | $156 | $163 | $158 | $168 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $360 | $800 | $200 | $0 | $250 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | DRC | DRC | DRC | DRC | DRC | DRC | DRC | DRC | DRC | DRC | DRC | DRC |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $1,841 | $0 | $0 | $0 | $0 | $0 | $0 | $1,525 | $1,475 | $1,451 |
| Scheduled Payment | $0 | $0 | $92 | $0 | $0 | $0 | $0 | $0 | $0 | $76 | $74 | $73 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,550 | $0 | $0 | $400 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $73 | $0 | $0 |
| Remarks | DRC | DRC | DRC | DRC | DRC | DRC | DRC | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK |

| | 12/2020 |
|---|---|
| Balance | $1,799 |
| Scheduled Payment | $90 |
| Amount Paid | $30 |
| Past Due | $0 |
| Rating | OK |

false Re lanveslaped multiple time

## Satisfactory Accounts

**BANK OF AMERICA NA #6400412400****** (PO BOX 45144, JACKSONVILLE, FL 32231, (800) 215-6195)

**Date Opened:** 07/07/2021
**Responsibility:** Individual Account
**Account Type:** Installment Account
**Loan Type:** UNSECURED

**Date Updated:** 12/08/2021
**Payment Received:** $1
**Last Payment Made:** 12/08/2021

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** $0 per month, paid Monthly for 3 months
**Date Closed:** 12/08/2021

**High Balance:** High balance of $500 from 07/2021 to 12/2021
**Remarks:** CLOSED

| | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 |
|---|---|---|---|---|---|---|
| Balance | $0 | $1 | $168 | $168 | $336 | $505 |
| Scheduled Payment | $0 | $168 | $168 | $168 | $168 | $168 |
| Amount Paid | $1 | $168 | $0 | $170 | $170 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK |

*A0000*

**File Number:** 436173249
**Date Issued:** 01/17/2023

## Personal Information

You have been on our files since 10/01/1996

**SSN:** XXX-XX-6017

**Date of Birth:** 02/06/1972

### Names Reported: ABRAHAM ISA SAHO

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 747-3410 ALEXANDER RD NE UNIT 747, ATLANTA, GA 30326 | 12/21/2022 | 413 SUMMERSET LN NE, ATLANTA, GA 30328-1676 | 07/31/2012 |

### Telephone Numbers Reported:

(678) 485-9396

### Employment Data Reported:

| Employer Name | Date Verified | Position | Date Hired |
|---|---|---|---|
| KEHE | 06/16/2022 | MANAGERSALES | |
| DAWN FOODS | 11/02/2021 | SALES MANAGER | |
| PERFORMANCE FOODS | 08/17/2019 | SALES AND DELIVERY | 08/01/2016 |
| SYSCO | 10/16/2018 | | |
| PEPSI COLA BOTTLING COMPA | 07/30/2008 | ACCOUNT MANAGER | |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remark Key**

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets >< indicates that this remark is considered adverse.

| | | | | | |
|---|---|---|---|---|---|
| **AND** | AFFCTD BY NTRL/DCLRD DISASTR | **CBC** | ACCOUNT CLOSED BY CONSUMER | **CLO** | CLOSED |
| **DRC** | DISP INVG COMP-CONSUM DISAGRS | **INA** | INACTIVE ACCOUNT | | |

## Accounts with Adverse Information

**CREDIT FIRST NATL ASSOC #75871****** (PO BOX 81315, CLEVELAND, OH 44181-0315, (800) 321-3950)

**Date Opened:** 03/08/2020
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CHARGE ACCOUNT

**Date Updated:** 12/18/2022
**Payment Received:** $0
**Last Payment Made:** 12/21/2021

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** Paid Monthly
**Date Paid:** 12/21/2021
>Maximum Delinquency of 30 days in 12/2021 for $65<

**High Balance:** High balance of $939 from 07/2020 to 12/2022
**Credit Limit:** Credit limit of $1,000 from 07/2020 to 12/2022

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Scheduled Payment** | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Amount Paid** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $348 |
| **Past Due** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $348 | $306 | $279 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Scheduled Payment** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Amount Paid** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Past Due** | $65 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Rating** | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**

**Your Potentially Negative Account Activity (Continued)**

| | Oct22 | Sep22 | Jun22 | May22 | Mar22 | Feb22 | Jan22 | Nov21 | Oct21 | Sep21 | Aug21 | Jun21 | May21 | May21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Mar21 | Feb21 | Feb21 |
|---|---|---|---|
| Account Balance | $1,241 | $1,241 | $1,241 |
| Date Payment Received | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data |

*The original amount of this account was $1,241*

**CREDIT FIRST NA/ FIRESTONE** Partial Acct # 75871.... **Status (Jan 2022) Open.**
PO BOX 81083 CLEVELAND OH 44181; (216) 362 3479

**Date opened**
Mar 2020

**Address ID #**
0715241944

**Type**
Charge Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$1,000

**High balance**
$939

**Recent balance**
$0 as of Nov 2022

By Aug 2028, this account is scheduled to go to a positive status.

