AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY ) ) ) ) *Plaintiff(s)* ) ) v. ) ) CARLOS WILSON, DAVID DOZIER, AND DOZIER ) LAW FIRM, L.L.C. ) ) ) ) *Defendant(s)* ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DAVID DOZIER
327 THIRD STREET
MACON, GA  31202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JOHN V. KURUVILLA
KURUVILLA LAW FIRM, P.C.
3340 PEACHTREE ROAD, N.E.
SUITE 1800
ATLANTA, GA  30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                        *Signature of Clerk or Deputy Clerk*