# EXHIBIT "A"

IN THE MAGISTRATE COURT OF ~~DEKALB~~ Walton COUNTY
STATE OF GEORGIA

FILED IN OFFICE
MAGISTRATE COURT

SEP 16 2020

WALTON COUNTY, GEORGIA

Cavalry SPV I, LLC as assignee Synchrony Bank
Plaintiff,

vs.

Nicholas Bigler
Tarrah A Hill
Defendant.

CIVIL ACTION FILE
NO. 20-1466 CS

### CONSENT JUDGMENT

Defendant having acknowledged service of the Summons and Complaint and having agreed to the jurisdiction of this Court, and Plaintiff and Defendant having consented hereto,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff have and recover from Defendant the principal amount of $ 7603.60, interest of $ 0.00, attorneys' fees of $ 0.00, and court costs and interest at the legal rate and future costs (the "Judgment"). Plaintiff will accept $ 4,561.80 (the "Settlement Payment") as full Payment of the Judgment, if paid as follows: $130.00 per month beginning October 5, 2020 then $130.00 due on the 5th of each month thereafter until the Settlement Payment is paid in full. Time is of the essence in this regard. Timely receipt and clearance of the full Settlement Payment will result in complete satisfaction of the Judgment. So long as Defendant timely makes each payment in accordance herewith, Plaintiff agrees to forbear from pursuing any other legal proceedings to enforce or satisfy the Judgment. Plaintiff reserves the right to obtain a Fieri Facias. If Defendant fails to timely make payment in accordance herewith, this forbearance shall immediately terminate and Plaintiff shall be entitled to pursue any and all available legal and equitable remedies to satisfy the Judgment in full, less credit for payment received.

This 16 day of Sept, 2020

_____
Judge
Magistrate Court of ~~Dekalb~~ Walton County

Consented to by:

_____ DATE: 9/10/20
Defendant Tarrah A Hill

_____
Nicholas Bigler

Prepared to by:

_____ DATE: 9/16/20
James G Whiddon III
Georgia Bar No. 752558
Aldridge Pite Haan, LLP
P.O. Box 52815
Atlanta, GA 30355
(t) 470-240-3440
Attorneys for Plaintiff

**online payment to aph-law.com APH File No.** 18-35126