# EXHIBIT "B"

Century Springs Office Park
6100 Lake Forrest Drive, NW
Suite 200, Atlanta, GA 30328
P: 470.240.3440
F: 470.240.3441

www.aph-law.com



December 30, 2021

Clerk, MAGISTRATE Court of WALTON County
303 S. Hammond Dr., Suite 116
Monroe GA 30655

Re:   **Cavalry SPV I, LLC, as assignee of Synchrony Bank**
      **v. NICHOLAS BIGLER/TARRAH A HILL**
      **Civil Action File Number: 20-1466CS**
      **APH File Number: 18-35126**

Dear Clerk:

This firm represents Cavalry SPV I, LLC, as assignee of Synchrony Bank. A Judgment was entered by the Court in the above matter. Please issue a Writ of Fieri Facias, have it recorded on the General Execution Docket and return it to our office in the enclosed self-addressed, stamped envelope. If necessary, I have enclosed our check to cover the cost of issuing and recording the Fi Fa.

If you have any questions or anything else is required, please do not hesitate to contact me.

Sincerely,

Aldridge Pite Haan, LLP

GTH/js
Enclosures
Magistrate: $29.00
Superior: $.00

