# EXHIBIT "C"

# WRIT OF FIERI FACIAS
## IN THE MAGISTRATE COURT OF WALTON COUNTY
## STATE OF GEORGIA

CIVIL ACTION NO: 20-1466CS
JUDGMENT DATE: 09/16/2020

**Plaintiff's Attorney:**
ALDRIDGE PITE HAAN, LLP
JEREMY T MCCULLOUGH
P.O. BOX 52815
ATL, GA 30355

FILED IN OFFICE
MAGISTRATE COURT
JAN - 7 2022
WALTON COUNTY, GEORGIA

CAVALRY SPV I, LLC, AS ASSIGNEE OF SYNCHRONY BANK
    Plaintiff,

v.

NICHOLAS BIGLER AND TARRAH A HILL
2405 YOUTH MONROE RD.
MONROE, GA 30655
    Defendant.

Telephone: 470-240-3440
FiFa in hands of: ALDRIDGE PITE HAAN, LLP

## LEVY
STATE OF GEORGIA, COUNTY OF WALTON

I have this day executed the within Fi.Fa. by levying upon and seizing the following described property of defendant, to-wit:

Levied at _____ Georgia, this ___ day of _____, 20___

_____
(Deputy) Sheriff

Entered on General Execution Docket _____, at Page _____ this ___ day of _____, 20___.

## CANCELLATION
The within and foregoing Fi.Fa. having been paid in full the Clerk of Superior Court is hereby directed to cancel it of record this ___ day of _____, 20___.

_____
(Agent for) Plaintiff

To all and singular the sheriffs of the State and their lawful deputies:
In the above styled case, and on the judgment date set out, the plaintiff named above recovered against the defendant(s) named above, judgment in the following sums:

| | |
|---|---|
| Principal | $7,603.60 |
| Interest | Legal Rate |
| Atty Fees | |
| Court Costs | $180.00 |
| Total | $7,783.60 |

with future interest upon said principal amount from the date of judgment at the legal rate.

Therefore, YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of said defendant(s), and ESPECIALLY/ONLY of the following described property, to wit: you cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the Magistrate Court of this County, together with this Writ to render to said plaintiff the principal, interest, attorney fees and costs aforesaid.

Witness the Honorable MIKE BURKE, Judge of Said Court, this the 7th day of January, 2022

_____
(Deputy) Clerk