# EXHIBIT "D"

# WRIT OF FIERI FACIAS
## IN THE MAGISTRATE COURT OF WALTON COUNTY
## STATE OF GEORGIA

BK: 282 PG: 422  18-35126
Filed and Recorded
Jan-11-2022 01:30:02PM
DOC#: L2022-000141
Karen P. David
CLERK OF SUPERIOR COURT Walton County GA.

CIVIL ACTION NO: 20-1466CS
JUDGMENT DATE: 09/16/2020

FILED IN OFFICE
MAGISTRATE COURT

JAN - 7 2022

WALTON COUNTY, GEORGIA

Plaintiff's Attorney:
ALDRIDGE PITE HAAN, LLP

P.O. BOX 52815
ATL, GA 30355

Telephone: 470-240-3440
FiFa in hands of: ALDRIDGE PITE HAAN, LLP

CAVALRY SPV I, LLC, AS ASSIGNEE OF SYNCHRONY BANK
        Plaintiff,

v.

NICHOLAS BIGLER AND TARRAH A HILL
2405 YOUTH MONROE RD.
MONROE, GA 30655
        Defendant.

## LEVY
### STATE OF GEORGIA, COUNTY OF WALTON

I have this day executed the within Fi.Fa. by levying upon and seizing the following described property of defendant, to-wit:

Levied at _____ Georgia, this ____ day of _____, 20____

_____
(Deputy) Sheriff

Entered on General Execution Docket_____, at Page_____ this _____ day of _____, 20____.

To all and singular the sheriffs of the State and their lawful deputies:
In the above styled case, and on the judgment date set out, the plaintiff named above recovered against the defendant(s) named above, judgment in the following sums:

| | |
|---|---|
| Principal | $7,603.60 |
| Interest | Legal Rate |
| Atty Fees | |
| Court Costs | $180.00 |
| Total | $7,783.60 |

with future interest upon said principal amount from the date of judgment at the legal rate.

Therefore, YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of said defendant(s), and ESPECIALLY/ONLY of the following described property, to wit: you cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the Magistrate Court of this County, together with this Writ to render to said plaintiff the principal, interest, attorney fees and costs aforesaid.

Witness the Honorable MIKE BURKE, Judge of Said Court, this the 7th day of January, 2022

_____
(Deputy) Clerk

### CANCELLATION
The within and foregoing Fi.Fa. having been paid in full the Clerk of Superior Court is hereby directed to cancel it of record this 13th day of July, 2022.

_____
(Agent for) Plaintiff

--------CANCELLED AND SATISFIED--------
CLERK OF SUPERIOR COURT Walton County GA.
Karen P. David
DOC#: L2022-004160
Jul-21-2022 02:51:13PM
Filed and Recorded
BK: 288 PG: 516