# EXHIBIT "E"

State Court of Fulton County
**E-FILED**
22GC000861
5/31/2022 8:11 AM
Christopher G. Scott, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **Plaintiff:** | Date Filed: |
| Cavalry SPV I, LLC, as assignee of Synchrony Bank | Case No: |
| **Plaintiff's contact information**: | **GARNISHMENT** |
| c/o Gregson T. Haan | **Garnishment Court Information** |
| Aldridge Pite Haan, LLP | PO BOX 740093 |
| PO Box 52815 | ATLANTA, GA 30392-1490 |
| Atlanta, GA 30355 | 404/613-5040 |
| garnishments@aph-law.com | |
| 1.800.844.0045 | |
| APH File No. 18-35126 | |
| | |
| vs. | **Garnishee:** |
| NICHOLAS BIGLER | City of Atlanta |
| 2405 YOUTH MONROE RD | ATTN: Human Resources/Payroll |
| MONROE GA 30655-5581 | 68 Mitchell Street, SW, Suite 2150 |
| | Atlanta, GA 30303 |

**SUMMONS OF CONTINUING GARNISHMENT**

**TO THE ABOVE-NAMED GARNISHEE:**

| | |
|---|---|
| Total amount claimed due by the Plaintiff | $3,246.80 |
| Plus court costs due on the summons | $195.00 |
| Total garnishment claim | $3,441.80 |
| **COURT OF JUDGMENT** | WALTON County MAGISTRATE Court |
| **JUDGMENT CASE NO.** | 20-1466CS |

**YOU ARE HEREBY COMMANDED** to immediately hold all money, including wages, and other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant name above beginning on the day of service of this summons and including the next 1,095 days. You are **FURTHER COMMANDED** to file your answer, in writing, not later than 45 days from the date you were served with this summons, with the Clerk of this Court and serve a copy of your answer upon the Plaintiff or Plaintiff's Attorney named above and the Defendant named above, or the Defendant's Attorney, if known, at the time of making such answer. Your answer shall state what money, including wages, or other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant you hold or owe beginning on the day of service of this summons and between the time of such service and the time of making your first answer. **Thereafter, you are required to file further answers** no later than 45 days after your last answer. Every further answer shall state what money, including wages, and other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant you hold or owe at and from the time of the last answer to the time of the current answer. YOU MUST FILE ADDITIONAL ANSWERS UNTIL THE SOONER OF: THE PAYMENT OF THE BALANCE SHOWN ON THE SUMMONS OF GARNISHMENT, THE EXPIRATION OF 1,095 DAYS, OR THE TERMINATION OF ANY RELATIONSHIP BETWEEN THE GARNISHEE AND DEFENDANT WHICH INCLUDES PERIODIC PAYMENT OBLIGATIONS FROM GARNISHEE TO DEFENDANT. Money, including wages, or other property admitted in an answer to be subject to continuing garnishment must be sent or delivered to the Court concurrently with each answer.

Should you fail to file Garnishee Answers as required by this summons, a judgment by default will be rendered against you for the amount remaining due on a judgment as shown in the Plaintiff's Affidavit of Continuing Garnishment.

**WITNESS** the Honorable _Susan E. Edlein_____, Judge of said Court.
This ____ day of _____, 20____.   5/31/2022

_____,
Clerk of Court
By: Carmen Adams

Deputy Clerk,

Service Perfected this ___ day of
_____
_____Court
_____, 20____
Served to: _____
Served by: _____
Constable