# EXHIBIT "F"

Case 1:23-mi-99999-UNA   Document 1768-8   Filed 05/31/23   Page 2 of 2

State Court of Fulton County
**E-FILED**
22GC000861
5/31/2022 8:11 AM
Christopher G. Scott, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

**Plaintiff:**
Cavalry SPV I, LLC, as assignee of Synchrony Bank
**Plaintiff's contact information:**
c/o Gregson T. Haan
Aldridge Pite Haan, LLP
PO Box 52815
Atlanta, GA 30355
garnishments@aph-law.com
1.800.844.0045
APH File No. 18-35126

Date Filed:
Case No:
**GARNISHMENT**
**Garnishment Court Information**
PO BOX 740093
ATLANTA, GA 30392-1490
404/613-5040

vs.
NICHOLAS BIGLER
2405 YOUTH MONROE RD
MONROE GA 30655-5581

**Garnishee:**
City of Atlanta
ATTN: Human Resources/Payroll
68 Mitchell Street, SW, Suite 2150
Atlanta, GA 30303

AFFIDAVIT OF CONTINUING GARNISHMENT
DO NOT USE THIS FORM FOR A CONTINUING GARNISHMENT FOR CHILD SUPPORT OR ALIMONY, SEE O.C.G.A. §18-4-73

Personally appeared Gregson T. Haan, who on oath says:
1. I am the Attorney at Law for Plaintiff.
2. The Plaintiff obtained a judgment against the Defendant in Case Number 20-1466CS in the MAGISTRATE Court of WALTON County, Georgia, and no agreement requires forbearance from the garnishment which is applied for currently.
3. $3,246.80 is the balance due, which consists of the sum $3,217.80 Principal, $.00 Post Judgment interest, and $29.00 Other (e.g., prejudgment interest, attorney's fees, costs [exclusive of the cost of this action]).
4. Upon the Affiant's personal knowledge or belief, the sum stated herein is unpaid.
5. The Affiant believes that the Garnishee is an employer of or under periodic obligations for payment of funds to the Defendant.

Affiant: _____
Gregson T. Haan
Georgia Bar #: 316070

Date: May 20, 2022

Sworn to before me on the above written date

_____
NOTARY PUBLIC