

CƠ QUAN CẤP HỘ CHIẾU / *ISSUING AUTHORITY*

CỤC QUẢN LÝ XUẤT NHẬP CẢNH

*Immigration Department*

T/L CỤC TRƯỞNG / *For the Director*

P. Trưởng Phòng

*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu / *Signature of bearer*

---

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / *PASSPORT*

| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
|---|---|---|
| P | VNM | C4298132 |

Họ và tên / *Full name*
**NGUYỄN THỊ KIM CHI**

Quốc tịch / *Nationality*   VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*   [REDACTED]

Nơi sinh / *Place of birth*   HÀ NỘI

Giới tính / *Sex*   NỮ / F

Số GCMND / *ID card N°*   022353117

Ngày cấp / *Date of issue*   28 / 11 / 2017

Có giá trị đến / *Date of expiry*   28 / 11 / 2027

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

```
P<VNMNGUYEN<<THI<KIM<CHI<<<<<<<<<<<<<<<<<<<<<<
C4298132<3VNM[REDACTED]9F2711287022353117<<<<<46
```





ADMITTED
WAS

AUG 17 2020

Class B2
Until Feb 14, 2021

16

THỊ THỰC — VISAS

---

# VISA

## UNITED STATES OF AMERICA

Issuing Post Name
**HO CHI MINH CITY**

Control Number
**20192427840007**

Surname
**NGUYEN**

Given Name
**THI KIM CHI**

Visa Type /Class
**R**   **B1/B2**

Passport Number
**C4298132**

Sex
**F**

Birth Date

Nationality
**VTNM**

Entries
**M**

Issue Date
**03SEP2019**

Expiration Date
**29AUG2020**

**0110**

Annotation

P5393051

\*

```
VNUSANGUYEN<<THI<KIM<CHI<<<<<<<<<<<<<<<<<<<<<
C4298132<3VNM          9F2008295B3HCMOPJOJ823195
```

 For: **THI KIM CHI NGUYEN**



## Most Recent I-94

**Admission (I-94) Record Number : 540394104A2**

**Most Recent Date of Entry: 2020 August 17**

**Class of Admission : B2**

**Admit Until Date : 02/16/2021**

**Details provided on the I-94 Information form:**

| | |
|---|---|
| **Last/Surname :** | **NGUYEN** |
| **First (Given) Name :** | **THI KIM CHI** |
| **Birth Date :** | ▉▉▉▉▉▉▉ |
| **Document Number :** | **C4298132** |
| **Country of Citizenship :** | **Vietnam** |

Get Travel History

▶ **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

▶ **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

▶ **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date: 05/31/2023

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy



Privacy - Terms