**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 25, 2021 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | A094049433 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| SRC2190182053 | January 08, 2021 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| September 20, 2019 | Alien worker, Form I-140 | ▮▮▮ |

CHI T. NGUYEN
C/O CHI THI KIM NGUYEN
▮▮▮

8   00001724

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If we have approved or are still processing your underlying Form I-140 and your Form I-485 has been pending for at least 180 days, you may request to change employers under INA 204(j). For more information on this process, please visit uscis.gov/i-485supj.

We did not receive a valid Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with your case. If you wish for someone to represent you, please have your attorney or accredited representative submit Form G-28 to the USCIS location listed at the bottom of this notice. For more information on filing G-28, please visit uscis.gov/forms/filing-your-form-g-28.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
Texas Service Center
6046 N. Beltline Rd STE. 110
Irving, TX 75038

**USCIS Contact Center Number:**
(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 04/01/19