## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | Notice Date<br>July 18, 2022 |
|---|---|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A#<br>A220 527 515 |
| Receipt Number<br>SRC2190182053 | Received Date<br>January 08, 2021 | Priority Date | Page<br>1 of 2 |

CHI THI KIM NGUYEN



A Number

Receipt Number

You are notified to appear before a USCIS officer regarding the application identified above and any supporting applications or petitions at the date, time, and place indicated below. *Failure to appear for the scheduled appointment and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2 (b)(13))

*To ensure visitor and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"*

**YOU MUST APPEAR FOR THIS APPOINTMENT** - However, if you are under self-isolation or quarantine, are ill, have any symptoms of illness or are at heightened risk due to age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled.

*COVID-19 Safety Precautions* - To ensure the health and safety of all who enter USCIS facilities, you must take the following safety precautions when arriving for your appointment:
- DO NOT arrive more than 15 minutes prior to your appointment time. You will not be permitted entry into the office until 15 minutes before your appointment.
- Check www.cdc.gov for the county COVID-19 Community Level where you will appear for your appointment to understand the prevention steps for that location.
- Follow local USCIS guidance while inside USCIS facilities.
- You may have to answer health screening questions before entering.
- Bring a black or blue ink pen with you to your appointment.

*Who should come with you?* - You may be limited in who may attend your appointment with you in person.
- If your eligibility is based on your marriage, your spouse must come with you to the appointment.
- **If you do not speak English fluently and are eligible to take the appointment in a language other than English, you should arrange to have an interpreter come with you to the appointment or be available via phone.** If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the appointment or be available via phone.
- If your eligibility is based on parent/child relationship and you are a minor, your petitioning parent must come with you to appointment.
- If you are a minor under 14 years old, a parent or guardian must come with you to appointment.
- If you have a disability and have an individual who assists you, that individual may come with you.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted within the last year).
- If required, confirmation of Bona Fide Job Offer or Request for Job Portability (Supplement J) (unless already submitted).
- All documentation establishing your eligibility for Lawful Permanent Resident status.
- Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- Your Birth Certificate.
- If you have children, bring a Birth Certificate for each of your children.
- If your eligibility is based on your marriage to the principal beneficiary of a petition, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>2675 PROSPERITY AVENUE<br>2ND FLOOR<br>FAIRFAX, VA 20598 | ON: Tuesday, August 23, 2022<br>AT: 09:10AM |
|---|---|

1

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | Notice Date: July 18, 2022 |
|---|---|
| **Case Type**: FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | **A#**: A220 527 515 |
| **Receipt Number**: SRC2190182053 | **Received Date**: January 08, 2021 | **Priority Date**: | **Page**: 2 of 2 |

- In addition to the above, if you are applying based on an Immigrant Petition for Alien Worker (Form I-140) that was filed by a relative who is a U.S. citizen or lawful permanent resident or by a for-profit entity where 5% or more of the ownership interest is held by a relative who is a U.S. citizen or lawful permanent resident, bring completed Affidavit(s) of Support (Form I-864) with all required evidence for each of your sponsors (unless already submitted). One sponsor must be the relative who petitioned for you. The required evidence includes:
    - Your sponsor(s)' Federal Income Tax returns and W-2s, or certified IRS printouts, for the most recent tax year;
    - Letters from each of your sponsor(s)' current employer(s), verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
    - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY: 1-800-767-1833) as soon as possible, **even if you indicated on your application that you require an accommodation.**

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>2675 PROSPERITY AVENUE<br>2ND FLOOR<br>FAIRFAX, VA 20598 | ON: Tuesday, August 23, 2022<br>AT: 09:10AM |
|---|---|
| 2 | |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21

| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | Notice Date<br>July 18, 2022 |
|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A219 819 938 |
| Receipt Number<br>SRC2190182056 | Received Date<br>January 08, 2021 | Priority Date | Page<br>1 of 2 |

PHONG XUAN DO

A Number



Receipt Number

You are notified to appear before a USCIS officer regarding the application identified above and any supporting applications or petitions at the date, time, and place indicated below. *Failure to appear for the scheduled appointment and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2 (b)(13))

> To ensure visitor and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"

*YOU MUST APPEAR FOR THIS APPOINTMENT* - However, if you are under self-isolation or quarantine, are ill, have any symptoms of illness or are at heightened risk due to age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled.

*COVID-19 Safety Precautions* - To ensure the health and safety of all who enter USCIS facilities, you must take the following safety precautions when arriving for your appointment:
- DO NOT arrive more than 15 minutes prior to your appointment time. You will not be permitted entry into the office until 15 minutes before your appointment.
- Check www.cdc.gov for the county COVID-19 Community Level where you will appear for your appointment to understand the prevention steps for that location.
- Follow local USCIS guidance while inside USCIS facilities.
- You may have to answer health screening questions before entering.
- Bring a black or blue ink pen with you to your appointment.

*Who should come with you?* - You may be limited in who may attend your appointment with you in person.
- If your eligibility is based on your marriage, your spouse must come with you to the appointment.
- If you do not speak English fluently and are eligible to take the appointment in a language other than English, you should arrange to have an interpreter come with you to the appointment or be available via phone. If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the appointment or be available via phone.
- If your eligibility is based on parent/child relationship and you are a minor, your petitioning parent must come with you to appointment.
- If you are a minor under 14 years old, a parent or guardian must come with you to appointment.
- If you have a disability and have an individual who assists you, that individual may come with you.

*YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:* (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted within the last year).
- If required, confirmation of Bona Fide Job Offer or Request for Job Portability (Supplement J) (unless already submitted).
- All documentation establishing your eligibility for Lawful Permanent Resident status.
- Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- Your Birth Certificate.
- If you have children, bring a Birth Certificate for each of your children.
- If your eligibility is based on your marriage to the principal beneficiary of a petition, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>2675 PROSPERITY AVENUE<br>2ND FLOOR<br>FAIRFAX, VA 20598 | ON: Tuesday, August 23, 2022<br>AT: 09:10AM |
|---|---|

1

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C   10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

Case 1:23-mi-99999-UNA   Document 1770-8   Filed 06/01/23   Page 4 of 6

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | Notice Date<br>July 18, 2022 |
|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A219 819 938 |

| Receipt Number<br>SRC2190182056 | Received Date<br>January 08, 2021 | Priority Date | Page<br>2 of 2 |
|---|---|---|---|

- In addition to the above, if you are applying based on an Immigrant Petition for Alien Worker (Form I-140) that was filed by a relative who is a U.S. citizen or lawful permanent resident or by a for-profit entity where 5% or more of the ownership interest is held by a relative who is a U.S. citizen or lawful permanent resident, bring completed Affidavit(s) of Support (Form I-864) with all required evidence for each of your sponsors (unless already submitted). One sponsor must be the relative who petitioned for you. The required evidence includes:
  - Your sponsor(s)' Federal Income Tax returns and W-2s, or certified IRS printouts, for the most recent tax year;
  - Letters from each of your sponsor(s)' current employer(s), verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY: 1-800-767-1833) as soon as possible, **even if you indicated on your application that you require an accommodation.**

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>2675 PROSPERITY AVENUE<br>2ND FLOOR<br>FAIRFAX, VA 20598<br><br>2 | ON: Tuesday, August 23, 2022<br>AT: 09:10AM |
|---|---|

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C   10/13/21

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | Notice Date<br>July 18, 2022 |
|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A219 819 939 |
| Receipt Number<br>SRC2190182059 | Received Date<br>January 08, 2021 | Priority Date | Page<br>1 of 2 |

KHANH XUAN DO
c/o KHANH XUAN DO



A Number

Receipt Number

You are notified to appear before a USCIS officer regarding the application identified above and any supporting applications or petitions at the date, time, and place indicated below. *Failure to appear for the scheduled appointment and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2 (b)(13))

To ensure visitor and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"

**YOU MUST APPEAR FOR THIS APPOINTMENT** - However, if you are under self-isolation or quarantine, are ill, have any symptoms of illness or are at heightened risk due to age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled.

**COVID-19 Safety Precautions** - To ensure the health and safety of all who enter USCIS facilities, you must take the following safety precautions when arriving for your appointment:
- DO NOT arrive more than 15 minutes prior to your appointment time. You will not be permitted entry into the office until 15 minutes before your appointment.
- Check www.cdc.gov for the county COVID-19 Community Level where you will appear for your appointment to understand the prevention steps for that location.
- Follow local USCIS guidance while inside USCIS facilities.
- You may have to answer health screening questions before entering.
- Bring a black or blue ink pen with you to your appointment.

**Who should come with you?** - You may be limited in who may attend your appointment with you in person.
- If your eligibility is based on your marriage, your spouse must come with you to the appointment.
- **If you do not speak English fluently and are eligible to take the appointment in a language other than English, you should arrange to have an interpreter come with you to the appointment or be available via phone.** If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the appointment or be available via phone.
- If your eligibility is based on parent/child relationship and you are a minor, your petitioning parent must come with you to appointment.
- If you are a minor under 14 years old, a parent or guardian must come with you to appointment.
- If you have a disability and have an individual who assists you, that individual may come with you.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted within the last year).
- If required, confirmation of Bona Fide Job Offer or Request for Job Portability (Supplement J) (unless already submitted).
- All documentation establishing your eligibility for Lawful Permanent Resident status.
- Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- Your Birth Certificate.
- If you have children, bring a Birth Certificate for each of your children.
- If your eligibility is based on your marriage to the principal beneficiary of a petition, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>2675 PROSPERITY AVENUE<br>2ND FLOOR<br>FAIRFAX, VA 20598 | ON: Tuesday, August 23, 2022<br>AT: 09:10AM |
|---|---|

1

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C   10/13/21



**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | Notice Date<br>July 18, 2022 |
|---|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | A#<br>A219 819 939 |
| Receipt Number<br>SRC2190182059 | Received Date<br>January 08, 2021 | Priority Date | Page<br>2 of 2 |

- A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.
- In addition to the above, if you are applying based on an Immigrant Petition for Alien Worker (Form I-140) that was filed by a relative who is a U.S. citizen or lawful permanent resident or by a for-profit entity where 5% or more of the ownership interest is held by a relative who is a U.S. citizen or lawful permanent resident, bring completed Affidavit(s) of Support (Form I-864) with all required evidence for each of your sponsors (unless already submitted). One sponsor must be the relative who petitioned for you. The required evidence includes:
  - Your sponsor(s)' Federal Income Tax returns and W-2s, or certified IRS printouts, for the most recent tax year;
  - Letters from each of your sponsor(s)' current employer(s), verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY: 1-800-767-1833) as soon as possible, **even if you indicated on your application that you require an accommodation.**

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>2675 PROSPERITY AVENUE<br>2ND FLOOR<br>FAIRFAX, VA 20598 | ON: Tuesday, August 23, 2022<br>AT: 09:10AM |
|---|---|

2

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C   10/13/21