Para tener acceso a este sitio en español, presione aquí (./es)

# Check Case Processing Times

Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.*

**Form ***

    I-485 | Application to Register Permanent Residence or Adjust Status

**Form Category ***

    Employment-based adjustment applications

**Field Office or Service Center ***

    Atlanta GA

Get processing time

## Processing time for Application to Register Permanent Residence or Adjust Status (I-485) at Atlanta GA



**80% of cases are completed within**

**24**

Months

Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track the status of an immigration application, petition, or request.

ⓘ Notes