# EXHIBIT C

**BURR··FORMAN** LLP
*results matter*

Brian J. Levy, Esq.
blevy@burr.com
Direct Dial: (404) 685-4252

171 Seventeenth Street, NW
Suite 1100
Atlanta, GA 30363

September 12, 2022

*Office* (404) 815-3000
*Fax* (404) 817-3244
*Toll free* (877) FOR-BURR

BURR.COM

**By First Class U.S. Mail and**
**Cert. Ret. Receipt 9314 8699 0430 0099 3981 43**
ALIF TRANSPORT INCORPORATED
5152 Memorial Drive, Suite 103
Stone Mountain, Georgia 30083

**By First Class U.S. Mail and**
**Cert Ret. Receipt 9314 8699 0430 0099 3982 97**
ALIF TRANSPORT INCORPORATED
c/o Adnan Mohamed (Reg. Agent)
712 Kingsgate Ridge
Stone Mountain, Georgia 30088

**By First Class U.S. Mail and**
**Cert. Ret. Receipt 9314 8699 0430 0099 3983 58**
ADNAN N. MOHAMED
712 Kingsgate Ridge
Stone Mountain, Georgia 30088

## NOTICE OF DEMAND
Loan No. ███73-34

Re:   *Demand Note* from ALIF TRANSPORT INCORPORATED ("Borrower") in favor of FIFTH THIRD BANK, NATIONAL ASSOCIATION ("Lender" or "Fifth Third") dated December 10, 2021, in the original principal amount of $100,000.00 (as modified or amended from time to time, the "Demand Note"); that certain *Continuing Guaranty Agreement* from ADNAN N. MOHAMED ("Guarantor," and collectively with Borrower, the "Obligors," with each individually being an "Obligor") in favor of Lender dated December 10, 2021 ("Guaranty").

To Whom it May Concern:

This firm represents Lender. We write to you at the request of Lender, the holder of the Demand Note and the Guaranty (such documents, together with all other documents evidencing, securing or otherwise relating to the indebtedness evidenced by the Note being hereinafter sometimes collectively referred to as the "Loan Documents").

Pursuant to the Demand Note, Borrower agreed that the entire principal balance, together with all accrued and unpaid interest and any other charges, advances and fees, if any, outstanding thereunder, shall be due and payable in full upon demand of Lender.

**Accordingly, demand is hereby made upon Obligors for immediate payment in full of the entire outstanding principal balance of the Demand Note, together with all accrued and unpaid interest through the date of payment by you, and all other amounts owing to Lender under the terms of the Loan Documents, including, without limitation, late fees.**

ALIF Transport Incorporated *et al.*
September 12, 2022
Page 2

As of September 7, 2022, the outstanding amount owing on the Demand Note, exclusive of costs, default interest and attorneys' fees was as follows:

| Principal | Interest | Late Fees | Total | Per Diem |
|---|---|---|---|---|
| $99,984.17 | $3,426.13 | $105.58 | $103,515.88 | $37.07746 |

Interest, late charges, and other fees/charges (including attorney and other professional fees and expenses) may continue to accrue daily under the Loan Documents. The indebtedness owed under the Loan Documents may continue to change with the accrual of interest and other charges (including attorney and other professional fees and expenses). Acceptance by Lender of any partial/full performance or partial/full payment from any Obligor or third party shall not constitute a waiver of any defaults, events of default (as such terms may be defined), breaches, demands, or any rights of Fifth Third or cause de-acceleration (if applicable) of any amounts owed under the Loan Documents. Fifth Third reserves the right to deposit any short payments and then seek the remainder of the adjusted balance from any Obligor.

***The amounts owing under the Demand Note as set forth herein shall not constitute or be deemed to constitute any waiver, release or impairment of any kind of the rights of Lender to recalculate the entire outstanding balance of the Demand Note at the default rate and to add all other charges and fees as provided for under the Loan Documents, including attorney and other professional fees and expenses, all of which rights are hereby expressly reserved.***

Fifth Third reserves the right to exercise any all rights and remedies available to it at law and/or in equity, under the Loan Documents, and/or any other agreement against any Obligor to collect the indebtedness owed under the Loan Documents. Fifth Third hereby expressly reserves any and all defaults, events of default (as such terms may be defined), demands, breaches, rights and remedies under the Loan Documents and any other agreement/document between any Obligor and Fifth Third, and/or its rights and remedies at law and/or in equity.

Nothing herein shall be construed as a waiver of Fifth Third's rights and remedies under the Loan Documents, any other agreement/document between any Obligor and Fifth Third, and/or Fifth Third's rights at law and/or in equity. No past, present, or future failure of Fifth Third to exercise any rights, powers, or remedies under the under the Loan Documents, at law, or in equity, nor any acceptance by Fifth Third of any partial or full payment or performance shall operate as or be construed to be a waiver of any default, event of default (as such terms may be defined), demand, breach, right, power, or remedy of Fifth Third, or any term, provision, representation, warranty, or covenant contained in the Loan Documents.

Nothing stated herein, nor any future correspondence, communication, statement, conduct, passage of time, action or inaction, or any voluntary forbearance by Lender shall constitute a waiver of any defaults, events of default (as such terms may be defined), demands, breaches, rights, or remedies that Lender may have under the Loan Documents, at law, and/or in equity against any Obligor or other person/entity obligated thereunder, or constitute an agreement to refrain from exercising in the future any such rights or remedies under any of the foregoing. Without limiting

48995006 v1

ALIF Transport Incorporated *et al.*
September 12, 2022
Page 3

---

the generality of the foregoing, Fifth Third reserves any and all rights to exercise any and all of its rights and remedies against any Obligor or other person/entity obligated under the Loan Documents, and such other rights granted under applicable law, with or without further demand upon or notice to any Obligor or other person/entity obligated thereunder. All rights, remedies, defaults, events of default (as such terms may be defined), demands, and breaches are hereby expressly reserved.

Fifth Third continues to insist upon strict performance by Obligors and any person/entity obligated under the Loan Documents of all the terms and conditions therein or related thereto. Nothing herein nor any past or future discussions shall be deemed or construed as Lender's overt or tacit agreement to forbear from exercising any of its rights and remedies, and Lender hereby puts Obligors on notice that it may exercise its rights and remedies at any time.

Please be further advised that the Loan Documents provide for the payment of the costs and expenses of collection of these debt obligations, including reasonable attorneys' fees. **Pursuant to Official Code of Georgia Annotated Section 13-1-11, you are hereby notified that you have ten (10) days from your receipt of this notice in which to pay the entire principal balance outstanding on the Loan Documents, together with all accrued and unpaid interest and late fees thereon to the date of payment by you, without also being liable for the payment of such attorneys' fees.**

Please govern your actions accordingly.

                                                             Sincerely,

                                                             BURR & FORMAN LLP

                                                             Brian J. Levy

BJL
cc: Fifth Third Bank, National Association

48995006 v1