**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DAVID PERRAS and<br>DAVID HASKINS, | )<br>)<br>) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | FILE NO. _____ |
| | ) | [On removal from State |
| STATE FARM FIRE AND | ) | Court of Fulton County, |
| CASAUALTY COMPANY, | ) | Georgia, Civil Action |
| | ) | File No. 23EV002284] |
| Defendant. | ) | |
| | ) | |

## **CERTIFICATE**

I hereby certify that that I am counsel for Defendant State Farm Fire and Casualty Company in the above-styled proceeding and have this day filed a copy of the "Notice of Removal," including "Notice of Filing Removal," in the State Court of Fulton County, Georgia, the Court from which said action was removed.

*[Signature on Following Page]*

This ___1st___ day of June, 2023.

                                      SWIFT CURRIE MCGHEE & HIERS, LLP

                                      */s/ Rebecca E. Strickland*
                                      Rebecca E. Strickland
                                      Georgia Bar No. 358183
                                      *Attorney for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404-874-8800
Fax: 404-888-6199
Rebecca.strickland@swiftcurrie.com

## **LOCAL RULE 5.1C CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

This   1st   day of June, 2023.

                                         SWIFT CURRIE MCGHEE & HIERS, LLP

                                         */s/ Rebecca E. Strickland*
                                         Rebecca E. Strickland
                                         Georgia Bar No. 358183
                                         *Attorney for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404-874-8800
Fax: 404-888-6199
Rebecca.strickland@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify I have this day electronically filed the foregoing *Certificate* with the Clerk of Court via the CM/ECF system, through which the Court will send notification to the following attorney:

John D. Hipes
Hipes & Belle Isle, LLC
178 South Main Street
Suite 250
Alpharetta, GA 30009
jhipes@hbilawfirm.com
*Attorney for Plaintiffs*

This   1st   day of June, 2023.

                                          SWIFT CURRIE MCGHEE & HIERS, LLP

                                          */s/ Rebecca E. Strickland*
                                          Rebecca E. Strickland
                                          Georgia Bar No. 358183
                                          *Attorney for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404-874-8800
Fax: 404-888-6199
Rebecca.strickland@swiftcurrie.com

4879-1163-6839, v. 1