# Exhibit "A"

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | County | Date Rec. by GDOT |
|---|---|---|---|
| GP220017771 | GA0670200 | GWINNETT | |

**Estimated Crash** — Date: 02/23/2022, Time: 18:57
**Dispatch** — Date: 02/23/2022, Time: 19:00
**Arrival** — Date: 02/23/2022, Time: 19:15
**Total Number of** — Vehicles: 3, Injuries: 1, Fatalities: 0
**Inside City Of:**

- Road of Occurrence: I-85 NB
- At Its Intersection With: LAWRENCEVILLE SUWANEE RD
- ☐ Corrected Report
- Not At Its Intersection But ___ ☐ Miles ☒ Feet ☐ North ☐ South ☐ East ☐ West
- Of:
- ☐ Sup To Original
- Latitude (Y): 34.025813
- Longitude (X): -84.0532203
- ☐ Hit and Run

## Unit #1 (☒ Driver, ☐ Ped, ☐ Bike) — ☒ Susp At Fault

- LAST NAME: VAZEMILLER
- FIRST: VICTOR
- MIDDLE:
- Address: 1310 SETTLES RD
- City: SUWANEE, State: GA, Zip: 30024, DOB: 09/21/1971
- Driver's License No.: XYR031, Class: CP, State: GA, Country: US
- Insurance Co.: PROGRESSIVE MOUN, Policy No.: 06520551, Telephone No.: (770) 231-5694
- Year: 2018, Make: General Motors Corp., Model: 4WD
- VIN: 1GT12TEY6JF269908, Vehicle Color: White
- Tag #: XYR031, State: GA, County: FORSYTH, Year: 2022
- Trailer Tag #: , State: , County: , Year:
- ☐ Same as Driver — Owner's Last Name: VAZEMILLER, First: VICTOR, Middle:
- Address: 1310 SETTLES RD
- City: SUWANEE, State: GA, Zip: 30024
- Removed By: WILLARDS  ☐ Request List
- Alco Test: No, Type: , Results: ; Drug Test: No, Type: , Results:
- First Harmful Event: 11, Most Harmful Event: 11, Operator/Ped Cond: 1
- Operator Contributing Factors: 3
- Vehicle Contributing Factors: 1, Roadway Contributing Factors: 10
- Direction of Travel: 1, Vehicle Maneuver: 5, Non-Motor Maneuver:
- Vehicle Class: 1, Vehicle Type: 2, Vision Obscured: 1
- Number of Occupants: 1, Area of Initial Contact: 12, Damage to Veh: 4
- Traffic-Way Flow: 3, Road Comp: 2, Road Character: 1
- Number of Lanes: 6, Posted Speed: 70, Work Zone: 0
- Traffic Control: 1, Device Inoperative: ☐ Yes ☒ No
- Citation #: PE0043966, O.C.G.A. §: 40-6-49(a)
- Citation #: , O.C.G.A. §:
- Citation #: , O.C.G.A. §:

## Unit #2 (☒ Driver, ☐ Ped, ☐ Bike) — ☐ Susp At Fault

- LAST NAME: KOWSKI
- FIRST: RESI
- MIDDLE: ANNELIE
- Address: 315 PARIS DR NW
- City: LAWRENCEVILLE, State: GA, Zip: 30043, DOB: 08/06/1969
- Driver's License No.: 064694950, Class: C, State: GA, Country: US
- Insurance Co.: LIBERTY MUTUAL, Policy No.: AOS25812395340, Telephone No.: (404) 402-6325
- Year: 2020, Make: Honda, Model: Civic (and CRX)
- VIN: SHHFK7H81LU205399, Vehicle Color: Silver
- Tag #: CNG9311, State: GA, County: GWINNETT, Year: 2022
- Trailer Tag #: , State: , County: , Year:
- ☒ Same as Driver — Owner's Last Name: KOWSKI, First: RESI, Middle: ANNELIE
- Address: 315 PARIS DR
- City: LAWRENCEVILLE, State: GA, Zip: 30043
- Removed By: ☐ Request ☒ List
- Alco Test: No, Type: , Results: ; Drug Test: No, Type: , Results:
- First Harmful Event: 11, Most Harmful Event: 11, Operator/Ped Cond: 1
- Operator Contributing Factors: 1
- Vehicle Contributing Factors: 1, Roadway Contributing Factors: 10
- Direction of Travel: 1, Vehicle Maneuver: 5, Non-Motor Maneuver:
- Vehicle Class: 1, Vehicle Type: 1, Vision Obscured: 1
- Number of Occupants: 1, Area of Initial Contact: 6, Damage to Veh: 3
- Traffic-Way Flow: , Road Comp: , Road Character:
- Number of Lanes: , Posted Speed: , Work Zone:
- Traffic Control: , Device Inoperative: ☐ Yes ☐ No
- Citation #: , O.C.G.A. §:
- Citation #: , O.C.G.A. §:
- Citation #: , O.C.G.A. §:

