IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TANISHA WARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CASE NO. |
| v. | * | |
| | * | |
| PAUL ADAM CAPPS, INGLES | * | _____ |
| MARKETS, INC., and ACE | * | |
| AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Defendants. | * | |
| | * | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (a), PAUL ADAM CAPPS, INGLES MARKETS, INC., and ACE AMERICAN INSURANCE COMPANY remove the above-captioned lawsuit from the State Court of Henry County, Georgia, Civil Action Number 2023000763, in which it is currently pending, to the United States District Court for the Northern District of Georgia, Atlanta Division. As grounds for removal of this lawsuit, Defendant states as follows:

1.    On April 20, 2023, Plaintiff Tanisha Ward ("Ward") filed a personal injury/negligence action (the Complaint) against PAUL ADAM CAPPS, INGLES MARKETS, INC., and ACE AMERICAN INSURANCE COMPANY in the State Court of Henry County, Georgia, Civil Action Number 2023000763 (the "State Court Action").

2.      Ingles Markets, Inc. was served with a copy of the Summons and Complaint in the State Court Action on May 9, 2023.

3.      Ace American Insurance Company was served with a copy of the Summons and Complaint in the State Court Action on May 2, 2023.

4.      Paul Capps was purportedly served through the Georgia Secretary of State on May 8, 2023.

5.      Pursuant to 28 U.S.C. § 1446(a) a copy of all process and pleadings in the Henry County State Court action (i.e., Summons and Complaint and Entry of Service) are attached hereto as follows:

a.      Summons and Complaint, attached as Exhibit "A";

b.      Entry of Service as to Ingles Markets, Inc., attached hereto as Exhibit "B";

c.      Affidavit of Service as to Ace American Insurance Company, attached hereto as Exhibit "C";

d.      Certificate of Acknowledgement by Georgia Secretary of State as to Defendant Capps, attached hereto as Exhibit "D".

6.      Ward's Complaint admits she is a citizen of Georgia.   See Composite Exh. A., Compl., ¶ 3.

7.      Taylor's Complaint alleges Ace American Insurance Company is and was at the time of Ward filing this lawsuit, a foreign insurance

Mabry & McClelland, LLP • Suite 1000, 2200 Century Parkway, N.E. • Atlanta, GA 30345 • 404-325-4800

company formed under the laws of and having its principal place of business in Pennsylvania.  See Exh. A., Compl., ¶ 8, Exh. E, Georgia Secretary of State Amended Annual Registration.

8.      Ward's Complaint alleges Capps is and was at the time of Taylor filing this lawsuit, an individual person residing and domiciled in South Carolina.  See Exh. A., Compl., ¶4.

9.      Ward's Complaint alleges Ingles is and was at the time of filing this lawsuit, a foreign for-profit corporation formed under the laws of and having its principal place of business in North Carolina.  See Exh. A., Compl., ¶6, Exh. F, Georgia Secretary of State Amended Annual Registration.

10.     Accordingly, there is complete diversity of citizenship between Plaintiff and the named Defendants.

11.     On February 13, 2023, the Plaintiff made a settlement demand in the amount of $5,000,000.00 and alleged that the Plaintiff had incurred in excess of $287,234.50 in medical expenses.

12.     Pursuant to 28 U.S.C. § 1332(a), the district courts shall have original jurisdiction of all civil actions where the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs, and is between (1) citizens of different States.

Mabry & McClelland, LLP • Suite 1000, 2200 Century Parkway, N.E. • Atlanta, GA 30345 • 404-325-4800

13.     This lawsuit is a civil action over which this Court has original jurisdiction under 28 U.S.C § 1332 and which may be removed to the Court under 28 U.S.C. §§ 1441 and 1446. This lawsuit is a civil action in which the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and is an action between citizens of different states.

14.     This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446 (b)(2)(B) as it is filed within 30 days of service of the Complaint.

15.     A copy of this Notice of Removal is being filed with the Clerk of the State Court of Clayton County and has been served upon Plaintiff Ward.

