# EXHIBIT "B"



# Stewart Miller Simmons
## TRIAL ATTORNEYS

**Stewart Miller Simmons Trial Attorneys**
55 Ivan Allen Jr. Blvd NW Suite 700
Atlanta, GA 30308
404-LAW-FIRM /404-529-3476
www.SMStrial.com

October 17, 2022

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Northland Insurance
385 Washington Street
St. Paul, MN 55102

RE:  Our Client:    Quentin Bighon
     Your Insured:  Verosy Logistics & Chauncy Williams
     Date/Loss:     05/04/2021
     Claim No:      F3D5444

### 30 DAY TIME LIMIT DEMAND

Dear Sir/Madam:

As you are aware, we represent Quentin Bighon for a collision involving Chauncy Williams on May 4, 2021. This letter is being sent to you pursuant to O.C.G.A. §9-11-67.1 and is in the nature of a demand for purposes of compromise only.

### OUR CLIENT

Mr. Bighon is a pleasant 53 year old male. Mr. Scott suffered a **concussion with loss of consciousness, closed head injury with cerebral concussion, cognitive and affective dysfunction, post concussive syndrome, visual disturbances, dizziness, a cervical strain, a lumbosacral strain, post-traumatic stress disorder, phobia of driving, and muscle spasms** as a result of this collision. He has incurred **$72,980.98\*pending** in medical bills, not including pain and suffering, due to your insured's negligence. As more fully outlined below, Mr. Bighon continues to suffer from the injuries he sustained in this collision.

### CAUSE OF INJURY

On May 4, 2021, Mr. Bighon was traveling on Interstate 285 south near Exit 5A (Ben Hill-Campbellton Road Exit) in Atlanta, Georgia. Suddenly and without warning, your insured rear-ended Mr. Bighon's vehicle pushing him into the median wall, and then your insured continued impacting other vehicles causing significant damage and injuries.

### LIABILITY

*Family, Faith, Justice*

DM 10242022

Liability is based on negligence. After a police investigation, your insured was cited for following too closely. **As such, negligence will not be an issue for the jury. The only issue will be damages.**

## MEDICAL TREATMENT/FACILITIES

Immediately after the impact, Mr. Bighon was transported from the scene to Grady Memorial Hospital for head pain, neck pain, left chin pain and bilateral thigh pain. Mr. Bighon could not recall if he had a loss of consciousness. Under examination, Mr. Bighon was found to have pain within his cervical and trapezius muscles. X-rays of Mr. Bighon's pelvis and chest were ordered to rule out any fractures. Additionally, a CT Scan of Mr. Bighon's cervical spine was ordered to rule out any other pathology. He was diagnosed with cervical spine pain, musculoskeletal pain and provided with pain medication and muscle relaxants.

On May 26, 2021, Mr. Bighon sought counseling with Ray of Hope for his anxiety, phobia and depression caused by the accident. Mr. Bighon received four counseling sessions concluding on June 16, 2021.

Due to continued headaches and neck and back pain, Mr. Bighon was referred to Atlanta Neurological Associates for further medical attention on June 1, 2021. Mr. Bighon reported steady headaches radiating nto his neck and left retro-orbital and mastoid regions. He also reported bright flashes and spots in his left visual field with some blurring of vision. Under examination, Mr. Bighon was found to have tenderness and muscle spasms within his neck. He was diagnosed with closed head injury with cerebral concussion and continuing post-traumatic headaches and cognitive and affective dysfunction, a cervical strain, a lumbosacral strain and muscle spasms. Therefore, CT and MRI scans were ordered to rule out further pathology, and he was referred to physical therapy.

Mr. Bighon began his physical therapy with Emory Rehabilitation on June 21, 2021. Mr. Bighon continued his physical therapy over the next three months concluding on September 22, 2021 with gradual improvement; however, he continued to suffer with headaches.

On October 11, 2021, Mr. Bighon was evaluated at Shepard Center for his post-concussive symptoms. Unfortunately, Mr. Bighon continued to suffer from headaches, cognitive issues, short term memory loss, double vision, emotional distress and insomnia. Mr. Bighon was given cognitive testing, reaction time testing, and vestibular/oculomotor motor screening. Due to the positive findings, Mr. Bighon was referred to occupational therapy, physical therapy, and psychological counseling.

