# EXHIBIT "C"

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| QUENTIN BIGHON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 23EV002573 |
| | ) |
| | ) |
| CHAUNCY WILLIAMS, VERSORY | ) |
| LOGISTICS, INC., and NORTHLAND | ) |
| INSURANCE COMPANY | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

TO:   CLERK, State Court of Fulton County, Georgia

Notice is hereby given that defendants Chauncy Williams, Versory Logistics, Inc., and Northland Insurance Company have filed in the United States District Court for the Northern District of Georgia, Atlanta Division, a notice of removal of this action to the United States District Court in accordance with the provisions of 28 U.S.C. § 1441.  A copy of said notice is attached hereto as Exhibit 1.

Respectfully submitted this 1st day of June, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/Lauren P. Kamensky*

_____

Calvin P. Yaeger
Georgia Bar No. 797952
Lauren P. Kamensky
Georgia Bar No. 937929
*Attorneys for defendants*

1420 Peachtree Street, NE.
Atlanta, GA  30309-3231
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
calvin.yaeger@swiftcurrie.com
lauren.kamensky@swiftcurrie.com

**CERTIFICATE OF SERVICE**

      Undersigned counsel hereby certifies that she has filed the foregoing *Defendants' Notice of Filing Notice of Removal to Federal Court* with the Clerk of Court using Odyssey E-file and Serve which will send email notification of said filing to all counsel of record.

      This 1st day of June, 2023.

                                          SWIFT, CURRIE, McGHEE & HIERS, LLP

                                          */s/Lauren P. Kamensky*
                                          _____
                                          Calvin P. Yaeger
                                          Georgia Bar No. 797952
                                          Lauren P. Kamensky
                                          Georgia Bar No. 937929
                                          *Attorneys for defendants*

1420 Peachtree Street, NE.
Atlanta, GA  30309-3231
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
calvin.yaeger@swiftcurrie.com
lauren.kamensky@swiftcurrie.com