# EXHIBIT C



US007474667B2

# (12) United States Patent
## Kreiner et al.

(10) Patent No.: **US 7,474,667 B2**
(45) Date of Patent: **Jan. 6, 2009**

(54) **MULTI-PATH GATEWAY COMMUNICATIONS DEVICE**

(75) Inventors: **Barrett Morris Kreiner**, Norcross, GA (US); **Donna K. Hodges**, Cumming, GA (US); **Jonathan M. Peterson**, Atlanta, GA (US)

(73) Assignee: **AT&T Intellectual Property I, L.P.**, Reno, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/879,576**

(22) Filed: **Jul. 18, 2007**

(65) **Prior Publication Data**

US 2007/0263645 A1    Nov. 15, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 10/306,848, filed on Nov. 27, 2002, now Pat. No. 7,263,102.

(51) Int. Cl.
*H04L 12/28* (2006.01)
*H04M 7/00* (2006.01)
*G06F 15/16* (2006.01)

(52) U.S. Cl. .................. **370/401**; 370/389; 370/402; 370/463; 379/219; 709/224

(58) Field of Classification Search ................. 370/338, 370/351, 389, 401, 402, 329, 342, 392, 410, 370/411, 428, 313; 455/462, 466; 725/77; 709/203, 218, 230, 238; 719/317; 379/265.09, 379/219

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,418,628 A | 5/1995 | Perkins | |
| 5,602,843 A * | 2/1997 | Gray | ...................... 370/338 |
| 5,924,074 A | 7/1999 | Evans | |
| 6,052,442 A | 4/2000 | Cooper et al. | |
| 6,305,007 B1 | 10/2001 | Mintz | |
| 6,810,429 B1 | 10/2004 | Walsh et al. | |
| 7,117,246 B2 | 10/2006 | Christenson et al. | |
| 7,224,698 B2 * | 5/2007 | Kreiner et al. | ................ 370/401 |
| 2002/0055917 A1 | 5/2002 | Muraca | |
| 2002/0188689 A1 | 12/2002 | Chung | |
| 2004/0059598 A1 | 3/2004 | Wellons et al. | |
| 2004/0060056 A1 * | 3/2004 | Wellons et al. | ................ 719/317 |

* cited by examiner

*Primary Examiner*—Afsar M. Qureshi
(74) *Attorney, Agent, or Firm*—Scott P. Zimmerman, PLLC

(57) **ABSTRACT**

Methods, systems, and apparatuses are disclosed for enabling a virtual personalized network. Communications are established with a personal digital gateway to control access, sharing, security, and/or management of up-to-date personalized data exchanged between or among a plurality of associated communications devices and/or communications networks. The associated communications devices are owned, operated, and/or accessed by a common user.

**20 Claims, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

US 7,474,667 B2

| 1 | 2 |

# MULTI-PATH GATEWAY COMMUNICATIONS DEVICE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 10/306,848, filed Nov. 27, 2002 and entitled "Multi-Path Gateway Communications Device", now issued as U.S. Pat. No. 7,263,102, which is incorporated herein by reference in its entirety.

This application relates to U.S. application Ser. No. 10/306,504, filed Nov. 27, 2002 and entitled "Personal Digital Gateway", now issued as U.S. Pat. No. 7,379,464, which is incorporated herein by reference in its entirety.

This application also relates to U.S. application Ser. No. 10/306,690, filed Nov. 27, 2002 and entitled "Edge Side Assembler", now issued as U.S. Pat. No. 7,224,698, and incorporated herein by reference in its entirety.

## NOTICE OF COPYRIGHT PROTECTION

A portion of the disclosure of this patent document and its figures contain material subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, but otherwise reserves all copyrights whatsoever.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention generally relates to computer systems, communications, and communication devices. More particularly, this invention is directed to methods and systems for a personal digital gateway that communicates with a linked communications device to automatically provide customized presentation, selection, and management of programs and/or data to the linked communications device.

2. Description of the Related Art

Electronic communications has experienced explosive growth, and more growth is planned as access increases and communications devices improve. This explosive growth is revolutionizing how people manage data shared among numerous communications devices. Each week, hundreds, if not thousands or more, of electronic documents, facsimiles, emails, and other proprietary data may be generated by or provided to a user (e.g., owner or operator of the communications device). The user may desire to have this data available on multiple communications devices, such as, for example, the user's personal digital assistant (PDA), the user's home personal computer (PC), the user's office PC, and the user's wireless telephone. Typically, each of these communications devices is customized in terms of software, hardware, and network configuration. For example, the wireless telephone and the home PC have different software applications, data processing, storage, management, and communications systems.

One of the biggest barriers to managing multiple communications devices is creating, accessing, and maintaining up-to-date personalized information. This personalized information can be exchanged or otherwise shared with each of the user's communications devices. For example, if the user wants to share contact information (e.g., name, phone numbers, addresses, etc.) between the wireless telephone and the home PC, then the user typically must enter this information twice—once on the wireless telephone and once on the home PC. If the user updates the contact information for his/her home PC, then this updated information is not communicated to the wireless phone and the user must update the wireless phone separately. Another barrier is providing this up-to-date personalized information in a standardized or otherwise compatible data format, depending on functionality limitations of the communications device, so that each of the communications devices has efficient and effective access to the information. For example, conventional wireless phones have limited functionality compared with the home PC. Typically, wireless telephones provide limited contact information, such as a telephone listing by name rather than full address books and/or calendars. Additionally, conventional wireless telephones are unable to run application/software packages and may have limited capabilities for transmitting, receiving, and displaying video data.

