# EXHIBIT G

Login (/en/dialog/login)   |   My Lists (/en/left/my-lists)   Support (/en/support/product-support)   Cross Reference (/en/support/resources-tools/manufacturer-cross-reference)

Sustainability (/sustainability)   Where to Buy (/en/company/about-leviton/where-to-buy)   US | EN (/international)

PRODUCTS    SOLUTIONS    SUPPORT    COMPANY



# Smart Breakers

Leviton Load Center and My Leviton App Control

HOME (/EN)  •  PRODUCTS  •  RESIDENTIAL  •  LOAD CENTERS

- The Leviton Smart Load Center (/en/products/residential/load-centers/the-leviton-smart-load-center)



Homeowners who choose Smart Circuit Breakers can connect to the My Leviton app and enjoy easy access to their load center's data via a smartphone, tablet or desktop.

WATCH THE VIDEO ➔

## How to Make a Leviton Load Center Smart





“ Leviton’s system goes a step further by integrating **smart technology directly into the brea** and individual circuit breakers, giving homeowners far more information on the power managemen homes." - *The Verge*

## Wi-Fi Load Center Reviews

‹ ›

(https://9to5mac.com/2019/0 ios-smart-load-center/)
9TO5Mac

(https://www.cepro.com/artic
CEPro

(https://www.cnet.com/g00/news/leviton-integrates_brea load-center-smart-circuit-breaker-box/? i10c.ua=1&i10c.encReferrer=&i10c.dv=6)
cnet

(https://www.digitaltrends.com/home/leviton-smart-circuit-breaker/)
DIGITAL TRENDS







## Energy Use

- View real-time energy consumption: total aggregate, individual circuit, or trends by day, week, month, and year
- Calculate your approximate total energy cost per month



## Control

- Remotely turn OFF any circuit breaker[1]
- View system status in real time and detect if critical loads need to be addressed



## Alerts & Updates

- Know when and why a circuit breaker trips
- Be informed if a load is ON or not drawing power for an extended time
- Via remote firmware updates, get the latest protection capabilities and newest features

# EVERY CIRCUIT TELLS A STORY

What will your circuits tell you? Select each callout to learn more about the Leviton Smart Load Center.





## My Leviton Mobile App

An industry first, My Leviton offers single app control of the Leviton Smart Load Center and the Decora Smart™ Wi-Fi® product lines, enabling users to seamlessly control load center activities and home lighting from anywhere in the world using their smartphone or tablet.

 (https://itunes.apple.com/us/app/my-leviton/id1133724539?mt=8)

![Get it on Google Play] (https://play.google.com/store/apps/details?id=com.leviton.home&hl=en_US)

## Leviton Smart Load Centers



Explore All Smart Load Centers (/en/products/residential/load-centers/circuit-breakers/branch#t=Products&sort=%40partnumber%20ascending&layout=card&f:@tsa_smart_enabled=[Yes])

## Have Questions or Ready to Buy?

Have a Leviton Load Center specialist contact you.

CONTACT US TODAY → (/EN/PRODUCTS/RESIDENTIAL/LOAD-CENTERS/CONTACT-US-ABOUT-THE-LEVITON-LOAD-CENTER)

## Helpful Links/Downloads



- The Leviton Load Center Brochure
- The Leviton Load Center Overview
- The Leviton Load Center Line Card
- How We Keep Your Data Safe (/en/docs/The-Leviton-Load-Center_US_Privacy-Disclaimer.pdf)
- (/en/docs/Leviton_Load_Center_Line_Card_5.2023.pdf)

- Cerrone Builders Case Study
- Leviton Load Center First Time Use Guide
- Modern Case Study
- Upstate Electrical Solutions Cregger Case Study

1. Not applicable to Main breaker. All circuit breakers must be manually turned back ON.



THE FUTURE IS ON®

Company

Support

| | |
|---|---|
| About Leviton (/en/company/about-us) | Brochures & Catalogs (http://catalogs.leviton.com/) |
| Careers (https://careers.leviton.com/) | Residential, Commercial & Industrial Product Support (/en/support/product-support) |
| Locations (/en/company/about-leviton/locations) | Quality Concerns (/en/quality-concerns-form) |
| News & Events (/en/company/about-leviton/news-events) | |
| Sustainability (/sustainability) | |
| Where to Buy (/en/company/about-leviton/where-to-buy) | |

© 2023 Leviton Manufacturing Co., Inc. All Rights Reserved.

Do Not Sell or Share My Personal Information (/en/privacy-policy/california-consumer-privacy-act)

Transparency in Coverage (https://www.bluecrossnc.com/about-us/policies-and-best-practices/transparency-coverage-mrf#)

Terms of Use (/en/terms-of-use) | Terms of Sale (/en/terms-of-sale) | Privacy Policy (/en/privacy-policy) | Disclaimer (/en/disclaimer) | CA Supply Chains Act (/en/ca-supply-chains-act)