# EXHIBIT H



≡   Sign in

**Leviton Decora Smart Support**  >  **Leviton Load Center**  >  **My Leviton App – Setup and Configuration**

🔍 Search

Articles in this section                                                                                                                               ⌄

# Adding a Leviton Smart Load Center

3 years ago · Updated

Follow

Each Leviton Smart Breaker has a built in radio that automatically pairs with an LDATA Smart Breaker Data Hub.  This automatic enrollment makes setup quick and easy.  When multiple electrical panels with Smart Breakers are installed it is recommended to power only 1 panel at a time.  Power the panel with the home Wi-Fi first and enroll all of the Smart Breakers.  Note turning off a Smart Breaker is not sufficient to prevent enrollment to the wrong hub, a breaker can communicate even when the breaker is in the off position.  The second panel must be turned off via the panel main breaker.

 With the Leviton Load Center and LDATA powered on proceed to the My Leviton App.

**Preparing to Add a Device:**
When no devices are currently enrolled, choose the **Add a Device Now** option.

**Note:** If a device has been previously enrolled, it will be shown in the app.  Choose the **+** button in the bottom center, select **Add Device,** and advance to **Step 1**.

  

**Step 1:  Getting Started**
Select the Load Center



Name the electrical panel and choose the panel size.  If necessary, a location other than top left can be chosen to represent breaker position 1



**Step 2: To communicate to the LDATA Smart Load Center Smart Interface**
Follow the app instructions to guide you to connect your mobile device using Wi-Fi.

Press **Go to my Wi-Fi setting** button.

5/30/23, 10:11 AM　　　　　　　　　　　　　　　　　Adding a Leviton Smart Load Center – Leviton Decora Smart Support



**Step 2a:**

The app will bring you to your mobile device's **Settings** screen. Select **Wi-Fi**.



**Step 2b:**

Find the Leviton Load Center Smart Breaker interface (LDATA) in the list of available Wi-Fi networks (it will be listed in the format of **LDATA-xxxxx)**. Select it to connect your mobile device's Wi-Fi to the Leviton Decora Smart device's Wi-Fi network.



**Step 2c:**

Navigate back to the My Leviton app.  Once you've returned, the My Leviton app will automatically discover the **Leviton Wi-Fi device.**



**Step 3: Discover Smart Breakers**

Press Discover Breakers, this will signal the LDATA to add each Smart Breaker.  You will configure each breaker in step 4.




**Step 4: Configure Smart Breakers**

To configure each breaker, look for a flashing LED.  Each breaker is configured on at a time.  The position for the breaker can be found next to the breaker in the enclosure.  Repeat the process for each Smart Breaker.






**Step 5: Attaching to Internet**

A Smart Load Center may be setup prior to internet being available in the home.  In this case you can click the "I'm Done" and the homeowner can add their panel to the Internet after they have moved into the house.  If internet is available, press Connect to Wi-Fi.



**Step 6: Connecting to Internet**

Choose if a wired connection is being used or Wi-Fi



**Step 7: Wi-Fi Configuration**

If the LDATA is connecting to the internet over Wi-Fi, we will need to configure the Wi-Fi settings.

The app will provide a list of visible wireless networks available to the Leviton Wi-Fi devices. Choose the network with the best signal strength available that you are authorized to join.

Note: If your SSID is hidden it will need to be visible during the enrollment process.  Once the Decora Smart Wi-Fi is enrolled the SSID can be re-hidden.

Press **Next.**



**Step 8:**
Enter the network password. Please note that passwords are case specific. If you are in a safe location to show your password, press the eye icon to see the text.

Press **Next** and the app will pass the Wi-Fi information to the LDATA



**Step 9: Pick a Residence**
If you My Leviton account has more than one residence you will be prompted to add to the correct location



Your Smart Leviton Load center installation is complete.

Was this article helpful?



1 out of 2 found this helpful

Have more questions? Submit a request

Return to top

**Recently viewed articles**

Video – IFTTT Integration with the My Leviton app and Decora Smart® Wi-Fi Devices

If I lose Internet will my programmed schedules still occur?

How do I receive notifications from my Smart Load Center?

**Related articles**

How do I setup 2 Leviton Load Centers with LDATA: Smart Breaker Data Hubs Next To Each Other ?

Key Considerations For A Leviton Load Center Service Change

What can I see and control with Smart Breakers and the My Leviton app?

How do I remove a Leviton Load Center From the App?

I am Running iOS 14 and When I Try To Enroll a Device the Icon Spins and Will Not Connect

## Need more help?

**Contact Us:**

● **Submit a Help Request**

● **Email: dssupport@leviton.com**

● **Call us: 1-800-824-3005**

● **Website: www.leviton.com**

**Hours of Operation:**

-Monday to Friday: 8AM – 10PM ET

-Saturday: 9AM – 7PM ET

-Sunday: 9AM – 5PM ET

Leviton Decora Smart Support
© 2023 Leviton Manufacturing Co., Inc.

English (US)