# EXHIBIT I



Leviton Decora Smart Support  >  Leviton Load Center  >  My Leviton App – Setup and Configuration

Search

Articles in this section

# How do I receive notifications from my Smart Load Center?

3 years ago · Updated

Follow

The Leviton Smart Load Center can send notifications for the entire load center or individual breakers.  Start by configuring notifications for the whole Load Center.

**Enter the Load Center Settings:**



**Choose the Notifications option:**



**Choose how you with to be notified.**

- The E-mail option will send an e-mail to the address associated with you user account.
- If you enter a mobile phone number you can receive SMS notifications
- Use the switches on the right to choose the notification options you wish to use and enable



Now that the notification options are setup for the Load Center you can setup options for individual breakers.

**Navigate to the panel view and select a breaker:**



**Scroll down to the bottom of the breaker general options.**

- Choose the notification type
- Choose the duration the breaker needs to record excess or no current
- Choose the length of time the condition must remain true prior to a notification



**Here is an example of an e-mail notification:**



Was this article helpful?

 Yes     No

0 out of 0 found this helpful

Have more questions? Submit a request

Return to top ⊙

**Recently viewed articles**

Adding a Leviton Smart Load Center

Video – IFTTT Integration with the My Leviton app and Decora Smart® Wi-Fi Devices

If I lose Internet will my programmed schedules still occur?

**Related articles**

Adding a Leviton Smart Load Center

Updating Breakers in the Leviton Load Center

Does the Data Hub, LDATA, require its own breaker?

How do I setup 2 Leviton Load Centers with LDATA: Smart Breaker Data Hubs Next To Each Other ?

How do I remove a Leviton Load Center From the App?

# Need more help?

## Contact Us:

● **Submit a Help Request**

● **Email: dssupport@leviton.com**

● **Call us: 1-800-824-3005**

● **Website: www.leviton.com**

## Hours of Operation:

-Monday to Friday: 8AM – 10PM ET

-Saturday: 9AM – 7PM ET

-Sunday: 9AM – 5PM ET

Leviton Decora Smart Support

© 2023 Leviton Manufacturing Co., Inc.

English (US)

Page |I-7