# EXHIBIT J



Leviton Decora Smart Support  >  Decora Smart Wi-Fi  >  Product Information

🔍 Search

Articles in this section                                                    ⌄

# If I lose Internet will my programmed schedules still occur?

3 years ago · Updated

Follow

Absolutely! Schedules are stored in the Decora Smart Wi-Fi devices.

When a Decora Smart Wi-Fi device connects to the My Leviton Cloud Service it receives current time, the location sunrise/sunset information and schedules.  As long as power remains the schedules programmed via the My Leviton App will continue to run even if the Internet service is lost.

Was this article helpful?

✓ Yes          ✕ No

18 out of 20 found this helpful

Have more questions? Submit a request

Return to top ⊕

**Recently viewed articles**

Video – IFTTT Integration with the My Leviton app and Decora Smart® Wi-Fi Devices

How do I receive notifications from my Smart Load Center?

Adding a Leviton Smart Load Center

**Related articles**

What are my options if I move to a new physical residence?

How can I control Decora Smart® Wi-Fi devices when I'm away from home?

Does Leviton Integrate Decora Smart® Wi-Fi with Partners?

Schedule not Running – Enter or Re-enter Residence Address

How Do I Return My Decora Smart® Wi-Fi Device to Factory Default

## Need more help?

### Contact Us:

⬤ **Submit a Help Request**

⬤ **Email: dssupport@leviton.com**

⬤ **Call us: 1-800-824-3005**

⬤ **Website: www.leviton.com**

### Hours of Operation:

-Monday to Friday: 8AM – 10PM ET

-Saturday: 9AM – 7PM ET

-Sunday: 9AM – 5PM ET

Leviton Decora Smart Support
© 2023 Leviton Manufacturing Co., Inc.

If I lose Internet will my programmed schedules still occur? – Leviton Decora Smart Support

English (US) ⌄