# EXHIBIT K

Case 1:23-mi-99999-UNA   Document 1790-11   Filed 06/01/23   Page 2 of 4

5/30/23, 10:24 AM                                  Video - IFTTT Integration with the My Leviton app and Decora Smart® Wi-Fi Devices – Leviton Decora Smart Support



 Sign in

Leviton Decora Smart Support  >  Decora Smart Wi-Fi  >  Support Videos

Search

Articles in this section

# Video - IFTTT Integration with the My Leviton app and Decora Smart® Wi-Fi Devices

2 years ago · Updated

Follow



IFTTT Integration with the My Leviton app and Decora Sma...

Was this article helpful?

Case 1:23-mi-99999-UNA   Document 1790-11   Filed 06/01/23   Page 3 of 4

5/30/23, 10:24 AM                         Video - IFTTT Integration with the My Leviton app and Decora Smart® Wi-Fi Devices – Leviton Decora Smart Support

✓ Yes     ✗ No

3 out of 12 found this helpful

Have more questions? Submit a request

Return to top ⊙

## Recently viewed articles

If I lose Internet will my programmed schedules still occur?

How do I receive notifications from my Smart Load Center?

Adding a Leviton Smart Load Center

## Related articles

Does Decora Smart® Wi-Fi work with IFTTT Platform?

I am Running iOS 14 and When I Try To Enroll a Device the Icon Spins and Will Not Connect

When enrolling a Decora Smart® Wi-Fi Device, my Mobile Device cannot Connect to the Leviton Device in the Wi-Fi Settings

Video - How to Install a Decora Smart® 3-Way Switch/Dimmer using a Matching Companion (DD0SR-DLZ / DD00R-DLZ)

Video - How to Install Decora Smart® Wi-Fi 600W Dimmer: DW6HD

# Need more help?

## Contact Us:

● **Submit a Help Request**

● **Email: dssupport@leviton.com**

● **Call us: 1-800-824-3005**

Case 1:23-mi-99999-UNA   Document 1790-11   Filed 06/01/23   Page 4 of 4

5/30/23, 10:24 AM                              Video - IFTTT Integration with the My Leviton app and Decora Smart® Wi-Fi Devices – Leviton Decora Smart Support

● **Website: www.leviton.com**

## Hours of Operation:

-Monday to Friday: 8AM – 10PM ET

-Saturday: 9AM – 7PM ET

-Sunday: 9AM – 5PM ET

Leviton Decora Smart Support
© 2023 Leviton Manufacturing Co., Inc.

English (US)