# EXHIBIT L

Login (/en/dialog/login) | My Lists (/en/left/my-lists)   Support (/en/support/product-support)   Cross Reference (/en/support/resources-tools/manufacturer-cross-reference)

Sustainability (/sustainability)   Where to Buy (/en/company/about-leviton/where-to-buy)   US | EN (/international)

PRODUCTS   SOLUTIONS   SUPPORT   COMPANY



# Decora Smart® Voice Dimmer

Hands-free lighting control with Amazon Alexa Built-in, and so much more.

HOME (/EN)  •  PRODUCTS  •  BRANDS (/EN/BRANDS)  •  Decora Smart with Amazon Alexa built-in

## What Can Your Dimmer Do?

All in one unit, there is nothing else to buy! With Alexa Built-in, declutter your smart home with hands-free lighting control – no additional Echo, hub or smart speaker needed.

**Use your Voice to:**

- Dim and brighten your lights
- Control smart home devices
- Listen to the news, get the weather, or ask for a traffic update
- Play your favorite music
- Ask questions, make announcements, and much more!

EXPLORE VOICE DIMMER ➔ (/EN/PRODUCTS/DWVAA-1BW)



(/en/products/dwvaa-1bw)

## Hands-free lighting for today's world.

With Alexa built-in you can ask your new Alexa light switch to dim and brighten lights, listen to the news, play music, get the weather, control smart home devices, and more. Your smart dimmer switch has been reimagined with major enhancements. There's no hub or smart speaker required, everything is built-in to the dimmer switch including speakers and microphones. Simply ask your **dimmer switch**!





## Choose the Smart Technology That Works Best for You

You have choices when creating your smart home, and Leviton will be there to provide the lighting, fan, and smart outlet controls you need. Choose a Z-Wave™ Dimmer to switch or brighten and dim your lights, or a Wi-Fi® switch connected to Amazon Alexa™, Google Assistant™, or HomeKit™/Siri® to control your porch light. Plus, Wi-Fi enabled devices can be app-controlled from anywhere. Choose the Decora Smart option that is the best fit for your home and lifestyle.



### Start Your Day
Use your Leviton Voice Dimmer to Ask Alexa news, sports, and weather.
- Alexa, What's in the news today?

### Control Your Smart Home
Use your voice to run Alexa routines and control smart devices such as lights, thermostats, & locks.
- Alexa, I'm home from work.

### Dim Your Lights
3-way dimming with custom settings for fade levels and bulb types.
- Alexa, Dim lights to 25%.

### Bring Out Your Fun Side
Make announcements, ask questions, and listen to music on Pandora, Amazon Music, iHeartRadio, TuneIn, and

5/30/23, 2:23 PM                                                                                         Decora Smart with Amazon Alexa built-in

more

- Alexa, Play music from Pandora.

## Resources



(/en/docs/19_EMCA_GRE_0-
011_Wifi_Bro_redesign_WLC.pdf)



(https://decorasmartsupport.zendesk.com/hc/us)

### Decora Smart - Wi-Fi Product Brochure

(/en/docs/19_EMCA_GRE_0-
011_Wifi_Bro_redesign_WLC.pdf)

### 24/7 Searchable Support

(https://decorasmartsupport.zendesk.com/hc/us)

## Available now



(https://www.amazon.com/Leviton-DWVAA-1BW-Decora-Dimmer-Required/dp/B07WJ1BZQ7?ref_=ast_sto_dp&th=1&psc=1)

(https://www.homedepot.com/p/Leviton-Decora-Smart-Wi-Fi-Voice-Dimmer-with-Amazon-Alexa-Built-In-No-Hub-Required-R01-DWVAA-1RW/311993245)

(https://store.leviton.com/collections/decora-smart/products/decora-smart-wi-fi-voice-dimmer-with-amazon-alexa-built-in-no-hub-required-white-dwvaa-1bw?variant=31657766223944)



(/en/where-to-buy)

## Frequently Asked Questions

Click the + sign next to each question to reveal the answer.

Do I already need to own an Echo or a hub?                                      +

No – this smart dimmer has Alexa Built-in, and no hub is required for scheduling or remote control.

Does this work with other services besides Amazon Alexa?                         +

Yes, you can integrate with IFTTT. You can also use a Google voice assistant (Hub, Home, etc) to control your voice dimmer. For instance, your voice dimmer may be in the kitchen but your Google voice product in the bedroom can control it.

Can I do 3-way or Multi-Location lighting control?                              +

Yes, use either DD00R for dimming or DD0SR for switching when paired with a DWVAA.

What kind of lights can I dim from 0-100%?                                                                                                    +

Dimmable LED/CFL/Incandescent bulbs up to 300W. Works with low wattage LED bulbs – "Off means off". Requires neutral wire.

Since Alexa is inside, can I use Alexa to do more than control the connected light?                                                            +

Yes, simply replace your existing switch or dimmer and use the guided setup via the My Leviton app.



## Knowledge Base

We can help with Decora Smart tips, videos, and FAQs.

EXPLORE NOW ➔ (HTTPS://DECORASMARTSUPPORT.ZENDESK.COM/HC/EN-US)

**THE FUTURE IS ON®**

## Company

About Leviton (/en/company/about-us)
Careers (https://careers.leviton.com/)
Locations (/en/company/about-leviton/locations)
News & Events (/en/company/about-leviton/news-events)
Sustainability (/sustainability)
Where to Buy (/en/company/about-leviton/where-to-buy)

## Support

Brochures & Catalogs (http://catalogs.leviton.com/)
Residential, Commercial & Industrial Product Support (/en/support/product-support)
Quality Concerns (/en/quality-concerns-form)

© 2023 Leviton Manufacturing Co., Inc. All Rights Reserved.

Do Not Sell or Share My Personal Information (/en/privacy-policy/california-consumer-privacy-act) | Transparency in Coverage (https://www.bluecrossnc.com/about-us/policies-and-best-practices/transparency-coverage-mrff#) | Terms of Use (/en/terms-of-use) | Terms of Sale (/en/terms-of-sale) | Privacy Policy (/en/privacy-policy) | Disclaimer (/en/disclaimer) | CA Supply Chains Act (/en/ca-supply-chains-act)