# EXHIBIT M

5/30/23, 10:06 AM                                                            Leviton Decora Smart Support



☰  Sign in



|  Decora Smart Wi-Fi  |  Decora Smart with HomeKit Technology  |

| Leviton Load Center |

## Need more help?

**Contact Us:**

● **Submit a Help Request**

● **Email: dssupport@leviton.com**

● **Call us: 1-800-824-3005**

https://decorasmartsupport.leviton.com/hc/en-us                                                                                                                                    1/2

● **Website: www.leviton.com**

## Hours of Operation:

-Monday to Friday: 8AM – 10PM ET

-Saturday: 9AM – 7PM ET

-Sunday: 9AM – 5PM ET

Leviton Decora Smart Support
© 2023 Leviton Manufacturing Co., Inc.

English (US)