# EXHIBIT N

Login (/en/dialog/login)  |  My Lists (/en/left/my-lists)  |  Support (/en/support/product-support)  |  Cross Reference (/en/support/resources-tools/manufacturer-cross-reference)

Sustainability (/sustainability)   Where to Buy (/en/company/about-leviton/where-to-buy)   US | EN (/international)

PRODUCTS   SOLUTIONS   SUPPORT   COMPANY                 LEVITON®

# Decora Smart®

Smart Switches, Dimmers and Outlets

HOME (/EN\)  •  PRODUCTS  •  BRANDS  •  ALL BRANDS  •  Decora Smart (/en/products/security-automation/decora-smart)

It's easy to create a smart home by adding smart switches, dimmer switches, smart plugs, outlets, motion sensors and fan controllers that will help make your life safer and more convenient. Schedule and control using the My Leviton app or use your voice with Amazon Alexa™, Google Assistant™, or HomeKit™/Siri®. Decora Smart offers smart solutions for every room and home, new or old, including homes that may not have neutral wiring.

## Make an older home a smart home

SEE HOW → (/EN/PRODUCTS/BRANDS/DECORA-SMART/SMART-HOME-SOLUTIONS#OLDER)

## Make Your Home Smarter in 3-Easy Steps



Install Decora Smart Devices…    Use My Leviton App to Set up Schedules and Control…    Relax and Enjoy!




(/en/products/brands/decora-smart/decora-smart-details#completesolution)     (/en/products/brands/decora-

  

smart/decora-smart-details)     (/en/products/brands/decora-smart/decora-smart-



details#motioncontrolled)



## The Decora Smart Wi-Fi Family

  

(/en/products/brands/decora-smart/smart-switches)     (/en/products/residential/automation-smart-home/smart-plugs-and-outlets)     (/en/products/brands/decora-smart/smart-dimmer-switches)

### Smart Switches

Turn lights ON and OFF using My Leviton app or favorite voice assistant.
(/en/products/brands/decora-smart/smart-switches)

### Smart Plugs and Outlets

Control lamps, small electronics or appliances using My Leviton app, voice assistant or wall mount control with Wire-Free Anywhere Companion.
(/en/products/residential/automation-smart-home/smart-plugs-and-outlets)

### Smart Dimmer Switches

Dim and Brighten lights using My Leviton app or favorite voice assistant.
(/en/products/brands/decora-smart/smart-dimmer-switches)


(/en/products/d2msd-1bw)


(/en/products/d24sf-1bw)


(/en/products/d2scs-1bw)

### Smart Motion Sensing Dimmer

Hands-free motion sensor dimmer switch with ON/OFF, Dim/Bright control, and built-in ambient light detection.
(/en/products/d2msd-1bw)

### Smart Fan Speed Controller

Control ON/OFF and speed of ceiling fan using My Leviton app or favorite voice assistant.
(/en/products/d24sf-1bw)

### Smart Scene Controller Switch

Customize lighting scenes and whole house lighting at the press of a button.
(/en/products/d2scs-1bw)


(/en/products/brands/decora-smart/smart-wired-and-wirefree-multilocation-companions)


(/en/products/all-products/automation/by-type/color-change-kits)

### Wired and Wire-Free Multi-Location Companions

Dimmer and Switch Companions pair with Decora Smart devices to provide additional control where needed. Wired and Wire-Free options available.
(/en/products/brands/decora-smart/smart-wired-and-wirefree-multilocation-companions)

### Faceplate Color Change Kits

Easily change the color of wall mounted smart switches, dimmers, outlet, fan speed controller and 4-button controller.
(/en/products/all-products/automation/by-type/color-change-kits)

## Learn More About Companions for 3-Way and Multi-Location Control





(/en/products/residential/automation-smart-home/companion-devices/wirefree-anywhere-companions)   (/en/products/residential/automation-smart-home/companion-devices/wired-companions)

**Wire-Free Anywhere Companions**

Mount on any interior wall surface and pair wirelessly with Decora Smart 2nd Gen dimmers, switches, and mini plug-ins to provide additional lighting control. (/en/products/residential/automation-smart-home/companion-devices/wirefree-anywhere-companions)

**Wired Companions**

Require in-wall wiring and connect with any Primary Decora Smart Wi-Fi, Z-Wave Plus or Zigbee 3.0 dimmers, switches or fan speed controllers. (/en/products/residential/automation-smart-home/companion-devices/wired-companions)



### Want to learn more?

Download this helpful guide to see how you can easily make smart home. Start small with a smart switch to control your BIG and outfit your entire home. Decora Smart Wi-Fi is cust your specific needs. French Version (/en/docs/Decora_Sma Fi_Bro_FRE.pdf)

| DOWNLOAD → | (/EN/DOCS/DECORA_SMAR FI_BROCHURE.PDF) |

## Looking for Something Other Than a Wi-Fi Solution?

Check out Decora Smart Z-Wave and Zigbee Solutions.



## Z-Wave Plus

Control lights from anywhere using a compatible Z-Wave controller such as Samsung SmartThings or smart security systems like Alarm.com®

| LEARN MORE → | (/EN/PRODUCTS/BRANDS/DECORA-SMARTSUPSUP/DECORA-SMART/DECORA-SMART-ZWAVE-DEVICES) |

  

(/en/products/brands/decora-smartsupsup/decora-smart/decora-smart-zwave-devices)



zigbee certified product

(/en/all-products-new/automation/by-technology/decora-digital-controls-with-zigbee-technology)

## Zigbee 3.0 Certified

Control lights from anywhere using a compatible Zigbee hub including connected cable boxes, Amazon Echo (4th Gen) and more.

LEARN MORE →(/EN/ALL-PRODUCTS-NEW/AUTOMATION/BY-TECHNOLOGY/DECORA-DIGITAL-CONTROLS-WITH-ZIGBEE-TECHNOLOGY)

THE FUTURE IS ON®

(http

sub_confirmation=

Company

About Leviton (/en/company/about-us)
Careers (https://careers.leviton.com/)
Locations (/en/company/about-leviton/locations)
News & Events (/en/company/about-leviton/news-events)
Sustainability (/sustainability)
Where to Buy (/en/company/about-leviton/where-to-buy)

Support

Brochures & Catalogs (http://catalogs.leviton.com/)
Residential, Commercial & Industrial Product Support (/en/support/product-support)
Quality Concerns (/en/quality-concerns-form)

© 2023 Leviton Manufacturing Co., Inc. All Rights Reserved.

Do Not Sell or Share My Personal Information (/en/privacy-policy/california-consumer-privacy-act) | Transparency in Coverage (https://www.bluecrossnc.com/about-us/policies-and-best-practices/transparency-coverage-mrf#) | Terms of Use (/en/terms-of-use) | Terms of Sale (/en/terms-of-sale) | Privacy Policy (/en/privacy-policy) | Disclaimer (/en/disclaimer) | CA Supply Chains Act (/en/ca-supply-chains-act)

