# EXHIBIT O

Login (/en/dialog/login)  |  My Lists (/en/left/my-lists)  Support (/en/support/product-support)  Cross Reference (/en/support/resources-tools/manufacturer-cross-reference)

Sustainability (/sustainability)  Where to Buy (/en/company/about-leviton/where-to-buy)  US | EN (/international)

PRODUCTS   SOLUTIONS   SUPPORT   COMPANY

# Z-Wave – Smart Home Dimmers, Switches & Plug-Ins

Smart Home Lighting Solutions by Decora Smart

HOME (/EN) • PRODUCTS • BRANDS • ALL BRANDS • DECORA SMART (/EN/PRODUCTS/SECURITY-AUTOMATION/DECORA-SMART)
• Decora Smart Z-Wave Devices (/en/products/brands/decora-smartsupsup/decora-smart/decora-smart-zwave-devices)

## Decora Smart Z-Wave Solutions

Z-Wave is the most versatile option for smart home technology solutions. With a wide compatible range of smart home products, Z-Wave embodies variety that gives the tenant or homeowner a large community of partners. This allows you the absolute freedom to tailor your smart home solution to your own specification.

### Z-Wave – Meet the Family

Wireless light switches, dimmers, fan speed controllers, receptacles, and plug-load controls from the industry expert. Control front porch lights, table lamps, fans, and small appliances.

### Have a DIY Hub or Smart Security?

Add Leviton lighting to a wide variety of hubs including Samsung SmartThings, Wink, and even your Z-Wave enabled smart security system.  Build a strong mesh network using Leviton devices, creating a complete smart home.

### App + Voice Control

Hubs let you use one app to control lights, plug loads, and third-party products. Most of them let you use voice controls to say, "Turn all lights off" at the end of the night.

## Resources



(/en/docs/SA-11036B-8.5x7_DS_BrochureF_JPs.pdf)
(/en/docs/SA-11036B-8.5x7_DS_BrochureF_JPs.pdf)



(https://decorasmartsupport.zendesk.com/hc/en-us)
24/7 Searchable Support
(https://decorasmartsupport.zendesk.com/hc/en-us)

(/en/products/brands/decora-smart/where-to-buy-decora-smart)
Where To Buy
(/en/products/brands/decora-smart/where-to-buy-decora-smart)



See which Z-Wave products can enhance your home and lifestyle.

A hub brings you diversity, communicate with all the players.

(/EN/E-SALES-PRODUCTS/RESIDENTIAL/AUTOMATION-SMART-HOME/DECORA-SMART-ALL/DECORA-SMART-WITH-ZWAVE-TECHNOLOGY)

## How can we help you?

Speak to a Decora Smart product specialist.   CONTACT US ➔ (/EN/PRODUCTS/BRANDS/DECORA-SMART/CONTACT)



© 2023 Leviton Manufacturing Co., Inc. All Rights Reserved.

Do Not Sell or Share My Personal Information (/en/privacy-policy/california-consumer-privacy-act) | Transparency in Coverage (https://www.bluecrossnc.com/about-us/policies-and-best-practices/transparency-coverage-mrf#) | Terms of Use (/en/terms-of-use) | Terms of Sale (/en/terms-of-sale) | Privacy Policy (/en/privacy-policy) | Disclaimer (/en/disclaimer) | CA Supply Chains Act (/en/ca-supply-chains-act)