

THE UNITED STATES OF AMERICA

No. 40385719

# CERTIFICATE OF NATURALIZATION

Personal description of holder as of date of naturalization:

Date of birth: ███████

Sex: MALE

Height: 5 feet 03 inches

Marital status: MARRIED

Country of former nationality: MEXICO

USCIS Registration No. A091 879 084

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

*Pedro Gomez R*
(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Secretary of Homeland Security

at: ATLANTA, GEORGIA

The Secretary having found that:

PEDRO GOMEZ RANGEL

residing at:

LAWRENCEVILLE, GEORGIA

having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by

U.S. CITIZENSHIP AND IMMIGRATION SERVICES

at: ATLANTA, GEORGIA   on: JANUARY 22, 2019

such person is admitted as a citizen of the United States of America.

*2.FnC*

U. S. Citizenship and Immigration Services

ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

DEPARTMENT OF HOMELAND SECURITY