Para tener acceso a este sitio en español, presione aquí (./es)

# Check Case Processing Times

## Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.*

**Form ***

| I-130 | Petition for Alien Relative |

**Form Category ***

| U.S. citizen filing for a spouse, parent, or child under 21 |

**Field Office or Service Center ***

| California Service Center |

Get processing time

## Processing time for Petition for Alien Relative (I-130) at California Service Center



| 80% of cases are completed within |
| --- |
| **15** |
| Months |

Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track the status of an immigration application, petition, or request.

ⓘ Notes