IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN TERRY DRURY, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) FILE NO. _____ |
| v. | ) |
| | ) Removed from State Court of Cobb |
| | ) County, Civil Action File No. 23- |
| THE KROGER CO. and JOHN DOES 1-3, | ) A-1728 |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANT THE KROGER CO.'S
## DEMAND FOR TWELVE PERSON JURY

COMES NOW Defendant The Kroger Co., in the *Complaint for Personal Injury* of Plaintiff John Terry Drury ("Plaintiff"), by and through undersigned counsel, pursuant to O.C.G.A. § 15-12-122(a)(2), and hereby demands that this case be tried by a jury of twelve persons.

Respectfully submitted this 2nd day of June, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Alexander D. Perwich III* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone:  (404) 870-1067 | Georgia State Bar No.: 412593 |
| Facsimile:  (404) 870-1030 | Alexander D. Perwich III |
| Email: aperwich@grsmb.com | Georgia State Bar No.: 622240 |
|         ykintner@grsmb.com | *Counsel for Defendant The Kroger Co.* |

## **CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1**

This is to certify that on this date, the undersigned filed a true and correct copy of the foregoing pleading with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

**Jeffrey James, Esq.**
**Massey Law Group**
**1374 S. Milledge Avenue**
**Athens, GA 30605**
*Counsel for Plaintiff*

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this 2nd day of June, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Alexander D. Perwich III* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone:  (404) 870-1067 | Georgia State Bar No.: 412593 |
| Facsimile:   (404) 870-1030 | Alexander D. Perwich III |
| Email: aperwich@grsmb.com | Georgia State Bar No.: 622240 |
|           ykintner@grsmb.com | *Counsel for Defendant The Kroger Co.* |