UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
_____

DERRICK REDDING
XXX-XX-2652

                Plaintiff,                **COMPLAINT**

    v.                           Civil Action No. _____

KILOLO KIJAKAZI ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant,

_____

Plaintiff, DERRICK REDDING, SOCIAL SECURITY NUMBER XXX-XX-2652 respectfully states:

The jurisdiction of this Court is invoked pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) to review a decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income Benefits for a lack of disability.

1. This action is an appeal from a final administrative decision denying Plaintiff's claim (BNC#: 21MU340K49886) (claiming benefits on own wage record). (Exhibit "A")

2. The Appeals Council denied the Plaintiff's Request for Review in a Notice dated 4/5/2023. (Exhibit "B").

3. Plaintiff resides in the County of Clayton in the State of Georgia.

4. The Defendant is the Commissioner of Social Security of the United States of America.

5. Plaintiff is disabled.

6. The conclusions and findings of fact of the Defendant are not supported by substantial evidence and are contrary to law and regulation.

WHEREFORE, Plaintiff prays that this Court:

1. Finds that the Plaintiff is entitled to disability insurance benefits and supplemental security income benefits under the provisions of the Social Security Act; or

2. Reverse and remand this matter solely for the purpose of calculating benefits, or in the alternative, reverse and remand this matter for further administrative proceedings pursuant to 28 U.S.C.§405(g).

3. Award attorney's fees under the Equal Access to Justice Act, 26 U.S.C. § 2412, on the grounds that the Commissioner's action in this case was not substantially justified; and

4. Order such other and further relief as the Court deems just and proper.

Dated:  6/1/2023

                                                Respectfully submitted,

                                                /s/ Ida Comerford
                                                Ida Comerford, Esq.
                                                Bar Number- 772997
                                                Law Offices of Kenneth Hiller
                                                6000 North Bailey Ave Suite 1A
                                                Amherst, NY 14226
                                                716-564-3288
                                                716-332-1884 (fax)
                                                Email:icomerford@kennethhiller.com