# EXHIBIT A

## SOFTWARE AS A SERVICE AGREEMENT

This Software as a Service Agreement (the "Agreement") is made by and between Tickr, Inc., a Delaware corporation, having a principal business address at 2 Embarcadero Center, 8th Floor, San Francisco, California 94111 ("Vendor"), and Republic National Distributing Company, LLC, having its principal place of business at One National Drive, Atlanta, GA 30336 ("RNDC") as of the 1st day of February, 2021 (the "Effective Date") in consideration of the mutual promises and covenants described as follows.

1.    DEFINITIONS.





DocuSign Envelope ID: 9CDEBDEC-5BDE-4B05-A3C6-6A15E2F09E0C



3

DocuSign Envelope ID: 9CDEBDEC-5BDE-4B05-A2C6-5A15F2F09F0C





2.    <u>SOFTWARE SYSTEM.</u>



3.     SERVICES.



4.     SERVICE LEVELS.



5.   <u>IMPLEMENTATION SERVICES.</u>

DocuSign Envelope ID: 8CDFBDE0-5BDE-4B0E-A9C6-5A15F2F0050C



9

6.      INSPECTION AND TESTING OF THE SYSTEM AND DELIVERABLES.



7.    <u>FEES AND OTHER AMOUNTS</u>.

8.    <u>PROPRIETARY RIGHTS</u>.

DocuSign Envelope ID: 8CDFBDE0-5BDF-4B0F-A3C6-5A15F2F0050C





9.    CONFIDENTIALITY; DATA PROTECTION.

DocuSign Envelope ID: 8CDFBDEC-5BDE-4B0F-A9C6-5A15F2F0050C





10.   CONFIDENTIALITY OF RELATIONSHIP.

10.1   Except as necessary to perform the Services and except where RNDC has given its express written consent, Vendor shall not (i) authorize or release materials that make reference to or explain the terms, conditions or existence of Vendor's engagement hereunder, (ii) use RNDC, or RNDC Group member, name, trademarks, trade names, logos or make reference to RNDC or the RNDC Group in any way in the Vendor's marketing or sales materials, websites, customer lists, or in discussions with the Vendor's customers, prospective customers, and industry/financial analysts, or (iii) advertise or otherwise disclose or publicize this Agreement, its terms, or the Vendor's affiliation with RNDC or the RNDC Group under this Agreement.

11.   VENDOR REPRESENTATIONS, WARRANTIES AND COVENANTS.



DocuSign Envelope ID: 8CDFBDE0-5BDE-4B0E-A9C6-5A15F2F9950C



16



12.     INDEMNIFICATION AND LIABILITY.



13. <u>TERM, TERMINATION, AND SUSPENSION OF SERVICES.</u>

13.1 <u>Term</u>. The term of this Agreement will commence on the Effective Date and, subject to extension pursuant to this <u>Section 13.1</u> or earlier termination pursuant to this <u>Section 13</u>, expire three (3) years after the Effective Date (the "<u>Term</u>"). The Term of the Agreement will extend automatically for consecutive one-year periods (each such period, a "<u>Renewal Term</u>") unless either party provides notice to the other party of its election not to extend the Term at least sixty (60) days prior to the expiration of the then-current Term. "Term" includes any Renewal Term, as applicable. Vendor will provide RNDC with notice of the upcoming expiration of the Term at least one hundred twenty (120) days prior to expiration of the original Term and any extension periods, solely to notify RNDC of RNDC's option to elect not to extend

18

the Term.  The terms and conditions of this Agreement shall remain in full force and effect during any such extension periods and any Transitional Services period.

13.7   <u>Survival.</u>   The following sections will survive the termination or expiration of this Agreement: <u>Sections 1</u> (Definitions), <u>2.3</u>, <u>2.4</u>, <u>2.5</u>, <u>7</u>, (Fees), <u>8</u> (Proprietary Rights), <u>9.1 through 9.9</u> (Confidentiality; Data Protection), <u>11</u> (Vendor Representations, Warranties and Covenants), <u>12</u> (Indemnification), 13.4 through 13.7, <u>14</u> (Insurance), <u>15</u> (Security Requirements and Compliance), and <u>16</u> (General). Licenses issued as permitted under <u>Section 2.2(c)</u> shall survive termination or expiration of this Agreement for any reason.

