# EXHIBIT B

AMENDMENT No. 1 TO STATEMENT OF WORK

This amendment No. 1 (the "Amendment"), effective as of January 24, 2022 (the "Amendment Date") amends the agreement entered into between Tickr, Inc ("Tickr) and Republic National Distributing Company, LLC ("RNDC" or "Licensee") having an effective date of February 1, 2021 (the "SOW"). This Amendment is subject to, and hereby incorporates by reference, the terms and conditions set forth in that certain SOFTWARE AS A SERVICE AGREEMENT (the "Agreement") executed by the parties, effective as of February 1, 2021 (the "Effective Date").  To the extent that a conflict arises between the terms and conditions of this Amendment and the terms of the Agreement, the terms and conditions of this Amendment will govern.  Unless defined herein, capitalized terms shall have the meanings set forth in the Agreement. Now, therefore, in consideration of the mutual covenants and agreements set forth herein, the parties agree as follows:

[REDACTED]

1. **SERVICE AND SUPPORT (INCLUDING ON-CALL DEVELOPMENT COMMITMENT)**

[REDACTED]

2. **PRICING SUMMARY**

[REDACTED]

Doc ID: 696a95df7d8076273fb732c56e50607cf001ad30



2

Doc ID: 696a95df7d8076273fb732c56e50607cf001ad30



Doc ID: 696a95df7d8076273fb732c56e50607cf001ad30

3. **INVOICING AND PAYMENT SCHEDULE**

[REDACTED]

**Payment Schedule**:

| Invoice Amount | Invoicing Date | Payment Status |
|---|---|---|
| [REDACTED] | [REDACTED] | [REDACTED] |
| $1,950,000 | January 1, 2023 | **PENDING** |
| MONTHLY T&M | Monthly beginning with September 2021 hours | **PENDING** |

**Payment Terms**:  Invoice for Fees for Implementation Services is due NET 15 and all other invoices are due NET 45 via ACH.

**Term Start Date**:   February 1, 2021

**Initial Term**:  36 Months

**Termination for Convenience**:   Beginning on the first anniversary of the Effective Date, RNDC may terminate this Agreement for any reason or no reason upon at least sixty (60) days' written notice to Tickr (which may be delivered prior to such anniversary) and upon payment to Tickr of the applicable Termination for Convenience Fee.

"Termination for Convenience Fee" shall mean $1,000,000 for terminations in months 13-24 following the Effective Date (including the first anniversary of the Effective Date), and $500,000 for terminations in months 25-36 following the Effective Date (including the second anniversary of the Effective Date).

[REDACTED]

4. **MISCELLANEOUS**

[Signatures included on the next page.]

Doc ID: 696a95df7d8076273fb732c56e50607cf001ad30

In Witness Whereof, the parties have executed this SOW as of the SOW Effective Date.

| Tickr, Inc. | Republic National Distributing Company, LLC |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Print Name: Marco Burgio | Print Name: Tracy Aldworth |
| Title: COO | Title: SVP, eCommerce and Digital |
| Address: | Address: 4300 Wildwood Parkway |
| Two Embarcadero Center, 8th Floor | Atlanta, GA |
| San Francisco, CA 94111 | |
| Email Address: marco@tickr.com | Email address: tracy.ariail@rndc-usa.com |
| Date: 01 / 24 / 2022 | Date: 01 / 24 / 2022 |

6



Audit Trail

| | |
|---|---|
| **TITLE** | Tickr_RNDC SOW Amendment 1 Final |
| **FILE NAME** | Tickr - RNDC SOW ...-24-22 FINAL.docx |
| **DOCUMENT ID** | 696a95df7d8076273fb732c56e50607cf001ad30 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

**SENT**
**01 / 24 / 2022**
17:52:14 UTC
Sent for signature to Marco Burgio (marco@tickr.com) and Tracy Aldworth (tracy.ariail@rndc-usa.com) from marco@tickr.com
IP: 98.177.170.128

**VIEWED**
**01 / 24 / 2022**
17:52:42 UTC
Viewed by Marco Burgio (marco@tickr.com)
IP: 98.177.170.128

**SIGNED**
**01 / 24 / 2022**
17:53:00 UTC
Signed by Marco Burgio (marco@tickr.com)
IP: 98.177.170.128

**VIEWED**
**01 / 24 / 2022**
18:10:03 UTC
Viewed by Tracy Aldworth (tracy.ariail@rndc-usa.com)
IP: 73.43.157.42

**SIGNED**
**01 / 24 / 2022**
18:12:50 UTC
Signed by Tracy Aldworth (tracy.ariail@rndc-usa.com)
IP: 73.43.157.42

**COMPLETED**
**01 / 24 / 2022**
18:12:50 UTC
The document has been completed.

Powered by HELLOSIGN