# EXHIBIT C

Tickr, Inc.
182 Howard St
San Francisco, CA  94105
(800) 988-0958
accounting@tickr.com
www.tickr.com



# INVOICE

**BILL TO**
Tracy Ariail
RNDC - Corporate
1 National Dr SW
Atlanta, GA  30336 USA

**INVOICE #** 1340
**DATE** 01/01/2023
**DUE DATE** 02/15/2023
**TERMS** Net 45

| DESCRIPTION | AMOUNT |
|---|---:|
| **Tickr Software License** Tickr Software License Year 3 of 3 February 1, 2023, through January 31, 2024 (Per Payment Schedule in SOW signed February 4, 2021) | 1,450,000.00 |
| **Tickr Software License** Exclusivity License Year 3 of 3 February 1, 2023, through January 31, 2024 (Per Payment Schedule in SOW signed February 4, 2021) | 500,000.00 |

RNDC #PRJ0020205

**BALANCE DUE** $1,950,000.00

If paying by direct transfer, (preferred) please transfer to:
Account Name: Tickr, Inc.
Bank Name: ███████████
Routing Number:
███████ (wires)
███████ (paper & electronic)
Account Number:
███████████

For questions please contact:
accounting@tickr.com

If paying by check, please make checks payable to Tickr, Inc. and send to:
Tickr, Inc.
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

For questions please contact:
accounting@tickr.com