# EXHIBIT D

| | |
|---|---|
| **From:** | Kernan, Brian |
| **To:** | tyler.peppel@tickr.com |
| **Cc:** | Gonzalez, Luis |
| **Subject:** | Official Notice from RNDC |
| **Date:** | Thursday, June 1, 2023 3:01:45 PM |
| **Attachments:** | image001.png |

Hi Tyler,

Please let this email serve as formal sixty (60) day notification that RNDC has decided to terminate our agreement with Tickr effective March, 31, 2023.

Please let me know if you have any questions.

Regards,

**Brian M. Kernan**
Vice President, Indirect Procurement & Vendor Management



**Republic National Distributing Company**
4300 Wildwood Parkway SE, Suite 200
Atlanta, GA 30339
(O) 404-205-7234
(M) 513-379-1053
Brian.Kernan@RNDC-USA.COM
Exec Assistant: giovanna.cazares@rndc-usa.com

www.RNDC-USA.com

**Get Social with RNDC:**
LinkedIn | Facebook | Instagram | YouTube | Twitter