# EXHIBIT E

| | |
|---|---|
| **From:** | Tyler Peppel |
| **To:** | Kernan, Brian |
| **Cc:** | Gonzalez, Luis; Marco Burgio; tyler.peppel@tickr.com |
| **Subject:** | Re: Official Notice from RNDC |
| **Date:** | Wednesday, February 1, 2023 11:14:02 AM |
| **Attachments:** | image001.png |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Brian,

Tyler

On Mon, Jan 30, 2023 at 06:54 Kernan, Brian <Brian.Kernan@rndc-usa.com> wrote:

> Hi Tyler,
>
> Please let this email serve as formal sixty (60) day notification that RNDC has decided to terminate our agreement with Tickr effective March, 31, 2023.
>
> Please let me know if you have any questions.
>
> Regards,
>
> **Brian M. Kernan**
>
> Vice President, Indirect Procurement & Vendor Management
>
> 
> **Republic National Distributing Company**
>
> 4300 Wildwood Parkway SE, Suite 200
> Atlanta, GA 30339
>
> (O) 404-205-7234
>
> (M) 513-379-1053
>
> Brian.Kernan@RNDC-USA.COM
>
> Exec Assistant: giovanna.cazares@rndc-usa.com

www.RNDC-USA.com

**Get Social with RNDC:**

LinkedIn | Facebook | Instagram | YouTube | Twitter

"The information transmitted is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any computer."

--

**TICKR**

Tyler Peppel, Founder | CEO
+1.415.302.1887

Two Embarcadero Center | 8th Floor
San Francisco, California 94111