**From:** Kernan, Brian <Brian.Kernan@RNDC-USA.COM>
**Sent:** Monday, January 30, 2023 9:50 AM
**To:** Jara, David <David.Jara@rndc-usa.com>
**Cc:** Xu, Emily <Emily.Xu@rndc-usa.com>
**Subject:** RE: FW: I've let my team know about the changes we discussed

I have not received anything from them, so I am sending it today.

Thanks,

**Brian M. Kernan**
Vice President, Indirect Procurement & Vendor Management



**Republic National Distributing Company**
4300 Wildwood Parkway SE, Suite 200
Atlanta, GA 30339
(O) 404-205-7234
(M) 513-379-1053
Brian.Kernan@RNDC-USA.COM
Exec Assistant: giovanna.cazares@rndc-usa.com

www.RNDC-USA.com
**Get Social with RNDC:**
LinkedIn | Facebook | Instagram | YouTube | Twitter

**From:** Jara, David <David.Jara@rndc-usa.com>
**Sent:** Monday, January 30, 2023 9:46 AM
**To:** Kernan, Brian <Brian.Kernan@RNDC-USA.COM>
**Cc:** Xu, Emily <Emily.Xu@rndc-usa.com>
**Subject:** RE: FW: I've let my team know about the changes we discussed

Hi Brian, can you provide an update on the formal termination letter to Tickr? Has this been sent over to them?

Regards,

David

**From:** Kernan, Brian <Brian.Kernan@RNDC-USA.COM>
**Sent:** Tuesday, January 24, 2023 9:30 AM
**To:** Jara, David <David.Jara@rndc-usa.com>
**Cc:** Xu, Emily <Emily.Xu@rndc-usa.com>
**Subject:** RE: FW: I've let my team know about the changes we discussed

Thanks. I haven't received anything either.

**Brian M. Kernan**
Vice President, Indirect Procurement & Vendor Management



**Republic National Distributing Company**
4300 Wildwood Parkway SE, Suite 200
Atlanta, GA 30339
(O) 404-205-7234
(M) 513-379-1053
Brian.Kernan@RNDC-USA.COM
Exec Assistant: giovanna.cazares@rndc-usa.com

www.RNDC-USA.com
**Get Social with RNDC:**
LinkedIn | Facebook | Instagram | YouTube | Twitter

**From:** Jara, David <David.Jara@rndc-usa.com>
**Sent:** Tuesday, January 24, 2023 9:24 AM
**To:** Kernan, Brian <Brian.Kernan@RNDC-USA.COM>
**Cc:** Xu, Emily <Emily.Xu@rndc-usa.com>
**Subject:** RE: FW: I've let my team know about the changes we discussed

Hi Brian, I wanted to provide a quick update on this. I never received the termination fee and penalty analysis from Tickr we were waiting for.

Regards,

David

**From:** Kernan, Brian <Brian.Kernan@RNDC-USA.COM>
**Sent:** Thursday, January 12, 2023 11:01 AM
**To:** Jara, David <David.Jara@rndc-usa.com>
**Subject:** RE: FW: I've let my team know about the changes we discussed

Thanks

**Brian M. Kernan**
Vice President, Indirect Procurement & Vendor Management



**Republic National Distributing Company**
4300 Wildwood Parkway SE, Suite 200
Atlanta, GA 30339
(O) 404-205-7234
(M) 513-379-1053
Brian.Kernan@RNDC-USA.COM
Exec Assistant: giovanna.cazares@rndc-usa.com

www.RNDC-USA.com
**Get Social with RNDC:**
LinkedIn | Facebook | Instagram | YouTube | Twitter

**From:** Jara, David <David.Jara@rndc-usa.com>
**Sent:** Thursday, January 12, 2023 10:37 AM
**To:** Kernan, Brian <Brian.Kernan@RNDC-USA.COM>
**Subject:** FYI: FW: I've let my team know about the changes we discussed

**From:** Tyler Peppel <tyler@tickr.com>
**Sent:** Thursday, January 12, 2023 10:33 AM
**To:** Jara, David <David.Jara@rndc-usa.com>
**Subject:** Re: I've let my team know about the changes we discussed

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Meant to mention: Marco will provide his "termination analysis" early next week.

Thanks,

Tyler