# EXHIBIT "C"

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LENA HARDING, Individually and as Proposed Administrator of the Estate of CHAZ CARTER, Deceased, and DESIREE RODRIGUEZ, as Mother and Next Friend of MYA LAEL RODRIGUEZ-CARTER, a Minor,<br><br>    Plaintiffs,<br><br>v.<br><br>DKS TRANSPORT, INC., BROOKS FURNITURE XPRESS, INC., SENTRY SELECT INSURANCE COMPANY, and DAVID HAROLD SOOTS,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.:  23-C-03058-S1 |

## NOTICE OF FILING NOTICE OF REMOVAL

COME NOW, Defendants DKS TRANSPORT, INC, BROOKS FURNITURE XPRESS, INC., SENTRY SELECT INSURANCE COMPANY, and DAVID HAROLD SOOTS, by and through the undersigned counsel, and give notice of the filing of a Notice of Removal of the above-styled civil action to the United States District Court, for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal, excluding pleadings previously filed in this matter, filed with the United States District Court is attached hereto as Exhibit "1". Pursuant to 28 U.S.C. § 1446(d), all future proceedings in this Court are stayed.

Respectfully submitted, this 2nd day of June, 2023.

McMICKLE, KUREY & BRANCH, LLP

By: */s/ Paschal Glavinos*
SCOTT W. MCMICKLE
Georgia Bar No. 497779

M1046491.1 15392

|  |  |
|---|---|
|  | PASCHAL GLAVINOS |
|  | Georgia Bar No. 817127 |
| 217 Roswell Street, Suite 200 | *Attorneys for Defendants* |
| Alpharetta, GA 30009 |  |
| Telephone: (678) 824-7800 |  |
| Facsimile:  (678) 824-7801 |  |
| swm@mkblawfirm.com |  |
| pglavinos@mkblawfirm.com |  |

## **CERTIFICATE OF SERVICE**

This is to certify that on this date I have electronically filed the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** with the Clerk of the Court using the Odyssey e-Filing system, which will automatically send a notification attaching same thereon to the following counsel of record:

Parker Green
MORGAN & MORGAN ATLANTA, PLLC
178 S. Main St., Suite #300
Alpharetta, GA 30009
pgreen@forthepeople.com
*Attorneys for Plaintiffs*

This 2nd day of June, 2023.

            */s/ Paschal Glavinos*
            PASCHAL GLAVINOS
            For the Firm

# EXHIBIT "1"

**Notice of Removal Filed in Federal Court**

**State Court Pleadings Previously Filed
Have been excluded from this Filing**

M1046491.1 15392                              4