23A01864

No. _____

Date Summons Issued and E-Filed

4/27/2023
_____

/s/ Monica Gay
_____

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**SUMMONS**

Fatoumata Gueye
_____

_____

Plaintiff's name and address

**vs.**

Virginia Crosby, Lyft, Inc. (DE), Christopher May, Penske Truck
Leasing Co., L.P., Penske Truck Leasing Corporation, The
Sherwin-Williams Company and Old Republic Insurance Co.
Defendant's name and address

**[ ] JURY**

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor,
Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia
30030 and serve upon the plaintiff's attorney, to wit:
Jason Duncan - Issa & Castro, LLC
_____
Name
66 Lenox Pointe NE, Atlanta, GA 30324
_____
Address
302-373-8117                                        557510
_____
Phone Number                        Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after
service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. The answer or other responsive
pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public
access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____          _____
Defendant's Attorney                                               Third Party Attorney

_____          _____
Address                                                                    Address

_____          _____
Phone No.                        Georgia Bar No.              Phone No.              Georgia Bar No.

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability                    Principal $ _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability               Interest $ _____
☐Other
                                                                            Atty Fees $ _____
**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
**☒(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for**
**service appears in the complaint.**

STATE COURT OF
DEKALB COUNTY, GA.
E-file summons1-2016    4/27/2023 4:54 PM
E-FILED
BY: Monica Gay

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **FATOUMATA GUEYE,** | |
| **Plaintiff,** | 23A01864 |
| | Civil Action File No.: _____ |
| **vs.** | |
| | **JURY TRIAL DEMANDED** |
| **VIRGINIA CROSBY, LYFT, INC. (DE), CHRISTOPHER MAY, PENSKE TRUCK LEASING CO., L.P., PENSKE TRUCK LEASING CORPORATION, THE SHERWIN-WILLIAMS COMPANY, and OLD REPUBLIC INSURANCE CO.,** | |
| **Defendants.** | |

---

**COMPLAINT FOR DAMAGES & JURY DEMAND**

---

**COMES NOW,** Fatoumata Gueye (hereinafter referred to as, "Plaintiff"), by and through the undersigned counsel, complains of the acts and omissions of Virginia Crosby, Lyft, Inc. (DE), Penske Truck Leasing Co., L.P., Penske Truck Leasing Corporation, The Sherwin-Williams Company, Old Republic Insurance Company and Christopher May (hereinafter collectively referred to as, "Defendants") and files this Complaint for Damages & Jury Demand, as follows:

### I.     JURISDICTION & VENUE

#### 1.

Plaintiff is an adult Georgia resident and voluntarily subjects herself to the Jurisdiction and Venue of this Honorable Court.

**2.**

Defendant Virginia Crosby (hereinafter referred to as "Defendant Crosby") is, upon information and belief, is subject to the Jurisdiction of this Honorable Court and may be served with a copy of the Summons and Complaint at her last known place of residence 3782 Hollow Oak LN, Lithonia, GA 30038.

**3.**

Defendant Lyft, Inc. (DE) (hereinafter referred to as "Defendant Lyft") is a foreign for-profit corporation with its principal office located at 185 Berry Street, Suite 400, San Francisco, CA 30046. Defendant Lyft is subject to the Jurisdiction of this Honorable Court and may be served with a copy of the Summons and Complaint through their registered agent, CT Corporation System, located at 289 S. Culver St., Lawrenceville, GA 30046.

**4.**

Defendant Christopher May (hereinafter referred to as "Defendant May") is, upon information and belief, a resident and citizen of Alabama who may be served at his personal residence, 8831 Marston Way, Montgomery, AL 36117.

**5.**

This Honorable Court has and maintains jurisdiction over Defendant May pursuant to the Georgia Non-Resident Motorist Act, O.C.G.A. § 40-12-1.

**6.**

Defendant Penske Truck Leasing Corporation (hereinafter referred to as "Defendant Penske Corp.") is a foreign for-profit limited partnership with its principal office located at 2675 Morgantown Road, P.O. Box 563, Reading, PA 19607. Defendant Penske LP is subject to the Jurisdiction of this Honorable Court and may be served with a copy of the Summons

and Complaint through their registered agent, Corporation Service Company, located at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

**7.**

Defendant Penske Truck Leasing CO., L.P. (hereinafter referred to as "Defendant Penske LP") is a foreign for-profit corporation with its principal office located at 2675 Morgantown Road, P.O. Box 563, Reading, PA 19607. Defendant Penske LP is subject to the Jurisdiction of this Honorable Court and may be served with a copy of the Summons and Complaint through their registered agent, Corporation Service Company, located at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

**8.**

Defendant The Sherwin-Williams Company (hereinafter referred to as "Defendant Sherwin-Williams") is a foreign for-profit corporation with its principal office located at 101 West Prospect Avenue, Cleveland, OH 44115. Defendant Sherwin-Williams is subject to the Jurisdiction of this Honorable Court and may be served with a copy of the Summons and Complaint through their registered agent, Corporation Service Company, located at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

**9.**

Defendants Penske Corp. and Penske LP are authorized to transact business in Georgia and does substantial business in this state as a motor carrier. Defendants Sherwin-Williams and Lyft are authorized to transact business in Georgia and does substantial commercial business in this state. Defendant May was operating a commercial vehicle within Fulton County at the time of the collision underlying Plaintiff's Complaint.

