

**GEORGIA**
**CORPORATIONS DIVISION**

GEORGIA SECRETARY OF STATE
**BRAD RAFFENSPERGER**

HOME

**BUSINESS SEARCH**

BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Lyft, Inc. (DE)** | Control Number: | **15087615** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| NAICS Code: | **Any legal purpose** | NAICS Sub Code: | |
| Principal Office Address: | **185 Berry Street, Suite 400, San Francisco, CA, 94107, USA** | Date of Formation / Registration Date: | **9/2/2015** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2023** |

REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 S Culver St, Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Elaine Paul | CFO | 185 Berry Street, Suite 400, San Francisco, CA, 94107, USA |
| Lindsay Llewellyn | Secretary | 185 Berry Street, Suite 400, San Francisco, CA, 94107, USA |
| Logan Green | CEO | 185 Berry Street, Suite 400, San Francisco, CA, 94107, USA |

Back     Filing History     Name History     Return to Business Search