IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| FATOUMATA GUEYE,<br><br>    Plaintiff,<br><br>vs.<br><br>VIRGINIA CROSBY, LYFT, INC.(DE), CHRISTOPHER MAY, PENSKE TRUCK LEASING, CO., L.P., PENSKE TRUCK LEASING CORPORATION, THE SHERWIN WILLIAMS COMPANY, AND OLD REPUBLIC INSURANCE CO.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action File<br>) No.: 23A01864<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO DISMISS DEFENDANT LYFT, INC. WITHOUT PREJUDICE

Plaintiff and defendant Lyft, Inc. jointly move to dismiss defendant Lyft, Inc. without prejudice. Specifically, movants request that the attached consent order be entered by the Court.

This 30th day of May, 2023.

| Consented By: | Consented to By: |
|---|---|
| WALDON ADELMAN CASTILLA HIESTAND & PROUT | ISSA & CASTRO, LLC |
| /s/ Jonathan M. Adelman<br>Jonathan M. Adelman<br>(State Bar No. 005128)<br>*Attorney for Lyft, Inc.*<br>900 Circle 75 Parkway<br>Suite 1040<br>Atlanta, Georgia 30339<br>jadelman@wachp.com | /s/ Miguel Castro<br>Miguel Castro, Esq.<br>(State Bar No. 167164)<br>*Attorney for Plaintiff*<br>66 Lenox Pointe, NE<br>Atlanta, GA 30324<br>miguel@issalawfirm.com<br>*signed by JMA with express permission* |

STATE COURT OF
DEKALB COUNTY, GA.
5/30/2023 2:57 PM
E-FILED
BY: Patricia Nesbitt

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing pleading with the Clerk of the Court using an O.C.G.A. § 15-6-11 electronic filing service provider which will automatically send e-mail notification of such filing to the following attorney(s) of record:

>Miguel Castro, Esq.
>Mark Issa, Esq.
>Sean O'Sullivan, Esq.
>Fredis Romero, Esq.
>Jason Duncan, Esq.
>The Issa Law Firm, P.C.
>66 Lenox Pointe, NE
>Atlanta, GA  30324
>miguel@issalawfirm.com
>mark@issalawfirm.com
>sean@issalawfirm.com
>fredis@issalawfirm.com
>jason@issalawfirm.com

This _____ day of May, 2023.

>WALDON ADELMAN CASTILLA
>HIESTAND & PROUT
>
>/s/ Jonathan M. Adelman
>Jonathan M. Adelman
>(State Bar No. 005128)
>*Attorney for Lyft*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com

STATE COURT OF
DEKALB COUNTY, GA.
5/30/2023 2:57 PM
E-FILED
BY: Patricia Nesbitt