Delaware.gov



Department of State: Division of Corporations

HOME

| Entity Details | |
| --- | --- |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 2248490 | Incorporation Date / Formation Date: | 12/6/1990 (mm/dd/yyyy) |
| --- | --- | --- | --- |
| Entity Name: | PENSKE AUTOMOTIVE GROUP, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | THE CORPORATION TRUST COMPANY | | |
| --- | --- | --- | --- |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]          [ New Entity Search ]