January 20, 2022

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345



U.S. Citizenship
and Immigration
Services

TATANYA LESHEA MORELAND OMIDELE
1155 LAVISTA ROAD NE Apt #2441
ATLANTA, GA 30324

MSC1791789421

RE: AYOTOKUMBO SAMUEL OMIDELE
I-130, Petition for Alien Relative

A214-636-640

## NOTICE OF INTENT TO DENY

Dear TATANYA MORELAND OMIDELE:

- On August 24, 2017, you filed a Form I-130, Petition for Alien Relative, with U.S. Citizenship and Immigration Services (USCIS) on behalf of AYOTOKUMBO OMIDELE (the beneficiary).

On September 14, 2021, USCIS issued a Request for Evidence (RFE) advising you that the evidence supporting the petition was insufficient to establish the beneficiary's eligibility for the classification requested at the time you filed the petition.

You responded to the RFE on October 7, 2021. You submitted the following evidence:

- Copy of your marriage certificate
- Copies of previously submitted photos
- Two affidavits
- Copy of your 2017 lease for 1155 Lavista Rd NE, Apt #2441, Atlanta, GA 30324
- Copy of a lease renewal, for 1155 Lavista Rd NE, Apt #2441, Atlanta, GA 30324. Will expire August 13, 2022.
- Copy of lease for business
- Copies of 2019 and 2020 tax returns
- Copies of Georgia Form 500 for 2019 and 2020
- Copies of Suntrust bank statements
- Copy of car title for a 2008 Mazda
- Copy of State Farm auto insurance statement for a 2016 Mercedes
- Copy of State Farm renters insurance
- Copy of State Farm life insurance, dated April 26, 2018, beneficiary's son and petitioner listed as beneficiary's (previously submitted)
- Copy of State Farm auto insurance billing notices, and payments for a 2008 Mazda, dated June 2018, September 2018
- Copy of State Farm Reinstatement Notice, for 2008 Mazda, dated September 2018
- Copy of State Farm insurance binder for 2008 Mazda, dated February 2020, in beneficiary's name only

- Copy of State Farm insurance payment for 2008 Mazda, dated January 2019
- Copy of Temporary State Farm Auto ID cards, dated June 15, 2018
- Copy of State Farm insurance binder for 2008 Mazda, dated June 2018, in both names
- Copy of email with flight information to Dallas, Texas
- Copies of Xfinity billing statements, dated October 2019, May - September 2021
- Copies of Georgia Power billing statements, dated March - August 2021, November 2020, December 2020-January 2021

After a thorough review of your petition, the testimony provided during your interview, and the record of evidence, we must inform you that we intend to deny your petition.

To demonstrate that an individual is eligible for approval as the beneficiary of a petition filed under INA 201(b)(2)(A)(i), a petitioner must:

- Establish a bona fide spousal relationship with the beneficiary; and
- Establish that he or she is a U.S. citizen (USC) or lawful permanent resident (LPR).

In visa petition proceedings, it is the petitioner's burden to establish eligibility for the requested immigration benefit sought under the INA. See Matter of Brantigan, 11 I&N Dec. 493, 495 (BIA 1966); Title 8, Code of Federal Regulations (8 CFR), section 103.2(b). You must demonstrate that the beneficiary can be classified as your spouse. See 8 CFR 204.2(a).

## Statement of Facts and Analysis, Including Ground(s) for Denial

On February 24, 2020, you and the beneficiary appeared for an interview with an Immigration Services Officer in connection with your Form I-130 and the beneficiary's Form I-485, Application to Register Permanent Residence or Adjust Status. At the interview, you and the beneficiary provided testimony under oath.

The evidence in the record and testimony did not establish the claimed relationship. You were requested to appear for a follow-up interview on August 28, 2020. At the interview, you and the beneficiary provided testimony under oath.

The beneficiary must be eligible for the benefit sought at the time the petition was filed. See Matter of Drigo, 18 I&N Dec. 223 (BIA 1982). A petitioner must establish eligibility at the time of filing a petition; a petition cannot be approved at a future date after the petitioner becomes eligible under a new set of facts. See Matter of Katigbak, 14 I&N Dec. 45 (Reg. Com. 1971). A petitioner may not make material changes to a petition that has already been filed in an effort to make an apparently deficient petition conform to USCIS requirements. See Matter of Izumii, 22 I&N Dec. 169 (BIA 1998).

After reviewing the evidence and the testimony provided at the interview, USCIS records indicate that the beneficiary is not eligible for the requested benefit sought for the following reason(s).

