**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE OF INTERVIEW CANCELLATION BY USCIS | Notice Date<br>August 08, 2018 |
|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A214 636 640 |

| Receipt Number<br>MSC1791789420 | Received Date<br>August 24, 2017 | Priority Date | Page<br>1 of 1 |
|---|---|---|---|

AYOTOKUNBO SAMUEL OMIDELE
c/o BENEDICT ONYINYE ANYANWU
BENEDICT O ANYANWU AND ASSOCIA
2001 ELM TREE TERRACE STE 1
BUFORD GA 30518

This is to advise you that, due to unforeseen circumstances, we have canceled the previously scheduled interview on Thursday, August 23, 2018 at 02:00PM for the above applicant. We regret any inconvenience this may cause. You will be notified of any further action taken on this case, including any rescheduled interview information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact us at the address or customer service number below:

**Office Address:**

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064

A Number



Receipt Number

**Customer Service Number:**

USCIS National Customer Service Center:
1-800-375-5283

For TDD Hearing Impaired Assistance:
1-800-767-1833

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  07/11/14 Y

August 9, 2018

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002

 U.S. Citizenship and Immigration Services

BENEDICT ONYINYE ANYANWU
BENEDICT O ANYANWU AND ASSOCIA
2001 ELM TREE TERRACE STE 1
BUFORD, GA 30518


MSC1791789420


A214-636-640

RE: AYOTOKUNBO SAMUEL OMIDELE
I-485, Application to Register Permanent Residence or Adjust Status

## NOTICE OF ACTION

Dear AYOTOKUNBO OMIDELE,

This is to advise you that, due to unforeseen circumstances, we have canceled the previously scheduled interview on August 23, 2018 for the above applicant. We regret any inconvenience this may cause.

We will notify you of any further action taken on this case, including any rescheduled interview information, under separate notice.

Sincerely,

Robert M. Cowan
Director
Officer: LA1631

