

**U.S. Citizenship
and Immigration
Services**

# Department of Homeland Security
# U.S. Citizenship and Immigration Services

Atlanta District Office
2150 Parklake Drive NE
Atlanta, GA 30345

Law Offices of Benedict O. Anyanwu & Associates
c/o Tatanya Moreland-Omidele and Ayotokumbo Omidele
2001 Elm Tree Terrace Ste. #1
Buford, Georgia 30518

File Number: A214636640

August 21, 2020

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| OFFICE LOCATION | USCIS Atlanta District Office<br>2150 Parklake Drive NE  2nd Floor<br>Atlanta, GA. 30345 |
| DATE AND HOUR | August 28, 2020<br>12:30 (p.m.) |
| ASK FOR | ISO M. Russell |
| REASON FOR APPOINTMENT | I-485 Application to Register Permanent Residence or Adjust Status |
| BRING WITH YOU | IDENTIFICATION – Passport, Driver's License or State ID and Permanent Residence Card |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.

Form G-56
(Rev. 5-1-83)Y