# AFFIDAVIT

PERSONALLY appeared before the undersigned officer, duly authorized to administer oaths, the undersigned affiant who after being sworn, deposes and states the following:

My name is Tatanya LesheaMorelad Omidele. I am over the age of eighteen years old. I was born in Atlanta, Georgia on August 19, 1990. I am writing this affidavit in support of the documents provided and in response to the service Notice of Intent to Deny the I-130, Petition for Alien Relative filed in behalf on my husband Ayotokumbo Samuel Omidele.

**I have numbered and listed every discrepancy which requires my response and then responded with my statement underneath it.**

**Discrepancy #1.**

*When asked what other names has your spouse used? You stated "Samuel, his middle name, that all he go by". When asked, what other names he has used, the beneficiary stated, "Outside of the U.S. Zarif.".*

**My Statement /regarding Discrepancy #1.**

I am aware of my husband's previous marriage in Malaysia and the forceful conversion to Islam and imposition of a new name to evidence his conversion to Islam. **Zarif** was not a name voluntarily assumed nor used of his own free will. In fact, it was a name he only responded to when in the Mosque. It was not a name he ever publicly used. The name was imposed on him as a pre-condition to his marriage to his former wife. He not only abandoned the name as soon as he was able to renounce his allegiance to the Islamic religion. **Zarif** was not a legal name and he never did use it publicly or in any legal document and he never ever introduced himself as such and thus I never considered it as another name.

**Discrepancy #2**

*When asked what other addresses have you and your spouses lived during your marriage, you state "None, just that one". The beneficiary state, right after the marriage we got our own place, Sky House, in Atlanta, in June 2017 and beginning of July 2017. A month or two."*

**My Statement Regarding Discrepancy #2**

Before we got married I stayed with my grandmother and never lived with my husband. He stayed with his friend, *Bucho* at Skyhouse, where I will go visit with him. After our marriage, we moved in together on July 27, 2017. The response of **NONE** to this alleged discrepancy, as to

where we lived together before July 27, 2017 is correct and true as I never lived with him at *sky house* where he was squatting, though I visited regularly.

### Discrepancy #3

*You both gave different answers to who attended your weeding and who and how many attended the dinner afterwards at Golden corral.*

### My Statement Regarding Discrepancy #3.

We did not have a formal wedding reception. We all met at the Golden Coral, a buffet restaurant, located in Jonesboro GA, after the exchange of vows, we had friends and well-wishers coming and going. I had six of my friends and family members. He had about nine of his friends; at that time, I did not know some of his friends who came to the restaurant. Since the attendees had to pay the cashier coming into the restaurant, it is difficult to be certain as to how many people were actually there.

### Discrepancy #4

*Your answers were different for the amount of your payment.*

### My statement Regarding Discrepancy #4.

My answer to our rent payment was different from my husband and understandably so. because our rent fluctuates depending on utility. My response to the amount we pay for rent was one thousand three hundred and eighty-seven dollars, ($1387.00) and I did emphasize in my response that this amount fluctuates and was not exact.

### Discrepancy #5.

*Claim of Joint Checking and Savings Account with Sun Trust Bank. Beneficiary claims to have Bank Account with Bank of America. Petitioner does not know anything about BOA account.*

### My statement Regarding Discrepancy #6.

We previously had a Bank of America account. We now only have an account with SunTrust and my response to the question was focused on the account we presently have.

### Discrepancy #6

*Inconsistent response to how we completed the Affidavit of Support from I-864 and how I met Comfort Adeola Oladimeji and that I was unaware that she stays in California.*

### My statement Regarding Discrepancy #6

The affidavit of support was completed by the attorney who prepared the forms based upon the information submitted by Ms. Comfort Oladimeji. I first met Comfort Oladimeji in Atlanta and we had dinner at *Mr.Soul Bisto* and took pictures with her. These pictures were submitted

to you in support of our petition. Since I first met her in Atlanta, we have spoken several times afterwards and have met on several occasions. At no time did I ever tell the officer that I did not know where she stays.

### Discrepancy #7

*Definite discrepancy regarding the name of our cell phone carrier and who pays the bill*

### My Response Regarding Discrepancy #7

My telephone carrier is Tmobile; I switched over to Tmobile from Metro PC. We both use Tmobile. T mobile and Metro Pc are the same.

### Discrepancy #8

*Discrepancy regarding our cars, which year they are and who drives which*

### My response regarding Discrepancy # 8

We both have between the two of us a 2008 Mazda and a 2016 Mercedes Benz. I occasionally drive the Mercedes Benz. I know that the Mercedes Benz was under finance but do not know the details of the financing company other than the fact that the dealer arranged the financing. We previously submitted the titles to both cars in support of our case.

### Discrepancy #9

*Discrepancy as to our cable companies*

### My response regarding Discrepancy #9

There is absolutely no discrepancy as to our response to our cable company carriers. Netflix and Comcast are ne and the same company.

