**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | October 16, 2019 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | **RECEIVED DATE** | |
| **RECEIPT NUMBER** | October 10, 2019 | **PAGE** |
| MSC2090086216 | **PREFERENCE CLASSIFICATION** | 1 of 1 |
| **PRIORITY DATE** | 201 B INA SPOUSE OF USC | **DATE OF BIRTH** |
| October 10, 2019 | | April 24, 1968 |

**PAYMENT INFORMATION:**

PABLO N. DANIEL
5672 FELDWOOD ROAD       8  00002385
ATLANTA, GA 30349

| Application/Petition Fee: | $535.00 |
|---|---|
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| ONYECHI, CORDIS | 7/3/1969 | NIGERIA | |

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
APPLICANT COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19