

**Middle Flint BEHAVIORAL HEALTHCARE**

**Angela Holt**
Executive Director/CEO

*Serving Crawford, Crisp, Dooly, Houston, Macon, Marion, Peach, Schley, Sumter, Taylor and Webster Counties*

08/19/2022

To whom it may concern:

Regarding: Pablo Daniel

DOB: 04/24/1968

Pablo Daniel is a patient receiving services from Middle Flint Behavioral Healthcare in Warner Robins, GA. This patient has been diagnosed by writer (Kathleen Yngayo, NP-C) on 07/05/2022 with the following disorder:

1. Schizoaffective Bipolar Disorder

Pablo is determined by this office to meet the standard of the most significant disability priority. His functional limitations consist of: communication, interpersonal skills, focus/concentration and memory (cognitive functioning), and work skills.

Given the beforementioned disabilities, I do not predict Pablo to function adequately and be successful in the work force. Despite his compliance with his treatment plan, he continues to struggle with deficits and limitations. Without proper measures in place, Pablo's deficits would make it difficult to hold competitive employment over an extended period of time. Should you have any questions or concerns feel free to contact the clinic.

Respectfully,

Kathleen Yngayo, NP-C



# Behavioral Health Care

Servicing Crawford, Crisp, Dooly, Houston, Macon, Marion, Peach, Schley, Sumter, Taylor and Webster Counties

Date: 08/19/2022

Social Security Administration
220 Carl Vinson Pkwy
Warner Robins, Ga. 31088

Attention: SSA

This letter is to verify that, Pablo Daniel; DOB: 04/24/1968   Social Security # 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 is enrolled in Middle Flint SA Independent Housing Program since February 2022 until present. Client continues to attend Peer Support Services 5xs weekly, he receives medication management at MFBHC for treatment Schizoaffective Disorder, Bipolar type, and is enrolled in case management services that aids in client maintaining stability while living independently.

If you have any questions, I can be reached at the number listed below.

Sincerely,

*Lettie Jordan, CACIF*

Lettie Jordan
WTRS-R Clinical Director
127 south Sixth Street
Warner Robins, Georgia 31088
Office: (478) 957-8357
Cell: (478) 733-3095