# EXHIBIT B

99999-UNA   Document 1815-3   Filed 06/05/23

08/27/92

9219128 RUAN TRANSPORT CORPORATION

𝕾𝖊𝖈𝖗𝖊𝖙𝖆𝖗𝖞 𝖔𝖋 𝖘𝖙𝖆𝖙𝖊
𝕭𝖚𝖘𝖎𝖓𝖊𝖘𝖘 𝕾𝖊𝖗𝖛𝖎𝖈𝖊𝖘 𝖆𝖓𝖉 𝕽𝖊𝖌𝖚𝖑𝖆𝖙𝖎𝖔𝖓
𝕾𝖚𝖎𝖙𝖊 315, 𝖂𝖊𝖘𝖙 𝕿𝖔𝖜𝖊𝖗
2 𝕸𝖆𝖗𝖙𝖎𝖓 𝕷𝖚𝖙𝖍𝖊𝖗 𝕶𝖎𝖓𝖌 𝕵𝖗. 𝕯𝖗.
𝕬𝖙𝖑𝖆𝖓𝖙𝖆, 𝕲𝖊𝖔𝖗𝖌𝖎𝖆  30334-1530

```
CONTROL NUMBER:  9219128
EFFECTIVE DATE:  08/27/1992
JURISDICTION  :  IOWA
REFERENCE     :  0072
PRINT DATE    :  09/29/1992
FORM NUMBER   :  316
```

PRENTICE HALL LEGAL & FINANCIAL SERVICES
66 LUCKIE STREET
ATLANTA GA  30303

### CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS

I, MAX CLELAND, Secretary of State and the Corporation Commissioner of the State of Georgia, do hereby certify under the seal of my office that

### RUAN TRANSPORT CORPORATION

has been duly incorporated under the laws of the jurisdiction set forth above and has filed an application meeting the requirements of Georgia law to transact business as a foreign corporation in this state.

WHEREFORE, by the authority vested in me as Corporation Commissioner, the above named corporation is hereby granted, on the effective date stated above, a certificate of authority to transact business in the State of Georgia as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on the date set forth above.

MAX CLELAND
SECRETARY OF STATE

VERLEY J. SPIVEY
DEPUTY SECRETARY OF STATE

| SECURITIES | CEMETERIES | CORPORATIONS | CORPORATIONS HOT LINE |
|---|---|---|---|
| 656-2894 | 656-3079 | 656-2817 | 404-656-2222 |
| | | | Outside Metro-Atlanta |

August 17, 1992
Corp. No.:000035562
Ref. No.:    67501



# IOWA

## SECRETARY OF STATE

RUAN TRANSPORT CORPORATION
ATTN; MELISSA K HALLMAN
PO BOX 855
DES MOINES IOWA 50304

CERTIFICATE OF EXISTENCE

Name    RUAN TRANSPORT CORPORATION
Date    04/09/1943

    I, ELAINE BAXTER, secretary of state of the state of Iowa, custodian of the records of incorporations, certify that the corporation named on this certificate is in existence and was duly incorporated under the laws of Iowa on the date printed above, with perpetual duration.

    I further certify that all fees required by the Iowa Business Corporation Act have been paid by the corporation, that the most recent annual corporate report required by Iowa Code chapter 490 has been filed by the secretary of state, and that articles of dissolution have not been filed.



_Elaine Baxter_
SECRETARY OF STATE

Case 1:22-cv-89999-UNA   Document 18234-3   Filed 06/06/22   Page 5 of 5



**BUSINESS SERVICES AND REGULATION**

**A100F**

Eff. 7/1/89
**J. F. GULLION**
Director

**MAX CLELAND**
Secretary of State
State of Georgia

## APPLICATION FOR CERTIFICATE OF AUTHORITY

| I. | Filing Date: | Code: | Docket Number: | |
|---|---|---|---|---|
| | Assigned Exam: | Amount: $ | By: | |
| | Control Number: | Completed: | | |

**DO NOT WRITE ABOVE THIS LINE – SOS USE ONLY**

### NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE THE REMAINDER OF THIS FORM.

| II. | Corporate Name: Ruan Transport Corporation | | |
|---|---|---|---|
| | Mailing Address: P.O. Box 855 | | |
| | City: Des Moines | State: Iowa | Zip Code: 50304 |
| III. | Fees Submitted By: Ruan Transport Corporation | | |
| | Amount Enclosed: $ 170.00 | Check Number: | |
| IV. | Name of Registered Agent in Georgia: The Prentice-Hall Corporation System, Inc. | | |
| V. | Registered Office in Georgia: c/o The Prentice-Hall Corporation System, Inc. 66 Luckie Street | | |
| | City: Atlanta | State: Georgia | Zip Code: 30303 |

| VI. | Date Incorporated: 4-9-43 | Home State: Iowa | Corporate Duration: Perpetual |
|---|---|---|---|
| | Check One: ☒ Profit OR ☐ Non-Profit | | |
| VII. | Date Business Commenced (or Proposed) in Georgia: Upon Qualification | | |

| VIII. | Officer | Address |
|---|---|---|
| | Larry Miller, President | P.O. Box 855 Des Moines, IA 50304 |
| | Officer: Elizabeth Ruan, Secretary | P.O. Box 855 Des Moines, IA 50304 |
| | Officer: LaVerne Milbrandt, Treasurer | P.O. Box 855 Des Moines, IA 50304 |
| | Director: John Ruan | P.O. Box 855 Des Moines, IA 50304 |
| | Director: Elizabeth Ruan | P.O. Box 855 Des Moines, IA 50304 |
| | Director: John Ruan, III | P.O. Box 855 Des Moines, IA 50304 |

| IX. | Applicant/Attorney: Prentice Hall Corporate Services | Telephone: (404) 659-8831 |
|---|---|---|
| | Address: 66 Luckie Street | |
| | City: Atlanta | State: Georgia | Zip Code: 30303 |

**NOTICE:** Attach Certificate of Existence from home state, Secretary of State filing fee (Profit—$170.00; Nonprofit—$70.00)

Authorized Signature: _____, Treasurer   Date: 6-10-92