# EXHIBIT C

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 3/21/2023 9:30:14 AM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | K219128 |
| **BUSINESS NAME** | RUAN TRANSPORT CORPORATION |
| **BUSINESS TYPE** | Foreign Profit Corporation |
| **EFFECTIVE DATE** | 03/21/2023 |
| **ANNUAL REGISTRATION PERIOD** | 2023 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 666 Grand Ave, Ste 3100, DES MOINES, IA, 50309, USA |

## REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| C T CORPORATION SYSTEM | 289 S Culver St, Lawrenceville, GA, 30046-4805, USA | Gwinnett |

## OFFICERS INFORMATION

| NAME | TITLE | ADDRESS |
|---|---|---|
| Benjamin McLean | CEO | 666 Grand Ave, DES MOINES, IA, 50309, USA |
| Danielle Foster-Smith | SECRETARY | 666 Grand Avenue, Des Moines, IA, 50309, USA |
| Steven Wood | CFO | 666 Grand Ave, DES MOINES, IA, 50309, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Heidi Leavengood |
| **AUTHORIZER TITLE** | Authorized Person |

EXHIBIT C