# EXHIBIT D

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Amended Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 2/17/2023 10:12:23 AM

| BUSINESS INFORMATION | |
|---|---|
| **BUSINESS NAME** | : ACE AMERICAN INSURANCE COMPANY |
| **CONTROL NUMBER** | : J718768 |
| **BUSINESS TYPE** | : Foreign Insurance Company |
| **FILING TYPE** | : Amended Annual Registration |

**CURRENT INFORMATION ON FILE FOR PRINCIPAL ADDRESS, REGISTERED AGENT, AND OFFICERS**

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 436 WALNUT ST, PHILADELPHIA, PA, 19106, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Brandon Peene | CEO | 1133 Ave of the Americas, 41st Floor, New York, NY, 10036, USA |
| Drew Spitzer | CFO | 202 Halls Mill Road, Whitehouse Station, NJ, 08889, USA |
| JOHN J LUPICA | CEO | 202 Halls Mill Road, Whitehouse Station, NJ, 08889, USA |

**CHANGES TO THE ABOVE CURRENT INFORMATION ARE INDICATED BELOW**

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 436 WALNUT ST, PHILADELPHIA, PA, 19106, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Brandon Peene | Secretary | 1133 Ave of the Americas, 41st Floor, New York, NY, 10036, USA |
| Drew Spitzer | CFO | 202 Halls Mill Road, Whitehouse Station, NJ, 08889, USA |
| JOHN J LUPICA | CEO | 202 Halls Mill Road, Whitehouse Station, NJ, 08889, USA |

**EXHIBIT D**

## AUTHORIZER INFORMATION

**AUTHORIZER SIGNATURE**     : MADELYN BALLESTEROS

**AUTHORIZER TITLE**     : Officer