# EXHIBIT E

# Anelise Codrington

| | |
|---|---|
| **From:** | Anelise Codrington |
| **Sent:** | Friday, June 2, 2023 10:48 AM |
| **To:** | John Houghton |
| **Cc:** | nick@utleylawfirm.com; Douglas Burrell; Renee Solis |
| **Subject:** | RE: [EXTERNAL] Re: Strahan v. Ruan and Ace |
| **Attachments:** | Stip extending time to respond to Discovery.docx |

Good morning John,

It was a pleasure speaking with you yesterday. Thank you for letting me know the status of your client's medical treatment and advising his medical expenses are $250,000.

Attached is a stipulation we prepared regarding the discovery extension you provided to us. Thank you again for that. Let me know if we have your permission to sign and file on your behalf.

Kind regards,

**Anelise Codrington, Esquire**

**Chartwell Law**
3200 Cobb Galleria Pkwy
Suite 250
Atlanta, GA 30339
Direct (404) 490-4470
Main (404) 410-1151
Fax (404) 738-1632
acodrington@chartwelllaw.com
www.ChartwellLaw.com
Download vCard



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

> **From:** Anelise Codrington
> **Sent:** Monday, May 29, 2023 7:29 PM
> **To:** John Houghton <john@houghtonlawfirm.com>
> **Cc:** nick@utleylawfirm.com; Douglas Burrell <dburrell@chartwelllaw.com>; Renee Solis