October 12, 2022

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345



**U.S. Citizenship and Immigration Services**

RASHAWDA SHABRIA NELSON
3375 SPRING HILL PARKWAY APT 707
SMYRNA, GA 30080



MSC1891544273

RE: SHINA ADEWALE BOLARINWA
I-130, Petition for Alien Relative



A214-968-811

## NOTICE OF INTENT TO DENY

Dear RASHAWDA SHABRIA NELSON,

On August 6, 2018, you filed a Form I-130, Petition for Alien Relative, with U.S. Citizenship and Immigration Services (USCIS) on behalf of SHINA ADEWALE BOLARINWA (the beneficiary). You sought to classify the beneficiary as the spouse of a U.S. citizen (USC) under section 201(b)(2)(A)(i) of the Immigration and Nationality Act (INA).

After a thorough review of your petition, the testimony provided during your interview, and the record of evidence, we must inform you that we intend to deny your petition.

To demonstrate that an individual is eligible for approval as the beneficiary of a petition filed under INA 201(b)(2)(A)(i), a petitioner must:

- Establish a bona fide spousal relationship with the beneficiary; and
- Establish that he or she is a U.S. citizen (USC) or lawful permanent resident (LPR).

In visa petition proceedings, it is the petitioner's burden to establish eligibility for the requested immigration benefit sought under the INA. See Matter of Brantigan, 11 I&N Dec. 493, 495 (BIA 1966); Title 8, Code of Federal Regulations (8 CFR), section 103.2(b). You must demonstrate that the beneficiary can be classified as your spouse. See 8 CFR 204.2(a).

### Statement of Facts and Analysis, Including Ground(s) for Denial

On May 7, 2019, you and the beneficiary appeared for an interview with an Immigration Services Officer in connection with your Form I-130, Petition for Alien Relative, and the beneficiary's Form I-485, Application to Register Permanent Residence or Adjust Status. At the interview, you and the beneficiary provided testimony under oath. The petitioner must show, by a preponderance of the evidence, that the marriage was legally valid and bona fide at its inception, and "not entered into for the purpose of evading the immigration laws." Matter of Laureano, 19 I&N Dec. 1, 3 (BIA 1983). Although evidence to establish intent at the time of marriage can take many forms, some of those forms include: "proof that the beneficiary has been listed as the petitioner's spouse on insurance

policies, property leases, income tax forms, or bank accounts; and testimony or other evidence regarding courtship, wedding ceremony, shared residence, and experiences." Id.

When there is reason to doubt the validity of a marital relationship, the petitioner must present evidence to show that the marriage was not entered into for the purpose of evading immigration law. See Matter of Phillis, 15 I&N Dec. 385, 386 (BIA 1975). To demonstrate that the purpose of the marriage was not to evade the immigration laws, a petitioner may submit documentation showing, for instance, joint ownership of property, joint tenancy of a common residence, commingling of financial resources, birth certificates of children born to the union, and sworn or affirmed affidavits from third parties with personal knowledge of the marital relationship. See 8 CFR 204.2(a)(1)(iii)(B).

As evidence of your claimed relationship, you initially provided the following documentation:

