

**MANJI LAW, P.C.**

315 W. Ponce de Leon Ave.
Suite 400
Decatur, GA 30030

p: 678.902.2999
f: 404.410.4922
info@manjilaw.com

November 14, 2022

**VIA USPS PRIORITY MAIL**
U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345

    Re:    **Response to Notice of Intent to Deny (I-130 MSC1891544273)**
               **Petitioner: Rashawda Shabria NELSON**
               **Beneficiary: Shina Adewale BOLARINWA (A214-968-811)**

Dear USCIS Officer:

    Please find enclosed our response to USCIS's Notice of Intent to Deny (NOID) Petitioner, Rashawda Shabria NELSON's I-130 MSC1891544273. To satisfy Service's request, Mrs. Nelson and Mr. Bolarinwa have provided the following documents:

1. Copy of **NOID** (Notice of Intent to Deny) sent on 10/12/2022 (MSC1891544273);
2. **Form G-28** for Petitioner;
3. **Form G-28** for Beneficary;
4. Signed Affidavit from the Petitioner, Rashawda Shabria NELSON, explaining the inconsistencies from their interview;
5. Sign Affidavit from the Beneficiary, Shina Adelwale BOLARINWA, explaining the inconsistencies from their interview;
6. Petitioner's update driver's license showing current address;
7. Bill of sale for the Blue 2006 Ford, showing the petitioner as the buyer and the date of purchase;
8. Bill of sale and title for the 2015 Mercedes Benz, showing the beneficiary as the buyer and the date of purchase;
9. Joint Lease Agreement for 1219 Tamarron Parkway SE, Atlanta, GA 30339. Dates 08/04/2018-09/03/2019;
10. Joint Lease Agreement for 1219 Tamarron Parkway SE, Atlanta, GA 30339. Dates 09/04/2019-09/03/2020;
11. Joint Lease Agreement for 3375 Spring Hill Pkwy, Apt. 707, Smyrna, GA 30080 Dates 08/15/2020-10/14/2021; and
12. Joint Lease Agreement for 3375 Spring Hill Pkwy, Apt. 707, Smyrna, GA 30080 Dates 10/15/2021-10/14/2022.

    The NOID specifically asked for certain documents. In response to this, the Petitioner and Beneficiary have provided the following documents:

1. Current lease in both names showing joint occupancy;



**MANJI LAW, P.C.**

315 W. Ponce de Leon Ave.
Suite 400
Decatur, GA 30030

p: 678.902.2999
f: 404.410.4922
info@manjilaw.com

2. Deeds and Mortgages -Not Applicable;
3. Notarized Affidavit showing all addresses Petitioner and Beneficiary lived since June 1, 2017 to present signed by Petitioner and Beneficiary;
4. Evidence that petitioner and beneficiary have combined financial resources which include joint ownership of assets and joint responsibilities - Beneficiary's bank account statements attached. Joint accounts not available due to Petitioner being a victim of fraud and is not allowed to be added to accounts;
5. Joint Auto Insurance Policy;
6. IRS Tax Transcripts for periods 2019, 2020, 2021. Please note that the tax transcript for 2018 was not available since Petitioner and Beneficiary did not file taxes for that year;
7. Utility Bills for the last six months under Beneficiary's name for Georgia Power and Georgia Natural Gas;
8. Joint Instalment Loans – Not Appliable;
9. Birth Certificates of any children born to Beneficiary and Petitioner prior to marriage:
    a. Beneficiary's Child: Toheeb Adewale BOLARINWA
    b. Petitioner's Child: Julian Jeremiah JOHNSON
    c. Petitioner's Child: Anthony Da'Shawn WILKS JR.
    d. Petitioner's Child: Kennedy Michelle WILKS
10. Birth Certificates of children born during marriage-No children have been born during marriage; and
11. Signed Affidavits attesting to the relationship:
    a. Keisha FAKEYE, Petitioner's mother
    b. Dr. Joseph TAKON, Senior Pastor at City of David
    c. Angelica GILMORE, Petitioner's Friend
    d. Kenneth SONUKAN, Family's accountant
    e. Adekunle OYANIYI, Family friend.

Please contact me if you have any questions regarding the attached documents. I can be reached via telephone at (678) 902-2999 and by email at jameel@manjilaw.com.

Sincerely yours,

Jameel Manji
Attorney GA 205003
EOIR ID RR672666

2