No. 23A01612

**Date Summons Issued and E-Filed**
4/13/2023

/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

[X] JURY

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

Christasha Harvey

Plaintiff's name and address

vs.

Lemonade Insurance Company

c/o United Corporate Services, 4228 First Ave. Ste 10, Tucker, GA 30084

Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Name: The Russ Firm

Address: 101 Marietta Street, Suite 3340, Atlanta, Georgia 30303

Phone Number: (470) 575-6345

Georgia Bar No.: 603470

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

Defendant's Attorney
Address
Phone No.    Georgia Bar No.

Third Party Attorney
Address
Phone No.    Georgia Bar No.

**TYPE OF SUIT**

☐ Personal Injury  ☐ Products Liability
☒ Contract  ☐ Medical Malpractice
☐ Legal Malpractice  ☐ Product Liability
☐ Other

Principal $ _____
Interest $ _____
Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☒ (Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

STATE COURT OF
DEKALB COUNTY, GA.
E-file summons1-2016    4/13/2023 1:52 PM
E-FILED
BY: Monica Gay

IN THE STATE COURT FOR DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| CHRISTASHA HARVEY | * | |
| Plaintiff, | * | CIVIL ACTION FILE NO.: 23A01612 |
| v. | * | |
| LEMONADE INSURANCE COMPANY, | * | |
| Defendant. | * | |

### PLAINTIFF'S ORIGINAL COMPLAINT

**COMES NOW** Plaintiff, Christasha Harvey, in the above styled action by and through undersigned counsel, and files Plaintiff's Original Complaint against Defendant, Lemonade Insurance Company, and in support hereof shows this Honorable Court the following:

#### PARTIES, JURISDICTION, AND VENUE

1.

Plaintiff submits to the jurisdiction of this Court.

2.

Defendant Lemonade Insurance Company ("Defendant" or "Defendant Lemonade") is a foreign insurance company authorized to transact business in the State of Georgia, with its principal place of business being in New York, New York. It, however, may be served through its registered agent in Georgia: United Corporate Services, Inc., 4228 First Avenue, Suite 10, Tucker, DeKalb County, Georgia 30084.

3.

Venue is proper in this Court.

## FACTUAL BACKGROUND

**4.**

Plaintiff realleges and incorporates all preceding paragraphs as if fully set forth herein.

**5.**

On or about April 13, 2022, Plaintiff took a flight from Hartford, Connecticut to Atlanta, Georgia.

**6.**

While boarding the plane, Plaintiff placed her carry-on luggage in overhead space several rows in front of her seat due to limited space on the aircraft.

**7.**

Once the aircraft landed, Plaintiff attempted to retrieve her luggage but soon after realized that it was stolen by an unidentified individual.

**8.**

Plaintiff immediately reported to theft to the airline (Delta Airlines) and the police.

**9.**

She has not been able to retrieve her luggage or the contents that were contained therein.

**10.**

At all relevant times, Plaintiff purchased and had in effect a policy from Defendant Lemonade which provides coverage for the stolen items.

**11.**

Plaintiff filed a claim with Defendant Lemonade shortly after the incident underlying this Complaint.

**12.**

Notwithstanding the covered theft, and without just cause, Defendant has failed to reimburse Plaintiff for the losses sustained in the incident underlying this lawsuit.

## CAUSES OF ACTION

### COUNT I
### BREACH OF CONTRACT

**13.**

Plaintiff realleges and incorporates all preceding paragraphs as if fully set forth herein.

**14.**

At all times relevant hereto, Defendant Lemonade insured Plaintiff pursuant to Homeowner's Policy No.: LP730433684 (the "Policy").

**15.**

After the incident underlying this lawsuit, Plaintiff made a request for payment of benefits due under the Policy.

**16.**

Plaintiff at all times complied with the terms of the Policy and is entitled to be paid by Defendant Lemonade for the losses discussed herein.

**17.**

Defendant Lemonade has refused Plaintiff's claim.

**18.**

Defendant Lemonade has breached its contract with Plaintiff by not making any payment(s) under the Policy.

### COUNT II
### ATTORNEY'S FEES
### O.C.G.A. § 13-6-11

**19.**

Plaintiff realleges and incorporates all preceding paragraphs as if fully set forth herein.

**20.**

Defendant's actions in this matter are evidence of bad faith, were and are stubbornly litigation, and have caused Plaintiff undue expenses.

**21.**

Accordingly, Plaintiff is required to recover her necessary expenses of litigation, including an award of reasonable attorney's fees and expenses required by this action pursuant to O.C.G.A. § 13-6-11, as well as any other common law and/or contractual basis.

### RESERVATION OF RIGHT TO AMEND

**22.**

Plaintiff hereby specifically reserves the right to amend this Complaint to include additional grounds for recovery.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for relief as follows:

1. Process issue as provided by law;

2. That judgment be entered against Defendant(s) in an amount sufficient to compensate Plaintiff;

3. That all costs be taxed against Defendant(s) and prejudgment interest be awarded;

4. That Plaintiff be granted a trial by jury of twelve (12) on all issue(s) in this action; and

5. That Plaintiff have such other and further relief as this Honorable Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands that all issues of fact in this case by tried before a properly impaneled jury of twelve (12) members.

*****

Respectfully submitted on this 13th day of April, 2023.

_/s/ Michael E. Russ_

Michael E. Russ, Jr.
Georgia Bar No.: 603470
**THE RUSS FIRM, LLC**
101 Marietta Street NW
Suite 3340
Atlanta, GA 30303
(470) 575-6345 – Telephone
(404) 855-2667 – Facsimile
m.russ@russfirm.com

STATE COURT OF
DEKALB COUNTY, GA.
4/13/2023 1:52 PM
E-FILED
BY: Monica Gay