# AFFIDAVIT OF SERVICE

| Case: 23A01612 | Court: State Court of Dekalb County | County: Dekalb, GA | Job: 8820218 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Christasha Harvey | | **Defendant / Respondent:** Lemonade Insurance Company | |
| **Received by:** CGA Solutions | | **For:** The Russ Firm, LLC | |
| **To be served upon:** Lemonade Insurance Company c/o United Corporate Services, Registered Agent | | | |

I, Thomas David Gibbs III, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Becky Chatham, 4228 1st Ave suite 14, Tucker, GA 30084-4426
**Manner of Service:** Registered Agent, May 5, 2023, 10:06 am EDT
**Documents:** Summons, Plaintiff's Orginal Complaint (Received May 4, 2023 at 1:52pm EDT)

**Additional Comments:**
1) Successful Attempt: May 5, 2023, 10:06 am EDT at 4228 1st Ave suite 14, Tucker, GA 30084-4426 received by Becky Chatham. Age: 50-55; Ethnicity: Caucasian; Gender: Female; Weight: 300; Height: 5'4"; Hair: Brown;
,Agent designated by United Corporate Agents to accept service

_____    5-8-23
Thomas David Gibbs III             Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
5-8-23            12-27-24
Date              Commission Expires

CGA Solutions
723 Main Street
Stone Mountain, GA 30083
866-217-8581

[Notary seal: AMMY MERAZ, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA]

FILED 1/6/2023 9:16 AM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

# IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

IN RE:

| | |
|---|---|
| MOTION FOR APPOINTMENT AS PERMANENT PROCESS SERVER | CIVIL ACTION FILE NUMBER: 23MPR1021 |

PURSUANT TO O.C.G.A. §9-11-4(c)

### ORDER APPOINTING PERMANENT PROCESS SERVER FOR CALENDAR YEAR 2023

The foregoing motion having been read and considered; it is HEREBY ORDERED that the following individual(s) is/are appointed as a permanent process server pursuant to O.C.G.A. §9-11-4(c):

KAYLA BRIDGES
SHEMIKA BRYANT
ROCHELLE EARTHRISE
THOMAS GIBBS
LYNN ROWE
RONALD SMITH
GERI STEPHENS
CIERRA STOVER
INA SWINGER

This appointment shall be effective until midnight December 31, 2023.

IT IS SO ORDERED this 3rd day of January, 2023.

Honorable LaTisha Dear Jackson
Chief and Administrative Judge
DeKalb County Superior Court
Stone Mountain Judicial Circuit