**Theft, Theft**  OPEN
LC6888AC53

NOT SETTLED

HANDLING TIME
391 DAYS

ACTIONS ▾

WORKFLOWS | CLAIM INVENTORY | CLAIM DETAILS | COMMS. TIMELINE | USER TIMELINE | SUBRO. | INSTANT CLAIMS LOG | CLAIM CHAT LOG | QUOTE CHAT LOG | RESERVE LOG | FEES

| $384,775 | - | - | - |
|---|---|---|---|
| TOTAL CLAIMED | TOTAL RESERVED | DEDUCTIBLE APPLIED | INCURRED LOSS |

**Christasha Harvey**
LP730433684
HOMEOWNERS

GA

(404) 400-9099

POLICY PDF

| CLAIM LIFECYCLE | | |
|---|---|---|
| | POLICY EFFECTIVE | January 01, 2021 00:01:00 EST |
| | DATE OF LOSS | April 13, 2022 08:30:00 EDT |
| | CLAIM OPENED | April 15, 2022 12:15:42 EDT |
| | CLAIM SUBMITTED | April 15, 2022 18:51:32 EDT |
| | FIRST RESPONSE | April 15, 2022 20:00:06 EDT |
| | CLAIM CLOSED | May 26, 2022 19:04:32 EDT |

| COVERAGE SUMMARY | | |
|---|---|---|
| | **BASE LIMITS** | |
| | DWELLING | $325,000 |
| | OTHER STRUCTURE | $32,500 |
| | PERSONAL PROPERTY | $162,500 |
| | LOSS OF USE | $97,500 |
| | PERSONAL LIABILITY | $100,000 |
| | MEDICAL PAYMENTS TO OTHERS | $1,000 |
| | PORTABLE ELECTRONICS | $2,000 |
| | FUNGI PERSONAL PROPERTY | $16,250 |
| | FUNGI PERSONAL LIABILITY | $50,000 |
| | **DEDUCTIBLE** | |
| | DEDUCTIBLE | $500 |
| | **ADD ONS** | |
| | SWIMMING POOL LIABILITY | $100,000 |
| | CHECK POLICY FOR MORE ADD-ONS | |

| POLICE REPORT | | |
|---|---|---|
| | INCIDENT | 221038033 |
| | | City Of Atlanta |
| | OFFICER | Marty Nom |

**POLICY MEMBERS & STAKEHOLDERS**

**POLICY ADDRESS**

## Home Claims History

| **3** USER CLAIMS ($0) | **0** ADDRESS CLAIMS ($0) | **0** RISK NETWORK CLAIMS ($0) | | Filter by: All ▾ |
|---|---|---|---|---|

| DATE OF LOSS | CLAIM ID | LOSS TYPE | STATUS | AMOUNT | |
|---|---|---|---|---|---|
| APRIL 13, 2022 | LC6888AC53 | THEFT | OPEN | $0 | ﹀ |
| APRIL 15, 2022 | LC11E57B81 | OTHER LOSS TYPE | CANCELED | $0 | ﹀ |
| | | | | | ﹀ |