**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **CHRISTASHA HARVEY,** *Plaintiff*, v. **LEMONADE INSURANCE COMPANY** *Defendant.* | Civil Action No.: 23A01612 |

## DEMAND FOR JURY TRIAL ON BEHALF OF DEFENDANT

COMES NOW Defendant **LEMONADE INSURANCE COMPANY,** by and through undersigned counsel, and hereby demand a trial by a jury of twelve (12) persons for all issues properly triable by a jury.

Respectively submitted this 5th day of June, 2023.

**SWIFT CURRIE McGHEE & HIERS, LLP**

*/s/ Tracy A. Gilmore*
TRACY A. GILMORE
Georgia Bar No. 633193
MAREN R. CAVE
Georgia Bar No. 278448
*Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
(404) 874-8800 (P)
Tracy.gilmore@swiftcurrie.com
Maren.cave@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **Demand for Jury Trial on Behalf of Defendant** to the Clerk of Court using the court's electronic filing system which will automatically send electronic mail notification of such filing to counsel of record as follows:

Michaels E. Russ, Jr.
THE RUSS LAW FIRM
101 Marietta Street NW
Suite 3340
Atlanta, Georgia 30303
m.russ@russfirm.com

This 5th day of May, 2023

**SWIFT CURRIE McGHEE & HIERS, LLP**

BY:   /s/ Tracy A. Gilmore
 TRACY A. GILMORE
 Georgia Bar No. 633193
 MAREN CAVE
 Georgia Bar No. 278448
 *Attorneys for Defendant*

1420 Peachtree St NE
Suite 800
Atlanta, GA 30309
(404) 874-8800
tracy.gilmore@swiftcurrie.com
maren.cave@swiftcurrie.com

4856-8223-1144, v. 1