IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **CHRISTASHA HARVEY,**<br><br>*Plaintiff*,<br><br>v.<br><br>**LEMONADE INSURANCE COMPANY**<br><br>*Defendant.* | **Civil Action No.: 23A01612** |

### NOTICE OF FILING NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN that Defendant LEMONADE INSURANCE COMPANY pursuant to 28 U. S. C. §§ 1332, 1441 and 1446, has filed the attached Notice of Removal with the United States District Court for the Northern District of Georgia, Atlanta Division.

This 5th day of June, 2023.

        **SWIFT CURRIE McGHEE & HIERS, LLP**

        */s/ Tracy A. Gilmore*
        TRACY A. GILMORE
        Georgia Bar No. 633193
        MAREN R. CAVE
        Georgia Bar No. 278448

        *Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
(404) 874-8800 (P)
Tracy.gilmore@swiftcurrie.com
Maren.cave@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **DEFENDANT'S NOTICE OF FILING REMOVAL** to the Clerk of Court using the court's electronic filing system which will automatically send electronic mail notification of such filing to counsel of record as follows:

Respectively submitted this 5th day of June, 2023.

          **SWIFT CURRIE McGHEE & HIERS, LLP**

          */s/ Tracy A. Gilmore*
          TRACY A. GILMORE
          Georgia Bar No. 633193
          MAREN R. CAVE
          Georgia Bar No. 278448

          *Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
(404) 874-8800 (P)
Tracy.gilmore@swiftcurrie.com
Maren.cave@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **DEFENDANT'S NOTICE OF REMOVAL** to the Clerk of Court using the court's electronic filing system which will automatically send electronic mail notification of such filing to counsel of record as follows:

Michaels E. Russ, Jr.<br>
THE RUSS LAW FIRM<br>
101 Marietta Street NW<br>
Suite 3340<br>
Atlanta, Georgia 30303<br>
m.russ@russfirm.com

This 5th day of May, 2023

**SWIFT CURRIE McGHEE & HIERS, LLP**

BY:   /s/ Tracy A. Gilmore
      TRACY A. GILMORE
      Georgia Bar No. 633193
      MAREN CAVE
      Georgia Bar No. 278448
      *Attorneys for Defendant*

1420 Peachtree St NE
Suite 800
Atlanta, GA 30309
(404) 874-8800
tracy.gilmore@swiftcurrie.com
maren.cave@swiftcurrie.com

4868-3350-2056, v. 1