IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAMEKA M. COOK,

    Plaintiff,

v.

JAMES RICKEY HENRY, JARROD WARE,
WARE EMPIRE TRANSPORTATION, LLC,

    Defendants.

CIVIL ACTION FILE
NUMBER

## DEFENDANTS JAMES RICKEY HENRY, JARROD WARE, AND WARE EMPIRE TRANSPORTATION, LLC'S NOTICE OF REMOVAL

1.

Plaintiff Tameka Cook filed a lawsuit styled <u>Tameka Cook v. James Rickey Henry, Jarrod Ware, Ware Empire Transportation, LLC</u>, in the Superior Court of Fulton County, Georgia, civil action file number 2023CV377889. Defendants attached a copy of the Summons and Complaint as Exhibit "A" and a copy of Defendants' Answer as Exhibit "B."

2.

Based on the Georgia Uniform Crash report, Plaintiff was a citizen and a resident of Georgia when she filed the Complaint for Damages. Defendants attached a copy of the Crash Report as Exhibit "C".

3.

Defendant James Rickey Henry was a citizen and resident of Texas when Plaintiff filed the Complaint. See affidavit of James R. Henry attached as Exhibit "D".

4.

Plaintiff named Defendant Jarrod Ware as a defendant in the Complaint for Damages, but she failed to make any allegations against him and Jarrod Ware was a citizen and resident of Texas when Plaintiff filed the Complaint. See Affidavit of Jarrod Ware attached as Exhibit "E".

5.

Plaintiff named Defendant Ware Empire Transportation, LLC as a defendant in the Complaint for Damages but she failed to make any allegations against it, Ware Empire was a Florida limited liability company and its sole member was a Texas citizen and resident, and it maintained its principal office in Texas when Plaintiff filed the Complaint. See Affidavit of Jarrod Ware attached as Exhibit "E".

6.

There is complete diversity of citizenship of the parties to this civil action.

7.

The amount in controversy exceeds $75,000.00 exclusive of interest and costs because Plaintiff alleged in paragraph 3. Of the Complaint for Damages she suffered $99,000.00 in pain and suffering, $20,000.00 in past and future medical expenses, $15,000.00 in lost earnings, $25,000.000 in loss of capacity for the enjoyment of life, and $20,000.00 in mental anguish and demanded $179,000.00 in the ad damnum clause.

8.

This civil action is properly removable to this Court under to 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(a) and (b).   In accordance with 28 U.S.C. § 1332(a), there exists diversity of citizenship between the Plaintiff and the Defendants and the amount in controversy, exclusive of interest and cost, exceeds the sum of $75,000.

9.

Plaintiff failed to properly or sufficiently serve Defendants with the Summons and Complaint, but all Defendants consent to the removal of this case.

10.

Defendants notify the Court, the Clerk and Plaintiff that they removed this civil action to this Court under 28 U.S.C. § 1446 and pursuant to Fed. R. Civ. P. 11.

DENNIS, CORRY, SMITH & DIXON, LLP

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
Georgia bar number 658345
For the Firm
Attorneys for Defendants

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 364-4503
Gbs@dcplaw.com
KMoore@dcplaw.com

# EXHIBIT "A"

Fulton County Superior Court
***EFILED***if
Date: 3/24/2023 10:11 AM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF _____Fulton_____ COUNTY,
GEORGIA

## SUMMONS

Tameka M Cook                              ) Case        2023CV377889
                                           ) No.:_____
_____
          **Plaintiff,**                   )
                                           )
  vs.                                      )
James Rickey Henry , Jarrrod  Ware , Ware  )
Empire Transportation LLC                  )
                                           )
_____          )
          **Defendant**                    )
                                           )
                                           )

Jarrrod  Ware
TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at
https://efilega.tylerhost.net/ofsweb and serve upon plaintiff's attorney, whose name and address is:

Tameka M Cook
5863 Summerglen Lane
College Park GA 30349

An answer to the complaint which is herewith served upon you, within 30 days after service of this
summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed
within five (5) business days of such service. Then time to answer shall not commence until such proof
of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU
FOR THE RELIEF DEMANDED IN THE COMPLAINT.**
                3/24/2023
This _____ day of _____, 20 _____

                              Honorable Clerk of Superior Court

                              _Antonia Fambro_
                              Deputy Clerk

To defendant upon whom this petition is served.
This copy of complaint and summons was served upon you   _____ ____, 20_____

                              Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

Fulton County Superior Cou
***EFILED**
Date: 3/24/2023 10:21 A
Cathelene Robinson, Cle

IN THE __SUPERIOR__ COURT OF ___Fulton___ COUNTY

STATE OF GEORGIA

Tameka M Cook
_____

Plaintiff

CIVIL ACTION
2023CV377889

NO. _____

v .

