AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia ▼

| | |
|---|---|
| LISBET ALVAREZ RODRIGUEZ ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| MERRICK B. GARLAND, Attorney General, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date: __06/05/2023__

*Attorney's signature*

Shirley C. Zambrano
*Printed name and bar number*
1995 N. Park Pl, Suite 240
Atlanta, GA 30339

*Address*

szambrano@zambranoandruiz.com
*E-mail address*

(770) 769-5820
*Telephone number*

(770) 769-5810
*FAX number*