# EXHIBIT A

July 12, 2022



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002

U.S. Citizenship
and Immigration
Services

SHIRLEY CRISTINA ZAMBRANO
ZAMBRANO AND RUIZ LLC
1995 N. PARK PL. SE STE 240
ATLANTA, GA 30339


MSC2290480236

RE: LISBET ALVAREZ RODRIGUEZ
I-485, Application to Register Permanent Residence or Adjust Status


A203-695-841

## NOTICE OF ADMINISTRATIVE CLOSURE

On May 16, 2022, you filed a Form I-485, Application to Register Permanent Residence or Adjust Status, with U.S. Citizenship and Immigration Services (USCIS) under section 1 of the Cuban Adjustment Act (CAA), Public Law 89-732 (November 2, 1966).

After a thorough review of your application and supporting documents, we must inform you that we are administratively closing your application because USCIS does not have jurisdiction to decide whether you are eligible for adjustment of status.

### Statement of Facts and Analysis, Including Ground(s) for Decision

You filed Form I-485 based on being an applicant for adjustment of status under the Cuban Adjustment Act.

USCIS has jurisdiction to adjudicate an application for adjustment of status only if the Immigration Judge does not have jurisdiction. See Title 8, Code of Federal Regulations (8 CFR), sections 245.2(a) and 1245.2(a). In general, except if the applicant is an "arriving alien", the Immigration Judge has jurisdiction to grant or deny a Form I-485 if the adjustment applicant is in a section 240 removal proceeding before the U.S. Department of Justice, Executive Office for Immigration Review (EOIR).

USCIS reviewed your case file, A203695841, and determined that you are currently in proceedings before an Immigration Judge. It does not appear that the removal proceedings against you have been terminated. See 8 CFR section 245.1(c)(8)(ii). USCIS also determined that you are not an arriving alien because you entered the United States without inspection.

Since you are a respondent in a removal proceeding, and you are not an "arriving alien", only EOIR has jurisdiction to grant or deny your Form I-485 based on the merits. Because USCIS does not have jurisdiction, your Form I-485 is administratively closed; however, this does not prevent you from seeking adjustment before EOIR. 8 CFR sections 245.2(a)(1) and 1245.2(a)(1).



If the removal proceedings are terminated without adjudication by EOIR on your adjustment application, you may submit a copy of the termination order and a written request for USCIS to reopen your Form I-485 to the address below:

U.S. Department of Homeland Security
PO BOX 648004
Lee's Summit, MO 64002

You may not appeal this decision.

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: LA0833

