# EXHIBIT B



nent of Homeland Security
.. Immigration and Customs Enforcement

# Order of Release on Recognizance

File No: 203 695 841

Date  March 24, 2021

Name:  ALVAREZ-Rodriguez, Lisbet

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☒ You must report for any hearing or interview as directed by the Immigration and Customs Enforcement or the Executive Office for Immigration Review.
☒ You must surrender for removal from the United States if so ordered.
☒ You must report in writing/person to ___Duty Officer___
(Name and Title of Case Officer)

at  DCO Atlanta Field Office 180 Ted Turner Dr. Atlanta, GA  30303  (404) 893-1224   on   beginning **May 26, 2021**   at   9:00 AM
(Location of BUREAU Office)         (Day of each week or month)         (Time)

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☒ You must not change your place of residence without first securing written permission from the officer listed above.

☒ You must not violate any local, State, or Federal laws or ordinances.

☒ You must assist the Immigration and Customs Enforcement in obtaining any necessary travel documents.

☐ Other.  No other instructions or requirements

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by the Immigration and Customs Enforcement.**

_____
(Signature of BUREAU Official)

Albert E. Carter (A) FOD
(Printed Name and Title of Official)

## Alien's Acknowledgment of Conditions of Release on Recognizance

I hereby acknowledge that I have (read)(had interpreted and explained to me in the English/Spanish language) and understand that conditions of my release as set forth in this order. I further understand that if I do not comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____   _____   3/24/21
(Signature of ICE Official Serving Order)       (Signature of Alien)                  (Date)

I hereby cancel this order of release because:  ☐ The alien failed to comply with the conditions of release.
☐ The alien was taken into custody for removal.
_____   _____
(Signature of ICE Official Canceling order)       (Date)

Alien Copy                                                                 ICE Form I-220A (8/15)

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

Continuation Page for Form:  I-220A

| Alien's Name | File Number | Date |
|---|---|---|
| ALVAREZ-Rodriguez, Lisbet | 203 695 841 | March 24, 2021 |

*Alien's Signature*

1684 Rustic Dr. SW
Marietta, Georgia  30008-5051

*Alien's Address*

(678) 558-5128

*Alien's Telephone Number (if any)*

**RIGHT INDEX PRINT**

## PERSONAL REPORT RECORD

| DATE | OFFICER/CLERK | COMMENT/CHANGES |
|---|---|---|
|  |  |  |

Signature                                                    Title

Alien Copy                                                   ICE Form I-220A (8/15)

**Department of Homeland Security**
**U.S. Immigration and Customs Enforcement**

## Order of Release on Recognizance-Addendum

File: 203 695 841
Date: March 24, 2021

Name: ALVAREZ-Rodriguez, Lisbet

☒ That you do not associate with known gang members, criminal associates, or be associated with any such activity.

☐ That you register in a substance abuse program within 14 days and provide the ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

☐ That you register in a sexual deviancy counseling program within 14 days and provide the ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

☐ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide the ICE with written proof of such within 10 days.

☒ That you do not commit any crimes while on this Order of Release on Recognizance.

☒ That you report to any parole or probation officer as required within 5 business days and provide the ICE with written verification of the officers name, address, telephone number, and reporting requirements.

☒ That you continue to follow any prescribed doctors orders whether medical or psychological including taking prescribed medications.

☐ That you provide the ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

☐ That you provide the ICE with written responses from the Embassy or Consulate regarding your request.

☒ Any violation of the above conditions will/may result in revocation of your employment authorization document.

☒ Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

☐ Other: _____

X _____
Alien's Signature

Alien Copy

ICE Form I-220A (8/15)