Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Receipt Number<br>EAC2133950035 | USCIS Online Account Number | Case Type<br>I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| Received Date<br>09/07/2021 | Priority Date | Applicant   A208 007 130<br>NAVNITKUMAR  BABALDAS  PATEL |
| Notice Date<br>11/18/2021 | Page<br>1 of 1 | |

| BHAVYA CHAUDHARY ASSOCIATES<br>c/o BHAVYA CHAUDHARY<br>700 HOLCOMB BRIDGE RD<br>NORCROSS GA  30071 | **Notice Type:** Transfer Notice |
|---|---|

In order to speed up processing, **we transferred the application or petition ("your case") listed above** to the following USCIS office for processing:
   NEBRASKA SERVICE CENTER, P.O. BOX 82521 , LINCOLN,  685012521

That office will notify you in writing when they make a decision on your case or if they need additional information.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov**  (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction  VT  05479-0001
USCIS Contact Center: www.uscis.gov/contactcenter

RECEIVED
NOV 2 2 2021

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.       Form I-797C  04/01/19

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.