## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | APPLICATION/PETITION/REQUEST NUMBER EAC1504351042 | | NOTICE DATE 12/19/2014 |
|---|---|---|---|
| CASE TYPE I918 - APPLICATION FOR U NONIMMIGRANT STATUS | SOCIAL SECURITY NUMBER | USCIS A# A208007130 | CODE 3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER VSC | PAGE 1 of 1 |

NAVNITKUMAR BABALDAS PATEL
c/o BHAVYA CHAUDHARY
BHAVYA CHAUDHARY AND ASSOC
700 HOLCOMB BRIDGE RD
NORCROSS GA 30071



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER USCIS GREER 501 PENNSYLVANIA AVENUE GREER SC 29652 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** **DATE AND TIME OF APPOINTMENT** 01/09/2015 09:00AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**I. THIS APPOINTMENT NOTICE and**
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
I918 - EAC1504351042



If you have any questions regarding this notice, please call **1-800-375-5283.**

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C 07/11/14 Y