April 19, 2018

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship and Immigration Services**

BHAVYA CHAUDHARY
BHAVYA CHAUDHARY AND ASSOC
700 HOLCOMB BRIDGE RD
NORCROSS, GA 30071



VTU1533700116

RE: HARSH NAVNITKUMAR PATEL
I-918A, Petition for Qualifying Family Member of U-1 Recipient
(Form I-918, Supplement A)



A208-007-133

## REQUEST FOR BIOMETRIC SERVICES

Petitioner's Name:  NAVNITKUMAR BABALDAS PATEL     Petitioner's Alien Registration Number:  A208007130
Derivative Beneficiary's Alien Registration and Receipt Number: A208007133  VTU1533700116

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires the results of biometric fingerprint checks to process your form, due to the requirements within Title 8 Code of Federal Regulations, Part 103.16.

Title 8 Code of Federal Regulations, Part 103.16, states in pertinent part:

> (a) *Collection, use and storage of biometric information*: Any individual may be required to submit biometric information if the regulations or form instructions require such information or if requested in accordance with 8 CFR 103.2(b)(9).

> (b) *Individuals residing abroad*. An individual who is required to provide biometric information and who is residing outside of the United States must report to a DHS-designated location to have his or her biometric information collected, whether by electronic or non-electronic means.

Because HARSH NAVNITKUMAR PATEL currently resides outside of the United States, the fingerprints must be taken by the nearest overseas USCIS Office, U.S. Consulate, or U.S. military installation. No fee is required.

Enclosed are two blank fingerprint cards (Form FD-258) with instructions on the reverse to be used by the person taking the fingerprints of your family member. The person taking the fingerprints will complete the information on the fingerprint card.

Once the fingerprints have been taken, the person who took the fingerprints must seal the completed FD-258 in an envelope and affix his or her signature across the seal of the envelope. The completed FD-258 must be returned to this office with a copy of this notice attached to the sealed envelope.

RECEIVED APR 2 0 2018

An envelope has been provided for your use when submitting this response. Failure to use the enclosed envelope or the correct address could unnecessarily delay processing of your case. For your convenience we have also provided that address below.

**UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES**
**NEBRASKA SERVICE CENTER**
**PO BOX 87918**
**LINCOLN NE  68501-7918**

Sincerely,

*Kristine R Crandall*

Kristine R. Crandall, Acting
Director
Officer: 0530



Case 1:23-mi-99999-UNA   Document 1831-18   Filed 06/06/23   Page 4 of 14

April 19, 2018

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521


U.S. Citizenship and Immigration Services

HARSH NAVNITKUMAR PATEL
c/o BHAVYA CHAUDHARY AND ASSOC
700 HOLCOMB BRIDGE RD
NORCROSS, GA 30071


VTU1533700116

RE: HARSH NAVNITKUMAR PATEL
I-918A, Petition for Qualifying Family Member of U-1 Recipient
(Form I-918, Supplement A)


A208-007-133

## REQUEST FOR BIOMETRIC SERVICES

Petitioner's Name: NAVNITKUMAR BABALDAS PATEL     Petitioner's Alien Registration Number: A208007130
Derivative Beneficiary's Alien Registration and Receipt Number: A208007133  VTU1533700116

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires the results of biometric fingerprint checks to process your form, due to the requirements within Title 8 Code of Federal Regulations, Part 103.16.

Title 8 Code of Federal Regulations, Part 103.16, states in pertinent part:

> (a) *Collection, use and storage of biometric information*: Any individual may be required to submit biometric information if the regulations or form instructions require such information or if requested in accordance with 8 CFR 103.2(b)(9).

> (b) *Individuals residing abroad*. An individual who is required to provide biometric information and who is residing outside of the United States must report to a DHS-designated location to have his or her biometric information collected, whether by electronic or non-electronic means.

Because HARSH NAVNITKUMAR PATEL currently resides outside of the United States, the fingerprints must be taken by the nearest overseas USCIS Office, U.S. Consulate, or U.S. military installation. No fee is required.

Enclosed are two blank fingerprint cards (Form FD-258) with instructions on the reverse to be used by the person taking the fingerprints of your family member. The person taking the fingerprints will complete the information on the fingerprint card.

