U.S. Citizenship and Immigration Services

## Appointment Details

Customer: Harsh Patel

**Your USCIS office**

**USCIS NEW DELHI**
SHANTIPATH, CHANAKYAPURI, GATE 6
New Delhi - 110 021
INDIA

**Date**
05/10/2018

**Time**
12:00 PM

This is the only time that we will provide you with your Personal Identification Number (PIN). Keep your PIN and confirmation letter in a safe place in case you have to reschedule or cancel your appointment.

| Confirmation Number: | PIN: |
|---|---|
| NDI-18-539  | 29141 |

3109

## What you need to bring

- **This letter** - Print a copy of this appointment letter.
- **Government photo ID** - You can bring your passport, valid driver's license, military ID, U.S. government ID, work permit, or Green Card.
- **Application documents** - Bring all immigration forms, receipts, and any other documents related to your case.

## Additional information

- If you need special accommodations, contact the USCIS office to make the arrangements. You can find the contact information once you start making an appointment.
- Bring a translator if you need someone to help with translation.