IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES STROMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PEPSICO, INC., JOHN DOE 1, and JOHN DOE 2,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: _____ |

## NOTICE OF FILING REMOVAL

TO:   Plaintiff James Stroman
      c/o Michael Ruppersburg, Esq.
      BLASINGAME, BURCH,
      GARRARD & ASHLEY, P.C.
      P.O. Box 832
      Athens, Georgia 30603

Please take notice that PEPSICO, INC., improperly named Defendant in the above-styled action, has on this date filed a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. § 1441 and § 1446, a copy of which is attached hereto as **Exhibit A**.

You are also advised that Defendant, on this same date, has delivered via efiling with Odyssey or Peachcourt E-Filing, a copy of the Notice of Removal, attached to the Notice of Filing Notice of Removal, for filing with the Clerk of the

- 2 -

State Court of Gwinnett County, State of Georgia, in accordance with 28 U.S.C. § 1446(d), a copy of which is attached hereto as **Exhibit B**.

Respectfully submitted, this 6th day of June, 2023.

WEATHERBY LAW FIRM, PC

/s/ Maureen E. Murphy

Alex D. Weatherby
Georgia Bar No. 819975
Maureen E. Murphy
Georgia Bar No. 530990
*Counsel for Defendant*

750 Piedmont Avenue NE
Atlanta, GA 30308
Telephone: 404-793-0026
Facsimile: 404-793-0106
maureen@weatherbylawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES STROMAN,<br><br>  Plaintiff,<br><br>v.<br><br>PEPSICO, INC., JOHN DOE 1, and JOHN DOE 2,<br><br>  Defendants. | CIVIL ACTION<br>FILE NO.: _____ |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have, this date, served a copy of the within and foregoing **Notice of Filing Removal** upon opposing counsel by electronically filing this document with the U.S. District Court's CM/ECF system, which sends notice via that system to the following parties:

Michael Ruppersburg, Esq.
Charles W. Ruffin, Esq.
BLASINGAME, BURCH,
GARRARD & ASHLEY, P.C.
P.O. Box 832
Athens, Georgia 30603
*Counsel for Plaintiff*

This 6th day of June, 2023.

WEATHERBY LAW FIRM, PC

Maureen E. Murphy