IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JAMES STROMAN,<br><br>　　Plaintiff,<br><br>v.<br><br>PEPSICO, INC., JOHN DOE 1, and<br>JOHN DOE 2,<br><br>　　Defendants. | CIVIL ACTION<br>FILE NO.: 23-C-03126-S1 |

**NOTICE OF FILING NOTICE OF REMOVAL TO
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

TO:　**CLERK, STATE COURT OF GWINNETT COUNTY
　　　STATE OF GEORGIA**

　　　Please take notice that pursuant to 28 U.S.C. § 1441 *et seq.*, PEPSICO, INC., improperly named Defendant in the above-styled action, has on this date filed a Notice of Removal, a copy of which is attached hereto as **Exhibit A**, in the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division.

　　　Respectfully submitted, this 6th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　WEATHERBY LAW FIRM, PC

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Alex D. Weatherby

　　　　　　　　　　　　　　　　　　　　　　　　　Alex D. Weatherby
　　　　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 819975
　　　　　　　　　　　　　　　　　　　　　　　　　Maureen E. Murphy
　　　　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 530990
　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

750 Piedmont Avenue NE
Atlanta, GA 30308
Telephone: 404-793-0026
Facsimile: 404-793-0106
maureen@weatherbylawfirm.com

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JAMES STROMAN,<br><br>  Plaintiff,<br><br>v.<br><br>PEPSICO, INC., JOHN DOE 1, and<br>JOHN DOE 2,<br><br>  Defendants. | CIVIL ACTION<br>FILE NO.: 23-C-03126-S1 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **Notice of Filing Notice of Removal to the United States District Court for the Northern District of Georgia** upon all parties to this matter by electronically filing the same with the Court via the Odyssey efileGA system, with the Clerk of Court providing notice to the following counsel of record:

Michael Ruppersburg, Esq.
Charles W. Ruffin, Esq.
BLASINGAME, BURCH,
GARRARD & ASHLEY, P.C.
P.O. Box 832
Athens, Georgia 30603
*Counsel for Plaintiff*

This 6th day of June, 2023.

WEATHERBY LAW FIRM, PC

Maureen E. Murphy