IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES STROMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PEPSICO, INC., JOHN DOE 1, and JOHN DOE 2,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: _____ |

## **CERTIFICATE**

I HEREBY CERTIFY that I am counsel for PEPSICO, INC., improperly named Defendant in the above-styled proceeding, and have this day delivered via Odyssey or Peachcourt E-Filing a copy of the "Notice of Removal" attached to the "Notice of Filing Removal" for filing in the State Court of Gwinnett County, State of Georgia, the court from which said action was removed.

Respectfully submitted, this 6th day of June, 2023.

WEATHERBY LAW FIRM, PC

*/s/ Alex D. Weatherby*

Alex D. Weatherby
Georgia Bar No. 819975
Maureen E. Murphy
Georgia Bar No. 530990

750 Piedmont Avenue NE
Atlanta, GA 30308
Telephone: 404-793-0026
Facsimile: 404-793-0106
maureen@weatherbylawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES STROMAN,<br><br>      Plaintiff,<br><br>v.<br><br>PEPSICO, INC., JOHN DOE 1, and JOHN DOE 2,<br><br>      Defendants. | CIVIL ACTION<br>FILE NO.: _____ |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have, this date, served a copy of the within and foregoing **Certificate** upon opposing counsel by electronically filing this document with the U.S. District Court's CM/ECF system, which sends notice via that system to the following parties:

>Michael Ruppersburg, Esq.
>Charles W. Ruffin, Esq.
>BLASINGAME, BURCH,
>GARRARD & ASHLEY, P.C.
>P.O. Box 832
>Athens, Georgia 30603
>*Counsel for Plaintiff*

This 6th day of June, 2023.

WEATHERBY LAW FIRM, PC

Maureen E. Murphy