IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Entesar Al Qassab, | ) ) | FILE NO.: _____ NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a) |
| Plaintiff, | ) ) | |
| v. | ) ) | *(DIVERSITY JURISDICTION)* |
| Target Corporation, | ) ) ) | (Removed from the State Court of the State of Georgia, County of Gwinnett, File No. 23-C-03078-S4) |
| Defendants. | ) ) ) ) | |
| | ) ) | JURY TRIAL DEMANDED |

**DEFENDANT TARGET CORPORATION'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE-PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Target Corporation ("Target") files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1)  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

a. **Plaintiff Entesar Al Qassab; and**

b. **Defendant Target Corporation.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a. **Jason N. Slate;**

    b. **Ali Awad Law, P.C.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. **Jason N. Slate (Ali Awad Law) for Plaintiff Entesar Al Qassab; and**

    b. **Sharonda B. Barnes and Francesca G. Townsend (Huff, Powell & Bailey, LLC) for Defendant Target Corporation.**

This 6th day of June, 2023.

    HUFF, POWELL & BAILEY, LLC

    */s/ Sharonda B. Barnes*
    _____
    SHARONDA BOYCE BARNES
    Ga. Bar No. 245438

    */s/ Francesca G. Townsend*
    _____
    FRANCESCA G. TOWNSEND
    Ga. Bar No. 309045
    *Counsel for Defendant*
    *Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
sbarnes@huffpowellbailey.com
ftownsend@huffpowellbailey.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

This the 6th day of June, 2023.

             HUFF, POWELL & BAILEY, LLC

             */s/ Sharonda B. Barnes*

             _____
             SHARONDA BOYCE BARNES
             Ga. Bar No. 245438

             */s/ Francesca G. Townsend*

             _____
             FRANCESCA G. TOWNSEND
             Ga. Bar No. 309045
              *Counsel for Defendant Target Corporation*

999 Peachtree Street
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)
sbarnes@huffpowellbailey.com
ftownsend@huffpowellbailey.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing DEFENDANT TARGET CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE-PARTY DISCLOSURE STATEMENT with the Clerk of the Court via CM/ECF and by electronic and/or US mail to the following attorneys of record:

Jason N. Slate
Ali Awad Law, PC
200 Peachtree Street NW
Suite 201
Atlanta, GA 30303
jason@ceolawyer.com

This the 6th day of June, 2023.

                                        HUFF, POWELL & BAILEY, LLC

                                        */s/ Sharonda B. Barnes*

                                        _____
                                        SHARONDA BOYCE BARNES
                                        Ga. Bar No. 245438

                                        */s/ Francesca G. Townsend*

                                        _____
                                        FRANCESCA G. TOWNSEND
                                        Ga. Bar No. 309045

999 Peachtree Street                 *Counsel for Defendant Target Corporation*
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)
sbarnes@huffpowellbailey.com
ftownsend@huffpowellbailey.com