# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Entesar Al Qassab, | ) | FILE NO.: _____ |
| | ) | NOTICE OF REMOVAL OF |
| Plaintiff, | ) | CIVIL ACTION UNDER 28 |
| | ) | U.S.C. § 1441(a) |
| v. | ) | |
| | ) | ***(DIVERSITY JURISDICTION)*** |
| Target Corporation, | ) | |
| | ) | (Removed from the State Court |
| Defendants. | ) | of the State of Georgia, County |
| | ) | of Gwinnett, File No. 23-C- |
| | ) | 03078-S4) |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have on June 6, 2023 served a true and correct copy the *DEFENDANT TARGET CORPORATION'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT* upon all parties or their counsel of record via Statutory Electronic Service to assure delivery as follows:

Jason N. Slate
Ali Awad Law, PC
200 Peachtree Street NW
Suite 201
Atlanta, GA 30303
jason@ceolawyer.com

This the 6th day of June, 2023.

        HUFF, POWELL & BAILEY, LLC

        */s/ Sharonda B. Barnes*
        SHARONDA B. BARNES
        Georgia Bar No. 245438

        /s/ *Francesca G. Townsend*
        FRANCESCA G. TOWNSEND
        Georgia Bar No.: 309045
        *Counsel for Defendant Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
sbarnes@huffpowellbailey.com
ftownsend@huffpowellbailey.com