# Exhibit B

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, GEORGIA

LATESHA Q WINSTON,                      )
                                        )
                                        )
                    Plaintiff,          )
                                        )
v.                                      )   Cause No: 23-M-16954
                                        )
CONVERGENT OUTSOURCING INC.,            )
                                        )
                    Defendant.          )
                                        )
                                        )

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Convergent Outsourcing, Inc., has filed a Notice of Removal of this action with the United States District Court for the Northern District of Georgia.  A copy of the notice is attached hereto as Exhibit 1.

The removal of this action was authorized by 28 U.S.C. § 1446.  The state court is now precluded from conducting any further proceedings unless and until the action is remanded from the United States District Court for the Northern District of Georgia.

Dated:  June 6, 2023                    Respectfully submitted,


                                        /s/ Kirsten H. Smith
                                        Kirsten H. Smith (#702220)
                                        SESSIONS, ISRAEL & SHARTLE, LLC
                                        56 Perimeter Center East
                                        Suite 150 PMB 1070
                                        Atlanta, Georgia 30346
                                        Direct: (504) 908-9888
                                        Email: ksmith@sessions.legal
                                        *Attorneys for Defendant,*
                                        *Convergent Outsourcing, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023 a copy of the foregoing was electronically filed and

served on the Clerk of Court, and plaintiff via electronic and U.S. Mail to the address below:

Latesha Q. Winston
2613 Jacobean Road
Acworth, GA 30101
latesha79@gmail.com

By:     */s/ Kirsten H. Smith*
        Kirsten H. Smith
        *Attorney for Defendant,*
        *Convergent Outsourcing, Inc.*