## Schedule A

Columns

| 1 Cause of Action | 2 Plaintiff | 3 Musical Composition | 4 Writers | 5 Date of Publication or Registration | 6 Certificate of Registration Number | 7 Date of Known Infringement |
|---|---|---|---|---|---|---|
| 1. | SONGS OF PEER, LTD. | ROCKIN' THAT SHIT | Terius Nash<br><br>Sean K. Hall<br><br>Christopher A. Stewart | December 9, 2008 | PA 1-847-939 | April 9, 2023 |
| 2. | UNIVERSAL MUSIC-Z TUNES L.L.C.<br><br>PEN IN THE GROUND PUBLISHING | MISS INDEPENDENT | Mikkel Eriksen<br><br>Tor Erik Hermansen<br><br>Shaffer Smith | June 24, 2008 | PA 1-395-688 | April 9, 2023 |
| 3. | UNIVERSAL MUSIC-Z TUNES L.L.C.<br><br>PEN IN THE GROUND PUBLISHING | PRETTY GIRL ROCK | Shaffer Smith<br><br>Charles T. Harmon<br><br>Ralph MacDonald<br><br>William Salter<br><br>Bill Withers | December 21, 2010 | PA 1-784-138 | April 9, 2023 |