GEORGIA https://ecorp.sos.ga.gov/businesssearch/BusinessInformation?bu...



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **HOLLIS COBB ASSOCIATES, INC.** |
| Business Type: | **Domestic Profit Corporation** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **3175 Satellite Blvd, Suite 400, Duluth, GA, 30096, USA** |
| State of Formation: | **Georgia** |
| Control Number: | **H702921** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **4/4/1977** |
| Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **MICHAEL B COBB** |
| Physical Address: | **3175 SATELLITE BLVD, SUITE 400, DULUTH, GA, 30096, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Joseph Gregory Hocutt | CEO | 3175 Satellite Blvd, Suite 400, Duluth, GA, 30096, USA |
| Kenneth Rubin | CFO | 3175 Satellite Blvd, Suite 400, Duluth, GA, 30096, USA |
| Michael Cobb | Secretary | 3175 Satellite Blvd, Suite 400, Duluth, GA, 30096, USA |

Back Filing History Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower, Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos...
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19



EXHIBIT A