**+1 (678) 580-6918**
Atlanta Northeast, GA
November 11, 2022 at 3:11 PM

0:00 — -0:21

**Transcription**

"This is patient accounts bureau with a message this is an attempt to collect a debt please do not erase this message until you call us at 678-580-6918 again that number is 678-580-6918 thank you..."

Was this transcription useful or not useful?


EXHIBIT B