From: [redacted]   Page: 8/11   Date: 4/12/2023 11:27:49 AM

PATIENT ACCOUNTS BUREAU
PO BOX 279
NORCROSS GA 30091-0279

To: LORNA JEAN WHITLEY
[redacted] GA

Mon - Thu 8:00 AM - 7:00 PM Fri 8:00 - 4:30 PM EST
To make a payment by phone dial: 844-838-1342
To speak with a live agent dial: 678-969-7840

Reference: [redacted]

**PATIENT ACCOUNTS BUREAU is a debt collector.** We are trying to collect a debt that you owe to PIEDMONT HOSPITAL. We will use any information you give us to help collect the debt.

### Our Information Shows:

You owe a debt to PIEDMONT HOSPITAL with the account number [redacted]

| | |
|---|---:|
| As of September 6, 2022, you owed: | $61,933.60 |
| Between September 6, 2022 and today: | |
| You were charged this amount in interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | $60,935.50 |
| [Total amount of the debt now — redacted] | |

### How can you dispute the debt?

- Call or write to us by April 12, 2023, to dispute all or part of the debt. If you do not, we will assume that our information is correct.
- If you write to us by April 12, 2023, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at adminservices@holliscobb.com

### What else can you do?

- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by April 12, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at adminservices@holliscobb.com
- Contact us about your payment options.
- Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

Notice: See reverse side for important information.

---

PO BOX 279
NORCROSS GA 30091-0279

### How do you want to respond?
Check all that apply.
I want to dispute the debt because I think:   ☐ This is not my debt.
☐ The amount is wrong   ☐ Other (please include additional information).
☐ Quiero este formulario en español.
☐ I want you to send me the name and address of the original creditor.
Make your check payable to PATIENT ACCOUNTS BUREAU.
Include the reference number [redacted]
☐ I enclosed this amount: $ _____
Make an online payment at: evokepay.com/pab
Account Number: [redacted]

LORNA JEAN WHITLEY
[redacted] GA

PATIENT ACCOUNTS BUREAU
PO BOX 279
NORCROSS GA 30091-0279

Group EXHIBIT D

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

From: [redacted]   Page: 9/11   Date: 4/12/2023 11:27:49 AM

PATIENT ACCOUNTS BUREAU
PO BOX 279
NORCROSS GA 30091-0279

To: LORNA JEAN WHITLEY
[redacted] GA [redacted]

Mon - Thu 8:00 AM - 7:00 PM Fri 8:00 - 4:30 PM EST
To make a payment by phone dial: 844-836-1342
To speak with a live agent dial: 678-969-7840

Reference: [redacted]

**PATIENT ACCOUNTS BUREAU is a debt collector.** We are trying to collect a debt that you owe to PIEDMONT HOSPITAL. We will use any information you give us to help collect the debt.

### Our Information Shows:

You owe a debt to PIEDMONT HOSPITAL with the account number [redacted]

| | |
|---|---|
| As of August 31, 2022, you owed: | $10,644.00 |
| Between August 31, 2022 and today: | |
| You were charged this amount in interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | $10,507.06 |

### How can you dispute the debt?

- Call or write to us by April 12, 2023, to dispute all or part of the debt. If you do not, we will assume that our information is correct.
- If you write to us by April 12, 2023, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at adminservices@holliscobb.com

### What else can you do?

- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by April 12, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at adminservices@holliscobb.com
- Contact us about your payment options.
- Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

Notice: See reverse side for important information.

---

PO BOX 279
NORCROSS GA 30091-0279

### How do you want to respond?
Check all that apply.
I want to dispute the debt because I think: ☐ This is not my debt.
☐ The amount is wrong   ☐ Other (please include additional information).
☐ Quiero este formulario en español.
☐ I want you to send me the name and address of the original creditor.
Make your check payable to PATIENT ACCOUNTS BUREAU.
Include the reference number [redacted]
☐ I enclosed this amount: $ _____
Make an online payment at: evokepay.com/pab
Account Number [redacted]

LORNA JEAN WHITLEY
[redacted] GA [redacted]

PATIENT ACCOUNTS BUREAU
PO BOX 279
NORCROSS GA 30091-0279

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com