# Legal Advocates for Seniors and People with Disabilities®

180 North Michigan Avenue, Suite 908, Chicago, IL 60601
Phone: 312-263-1633   Toll-Free: 866-405-3328   Fax: 312-263-1637
Website: www.mylegaladvocates.org
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

April 13, 2023

Patient Accounts Bureau
PO Box 279
Norcross, GA 30091-0279

Re: Lorna Whitley
    ▓▓▓▓▓▓▓▓ GA ▓▓▓▓▓

Reference: # ▓▓▓▓▓▓▓▓▓▓▓▓
LASPD file number: 8922

Dear Sir or Madam,

As you know from our previous correspondence, dated November 15, 2022, we represent Lorna Whitley regarding your firm's attempts to collect the above-referenced debt.

In that correspondence, we requested that you cease all further communications with Ms. Whitley. Nonetheless, your firm has continued to contact Ms. Whitley directly, via collection letter. We demand that your firm immediately stop contacting Ms. Whitley and direct all further communications regarding this debt to our office.

Moreover, as we previously informed your firm, Ms. Whitley's income is protected from levy, attachment or garnishment by Federal law. We therefore request that you cease all further collection activities regarding this debt. Additionally, please be advised that our client disputes this debt.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

Donald Leibsker

Legal Director

Enc.



## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

_LORNA WHITLEY_
FIRST CLIENT'S NAME

_[signature: Whitley]_
FIRST CLIENT'S SIGNATURE

_5/20/2018_
DATE SIGNED

_____
SECOND CLIENT'S NAME

_____
SECOND CLIENT'S SIGNATURE

_____
DATE SIGNED

Please include a **COPY** of just **ONE** of the following **SIGNED** documents:

1. Driver's License **OR**
2. State I.D. Card **OR**
3. Social Security Card **OR**
4. Medicare Card

**REMEMBER – YOU JUST NEED TO SEND ONE OF THE ABOVE.**

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as **completely, neatly and accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

| A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS – MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS) | | | |
|---|---|---|---|
| SOURCE OF INCOME | AMOUNT | SOURCE OF INCOME | AMOUNT |
| Social Security Retirement | | Wage Income | |
| Supplemental Security Income (SSI) | | Unemployment Compensation | |
| Social Security Disability | | Rental Income | |
| Veterans' Benefits | | Interest Income | |
| Workers' Compensation | | Other Income (if any, please describe) | |
| Public Aid (for example, Food Stamps) | | | |
| Alimony | | | |
| Child Support | | | |
| Pension Benefits | | TOTAL INCOME | |

Over →

12/29/2016

8

From: Legal Advocates for Seniors and People with Disabilities    To: Patient Accounts Bureau    Page: 4/4    Date: 4/13/2023 9:11:18 AM

## AFFIDAVIT OF INCOME AND EXPENSES (Continued)

| B. MONTHLY EXPENSES – MONEY YOU PAY TO OTHERS | | | |
|---|---|---|---|
| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
| Rent/Mortgage *Please circle one.* | | Medical | |
| Average Utilities (gas, electric, telephone, cell phone, water, etc.) | | | |
| Real Estate Taxes. *Be sure to divide the yearly amount by 12.* | | Dental | |
| Food | | Religious Affiliation Donations | |
| Car Payment(s) Car Insurance Car: Gas & Maintenance | | Health Insurance Life Insurance Home/Renter's Insurance | |
| Other Transportation Costs | | Other Expenses *(List)* | |
| Reasonable expenses to support a child or parent | | | |
| | | TOTAL EXPENSES | |

Have you ever co-signed a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? _____.
If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan):

_____

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# GFI Fax transmission report
# Fax sent at: 09:14:00 AM, 04/13/2023

**All files submitted to server**

| | |
|---|---|
| Fax Status: | SUCCESS |
| To Fax #: | 6789697818 |
| To Name: | |
| To Company: | Patient Accounts Bureau |
| From Fax Number: | 13122631637 |
| From Voice Number: | |
| From Name: | LASPD |
| From Company: | Legal Advocates for Seniors and People with Disabilities |
| Subject: | RE:Lorna Whitley / ▮▮▮▮▮▮▮▮▮ |
| Time Sent: | 09:14:00 |
| Date Sent: | 2023-04-13 |
| Sending Time: | 00:00:02 |
| Total Pages: | Cover page plus 4 attached pages. |

No comments were included on cover page...

**END OF TRANSMISSION REPORT...**