# EXHIBIT "D"

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| TAKEISKA RANDOLPH,<br><br>  Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES OF GEORGIA, LLC., DOLLAR TREE STORES, INC.,<br>AND JOHN DOES 1-3,<br><br>  Defendant. | Civil Action<br>File No.:   23-C-03369-S6 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE Defendants, Family Dollar Stores of Georgia, LLC and Dollar Tree Stores, Inc., by and through counsel of record, have filed a Petition for Removal in the office of the clerk of the United States District Court, Northern District of Georgia, Atlanta Division. A copy of the Petition for Removal is attached hereto as Exhibit "1". By virtue of law, the aforesaid case is now removed and all further proceedings in Gwinnett County State Court are stayed.

This 7th day of June, 2023.

        Goodman McGuffey LLP
        Attorneys for Family Dollar Stores of Georgia, LLC
        and Dollar Tree Stores, Inc.

By:    */s/ James T. Hankins, III*
        JAMES T. HANKINS, III
        GA State Bar No. 188771
        jhankins@GM-LLP.com
        AVRIL P. CALHOUN
        GA State Bar No. 574812
        ACalhoun@GM-LLP.com
        3340 Peachtree Road NE, Suite 2100
        Atlanta, GA 30326-1084
        (404) 264-1500 Phone
        (404) 264-1737 Fax

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| TAKEISKA RANDOLPH,<br><br>    Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES OF GEORGIA, LLC., DOLLAR TREE STORES, INC., AND JOHN DOES 1-3,<br><br>    Defendant. | Civil Action<br>File No.:    23-C-03369-S6 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of the Notice of Removal by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) or by depositing a copy of same in the United States Mail, postage prepaid, as follows:

Eric L. Jensen, Esq.
Jensen Law, LLC
6111 Peachtree Dunwoody Road
Building G - Suite 201
Atlanta, GA 30328
ejensen@eljlegal.com
*Attorney for Plaintiff*

Allen Hoffman, Esq.
Jensen Law, LLC
6111 Peachtree Dunwoody Road
Building G - Suite 201
Atlanta, GA 30328
AHoffman@eljlegal.com
*Attorney for Plaintiff*

Patrick A. Berkshire
Jensen Law, LLC
6111 Peachtree Dunwoody Road
Building G - Suite 201
Atlanta, GA 30328

This 7th day of June, 2023.

                                     */s/ James T. Hankins, III*
                                     JAMES T. HANKINS, III
                                     GA State Bar No. 188771
                                     jhankins@GM-LLP.com
                                     AVRIL P. CALHOUN
                                     GA State Bar No. 574812
                                     ACalhoun@GM-LLP.com
                                     Goodman McGuffey LLP
                                     3340 Peachtree Road NE, Suite 2100
                                     Atlanta, GA 30326-1084
                                     (404) 264-1500 Phone
                                     (404) 264-1737 Fax