# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALBERTO OCHOA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE LOPEZ, EUGENE SCHLEDER, ADRIAN GARCIA, and the CITY OF CHICAGO,<br><br>    Defendants. | Case No. 20-CV-02977<br><br>Honorable Franklin U. Valderrama<br><br>Magistrate Judge Young B. Kim |

### PLAINTIFF'S LIST OF 404(b) WITNESSES

1. Louis Lashley

2. Varney Lockhart

3. Lily Ames

4. Kenny Thigpen

5. Elliot Williams

6. Ralph Joyner

7. Vashon Price

8. Joshua Taylor

9. Clifton Odie

10. Peter Lawrence

Respectfully Submitted,

/s/ Jennifer Bonjean
/s/ Steve Greenberg


Bonjean Law Group
750 Lexington Avenue, 9th Floor
New York, NY 10022
718-875-1850
Jennifer@bonjeanlaw.com

**CERTIFICATE OF SERVICE**

Undersigned, Jennifer Bonjean, certifies that she filed this Response in Opposition to the Defendant Officers' Motion for Leave to Take More than 10 Depositions on September 22, 2022. All parties were served via ECF.

/s/JENNIFER BONJEAN

2

3