# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ALBERTO OCHOA,** | ) |
| | ) No. 20 CV 2977 |
| Plaintiff, | ) |
| | ) Honorable Franklin U. Valderrama |
| v. | ) |
| | ) Magistrate Young B. Kim |
| **JOSE LOPEZ, EUGUENE SCHLEDER,** | ) |
| **ADRIAN GARCIA, and the CITY OF** | ) |
| **CHICAGO,** | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |
| | ) |

## PLAINTIFF OCHOA'S INITIAL RULE 26(a)(1)(A) DISCLOSURES

TO:     SEE ATTACHED SERVICE LIST

Plaintiff ALBERTO "DANIEL" OCHOA, pursuant to Rule 26(a)(1)(A) of the Federal

Rules of Civil Procedure, hereby makes the following initial pretrial disclosures:

(A)     Plaintiff identifies the following persons likely to have discoverable information

relevant to disputed facts:

| Name and Address | Subject Matter of Information |
|---|---|
| Plaintiff Alberto Daniel Ochoa c/o Bonjean Law Group | All matters related to the allegations contained in complaint. |
| Defendant Jose Lopez c/o his counsel | All matters related to the allegations contained in the complaint. |
| Defendant Eugene Schleder c/o his counsel | All matters related to the allegations contained in complaint. |
| Defendant Adrian Garcia c/o of his counsel | All matters related to the allegations contained in complaint. |

| | |
|---|---|
| Arturo Simon<br>c/o CCPD Stephanie Foster | Plaintiff's co-defendant during the criminal case. He has knowledge about the criminal investigation and the misconduct of the defendant officers. |
| Arturo Bentazos<br>c/o Diane Slocum<br>CCPD | Plaintiff's co-defendant during the criminal case. He has knowledge about the criminal investigation, the misconduct of the defendant officers and about Plaintiff and the other co-defendants. |
| ASA Jennifer Walker | Cook County State's Attorney who was present for the statements of Bentazos and Simon. Possesses information about the criminal investigation and may have information about the misconduct of the defendant officers. |
| ASA Kent Delgado | Cook County State's Attorney testified on Plaintiff's trial(s). Possesses information about the criminal investigation and may have information about the misconduct of the defendant officers. |
| Joe Maldonado<br>2644 S. Kolin Ave.<br>Chicago, IL 60623 | Victim's boyfriend and witness to the murder testified at Plaintiff's trial. Has knowledge about the criminal investigation into the murder of Marilu Sochu. |
| Andrew Linares<br>1938 S. 49th Ct, Fl 2nd<br>Cicero, IL 60804 | Witness to the murder and testified at trial. He has knowledge about the criminal investigation into the murder Marilu Sochu. |
| Officer Salvatore Lazzara (#12306) | Chicago police officer, involved in booking Plaintiff after his arrest. He also searched and was lockup keeper for Plaintiff's codefendant Simon and testified at trial. |
| Sgt. Robert Arteaga (#2017) | Chicago police detective, assisted with Plaintiff's arrest and testified at trial. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| John Miller (#15765) | Forensic investigator photographed crime scene and signed off on crime scene processing report. He has knowledge about the criminal investigation. Testified at trial. |
| APD Jean Herigodt | Cook County Public Defender, represented Plaintiff at bond court on December 20, 2002. She has knowledge about the criminal investigation and information about the defendant officers' misconduct. Will testify consistent with her testimony on March 21, 2005. |

| | |
|---|---|
| Fidelia Sanchez | Arturo Bentazos's grandmother testified on August 25, 2004. |
| Esmelida Torres (#15049) | Chicago police officer, assisted with the arrest of Plaintiff's codefendants. She has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. She testified at trial, and some of her testimony was admitted pursuant to stipulation. |
| William Sullivan (#9241) | Forensic investigator photographed crime scene and signed off on crime scene processing report. He has knowledge about the criminal investigation and testified at trial. |
| Paul Pater (#15431) | Forensic investigator and reporting technician who examined codefendants' car. He has knowledge about the criminal investigation and testified at trial/testimony was introduced via stipulation. |
| John Onstwedder III | Forensic scientist at the Illinois State Police Forensic Science Center. He has knowledge about the criminal investigation and prosecution. |
| Angela Horn | Forensic Scientist at the Illinois State Police Forensic Science Center who tested firearms, bullets, and fragments. She has knowledge about the criminal investigation and prosecution. She testified at trial. |
| Ellen Connolly (aka Ellen Chapman) | Forensic Scientist at the Illinois State Police Forensic Science Center who tested various evidence in the case. She has knowledge about the criminal investigation and prosecution. She testified at trial. |
| Edward Grabarek (#5352) | Evidence technician, subpoenaed to court for codefendant Simon. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. He testified at trial. |
| Nilda Laurel Landicho 3010 S. Kolin 773-847-2127 | Witness to the murder. She has knowledge about the criminal investigation and prosecution. She testified at trial. |

