# EXHIBIT E

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 20CV2977

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Joshua Taylor
on *(date)* March 8, 2023

☐ I served the subpoena by delivering a copy to the named individual as follows: My search found servee Taylor at the Oyster Pub in Dalton, GA where he is employed part time
on *(date)* 04/01/23; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2023

*Irwin Kaplan*
Server's signature

IRWIN KAPLAN, PRIVATE PROCESS SERVER
Printed name and title

641 WOODGATE ROAD,
RINGGOLD, GA 30736.

Server's address

Additional information regarding attempted service, etc.:

The given address for servee Taylor was a bad address - 927 Hardwick circle, Dalton, GA 30720; The house was empty. Servee Taylor had moved out over a month ago. After a diligent search I found him employed part-time at the Oyster Pub, 933 Market Street, Dalton, GA where I served him personally along with a witnesss check in the amount of $40.00. The serve was perfected at 6pm on April 1, 2023.