# EXHIBIT F

```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF ILLINOIS
                 EASTERN DIVISION
```

ALBERTO OCHOA,

        Plaintiff,

vs.                              Case No. 20 CV 2977

JOSE LOPEZ, EUGENE SCHLEDER,
ADRIAN GARCIA, and the CITY OF
CHICAGO,

        Defendants.

STATEMENT ON THE RECORD

Deposition of:

JOSHUA TAYLOR

Taken on behalf of the Defendants
April 13, 2023

Commencing at 11:00 a.m.

MELISSA M. SMITH, RPR, LCR, CCR

Chattanooga, Tennessee

**CERTIFIED TRANSCRIPT**




Case 1:23-mi-99999-UNA   Document 1849-6   Filed 06/07/23   Page 3 of 7

ALBERTO OCHOA vs CITY OF CHICAGO, et al.                    Pages 2..5
JOSHUA TAYLOR - STATEMENT ON THE RECORD, 04/13/2023

Page 2

```
 1                  A P P E A R A N C E S
 2
 3   For the Plaintiff, via videoconference:
 4        ASHLEY COHEN
          Attorney at Law
 5        Bonjean Law Group
          750 Lexington Avenue
 6        9th Floor
          New York, NY 10022
 7        (718) 875-1850
          ashley@bonjeanlaw.com
 8
 9
     For the Defendants Jose Lopez, Eugene Schleder,
10   Adrian Garcia,  via videoconference:
11        EMILY E. SCHNIDT
          Attorney at Law
12        Borkan & Scahill, Ltd.
          Two First National Plaza+10 South Clark
13        Street, Suite 1700
          Chicago, IL 60603
14        (312) 580-1030
          eschnidt@borkanscahill.com
15
16
     For the Defendant City of Chicago, via
17   videoconference:
18        ANTHONY J. MASCIOPINTO
          Attorney at Law
19        Kulwin, Masciopinto & Kulwin LLP
          161 N. Clark Street, Suite #2500
20        Chicago, IL  60601
          (312) 641-0300
21        amasciopinto@kmklawllp.com
22
23   Also present:
24        PATRICK BLACK - Videographer
25
```

Page 3

```
                   E X H I B I T S

                                                       Page

     Exhibit No. 1                                        4
          Subpoena
     Exhibit No. 2                                        4
          Proof of Service
```

Page 4

```
 1              *   *   *
 2         MS. SCHNIDT:  The time is 11:21
 3   eastern time, 10:21 central time.  Joshua Taylor
 4   was served on March 8th -- strike that.
 5         He was served on March 1st of 2023
 6   with his subpoena for his deposition today,
 7   March 13th, 2023.
 8         MS. COHEN:  April.
 9         MS. SCHNIDT:  I'm sorry, yes.  He was
10   served April 1st, 2023, for his deposition
11   scheduled to begin today, April 13th, 2023, at
12   11:00 a.m. eastern time, 10:00 a.m. central time.
13         We waited until -- the time is
14   10:21 a.m.  Mr. Taylor has now been served.  We
15   are attaching as Exhibit 1 his subpoena and
16   Exhibit 2 the proof of service reflecting that
17   Mr. Taylor was personally served at his place of
18   employment, the Oyster Pub, in Dalton, Georgia,
19   at 6:00 p.m.
20         (WHEREUPON, documents were marked as
21   Exhibit Numbers 1 and 2.)
22         MS. SCHNIDT:  Anything else to add?
23         MR. MASCIOPINTO:  Nothing on behalf
24   of the City.
25         MS. COHEN:  Nothing on behalf of
```

Page 5

```
 1   plaintiff.
 2         MS. SCHNIDT:  Okay.  Thanks,
 3   everyone.
 4         I will e-mail you the two exhibits.
 5         THE REPORTER:  Okay.  And do you want
 6   this written up, the statement prepared?
 7         MS. SCHNIDT:  Yes.  Regular delivery
 8   is fine.
 9         (WHEREUPON, the proceedings were
10   adjourned at 11:23 a.m.)
```



