# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JOSHUA C. RICH ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| vs. ) | _____ |
| ) | |
| MILBANK INSURANCE COMPANY, ) | |
| a foreign insurance company, ) | |
| ) | |
| Defendant ) | |

_____

## DEFENDANT MILBANK INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Comes now, Defendant Milbank Insurance Company, by and through its counsel of record, and files this, its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa. as follows:

(1)   A complete list of the parties and the corporate disclosure statement required by Fed. R. Civ. P. 7.1:

Plaintiff:

Joshua C. Rich

Defendant:

1

The undersigned counsel of record for Milbank Insurance Company certifies that the following is a complete list of any parent corporation and any publicly held corporation that owns 10% or more of the stock of the Defendant: Milbank Insurance Company is a company organized under the laws of the State of Iowa and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 4601 Westown Parkway, Suite 300, West Des Moines, IA 50266.

- Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.
- LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.
- Liberty Mutual Group Inc. owns 100% of the stock of State Automobile Mutual Insurance Company.
- State Automobile Mutual Insurance Company owns 100% of the stock of State Auto Financial Corporation.
- State Auto Financial Corporation owns 100% of the stock of Milbank Insurance Company.

(2)     The undersigned further certifies that the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> William L. Flournoy
> Hair Shunnarah Trial Attorneys, LLC
> 4887 Belfort Road, #200
> Jacksonville, FL  32256
> Attorney for Plaintiff

(3)     The undersigned further certifies that the following is a complete list of all persons serving as attorneys for the parties in this proceeding:

(a)     William L. Flournoy
        Hair Shunnarah Trial Attorneys, LLC
        4887 Belfort Road, #200
        Jacksonville, FL  32256
        Attorney for Plaintiff

(b)     Hilary W. Hunter
        Isenberg & Hewitt, PC
        600 Embassy Row, Suite 150
        Atlanta, Georgia 30328
        Attorney for Defendant
        Milbank Insurance Company

(4)     For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.

(a)     Plaintiff:  Georgia

(b)     Defendant:  Iowa and Ohio.

Respectfully submitted this 7th day of June, 2023.

        ISENBERG & HEWITT, P.C.

        <u>/s/ Hilary W. Hunter</u>
        Hilary W. Hunter
        Georgia Bar No. 742696
        600 Embassy Row, Suite 150
        Atlanta, Georgia 30328
        770-351-4400 - T
        **Attorney for Defendant**
        **Milbank Insurance Company**

## **LOCAL RULE 7.1 CERTIFICATE**

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in L.R. 5.1.C. Specifically, Times New Roman was used in 14 point.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 - T
**Attorney for Defendant**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **JOSHUA C. RICH** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE NO.:** |
| vs. ) | _____ |
| ) | |
| **MILBANK INSURANCE COMPANY,** ) | |
| a foreign insurance company, ) | |
| ) | |
| **Defendant** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed Defendant Milbank Insurance Company Certificate Of Interested Persons And Corporate Disclosure Statement with the Clerk of Court via the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record to this matter as follows:

William L. Flournoy
Hair Shunnarah Trial Attorneys, LLC
wflournoy@hstalaw.com

This 7th day of June 2023.

ISENBERG & HEWITT, P.C.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
600 Embassy Row, Suite 150

Atlanta, GA  30328
(770) 351-4400 (O)
**Attorney for Defendant**