IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEREMY E. PHILLIPS,

      Plaintiff,

    v.

SFC GLOBAL SUPPLY CHAIN, INC.;
JOHN DOE(S) 1-5, ABC
CORPORATIONS(S) (1-5),

      Defendants.

Civil Action File
No.

**ANSWER**

COMES NOW SFC Global Supply Chain, Inc., defendant in the above-styled civil action, and answers plaintiff's Complaint as follows:

FIRST DEFENSE

Portions of plaintiff's Complaint fail to state or set forth claims against the defendant upon which relief can be granted.

SECOND DEFENSE

Plaintiff's claims may be barred by reason of the Georgia Doctrine of Assumption of Risk.

<u>THIRD DEFENSE</u>

The defendant shows that the plaintiff's alleged damages, if any, were directly and proximately caused by plaintiff's own contributory and comparative negligence and failure to exercise ordinary care.

<u>FOURTH DEFENSE</u>

In further answer, the defendant shows that the matter in question and plaintiff's damages, if any, may have been caused by the acts and failure to act of persons or entities other than the defendant.

<u>FIFTH DEFENSE</u>

The plaintiff by the exercise of ordinary care could have avoided the consequences of any act or failure to act of the defendant.

<u>SIXTH DEFENSE</u>

If the defendant was negligent, which defendant emphatically denies, the negligence of the plaintiff equaled or exceeded that of the defendant.

<u>SEVENTH DEFENSE</u>

For its seventh defense, the defendant answers plaintiff's Complaint as follows:

1.

Defendant denies the allegations of paragraphs 1, 4, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 19, and 20 of plaintiff's Complaint.

2.

Defendant can neither admit nor deny the allegations contained in paragraphs 2, 3, 5, and 18 of plaintiff's Complaint for want of sufficient information to form a belief as to the truth thereof, and puts plaintiff upon strict proof of the same.

3.

In response to paragraph 8 of plaintiff's Complaint, Defendant states that the paragraph contains an incomplete statement of legal conclusion so must be denied as pled although it is believed the excerpt quotes part of a statute.

4.

Defendant denies all other allegations in plaintiff's Complaint.

WHEREFORE, having fully answered, defendant prays that it be discharged without costs.

TRIAL BY JURY IS DEMANDED.

Respectfully submitted,

DREW, ECKL & FARNHAM, LLP

/s/ G. RANDALL MOODY
G. RANDALL MOODY
Georgia Bar No. 517702
BRIAN W. JOHNSON
Georgia Bar No. 394745

303 Peachtree Street, N.E.
Suite 3500
Atlanta, Georgia  30308
(404) 885-1400 – phone
(404) 876-0992 – fax
moodyr@deflaw.com
johnsonb@deflaw.com

<u>**CERTIFICATE OF FONT COMPLIANCE**</u>

Counsel for Defendant hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court: Courier New 12 Point.

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have this day served a copy of the within and foregoing **ANSWER** upon all parties concerned via the court's e-filing system which will automatically send email notification of such filing to the attorneys or parties of record:

> J. Craig Lewis
> MONGE & ASSOCIATES
> 8205 Dunwoody Place
> Building 19
> Atlanta, Georgia 30350
> craigl@monge.lawyer
> *Attorneys for Plaintiff*

This 7th day of June, 2023.

> Respectfully submitted,
>
> DREW, ECKL & FARNHAM, LLP
>
>
> /s/ G. Randall Moody
> G. RANDALL MOODY
> Georgia Bar No. 517702
> BRIAN W. JOHNSON
> Georgia Bar No. 394745

303 Peachtree Street, N.E.
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400 – phone
(404) 876-0992 – fax
moodyr@deflaw.com
johnsonb@deflaw.com

13549763v1
32250-254741