# **Exhibit A**

**Exhibit A**



# EMPLOYEE CONFIRMATION OF CONFIDENTIALITY OBLIGATIONS

I, YANIEL ESCALONA, hereby acknowledge that as an employee of North American Medical Corporation, I am under a strict non-compete, non-disclosure agreement which I signed as a condition to my being hired by North American Medical (NAM).

I understand that the non-compete and confidentiality clauses of this contract expressly cover any and all knowledge I now have or will have pertaining to the assembly, repair, moving, installation or training methods used for any and all devices manufactured by NAM.

I understand and agree that any and all installation and/or service work that I perform shall be performed *only* in the name of and *only* under the authority of North American Medical Corporation. I will not give my personal cell or home phone number to any doctor, clinic, NAM customer or other NAM affiliated individuals, at any time for company business or otherwise.

I understand that the contract I signed is effective during the entire period of my employ regardless of any breaks, vacations or leave of absence, as well as for two years subsequent my employment or maximum allowable by Georgia law.

I absolutely will not negotiate nor engage in any side work, service, or consulting   YE
of any kind with any doctor, clinic, or other parties possessing or expecting to possess any device manufactured by NAM. To do so, would be for me to be in direct competition with NAM and its repair, install and training services for fee, therefore I would be causing direct monetary damages to NAM which the company will pursue to the maximum extent allowed by law.

_____    12-09-08
Signature of:                                     Date

_____    10/29/2011

_____    12-09-08
Witness                                            Date

YE



# North American Medical

## EMPLOYEE CONFIRMATION OF CONFIDENTIALITY OBLIGATIONS

I, YANIEL ESCALONA, hereby acknowledge that as an employee of North American Medical Corporation, I am under a strict non-compete, non-disclosure agreement which I signed as a condition to my being hired by North American Medical (NAM).

I understand that the non-compete and confidentiality clauses of this contract expressly cover any and all knowledge I now have or will have pertaining to the assembly, repair, moving, installation or training methods used for any and all devices manufactured by NAM.

I understand and agree that any and all installation and/or service work that I perform shall be performed *only* in the name of and *only* under the authority of North American Medical Corporation. I will not give my personal cell or home phone number to any doctor, clinic, NAM customer or other NAM affiliated individuals, at any time for company business or otherwise.

I understand that the contract I signed is effective during the entire period of my employ regardless of any breaks, vacations or leave of absence, as well as for two years subsequent my employment or maximum allowable by Georgia law.

I absolutely will not negotiate nor engage in any side work, service, or consulting  YE
of any kind with any doctor, clinic, or other parties possessing or expecting to possess any device manufactured by NAM. To do so, would be for me to be in direct competition with NAM and its repair, install and training services for fee, therefore I would be causing direct monetary damages to NAM which the company will pursue to the maximum extent allowed by law.

Yaniel Escalona                                   12-09-08
Signature of:                                     Date

                                                  10/29/2011

                                                  12-09-08
Witness                                           Date

YE

