## Exhibit B

*Harold*

### EMPLOYEE CONFIDENTIALITY, NONDISCLOSURE AND
### NONUSE AGREEMENT

This is an Employee Confidentiality, Nondisclosure and Nonuse Agreement (Agreement) is entered into as of _4- 22_ 2002 by and between: _____  residing at: _____

_Harold Hicks_ _____ hereinafter referred to as "Employee", and North American Medical Corporation hereinafter referred to as "Company", with factory address is located in Marietta, GA, and mail & business at 3350 Riverwood Parkway Suite 1900 Atlanta, GA 30339 and, hereinafter Shall be referred to as "Company",

_____

1. The parties acknowledge that the Company is organized to Manufacture sell and re manufacture & resell medical equipment Specifically designed for a narrow niche medical market of Decompression of the lower and cervical human back. Company and Employee agree and acknowledge that many of the Company's products and services including, but not limited to information regarding distributors and suppliers, and financial and management information, are considered by Company to be trade secrets, confidential and proprietary and not readily accessible to the public. Company believes that such "confidential information" represents a legitimate, valuable and protectible interest in Company and gives the Company a competitive advantage, which otherwise would be lost if this confidential information was improperly disclosed or revealed.

2.     The Employee recognizes and acknowledges that the Company considers the information to be confidential and that the improper disclosure or use of this confidential information by the Employee or others, directly or indirectly, as a result of the Employee's action or inaction, would cause irreparable injury to Company by jeopardizing, compromising, and perhaps eliminating the competitive advantage the Company holds or may hold because of the existence and secrecy of the confidential information.

3.     As used in this agreement, "confidential information" means:

    a.   Information regarding distributors and suppliers, and financial and management information;

    b.   Any information marked by Company as confidential or otherwise identified as confidential;

    c.   Information treated by Company as confidential or as trade secrets; and

    d.   Any media used to store, communicate, transmit, record,

        embody, or otherwise memorialize such confidential information.

4.    Duration.  The obligations set forth herein relating to nondisclosure and nonuse of the confidential information shall remain effective, valid, binding, and otherwise in force in perpetuity or for as long as the confidential information remains confidential.

5.    Nondisclosure.

a.    For the duration of this agreement as set forth in paragraph 4, the Employee shall not disclose or threaten to disclose, the Company's confidential information to any person, partnership, company, or to any other business or governmental agency without the express written consent of the Company.

b.    The Employee agrees, recognizes, and acknowledges that a breach of this nondisclosure agreement constitutes misappropriation of trade secrets and confidential information.

6.    Nonuse.

a.    For the duration of this agreement as set forth in paragraph 4, the Employee shall not use or threaten to use confidential information in any way that is inconsistent with the provisions of this agreement or contrary to the instructions or interests of the Company.

b.    For the duration of this agreement as defined in paragraph 4, the Employee shall not, directly or indirectly, intentionally or negligently allow or assist others in using the Company's confidential information in any way inconsistent with or contrary to the terms of this agreement, or the instructions or interests of the Company.

c.    The Employee agrees, recognizes and acknowledges that a breach of these nonuse obligations shall constitute an improper misappropriation of trade secret and confidential information.

d.    The Employee agrees to return all originals and copies of all documents or other media and tangible property containing the Company's confidential information to the Company at the time the employment relationship is terminated.

7.    Ownership of Confidential Information. Notwithstanding anything to the contrary in this or in any other agreement between or involving the Employee and the Company, the Employee agrees that all ownership rights to the confidential information are held or retained by the Company and no right of ownership shall pass to the Employee pursuant to this agreement

IN WITNESS WHEREOF, this agreement has been executed by the parties on the date and year set forth above.

Signed, sealed and delivered
in the presence of:

Witness
Witness

Witness

Witness

"COMPANY"

By:

"EMPLOYEE"