# EXHIBIT 1

| Date: 01/12/2022 | **BILL OF LADING** | Page 1 |

## SHIP FROM

| | |
|---|---|
| Name: | H-E PARTS INTERNATIONAL |
| Address: | 11 South Nevada street |
| City/State/Zip: | Seattle WA 98134 |
| Expected Ship Date: | 01/12/2022 |
| Shipping Hours: | 06:00-14:30 |
| SID#: | FOB: ☐ |
| Pickup/Delivery Number: | SX79829 |
| Contact Info: | Casey Dryden 2067673130 ext 1248 |
| References: | |

## SHIP TO

| | |
|---|---|
| Name: | IFS C/O TEAMFREIGHT |
| Address: | 1350 NW 121st Ave |
| City/State/Zip: | Miami FL 33182 |
| CID#: | FOB: ☐ |
| Pickup/Delivery Number: | CLSCL22001IZT-60375 (CHILE) |
| Contact Info: | Mariangeles Gomez (305) 714-0023 |
| References: | |

**SPECIAL INSTRUCTIONS:**

**CUSTOMER PO NUMBER:**
**ORDER NUMBER:**

| | |
|---|---|
| Bill of Lading Number: | SHP2902233 |
| ☐ Master Bill of Lading: with attached underlying Bills of Lading | |
| **CARRIER NAME:** | G3N1924 TRANSPORT LLC |
| Carrier Comments: | |
| Service Class: | Standard Rate |
| Quote/Contract Id: | |
| Carrier Instructions: | |
| Messages: | |
| Trailer Number: | |
| Seal Number(s): | |
| **SCAC:** | |

**Freight Charge Terms (freight charges are prepaid unless marked otherwise):**

Prepaid _____  Collect _____  Third Party __X__

**THIRD PARTY FREIGHT CHARGES BILL TO**

| | |
|---|---|
| Name: | GLT |
| Address: | 10 Canal Street # 318 |
| City/State/Zip: | Miami Springs, FL 33166 |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | HM (X) | COMMODITY DESCRIPTION | NMFC # | NMFC CLASS |
| 1 | Units (82Lx65Wx90H in) | | | 10,000 lbs | | ENGINE | | 150 |
| 1 | | | | 10,000 lbs | | GRAND TOTAL | | |

_____ Per _____.

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**Trailer Loaded**   **Freight Counted**

☐ By Shipper    ☐ By Shipper
☐ By Driver     ☐ By Driver/pallets said to contain:
                ☐ By Driver/Pieces:

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order, except as noted.*

**CONSIGNEE SIGNATURE / DELIVERY DATE**