# EXHIBIT 2

# COMMERCIAL INVOICE

Page 1 of 1

| 1. Vendor (Name and Address) | 2. Date of Direct Shipment to Canada |
|---|---|
| B & G MACHINE INC<br>11 SOUTH NEVADA STREET<br>SEATTLE, WA 98134<br>TAX ID 91-0751347 | 1/5/2022 |

| | 3. Other References (Include Purchaser's Order No.) |
|---|---|
| | PO # 29399 |

5. Purchaser's Name and Address (if other than Consignee)

| 4. Consignee (Name and Address) | 6. Country of Transhipment |
|---|---|
| H-E PARTS INTERNATIONAL CHILE SPA.<br>TAX ID  78.279.030-7<br>Ruta 26, KM 15 S/N - SECTOR SALAR DEL CARMEN – Módulos 4-5-6<br>ANTOFAGASTA - CHILE<br>PHONE 56-55-2424446 / Fax 56-55-2424441 | |

| 7. Country of Origin of Goods | If shipment includes goods of different origins |
|---|---|
| USA | enter origins against items in 12. |

9. Conditions of Sale and Terms of Payment
(ie. Sale, Consignment Shipment, Leased Goods, etc.)
SALE

8. Transportation: Mode and Place of Direct Shipment to Canada

10. Currency of Settlement
USD

| 11. No of Pkgs. | 12. Specification of Commodities (Kind of Packages, Marks and Numbers General Description and Characteristics. ie. Grade Quality) | 13. Quantity (State Unit) | 14. Unit Price | 15. Total |
|---|---|---|---|---|
| 1 | CATERPILLAR 3508 D11-R<br>S/N 2GR03059<br>AR 155-5556 | 1 | 169,500.00 | $ 169,500.00 |

18. If any fields 1 to 17 are included on an attached commercial invoice, check this box.
Commercial Invoice No.

| 16. Total Weight | | 17. Invoice Total |
|---|---|---|
| Net | Gross 10,000 LBS | $ 169,500.00 |

19. Exporter's Name and Address (if other than Vendor)

20. Originator (Name and Address)

21. Departmental Ruling (if applicable)

22. If fields 23 to 25 are not applicable, check this box.  [X]

| 23. If included in field 17 indicate amount: | 24. If not included in field 17 indicate amount: | 25. Check (if applicable): |
|---|---|---|
| (i) Transportation charges, expenses and insurance from place of direct shipment to Canada<br>$ _____ | (i) Transportation charges, expenses and insurance to the place of direct shipment to Canada<br>$ _____ | (i) Royalty payments or subsequent proceeds are paid or payable by the purchaser. [ ] |
| (ii) Costs for construction, erection and assembly incurred after importation into Canada<br>$ _____ | (ii) Amounts for commmissions other than buying commissions<br>$ _____ | (ii) The purcahser has supplied goods or services for use in the production of these goods [ ] |
| (iii) Export packing<br>$ _____ | (iii) Export packing<br>$ _____ | |

Department of National Revenue - Customs and Excise

**United States - Chile Free Trade Agreement**
**CERTIFICATE OF ORIGIN**
(Instructions on reverse)

**Tratado de Libre Comercio Chile - Estados Unidos**
**CERTIFICADO DE ORIGEN**
(Instrucciones al reverso)

1. Exporter's Name, Address and Tax identification Number:
Nombre, dirección y Número de Rol Unico Tributario del exportador

HE PARTS INTERNATIONAL ( B&G MACHINE )
11 S . NEVADA ST.
SEATTLE - WA, 98134
USA

TAX IDENTIFICATION NUMBER
91-0751347

2. Blanket Period:
Período que cubre:

From / De: D 1  M 1  Y-A 2022
To / A: D 31  M 12  Y-A 2022

3. Producer's Name, Address and Tax identification Number:
Nombre, dirección y Número de Rol Unico Tributario del productor:

AVAILABLE TO CUSTOMS UPON REQUEST

4. Importer's Name, Address and Tax identification Number:
Nombre, dirección y Número de Rol Unico Tributario del importador:

HE PARTS INTERNATIONAL CHILE SPA
COBIJA 372 - BARRIO INDUSTRIAL
ANTOFAGASTA - CHILE
Tax ID - 78,279,030-7

| 5. Description of Good(s) - Descripción del (los) bien (es) | 6. HS Tariff Classification / Clasificación Arancelaria | 7. Preference Criterion / Criterio para trato preferencial | 8. Producer / Productor | 9. RVC / VCR | 10. Country of Origin / Pais de origen |
|---|---|---|---|---|---|
| CATERPILLAR 3508 D11-R ENGINE | 8408.2 | B | YES | NO | USA |

