# EXHIBIT 3



**For Customer Support refer to the appropriate platform below:**

**Police Records Retrieval**
800-934-9698
PoliceRecords.support@lexisnexisrisk.com

**Accurint for Insurance**
866-277-8407
Accurint.support@lexisnexisrisk.com

PAGE COUNT: 9

```
CLIENT:     107040
DIVISION:   PCAOHIOV704C
ADJUSTER:   A105189
CLAIM:      22-2205200

TRANSACTION #: 1632797011
DATE:              2022-01-21 19:36:58.0

DATE OF LOSS: 01/14/2022          TIME OF LOSS:
STREET:       EAST BOUND I-90
CITY:         SHERIDAN
COUNTY:       SHERIDAN
STATE:        WY

INVESTIGATING AGENCY: WY HP
REPORT NUMBER:      22-00004333
REPORT TYPE:        AUTOACCIDENT
PARTY1:             QUAN HATTEN
PARTY2:
PARTY3:

CAR: 3500    MAKE: RAM      YEAR: 2018
             TAG:  XJY410

ADDITIONAL INFO:
```

NOTE:

THANK YOU FOR YOUR ORDER!

9 Pages via SFTP Sat, 22 Jan 2022 01:07:13 GMT

CASE NO. 2 2 - 0 0 0 0 4 3 3 3



# INVESTIGATOR'S TRAFFIC CRASH REPORT

Mail completed form within 10 days to: Wyoming Department of Transportation
Crash Records
5300 Bishop Boulevard
Cheyenne, WY 82009-3340

**Date of Crash** (yyyy/mm/dd): 2 0 2 2 / 0 1 / 1 4
**Time** (24 hr): 0 6 : 3 4

**Day of Week:** Fr ●

**Police Notified** Date: 2022/01/14  Time: 06:39
**Arrived:** 2022/01/14  07:51
**EMS Notified:** / /   :
**Arrived:** / /   :
**EMS Hospital Arrival Time:** :

**Combined Total Damage greater than or equal to $1,000:** Yes ●  No ○
**Hit & Run:** Yes ○  No ●
**Crash Resulting from Prior Crash:** Yes ○  No ●
**Investigated at the Scene:** Yes ●  No ○
**Photo/Video:** Photo ●  Video ○  None ○  Both ○

**Occurred on Private Property:** Yes ○  No ●
**Public/Private Property Damage:** Yes ○  No ●
**Estimated Amount of Non-Vehicle Property Damage:** $

**# Vehicles:** 01
**# Drivers:** 01
**# Persons:** 02
**# non Motorists:** 00
**# Injured:** 00
**# Killed:** 00

**County:** SHERIDAN
**GPS Latitude:** 44.684 0076
**City:**
**GPS Longitude:** -106.899822

**Crash Occurred on: Highway/Street:** I 90
**Milepost Marker:** 031.979
**Highway LRS #** CAT: ML  ID#: 90  DIR: I

**At Intersection with: Highway/Street:**
**Occurred on Divided RDway:** No ○  Yes ●
**Incr / Decr:** Incr ●  Decr ○  Unknown ○

**Related Intersection: Highway/Street:**

---

### INSTRUCTIONS
**TO ENSURE ACCURACY**
PRINT IN UPPER-CASE LETTERS USING A BLACK OR DARK BLUE PEN!
PRINT NEATLY

A B C D 4 5 6 7 8

If 'Other' is selected in any field, describe in narrative
If a vehicle is towed, describe towed vehicle in narrative

---

**mark if attached** — **SUPPLEMENTAL REPORTS**
○ If more than 2 vehicles are involved, complete form 'Supplemental Additional Vehicle/Driver Form'
○ If more than 5 persons in a crash, complete form 'Supplemental Additional Vehicle Occupant Information'
● Trucks or Commercial Motor Vehicles complete form 'Supplemental Truck/CMV Information'
○ If a non-motorist is involved, complete form 'Supplemental Non-Motorist'
○ If a bus is involved and carrying passengers, complete form 'Supplemental Bus Information'
○ If any drug tests are performed, complete 'Supplemental Drug Test Results'
○ Previous report submitted

**Investigating Agency:** 06
01 - City PD  02 - Sheriff  03 - BIA
04 - Forest Service  05 - Campus Police  06 - WHP  07 - Other
**Division (WHP only):** C

**Badge #:** 151
**Officer Name & Rank:** First: JACOB  MI: D  Last: CHESER  Rank: TROOPER

Signature: (signed)
**Report Date (yyyy/mm/dd):** 2020/01/14

---

**Highway Safety Use Only**

**Proximity to Residence:** 1-Same Town  2-25 miles or less  3-25 miles Plus  4-Out of State
**Highway District:** 4
**Date Received:** / /
**Crash Type:** ○ G ≥ $1,000  ○ M - Missing Location  ○ N ≤ $1,000  ○ I - Industrial Crash  ○ P - Private  ○ D - Deliberate
**Report Number:**

PR902
Revised 01/08/2018

# Base Information

## FIRST HARMFUL EVENT  `4 | 1`

**Non - Collision:**
- 01 - Overturn/Rollover
- 02 - Fire/Explosion
- 03 - Immersion
- 04 - Jacknife
- 05 - Cargo/Equipment Loss or Shift
- 06 - Equipment Failure
- 12 - Fell/Jumped from a motor vehicle
- 13 - Thrown or Falling Object
- 16 - Carbon Monoxide (CO) Poisoning
- 17 - Injuries by being thrown against part of the vehicle
- 18 - Other Non-Collision (Motorcycle Loss of Control)

