# EXHIBIT 4



# FIELD DAMAGE SURVEY

# CATERPILLAR ENGINE DAMAGE

# CARGO DAMAGE



1 March 2022, Caterpillar Engine at

All Valley Diesel Service, 36 E Ridge Road, Sheridan, WY 82801

**Date of Issue**
16 March 2022



**Caterpillar Engine**
Field Damage Survey
CTMTS Ref: AM022218
Page 2 of 9

Charles Taylor
Marine Technical Services

# FIELD DAMAGE SURVEY

# CATERPILLAR ENGINE DAMAGE

# CARGO DAMAGE

## SURVEY PARTICULARS

| | |
|---|---|
| **Survey Assigned By** | Lilian Care – Charles Taylor Adjusting |
| **On Behalf Of** | Interested Cargo Underwriters |
| | Chubb Insurance Hong Kong Ltd<br>39/F, One Taikoo Place<br>979 King's Road<br>Quarry Bay<br>Hong Kong |
| **Assigned on Date** | 23 February 2022 |
| **Chubb Hong Kong Ref** | 5350001753 |
| **Charles Taylor Ref** | AM022218 |
| **Assignment** | Inspect engine reported to have been damaged while in transit. |

## INTRODUCTION

**THIS IS TO CONFIRM** that the undersigned surveyor did on 1 March 2022 attend at All Valley Diesel Service, 36 E Ridge Road, Sheridan, WY 82801 in order to determine the cause, nature and extent of damage alleged to have been sustained during a traffic crash while in transit.

## ATTENDING

| NAME | POSITION | COMPANY |
|---|---|---|
| Nick Boxwell | Owner/Operator | All Valley Diesel |
| Chad Niernberg | Marine Surveyor | Charles Taylor MTS |

## GENERAL NOTES

At the time of our attendance the engine was still assembled and resting on spent tires in a muddy storage yard. The weather was approximately 55°F and partly cloudy. Several engine parts reported to have broken off the engine at the time of the crash were laying in a melting snow drift, partially covered, near the engine. The position and condition of the engine and associated parts prevented thorough inspection of many items.

**Charles Taylor Marine Technical Services**
1439 N Northlake Way
Seattle, WA 98103
T: +1 (206) 855-6088
W: charlestaylor.com/mts
E: marinetechnicalservices@charlestaylor.com

Registered office: 5433 Westheimer , 1A, Box 511, Houston, TX 77057



**Caterpillar Engine**
Field Damage Survey
CTMTS Ref: AM022218
Page 3 of 9

Charles Taylor
Marine Technical Services

## NARRATIVE

It was reported that on or about 14 January 2022 at approximately 06:30 hrs a 2018 Ram 3500 towing a BigTex 22GNHD 35' gooseneck open flatbed trailer with a Caterpillar engine strapped atop, lost control in icy conditions during a snowstorm. The vehicle combination collided with a guardrail and the engine broke free of the trailer. The Wyoming Highway Patrol arrived on scene shortly after the crash and determined that there were no injuries before assigning All Valley Diesel to perform the recovery.

| ENGINE PARTICULARS | |
|---|---|
| **MANUFACTURER** | Caterpillar / H-E Parts International |
| **MODEL** | 3508B |
| **SERIAL NUMBER** | 2GRO3059 (7PZ00408-Machine)<br>AR No. 155-5556 |
| **PRODUCTION DATE** | 01/12/2022 |
| **ENGINE HOURS** | Unavailable |
| **RATING** | Perf Spec – 0K0722<br>Rated HP – 850 HP @ 1800 RPM |

## OBSERVATIONS

Upon our arrival we made introductions with Mr. Boxwell who escorted us to the storage yard where the trailer, engine, and miscellaneous items recovered from the crash site had been stored. We observed heavy damage all the way around the engine. Nearly all exterior components were either damaged or had been broken off the engine. Many of the larger external components that were recovered at the crash site were laying under a heavily worn tarp in the snow near the engine. This pile of recovered components includes but is not limited to the following:

- Engine cradle that the engine was shipped on
- Starters
- Turbo plumbing including both compressor side turbo housings and right side exhaust side housing (in two pieces)
- Lubrication plumbing including remote filter housing and filters
- Cooling system plumbing including aftercooler parts
- Airbox and intake plumbing
- Electronic control units

In addition to all the broken, missing, or otherwise damaged externally mounted components the engine itself was observed with four missing/broken valve covers and a hole in the side plate. The valley housings are heavily damaged. We also observed a large hole in the oil pan, because the engine was resting upright on a pair of spent tires, we were unable to examine the bottom end. Nearly all external fixtures have been affected.

