# EXHIBIT 5



# MEMO OF COVERAGE

Date:  1 July 2022

| | |
|---|---|
| INSURED | Logistics Freight Solutions / H-E Parts International Chile<br>Skholl Ref:  CLSCL22001IZT-60375 |
| MONTHLY DECLARATION | January 2022 |
| OPEN POLICY | 87HK6984-01-LFS/21 |
| CHUBB CLAIM REF: | 5350001753 |
| INCIDENT: | Damage to Caterpillar Engine as a result of a truck overturning on highway near Sheridan, Wyoming while en route to Miami, Florida |
| CONVEYANCE: | Truck / Carrier G3N1924 TRANSPORT LLC<br>Bill of Lading: SHP2902233<br>From Seattle, WA to Miami, FL<br>Dated 12 January 2022 |
| DATE OF LOSS: | 14 January 2022 |
| AMOUNT OF CLAIM: | USD 169,500.00 |
| INCIDENT DETAILS: | The truck carrying the Caterpillar engine overturned on Interstate 90 near Sheridan, WY.<br><br>We have reviewed the police report issued by the State of Wyoming Dept. of Transportation, and we provide the following excerpt from their report: |

> Roadways at the time of the crash were icy and snow covered with snowfall and high winds in the area. These conditions began in l bound traffic. Vehicle #1 was a Dodge truck pulling a gooseneck trailer loaded with an engine for a Caterpillar dozer.
>
> Vehicle #1 was in the right lane negotiating a downhill slope with a curve to the left. The driver was driving very fast for the road and when the combination lost traction on the slick roads. The combination began to slide to the right and the driver steered to the right the truck. The driver was able to get the truck to straighten out but the trailer continued sliding off of the roadway. The combination j and the trailer struck the end of a guardrail on the right side of the roadway. The impact caused the load to come off of the trailer an to cross both lanes of travel. The combination unit came to rest partly blocking the left lane with the trailer severely damaged from th
>
> Driver #1 was issued a citation for operating a commercial vehicle without a commercial drivers license and failure to exercise extre operating a commercial vehicle.
>
> Driver #1 was also found to be in violation of his hours of service during the course of a CVSA inspection.



INCIDENT DETAILS (Continued):

After the accident, All Valley Diesel of Sheridan were contacted by the Wyoming State Police to remove the damaged truck, trailer, and Caterpillar engine. All Valley Diesel brought the damaged vehicle and engine to their facility in Sheridan located at 36 East Ridge Rd Sheridan, WY 82801.

The below map shows the route taken by the driver from Seattle before he had the accident near Sheridan, WY.



The map below shows the area of Sheridan, WY, close to where the incident occurred.





A copy of the Wyoming Police report is attached to this report.

SURVEY: On behalf of Underwriters, a survey of the damaged unit took place on 1 March 2022 at All Valley Diesel in Sheridan where the damaged unit is currently being stored.

Photo of the damaged engine at the time of our surveyor's inspection:



1 March 2022, Caterpillar Engine

Our surveyor provided the following estimate for repairs to the Caterpillar engine:

**ESTIMATED COST OF REPAIRS (USD)**

| ITEM | LOW ESTIMATE | HIGH ESTIMATE |
| --- | --- | --- |
| Recovery of engine including crane, wreckers, storage, and labor | $13,000 | $15,000 |
| External accessories, plumbing, turbos, etc. Parts only | $35,000 | $45,000 |
| Disassembly labor for further inspection | $15,000 | $35,000 |
| Load and lash, and transport costs | $2,000 | $6,000 |
| **Total Repair Estimate:** | **$65,000** | **$101,000** |



**ESTIMATE REMARKS**

The above costs do not include reassembly of the engine. The potential internal damages could be minimal (>$10,000) or extensive (<$60,000). The total extent of damage is impossible to opine at this time and therefore reassembly labor cannot be estimated.

Many parts may require core charges be paid in full due to damage and/or missing parts.

Core charges could exceed $25,000.

Notwithstanding the above necessary repairs and the potential for internal damage, we note that there is a substantial value to the remaining engine/parts as they sit.

Our surveyor's full report is appended to this report.

OTHER COSTS:   All Valley Diesel (all prices in USD):

| | |
|---|---:|
| For recovery and tow of truck, trailer, and engine to All Valley Diesel on 14 January 2022 | 4,568.87 |
| Storage fees up to 13 June 2022 | 16,728.87 |
| **Total costs to All Valley Diesel as of 13 June 2022:** | **21,297.74** |
| Quote to load and transport damaged Caterpillar engine to Seattle | 7,300.00 |

Copies of All Valley Diesel's charges are attached.

REPAIR ESTIMATES PROVIDED BY ORIGINAL MANUFACTURER:

The claimant provided a quote from their original manufacturer, HE Parts International of Seattle, Wyoming, showing a breakdown of the estimated cost to repair and transport spare/replacement parts for the damaged engine.

The total costs amount to USD 214,468 (converted from Chilean Pesos $189,056,064). Our surveyor has reviewed these costs and finds exception with the freight charges which appear to be on the high side, but this can be explained by current market conditions in transportation (high cost of petrol). Otherwise, our surveyor finds the repair estimate to be reasonable.

The claimant also provided a statement from Mr. Eduardo Fernández Salamanca, Mining Manager at HE Parts International, explaining the reason for not being able to accept a repaired engine due to the nature of the work the engine would be undertaking.

The repair quote from HE Parts International and the Mining Manager's report are appended to this report.



| | | |
|---|---|---|
| SUM INSURED: | USD 169,500.00 | |
| CAUSE OF LOSS: | Transport driver error | |
| CLAIM CALCULATION: | B&G Machine, Inc.<br>Purchase Order No. 29399 dated 5 January 2022<br>Amount:  USD 169,500 | |

| Description: | USD |
|---|---:|
| Caterpillar 3508 D11-R Engine | 169,500.00 |
| Debris Removal | 16,950.00 |
| INSURED VALUE | 169,500.00 |
| DEDUCTIBLE | NIL |
| **RECOMMENDED SETTLEMENT** | **186,450.00** |

| | |
|---|---|
| SUBROGATION: | Recovery from transportation company |
| SALVAGE: | We requested a salvage quote from Salvage Sales/Ritchie Bros who advised the damaged Caterpillar engine has a salvage value of USD 20,000 to 30,000. |
| ATTACHMENTS: | 1)   WYOMING STATE POLICE REPORT<br>2)   SURVEY REPORT<br>3)   ALL VALLEY DIESEL CHARGES<br>4)   CLAIMANT'S REPAIR ESTIMATE AND ENGINEER STATEMENT |

Prepared by L. Care