# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REGENIA ANDERSON, an individual,<br>　　　　Plaintiff,<br>　vs.<br>KHIA FINCH CHAMBERS, in her individual capacity, and as officer of Thug Misses Entertainment, Inc.; THUG MISSES ENTERTAINMENT, INC.; KID DISTRO HOLDINGS, LLC d/b/a DISTROKID; 1031453 RECORDS DK, business entity form unknown; TUNECORE, INC., and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Civil Action No.: |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF REGENIA ANDERSON

Plaintiff REGENIA ANDERSON ("Anderson" or "Plaintiff"), by and through undersigned counsel hereby files this Certificate of Interested Persons and Corporate Disclosure Statement. Pursuant to L.R. 3.3, N.D.G.A., and Fed. R. Civ. P. 7.1, Plaintiff states as follows:

**(1)** The undersigned as counsel of record for Plaintiff to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

　　Plaintiff: Regenia Anderson

Defendant: Khia Finch Chambers

Defendant: Thug Misses Entertainment, Inc.

Defendant: Kid Distro Holdings, LLC d/b/a DistroKid

Defendant: 1031453 Records DK

Defendant: TuneCore, Inc

Plaintiff is an individual, and therefore she has no parent corporation, and no publicly held corporation owns 10% or more of her stock, as such is not applicable.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

To the best of Plaintiff's knowledge, none.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys in this case:

Plaintiff: Christopher Allen, Esq.
C.F. ALLEN LAW, P.C.

Address and contact information are listed below.

**(4)** The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Not Applicable; action not based upon diversity.

Prepared and submitted this 7th day of June 2023

                                              **C.F. ALLEN LAW P.C.**

                                              /s/ Christopher Allen, Esq.
BY: CHRISTOPHER ALLEN, ESQ.
*Attorney for Plaintiff*
4355 Cobb Pkwy SE, Suite J269
Atlanta, GA 30039
Telephone: (470) 401-0021
E-Service: Chris@CFAllenLaw.com

## **CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared in Times New Roman 14-point font in conformance with Local Rule 5.1(C).

/s/ Christopher Allen
Christopher Allen, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, a copy of the Certificate of Interested Persons and Corporate Disclosure Statement was electronically filed with the Clerk of Court using the CM/ECF system.

/s/ Christopher Allen
Christopher Allen, Esq
