# EXHIBIT "C"

# Teddie J. Lok

| | |
|---|---|
| **From:** | Elenore Klingler |
| **Sent:** | Tuesday, May 30, 2023 9:18 AM |
| **To:** | Tiffiny Robinson x4126; Evan Rosenberg, Esq x4539 |
| **Cc:** | Kevin Branch; Teddie J. Lok |
| **Subject:** | RE: *EXT* Your client Taft Elmore (16559) |

Tiffiny, good morning.  We haven't heard back from you about this case.  Can you please call me today to discuss the following:

1.  Removal.  This case has complete diversity and we plan to remove to federal court.  Given the "in excess of" $68K in past medical specials pled along with general damages, we have a good faith belief that the amount in controversy exceeds $75K.  However, if your client disagrees and will stipulate to capping damages at $75K, we will not remove.  If you intend to cap damages, we need to know by the end of this week, 6/2/23.

2.  Vehicle inspections.  Our truck is on litigation hold but it needs to be returned to service.  Please provide us with some dates for your inspection.  Also, we understand that your client's vehicle was towed and requested to be held.  We would like to schedule a time for our inspection and ECM/airbag module download.  Please advise location and availability for inspection.

I am available all morning and variably this afternoon and look forward to hearing from you.
Regards
Elenore

Elenore Cotter Klingler
McMickle, Kurey & Branch, LLP
217 Roswell Street
Alpharetta, GA 30009
Phone: (678) 824-7800
Direct: (678) 824-7809
eklingler@mkblawfirm.com

The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client privileges, or constitute non-public information.  It is intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system.  Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

# Teddie J. Lok

| | |
|---|---|
| **From:** | Tiffiny Robinson x4126 <tmrobinson@forthepeople.com> |
| **Sent:** | Wednesday, June 7, 2023 3:00 PM |
| **To:** | Elenore Klingler; Carey Bryant x4143; Courtney Miller x4127; Joy Nduati x4111; Cameron Crandall x4700 |
| **Cc:** | Kevin Branch; Teddie J. Lok |
| **Subject:** | RE: *EXT* Your client Taft Elmore |

Hey Elenore, Mr. Elmore had a surgery on 5/9 and is still treating with a chiro, an ortho specialist as well as at a Concussion center so we are not agreeable to cap damages given his continued injuries, treatment and pains/sufferings.

I am copying Cameron Crandall who you may coordinate with to schedule the inspections of both vehicles. The only dates I believe he is unavailable is June9th-13th and the morning of June 14th. I am including his info below as well:

**Cameron Crandall**
P: **(404) 496-7345**

Mr. Elmore states that his vehicle was considered a total loss by Allstate when it was taken to A+ Towing in Fairburn. He believes the vehicle is still there unless Allstate has taken possession of it and removed it as he is no longer the owner or have possession of the vehicle since signing it over to Allstate early in the case.

**Tiffiny Robinson**
Attorney
My Bio

**P:** (404) 965-1697
**F:** (470) 639-6888
**A:** 191 Peachtree Street NE, Suite 4200, Atlanta, GA 30303



*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*