# EXHIBIT "D"

M0884234.1 0041

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TAFT ELMORE, | |
| Plaintiff, | CIVIL ACTION FILE NO.: 23EV002569 |
| v. | |
| STUART THOMPSON; C.R. ENGLAND, INC.; AND ABC CORPORATIONS 1-3, | |
| Defendant. | |

## NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given of the filing of a Notice of Removal of the above-styled civil action to the United States District Court, for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal filed with the United States District Court, excluding pleadings previously filed in this matter, is attached hereto as Exhibit "1." Pursuant to 28 U.S.C. § 1446(d), all future proceedings in this Court are stayed.

This 8th day of June, 2023.

                                                            MCMICKLE, KUREY & BRANCH, LLP

                                                            */s/ Elenore C. Klingler*
                                                            KEVIN P. BRANCH
                                                           Georgia Bar No. 111839
                                                           ELENORE C. KLINGLER
                                                           Georgia Bar No. 425190
                                                           *Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:    (678) 824-7800
Facsimile:     (678) 824-7801
Email: kpb@mkblawfirm.com
           eklingler@mkblawfirm.com

M1044230.1 16559

- 2 -

**CERTIFICATE OF SERVICE**

This is to certify that on this date I have electronically filed the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** with the Clerk of the Court using the *Odyssey* e-Filing system, which will automatically send a notification attaching same thereon to the following counsel of record:

Tiffiny M. Robinson, Esq.
MORGAN & MORGAN  ATLANTA PLLC
P.O. Box 57007
Atlanta, GA 30343
trobinson@forthepeople.com
*Attorney for Plaintiff*

This 8th day of June, 2023.

                                          */s/ Elenore C. Klingler*
                                        ELENORE C. KLINGLER
                                        For the Firm