# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHARON WILSON,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., SPIVEY JUNCTION STATION, LLC, PHILLIPS EDISON & COMPANY, LTD, and JOHN DOES 1-3,<br><br>Defendants. | CIVIL ACTION NO. _____<br><br>Removed from State Court of Gwinnett County, Civil Action File No. 23-C-02937-S4 |

## DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON JURY
_____

**COMES NOW**, The Kroger Co., Defendant in the above-styled civil action, by and through the undersigned counsel, and pursuant to O.C.G.A. § 15-12-122(a)(2), hereby demands this case be tried by a jury of twelve (12) persons.

Respectfully submitted, this 8th day of June, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-1067
Facsimile:   (404) 870-1030
Email: aperwich@grsmb.com
           ykintner@grsmb.com

*/s/ Alexander D. Perwich III*
Matthew G. Moffett
Georgia State Bar No.:  515323
Alexander D. Perwich III
Georgia State Bar No.: 622240
*Counsel for Defendant The Kroger Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing pleading, **DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON JURY** to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notice regarding such filing to all counsel of record who are CM/ECF participants and mailed by United States Postal Service, first class postage prepaid, a paper cope of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is as follows:

Adam A. Kemmerick, Esq.
FOY & ASSOCIATES, P.C.
3343 Peachtree Road, N.E. Suite 350
Atlanta, Georgia 30326
*Counsel for Plaintiff*

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1, and is prepared in Times New Roman 14-point font.

This the <u>8th</u> day of June, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** <br> **MOFFETT & BRIESKE, L.L.P.** <br> 950 East Paces Ferry Road, N.E. <br> Suite 1700 – Salesforce Tower Atlanta <br> Atlanta, Georgia 30326 <br> Telephone: (404) 870-1067 <br> Facsimile: (404) 870-1030 <br> Email: aperwich@grsmb.com <br>         ykintner@grsmb.com | */s/ Alexander D. Perwich III* <br> Matthew G. Moffett <br> Georgia State Bar No.: 515323 <br> Alexander D. Perwich III <br> Georgia State Bar No.: 622240 <br> *Counsel for Defendant The Kroger Co.* |