Case 1:23-mi-99999-UNA Document 1866-2 Filed 06/08/23 Page 1 of 1

e-Filed 5/5/2023 9:34 AM

2023CV01056

*Tiki Brown*
**Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence**

# IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA
9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

_____

_____

_____

_____
                                **Plaintiff**

Vs.
                                                                                   2023CV01056

_____
                                                                                    Case Number

_____

_____

_____
                                **Defendant**

## **SUMMONS**

TO THE ABOVE NAMED DEFENDANT(S):
You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

                                                    **TIKI BROWN
                                                    CLERK OF COURT
                                                    State Court of Clayton County**

    W.Lawrence
By:_____
Deputy Clerk