Case 1:23-mi-99999-UNA    Document 1806-4    Filed 06/08/23    Page 1 of 2

2023CV01056  e-Filed 5/10/2023 1:49 PM

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
**Waukecia Lawrence**

## PLAINTIFF'S AFFIDAVIT OF COMPLIANCE FOR SERVICE OF PROCESS UPON NON-RESIDENT MOTORIST

I, Sean B. Fields, the undersigned, I am the attorney who represents the plaintiff in the case of:

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| GABRIELA ESPARZA, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO. 2023CV01056 |
| v. | ) |
| | ) |
| AIT ABDELHAK, VAMAR INC., | ) |
| NATIONAL CONTINENTAL | ) |
| INSURANCE COMPANY, | ) |
| JOHN DOE1&2 ABC CORP.&XYZ CORP. | ) |
| | ) |
| Defendants. | ) |

I do herby certify that, in accordance with O.C.G.A. § 40-12-2, I have forwarded by registered or certified mail notice of service of the above case along with a copy of the complaint and process to the defendant at the following address;

**AIT ABDELHAK**
**3235 Golden Turtle Circle Apt. 202,**
**Louisville, KY, 40218 Jefferson County.**

I further certify that I SHALL FILE WITH THE APPROPRIATE COURT appended to the documents, regarding this case: (1) any return receipt received as evidence of service upon defendant by the plaintiff and (2) this plaintiff's affidavit of compliance.

This May 9, 2023

Respectfully submitted,

_____
Sean Fields, Esq.
GA State Bar No. 926158

**The law office of;**
**770GOODLAW, H.Q. Alex Nguyen Law Firm, LLC**
5495 Jimmy Carter Boulevard, Suite B-17
Norcross, Georgia 30093

Sworn and subscribed before me this
___ day of _____, 2023

_____
Notary Public, State of Georgia, County of Gwinnett
My commission Expires 10 - 31  20 26