2023CV01056 eFiled 5/18/2023 3:43 PM

*Tiki Brown*
Tiki Brown
**Clerk of State Court**
**Clayton County, Georgia**
Cornelia Ramsey

Control Number : SOP-23110540

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF ACKNOWLEDGEMENT

I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify under the seal of my office that copies of legal documents regarding service of process upon:

**Vamar Inc**

have been filed with the Secretary of State on 05/16/2023 pursuant to O.C.G.A. § 40-1-117 relating to the following matter:

Case: Gabriela Esparza v. Vamar Inc
Court: State Court of Clayton County
Civil Action No.: 2023CV01056

Witness my hand and official seal in the City of Atlanta and the State of Georgia on 05/18/2023.



Brad Raffensperger
Secretary of State

Control Number : SOP-23110540

# STATE OF GEORGIA

## Secretary of State
**Corporations Division**
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATION

I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify under the seal of my office that I have received in my office copies of legal documents in the matter of:

**Gabriela Esparza v. Vamar Inc., et al**
**State Court of Clayton County**
**Civil Action No. 2023CV01056**

A copy of said documents has been forwarded by registered mail or certified mail, return receipt requested to:

**Vamar Inc**

A copy of the return receipt will be forwarded to the filing person when it is received in my office.

Witness my hand and official seal in the City of Atlanta and the State of Georgia on 05/18/2023.



Brad Raffensperger
Secretary of State