**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| GABRIELA ESPARZA,<br><br>  Plaintiff,<br><br>v.<br><br>AIT ABDELHAK, VAMAR INC.,<br>DEFENDANT ABDELHAK<br>CONTINENTAL<br>INSURANCE COMPANY,<br>JOHN DOE1&2 ABC CORP.&XYZ<br>CORP.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action File No.<br>) 2023CV01056<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT AIT ABDELHAK'S DEMAND FOR JURY TRIAL BY TWELVE (12)**

COMES NOW Ait Abdelhak (hereinafter "Abdelhak") and hereby demands that the above captioned case be tried by a jury of twelve, pursuant to O.C.G.A. § 15-22-122.

This 8th day of June, 2023.

                 Respectfully submitted,

                 COPELAND, STAIR, VALZ & LOVELL, LLP

| | |
|---|---|
| 191 Peachtree Street, NE, Suite 3600<br>P.O. Box 56887 (30343-0887)<br>Atlanta, GA 30303-1740<br>Telephone (404) 221-2319<br>Facsimile (404) 523-2345<br>mgreene@csvl.law<br>sopila@csvl.law | By: */s/ Melissa C. Greene*<br>  MELISSA C. GREENE<br>  Georgia State Bar No. 580723<br>  SHARON OPILA<br>  Georgia Bar No. 631777<br><br>  *Attorneys for Defendant Ait Abdelhak* |

8682530v.1

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| GABRIELA ESPARAZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action File No. |
| AIT ABDELHAK, VAMAR INC., | ) | 2023CV01056 |
| NATIONAL CONTINENTAL | ) | |
| INSURANCE COMPANY, | ) | |
| JOHN DOE1&2 ABC CORP.&XYZ | ) | |
| CORP. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading, DEFENDANT AIT ABDELHAK'S DEMAND FOR JURY TRIAL BY TWELVE (12) upon all parties to this matter via the Court's e-filing system, which will automatically email a copy to all counsel of record as follows:

Sean B. Fields
Hung Q. Nguyen
77GOODLAW, H.Q. Alex
Nguyen Law Firm, LLC
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
litigation@770goodlaw.com
sean@770goodlaw.com
*Attorneys for Plaintiff*

This 8th day of June, 2023.

By: /s/ Melissa C. Greene
MELISSA C. GREENE
State Bar No. 580723
SHARON R. OPILA
State Bar No.: 631777

*Attorneys for Defendant Ait Abdelhak*

Copeland, Stair, Valz & Lovell, LLP
191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303-1740
404-522-8220

P.O. Box 56887
Atlanta, Georgia 30343-0887
mgreene@csvl.law
sopila@csvl.law

3