# IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| GABRIELA ESPARZA,<br><br>    Plaintiff,<br><br>v.<br><br>AIT ABDELHAK, VAMAR INC., DEFENDANT ABDELHAK CONTINENTAL INSURANCE COMPANY, JOHN DOE1&2 ABC CORP.&XYZ CORP.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action File No.<br>)  2023CV01056<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT VAMAR INC.'S DEMAND FOR JURY TRIAL BY TWELVE (12)

COMES NOW Vamar Inc. (hereinafter "Vamar") and hereby demands that the above captioned case be tried by a jury of twelve, pursuant to O.C.G.A. § 15-22-122.

This 8th day of June, 2023.

                                          Respectfully submitted,

                                          COPELAND, STAIR, VALZ & LOVELL, LLP

191 Peachtree Street, NE, Suite 3600      By: */s/ Melissa C. Greene*
P.O. Box 56887 (30343-0887)               MELISSA C. GREENE
Atlanta, GA 30303-1740                      Georgia State Bar No. 580723
Telephone (404) 221-2319                  SHARON OPILA
Facsimile (404) 523-2345                    Georgia Bar No. 631777
mgreene@csvl.law
sopila@csvl.law                                    *Attorneys for Defendant Vamar Inc.*

# IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| GABRIELA ESPARAZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AIT ABDELHAK, VAMAR INC., | ) | Civil Action File No. |
| NATIONAL CONTINENTAL | ) | 2023CV01056 |
| INSURANCE COMPANY, | ) | |
| JOHN DOE1&2 ABC CORP.&XYZ | ) | |
| CORP. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading, DEFENDANT VAMAR'S DEMAND FOR JURY TRIAL BY TWELVE (12) upon all parties to this matter via the Court's e-filing system, which will automatically email a copy to all counsel of record as follows:

Sean B. Fields
Hung Q. Nguyen
77GOODLAW, H.Q. Alex
Nguyen Law Firm, LLC
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
litigation@770goodlaw.com
sean@770goodlaw.com
*Attorneys for Plaintiff*

This 8th day of June, 2023.

|  |  |
|---|---|
|  | By: */s/ Melissa C. Greene* <br> MELISSA C. GREENE <br> State Bar No. 580723 <br> SHARON R. OPILA <br> State Bar No.: 631777 |
| Copeland, Stair, Valz & Lovell, LLP <br> 191 Peachtree Street, N.E. <br> Suite 3600 <br> Atlanta, Georgia  30303-1740 <br> 404-522-8220 <br> ……… <br> P.O. Box 56887 <br> Atlanta, Georgia  30343-0887 <br> *mgreene@csvl.law* <br> sopila@csvl.law | *Attorneys for Vamar Inc.* |