## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| GABRIELA ESPARZA,<br><br>      Plaintiff,<br><br>v.<br><br>AIT ABDELHAK, VAMAR INC., DEFENDANT NATIONAL CONTINENTAL INSURANCE COMPANY, JOHN DOE1&2 ABC CORP.&XYZ CORP.<br><br>      Defendants. | Civil Action File No.<br>2023CV01056 |

### DEFENDANT NATIONAL CONTINENTAL INSURANCE COMPANY'S DEMAND FOR JURY TRIAL BY TWELVE (12)

COMES NOW National Continental Insurance Company (hereinafter "National") and hereby demands that the above captioned case be tried by a jury of twelve, pursuant to O.C.G.A. § 15-22-122.

This 8th day of June, 2023.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP

By: */s/ Melissa C. Greene*
    MELISSA C. GREENE
    Georgia State Bar No. 580723
    SHARON OPILA
    Georgia Bar No. 631777
    *Attorneys for Defendant National Continental Insurance Company*

191 Peachtree Street, NE, Suite 3600
P.O. Box 56887 (30343-0887)
Atlanta, GA 30303-1740
Telephone (404) 221-2319
Facsimile (404) 523-2345
mgreene@csvl.law
sopila@csvl.law

8682551v.1

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| GABRIELA ESPARAZA,<br><br>    Plaintiff,<br><br>v.<br><br>AIT ABDELHAK, VAMAR INC., NATIONAL CONTINENTAL INSURANCE COMPANY, JOHN DOE1&2 ABC CORP.&XYZ CORP.<br><br>    Defendants. | Civil Action File No.<br>2023CV01056 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading, DEFENDANT NATIONAL'S DEMAND FOR JURY TRIAL BY TWELVE (12) upon all parties to this matter via the Court's e-filing system, which will automatically email a copy to all counsel of record as follows:

Sean B. Fields<br>
Hung Q. Nguyen<br>
77GOODLAW, H.Q. Alex<br>
Nguyen Law Firm, LLC<br>
5495 Jimmy Carter Blvd., Suite B-17<br>
Norcross, GA 30093<br>
litigation@770goodlaw.com<br>
sean@770goodlaw.com<br>
*Attorneys for Plaintiff*

This 8th day of June, 2023.

                                                    By:   /s/ *Melissa C. Greene*
                                                              MELISSA C. GREENE
                                                              State Bar No. 580723

Copeland, Stair, Valz & Lovell, LLP        SHARON R. OPILA
191 Peachtree Street, N.E.                       State Bar No.: 631777
Suite 3600
Atlanta, Georgia  30303-1740               *Attorneys for National Continental*
404-522-8220                                        *Insurance Company.*

P.O. Box 56887
Atlanta, Georgia  30343-0887
*mgreene@csvl.law*
sopila@csvl.law