

(Alex) H.Q. Nguyen
*CEO/Managing Partner*
*Alex@770goodlaw.com*

Thomas Tran
*Client Experience Director*
*Thomas@770goodlaw.com*



**770-GOOD-LAW**
*AUTO ACCIDENT ATTORNEYS*
H.Q. ALEX NGUYEN LAW FIRM, LLC.

YenHa T. Nguyen
*Administrator & Finance Director*
*Yenha@770goodlaw.com*

Jin K. Oh
*Information Technology & HR Director*
*Jin@770goodlaw.com*

### 5495 Jimmy Carter Blvd., Suite B-17, Norcross Georgia 30093

January 6, 2023

**PRIVILEGED AND CONFIDENTIAL:**
**RELATING TO ATTEMPT TO COMPROMISE DISPUTED CLAIMS**

**VIA PRIORITY MAIL**
**RECEIPT NO:** 9405 5112 0620 3502 5275 19
*Progressive Insurance*
Attn: Andy Mullet
PO Box 89401
Cleveland, OH 44101

**CAIP CLAIMS**

JAN 11 2023

RE:  Our Client:          Gabriela Esparza
     Your Insured:        Ait Abdelhak
     Date of Loss:        April 8, 2022
     Claim No.:           227934797
     Policy No.:          267086871

Dear Andy Mullet:

Enclosed, please find our settlement demand with supporting documentation.

# Redacted

# Redacted

# Redacted

# Redacted

Redacted

Based on the negligence of your insured and the extent of Gabriela Esparza's injuries, we estimate the value of this claim to be in excess of $1,000,000.00. Redacted

Redacted                    Redacted

Redacted

# Redacted

# Redacted

# Redacted

# Redacted

# Redacted

Sincerely,
**770GOODLAW, H.Q.** Alex Nguyen Law
Firm, LLC

Sean Fields
Attorney for Gabriela Esparza
Direct:  470-273-6204
Direct Fax:  770-409-1526
Email:Sean@770goodlaw.com

PO/
Enclosures

# Redacted

# Redacted