• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

# Business Corporation

## Legal Name
Parrish Tire Company

# Information

**SosId:** 0111040
**Status:** Current-Active ⓘ
**Date Formed:** 1/11/1946
**Citizenship:** Domestic
**Fiscal Month:** December
**Annual Report Due Date:** April 15th
   Current**Annual Report Status:**
      **Registered Agent:** Jackson Jr, W Logan

# Addresses

EXHIBIT B

| **Mailing** | **Principal Office** | **Reg Office** |
|---|---|---|
| 5130 Indiana Avenue | 5130 Indiana Avenue | 5130 Indiana Avenue |
| Winston Salem, NC 27106 | Winston Salem, NC 27106 | Winston Salem, NC 27106 |

**Reg Mailing**

5130 Indiana Avenue
Winston Salem, NC 27106

# Officers

| **Treasurer** | **Vice President** | **President** |
|---|---|---|
| Jeff Calhoun | Bill Jackson | W Logan Jackson |
| 5130 Indiana Avenue | 5130 Indiana Avenue | 5130 Indiana Ave |
| Winston Salem NC 27106 | Winston Salem NC 27106 | Winston Salem NC 27106-2822 |

**General Counsel**

Bryan C Thompson
210 South Cherry Street
Winston Salem NC 27101

# Stock

**Class:** COMMON
**Shares:** 10000
**Par Value** 10

EXHIBIT B