# IN THE STATE COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| ANTONIO ROMERO and DOODY CALLS OF ATLANTA<br><br>    Plaintiff,<br><br>v.<br><br>PARRISH TIRE COMPANY<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 22EV007137<br><br><br>*Jury Trial Demanded* |

## DEFENDANT PARRISH TIRE COMPANY NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

COME NOW, Defendants **PARRISH TIRE COMPANY.,** and files the following Notice of Removal to United States District Court, showing the Court as follows:

1. Defendants have filed a Notice of Removal to the United States District Court. A true and correct copy of the Notice is attached as Ex. "A."

2. As a result thereof, this matter is automatically stayed and the action removed to the United States District Court, for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441 *et seq.*

Respectfully submitted this 9th day of June, 2023.

|  |  |
|---|---|
|  | **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.** |
| 365 Northridge Road, Suite 230<br>Atlanta, GA  30350<br>T:  770.650.8737<br>F:  770.650.8797<br>scott.moulton@qpwblaw.com<br>sandro.stojanovic@qpwblaw.com | */s/ Sandro Stojanovic*<br>SCOTT H. MOULTON<br>Georgia State Bar No. 974237<br>SANDRO STOJANOVIC<br>Georgia State Bar No. 473114<br>*Counsel for Defendants* |

1

EXHIBIT C

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANTONIO ROMERO and DOODY CALLS OF ATLANTA<br><br>    Plaintiff,<br><br>v.<br><br>PARRISH TIRE COMPANY<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 22EV007137<br><br><br>*Jury Trial Demanded* |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT PARRISH TIRE COMPANY'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter electronically via E-Filing system and/or by depositing a true and correct copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to all counsel of record as follows:

Alex O. Mitchell
Cumberland Law Group, LLC
400 Galleria Parkway, Suite 1500
Marietta, GA 30339
info@cumberlandlawatlanta.com
*Counsel for Plaintiff*

This 9th day of June, 2023.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

*/s/ Sandro Stojanovic*
SCOTT H. MOULTON
Georgia State Bar No. 974237
SANDRO STOJANOVIC
Georgia State Bar No. 473114
*Counsel for Defendants*

365 Northridge Road, Suite 230
Atlanta, GA  30350
T:  770.650.8737
F:  770.650.8797
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com

2

EXHIBIT C