# CUMBERLAND LAW GROUP, LLC.
## *UNITIL JUSTICE PREVAILS...*

December 29, 2022

***VIA Certified Mail***
Central Mutual Insurance Company
**Re: Theo Brown and Antonio Romero v. Tevin Wilkerson**
**Attn: Joshua Sinclair**
bingram@central-insurance.com
P.O Box 353
Van Wert, OH 45891
P: 1-800-935-9244
F: 1-800-877-2293

      Re:    **Copies of the Summons and Complaint Under O.C.G.A § 33-7-15(c)**

| | |
|---|---|
| Our Client(s): | Theo Brown & Antonio Romero |
| Insured: | Parrish Tire Company |
| Date of Loss: | August 31, 2022 |
| Policy #: | 8887292 |
| Claim #s: | 1000428192 |

Dear Mr. Sinclair

      Pursuant to O.C.G.A § 33-7-15(c) please find enclosed a courtesy filed stamped copy of the following documents:

- Summons
- Complaint
- First Requests for Admissions
- Plaintiffs First Interrogatories to Defendant
- Plaintiffs First Request for Production of Documents

      I have authority to settle our clients' claims for the sum of $700,000.00 provided we can resolve this matter within ten (10) days of the date of this correspondence. Should we not reach an agreement we reserve the right to seek an award in excess of policy limits.

---

400 Galleria Pkwy Suite 1500, Atlanta, GA 30039      Phone (404) 491-9434
      Fax (678) 503-2698

## EXHIBIT E

Yours very truly,

**CUMBERLAND LAW GROUP, LLC**

*Alex Mitchell*
Alex O. Mitchell, Esq.
Info@cumberlandlawatlanta.com

EXHIBIT E