UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE (K.B.) | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| G6 HOSPITALITY, LLC, | § | |
| G6 HOSPITALITY FRANCHISING, LLC, | § | |
| G6 HOSPITALITY IP, LLC, | § | |
| G6 HOSPITALITY PROPERTY, LLC, | § | |
| G6 HOSPITALITY PURCHASING, LLC, | § | |
| MOTEL 6 OPERATING, LP., | § | |
| GAINESVILLE MASTERS, LLC, | § | |
| STUDIO 6 DELK ROAD, LLC | § | |
|     Defendants. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, Jane Doe (K.B.), Plaintiff in the above-styled and numbered cause, and files this Original Petition complaining of G6 HOSPITALITY, LLC, G6 HOSPITALITY FRANCHISING, LLC, G6 HOSPITALITY IP, LLC, G6 HOSPITALITY PROPERTY, LLC, G6 HOSPITALITY PURCHASING, LLC, MOTEL 6 OPERATING, LP, GAINESVILLE MASTERS, LLC, AND STUDIO 6 DELK ROAD, LLC, as Defendants, and respectfully shows the Court as follows:

## I.   SUMMARY OF CASE

1.     Sex trafficking is a public health crisis that has hit epidemic proportions in our communities, resulting in a devastating effect on its survivors and a crushing financial effect on our world.

2.     Estimates are that in 2016 there were as many as 40.3 million victims of human trafficking and sexual exploitation worldwide, including 4.8 million people trapped in sexual

exploitation.[1]

3. The exploitation of victims of sex trafficking and prostitution most often does not occur solely at the hands of the traffickers and sex buyers. Rather, hotels often play an equal hand in the exploitation of these victims.

### The Role of the Hotel Industry and Defendant Hotels

4. Defendants are aware of the important role that hotels play in the proliferation of sex trafficking and of the revenue they derive from sex trafficking that occurs at their hotels. Today, sex trafficking is pervasive in the United States, and hotels are the primary place where it happens.[2] For years, sex traffickers have "been able to reap these profits with little risk when attempting to operate within hotels."[3]  In 2014, 92% of calls received by the National Human Trafficking Hotline involved reports of sex trafficking taking place at hotels.[4]  Hotels have been found to account for over 90% of commercial exploitation of children.[5] The Hotel Industry and Defendants knowingly facilitate and benefit financially and otherwise from sex trafficking at their locations

---

[1] INT'L LABOUR OFFICE, *Global estimates of modern slavery: Forced labour and forced marriage*, at 9, 38, https://www.ilo.org/wcmsp5/groups/public/---dgreports/---dcomm/documents/publication/wcms_575479.pdf.

[2] "This is not only a dominant issue, it's an epidemic issue." See Jaclyn Galucci, Human Trafficking is an Epidemic in the U.S. It's Also Big Business, Fortune, April 2019, at https://fortune.com/2019/04/14/human-sex-trafficking-us-slavery/ citing Cindy McCain, who chairs the McCain Institute's Human Trafficking Advisory Council. "It's also something that is hiding in plain sight. It's everywhere—it's absolutely everywhere." Id.

[3] See Human Trafficking in the Hotel Industry, Polaris Project, February 10, 2016, at https://polarisproject.org/blog/2016/02/10/human-trafficking-hotel-industry; see also Eleanor Goldberg, You Could Help Save A Trafficking Victim's Life With Your Hotel Room Pic, Huffington Post, June 2016, at http://www.huffingtonpost.com/entry/taking-a-photo-of-your-hotel-room-could-help-save-a-trafficking-victims-life_us_57714091e4b0f168323a1ed7

[4] Michele Sarkisian, Adopting the Code: Human Trafficking and the Hotel Industry, Cornell Hotel Report, October 2015, at https://scholarship.sha.cornell.edu/cgi/viewcontent.cgi?article=1222&context=chrpubs  Oct.  2015

[5] See Erika R. George and Scarlet R. Smith, In Good Company: How Corporate Social Responsibility Can Protect Rights and Aid Efforts to End Child Sex Trafficking and Modern Slavery, 46 N.Y.U. J. Int'l L. & Pol. 55, 66-67 (2013).

and the specific locations complained of herein.

5.      To address the crisis of sex trafficking at hotels, multiple agencies and organizations who actively combat sex trafficking, including the United States Department of Homeland Security, the National Center for Missing and Exploited Children, the Polaris Project, the Texas Attorney General, Love 146, EPCAT, among others, have established recommended policies and procedures for recognizing the signs of sex trafficking.[6]

6.      Some of the policies and procedures recommended to the Hotel Industry and Defendants designed to reduce or eliminate sex trafficking on their premises include learning to identify warning signs and indicators of sex trafficking, including but not limited to:[7]

- Individuals show signs of fear, anxiety, tension, submission, and/or nervousness;

- Individuals show signs of physical abuse, restraint, and/or confinement;

- Individuals exhibit evidence of verbal threats, emotional abuse, and/or being treated in a demeaning way;

- Individuals show signs of malnourishment, poor hygiene, fatigue, sleep deprivation, untreated illness, injuries, and/or unusual behavior;

- Individuals lack freedom of movement or are constantly monitored;

- Individuals avoid eye contact and interaction with others;

- Individuals have no control over or possession of money or ID;

---

[6] https://www.dhs.gov/blue-campaign; United States Department of Homeland Security Blue Campaign – One Voice. One Mission. End Human Trafficking.Source:https://www.dhs.gov/sites/default/files/publications/blue-campaign/toolkits/hospitality-toolkit-eng.pdf; https://www.missingkids.org/theissues/trafficking#riskfactors; https://love146.org/wp-content/uploads/2017/04/Hospitality-Red-Flag-and-Reporting-Love146.pdf; https://www2.texasattorneygeneral.gov/files/human_trafficking/human_trafficking_red_flags_handout.pdf
[7] *See Id.*

3

- Individuals dress inappropriately for their age or have lower quality clothing compared to others in their party;

- Individuals have few or no personal items—such as no luggage or other bags;

- Individuals appear to be with a significantly older "boyfriend" or in the company of older males;

- A group of girls appears to be traveling with an older female or male;

- A group of males or females with identical tattoos in similar locations. This may indicate "branding" by a trafficker;

- Drug abuse or frequent use of "party drugs" such as GHB, Rohypnol, Ketamine, MDMA (Ecstasy), Methamphetamines, Cocaine, and Marijuana;

- Possession of bulk sexual paraphernalia such as condoms or lubricant;

- Possession or use of multiple cell phones; and

- Possession or use of large amounts of cash or pre-paid cards.

7.     Jane Doe (K.B.) was trafficked at hotels owned and operated by Defendants while exhibiting numerous signs and behaviors consistent with these recommendations in the presence of Defendants' employees and agents.

**The Solution**

8.     The Trafficking Victims Reauthorization Protection Act (TVPRA) has provided civil remedies at the federal level since 2003 by "allow[ing] trafficking victims to sue their traffickers for money damages in federal court."[8]

9.     In 2008, Congress amended the TVPRA to expand its scope through creation of

---

[8] Abigail K. Coker, Anaid Reyes Kipp, Torts, 38 Ga. St. U.L. Rev. 241, 242 (2021); ALEXANDRA F. LEVY, HUM. TRAFFICKING LEG. CTR., FEDERAL HUMAN TRAFFICKING CIVIL LITIGATION: 15 YEARS OF THE PRIVATE RIGHT OF ACTION 7 (Martina R. Vandenberg & Andrew B. Cherry eds., 2018) [hereinafter LEVY REPORT], https://www.htlegalcenter.org/wp-content/uploads/Federal-Human-Trafficking-Civil-Litigation-1.pdf [https://perma.cc/JX6U-34H2]

4

"beneficiary" liability, providing sex-trafficking victims with a cause of action to sue defendants who—though not criminally liable under the TVPRA—benefited from "participation in a venture which that person knew or should have known" was engaged in criminal sex trafficking.

10.     Since enactment of the TVPRA, at least forty states and the District of Columbia have followed suit and allowed for state civil lawsuits.[9] Fortunately, Georgia has followed the Federal Government's lead in recognizing that actors other than actual traffickers and Johns, were participating in, promoting, facilitating, and benefitting from the selling of sex and sex trafficking through passing SB 33.  With the passing of SB 33, now codified as O.C.G.A. § 51-1-56, Georgia now joins those states in providing trafficking victims the option to pursue civil suits.[10]

11.     To hold traffickers and the facilitators and promoters of prostitution responsible, the Georgia legislature enacted Chapter 1 of Title 51 of the Official Code of Georgia Annotated, Section 51-1-56, a provision that allows Jane Doe (K.B.) to bring claims against all who participated, promoted, facilitated, or benefitted from her trafficking.

12.     O.C.G.A. § 51-1-56 expands the list of entities that can be held liable for human trafficking beyond those potentially criminally liable under Code section 16-5-46.[11]  For example, possible third parties include motel owners, hotels, doctors, labor recruiters, and others.[12]  In 2020, 48% of the defendants in civil sex trafficking suits were hotels.[13]

---

[9] Id.; Electronic Mail Interview with Jonathan Todres, Distinguished Univ. Professor & Professor of L., Ga. State Univ. Coll. of L. (May 25, 2021) (on file with the Georgia State University Law Review) [hereinafter Todres Interview];164 AM. JUR. Trials § 295, Westlaw (database updated May 2021).
[10] Id.; 2021 Ga. Laws Act 28.
[11] Id.; O.C.G.A. § 51-1-56(a)(2) (Supp. 2021); § 16-5-46 (2019).
[12] Id.; LEVY REPORT, *supra* note 10, at 22.
[13] Id.; KYLEIGH FEEHS & ALYSSA CURRIER WHEELER, 2020 FED. HUMAN TRAFFICKING REP. 55 (2021) [hereinafter 2020 FEDERAL HUMAN TRAFFICKING REPORT], https://www.traffickinginstitute.org/wp-content/uploads/2021/06/2020-Federal-Human-Trafficking-Report-Low-Res.pdf [https://perma.cc/P5AT-W2J4].

13.     By allowing victims to file suits against third parties, O.C.G.A. § 51-1-56 aims to deter businesses, like hotels and trucking companies, from knowingly or inadvertently being involved in trafficking rings.[14]  Allowing trafficking survivors to sue in civil court "is an important measure because often the criminal justice process does not provide any remedy to victims and survivors."[15]  For example, federally, Congress created a civil cause of action in the TVPA "on the belief 'that the additional enforcement activity resulting from private civil actions [would be] worthwhile.'"[16]

14.     O.C.G.A. § 51-1-56 seeks to hold those who engage in and those who benefit from prostitution and sex trafficking accountable to the resulting victims.[17] O.C.G.A. § 51-1-56 focuses on the "trafficking of persons" and is a cause of action that focuses on conduct that constitutes an underlying criminal offense.

15.     O.C.G.A. § 51-1-56 mirrors the TVPA's provision (the federal human trafficking statute), so that an identical statute can apply in state courts for actors who would not be subject to federal jurisdiction.[18]

16.     In all interpretations of statutes, the courts shall look diligently for the intention of

---

[14] Id.; Telephone Interview with Sen. Clint Dixon (R-45th) (May 27, 2021) (on file with the Georgia State University Law Review) [hereinafter Dixon Interview]; 18 U.S.C. § 1595.

[15] Id.; Todres Interview, *supra* note 10.

[16] Id.; ALEXANDRA F. LEVY, HUM. TRAFFICKING LEG. CTR., FEDERAL HUMAN TRAFFICKING CIVIL LITIGATION: 15 YEARS OF THE PRIVATE RIGHT OF ACTION 7 (Martina R. Vandenberg & Andrew B. Cherry eds., 2018) [hereinafter LEVY REPORT], https://www.htlegalcenter.org/wp-content/uploads/Federal-Human-Trafficking-Civil-Litigation-1.pdf [https://perma.cc/JX6U-34H2], (quoting H.R. REP. 108-264, pt. 2, at 16 (2003)). But see Todres Interview, supra note 10 (suggesting that the threat of civil liability is not known to deter human trafficking).

[17] Id.; 2021 Ga. Laws Act 28.

[18] Id.; Video Recording of Senate Judiciary Committee Meeting at 43 min., 44 sec. (Feb. 8, 2021) [hereinafter Senate Judiciary Committee Video] (remarks by Trey Bennett, Deputy Exec. Couns., Off. of Governor Brian P. Kemp), https://www.youtube.com/watch?v=7qSUQ8F8QEM&t=3208s

the General Assembly, keeping in view at all times the old law, the evil, and the remedy.[19] Thus, O.C.G.A. § 51-1-56 should be liberally construed and applied to promote their underlying purpose to protect persons from human trafficking/compelled prostitution and provide adequate remedies to victims of human trafficking/compelled prostitution.