**Payment history:** Mar 2020 - Nov 2022

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| 2020 | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $348 | $306 | $279 | $0 |
| Date Payment Received | 12.21.21 | 12.21.21 | 12.21.21 | 12.21.21 | 12.21.21 | 12.21.21 | 12.21.21 | 12.21.21 | 12.21.21 | 12.21.21 | 10.18.20 | 10.18.20 | 10.18.20 | 10.18.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $348 | No Data | No Data | No Data | No Data |

| | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 10.18.20 | 10.18.20 | 10.18.20 | 10.18.20 | 10.18.20 | 10.18.20 | 10.18.20 | 10.18.20 | 10.18.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Dec 2020 and Oct 2022, your credit limit/high balance was $1,000*

**NATIONAL CREDIT SYSTEMS** Partial Acct # 4695904 **Status (Oct 2021) Collection account. $5,690 past due as of Dec 2022.**
PO BOX 312125 ATLANTA GA 31131; (404) 629 9595

**Date opened**
Oct 2021

**Address ID #**
0680747932

**Original creditor**
THE HARRISON APTS

**Type**
Collection

**Responsibility**
Individual

**Terms**
1 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$5,690

**High balance**
Not reported

**Recent balance**
$5,690 as of Dec 2022

This account is scheduled to continue on record until Jun 2028.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

This item was updated from our processing of your dispute in Jul 2022.

**Payment history:** Jan 2022 - Dec 2022

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | C | C | C | C | C | C | C | C | C | ND | C | C |

False

PLAINTIFF'S
EXHIBIT

**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Nov 2022 - Jul 2022

| | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 | Feb22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,690 | $5,690 | $5,690 | $5,690 | $5,690 | $5,690 | $5,690 | $5,690 | $5,690 | $5,690 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*The original amount of this account was $5,690*

Re Investigated multiple time

# What's In Your Credit Report?

Your Potentially Negative Account Activity (Accounts and Bankruptcies) . . . . . 3
Your Positive Account Activity. . . . . 5
Who Has Viewed Your Credit Information. . . . . 11
Your Personal Information. . . . . 15
How to Contact Experian. . . . . 16
Your Rights as a Consumer. . . . . 16

# Payment History Legend

| Code | Meaning | Code | Meaning | Code | Meaning | Code | Meaning |
|---|---|---|---|---|---|---|---|
| OK | Current / Terms met | 150 | Past due 150 Days | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Past due 30 Days | 180 | Past due 180 Days | R | Repossession | C | Collection |
| 60 | Past due 60 Days | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Past due 90 Days | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Past due 120 Days | F | Foreclosure | G | Claim filed with government | ND | No data for this period |

# Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**AFFIRM INC** Partial Acct # 4C9H....
650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

**Status (May 2021)** Paid, Closed.

**Date opened**
Sep 2020

**Address ID #**
0065642850

**Type**
Unsecured

**Responsibility**
Individual

**Terms**
3 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$253

**High balance**
Not reported

**Recent balance**
Not reported

**Payment history:** Oct 2020 - May 2021

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | OK | ND | ND | ND | C | | | | | | | |
| 2020 | | | | | | | | | | OK | OK | OK |

| | May21 | Jan21 | Dec20 |
|---|---|---|---|
| Account Balance | $88 | $88 | $87 |
| Date Payment Received | Nov18 | Nov18 | Nov18 |
| Scheduled Payment | No Data | $88 | $87 |
| Actual Amount Paid | No Data | No Data | $88 |

The original amount of this account was $253.

**AMERIFINANCIAL SOLUTIONS** Partial Acct # 27147977
PO BOX 979 REISTERSTOWN MD 21136; (800) 753 7100

**Status (Jun 2020)** Collection account. $1,241 past due as of Nov 2022.

**Date opened**
Jun 2020

**Address ID #**
0065642850

**Original creditor**
EMERG. CARE OF ATLANTA INC.

**Type**
Collection

**Responsibility**
Individual

**Terms**
1 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$1,241

**High balance**
Not reported

**Recent balance**
$1,241 as of Nov 2022

This account is scheduled to continue on record until Mar 2026.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

This item was updated from our processing of your dispute in Jun 2022.