## COMMERCIAL MOTOR VEHICLES ONLY

**Unit 1:**
- Carrier Name:
- Address: , City: , State: , Zip:
- U.S. D.O.T. #: , No. of Axles: , G.V.W.R.:
- Cargo Body Type: , Vehicle Config.: , ☐ Interstate ☐ Intrastate, Fed. Reportable: ☐ Yes ☒ No
- C.D.L.? ☐ Yes ☒ No, C.D.L. Suspended? ☐ Yes ☒ No
- Vehicle Placarded? ☐ Yes ☐ No, Hazardous Materials? ☐ Yes ☒ No
- Haz Mat Released? ☐ Yes ☒ No
- If YES: Name and four Digit Number from Diamond or Box: ___
- One Digit Number from Bottom of Diamond: ___
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

**Unit 2:**
- Carrier Name:
- Address: , City: , State: , Zip:
- U.S. D.O.T. #: , No. of Axles: , G.V.W.R.:
- Cargo Body Type: , Vehicle Config.: , ☐ Interstate ☐ Intrastate, Fed. Reportable: ☐ Yes ☒ No
- C.D.L.? ☐ Yes ☒ No, C.D.L. Suspended? ☐ Yes ☒ No
- Vehicle Placarded? ☐ Yes ☐ No, Hazardous Materials? ☐ Yes ☒ No
- Haz Mat Released? ☐ Yes ☒ No
- If YES: Name and four Digit Number from Diamond or Box: ___
- One Digit Number from Bottom of Diamond: ___
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

GDOT-523 (07/17)

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | County | Date Rec. by GDOT |
|---|---|---|---|
| GP220017771 | GA0670200 | GWINNETT | |

**Estimated Crash** — Date: 02/23/2022   Time: 18:57
**Dispatch** — Date: 02/23/2022   Time: 19:00
**Arrival** — Date: 02/23/2022   Time: 19:15
**Total Number of** — Vehicles: 3   Injuries: 1   Fatalities: 0
**Inside City Of:** ___

**Road of Occurrence:** I-85 NB
**At Its Intersection With:** LAWRENCEVILLE SUWANEE RD
☐ Corrected Report

**Not At Its Intersection But** ___ ☐ Miles ☒ Feet   ☐ North ☐ South   ☐ East ☐ West
**Of** ___
☐ Sup To Original

**Latitude (Y):** 34.025813    **Longitude (X):** -84.0532203
☐ Hit and Run

---

## Unit # 3

☒ Driver ☐ Ped ☐ Bike
**LAST NAME:** CHARANIA   **FIRST:** TASLIM   **MIDDLE:** AMIRALI
**Address:** 2136 WORRALL HILL DR NW
☐ Susp At Fault
**City:** DULUTH   **State:** GA   **Zip:** 30096   **DOB:** 12/29/1980
**Driver's License No.:** 053846714   **Class:** C   **State:** GA   **Country:** US
**Insurance Co.:** MID CENTURY   **Policy No.:** 192818874   **Telephone No.:** (678) 467-1101
**Year:** 2011   **Make:** Honda   **Model:** Odyssey (minivan)
**VIN:** 5FNRL5H95BB077059   **Vehicle Color:** Silver
**Tag #:** RLX8050   **State:** GA   **County:** GWINNETT   **Year:** 2022
**Trailer Tag #:** ___

☒ Same as Driver   **Owner's Last Name:** CHARANIA   **First:** TASLIM   **Middle:** AMIRALI
**Address:** 2136 WORRALL HILL DR
**City:** DULUTH   **State:** GA   **Zip:** 30096
**Removed By:** ___   ☐ Request ☒ List

**Alco Test:** No   **Type:** ___   **Results:** ___
**Drug Test:** No   **Type:** ___   **Results:** ___

**First Harmful Event:** 11   **Most Harmful Event:** 11   **Operator/Ped Cond:** 1
**Operator Contributing Factors:** 1
**Vehicle Contributing Factors:** 1   **Roadway Contributing Factors:** 10
**Direction of Travel:** 1   **Vehicle Maneuver:** 5   **Non-Motor Maneuver:** ___
**Vehicle Class:** 1   **Vehicle Type:** 1   **Vision Obscured:** 1
**Number of Occupants:** 2   **Area of Initial Contact:** 6   **Damage to Veh:** 4
**Traffic-Way Flow:** 3   **Road Comp:** 2   **Road Character:** 1
**Number of Lanes:** 6   **Posted Speed:** 70   **Work Zone:** 0
**Traffic Control:** 1   **Device Inoperative:** ☐ Yes ☒ No

**Citation Information:**
Citation # ___   O.C.G.A. § ___
Citation # ___   O.C.G.A. § ___
Citation # ___   O.C.G.A. § ___

---

## Unit # ___

☐ Driver ☐ Ped ☐ Bike
**LAST NAME:** ___   **FIRST:** ___   **MIDDLE:** ___
**Address:** ___
☐ Susp At Fault
(all fields blank)