WHEREFORE, Defendants PAUL ADAM CAPPS, INGLES MARKETS, INC., and ACE AMERICAN INSURANCE COMPANY remove this lawsuit from the State Court of Henry County to this Court.


This 1st day of June, 2023.


**MABRY & McCLELLAND, LLP**

By: _____
        James W. Scarbrough
        Georgia Bar No. 628328
        Attorney for Defendants

Mabry & McClelland, LLP • Suite 1000, 2200 Century Parkway, N.E. • Atlanta, GA 30345 • 404-325-4800

## STATE COURT OF HENRY COUNTY
## STATE OF GEORGIA



**EXHIBIT A**

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA
**STSV2023000763**
SNK
APR 20, 2023 01:07 PM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER   STSV2023000763

Ward, Tanisha

_____

**PLAINTIFF**

                                    **VS.**

Ingles Markets, inc.
Ace American Insurance Company
Capps, Paul A

_____

**DEFENDANTS**

### SUMMONS

TO: INGLES MARKETS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Tarek Abdel-Aleem**
> **The Aleem Firm**
> **3284 Northside Parkway, NW,**
> **Suite 575**
> **Atlanta, Georgia 30027**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 20th day of April, 2023.**

                         Clerk of State Court

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

Second Original

EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA
**STSV2023000763**
SNK
APR 20, 2023 01:07 PM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

## IN THE STATE COURT OF HENRY COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **TANISHA WARD,** | ) |
| **Plaintiff,** | ) **CIVIL ACTION FILE NO.:** |
| | ) |
| **v.** | ) _____ |
| | ) |
| **PAUL ADAM CAPPS, INGLES MARKETS,** | ) **JURY TRIAL DEMANDED** |
| **INC., and ACE AMERICAN INSURANCE** | ) |
| **COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |

### COMPLAINT FOR DAMAGES

COMES NOW Tanisha Ward, Plaintiff in the above-styled action, and states as follows:

#### Introduction

1.

This is an action for personal injuries that Plaintiff sustained on or about October 24, 2022 in Henry County, GA as result of the negligent acts or omissions of Defendants.

#### Parties, Jurisdiction, and Venue

2.

Plaintiff incorporates the foregoing paragraphs of this Complaint as if the same were fully restated and set forth verbatim herein.

3.

Plaintiff Tanisha Ward is a resident of the State of Georgia. She subjects herself to the jurisdiction and venue of this Court.

4.

Defendant Paul Adam Capps (hereinafter "Capps") is domiciled in the State of South Carolina, resides at 1466 Highway 414, Travelers Rest, SC 29690, and may be served with a copy

1

of the summons and complaint in accordance with the provisions of the Georgia Nonresident Motorist Act, O.C.G.A. §§ 40-12-1 et. seq.

5.

Defendant Capps is subject to the jurisdiction and venue of this Court pursuant to the provisions of Georgia law including, but not limited to, O.C.G.A. §§ 40-12-1 et. Seq.

6.

Defendant Ingles Markets, Inc. (hereinafter "Ingles") is a foreign corporation that transacts business in Georgia and has its principal place of business in the State of North Carolina. It may be served through its registered agent Allan R. Ramsay, 38 Falls Road, Toccoa, GA 30577.

7.

Defendant Ingles maintains a place of business in Locust Grove, Henry County, Georgia. Said Defendant is subject to the jurisdiction and venue of this Court pursuant to O.C.G.A. § 14-2-510(b)(3).

8.

Defendant ACE American Insurance Company (hereinafter "ACE") is a foreign corporation that transacts business in Georgia and has its principal place of business in the State of Pennsylvania. It may be served through its registered agent CT Corporation System, 289 S. Culver St., Lawrenceville, GA 30046.

9.

Defendant ACE is subject to the jurisdiction and venue of this Court and may be joined in this action pursuant to O.C.G.A. § 40-1-112 and O.C.G.A. § 40-2-140.

**Background**

10.

2

Plaintiff incorporates the foregoing paragraphs of this Complaint as if the same were fully restated and set forth verbatim herein.