On October 13, 2021, Mr. Bighon returned again to Atlanta Neurological Associates after trying a few different medications attempting to resolve his headaches. Mr. Bighon reported that the medications were ineffective, and he continued to suffer from insomnia and irritability. Dr. Lewis agreed with the recommendations from the Shephard Concussion Center.

On December 17, 2022, at Mr. Bighon's therapy session with the Shepard Center, he reported he had to leave work early due to an extreme headache earlier in the week. Further, he continued having anxiety when driving on highways and interstates. Under examination, Mr. Bighon still produced positive results for increased dizziness, neck tension and pain behind his left eye (to which he continued to wait for the new glasses which had been ordered for him).

Mr. Bighon received therapy with the Shepard Center until December 27, 2021. On December 27, 2021, Mr. Bighon advised that therapy had improved his condition. He reported the medications amantadine and Elavil were helping him, but he started having vivid dreams. However, he felt that the

improvements to his cognitive skills out-weighed the negative effects. He was provided with a trigger point injection to his left trapezius to help reduce his upper back pain and muscle spasms. Lastly, he reported that the new glasses reduced his eye strain. Mr. Bighon continues to have intermittent muscle spasms and headaches. Although Mr. Bighon has attempted to return to his normal daily activities, his life has forever been changed by the physical and mental impact of this collision.

**EXHIBITS**

| | | | |
|---|---|---|---|
| Exhibit A | Property damage photos | | |
| Exhibit B | Copy of police report | | |
| Exhibit C | Grady Memorial Hospital | 05/05/2021 | $11,921.00 |
| Exhibit D | Emory Medical Care Foundation | 05/05/2021 | $740.00 |
| Exhibit E | EMS | 05/05/2021 | $Pending |
| Exhibit F | Summit Urgent Care | 05/13/2021 | $200.00 |
| Exhibit G | Atlanta Neurological Associates | 06/01/21-02/07/22 | $1,119.99 |
| Exhibit H | Emory Rehab | 06/21/21-09/22/21 | $7,621.99 |
| Exhibit I | Shepard's Concussion Center | 10/11/21-12/27/21 | $21,929.00 |
| Exhibit J | Outpatient Imaging | 05/10/21 | $2,695.00 |
| Exhibit K | Abbott Herschel Lee III, LPC | 05/26/21-06/16/21 | $670.00 |
| Exhibit L | Vision Care & Therapy | | $400.00 |
| Exhibit M | Lost wages – UPS | | $17,584.00 |
| Exhibit N | Lost wages - Trustee E-Board | | $9,100.00 |

**Total Special Damages**                                                                 **$72,980.98\*pending**

**30 DAY TIME LIMIT DEMAND FOR $1,000,000.00**

My client demands the sum of **$1,000,000.00** to settle this claim. Payment shall occur no more than 10 days after the case settles, as per O.C.G.A. §9-11-67.1(g). The following additional conditions apply to any settlement negotiations that ever take place concerning this claim, even if the case goes into litigation and negotiations occur with an attorney or anyone representing any potential Defendant:

1. Your named insured and the insured driver/tortfeasor will be released, but we do not release "all other persons, firms, corporations, etc.", nor do we allow similar language in releases;
2. We will release your company, but not unrelated companies;
3. All bodily injury claims arising out of the incident at issue described above will be released, but not diminution in value or property damage claims;
4. Payment shall be made out to our client referenced herein and Stewart Miler Simmons Trial Attorneys LLC only, and the settlement funds must be sent to us within 10 days of the settlement date;
5. Payment will be in the form of one check for the entire settlement amount made out as noted in number 4 above, and we alone will handle all lien and reimbursement issues;
6. Only the client referenced herein shall be on the release as a required signatory and releasing party;
7. Indemnity may be for medical/healthcare liens only, and indemnity will not be provided for any attorney's fees or expenses of litigation;
8. As an attorney and not a party, I do not sign releases;
9. We must be in receipt of the settlement funds before any release will be executed; and

10. We do not allow waiver of property exemptions in releases, nor do we allow for a confidentiality clause in any release. Also, the release must not contain any language stating in any fashion that my client has been fully and completely compensated as my client has not been.

Enclosed please find medical records and bills which document this claim. We expect to hear from you within 30 days from the date of receipt of this demand by you or your company, as required by this letter and the applicable statute. **If you have any questions regarding this case, please, contact my paralegal, Jeanine Cho at (404)328-7574 or** jcho@smstrial.com.

Sincerely,

Madeleine Simmons, Esq.

MNS/jmc
Enclosures