In addition to the above challenges, some communications devices of the user also set forth a variety of login identifications and/or passwords in order to provide privacy, authorization, and/or security for the communications device and/or the connected communications networks. For example, the wireless phone may have a security identifier that activates service over the wireless network. In addition, the wireless phone may have another security identifier that accesses a voice messaging service. Typically, these identifiers are created and managed by the user. However, in some instance, such as accessing the user's office PC, the user may not have control over creating and managing identifiers and passwords.

The above discussion illustrates how the sharing of up-to-date personalized information among various communications devices is creating a new foundation for a virtual personalized network setting. With this emerging virtual personalized network setting, what is needed is a personalized digital gateway that builds communications infrastructures to support and capitalize on the different communications devices of the user to provide up-to-date personalized information. Accordingly, personal digital gateway (PDG) information systems and components are needed that enable multiple communications devices to share, transfer, and/or access standardized or otherwise compatible up-to-date personalized information. Additionally, personal digital gateway systems and components are needed to customize presentation of the standardized up-to-date personalized information based on the functionalities of each communications device. Further, a need exists to improve notification, access, and management of the personalized information without investing millions of dollars in computer equipment, in networking infrastructures, in maintenance, and in training while also complying with security, authentication, and/or privacy requirements.

## BRIEF SUMMARY OF THE INVENTION

The aforementioned problems and others are reduced by a personal digital gateway (PDG). This PDG provides an interface between different communications devices, networks, and systems and, thereby, provides universal access to and management of personalized information across a variety of communications devices. The PDG comprises systems and methods that leverage the assets of a connected communications device and associated networks to facilitate improved access, sharing, notification, security, and/or management of data exchanged between or among different communications devices of a user. Some advantages of the PDG include increased ability of each connected communications device to flexibly manage and categorize data that is exchanged with other communications devices, provide access to up-to-date

US 7,474,667 B2

| 3 | 4 |

data (including user preferences, passwords, and messages), and utilize a virtual personalized network to manage communications with connected networks, such as a public data network (e.g., Internet).

An embodiment of this invention describes a personal digital gateway that may include a database of rule-based profiles for communicating data between the personal digital gateway and a selected communications device, a processor for associating the rule-based profile with the selected communications device, and a communications interface between the personal digital gateway and the selected communications device. Additionally, the personal digital gateway may include a server or a server application for selecting a personal digital gateway rule-based profile from the database. Typically, the selected communications device is a wireless communications device, a mobile phone, a wireless phone, a WAP phone, an IP phone, a satellite phone, a computer, a modem, a pager, a digital music device, a digital recording device, a personal digital assistant, an interactive television, a digital signal processor, and/or a Global Positioning System device. Additionally, the selected communications device may include a bar code reader, digital read-out equipment, and programmable appliances (e.g., ovens, answering machines, alarm systems, etc.). In further embodiments, the personal digital gateway may include at least one input/output port, a display, an audio subsystem, and/or a power source.

Another embodiment describes a personal digital gateway that accesses, integrates, and configures data communicated between the personal digital gateway and a selected communications device. The personal digital gateway may include an input/output processor, a communications interface, a memory device, a rule-based application dataserver, and a processor. The input/output processor allows input and output of the data with the personal digital gateway. The input/output processor further operates with the communications interface to allow wired and/or wireless communications with the selected communications device. For example, a wired communications device may connect with the personal digital gateway via a cable connected to a serial or parallel port and a wireless communications device may transceive signals, such as the Industrial, Scientific, and Medical (ISM) Band frequencies, such as, 2.4-2.5 GHz and 300-428,000 GHz for infrared transmission, cellular telephone frequencies, such as, 806-960 MHz, 1710-1855 MHz, and 2500-2690 MHz, paging frequencies, and any other frequency in the electromagnetic spectrum. Additionally, the personal digital gateway may include an audio/video recorder, an audio/video player, and a biometric sensor. Still in a further embodiment, the personal digital gateway includes an edge side assembler application for accessing, integrating, and converting the data to a format presentable to the selected communications device.

In the above embodiment, a rule-based engine categorizes the data as: (1) data associated with an access agent, (2) data associated with a configuration agent, (3) data associated with a security agent, and (4) data associated with a management agent. For example, data associated with the configuration agent may include information about hardware, software, and network configuration (including user preferences) of the selected communications device. In a preferred embodiment, a rule-based application dataserver and associated rule-based profiles are used to run the rule-based engine. The rule-based application dataserver allows the user to control access, sharing, notification, security, and/or management of the data exchanged with the selected communications device via a PDG rule-based profile associated with the above categories. In an embodiment, the rule-based application dataserver may be provided by the personal digital gateway. In other embodiments, the rule-based application dataserver may be associated with the selected communications device and/or network equipment of the selected communications device. For example, a telecommunications service provider could provide access to a remote rule-based dataserver associated with the personal digital gateway via a modem connection with a personal computer. Thus, the user could remotely manage the data shared across numerous communications devices.

BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

The above and other embodiments, objects, uses, advantages, and novel features of this invention are more clearly understood by reference to the following description taken in connection with the accompanying figures, wherein:

FIG. 1 is a block diagram showing of an exemplary Personal Digital Gateway (PDG) according to an embodiment of this invention;

FIG. 2 is a schematic showing an exemplary operating environment for a PDG according to an embodiment of this invention;

FIG. 3 is a functional block diagram showing an exemplary PDG connected with a communications device and associated network according to an embodiment of this invention;

FIG. 4 is a schematic showing an exemplary configuration of the data flow through a PDG, a connected communications device, and/or a connected network according to an embodiment of this invention;

FIG. 5 is a flow diagram illustrating the flow of data through a PDG, a connected communications device, and a network according to an embodiment of this invention;

FIG. 6 is a schematic showing an exemplary embodiment of a PDG, a plurality of communications devices, and at least one network communicating data according to an embodiment of this invention;

FIG. 7 is a schematic showing another exemplary embodiment of a PDG, a plurality of communications devices, and at least one network communicating data according to an embodiment of this invention; and

FIG. 8 is a block diagram of another exemplary PDG according to an embodiment of this invention.

DETAILED DESCRIPTION OF THE INVENTION

This invention now will be described more fully hereinafter with reference to the accompanying drawings, in which exemplary embodiments are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein; rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those of ordinary skill in the art. Moreover, all statements herein reciting embodiments of the invention, as well as specific examples thereof, are intended to encompass both structural and functional equivalents thereof. Additionally, it is intended that such equivalents include both currently known equivalents as well as equivalents developed in the future (i.e., any elements developed that perform the same function, regardless of structure).

Thus, for example, it will be appreciated by those of ordinary skill in the art that the diagrams, schematics, flowcharts, and the like represent conceptual views or processes illustrating systems and methods embodying this invention. The functions of the various elements shown in the figures may be provided through the use of dedicated hardware as well as

US 7,474,667 B2

| 5 | 6 |

hardware capable of executing associated software. Similarly, any switches shown in the figures are conceptual only. Their function may be carried out through the operation of program logic, through dedicated logic, through the interaction of program control and dedicated logic, or even manually, the particular technique being selectable by the entity implementing this invention. Those of ordinary skill in the art further understand that the exemplary hardware, software, processes, methods, and/or operating systems described herein are for illustrative purposes and, thus, are not intended to be limited to any particular named manufacturer.

A personal digital gateway is a device that interfaces different communications devices, connected networks, and/or systems. The purpose of the personal digital gateway is to efficiently automate configuration and routing of data to different communications devices of a common user and to effectively manage this data and the different communications devices. The personal digital gateway leverages the assets of the connected communications device(s) in terms optimally using the connected software, hardware, equipment, networks, and/or other information technology assets. For example, the user's office PC may have a local and/or a wide area network that utilizes Ethernet, dedicated private lines, Frame Relay, ISDN, ATM, ADSL, and the like to provide a high speed connection to a data network, such as the Internet, Intranet, and/or Extranet. Some advantages of the PDG include increased ability of each connected communications device to flexibly manage and categorize data that is exchanged with other communications devices, provide access to up-to-date data (including user preferences, passwords, and messages), and utilize a virtual personalized network to manage communications with connected networks, such as the Internet.

As used herein, the term "communications device" includes wired and wireless communications devices, such as a mobile phone, a wireless phone, a Wireless Access Protocol (WAP) phone, a satellite phone a computer, a modem, a pager, a digital music device, a digital recording device, a personal digital assistant, an interactive television, a digital signal processor, and/or a Global Positioning System device. Additionally, the term "communications device" may include a bar code reader, digital read-out equipment, and/or programmable appliances (e.g., ovens, refrigerators, washers, and other appliances, answering machines, alarm systems, etc.). Further, as used herein, the term "data" includes electronic information, such as, for example facsimile, electronic mail (e-mail), text, video, audio, and/or voice in a variety of formats, such as dual tone multi-frequency, digital, analog, and/or others. Additionally, the data may include: (1) executable programs, such as a software application, (2) an address, location, and/or other identifier of the storage location for the data, (3) integrated or otherwise combined files, such as a grouping of emails associated with the user's personal Internet Service Provider and with the user's business electronic messaging system, and/or (4) profiles associated with configuration, authenticity, security, and others. In various embodiments, the data may be stored by the PDG, a peripheral storage device connected to the PDG, the selected communications device, a network connected with the selected communication device, and/or other connected networks. Thus, the PDG provides a virtual personalized network of universal data controlled by the user.

Referring now to the figures, FIG. 1 is a block diagram showing a PDG Management Module 110 residing in a personal digital gateway 100. The PDG Management Module 110 operates within a system memory device. The PDG Management Module 110, for example, is shown residing in a memory subsystem 12. The PDG Management Module 110, however, could also reside in flash memory 14 and/or in a peripheral storage device, such as storage device 40 associated with a PDG rule-based dataserver 42. The personal digital gateway 100 also has one or more central processors 20 executing an operating system. The operating system, as is well known, has a set of instructions that control the internal functions of the personal digital gateway 100. A system bus 22 communicates signals, such as data signals, control signals, and address signals, between the central processors 20 and a system controller 24 (typically called a "Northbridge"). The system controller 24 provides a bridging function between the one or more central processors 20, a graphics subsystem 26, the memory subsystem 12, and a PCI (Peripheral Controller Interface) bus 28. The PCI bus 28 is controlled by a Peripheral Bus Controller 30. The Peripheral Bus Controller 30 (typically called a "Southbridge") is an integrated circuit that serves as an input/output hub for various peripheral ports. These peripheral ports could include, for example, a keyboard port 32, a mouse port 34, a serial port 36 and/or a parallel port 38. Additionally, these peripheral ports would allow the personal digital gateway to communicate with a variety of communications devices through ports 54 (such as SCSI or Ethernet), Wireless Transceiver 52 (using the IEEE Wireless standard 802.11 and Infrared), and Wired Comm Device Port 50 (such as modem V90+ and compact flash slots). The Peripheral Bus Controller 30 could also include an audio subsystem 35. Additionally, the personal digital gateway may include a network server 44 operating with a network browser 46. The network server 44 and the network browser 46 may be stand alone components or they may be integrated into the PDG dataserver 42. Still further, the personal digital gateway 100 may include a power source 60, such as a rechargeable battery to provide power and allow the personal digital gateway 100 to be portable.