14.   <u>INSURANCE.</u>



15.   <u>SECURITY REQUIREMENTS AND COMPLIANCE.</u>

DocuSign Envelope ID: 8CDFBDE0-5BDE-4B0F-A9C6-5A15F2F0050C





16.    <u>GENERAL.</u>

16.1    <u>Entire Agreement</u>.  This Agreement, including any Statement of Work, contains the entire agreement and understanding between the parties as to the subject matter hereof and fully supersedes all prior or contemporaneous agreements and understandings, written or oral, between the parties regarding such subject matter.

16.3    <u>Applicable Law and Venue</u>.  This Agreement and all relations, disputes, claims and other matters arising hereunder (including non-contractual disputes or claims) shall be governed exclusively by, and construed exclusively in accordance with, the laws of the State of Georgia, without regard to its conflicts of law provisions.  The state and federal courts located in Atlanta, Georgia shall have exclusive jurisdiction to adjudicate any dispute or claim arising out of or relating to this Agreement (including non-contractual disputes or claims), except that either party may seek injunctive relief or assistance enforcing judgments in any court having jurisdiction.  Each party hereby consents to the jurisdiction of such courts and waives and agrees not to assert the defenses of lack of personal jurisdiction, improper venue or forum non conveniens in any such action brought under such court.



16.7    <u>Notices</u>.  Any notice, demand or other communication required or permitted to be given under this Agreement shall be in writing and shall be delivered in person, via overnight mail, via facsimile with confirmation, or mailed via United States certified or registered mail, return receipt requested, postage prepaid, and shall be addressed to the parties at their respective addresses set forth below.  Either party may change its address for notices by a notice given in the manner set forth in this Section.

| To RNDC: | To Vendor: |
|---|---|
| Republic National Distributing Company, LLC | Tickr, Inc. |
| 809 Jefferson Highway | Two Embarcadero Center, 8th Floor |
| New Orleans, LA  70121 | San Francisco, CA 94111 |
| ATTN: President & CEO | ATTN:  Founder & CEO |

23

With a copy to:
Republic National Distributing Company, LLC
1 National Drive
Atlanta, GA 30336
Attn: H. Alan Rosenberg, Esq.,
General Counsel
Phone: 404-205-7206
Email:  alan.rosenberg@RNDC-USA.com

DocuSign Envelope ID: 8CDFBDE6-5BDF-4B0F-A9C6-5A15F2F0050C



IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the applicable date(s) below.

ACCEPTED AND AGREED BY:

**Republic National Distributing Company, LLC**        **Tickr, Inc.**

_____        _____
Signature                                                Signature

Nicholas Mehall                                          Tyler Peppel

EVP & Chief Financial Officer                            Founder & CEO

_____        _____
      2/4/2021                                               1/29/2021

Date                                                     Date

26

**EXHIBIT A**

**SYSTEM SPECIFICATIONS**





A

DocuSign Envelope ID: 8CDFBDE0-5BDF-4B0E-A8C6-5A15F2F9950C



A

DocuSign Envelope ID: 8CDFBDE0-5BDE-4B0E-A9C6-5A15F2F9950C



A

DocuSign Envelope ID: 8CDFBDEC-5BDE-4B0F-A9C6-5A15F2F9950C



A

DocuSign Envelope ID: 9CDFBDEC-5BDF-4B0F-A9C6-5A15F2F0050C



A

**EXHIBIT B**

**IMPLEMENTATION SERVICES**

**EXHIBIT C**

**MAINTENANCE AND SUPPORT SERVICES**



C

**EXHIBIT D**

**FEES**

D

**EXHIBIT D-1**

**HOURLY RATES FOR ADDITIONAL SERVICES**

DocuSign Envelope ID: 8CDFBDE0-5BDF-4B0E-A3S6-5A15F2F0050C

**EXHIBIT E**

**SERVICE LEVELS**



E

DocuSign Envelope ID: 8CDFBDE0-5BDF-4B0F-A9C6-5A15F2F09E0C



E

DocuSign Envelope ID: 9CDFBDE0-5BDF-4B0F-A9C6-5A15F2F0050C



E

DocuSign Envelope ID: 8CDFBDE0-5BDE-4B0F-A9C6-5A15F2F9050C

**EXHIBIT F**

**VENDOR INFORMATION SECURITY POLICY**



F



F

DocuSign Envelope ID: 9CDFBDE0-5BDE-4B0F-A9C6-5A15F2F99E0C



F

DocuSign Envelope ID: 9CDFBDE0-5BDE-4B0E-A8C6-5A15F2F9950C



F

**Signed:** _____

**Title:** CEO

**Date:** 1/29/2021

F

**EXHIBIT G**

**DISASTER RECOVERY PLAN STANDARDS**



G

DocuSign Envelope ID: 8CDFBDE0-5BDE-4B0E-A9C6-5A15F2F0050C



G

DocuSign Envelope ID: 8CDFBDEC-5BDE-4B0E-A9C6-5A15F2F0050C



G



G

Signed: _____

Title: CEO

Date: 1/29/2021

G

**EXHIBIT H**

**INSURANCE REQUIREMENTS**

H

**EXHIBIT I**

**OPERATING ENVIRONMENT**

DocuSign Envelope ID: 9CDFBDEC-5BDF-4B0E-A9C6-5A15F2F9950C

**EXHIBIT J**

**VENDOR FACILITIES**



J

**STATEMENT OF WORK**

THIS STATEMENT OF WORK ("SOW") is effective as of February 1, 2021 (the "SOW Effective Date") between Tickr, Inc., with a place of business at Two Embarcadero Center, 8th Floor, San Francisco CA 94111 ("Tickr") and Republic National Distributing Company, LLC ("RNDC" or "Licensee"), with a place of business at One National Drive, Atlanta, GA 30336.  This SOW is subject to, and hereby incorporates by reference, the terms and conditions set forth in that certain SOFTWARE AS A SERVICE AGREEMENT (the "Agreement") executed by the parties, effective as of February 1, 2021 (the "Effective Date").  To the extent that a conflict arises between the terms and conditions of this SOW and the terms of the Agreement, the terms and conditions of this SOW will govern.  Unless defined herein, capitalized terms shall have the meanings set forth in the Agreement.

1. **IMPLEMENTATION SERVICES**





**3.   PLATFORM LICENSE**

**4.   SERVICE AND SUPPORT (INCLUDING ON-CALL DEVELOPMENT COMMITMENT)**

**5. EXCLUSIVE LICENSE – ADDITIONAL TERMS**

**6. PRICING SUMMARY**

DocuSign Envelope ID: 41CB2071-59C3-410F-86C0-0C91AA4D4C67





**7.   INVOICING AND PAYMENT SCHEDULE**

**Payment Schedule**:

| $1,950,000 | January 1, 2023 |
|---|---|

**Payment Terms**:  Invoice for Fees for Implementation Services is due NET 15 and all other invoices are due NET 45 via ACH.

**Term Start Date**:  February 1, 2021

**Initial Term**:  36 Months

**Termination for Convenience**:   Beginning on the first anniversary of the Effective Date, RNDC may terminate this Agreement for any reason or no reason upon at least sixty (60) days' written notice to Tickr (which may be delivered prior to such anniversary) and upon payment to Tickr of the applicable Termination for Convenience Fee.

"Termination for Convenience Fee" shall mean $1,000,000 for terminations in months 13-24 following the Effective Date (including the first anniversary of the Effective Date), and $500,000 for terminations in months 25-36 following the Effective Date (including the second anniversary of the Effective Date).

8.  **MISCELLANEOUS**

[Signatures included on the next page.]

In Witness Whereof, the parties have executed this SOW as of the SOW Effective Date.

**Tickr, Inc.**

By: _063679B946C3468..._____

Print Name: Tyler Peppel

Title: Founder & CEO

Address:

Two Embarcadero Center, 8th Floor

San Francisco, CA 94111

Email Address: tyler@tickr.com

Date: 1/29/2021 _____

**Republic National Distributing Company, LLC**

By: _A5B5C8C65D2C45D..._____

Print Name: Nicholas Mehall

Title: CFO & Executive VP

Address: RNDC

_____

Email address:_____

Date: 2/4/2021 _____

DocuSign Envelope ID: 11CB2071-59C3-410F-86C0-0C91AA4D4C67

**EXHIBIT A**



DocuSign Envelope ID: 41CB2071-59C3-410F-86C0-0C91AA4D4C67



DocuSign Envelope ID: 41CB2071-69C3-410F-86C0-0C91AA4D4C67