**11.**

Defendant Crosby was operating a motor vehicle under the employ, direction or in agreement with Lyft at the time of the collision underlying Plaintiff's Complaint.

**12.**

Defendant Old Republic Insurance CO. (hereinafter referred to as "Defendant Old Republic") is a foreign insurance company, existing under the laws of the state of Pennsylvania, with its principal place of business located at 631 Excel Drive, Suite 200, Mt. Pleasant, PA 15666, and is authorized to transact business within the State of Georgia. Defendant Old Republic is subject to the Jurisdiction of this Honorable Court and may be served with a copy of the Summons and Complaint through their registered agent, The Prentice-Hall Corporation System, located at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

**13.**

Defendant Old Republic is a proper party to this case pursuant to O.C.G.A. § 40-1-112 *et seq.*, O.C.G.A. § 40-2-140 *et seq.* and other applicable law.

**14.**

Defendants are subject to the Jurisdiction of this Honorable Court, the State Court of DeKalb County, as that is where Defendant Crosby maintains her residence and domicile. Defendants Lyft, Penske Corp., Penske LP, Sherwin-Williams and Old Republic maintain their registered agents in Gwinnett County, Georgia, and Defendant May was transacting business in Fulton County, Georgia at the time of the collision underlying Plaintiff's Complaint.

**15.**

Venue in the State Court of DeKalb County, Georgia is proper for the above and following reasons.

## II. **FACTS**

**16.**

Plaintiff incorporates all previous allegations contained in paragraphs 1-15 of this Complaint as if set forth verbatim herein.

**17.**

At all times relevant, Defendant Crosby owned a 2014 Chrysler 200LX [VIN:1C3CCBAB6EN210827] [GA Tag #TFT2229] (hereinafter referred to as "Defendant Crosby's vehicle") driven by Defendant Crosby and involved in the wreck underlying Plaintiff's Complaint.

**18.**

At all times relevant, Defendant Crosby was driving her vehicle involved in the wreck underlying Plaintiff's Complaint while employed, working for or working with Defendant Lyft and was acting in the scope and course of her employment with Defendant Lyft.

**19.**

At approximately 3:21 PM on Monday, November 14, 2022, Plaintiff was a passenger in the front passenger seat Defendant Crosby's vehicle as it operated as a Lyft for Plaintiff and additional non-parties traveling southbound on I-85 near its intersection with Flat Shoals Road, in Union City, GA.

**20.**

At the same time, Defendant May was driving a commercial motor vehicle traveling southbound on I-85 near its intersection with Flat Shoals Road, in Union City, GA.

**21.**

At all relevant times, Defendant Penske Corp and/or Defendant Penske LP owned the commercial motor vehicle make and model, 2020 Volvo TT [VIN:4V4NC9EH5LN260003] [OH Tag #PWL8056] (hereinafter referred to as "Defendant Penske's tractor trailer) driven by Defendant May and involved in the wreck underlying Plaintiff's Complaint.

**22.**

At all relevant times, Defendant May was acting within the scope and course of his employment with Defendant Penske Corp, Defendant Penske LP, and/or Defendant Sherwin-Williams and Defendant May was operating the commercial motor vehicle under Defendant Penske Corp, Defendant Penske LP and/or Defendant Sherwin-Williams' United States Department of Transportation authority.

**23.**

As Defendant Crosby drove her vehicle southbound on I-85 next to Defendant May, Defendant Crosby failed to maintain her lane.

**24.**

As Defendant May drove Defendant Penske Corp, Defendant Penske LP and/or Defendant Sherwin-Williams' commercial vehicle, Defendant May struck Defendant Crosby's vehicle on the driver's side.

**25.**

Defendant May's driving of Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams' vehicle and Defendant Crosby failing to maintain her lane caused Defendant Crosby to lose control of her vehicle and pushing her vehicle into the other lane, leading to additional collisions.

**26.**

Union City Police responded to the scene.

**27.**

As a result of this wreck, Plaintiff suffered painful physical injuries, and required subsequent medical treatment.

### III.   NEGLIGENCE & NEGLIGENCE PER SE OF DEFENDANT VIRGINIA CROSBY

**28.**

Plaintiff incorporates all previous allegations contained in paragraphs 1-27 of this Complaint as if set forth verbatim herein.

**29.**

At all times relevant to this incident, Defendant Crosby owed a duty to Plaintiff to operate her vehicle in a lawful and prudent manner, in accordance with the Georgia Uniform Rules of the Road and common laws of this State, pertaining to the operation of a motor vehicle upon the public street.