Both you and the beneficiary were interviewed separately on August 28, 2020, concerning the bona fides of your marriage. Your testimony and the beneficiary's testimony were consistent with respect to the following:

- The date and location of your meeting
- When and where you were married
- Each of your dates of births
- How many children you each have

However, on issues that go to the heart of your marriage, your sworn testimony was inconsistent on many material points. Specifically:

- When asked, what other names has your spouse used? You stated, "Samuel, his middle name that all he go by." When asked, what other names he has used, the beneficiary stated, "Outside of the U.S. Zarif."
- When asked, what other addresses have you and your spouse lived during your marriage? You stated, "None, just that one." The beneficiary stated, "Right after the marriage we got our own place, Sky House, in Atlanta, in June 2017 and beginning of July 2017. A month or two."
- When asked, how much is your rent and how do you pay your rent? You stated, $1387. My husband pays it either online or money order." The beneficiary stated, "$1004. I pay online."
- When asked, who was there in attendance at your wedding? You stated, "Latoya Brown, my aunt and his best man, Buncho." The beneficiary stated, "Our friends, Jonathan, Buncho, she had her own company too, but I don't know their names."
- When asked, do you or your spouse own a vehicle? You stated. "My spouse do. I own one but mine is down at the moment."
- When asked the make, model and year your vehicle and your spouse vehicle. You stated that your vehicle was a 2008 Mazda Five and your spouse's is a 2016 Mercedes Benz Truck. The beneficiary was asked the same question. He stated, "We have a Mazda. I'm not confident of what year and we have a Benz, Mercedes Benz, 2016."
- When asked who drives which vehicle, the beneficiary stated, "she mostly drives the Mazda, she drives the Benz too."
- When asked the name of the finance company for the Mercedes Benz, you stated, "That I do not know. I let him handle all the important business. He don't even let me drive the truck."
- When asked did you have a wedding reception and how many attended? You stated, "We all went to the Golden Corral, Tara Boulevard, in Jonesboro, Georgia. It wasn't nothing too big, because I don't like to deal with a lot of people. It was just like a little dinner so I would say about 15 at the most." The beneficiary stated, "We didn't have a wedding reception. We just went to Golden Corral, it's a buffet thing. I'm not sure of the address. I was new in town they just put it in the GPS. I don't remember the area in Atlanta,Georgia. It was about 8 or 9 people. From my side only, Buncho and Jonathan. I don't know her people. I don't know their names.
- When asked, do you and your spouse have any shared bank accounts or credit card accounts? You stated, Just one bank account, checking and savings, SunTrust. We have had SunTrust since 2018. The beneficiary stated, "Yes we do, checking account for the past 3 years, even prior to our wedding, with Bank of America. We switched to SunTrust two years ago in 2018."
- When asked, how did you complete the Form I-864, Affidavit of Support? You stated, "by our attorney." The beneficiary stated, "Was done by my sponsor." (Comfort Adeola Oladimeji)
- When asked where did you meet Comfort Adeola Oladimeji and where does she live? You stated you met, "At the lounge, Mr. Soul Bistro Lounge on Cheshire Bridge Road in Lennox. I don't know where Comfort live. I never been to her house. He's known Comfort all of his life. I met Comfort when I went to the restaurant in February this year, 2020." The beneficiary was asked, Where did your spouse meet Comfort and where does she live? He stated, "They met briefly when she, Auntie Comfort, came to visit a friend in Atlanta. I think we stopped by the lawyers office. She lives in California. She (petitioner) barely knows her, they're not familiar like that. I think she came for an event last year, in 2019, for a wedding at a hall on Jimmy Carter."
- When asked what cellphone provider do you and your spouse use? You stated, T-Mobile. I, just switch, I had it for about a year and some months. My husband had T-Mobile forever. It switched over from Sprint." The beneficiary stated, "AT&T, for more than 2017."
- When asked who pays the cellphone bill and what is the due date? You stated, "He does, card

online. It's cheaper online. On the 1st of each month between the 1st and 7th ." The beneficiary stated, "I pay mines, she pays hers. I pay through the online. She pays online too. Mines due on every 28th. I'm not sure about her due date, she has to handle that by herself."

- When asked, what types of utilities are not covered under the lease? What is the name of your utility companies? You stated, " Cable bill, and the light bill, and gas. Georgia Power for light, and Comcast for cable, gas is with our lease." The beneficiary stated, "Georgia Power electric, Comcast cable is not under the lease too."
- When asked, what health insurance and/or life insurance policies do you and your spouse have? You stated, "None, we're looking around." The beneficiary stated, "State Farm Life Insurance, no health insurance."
- When asked how many siblings each of you have? You stated, "I have 4, two on my mom's side, two on my dad's side. I'm the oldest and I have two younger ones. I only know abut one, he only talks abut his sister and his brother. I wanna say 2 because those the only 2 he talk about. Valentine his brother is the oldest." The beneficiary stated, "I have 4, I'm second to the last. Valentine that's my brother, that's the only one I can really say is my brother, the rest of them we don't talk."