### Discrepancy #10

*My knowledge of My husband's State Farm Life Insurance Policy*

### My Response to Discrepancy #10

Our vehicles are insured with State farm insurance and I truthfully was not aware that the life insurance policy was with the same company.

### Discrepancy #11

*The knowledge and correct Number of Our siblings.*

I have four siblings, two brothers and two sisters; two each on my father side and two on my mother side. I am also aware that he has four siblings; one brother and three sisters. I have spoken and met Valentine, his older brother who lives in Dallas, Texas. I have not met his parents who presently live in Nigeria but I speak with them regularly.

*Discrepancy #12*

*Failure to list children from previous marriage and evidence of termination of previous marriage*

### My Response to Discrepancy #12

The lawyer who completed the application on our behalf was aware of my other children who used to live with my grandmother. The pictures we submitted in support of this matter included my children, grand-parents and uncles; all of them labelled and identified as such. I do not know why they were never listed, except to attribute it to an omission on the part of the lawyer. I was never married, and though my husband casually indicated in our letter to the U.S embassy requesting a visitor's visa for my step son indicated as such. The letter was drafted by my husband and I signed without giving it much thought. I was in a previous relationship not a marriage.

### Discrepancy #13

*Physical address of 2034 Cambridge avenue College Park, GA and Mailing Address 115 Lavista Road, NE Atlanta GA.*

### My Response to Discrepancy # 13

My Response to Discrepancy #13the 2034 was my grandmother's address where I have lived for years before getting married in 2017. My children continued to live in that address until she passed away.

I Swear under Penalty of Perjury, that the foregoing is true and correct to the best of my knowledge.

Tatanya Leshae Moreland        Date: 2/19/2022

4015 Old Fairburn Rd
Atlanta Ga, 30331

Subject: Affidavit in Support of Tatanya Leshea Moreland and Ayotokunbo Samuel Omidele

I am writing to confirm that I have known Tatanya all her life.

I am her uncle and have been very close to her.

Her Mother is my sister. We have a close knit formula.

I met Ayotokunbo in 2016 when Tatanya brought him to my place to visit.

They both visited me on many evenings and during holidays even before they got married.

They were extremely affectionate, and it was very clear that they are a loving couple. For months prior, it was obvious that the wedding ceremony was important to both of them as they weighed their economic relation to their plans for the marriage and proposed living arrangements. I offered my advice and support as best as I could.

On June 27, 2012 I had the pleasure of attending their wedding. Although efforts were made to minimize social celebration after the marriage, it was still very memorable to share a meal with few well-wishers at the buffet restaurant, Golden Coral Jonesboro.

Ayotokunbo has become so close to the family that Tatyana's grandmother who died last year was very fond of him and considered him a son.

Tatanya and Ayotokunbo appear to be in love and happier than ever. They've also shared their desire to have children in the near future. Tatanya's children; Kimani and Zayden have become so close and dependent on Ayotokunbo. I anticipate and pray that their marriage will remain a lifetime commitment.

Thank you for the opportunity to share this information with you.

Please contact me at 404)671-7595 if you require additional information.

I swear, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Sincerely,

Thilenius Moreland
(Date of birth) 11/25/1971
Place of birth Atlanta, Ga

2/17/22

2/17/22

*[Notary seal: MIRACLE GRACE, MY COMMISSION EXPIRES JANUARY 11 2025, FULTON COUNTY, GA, NOTARY PUBLIC]*

Miracle Grace
Miracle Grace
678-837-8307

2167 Martin Luther King Jr Dr
Apt #27
Atlanta Ga 30310

### Subject: Affidavit in Support of Tatanya Leshea Moreland and Ayotokunmbo Samuel Omidele

My name is Kimmethia Herring. I was born on September 28, 1970 in Atlanta Georgia.

I am writing to affirm and attest to the genuine marital relationship of Tatanya and Ayotokunmbo.

I have known Tatanya since her birth and I was her godmother when she was dedicated as an infant. My relationship with her has been close and cordial ever since.

I have seen Tatanya grow and mature as a woman and I have had the honor to counsel her at different times of her life. She introduced me to Ayotokunbo when they began dating sometime in 2016 and started visiting with me r thereafter.

Ayotokunbo spoke and behaved responsibly anytime I saw them together and I had no hesitation in giving them my blessing when they informed me of their plans to get married.

Since their marriage, they have come to me on several occasions to visit and assist me with some household chores. I have also observed the positive influence they have on themselves as they grow.

I have shared dinner with them on several occasions and have had the opportunity of visiting their business premises, Mr Soul Bristo, in the summer of 2021.

Whenever I had cause to call upon either of them, they never hesitated to come to my assistance. Tatanya and Ayotokunmbo have become closer as they feed of each other's positivity; this has led to the development of a healthy and blossoming relationship they now share.

The public affection I have observed between them is the evidence of their love to each other which I pray endures forever.

I swear, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Sincerely,   2/17/22

Kimmethia Herring
Tel: 470 269 5496

Amiracle Grace
678-827-8307