- Bank of America monthly account statements for Shina A. Bolarinwa for April 25, 2017, to March 25, 2021.
- Wellstar Health System appointment details for Rashawda Shabria Nelson dated January 26, 2021, August 1, 2020, May 16, 2019, and October 31, 2020.
- Northside Atlanta Emergency Department Discharge Instructions dated January 12, 2021. You provided 9 out of 11 pages of this document.
- Statement of Change of Address of Registered Office, filed February 9, 2021 with a new street address of 2759 Delk Road, Ste. 1003, Marietta, GA 30067.
- Articles of Organization for Walya Auto, LLC, filed June 24, 2020.
- Lease agreement for Shina A. Bolarinwa and Rashawda Nelson for for 3375 Spring Hill Pkwy Apt. 707, Smyrna, GA 30080 with a lease start date of August 15, 2020, and a lease end date of October 14, 2021.
- A copy of GEICO vehicle insurance effective March 25, 2021, which insures Shina Adewale Bolarinwa.
- Internal Revenue Service (IRS) Form 1040 U.S. Individual Income Tax Return for 2019 for Shina Adewale Bolarinwa and Rashawda Nelson .
- A letter from the IRS stating an Employer Identification Number was assigned for Walya Autos LLC, dated June 24, 2020.
- A Georgia State Board of Registration of Used Motor Vehicle Dealers and Used Motor Vehicle Parts card copy issued March 18, 2021.
- A copy of Sales and Use Tax Certificate of Registration from the State of Georgia Department of Revenue dated April 30, 2021, to Walya Auto.
- Unidentified photos without names and dates.
- A copy of Georgia Driver's License for Rashawda Shabria Nelson issued September 30, 2016, with an address of 1713 Highland Parc Pl. SE, Marietta, GA 30067.
- A copy of a Social Security Card issued to Rashawda Shabria Nelson.
- A copy of Georgia Driver's License for Shina Adewale Bolarinwa issued February 8, 2019, with an address of 1219 Tamarron Pkwy SE, Atlanta, GA 30339.
- A copy of an USCIS Employment Authorization card issued to Shina A. Bolarinwa valid from January 14, 2019, to January 13, 2020.
- A Federal Republic of Nigeria passport for Shina Adewale Bolarinwa, with a January 23rd date of issue, and a January 22nd date of expiration.
- A copy of a Etats Schengen Visa for Shina Adewale Bolarinwa valid from October 8, 2014, until January 7, 2015.
- A copy of a Republic of South Africa Visitors Visa.
- A copy of a Etats Schengen Visa for Shina Adewale Bolarinwa valid from November 20, 2015, until February 19, 2016.

- A copy of a U.S. B1/B2 visa issued May 13, 2015, with an expiration date of May 10, 2017 for Shina Adewale Bolarinwa.
- A copy of Visa valid for the United Kingdom issued to Shina Adewale Bolarinwa from December 4, 2014, until December 4, 2019.
- A lease agreement for Shina A. Bolarinwa and Rashawda Nelson for the following address: 1219 Tamarron Parkway SE, Atlanta, GA 30339, beginning August 4, 2018, and ending September 3, 2019.
- A copy of Shina A. Bolarinwa's Bank of America Transaction History for account ending in 5190 with a last posting date of May 3, 2019.
- A copy of Progressive Auto Insurance Coverage Declarations Page for Shina Bolarinwa and Rashawda Nelson with a policy period from April 7, 2019, to October 7, 2019.
- A T-Mobile monthly statement with a bill closing date of June 20, 2017, addressed to Shina Bolarinwa, Attn: Rashawda Nelson 2350 Cobb Pkwy SE, Apt 39F, Smyrna, GA 30080.
- A copy of an Attestation of Birth for Bolarinwa Shina Adewale dated July 13, 2017.
- A copy of a Sworn Affidavit for Declaration of Age dated July 6, 2017.
- IRS Form 1040 U.S. individual Income Tax Return for Rashawda Nelson.
- A copy of a birth certificate for Rashawda Shabria Nelson.

The evidence in the record and testimony did not establish the claimed relationship. Therefore, on May 27, 2021, you and the beneficiary were interviewed separately concerning the bona fides of your marriage. While USCIS does not expect that a couple will have the same and exact responses to questions posed during an interview, there is an expectation that couples in bona fide marriages would be aware of intimate details regarding each other and those living in the same household. Although you and the beneficiary may have had joint lease agreements, auto insurance with Progressive and you attempted to show evidence of some shared obligations e.g. T-Mobile bill; after reviewing the evidence and the testimonies provided at the interviews and a more thorough investigation of your claimed marriage, USCIS records indicate that the beneficiary is not eligible for the requested benefit sought for the reasons below:

- Careful analysis of the Bank of America account ending 5190 suggests this checking account is used primarily for business transactions. Large deposits are made to this account periodically, then those large deposits are disbursed accordingly via Zelle transfers. It is also noted the account seems to be individually owned by Shina Bolarinwa, and does not establish any significant commingling of financial obligations as a couple.
- The lease agreement for Shina A. Bolarinwa and Rashawda Nelson for 3375 Spring Hill Pkwy Apt. 707, Smyrna, GA 30080 with a lease start date of August 15, 2020, and a lease end date of October 14, 2021, indicate you and the beneficiary living together, contrary to your Georgia, driver's license - DL NO. 057731282, indicating your address as 1713 Highland Parc Pl. SE, Marietta, GA 30067, issued September 30, 2016, with an expiration of September 12, 2024.
- The lease agreement of Shina A. Bolarinwa and Rashawda Nelson for the following address: 1219 Tamarron Parkway SE Atlanta, GA 30339, with a lease start date of August 4, 2018, and a lease end date of September 3, 2019. This document indicates you and the beneficiary living together, contrary to your Georgia, driver's license - DL NO. 057731282, indicating your address as 1713 Highland Parc Pl. SE, Marietta, GA. 30067, issued September 30, 2016, expiring September 12, 2024.
- On your Sworn Statement dated May 27, 2021, you claimed you and the beneficiary own two vehicles together; a "Blue 2006 Ford 500 and a 2017 or 2018 White Mercedes Benz", with the vehicle's being insured by GEICO. Contrary to the GEICO vehicle insurance submitted, only showing the Mercedes Benz as the only car insured with an effective date of March 25, 2021.
- According to your marriage certificate you and the beneficiary got married on June 1, 2017. However, the copy of the drivers' licenses you and the beneficiary submitted suggest you and

the beneficiary reside at different addresses. Your driver's license : DL NO. 057731282, shows an address of 1713 Highland Parc Pl. SE, Marietta, GA 30067, issued September 30, 2016, with an expiration date of September 12, 2024. The beneficiary's driver's license : DL NO. 061346562, shows an address of 1219 Tamarron Parkway SE, Atlanta, GA 30339, issued February 8, 2019, with an expiration date of January 13, 2020.

- All submitted photos of you and the beneficiary appeared to be staged.
- The T-Mobile statement dated June 20, 2017, addressed to Shina Adewale Bolarinwa in care of Rashawda Shabria Nelson with the address; 2350 Cobb Pkwy SE, Apt. 39F, Smyrna, GA 30080, suggest Shina Adewale Bolarinwa is the person who owns the T-Mobile account and Rashawda Shabria Nelson is the person living at said address.
- You testified meeting the beneficiary for the first time at your dads birthday party in Atlanta on or about October 2015, you were unable to give a specific date. On the contrary, the beneficiary testified you both met at your mom's ex-husband's, unlce's birthday party in Kennesaw, GA on or about November or December of 2016. The beneficiary also could not provide a definitive date as to when you both met.
- The beneficiary testified you were living at an apartment complex on Delk Rd. in Marietta with your sister Aneisha when you first met and sometimes with your mom in Smyrna, GA between 2016 and 2017. The beneficiary was unable to disclose your mom's address. Contrary to your sworn statement, you were living with your mom at 2201 Lake Park Dr., Smyrna, GA 30080 in 2015.
- You claimed the beneficiary lived with his friend (Edwin) in Kennesaw, GA in 2015, which was contrary to the beneficiary's claim that he was living in Kennesaw, GA, in 2016 and 2017 in the basement of (Uncle Dapo), who is related to your mom's ex-husband.
- The beneficiary testified you both were married on June 1, 2017, at the Marietta Courthouse and in attendance were; your mom, your mom's ex-husband (Niyi), his friend Tope, Ayo and Ayo's friends who's names the beneficiary could not recall. On the contrary, you claimed you both got married on June 1, 2017, at the Marietta Courthouse and in attendance were your mom, the beneficiary's friend Edwin and your sister Aneisha Baxter.
- You claimed the beneficiary purchased the rings alone at Kohl's, contrary to the beneficiary's claim, you both purchased the rings together at Kohl's.
- You claimed the reason your driver's license indicates a different address was because your wallet was stolen in June of 2020. You also stated you and the beneficiary were having issues receiving your mail, hence upon renewal, you used your mom's address because she lives in a house. However, the beneficiary claimed in June 2020, your driver's license was expired so you renewed it online and because your mom's address was already in the system you renewed your driver's license with your mom's address.
- The beneficiary stated the name of the apartment complex you both lived was "MAA Springs" and rent was about $1,600.00 monthly paid online via the Bank of America account. However, a review of the Bank of America statements submitted does not reflect this monthly amount of $1,600.00. Also noted, you claim the name of the apartment complex is "The Post" and rent is paid via money order in the amount of $1,375.00 monthly.
- You testified not having any children anywhere in the world. This contradicts the beneficiary's testimony that you have three (3) children; Julian, Kennedy, and Anthony.
- The beneficiary claimed you have three children but could not disclose the children's age or dates of birth.
- Records reveal on the beneficiary's prior Non-immigrant visa issued May 2015, it noted the beneficiary as being married with one child. During the interview, he sated that he as no children with his ex-wife and his declaration on the Form I-485, Petition to Adjust Status also states that he as no children anywhere in the world.
- The beneficiary claimed his highest level of education is a degree in accounting from a university in Nigeria. Contrary to his Non-immigrant visa application of May 2015, where the