James Rickey Henry , Jarrod Ware , Ware Empire
Transportation LLC

Defendant

## COMPLAINT FOR _____DAMAGES_____

Now comes _____Tameka M Cook_____, plaintiff in the above-styled action, and states his complaint as follows:

1. The defendant is ___James Rickey Henry___ who is a resident of 2114 Tegner Drive____.
City of ___Jacksonville___ , ___Duval___ County, Georgia, and is subject to the jurisdiction of this court.

SEE ATTACHMENT FOR ADDITIONAL DEFENDANT INFORMATION

2. *[Short and plain statement in separately numbered paragraphs of claim sued upon.]*

1. On May 31,2022 Plaintiff and Defendant were involved in an automobile crash in Atlanta, Ga.
2. Plaintiff was driving on Interstate 75/85 North.
3. When suddenly Defendant driving a 18 wheeler switched lanes crashing into Plaintiffs drivers side.
4. Defendant was driving on Plaintiffs immediate left..
5. Defendant was sited by a Georgia State Patrol Officer.
6. Plaintiff suffered injuries because of Defendants Negligence.
7. At all relevant times Plaintiff exercised due care for her own safety.

3. *[Statement of damages, with items of special damages stated specifically.]*

Pain and Suffering

$99,000.00

Past present and future medical expenses

$20,000.00

Lost earnings

$15,000.00

Loss of capacity for the enjoyment of life

$25,000.00

Mental anguish

$20,000.00

WHEREFORE, plaintiff demands judgment against defendant for the sum of $ 179000, together with interest and the costs of this action.

By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.

/s/ Tameka M. Cook                    Date:  3/20/2023

State Bar No.
Address 5863 Summerglen Lane  College Park GA 3C
Telephone Number 678-644-1147

mayer tameka @yahoo.com

IN THE ___SUPERIOR___ COURT OF ___Fulton___ COUNTY
STATE OF GEORGIA

Tameka Cook
_____

Plaintiff

vs

James Rickey Henry , Jarrrod Ware , Ware Empire
Transportation LLC
Defendant

Civil Action File No: _____

## VERIFICATION

I, (your name) Tameka Cook _____, personally appeared before the undersigned

Notary Public, and say under oath that I am the (check one:) ☒ Plaintiff ☐ Defendant in the above-

styled action and that the facts stated in the (name of petition, motion, complaint) _____

___Complaint for Damages_____ are true and correct.

This the ___24___ day of ___March___, 20 _23_.
    [day]           [month]       [year]

_Tameka Cook_____
(Sign your name here in front of the Notary)

Name (print or type here): Tameka Cook _____

Address: 5863 Summerglen Lane _____

College Park GA 30349 _____

Telephone number: 678-644-1147 _____

Sworn to and subscribed before me, this
24th, day of _MAR_____, 20 _23_.
_Marvin Wooley_____
NOTARY PUBLIC
My Commission Expires: 4|21|2027
(Notary Seal)

MARVIN WOOLEY
NOTARY
PUBLIC
COMMISSION
EXPIRES
Jan. 21, 2027
DEKALB COUNTY GA

# EXHIBIT "B"

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

TAMEKA M. COOK,

     Plaintiff,

v.

JAMES RICKEY HENRY, JARROD WARE,
WARE EMPIRE TRANSPORTATION, LLC,

     Defendants.

CIVIL ACTION FILE
NUMBER 2023CV377889

**THIS DEFENDANTS DEMANDS**
**A JURY TRIAL.**

**DEFENDANT JAMES RICKEY HENRY'S ANSWER**

Defendant James Rickey Henry answers the Complaint for Damages and show the Court as follows.

**FIRST DEFENSE**

Plaintiff failed to properly or sufficiently serve this Defendant with the Summons and Complaint.

**SECOND DEFENSE**

This Court lacks personal jurisdiction over this Defendant.

**THIRD DEFENSE**

1.

1.    This Defendant admits Plaintiff is a citizen and resident of Georgia, Defendant Henry was a citizen and resident of Texas, his domicile was there March 24, 2023 when Plaintiff filed the Complaint, and the Court has subject matter jurisdiction, but denies the remaining allegations.

2. [Short and plain statement in separately numbered paragraphs of claim sued upon]

1.      This Defendant admits Plaintiff and Defendant Henry were involved in a motor vehicle collision in Atlanta, Georgia May 31, 2022, but denies the remaining allegations.

2.      This Defendant admits the allegations in paragraph 2.

3.      This Defendant admits he caused very light contact between the lugs of his passenger front steer wheel and the driver's side of Plaintiff's 2011 Cadillac CTS and Plaintiff refused treatment at the accident scene,





but reserves the issues of proximate cause and damages, and denies the remaining allegations.

4.      This Defendant admits he was driving to Plaintiff's left before and during the collision, but denies the remaining allegations.

5.      This Defendant denies the allegations in paragraph 5.

6.      This Defendant admits he caused the very light contact between the lugs of his passenger front steer wheel and the driver's side of Plaintiff's 2011 Cadillac CTS and Plaintiff refused treatment at the accident scene, but reserve the issues of proximate cause and damages, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

7.      This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7.

        3. [Statement of damages, with items of special damages stated specifically]

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 about damages.

                                    2.

This Defendant denies all allegations in the Complaint for Damages he did not specifically admit.

WHEREFORE, having fully answered all allegations in the Complaint for Damages, this Defendant respectfully requests judgment in accordance with the Law.

        **THIS DEFENDANT DEMANDS A JURY TRIAL.**

                                    DENNIS, CORRY, SMITH & DIXON, LLP

                                    /s/ *Grant B. Smith*
                                    GRANT B. SMITH, ESQ.
                                    Georgia bar number 658345
                                    For the Firm
                                    Attorneys for Defendants

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 364-4503
Gbs@dcplaw.com
KMoore@dcplaw.com

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

TAMEKA M. COOK,

     Plaintiff,

v.

JAMES RICKEY HENRY, JARROD WARE,
WARE EMPIRE TRANSPORTATION, LLC,

     Defendants.

CIVIL ACTION
FILE NUMBER  2023CV377889

STATE OF TEXAS

COUNTY OF HARRIS

## AFFIDAVIT OF JAMES RICKEY HENRY

Personally appeared before me, the undersigned officer duly authorized by law to administer oaths, James Rickey Henry, who after first being duly sworn, deposes and says:

1.

I am at least eighteen years old, I am not suffering from any legal disability, and I have personal knowledge sufficient to make this Affidavit.

2.

I was a citizen and resident of Texas and my domicile was there March 24, 2023 when Plaintiff filed the Complaint in this civil action.

3.

I hereby verify that the facts stated in Defendants' Answer attached hereto as Exhibit "A" are true and correct to the best of my knowledge and belief.

Further, affiant saith not.

_____
JAMES RICKY HENRY

Sworn to and subscribed before me this
**18** day of **May**, 2023.

_____
Notary Public

My commission expires: 10-09-24

ARIANE JACKSON
Notary Public, State of Texas
Comm. Expires 10-09-2024
Notary ID 132721161

## **CERTIFICATE OF SERVICE**

I electronically filed **DEFENDANT JAMES RICKEY HENRY'S ANSWER** with the

Clerk of Court using the Odyssey eFileGA system and served same by depositing it in the United

States mail in a properly-addressed envelope with adequate postage thereon, on the following:

Tameka M. Cook, Pro Se
5863 Summerglen Lane
College Park, Georgia  30349
mayertameka@yahoo.com

This 5th day of June, 2023.

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
For the Firm

54-14684(GBS)

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

TAMEKA M. COOK,

    Plaintiff,

v.

JAMES RICKEY HENRY, JARROD WARE,
WARE EMPIRE TRANSPORTATION, LLC,

    Defendants.

CIVIL ACTION FILE
NUMBER 2023CV377889

**THESE DEFENDANTS DEMAND
A JURY TRIAL.**

### DEFENDANTS JARROD WARE AND WARE EMPIRE TRANSPORTATION, LLC'S ANSWER BY SPECIAL APPEARANCE

Defendants Jarrod Ware, and Ware Empire Transportation, LLC answer the Complaint for Damages by special appearance and show the Court as follows.

### FIRST DEFENSE

Plaintiff failed to properly or sufficiently serve these Defendants with the Summons and Complaint.

### SECOND DEFENSE

This Court lacks personal jurisdiction over these Defendants.

### THIRD DEFENSE

The Complaint for Damages fails to state a claim upon which relief can be granted against these Defendants.

## **FOURTH DEFENSE**

1.

1.      These Defendant admit Plaintiff is a citizen and resident of Georgia, Defendant Henry was a citizen and resident of Texas, his domicile was there March 24, 2023 when Plaintiff filed the Complaint, and the Court has subject matter jurisdiction, but deny the remaining allegations.

2. [Short and plain statement in separately numbered paragraphs of claim sued upon]

1.      These Defendants admit Plaintiff and Defendant Henry were involved in a motor vehicle collision in Atlanta, Georgia May 31, 2022, but deny the remaining allegations.

2.      These Defendants admit the allegations in paragraph 2.

3.      These Defendants admit Defendant Henry caused very light contact between the lugs of his passenger front steer wheel and the driver's side of Plaintiff's 2011 Cadillac CTS and Plaintiff refused treatment at the accident scene,




 

but reserve the issues of proximate cause and damages, and deny the remaining allegations.

4.      These Defendants admit Defendant Henry was driving to Plaintiff's left before and during the collision, but deny the remaining allegations.

5.      These Defendants deny the allegations in paragraph 5.

6.      These Defendants admit Defendant Henry caused the very light contact between the lugs of his passenger front steer wheel and the driver's side of Plaintiff's 2011 Cadillac CTS and Plaintiff refused treatment at the accident scene, but reserve the issues of proximate cause and damages, and are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

7.      These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7.

        3. [Statement of damages, with items of special damages stated specifically]

        These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 about damages.

2.

These Defendants deny all allegations in the Complaint for Damages he did not specifically admit.

WHEREFORE, having fully answered all allegations in the Complaint for Damages, these Defendants respectfully request judgment in accordance with the Law.

**THESE DEFENDANTS DEMAND A JURY TRIAL.**

DENNIS, CORRY, SMITH & DIXON, LLP

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
Georgia bar number 658345
For the Firm
Attorneys for Defendants

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 364-4503
Gbs@dcplaw.com
KMoore@dcplaw.com

-4-

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

TAMEKA M. COOK,

    Plaintiff,

    v.

JAMES RICKEY HENRY, JARROD WARE,
WARE EMPIRE TRANSPORTATION, LLC,

    Defendant.

CIVIL ACTION
FILE NUMBER 2023CV377889

STATE OF TEXAS

COUNTY OF HARRIS

### AFFIDAVIT OF JARROD WARE

Personally appeared before me, Jarod Ware, the undersigned officer duly authorized by law to administer oaths, , who after first being duly sworn, deposes and says:

1.

I am at least eighteen years old, I am not suffering from any legal disability, and I have personal knowledge sufficient to make this affidavit.

2.

I was a citizen and resident of Texas and my domicile was there March 24, 2023 when Plaintiff filed the Complaint in this civil action.

3.

I am the sole owner and member of Ware Empire Transportation, LLC which was a Florida limited liability company with its principal place of business in Texas when Plaintiff filed the Complaint in this civil action.

Further, affiant saith not.

_____
JARROD WARE

Sworn to and subscribed before me this
5th day of May, 2023.

_____
Notary Public

BERNERIA WYATT
Notary Public, State of Texas
Comm. Expires 10-13-2026
Notary ID 13401537

## <u>CERTIFICATE OF SERVICE</u>

I electronically filed **DEFENDANTS JARROD WARE AND WARE EMPIRE TRANSPORTATION, LLC'S ANSWER BY SPECIAL APPEARANCE** with the Clerk of Court using the Odyssey eFileGA system and served same by depositing it in the United States mail in a properly-addressed envelope with adequate postage thereon, on the following:

Tameka M. Cook, Pro Se
5863 Summerglen Lane
College Park, Georgia  30349
mayertameka@yahoo.com

This 5th day of June, 2023.

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
For the Firm

54-14684(GBS)

# EXHIBIT "C"

| Agency Case Number | Agency NCIC Number | GEORGIA MOTOR VEHICLE CRASH REPORT | County | Date Rec. by GDOT |
|---|---|---|---|---|
| C000835254-01 | GAGSP0000 | | FULTON | |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| **Date** 05/31/22 | **Time** 08:25 | **Date** 05/31/22 | **Time** 08:25 | **Date** 05/31/22 | **Time** 08:25 | **Vehicles** 2 | **Injuries** 1 | **Fatalities** 0 | ATLANTA |

**Road of Occurrence** I-75/85 NORTH
**At Its Intersection With** UNIVERSITY AVENUE   ☐ Corrected Report

**Not At Its Intersection But** ☐ Miles ☐ Feet ☐ North ☐ South ☐ East ☐ West   **Of** ___   ☐ Sup To Original

**Latitude (Y)** 33.717323   **Longitude (X)** -84.3978656666667   ☐ Hit And Run?
(Format) 00.00000   (Format) -00.00000

| | Unit # 1 | ☒ Driver ☐ Ped ☐ Bike | **LAST NAME** HENRY | **FIRST** JAMES | **MIDDLE** RICKEY | Unit # 2 | ☒ Driver ☐ Ped ☐ Bike | **LAST NAME** COOK | **FIRST** TAMEKA | **MIDDLE** MONIQUE |
|---|---|---|---|---|---|---|---|---|---|---|

☒ Susp At Fault   **Address** 2114 TEGNER DRIVE
☐ Susp At Fault   **Address** 1910 CENTER AVE APT 10

| City JACKSONVILLE | State FL | Zip 32210 | DOB 04/13/1969 | City EAST POINT | State GA | Zip 30344-4633 | DOB 03/27/1974 |
|---|---|---|---|---|---|---|---|

| Driver's License No. H560456691330 | Class A | State FL | Country UNITED STATES | Driver's License No. 062184187 | Class C | State GA | Country UNITED STATES |
|---|---|---|---|---|---|---|---|

| Insurance Co. ACORD | Policy No. 05TRM039831-01 | Telephone No. | Insurance Co. PROGRESSIVE | Policy No. 924714770 | Telephone No. |
|---|---|---|---|---|---|

| Year 2013 | Make INTERNATIONAL | Model PRO STAR + | Year 2011 | Make CADILLAC | Model CTS LUXURY COL |
|---|---|---|---|---|---|

| VIN 3HSDJSJR7DN387884 | Vehicle Color RED | VIN 1G6DE5EY2B0114392 | Vehicle Color GRA |
|---|---|---|---|

| Tag # JC08QG | State FL | County | Year | Tag # RRP7952 | State GA | County FULTON | Year 2023 |
|---|---|---|---|---|---|---|---|

| Trailer Tag # T966483 | State FL | County | Year | Trailer Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|

☐ Same as Driver **Owner's Last Name** JARROD WARE DBA W  **First**  **Middle**
☒ Same as Driver **Owner's Last Name** COOK  **First** TAMEKA  **Middle** MONIQUE

| Address 6926 MONICA CT | Address 1910 CENTER AVE APT 10 |
|---|---|

| City JACKSONVILLE | State FL | Zip 32222 | City EAST POINT | State GA | Zip 30344-4633 |
|---|---|---|---|---|---|

| Removed By: DRIVER | ☐ Request List | Removed By: DRIVER | ☐ Request List |
|---|---|---|---|

| Alco Test: 2 | Type: | Results: | Drug Test: 2 | Type: | Results: | Alco Test: | Type: | Results: | Drug Test: | Type: | Results: |
|---|---|---|---|---|---|---|---|---|---|---|---|

| First Harmful Event: 11 | Most Harmful Event: 11 | Operator/Ped Cond: 1 | First Harmful Event: 11 | Most Harmful Event: 11 | Operator/Ped Cond: 1 |
|---|---|---|---|---|---|

| Operator Contributing Factors: ___ 11 ___ | Operator Contributing Factors: ___ 1 ___ |
|---|---|

| Vehicle Contributing Factors: 1 | Roadway Contributing Factors: 1 | Vehicle Contributing Factors: 1 | Roadway Contributing Factors: 1 |
|---|---|---|---|

| Direction of Travel: 1 | Vehicle Maneuver: 6 | Non-Motor Maneuver: | Direction of Travel: 1 | Vehicle Maneuver: 5 | Non-Motor Maneuver: |
|---|---|---|---|---|---|

| Vehicle Class: 1 | Vehicle Type: 4 | Vision Obscured: 7 | Vehicle Class: 1 | Vehicle Type: 1 | Vision Obscured: 1 |
|---|---|---|---|---|---|

| Number of Occupants: | Area of Initial Contact: 1 | Damage to Veh: | Number of Occupants: | Area of Initial Contact: 9 | Damage to Veh: 2 |
|---|---|---|---|---|---|

| Traffic-Way Flow: 3 | Road Comp: 2 | Road Character: 2 | Traffic-Way Flow: 3 | Road Comp: 2 | Road Character: 2 |
|---|---|---|---|---|---|

| Number of Lanes: 7 | Posted Speed: 55 | Work Zone: 0 | Number of Lanes: 7 | Posted Speed: 55 | Work Zone: 0 |
|---|---|---|---|---|---|

| Traffic Control: 7 | Device Inoperative: ☐ Yes ☒ No | Traffic Control: 7 | Device Inoperative: ☐ Yes ☒ No |
|---|---|---|---|

**Citation Information:**
Citation # W94E56889   O.C.G.A. § ___
Citation # ___   O.C.G.A. § ___
Citation # ___   O.C.G.A. § ___

**Citation Information:**
Citation # ___   O.C.G.A. § ___
Citation # ___   O.C.G.A. § ___
Citation # ___   O.C.G.A. § ___

| COMMERCIAL MOTOR VEHICLES ONLY | COMMERCIAL MOTOR VEHICLES ONLY |
|---|---|

**Carrier Name:** WARE EMPIRE TRANSPORTATION LLC
**Carrier Name:**

| Address 6926 MONICA CT | City JACKSONVILLE | State FL | Zip 32222 | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|

| U.S. D.O.T. # 3428558 | No. of Axles 5 | G.V.W.R. 03 | U.S. D.O.T. # | No. of Axles | G.V.W.R. |
|---|---|---|---|---|---|

| Cargo Body Type 11 | Vehicle Config. 6 | ☒ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☒ No | Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| C.D.L.? ☐ Yes ☒ No | C.D.L. Suspended? ☐ Yes ☐ No | C.D.L.? ☐ Yes ☐ No | C.D.L. Suspended? ☐ Yes ☐ No |
|---|---|---|---|

| Vehicle Placarded? ☐ Yes ☒ No | Hazardous Materials? ☐ Yes ☒ No | Vehicle Placarded? ☐ Yes ☐ No | Hazardous Materials? ☐ Yes ☐ No |
|---|---|---|---|

**Haz Mat Released?** ☐ Yes ☒ No
**Haz Mat Released?** ☐ Yes ☐ No

**If YES:** Name or four Digit Number from Diamond or Box: ___
One Digit Number from Bottom of Diamond: ___

**If YES:** Name or four Digit Number from Diamond or Box: ___
One Digit Number from Bottom of Diamond: ___

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

## COLLISION FIELDS

| Manner of Collision: | 4 | Location at Area of Impact: | 1 | Weather: | 2 | Surface Condition: | 1 | Light Condition: | 1 |
|---|---|---|---|---|---|---|---|---|---|

## NARRATIVE

Vehicles #1 and #2 were northbound on I-75/85 in lanes #5 and #6 respectively. Vehicle #1 executed an improper lane change; striking the left side of vehicle #2 with its right front tire.  Vehicle #1 also damaged vehicle #2's driver's outside mirror.

Investigating Trooper observed both vehicles in the roadway. On-scene crash investigation was digitally recorded by GSP 644, perm 7630.

Alternate Insurance information for V1:
INSURANCE INFORMATION
INSURER: CONTINENTAL DIVIDE INSURANCE COMPANY    POLICY # 05TRM039831
7900 UNION AVENUE, SUITE 750
DENVER          CO 80237-0000

## DIAGRAM

INDICATE
NORTH

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle | Owner |
|---|---|

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

## OCCUPANT INFORMATION

| 1 | Name (Last, First): | HENRY, JAMES | | | | Address: | 2114 TEGNER DRIVE JACKSONVILLE, FL 32210 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Age: 53 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 8 | Ejected: 1 | Extricated: 2 | Air Bag: 0 | Injury: 0 | Taken for Treatment: 2 |
| | Injury Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

| 2 | Name (Last, First): | COOK, TAMEKA | | | | Address: | 1910 CENTER AVE APT 10 EAST POINT, GA 30344-4633 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Age: 48 | Sex: F | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 4 | Taken for Treatment: 2 |
| | Injury Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

| Photos Taken: | [X] Yes   [ ] No | By: SGT NASH #644 | Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404)635-2963. |
|---|---|---|---|

| Report By: NASH #0644 | Agency: GSPC\POST 47 | Report Date: 05/31/22 | Checked By: OSBY, S. L. #0366 | Date Checked: 06/02/22 |
|---|---|---|---|---|

**ADDITIONAL or FULL PAGE DIAGRAM**



Not To Scale

All Lanes Are I-75/85 North →

Area of Impact

Lane 1
Lane 2
Lane 3
Lane 4
Lane 5
Lane 6
Lane 7

# EXHIBIT "D"

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

TAMEKA M. COOK,

    Plaintiff,

v.

JAMES RICKEY HENRY, JARROD WARE,
WARE EMPIRE TRANSPORTATION, LLC,

    Defendants.

CIVIL ACTION
FILE NUMBER  2023CV377889

STATE OF TEXAS

COUNTY OF HARRIS

### AFFIDAVIT OF JAMES RICKEY HENRY

Personally appeared before me, the undersigned officer duly authorized by law to administer oaths, James Rickey Henry, who after first being duly sworn, deposes and says:

1.

I am at least eighteen years old, I am not suffering from any legal disability, and I have personal knowledge sufficient to make this Affidavit.

2.

I was a citizen and resident of Texas and my domicile was there March 24, 2023 when Plaintiff filed the Complaint in this civil action.

3.

I hereby verify that the facts stated in Defendants' Answer attached hereto as Exhibit "A" are true and correct to the best of my knowledge and belief.

Further, affiant saith not.

_____
JAMES RICKY HENRY

Sworn to and subscribed before me this
__18__ day of __May__, 2023.

_____
Notary Public

My commission expires: 10-09-24

ARIANE JACKSON
Notary Public, State of Texas
Comm. Expires 10-09-2024
Notary ID 132721161

# EXHIBIT "E"

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

TAMEKA M. COOK,

    Plaintiff,

v.

JAMES RICKEY HENRY, JARROD WARE,
WARE EMPIRE TRANSPORTATION, LLC,

    Defendant.

CIVIL ACTION
FILE NUMBER 2023CV377889

STATE OF TEXAS

COUNTY OF HARRIS

### AFFIDAVIT OF JARROD WARE

    Personally appeared before me, Jarod Ware, the undersigned officer duly authorized by law to administer oaths, , who after first being duly sworn, deposes and says:

1.

    I am at least eighteen years old, I am not suffering from any legal disability, and I have personal knowledge sufficient to make this affidavit.

2.

    I was a citizen and resident of Texas and my domicile was there March 24, 2023 when Plaintiff filed the Complaint in this civil action.

3.

    I am the sole owner and member of Ware Empire Transportation, LLC which was a Florida limited liability company with its principal place of business in Texas when Plaintiff filed the Complaint in this civil action.

Further, affiant saith not.

_____
JARROD WARE

Sworn to and subscribed before me this
5th day of May, 2023.

_____
Notary Public

BERNERIA WYATT
Notary Public, State of Texas
Comm. Expires 10-13-2026
Notary ID 13401437

## CERTIFICATE OF SERVICE

I electronically filed **DEFENDANTS JAMES RICKEY HENRY, JARROD WARE, AND WARE EMPIRE TRANSPORTATION, LLC'S NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system and served same by depositing it in the United States mail in a properly-addressed envelope with adequate postage thereon, on the following:

       Tameka M. Cook, Pro Se
       5863 Summerglen Lane
       College Park, Georgia  30349
       mayertameka@yahoo.com

This 5th day of June, 2023.

                  /s/ *Grant B. Smith*
                  GRANT B. SMITH, ESQ.
                  For the Firm

54-14684(GBS)