Once the fingerprints have been taken, the person who took the fingerprints must seal the completed FD-258 in an envelope and affix his or her signature across the seal of the envelope. The completed FD-258 must be returned to this office with a copy of this notice attached to the sealed envelope.

An envelope has been provided for your use when submitting this response. Failure to use the enclosed envelope or the correct address could unnecessarily delay processing of your case. For your convenience we have also provided that address below.

**UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES**
**NEBRASKA SERVICE CENTER**
**PO BOX 87918**
**LINCOLN NE  68501-7918**

Sincerely,

*Kristine R Crandall*

Kristine R. Crandall, Acting
Director
Officer: 0530



## HOW TO COMPLETE FD-258 FINGERPRINT CARD
## FIELD NAME AND EXPLANATION

1. Name (NAM) block: Enter the applicant's last name, first name, and middle name – in that order – in this space. Be sure to write out the middle name. Suffix denoting seniority should follow the name.

2. Also Known As (AKA) block: Enter other names the applicant has used, especially maiden names or any previous married names. For instance, if the applicant's legal name is different from the one shown in the identity document, be sure to place the name from the identity document in the AKA block. Please note: if there is more than one AKA, they will be printed on the back of the card.

3. Originating Agency Identifier (ORI) Number block: This block will be completed by the agency.

4. Applicant's Signature block: The applicant must sign this block in the presence of the person taking the fingerprints. The card may not be signed in advance.

5. Applicant's Address block: Enter the applicant's complete, permanent address.

6. Date of Birth (DOB) block: Enter the applicant's date of birth. If the applicant is under the age of 14 years, no prints are required. Please note: mmddyyyy.

7. Citizenship (CIZ) block: Select the name of the country of which the applicant is a citizen. This may differ from the applicant's country of birth.

8. Sex block: Select "F" for female, or "M" for male. Indicate if the subject is a transvestite (cross dresser) or has had a sex change operation. List any opposite sex names used in the alias box.

9. Race (RAC) block: Select one of the corresponding alphabetic codes:

| CODE | RACE |
|---|---|
| I | American Indian or Alaskan Native – a person having origins in any of the original peoples of the Americas and who maintains cultural identification through tribal affiliations or community recognition. |
| A | Asian or Pacific Islander – a person having origins in any of the original peoples of the Far East, Southeast Asia, the Indian subcontinent or the Pacific Islands. |
| B | Black – a person having origins in any of the black racial groups of Africa |
| W | White – a person having origins in any of the original peoples of Europe, North Africa, or the Middle East. |
| U | Unknown – Applicants should choose the most appropriate code. |

10. Height (HGT) block: Enter the applicant's height in feet and inches. Round off fractions to the nearest inch. For instance, applicant is 5 ft 6 ½, round off to 5 ft 7 in.

11. Weight (WGT) block: Enter the applicant's weight in pounds. Round off fractions to the nearest pound. For instance, applicant is 133 ½ pounds, round off to 134.

12. Eye Color (EYE) block: Select the correct color from the table:

| EYE COLOR | CODE | EYE COLOR | CODE | EYE COLOR | CODE | EYE COLOR | CODE |
|---|---|---|---|---|---|---|---|
| Black | BLK | Blue | BLU | Brown | BRO | Gray | GRY |
| Green | GRN | Hazel | HAZ | Maroon | MAR | Pink | PNK |

13. Hair Color (HAIR) block: Select the color from the table:

| HAIR COLOR | CODE | HAIR COLOR | CODE | HAIR COLOR | CODE | HAIR COLOR | CODE |
|---|---|---|---|---|---|---|---|
| Bald | BAL | Black | BLK | Blonde | BLN | Brown | BRO |
| Gray | GRY | Red | RED | Sandy | SDY | White | WHI |

14. Place of Birth (POB) block: Select the country where the applicant was born. This may be different from the applicant's country of citizenship.

15. Originating Agency Case Number (OCA) block: Leave blank. Agency will complete.

16. FBI Number (FBI) block: Leave blank. Agency will complete.

17. Armed Forces Number (MNU) block: If the applicant has been assigned an armed forces number, enter it in this block. Otherwise, leave blank.

18. Social Security Number (SOC) block: If applicant has been assigned a social security number, enter it in this block. Otherwise, leave blank.

19. Miscellaneous Number (MNU) block: Enter the applicant's Alien Registration Number (A-number) in this block. This number should be nine digits. For example, alien number A12345678 should be entered A012345678/A01234567 should be entered A001234567.

20. Date Fingerprinted block: Enter the date the applicant is fingerprinted.

21. Signature of person taking fingerprints. The fingerprinter (not applicant) signs in this block.

22. Employer and address block: Enter the name and address of the organization where the prints are taken. For example, USArmy with address/USConsulate with address. Use complete address.

23. Reason fingerprinted block: Clearly enter the form of the respective INS application (e.g. "N-400") in this space

24. Person processing fingerprints is responsible for sealing the completed FD-259's in an envelope and affix his or her signature across the seal of the envelope. Do not bend or fold FD-258's.

25. Applicant must then return the sealed envelope attached to the Notice of Action (blue sheet or copy of blue sheet) to the INS office for processing

APPLICANT
* See Privacy Act Notice on Back

FD-258 (Rev 9-9-13) 1110-0046

SIGNATURE OF PERSON FINGERPRINTED

RESIDENCE OF PERSON FINGERPRINTED

| DATE | SIGNATURE OF OFFICIAL TAKING FINGERPRINTS |

EMPLOYER AND ADDRESS

REASON FINGERPRINTED

LEAVE BLANK

LAST NAME NAM  FIRST NAME  MIDDLE NAME  FBI  LEAVE BLANK

ALIASES AKA         ORI

CITIZENSHIP CTZ  SEX  RACE  HGT.  WGT.  EYES  HAIR  PLACE OF BIRTH POB

DATE OF BIRTH DOB  Month  Day  Year

YOUR NO. OCA

FBI NO. FBI

ARMED FORCES NO. MNU

SOCIAL SECURITY NO. SOC

MISCELLANEOUS NO. MNU

LEAVE BLANK

CLASS

REF.

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# FEDERAL BUREAU OF INVESTIGATION
## UNITED STATES DEPARTMENT OF JUSTICE
### CJIS DIVISION/CLARKSBURG, WV 26306

## APPLICANT

**1. LOOP**



- CENTER OF LOOP
- DELTA

THE LINES BETWEEN CENTER OF LOOP AND DELTA MUST SHOW

**2. WHORL**



- DELTAS

THESE LINES RUNNING BETWEEN DELTAS MUST BE CLEAR

**3. ARCH**

ARCHES HAVE NO DELTAS

FD-258 (REV. 9-9-13)

**THIS CARD FOR USE BY:**

1. LAW ENFORCEMENT AGENCIES IN FINGERPRINTING APPLICANTS FOR LAW ENFORCEMENT POSITIONS.*
2. OFFICIALS OF STATE AND LOCAL GOVERNMENTS FOR PURPOSES OF EMPLOYMENT, LICENSING, AND PERMITS, AS AUTHORIZED BY STATE STATUTES AND APPROVED BY THE ATTORNEY GENERAL OF THE UNITED STSTES. LOCAL AND COUNTY ORDINANCES, UNLESS SPECIFICALLY BASED ON APPLICABLE STATE STATUTES DO NOT SATISFY THIS REQUIREMENT.*
3. U.S. GOVERNMENT AGENCIES AND OTHER ENTITIES REQUIRED BY FEDERAL LAW.**
4. OFFICIALS OF FEDERALLY CHARTERED OR INSURED BANKING INSTITUTIONS TO PROMOTE OR MAINTAIN THE SECURITY OF THOSE INSTITUTIONS.

Please review this helpful information to aid in the successful processing of hard copy criminal and civil fingerprint submissions in order to prevent delays or rejections. Hard copy fingerprint submissions must meet specific criteria for processing by the Federal Bureau of Investigation.
- Ensure all information is typed or legibly printed using blue or black ink.
- Enter data within the boundaries of the designated field or block.
- Complete all required fields. (If a required field is left blank, the fingerprint card may be immediately rejected without further processing.)
  - The required fields for hard copy fingerprint cards are: originating agency identifier number - date of birth - place of birth - name - sex fingerprint impressions - any applicable state stamp - Other (race, height, weight, eye color, hair color)
    - * criminal fingerprint cards also require an arrest charge and date of arrest.
    - * civil fingerprint cards also require a reason fingerprinted and date fingerprinted
- Do not use highlighters on fingerprint cards.
- Do not enter data or labels within 'Leave Blank' areas.
- Ensure the 'Reply Desired' field is checked when applicable (criminal only).
- Ensure fingerprint impressions are rolled completely from nail to nail.
- Ensure fingerprint impressions are in the correct sequence.
- Ensure notations are made for any missing fingerprint impression (i.e. amputation).
- Do not use more than two retabs per fingerprint impression block.
- Ensure no stray marks are within the fingerprint impression blocks.

Training aids can be ordered online via the Internet by accessing the FBI's website at: fbi.gov, click on 'Fingerprints', then click on 'Ordering Fingerprint Cards & Training Aids'. Direct questions to the Identification and Investigative Services Section's Customer Service Group at (304) 625-5590 or by e-mail at <liaison@leo.gov>.

**PRIVACY ACT STATEMENT**

**Authority:** The FBI's acquisition, preservation, and exchange of fingerprints and associated information is generally authorized under 28 U.S.C. 534. Depending on the nature of your application, supplemental authorities include Federal statutes, State statutes pursuant to Pub.L. 92-544, Presidential Executive Orders,and federal. Providing your fingerprints and associated information is voluntary; however, failure to do so may affect completion or approval of your applicatiion.

**Social Security Account Number (SSAN).** Your SSAN is needed to keep records accurate because other people may have the same name and birth date. Pursuant to the Federal Privacy Act of 1974 (5 USC 552a), the requesting agency is responsible for informing you whether disclosure is mandatory or voluntary, by what statutory or other authority your SSAN is solicited, and what uses will be made of it. Executive Order 9397 also asks Federal agencies to use this number to help identify individuals in agency records.

**Principal Purpose:** Certain determinations, such as employment, licensing, and security clearances, may be predicated on fingerprint-based background checks. Your fingerprints and associated information/biometrics may be provided to the employing, investigating, or otherwise responsible agency, and/or the FBI for the purpose of comparing your fingerprints to other fingerprints in the FBI's Next Generation Identification (NGI) system or its successor systems (including civil, criminal, and latent fingerprint repositories) or other available records of the employing, investigating, or otherwise responsible agency. The FBI may retain your fingerprints and associated information/biometrics in NGI after the completion of this application and, while retained, your fingerprints may continue to be compared against other fingerprints submitted to or retained by NGI.

**Routine Uses:** During the processing of this application and for as long thereafter as your fingerprints and associated information/biometrics are retained in NGI, your information may be disclosed pursuant to your consent, and may be disclosed without your consent as permitted by the Privacy Act of 1974 and all applicable Routine Uses as may be published at any time in the Federal Register, including the Routine Uses for the NGI system and the FBI's Blanket Routine Uses. Routine uses include, but are not limited to, disclosures to: employing, governmental or authorized non-governmental agencies responsible for employment, contracting licensing, security clearances, and other suitability determinations; local, state, tribal, or federal law enforcement agencies; criminal justice agencies; and agencies responsible for national security or public safety.

**Additional Information:** The requesting agency and/or the agency conducting the application-investigation will provide you additional information pertinent to the specific circumstances of this application, which may include identification of other authorities, purposes, uses, and consequences of not providing requested information. In addition, any such agency in the Federal Executive Branch has also published notice in the Federal Register describing any system(s) of records in which that agency may also maintain your records, including the authorities, purposes, and routine uses for the system(s).

**INSTRUCTIONS:**

* 1. PRINTS MUST GENERALLY BE CHECKED THROUGH THE APPROPRIATE STATE IDENTIFICATION BUREAU, AND ONLY THOSE FINGERPRINTS FOR WHICH NO DISQUALIFYING RECORD HAS BEEN FOUND LOCALLY SHOULD BE SUBMITTED FOR FBI SEARCH.
2. IDENTITY OF PRIVATE CONTRACTORS SHOULD BE SHOWN IN SPACE "EMPLOYER AND ADDRESS". THE CONTRIBUTOR IS THE NAME OF THE AGENCY SUBMITTING THE FINGERPRINT CARD TO THE FBI.
3. FBI NUMBER, IF KNOWN, SHOULD ALWAYS BE FURNISHED IN THE APPROPRIATE SPACE.
** MISCELLANEOUS NO. - RECORD: OTHER ARMED FORCES NO. PASSPORT NO. [FP], ALIEN REGISTRATION NO. (AR), PORT SECURITY CARD NO. (PS), SELECTIVE SERVICE NO. (SS) VETERANS' ADMINISTRATION CLAIM NO. (VA).

**APPLICANT**
* See Privacy Act Notice on Back

FD-258 (Rev 9-9-13) 1110-0046

LEAVE BLANK | TYPE OR PRINT ALL INFORMATION IN BLACK | FBI | LEAVE BLANK

SIGNATURE OF PERSON FINGERPRINTED

LAST NAME  NAM    FIRST NAME    MIDDLE NAME

ALIASES  AKA

RESIDENCE OF PERSON FINGERPRINTED

DATE OF BIRTH  DOB
Month  Day  Year

CITIZENSHIP  CTZ    SEX    RACE    HGT.    WGT.    EYES    HAIR    PLACE OF BIRTH  POB

DATE | SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

YOUR NO.  OCA

LEAVE BLANK

EMPLOYER AND ADDRESS

FBI NO.  FBI

ARMED FORCES NO.  MNU

CLASS

REASON FINGERPRINTED

SOCIAL SECURITY NO.  SOC

REF.

MISCELLANEOUS NO.  MNU

1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE

6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# FEDERAL BUREAU OF INVESTIGATION
## UNITED STATES DEPARTMENT OF JUSTICE
### CJIS DIVISION/CLARKSBURG, WV 26306

# APPLICANT

1. LOOP



CENTER OF LOOP

DELTA

THE LINES BETWEEN CENTER OF LOOP AND DELTA MUST SHOW

2. WHORL



DELTAS

THESE LINES RUNNING BETWEEN DELTAS MUST BE CLEAR

3. ARCH

ARCHES HAVE NO DELTAS

FD-258 (REV. 9-9-13)

**THIS CARD FOR USE BY:**

1. LAW ENFORCEMENT AGENCIES IN FINGERPRINTING APPLICANTS FOR LAW ENFORCEMENT POSITIONS.*
2. OFFICIALS OF STATE AND LOCAL GOVERNMENTS FOR PURPOSES OF EMPLOYMENT, LICENSING, AND PERMITS, AS AUTHORIZED BY STATE STATUTES AND APPROVED BY THE ATTORNEY GENERAL OF THE UNITED STSTES. LOCAL AND COUNTY ORDINANCES, UNLESS SPECIFICALLY BASED ON APPLICABLE STATE STATUTES DO NOT SATISFY THIS REQUIREMENT.*
3. U.S. GOVERNMENT AGENCIES AND OTHER ENTITIES REQUIRED BY FEDERAL LAW.**
4. OFFICIALS OF FEDERALLY CHARTERED OR INSURED BANKING INSTITUTIONS TO PROMOTE OR MAINTAIN THE SECURITY OF THOSE INSTITUTIONS.

Please review this helpful information to aid in the successful processing of hard copy criminal and civil fingerprint submissions in order to prevent delays or rejections. Hard copy fingerprint submissions must meet specific criteria for processing by the Federal Bureau of Investigation.
- Ensure all information is typed or legibly printed using blue or black ink.
- Enter data within the boundaries of the designated field or block.
- Complete all required fields. (If a required field is left blank, the fingerprint card may be immediately rejected without further processing.)
  - The required fields for hard copy fingerprint cards are: originating agency identifier number - date of birth - place of birth - name - sex fingerprint impressions - any applicable state stamp - Other (race, height, weight, eye color, hair color)
    * criminal fingerprint cards also require an arrest charge and date of arrest.
    * civil fingerprint cards also require a reason fingerprinted and date fingerprinted

- Do not use highlighters on fingerprint cards.
- Do not enter data or labels within 'Leave Blank' areas.
- Ensure the 'Reply Desired' field is checked when applicable (criminal only).
- Ensure fingerprint impressions are rolled completely from nail to nail.
- Ensure fingerprint impressions are in the correct sequence.
- Ensure notations are made for any missing fingerprint impression (i.e. amputation).
- Do not use more than two retabs per fingerprint impression block.
- Ensure no stray marks are within the fingerprint impression blocks.

Training aids can be ordered online via the Internet by accessing the FBI's website at: fbi.gov, click on 'Fingerprints', then click on 'Ordering Fingerprint Cards & Training Aids'. Direct questions to the Identification and Investigative Services Section's Customer Service Group at (304) 625-5590 or by e-mail at <liaison@leo.gov>.

**PRIVACY ACT STATEMENT**

**Authority:** The FBI's acquisition, preservation, and exchange of fingerprints and associated information is generally authorized under 28 U.S.C. 534. Depending on the nature of your application, supplemental authorities include Federal statutes, State statutes pursuant to Pub.L. 92-544, Presidential Executive Orders, and federal. Providing your fingerprints and associated information is voluntary; however, failure to do so may affect completion or approval of your applicatiion.

**Social Security Account Number (SSAN).** Your SSAN is needed to keep records accurate because other people may have the same name and birth date. Pursuant to the Federal Privacy Act of 1974 (5 USC 552a), the requesting agency is responsible for informing you whether disclosure is mandatory or voluntary, by what statutory or other authority your SSAN is solicited, and what uses will be made of it. Executive Order 9397 also asks Federal agencies to use this number to help identify individuals in agency records.

**Principal Purpose:** Certain determinations, such as employment, licensing, and security clearances, may be predicated on fingerprint-based background checks. Your fingerprints and associated information/biometrics may be provided to the employing, investigating, or otherwise responsible agency, and/or the FBI for the purpose of comparing your fingerprints to other fingerprints in the FBI's Next Generation Identification (NGI) system or its successor systems (including civil, criminal, and latent fingerprint repositories) or other available records of the employing, investigating, or otherwise responsible agency. The FBI may retain your fingerprints and associated information/biometrics in NGI after the completion of this application and, while retained, your fingerprints may continue to be compared against other fingerprints submitted to or retained by NGI.

**Routine Uses:** During the processing of this application and for as long thereafter as your fingerprints and associated information/biometrics are retained in NGI, your information may be disclosed pursuant to your consent, and may be disclosed without your consent as permitted by the Privacy Act of 1974 and all applicable Routine Uses as may be published at any time in the Federal Register, including the Routine Uses for the NGI system and the FBI's Blanket Routine Uses. Routine uses include, but are not limited to, disclosures to: employing, governmental or authorized non-governmental agencies responsible for employment, contracting licensing, security clearances, and other suitability determinations; local, state, tribal, or federal law enforcement agencies; criminal justice agencies; and agencies responsible for national security or public safety.

**Additional Information:** The requesting agency and/or the agency conducting the application-investigation will provide you additional information pertinent to the specific circumstances of this application, which may include identification of other authorities, purposes, uses, and consequences of not providing requested information. In addition, any such agency in the Federal Executive Branch has also published notice in the Federal Register describing any system(s) of records in which that agency may also maintain your records, including the authorities, purposes, and routine uses for the system(s).

**INSTRUCTIONS:**

* 1. PRINTS MUST GENERALLY BE CHECKED THROUGH THE APPROPRIATE STATE IDENTIFICATION BUREAU, AND ONLY THOSE FINGERPRINTS FOR WHICH NO DISQUALIFYING RECORD HAS BEEN FOUND LOCALLY SHOULD BE SUBMITTED FOR FBI SEARCH.
  2. IDENTITY OF PRIVATE CONTRACTORS SHOULD BE SHOWN IN SPACE "EMPLOYER AND ADDRESS". THE CONTRIBUTOR IS THE NAME OF THE AGENCY SUBMITTING THE FINGERPRINT CARD TO THE FBI.
  3. FBI NUMBER, IF KNOWN, SHOULD ALWAYS BE FURNISHED IN THE APPROPRIATE SPACE.
** MISCELLANEOUS NO. - RECORD: OTHER ARMED FORCES NO. PASSPORT NO. [FP], ALIEN REGISTRATION NO. (AR), PORT SECURITY CARD NO. (PS), SELECTIVE SERVICE NO. (SS) VETERANS' ADMINISTRATION CLAIM NO. (VA).