| | |
|---|---|
| Juan Carlos Morales<br>Aka Juan Rivas<br>2847 S. Kedvale Ave.<br>Chicago Il 60623 | Witness to the murder. He has knowledge about the criminal investigation and prosecution. |
| Carlos Tellez | Plaintiff's roommate at the time of his arrest. He has knowledge about the criminal investigation and has information about the defendant officers' misconduct. |
| Ricardo Argueta | Arrested with Plaintiff's codefendants. He has knowledge about the criminal investigation and information about the defendant officers' misconduct. |
| Det. Patrick Finucane (#20520) | Chicago police detective, involved in the original investigation. He has knowledge about the criminal investigation. |
| ASA Scott Clark | Cook County State's Attorney who elicited testimony before the Grand Jury from Defendant Garcia as well as two witnesses, Maldonado and Linares. He has knowledge about the criminal investigation, prosecution, and may have information about the defendant officers' misconduct. |
| ASA Nancy Nizarian | Cook County State's Attorney who took witness statements from Maldonado and Linares. She has knowledge about the criminal investigation, prosecution, and may have information about the defendant officers' misconduct. |
| ASA Yvette Loizin | Cook County State's Attorney on the Plaintiff's Motion to Suppress in 2019. |
| ASA Ethan Holland | Cook County State's Attorney, prosecuting attorney of record in second trial. |
| ASA Jim Lynch | Cook County State's Attorney, prosecuting attorney of record in second trial. |
| ASA Alex Del Castillo | Cook County State's Attorney, prosecuting attorney of record in second trial. |
| Patricia Mysza<br>c/o Office of the State Appellate Defender | Counsel for Plaintiff on his second criminal appeal. |

| | |
|---|---|
| Emily Hartman<br>c/o Office of the State Appellate Defender | Counsel for Plaintiff on his second criminal appeal. |
| APD Kelly Christl | Plaintiff's trial counsel of record in second trial and attorney for his Motion to Reconsider Sentence. |
| APD Rosa Silva | Plaintiff's trial counsel of record in second trial. |
| ASA Margaret Wood<br>c/o CCSAO | Cook County State's Attorney, prosecuting attorney of record in first trial. |
| ASA Allen Murphy<br>c/o CCSAO | Cook County State's Attorney, prosecuting attorney of record in first trial. |
| APD Mary Danahy<br>c/o Cook County Public Defender | Plaintiff's trial counsel of record in first trial and attorney on first Motion to Quash and Suppress. |
| APD Brett Balmer<br>c/o Cook County Public Defender | Plaintiff's trial counsel of record in first trial. |
| APD Robert Galhotra<br>c/o Cook County Public Defender | Codefendant Bentazos's trial counsel of record in 2004. |
| APD Kulmeet S. Galhotra<br>c/o Cook County Public Defender | Codefendant Bentazos's trial counsel of record in first trial and attorney on his Motion to Suppress, Motion to Reconsider Sentence, and Motion for New Trial. |
| APD Adolfo Simmons<br>c/o Cook County Public Defender | Codefendant Bentazos's trial counsel of record in first trial. |
| APD Sandra Parris<br>c/o Cook County Public Defender | Codefendant Torres's attorney on Motion to Quash and Suppress. |
| APD Marcos Reyes<br>c/o Cook County Public Defender | Codefendant Simon's attorney during the first trial.  He has knowledge about the criminal investigation, prosecution, and information about the defendant officers' misconduct. |
| Former APD Adrienne Davis, not Circuit Court Judge | Codefendant Simon's attorney on his Motion to Suppress Statements, and Motion for New Trial. |

| | |
|---|---|
| ASA Joanna Leafblad | Cook County State's Attorney of record on December 20, 2002. |
| ASA Maureen Lynch | Cook County State's Attorney, requested Plaintiff's codefendant's vehicle records on January 31, 2003. |
| ASA Veryl Gambino | Cook County State's Attorney of record on December 10, 2003 and February 4, 2003. |
| ASA Kimellen Chamberlain | Cook County State's Attorney of record on February 17, 2005. |
| ASA Thomas Darman | Cook County State's Attorney of record on April 12, 2004. |
| ASA Beth Pfeiffer | Cook County State's Attorney of record on January 26, 2005 and October 5, 2004. |
| ASA Ethan Hall | Cook County State's Attorney of record on January 10, 2013. |
| ASA Ethan Hawk | Cook County State's Attorney of record on February 7, 2013. |
| ASA Robert Holland | Cook County State's Attorney of record on November 22, 2004, March 1, 2005, March 24, 2010, and February 15, 2011. |
| ASA Michelle Popielewski | Cook County State's Attorney of record on April 4, 2009. |
| ASA Shawn Concannon | Cook County State's Attorney of record on June 26, 2013. |
| ASA Christa Bowden | Cook County State's Attorney of record on September 15, 2009 and September 28, 2011. |
| ASA Tim Collins | Cook County State's Attorney of record on September 28, 2011. |
| APD Diane Slocum | Cook County Public Defender, attorney for Plaintiff's codefendant Bentazos's post-conviction petition in 2013. |
| APD Robert Cavanaugh | Cook County Public Defender, appeared on behalf of Plaintiff's codefendants Bentazos and Torres on March 11, 2003. |

| | |
|---|---|
| APD Shelton Green | Cook County Public Defender, appeared on behalf of Plaintiff's codefendants Torres and Simon on February 4, 2003. |
| APD Bernard Okitipi | Cook County Public Defender, appeared on behalf of Plaintiff's codefendant Simon on March 11, 2003 and April 23, 2003. |
| APD Kelly Seago | Cook County Public Defender, appeared on behalf of Plaintiff's codefendant Simon on October 15, 2003. |
| APD Tamar Sirkin | Cook County Public Defender, appeared on behalf of Plaintiff's codefendant Torres on October 15, 2003. |
| APD Victor Erbring | Cook County Public Defender, appeared with APD Danahy on behalf of the Plaintiff on January 14, 2010 and April 28, 2011. |
| Probation Officer G. Garcia | Probation officer for Cook County Adult Probation Department, wrote the investigative report for Plaintiff in 2005. |
| Probation Officer J. Farrelly | Probation officer for Cook County Adult Probation Department, wrote the investigative report for Plaintiff in 2013. |
| Elaine Espinoza | Court Spanish interpreter for Plaintiff and his codefendants on December 20, 2002. |
| Jose Rochel | Court Spanish interpreter for Plaintiff and his codefendants on October 6, 2004. |
| Joshua Taylor<br>DOB: 4/12/1978 | Victim of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |
| Varney Lockheart<br>3526 Lake Park Ave. Apt 205<br>Chicago, IL | Victim of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |
| Teresa Davis | Physician at Mercy Hospital and Medical Center. She has information about injuries sustained by Varney Lockheart as a result of Defendant Lopez's brutality. |

| | |
|---|---|
| Brenda Jones | Physician at Mercy Hospital and Medical Center. She has information about injuries sustained by Varney Lockheart as a result of Defendant Lopez's brutality. |
| Sharon Pozniak | Physician at Mercy Hospital and Medical Center. She has information about injuries sustained by Varney Lockheart as a result of Defendant Lopez's brutality. |
| Custodian of Records for Mercy Hospital and Medical Center | Will lay foundation for Mercy Hospital and Medical center . |
| Kenyada Clair<br>7742 S. Peoria St., Apt 2<br>Chicago, IL<br>773-367-4254 | Victim of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |
| Lawrence A. Willis | Director of Health Information Management at St. Bernard Hospital. He has information needed to lay the foundation for admission of Kenyada Clair's hospital records. |
| Custodian of records for St. Bernard Hospital | Will lay foundation for St. Bernard hospital medical records. |
| Dr. George Kurian | Physician at St. Bernard Hospital. He has information about injuries sustained by Kenyada Clair as a result of Defendant Lopez's brutality. |
| Thomas Antoine<br>7948 S. Champlain Ave.<br>Chicago, IL<br>773-386-6125 | Victim of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |
| Antoinette Taylor<br>3526 S. Lake Park Ave., Apt 205<br>Chicago, IL<br>773-858-0642 | Witness of Defendant Lopez's brutality. Has information of the defendant officers' misconduct. |
| Takia Moore<br>5142 S. Wabash Ave., Apt. 2<br>Chicago, IL | Witness of Defendant Lopez's brutality. Has information of the defendant officers' misconduct. |
| Elliot Williams<br>1130 E. 81st St. Apt. F<br>Chicago, IL | Victim of Defendant Lopez's brutality. Has information of the defendant officers' misconduct. |

| | |
|---|---|
| Pierre Williams<br>1130 E. 81st St. Apt. F<br>Chicago, IL | Victim of Defendant Lopez's brutality. Has information of the defendant officers' misconduct. |
| Darnicesa Williams<br>3708 S. Wells St.<br>Chicago, IL 60606 | Witness of Defendant Lopez's brutality. He has information of the defendant officer's misconduct. |
| Tanjala Cunningham<br>1130 E. 81st St. Apt. F<br>Chicago, IL | Witness of Defendant Lopez's brutality. She has information of the defendant officers' misconduct. |
| Robert Council<br>4637 S. Lake Park Ave.,<br>Chicago, IL | Witness of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |
| Elliot Montgomery<br>2650 W. Wilcox, 1st Fl.<br>Chicago, IL 60612 | Victim of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |
| Lily Ames<br>4007 W. Polk<br>Chicago, IL | Victim of Defendant Lopez's brutality. She has information of the defendant officers' misconduct. |
| Kenny Thigpen<br>2500 W. Belmont<br>Chicago, IL | Victim of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |
| Clifton Odie<br>9353 S. Perry<br>Chicago, IL | Victim of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |
| Shaun Loyde<br>5431 S. Racine<br>Chicago, IL | Witness of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |
| Vashon Price<br>1157 W. Lunt<br>Chicago, IL | Victim of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |
| Thelma Price<br>1157 W. Lunt<br>Chicago, IL | Witness of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |

| | |
|---|---|
| Ralph I. Joyner<br>4640 N. Sheridan, Apt. 205<br>Chicago, IL | Victim of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |
| Cleveland Franklin<br>2600 S. California<br>Chicago, IL | Victim of Defendant Lopez's brutality. He has information of the defendant officers' misconduct. |
| Esmeralda Perez (#7061) | Chicago police officer, assisted with the arrest of Plaintiff's codefendants. She has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. Testimony was admitted pursuant to stipulation. |
| Torres (#9563) | Chicago police officer, assisted with the arrest of Plaintiff's codefendants. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| R. Martinez (#19547) | Chicago police officer, assisted with the arrest of Plaintiff's codefendants. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| B. Martinez (#14519) | Chicago police officer, assisted with the arrest of Plaintiff's codefendants. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| W. Bochenczak (#5778) | Chicago police officer, assisted with the arrest of Plaintiff's codefendants. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| G. Cortez (#8617) | Chicago police officer, assisted with the arrest of Plaintiff's codefendants. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| E. Gaspar (#8488) | Chicago police officer, assisted with the arrest of Plaintiff's codefendants. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |

| | |
|---|---|
| Det. Bush (#20082) | Chicago police detective, assisted with Plaintiff's arrest. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| Det. Deenihan (#20739 | Chicago police detective, assisted with Plaintiff's arrest. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| Det. Menning (#20818) | Chicago police detective, assisted with Plaintiff's arrest. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| Det. Gliwa (#20526) | Chicago police detective, assisted with Plaintiff's arrest. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| Det. Sgrt. Andrews (#2430) | Chicago police detective, assisted with Plaintiff's arrest. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| Det. Daley (#20049) | Chicago police detective, assisted with Plaintiff's arrest. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| Det. Deacy (#21146) | Chicago police detective, assisted with Plaintiff's arrest. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| Barry (#302688) | Chicago police officer searched Plaintiff after his arrest as well as Plaintiff's codefendant Torres. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| S. Ciechel (#13862) | Chicago police officer involved in booking Plaintiff's codefendant Bentazos after his arrest. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |

| | |
|---|---|
| Lowe (#19680) | Chicago police officer searched Plaintiff's codefendant Bentazos after his arrest. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| Det. Jaglowski (#21096) | Chicago police detective participated in criminal investigation. |
| Det. Velasquez (*8936) | Chicago police detective participated in criminal investigation. |
| A. Hernandez (#9645) | Chicago police officer assisted with arrest of Plaintiff's codefendant Torres. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| Sgt. Broderick | Chicago police sergeant, approved charges for Plaintiff's codefendant Torres. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| Jacob Molina (*7626) | Chicago police officer listed as reporting officer for the criminal investigation. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| Michael Espinoza (*10869) | Chicago police officer assisted in the investigation. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| A. Silva (#19427) | Chicago police officer arrested Plaintiff's codefendant Simon. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| H. L. Johnson (#16235) | Chicago police officer fingerprinted Plaintiff's codefendant Simon. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| G. Rosales (#8048) | Chicago police officer inspected crime scene car and has knowledge about the criminal investigation. |
| D. Williams (#2999) | Chicago police officer inspected crime scene car and has knowledge about the criminal investigation. |

| | |
|---|---|
| T. O'Shaughnessy (#18271) | Chicago police officer assigned to criminal investigation. |
| R. Butler (#15190) | Chicago police officer assigned to criminal investigation. |
| Det. S. Cirone (#20941) | Chicago police officer assigned to criminal investigation. |
| Det. S. Esparza (#20140) | Chicago police officer assigned to criminal investigation. |
| Det. W. Soraghan (#20186) | Chicago police officer assigned to criminal investigation. |
| Det. R. Hartmann (#20499) | Chicago police officer assigned to criminal investigation. |
| Det. D. March (#20563) | Chicago police detective assigned to criminal investigation. |
| R. Korzeniewski (#60096) | Chicago police officer assigned to criminal investigation. |
| Det. M. Hammond (#21013) | Chicago police detective assigned to criminal investigation. |
| Det. S. Manto (3(21271) | Chicago police detective assigned to criminal investigation. |
| Det. J. Egan (#21276) | Chicago police detective assigned to criminal investigation. |
| Sgt. DeYoung (#1256) | Chicago police sergeant assigned to criminal investigation. |
| Sgt. J. Gorman (#2515) | Chicago police sergeant assigned to criminal investigation. |
| A. Sanatra | Chicago police officer assigned to criminal investigation. |
| K. Kavanaugh | Chicago police officer assigned to criminal investigation . |
| Withrow (#12542) | Chicago police officer listed on inventory sheets. |
| Pawluk (#19304) | Chicago police officer listed on inventory sheets. |
| Daniel Principato (#5823) | Pater's partner also the forensic investigator and reporting technician who examined codefendants' car. |
| James Duffy (#5101) | Chicago police officer listed as the approving desk sergeant on inventory sheets. |

| Gregory Janicki (#3173) | Chicago police officer listed on inventory sheet for blood card. |
|---|---|
| R. Primer (#14349) | Chicago police officer reporting officer on initial investigation. |
| Det. Augystiniak (#10059) | Chicago police officer reporting officer on initial investigation. |
| Sgt. D. Eichler (#1484) | Chicago police officer supervising officer on initial investigation. |
| Raymond Kolasinski (#20501) | Chicago police officer involved in criminal investigation. |
| Dennis Keane (#2510) | Chicago police officer supervisor who approved of case supplementary report. |
| Patrick Foley (#20143) | Chicago police officer on case supplementary report has knowledge about the criminal investigation. |
| Bryan Holy (#2525) | Chicago police officer supervisor who approved of case supplementary report has knowledge about the criminal investigation. |
| Sgt. Ortiz (#2505) | Chicago police sergeant has knowledge about the criminal investigation. |
| R. Pavon (#144) | Chicago police officer has knowledge about the criminal investigation. |
| Michael Lock (#2731) | Reporting technician examined interior of car and dusted for fingerprints. |
| Eldridge Smith | Chicago police officer delivered evidence during investigation. |
| Alan Stephens | Chicago police officer delivered evidence during investigation. |
| E. Yoshimina (#60144) | Chicago police officer, assisted in the investigation by faxing inquiry to Defendant Lopez. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |

| | |
|---|---|
| Vera Zagorski | Forensic scientist at the Illinois State Police Forensic Science Center, listed on custody history for firearms evidence. |
| Gregory Cousert | Forensic scientist at the Illinois State Police Forensic Science Center, listed on custody history for firearms evidence. |
| Kerry J. Hymes | Forensic scientist at the Illinois State Police Forensic Science Center, listed on custody history for firearms evidence. |
| Mary Wong | Forensic scientist at the Illinois State Police Forensic Science Center, listed on custody history for firearms evidence. |
| John Kelly | Employee at Medical Examiner's Office in Chicago. He has knowledge about the criminal investigation and prosecution. |
| Kay Krupela | Employee at Medical Examiner's Office in Chicago. He has knowledge about the criminal investigation and prosecution. |
| Matthew Shasten 2833 W. Cullerton, 2nd | Potential witness to the murder. |
| Roberto Castillo 3024 S. Kolin 773-254-8037 | Potential witness to the murder. |
| Alejandro Garcia 3014 S. Kolin 773-254-4151 | Potential witness to the murder. |
| Steven Estrada 3004 S. Kolin 773-890-9306 | Potential witness to the murder. |
| Eduardo Estrada 3004 S. Kolin, Fl. 1 773-890-9306 | Potential witness to the murder. |

| | |
|---|---|
| Jose Laurel<br>3010 S. Kolin<br>773-847-2127 | Potential witness to the murder. |
| Efrain Herrara<br>2858 S. Kildare, 1st Fl.<br>773-376-7159 | Potential witness to the murder. He may have knowledge about the criminal investigation. |
| Officer R. Rios (#6518) | Chicago police officer assisted with Spanish translation of witness Herrera's statement. He has knowledge about the criminal investigation and may have information about the defendant officers' misconduct. |
| Ramon Castellanos<br>3008 S. Kolin<br>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 | Witness to the murder who called to report shooting. He may have knowledge about the criminal investigation. |
| Lilliana Castellanos<br>3008 S. Kolin | Witness to the murder. She has knowledge about the criminal investigation. |
| Yesenta Gomez<br>3012 S. Kolin 2nd<br>773-650-1918 | Witness to the murder. She has knowledge about the criminal investigation. |
| Jaime Garcia<br>3014 S. Kolin<br>773-254-4154 | Witness to the murder. He has knowledge about the criminal investigation. |
| Reyna Garcia<br>3014 S. Kolin | Witness to the murder. She has knowledge about the criminal investigation. |
| Guadalupe Garcia<br>3008 S. Kolin<br>773-847-2218 | Witness to the murder. She has knowledge about the criminal investigation. |
| Maria Castellanos<br>3000 S. Kolin<br>773-523-0452 | Witness to the murder. She has knowledge about the criminal investigation. |
| Maria Cervantes<br>3012 S. Kolin, 2nd Fl.<br>773-650-1918 | Witness to the murder. She has knowledge about the criminal investigation. |
| Delsye Caron<br>2857 S. Kolin<br>773-927-6109 | Witness to the murder. She has knowledge about the criminal investigation. |

| | |
|---|---|
| Carmen Lucio<br>2855 S. Kolin | Witness to the murder. She has knowledge about the criminal investigation. |
| Rudolph Sanchez<br>3021 S. Kolin, Fl. 2<br>773-927-0716 | Witness to the murder. She has knowledge about the criminal investigation. |
| Lee Diaz | Court appointed interpreter may testify about events set forth in Plaintiff's complaint or allegations and observations related to Plaintiff's criminal and/or civil case. |
| Charles Coleman | Official Court Reporter may testify about events set forth in Plaintiff's complaint or allegations and observations related to Plaintiff's criminal and/or civil case. |
| Laurel E. Laudien | Court appointed interpreter may testify about events set forth in Plaintiff's complaint or allegations and observations related to Plaintiff's criminal and/or civil case. |
| Susan Sychta | Official Court report may testify about events set forth in Plaintiff's complaint or allegations and observations related to Plaintiff's criminal and/or civil case. |
| Susana Gonzales Pichardo<br>c/o Bonjean Law Group | Plaintiff's sister. She will testify about Plaintiff's damages. |
| Dr. Enoch S. Anaglate | Physician at Cermak health services who treated Plaintiff in 2003. He has knowledge about the criminal prosecution, Plaintiff's injuries, and may have information about the defendant officers' misconduct. Testimony admitted pursuant to stipulation on March 21, 2005. |
| Dr. Jara Oscar | Physician at Cermak health services who treated Plaintiff in 2003. He has knowledge about Plaintiff's injuries. |
| Dr. Yan K. Yu | Physician at Cermak health services who treated Plaintiff in 2003. He has knowledge about the Plaintiff's injuries. |
| Cermak Health Services of Cook Country Custodian of Records | Any individual in the records department at Cermak Health Services in charge of record-keeping. They have knowledge needed to lay foundation for the admission of Plaintiff's medical records. |

In addition to the persons identified herein, plaintiff identifies any person identified in the

defendants' disclosures. Moreover, plaintiff reserves the right to identify additional persons

likely to have discoverable information whose identities are made known during the course of discovery.

(B)     Plaintiff is in possession of voluminous documents related to the prosecution of Plaintiff and his co-defendants, including but not limited to the following (1) the trial records of Plaintiff and his co-defendants; (2) police reports; (3) pleadings from the criminal prosecution of Plaintiff and his co-defendants; (4) all documents in Plaintiff's possession produced during and related to plaintiff's criminal prosecution; (5) Plaintiff's Public Defender's File (Ochoa 1-8023); (6) documents related to post-conviction investigation; (7) reports, pleadings, statements and testimony from matters which Defendants' misconduct are at issue; (8) testimony, statements, medical records and files from potential witnesses with knowledge about Defendants' misconduct; (9) complaint register files for the defendant officers that may be used to support Plaintiff's claims; (10) Plaintiff's medical records. The following materials can be located at the dropbox link enclosed at bearing batestamps OCHOA 000001-23265:

https://www.dropbox.com/sh/ufboed1tp2zjdk4/AABXQ_szMECCspWkY8WN9Nb1a?dl=0

In addition to documents identified herein, plaintiff identifies any copies, descriptions, or locations of documents, data compilations, and tangible things identified by all defendants in their disclosures. Moreover, plaintiff reserves the right to identify additional documents, data compilations, and tangible things made known during the course of discovery.

(C)     Plaintiff's damages, while substantial, are not subject to an exact dollar determination. Accordingly, determination of damages will be made by a jury, including:

      i.     Emotional pain and suffering of a past, present, and future nature;

     ii.     Physical pain and suffering of a past, present, and future nature;

   iii.     Loss of enjoyment of life of a past, present and future nature;

      iv.     Fright, fear, aggravation, anguish, humiliation, anxiety, loss of his young adulthood, disruption of his life and intimate and family relationships, opportunity to raise his young child; suspension of an interference with his ability to pursue an education, career, and deprivation of all of the basic pleasures of a human experience, including the freedom to live one's life as an autonomous human being.

Dates:  New York, New York
        November 5, 2021

                Respectfully Submitted,

                /s/ASHLEY COHEN
                *Attorney for Daniel Ochoa.*

                Bonjean Law Group, PLLC
                750 Lexington Avenue, 9th Floor
                New York, NY 10022
                718-875-1850
                Ashley@bonjeanlaw.com

## SERVICE LIST

***Plaintiff Daniel Ochoa***
Jennifer Bonjean
Ashley Cohen
Bonjean Law Group, PLLC
750 Lexington Avenue, 9th Floor
New York, NY 10022
jennifer@bonjeanlaw.com
ashley@bonjeanlaw.com

Steven Greenberg
Greenberg Trial Lawyers
53 W. Jackson, Suite 1260
Chicago, IL 60604
steve@greenbergcd.com

***Defendants Jose Lopez, Adrian Garcia,***
***Eugene Schleder***
Steven Borkan
Christiane Murray
Emily Schnidt
Graham Miller
Timothy Scahill
Whitney Hutchinson
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, IL 60603
sborkan@borkanscahill.com
cmurray@borkanscahill.com
eschnidt@borkanscahill.com
gmiller@borkanscahill.com
tscahill@borkanscahill.com
whutchinson@borkanscahill.com

***Defendant City of Chicago***
Anthony Masciopinto
Heather Afra
Kulwin, Masciopinto, & Kulwin, LLP
161 North Clark Street, Suite 2500
Chicago, IL 60601
amasciopinto@kmklawllp.com
hafra@kmklawllp.com

## <u>CERTIFICATE OF SERVICE</u>

  I, ASHLEY COHEN, an atttorney of Bonjean Law Group, certify that on November 5, 2021, I served Plaintiff's Initial 26(a) Disclosures to all counsel of record via ELECTRONIC MAIL.

<u>/s/ ASHLEY COHEN</u>