Case 1:23-mi-99999-UNA   Document 1849-6   Filed 06/07/23   Page 4 of 7

ALBERTO OCHOA vs CITY OF CHICAGO, et al.                           Pages 6
JOSHUA TAYLOR - STATEMENT ON THE RECORD, 04/13/2023

```
                                                    Page 6
 1                    REPORTER'S CERTIFICATE
 2
     STATE OF TENNESSEE
 3
     COUNTY OF HAMILTON
 4
 5          I, MELISSA M. SMITH, Licensed Court
 6   Reporter, with offices in Chattanooga, Tennessee,
 7   hereby certify that I appeared for the deposition
 8   of JOSHUA TAYLOR by machine shorthand to the best
 9   of my skills and abilities, and thereafter the
10   same was reduced to typewritten form by me.
11          I am not related to any of the parties
12   named herein, nor their counsel, and have no
13   interest, financial or otherwise, in the outcome
14   of the proceedings.
15
16
17
18
19
20
21
22   _____
     MELISSA M. SMITH, RPR, CCR, LCR
23   LCR # 122 - Expires:  6/30/2024
24
25
```



```
ALBERTO OCHOA vs CITY OF CHICAGO, et al.                                  7
JOSHUA TAYLOR - STATEMENT ON THE RECORD, 04/13/2023       Index: 1..else
```

### Exhibits

**Taylor, Joshua 04-13-23 (Ochoa) Exhibit 1**
  3:4  4:15

**Taylor, Joshua 04-13-23 (Ochoa) Exhibit 2**
  3:6  4:16

### 1

**1**
  4:15,21
**10:00**
  4:12
**10:21**
  4:3,14
**11:00**
  4:12
**11:21**
  4:2
**11:23**
  5:10
**13th**
  4:7,11
**1st**
  4:5,10

### 2

**2**
  4:16,21
**2023**
  4:5,7,10,11

### 6

**6:00**
  4:19

### 8

**8th**
  4:4

### A

**a.m.**
  4:12,14  5:10
**add**
  4:22
**adjourned**
  5:10
**and**
  4:15,21  5:5
**Anything**
  4:22
**April**
  4:8,10,11
**are**
  4:15
**as**
  4:15,20
**at**
  4:11,17,19  5:10
**attaching**
  4:15

### B

**been**
  4:14
**begin**
  4:11
**behalf**
  4:23,25

### C

**central**
  4:3,12
**City**
  4:24
**COHEN**
  4:8,25

### D

**Dalton**
  4:18
**delivery**
  5:7
**deposition**
  4:6,10
**do**
  5:5
**documents**
  4:20

### E

**e-mail**
  5:4
**eastern**
  4:3,12
**else**
  4:22



```
ALBERTO OCHOA vs CITY OF CHICAGO, et al.                                    8
JOSHUA TAYLOR - STATEMENT ON THE RECORD, 04/13/2023  employment..SCHNIDT
```

employment
  4:18
everyone
  5:3
Exhibit
  4:15,16,21
exhibits
  5:4

**F**

fine
  5:8
for
  4:6,10

**G**

Georgia
  4:18

**H**

has
  4:14
He
  4:5,9
his
  4:6,10,15,17

**I**

I'M
  4:9
in
  4:18
is
  4:2,13 5:8

**J**

Joshua
  4:3

**M**

March
  4:4,5,7
marked
  4:20
MASCIOPINTO
  4:23
Mr
  4:14,17,23
MS
  4:2,8,9,22,25 5:2,7

**N**

Nothing
  4:23,25
now
  4:14
Numbers
  4:21

**O**

of
  4:5,16,17,24,25
Okay
  5:2,5
on
  4:4,5,23,25

Oyster
  4:18

**P**

p.m.
  4:19
personally
  4:17
place
  4:17
plaintiff
  5:1
prepared
  5:6
proceedings
  5:9
proof
  4:16
Pub
  4:18

**R**

reflecting
  4:16
Regular
  5:7
REPORTER
  5:5

**S**

scheduled
  4:11
SCHNIDT
  4:2,9,22 5:2,7



```
ALBERTO OCHOA vs CITY OF CHICAGO, et al.                                              9
JOSHUA TAYLOR - STATEMENT ON THE RECORD, 04/13/2023  Index: served..you
```

**served**
  4:4,5,10,14,17

**service**
  4:16

**sorry**
  4:9

**statement**
  5:6

**strike**
  4:4

**subpoena**
  4:6,15

**T**

**Taylor**
  4:3,14,17

**Thanks**
  5:2

**that**
  4:4,16

**the**
  4:2,13,16,18,24 5:4,5,6,9

**this**
  5:6

**time**
  4:2,3,12,13

**to**
  4:11,22

**today**
  4:6,11

**two**
  5:4

**U**

**until**
  4:13

**up**
  5:6

**W**

**waited**
  4:13

**want**
  5:5

**was**
  4:4,5,9,17

**We**
  4:13,14

**were**
  4:20 5:9

**WHEREUPON**
  4:20 5:9

**will**
  5:4

**with**
  4:6

**written**
  5:6

**Y**

**yes**
  4:9 5:7

**you**
  5:4,5