11.
I certify that:
- The Information on this documet is true and accurate and I assume the responsability for proving such representations, I understand that I am liable for any false statements or material omissions made on or in connection with this document;

- I agree to mantain, and present upon request, documentation necessary to support this Certificate, and to inform, in writting, all persons to whom the Certificate was given of any changes that would affect the accuracy or validity of this Certificate;

- The goods originated in the territory of one or more of the Parties, and comply with the origin requirements specified for those goods in the United States-Chile Free Trade Agreement, and unless specifically exampled in Article 4.11 of Annex 4.1, there has been no further production or any other operation outside the territories of the Parties; and

Declaro bajo juramento que:
- La información contenida en este documento es verdadera y exacta y me hago responsable de comprobar lo aqui declarado, Estoy consciente que seré responsable por cualquier declaración falsa u omisión hecha en o relacionada con el presente documento.

- Me comprometo a conservar y presentar, en caso de ser requerido, los documentos necesarios que respalden el contenido del presente certificado, asi como a notificar por escrito a todas las personas a quienes entregue el presente certificado, de cualquier cambio que pudiera afectar la exactitud o validez del mismo.

- Los bienes son originarios del territorio de una o ambas Partes y cumplen con todos los requisitos de origen que les son aplicables conforme al Tratado de Libre Comercio Chile-Estados Unidos, no han sido objeto de procesamiento ulterior o de cualquier otra operación fuera de los territorios de las Partes; salvo en los casos permitidos en el Artículo 4.11 o en el Anexo 4.1.

This Certificate consists of  1  pages, including all attachements
Este Certificado se compone, de  1  hojas incluyendo todos sus anexos.

Authorized Signature - Firma autorizada
Name - Nombre: CASEY DRYDEN
Date - Fecha: D 5  M 1  Y-A 2022
Telephone - Teléfono: 206.716.8548

Company - Empresa: H-E PARTSINTERNATIONAL
Title - Cargo: WAREHOUSE TECH 4
FAX - Fax:

12. Observaciones
Invoice

Form Approved OMB 2060-0717   Approval Expires June 30, 2023

# ⭐EPA United States Environmental Protection Agency Engine Declaration Form
## Importation of Engines, Vehicles, and Equipment Subject to Federal Air Pollution Regulations

U.S. EPA, Compliance Division, 2000 Traverwood Dr., Ann Arbor, Michigan 48105. (734) 214-4100; imports@epa.gov; www.epa.gov/otaq/imports/

This form must be submitted to the U.S. Customs and Border Protection (Customs) by the importer for each imported stationary, nonroad or heavy-duty highway engine, including engines incorporated into vehicles or equipment, but not for new products covered by an EPA certificate of conformity, bearing an EPA emission control label, if the original manufacturer is the importer. Note that references in this form to engines generally include vehicles or equipment if they are subject to equipment-based standards. One form per engine or group of engines in a shipment may be used, with attachments including all information required to fully describe each engine as below. This form must be retained for five years from the date of entry (19 CFR 163.4). Additional requirements may apply in California. NOTE: While certain imports require specific written authorization from EPA, CBP may request EPA review of importer documentation and eligibility for any import using this form. For light-duty motor vehicles, highway motorcycles, and the corresponding engines, use form 3520-1. This form does not apply to aircraft engines.

**Identify the type of highway, nonroad, or stationary engine, vehicle, or equipment you are importing from the following list of products:**
☐ A. Heavy-duty highway engines (for use in motor vehicles with gross vehicle weight rating above 8500 pounds). See 40 CFR parts 85, 86, and 1036.
☐ B. Locomotives or locomotive engines. See 40 CFR parts 1033 and 1068.
☐ C. Marine compression-ignition engines. See 40 CFR parts 1042 and 1068. This includes propulsion engines and auxiliary engines installed on marine vessels.
☒ D. Other nonroad compression-ignition engines. See 40 CFR parts 1039 and 1068.
☐ E. Marine spark-ignition engines. See 40 CFR parts 1045 and 1068.
☐ F. Recreational engines and vehicles, including snowmobiles, off-highway motorcycles, all-terrain vehicles, and offroad utility vehicles that are subject to the same emission standards as all-terrain vehicles. See 40 CFR parts 1051 and 1068.
☐ G. Other nonroad spark-ignition engines at or below 19 kW (or at or below 30 kW if total displacement is at or below 1000 cc). See 40 CFR parts 1054 and 1068.
☐ H. Other nonroad spark-ignition engines above 19 kW. See 40 CFR parts 1048 and 1068.
☐ I. Stationary compression-ignition engines. See 40 CFR part 60, subpart IIII.
☐ J. Stationary spark-ignition engines. See 40 CFR part 60, subpart JJJJ.

**Check one of the following Codes to indicate the provision under which you are importing the engine, vehicle, or equipment:**
☒ **1. U.S. certified engine or engine installed in a certified vehicle,** covered by a valid EPA certificate of conformity and bearing an EPA emission control label in English. Additional information for Category G engines from 2010 and later model years (see 40 CFR 90.1007 or 1054.690):
Exempt from bond?____. If not exempt, NAIC # for bond issuer:_____, policy number:_____, state of issue:__.

### Permanent Exemptions for Nonconforming Engines
☐ **2. National security.** Importing a labeled (where applicable) engine subject to 40 CFR 1068.315(a). For certain types of tactical equipment, this exemption may require prior EPA approval.
☐ **3. Manufacturer-owned engine.** Importing a labeled engine by an engine manufacturer holding a current U.S. EPA certificate of conformity, subject to 40 CFR 1068.315(b).
☐ **4. Replacement engine.** Importing a labeled engine by an engine manufacturer holding a current U.S. EPA certificate of conformity subject to 40 CFR 1068.315(c). This exemption does not apply to locomotive engines.
☐ **5. Extraordinary circumstances/hardship.** Importing a labeled engine subject to 40 CFR 1068.315(d). An EPA letter of approval must be attached.
☐ **6. Hardship for small-volume manufacturers.** Importing a labeled engine subject to 40 CFR 1068.315(e). An EPA letter of approval must be attached to this form.
☐ **7. Equipment-manufacturer hardship.** Importing a labeled engine subject to 40 CFR 1068.315(f). This may also apply to secondary engine manufacturers. An EPA letter of approval must be attached to this form.
☐ **8. Identical configuration.** Importing an engine subject to 40 CFR 1068.315(h). Such an engine must be identical in all material respects to a U.S.-certified version, and the importer must have owned it for at least six months before importation. An EPA letter of approval must be attached to this form. This exemption does not apply to locomotives.
☐ **9. Ancient engine.** Importing an engine first manufactured at least 21 years earlier that is still in its original configuration, subject to 40 CFR 1068.315(i). This exemption does not apply to locomotives.

### Temporary Exemptions for Nonconforming Engines
The following temporary exemptions apply for importing nonconforming engines. For companies that are not certificate holders for the sectors identified above (A-J), EPA requests bonding with the U.S. Customs and Border Protection for the full value of the imported products to make sure you comply with applicable requirements.
☐ **10. Repairs or alterations.** Importing an engine for repair or alteration subject to 40 CFR 1068.325(a) or 85.1511(b)(1). An EPA letter of approval must be attached.
☐ **11. Testing.** Importing an engine for testing subject to 40 CFR 1068.325(b) or 85.1511(b)(2). Appropriate labeling is required for some engines and recommended for all engines. An EPA letter of approval must be attached.
☐ **12. Display.** Importing an engine for display subject to 40 CFR 1068.325(c) or 85.1511(b)(4). Appropriate labeling is required for some engines and recommended for all engines. An EPA letter of approval must be attached.
☐ **13. Export.** Importing an engine for eventual export, subject to 40 CFR 1068.325(d). NOTE: The engine and/or shipping container must be labeled or tagged to identify them as solely for export.
☐ **14. Diplomatic or military.** Importing an engine subject to 40 CFR 1068.325(e). This exemption is limited to members of the armed forces or personnel of a foreign government on assignment to the U.S. for whom free entry has been authorized in writing by the U.S. Department of State, or for members of the armed forces of a foreign country with official orders for duty in the U.S. This exemption does not apply to locomotive or marine compression-ignition engines.
☐ **15. Delegated assembly.** Importing a labeled engine for delegated assembly subject to 40 CFR 1068.325(f) or 1033.630. This exemption does not apply to handheld spark-ignition engines or engines for recreational vehicles.
☐ **16. Partially complete engine.** Importing an engine not yet in its final configuration covered by a certificate of conformity (or an engine that will be installed in a vehicle covered by a certificate of conformity), subject to 40 CFR 1068.325(g). This also applies to an engine covered by a valid exemption. A certificate holder may also import a partially complete engine from its foreign facility to its U.S. facility as described in 40 CFR 1068.325(g).

| EPA Form 3520-21 | CBP entry no:  Format XXX-9999999-9 | Pg 1 of 2 |

## Importation of Engines Excluded from U.S. EPA Emission Standards

☐ **17. Engine manufactured before emission standards started to apply.** These engines must generally have already been placed into service. See the attached schedule. Note that 40 CFR 1068.360 disallows importation of new engines not certified to standards corresponding to the model year before the year of importation.

☐ **18. Competition engine.** The engine must be used solely for competition, subject to 40 CFR 1068.310(a) or 85.1511(e). An EPA letter of approval must be attached.

☐ **19. Stationary compression-ignition engine with displacement at or above 30 liters per cylinder or stationary spark-ignition engine above 19 kW that is not designed to run on gasoline or, if rich-burn, on liquified petroleum gas.** These stationary engines are subject to EPA emission standards under 40 CFR part 60 Subparts IIII and JJJJ, but are not required to be certified. The engine must be used in a stationary manner. See 40 CFR 60.4219, 60.4248 and 1068.310(b). The engine must be labeled as described in 40 CFR 1039.20 or 1048.20, as applicable. NOTE: Stationary engines may be subject to state or local regulations.

☐ **20. Underground mining.** Engine must be used in underground mining and regulated by the Mining Safety and Health Administration (MSHA). See 40 CFR 1039.5; see also 30 CFR parts 7, 31, 32, 36, 56, 57, 70, and 75. For compression-ignition engines only.

☐ **21. Hobby engine.** Engine must be used to power a reduced-scale model of a vehicle not capable of transporting a person. See 40 CFR 1068.310(c).

## Exemptions for Specific Engine Categories or Other Special Cases

☐ **22. Transition Program for Equipment Manufacturers.** Importing a piece of equipment, subject to 40 CFR 1039.625 and 1039.626 (Category D). Maximum engine power: _____ ☐ kW ☐ HP (or identify the regulatory power category). Exempt from bond?____. If not exempt, NAIC # for bond issuer:_____, policy number:_____, state of issue:___.

☐ **23. Personal-use exemption for small spark-ignition engines.** Importing three or fewer nonroad spark-ignition engines at or below 19 kW for purposes other than resale, where the importer has not used this exemption in the previous five years, subject to 40 CFR 1054.630.

**24. Engine imported by an Independent Commercial Importer recognized by EPA.** Only for Categories A and D above.

  ☐ 24a. For modification under an EPA certificate issued for the specific make, model, and model year under 40 CFR 85.1505, 89.605 or 1039.660.

  ☐ 24b. For modification and testing according to 40 CFR 85.1509. NOTE: The imported engine must be at least 6 years old.

  ☐ 24c. For precertification testing to obtain an EPA certificate under 40 CFR 85.1511(b)(3). NOTE: CBP bond is required. Specify location of storage (required for 24a and 24b): _____

NOTE: Under 24a and 24b, you may import up to five highway engines in a given model year that are certified to standards based on an engine's original production year. You may import any number of engines certified to standards that apply based on the year the engine is modified. See 40 CFR 85.1503.

☐ **25. Other exemption.** Describe the exemption, attach EPA approval (if applicable), and identify the regulatory cite:
_____
_____

## Declaration of Stationary, Nonroad or Heavy-duty Highway Engine, Nonroad Vehicle or Equipment, or Stationary Equipment

| Port code: | CBP entry no: | Entry date: | Engine manufacturer; model and serial number of each engine; for certified engines or vehicles, also identify the engine family name: |
|---|---|---|---|
| Format: 9999 | Format: XXX-9999999-9 | Format: mm/dd/yyyy | S/N 2GR03059<br>AR 155-5556 |

| Identify the engine (or vehicle) build date:<br>12  month 2000  year  ☒ on engine ☐ other (explain) | Vehicle or equipment manufacturer; model, serial number, and type of equipment (if applicable): |
|---|---|

EPA exemption number, required for codes 10, 11, 12, 18:

## Names, Addresses, and Telephone Numbers of Relevant Parties

**Certification:** I certify that I have read and understand the purpose of this form, the penalties for falsely declaring information, for providing misleading information, or for concealing a material fact. The information I have provided is correct, and all required attachments are appended to this form. I authorize EPA Enforcement Officers to conduct inspections or testing permitted by the Clean Air Act. I am the owner, the importer, or an agent of the owner or importer.

| Signature | Printed name:<br>CASEY DRYDEN | Date:<br>01/05/2022<br>Format: mm/dd/yyyy |
|---|---|---|

Identify the name, address, phone number, and e-mail address for the importer, broker, and owner as applicable:

| Importer (required):<br>H-E PARTS INTERNATIONAL CHILE SPA.<br>TAX ID 78.279.030-7<br>Ruta 26, KM 15 S/N - SECTOR SALAR DEL CARMEN – Módulos 4-5-6<br>ANTOFAGASTA - CHILE<br>PHONE 56-55-2424446 / Fax 56-55-2424441 | Broker (optional): | Owner (optional): |
|---|---|---|

EPA Form 3520-21

# ENGINE TEST [2GR03059]

*(2GR03059)-ENGINE (7PZ00408)-MACHINE (4BT00465)-*
*TRANSMISSION PACKAGE (1SY01186)-TRANSMISSION*

**JANUARY 05, 2022**

For Help Desk Phone Numbers Click here

**Sales Model:** 3508B
**TMI Load Date:** 27Dec2000
**Built Date:** 23Dec2000
**Shipped Date:** 09Jan2001
**Plant:** Lafayette

**Tested Date:** 27Dec2000
**Tested:** B
**Cell Number:** 508

Show 50 entries                                                            Search:

| Test Element | Eng Updates | Test Value | Test Spec Value | Measure |
|---|---|---|---|---|
| Spec Number | | 0K0722 | 0K0722 | |
| Arrangement Number | | 1555556 | 1555556 | |
| Corr Fl Power | | 941 | 936 | HP |
| Speed | | 1,800 | 1,800 | RPM |
| COR FL FUEL RATE | | 46.9 | 47.6 | GAL/HR |
| CSFC | | 0.353 | 0.355 | LB/HP-HR |
| Adj Boost | | 61.4 | 61.7 | IN HG |
| Fuel Pressure | | 75 | 77 | PSI |
| Oil Pressure | | 65 | 64 | PSI |
| TQ COR FUEL RATE | | 41.2 | 41.5 | GAL/HR |
| TQ CK CSFC | | 0.331 | 0.335 | LB/HP-HR |
| TQ CK ADJ BST | | 52.6 | 52.4 | IN HG |
| Torq Ck Speed | | 1,300 | 1,300 | RPM |
| TQ CK COR TQ | | 3,562 | 3,621 | LB.FT |
| Low Idle Speed | | 650 | 650 | RPM |
| Low Idle Oil Pressure | | 33 | 32 | PSI |
| High Idle Speed | | 1,980 | 1,980 | RPM |
| FL Static Fuel Setting | | 0.728 | 0.728 | IN |
| FT Static Fuel Setting | | 0.756 | 0.756 | IN |
| Full Load Setting(FLS) Intercept | | 0 | 0 | |
| Full Torque Setting(FTS) Slope | | 0 | 0 | |

Showing 1 to 21 of 21 entries                                Previous  1  Next

| | Value | Unit |
|---|---|---|
| Advertised Power | 850 | HP |
| Advertised Speed | 1,800 | RPM |

Caterpillar Confidential: **Green**
Content Owner: Commercial Processes Division
Web Master(s): PSG Web Based Systems Support
Current Date: 1/5/2022, 11:47:51 AM
© Caterpillar Inc. 2022 All Rights Reserved.
Data Privacy Statement.

# DRAIN AND/OR PURGE STATEMENT

DATE: 01/05/2022

I CERTIFY THAT THIS EQUIPMENT IS FREE OF ALL HAZARDOUS FLUIDS, GARBAGE & HAZARDOUS MATERIALS TO INCLUDE COOLANTS, ENGINE OIL, TRANSMISSION FLUID, AXLE AND DIFFERENTIAL OIL, TRANSFER CASE OIL, BATTERIES AND ANY OTHER FLUIDS CONTAINED IN THIS ITEM.

POC: CASEY DRYDEN

SIGNATURE: _[signature]_

E-MAIL: casey.dryden@h-eparts.com

PHONE: 206.716.8548