**Collision w/ Person, MV, or Non-Fixed Object:**
- 19 - Pedestrian
- 20 - Pedacycle
- 21 - Railway Vehicle
- 22 - Motor Vehicle in Transport on Roadway
- 23 - Motor Vehicle on OTHER Roadway
- 24 - Parked Motor Vehicle
- 26 - Other NON-Fixed Object
- 27 - Work Zone/Maintenance Equipment
- 28 - Work Zone Channeling Device
- 29 - Object Set in Motion by Another Vehicle (Single Vehicle Crash)

**Animals:**
- 30 - Horse
- 31 - Cow
- 32 - Pig
- 33 - Sheep
- 34 - Other Domestic (Dog, Llama, etc)
- 35 - Elk
- 36 - Deer
- 37 - Moose
- 38 - Antelope
- 39 - Buffalo
- 40 - Other Wild (Bear, Coyote, Eagle)

**Collision w/ Fixed Object:**
- 41 - Guardrail End
- 42 - Guardrail Face
- 43 - Impact Attenuator/Crash Cushion
- 44 - Bridge Pier or Support
- 45 - Bridge Overhead Structure
- 46 - Bridge Rail
- 47 - Concrete Traffic Barrier/Jersey Barrier
- 48 - Other Traffic Barrier (Includes temporary)
- 49 - Utility Pole/Light Support
- 50 - Traffic Signal Support
- 51 - Traffic Sign Support
- 52 - Overhead Traffic Sign
- 53 - Sign Support Single Post
- 54 - Sign Support Multiple Post
- 55 - Other Traffic Sign Support
- 56 - Barricade
- 57 - Tree/Shrubbery
- 58 - Cut Slope
- 59 - Road Approach
- 60 - Rock, Boulder, Rock Slide
- 61 - End of Drainage Pipe/Structure/Culvert
- 62 - Building or Other Structure Wall
- 63 - Fence (Including Post)
- 64 - Raised Median or Curb
- 65 - Delineator Post
- 66 - Earth Embankment/Berm
- 67 - Ditch
- 68 - Snow Embankment
- 69 - Mail Box
- 70 - Tunnel
- 71 - Cattle Guard
- 72 - Fixed Object Other
- 73 - Cable Barrier
- 99 - Unknown

## Location of FHE  `0 | 2`
- 01 - On Roadway
- 02 - Off Roadway
- 03 - Shoulder
- 04 - Median
- 05 - On OTHER Roadway
- 06 - Outside of ROW
- 07 - Gore
- 08 - Separator
- 09 - In Parking Lane/Zone
- 10 - Tunnel
- 11 - Bridge
- 12 - Port of Entry
- 13 - Rest Area
- 99 - Unknown

## Road Circumstance  (choose up to 3)
1st choice `0 | 1`   2nd choice ` | `   3rd choice ` | `
- 01 - None
- 02 - Road Surface Condition
- 03 - Debris, loose material on the surface
- 04 - Ruts, Holes, Bumps
- 05 - Work Zone/Construction Zone
- 06 - Worn or Polished Surface
- 07 - Obstruction in Roadway
- 08 - Traffic Control Device Missing
- 09 - Traffic Control Device Inoperative
- 10 - Traffic Control Device Obscured
- 11 - Shoulders (None, Low, Soft, High)
- 12 - Non- Highway Work
- 13 - Reduced Road Width
- 14 - Lane Markings Missing or Faded
- 15 - Obstructed by a Previous Crash
- 16 - Other
- 99 - Unknown

## Work Zone Related  `0 | 2`
01 - Yes   02 - No   99 - Unknown

### Work Zone Workers Present ` | `

### Work Zone Location ` | `
- 01 - Before the First Warning Sign
- 02 - Advance Warning Area
- 03 - Transition Area
- 04 - Activity Area
- 05 - Termination Area
- 99 - Unknown

### Type of Work Zone ` | `
- 01 - Lane Closure
- 02 - Lane Shift or Crossover
- 03 - Work on Shoulder/Median
- 04 - Intermittent or Moving Work
- 05 - Other
- 99 - Unknown

## Manner of Collision *see diagram right*  `1 | 2`
- 01 - Rear End (Front to Rear)
- 02 - Head On (Front to Front)
- 03 - Angle Same Direction (Front to Side)
- 04 - Angle (Front-to-Side), Opposing Direction
- 05 - Angle Right (Front to Side, includes Broadside)
- 06 - Angle Direction not Specified
- 07 - Sideswipe Same Direction (Passing)
- 08 - Sideswipe Opposite Direction (Meeting)
- 09 - Rear to Side (Normally Backing)
- 10 - Rear to Rear (Normally Backing)
- 11 - Rear to Front (Normally Backing)
- 12 - Not a Collision w/2 Vehicles in Transport
- 13 - Other
- 99 - Unknown

## Direction of Force  `0 | 3`
- 01 - Opposing (Opposite Direction within 15 degrees)
- 02 - Angle (force exceeds 15 degrees)
- 03 - Same (same direction within 15 degrees)
- 04 - Meeting (glancing collision from opposite direction)
- 05 - Passing (glancing collision from same direction)
- 99 - Unknown

## Weather
1st choice `0 | 3`   2nd choice `0 | 9`
- 01 - Clear
- 02 - Raining
- 03 - Snowing
- 04 - Fog
- 05 - Blowing Dust/Sand/Dirt
- 06 - Severe Wind Only
- 07 - Blizzard
- 08 - Sleet/Hail/Freezing Rain
- 09 - Blowing Snow
- 10 - Cloudy,Overcast
- 11 - Smoke
- 12 - Other
- 99 - Unknown

## Environmental Circumstance (choose up to 3)
1st choice `0 | 1`   2nd choice ` | `   3rd choice ` | `
- 11 - None
- 01 - Weather Conditions
- 02 - Visual Obstruction Buildings
- 03 - Visual Obstruction Other Vehicle
- 04 - Visual Obstruction Vegetation
- 05 - Visual Obstruction Hillcrest
- 06 - Visual Obstruction Embankment-Snow, Rock,etc
- 07 - Other Physical Obstruction
- 08 - Glare (Sun or Headlight)
- 09 - Animals in Roadway
- 10 - Other
- 99 - Unknown

## Relation to Junction  `1 | 2`

**Non-Interstate**
- 01 - Non-Junction
- 02 - Intersection
- 03 - Intersection Related
- 04 - Driveway Related
- 05 - Entrance/Exit Ramp
- 06 - Railway Grade Crossing
- 07 - Crossover Related
- 08 - Business Entrance
- 09 - Alley
- 10 - Other Non-Interchange (ie. Bike, Snowmobile Trail, School Xing)
- 11 - Private Road Junction
- 99 - Unknown (describe in narrative)

**Interstate**
- 12 - Thru Roadway
- 13 - Intersection
- 14 - Intersection Related
- 15 - Ramp
- 16 - Other Parts (Gore)
- 99 - Unknown Interchange
- 07 - Crossover Related

## Type of Intersection  `0 | 1`
- 01 - Not an Intersection
- 02 - Four (4) -Way Intersection
- 03 - T Intersection
- 04 - Y Intersection
- 05 - Five (5) Point or more
- 06 - Intersection as part of an Interchange
- 07 - Roundabout
- 08 - L Intersection
- 09 - Diverging Diamond
- 99 - Unknown

## Road
1st choice `0 | 3`   2nd choice `0 | 4`
- 01 - Dry
- 02 - Wet
- 03 - Ice/Frost
- 04 - Snow
- 05 - Mud/Dirt/Gravel
- 06 - Slush
- 07 - Oil/Fuel
- 08 - Sand on Dry Pavement
- 09 - Sand on Icy Road
- 10 - Water standing/Running
- 11 - Other
- 99 - Unknown

## Lighting  `0 | 2`
- 01 - Daylight
- 02 - Darkness Unlighted
- 03 - Darkness Lighted
- 04 - Dawn
- 05 - Dusk
- 06 - Other
- 99 - Unknown

## School Bus Related  `0 | 1`
- 01 - No
- 02 - Yes, Directly Involved
- 03 - Yes, Indirectly Involved



## Manner of Collision CLARIFICATION
- 01 - Rear End (Front-to-Rear)
- 02 - Head-on (Front-to-Front)
- 03 - Angle (Front-to-Side), Same Direction
- 04 - Angle (Front-to-Side), Opposing Direction
- 05 - Angle (Front-to-Side), Right Angle/Broadside

Page 3

I90 EAST BOUND

MEDIAN

**Witnesses**

**1st**
First Name | MI | Last Name
Street Number | Street Name | City: | State: | Zip Code
○ Home  ○ Work  ○ Cell Phone   and/or   ○ Home  ○ Work  ○ Cell Phone

**2nd**
First Name | MI | Last Name
Street Number | Street Name | City: | State: | Zip Code
○ Home  ○ Work  ○ Cell Phone   and/or   ○ Home  ○ Work  ○ Cell Phone

**3rd**
First Name | MI | Last Name
Street Number | Street Name | City: | State: | Zip Code
○ Home  ○ Work  ○ Cell Phone   and/or   ○ Home  ○ Work  ○ Cell Phone

# NARRATIVE PAGE

Roadways at the time of the crash were icy and snow covered with snowfall and high winds in the area. These conditions began in Montana for east bound traffic. Vehicle #1 was a Dodge truck pulling a gooseneck trailer loaded with an engine for a Caterpillar dozer.

Vehicle #1 was in the right lane negotiating a downhill slope with a curve to the left. The driver was driving very fast for the road and weather conditions when the combination lost traction on the slick roads. The combination began to slide to the right and the driver steered to the right to regain control of the truck. The driver was able to get the truck to straighten out but the trailer continued sliding off of the roadway. The combination jackknifed to the right and the trailer struck the end of a guardrail on the right side of the roadway. The impact caused the load to come off of the trailer and caused the trailer to cross both lanes of travel. The combination unit came to rest partly blocking the left lane with the trailer severely damaged from the impact.

Driver #1 was issued a citation for operating a commercial vehicle without a commercial drivers license and failure to exercise extreme caution while operating a commercial vehicle.

Driver #1 was also found to be in violation of his hours of service during the course of a CVSA inspection.

Page 5 | Vehicle No. 01  02  03... `0` `1` | **Vehicle Information** | PR902A Revised 03/07/2017

### Sequence (choose up to 4:)
- 1st event: `0` `8`
- 2nd event: `4` `1`
- 3rd event:
- 4th event:

### Most Harmful Event (choose 1): `4` `1`

### Non-Collision
- 01 - Overturn/Rollover
- 02 - Fire/Explosion
- 03 - Immersion
- 04 - Jackknife
- 05 - Cargo/Equipment Loss or Shift
- 06 - Equipment Failure
- 07 - Separation of Units
- 08 - Ran Off the Road Right
- 09 - Ran Off the Road Left
- 10 - Cross Median
- 74 - Cross Centerline
- 11 - Downhill Runaway
- 12 - Fell/Jumped from a MV
- 13 - Thrown or Falling Object
- 14 - Avoiding an Object on Road
- 15 - Avoiding an Animal on Road
- 16 - Carbon Monoxide (CO) Poisoning
- 17 - Injuries by being thrown against part of vehicle
- 18 - Other Non-Collision (MC Loss of Control)

### Collision w/ Person, MV, or Non-Fixed Object
- 19 - Pedestrian
- 20 - Pedacycle
- 21 - Railway Vehicle
- 22 - Motor Vehicle in Transport on Roadway
- 23 - Motor Vehicle in Transport on OTHER Roadway
- 24 - Parked Motor Vehicle
- 25 - Struck by Falling, Shifting Cargo or Anything Else Set in Motion by Motor Vehicle (Multi Vehicle Crash)
- 26 - Other NON-Fixed Object
- 27 - Work Zone/Maintenance Equipment
- 28 - Work Zone Channeling Device
- 29 - Object Set in Motion by Another Vehicle (Single Vehicle Crash)

### Animals
- 30 - Horse
- 31 - Cow
- 32 - Pig
- 33 - Sheep
- 34 - Other Domestic (Dog, Llama, ...)
- 35 - Elk
- 36 - Deer
- 37 - Moose
- 38 - Antelope
- 39 - Buffalo
- 40 - Other Wild

### Collision w/ Fixed Object
- 41 - Guardrail End
- 42 - Guardrail Face
- 43 - Impact Attenuator/Crash Cushion
- 44 - Bridge Pier or Support
- 45 - Bridge Overhead Structure
- 46 - Bridge Rail
- 47 - Concrete Traffic Barrier/Jersey Barrier
- 48 - Other Traffic Barrier (Includes temporary)
- 49 - Utility Pole/Light Support
- 50 - Traffic Signal Support
- 51 - Traffic Sign Support
- 52 - Overhead Traffic Sign
- 53 - Sign Support Single Post
- 54 - Sign Support Multiple Post
- 55 - Other Traffic Sign Support
- 56 - Barricade
- 57 - Tree/Shrubbery
- 58 - Cut Slope
- 59 - Road Approach
- 60 - Rock, Boulder, Rock Slide
- 61 - End of Drainage Pipe/Structure/Culvert
- 62 - Building or Other Structure Wall
- 63 - Fence (Including Post)
- 64 - Raised Median or Curb
- 65 - Delineator Post
- 66 - Earth Embankment/Berm
- 67 - Ditch
- 68 - Snow Embankment
- 69 - Mail Box
- 70 - Tunnel
- 71 - Cattle Guard
- 72 - Other Fixed Object
- 73 - Cable Barrier
- 99 - Unknown

### Motor Vehicle Unit Type: `0` `1`
- 01 - Motor Vehicle in Transport
- 02 - Parked Motor Vehicle
- 03 - Working Vehicle/Equipment

### Commercial Motor Vehicle or HM Placard: `0` `1`
- 01 - Yes   02 - No   99 - Unknown
- if yes, complete CMV supplement

### Vehicle Owner: `0` `2`
- 01 - Same as Driver
- 02 - Other
- 03 - Passenger
- 04 - Relative
- 05 - Rental Vehicle
- 06 - Commercial
- 07 - Occupant
- 08 - Vehicle Parked
- 09 - Federal Law Enforcement
- 10 - Federal Other
- 11 - County Law Enforcement
- 12 - County Fire Department
- 13 - County Other
- 14 - City Law Enforcement
- 15 - City Fire Department
- 16 - City Other
- 17 - Government Other
- 18 - Ambulance/EMS
- 19 - WHP
- 20 - State Law Enforc Other

### Vehicle Type: `1` `9`
- 01 - Passenger (Not a SUV)
- 02 - Passenger Van
- 03 - PU
- 04 - School Bus
- 05 - Other Bus
- 06 - Transit Bus
- 07 - Charter Bus
- 08 - MC >150 cc
- 09 - Off Road MC
- 13 - Other Vehicle
- 14 - SUV
- 15 - Cargo Van
- 16 - Motor Home
- 17 - Light Truck ( ≥ 10K)
- 18 - Medium Truck (>10K - 26K)
- 19 - Heavy Truck (>26K)
- 20 - Farm Equipment
- 21 - Construction Vehicle
- 22 - MC <150 cc
- 23 - Moped
- 24 - Snowmobile
- 26 - ATV
- 27 - MPV
- 99 - Unknown

### Non-Commercial Trailer Style:
- 01 - No Trailer
- 02 - Camping Trailer
- 03 - Mobile Home
- 04 - Utility Trailer
- 05 - Boat/Jet Ski Trailer
- 06 - Towed Vehicle
- 07 - Horse/Stock Trailer
- 08 - Motorcycle Trailer
- 09 - Multiple Trailers
- 10 - Other (ie. Bicycle)
- 99 - Unknown

### Underride/Override: `0` `1`
- 01 - No Underride or Override
- 02 - Underride-Compartment Intrusion
- 03 - Underride-No Compartment Intrusion
- 04 - Underride-Compartment Intrusion Unkown
- 05 - Override-Motor Vehicle in Transport
- 06 - Override-Other Motor Vehicle
- 99 - Unknown if Underride or Override

### Emergency Vehicle Use:
- 01 - Yes   02 - No   99 - Unknown

### Emergency Equipment Activated:
- 01 - Yes   02 - No   99 - Unknown

### Special Function of MV in Transport: `0` `1`
- 01 - None
- 02 - Police
- 03 - Ambulance/EMS
- 04 - Fire Truck
- 05 - Military
- 06 - Snow Plow
- 07 - Tow Truck
- 08 - MV used as School Bus
- 09 - MV used as Other Bus
- 10 - Construction Equipment
- 11 - Farm Equipment
- 12 - Taxi
- 99 - Unknown

### Contributing Circumstance:
- 1st choice: `0` `1`
- 2nd choice:
- 01 - None
- 02 - Brakes
- 03 - Trailer Brakes
- 04 - Steering
- 05 - Power Train
- 06 - Suspension
- 07 - Tires
- 08 - Wheels
- 09 - Lights (Head, Signal or Tail)
- 10 - Windows/Windshield
- 11 - Rain/Snow/Ice on Windshield
- 12 - Tinted Windows
- 13 - Vehicle Cargo Blocking View
- 14 - Exhaust System
- 15 - Oversized Load
- 16 - Defroster
- 17 - Mirrors
- 18 - Wipers
- 19 - Truck Coupling/Trailer Hitch/Safety Chain
- 20 - Stalled Vehicle
- 21 - Cruise Control
- 22 - Other
- 99 - Unknown

### Vehicle Maneuver/Action prior to crash: `1` `1`
- 01 - Straight Ahead
- 02 - Backing
- 03 - Changing Lanes
- 04 - Overtaking/Passing
- 05 - Turning Right
- 06 - Turning Left
- 07 - Make U-Turn
- 08 - Leaving a Traffic Lane/Parking
- 09 - Entering a Traffic Lane
- 10 - Slowing
- 11 - Negotiating a Curve
- 12 - Parked
- 13 - Stopped in Traffic
- 14 - Driverless Motor Vehicle
- 15 - Trafficway Maintenance
- 16 - Other
- 99 - Unknown

### Road Surface: `0` `2`   Grade: `0` `4`
- 01 - Concrete / 01 - Level
- 02 - Asphalt / 02 - Hillcrest
- 03 - Gravel/Rock / 03 - Uphill
- 04 - Dirt / 04 - Downhill
- 05 - Brick/Stone / 05 - Sag (Bottom)
- 99 - Unknown / 99 - Unknown

### Horizontal Alignment: `0` `3`
- 01 - Straight      03 - Curve Left
- 02 - Curve Right   99 - Unknown

### Total No. Lanes: `0` `2`
- 01 - 06, 99 - Unknown (exclude turn lanes)

### Traffic Control Working Properly: `0` `1`
- 01 - Yes   02 - No   99 - Unknown

### Traffic Control: `1` `3`
- 01 - None
- 02 - Stop Sign
- 03 - Yield Sign
- 04 - Flashing Traffic Signal
- 05 - Do Not Enter Sign
- 06 - Traffic Signal
- 07 - Traffic Signal w/ Ped
- 08 - Traffic Signal w/ Ped & Audible Signals
- 09 - Person (Officer/Flagger, Xing Guard, etc)
- 10 - Pedestrian Crossing
- 11 - No Passing Zone
- 12 - Warning Signs
- 13 - Pavement Markings
- 14 - Traffic Barrels/Cones
- 15 - Temporary Jersey Barrier
- 16 - School Bus Flashing Stop Lamps
- 17 - School Zone Crossing
- 18 - RR Crossing Signal
- 19 - RR Crossing Signal & Gate
- 20 - RR Crossing Cross Buck Sign Only
- 21 - RR Crossing Cross Buck with Stop Sign
- 22 - RR Crossing Cross Buck with Yield Sign
- 23 - Other
- 99 - Unknown

### Trafficway Description: `0` `4`
- 01 - Two-Way, Not Divided
- 02 - Two-Way, Not Divided w/ Continuous Left Turn Lane
- 03 - Two-Way, Divided, Unprotected (Painted, >4 Ft) Median
- 04 - Two-Way, Divided, Positive Median Barrier
- 05 - One-Way Trafficway
- 99 - Unknown

### Rumble Strips Present: `0` `1`
- 01 - Yes   02 - No   99 - Unknown

### Rumble Strips Applicable: `0` `2`
- 01 - Yes   02 - No   99 - Unknown

### Rumble Strips: `0` `5`
- 01 - None
- 02 - Centerline Rumble Strips
- 03 - Median Shoulder Only
- 04 - Transverse Rumble Strips (Road Apprch)
- 05 - Both Shoulders
- 06 - Both Centerline and Outside Shoulder
- 07 - Outside Shoulders Only
- 99 - Unknown

# Driver/Vehicle Information

**CASE NO.** 22-0000433

**Vehicle No.** 01  02  03... **01**

**Last Name:** HATTEN
**First Name:** QUANDRAVIUS
**MI:** T
**Gender:** M
**DOB (yyyy/mm/dd):** [redacted]

**Street Number:** [redacted]
**Street Name:** [redacted]

**Mailing Address (PO Box Number):**
**City:** RIVERDALE
**State:** GA
**Zip Code:** 30274

**Occupation:** TRANSPORTATION
**Employer:** G3N1924 TRANSPORT LLC
**Age:** 21

**Driver Phone:** Cell Phone [redacted]
**Emp Phone:**
**SSN (fatals only):**

**Driver's License Number:** [redacted]
**State (FIPS):** GA 13
**Restrictions:** A
**CDL Endorsement:**

**DL Type:** 2
- 1 - Not Licensed
- 2 - Driver License
- 3 - Instruction Permit
- 4 - I2 Permit-intermediate
- 5 - CDL
- 6 - CDL Permit
- 7 - No License Required
- 8 - Restricted License

**DL Class:** 3
- 1 - A
- 2 - B
- 3 - C
- 4 - M
- 5 - Improper or No Endorsement
- 6 - Other
- 7 - None

**DL Status:** 1
- 1 - Clear
- 2 - Expired
- 3 - Canceled or Denied
- 4 - Revoked
- 5 - Suspended
- 99 - Unknown

**No. of Vehicle Occupants (01 to 50):** 02
**Posted Speed:** 75
**Estimated Speed:** 75

---

**Vehicle Owner same as driver:** O

**Last Name:** TURNER
**First Name:** JARVIS
**MI:** D

**Street Number:** 690
**Street Name:** N CARTER DR
**City:** JONESBORO
**State:** GA
**Zip Code:** 30236

**Make:** DODGE
**Model:** RAM 3500
**Year:** 2018
**Expir. Date (mm/yy):** 11-22
**Initial Impact Point:** 06
**Most Damaged Area:** 06

**Vehicle Identification Number:** [redacted]
**License Plate No.:** [redacted]
**State (FIPS):** GA 13
**Color:** BLK

**Insurance E-Verified:** Y
**Company:** PROGRESSIVE MOUNTAIN INSURANCE CO
**Policy #:** [redacted]

**Vehicle Towed:** Y
**By:** ALL VALLEY TOWING
**To:** SHERIDAN

**Direction of Travel Prior to Crash:** 03
- 01 - North
- 02 - Northeast
- 03 - East
- 04 - Southeast
- 05 - South
- 06 - Southwest
- 07 - West
- 08 - Northwest
- 99 - Unknown

**Clock Diagram:**
- 00 Non-Collision (Overturn/Rollover)
- 01-12 (Use 12 Point Clock Diagram)
- 13 Top (Roof)
- 14 Undercarriage
- 99 Unknown (Can't determine)

**Extent of Damage:** 04
- 01 - None
- 02 - Functional
- 03 - Minor
- 04 - Disabling
- 99 - Unknown

**MV Damage ≥ $1,000:** 01
- 01 - Yes
- 02 - No
- 99 - Unk.

---

## Driver's Action (Officer Opinion Only)

**1st choice:** 08
**2nd choice:** 15
**3rd choice:** 24
**4th choice:** 

- 01 - No Improper Driving
- 02 - Ran Off Road
- 03 - Failed to Yield ROW
- 04 - Disregarded Traffic Signs (e.g. Stop Sign)
- 05 - Ran Red Light
- 06 - Disregarded Other Road Marking
- 07 - Speeding
- 08 - Drove too Fast for Conditions
- 09 - Improper Turn or No Signal
- 10 - Improper Backing
- 11 - Improper Passing
- 12 - Improper Parking
- 13 - Wrong Side/Wrong Way
- 14 - Following too Close
- 15 - Failed to Keep Proper Lane
- 16 - Erratic/Reckless/Careless/Aggressive
- 17 - Avoiding an Object on Road
- 18 - Avoiding Animal
- 19 - Avoiding Non-Motorist
- 20 - Avoiding MV
- 21 - Swerve Due to Wind/Slippery Surface
- 22 - Over Corrected/Over Steered
- 23 - Evading Law Enforcement
- 24 - Other Improper Action
- 99 - Unknown

## Driver's Condition (Officer Opinion Only)

**1st choice:** 01
**2nd choice:** 

- 01 - Apparently Normal
- 02 - Emotional (depressed, angry, disturbed...)
- 03 - Ill (Sick)
- 04 - Fell Asleep, Fainted
- 05 - Fatigued
- 06 - Under Influence of Medication
- 07 - Physical Disability
- 08 - Suspected Drug Use
- 09 - Suspected Alcohol Use
- 10 - Other
- 11 - Driver Inattention
- 99 - Unknown

## Driver's Distraction (Officer Opinion Only): 01

- 01 - Not Distracted
- 02 - Electronic Communication Device (cell, pager..)
- 03 - Other Electronic Device (palm, TV, computer...)
- 04 - Other Distraction Inside MV (passenger, pet...)
- 05 - Other Distraction Outside MV
- 99 - Unknown

## Citations Issued — choose up to 5

**1st choice:** 29
**2nd choice:** 
**3rd choice:** 
**4th choice:** 
**5th choice:** 

- 01 - None
- 02 - DWUI
- 03 - Drinking - (i.e., open container)
- 04 - Exceeding Speed Limit
- 05 - Speed too Fast
- 06 - Following too Close
- 07 - Wrong Side of Road
- 08 - Improper or No Signal
- 09 - Improper Lane Use
- 10 - Improper Turn
- 11 - Improper Passing
- 12 - Improper Starting Out
- 13 - Failed to Grant ROW to Ped
- 14 - Failed to Grant ROW to MV
- 15 - Disregard Officer
- 16 - Disregard Stop Light
- 17 - Disregard Stop Sign
- 18 - Disregard Other
- 19 - Improper Parking
- 20 - Reckless Driving
- 21 - Vehicular Homicide
- 22 - Driver's License Violation
- 23 - Improper Backing
- 24 - No Insurance
- 25 - Hit & Run
- 26 - Registration Violation
- 27 - Failure to Use Seat Belt
- 28 - Charges Pending
- 29 - Fed R & R Driver
- 30 - Fed R & R Vehicle
- 31 - Racing
- 32 - Careless
- 33 - Other (explain in narrative)

**Suspect Alcohol:** 02
- 01 - Yes
- 02 - No
- 03 - Test Requested
- 99 - Unknown

If Alcohol Test performed other than Breath then form 902E will be required with results at a later date.

**Alcohol Test Type:** 01
- 01 - No Test Performed
- 02 - Test Refused
- 03 - Blood
- 04 - Serum
- 05 - Breath
- 06 - Urine
- 07 - Other
- 99 - Unknown

**Alcohol Test Result:** .

**Suspect Drugs:** 02
- 01 - Yes
- 02 - No
- 03 - Test Requested
- 99 - Unknown

If Drug Test performed then form 902E will be required with results at a later date.

**Drug Test Type:** 01
- 01 - No Test Performed
- 02 - Test Refused
- 03 - Blood
- 04 - Serum
- 05 - Urine
- 06 - Other
- 99 - Unknown

**DL Investigation:** 02
- 01 - Yes
- 02 - No
- 99 - Unknown

*PR-902A Revised 01/12/2018*

# Supplemental Vehicle Occupant Information

CASE NO. 2 2 - 0 0 0 4 3 3 3

### Seat Position
- 01-Driver
- 02-Front Row Middle
- 03-Front Row Right
- 04-Passenger Front Row Left (for foreign or postal vehicles where the driver is on the Right)
- 05-Second Row Left
- 06-Second Row Middle
- 07-Second Row Right
- 08-Third Row Left
- 09-Third Row Middle
- 10-Third Row Right
- 11-Fourth Row Left
- 12-Fourth Row Middle
- 13-Fourth Row Right
- 14-Other Row (ie. Bus, Van)
- 15-Lying Down-Front Seat
- 16-Lying Down-Other Seat
- 17-MC Passenger
- 18-Sleeper Section of Cab
- 19-Other Enclosed Area
- 20-Unenclosed Cargo Area
- 21-Trailing Unit
- 97-Riding on MV Exterior
- 98-Other (explain in narrative)
- 99-Unknown

### Air Bag Deployed
- 01-Not Applicable
- 02-Not Deployed
- 03-Deployed Front
- 04-Deployed Side
- 05-Deployed Combination
- 06-Deployed Other
- 99-Deployment Unknown

### Ejection
- 01-Not Ejected
- 02-Partially Ejected
- 03-Totally Ejected
- 04-Trapped & Extricated
- 05-Not Applicable
- 99-Unknown

### Injury Status
- 01-Fatal Injury
- 02-Suspected Serious Injury
- 03-Suspected Minor Injury
- 04-Possible Injury
- 05-No Apparent Injury
- 99-Unknown

### Injury Description
- 01-Severe Lacerations
- 02-Broken
- 03-Crushed
- 04-Unconsciousness
- 05-Internal Unknown
- 06-Lumps
- 07-Abrasions
- 08-Bruises
- 09-Minor Lacerations
- 10-Limping
- 11-Pain
- 12-Nausea
- 13-Other (explain in narrative)
- 14- No Injury
- 99-Unknown

### Occupant Protection System Operation
- 01-Apparently Normal
- 02-Failure/Malfunction
- 03-Misuse
- 04-Air Bag System Turned off or Rendered Inoperative
- 99-Unknown

### Most Injured Area
- 01-Head
- 02-Face
- 03-Neck
- 04-Thorax (Chest/Back)
- 05-Abdomen/Pelvis
- 06-Spine
- 07-Upper Extremity (Arm...)
- 08-Lower Extremity (Leg...)
- 09-No Injury
- 99-Unknown

### Injury Classification
- 01-Fatal (Not Documented)
- 02-Fatal (Autopsy)
- 03-Fatal (Medical Diagnosis)
- 04-Non-Fatal (Hospitalized overnight or longer)
- 05-Non-Fatal (Treated & Released from Hospital)
- 06-First Aid Given at Scene
- 07-No Treatment
- 08-Refused Treatment
- 99-Unknown

### Seat Belt Usage
- 01-None Used
- 02-Not Available
- 03-Shoulder & Lap Belt
- 04-Shoulder Belt Only
- 05-Lap Belt Only
- 06-Passive Restraint Only
- 07-Restraint Used-Type Unk.
- 08-Forward Facing Child
- 09-Rear Facing Child Restraint
- 10-Booster Seat
- 11-Child Restraint-Type Unk.
- 12-Helmet Used
- 13-Other
- 99-Unknown

### MV #
- 01
- 02
- 03
- 04
- 05...

### Person Type
- 01-Driver
- 02-Passenger
- 99-Unknown

If non-motorist, complete supplemental form

### Inj. Transported by
- 01-Not Transported
- 02-EMS (Ground)
- 03-EMS (Air)
- 04-Law Enforcement
- 05-Other (Private MV)
- 99-Unknown

Driver: 01 | 01 | 01 | 03

EMS ID:
EMS Run #:

01 | 02 | 01 | 05 | 09 | 14 | 07 | 01

Medical Facility:

---

## Occupant Information

Last Name: TAYLOR   First Name: TRAYVIS   MI: A   DOB: [redacted]   Age: 23
01 | 02 | 03 | 03        01 | 02 | 01 | 05 | 09 | 14 | 07 | 01        Gender M, F, X: M
● Cell Phone   [redacted]
Medical Facility:

Last Name:   First Name:   MI:   DOB:   Age:
Gender M, F, X:
○Home  ○Work  ○Cell Phone   and/or   ○Home  ○Work  ○Cell Phone
Medical Facility:

Last Name:   First Name:   MI:   DOB:   Age:
Gender M, F, X:
○Home  ○Work  ○Cell Phone   and/or   ○Home  ○Work  ○Cell Phone
Medical Facility:

Last Name:   First Name:   MI:   DOB:   Age:
Gender M, F, X:
○Home  ○Work  ○Cell Phone   and/or   ○Home  ○Work  ○Cell Phone
Medical Facility:

Last Name:   First Name:   MI:   DOB:   Age:
Gender M, F, X:
○Home  ○Work  ○Cell Phone   and/or   ○Home  ○Work  ○Cell Phone
Medical Facility:

Last Name:   First Name:   MI:   DOB:   Age:
Gender M, F, X:
○Home  ○Work  ○Cell Phone   and/or   ○Home  ○Work  ○Cell Phone
Medical Facility:



# Supplemental Truck/CMV Information

CASE NO. `2 2 - 0 0 0 0 4 3 3 3`

01 - Commercial Vehicle
02 - Non-Commercial Vehicle `0 1`
Vehicle Number 01 02 03 04 05 ... `0 1`

**GVW** `0 3`
**Combination GVW** `0 3`
01 - 10,000 lbs or less
02 - 10,001 to 26,000 lbs
03 - More than 26,000 lbs

**Driver Last Name:** HATTEN
**Driver First Name:** QUANDRAVIUS
**MI:** T

**ICC/MC No.:**
**US DOT No.:** 3581561
**No. Axles 02-98 or 99 for unknown:** 04

**Carrier's Name:** G3N1924 TRANSPORT LLC

**Carrier's Street Number:**
**Carrier's Street Name:**
**Street Address or PO Box of Individual, Partnership, or Corporation:** 690 N CARTER DR

**City:** JONESBORO
**State:** GA  **Zip Code:** 30236 -
**Carrier's Country:** UNITED STATES

| Commercial Cargo Body Type | `0 7` | Commercial Cargo | `0 2` | Commercial MV Configuration | `0 6` |
|---|---|---|---|---|---|
| 01 - No Cargo Body<br>02 - Bus<br>03 - Van/Enclosed Box<br>04 - Hopper (grain/chips/Benonite)<br>05 - Pole<br>06 - Cargo Tank<br>07 - Flatbed<br>08 - Dump (Belly, Side, or Tail Dump)<br>09 - Concrete Mixer<br>10 - Auto Transporter<br>11 - Tow Truck<br>12 - Garbage/Refuse<br>13 - Snowplow<br>14 - Livestock<br>15 - Drilling Equipment<br>16 - Other Truck<br>17 - Logging<br>18 - Intermodal<br>99 - Unknown | | 01 - Not Applicable (Light MV w/o HM Placard or Bobtail)<br>02 - General Freight<br>03 - Household Goods<br>04 - Heavy Machinery<br>05 - Motor Vehicles<br>06 - Gases in Bulk<br>07 - Livestock<br>08 - Solids in Bulk<br>09 - Liquids in Bulk<br>10 - Explosives<br>11 - Other Hazardous Materials<br>12 - Empty<br>13 - Refrigerated Foods<br>14 - Other<br>99 - Unknown | | 01 - Passenger Vehicles Carrying Hazardous Materials<br>02 - Single-Unit Truck (2 axle and GVWR more than 10,000 lbs)<br>03 - Single-Unit Truck (3 or more axles)<br>04 - Truck Pulling Trailer(s)<br>05 - Truck Tractor Only (Bobtail)<br>06 - Truck Tractor/Semi-Trailer<br>07 - Truck Tractor/Double Trailer<br>08 - Truck Tractor/Triple Trailer (illegal in WY)<br>09 - Truck - Can't Classify (More than 10,000 lbs GVWR)<br>99 - Unknown | |

**HM Placard** `0 2`
01 - Yes, (If yes continue on)
02 - No
99 - Unknown

**HM Cargo Spill** `0 2`
01 - Yes
02 - No
99 - Unknown

**HM Placard Class**
01 - Class 1 Explosives
02 - Class 2 Gases (Flammable, Non-Flammable, Poison and Toxic)
03 - Class 3 Flammable Liquids
04 - Class 4 Flammable Solids
05 - Class 5 Oxidizers & Organic Peroxides
06 - Class 6 Poisonous & Toxic
07 - Class 7 Radioactive Materials
08 - Class 8 Corrosives
09 - Class 9 Miscellaneous Hazardous Materials
10 - Other Placards (Dangerous Mixed Loads, Hot Markings)
11 - Not Applicable
99 - Unknown

1st `1 1 .`
2nd `1 1 .`
3rd `1 1 .`



HM Placard ID No. 1
HM Placard ID No. 2
HM Placard ID No. 3

9 Pages via SFTP Sat, 22 Jan 2022 01:07:13 GMT

PR-902B
Revised 04/07/15