**Charles Taylor Marine Technical Services**
1439 N Northlake Way
Seattle, WA 98103
T: +1 (206) 855-6088
W: charlestaylor.com/mts
E: marinetechnicalservices@charlestaylor.com

Registered office: 5433 Westheimer , 1A, Box 511, Houston, TX 77057



Charles Taylor
Marine Technical Services

**Caterpillar Engine**
Field Damage Survey
CTMTS Ref: AM022218
Page 4 of 9

## FOUND AND RECOMMENDED

<table>
<tr><th colspan="2">DAMAGES FOUND AND REPAIRS RECOMMENDED</th></tr>
<tr><th>FOUND</th><th>RECOMMENDED</th></tr>
<tr><td>Cooling system damage:<br>• External plumbing and brackets have been damaged or are missing<br>• Aftercooler broken and missing<br>• Sensors and valves missing or damaged<br>• Fuel cooler brackets broken and housing damaged<br>Fuel system damage:<br>• External plumbing, brackets and housings damaged<br>• Main rail dislodged on right side<br>• Exchanger plumbing and housing damaged and dislodged<br>• Fuel return line housing missing<br>Lubrication system damage:<br>• External plumbing, brackets and housings damaged<br>• Remote filtration housings missing<br>• Bypass plates broken<br>• Turbo plumbing broken<br>Intake and exhaust damage:<br>• Turbo compressors housings missing and broken off<br>• Aftercooler housing broken and missing, valley housing broken<br>• Brackets in/around the valley are damaged or missing<br>Electrical damage:<br>• Wire harness damaged in several areas, missing shroud and broken wires<br>• Several sensors, both starters and misc. components damaged. No panel observed<br>• ECU modules broken and missing<br>Long block damage:<br>• Cylinder heads #1, #3, and #7 are damaged, #3 and #7 have broken covers and have chunks of material missing</td><td>Further inspection is required to confirm the total extent of damage to the engine. The left bank cylinder heads present heavy impact damage indicating the possibility of block deck damage. The hole in the oil pan indicates possibility of crank and/or rod damage It is likely that most external components and plumbing will require renewal.<br><br>The engine and components we need to be transported to an appropriate repair facility for further inspection to be performed including but not limited to the following:<br>• Remove all remaining components, brackets and housings from the long block.<br>• Remove heads and oil pan in order to inspect engine internals.<br>• Determine if rotating assembly has been compromised<br>• Catalogue all parts and identify known good/reusable parts</td></tr>
</table>

**Charles Taylor Marine Technical Services**
1439 N Northlake Way
Seattle, WA 98103

T: +1 (206) 855-6088
W: charlestaylor.com/mts
E: marinetechnicalservices@charlestaylor.com

Registered office: 5433 Westheimer , 1A, Box 511, Houston, TX 77057



Charles Taylor
Marine Technical Services

**Caterpillar Engine**
Field Damage Survey
CTMTS Ref: AM022218
Page 5 of 9

- Oil pan broken and baffle bent, possible pump damage
- Several covers, brackets and mounts are broken, missing or dislodged
- Auxiliary pumps are missing off front cover and/or ptu hangers. It's unclear what pumps were shipped with the engine
- Hole in #7 block cover

**REPAIR REMARKS**

- Disassembly and further inspection of engine required
- Lifting, loading, lashing and transportation to an approved repairer necessary

## ROM COST ESTIMATES

It is the opinion of the undersigned, based on damages observed that the internal inspection will be required to determine the total extent of damages. We have contacted several repairers, both near and far from the engines current location and have struggled to find a qualified repairer that is either willing and/or has availability to further inspect this engine. We offer the following rough order of magnitude (ROM) cost estimate based off of known/observed damage and related costs and again note that further inspection is required:

| ESTIMATED COST OF REPAIRS | | |
|---|---|---|
| **ITEM** | **LOW ESTIMATE** | **HIGH ESTIMATE** |
| Recovery of engine including crane, wreckers, storage and labor | $13,000 | $15,000 |
| External accessories, plumbing, turbos, etc. Parts only | $35,000 | $45,000 |
| Disassembly labor for further inspection | $15,000 | $35,000 |
| Load and lash, and transport costs | $2,000 | $6,000 |
| **Total ROM Estimate for cost of estimated repairs** | **$65,000** | **$101,000** |
| **ESTIMATE REMARKS** | | |
| The above costs do not include reassembly of the engine. The potential internal damages could be minimal (>$10,000) or extensive (<$60,000). The total extent of damage is impossible to opine at this time and therefore reassembly labor cannot be estimated. Many parts may require core charges be paid in full due to damage and/or missing parts. Core charges could exceed $25,000. Notwithstanding the above necessary repairs and the potential for internal damage, we note that there is a substantial value to the remaining engine/parts as they sit. | | |

**Charles Taylor Marine Technical Services**
1439 N Northlake Way
Seattle, WA 98103
T: +1 (206) 855-6088
W: charlestaylor.com/mts
E: marinetechnicalservices@charlestaylor.com

Registered office: 5433 Westheimer , 1A, Box 511, Houston, TX 77057


Charles Taylor
Marine Technical Services

**Caterpillar Engine**
Field Damage Survey
CTMTS Ref: AM022218
Page 6 of 9

## CAUSAL FACTORS

The attending Wyoming State Patrol officer issued Traffic Crash Report No. 22-0000433 which reveals that the driver was issued the following infractions:

- Failure to exercise extreme caution while operating a commercial vehicle
- Operating a commercial vehicle without a commercial driver's license
- Violation of hours of service during the course of CVSA inspection

After interviewing the recovery operators who attended the crash scene, a review of photos taken during the recovery and physical inspection of the trailer, we concluded the following:

- The truck and trailer left the roadway at the entry of the left-hand curve indicating that the driver was not following the roads curve.
- Based on the skid marks and impact damage to both the trailer and the guardrail it can be estimated that the truck and trailer were traveling at speeds in excess of 70 mph in icy conditions with low visibility.
- The trailer tires were observed with >02/32" tread remaining, well below the DOT minimum tread thickness.
- The trailers front left inner dully tire was blown out with only small pieces of the sidewall remaining which indicates it had been blown out for some time, before the crash.
- The cargo securing method and lashing equipment used to hold the engine to the trailer was not sufficient.

## SUMMARY & CONCLUSION

It is the opinion of the undersigned based on information received and observations made that that the driver of the truck and trailer was driving at a reckless pace when the driver either fell asleep or was not focused on the roadway. As the road curved to the left the truck started veering off the roadway to the right. The driver attempted to steer left but the speed the truck and trailer were travelling combined with the icy conditions made the downhill outward slope of the curve too much for the bald and blown out trailer tires to control. As the truck turned the trailer "fishtailed", sliding further outward to the right and becoming nearly perpendicular to the truck's direction when the right side of the trailer made contact with the guardrail. Similar to a baseball bat, the trailer swung at the guardrail and with such force that it sheered the railing completely free of twelve (12) vertical stanchions, destroying approximately 40' of the railing. As a result of the improper and inadequate lashings the engine broke free instantly on impact and with immense speed and force. The engine landed over 150' from the initial impact and nearly 60' from the roadway. Because the engine rolled and bounced several times before coming to a stop, the damage is significant and the total extent of damage cannot be determined without internal inspection.

The recovery took the better part of the day to complete and required a specialized mobile heavy lifting crane ("rotator crane") and a tow truck to get the 10,000lb engine back to the roadway and loaded on a flatbed wrecker.

**Charles Taylor Marine Technical Services**
1439 N Northlake Way
Seattle, WA 98103
T: +1 (206) 855-6088
W: charlestaylor.com/mts
E: marinetechnicalservices@charlestaylor.com

Registered office: 5433 Westheimer , 1A, Box 511, Houston, TX 77057

Case 1:23-mi-99999-UNA Document 1854-5 Filed 06/07/23 Page 8 of 10

**Caterpillar Engine**
Field Damage Survey
CTMTS Ref: AM022218
Page 7 of 9

Charles Taylor
Marine Technical Services

This report is intended for the sole use of the person or organization to whom it is addressed, and no liability of any nature whatsoever shall be assumed to any other party in respect of its contents. As to the addressee, neither the Company nor the undersigned shall be liable for any loss or damage whatsoever suffered by virtue of any act, omission, or default (whether arising by negligence or otherwise) by the undersigned, the Company or any of its servants.

Enclosed and forming part of this report is a series of digital photographs taken by the undersigned at the time of our survey, the content of which has not been altered in any way.

All services performed by Charles Taylor Marine Technical Services shall be in accordance with our Terms & Conditions which are available for review on our website, www.charlestaylor.com.

Respectfully Submitted,

Capt. Chad Niernberg
Senior Technical Marine Surveyor
Charles Taylor Marine Technical Services
16 March 2022

ENCLOSURES

PHOTO LOG – Caterpillar Engine | 1 March 2022

**Charles Taylor Marine Technical Services**
1439 N Northlake Way
Seattle, WA 98103
T: +1 (206) 855-6088
W: charlestaylor.com/mts
E: marinetechnicalservices@charlestaylor.com

Registered office: 5433 Westheimer , 1A, Box 511, Houston, TX 77057

Charles Taylor
Marine Technical Services

**Caterpillar Engine**
Field Damage Survey
CTMTS Ref: AM022218
Page 8 of 9

**PHOTO LOG – Caterpillar Engine | 1 March 2022**

BigTex

Trailer

Trailer

Left Bank

Right Bank

Front Cover

Front

**Charles Taylor Marine Technical Services**
1439 N Northlake Way
Seattle, WA 98103

T: +1 (206) 855-6088
W: charlestaylor.com/mts
E: marinetechnicalservices@charlestaylor.com

Registered office: 5433 Westheimer , 1A, Box 511, Houston, TX 77057

Charles Taylor
Marine Technical Services

**Caterpillar Engine**
Field Damage Survey
CTMTS Ref: AM022218
Page 9 of 9

Oil Sump | Right Bank

Valley | #7 Cover

Parts Pile | Parts Pile

**Charles Taylor Marine Technical Services**
1439 N Northlake Way
Seattle, WA 98103

T: +1 (206) 855-6088
W: charlestaylor.com/mts
E: marinetechnicalservices@charlestaylor.com

Registered office: 5433 Westheimer , 1A, Box 511, Houston, TX 77057