17.    The criminal justice system has been bearing the cross in the fight against the selling of sex and sex trafficking for far too long by prosecuting the traffickers, prostitution promoters, and sex buyers.  It is now time for the civil justice system to hold those who profit from this sex trafficking and prostitution industry accountable for their wrongful conduct.

18.    Overall, O.C.G.A. § 51-1-56 is an important step forward in the broader fight against human trafficking, and it will enable some survivors to finally secure a remedy for the harms inflicted on them.[20]

19.    For these reasons, and with great strength and courage, Jane Doe (K.B.) brings suit under O.C.G.A. § 51-1-56, TVPRA under 22 U.S.C. § 7102, and related causes of action.

## II.    PARTIES

### A.    PLAINTIFF

20.    Plaintiff Jane Doe (K.B.) was at all relevant times a trafficked person as that term is defined in O.C.G.A. § 51-1-56 and TVPRA 22 U.S.C. § 7102. Jane Doe (K.B.) is a resident of Clayton County, Georgia. Given the nature of these allegations, this complaint identifies Jane Doe (K.B.) as "Jane Doe (K.B.) or Jane Doe" throughout. She may be contacted through her lead counsel, whose information is contained below.

---

[19] O.C.G.A. § 1-3-1O
[20] Id.; *See* Todres Interview, *supra* note 10.

21.     There is a collective and compelling interest in keeping Jane Doe (K.B.)'s identity anonymous.

**B.     THE HOTEL DEFENDANTS**

**G6 HOSPITALITY LLC**

22.     G6 Hospitality LLC is a for-profit Delaware Corporation with its principal place of business in Carrolton, Texas.

23.     All references to G6 Hospitality LLC include any department, division, office, agency, subsidiary, or corporate affiliate whether domestic, foreign, and/or international. The term also includes any director, officer, agent (either with direct/actual authority and implied/apparent authority), employee, person, firm, or corporation acting on behalf of G6 Hospitality LLC now or at any time relevant to the claims herein.

24.     Defendant G6 Hospitality LLC may be served through its registered agent: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

**G6 HOSPITALITY FRANCHISING, LLC**

25.     G6 Hospitality Franchising, LLC is a for-profit Delaware Corporation with its principal place of business in Carrolton, Texas.

26.     All references to G6 Hospitality Franchising, LLC include any department, division, office, agency, subsidiary, or corporate affiliate whether domestic, foreign, and/or international. The term also includes any director, officer, agent (either with direct/actual authority and implied/apparent authority), employee, person, firm, or corporation acting on behalf of G6 Hospitality Franchising, LLC now or at any time relevant to the claims herein.

27.     Defendant G6 Hospitality Franchising, LLC may be served through its registered agent: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

**G6 HOSPITALITY IP, LLC**

28.     G6 Hospitality IP, LLC is a for-profit Delaware Corporation with its principal place of business in Carrolton, Texas.

29.     All references to G6 Hospitality IP, LLC include any department, division, office, agency, subsidiary, or corporate affiliate whether domestic, foreign, and/or international. The term also includes any director, officer, agent (either with direct/actual authority and implied/apparent authority), employee, person, firm, or corporation acting on behalf of G6 Hospitality IP, LLC now or at any time relevant to the claims herein.

30.     Defendant G6 Hospitality IP, LLC may be served through its registered agent: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

**G6 HOSPITALITY PROPERTY, LLC**

31.     G6 Hospitality Property, LLC is a for-profit Delaware Corporation with its principal place of business in Carrolton, Texas.

32.     All references to G6 Hospitality Property, LLC include any department, division, office, agency, subsidiary, or corporate affiliate whether domestic, foreign, and/or international. The term also includes any director, officer, agent (either with direct/actual authority and implied/apparent authority), employee, person, firm, or corporation acting on behalf of G6 Hospitality Property, LLC now or at any time relevant to the claims herein.

33.     Defendant G6 Hospitality Property, LLC may be served through its registered agent: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

**G6 HOSPITALITY PURCHASING, LLC**

34.     G6 Hospitality Purchasing, LLC is a for-profit Delaware Corporation with its principal place of business in Carrolton, Texas.

35.     All references to G6 Hospitality Purchasing, LLC include any department, division, office, agency, subsidiary, or corporate affiliate whether domestic, foreign, and/or international. The term also includes any director, officer, agent (either with direct/actual authority and implied/apparent authority), employee, person, firm, or corporation acting on behalf of G6 Hospitality Purchasing, LLC now or at any time relevant to the claims herein.

36.     Defendant G6 Hospitality Purchasing, LLC may be served through its registered agent: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

**MOTEL 6 OPERATING LP**

37.     Motel 6 Operating LP is a for-profit Delaware Corporation with its principal place of business in Carrolton, Texas.

38.     All references to Motel 6 Operating LP include any department, division, office, agency, subsidiary, or corporate affiliate whether domestic, foreign, and/or international. The term also includes any director, officer, agent (either with direct/actual authority and implied/apparent authority), employee, person, firm, or corporation acting on behalf of Motel 6 Operating LP now or at any time relevant to the claims herein.

10

39.     Defendant Motel 6 Operating LP may be served through its registered agent: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

**GAINESVILLE MASTERS, LLC**

40.     Gainesville Masters, LLC is a for-profit Georgia limited liability company with its principal place of business in Johns Creek, Georgia.

41.     All references to Gainesville Masters, LLC include any department, division, office, agency, subsidiary, or corporate affiliate whether domestic, foreign, and/or international. The term also includes any director, officer, agent (either with direct/actual authority and implied/apparent authority), employee, person, firm, or corporation acting on behalf of Gainesville Masters, LLC now or at any time relevant to the claims herein.

42.     Defendant Gainesville Masters, LLC may be served through its registered agent: Chandra I. Patel, 2041 Kinderton Manor Drive, Johns Creek, Georgia 30097.

**STUDIO 6 DELK ROAD, LLC**

43.     Studio 6 Delk Road, LLC is a for-profit Georgia limited liability company with its principal place of business in Marietta, Georgia.

44.     All references to Studio 6 Delk Road, LLC include any department, division, office, agency, subsidiary, or corporate affiliate whether domestic, foreign, and/or international. The term also includes any director, officer, agent (either with direct/actual authority and implied/apparent authority), employee, person, firm, or corporation acting on behalf of Studio 6 Delk Road, LLC now or at any time relevant to the claims herein.

45.     Defendant Studio 6 Delk Road, LLC may be served through its registered agent:

Richard F. Evins, 1198 Buckhead Crossing, Suite B, Woodstock, Georgia 30189.

### III.   JURISDICTION AND VENUE

46.     This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, because this action arises under the Constitution, laws, or treaties of the United States (with an amount in controversy that exceeds $75,000.00).

47.     This is a civil action alleging, *inter alia*, violations of 18 U.S.C. § 1595.

48.     Venue is proper in this district pursuant to 28 U.S.C. § 1391, because a substantial part of the events or omissions giving rise to the claims asserted in this action, including Defendants' misconduct and omissions, occurred in the judicial district where this action is brought.

### IV.   SEX TRAFFICKING UNDER FEDERAL LAW

49.     Sex trafficking is defined by the TVPRA under 22 U.S.C. § 7102, as "the recruitment, harboring, transportation, provision, obtaining, patronizing, or soliciting of a person for the purposes of a commercial sex act and in which the commercial sex act is induced by force, fraud, or coercion."  This definition combines three elements of sex trafficking as a criminal offense: the act, the means, and the purpose.

50.     Pursuant to 18 U.S.C. § 1591(a), all who knowingly provide or obtain commercial sex that was provided or obtained through force, fraud, and coercion – or performed by a minor under the age of 18 – are guilty of sex trafficking.  This includes, at a minimum, ***both*** the 'traffickers' who recruit, harbor, transport, and provide individuals for forced commercial sex work

12

*and* the 'johns' or 'buyers' who obtain, solicit, or patronize forced commercial sex work.[21] Criminal liability under 18 U.S.C. § 1591(a)(2)  also extends to all who knowingly participate in a venture knowing or in reckless disregard of the fact that the venture is engaged in unlawful sex trafficking.

51.     Under 18 U.S.C. § 1595(1), a victim of unlawful sex trafficking has a civil cause of action against (1) any "perpetrator" who engaged in a criminal violation of 18 U.S.C. § 1591; or (2) any "beneficiary" who knowing received a benefit from participation in a venture that the person knew or should have known was engaged in sex trafficking.

## V.   SEX TRAFFICKING UNDER GEORGIA LAW

52.     O.C.G.A. § 16-5-46, is the criminal statute pertaining to the "trafficking [of] a person for labor or sexual servitude."[22]  According to Code Section 16-5-46, a person commits the offense of trafficking an individual for sexual servitude when that person knowingly benefits financially or by receiving anything of value from the sexual servitude of another.[23]

53.     Pursuant to O.C.G.A. § 51-1-56(b),  an individual who is a victim of a violation of O.C.G.A. §16-5-46, shall have a cause of action against any perpetrator of said violation and may recover damages and reasonable attorney's fees. [24]  According to the statute, a "Perpetrator" according to Code Section 51-1-56 means a person or entity that knowingly benefits, financially or by receiving anything of value, from participation in a venture or scheme which such person or

---

[21] While the 'pimps' or 'providers' are often referred to as the 'traffickers' and the purchasers are referenced as the 'johns,' 'tricks,' or 'buyers' [and such nomenclature is used herein], under federal law *both* categories are 'traffickers.'
[22] O.C.G.A. § 16-5-46.
[23] O.C.G.A § 16-5-46(c)(3).
[24] O.C.G.A. § 51-1-56(b).

entity knew or should have known involved a violation of Code Section 16-5-46.[25]

## VI.   STATEMENT OF FACTS

54.     In 2017, at sixteen years old, pregnant, and homeless, Jane Doe K.B. was forced into prostitution by her older boyfriend Cross Lamar Beaver.  At a time when her biggest concern should have been what she intended on wearing to the school dance, Jane Doe K.B. found herself to be a victim of human trafficking.

55.     While living with her grandmother and four siblings, Jane Doe K.B. began dating a guy whom she thought would protect her from the evils of the world.  However, little did Jane Doe K.B. know, the evils of the world were closer than she could ever imagine.  Not long after moving out of her grandmother's home, Jane Doe K.B. found herself to be homeless and pregnant for Cross Lamar Beaver.  It was under these circumstances, nine months later, Cross Lamar Beaver forced Jane Doe K.B. into taking provocative pictures for Backpage; whereby, he would market Jane Doe K.B. as though she was nothing more than a piece of property for other's deviant sexual proclivities.

56.     For twenty-three weeks in 2017, Jane Doe K.B., a minor, was sex trafficked while pregnant.  Cross Lamar Beaver kept and controlled Jane Doe K.B.'s driver's license and social security card, so she could not escape his terror.  It was during this time that Jane Doe K.B. was sex trafficked in numerous motels and hotels, including Motel 6.

57.     During this twenty-three-week period, Jane Doe K.B. was sex trafficked at the Motel 6 located at 1585 Monroe Dr., Gainesville, GA ("Motel 6 Gainesville" herein) from August

---

[25] O.C.G.A. § 51-1-56(a)(2).

1, 2017, until September 15, 2017.  Jane Doe K.B. was also trafficked at the Motel 6 located at 2360 Delk Road, Marietta, GA ("Motel 6 Marietta" herein) from September 16, 2017, until October 15, 2017.

58.     Jane Doe K.B.'s trafficker rented rooms at Motel 6 Marietta and Motel 6 Gainesville by paying for them using cash and prepaid cards.  Due to Jane Doe K.B.'s trafficker being a valued customer at Motel 6 Gainesville, Cross Lamar Beaver was sold hotel rooms at discounted rates by hotel staff despite it being obvious that he utilized the rooms to sex traffic Jane Doe K.B.

59.     Staff at the Motel 6 Gainesville and Motel 6 Marietta had a reasonable opportunity to observe Jane Doe K.B. who was being sexually exploited as a minor.

60.     The rooms rented to Jane Doe K.B.'s trafficker had high foot traffic.  When a new client entered the hotel room, Jane Doe K.B.'s trafficker would wait outside of the motel room door.  Between August 1, 2017, and October 15, 2017, there were times when Cross Lamar Beaver would force Jane Doe K.B. to have sex with up to five people in an hour while he waited outside the motel room.  But on any given day, Jane Doe K.B. saw no less than seven clients a day.  Jane Doe K.B. was sex trafficked seven days a week, while pregnant and underage, for ten weeks at Motel 6 Gainesville and Motel 6 Marietta.

61.     Other 'johns' of Jane Doe K.B. interacted with hotel staff, as they purchased rooms from Motel 6 Gainesville and Motel 6 Marietta to sexually assault a pregnant minor, Jane Doe K.B.  Jane Doe K.B. met no less than (7) seven buyers every day for (10) ten weeks, while being repeatedly sexually assaulted at the Motel 6 Marietta and Motel 6 Gainesville.

62.     At all relevant times, Gainesville Masters, LLC, owned and operated the Motel 6

15

Gainesville as a franchisee of the G6 Hospitality system. At all relevant times, Studio 6 Delk Road, LLC, owned and operated the Motel 6 Marietta as a franchisee of the G6 Hospitality system. Gainesville Masters, LLC, and Studio 6 Delk Road, LLC are collectively referred to hereinafter as "Franchisees."

63.     At all material times, G6 Hospitality, LLC d/b/a Motel 6, G6 Hospitality Franchising LLC, G6 Hospitality IP, LLC, G6 Hospitality Property, LLC, G6 Hospitality Purchasing, LLC, Motel 6 Operating, LP, (hereinafter collectively referred to as "G6 Hospitality") participated directly in the operation and management of the  Motel 6 Marietta and Motel 6 Gainesville and exercised systematic control over Franchisees (who are actual agents of G6) with respect to the operation of their respective hotels.

64.     G6 Hospitality and Franchisees jointly employ the employees of the Motel 6 Gainesville and Motel 6 Marietta because they jointly exercise a high degree of control over the terms and conditions of their employment. G6 Hospitality and Franchisees have a high degree of unified operations at Motel 6 Gainesville and Motel 6 Marietta where Jane Doe K.B. was trafficked for money. Defendants share the common policies and practices complained of throughout this Complaint. Defendants are separately and jointly responsible for compliance with all applicable laws and jointly and severally liable for any damages caused by employees of Motel 6 Gainesville and Motel 6 Marietta. G6 Hospitality had, at all relevant times, direct and systemic control over this facility, responsibility for its operations, and corporate knowledge of the events that occurred at the Motel 6 Marietta and Motel 6 Gainesville. Both the Motel 6 Marietta and Motel 6 Gainesville are alter egos, representatives, and/or agents of G6 Hospitality.

65.     G6 Hospitality exercises or has the right to exercise control over business

operations, management, supervision, administration, and procedures at the Motel 6 Marietta and Motel 6 Gainesville. G6 Hospitality retains and exercises control over aspects of the operation of the Motel 6 Marietta and Motel 6 Gainesville directly relevant to Plaintiff's complaint, including but not limited to: a central online reservation system, revenue management tools, loyalty programs, the hotel website, policies and procedures regarding hotel security,  policies and procedures regarding identification requirements and payment method requirements, policies and procedures regarding response to signs of human trafficking, training of hotel staff, and requirements for hotel staff to report suspicions of criminal activity.

## VII.   ASSUMED OR COMMON NAME

66.     Jane Doe (K.B.) brings this petition against each Defendant in their assumed or common name and expressly reserves the right under Georgia Rule of Civil Procedure 9-10-132 and 9-11-15 to substitute the true name of any Defendant if needed or in response to Court Order. Moreover, Jane Doe (K.B.) expressly invokes the right to amend under the doctrine of misnomer if any Defendants have been properly served but were done so under the wrong legal name.

## VII. FACTS REGARDING THE HOTEL DEFENDANTS

### A. Human trafficking and sexual exploitation are a rampant, well-known problem in the hotel industry.

67.     What Defendants knew or should have known about the sex trafficking that was occurring at the Motel 6 Marietta and Motel 6 Gainesville, including the trafficking of Jane Doe (K.B.), is shaped by the widely known and pervasive relationship between the hotel industry and sex trafficking.

68.     75% of survivors responding to Polaris's survey reported coming into contact with

hotels at some point during their exploitation…Unfortunately, 94% also disclosed that they never received any assistance, concern, or identification from hotel staff."  See The Polaris Project.[26]

69.    Upon information and belief, reports by The Polaris Project were received and reviewed by the executives, directors, and managers of Defendants.

70.    As described herein, sex trafficking is pervasive in the United States, and the hotel industry, and Defendant knew their hotels were the primary place where it happens.

71.    Recognizing the unique vantage point that hotel owners and staff have to identify potential human trafficking victims on their properties, the major hotel chains, including franchisors, franchisees, and owner/operators, have told the public they have accepted the unique opportunity and responsibility to stop facilitating sex trafficking.   In order to meet that responsibility, major hotel chains, including Defendant, have adopted robust anti-human trafficking policies to train its employees to identify and properly respond to the "red flags" of sex trafficking.   Each and every Defendant named herein had the opportunity and responsibility to adopt, implement, and enforce similar policies at Motel 6 Marietta and Motel 6 Gainesville. Unfortunately for Jane Doe, such policies were either not in place or were not enforced.

**The Hotel Industry's Role in Sex Trafficking**

72.    Today, sex slavery is pervasive in the United States, and hotels are the primary place where it happens.[27] For years, sex traffickers have "been able to reap these profits with little risk

---

[26] *Recommendations for Hotels and Motels*, The Polaris Project, https://polarisproject.org/hotels-motels-recommendations (last vistied June 19, 2019).

[27] This is not only a dominant issue, it's an epidemic issue." See Jaclyn Galucci, Human Trafficking is an Epidemic in the U.S. It's Also Big Business, Fortune, April 2019, at https://fortune.com/2019/04/14/human-sex-trafficking-us-slavery/ citing Cindy McCain, who chairs the McCain Institute's Human Trafficking Advisory Council. "It's also something that is hiding in plain sight. It's everywhere—it's absolutely everywhere." Id.

when attempting to operate within hotels."[28] In 2014, 92% of calls received by the National Human Trafficking Hotline involved reports of sex trafficking taking place at hotels.[29]  Hotels have been found to account for over 90% of commercial exploitation of children.[30]

73.     To address the crisis of sex trafficking at hotels, multiple agencies and organizations who actively combat sex trafficking, including the United States Department of Homeland Security, the National Center for Missing and Exploited Children, the Polaris Project, the Georgia Bureau of Investigation, the Georgia Coalition to Combat Human Trafficking, Love 146, EPCAT, among others, have established recommended policies and procedures for recognizing the signs of sex trafficking and have made hotel operators, including Defendants, aware of this information.[31]

74.     Some of the recommended policies and procedures intended to reduce or eliminate sex trafficking, include learning to identify warning signs and indicators of sex trafficking, including but not limited to:[32]

- Individuals show signs of fear, anxiety, tension, submission, and/or nervousness;

- Individuals show signs of physical abuse, restraint, and/or confinement;

---

[28]    See Human Trafficking in the Hotel Industry, Polaris Project, February 10, 2016, at https://polarisproject.org/blog/2016/02/10/human-trafficking-hotel-industry; see also Eleanor Goldberg, You Could Help Save A Trafficking Victim's Life With Your Hotel Room Pic, Huffington Post, June 2016, at http://www.huffingtonpost.com/entry/taking-a-photo-of-your-hotel-room-could-help-save-a-trafficking-victims-life_us_57714091e4b0f168323a1ed7

[29] Michele Sarkisian, Adopting the Code: Human Trafficking and the Hotel Industry, Cornell Hotel Report, October 2015, at https://scholarship.sha.cornell.edu/cgi/vi ewcontent.cgi?article=1222&context=chrpubs  Oct.  2015

[30] See Erika R. George and Scarlet R. Smith, In Good Company: How Corporate Social Responsibility Can Protect Rights and Aid Efforts to End Child Sex Trafficking and Modern Slavery, 46 N.Y.U. J. Int'l L. & Pol. 55, 66-67 (2013).

[31] https://www.dhs.gov/blue-campaign; United States Department of Homeland Security Blue Campaign – One Voice. One Mission. End Human Trafficking.Source:https://www.dhs.gov/sites/default/files/publications/blue-campaign/toolkits/hospitality-toolkit-eng.pdf; https://www.missingkids.org/theissues/trafficking#riskfactors; https://love146.org/wp-content/uploads/2017/04/Hospitality-Red-Flag-and-Reporting-Love146.pdf; https://endhtga.org/subcommittees;

[32] See Id.

- Individuals exhibit evidence of verbal threats, emotional abuse, and/or being treated in a demeaning way;

- Individuals show signs of malnourishment, poor hygiene, fatigue, sleep deprivation, untreated illness, injuries, and/or unusual behavior;

- Individuals lack freedom of movement or are constantly monitored;

- Individuals avoid eye contact and interaction with others;

- Individuals have no control over or possession of money or ID;

- Individuals dress inappropriately for their age or have lower quality clothing compared to others in their party;

- Individuals have few or no personal items—such as no luggage or other bags;

- Individuals appear to be with a significantly older "boyfriend" or in the company of older males;

- A group of girls appears to be traveling with an older female or male;

- A group of males or females with identical tattoos in similar locations. This may indicate "branding" by a trafficker;

- Drug abuse or frequent use of "party drugs" such as GHB, Rohypnol, Ketamine, MDMA (Ecstasy), Methamphetamines, Cocaine, and Marijuana;

- Possession of bulk sexual paraphernalia such as condoms or lubricant;

- Possession or use of multiple cell phones; and

- Possession or use of large amounts of cash or pre-paid cards.

75.     Recognizing the unique vantage point that that hotel owners and staff often have to identify potential human trafficking victims on their properties, several major hotel chains, including franchisors, Franchisee, and owner/operators, have told the public they have accepted the unique opportunity and responsibility to stop facilitating sex trafficking.  In order to meet that

responsibility, several (if not most) major hotel chains have adopted robust anti-human trafficking policies to train its employees to identify and properly respond to the "red flags" of sex trafficking. Each Defendant named herein had the opportunity and responsibility to adopt, implement, and enforce similar policies at Motel 6. Unfortunately for Jane Doe (K.B.), they failed to do so.

### The Use of Motel 6 Branded Properties for Sex Trafficking is Prevalent

76.     Countless tales of tragedy establish the entrenched, pervasive nature and knowledge of Motel 6's role as the venue for sex trafficking across the Unites States for years:

- In 2016 the City of Los Angeles settled a case against G6 for sex trafficking out of a hotel located in Los Angeles.

- In late 2003, a trafficker set up a sex trafficking venture at a Motel 6 in Connecticut in which two (2) young women were sold for sex eight (8) to ten times per day.[33]

- In April 2009, a sex trafficking venture operated out of a Motel 6 in Toledo, Ohio.[34]

- In approximately September 2011, sex traffickers set up an operation at a Motel 6 in Toledo, Ohio to sell fifteen (15) and sixteen (16) year old girls for sex.[35]

- From approximately 2012 through October 2014, two (2) men engaged in a criminal sex trafficking venture of children which operated in part out of a Motel 6 in Harvey, Illinois.[36]

- Police rescued an eighteen (18) year old girl from a sex trafficker in February 2012, at a Motel 6 in Portland, Oregon.[37]

---

[33] Amy Fine Collins, *Sex Trafficking of Americans:  The Girls Next Door,* Vanity Fair (May 2011), https://www.vanityfair.com/news/2011/05/human-trafficking-201105.
[34] Five Toledoans Indicted On Sex Trafficking Charges, ABC7Chicago.com (Nov. 7, 2010), https://abc7chicago.com/archive/7771888/.
[35] Mark Reiter, Two Toledoans Accused Of Juvenile Sex Trafficking, The Blade (Jun. 1, 2010), https://www.toledoblade.com/Courts/2012/06/02/2-Toledoans-accused-of-juvenile-sex-trafficking-1.html
[36] Press Release, U.S. Dept. of Justice, Two Aspiring Rappers Charged With Operating Sex-Trafficking Ring In Chicago And Suburbs (Jan. 15, 2016), https://www.justice.gov/usaondil/file/813771/download.
[37] Press Release, U.S. Dept. of Justice, Tacoma Pimp Sentenced To 25 Years For Sex-Trafficking Two Victims (Nov. 20, 2013), https://www.justice.gov/usao-or/pr/tacoma-pimp-sentenced-25-years-sex-trafficking-two-victims.

- The FBI investigated and arrested several individuals in December 2012, for the victimization and human trafficking of several young women and a juvenile at a Motel 6 in Madison, Alabama.[38]

- The Orange County Human Trafficking Task Force busted a criminal enterprise in December 2012 that was selling women for sex out of a Motel 6 in Anaheim, California.[39]

- In approximately March 2013, sex traffickers began operating a sex trafficking venture out of Motel 6 locations in Bangor and Portland, Maine.[40]

- Beginning in approximately May 2013, a fifteen (15) year old runaway was trafficked for sex out of the Motel 6 on Caton Avenue in Baltimore, Maryland.[41]

- In Richmond County, Georgia a man was arrested at a local Motel 6 in October 2013 and charged with sex trafficking of two young women.[42]

- Police investigated a sex trafficker in March 2014 and ultimately charged him for his crimes including, but not limited to, selling a seventeen (17) year old girl for sex out of a Motel 6 in Roseville, Minnesota.[43]

- In May 2014, two (2) traffickers were arrested at a Motel 6 in Monterey, California after a twenty-one (21) year old woman escaped from their captivity.[44]

- In the summer of 2014, two (2) girls ages fifteen (15) and sixteen (16) were taken from a children's shelter by a sex trafficker and trafficked out of a Motel 6 in Cutler Bay,

---

[38] *FBI Investigates Human Trafficking At Madison Hotel,* WHNT News 19 (Dec. 7, 2012), https://whnt.com/2012/12/07/fbi-investigates-human-trafficking-at-madison-motel/.

[39] *Suspects Busted in Anaheim Sex Ring,* ABC13 Eyewitness News (Dec. 5, 2012), https://abc13.com/archive/8909784.

[40] Danielle McLean, What Drives Maine Sex Traffickers' Inhumanity, Bangor Daily News Maine Focus (Sept. 12, 2016), https://bangordailynews.com/2016/09/12/mainefocus/what-drives-maine-sex- traffickers-inhumanity/.

[41] Anne Kramer, Man Faces Prison Time For Sex Trafficking Baltimore Teen, WBAL News Radio (Apr. 10, 2014), https://www.wbal.com/article/106578/2/man-faces-prison-time-for-sex-trafficking-baltimore-teen.

[42] UPDATE: Man Arrested For Sex Trafficking, WRDW.com On Your Side, (Oct. 3, 2013), https://www.wrdw.com/home/headlines/Man-arrested-for-sex-trafficking-226301261.html.

[43] Man, 25, Is Accused Of Trafficking Teens, Twin Cities Pioneer Press (Jun. 5, 2014), https://www.twincities.com/2014/06/05/man-25-is-accused-of-trafficking-teens-2/

[44] Felix Cortez and Amy Larson, Monterey Police: 2 Human Sex Traffickers Arrested After Victim Escapes Motel,KSBW8 (May 9, 2014), https://ksbw.com/article/monterey-police-2-human-sex-traffickers-arrested-after-victim-escapes-motel/1054172.

Florida.[45]

- A Las Vegas man was charged with sex trafficking two (2) victims, including a seventeen (17) year old girl, in January 2015, out of a Motel 6 in Rapid City, Nevada.[46]

- In February 2015, two (2) men were arrested for sex trafficking a fourteen (14) year old girl at a Motel 6 in Seekonk, Rhode Island.[47]

- A local law enforcement investigation resulted in the rescue of a fifteen (15) year old runaway in February 2015, from a Motel 6 near the Oakland, California airport where she was being sex trafficked.[48]

- In North Charleston, South Carolina, a seventeen (17) year old girl was rescued in March 2015 from a Motel 6 by special agents from the United States Department of Homeland Security. The girl was sold for sex, beaten, and starved by a sex trafficker.[49]

- Two men were arrested in March 2015 for sex trafficking a fifteen (15) year old girl at Motel 6 in Austin, Texas.[50]

- In March 2015, police arrested a man for sex trafficking a runaway seventeen (17) year old at a Motel 6 in Warwick, Rhode Island.[51]

- Over a fourteen (14) month period ending in approximately April 2015, at the same Motel 6 in Warwick, Rhode Island had seventy-five (75) arrests on its property for

---

[45] David Goodhue, Next Stop For Man Accused Of Sex Trafficking 2 Teens: Federal Court, Miami Herald (Sept. 2, 2015), https://www.miamiherald.com/news/local/news-columns-blogs/deadline-miami/article33360843.html.

[46] Las Vegas Man Charged With Human Trafficking In Rapid City, Argus Leader (Jan. 17, 2015), https://www.argusleader.com/story/news/crime/2015/01/17/las-vegas-man-charged-human-trafficking-rapid-22city/21922915/.

[47] Stephen Peterson, RI Man Gets Jail In Sex-Trafficking Case Involving Seekonk Motel (Oct. 28, 2016), http://www.thesunchronicle.com/news/local_news/ri-man-gets-jail-in-sex-trafficking-case-involving-seekonk/article_d7a25494-9d21-11e6-8f94-63e5c74facb3.html.

[48] Emilie Raguso, Woman Charged In Berkeley Teen Sex Trafficking Case (Dec. 8, 2015), https://www.berkeleyside.com/2015/12/08/woman-charged-in-berkeley-teen-sex-trafficking-case.

[49] Melissa Boughton, Police Say Teen Starved, Beaten at North Charleston Hotel; Man Arrested in Sex-Trafficking Case (Mar.2, 2015), https://www.postandcourier.com/archives/police-say-teen-starved-beaten-at-north-charleston-motel-man/article_032153eefcb6-5333-9182-926a7f43dfbf.html.

[50] Lindsay Bramson, Local Teen Saved from Sex Slavery; Two Charged, KXAN Austin (Mar. 6, 2015), https://www.kxan.com/news/local/austin/local-teen-freed-from-sex-slavery-two-charged/1049580764.

[51] Amanda Milkovits, Massachusetts Man Accused Of Trafficking Teen In Warwick Motel, NewportRI.com (Mar. 24, 2015), https://www.newportri.com/article/20150324/NEWS/150329666.

crimes including sex-trafficking.[52]

- Seven (7) people were indicted in January 2016, by a Colorado grand jury for sex trafficking children from 2014 through the summer of 2015, out of hotels in Denver, Colorado, including a Denver area Motel 6.[53]

- In the summer of 2015, a woman was arrested at a Motel 6 in Great Falls, Montana where she was involved in sex trafficking a seventeen (17) year old girl.[54]

- A married couple was indicted in June 2015, for their roles in sex trafficking minor children ages seventeen (17), sixteen (16), and fifteen (15) years old out of a Motel 6 in Everett, Washington.[55]

- In Tuscaloosa, Alabama police rescued a fourteen (14) year old girl from a Motel 6 in June 2015, and a grand jury subsequently charged her assailant with human trafficking and rape.[56]

- In approximately July 2015, sex traffickers sold a fifteen (15) year old girl for sex at a Motel 6 in Pismo Beach, California.[57]

- In November 2015 a man was arrested at a Motel 6 in Ventura, California and was criminally charged with sex trafficking a fifteen (15) year old girl who was found with him.[58]

- In January 2016, a man who operated a criminal venture out of a Motel 6 in Frederick

---

[52] Sarah Kaplan, Crime-Ridden Motel 6 In R.I. Will Hand Over Guest List To Police, The Washington Post (Apr. 28, 2015), https://www.washingtonpost.com/news/morning-mix/wp/2015/04/28/crime-ridden-motel-6-in-r-i-will-hand-over-guest-list-to-police/?utm_term=.a804ce3f32a8.

[53] Hsing Tseng, Seven Indicted By Colorado Grand Jury In Child Sex Trafficking Ring Bust, Fox 31 Denver (Jan. 6, 2016), https://kdvr.com/2016/01/06/7-indicted-by-colorado-grand-jury-in-child-sex- trafficking-ring-bust/.

[54] Andrea Fisher, Woman Caught Up In Human Trafficking Ring Pleads Guilty (Aug. 29, 2016), https://www.greatfallstribune.com/story/news/local/2016/08/29/woman-caught-human-trafficking-ring-pleads-guilty/89566374/.

[55] Diana Hefley, County Investigating 45 Ongoing Human Sex Trafficking Cases, HeraldNet (Jun. 26, 2015), https://www.heraldnet.com/news/county-investigating-45-ongoing-human-sex-trafficking-cases/.

[56] Tuscaloosa Man Charged With Rape And Trafficking Mississippi Teen, NewsMississippi (Nov. 7, 28 2014), https://newsms.fm/tuscaloosa-man-charged-human-trafficking-mississippi-teen/.

[57] Matt Fountain, Four Accused Of Pimping Out 15-Year-Old Girl In SLO Will Stand Trial, SanLuisObispo.com (May 5, 2016), https://www.sanluisobispo.com/news/local/article75832962.html.

[58] Fresno Man Sentenced To Prison For Pimping, Human Trafficking In Ventura County, Ventura County Star (Apr. 26, 2016), https://www.vcstar.com/story/news/local/communities/ventura/2016/04/26/fresno-man-sentenced-to-prison-for-pimping-human-trafficking-in-ventura-county/88714698/.

City, Maryland was charged with sex trafficking.[59]

- Criminal charges were brought against a man who sex trafficked a fifteen (15) year old girl out of a Motel 6 in Beaumont, Texas in March 2016.[60]

- On March 23, 2016, a victim of a sex trafficking ring died at a Motel 6 in Winchester, West Virginia.[61]

- The leader of a sophisticated and organized sex trafficking ring beat and raped one of his victims in April 2016, at a Motel 6 in Tinicum Township, Pennsylvania.[62]

- A federal court sentenced a man to ten (10) years in prison in November 2016, for sex trafficking a fifteen (15) year old girl in 2014 out of a Motel 6 in Hartford County, Connecticut.[63]

- Local law enforcement rescued a seventeen (17) year old runaway in December 2016, who was being sex trafficked from a Motel 6 in Gibbstown, New Jersey.[64]

- In February 2017, the leader of a child sex trafficking ring in Tulsa, Oklahoma, was busted at a local Motel 6 where federal authorities rescued a sixteen (16) year old survivor of sex trafficking.

- A forty-five (45) year old man was charged with human trafficking after picking up a teenage boy from school and taking him to a Motel 6 in Cedar Park, Texas in approximately March 2017.[65]

---

[59] Frederick Police Arrest Man On Human Trafficking Charges, CBS13 Baltimore (Jan. 16, 2016), https://baltimore.cbslocal.com/2016/01/16/frederick-police-arrest-man-on-human-trafficking-charges/.

[60] Quentin Hope, Women Accuse Defendant Of Sex Trafficking, Threatening To Kill Them, KFDM.com (Sept. 11, 2018), https://kfdm.com/news/local/women-accuse-defendant-of.

[61] Ellie Williams, Martinsburg Man Convicted On Sex Trafficking And Drug Charges, LocalDVM.com (Jan. 17, 2019), https://www.localdvm.com/news/virginia/martinsburg-man-convicted-on-sex-      trafficking-drug-charges/1708490814.

[62] Justin Heinze, Man Behind Human Trafficking Ring In Chester County Sentenced, Patch (Sept. 26, 2017), https://patch.com/pennsylvania/phoenixville/man-behind-human-trafficking-ring-chester-county- sentenced.

[63] David Owens, Hartford Man Sentenced To Prison For Sex Trafficking Of 15-Year-Old Girl, Hartford Courant (Nov. 14, 2016), https://www.courant.com/news/connecticut/hc-sex-trafficking-teenager-prison-1115-20161114-story.html.

[64] Matt Gray, Three Indicted On Charges Of Forcing Teen Into Prostitution, NJ.com (Sept. 24, 2017),21 https://www.nj.com/gloucester-county/index.ssf/2017/09/post_139.html.

[65] Little Elm Man Accused of Trafficking Austin Teen, KHOU11.com (Sept. 19, 2017), https://www.khou.com/article/news/local/texas/little-elm-man-accused-of-trafficking-austin-teen/285-476893013.

- At a Motel 6 in Des Moines, Iowa a man sex trafficked a minor victim in June 2017.[66]

- In approximately June 2017, a seventeen (17) year old runaway was rescued by law enforcement from a Motel 6 in Las Vegas, Nevada out of which a sex trafficker was operating.[67]

- A seventeen (17) year old girl was sold for sex by traffickers at a Motel 6 in Portland, Oregon in June 2017.[68]

- In August 2017, two (2) men operated out of a Motel 6 in Springfield, Virginia to sex traffic a sixteen (16) year old girl.[69]

- Two (2) men were arrested in December 2017, for sex trafficking a minor female out of a Motel 6 in Destin, Florida.

- In February 2018, a man engaged in sex trafficking of two (2) women at a Motel 6 near New Orleans, Louisiana.[70]

- The Columbus City Attorney's Office issued ultimatums in February 2018, to several area hotels to clean up or shut down, including but not limited to, the Motel 6 at 7480 North High Street which, according to police, had been the site of significant criminal activity and is nearby the Motel 6 Columbus.[71]

- Law enforcement responded to a 911 call from a seventeen (17) year old girl who was calling from the lobby of a Motel 6 in Claremont, California in February 2018. Upon arrival, officers discovered that the seventeen (17) year old caller and a fifteen (15) year

[66] Luke Nozicka, Seven Des Moines Residents Charged With Sex Trafficking, Feds Say, The Des MoinesRegister (Jun. 11, 2018), https://www.desmoinesregister.com/story/news/crime-and-courts/2018/06/11/7-des-moines-residents-charged-sex-trafficking-feds-des-moines-sexual-prostitution-iowa-texas/692264002/.

[67] Rachel Crosby, Woman Accused of Sex Trafficking Runaway on Las Vegas Strip, Las Vegas Review-Journal (Jun. 2, 2017), https://www.reviewjournal.com/crime/sex-crimes/woman-accused-of-sex-trafficking-runaway-on-las-vegas-strip/.

[68] Nick Morgan, Accused Human Traffickers Stopped In Medford, Mail Tribune (Jul. 7, 2017), http://mailtribune.com/news/crime-courts-emergencies/accused-human-traffickers-stopped-in-medford.

[69] Emily Leayman, 16-Year-Old Forced To Be Prostitute At Springfield Motel: Report, Patch (Feb. 6, 2018), https://patch.com/virginia/burke/16-year-old-forced-be-prostitute-springfield-motel-report.

[70] Emily Lane, Man Accused of Trafficking Took Females to New Orleans To 'Make Some Money for Mardi Gras', Nola.com (Oct. 18, 2018), https://www.nola.com/crime/2018/10/man-accused-of-trafficking-took-females-to-new-orleans-to-make-some-money-for-mardi-gras-warrant.html.

[71] Maureen Kocot, Columbus Cracks Down On Businesses With High Crime Rates, 10 WBNS (Feb. 7, 2018), https://www.10tv.com/article/columbus-cracks-down-businesses-high-crime-rates.

old girl were both being sex trafficked at the hotel.[72]

- In March 2018, police found a ten (10) year old girl wearing a dog collar with a twenty-three (23) year old man who had raped her at a Motel 6 in Lakeland, Florida.[73]

- In Richfield, Minnesota a man was criminally charged in June 2018, for sex trafficking a fifteen (15) year old girl out of an area Motel 6.[74]

- Police busted a human trafficking operation at a Motel 6 in Ann-Arbor, Michigan in July 2018.[75]

- A Motel 6 in Braintree, Massachusetts surrendered its operating license in September 2018, after significant criminal activity, including sex trafficking, was documented occurring on its property.[76]

77.    Motel 6 advertises so-called partnerships with anti-trafficking organizations, but internal communications indicate the partnership is more for advertising purposes than actual anti-trafficking efforts.  This partnership reflects Defendants' knowledge of the pervasiveness of human trafficking at Motel 6 branded hotels but has not resulted in reasonable actions in response to that knowledge.

78.    Similarly, G6 Hospitality knew sex trafficking was occurring at its hotels through publicly available online review websites, which are regularly reviewed by companies such as G6 Hospitality:

---

[72] Serena Fangary, Social Media, Sexual Assault, And Sex Trafficking, Webb Canyon Chronicle (May 21 23, 2018), https://webbcanyonchronicle.com/2953/features/social-media-sexual-assault/.

[73] David Neal, Florida Man, Burger King Manager Met His Online Girlfriend For A Hotel Sex Date, Cops Say She's 10., Miami Herald (Mar. 29, 2018), https://www.miamiherald.com/news/local/community/miami-dade/west-miami-dade/article207303799.html.

[74] Man Charged With Sex Trafficking, Prostitution Of 15-Year-Old At Richfield Motel, 5 ABC Eyewitness News (Jun. 19, 2018), https://kstp.com/news/man-charged-sex-trafficking-richfield- hotel/4955796/.

[75] Darcie Moran, Man Charged With Human Trafficking At Ann Arbor-Area Hotel, MLive.com (Dec. 7, 2018), https://www.mlive.com/news/ann-arbor/2018/12/man-charged-with-human-trafficking-at-ann-arbor-area-hotel.html.

[76] Daniel Libon, Motel 6 Ends Fight To Reopen Braintree Location, Patch (Sept. 19, 2018), https://patch.com/massachusetts/braintree/motel-6-ends-fight-reopen-braintree-location.

- Regarding an October 2017 stay at a Motel 6 in Albany, New York, a customer wrote: "I would not recommend staying at this Motel 6… we were greeted by gang-bangers and what looked to be several prostitutes hanging about going from room to room."[77]

- Regarding an August 2019 stay at a Motel 6 in Tallahassee, Florida, a customer wrote: "…drug addicts prostitute it was horrible I will never go back, and I would never send anybody to Motel 6 on Monroe Street"[78]

- Regarding an April 2013 stay at the Motel 6 in Sacramento, California, a customer wrote: "Caters to prostitutes and johns. If you're a prostitute or john you'll love this Motel 6… Don't bother calling Guest Reservations either, because they'll say they can't do anything…"[79]

- Regarding a September 2019 stay at the Motel 6 in Birmingham, Alabama, a customer wrote: "I didn't like the idea of the drug trafficking and prostitution that was allowed by staff."[80]

- Regarding a November 2017 stay at a Motel 6 near Houston, Texas, a customer wrote: "This cesspool is a neighborhood blight of crack hookers, heroin junkies, human traffickers, transients, dope dealers, and thieves. Blatant drug and prostitution crime bleeding over into the parking lot of the nice shopping center and endangering families from the neighborhoods all around it."[81]

79.   This sampling of news stories and reviews establishes that G6 Hospitality knew (or at a minimum, certainly should have known):

   a.   The use of Motel 6 for sex trafficking and prostitution was not isolated to one location;

   b.   The use of Motel 6 for sex trafficking was not isolated to one specific geographic region and was a nationwide problem;

---

[77]                  https://www.tripadvisor.com/ShowUserReviews-g29786-d244131-r143824352-Motel_6_Albany-Albany_New_York.html.

[78] https://www.booking.com/reviews/us/hotel/tallahassee-2738-north-monroe-street.html.

[79]        https://www.tripadvisor.com/ShowUserReviews-g32999-d243533-r158549801-Motel_6_Sacramento_South-Sacramento_California.html.

[80] https://www.kayak.com/Birmingham-Hotels-Motel-6-Birmingham---Bessemer.113779.ksp#reviews.

[81]https://www.yelp.com/biz/motel-6-houston-north-spring-spring?adjust_creative=trivago&utm_campaign=yelp_feed&utm_medium=feed_v2&utm_source=trivago

    c.  Motel 6 was involved with multiple law enforcement investigations involving sex trafficking;

    d.  Sex trafficking at Motel 6 inherently involved compelled prostitution; and [82]

    e.  Motel 6 failed to ensure adequate proper policies and procedures were in place and being followed to prevent sex trafficking.

**The Use of Motel 6 Marietta and Motel 6 Gainesville for Sex Trafficking Was Well Known**

80.    Similar stories and reviews establish the nature and knowledge of the specific locations where Jane Doe was exploited as venues for sex trafficking.

81.    Specifically, at Motel 6 Marietta, online reviews depicted a location that was not in conformity with the human trafficking policies they purport to apply and enforce.

- In May of 2018, a Yelp review stated, "Drug dealers run undeterred and hookers wonder the balcony at all times of day (not exaggerating)…There was trash every where, ripped open trash bags dumped on the ground condom wrappers in the elevator left for DAYS."[83]

- In August 2018, a Yelp review stated, "This motel gets 2 ratings.  I would give it a 1 or a 5 depending on what you are looking for.  Let's start with the good.  If you are a pimp/drug dealer looking for a place to run your business out of or a broke stoner this is the place for you.  It's cheap and if you are there to turn tricks you

---

[82] "Prostitution and sex trafficking are inextricably linked, and where prostitution is legalized or tolerated, there is a greater demand for human trafficking victims and nearly always an increase in the number of women and children trafficked into commercial sex slavery." H.R. REP. 115-572, 5, 2018 U.S.C.C.A.N. 73, 76.

[83] https://www.yelp.com/biz/motel-6-marietta-2?start=10

won't even notice the bugs…If this is you then this place gets a 5 star rating…There was a guy literally running his prostitution business out of the hotel."[84]

- In April 2018, a Yelp review stated, "This place is a nightmare!!!  So much so I signed up for Yelp just to leave this review…Lessons learned…#1, it has roaches…#2 Sketch people LIVE there.  No, not stay for the night.  LIVE THERE.  I personally seen someone selling heroin 2 doors down.  And earlier that day seen a prostitute 'working' when I went to take out the trash."[85]

- In June 2014, a Yelp review stated, "Trashy shady people hanging out all over the place.  People next door partying and smoking weed on a Monday night, so much that it permeated into our room…This place is a criminal and druggie hang out!"[86]

- In September 2016, a Yelp review stated, "Maids would come and half ass clean, taking towels but not leaving fresh ones, dogs barking in wee hours of the morning rooms around us, drugs and prostitutes everywhere, even with a cop stationed in the hotel parking lot."[87]

- In December 2022, an Expedia review stated, "Drug dealers everywhere."[88]

- In October 2022, an Expedia review stated, "I had a terrible experience.  My husband and I were racially profiled and fact that we were Muslim.  A prostitute approached my husband trying to proposition herself to him, and the manager got

---

[84] https://www.yelp.com/biz/motel-6-marietta-2?start=30
[85] https://www.yelp.com/biz/motel-6-marietta-2?start=40
[86] https://www.yelp.com/biz/motel-6-marietta-2?start=50
[87] https://www.yelp.com/biz/motel-6-marietta-2?start=50
[88] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1

upset and came to me to put my husband and I out and said she no longer wants us in the motel because I was defending my husband."[89]

- In July 2022, an Expedia review stated, "I didn't even make it to the room.  We checked in and drive around to park and saw all kind of super shady people staring at us like they were going to attack us.  They were high and drunk."[90]

- In November 2021, an Expedia review stated, "Roaches and pests are the biggest problem.  Electrical problems as well as my power use to go out frequently.  A lot of prostitution…My wife and I stayed there for four months."[91]

- In November 2021, an Expedia review stated, "I didn't like anything…Cigarettes and beer bottles in front of the room…Crack pipe burns on the toilet…This place is a crack den, full of prostitutes and drugs and its filthy.  Stay away.  Room 149."[92]

- In September 2021, an Expedia review stated, "Drug dealers and gang members abundant…Not a place to take your kids, better yet a pistol is highly recommended cause you on your own."[93]

---

[89] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1
[90] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1
[91] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1
[92] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1
[93] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1

- In May 2021, an Expedia review stated, "The establishment is roach infested. It also has an infestation of crime, prostitution, and disgruntled guest…The advertisement of prostitution is everywhere, crime everywhere."[94]

- In April 2021, an Expedia review stated, "It was very uncomfortable. A lot of people roaming the property, a lot of unusual activity, and got a discouraging phone call on motel installed phone line and we left the property."[95]

- In March 2021, an Expedia review stated, "the room [was] never cleaned nor did I get new towels." They stayed there for four nights.[96]

- In February 2021, an Expedia review stated, "The neighbors got into such a terrible fight someone got thrown into a wall. When I told the front desk, staff didn't seem to care."[97]

- In October 2020, an Expedia review stated, "Not family friendly. Did not stay the night. Drug dealers out in the parking lot along with prostitutes fighting in the parking lot and solicitation as well."[98]

- In July 2020, an Expedia review stated, "I'm sorry to have to say, this was the MOST crime ridden motel I have ever been to. I understand that you get what you

---

[94] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1
[95] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1
[96] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1
[97] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1
[98] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1

pay for, but there was obvious crime all over that motel.  It was unsafe for people with kids (such as myself).  I can handle the fact that the room was crappy.  After all, it was really inexpensive.   But the level of filth and crime was pretty unbelievable…I have travelled to different countries, so I have seen many places. This was bad."[99]

- In June 2020, an Expedia review stated, "I walked in and walked right back out.  I will never allow my family to stay on a prostitute ground."[100]

- In January 2020, an Expedia review stated, "Seems to be a lot of illegal activity going on, definitely didn't feel safe, and definitely not a place for children."[101]

- In July 2019, a Trip Advisor review stated, "The manager arial or Ariana should be fired…At night it's a different crowd.  Did not see drugs being sold, but did witness prostitution and money exchange."[102]

- In June 2019, a Trip Advisor review stated, "Dirty, dirty and dirty…Drugs, prostitution, police interventions, fights and poor management that sums it all up. Rooms need TLC.  Place can be unsafe as people from all walks of life live there

---

[99] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1
[100] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1
[101] https://www.expedia.com/Atlanta-Hotels-Motel-6-Marietta.h5692249.Hotel-Information?pwaDialog=reviews-property-reviews-1
[102] https://www.tripadvisor.com/Hotel_Review-g35091-d86652-Reviews-Motel_6_Atlanta_Northwest_Marietta-Marietta_Georgia.html

and drugs are being run from the hotel.  Place frequently gets trashed, lots of noises, and screams at night.  Stay away."[103]

- In July 2014, a Trip Advisor review stated, "Yes, yes, yes, there is a lot of traffic at this place.  Drugs, misfits, prostitution and so on…Be careful staying here as the traffic that comes in and out makes it seems dangerous."[104]

- In June 2015, a Trip Advisor review stated, "Nasty rooms.  Rude/disrespectful management.  Was exactly like the projects!!!  Prostitutes, crack heads, pimps and gang bangers EVERYWHERE!!!"[105]

- In June 2015, a Trip Advisor review stated, "I usually don't have bad things to say in a review…However, this place is a rip off…The locals know this motel 6 as a place where prostitutes go.  I had to find that out the hard way, as I had prostitutes and randoms walking outside my room at 3 in the morning, and yelling and screaming coming from other rooms that didn't sound like the normal sex sounds."[106]

---

[103] https://www.tripadvisor.com/Hotel_Review-g35091-d86652-Reviews-Motel_6_Atlanta_Northwest_Marietta-Marietta_Georgia.html
[104] https://www.tripadvisor.com/Hotel_Review-g35091-d86652-Reviews-Motel_6_Atlanta_Northwest_Marietta-Marietta_Georgia.html
[105] https://www.tripadvisor.com/Hotel_Review-g35091-d86652-Reviews-Motel_6_Atlanta_Northwest_Marietta-Marietta_Georgia.html
[106] https://www.tripadvisor.com/Hotel_Review-g35091-d86652-Reviews-Motel_6_Atlanta_Northwest_Marietta-Marietta_Georgia.html

- In May 2015, a Trip Advisor review stated, "This place is so sickening, the pictures look great and the lobby is nice but the rooms look like hell…The people staying there looked liked drug dealers and prostitutes.  I didn't feel safe AT ALL."[107]

82.    Specifically, at Motel 6 Gainesville, online reviews depicted a location that was not in conformity with the human trafficking policies they purport to apply and enforce.

- In May of 2019, a Yelp review stated, "While walking my three dogs, two are pits and one rott, I even still felt very unsafe just walking from room to car.  This place needs to be either torn down and rebuilt or torn down and kept down because of the crowd it seems to attract.  It's obvious that drug deals are going on and honestly, I think I saw two girls that were 'working' in and out of rooms.  It's disgusting."[108]

- In August 2021, a Yelp review stated, "As I left my friend Jennifer who works at the Motel 6, pays for a room she rents daily, that has a whole in the celling that leaks water [and] stuff falls out of it and she bust her trial for these folks…that place is a dope haven, you casually walk by the rooms and see guest hit their pipes smoking dope, that's the kind establishment Shaun is running and he allows it and all the prostitution that goes on is ridiculous."[109]

- In June 2021, a Trip Advisor review stated, "Let me start by saying DO NOT take your family here.  You definitely get what you pay for.  This was the definition of

[107]https://www.tripadvisor.com/Hotel_Review-g35091-d86652-Reviews-Motel_6_Atlanta_Northwest_Marietta-Marietta_Georgia.html

[108] https://www.yelp.com/biz/motel-6-gainesville-gainesville?sort_by=rating_asc

[109] https://www.yelp.com/biz/motel-6-gainesville-gainesville

a TRAP HOUSE…There was a group of men outside telling us they had some good dope for sell."[110]

- In august 2017, a Trip Advisor review stated, "The franchise should be concerned….One wing of the motel appears to be long term rentals.  Dogs crying in the room next to ours and about 3 am a knock down drag out fight with the couple next door…This place is better suited to a clientele wishing to need a room by the hour."[111]

- In May 2016, a Trip Advisor review stated, "This place is full of trash, the rooms are dirty, there is so much crime in and out through the hotel.  They let people smoke outside right in front of your door."[112]

- In April 2009, a Trip Advisor review stated, "Nice place, if you like filth, hookers and roaches.  Don't bother staying here as it's the scariest place I've ever stayed."[113]

- In July 2008, a Trip Advisor Review stated, "I travel all year around for my job…This was the worst place I've ever stayed…They said it was known for the hookers and drugs.  Nothing has ever been stolen out of our truck at any motel

---

[110]https://www.tripadvisor.com/Hotel_Review-g34963-d285419-Reviews-Motel_6_Gainesville-Gainesville_Georgia.html
[111]https://www.tripadvisor.com/Hotel_Review-g34963-d285419-Reviews-Motel_6_Gainesville-Gainesville_Georgia.html
[112]https://www.tripadvisor.com/Hotel_Review-g34963-d285419-Reviews-Motel_6_Gainesville-Gainesville_Georgia.html
[113]https://www.tripadvisor.com/Hotel_Review-g34963-d285419-Reviews-Motel_6_Gainesville-Gainesville_Georgia.html

we've stayed at.  But second night, sitting not 50 ft. from front desk, they stole our cooler.  I wouldn't want anyone to experience what we did."[114]

- In June 2019, an Expedia review stated, "This place is not for a family.  The police was there every day.  People live there not just a hotel, the pool area was packed with drunks fighting.  People coming in and out selling drugs…The owner lives there, he see's everything and don't say anything."[115]

- In May 2019, an Expedia review stated, "This was the worse place I could imagine…It was so bad.  There were so many people hanging out in the halls, stairs and parking lot smoking weed and drinking with toddler age kids running around until late at night (2 am).  Several obvious drug deals done in open and people going room to room, two girls which were what looked like they might have been 'working.'  I did not even feel safe walking outside."[116]

- In May 2019, an Expedia review stated, "The guest that stayed at the hotel was friendly, but this hotel caters to prostitution.  This is not a family friendly place to stay.  Guest were screaming and having sexual conversations near our windows all night long."[117]

---

[114]https://www.tripadvisor.com/Hotel_Review-g34963-d285419-Reviews-Motel_6_Gainesville-Gainesville_Georgia.html
[115]https://www.expedia.com/Gainesville-Hotels-Motel-6-Gainesville.h1040740.Hotel-Information?pwaDialog=reviews-property-reviews-1
[116]https://www.expedia.com/Gainesville-Hotels-Motel-6-Gainesville.h1040740.Hotel-Information?pwaDialog=reviews-property-reviews-1
[117]https://www.expedia.com/Gainesville-Hotels-Motel-6-Gainesville.h1040740.Hotel-Information?pwaDialog=reviews-property-reviews-1

- In March 2018, an Expedia review stated, "It's not a good place for kids because of the activities that go on around it and the staff is rude and they over charge and won't refund.  I specified I didn't want [a room] on the back side, rooms 134 to 140, because of the prostitutes and other stuff so they put me in [room] 145 in the front."[118]

- In February 2016, an Expedia review stated, "Nightmare in Georgia.  Second night there, somebody tried to break in and vandalize my sister's room late at night while she was in there.  She pulled the second bed over against the door the rest of the night.  She called the front desk, and they did nothing.  She slept that way the rest of the nights there afraid for her life."[119]

83.     Despite the rampant trafficking occurring at its hotels for over a decade, it was not until September 2018, that G6 Hospitality announced that "the company will introduce anti-human trafficking training to corporate, field and property team members.  Additionally, the company developed its own training for all property team members to understand how to effectively intervene and identify potential trafficking situations to protect each other, guests and the community."

84.     Even after this announcement, sex trafficking at Motel 6 properties continued:

- In November 2018, federal authorities arrested a man for sex trafficking a woman

---

[118]https://www.expedia.com/Gainesville-Hotels-Motel-6-Gainesville.h1040740.Hotel-Information?pwaDialog=reviews-property-reviews-1
[119]https://www.expedia.com/Gainesville-Hotels-Motel-6-Gainesville.h1040740.Hotel-Information?pwaDialog=reviews-property-reviews-1

out of a Motel 6 in San Jose, California.[120]

- In December 2018, a husband and wife were arrested for sex trafficking women who were Chinese nationals out of a Motel 6 in Portsmouth, New Hampshire from approximately 2016 through 2017.[121]

- A fourteen (14) year old girl was held against her will at a Motel 6 in Raleigh, North Carolina and sex trafficked in or around January 2019.[122]

### Motel 6 Facilitated the Trafficking of Jane Doe (K.B.)

85.     During Jane Doe (K.B.)'s trafficking in 2017, her trafficker, Cross Lamar Beaver, rented rooms and paid for them using cash and prepaid cards.  Other johns interacted with hotel staff, as they purchased rooms utilized to traffic Jane Doe (K.B.).  Jane Doe (K.B.) met no less than (7) seven buyers every day for (4) four weeks, and was repeatedly sexually assaulted at the Motel 6 Marietta.

86.     In 2017, Jane Doe (K.B.) was also trafficked at a Motel 6 Gainesville.  During Jane Doe (K.B.)'s continued trafficking in 2017, her trafficker, Cross Lamar Beaver, rented rooms and paid for them using cash and prepaid cards, and was even given hotel room discounts by hotel staff.  The hotel staff was kind enough to provide hotel room discounts, because they became johns by sleeping with Jane Doe (K.B.) at the subject property.  Other johns interacted with hotel staff, as they purchased rooms utilized to traffic Jane Doe (K.B.).  Jane Doe (K.B.) met no less than (7)

---

[120] Alleged Pimp Arrested in San Jose for Sex-Trafficking Young Woman He Found on Instagram, San Jose Inside (Nov. 9, 2018), https://www.sanjoseinside.com/2018/11/09/alleged-pimp-arrested-in-san-jose-for-sex-trafficking-young-woman-he-found-on-instragram/.
[121] Elizabeth Dinan, Husband, Wife Charged In Sex Trafficking 'Scheme', Fosters.com (Dec. 14, 2018), https://www.fosters.com/news/20181214/husband-wife-charged-in-sex-trafficking-prostitution-scheme.
[122] Amanda Lamb, Third Man Arrested In Raleigh Alleged Child Trafficking, WRAL.com, https://www.wral.com/third-man-arrested-in-raleigh-alleged-child-trafficking/18104963/

seven buyers every day for (6) six weeks, and was repeatedly sexually assaulted at the Motel 6 Gainesville.

**Jane Doe's Trafficking at the Motel 6 Marietta and Motel 6 Gainesville Could Have Been Prevented**

87.     During her trafficking, Jane Doe's trafficker frequently and regularly used the Motel 6 Marietta and Motel 6 Gainesville locations because he knew that members of the staff looked the other way, despite the obvious signs of sex trafficking associated with Jane Doe's trafficking at Motel 6.  Despite this, Motel 6 Marietta and Motel 6 Gainesville staff continued providing a venue for Jane Doe's sexual exploitation. Defendants actively contributed to Jane Doe's ongoing trafficking through acts and omissions that facilitated the work of her traffickers, including, but not limited to, adopting policies and procedures that allowed trafficking to flourish in Motel 6 properties and failing to implement and enforce adequate anti-sex trafficking policies and training despite their actual knowledge they were profiting off sexual exploitation.

88.     Defendants are responsible for the acts and omissions of the staff of the Motel 6 Marietta and Motel 6 Gainesville because these acts were committed in the scope and course of employment for Defendants.

89.     Defendants are responsible for the acts and omissions of the Motel 6 Marietta and Motel 6 Gainesville staff because Defendants failed to exercise reasonable care regarding the hiring, training, and supervision of these employees, particularly given the risks, known to Defendants, of human trafficking occurring at these hotels.

90.     Defendants, through their agents and employees, had an opportunity to and did observe obvious signs of sex trafficking at the Motel 6 Marietta and Motel 6 Gainesville and yet

allowed it to continue unabated and facilitated and supported it.

91.     Defendants, through their agents and employees, had an opportunity to and did observe obvious signs that Jane Doe was being trafficked at the Motel 6 Marietta and Motel 6 Gainesville and yet allowed it to continue unabated and facilitated and supported it.

92.     Defendants facilitated sex trafficking of Jane Doe through their failure to adopt, implement, and enforce reasonable and adequate anti-sex trafficking policies and training despite their knowledge of the actual and ongoing problem of sex trafficking at hotel properties, including Motel 6 Marietta and Motel 6 Gainesville.

93.     The most effective weapon against sexual exploitation and human trafficking is education and training.[123]  As ECPAT concluded:

> The hospitality industry is in a unique position to identify and report human trafficking due to its perceived anonymity. Traffickers believe they can go unnoticed while exploiting victims across the globe in hotels— ranging from budget properties to luxury resorts. From check-in to check-out there are a number of indicators victims and exploiters exhibit during the time they are on a hotel property. [124]

94.     This same conclusion is echoed by others who seek to eliminate or minimize sex trafficking in the hospitality industry, including the American Hotel Lodging Association: "Hotel employees who have undergone training are more aware of trafficking when it happens – and are more willing to report it – than those who have not been trained.[125] In reference to companies like

---

[123] https://polarisproject.org/recognizing-human-trafficking/
[124] https://www.ecpatusa.org/hotel-training.  ECPAT reports that, of hotel employees who receive training on sex trafficking, 84% have increased awareness of these events compared with 16% of untrained employees.  See https://www.ecpatusa.org/novacancy.  See also Sex Trafficking in the Tourism Industry, J. Tourism Hospit. 2015, link at https://www.longdom.org/open-access/sex-trafficking-in-the-tourism-industry-2167-0269-1000166.pdf
[125] https://www.ahla.com/issues/human-trafficking

G6 Hospitality  ECPAT observed: "If they do nothing to raise awareness or to prevent child trafficking, they risk becoming an indirect and unintentional conduit for the abuse that takes place."

95.     If G6 Hospitality had adequately trained and implemented guidelines, "red flags," training policies and procedures, and other recommendations adopted in the industry, G6 Hospitality would have known of Jane Doe's trafficking at Motel 6 Marietta and Motel 6 Gainesville, and would have been in a position to prevent the trafficking of Jane Doe (K.B.).

96.     Despite the obvious signs of sex trafficking at the Motel 6 Marietta and Motel 6 Gainesville, Jane Doe's trafficker was allowed to continue to use Motel 6 Marietta and Motel 6 Gainesville as the venues for Jane Doe's violent sexual exploitation and trafficking.  Adequate training would have prevented Jane Doe's trafficking.

97.     There was also heavy foot traffic in and out of Jane Doe K.B.'s room involving men who were not hotel guests.  Jane Doe had no less than (7) seven men a day sexually exploiting her at Motel 6 Marietta and Motel 6 Gainesville. These individuals entered and left at unusual hours and were present at the hotel for brief periods of time, which are sign of sex trafficking. Had Defendant G6 Hospitality enforced the policies and procedures they enacted to prevent trafficking from occurring within their Motel 6 branded hotels after observing an obvious sign of trafficking as described above, Jane Doe's trafficking would have been identified and reported, which would have prevented her trafficking at Motel 6.

### G6 Hospitality Had Actual Knowledge of the Sex Trafficking Venture

98.     Based upon public reporting, investigations, criminal incidents, hotel reviews and comments, G6 Hospitality had actual knowledge of pervasive and continuous sex trafficking throughout the Hotel Industry, its franchised and owned hotel properties (including Motel 6

Marietta and Motel 6 Gainesville), and knowingly chose to facilitate sex trafficking at its locations, including Motel 6 Marietta and Motel 6 Gainesville, and benefited from its participation in a sex trafficking venture.  G6 Hospitality's knowledge went well beyond its general awareness of sex trafficking in the hospitality industry, but actual knowledge of the sex trafficking venture carried on at Motel 6 Marietta and Motel 6 Gainesville.

99.     Motel 6 Marietta and Motel 6 Gainesville staff, the "boots on the ground," observed the signs of sex trafficking present before, during, and after Jane Doe's trafficking at Motel 6 Marietta and Motel 6 Gainesville. These employees were purportedly required to relay their knowledge of Jane Doe's sex trafficking to G6 Hospitality. Thus, all Defendants knew or should have known about Jane Doe's sex trafficking.

100.     Moreover, the knowledge of the Motel 6 Marietta and Motel 6 Gainesville staff, including its management-level employees, is imputed to Defendants as corporate knowledge and therefore, all Defendants knew or should have known that Jane Doe was being trafficked in the Motel 6 Marietta and Motel 6 Gainesville.

**G6 Hospitality, as Franchisor, Set Standards for Franchisee**

101.     Franchisees were and are at all material times required to comply with franchise agreement standards, policies, and rules, including those related to security, kidnapping, the trafficking of persons and/or compelled prostitution, if any, promulgated by G6 Hospitality.

102.     In addition to brand recognition, a marketing organization, hotel listings in the Global Distribution System (GDS) and other online travel agency databases, the brand provides the franchise hotel with access to its brand wide central reservation system, 800 number, revenue

management tools, world-class loyalty programs and a website. Thus, booking and room reservations are controlled by G6 Hospitality.[126]

103.    G6 Hospitality required Franchisees to adhere to consistent standard regarding the day-to-day operations of their respective hotels and exercised control over the means, methods, and tools used by Franchisee.

104.    G6 Hospitality exercises control over its Franchisees to ensure quality control by conducting annual on-site inspections to confirm its policies and procedures are complied with.

105.    G6 Hospitality exercises control over decisions related to payment options for rooms, including but not limited to allowing payment by cash or pre-paid credit card.

106.    G6 Hospitality exercises an ongoing right of control over its hotels, including but not limited to Franchisee, through at least one or more of the following actions:

    a.    hosting online bookings on G6 Hospitality's domain;

    b.    requiring G6 Hospitality branded hotels to use G6 Hospitality's customer rewards program;

    c.    setting employee wages;

    d.    advertising employment positions at its franchised hotels;

    e.    sharing profits;

    f.    standardized training methods for employees;

    g.    building and maintaining the facility in a specified manner;

    h.    standardized or strict rules of operation;

---

[126] Ellen Meyer, The Origins and Growth of Franchising in the Hotel Industry, LODGING MAGAZINE (April 10, 2018) https://lodgingmagazine.com/the-origins-and-growth-of-franchising-in-the-hotel-industry/.

  i. regular inspection of the facility and operation;

  j. fixing prices;

  k. security policies and procedures;

  l. interior and exterior design decisions; and

  m. other actions that deprive Motel 6 branded hotels of independence in their business operations

107. Franchisees were actual agents of G6 Hospitality with respect to the operation of their respective hotels.

108. G6 Hospitality retained control over the details and methods of aspects of the operation of the Motel 6 Gainesville and Motel 6 Marietta that are directly relevant to the proliferation of sex trafficking at that property. As a result of this retained control and its direct involvement, G6 Hospitality participated in a venture with sex traffickers who were using the G6 Hospitality as a venue for their trafficking. Moreover, as a result of this retained control, G6 Hospitality had both the opportunity and the duty to prevent Jane Doe's trafficking.

109. G6 Hospitality retained control over the training of the staff of Motel 6 Gainesville and Motel 6 Marietta regarding human trafficking and ways to detect and respond to signs of human trafficking. Effective training and education are the most important tools to prevent use of hotel facilities for sexual exploitation and human trafficking. If G6 Hospitality had exercised reasonable diligence in providing training, G6 Hospitality would have prevented the Motel 6 Gainesville and Motel 6 Marietta from being used to facilitate obvious and apparent sex trafficking, including the trafficking of Jane Doe K.B. By failing to take reasonable steps to provide appropriate training, despite the overwhelming evidence it had of an ongoing problem with use of

45

its branded properties for sex trafficking, G6 was negligently facilitating sex trafficking.

**Defendants Knowingly Benefitted from Jane Doe's Sex Trafficking**

110.    Defendants knowingly received substantial financial benefit from Jane Doe's traffickers, including but not limited to revenue generated from room rental and other ancillary expenses at the Motel 6 Marietta and Motel 6 Gainesville. Thus, Defendants, benefited directly from providing support to Jane Doe 's traffickers, who Defendants knew or should have known were engaged in illegal sex trafficking.

111.    Franchisee intentionally or knowingly benefited through increased revenue from rooms rented to Jane Doe K.B.'s traffickers.

112.    G6 Hospitality intentionally or knowingly benefited from participating in a venture that traffics another person by, among other things, receiving financial benefits from the trafficking venture at their corporate headquarters in Carrolton, Texas.  For every room rented, a percentage is sent by G6's operating company (for G6 owned properties) or the franchisee (for franchised properties) to Defendants at their corporate headquarters in Carrollton, Texas.

113.    G6 Hospitality directly participated in renting rooms from and through the actions of its corporate headquarters. In addition to brand recognition, a marketing organization, hotel listings in the Global Distribution System (GDS) and other online travel agency databases, Franchisor requires Franchisee to utilize its brand wide central reservation system, 800 number, revenue management tools, world-class loyalty programs and a website.  Thus, booking and room reservations are controlled by G6 Hospitality.[127]

---

[127] Ellen Meyer, *The Origins and Growth of Franchising in the Hotel Industry*, LODGING MAGAZINE (April 10, 2018) https://lodgingmagazine.com/the-origins-and-growth-of-franchising-in-the-hotel-industry/.

46

114.     Franchisee and G6 Hospitality participated in renting rooms through the acts of the staff of Motel 6 Gainesville and Motel 6 Marietta who are joint employees of Franchisee and G6 Hospitality because Franchisee and G6 Hospitality jointly exercise control over the terms and conditions of their employment.

115.     As a result of the monies paid by Jane Doe's traffickers to the secure rooms for her trafficking at Motel 6 Marietta and Motel 6 Gainesville, all Defendants knowingly benefitted from participating in the venture that trafficked, harbored, and maintained Jane Doe's trafficking at Motel 6 Marietta and Motel 6 Gainesville.

## A.  CAUSE OF ACTION AGAINST HOTEL DEFENDANTS

### VIOLATION OF THE TVPRA, 18 U.S.C. §1595 (AGAINST ALL DEFENDANTS)

116.     The Plaintiff adopts and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint as fully set forth herein.

117.     Jane Doe is a victim within the meaning of 18 U.S.C. 1595(a).

118.      Defendants are liable as beneficiaries within the meaning of 18 U.S.C. § 1595(a) because, as described above, each Defendant knowingly benefitted, by receiving financial and other compensation, for their participation in a venture they knew or should have known was engaged in sex trafficking, in violation of the TVPRA, 18 U.S.C. § 1591, et seq. Defendants knew that their repeated failures to address known risks of human trafficking at their hotel properties, and to continue providing venues for sex trafficking, would increase the overall volume of illegal commercial sexual exploitation and victimization at their hotel properties. Defendants further

knew or should have known that their acts and omissions were advancing the trafficker's sale and victimization of Jane Doe for commercial exploitation at Motel 6 Marietta and Motel 6 Gainesville.

119.    Each and every one of Defendants knowingly received the following benefits as the result of a participating in a venture that Defendants knew or should have known was engaged in sex trafficking:

a.    Profit from renting rooms to those looking to sexually exploit Jane Doe (K.B.) and other human trafficking victims;

b.    Increased profit margins due to lower operation cost by refusing to implement proper training of the Hotel Defendants' employees and managers regarding the signs of human trafficking and the exploitation of victims;

c.    Increased profit margins due to lower operation cost by refusing to hire qualified security officers who would actively combat human trafficking and the exploitation of victims;

d.    Increased profit margins as a result of continued customer loyalty by traffickers and johns who sought to exploit victims, including Jane Doe (K.B.), due to Hotel Defendants' lack of measures against the exploitation of victims and human trafficking.  This customer loyalty led to continued alcohol, food, and room sales;

e.    Increased profit margins as a result of presenting a more "marketable brand" to traffickers and johns looking to exploit victims–which in turn leads to higher alcohol, food, and room sales when these traffickers and johns visit Hotel Defendants' property; and

f.    Increased profit margins by knowingly catering to the needs of a criminal sub-culture that is looking for locations that will not actively enforce laws against human trafficking and the exploitation of victims or take active security measures to prevent human trafficking and the exploitation of victims on their property.

g.    Other direct and indirect benefits of both a financial and non-financial nature to be proven at trial.

120.    Each and every Hotel Defendant participated in a venture with, among others, Jane Doe's traffickers.  Defendants had an association in fact with Jane Doe's traffickers.  Despite the fact that Defendants knew or should have known that he was engaged in sex trafficking in violation of the TVPRA, Jane Doe's trafficker was able to continue renting rooms for the exploitation of Jane Doe. Traffickers, including the trafficker of Jane Doe, frequently used the Marietta and Motel 6 Gainesville because they knew that staff members looked the other way despite obvious signs of trafficking and that Defendants failed to adopt and implement policies to detect and stop trafficking. Thus, there was an implicit agreement between the traffickers and Defendants and their employees and agents, including the staff of the Motel 6 Marietta and Motel 6 Gainesville.  Each of the venturers shared a common purpose – the rental of hotel rooms and the making of profits. Each Defendant profited while Jane Doe's trafficker was able to rent a secure venue to earn profits by trafficking Jane Doe.  Each Defendant took affirmative actions in furtherance of the venture by continually renting rooms to sex traffickers including but not limited to Jane Doe's trafficker, failing to properly implement anti-trafficking rules and policies, and assisting traffickers to continue their sexual exploitation with minimal risk of detection and disturbance, all the while ignoring the obvious signs of Jane Doe's trafficking.

121.    Despite the fact that they knew or should have known about the atrocities occurring on their properties, Defendants kept receiving benefits from the rental of rooms to traffickers. As a result of Defendants' choice to receive such benefits, many victims, including Jane Doe, were trafficked and exploited on the properties of the Defendants. This provided a venue for trafficking and constitutes participation by Defendants in a venture under the TVPRA.

122.    Defendants committed each of these violations directly, through their own acts and omissions, and through the acts and omissions of their agents, including the staff of the Motel 6 Marietta and Motel 6 Gainesville.

123.    Defendants conduct are jointly and severally liable for the entire amount of damages awarded by a jury in this case under TVPRA.

### VIOLATION OF THE to O.C.G.A. § 51-1-56 (AGAINST ALL DEFENDANTS)

124.    The Plaintiff adopts and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint as fully set forth herein.

125.    At all relevant times, the Plaintiff is a victim within the meaning of O.C.G.A. § 51-1-56(b).

126.    At all relevant times, Defendants were perpetrators within the meaning of O.C.G.A. § 51-1-56(a)(2).

127.    The Plaintiff is a survivor of sex trafficking within the meaning of O.C.G.A. § 51-1-56 and is entitled to bring a civil action under O.C.G.A. § 51-1-56(b) against any individual or entity whose violations of the O.C.G.A. § 51-1-56 proximately caused the Plaintiff to sustain physical and psychological injuries and other damages as a result of being trafficked at Motel 6 Marietta and Motel 6 Gainesville.

128.    The Defendants knowingly benefited from participating in a venture which they knew or should have known was engaged in illegal sex trafficking in violation of the O.C.G.A. § 51-1-56(b), by *inter alia*, engaging in acts and omissions that were intended to support, facilitate, harbor, and otherwise further the trafficker's sale and victimization of the plaintiff for commercial exploitation.  Defendants knew that their repeated failures to address known risks of human

50

trafficking on their hotel properties would increase the overall volume of illegal commercial sexual exploitation and victimization at their hotel properties.  Defendants knowingly benefited from facilitating the activities of traffickers who Defendants knew or should have known were involved in a violation of O.C.G.A. § 16-5-46..

129.   Defendants knowingly benefited financially from the presence of traffickers at their hotel properties by consistently renting rooms where a trafficker repeatedly sold the Plaintiff for sex at Defendants' hotel properties and accordingly, participated in the trafficking venture that exploited her by the various means described herein.

130.   The Plaintiff has suffered substantial physical and psychological injuries, and other damages, as a result of being trafficked at Defendants' hotel properties.

131.   Each and every one of Defendants knowingly received the following benefits as the result of a participating in a venture that Defendants knew or should have known was engaged in sex trafficking:

    a.    Profit from renting rooms to those looking to sexually exploit Jane Doe (K.B.) and other human trafficking victims;

    b.    Increased profit margins due to lower operation cost by refusing to implement proper training of the Hotel Defendants' employees and managers regarding the signs of human trafficking and the exploitation of victims;

    c.    Increased profit margins due to lower operation cost by refusing to hire qualified security officers who would actively combat human trafficking and the exploitation of victims;

    d.    Increased profit margins as a result of continued customer loyalty by traffickers and johns who sought to exploit victims, including Jane Doe (K.B.), due to Hotel Defendants' lack of measures against the exploitation of victims and human trafficking.  This customer loyalty led to continued alcohol, food, and room sales;

e.    Increased profit margins as a result of presenting a more "marketable brand" to traffickers and johns looking to exploit victims–which in turn leads to higher alcohol, food, and room sales when these traffickers and johns visit Hotel Defendants' property; and

f.    Increased profit margins by knowingly catering to the needs of a criminal sub-culture that is looking for locations that will not actively enforce laws against human trafficking and the exploitation of victims or take active security measures to prevent human trafficking and the exploitation of victims on their property.

g.    Other direct and indirect benefits of both a financial and non-financial nature to be proven at trial.

132.    Each and every Defendant participated in a venture with, among others, Jane Doe's traffickers. Defendants had an association in fact with Jane Doe's traffickers. Despite the fact that Defendants knew or should have known that he was engaged in sex trafficking in violation of Georgia law, Jane Doe's trafficker was able to continue renting rooms for the exploitation of Jane Doe. Traffickers, including the trafficker of Jane Doe, frequently used the Motel 6 Marietta and Motel 6 Gainesville because they knew that staff members looked the other way despite obvious signs of trafficking and that Defendants failed to adopt and implement policies to detect and stop trafficking. Thus, there was an implicit agreement between the traffickers and Defendants and their employees and agents, including the staff of the Motel 6 Marietta and Motel 6 Gainesville. Each of the venturers shared a common purpose – the rental of hotel rooms and the making of profits. Each Defendant profited while Jane Doe's trafficker was able to rent a secure venue to earn profits by trafficking Jane Doe. Each Defendant took affirmative actions in furtherance of the venture by continually renting rooms to sex traffickers including but not limited to Jane Doe's trafficker, failing to properly implement anti-trafficking rules and policies, and assisting traffickers to

continue their sexual exploitation with minimal risk of detection and disturbance, all the while ignoring the obvious signs of Jane Doe's trafficking.

133.    Despite the fact that they knew or should have known about the atrocities occurring on their properties, Defendants kept receiving benefits from the rental of rooms to traffickers.  As a result of Defendants' choice to receive such benefits, many victims, including Jane Doe, were trafficked and exploited on the properties of Defendants. This provided a venue for trafficking and constitutes participation by Defendants in a venture under O.C.G.A. § 51-1-56.

134.    Defendants committed each of these violations directly, through their own acts and omissions, and through the acts and omissions of their agents, including the staff of the Motel 6 Marietta and Motel 6 Gainesville.

135.    Defendants are jointly and severally liable for the entire amount of damages awarded by a jury in this case under O.C.G.A. § 51-1-56.

### TOLLING OF LIMITATIONS

136.    To the extent Defendants assert an affirmative defense of limitations, Plaintiff alleges that limitations was tolled due to fraudulent concealment.  As set out above, Defendants made affirmative misrepresentations regarding its alleged efforts to combat human trafficking when in fact they knew these representations were false and knowingly allowed trafficking to occur on their properties and knowingly benefited from the trafficking.  Defendants acted with a fixed purpose to conceal the facts necessary for the Plaintiff to know she had a cause of action against them, and Plaintiff did not discover and was not in a position to discover the existence of a cause of action against Defendants until shortly before suit was filed, and certainly not more than ten years before suit was filed.

137.    To the extent Defendants assert an affirmative defense of limitations, Plaintiff invokes the discovery rule.  At the time Plaintiff was harmed, Plaintiff did not know that she was the victim of human trafficking, that her injury arose from being trafficked at Defendant(s) hotels or that she was a person trafficked as the term is used in O.C.G.A. section 51-1-56 and section 16-5-46, much less that she was being victimized by a human trafficking venture, and she did not discover and was not in a position to discover the legal cause of her injury, and certainly not more than ten years before suit was filed.  Moreover, at the time the trafficking occurred, Plaintiff did not know what "human trafficking" as the term is used in O.C.G.A. section 51-1-56 was, much less that she was being victimized by a human trafficking venture, and she did not discover and was not in a position to discover the existence of a cause of action until shortly before suit was filed, and certainly not more than five years before suit was filed.

138.    In addition, to the extent Plaintiff's claim might otherwise be barred by limitations, limitations should be tolled because Plaintiff could not have reasonably discovered the cause of action, and/or was under a legal disability as described in O.C.G.A. § 9-3-90(b) (or the analogous provision of any other potentially applicable law) within the limitations period due to psychological trauma she suffered as a result of the trafficking.

## E.    CAUSES OF ACTION ALL PARTIES

### CAUSE OF ACTION—JOINT AND SEVERAL LIABILITY UNDER O.C.G.A. SECTION 51-1-56

139.    Defendants' conduct violated O.C.G.A. section 51-1-56. Therefore, each of the Defendants is jointly and severally liable for the entire amount of damages awarded by a jury in this case under O.C.G.A. section 51-1-56.

## VIII.   DAMAGES

140.     Plaintiff adopts and re-alleges each paragraph above as if set forth herein. Including the damages specifically alleged above, Jane Doe (K.B.) seeks the following damages from all Defendants.

**A.     Damages for Violation of TVPRA, 18 U.S.C. § 1591 and O.C.G.A. § 51-1-56 Against Defendants.**

141.     Plaintiff prays for all damages as allowed under federal law and Georgia law including the Georgia Civil Practice & Remedies Code including, but not limited to:

      a.      actual damages;

      b.      mental anguish;

      c.      court cost;

      d.      reasonable attorney's fees; and

      e.      exemplary damages

142.     Plaintiff seeks the award of exemplary damages against Defendants as recoverable under Georgia law and federal law.

143.     Plaintiff also requests that the Court award pre-judgment and post-judgment interest in accordance with the prevailing rates of interest under Georgia law and federal law.

**B.     Exemplary Damages Unrestricted for all Defendants for Violations Under  O.C.G.A. § 51-12-5.1.**

144.     Defendants' acts, omissions, and/or commissions outlined above constitute a knowing violation of O.C.G.A. § 16-5-46 and O.C.G.A. § 51-1-56. Therefore, under O.C.G.A. § 51-12-5.1 exemplary damages are proper and unlimited.

## IX.   JURY DEMAND

In accordance with O.C.G.A. § 9-11-38, Plaintiff hereby makes application for a jury trial and request that this cause be set on the Court's Jury Docket.  In support of her application, the appropriate jury fee has been paid to the Clerk at least thirty-days (30) in advance of the trial setting.

## X.   PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that this case be set for trial before a jury, and that upon a final hearing of the cause, judgment be entered for Plaintiff against Defendants jointly and severally, for the actual, compensatory, and punitive damages as the evidence may show and the jury may determine to be proper, together with the costs of suit, prejudgment interest, post-judgment interest, and such other and further relief to which Plaintiff may, in law or in equity, show herself to be justly entitled.


Respectfully submitted,

**DUBOSE MILLER**
75 14th Street NE, Suite 2110
Atlanta, GA 30309
404.720.8111


By: _____
        TANYA F. MILLER
        Georgia Bar No. 508434
        miller@dubosemiller.com

        ***ATTORNEYS FOR PLAINTIFF***

56

**ALSO APPEARING PENDING PRO HAC VICE ADMISSION:**

**ANNIE McADAMS, PC**
Annie McAdams
1150 Bissonnet
Houston, Texas 77005
713.785.6262
Fax: 866.713.6141
annie@mcadamspc.com

**PROVOST UMPHREY LAW FIRM, LLP**
Sean C. Villery-Samuel
Texas Bar No. 24070802
James E. Payne
Texas Bar No. 00788171
350 Pine Street, Suite 1100
P.O. Box 4905
Beaumont, Texas 77701
409.835.6000
Fax: 409.813.8605
svillery-samuel@pulf.com
jpayne@pulf.com