**Payment history:** Aug 2020 - Nov 2022

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | C | ND | C | C | C | C | ND | ND | C | ND | C | |
| 2021 | C | C | C | C | C | C | C | C | C | C | ND | C |
| 2020 | | | | | | | | C | C | C | ND | C |

**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Oct 2022 - Sep 2022 | Jun 2022 - May 2022 | Mar 2022 - Jan 2022 | Nov 2021 - Aug 2021 | Jun 2021 | Mar 2021

7296-02-00-0001009-0008-0006795

**SHERIFF'S ENTRY OF SERVICE**

Marietta, Georgia COBB COUNTY

Superior Court ☐ State Court ☐

SERVE

Attorney's Address

Abraham Salio
3410 Alexander Rd NE
#747
Atlanta Ga. 30326

Civil Action No. 22EV006251

Date Filed ______

Name and Address of Party to be Served

National Credit Systems Mgt
1775 THE Exchange SE
STE 300 Atlanta Ga 30339

Plaintiff

VS.

Garnishee

Defendant

PERSONAL ☐ I have this day served the defendant ______ personally with a copy of the within action and summons.

NOTORIOUS ☐ I have this day served the defendant ______ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of ______ described as follows age, about ______ years; weight, about ______ pounds; height, about ______ feet and ______ inches, domiciled at the residence of defendant.

CORPORATION ☑ Served the defendant National Credit System a corporation by leaving a copy of the within action and summons with Velda Bonds in charge of the office and place of doing business of said Corporation in this County.

TACK & MAIL ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

NON EST ☐ Diligent search made and defendant ______ not to be found in the jurisdiction of this Court.

This 22 day of NOV, 2022

[signature] DEPUTY

SHERIFF DOCKET ______ PAGE ______

COBB COUNTY, GEORGIA

WHITE: Clerk CANARY: Plaintiff Attorney PINK: Defendant

State Court of Fulton County
**E-FILED**
22EV006251
11/14/2022 12:23 PM
Donald Talley, Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE #: ____________________

Abraham Saho
3410 Alexander Rd. NE #747
Atlanta, GA 30326

Plaintiff's Name, Address, City, State, Zip Code

vs.

National Credit System and Management 1775 The Exchange SE Ste. 300
Atlanta, GA 30339

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $________ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $________ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $________ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $________ |
| [ ] SPECIAL LIEN | |
| ************ | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. ________ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Abraham Saho

Address: 3410 Alexander Rd. NE #747

City, State, Zip Code: Atlanta, GA 30326 Phone No.: 678-485-9396

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

***SERVICE INFORMATION:***

Served, this ______ day of ________________, 20_____.

________________________________
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:

We, the jury, find for ______________________________________________

This _______ day of ________________, 20_____. ______________________ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

State Court of Fulton County
**E-FILED**
22EV006251
11/14/2022 12:23 PM
Donald Talley, Clerk
Civil Division

STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

Abraham Saho,

Plaintiff,

vs.

National Credit System and Management

Defendant.

Civil Action No. 22EV006251

REQUEST FOR JURY TRIAL

**COMPLAINT FOR DAMAGES**

Comes now Plaintiff, Abraham Saho, is suing the Defendant, National Credit System and Management for damages for making erroneous and false statements on Plaintiff's credit report. Defendant has destroyed plaintiff's credit score by falsely stating that he owed said apartments $5,690.00. Plaintiff has repeatedly asked Defendant to provide proof of any applications with plaintiff's name, address and Georgia driver's license or when plaintiff lived in the apartments in question. Defendant had refused to do so and will not remove the statement on his report. This is in violation of state laws regarding fair credit reporting.

National Credit System and Management continues to act irresponsibly in regards to the credit reporting laws. Plaintiff is asking the court to compel Defendant to

1. Immediately remove the falsified report to the credit reporting companies until the case is resolved.
2. Immediately provide any application and/or forms plaintiff used to apply for an apartment under its management;
3. Immediately provide copies of any supporting documents with said application

4. Provide proof of the plaintiff staying at said address.

Because of Defendant's reckless and illegal behavior and disregard for the laws plaintiff's continue to suffer having to pay high interest rates and be denied loans.

Therefore, the plaintiff is requesting damages be paid by the defendant.

Dated: 11/9/22

Abraham Saho, Pro se

Name: Abraham Saho 28454
Address: P.O. Box ~~78934~~, Atlanta, GA 30357
Phone: 678-485-9396
Email Address: SAHO.Abraham@yahoo.com