---

### COMMERCIAL MOTOR VEHICLES ONLY

**Carrier Name:** ___
**Address:** ___   **City:** ___   **State:** ___   **Zip:** ___
**U.S. D.O.T. #:** ___   **No. of Axles:** ___   **G.V.W.R.:** ___
**Cargo Body Type:** ___   **Vehicle Config.:** ___   ☐ Interstate ☐ Intrastate   **Fed. Reportable:** ☐ Yes ☒ No
**C.D.L.?** ☐ Yes ☒ No   **C.D.L. Suspended?** ☐ Yes ☒ No
**Vehicle Placarded?** ☐ Yes ☐ No   **Hazardous Materials?** ☐ Yes ☒ No
**Haz Mat Released?** ☐ Yes ☒ No
If YES:   Name or four Digit Number from Diamond or Box: ___
One Digit Number from Bottom of Diamond: ___
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

(Right-side Unit section: all fields blank)

GDOT-523 (07/17)

## COLLISION FIELDS

| Manner of Collision: 3 | Location at Area of Impact: 7 | Weather: 1 | Surface Condition: 1 | Light Condition: 4 |

## NARRATIVE

D1 SAID HE WAS DRIVING NORTH DOWN I-85 APPROACHING LAWRENCEVILLE-SUWANEE RD EXIT, WHEN A TRACTOR TRAILER WAS DRIVING AGGRESSIVE BEHIND HIM. HE SAID HE MOVED OVER TO THE RIGHT LANE, AND DID NOT HAVE ENOUGH TIME TO PROPERLY BRAKE, AND REAR ENDED D2'S VEHICLE.

D2 SAID SHE WAS DRIVING STRAIGHT DOWN I-85 NB WHEN SHE WAS REAR ENDED BY D1, WHICH FORCED HER TO HIT D3'S REAR END.

## DIAGRAM

INDICATE NORTH

[Diagram: I-85 NB with lanes. THOMPSON, F.C. #2212, 02/25/2022, CASE #GP22001771]

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle: | Owner: |

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| | | | | | |

## OCCUPANT INFORMATION

**1**
Name (Last, First): VAZEMILLER, VICTOR
Address: 1310 SETTLES RD, SUWANEE, GA 30024
Age: 50 | Sex: M | Unit # 1 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2
Injured Taken To: | By: | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | Hospital Arrival Time (Fatality Only):

**2**
Name (Last, First): KOWSKI, RESI
Address: 315 PARIS DR NW, LAWRENCEVILLE, GA 30043
Age: 52 | Sex: F | Unit # 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 10 | Injury: 3 | Taken for Treatment: 2
Injured Taken To: NORTHSIDE GWINNETT H( | By: MED 20 | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time:

**3**
Name (Last, First): CHARANIA, TASLIM
Address: 2136 WORRALL HILL DR NW, DULUTH, GA 30096
Age: 41 | Sex: F | Unit # 3 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2
Injured Taken To: | By: | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time:

**4**
Name (Last, First): CHARANIA, ZAISHA
Address: 315 PARIS DR NW, LAWRENCEVILLE, GA 30043
Age: 9 | Sex: F | Unit # 3 | Position: 6 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment:
Injured Taken To: | By: | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time:

## ADMINISTRATIVE

Photos Taken: ☐ Yes  ☒ No   By:

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: Thompson, Fabian C | Agency: Gwinnett County Police Dep: | Report Date: | Checked By: Lake, Craig K | Date Checked: 02/24/2022 |

**SUPPLEMENT**
**GEORGIA MOTOR VEHICLE CRASH REPORT**

| Agency Case Number: GP220017771 | Estimated Crash Date: 02/23/2022 18:57 | Officer Name: Thompson, Fabian C |

**NARRATIVE CONTINUED**

D2 SUSTAINED INJURIES AND WAS TRANSPORTED TO NORTHSIDE GWINNETT HOSPITAL FOR INJURIES.

D3 SAID SHE WAS DRIVING STRAIGHT DOWN I-85 NB APPROACHING THE SUWANEE EXIT, WHEN SHE WAS REAR ENDED BY D2.

D1 WAS GIVEN A CITATION FOR FOLLOWING TOO CLOSE.

**ADDITIONAL CITATION INFORMATION**

Unit # ____:
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____

Unit # ____:
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____

**ADDITIONAL OCCUPANT INFORMATION**

| Name (Last, First): | | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time (Fatality Only): | | EMS Arrival Time (Fatality Only): | | Hospital Arrival Time (Fatality Only): | |

| Name (Last, First): | | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time (Fatality Only): | | EMS Arrival Time (Fatality Only): | | Hospital Arrival Time (Fatality Only): | |

| Name (Last, First): | | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time (Fatality Only): | | EMS Arrival Time (Fatality Only): | | Hospital Arrival Time (Fatality Only): | |

| Name (Last, First): | | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time (Fatality Only): | | EMS Arrival Time (Fatality Only): | | Hospital Arrival Time (Fatality Only): | |

| Name (Last, First): | | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time (Fatality Only): | | EMS Arrival Time (Fatality Only): | | Hospital Arrival Time (Fatality Only): | |

GDOT-523 SUPP (07/17)