11.

On or about October 24, 2022 in Henry County, GA, Plaintiff was stopped at the intersection of Bill Gardener Parkway and Tanger Blvd/ Market Place Blvd. in the city of Locust Grove. Plaintiff sat in the left turn lane of Bill Gardener Parkway waiting to make a left turn to go north onto Market Place. Meanwhile, Defendant Capps drove a semi-truck north on Tanger Blvd.

12.

When Defendant Capps attempted to make a left turn from Tanger Blvd onto Bill Gardener Parkway westbound, he collided with Plaintiff's vehicle and caused injuries to her person.

13.

At all material times, Defendant Capps was an employee and/ or agent of Defendant Ingles and operated the semi-truck in the course and scope of said employment and/ or agency.

14.

Defendant Ingles is a commercial motor carrier, U.S. DOT No. 157855.

15.

Defendant ACE provided a liability insurance policy on behalf of Defendant Ingles. Said policy was in effect on October 24, 2022.

**Count I – Negligence of Defendant Capps**

16.

Plaintiff incorporates the foregoing paragraphs of this Complaint as if the same were fully restated and set forth verbatim herein.

17.

At all relevant times, Defendant Capps had a duty to operate said Defendant's vehicle in a safe and reasonable manner by, among other things, driving prudently, paying attention to other vehicles on the road, and making turns properly. Said duties were all owed to Plaintiff.

18.

Defendant Capps breached his duty by, among other things, operating said Defendant's vehicle in an unsafe and unreasonable manner, driving while distracted, and failing to keep a look out for Plaintiff's vehicle, and improperly executing a left turn.

19.

Defendant Capps drove in a negligent manner by failing to exercise due care in violation of, among other statutes, O.C.G.A. § 40-6-120. Said Defendant is thus liable for all of Plaintiffs' injuries under the legal doctrine of negligence *per se.*

20.

The negligence of Defendant Capps as aforesaid was the proximate cause of the collision and Plaintiff's resulting injuries.

**Count II – Imputed Liability (Against Defendant Ingles)**

21.

Plaintiff incorporates the foregoing paragraphs of this Complaint as if the same were fully restated and set forth verbatim herein.

22.

At the time of the subject collision, Defendant Capps was under dispatch for Defendant Ingles.

23.

At the time of the subject collision, Defendant Capps was operating his vehicle on behalf of Defendant Ingles.

4

24.

Defendant Ingles is an interstate or intrastate motor carrier, and pursuant to federal and state laws, is responsible for the actions of Defendant Capps with regard to the subject collision under the doctrines of respondeat superior, agency liability, vicarious liability, and/ or apparent agency liability.

### Count III – Negligent Hiring, Training, Retention, Supervision, and Entrustment (Against Defendant Ingles)

25.

Plaintiff incorporates the foregoing paragraphs of this Complaint as if the same were fully restated and set forth verbatim herein.

26.

Defendant Ingles was negligent in hiring Defendant Capps and entrusting him to drive a commercial motor vehicle.

27.

Defendant Ingles was negligent in failing to properly train Defendant Capps.

28.

Defendant Ingles was negligent in failing to properly supervise Defendant Capps.

29.

Defendant Ingles was negligent in failing to discharge Defendant Capps before the subject collision.

### Count IV — Direct Action (Against Defendant ACE)

30.

Plaintiff incorporates the foregoing paragraphs of this Complaint as if the same were fully restated and set forth verbatim herein.

31.

Defendant ACE is subject to a direct action as the insurer for Defendant Ingles pursuant to O.C.G.A. § 40-1-112(c) and O.C.G.A. § 40-2-140.

### 32.

Defendant ACE was the insurer of Defendant Ingles at the time of the subject incident and issued a liability policy to comply with the filing requirements under Georgia Law for interstate transportation.

### 33.

Defendant Ingles is subject to the filing requirements outlined in O.C.G.A. § 40-2-140, or its predecessor O.C.G.A. § 46-7-12.1.

### 34.

Defendant ACE is responsible for any judgment rendered against Defendant Ingles up to its policy limits of coverage.

**Count V - Damages**

### 35.

Plaintiffs incorporates the foregoing paragraphs of this Complaint as if the same were fully restated and set forth verbatim herein.

### 36.

Each of the forgoing acts and/ or omissions constitutes an independent act of negligence on the part of Defendants and one or more or all above stated acts were the proximate cause(s) of the injuries to Plaintiff. The Defendants are liable for Plaintiff's injuries sustained, pain and suffering, cost of treatment, and all other elements of damages allowed under law.

### 37.

Plaintiff's injuries and damages resulting from the collision were directly and proximately caused by the negligence of Defendants.

38.

Plaintiff was physically injured and has experienced physical and emotional pain and suffering as a direct and proximate result of the collision.

39.

As a result of Defendants' negligence, Plaintiff has incurred reasonable, necessary, and continuing medical expenses and will continue to incur expenses in the future, in amounts to be proven at trial.

40.

In the future, it is likely Plaintiff will continue to have physical injuries and experience physical and emotional pain and suffering as a direct and proximate result of the collision.

41.

In the future, it is likely Plaintiff will continue to need medical treatment as a direct and proximate result of the collision.

42.

Plaintiff Tanisha Ward is entitled to recover all compensatory, general, special, incidental, consequential, and/or other damages permissible under law, including, but not limited to:

(a) Personal injuries;

(b) Past, present and future pain and suffering;

(c) Disability;

(d) Disfigurement;

(e) Mental anguish;

(f) Loss of capacity for the enjoyment of life;

(g) Economic losses;

(h) Incidental expenses;

7

(i) Past, present and future medical expenses;

(j) Lost earnings;

(k) Loss of earning capacity;

(l) Permanent injuries; and

(m) Consequential damages to be proven at trial.

WHEREFORE, Plaintiff prays that she have a trial on all issues and judgment against Defendants as follows:

(a)     Process issue as provided by law;

(b)     A trial by jury against Defendants;

(c)     Judgment be awarded to Plaintiff and against Defendants;

(d)     That Plaintiff recover the full value of past and future medical expenses and past and future lost wages in amounts to be proven at trial;

(e)     That Plaintiff recover for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury; and

(f)     That Plaintiff recovers such other and further relief as is just and proper.

This 20th day of April, 2023.

Respectfully Submitted,

/s/ Tarek S. Abdel-Aleem
Tarek S. Abdel-Aleem
Georgia Bar No. 946317
*Attorney for Plaintiff*

**The Aleem Law Firm**
3284 Northside Pkwy, NW,
Ste 575
Atlanta, Georgia 30327
Tel: (404) 220-9178
Fax: (678) 941-9460
Tarek@aleemlaw.com

9

Print Form

SHERIFF'S ENTRY OF SERVICE

Civil Action No. STSV2023000763

**EXHIBIT B**

Superior Court ☐
State Court ☒
Juvenile Court ☐

EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

STSV2023000763
SNK

MAY 15, 2023 11:15 AM

Date Filed 04/20/2023

Georgia, HENRY COUNTY

Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

Tanisha Ward

Attorney's Address

Tarek Abdel-Aleem

3284 Northside Pkwy, NW, Ste 575

Atlanta, GA 30027

Plaintiff

VS.

Name and Address of Party to Served

Ingles Markets c/o Allan R. Ramsay

Paul A. Capps et. al.

38 Falls Road

Defendant

Taccoa, GA 30577

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ personally with a copy of the within action and summons.

☐

**NOTORIOUS**
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
Served the defendant _Ingles Markets_ _____ a corporation
by leaving a copy of the within action and summons with _Euline Johnson_ _____
In charge of the office and place of doing business of said Corporation in this County.

☒

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐

**NON EST**
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

☐

This _9_ day of _May_, 20_23_

DEPUTY

_Paul W Shiffer_

CLERK'S COPY

11.10

**EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000763**
SNK
MAY 04, 2023 11:03 AM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
State Court   Henry County, Georgia

## AFFIDAVIT OF SERVICE

**State of Georgia**                                   **County of Henry**

**EXHIBIT C**

Case Number: STSV2023000763

Plaintiff:
**TANISHA WARD**

vs.

Defendant:
**PAUL ADAM CAPPS, INGLES MARKETS, INC., and ACE AMERICAN INSURANCE COMPANY,**

Received by Atlanta Legal Services, Inc. on the 1st day of May, 2023 at 9:00 am to be served on **Ace American Insurance Company, c/o CT Corporation System, Registered Agent, 289 S. Culver Street, Lawrenceville, GA 30046**.

I, Eric West, being duly sworn, depose and say that on the **2nd day of May, 2023** at 11:56 am, I:

served **Ace American Insurance Company, c/o CT Corporation System, Registered Agent** by personally serving **Jane Richardson, Process Specialist** located at **289 S. Culver Street, Lawrenceville, GA 30046** with: **Summons and Complaint for Damages.**

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 220, Hair: Red, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 2nd day of
May, 2023 by the affiant who is personally known to me.

*Alexandria I.*
NOTARY PUBLIC

*Eric West*

**Eric West**
Process Server

**Atlanta Legal Services, Inc.**
3301 Buckeye Road Suite 303
Atlanta, GA 30341
(404) 876-8098

Our Job Serial Number: KGS-2023005793
Ref: 8794118



ALEXANDRIA INGRAM
COMMISSION EXPIRES
NOTARY
PUBLIC
FEBRUARY 15, 2027
DOUGLAS COUNTY, GEORGIA

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

Control Number : SOP-23103924

# STATE OF GEORGIA

## Secretary of State

**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

⊜ EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000763**
SNK

**MAY 10, 2023 10:15 AM**

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia



### CERTIFICATE OF ACKNOWLEDGEMENT

I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify under the seal of my office that copies of legal documents regarding service of process upon:

**Paul Adam Capps**

have been filed with the Secretary of State on 05/08/2023 pursuant to O.C.G.A. § 40-12-2 relating to the following matter:

Case: Tanisha Ward v. Paul Adam Capps
Court: State Court of Henry County
Civil Action No.: STSV2023000763

Witness my hand and official seal in the City of Atlanta and the State of Georgia on 05/10/2023.



*Brad Raffensperger*

Brad Raffensperger
Secretary of State

**SERVICE OF PROCESS**

*Electronically Filed*
Secretary of State
Filing Date: 5/8/2023 10:42:28 AM

| FILING INFORMATION | |
| --- | --- |
| Filing Type | : Service of Process |
| Control Number | : SOP-23103924 |

| DEFENDANT INFORMATION | |
| --- | --- |

The name of the business entity or individual (the "defendant") for which the Secretary of State is being served as statutory agent is as follows:

| | |
| --- | --- |
| Defendant Type | : Individual |
| Defendant's Name | : Paul Adam Capps |
| Defendant's Address Where Service Attempted and/or Forwarded | : 1466 Highway 414, Travelers Rest, SC, 29690, USA |

| STATUTORY AUTHORITY | |
| --- | --- |

Service is being made on the Secretary of State pursuant to the following O.C.G.A. section:

O.C.G.A. § 40-12-2

| CASE INFORMATION | |
| --- | --- |

The service of process filing relates to the following proceeding:

| | |
| --- | --- |
| Name of Plaintiff | : Tanisha Ward |
| Style of Proceeding | : Tanisha Ward v. Paul Adam Capps, Ingles Markets, Inc., and Ace American Insurance Company |
| Civil Action Number | : STSV2023000763 |
| Court | : State Court of Henry County |

| SERVICE OF PROCESS DOCUMENTS | |
| --- | --- |

See attached document(s).

| FILER's INFORMATION | |
| --- | --- |
| Filer Type | : Individual |
| Name | : Michael Ward |
| Address | : 3284 Northside Pkwy NW, Ste 575, Atlanta, GA, 30327, USA |

| AUTHORIZER INFORMATION | |
| --- | --- |
| Authorizer Name | : Michael T. McCulley |

# STATE OF GEORGIA
### Secretary of State
#### Corporations Division
#### 313 West Tower
#### 2 Martin Luther King, Jr. Dr.
#### Atlanta, Georgia 30334-1530



**Amended Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 2/17/2023 10:12:23 AM

---

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : ACE AMERICAN INSURANCE COMPANY |
| **CONTROL NUMBER** | : J718768 |
| **BUSINESS TYPE** | : Foreign Insurance Company |
| **FILING TYPE** | : Amended Annual Registration |

## CURRENT INFORMATION ON FILE FOR PRINCIPAL ADDRESS, REGISTERED AGENT, AND OFFICERS

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 436 WALNUT ST, PHILADELPHIA, PA, 19106, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Brandon Peene | CEO | 1133 Ave of the Americas, 41st Floor, New York, NY, 10036, USA |
| Drew Spitzer | CFO | 202 Halls Mill Road, Whitehouse Station, NJ, 08889, USA |
| JOHN J LUPICA | CEO | 202 Halls Mill Road, Whitehouse Station, NJ, 08889, USA |

## CHANGES TO THE ABOVE CURRENT INFORMATION ARE INDICATED BELOW

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 436 WALNUT ST, PHILADELPHIA, PA, 19106, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Brandon Peene | Secretary | 1133 Ave of the Americas, 41st Floor, New York, NY, 10036, USA |
| Drew Spitzer | CFO | 202 Halls Mill Road, Whitehouse Station, NJ, 08889, USA |
| JOHN J LUPICA | CEO | 202 Halls Mill Road, Whitehouse Station, NJ, 08889, USA |

**AUTHORIZER INFORMATION**

**AUTHORIZER SIGNATURE**      : MADELYN BALLESTEROS

**AUTHORIZER TITLE**      : Officer

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530



**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 3/13/2023 2:42:24 PM

| BUSINESS INFORMATION | |
|---|---|
| CONTROL NUMBER | H855699 |
| BUSINESS NAME | INGLES MARKETS, INCORPORATED |
| BUSINESS TYPE | Foreign Profit Corporation |
| EFFECTIVE DATE | 03/13/2023 |
| ANNUAL REGISTRATION PERIOD | 2023 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| ADDRESS | PO BOX 6676, Attn: Barb Arnold, ASHEVILLE, NC, 28816-6676, USA |

| REGISTERED AGENT | | |
|---|---|---|
| NAME | ADDRESS | COUNTY |
| RAMSAY, ALLAN R. | 38 FALLS ROAD, TOCCOA, GA, 30577, USA | Stephens |

| OFFICERS INFORMATION | | |
|---|---|---|
| NAME | TITLE | ADDRESS |
| Catherine Phillips | SECRETARY | PO BOX 6676, ASHEVILLE, NC, 28816, USA |
| James W. Lanning | CEO | PO Box 6676, Asheville, NC, 28816, USA |
| Patricia Jackson | CFO | PO BOX 6676, ASHEVILLE, NC, 28816, USA |

| AUTHORIZER INFORMATION | |
|---|---|
| AUTHORIZER SIGNATURE | Patricia Jackson |
| AUTHORIZER TITLE | Officer |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing pleading upon opposing counsel of record with the Clerk of Court by electronic service through the PACER system to the Georgia Northern District Court, by statutory electronic service via email, and/or by depositing said copy in the United States Mail in a properly addressed envelope with adequate postage affixed thereon to:

> Tarek S. Abdel-Aleem
> The Aleem Law Firm
> 3284 Northside Pkwy, NW, Suite 575
> Atlanta, GA 30327
> tarek@aleemlaw.com
>
> *Attorney for Plaintiff*

This 1st day of June, 2023.

**MABRY & McCLELLAND, LLP**

By: _____
     James W. Scarbrough
     Georgia Bar No. 628328
     Attorney for Defendants

Mabry & McClelland, LLP ● Suite 1000, 2200 Century Parkway, N.E. ● Atlanta, GA 30345 ● 404-325-4800