The processor 20 is typically a microprocessor. Advanced Micro Devices, Inc., for example, manufactures a full line of microprocessors, such as the ATHLON™ (ATHLON™ is a trademark of Advanced Micro Devices, Inc., One AMD Place, P.O. Box 3453, Sunnyvale, Calif. 94088-3453, 408.732.2400, 800.538.8450, www.amd.com). Sun Microsystems also designs and manufactures microprocessors (Sun Microsystems, Inc., 901 San Antonio Road, Palo Alto Calif. 94303, www.sun.com). The Intel Corporation manufactures microprocessors (Intel Corporation, 2200 Mission College Blvd., Santa Clara, Calif. 95052-8119, 408.765.8080, www.intel.com). Other manufacturers also offer microprocessors. Such other manufacturers include Motorola, Inc. (1303 East Algonquin Road, P.O. Box A3309 Schaumburg, Ill. 60196, www.Motorola.com), International Business Machines Corp. (New Orchard Road, Armonk, N.Y. 10504, (914) 499-1900, www.ibm.com), and Transmeta Corp. (3940 Freedom Circle, Santa Clara, Calif. 95054, www.transmeta.com).

The preferred operating system is a LINUX® or a RED HAT® LINUX-based system (LINUX® is a registered trademark of Linus Torvalds and RED HAT® is a registered trademark of Red Hat, Inc., Research Triangle Park, N.C., 1-888-733-4281, www.redhat.com). Other operating systems, however, may be suitable. Such other operating systems would include a UNIX®-based system (UNIX® is a registered trademark of The Open Group, 44 Montgomery Street, Suite 960, San Francisco, Calif. 94104, 415.374.8280, www.opengroup.org). and Mac® OS (Mac® is a registered trademark of Apple Computer, Inc., 1 Infinite Loop, Cupertino, Calif. 95014, 408.996.1010, www.apple.com). Another operating system would include DOS-based systems. WIN-

US 7,474,667 B2

| 7 | 8 |

DOWS® and WINDOWS NT® are common examples of DOS-based systems (WINDOWS® and WINDOWS NT® are registered trademarks of Microsoft Corporation, One Microsoft Way, Redmond Wash. 98052-6399, 425.882.8080, www.Microsoft.com).

The system memory device (shown as memory subsystem 12, flash memory 14, or peripheral storage device 40) may also contain one or more application programs. For example, an application program may cooperate with the operating system and with a video display unit (via the serial port 36 and/or the parallel port 38) to provide a Graphical User Interface (GUI) for the PDG Management Module 110. The GUI typically includes a combination of signals communicated along the keyboard port 32 and the mouse port 34. The GUI provides a convenient visual and/or audible interface with the user of the personal digital gateway 100. As is apparent to those of ordinary skill in the art, the selection and arrangement of the PDG Management Module 110 may be programmed over a variety of alternate mediums, such as, for example, a voice-activated menu prompt.

FIG. 2 is an exemplary operating environment that illustrates the personal digital gateway 100 communicating with a communications device 150 and with a network 160. The communications device 150 and the network 160 may also communicate with each other (e.g., Office PC shown as reference numeral 603 and shared, interconnected network 670 of FIG. 6). FIG. 3 shows another exemplary operating environment with additional details of how the user may interact with a User Interface 302 to select a PDG Rule-Based Profile 304 and/or the data 306 to communicate with the communications device 150 and/or network 160. A router 310 of the personal digital gateway 100 chooses a communications path 312 and an Edge Side Assembler 314 accesses, integrates, and configures the data 306 (including remote data that is stored within the communications device 150 and/or network 160) to communicate with the communications device 150 (or, alternatively, with the personal digital gateway 100). While FIG. 3 shows the personal digital gateway 100 comprising the User Interface 302, the PDG Rule-Based Profile 304, the data 306, the router 310, the communications path analyzer 312, and the Edge Side Assembler 314, each may be separate components. The router 310, for example, may be a stand-alone component communicating with the other components.

The PDG Management Module 110 of the personal digital gateway 100 allows a user to manage protocol transfer across a variety of communications devices and networks and to manage communications of mobile data associated with the personal digital gateway 100. For example, PDG Management Module 110 allows: (1) the user to customize one or more PDG rule-based profiles 304 of a rule-based application dataserver (shown as reference numeral 42 in FIG. 1) including a configuration agent (e.g., MyCommController), a security agent (e.g., MyCredentials), an access agent (e.g., MyProfile), a management agent (e.g., MyPDGTools), and data associated with the common user (e.g., MyMobileInfo); (2) the user to customize presentation, features, and/or management of communications between the personal digital gateway 100 and the communications device 150; and (3) the user to manage network connection(s) of the personal digital gateway 100 and/or the communications device 150. For example, the user may select a configuration agent (MyCommController) having a list of communications devices (e.g., personal digital assistant, mobile phone, home PC, office PC, MP3 player, etc.) and add to, delete from, and/or modify the configuration profile of the communications device, such as, connectivity parameters and device functionality parameters (e.g., capability to present audio or video and capability to run portable applications). This information is stored with the PDG Rule-Based Profile 304 of the connected communications device 150 and may act as a trigger for routing, configuring, and formatting communications including data 306 associated with the rule-based application dataserver 42. The PDG Management Module 110 also allows the user to customize features, such as data handling options. For example, the PDG Management Module 110 may split a display screen of the selected communications device (and/or personal digital gateway 100) into two viewing areas and present the management controls (e.g., access agent, security agent, etc.) in one portion and present the data that has been or that might be integrated for communications between the personal digital gateway 100 and the connected communications device 150 in the other portion. Further, the PDG Management Module 110 may allow the user to control whether to accept, decline, or postpone integration of the data with the connected communications device 150, or alternatively, may be set to automatically accept, decline, or postpone integration depending on rules contained in the PDG rule-based profile 304. Still further, the PDG Management Module 110 of the personal digital gateway 100 allows a user to control additional processing of the data, such as editing the data, copying the data, deleting the data, associating the data with remote data, links, and otherwise related data linking the data, storing the data, administering the data, compressing the data, and uncompressing the data (via MyPDGTools) and encrypting/decrypting the data (via MyCredentials). Finally, the PDG Management Module 110 of the personal digital gateway 100 may provide a network address, such as an IP address or the like, of the connected communications device 150 so that a connected network 160, such as a telecommunications network and/or a data network, can communicate the data (e.g., remote data and/or linked data) and, thus integrate telephony events and data network events with the user's connected communications device 150.

The PDG Rule-Based DataServer Application 42 (also referred to herein as the "PDG DataServer") functions as an intelligent server, database, and processor that is dedicated to managing personal digital gateway activity including communications with the connected communications device 150 and/or the connected network 160. The PDG DataServer 42 stores one or more PDG Rule-Based Profiles 304 that include data and/or applications associated with various agents, including MyCommController, MyCredentials, MyProfile, MyPDGTools, and/or a troubleshooting agent. For example, MyCredentials may contain a variety of fields and/or files associated with at least one of the following: login information associated with the user, password associated with the user, telephone number and/or Service Node of the user, TCP/IP address of the user, other addresses and passwords associated with a communications device and/or network of the user, and encryption/decryption tools. Still another example includes MyCommController that may contain a variety of fields and/or files associated with presentation formats for various communications devices and other information associated with the communications signal, size, and content of data, display of a GUI (e.g., color, font, placement of PDG Management Module 110 on screen, etc.), and other selections related to PDG management, such as routing and troubleshooting problems or error messages.

In an embodiment, the PDG Rule-Based Profile 304 contains a MyMobileInfo database including links or address of remote data and linked data, thereby providing a mobile virtual database. The MyMobileInfo may also contain rules associated with and databases for (1) file storage of mobile data (i.e., MyFiles), (2) file storage backup (i.e., MyBackup-

Gateway), (3) personal journal storage (i.e., MyJournal), (4) bookmarks, cookies, caches, and other networked links (i.e., MyBookmarks), (5) copy and paste features (i.e., MyClipboard), (6) personal profiles and preferences, such groupings, categories, timing sequences to automatically refresh linked sites, etc. (i.e., MyProfile), and (7) identification, authentication, and security credentials for associated communications devices, such as username, password, etc. (i.e., data associated with MyCredentials).

Additionally, the PDG Rule-Based Profile **304** may contain information from other engines. For example, MyCommController engine provides rules and databases for creating, accessing, and/or otherwise managing communications with associated communications devices that can be connected with the personal digital gateway **100**. MyCommController maintains information about each communications device, such as communications medium (e.g., via Infrared connection, USB connection, the family of IEEE 802.11 standards, etc.) and network routing. For example, network routing provides a virtual private router that tunnels the user's network access to any communications device connected with the personal digital gateway **100**. Still further, the PDG Management Module **110** may contain another engine, MyPersonalContentDistributor, that provides rules and databases for creating, sharing, and/or otherwise managing data that can be distributed through the connected communications device **150** and/or the network **160**. For example, in an embodiment, when data associated with a work file co-authored with other individuals is updated, a mail message with the attached updated file is generated and sent to co-authors. The user may confirm sending the generated message, or alternatively, the message may be automatically sent using routing instructions. Still another example according to another embodiment includes sending a query to a list of contacts whenever a picture is uploaded or otherwise detected by the personal digital gateway **100**. The query may be sent as an email to advise contacts of the picture and ask if the contact would like a copy. If so, the contact can select a link contained in the email and download a copy of the picture. Additionally, the contact may be charged an automatic fee that is programmed with the downloading of the picture and the fee may be communicated back to and accounted for by the personal digital gateway **100** or the communications device **150**.

FIG. **4** is a schematic illustrating an exemplary framework of the data flow through a PDG, a connected communications device, and/or a connected network according to an embodiment of this invention. The user (not shown) of the personal digital gateway **100** may use the User Interface **302** to input and/or otherwise identify data **306** (e.g., inserting a compact disc of data into a locally connected storage device, such as reference numeral **610** in FIG. **6** or inputting an address, such as a domain name into a network browser). Thereafter, the user may select the PDG Rule-Based Profile **304** to associate, or alternatively, the personal digital gateway may automatically associate the Rule-Based Profile **304** (such as when MyProximityDetector identifies the communications device **150** within a selected proximity and initiates communications). The PDG Rule-Based Profile **304** and the data **306** are processed by the Edge Side Assembler **314**. The Edge Side Assembler **314** identifies the data **306** (including data **306** associated with the PDG Rule-Based Profile **304**), locates remote data, and associates the Edge Side Assembly profile (**410**) (if available). Next, the Edge Side Assembler **314** configures a query for remote data **306**, accesses the communications device **150** and/or the network **160** to execute the query, receives the remote data **306**, and integrates the remote data **306** with data **306** associated with the PDG Rule-Based Profile **304** and/or ESA Profile **410**. Thereafter, the Edge Side Assembler **314** formats/configures the integrated data **306** for a presentation by the communications device **150**, or alternatively, by the personal digital gateway. Additionally, the Edge Side Assembler **314** may compress and/or decompress data **306** communicated with the communications device **150**, the network **160**, and the personal digital gateway (e.g., local storage device **610** shown in FIG. **6**). Still further, the Edge Side Assembler may encrypt and/or decrypt data **306** communicated with the communications device **150**, the network **160**, and the personal digital gateway.

FIG. **5** is an exemplary flow diagram of the flow of the data **306** through the personal digital gateway **100**, communications device **150**, and/or network **160**. Typically, the flow of the data **306** involves the user using the personal digital gateway **100** to communicate the PDG Rule-Based Profile **304** and/or data **306** (including locally stored data and associated remote and/or linked data) (step **505**). The PDG Rule-Based Profile **304** and data **306** are routed to and received by the communications device **150** and, if applicable, the ESA profile **410** associates additional data (step **510**). The Edge Side Assembler **314** determines whether external network(s) **160** and/or communications devices **150** need to be queried for remote data **306** and/or for refreshing linked data **306** (step **515**). If so, the Edge Side Assembler **314** establishes communications with the network **160** and/or communications device **150** and routes a query to retrieve the remote and/or linked data **306** (step **520**). The network **160** and/or communications device **150** receives the query (step **525**), retrieves the data (step **530**), and transmits the data **306** to the personal digital gateway **100 150** (step **535**). Thereafter, the personal digital gateway **100** receives, integrates (step **540**), and configures (step **545**) the data (including remote and linked data) **306** for compatible exchange with the personal digital gateway **100**, the connected communications device **150**, and/or the connected network **160**. Additionally, the data **306** may be compressed and/or encrypted (step **550**) and presented to the communications device **150** (step **555**). Typically, the Edge Side Assembler **314** is integrated into the personal digital gateway **100**. Alternatively, the Edge Side Assembler **314** may be a stand alone system (not shown in the figures), may be integrated into a connected communications device **150**, and/or may be integrated into the network **160**. No matter how the Edge Side Assembler **314** is deployed, the data **306** is integrated and processed so that it is compatible for presentation by the communications device **150** (step **445**) (or alternatively, by the personal digital gateway **100** (not shown)). Thereafter, the PDG Rule-Based Profile **304**, ESA profile **410**, and/or data **306** (e.g., associated data files stored on local storage device **610** shown in FIG. **6**) may be updated (step **560**). For example, in an embodiment, the PDG Rule-Based Profile **304** may contain rules for refreshing a bookmark associated with a connected network such that a collection of bookmarks are stored over time that show a specific version of the data associated with the bookmark and a date stamp. While the process in FIG. **5** is generally shown in series, the process may occur in different orders and/or at simultaneous times as one of ordinary skill in the art will understand.

FIGS. **6-7** are schematics showing the personal digital gateway **100** communicating with a variety of wireless and wired communications devices (shown as reference numerals **601-602** in FIG. **6** and reference numerals **701-706** in FIG. **7**) and a communications network (shown as reference numeral **670** in FIG. **6**) according to other embodiments of this invention. The means of communicating the data **306** between or among the personal digital gateway **100**, the communications device, and the communications network include a variety of

means, including optical transmission of data (e.g., any medium capable of optically transmitting the data), wireless transmission of data (e.g., wireless communications of the data using any portion of the electromagnetic spectrum), and/or fixed-wire transmission of data (e.g., any medium capable of transmitting electrons along a conductor). Fiber optic technologies, spectrum multiplexing (such as Dense Wave Division Multiplexing), Ethernet and Gigabit Ethernet services, Infrared, the family of IEEE 802.11 standards, and Digital Subscriber Lines (DSL) are just some examples of the transmission means.

FIG. **6** illustrates a virtual personalized network system that includes the personal digital gateway **100** coupled with a local storage device **610**, a variety of communications devices that include an interactive television **601**, a Global Positioning System (GPS) transceiver **602**, an office personal computer (PC) **603**, and a home PC **604**, a communications cable **605**, a satellite transceiver **610**, a communications device gateway **620**, a communications device data network **620**, a communications device server **640**, at least one switch **650**, a wireless transceiver **660**, a transceiver network **665**, and a shared, interconnected network **670**. In an embodiment, the personal digital gateway **100** transmits and receives signals with one of the wireless communications devices (i.e., the interactive television **501** or the GPS transceiver **602**) to communicate data **306**. For example, the personal digital gateway **100** may communicate with the interactive television **601** to communicate data stored on the local data source **610** and data stored on a remote data source, such as, for example a data storage device of the home PC **604** (the home PC **604** is accessed via the shared, interconnected network **670**). The interactive television **601** communicates via an antenna (not shown) with the satellite **610** that transmits a request for the remote and/or linked data through the communications device gateway **620** connected to the communications device network **630**. If necessary, the communications device network **630** routes the request for the remote and/or linked data through a communications server **640** and switch **650** to the shared, interconnected network **670**. Alternatively, the personal digital gateway **100** may communicate the data **306** with the transceiver **660** and an associated transceiver network **665** that routes communications directly to the shared, interconnected network **670**. The shared, interconnected network **670** can access other connected networks and communications devices. For example, the shared, interconnected network **670** could access the home PC **604** through switch **650** to retrieve data from a hard drive of the home PC **604**. The shared, interconnected network **670** transmits the remote and/or linked data back through the communications path to the interactive television **601** or, alternatively, to the personal digital gateway **100** for integration and presentation formatting by the Edge Side Assembler **314**. Additionally, the shared, interconnected network **670** could transmit the data back to a connected communications device via another communications path. For example, the data could be transmitted from the shared, interconnected network to switch **650** coupled with the office PC **603** wired over communications cable **605** to the personal digital assistant **100** to communicate to the interactive television **601**. The interactive television **601** could alternatively communicate via a fixed transmission path, such as a cable line and/or a telephone line (neither shown), to communicate a request for the remote data **306** and/or linked data **306**.

FIG. **7** illustrates a virtual personalized network system that includes the personal digital gateway **100** coupled with a local storage device **610**, a variety of communications devices that include a mobile phone **701**, a personal digital assistant (PDA) **702**, an interactive pager **703**, a modem **704**, an MP3 player, a digital signal processor **706**, an office personal computer (PC) **603**, and a home PC **604**, a communications cable **605**, an antenna **710**, a mobile switching telephone office (MTSO) **720**, a communications device gateway **620**, a communications device data network **620**, a communications device server **640**, at least one switch **650**, and a shared, interconnected network **670**. In an embodiment, the personal digital gateway **100** transmits and receives signals with one of the wireless communications devices (i.e., shown as reference numerals **701-706**) to communicate data **306**. For example, the personal digital gateway **100** may communicate with the mobile phone **701** to communicate data stored on the local data source **610** and data stored on a remote data source, such as, for example a data storage device of the home PC **604** (the home PC **604** is accessed via the shared, interconnected network **670**). The mobile phone **701** communicates via an antenna **710** to the MTSO **720**, and the MTSO **720** forwards a request for the remote data **306** and/or linked data **306** to the shared, interconnected network **670**. The request from the MTSO **720** may be routed either through the switch **650** directly or through the communications device gateway **620**, the communications device network **630**, the communications device network **630**, the communications server **640**, and switch **650**. Alternatively, the personal digital gateway **100** may communicate the data **306** with the transceiver **660** and an associated transceiver network **665** that routes communications directly to the shared, interconnected network **670**. As described above for FIG. **6**, the shared, interconnected network **670** can access other connected networks and communications devices. The shared, interconnected network **670** transmits the remote and/or linked data back through the communications path to the interactive mobile phone **701** or, alternatively, to the personal digital gateway **100** for integration and presentation formatting by the Edge Side Assembler **314**. Additionally, as described above for FIG. **6**, the shared, interconnected network **670** could transmit the data back to a connected communications device via another communications path.

Because of the mobility of the personal digital gateway **100**, the ability of the personal digital gateway **100** to communicate the data **306** over a variety of paths allows the personal digital gateway **100** to dynamically communicate with a variety of communications devices based on the proximity of a communications device. For example, if the user is moving about, the personal digital gateway **100**, may automatically interface with the office PC **603** when the user is at his/her office, with the mobile phone **701** when the user is within a certain proximity (e.g., distance) of the mobile phone **701**, with the PDA **702** when the user is within a certain proximity of the PDA **702**, etc. Regardless of the communications device communicating with the personal digital gateway **100**, the data **306** may need to be configured and/or otherwise formatted for the most up-to-date connected communications device (including audio, text (e.g., ASCII), video, other digital formats, and combination thereof). Thus, the Edge Side Assembler **314** has the intelligence to identify configurations and formats of the most up-to-date connected communications device and to initiate integration and configuration the data **306** (including remote and/or linked) for presentation by the most up-to-date connected communications device, or alternatively, the personal digital assistant **100**.

FIG. **8** is a block diagram of another personal digital gateway **800** embodying this invention. This apparatus allows an Edge Side Assembler **314** to generate or otherwise integrate and/or configure data **306** (including remote and/or linked

13

data) for presentation by a connected communications device. The personal digital gateway **800** includes the PDG Management Module **110** operating within a memory device of a digital signal processor **810**. The memory device could include internal memory **812** of the digital signal processor **810**, or the memory device could include an external memory **814** communicating with the digital signal processor **810**. The digital signal processor **810** converts analog signals to digital signals and converts digital signals to analog signals. The digital signal processor **810** could include compression and decompression algorithms, cancellation algorithms, audio-processing circuitry, filter circuitry, and amplifier circuitry. Although digital signal processors can be designed to provide differing capabilities and a variety of performance criteria, the basic functions of the digital signal processor are known and, thus, will not be further discussed.

The digital signal processor **810** interfaces with an input/output processor **816**. The input/output processor **816** controls system input/output and provides telephony and/or computer control features. A bus **818** provides a signal communication path between the digital signal processor **810** and the input/output processor **816**. The input/output processor **816** is a microprocessor that includes memory (not shown), communication controllers (not shown), and peripheral controllers (not shown). The communication controllers, for example, could control packet-based communications with the connected communications device and a connected network through a wireless transceiver **820** or through a wired communications port **828**. The communication controllers could also control packet-based communications with a communications switch (shown as reference numeral **650** in FIGS. **6-7**). The peripheral controllers provide an interface with an LCD/LED/CRT display **826** and with telephony/computer-like control features, such as a keypad **824**. Additionally, the peripheral controllers provide an interface with a biometrics sensor **822**, such as, for example, a fingerprint ID device. The biometrics sensor **822** may provide security features that prevent unauthorized users from exploiting personal digital gateway **800**. The biometrics sensor **872** could also comprise retina recognition device and software, DNA/RNA recognition device and software, facial recognition device and software, speech recognition device and software, and/or scent recognition device and software.

The digital signal processor **800** also interfaces with an external voice/video player system **836** and/or with a voice/video recorder system **838** to audibly and/or visually communicate data. Further, a clock source **832** provides a system clock for the apparatus **800**, and the clock source **832** may also include higher and lower frequency multiples of the system clock depending upon power requirements and power availability. Still further, a power management system **830** provides differing power control mechanisms, such as a sleep mode and a low-power mode, to efficiently utilize available power and to reduce thermal management concerns.

The personal digital gateway **800** access, integrates, configures, and/or otherwise generates the data **306** for presentation to the connected communications device. If, for example, the personal digital gateway **800** communicates with a PDA (shown as reference numeral **702** in FIG. **7**), the PDG Management Module **110** may appear on the display **804** and/or otherwise cause the personal digital gateway **800** to visually or audibly alert the user of the connection with the PDA. Thereafter, the wireless communications interface **820** (or alternatively the wired communications interface **828**) communicates the data **306** via a communications link to the PDA. The data **306** may include information associated with the PDG Rule-Based Profile **304**. When the data **306** is com-

14

municated, the digital signal processor **810** interfaces with the PDG Management Module **110** and with the internal memory **812** and/or the external memory **814**. The PDG Management Module **110** instructs the digital signal processor **810** to initiate the Edge Side Assembler **314** to access, integrate, configure, and/or otherwise process the data **306** stored in the memory device and the data received from remote and/or linked sources. Once the data is accessed and retrieved (if remote and/or linked data), the personal digital gateway **800** generates and/or otherwise integrates the data for communication with the connected communications device. The digital signal processor **10** interfaces with an Edge Side Assembler (ESA) Generator System **834**. The ESA Generator System **834** executes the presentation format for the connected communications device, populates associated fields and/or files, and presents the data **306**.

While several exemplary implementations of embodiments of this invention are described herein, various modifications and alternate embodiments will occur to those of ordinary skill in the art. Accordingly, this invention is intended to include those other variations, modifications, and alternate embodiments that adhere to the spirit and scope of this invention.

What is claimed is:

1. A method of processing data, comprising:
receiving a selection of a communications device from a plurality of communications devices associated with a common user;
receiving the data associated with the selected communications device;
accessing a database of rule-based profiles comprising configuration and presentation parameters for the plurality of communications devices;
querying the database of rule-based profiles for the selected communications device;
retrieving a profile associated with the selected communications device;
integrating the data into the profile; and
communicating the integrated data and the profile to the selected communications device.

2. The method according to claim **1**, further comprising determining whether an external network should be queried for remote data.

3. The method according to claim **2**, further comprising triggering the communications device to query for the remote data.

4. The method according to claim **1**, further comprising determining whether an external network should be queried for linked data.

5. The method according to claim **4**, further comprising triggering the communications device to query for the linked data.

6. The method according to claim **1**, further comprising receiving an updated profile from the communications device.

7. The method according to claim **1**, further comprising storing a collection of bookmarks in the profile, each bookmark having a date stamp and indicating a specific version of the data.

8. The method according to claim **1**, further comprising dynamically communicating with the plurality of communications devices based on a proximity of each communications device.

9. The method according to claim **8**, further comprising automatically interfacing with an office computer when a user is at an office.

US 7,474,667 B2

15 | 16

10. The method according to claim **8**, further comprising automatically interfacing with a mobile phone when a user is within a certain distance of the mobile phone.

11. A system for processing data, comprising:
- means for receiving a selection of a communications device from a plurality of communications devices associated with a common user;
- means for receiving the data associated with the selected communications device;
- means for accessing a database of rule-based profiles comprising configuration and presentation parameters for the plurality of communications devices;
- means for querying the database of rule-based profiles for the selected communications device;
- means for retrieving a profile associated with the selected communications device;
- means for integrating the data into the profile; and
- means for communicating the integrated data and the profile to the selected communications device.

12. The system according to claim **11**, further comprising means for determining whether an external network should be queried for remote data.

13. The system according to claim **12**, further comprising means for triggering the communications device to query for the remote data.

14. The system according to claim **11**, further comprising means for determining whether an external network should be queried for linked data.

15. The system according to claim **14**, further comprising means for triggering the communications device to query for the linked data.

16. The system according to claim **11**, further comprising means for receiving an updated profile from the communications device.

17. The system according to claim **11**, further comprising means for storing a collection of bookmarks in the profile, each bookmark having a date stamp and indicating a specific version of the data.

18. The system according to claim **11**, further comprising means for dynamically communicating with the plurality of communications devices based on a proximity of each communications device.

19. The system according to claim **11**, further comprising means for automatically interfacing with an office computer when a user is at an office.

20. The system according to claim **11**, further comprising means for automatically interfacing with a mobile phone when a user is within a certain distance of the mobile phone.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,474,667 B2                             Page 1 of 1
APPLICATION NO.     : 11/879576
DATED               : January 6, 2009
INVENTOR(S)         : Barrett Morris Kreiner et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page, under (*) Notice should read -- This patent is subject to a terminal Disclaimer --

Signed and Sealed this
First Day of January, 2013

David J. Kappos
*Director of the United States Patent and Trademark Office*