**30.**

However, Defendant Crosby breached those aforesaid duties owed to Plaintiff, negligently violated Georgia law and negligently:

[a]    Failed to operate a motor vehicle with ordinary diligence which is exercised by ordinarily prudent persons under the same or similar circumstances, in violation of O.C.G.A. § 51–1–2, which constitutes *negligence per se*;

[b]    Failed to maintain her lane, in violation of O.C.G.A. § 40–6–48, which constitutes *negligence per se*;

[c]    Drove a motor vehicle at a greater speed than reasonable and prudent under the conditions and disregarding the actual and potential hazards then existing, in violation of O.C.G.A. § 40–6–180, which constitutes *negligence per se*;

[d]    Failed to avoid distractions and maintain a proper lookout while driving a motor vehicle, in violation of O.C.G.A. § 40–6–241, which constitutes *negligence per se*;

[e]    Failed to use the motor vehicle's horn to warn of the perilous situation when it was reasonably necessary to do so, in violation of O.C.G.A. § 40–8–70, which constitutes *negligence per se*;

[f]    Failed to avoid or mitigate this collision;

[g]    Failed to drive a motor vehicle in a safe and prudent manner.

### 31.

Defendant Crosby further committed additional negligent acts and omissions to be proven by the facts and evidence at trial.

### 32.

Plaintiff sustained painful physical injuries and damages as a direct and proximate result of the Defendant Crosby's breach of aforementioned legal duties owed to the Plaintiff.

### 33.

Defendant Crosby is liable to Plaintiff for all damages allowable under Georgia Law.

## IV.    DEFENDANT LYFT, INC. (DE)'S VICARIOUS LIABILITY

**34.**

Plaintiff incorporates all previous allegations contained in paragraphs 1–33 of this Complaint as if set forth verbatim herein.

**35.**

At all relevant times to this Complaint, Defendant Crosby was acting in the course and scope of her employment with Defendant Lyft.

**36.**

At the time of the subject collision, Defendant Crosby was under dispatch, direction, or guidance for Defendant Lyft.

**37.**

At the time of the subject collision, Defendant Crosby was operating Defendant Crosby's vehicle on behalf of Defendant Lyft in furtherance of the company's business.

**38.**

Defendant Lyft are responsible for the actions of Defendant Crosby as described in this Complaint under the doctrine of *respondeat superior*, vicarious liability and agency principles, and are liable for all damages caused by Defendant Crosby's acts and omissions.

## V.    NEGLIGENT HIRING, TRAINING AND SUPERVISION

**39.**

Plaintiff incorporates all previous allegations contained in paragraphs 1-38 of this Complaint as if set forth verbatim herein.

**40.**

Defendant Lyft had a duty to exercise ordinary care in the hiring, retaining, supervising and training of its employees or agents, including Defendant Crosby and to not entrust Defendant Crosby with directions or guidance with knowledge of her incompetency.

**41.**

Defendant Lyft was negligent in failing to adhere to routine and common industry standards regarding operation of the motor vehicle at issue, including negligently failing to take appropriate precautionary measures and procedures to prevent injuries to others, including Plaintiff.

**42.**

Defendant Lyft was negligent in hiring, training, and supervising Defendant Crosby, retaining her and entrusting her to drive under their guidance or direction.

**43.**

Defendant Lyft had knowledge of, or in exercise of reasonable care should have had knowledge of the negligence discussed herein and the dangerous conditions created by their actions.

**44.**

Defendant Lyft's direct acts of negligence proximately caused the collision and Plaintiff's injuries.

**45.**

Plaintiff sustained painful physical injuries and damages as a result and proximate result of Defendant Lyft's breach of the aforementioned legal duties owed to the Plaintiff.

## VI.   NEGLIGENCE & NEGLIGENCE PER SE OF DEFENDANT CHRISTOPHER MAY

**46.**

Plaintiff incorporates all previous allegations contained in paragraphs 1–45 of this Complaint as if set forth verbatim herein.

**47.**

At all times relevant to this incident, Defendant May had a duty to exercise ordinary care in the driving of his commercial vehicle and to comply with Georgia law and applicable Federal Motor Carrier Safety Regulation.

**48.**

However, Defendant May breached those aforesaid duties owed to Plaintiff, negligently violated Georgia law and negligently:

**[h]**   Failed to operate a motor vehicle with ordinary diligence which is exercised by ordinarily prudent persons under the same or similar circumstances, in violation of O.C.G.A. § 51–1–2, which constitutes *negligence per se*;

**[i]**   Failed to maintain his lane, in violation of O.C.G.A. § 40–6–48, which constitutes *negligence per se*;

**[j]**   Failed to avoid distractions and maintain a proper lookout while driving a motor vehicle, in violation of O.C.G.A. § 40–6–241, which constitutes *negligence per se*;

**[k]**   Failed to use the motor vehicle's horn to warn of the perilous situation when it was reasonably necessary to do so, in violation of O.C.G.A. § 40–8–70, which constitutes *negligence per se*;

**[l]**   Failed to avoid or mitigate this collision;

**[m]**   Failed to drive a motor vehicle in a safe and prudent manner;

**[n]**   Failed to comply with the Federal Motor Carrier Safety Regulations; and,

**[o]**   Other acts of negligence that may be proven at trial.

**49.**

Defendant May failed to operate the commercial motor vehicle with the due care exercised by individuals in like or similar circumstances and operated the vehicle in a manner showing a disregard for the safety of others, including Plaintiff.

**50.**

Plaintiff sustained painful physical injuries and damages as a direct and proximate result of the Defendant May's breach of aforementioned legal duties owed to the Plaintiff.

**51.**

Defendant May is liable to Plaintiff for all damages allowable under Georgia law.

### VII.  DEFENDANT PENSKE TRUCK LEASING CO. L.P., DEFENDANT PENSKE TRUCK LEASING CORPORATION AND DEFENDANT SHERWIN-WILLIAMS VICARIOUS LIABILITY

**52.**

Plaintiff incorporates all previous allegations contained in paragraphs 1–51 of this Complaint as if set forth verbatim herein.

**53.**

At all relevant times to this Complaint, Defendant May was acting in the course and scope of his employment with Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams.

**54.**

At the time of the subject collision, Defendant May was under dispatch for Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams.

**55.**

At the time of the subject collision, Defendant May was operating the commercial motor vehicle on behalf of Defendant Penske Corp., Defendant Penske LP, and/or Defendant Sherwin-Williams and in furtherance of the company's business.

**56.**

Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams are an interstate motor carrier, and pursuant to federal and state laws, are responsible for the actions of Defendant May as described in this Complaint under the doctrine of *respondeat superior*, vicarious liability and agency principles, and are liable for all damages caused by Defendant May's acts and omissions.

## VIII.   NEGLIGENT HIRING, TRAINING AND SUPERVISION

**57.**

Plaintiff incorporates all previous allegations contained in paragraphs 1-56 of this Complaint as if set forth verbatim herein.

**58.**

Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams had a duty to exercise ordinary care in the hiring, retaining, supervising and training of its employees, including Defendant May; to not entrust Defendant May with a vehicle with knowledge of his incompetency; and to implement industry standards and federal law regarding the safe operation and management of commercial motor vehicles.

**59.**

Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams was negligent in failing to adhere to routine and common industry standards regarding operation of the commercial motor vehicle at issue, including negligently failing to take appropriate precautionary measures and procedures to prevent injuries to others, including Plaintiff.

**60.**

Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams was negligent in hiring Defendant May, retaining him and entrusting him to drive its commercial motor vehicle.

**61.**

Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams failed to properly train Defendant May.

**62.**

Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams was negligent in failing to properly supervise Defendant May.

**63.**

Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams had knowledge of, or in exercise of reasonable care should have had knowledge of the negligence discussed herein and the dangerous conditions created by their actions, and Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams are liable for the negligent supervision, hiring, training and retention of their management, agents and employees, and the entrustment of said commercial vehicle to said management,

agents and employees, including but not limited to Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams.

**64.**

Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams' direct acts of negligence proximately caused the collision and Plaintiff's injuries.

## IX.    NEGLIGENT INSPECTION, MAINTENANCE & REPAIR

**65.**

Plaintiff incorporates all previous allegations contained in paragraphs 1-64 of this Complaint as if set forth verbatim herein.

**66.**

Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams were negligent in failing to properly inspect, maintain, and repair the commercial motor vehicle driven by Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams, and failed to ensure it was in proper working order.

**67.**

Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams negligence in failing to properly inspect, maintain, and repair the commercial motor vehicle driven by Defendant May proximately caused Plaintiff's injuries.

## X.      DIRECT ACTION

### 68.

Plaintiff incorporates all previous allegations contained in Paragraphs 1-67 of this Complaint as if set forth verbatim herein.

### 69.

Defendant Old Republic is subject to a direct action as the insurer for the motor carrier Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams.

### 70.

Defendant Old Republic was the insurer of Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams at the time of the subject incident and issued a liability policy to comply with the filing requirements under Georgia law.

### 71.

Defendant Old Republic is responsible for any judgment rendered against Defendant Penske Corp., Defendant Penske LP and/or Defendant Sherwin-Williams.

## XI.      GENERAL & SPECIAL DAMAGES UNDER O.C.G.A. § 51–12–2

### 72.

Plaintiff incorporates all previous allegations contained in paragraphs 1-71 of this Complaint as if set forth verbatim herein.

### 73.

As a direct and proximate result of Defendants' negligence, as stated hereinabove, Plaintiff suffered painful injuries constituting conscious physical and mental pain and suffering.

**74.**

As a direct and proximate result of Defendants' negligence, as stated hereinabove, Plaintiff incurred reasonable and necessary medical expenses of no-less-than $25,664.25 due to the nature and extent of Plaintiff's injuries.

**75.**

As a direct and proximate result of Defendants' negligence, as stated hereinabove, Plaintiff will incur reasonable and necessary future medical expenses in an amount to be proven at trial.

**76.**

By reason of the foregoing, Plaintiff is entitled to recover compensatory damages from Defendants for past, present, and future emotional and physical pain and suffering, disability, and loss of quality of life in such an amount as shall be shown by the evidence and determined by the enlightened conscience of the jury.

**77.**

By reason of the foregoing, Plaintiff is entitled to recover special damages from Defendants for past and future medical expenses, in such an amount as shall be shown by the evidence and proven at trial.

## XII.   ATTORNEY FEES UNDER O.C.G.A. § 13-6-11

**78.**

Plaintiff incorporates all previous allegations contained in paragraphs 1-77 of this Complaint as if set forth verbatim herein.

**78.**

Plaintiff specially pleads for attorney fees and litigation expenses under O.C.G.A. § 13-6-11 as Defendants have acted stubbornly litigious despite no legitimate liability dispute and, therefore, caused Plaintiff unnecessary trouble and expense in bringing this litigation.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court for the following:

[a]     That Summons issue and service be perfected upon Defendants requiring her to appear in this Honorable Court within the time prescribed by Georgia law and answer this Complaint;

[b]     Judgment for Plaintiff against Defendants for past, present and future pain and suffering;

[c]     Judgment for Plaintiff against Defendants for all expenses of litigations and attorney's fees under O.C.G.A. § 13–6–11;

[d]     Judgment for Plaintiff against Defendants for past, present and future treatment expenses;

[e]     Trial by jury of twelve (12) jurors under O.C.G.A. § 15–12–122(a)(2); and

[f]     Any other relief this Court deems fair and just.

**[SIGNATURE PAGE FOLLOWS]**

**THIS 27TH DAY OF APRIL 2023.**

*RESPECTFULLY SUBMITTED,*



**MIGUEL CASTRO, ESQ.**
Georgia Bar # 167164
Direct Dial: 404-968-2602
E–Mail: miguel@issalawfirm.com
**MARK ISSA, ESQ.**
Georgia Bar # 385052
Direct Dial: 404-968-2601
E–Mail: mark@issalawfirm.com
**SEAN O'SULLIVAN, ESQ.**
Georgia Bar # 846751
Florida Bar # 99923
Direct Dial: 404-968-2600
E-Mail: sean@issalawfirm.com
**FREDIS ROMERO, ESQ.**
Georgia Bar # 974653
Direct Dial: 678-557-5678
E-Mail: fredis@issalawfirm.com
**JASON DUNCAN, ESQ.**
Georgia Bar # 1557510
Direct Dial: 302-373-8117
E-Mail: jason@issalawfirm.com

**ISSA & CASTRO, LLC**
66 Lenox Pointe NE
Atlanta, GA 30324
Fax:    888-478-7701

*Attorneys for the Plaintiff*

STATE COURT OF
DEKALB COUNTY, GA.
4/27/2023 4:54 PM
E-FILED
BY: Monica Gay

# Gwinnett County Sheriff's Office
## Cover Sheet



**FOREIGN**

**Sheriff #:**       23014308

**Person Served:**    LYFT INC
C/O CT CORP
289 SOUTH CULVER STREET
LAWRENCEVILLE GA 30046
PHONE:

**Process Information:**

| | | | |
|---|---|---|---|
| Date Received: | 05/03/2023 | | |
| Assigned Zone: | 289 S. Culver | Court Case #: | 23A01864 |
| Expiration Date: | | Hearing Date: | |
| Paper Types: | Summons, COMPLAINT FOR DAMAGES AND JURY DEMAND AND DISCOVERY | | |
| Notes/Alerts: | | | |

**Notes:**

**STATE COURT OF
DEKALB COUNTY, GA.
5/15/2023 3:53 PM
E-FILED
BY: Patricia Nesbitt**

Page 2 of 4

© Tyler Technologies     GA_Gwinnett_Jacket.rpt

Print Form

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 23A01864

| Superior Court ☐ | Magistrate Court ☐ |
|---|---|
| State Court ☑ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed _____

Georgia, Dekalb _____ COUNTY

Attorney's Address

Jason Duncan

66 Lenox Pte NE

Altanta, Ga 30324

Fatoumata Gueye
                                    Plaintiff

VS.

Name and Address of Party to Served

Lyft Inc. (DE), C/O CT Corporation System

289 S. Culver St.

Lawrenceville, GA 30046

Virginia Crosby, et al.
                                    Defendant

_____
                                    Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**

I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**

Served the defendant *Lyft. Inc* a corporation

☒ by leaving a copy of the within action and summons with *Jane Richardson*
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This *4* day of *May* , 20 *23*

*L. Higgins 5054*

DEPUTY

Print Form

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 23A01864

Superior Court ☐    Magistrate Court ☐
State Court ☑    Probate Court ☐
Juvenile Court ☐

Date Filed _____

Georgia, Dekalb _____ COUNTY

Attorney's Address

_____

Jason Duncan

Fatoumata Gueye

_____ Plaintiff

66 Lenox Pte NE

Altanta, Ga 30324

VS.

Name and Address of Party to Served

Lyft Inc. (DE), C/O CT Corporation System

Virginia Crosby, et al.

_____ Defendant

289 S. Culver St.

Lawrenceville, GA 30046

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**

I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**

Served the defendant *Lyft Inc* a corporation

☒ by leaving a copy of the within action and summons with *Jane Richardson*
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This 4 day of May , 20 23

Lt. Higgins 5054

DEPUTY

# Gwinnett County Sheriff's Office
## Cover Sheet



**FOREIGN**

**Sheriff #:**   23014308

**Person Served:**   OLD REPUBLIC INSURANCE CO
2 SUN COURT
SUITE 400
PEACHTREE CORNERS GA 30092
PHONE:

### Process Information:

Date Received:   05/03/2023

Assigned Zone:   2 Sun Court          Court Case #:   23A01864

Expiration Date:                      Hearing Date:

Paper Types:   Summons, COMPLAINT FOR DAMAGES AND JURY DEMAND AND DISCOVERY

Notes/Alerts:

**Notes:**

**STATE COURT OF
DEKALB COUNTY, GA.
5/15/2023 3:55 PM
E-FILED
BY: Patricia Nesbitt**

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 23A01864

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed _____

Georgia, Dekalb _____ COUNTY

Attorney's Address

Jason Duncan

66 Lenox Pte NE

Altanta, Ga 30324

Fatoumata Gueye
_____
                    Plaintiff

VS.

Name and Address of Party to Served

Old Republic Insurance CO., C/O Corp

Service Co., 2 Sun Court, Suite 400

Peachtree Corners, GA 30092

Virginia Crosby, et al.
_____
                    Defendant

_____

_____
                    Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**

☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**

☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**

☒ Served the defendant Old Republic Insurance Co _____ a corporation

by leaving a copy of the within action and summons with Alisha Smith _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This 4 day of May , 20 23

J. Williams   S01139

DEPUTY

SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| Civil Action No. 23A01864 | Superior Court ☐  Magistrate Court ☐ |
| | State Court ☒  Probate Court ☐ |
| | Juvenile Court ☐ |
| Date Filed _____ | Georgia, Dekalb _____ COUNTY |

Attorney's Address

Jason Duncan

66 Lenox Pte NE

Altanta, Ga 30324

Fatoumata Gueye
_____
                    Plaintiff

VS.

Name and Address of Party to Served

Old Republic Insurance CO., C/O Corp

Service Co., 2 Sun Court, Suite 400

Peachtree Corners, GA 30092

Virginia Crosby, et al.
_____
                    Defendant

_____
                    Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant  Old Republic Insurance Co                              a corporation
☒ by leaving a copy of the within action and summons with  Alisha Smith
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This  4  day of  May , 20 __.                    J Williams  501139

DEPUTY

# Gwinnett County Sheriff's Office
## Cover Sheet



**FOREIGN**

**Sheriff #:**       23014308

**Person Served:**   PENSKE TRUCK LEASING CO LP
                     C/O CORPORATION SERVICE COMPANY
                     2 SUN COURT, SUITE 400
                     PEACHTREE CORNERS GA 30092
                     PHONE:

**Process Information:**

| | | |
|---|---|---|
| Date Received: | 05/03/2023 | |
| Assigned Zone: | 2 Sun Court | Court Case #:   23A01864 |
| Expiration Date: | | Hearing Date: |
| Paper Types: | Summons, COMPLAINT FOR DAMAGES AND JURY DEMAND AND DISCOVERY | |
| Notes/Alerts: | | |

**Notes:**

_____

_____

_____

_____

_____

_____

_____

**STATE COURT OF
DEKALB COUNTY, GA.
5/15/2023 3:48 PM
E-FILED
BY: Patricia Nesbitt**

© Tyler Technologies    GA_Gwinnett_Jacket.rpt                                    Page 1 of 4

23014308

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 23A01864

Date Filed _____

Attorney's Address

Jason Duncan

66 Lenox Pte NE

Altanta, Ga 30324

Name and Address of Party to Served

Penske Truck Leasing CO., L.P., C/O Corp

Service Co., 2 Sun Court, Suite 400

Peachtree Corners, GA 30092

Superior Court ☐    Magistrate Court ☐
State Court ☎        Probate Court ☐
Juvenile Court ☐

Georgia, Dekalb _____ COUNTY

Fatoumata Gueye
_____ Plaintiff

VS.

Virginia Crosby, et al.
_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION** Penske Truck Leasing Co LP
Served the defendant _____ a corporation
☒ by leaving a copy of the within action and summons with Atisha Smith
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This __4__ day of __May__, 20 23.

_____
DEPUTY

J. Williams 50139

Print Form

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 23A01864

Date Filed _____

Attorney's Address

Jason Duncan

66 Lenox Pte NE

Altanta, Ga 30324

Name and Address of Party to Served

Penske Truck Leasing CO., L.P., C/O Corp

Service Co., 2 Sun Court, Suite 400

Peachtree Corners, GA 30092

Superior Court ☐    Magistrate Court ☐
State Court ☒    Probate Court ☐
Juvenile Court ☐

Georgia, Dekalb _____ COUNTY

Fatoumata Gueye
_____ Plaintiff

VS.

Virginia Crosby, et al.
_____ Defendant

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant Penske Truck Leasing Co LP a corporation

☒ by leaving a copy of the within action and summons with Ni-la Smith
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _____ day of May , 20__ .

J. Williams 501139

DEPUTY

# Gwinnett County Sheriff's Office
## Cover Sheet



**FOREIGN**

**Sheriff #:**        23014308

**Person Served:**    PENSKE TRUCK LEASING CORPORATION
                      2 SUN CT SUITE 400
                      PEACHTREE CORNERS GA 30092
                      PHONE:

### Process Information:

Date Received:       05/03/2023

Assigned Zone:       2 Sun Court                  Court Case #:    23A01864

Expiration Date:                                  Hearing Date:

Paper Types:         Summons, COMPLAINT FOR DAMAGES AND JURY DEMAND AND DISCOVERY

Notes/Alerts:

### Notes:

_____

_____

_____

_____

_____

_____

_____

_____

**STATE COURT OF
DEKALB COUNTY, GA.
5/15/2023 3:50 PM
E-FILED
BY: Patricia Nesbitt**

Print Form

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 23A01864

| | Superior Court ☐ | Magistrate Court ☐ |
| State Court ☑ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed _____

Georgia, Dekalb _____ COUNTY

Attorney's Address

Jason Duncan

66 Lenox Pte NE

Altanta, Ga 30324

Fatoumata Gueye
_____
Plaintiff

VS.

Name and Address of Party to Served

Penske Truck Leasing Corp, C/O Corp

Service CO., 2 Sun Court, Suite 400

Peachtree Corners, GA 30092

Virginia Crosby, et al.
_____
Defendant

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**

☐ I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant *Penske Truck Leasing Corp* a corporation

☑ by leaving a copy of the within action and summons with *Atisha Smith*
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____

☐ not to be found in the jurisdiction of this Court.

This 4 day of May, 2023.

J. Williams 501139

DEPUTY

Print Form

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 23A01864

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed _____

Georgia, Dekalb _____ COUNTY

Attorney's Address

Jason Duncan

66 Lenox Pte NE

Altanta, Ga 30324

Fatoumata Gueye

Plaintiff

VS.

Name and Address of Party to Served

Penske Truck Leasing Corp, C/O Corp

Service CO., 2 Sun Court, Suite 400

Peachtree Corners, GA 30092

Virginia Crosby, et al.

Defendant

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**

I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**

Served the defendant Penske Truck Leasing Corp _____ a corporation

☐ by leaving a copy of the within action and summons with Alisto Smith _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This 1 day of May _____, 20 2 3.

J. Williams 501139

DEPUTY

Print Form

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 23A01864

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☎ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed _____

Georgia, Dekalb _____ COUNTY

Attorney's Address

Jason Duncan

66 Lenox Pte NE

Altanta, Ga 30324

Fatoumata Gueye
_____
Plaintiff

VS.

Name and Address of Party to Served

Christopher May

8831 Marston Way

Montgomery, AL 36117

Virginia Crosby, et al.
_____
Defendant

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____Christopher May_____ personally with a copy
of the within action and summons. OLN AL 5486706

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation

by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _10_ day of _May_, 20_23_.

DEPUTY

**CLERK'S COPY**

Diana Jackson, Clerk
Process Server
4:35pm

23A01864

MAY, CHRISTOPHER                    Def

STATE COURT OF
DEKALB COUNTY, GA.
5/15/2023 3:57 PM
E-FILED
BY: Patricia Nesbitt

RCV'D 8 MAY '2...
MCSO MONTGOMERY, AL

SHERIFF'S ENTRY OF SERVICE

|  |  |  |
|---|---|---|
| Civil Action No. _____ | Superior Court ☐ | Magistrate Court ☐ |
|  | State Court ☐ | Probate Court ☐ |
|  | Juvenile Court ☐ |  |
| Date Filed _____ | Georgia, _____ COUNTY |  |

Attorney's Address

_____

_____

_____

_____ Plaintiff

VS.

Name and Address of Party to Served

_____

_____

_____ Defendant

_____

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☑ I have this day served the defendant *Christophe May* personally with a copy
of the within action and summons.   *DLN ALS4867O6*

**NOTORIOUS**

I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**

Served the defendant _____ a corporation

☐ by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This *10th* day of *May*, 20*23*.

DEPUTY

PLAINTIFF'S COPY    *Diana Jackson, Clerk*
*Process Server*    *4:25 pm*

RCV'D 8 MAY '23 PM2:31
MCSO MONTGOMERY, AL

Servee Count 1 of 1

# Gwinnett County Sheriff's Office
## Cover Sheet



**FOREIGN**

**Sheriff #:**     23014587



**Person Served:**   The Sherwin-Williams Company
C/O Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners GA 30092
PHONE:

## Process Information:

Date Received:     05/05/2023

Assigned Zone:     2 Sun Court                Court Case #:     23A01864

Expiration Date:                              Hearing Date:

Paper Types:       Summons, COMPLAINT FOR DAMAGES & JURY DEMAND AND DISCOVERY

Notes/Alerts:

## Notes:

_____

_____

_____

_____

_____

_____

_____

Print Form

23014587

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 23A01864

Date Filed _____

Attorney's Address

Jason Duncan

66 Lenox Pte NE

Altanta, Ga 30324

Name and Address of Party to Served

Sherwin-Williams, C/O Corporation

Service CO., 2 Sun Court, Suite 400

Peachtree Corners, GA 30092

Superior Court ☐      Magistrate Court ☐
State Court ☒          Probate Court ☐
Juvenile Court ☐

Georgia, Dekalb _____ COUNTY

Fatoumata Gueye

Plaintiff

VS.

Virginia Crosby, et al.

Defendant

_____

_____

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant Sherwin-Williams _____ a corporation
by leaving a copy of the within action and summons with Alisha Smith _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This 8 day of May , 20 23

DEPUTY

J. Williams SD1139

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

FATOUMATA GUEYE,                    )
                                    )
        Plaintiff,                  )
                                    )        Civil Action File
vs.                                 )        No.:  23A01864
                                    )
VIRGINIA CROSBY, LYFT,              )
INC.(DE), CHRISTOPHER MAY,          )
PENSKE TRUCK LEASING, CO.,          )
L.P., PENSKE TRUCK LEASING          )
CORPORATION, THE SHERWIN            )
WILLIAMS COMPANY, AND OLD           )
REPUBLIC INSURANCE CO.,             )
                                    )
        Defendants.                 )

## STIPULATION EXTENDING TIME

Plaintiff, by and through counsel, hereby agrees and stipulates that the time for defendant

Lyft, Inc. to timely answer plaintiff's complaint and timely respond to any request for

admissions, interrogatories, and request for production of documents served with the complaint

is extended until sixty (60) days after service of the summons and complaint upon defendant

Lyft, Inc. or July 14, 2023, whichever is later.

This 19th day of May, 2023.

                                        ISSA & CASTRO, LLC


                                        /s/ Miguel Castro
                                        Miguel Castro, Esq.
                                        (State Bar No.  167164)
                                        Attorney for Plaintiff
                                        *Signed by JMA with express permission*

66 Lenox Pointe, NE
Atlanta, GA  30324
(404) 968-2604
(888) 478-7701 - Fax
miguel@issalawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing pleading with the Clerk of the Court using an O.C.G.A. § 15-6-11 electronic filing service provider which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Miguel Castro, Esq.
ISSA & CASTRO, LLC
66 Lenox Pointe, NE
Atlanta, GA  30324
miguel@issalawfirm.com

This <u>19th</u> day of May, 2023.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/ Jonathan M. Adelman
Jonathan M. Adelman
(State Bar No. 005128)
*Attorney for Defendant*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com

STATE COURT OF
DEKALB COUNTY, GA.
5/19/2023 11:35 AM
E-FILED
BY: Patricia Nesbitt

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| FATOUMATA GUEYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| vs. | ) | No.:  23A01864 |
| | ) | |
| VIRGINIA CROSBY, LYFT, | ) | |
| INC.(DE), CHRISTOPHER MAY, | ) | |
| PENSKE TRUCK LEASING, CO., | ) | |
| L.P., PENSKE TRUCK LEASING | ) | |
| CORPORATION, THE SHERWIN | ) | |
| WILLIAMS COMPANY, AND OLD | ) | |
| REPUBLIC INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO DISMISS DEFENDANT LYFT, INC. WITHOUT PREJUDICE

Plaintiff and defendant Lyft, Inc. jointly move to dismiss defendant Lyft, Inc. without

prejudice. Specifically, movants request that the attached consent order be entered by the Court.

This 30th day of May, 2023.

Consented By:                                        Consented to By:

WALDON ADELMAN CASTILLA            ISSA & CASTRO, LLC
HIESTAND & PROUT

/s/ Jonathan M. Adelman                        /s/ Miguel Castro
Jonathan M. Adelman                              Miguel Castro, Esq.
(State Bar No. 005128)                            (State Bar No.  167164)
*Attorney for Lyft, Inc.*                            *Attorney for Plaintiff*
900 Circle 75 Parkway                            66 Lenox Pointe, NE
Suite 1040                                              Atlanta, GA  30324
Atlanta, Georgia 30339                          miguel@issalawfirm.com
jadelman@wachp.com                            *signed by JMA with express permission*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing pleading with the Clerk of the

Court using an O.C.G.A. § 15-6-11 electronic filing service provider which will automatically

send e-mail notification of such filing to the following attorney(s) of record:

> Miguel Castro, Esq.
> Mark Issa, Esq.
> Sean O'Sullivan, Esq.
> Fredis Romero, Esq.
> Jason Duncan, Esq.
> The Issa Law Firm, P.C.
> 66 Lenox Pointe, NE
> Atlanta, GA  30324
> miguel@issalawfirm.com
> mark@issalawfirm.com
> sean@issalawfirm.com
> fredis@issalawfirm.com
> jason@issalawfirm.com

This _____ day of May, 2023.

> WALDON ADELMAN CASTILLA
> HIESTAND & PROUT
>
> /s/ Jonathan M. Adelman
> Jonathan M. Adelman
> (State Bar No. 005128)
> *Attorney for Lyft*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com

STATE COURT OF
DEKALB COUNTY, GA.
5/30/2023 2:57 PM
E-FILED
BY: Patricia Nesbitt