The following discrepancies were noted from your interview:

- You didn't know the other name that the beneficiary claims he has used before. You failed to mention the other address where the beneficiary claimed you and he both lived. You both gave different answers to who attended your wedding, and who and how many attended the dinner afterwards at Golden Corral. Your answers were also different for the amount of your rent payment. You claimed that you have a joint checking and savings account at SunTrust since 2018. The beneficiary did not mention any reference to a savings account. He claimed that you and he had a Bank of America account prior to your wedding, however, you did not know anything about having that account. You both gave inconsistent answers to how you completed your Form I-864 and when and how you met his Aunt Comfort Adeola Oladimeji. You were also unaware that she lives in California. There was a definite discrepancy with the name of your cellphone carriers and who pays those bills. You stated that your spouse has a 2016 Mercedes and that he does not let you drive it. You also claim that you have a 2008 Mazda and that it was down at the time. The beneficiary claims that you do drive the Mercedes. Also inconsistent was the fact that he did not know what year your vehicle was. Especially since, according to photos you submitted, he gave you that vehicle as a 1 year anniversary present. You both claim that you have Comcast cable. You submitted statements form XFinity. You did not submit any statements from Comcast. You were also not aware that the beneficiary has State Farm Life Insurance. Neither of you knew the correct number of siblings the other has.

Additionally, the documents you submitted were insufficient for the following:

- The affidavits you submitted were from Comfort Adeola Oladimeji and Valentine Omidele, the aunt and brother of the beneficiary. As stated earlier, you were unaware of where his aunt lived and you were not totally sure about his siblings. It was unclear whether you have actually met his brother. You stated that you know of one, not that you have ever met him. It appears that you may not have met either of them.
- The photos you submitted were previously submitted with the Form I-130. You failed to submit any updated photos.
- You only submitted copies of your 2019 and 2020 tax returns. You failed to submit the tax returns for 2017 and 2018. Also, you did not submit all of the pages for the tax returns you submitted. You also failed to provide the tax transcripts from the IRS for all tax years that you filed.
- You submitted copies of the Georgia Form 500 for 2019 and 2020, but they were both missing



some pages of the form. You also failed to submit the Georgia Form 500 for 2017 and 2018.
- The joint Suntrust Bank statements only show cash app transactions, Mobile App transfers, deposits and check card purchases. There were no household bill payments listed on any of the statements. Also, there was no way to determine who made the transactions.
- Car title for the 2008 Mazda was previously submitted with the I-130.
- The State Farm Auto insurance statements were missing pages and were incomplete. In addition, the statements show the beneficiary's name only for the 2016 Mercedes.
- The lease you provided was from 2018 and expired in 2019. It was also unsigned.
- The lease extension for Soul Fortune USA LLC, Mr. Soul's Bistro and Cafe was signed only by you. Although th beneficiary claimed that it is his business. You provided no evidence that you are affiliated with the business.
- The email of the flight to Dallas, only shows that you and the beneficiary traveled on the same day going to Dallas. yu failed to submit evidence that you were together in Dallas, that you stayed at the same location or that you returned to Atlanta together.

Other discrepancies noted from the file:

- You previously submitted a Letter of Invitiation to support visiting visa application for the beneficiary's son, which was submitted to the statement to the "Consulate General." In this letter you stated that you have two children from a previous marriage. You failed to list your children on the Form I-130. Your children were also not listed on either of the leases you submitted. In addition, you stated in this letter that the children are from a previous marriage, however you indicated on your Form I-130 and under oath, during your interviews, with a USCIS Immigrations Officer. You failed to submit evidence of termination of any previous marriages.
- At your interview on February 24, 2020, you stated that your physical address was 2034 Cambridge Ave, College Park, GA 30337. Also that your mailing address was 1155 Lavista Road NE, Atlanta, GA. However, at the August 28, 2020 interview you both claim you live at 1155 Lavista Road NE, Atlanta, GA. You claimed that you never resided at any other address, yet you gave this address as your physical address. It appears this may by your address and not the beneficiary's.
- You failed to submit evidence of rent payments for your current address.
- You failed to submit a copy of your Georgia Driver's License as evidence of your current address.

You have not established that you and the beneficiary are living together or that you are in a bona fide marital relationship.

You have thirty (30) days (33 days if this notice was received by mail) from the date of this notice to submit additional information, evidence or arguments to support the petition. Failure to respond to this request within the time allotted will result in the denial of the petition.

You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable). Please note, if the request is for original documents, you must submit that information by mail.

**Please include a copy of this letter with your response by mail to this address:**

U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345

ATLI130FODI13000020170421 (COURTESY COPY)

Sincerely,

*Shineka C. Miller*

Shineka C. Miller
Field Office Director

cc: BENEDICT ANYANWU

MSC1791789421

A214-636-640