- beneficiary indicated he studied Mechanical Engineering at the University of Ilorin, Nigeria from February 7, 1998, to September 24, 2003. This information also contradicts's your testimony that the beneficiary's "highest level of education is high school then he went straight into business".
- You claimed purchasing your "Blue 2006 Ford 500" after the marriage in July of 2020. This is contrary to the beneficiary's testimony the vehicle was purchased before the marriage on or about March or April 2020.

The beneficiary must be eligible for the benefit sought at the time the petition was filed. See Matter of Drigo, 18 I&N Dec. 223 (BIA 1982). A petitioner must establish eligibility at the time of filing a petition; a petition cannot be approved at a future date after the petitioner becomes eligible under a new set of facts. See Matter of Katigbak, 14 I&N Dec. 45 (Reg. Com. 1971). A petitioner may not make material changes to a petition that has already been filed in an effort to make an apparently deficient petition conform to USCIS requirements. See Matter of Izumii, 22 I&N Dec. 169 (BIA 1998).

You have thirty (30) days (33 days if this notice was received by mail) from the date of this notice to submit additional information, evidence and arguments to overcome **all the above** inconsistencies. Also submit current evidence pertaining to the bona fides of the marital relationship in question. Such evidence must include:

- Current lease in both names showing joint occupancy;
- Deeds and mortgages in both names showing joint ownership;
- A Notarized copy showing all address you and the beneficiary have lived since June 1, 2017 to the present;
- Evidence that you and the beneficiary have combined financial resources which include joint ownership of assets and joint responsibility of liabilities such as: a joint checking and savings account statement showing deposits or withdrawals (for the last three(3) months);
- Insurance policies that show the other spouse as beneficiary;
- Internal Revenue Service (IRS) tax transcripts (obtained from the IRS) for tax periods, 2018, 2019, 2020, and 2021;
- Joint utility bills for the last six (6) months;
- Joint installment loans (such as a car loan) or credit card account statements (for the last 6 months);
- Birth certificate(s) of any children born to you and the beneficiary prior to marriage;
- Birth certificate(s) of any children born during the marriage;
- Any other relevant documentation to establish that there is an ongoing marital union.

Failure to respond to this request within the time allotted will result in the denial of the petition.

You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable). Please note, if the request is for original documents, you must submit that information by mail.

**Please include a copy of this letter with your response by mail to this address:**

U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345


Sincerely,

*[signature]*

Shineka C. Miller
Field Office Director
Prepared by: AC1694

cc: