

Exhibit B



**January 1 – December 31, 2022**

# Evidence of Coverage:

## Your Medicare Health Benefits and Services and Prescription Drug Coverage as a Member of Wellcare No Premium (HMO)

This booklet gives you the details about your Medicare health care and prescription drug coverage from January 1 – December 31, 2022. It explains how to get coverage for the health care services and prescription drugs you need. **This is an important legal document. Please keep it in a safe place.**

This plan, Wellcare No Premium (HMO), is offered by Wellcare Of Georgia, Inc. (When this *Evidence of Coverage* says "we," "us," or "our," it means Wellcare Of Georgia, Inc. When it says "plan" or "our plan," it means Wellcare No Premium (HMO).)

We must provide information in a way that works for you (in languages other than English, in audio, in braille, in large print, or other alternate formats, etc.). Please call Member Services at the number listed on the back cover of this booklet if you need plan information in another format.

Benefits and/or copayments/coinsurance may change on January 1, 2023.

The formulary, pharmacy network, and/or provider network may change at any time. You will receive notice when necessary.

OMB Approval 0938-1051
(Expires: February 29, 2024)
GA2GMREOC79186E_0039
H1112039000

ATENCIÓN: Si habla español, contamos con servicios de asistencia lingüística que se encuentran disponibles para usted de manera gratuita. Llame al 1-877-374-4056 (TTY: 711).

注意：如果您说中文，您可以免費獲得語言援助服務。請致電 1-877-374-4056 (TTY：711)。

Chú ý: Nếu quý vị nói tiếng Việt, dịch vụ hỗ trợ ngôn ngữ có sẵn miễn phí dành cho quý vị. Hãy gọi số 1-877-374-4056 (TTY: 711).

주의사항: 한국어를 구사할 경우, 언어 보조 서비스를 무료로 이용 가능합니다. 1-877-374-4056 (TTY: 711) 번으로 연락해 주십시오.

Atensyon: Kung nagsasalita ka ng Tagalog, may mga available na libreng tulong sa wika para sa iyo. Tumawag sa 1-877-374-4056 (TTY: 711).

Dumngeg: No agsasau ka iti Ilokano, dagiti tulong nga serbisio, a libre, ket available para kaniam. Awagan ti 1-877-374-4056 (TTY: 711).

La Silafia: Afai e te tautala i le gagana Sāmoa, gagana 'au'aunaga fesoasoani, fai fua leai se totogi, o lo'o avanoa ia te 'oe. Vala'au le 1-877-374-4056 (TTY: 711).

Maliu: Inā 'ōlelo Hawai'i 'oe, he lawelawe māhele 'ōlelo, manuahi, i lako iā 'oe. E kelepona iā 1-877-374-4056 (TTY: 711).

## 2022 Evidence of Coverage

## Table of Contents

This list of chapters and page numbers is your starting point. For more help in finding information you need, go to the first page of a chapter. **You will find a detailed list of topics at the beginning of each chapter.**

**Chapter 1.     Getting started as a member** .......................................................... **6**

Explains what it means to be in a Medicare health plan and how to use this booklet. Tells about materials we will send you, your plan premium, the Part D late enrollment penalty, your plan membership card, and keeping your membership record up to date.

**Chapter 2.     Important phone numbers and resources** ..................................... **23**

Tells you how to get in touch with our plan (Wellcare No Premium (HMO)) and with other organizations including Medicare, the State Health Insurance Assistance Program (SHIP), the Quality Improvement Organization, Social Security, Medicaid (the state health insurance program for people with low incomes), programs that help people pay for their prescription drugs, and the Railroad Retirement Board.

**Chapter 3.     Using the plan's coverage for your medical services** ................................. **41**

Explains important things you need to know about getting your medical care as a member of our plan. Topics include using the providers in the plan's network and how to get care when you have an emergency.

**Chapter 4.     Medical Benefits Chart (what is covered and what you pay)** ..................... **57**

Gives the details about which types of medical care are covered and *not* covered for you as a member of our plan. Explains how much you will pay as your share of the cost for your covered medical care.

**Chapter 5.     Using the plan's coverage for your Part D prescription drugs** .................. **112**

Explains rules you need to follow when you get your Part D drugs. Tells how to use the plan's *List of Covered Drugs (Formulary)* to find out which drugs are covered. Tells which kinds of drugs are *not* covered. Explains several kinds of restrictions that apply to coverage for certain drugs. Explains where to get your prescriptions filled. Tells about the plan's programs for drug safety and managing medications.

**Chapter 6.     What you pay for your Part D prescription drugs** ........................................ **136**

Tells about the three stages of drug coverage (Initial Coverage Stage, Coverage Gap Stage, Catastrophic Coverage Stage) and how these stages affect what you pay for your drugs. Explains the 6 cost-sharing tiers for your Part D drugs and tells what you must pay for a drug in each cost-sharing tier.

**Chapter 7.     Asking us to pay our share of a bill you have received for covered medical services or drugs** ........................................................................ **155**

Explains when and how to send a bill to us when you want to ask us to pay you back for our share of the cost for your covered services or drugs.

**Chapter 8.     Your rights and responsibilities** .......................................................... **163**

Explains the rights and responsibilities you have as a member of our plan. Tells what you can do if you think your rights are not being respected.

**Chapter 9.**     **What to do if you have a problem or complaint (coverage decisions, appeals, complaints)** ....................................................................................... **174**

Tells you step-by-step what to do if you are having problems or concerns as a member of our plan.

- Explains how to ask for coverage decisions and make appeals if you are having trouble getting the medical care or prescription drugs you think are covered by our plan. This includes asking us to make exceptions to the rules or extra restrictions on your coverage for prescription drugs, and asking us to keep covering hospital care and certain types of medical services if you think your coverage is ending too soon.

- Explains how to make complaints about quality of care, waiting times, customer service, and other concerns.

**Chapter 10.**    **Ending your membership in the plan** ............................................................. **229**

Explains when and how you can end your membership in the plan. Explains situations in which our plan is required to end your membership.

**Chapter 11.**    **Legal notices**.................................................................................................... **237**

Includes notices about governing law and about nondiscrimination.

**Chapter 12.**    **Definitions of important words** ....................................................................... **243**

Explains key terms used in this booklet.

# CHAPTER 1

*Getting started as a member*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 7 of 253   6
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 1.      Getting started as a member**

# Chapter 1.   Getting started as a member

**SECTION 1      Introduction** ................................................................................................ **8**

Section 1.1    You are enrolled in Wellcare No Premium (HMO), which is a Medicare HMO ........... 8

Section 1.2    What is the *Evidence of Coverage* booklet about? ........................................... 8

Section 1.3    Legal information about the *Evidence of Coverage* ......................................... 8

**SECTION 2      What makes you eligible to be a plan member?** ........................................ **9**

Section 2.1    Your eligibility requirements ...................................................................... 9

Section 2.2    What are Medicare Part A and Medicare Part B? ........................................... 9

Section 2.3    Here is the plan service area for Wellcare No Premium (HMO) ....................... 9

Section 2.4    U.S. Citizen or Lawful Presence ................................................................ 10

**SECTION 3      What other materials will you get from us?** ............................................. **10**

Section 3.1    Your plan membership card – Use it to get all covered care and prescription drugs ...... 10

Section 3.2    The *Provider & Pharmacy Directory*: Your guide to all providers and pharmacies in the plan's network ........................................................................................ 11

Section 3.3    The plan's List of Covered Drugs *(Formulary)* ......................................... 12

Section 3.4    The *Part D Explanation of Benefits* (the "Part D EOB"): Reports with a summary of payments made for your Part D prescription drugs ...................................... 12

**SECTION 4      Your monthly premium for Wellcare No Premium (HMO)** .......................... **13**

Section 4.1    How much is your plan premium? ............................................................. 13

**SECTION 5      Do you have to pay the Part D "late enrollment penalty"?** ...................... **13**

Section 5.1    What is the Part D "late enrollment penalty"? ........................................... 13

Section 5.2    How much is the Part D late enrollment penalty? ...................................... 14

Section 5.3    In some situations, you can enroll late and not have to pay the penalty ........ 14

Section 5.4    What can you do if you disagree about your Part D late enrollment penalty? ...... 15

**SECTION 6      Do you have to pay an extra Part D amount because of your income?** ..... **15**

Section 6.1    Who pays an extra Part D amount because of income? ................................ 15

Section 6.2    How much is the extra Part D amount? ...................................................... 16

Section 6.3    What can you do if you disagree about paying an extra Part D amount? ......... 16

Section 6.4    What happens if you do not pay the extra Part D amount? ........................... 16

**SECTION 7      More information about your monthly premium** ....................................... **16**

Section 7.1    If you pay a Part D late enrollment penalty, there are several ways you can pay your penalty ............................................................................................... 17

Section 7.2      Can we change your monthly plan premium during the year? ....................................... 19

**SECTION 8        Please keep your plan membership record up to date ..............................19**

Section 8.1      How to help make sure that we have accurate information about you .......................... 19

**SECTION 9        We protect the privacy of your personal health information.....................20**

Section 9.1      We make sure that your health information is protected ................................................ 20

**SECTION 10       How other insurance works with our plan ...................................................20**

Section 10.1    Which plan pays first when you have other insurance? .................................................. 20

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 9 of 253   8
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 1.      Getting started as a member**

| SECTION 1 | **Introduction** |
|---|---|

| Section 1.1 | **You are enrolled in Wellcare No Premium (HMO), which is a Medicare HMO** |
|---|---|

You are covered by Medicare, and you have chosen to get your Medicare health care and your prescription drug coverage through our plan, Wellcare No Premium (HMO).

There are different types of Medicare health plans. Wellcare No Premium (HMO) is a Medicare Advantage HMO Plan (HMO stands for Health Maintenance Organization) approved by Medicare and run by a private company.

**Coverage under this Plan qualifies as Qualifying Health Coverage (QHC)** and satisfies the Patient Protection and Affordable Care Act's (ACA) individual shared responsibility requirement. Please visit the Internal Revenue Service (IRS) website at: www.irs.gov/Affordable-Care-Act/Individuals-and-Families for more information.

| Section 1.2 | **What is the *Evidence of Coverage* booklet about?** |
|---|---|

This *Evidence of Coverage* booklet tells you how to get your Medicare medical care and prescription drugs covered through our plan. This booklet explains your rights and responsibilities, what is covered, and what you pay as a member of the plan.

The word "coverage" and "covered services" refers to the medical care and services and the prescription drugs available to you as a member of Wellcare No Premium (HMO).

It's important for you to learn what the plan's rules are and what services are available to you. We encourage you to set aside some time to look through this *Evidence of Coverage* booklet.

If you are confused or concerned or just have a question, please contact our plan's Member Services (phone numbers are printed on the back cover of this booklet).

| Section 1.3 | **Legal information about the *Evidence of Coverage*** |
|---|---|

**It's part of our contract with you**

This *Evidence of Coverage* is part of our contract with you about how our plan covers your care. Other parts of this contract include your enrollment form, the *List of Covered Drugs (Formulary)*, and any notices you receive from us about changes to your coverage or conditions that affect your coverage. These notices are sometimes called "riders" or "amendments."

The contract is in effect for months in which you are enrolled in our plan between January 1, 2022 and December 31, 2022.

Each calendar year, Medicare allows us to make changes to the plans that we offer. This means we can change the costs and benefits of our plan after December 31, 2022. We can also choose to stop offering the

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 10 of 253          9
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 1.      Getting started as a member

plan, or to offer it in a different service area, after December 31, 2022.

**Medicare must approve our plan each year**

Medicare (the Centers for Medicare & Medicaid Services) must approve our plan each year. You can continue to get Medicare coverage as a member of our plan as long as we choose to continue to offer the plan and Medicare renews its approval of the plan.

| SECTION 2 | What makes you eligible to be a plan member? |
|---|---|

| Section 2.1 | Your eligibility requirements |
|---|---|

*You are eligible for membership in our plan as long as:*

- You have both Medicare Part A and Medicare Part B (Section 2.2 tells you about Medicare Part A and Medicare Part B)

- -- *and* -- you live in our geographic service area (Section 2.3 below describes our service area).

- -- *and* -- you are a United States citizen or are lawfully present in the United States

| Section 2.2 | What are Medicare Part A and Medicare Part B? |
|---|---|

When you first signed up for Medicare, you received information about what services are covered under Medicare Part A and Medicare Part B. Remember:

- Medicare Part A generally helps cover services provided by hospitals (for inpatient services, skilled nursing facilities, or home health agencies).

- Medicare Part B is for most other medical services (such as physician's services, home infusion therapy, and other outpatient services) and certain items (such as durable medical equipment (DME) and supplies).

| Section 2.3 | Here is the plan service area for Wellcare No Premium (HMO) |
|---|---|

Although Medicare is a Federal program, our plan is available only to individuals who live in our plan service area. To remain a member of our plan, you must continue to reside in the plan service area. The service area is described below.

Our service area includes these counties in Georgia: Appling, Bacon, Brantley, Bryan, Burke, Camden, Candler, Charlton, Chatham, Chattahoochee, Columbia, Effingham, Emanuel, Evans, Glascock, Glynn, Harris, Jefferson, Jenkins, Johnson, Liberty, Lincoln, Long, Marion, McDuffie, McIntosh, Meriwether, Muscogee, Pierce, Quitman, Richmond, Schley, Screven, Stewart, Talbot, Tattnall, Taylor, Toombs, Treutlen, Troup, Ware, Warren, Washington, Wayne, Webster, and Wilkes.

If you plan to move out of the service area, please contact Member Services (phone numbers are printed on the back cover of this booklet). When you move, you will have a Special Enrollment Period that will allow

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 11 of 253      10
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 1.      Getting started as a member**

you to switch to Original Medicare or enroll in a Medicare health or drug plan that is available in your new location.

It is also important that you call Social Security if you move or change your mailing address. You can find phone numbers and contact information for Social Security in Chapter 2, Section 5.

| Section 2.4 | U.S. Citizen or Lawful Presence |
| --- | --- |

A member of a Medicare health plan must be a U.S. citizen or lawfully present in the United States. Medicare (the Centers for Medicare & Medicaid Services) will notify Wellcare No Premium (HMO) if you are not eligible to remain a member on this basis. Wellcare No Premium (HMO) must disenroll you if you do not meet this requirement.

| SECTION 3 | What other materials will you get from us? |
| --- | --- |

| Section 3.1 | Your plan membership card – Use it to get all covered care and prescription drugs |
| --- | --- |

While you are a member of our plan, you must use your membership card for our plan whenever you get any services covered by this plan and for prescription drugs you get at network pharmacies. You should also show the provider your Medicaid card, if applicable. Here's a sample membership card to show you what yours will look like:



Do NOT use your red, white, and blue Medicare card for covered medical services while you are a member of this plan. If you use your Medicare card instead of your Wellcare No Premium (HMO) membership card, you may have to pay the full cost of medical services yourself. Keep your Medicare card in a safe place. You may be asked to show it if you need hospital services, hospice services, or participate in routine research studies.

**Here's why this is so important:** If you get covered services using your red, white, and blue Medicare card instead of using your plan membership card while you are a plan member, you may have to pay the full cost yourself.

If your plan membership card is damaged, lost, or stolen, call Member Services right away and we will

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 12 of 253   11
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 1.    Getting started as a member**

send you a new card. (Phone numbers for Member Services are printed on the back cover of this booklet.)

| Section 3.2 | The *Provider & Pharmacy Directory*: Your guide to all providers and pharmacies in the plan's network |
|---|---|

 The *Provider & Pharmacy Directory* lists our network providers, durable medical equipment suppliers and network pharmacies.

## What are "network providers"?

**Network providers** are the doctors and other health care professionals, medical groups, durable medical equipment suppliers, hospitals, and other health care facilities that have an agreement with us to accept our payment and any plan cost-sharing as payment in full. We have arranged for these providers to deliver covered services to members in our plan.

A medical group is an association of physicians, including PCPs and specialists, and other health care providers, including hospitals, that contract with an HMO to provide services to enrollees. Some Medical Groups have formal referral circles, which mean that their providers will only refer patients to other providers belonging to the same medical group.

The most recent list of providers and suppliers is available on our website at www.wellcare.com/medicare.

## Why do you need to know which providers are part of our network?

It is important to know which providers are part of our network because, with limited exceptions, while you are a member of our plan you must use network providers to get your medical care and services. The only exceptions are emergencies, urgently needed services when the network is not available (generally, when you are out of the area), out-of-area dialysis services, and cases in which our plan authorizes use of out-of-network providers. See Chapter 3 (*Using the plan's coverage for your medical services*) for more specific information about emergency, out-of-network, and out-of-area coverage.

If you don't have your copy of the *Provider & Pharmacy Directory*, you can request a copy from Member Services (phone numbers are printed on the back cover of this booklet). You may ask Member Services for more information about our network providers, including their qualifications. You can also see the *Provider & Pharmacy Directory* at www.wellcare.com/medicare. Both Member Services and the website can give you the most up-to-date information about changes in our network providers.

## What are "network pharmacies"?

Network pharmacies are all of the pharmacies that have agreed to fill covered prescriptions for our plan members.

## Why do you need to know about network pharmacies?

You can use the *Provider & Pharmacy Directory* to find the network pharmacy you want to use. There are changes to our network of pharmacies for next year. An updated *Provider & Pharmacy Directory* is located on our website at www.wellcare.com/medicare. You may also call Member Services for updated provider information or to ask us to mail you a *Provider & Pharmacy Directory*. **Please review the 2022 *Provider**

***& Pharmacy Directory* to see which pharmacies are in our network.**

The *Provider & Pharmacy Directory* will also tell you which of the pharmacies in our network have preferred cost sharing, which may be lower than the standard cost sharing offered by other network pharmacies for some drugs.

If you don't have the *Provider & Pharmacy Directory*, you can get a copy from Member Services (phone numbers are printed on the back cover of this booklet). At any time, you can call Member Services to get up-to-date information about changes in the pharmacy network. You can also find this information on our website at www.wellcare.com/medicare.

| Section 3.3 | The plan's List of Covered Drugs *(Formulary)* |
|---|---|

The plan has a *List of Covered Drugs (Formulary)*. We call it the "Drug List" for short. It tells which Part D prescription drugs are covered under the Part D benefit included in our plan. The drugs on this list are selected by the plan with the help of a team of doctors and pharmacists. The list must meet requirements set by Medicare. Medicare has approved the plan's Drug List.

The Drug List also tells you if there are any rules that restrict coverage for your drugs.

We will provide you a copy of the Drug List. To get the most complete and current information about which drugs are covered, you can visit the plan's website (www.wellcare.com/medicare) or call Member Services (phone numbers are printed on the back cover of this booklet).

| Section 3.4 | The *Part D Explanation of Benefits* (the "Part D EOB"): Reports with a summary of payments made for your Part D prescription drugs |
|---|---|

When you use your Part D prescription drug benefits, we will send you a summary report to help you understand and keep track of payments for your Part D prescription drugs. This summary report is called the *Part D Explanation of Benefits* (or the "Part D EOB").

The *Part D Explanation of Benefits* tells you the total amount you, others on your behalf, and we have spent on your Part D prescription drugs and the total amount paid for each of your Part D prescription drugs during each month the Part D benefit is used. The Part D EOB provides more information about the drugs you take, such as increases in price and other drugs with lower cost sharing that may be available. You should consult with your prescriber about these lower cost options. Chapter 6 (*What you pay for your Part D prescription drugs*) gives more information about the *Part D Explanation of Benefits* and how it can help you keep track of your drug coverage.

The *Part D Explanation of Benefits* is also available upon request. To get a copy, please contact Member Services (phone numbers are printed on the back cover of this booklet).

You also have the option to get your *Part D Explanation of Benefits* electronically through CVS Caremark. Electronic Part D EOBs (Part D eEOBs) are identical to the mailed paper Part D EOBs. They can be viewed, downloaded, printed and saved using a desktop or mobile web browser. Emails will be sent when a

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 14 of 253   13
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 1.     Getting started as a member**

Part D EOB is ready to view. To opt-in to receive paperless Part D EOBs, please visit http://Caremark.com to register. You may opt-out at any time.

| SECTION 4 | Your monthly premium for Wellcare No Premium (HMO) |
|---|---|

| Section 4.1 | How much is your plan premium? |
|---|---|

You do not pay a separate monthly plan premium for our plan. You must continue to pay your Medicare Part B premium (unless your Part B premium is paid for you by Medicaid or another third party).

**In some situations, your plan premium could be <u>more</u>**

In some situations, your plan premium could be more than the amount listed above in Section 4.1. This situation is described below.

- Some members are required to pay a Part D **late enrollment penalty** because they did not join a Medicare drug plan when they first became eligible or because they had a continuous period of 63 days or more when they didn't have "creditable" prescription drug coverage. ("Creditable" means the drug coverage is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage.) For these members, the Part D late enrollment penalty is added to the plan's monthly premium. Their premium amount will be the monthly plan premium plus the amount of their Part D late enrollment penalty.

  ○ If you are required to pay the Part D late enrollment penalty, the cost of the late enrollment penalty depends on how long you went without Part D or other creditable prescription drug coverage. Chapter 1, Section 5 explains the Part D late enrollment penalty.

  ○ If you have a Part D late enrollment penalty and do not pay it, you could be disenrolled from the plan.

- Some members may be required to pay an extra charge, known as the Part D Income Related Monthly Adjustment Amount, also known as IRMAA, because, 2 years ago, they had a modified adjusted gross income, above a certain amount, on their IRS tax return. Members subject to an IRMAA will have to pay the standard premium amount and this extra charge, which will be added to their premium. Chapter 1, Section 6 explains the IRMAA in further detail.

| SECTION 5 | Do you have to pay the Part D "late enrollment penalty"? |
|---|---|

| Section 5.1 | What is the Part D "late enrollment penalty"? |
|---|---|

**Note:** If you receive "Extra Help" from Medicare to pay for your prescription drugs, you will not pay a late enrollment penalty.

The late enrollment penalty is an amount that is added to your Part D premium. You may owe a Part D late enrollment penalty if at any time after your initial enrollment period is over, there is a period of 63 days or more in a row when you did not have Part D or other creditable prescription drug coverage. ("Creditable prescription drug coverage" is coverage that meets Medicare's minimum standards since it is expected to

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 15 of 253   14
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 1.     Getting started as a member**

pay, on average, at least as much as Medicare's standard prescription drug coverage.) The cost of the late enrollment penalty depends on how long you went without Part D or other creditable prescription drug coverage. You will have to pay this penalty for as long as you have Part D coverage.

When you first enroll in our plan, we let you know the amount of the penalty. Your Part D late enrollment penalty is considered your plan premium.

| Section 5.2 | How much is the Part D late enrollment penalty? |
|---|---|

Medicare determines the amount of the penalty. Here is how it works:

- First count the number of full months that you delayed enrolling in a Medicare drug plan, after you were eligible to enroll. Or count the number of full months in which you did not have creditable prescription drug coverage, if the break in coverage was 63 days or more. The penalty is 1% for every month that you didn't have creditable coverage. For example, if you go 14 months without coverage, the penalty will be 14%.

- Then Medicare determines the amount of the average monthly premium for Medicare drug plans in the nation from the previous year. For 2022, this average premium amount is $33.37.

- To calculate your monthly penalty, you multiply the penalty percentage and the average monthly premium and then round it to the nearest 10 cents. In the example here it would be 14% times $33.37, which equals $4.67. This rounds to $4.70. This amount would be added **to the monthly premium for someone with a Part D late enrollment penalty.**

There are three important things to note about this monthly Part D late enrollment penalty:

- First, **the penalty may change each year**, because the average monthly premium can change each year. If the national average premium (as determined by Medicare) increases, your penalty will increase.

- Second, **you will continue to pay a penalty** every month for as long as you are enrolled in a plan that has Medicare Part D drug benefits, even if you change plans.

- Third, if you are <u>under</u> 65 and currently receiving Medicare benefits, the Part D late enrollment penalty will reset when you turn 65. After age 65, your Part D late enrollment penalty will be based only on the months that you don't have coverage after your initial enrollment period for aging into Medicare.

| Section 5.3 | In some situations, you can enroll late and not have to pay the penalty |
|---|---|

Even if you have delayed enrolling in a plan offering Medicare Part D coverage when you were first eligible, sometimes you do not have to pay the Part D late enrollment penalty.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 16 of 253   15
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 1.      Getting started as a member

**You will not have to pay a penalty for late enrollment if you are in any of these situations:**

- If you already have prescription drug coverage that is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage. Medicare calls this **"creditable drug coverage."** Please note:

  - Creditable coverage could include drug coverage from a former employer or union, TRICARE, or the Department of Veterans Affairs. Your insurer or your human resources department will tell you each year if your drug coverage is creditable coverage. This information may be sent to you in a letter or included in a newsletter from the plan. Keep this information, because you may need it if you join a Medicare drug plan later.

    - Please note: If you receive a "certificate of creditable coverage" when your health coverage ends, it may not mean your prescription drug coverage was creditable. The notice must state that you had "creditable" prescription drug coverage that expected to pay as much as Medicare's standard prescription drug plan pays.

  - The following are *not* creditable prescription drug coverage: prescription drug discount cards, free clinics, and drug discount websites.

  - For additional information about creditable coverage, please look in your *Medicare & You 2022* handbook or call Medicare at 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week.

- If you were without creditable coverage, but you were without it for less than 63 days in a row.

- If you are receiving "Extra Help" from Medicare.

| Section 5.4 | What can you do if you disagree about your Part D late enrollment penalty? |
|---|---|

If you disagree about your Part D late enrollment penalty, you or your representative can ask for a review of the decision about your late enrollment penalty. Generally, you must request this review **within 60 days** from the date on the first letter you receive stating you have to pay a late enrollment penalty. If you were paying a penalty before joining our plan, you may not have another chance to request a review of that late enrollment penalty. Call Member Services to find out more about how to do this (phone numbers are printed on the back cover of this booklet).

| SECTION 6 | Do you have to pay an extra Part D amount because of your income? |
|---|---|

| Section 6.1 | Who pays an extra Part D amount because of income? |
|---|---|

If your modified adjusted gross income as reported on your IRS tax return from 2 years ago is above a certain amount, you'll pay the standard premium amount and an Income Related Monthly Adjustment Amount, also known as IRMAA. IRMAA is an extra charge added to your premium.

If you have to pay an extra amount, Social Security, not your Medicare plan, will send you a letter telling

you what that extra amount will be and how to pay it. The extra amount will be withheld from your Social Security, Railroad Retirement Board, or Office of Personnel Management benefit check, no matter how you usually pay your plan premium, unless your monthly benefit isn't enough to cover the extra amount owed. If your benefit check isn't enough to cover the extra amount, you will get a bill from Medicare. **You must pay the extra amount to the government. It cannot be paid with your monthly plan premium.**

## Section 6.2      How much is the extra Part D amount?

If your modified adjusted gross income (MAGI) as reported on your IRS tax return is above a certain amount, you will pay an extra amount in addition to your monthly plan premium. For more information on the extra amount you may have to pay based on your income, visit www.medicare.gov/part-d/costs/ premiums/drug-plan-premiums.html.

## Section 6.3      What can you do if you disagree about paying an extra Part D amount?

If you disagree about paying an extra amount because of your income, you can ask Social Security to review the decision. To find out more about how to do this, contact Social Security at 1-800-772-1213 (TTY 1-800-325-0778).

## Section 6.4      What happens if you do not pay the extra Part D amount?

The extra amount is paid directly to the government (not your Medicare plan) for your Medicare Part D coverage. If you are required by law to pay the extra amount and you do not pay it, you will be disenrolled from the plan and lose prescription drug coverage.

## SECTION 7      More information about your monthly premium

### Many members are required to pay other Medicare premiums

Many members are required to pay other Medicare premiums. As explained in Section 2 above, in order to be eligible for our plan, you must have both Medicare Part A and Medicare Part B. Some plan members (those who aren't eligible for premium-free Part A) pay a premium for Medicare Part A. Most plan members pay a premium for Medicare Part B. **You must continue paying your Medicare premiums to remain a member of the plan.**

If your modified adjusted gross income as reported on your IRS tax return from 2 years ago is above a certain amount, you'll pay the standard premium amount and an Income Related Monthly Adjustment Amount, also known as IRMAA. IRMAA is an extra charge added to your premium.

- **If you are required to pay the extra amount and you do not pay it, you <u>will</u> be disenrolled from the plan and lose prescription drug coverage.**

Case 1:23-mi-99999-UNA    Document 1878-2    Filed 06/09/23    Page 18 of 253    17
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 1.    Getting started as a member**

- If you have to pay an extra amount, Social Security, **not your Medicare plan,** will send you a letter telling you what that extra amount will be.

- For more information about Part D premiums based on income, go to Chapter 1, Section 6 of this booklet. You can also visit www.medicare.gov on the Web or call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048. Or you may call Social Security at 1-800-772-1213. TTY users should call 1-800-325-0778.

Your copy of the *Medicare & You 2022* handbook gives information about the Medicare premiums in the section called "2022 Medicare Costs." This explains how the Medicare Part B and Part D premiums differ for people with different incomes. Everyone with Medicare receives a copy of the *Medicare & You 2022* handbook each year in the fall. Those new to Medicare receive it within a month after first signing up. You can also download a copy of the *Medicare & You 2022* handbook from the Medicare website (www. medicare.gov). Or, you can order a printed copy by phone at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users call 1-877-486-2048.

---

| Section 7.1 | If you pay a Part D late enrollment penalty, there are several ways you can pay your penalty |
|---|---|

If you pay a Part D late enrollment penalty, there are six ways you can pay the penalty. The premium payment options were listed on the enrollment application, and you chose a method of payment when you enrolled. You may change the premium payment option you chose during the year by calling Member Services.

If you decide to change the way you pay your Part D late enrollment penalty, it can take up to three months for your new payment method to take effect. While we are processing your request for a new payment method, you are responsible for making sure that your Part D late enrollment penalty is paid on time.

## Option 1: You can pay by check

You may decide to pay your Part D late enrollment penalty directly to our plan by check or money order. Please include your plan Member ID number with your payment. Premium coupons will be mailed after confirmation of enrollment and in December for active members. You may request replacement coupons by calling Member Services.

The Part D late enrollment penalty payment is due to us by the 20th day of each month. You can make the payment by sending your check or money order along with your remittance stub to:

Wellcare

PO Box 75510

Chicago, IL 60675-5510

**Checks and money orders should be made payable to Wellcare No Premium (HMO), and not to the Centers for Medicare & Medicaid Services (CMS) nor the United States Department of Health and**

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 19 of 253   18
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 1.     Getting started as a member**

**Human Services (HHS).** Late enrollment penalty payments may not be dropped off at the plan's office.

## Option 2: You can pay online

Instead of mailing a check each month, you can have your Part D late enrollment penalty deducted from your checking or savings account or even charged directly to your credit card. You can make a one-time payment or setup a monthly schedule at www.wellcare.com/medicare. Be sure to log in with your existing account. If you are a new user, an account will need to be created. Contact Member Services for more information on how to pay your Part D late enrollment penalty this way. We will be happy to help you set this up. (Phone numbers for Member Services are printed on the back cover of this booklet.)

## Option 3: You can have the Part D late enrollment penalty taken out of your monthly Social Security check

You can have the Part D late enrollment penalty taken out of your monthly Social Security check. Contact Member Services for more information on how to pay your penalty this way. We will be happy to help you set this up. (Phone numbers for Member Services are printed on the back cover of this booklet.)

## Option 4: You can have the Part D late enrollment penalty taken out of your monthly Railroad Retirement Board (RRB) check

You can have the Part D late enrollment penalty taken out of your monthly Railroad Retirement Board check. Contact Member Services for more information on how to pay your penalty this way. We will be happy to help you set this up. (Phone numbers for Member Services are printed on the back cover of this booklet.)

## Option 5: You can have Automatic Withdrawals or Electronic Funds Transfer (EFT)

Instead of paying by check, you may have your penalty automatically withdrawn from your checking or savings account. Automatic withdrawals occur monthly and will be deducted between the 15th and 20th of each month for the current month premium.

You may register for EFT on our website at www.wellcare.com/medicare or call our Member Services department at the number printed on the back cover of this booklet. If you decide to register online, please be sure to complete all sections of the form. When setting up EFT on our website or with Member Services the process normally takes a few days to complete. We'll send you a letter letting you know the set up was successful.

You may also request a form that you fill out and return to us. Please follow the instructions on the form, complete and return it to us. Once we receive your paperwork, the process may take up to two months to take effect. You should keep paying your monthly bill until notified by mail of the actual month that EFT withdrawals will start.

## Option 6: You can pay by cash

You may also pay by cash at a CheckFreePay location near you. To locate a CheckFreePay, you may call 1-800-877-8021 (TTY users should call 711) or log on to www.CHECKFREEPAY.com to find the closest location to you. You will need your Member ID and/or coupon to present when making your cash payment.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 20 of 253   19
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 1.       Getting started as a member

**What to do if you are having trouble paying your Part D late enrollment penalty**

Your Part D late enrollment penalty is due in our office by the 20th day of each month.

If you are having trouble paying your Part D late enrollment penalty on time, please contact Member Services to see if we can direct you to programs that will help with your Part D late enrollment penalty. (Phone numbers for Member Services are printed on the back cover of this booklet.)

| Section 7.2 | Can we change your monthly plan premium during the year? |
|---|---|

**No.** We are not allowed to begin charging a monthly plan premium during the year. If the monthly plan premium changes for next year we will tell you in September and the change will take effect on January 1.

However, in some cases, you may need to start paying or may be able to stop paying a late enrollment penalty. (The late enrollment penalty may apply if you had a continuous period of 63 days or more when you didn't have "creditable" prescription drug coverage.) This could happen if you become eligible for the "Extra Help" program or if you lose your eligibility for the "Extra Help" program during the year:

- If you currently pay the Part D late enrollment penalty and become eligible for "Extra Help" during the year, you would be able to stop paying your penalty.

- If you lose Extra Help, you may be subject to the late enrollment penalty if you go 63 days or more in a row without Part D or other creditable prescription drug coverage.

You can find out more about the "Extra Help" program in Chapter 2, Section 7.

| SECTION 8 | Please keep your plan membership record up to date |
|---|---|

| Section 8.1 | How to help make sure that we have accurate information about you |
|---|---|

Your membership record has information from your enrollment form, including your address and telephone number. It shows your specific plan coverage including your Primary Care Provider/Independent Practice Association (IPA).

An IPA is an association of physicians, including PCPs and specialists, and other health care providers, including hospitals, that contract with the plan to provide services to members.

The doctors, hospitals, pharmacists, and other providers in the plan's network need to have correct information about you. **These network providers use your membership record to know what services and drugs are covered and the cost-sharing amounts for you**. Because of this, it is very important that you help us keep your information up to date.

**Let us know about these changes:**

- Changes to your name, your address, or your phone number

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 21 of 253   20
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 1.     Getting started as a member**

- Changes in any other health insurance coverage you have (such as from your employer, your spouse's employer, workers' compensation, or Medicaid)

- If you have any liability claims, such as claims from an automobile accident

- If you have been admitted to a nursing home

- If you receive care in an out-of-area or out-of-network hospital or emergency room

- If your designated responsible party (such as a caregiver) changes

- If you are participating in a clinical research study

If any of this information changes, please let us know by calling Member Services (phone numbers are printed on the back cover of this booklet).

It is also important to contact Social Security if you move or change your mailing address. You can find phone numbers and contact information for Social Security in Chapter 2, Section 5.

**Read over the information we send you about any other insurance coverage you have**

Medicare requires that we collect information from you about any other medical or drug insurance coverage that you have. That's because we must coordinate any other coverage you have with your benefits under our plan. (For more information about how our coverage works when you have other insurance, see Section 10 in this chapter.)

Once each year, we will send you a letter that lists any other medical or drug insurance coverage that we know about. Please read over this information carefully. If it is correct, you don't need to do anything. If the information is incorrect, or if you have other coverage that is not listed, please call Member Services (phone numbers are printed on the back cover of this booklet).

## SECTION 9     We protect the privacy of your personal health information

### Section 9.1     We make sure that your health information is protected

Federal and state laws protect the privacy of your medical records and personal health information. We protect your personal health information as required by these laws.

For more information about how we protect your personal health information, please go to Chapter 8, Section 1.3 of this booklet.

## SECTION 10     How other insurance works with our plan

### Section 10.1     Which plan pays first when you have other insurance?

When you have other insurance (like employer group health coverage), there are rules set by Medicare that decide whether our plan or your other insurance pays first. The insurance that pays first is called the "primary payer" and pays up to the limits of its coverage. The one that pays second, called the "secondary

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 22 of 253   21
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 1.     Getting started as a member**

payer," only pays if there are costs left uncovered by the primary coverage. The secondary payer may not pay all of the uncovered costs.

These rules apply for employer or union group health plan coverage:

- If you have retiree coverage, Medicare pays first.
- If your group health plan coverage is based on your or a family member's current employment, who pays first depends on your age, the number of people employed by your employer, and whether you have Medicare based on age, disability, or End-Stage Renal Disease (ESRD):
    - If you're under 65 and disabled and you or your family member is still working, your group health plan pays first if the employer has 100 or more employees or at least one employer in a multiple employer plan that has more than 100 employees.
    - If you're over 65 and you or your spouse is still working, your group health plan pays first if the employer has 20 or more employees or at least one employer in a multiple employer plan that has more than 20 employees.
- If you have Medicare because of ESRD, your group health plan will pay first for the first 30 months after you become eligible for Medicare.

These types of coverage usually pay first for services related to each type:

- No-fault insurance (including automobile insurance)
- Liability (including automobile insurance)
- Black lung benefits
- Workers' compensation

Medicaid and TRICARE never pay first for Medicare-covered services. They only pay after Medicare, employer group health plans, and/or Medigap have paid.

If you have other insurance, tell your doctor, hospital, and pharmacy. If you have questions about who pays first, or you need to update your other insurance information, call Member Services (phone numbers are printed on the back cover of this booklet). You may need to give your plan member ID number to your other insurers (once you have confirmed their identity) so your bills are paid correctly and on time.

# CHAPTER 2

*Important phone numbers and resources*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 24 of 253   23
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 2.      Important phone numbers and resources

# Chapter 2.   Important phone numbers and resources

**SECTION 1**     **Our plan contacts** (how to contact us, including how to reach Member Services at the plan).............................................................................**24**

**SECTION 2**     **Medicare** (how to get help and information directly from the Federal Medicare program) ...........................................................................**29**

**SECTION 3**     **State Health Insurance Assistance Program**  (free help, information, and answers to your questions about Medicare).......................................**31**

**SECTION 4**     **Quality Improvement Organization**  (paid by Medicare to check on the quality of care for people with Medicare)...........................................**32**

**SECTION 5**     **Social Security** ...........................................................................**33**

**SECTION 6**     **Medicaid**  (a joint Federal and state program that helps with medical costs for some people with limited income and resources) .........................................**34**

**SECTION 7**     **Information about programs to help people pay for their prescription drugs**................................................................................................**35**

**SECTION 8**     **How to contact the Railroad Retirement Board** ...........................................**38**

**SECTION 9**     **Do you have "group insurance" or other health insurance from an employer?** ..........................................................................................**39**

| SECTION 1 | **Our plan contacts** (how to contact us, including how to reach Member Services at the plan) |
|---|---|

## How to contact our plan's Member Services

For assistance with claims, billing, or member card questions, please call or write to Wellcare No Premium (HMO) Member Services. We will be happy to help you.

| Method | Member Services – Contact Information |
|---|---|
| **CALL** | 1-866-892-8340 Calls to this number are free. Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. However, please note during weekends and holidays from April 1 to September 30 our automated phone system may answer your call. Please leave your name and telephone number, and we will call you back within one (1) business day. Member Services also has free language interpreter services available for non-English speakers. |
| **TTY** | 711 Calls to this number are free. Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |
| **WRITE** | Wellcare PO Box 31370 Tampa, FL 33631-3370 |
| **WEBSITE** | www.wellcare.com/medicare |

## How to contact us when you are asking for a coverage decision about your medical care

A coverage decision is a decision we make about your benefits and coverage or about the amount we will pay for your medical services. For more information on asking for coverage decisions about your medical care, see Chapter 9 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*).

You may call us if you have questions about our coverage decision process.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 26 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)                                  25
Chapter 2.        Important phone numbers and resources

| Method | Coverage Decisions For Medical Care – Contact Information |
|--------|----------------------------------------------------------|
| **CALL** | 1-866-892-8340<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |
| **TTY** | 711<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |
| **WRITE** | Wellcare Health Plans<br>Coverage Determinations Department - Medical<br>P.O. Box 31370<br>Tampa, FL 33631 |

## How to contact us when you are making an appeal about your medical care

An appeal is a formal way of asking us to review and change a coverage decision we have made. For more information on making an appeal about your medical care, see Chapter 9 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*).

| Method | Appeals For Medical Care – Contact Information |
|--------|-----------------------------------------------|
| **CALL** | 1-866-892-8340<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |
| **TTY** | 711<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |
| **FAX** | 1-866-201-0657 |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 27 of 253   26
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 2.        Important phone numbers and resources

| Method | Appeals For Medical Care – Contact Information |
|---|---|
| **WRITE** | Wellcare Health Plans<br>Appeals Department - Medical<br>P.O. Box 31368<br>Tampa, FL 33631-3368 |

## How to contact us when you are making a complaint about your medical care

You can make a complaint about us or one of our network providers, including a complaint about the quality of your care. This type of complaint does not involve coverage or payment disputes. (If your problem is about the plan's coverage or payment, you should look at the section above about making an appeal.) For more information on making a complaint about your medical care, see Chapter 9 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*).

| Method | Complaints About Medical Care – Contact Information |
|---|---|
| **CALL** | 1-866-892-8340<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |
| **TTY** | 711<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |
| **FAX** | 1-866-388-1769 |
| **WRITE** | Wellcare Health Plans<br>Grievance Department<br>P.O. Box 31384<br>Tampa, FL 33631-3384 |
| **MEDICARE WEBSITE** | You can submit a complaint about Wellcare No Premium (HMO) directly to Medicare. To submit an online complaint to Medicare go to www.medicare.gov/MedicareComplaintForm/home.aspx. |

## How to contact us when you are asking for a coverage decision about your Part D prescription drugs

A coverage decision is a decision we make about your benefits and coverage or about the amount we will pay for your prescription drugs covered under the Part D benefit included in your plan. For more

information on asking for coverage decisions about your Part D prescription drugs, see Chapter 9 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*).

| Method | Coverage Decisions for Part D Prescription Drugs – Contact Information |
|---|---|
| **CALL** | 1-866-892-8340<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |
| **TTY** | 711<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |
| **FAX** | 1-866-388-1767 |
| **WRITE** | Wellcare Health Plans<br>Pharmacy - Coverage Determinations<br>P.O. Box 31397<br>Tampa, FL 33631-3397 |
| **WEBSITE** | www.wellcare.com/medicare |

## How to contact us when you are making an appeal about your Part D prescription drugs

An appeal is a formal way of asking us to review and change a coverage decision we have made. For more information on making an appeal about your Part D prescription drugs, see Chapter 9 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*).

| Method | Appeals for Part D Prescription Drugs – Contact Information |
|---|---|
| **CALL** | 1-866-892-8340<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |

| Method | Appeals for Part D Prescription Drugs – Contact Information |
|---|---|
| **TTY** | 711<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |
| **FAX** | 1-866-388-1766 |
| **WRITE** | WellCare Prescription Insurance, Inc.<br>Attn: Part D Appeals<br>P.O. Box 31383<br>Tampa, FL 33631-3383 |
| **WEBSITE** | www.wellcare.com/medicare |

## How to contact us when you are making a complaint about your Part D prescription drugs

You can make a complaint about us or one of our network pharmacies, including a complaint about the quality of your care. This type of complaint does not involve coverage or payment disputes. (If your problem is about the plan's coverage or payment, you should look at the section above about making an appeal.) For more information on making a complaint about your Part D prescription drugs, see Chapter 9 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*).

| Method | Complaints about Part D prescription drugs – Contact Information |
|---|---|
| **CALL** | 1-866-892-8340<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |
| **TTY** | 711<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m. |
| **FAX** | 1-866-388-1769 |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 30 of 253
29
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 2.     Important phone numbers and resources

| Method | Complaints about Part D prescription drugs – Contact Information |
|---|---|
| **WRITE** | Wellcare Health Plans<br>Grievance Department<br>P.O. Box 31384<br>Tampa, FL 33631-3384 |
| **MEDICARE WEBSITE** | You can submit a complaint about Wellcare No Premium (HMO) directly to Medicare. To submit an online complaint to Medicare go to www.medicare.gov/MedicareComplaintForm/home.aspx. |

## Where to send a request asking us to pay for our share of the cost for medical care or a drug you have received

For more information on situations in which you may need to ask us for reimbursement or to pay a bill you have received from a provider, see Chapter 7 *(Asking us to pay our share of a bill you have received for covered medical services or drugs)*.

Please note: If you send us a payment request and we deny any part of your request, you can appeal our decision. See Chapter 9 *(What to do if you have a problem or complaint (coverage decisions, appeals, complaints))* for more information.

| Method | Payment Requests – Contact Information |
|---|---|
| **WRITE** | Medical Payment Requests:<br>Wellcare Health Plans<br>Medical Reimbursement Department<br>P.O. Box 31381<br>Tampa, FL 33631<br><br>Part D Payment Requests:<br>Wellcare Health Plans<br>Pharmacy - Prescription Reimbursement Department<br>P.O. Box 31577<br>Tampa, FL, 33631-3577 |
| **WEBSITE** | www.wellcare.com/medicare |

| SECTION 2 | **Medicare**<br>(how to get help and information directly from the Federal Medicare program) |
|---|---|

Medicare is the Federal health insurance program for people 65 years of age or older, some people under

age 65 with disabilities, and people with End-Stage Renal Disease (permanent kidney failure requiring dialysis or a kidney transplant).

The Federal agency in charge of Medicare is the Centers for Medicare & Medicaid Services (sometimes called "CMS"). This agency contracts with Medicare Advantage organizations including us.

| Method | Medicare – Contact Information |
|--------|-------------------------------|
| **CALL** | 1-800-MEDICARE, or 1-800-633-4227<br>Calls to this number are free.<br>24 hours a day, 7 days a week. |
| **TTY** | 1-877-486-2048<br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking.<br>Calls to this number are free. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 32 of 253    31
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 2.    Important phone numbers and resources

| Method | Medicare – Contact Information |
|---|---|
| **WEBSITE** | www.medicare.gov<br><br>This is the official government website for Medicare. It gives you up-to-date information about Medicare and current Medicare issues. It also has information about hospitals, nursing homes, physicians, home health agencies, and dialysis facilities. It includes booklets you can print directly from your computer. You can also find Medicare contacts in your state.<br><br>The Medicare website also has detailed information about your Medicare eligibility and enrollment options with the following tools:<br><br>• **Medicare Eligibility Tool:** Provides Medicare eligibility status information.<br><br>• **Medicare Plan Finder:** Provides personalized information about available Medicare prescription drug plans, Medicare health plans, and Medigap (Medicare Supplement Insurance) policies in your area. These tools provide an *estimate* of what your out-of-pocket costs might be in different Medicare plans.<br><br>You can also use the website to tell Medicare about any complaints you have about our plan:<br><br>• **Tell Medicare about your complaint:** You can submit a complaint about our plan directly to Medicare. To submit a complaint to Medicare, go to www.medicare.gov/MedicareComplaintForm/home.aspx. Medicare takes your complaints seriously and will use this information to help improve the quality of the Medicare program.<br><br>If you don't have a computer, your local library or senior center may be able to help you visit this website using its computer. Or, you can call Medicare and tell them what information you are looking for. They will find the information on the website, print it out, and send it to you. (You can call Medicare at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.) |

## SECTION 3    State Health Insurance Assistance Program
(free help, information, and answers to your questions about Medicare)

The State Health Insurance Assistance Program (SHIP) is a government program with trained counselors in every state. In Georgia, the SHIP is called GeorgiaCares Program.

GeorgiaCares Program is independent (not connected with any insurance company or health plan). It is a state program that gets money from the Federal government to give free local health insurance counseling

to people with Medicare.

GeorgiaCares Program counselors can help you with your Medicare questions or problems. They can help you understand your Medicare rights, help you make complaints about your medical care or treatment, and help you straighten out problems with your Medicare bills. GeorgiaCares Program counselors can also help you understand your Medicare plan choices and answer questions about switching plans.

| METHOD TO ACCESS SHIP and OTHER RESOURCES |
|---|
| • Visit www.medicare.gov |
| • Click on "**Forms, Help, and Resources**" on the far right of the menu on top |
| • In the drop down click on "**Phone Numbers & Websites**" |
| • You now have several options |
| ○ Option #1: You can have a **live chat** |
| ○ Option #2: You can click on any of the "**TOPICS**" in the menu on bottom |
| ○ Option #3: You can select your **STATE** from the dropdown menu and click GO. This will take you to a page with phone numbers and resources specific to your state. |

| Method | GeorgiaCares Program |
|---|---|
| **CALL** | 1-866-552-4464 #4 |
| **TTY** | 1-404-657-1929<br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking. |
| **WRITE** | GeorgiaCares Program<br>2 Peachtree Street, NW, 33rd Floor<br>Atlanta, Georgia 30303 |
| **WEBSITE** | http://www.mygeorgiacares.org/ |

| SECTION 4 | **Quality Improvement Organization**<br>(paid by Medicare to check on the quality of care for people with Medicare) |
|---|---|

There is a designated Quality Improvement Organization for serving Medicare beneficiaries in each state. For Georgia, the Quality Improvement Organization is called KEPRO - Georgia's Quality Improvement

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 34 of 253   33
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 2.      Important phone numbers and resources

Organization.

KEPRO - Georgia's Quality Improvement Organization has a group of doctors and other health care professionals who are paid by the Federal government. This organization is paid by Medicare to check on and help improve the quality of care for people with Medicare. KEPRO - Georgia's Quality Improvement Organization is an independent organization. It is not connected with our plan.

You should contact KEPRO - Georgia's Quality Improvement Organization in any of these situations:

- You have a complaint about the quality of care you have received.

- You think coverage for your hospital stay is ending too soon.

- You think coverage for your home health care, skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services are ending too soon.

| Method | KEPRO - Georgia's Quality Improvement Organization |
|--------|------------------------------------------------------|
| **CALL** | 1-888-317-0751<br>9 a.m. - 5 p.m. local time, Monday - Friday; 11 a.m. - 3 p.m. local time, weekends and holidays |
| **TTY** | 1-855-843-4776<br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking. |
| **WRITE** | KEPRO<br>5201 W. Kennedy Blvd., Suite 900<br>Tampa, FL 33609 |
| **WEBSITE** | https://www.keproqio.com/ |

## SECTION 5          Social Security

Social Security is responsible for determining eligibility and handling enrollment for Medicare. U.S. citizens and lawful permanent residents who are 65 or older, or who have a disability or End-Stage Renal Disease and meet certain conditions, are eligible for Medicare. If you are already getting Social Security checks, enrollment into Medicare is automatic. If you are not getting Social Security checks, you have to enroll in Medicare. To apply for Medicare, you can call Social Security or visit your local Social Security office.

Social Security is also responsible for determining who has to pay an extra amount for their Part D drug coverage because they have a higher income. If you got a letter from Social Security telling you that you have to pay the extra amount and have questions about the amount or if your income went down because of a life-changing event, you can call Social Security to ask for reconsideration.

If you move or change your mailing address, it is important that you contact Social Security to let them

know.

| Method | Social Security– Contact Information |
|--------|--------------------------------------|
| **CALL** | 1-800-772-1213<br>Calls to this number are free.<br>Available 7:00 am to 7:00 pm, Monday through Friday.<br>You can use Social Security's automated telephone services to get recorded information and conduct some business 24 hours a day. |
| **TTY** | 1-800-325-0778<br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking.<br>Calls to this number are free.<br>Available 7:00 am to 7:00 pm, Monday through Friday. |
| **WEBSITE** | www.ssa.gov |

| SECTION 6 | **Medicaid**<br>**(a joint Federal and state program that helps with medical costs for some people with limited income and resources)** |
|-----------|---------------------------------------------------------------------------------|

Medicaid is a joint Federal and state government program that helps with medical costs for certain people with limited incomes and resources. Some people with Medicare are also eligible for Medicaid.

In addition, there are programs offered through Medicaid that help people with Medicare pay their Medicare costs, such as their Medicare premiums. These "Medicare Savings Programs" help people with limited income and resources save money each year:

- **Qualified Medicare Beneficiary (QMB):** Helps pay Medicare Part A and Part B premiums, and other cost sharing (like deductibles, coinsurance, and copayments). (Some people with QMB are also eligible for full Medicaid benefits (QMB+).)

- **Specified Low-Income Medicare Beneficiary (SLMB):** Helps pay Part B premiums. (Some people with SLMB are also eligible for full Medicaid benefits (SLMB+).)

- **Qualifying Individual (QI):** Helps pay Part B premiums.

- **Qualified Disabled & Working Individuals (QDWI):** Helps pay Part A premiums.

To find out more about Medicaid and its programs, contact Georgia Medicaid.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 36 of 253   35
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 2.     Important phone numbers and resources

| Method | Georgia Medicaid – Contact Information |
|--------|----------------------------------------|
| **CALL** | 1-404-657-5468<br>8 a.m. - 5 p.m. ET, Monday - Friday |
| **TTY** | 711 |
| **WRITE** | Georgia Department of Community Health<br>2 Peachtree Street, NW<br>Atlanta, GA 30303 |
| **WEBSITE** | https://medicaid.georgia.gov/ |

## SECTION 7       Information about programs to help people pay for their prescription drugs

### Medicare's "Extra Help" Program

Medicare provides "Extra Help" to pay prescription drug costs for people who have limited income and resources. Resources include your savings and stocks, but not your home or car. If you qualify, you get help paying for any Medicare drug plan's monthly premium, yearly deductible, and prescription copayments. This "Extra Help" also counts toward your out-of-pocket costs.

Some people automatically qualify for "Extra Help" and don't need to apply. Medicare mails a letter to people who automatically qualify for "Extra Help."

You may be able to get "Extra Help" to pay for your prescription drug premiums and costs. To see if you qualify for getting "Extra Help," call:

- 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048, 24 hours a day/7 days a week;

- The Social Security Office at 1-800-772-1213, between 7 am to 7 pm, Monday through Friday. TTY users should call 1-800-325-0778 (applications); or

- Your State Medicaid Office (applications). (See Section 6 of this chapter for contact information.)

If you believe you have qualified for "Extra Help" and you believe that you are paying an incorrect cost-sharing amount when you get your prescription at a pharmacy, our plan has established a process that allows you to either request assistance in obtaining evidence of your proper copayment level, or, if you already have the evidence, to provide this evidence to us.

- Call Member Services at the phone number printed on the back cover of this booklet and tell the representative that you think you qualify for "Extra Help". You may be required to provide one of the following types of documentation (Best Available Evidence):

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 37 of 253   36
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 2.   Important phone numbers and resources

○ A copy of the beneficiary's Medicaid card that includes the beneficiary's name and eligibility date during a month after June of the previous calendar year

○ A copy of a State document that confirms active Medicaid status during a month after June of the previous calendar year

○ A print out from the State electronic enrollment file showing Medicaid status during a month after June of the previous calendar year

○ A screen print from the State's Medicaid systems showing Medicaid status during a month after June of the previous calendar year

○ Other documentation provided by the State showing Medicaid status during a month after June of the previous calendar year

○ A letter from Social Security Administration (SSA) showing that the individual receives Supplemental Security Income (SSI)

○ An Application Filed by Deemed Eligible confirming that the beneficiary is "…automatically eligible for extra help…" (SSA publication HI 03094.605)

If you are institutionalized, and believe you qualify for zero cost-sharing, call Member Services at the phone number printed on the back cover of this booklet and tell the representative that you believe you qualify for extra help. You may be required to provide one of the following types of documentation:

○ A remittance from the facility showing Medicaid payment on your behalf for a full calendar month during a month after June of the previous calendar year;

○ A copy of a state document that confirms Medicaid payment on your behalf to the facility for a full calendar month after June of the previous calendar year; or

○ A screen print from the State's Medicaid systems showing your institutional status based on at least a full calendar month stay for Medicaid payment purposes during a month after June of the previous calendar year.

• If you are unable to provide the documentation described above and you believe that you may qualify for extra help, call Member Services at the phone number printed on the back cover of this booklet and a representative will assist you.

• When we receive the evidence showing your copayment level, we will update our system so that you can pay the correct copayment when you get your next prescription at the pharmacy. If you overpay your copayment, we will reimburse you. Either we will forward a check to you in the amount of your overpayment or we will offset future copayments. If the pharmacy hasn't collected a copayment from you and is carrying your copayment as a debt owed by you, we may make the payment directly to the pharmacy. If a state paid on your behalf, we may make payment directly to the state. Please contact Member Services if you have questions (phone numbers are printed on the back cover of this booklet).

## Medicare Coverage Gap Discount Program

The Medicare Coverage Gap Discount Program provides manufacturer discounts on brand name drugs to Part D members who have reached the coverage gap and are not receiving "Extra Help." For brand name

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 38 of 253   37
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 2.      Important phone numbers and resources**

drugs, the 70% discount provided by manufacturers excludes any dispensing fee for costs in the gap. Members pay 25% of the negotiated price and a portion of the dispensing fee for brand name drugs.

If you reach the coverage gap, we will automatically apply the discount when your pharmacy bills you for your prescription and your Part D Explanation of Benefits (Part D EOB) will show any discount provided. Both the amount you pay and the amount discounted by the manufacturer count toward your out-of-pocket costs as if you had paid them and move you through the coverage gap. The amount paid by the plan (5%) does not count toward your out-of-pocket costs.

You also receive some coverage for generic drugs. If you reach the coverage gap, the plan pays 75% of the price for generic drugs and you pay the remaining 25% of the price. For generic drugs, the amount paid by the plan (75%) does not count toward your out-of-pocket costs. Only the amount you pay counts and moves you through the coverage gap. Also, the dispensing fee is included as part of the cost of the drug.

The Medicare Coverage Gap Discount Program is available nationwide. Because our plan offers additional gap coverage during the Coverage Gap Stage, your out-of-pocket costs will sometimes be lower than the costs described here. Please go to Chapter 6, Section 6 for more information about your coverage during the Coverage Gap Stage.

If you have any questions about the availability of discounts for the drugs you are taking or about the Medicare Coverage Gap Discount Program in general, please contact Member Services (phone numbers are printed on the back cover of this booklet).

**What if you have coverage from an AIDS Drug Assistance Program (ADAP)?**
**What is the AIDS Drug Assistance Program (ADAP)?**

The AIDS Drug Assistance Program (ADAP) helps ADAP-eligible individuals living with HIV/AIDS have access to life-saving HIV medications. Medicare Part D prescription drugs that are also covered by ADAP qualify for prescription cost-sharing assistance.

Georgia's AIDS Drug Assistance Program (ADAP) is your state's ADAP.

Note: To be eligible for the ADAP operating in your State, individuals must meet certain criteria, including proof of State residence and HIV status, low income as defined by the State, and uninsured/under-insured status.

If you are currently enrolled in an ADAP, it can continue to provide you with Medicare Part D prescription cost-sharing assistance for drugs on the ADAP formulary. In order to be sure you continue receiving this assistance, please notify your local ADAP enrollment worker of any changes in your Medicare Part D plan name or policy number.

Georgia's AIDS Drug Assistance Program (ADAP) in your state is listed below.

| Method | Georgia's AIDS Drug Assistance Program (ADAP) - Contact Information |
|---|---|
| **CALL** | 1-404-656-9805<br>8 a.m. - 5 p.m. local time, Monday - Friday |

| Method | Georgia's AIDS Drug Assistance Program (ADAP) - Contact Information |
|---|---|
| **TTY** | 711 |
| **WRITE** | Georgia Department of Public Health<br>2 Peachtree Street, NW 15th Floor<br>Atlanta, GA 30303 |
| **WEBSITE** | https://dph.georgia.gov/aids-drug-assistance-program-adap-0 |

For information on eligibility criteria, covered drugs, or how to enroll in the program, please call Georgia's AIDS Drug Assistance Program (ADAP) at the contact information above.

**What if you get "Extra Help" from Medicare to help pay your prescription drug costs? Can you get the discounts?**

No. If you get "Extra Help," you already get coverage for your prescription drug costs during the coverage gap.

**What if you don't get a discount, and you think you should have?**

If you think that you have reached the coverage gap and did not get a discount when you paid for your brand name drug, you should review your next *Part D Explanation of Benefits* (Part D EOB) notice. If the discount doesn't appear on your *Part D Explanation of Benefits*, you should contact us to make sure that your prescription records are correct and up-to-date. If we don't agree that you are owed a discount, you can appeal. You can get help filing an appeal from your State Health Insurance Assistance Program (SHIP) (telephone numbers are in Section 3 of this Chapter) or by calling 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

## SECTION 8       How to contact the Railroad Retirement Board

The Railroad Retirement Board is an independent Federal agency that administers comprehensive benefit programs for the nation's railroad workers and their families. If you have questions regarding your benefits from the Railroad Retirement Board, contact the agency.

If you receive your Medicare through the Railroad Retirement Board, it is important that you let them know if you move or change your mailing address.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 40 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 2.      Important phone numbers and resources
39

| Method | Railroad Retirement Board – Contact Information |
|---|---|
| **CALL** | 1-877-772-5772<br>Calls to this number are free.<br>If you press "0," you may speak with an RRB representative from 9:00 am to 3:30 pm, Monday, Tuesday, Thursday, and Friday, and from 9:00 am to 12:00 pm on Wednesday.<br>If you press "1", you may access the automated RRB HelpLine and recorded information 24 hours a day, including weekends and holidays. |
| **TTY** | 1-312-751-4701<br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking.<br>Calls to this number are *not* free. |
| **WEBSITE** | rrb.gov/ |

## SECTION 9        Do you have "group insurance" or other health insurance from an employer?

If you (or your spouse) get benefits from your (or your spouse's) employer or retiree group as part of this plan, you may call the employer/union benefits administrator or Member Services if you have any questions. You can ask about your (or your spouse's) employer or retiree health benefits, premiums, or the enrollment period. (Phone numbers for Member Services are printed on the back cover of this booklet.) You may also call 1-800-MEDICARE (1-800-633-4227; TTY: 1-877-486-2048) with questions related to your Medicare coverage under this plan.

If you have other prescription drug coverage through your (or your spouse's) employer or retiree group, please contact **that group's benefits administrator.** The benefits administrator can help you determine how your current prescription drug coverage will work with our plan.

# CHAPTER 3

*Using the plan's coverage
for your medical services*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 42 of 253   41
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 3.      Using the plan's coverage for your medical services

# Chapter 3.   Using the plan's coverage for your medical services

**SECTION 1      Things to know about getting your medical care covered as a member of our plan** ................................................................................................**43**

Section 1.1    What are "network providers" and "covered services"? ................................... 43

Section 1.2    Basic rules for getting your medical care covered by the plan ........................ 43

**SECTION 2      Use providers in the plan's network to get your medical care** ...................**44**

Section 2.1    You must choose a Primary Care Provider (PCP) to provide and oversee your medical care .................................................................................................... 44

Section 2.2    What kinds of medical care can you get without getting approval in advance from your PCP? ........................................................................................... 46

Section 2.3    How to get care from specialists and other network providers ........................ 46

Section 2.4    How to get care from out-of-network providers ........................................... 47

**SECTION 3      How to get covered services when you have an emergency or urgent need for care or during a disaster** ................................................**48**

Section 3.1    Getting care if you have a medical emergency ................................................ 48

Section 3.2    Getting care when you have an urgent need for services ................................ 49

Section 3.3    Getting care during a disaster .......................................................................... 50

**SECTION 4      What if you are billed directly for the full cost of your covered services? 50**

Section 4.1    You can ask us to pay our share of the cost of covered services .................... 50

Section 4.2    If services are not covered by our plan, you must pay the full cost ............... 51

**SECTION 5      How are your medical services covered when you are in a "clinical research study"?** ...........................................................................................**51**

Section 5.1    What is a "clinical research study"? ................................................................. 51

Section 5.2    When you participate in a clinical research study, who pays for what? ......................... 52

**SECTION 6      Rules for getting care covered in a "religious non-medical health care institution"** ........................................................................................**53**

Section 6.1    What is a religious non-medical health care institution? ................................. 53

Section 6.2    Receiving Care From a Religious Non-Medical Health Care Institution ....................... 53

**SECTION 7      Rules for ownership of durable medical equipment** .................................**54**

Section 7.1    Will you own the durable medical equipment after making a certain number of payments under our plan? .......................................................................... 54

**SECTION 8      Rules for Oxygen Equipment, Supplies, and Maintenance** ........................**55**

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 43 of 253

42
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 3.     Using the plan's coverage for your medical services**

Section 8.1     What oxygen benefits are you entitled to? ....................................................... 55

Section 8.2     What is your cost sharing? Will it change after 36 months? ............................ 55

Section 8.3     What happens if you leave your plan and return to Original Medicare? ....................... 55

Case 1:23-mi-99999-UNA    Document 1878-2    Filed 06/09/23    Page 44 of 253

43
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 3.    Using the plan's coverage for your medical services

| SECTION 1 | Things to know about getting your medical care covered as a member of our plan |
|---|---|

This chapter explains what you need to know about using the plan to get your medical care covered. It gives definitions of terms and explains the rules you will need to follow to get the medical treatments, services, and other medical care that are covered by the plan.

For the details on what medical care is covered by our plan and how much you pay when you get this care, use the benefits chart in the next chapter, Chapter 4 (*Medical Benefits Chart, what is covered and what you pay*).

| Section 1.1 | What are "network providers" and "covered services"? |
|---|---|

Here are some definitions that can help you understand how you get the care and services that are covered for you as a member of our plan:

- **"Providers"** are doctors and other health care professionals licensed by the state to provide medical services and care. The term "providers" also includes hospitals and other health care facilities.

- **"Network providers"** are the doctors and other health care professionals, medical groups, hospitals, and other health care facilities that have an agreement with us to accept our payment and your cost-sharing amount as payment in full. We have arranged for these providers to deliver covered services to members in our plan. The providers in our network bill us directly for care they give you. When you see a network provider, you pay only your share of the cost for their services.

- **"Covered services"** include all the medical care, health care services, supplies, and equipment that are covered by our plan. Your covered services for medical care are listed in the benefits chart in Chapter 4.

| Section 1.2 | Basic rules for getting your medical care covered by the plan |
|---|---|

As a Medicare health plan, our plan must cover all services covered by Original Medicare and must follow Original Medicare's coverage rules.

Our plan will generally cover your medical care as long as:

- **The care you receive is included in the plan's Medical Benefits Chart** (this chart is in Chapter 4 of this booklet).

- **The care you receive is considered medically necessary**. "Medically necessary" means that the services, supplies, or drugs are needed for the prevention, diagnosis, or treatment of your medical condition and meet accepted standards of medical practice.

- **You have a network primary care provider (a PCP) who is providing and overseeing your care.** As a member of our plan, you must choose a network PCP (for more information about this, see Section 2.1 in this chapter).

- ○ In most situations, your network PCP must give you approval in advance before you can use other providers in the plan's network, such as specialists, hospitals, skilled nursing facilities, or home health care agencies. This is called giving you a "referral." For more information about this, see Section 2.3 of this chapter.

- ○ Referrals from your PCP are not required for emergency care or urgently needed services. There are also some other kinds of care you can get without having approval in advance from your PCP (for more information about this, see Section 2.2 of this chapter).

- **You must receive your care from a network provider** (for more information about this, see Section 2 in this chapter). In most cases, care you receive from an out-of-network provider (a provider who is not part of our plan's network) will not be covered. *Here are three exceptions:*

  - ○ The plan covers emergency care or urgently needed services that you get from an out-of-network provider. For more information about this, and to see what emergency or urgently needed services means, see Section 3 in this chapter.

  - ○ If you need medical care that Medicare requires our plan to cover and the providers in our network cannot provide this care, you can get this care from an out-of-network provider. Please call us to find out about the authorization rules that you may need to follow up prior to seeking care. In this situation, you will pay the same as you would pay if you got the care from a network provider. For information about getting approval to see an out-of-network doctor, see Section 2.4 in this chapter.

  - ○ The plan covers kidney dialysis services that you get at a Medicare-certified dialysis facility when you are temporarily outside the plan's service area.

## SECTION 2        Use providers in the plan's network to get your medical care

### Section 2.1        You must choose a Primary Care Provider (PCP) to provide and oversee your medical care

**What is a "PCP" and what does the PCP do for you?**

When you become a member of our plan, you must first choose a plan provider to be your PCP. Your PCP is your partner in health, providing or coordinating your care. Your PCP is a health care professional who meets state requirements and is trained to give you basic medical care. These include doctors specializing in family practice, general practice, internal medicine, and geriatrics. A nurse practitioner (NP), a State licensed registered nurse with special training, providing a basic level of health care, or a Physician Assistant (PA), credentialed as a PCP, providing services within a primary care setting can also act as your PCP.

You will get most of your routine or basic care from your PCP. Your PCP will also help you arrange or coordinate the rest of the covered services you get as a member of our plan. This includes:

- X-rays,
- Laboratory tests,

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 46 of 253   45
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 3.    Using the plan's coverage for your medical services

- Therapies,
- Care from doctors who are specialists,
- Hospital admissions, and
- Follow-up care.

"Coordinating" your covered services includes checking or consulting with other plan providers about your care and how it is going. For certain types of services or supplies, your PCP will need to get prior authorization (approval in advance). If the service you need requires prior authorization, your PCP will request the authorization from our plan. Since your PCP will provide and coordinate your medical care, you should have all of your past medical records sent to your PCP's office. You will usually see your PCP first for most of your routine health care needs. We recommend you have your PCP coordinate all of your care. Please refer to Section 2.3 in this chapter for more information.

In some cases, your PCP, or a specialist or other provider you're seeing, will need to obtain prior authorization (prior approval) from us for certain types of covered services and items. See Chapter 4 of this booklet for services and items that require prior authorization.

If you need to talk to your physician after normal business hours, call the physician's office and you will be directed to your physician, an answering machine with directions on where to obtain service, or another physician that is providing coverage. If you are experiencing an emergency, immediately call 911.

## How do you choose your PCP?

To choose your PCP, go to our website at www.wellcare.com/medicare and select a PCP from our plan network. Member Services can also help you choose a PCP. Once you have chosen your PCP call Member Services with your selection. Your PCP must be in our network.

If there is a particular plan specialist or hospital that you want to use, check first to be sure that the specialists and/or hospitals are in the PCP's network.

If you do not choose a PCP or if you chose a PCP that is not available with this plan, we will automatically assign you to a PCP.

## Changing your PCP

You may change your PCP for any reason, at any time. Also, it's possible that your PCP might leave our plan's network of providers and you would have to find a new PCP. Under certain circumstances, our providers are obligated to continue care after leaving our network. For specific details, contact Member Services (phone numbers are printed on the back cover of this booklet).

If you wish to change your PCP, please call Member Services. Each plan PCP may make referrals to certain plan specialists and uses certain hospitals within their network. This means that the plan PCP you choose may determine the specialists and hospitals you may use. If there are specific specialists or hospitals you want to use, find out if your plan PCP uses these specialists or hospitals.

Member Services can assist you in selecting a new PCP. You should allow ample time for a change in a PCP selection to take effect. If you request to change your PCP on or before the 10th day of the month, the change will be made effective as of the first day of the month in which you call (retroactively). If you call

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 47 of 253   46
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 3.      Using the plan's coverage for your medical services**

after the 10th day of the month, your PCP change will be effective the 1st day of the following month. Example: If your PCP request is made on or before January 10th, the change can be made effective on February 1st. In order for covered services to be covered under our plan, you must continue to obtain covered services that are provided, ordered or arranged through your current PCP until the change takes effect. Be sure to ask Member Services about this when selecting a new PCP. When you call, be sure to tell Member Services if you are seeing specialists or getting other covered services that needed your PCP's approval (such as home health services and Durable Medical Equipment).

| Section 2.2 | What kinds of medical care can you get without getting approval in advance from your PCP? |
|---|---|

You can get the services listed below without getting approval in advance from your PCP.

- Routine women's health care, which includes breast exams, screening mammograms (x-rays of the breast), Pap tests, and pelvic exams as long as you get them from a network provider.

- Flu shots, COVID-19 vaccinations, and pneumonia vaccinations as long as you get them from a network provider.

- Emergency services from network providers or from out-of-network providers

- Urgently needed services from network providers or from out-of-network providers when network providers are temporarily unavailable or inaccessible (e.g., when you are temporarily outside of the plan's service area)

- Kidney dialysis services that you get at a Medicare-certified dialysis facility when you are temporarily outside the plan's service area. (If possible, please call Member Services before you leave the service area so we can help arrange for you to have maintenance dialysis while you are away. Phone numbers for Member Services are printed on the back cover of this booklet.)

| Section 2.3 | How to get care from specialists and other network providers |
|---|---|

A specialist is a doctor who provides health care services for a specific disease or part of the body. There are many kinds of specialists. Here are a few examples:

- Oncologists care for patients with cancer.

- Cardiologists care for patients with heart conditions.

- Orthopedists care for patients with certain bone, joint, or muscle conditions.

In order for you to see a specialist, you usually need to get your PCP's approval first. This is called getting a "referral" to a specialist. It is very important to get a referral from your PCP before you see a plan specialist or certain other providers. There are a few exceptions, including routine women's health care, as explained in Section 2.2. If you don't have a referral before you get services from a specialist or certain other providers, you may have to pay for these services yourself.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 48 of 253   47
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 3.    Using the plan's coverage for your medical services

If the specialist wants you to come back for additional care, check first to be sure that the referral you got from your PCP for the first visit covers additional visits to the specialist or certain other providers.

Some types of services will require getting approval in advance from our plan. This is called getting "prior authorization". If the service you need requires prior authorization, your PCP or other network provider will request the authorization from our plan. The request will be reviewed and a decision (organization determination) will be sent to you and your provider. See the Medical Benefits Chart in Chapter 4, Section 2.1 of this booklet for the specific services that require prior authorization.

### What if a specialist or another network provider leaves our plan?

We may make changes to the hospitals, doctors, and specialists (providers) that are part of your plan during the year. There are a number of reasons why your provider might leave your plan, but if your doctor or specialist does leave your plan you have certain rights and protections that are summarized below:

- Even though our network of providers may change during the year, Medicare requires that we furnish you with uninterrupted access to qualified doctors and specialists.

- We will make a good faith effort to provide you with at least 30 days' notice that your provider is leaving our plan so that you have time to select a new provider.

- We will assist you in selecting a new qualified provider to continue managing your health care needs.

- If you are undergoing medical treatment you have the right to request, and we will work with you to ensure that the medically necessary treatment you are receiving is not interrupted.

- If you believe we have not furnished you with a qualified provider to replace your previous provider or that your care is not being appropriately managed, you have the right to file an appeal of our decision.

- If you find out your doctor or specialist is leaving your plan, please contact us so we can assist you in finding a new provider to manage your care.

If you need assistance because a specialist or a network provider is leaving our plan, please call Member Services at the number listed on the back cover of this booklet.

### Section 2.4    How to get care from out-of-network providers

If you need Medicare-covered medical care and a network provider is unable to provide this care, you may be able to get care from an out-of-network provider. Our plan must confirm there is not a network provider available and contact the plan to request authorization for you to obtain services from an out-of-network provider. If approved, the out-of-network provider will be issued an authorization to provide the service(s).

You are entitled to receive services from out-of-network providers for emergency or out-of-area urgently needed services. In addition, our plan must cover dialysis services for members with End-Stage Renal Disease (ESRD) who have traveled outside the plan's service area and are not able to access network providers. ESRD services must be received at a Medicare-certified dialysis facility.

| SECTION 3 | How to get covered services when you have an emergency or urgent need for care or during a disaster |

| Section 3.1 | Getting care if you have a medical emergency |

### What is a "medical emergency" and what should you do if you have one?

A **"medical emergency"** is when you, or any other prudent layperson with an average knowledge of health and medicine, believe that you have medical symptoms that require immediate medical attention to prevent loss of life, loss of a limb, or loss of function of a limb. The medical symptoms may be an illness, injury, severe pain, or a medical condition that is quickly getting worse.

If you have a medical emergency:

- **Get help as quickly as possible.** Call 911 for help or go to the nearest emergency room or hospital. Call for an ambulance if you need it. You do *not* need to get approval or a referral first from your PCP.

- **As soon as possible, make sure that our plan has been told about your emergency.** We need to follow up on your emergency care. You or someone else should call to tell us about your emergency care, usually within 48 hours. You can call Member Services at the number in the back of this booklet or the number located on the back of your membership card.

### What is covered if you have a medical emergency?

You may get covered emergency medical care whenever you need it, anywhere in the United States or its territories. Wellcare No Premium (HMO) includes world-wide emergency/urgent coverage. Our plan covers ambulance services in situations where getting to the emergency room in any other way could endanger your health. For more information, see the Medical Benefits Chart in Chapter 4 of this booklet.

Medicare does not cover emergency care outside of the United States. However, our plan covers worldwide emergency and urgent care services outside the United States under the following circumstances:

- You are covered for up to $50,000 when traveling outside the United States under your worldwide emergency and urgent care coverage. Costs that exceed this amount will not be covered.

- Transportation back to the United States from another country and medication purchased while outside of the United States are not covered. Additionally, emergency room cost-shares are not waived if you are admitted for inpatient hospital care.

- Please contact us within 48 hours, if possible, to advise us of your emergency room visit.

For more information, see "Emergency Care and Urgently Needed Services" in the Medical Benefits Chart in Chapter 4 of this booklet or call Member Services at the phone number listed on the back cover of this booklet.

If you have an emergency, we will talk with the doctors who are giving you emergency care to help manage and follow up on your care. The doctors who are giving you emergency care will decide when your condition is stable and the medical emergency is over.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 50 of 253   49
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 3.     Using the plan's coverage for your medical services

After the emergency is over you are entitled to follow-up care to be sure your condition continues to be stable. Your follow-up care will be covered by our plan. If your emergency care is provided by out-of-network providers, we will try to arrange for network providers to take over your care as soon as your medical condition and the circumstances allow. Any follow-up care from out-of-network providers after your emergency is over will require authorization from the plan for continued care.

## What if it wasn't a medical emergency?

Sometimes it can be hard to know if you have a medical emergency. For example, you might go in for emergency care – thinking that your health is in serious danger – and the doctor may say that it wasn't a medical emergency after all. If it turns out that it was not an emergency, as long as you reasonably thought your health was in serious danger, we will cover your care.

However, after the doctor has said that it was *not* an emergency, we will cover additional care *only* if you get the additional care in one of these two ways:

- •   You go to a network provider to get the additional care.

- •   – *or* – The additional care you get is considered "urgently needed services" and you follow the rules for getting this urgently needed services (for more information about this, see Section 3.2 below).

| Section 3.2     Getting care when you have an urgent need for services |
|---|

## What are "urgently needed services"?

"Urgently needed services" are non-emergency, unforeseen medical illness, injury, or condition that requires immediate medical care. Urgently needed services may be furnished by network providers or by out-of-network providers when network providers are temporarily unavailable or inaccessible. The unforeseen condition could, for example, be an unforeseen flare-up of a known condition that you have.

## What if you are in the plan's service area when you have an urgent need for care?

You should always try to obtain urgently needed services from network providers. However, if providers are temporarily unavailable or inaccessible and it is not reasonable to wait to obtain care from your network provider when the network becomes available, we will cover urgently needed services that you get from an out-of-network provider.

Please contact your PCP's office 24 hours a day if you need urgent care. You may be directed to obtain urgent care at a network urgent care center. A list of network urgent care centers can be found in the *Provider & Pharmacy Directory* or on our website at www.wellcare.com/medicare. If urgent care services are received in your doctor's office, you will pay the office visit co-payment; however, if urgent care services are received at a network urgent care center or walk-in clinic, you will pay the urgent care center co-payment, which may be different. See Chapter 4, *Medical Benefits Chart (what is covered and what you pay)* for the co-payment that applies to services provided in a doctor's office or network urgent care center or walk-in clinic.

You may also contact the Nurse Advice Line at any time. A nursing professional is standing by with

answers to your questions 24 hours a day, seven days a week. For more information regarding the Nurse Advice Line, see the Health and Wellness Education Programs benefit category in Chapter 4 (*Medical Benefits Chart (what is covered and what you pay))*, or call Member Services (phone numbers are printed on the back cover of this booklet).

### What if you are <u>outside</u> the plan's service area when you have an urgent need for care?

When you are outside the service area and cannot get care from a network provider, our plan will cover urgently needed services that you get from any provider.

Our plan covers worldwide emergency and urgent care services outside the United States under the following circumstances. However, Medicare does not cover emergency care outside of the United States.

- You are covered for up to $50,000 when traveling outside the United States under your worldwide emergency and urgent care coverage. Costs that exceed this amount will *not* be covered.

- Transportation back to the United States from another country and medication purchased while outside of the United States are *not* covered. Additionally, emergency room cost-shares are *not* waived if you are admitted for inpatient hospital care.

- Please contact us within 48 hours, if possible, to advise us of your emergency room visit

For more information, see "Emergency Care and Urgently Needed Services" in the Medical Benefits Chart in Chapter 4 of this booklet or call Member Services at the phone number listed on the back cover of this booklet.

| Section 3.3 | Getting care during a disaster |
| --- | --- |

If the Governor of your state, the U.S. Secretary of Health and Human Services, or the President of the United States declares a state of disaster or emergency in your geographic area, you are still entitled to care from your plan.

Please visit the following website: www.wellcare.com/medicare for information on how to obtain needed care during a disaster.

Generally, if you cannot use a network provider during a disaster, your plan will allow you to obtain care from out-of-network providers at in-network cost sharing. If you cannot use a network pharmacy during a disaster, you may be able to fill your prescription drugs at an out-of-network pharmacy. Please see Chapter 5, Section 2.5 for more information.

| SECTION 4 | What if you are billed directly for the full cost of your covered services? |
| --- | --- |

| Section 4.1 | You can ask us to pay our share of the cost of covered services |
| --- | --- |

If you have paid more than your share for covered services, or if you have received a bill for the full cost of covered medical services, go to Chapter 7 (*Asking us to pay our share of a bill you have received for*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 52 of 253   51
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 3.     Using the plan's coverage for your medical services**

*covered medical services or drugs*) for information about what to do.

| Section 4.2 | If services are not covered by our plan, you must pay the full cost |
|---|---|

Our plan covers all medical services that are medically necessary, these services are listed in the plan's Medical Benefits Chart (this chart is in Chapter 4 of this booklet), and are obtained consistent with plan rules. You are responsible for paying the full cost of services that aren't covered by our plan, either because they are not plan covered services, or they were obtained out-of-network and were not authorized.

If you have any questions about whether we will pay for any medical service or care that you are considering, you have the right to ask us whether we will cover it before you get it. You also have the right to ask for this in writing. If we say we will not cover your services, you have the right to appeal our decision not to cover your care.

Chapter 9 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*) has more information about what to do if you want a coverage decision from us or want to appeal a decision we have already made. You may also call Member Services to get more information (phone numbers are printed on the back cover of this booklet).

For covered services that have a benefit limitation, you pay the full cost of any services you get after you have used up your benefit for that type of covered service. The amount you pay for the costs once a benefit limit has been reached will not count toward the out-of-pocket maximum. For example, you may have to pay the full cost of any skilled nursing facility care you get after our plan's payment reaches the benefit limit. Once you have used up your benefit limit, additional payments you make for the service do not count toward your annual out-of-pocket maximum. You can call Member Services when you want to know how much of your benefit limit you have already used.

| SECTION 5 | How are your medical services covered when you are in a "clinical research study"? |
|---|---|

| Section 5.1 | What is a "clinical research study"? |
|---|---|

A clinical research study (also called a "clinical trial") is a way that doctors and scientists test new types of medical care, like how well a new cancer drug works. They test new medical care procedures or drugs by asking for volunteers to help with the study. This kind of study is one of the final stages of a research process that helps doctors and scientists see if a new approach works and if it is safe.

Not all clinical research studies are open to members of our plan. Medicare first needs to approve the research study. If you participate in a study that Medicare has *not* approved, *you will be responsible for paying all costs for your participation in the study*.

Once Medicare approves the study, someone who works on the study will contact you to explain more about the study and see if you meet the requirements set by the scientists who are running the study. You can participate in the study as long as you meet the requirements for the study *and* you have a full understanding and acceptance of what is involved if you participate in the study.

If you participate in a Medicare-approved study, Original Medicare pays most of the costs for the covered services you receive as part of the study. When you are in a clinical research study, you may stay enrolled in our plan and continue to get the rest of your care (the care that is not related to the study) through our plan.

If you want to participate in a Medicare-approved clinical research study, you do *not* need to get approval from us or your PCP. The providers that deliver your care as part of the clinical research study do *not* need to be part of our plan's network of providers.

Although you do not need to get our plan's permission to be in a clinical research study, **you do need to tell us before you start participating in a clinical research study.**

If you plan on participating in a clinical research study, contact Member Services (phone numbers are printed on the back cover of this booklet) to let them know that you will be participating in a clinical trial and to find out more specific details about what your plan will pay.

| Section 5.2 | When you participate in a clinical research study, who pays for what? |
| --- | --- |

Once you join a Medicare-approved clinical research study, you are covered for routine items and services you receive as part of the study, including:

- Room and board for a hospital stay that Medicare would pay for even if you weren't in a study.

- An operation or other medical procedure if it is part of the research study.

- Treatment of side effects and complications of the new care.

Original Medicare pays most of the cost of the covered services you receive as part of the study. After Medicare has paid its share of the cost for these services, our plan will also pay for part of the costs. We will pay the difference between the cost sharing in Original Medicare and your cost sharing as a member of our plan. This means you will pay the same amount for the services you receive as part of the study as you would if you received these services from our plan.

*Here's an example of how the cost sharing works:* Let's say that you have a lab test that costs $100 as part of the research study. Let's also say that your share of the costs for this test is $20 under Original Medicare, but the test would be $10 under our plan's benefits. In this case, Original Medicare would pay $80 for the test and we would pay another $10. This means that you would pay $10, which is the same amount you would pay under our plan's benefits.

In order for us to pay for our share of the costs, you will need to submit a request for payment. With your request, you will need to send us a copy of your Medicare Summary Notices or other documentation that shows what services you received as part of the study and how much you owe. Please see Chapter 7 for more information about submitting requests for payment.

When you are part of a clinical research study, **neither Medicare nor our plan will pay for any of the following:**

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 54 of 253   53
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 3.      Using the plan's coverage for your medical services

- Generally, Medicare will *not* pay for the new item or service that the study is testing unless Medicare would cover the item or service even if you were *not* in a study.

- Items and services the study gives you or any participant for free.

- Items or services provided only to collect data, and not used in your direct health care. For example, Medicare would not pay for monthly CT scans done as part of the study if your medical condition would normally require only one CT scan.

### Do you want to know more?

You can get more information about joining a clinical research study by visiting the Medicare website to read or download the publication "Medicare and Clinical Research Studies." (The publication is available at: www.medicare.gov/Pubs/pdf/02226-Medicare-and-Clinical-Research-Studies.pdf.)

You can also call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

| SECTION 6 | Rules for getting care covered in a "religious non-medical health care institution" |
|---|---|

| Section 6.1 | What is a religious non-medical health care institution? |
|---|---|

A religious non-medical health care institution is a facility that provides care for a condition that would ordinarily be treated in a hospital or skilled nursing facility. If getting care in a hospital or a skilled nursing facility is against a member's religious beliefs, we will instead provide coverage for care in a religious non-medical health care institution. You may choose to pursue medical care at any time for any reason. This benefit is provided only for Part A inpatient services (non-medical health care services). Medicare will only pay for non-medical health care services provided by religious non-medical health care institutions.

| Section 6.2 | Receiving Care From a Religious Non-Medical Health Care Institution |
|---|---|

To get care from a religious non-medical health care institution, you must sign a legal document that says you are conscientiously opposed to getting medical treatment that is "non-excepted."

- "Non-excepted" medical care or treatment is any medical care or treatment that is *voluntary* and *not required* by any federal, state, or local law.
- "Excepted" medical treatment is medical care or treatment that you get that is *not* voluntary or *is required* under federal, state, or local law.

To be covered by our plan, the care you get from a religious non-medical health care institution must meet the following conditions:

- The facility providing the care must be certified by Medicare.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 55 of 253   54
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 3.     Using the plan's coverage for your medical services**

- Our plan's coverage of services you receive is limited to *non-religious* aspects of care.

- If you get services from this institution that are provided to you in a facility, the following conditions apply:

  ○ You must have a medical condition that would allow you to receive covered services for inpatient hospital care or skilled nursing facility care.

  ○ – *and* – you must get approval in advance from our plan before you are admitted to the facility or your stay will not be covered.

Your stay in a religious non-medical health care institution is not covered by our plan unless you obtain authorization (approval) in advance from our plan and will be subject to the same coverage limitations as the inpatient or skilled nursing facility care you would otherwise have received. Please refer to the Medical Benefits Chart in Chapter 4 for coverage rules and additional information on cost-sharing and limitations for inpatient hospital and skilled nursing coverage.

| SECTION 7 | Rules for ownership of durable medical equipment |
| --- | --- |

| Section 7.1 | Will you own the durable medical equipment after making a certain number of payments under our plan? |
| --- | --- |

Durable medical equipment (DME) includes items such as oxygen equipment and supplies, wheelchairs, walkers, powered mattress systems, crutches, diabetic supplies, speech generating devices, IV infusion pumps, nebulizers, and hospital beds ordered by a provider for use in the home. The member always owns certain items, such as prosthetics. In this section, we discuss other types of DME that you must rent.

In Original Medicare, people who rent certain types of DME own the equipment after paying co-payments for the item for 13 months. As a member of our plan, however, you usually will not acquire ownership of rented DME items no matter how many co-payments you make for the item while a member of our plan. Under certain limited circumstances we will transfer ownership of the DME item to you. Call Member Services (phone numbers are printed on the back cover of this booklet) to find out about the requirements you must meet and the documentation you need to provide.

**What happens to payments you made for durable medical equipment if you switch to Original Medicare?**

If you did not acquire ownership of the DME item while in our plan, you will have to make 13 new consecutive payments after you switch to Original Medicare in order to own the item. Payments you made while in our plan do not count toward these 13 consecutive payments.

If you made fewer than 13 payments for the DME item under Original Medicare *before* you joined our plan, your previous payments also do not count toward the 13 consecutive payments. You will have to make 13 new consecutive payments after you return to Original Medicare in order to own the item. There are no exceptions to this case when you return to Original Medicare.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 56 of 253   55
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 3.     Using the plan's coverage for your medical services**

| SECTION 8 | **Rules for Oxygen Equipment, Supplies, and Maintenance** |
|---|---|

| **Section 8.1** | **What oxygen benefits are you entitled to?** |
|---|---|

If you qualify for Medicare oxygen equipment coverage, then for as long as you are enrolled, Wellcare No Premium (HMO) will cover:

- Rental of oxygen equipment
- Delivery of oxygen and oxygen contents
- Tubing and related oxygen accessories for the delivery of oxygen and oxygen contents
- Maintenance and repairs of oxygen equipment

If you leave Wellcare No Premium (HMO) or no longer medically require oxygen equipment, then the oxygen equipment must be returned to the owner.

| **Section 8.2** | **What is your cost sharing? Will it change after 36 months?** |
|---|---|

Your cost sharing for Medicare oxygen equipment coverage is a 20% coinsurance every 36 months.

If prior to enrolling in Wellcare No Premium (HMO) you had made 36 months of rental payment for oxygen equipment coverage, your cost-sharing in Wellcare No Premium (HMO) is a 20% coinsurance.

| **Section 8.3** | **What happens if you leave your plan and return to Original Medicare?** |
|---|---|

If you return to Original Medicare, then you start a new 36-month cycle which renews every five years. For example, if you had paid rentals for oxygen equipment for 36 months prior to joining Wellcare No Premium (HMO), join Wellcare No Premium (HMO) for 12 months, and then return to Original Medicare, you will pay full cost sharing for oxygen equipment coverage.

Similarly, if you made payments for 36 months while enrolled in Wellcare No Premium (HMO) and then return to Original Medicare, you will pay full cost sharing for oxygen equipment coverage.

# CHAPTER 4

*Medical Benefits Chart
(what is covered and
what you pay)*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 58 of 253   57
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.      Medical Benefits Chart (what is covered and what you pay)

# Chapter 4.   Medical Benefits Chart (what is covered and what you pay)

**SECTION 1        Understanding your out-of-pocket costs for covered services .................58**

Section 1.1      Types of out-of-pocket costs you may pay for your covered services............................ 58

Section 1.2      What is the most you will pay for Medicare Part A and Part B covered medical
services? ........................................................................................................................ 58

Section 1.3      Our plan does not allow providers to "balance bill" you .................................................. 59

**SECTION 2        Use the *Medical Benefits Chart* to find out what is covered for you and
how much you will pay ....................................................................................59**

Section 2.1      Your medical benefits and costs as a member of the plan ............................................. 59

**SECTION 3        What services are not covered by the plan?.................................................106**

Section 3.1      Services we do *not* cover (exclusions) .......................................................................... 106

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 59 of 253

58
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.     Medical Benefits Chart (what is covered and what you pay)**

| SECTION 1 | Understanding your out-of-pocket costs for covered services |
|---|---|

This chapter focuses on your covered services and what you pay for your medical benefits. It includes a Medical Benefits Chart that lists your covered services and shows how much you will pay for each covered service as a member of our plan. Later in this chapter, you can find information about medical services that are not covered. It also explains limits on certain services.

| Section 1.1 | Types of out-of-pocket costs you may pay for your covered services |
|---|---|

To understand the payment information we give you in this chapter, you need to know about the types of out-of-pocket costs you may pay for your covered services.

- A **"copayment"** is the fixed amount you pay each time you receive certain medical services. You pay a copayment at the time you get the medical service. (The Medical Benefits Chart in Section 2 tells you more about your copayments.)

- **"Coinsurance"** is the percentage you pay of the total cost of certain medical services. You pay a coinsurance at the time you get the medical service. (The Medical Benefits Chart in Section 2 tells you more about your coinsurance.)

Most people who qualify for Medicaid or for the Qualified Medicare Beneficiary (QMB) program should never pay deductibles, copayments or coinsurance. Be sure to show your proof of Medicaid or QMB eligibility to your provider, if applicable. If you think that you are being asked to pay improperly, contact Member Services.

| Section 1.2 | What is the most you will pay for Medicare Part A and Part B covered medical services? |
|---|---|

Because you are enrolled in a Medicare Advantage Plan, there is a limit to how much you have to pay out-of-pocket each year for in-network medical services that are covered under Medicare Part A and Part B (see the Medical Benefits Chart in Section 2, below). This limit is called the maximum out-of-pocket amount for medical services.

As a member of our plan, the most you will have to pay out-of-pocket for in-network covered Part A and Part B services in 2022 is $5,000. The amounts you pay for copayments and coinsurance for in-network covered services count toward this maximum out-of-pocket amount. (The amounts you pay for your Part D prescription drugs do not count toward your maximum out-of-pocket amount.) In addition, amounts you pay for some services do not count toward your maximum out-of-pocket amount. These services are marked with an asterisk (*) in the Medical Benefits Chart. If you reach the maximum out-of-pocket amount of $5,000, you will not have to pay any out-of-pocket costs for the rest of the year for covered Part A and Part B services. However, you must continue to pay the Medicare Part B premium (unless your Part B premium is paid for you by Medicaid or another third party).

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 60 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)                                     59
**Chapter 4.     Medical Benefits Chart (what is covered and what you pay)**

| Section 1.3 | Our plan does not allow providers to "balance bill" you |
|---|---|

As a member of our plan, an important protection for you is that you only have to pay your cost-sharing amount when you get services covered by our plan. We do not allow providers to add additional separate charges, called "balance billing." This protection (that you never pay more than your cost-sharing amount) applies even if we pay the provider less than the provider charges for a service and even if there is a dispute and we don't pay certain provider charges.

Here is how this protection works.

- If your cost-sharing is a copayment (a set amount of dollars, for example, $15.00), then you pay only that amount for any covered services from a network provider.

- If your cost-sharing is a coinsurance (a percentage of the total charges), then you never pay more than that percentage. However, your cost depends on which type of provider you see:

  ○ If you receive the covered services from a network provider, you pay the coinsurance percentage multiplied by the plan's reimbursement rate (as determined in the contract between the provider and the plan).

  ○ If you receive the covered services from an out-of-network provider who participates with Medicare, you pay the coinsurance percentage multiplied by the Medicare payment rate for participating providers. (Remember, the plan covers services from out-of-network providers only in certain situations, such as when you get a referral.)

  ○ If you receive the covered services from an out-of-network provider who does not participate with Medicare, you pay the coinsurance percentage multiplied by the Medicare payment rate for non-participating providers. (Remember, the plan covers services from out-of-network providers only in certain situations, such as when you get a referral.)

- If you believe a provider has "balance billed" you, call Member Services (phone numbers are printed on the back cover of this booklet).

| SECTION 2 | Use the *Medical Benefits Chart* to find out what is covered for you and how much you will pay |
|---|---|

| Section 2.1 | Your medical benefits and costs as a member of the plan |
|---|---|

The Medical Benefits Chart on the following pages lists the services our plan covers and what you pay out-of-pocket for each service. The services listed in the Medical Benefits Chart are covered only when the following coverage requirements are met:

- Your Medicare covered services must be provided according to the coverage guidelines established by Medicare.

- Your services (including medical care, services, supplies, and equipment) *must* be medically necessary. "Medically necessary" means that the services, supplies, or drugs are needed for the

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 61 of 253   60
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.      Medical Benefits Chart (what is covered and what you pay)

prevention, diagnosis, or treatment of your medical condition and meet accepted standards of medical practice.

- You receive your care from a network provider. In most cases, care you receive from an out-of-network provider will not be covered. Chapter 3 provides more information about requirements for using network providers and the situations when we will cover services from an out-of-network provider.

- You have a Primary Care Provider (a PCP) who is providing and overseeing your care. In most situations, your PCP must give you approval in advance before you can see other providers in the plan's network. This is called giving you a "referral." Chapter 3 provides more information about getting a referral and the situations when you do not need a referral.

- Some of the services listed in the Medical Benefits Chart are covered *only* if your doctor or other network provider gets approval in advance (sometimes called "prior authorization") from us. Covered services that need approval in advance are marked in the Medical Benefits Chart in italics.

Other important things to know about our coverage:

- Like all Medicare health plans, we cover everything that Original Medicare covers. For some of these benefits, you pay *more* in our plan than you would in Original Medicare. For others, you pay *less*. (If you want to know more about the coverage and costs of Original Medicare, look in your *Medicare & You 2022* handbook. View it online at www.medicare.gov or ask for a copy by calling 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.)

- For all preventive services that are covered at no cost under Original Medicare, we also cover the service at no cost to you. However, if you also are treated or monitored for an existing medical condition during the visit when you receive the preventive service, a copayment will apply for the care received for the existing medical condition.

- Sometimes, Medicare adds coverage under Original Medicare for new services during the year. If Medicare adds coverage for any services during 2022, either Medicare or our plan will cover those services.

   You will see this apple next to the preventive services in the benefits chart.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 62 of 253     61
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.      Medical Benefits Chart (what is covered and what you pay)

## Medical Benefits Chart

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| 🍎 **Abdominal aortic aneurysm screening**<br><br>A one-time screening ultrasound for people at risk. The plan only covers this screening if you have certain risk factors and if you get a referral for it from your physician, physician assistant, nurse practitioner, or clinical nurse specialist. | There is no coinsurance, copayment, or deductible for members eligible for this preventive screening. |
| **Acupuncture for chronic low back pain**<br><br>Covered services include:<br><br>Up to 12 visits in 90 days are covered for Medicare beneficiaries under the following circumstances:<br><br>For the purpose of this benefit, chronic low back pain is defined as:<br><br>• Lasting 12 weeks or longer;<br>• nonspecific, in that it has no identifiable systemic cause (i.e., not associated with metastatic, inflammatory, infectious, etc. disease);<br>• not associated with surgery;  and<br>• not associated with pregnancy.<br><br>An additional eight sessions will be covered for those patients demonstrating an improvement. No more than 20 acupuncture treatments may be administered annually.<br><br>Treatment must be discontinued if the patient is not improving or is regressing.<br><br>Provider Requirements:<br><br>Physicians (as defined in 1861(r)(1) of the Social Security Act (the Act) may furnish acupuncture in accordance with applicable state requirements.<br><br>Physician assistants (PAs), nurse practitioners (NPs)/clinical nurse specialists (CNSs) (as identified in 1861(aa)(5) of the Act), and auxiliary personnel may furnish acupuncture if they meet all applicable state requirements and have:<br><br>• a masters or doctoral level degree in acupuncture or Oriental Medicine from a school accredited by the Accreditation Commission on Acupuncture and Oriental Medicine | $0 copay for Medicare-covered acupuncture received in a PCP office.<br><br>$30 copay for Medicare-covered acupuncture received in a Specialist office.<br>*Prior Authorization may be required.*<br><br>$20 copay for Medicare-covered acupuncture received in a Chiropractor office.<br>*Prior Authorization may be required.* |

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| (ACAOM); and,<br><br>• a current, full, active, and unrestricted license to practice acupuncture in a State, Territory, or Commonwealth (i.e. Puerto Rico) of the United States, or District of Columbia.<br><br>Auxiliary personnel furnishing acupuncture must be under the appropriate level of supervision of a physician, PA, or NP/CNS required by our regulations at 42 CFR §§ 410.26 and 410.27. | |
| **Ambulance services**<br>• Covered ambulance services include fixed wing, rotary wing, and ground ambulance services, to the nearest appropriate facility that can provide care if they are furnished to a member whose medical condition is such that other means of transportation could endanger the person's health or if authorized by the plan. | $265 copay per one way trip for Medicare-covered ground ambulance services.<br>*Prior authorization may be required for fixed wing aircraft and non-emergent transportation.*<br>The cost-share is not waived if you are admitted for Inpatient hospital care. |
| • Non-emergency transportation by ambulance is appropriate if it is documented that the member's condition is such that other means of transportation could endanger the person's health and that transportation by ambulance is medically required. | $265 copay per one way trip for Medicare-covered air ambulance services.<br>*Prior authorization may be required for fixed wing aircraft and non-emergent transportation.*<br>The cost-share is not waived if you are admitted for Inpatient hospital care. |
| **Annual routine physical exam**<br>Annual physical exam includes examination of the heart, lung, abdominal and neurological systems, as well as a hands-on examination of the body (such as head, neck and extremities) and detailed medical/family history, in addition to services included in the Annual Wellness Visit. | $0 copay for an annual routine physical exam.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 64 of 253

63
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| 🍎 **Annual wellness visit**<br><br>If you've had Part B for longer than 12 months, you can get an annual wellness visit to develop or update a personalized prevention plan based on your current health and risk factors. This is covered once every 12 months.<br><br>**Note**: Your first annual wellness visit can't take place within 12 months of your "Welcome to Medicare" preventive visit. However, you don't need to have had a "Welcome to Medicare" visit to be covered for annual wellness visits after you've had Part B for 12 months. | There is no coinsurance, copayment, or deductible for the annual wellness visit. |
| 🍎 **Bone mass measurement**<br><br>For qualified individuals (generally, this means people at risk of losing bone mass or at risk of osteoporosis), the following services are covered every 24 months or more frequently if medically necessary: procedures to identify bone mass, detect bone loss, or determine bone quality, including a physician's interpretation of the results. | There is no coinsurance, copayment, or deductible for Medicare-covered bone mass measurement. |
| 🍎 **Breast cancer screening (mammograms)**<br><br>Covered services include:<br><br>• One baseline mammogram between the ages of 35 and 39<br><br>• One screening mammogram every 12 months for women age 40 and older<br><br>• Clinical breast exams once every 24 months<br><br>• One diagnostic mammogram as medically necessary | There is no coinsurance, copayment, or deductible for covered screening mammograms.<br><br><br><br><br>$0 copay for one diagnostic mammogram as medically necessary.<br>*Prior Authorization may be required.* |
| **Cardiac rehabilitation services**<br><br>Comprehensive programs of cardiac rehabilitation services that include exercise, education, and counseling are covered for members who meet certain conditions with a doctor's order. | $25 copay for Medicare-covered cardiac rehabilitation services.<br>*Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 65 of 253   64
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.     Medical Benefits Chart (what is covered and what you pay)

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| The plan also covers intensive cardiac rehabilitation programs that are typically more rigorous or more intense than cardiac rehabilitation programs. | $25 copay for Medicare-covered intensive cardiac rehabilitation services.<br>*Prior Authorization may be required.* |
| 🍎 **Cardiovascular disease risk reduction visit (therapy for cardiovascular disease)**<br>We cover one visit per year with your primary care doctor to help lower your risk for cardiovascular disease. During this visit, your doctor may discuss aspirin use (if appropriate), check your blood pressure, and give you tips to make sure you're eating healthy. | There is no coinsurance, copayment, or deductible for the intensive behavioral therapy cardiovascular disease preventive benefit. |
| 🍎 **Cardiovascular disease testing**<br>Blood tests for the detection of cardiovascular disease (or abnormalities associated with an elevated risk of cardiovascular disease) once every 5 years (60 months). | There is no coinsurance, copayment, or deductible for cardiovascular disease testing that is covered once every 5 years. |
| 🍎 **Cervical and vaginal cancer screening**<br>Covered services include:<br>• For all women: Pap tests and pelvic exams are covered once every 24 months<br>• If you are at high risk of cervical or vaginal cancer or you are of childbearing age and have had an abnormal Pap test within the past 3 years: one Pap test every 12 months | There is no coinsurance, copayment, or deductible for Medicare-covered preventive Pap and pelvic exams. |
| **Chiropractic services**<br>Covered services include:<br>• Manual manipulation of the spine to correct subluxation | $20 copay for Medicare-covered chiropractic services.<br>*Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 66 of 253   65
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.     Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| Our plan also covers supplemental (Non-Medicare covered) visits to support the back, neck, or joints of the arms and legs. Supplemental (Non-Medicare covered) care limited by medical necessity.<br><br>Covered chiropractic services include:<br><br>• An initial exam (New Patient exam or an Established Patient exam for the first evaluation of a new health issue or new flare-up.)<br><br>• Re-exams (Established patient exams, when necessary to evaluate progress or modify treatment), Manipulation of the spine, or joints, and/or other services (these services may be provided on the same visit as an exam)<br><br>• X-ray and lab services when provided by or referred by a contracted chiropractor. X-ray and lab services performed outside of a new or established patient visit will assess an individual copay.<br><br>To obtain a claim form, for additional information, or for assistance finding a network provider, you can call Member Services (phone numbers are printed on the back cover of this booklet) or visit our website at www.wellcare.com/medicare. | $20 copay for each supplemental (Non-Medicare covered) chiropractor visit for 12 visits every year.*<br>*Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 67 of 253   66
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.      Medical Benefits Chart (what is covered and what you pay)

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| 🍎 **Colorectal cancer screening**<br><br>For people 50 and older, the following are covered:<br><br>• Flexible sigmoidoscopy (or screening barium enema as an alternative) every 48 months<br><br>One of the following every 12 months:<br><br>• Guaiac-based fecal occult blood test (gFOBT)<br>• Fecal immunochemical test (FIT)<br><br>DNA based colorectal screening every 3 years<br><br>For people at high risk of colorectal cancer, we cover:<br><br>• Screening colonoscopy (or screening barium enema as an alternative) every 24 months<br><br>For people not at high risk of colorectal cancer, we cover:<br><br>• Screening colonoscopy every 10 years (120 months), but not within 48 months of a screening sigmoidoscopy | There is no coinsurance, copayment, or deductible for a Medicare-covered colorectal cancer screening exam. |
| • Medicare-covered Barium Enema Services | $0 copay for Medicare-covered Barium Enema Services. |
| **Dental services**<br><br>In general, preventive dental services (such as cleaning, routine dental exams, and dental x-rays) are not covered by Original Medicare. We cover:<br><br>• Medicare-covered dental care (Covered services are limited to surgery of the jaw or related structures, setting fractures of the jaw or facial bones, extraction of teeth to prepare the jaw for radiation treatments of neoplastic cancer disease, or services that would be covered when provided by a physician.) | Medicare-covered services $30 copay for each Medicare-covered dental services. *Prior Authorization may be required.*<br><br>Additional services There is a plan benefit maximum of $1,500 every year for preventive and comprehensive services. You are responsible for amounts beyond the benefit limit.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 68 of 253   67
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| • Preventive Dental Care (Covered services include the following.) | Preventive dental |
| ○ Oral exams - 2 every year | $0 copay for each oral exam.* *Prior Authorization may be required.* |
| ○ Cleanings (prophylaxis) - 2 every year | $0 copay for each cleaning.* *Prior Authorization may be required.* |
| ○ Fluoride treatment - 1 every year | $0 copay for each fluoride treatment.* *Prior Authorization may be required.* |
| ○ Dental x-rays - 1 set(s)  every 1 to 3 years | $0 copay for dental x-rays per visit.* *Prior Authorization may be required.* |
| • Comprehensive Dental Care (Covered services include the following. | Comprehensive dental |
| ○ Non-Routine Services - 1  every day to 24 months | $0 copay for each non-routine service.* *Prior Authorization may be required.* |
| ○ Diagnostic services - 1 every year | $0 copay for each diagnostic service.* *Prior Authorization may be required.* |
| ○ Restorative services - 1  every 12 to 84 months | $0 copay for each restorative service.* *Prior Authorization may be required.* |
| ○ Endodontics - 1 per tooth | $0 copay for each endodontic service.* *Prior Authorization may be required.* |
| ○ Periodontics - 1 every 6 to 36 months | $0 copay for each periodontics service.* *Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 69 of 253   68
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.      Medical Benefits Chart (what is covered and what you pay)

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| ○   Extractions - 1 per tooth | $0 copay for each extraction.* *Prior Authorization may be required.* |
| ○   Prosthodontics , including dentures  - 1 every 12 to 84 months | $0 copay for each prosthodontic service.* *Prior Authorization may be required.* |
| ○   Oral/maxillofacial surgery  - 1 every 12 to 60 months or per lifetime | $0 copay for each oral maxillofacial service. * *Prior Authorization may be required.* |
| Limitations and exclusions apply. Before obtaining services, members are advised to discuss their treatment options with a routine dental services participating provider. Treatment must be started and completed while covered by the plan during the plan year. The cost of dental services not covered by the plan is the responsibility of the member.<br><br>**Supplemental (i.e., Non-Medicare covered) dental services must be received from a participating provider in order to be covered by the plan. For questions on how to find a provider, file a claim, a detailed list of covered procedures, or for more information call Member Services at 1-866-892-8340 (TTY: 711) or visit us on our website at www.wellcare.com/medicare.** | |
| 🍎   **Depression screening**<br><br>We cover one screening for depression per year. The screening must be done in a primary care setting that can provide follow-up treatment and/or referrals. | There is no coinsurance, copayment, or deductible for an annual depression screening visit. |
| 🍎   **Diabetes screening**<br><br>We cover this screening (includes fasting glucose tests) if you have any of the following risk factors: high blood pressure (hypertension), history of abnormal cholesterol and triglyceride levels (dyslipidemia), obesity, or a history of high blood sugar (glucose). Tests may also be covered if you meet other requirements, like being overweight and having a family history of diabetes.<br><br>Based on the results of these tests, you may be eligible for up to two diabetes screenings every 12 months. | There is no coinsurance, copayment, or deductible for the Medicare covered diabetes screening tests. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 70 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**
69

| Services that are covered for you | What you must pay when you get these services |
|---|---|
|  **Diabetes self-management training, diabetic services and supplies**<br><br>For all people who have diabetes (insulin and non-insulin users). Covered services include:<br><br>• Supplies to monitor your blood glucose: Blood glucose monitor, blood glucose test strips, lancet devices and lancets, and glucose-control solutions for checking the accuracy of test strips and monitors.<br><br>• For people with diabetes who have severe diabetic foot disease: One pair per calendar year of therapeutic custom-molded shoes (including inserts provided with such shoes) and two additional pairs of inserts, or one pair of depth shoes and three pairs of inserts (not including the non-customized removable inserts provided with such shoes). Coverage includes fitting.<br><br>• Diabetes self-management training is covered under certain conditions.<br><br>OneTouch™ products by Lifescan are our preferred diabetic testing supplies (glucose monitors & test strips). To get more information about the items that are on the preferred diabetic testing supplies list, please contact Member Services at the number listed on the back cover of this booklet.<br><br>If you use diabetic testing supplies that are not preferred by the plan, speak with your provider to get a new prescription or to request prior authorization for a non-preferred blood glucose monitor and test strips. | $0 copay for Medicare-covered diabetes monitoring supplies. *Prior Authorization may be required.*<br><br><br><br>20% coinsurance for Medicare-covered therapeutic shoes or inserts for people with diabetes who have severe diabetic foot disease. *Prior Authorization may be required.*<br><br>$0 copay for Medicare-covered diabetes self-management training. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 71 of 253   70
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.    Medical Benefits Chart (what is covered and what you pay)

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Durable medical equipment (DME) and related supplies**<br><br>(For a definition of "durable medical equipment," see Chapter 12 of this booklet.)<br><br>Covered items include, but are not limited to: wheelchairs, crutches, powered mattress systems, diabetic supplies, hospital beds ordered by a provider for use in the home, IV infusion pumps, speech generating devices, oxygen equipment, nebulizers, and walkers.<br><br>We cover all medically necessary DME covered by Original Medicare. If our supplier in your area does not carry a particular brand or manufacturer, you may ask them if they can special order it for you.<br><br>The most recent list of suppliers is available on our website at www.wellcare.com/medicare. | 20% coinsurance for Medicare-covered durable medical equipment. *Prior Authorization may be required.*<br><br>20% coinsurance for Medicare-covered medical supplies. *Prior Authorization may be required.* |
| **Emergency care**<br><br>Emergency care refers to services that are:<br><br>• Furnished by a provider qualified to furnish emergency services, and<br><br>• Needed to evaluate or stabilize an emergency medical condition.<br><br>A medical emergency is when you, or any other prudent layperson with an average knowledge of health and medicine, believe that you have medical symptoms that require immediate medical attention to prevent loss of life, loss of a limb, or loss of function of a limb. The medical symptoms may be an illness, injury, severe pain, or a medical condition that is quickly getting worse.<br><br>Cost sharing for necessary emergency services furnished out-of-network is the same as for such services furnished in-network. | $90 copay for Medicare-covered emergency room visits.<br>You do not pay this amount if you are within 24 hours admitted to the hospital.<br>If you receive emergency care at an out-of-network hospital and need inpatient care after your emergency condition is stabilized, you must return to a network hospital in order for your care to continue to be covered or you must have your inpatient care at the out-of-network hospital authorized by the plan and your cost is the cost sharing you would pay at a network hospital. |

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| Emergency services outside the United States are covered. | $90 copay for emergency services outside the United States.*<br>The worldwide emergency room cost-share is not waived if you are admitted for inpatient hospital care.<br>You are covered for up to $50,000 every year for emergency or urgently needed services outside the United States. |
| 🍎   **Health and wellness education programs**<br><br>**Nurse Advice Line**<br>Toll-free telephonic coaching and nurse advice from trained clinicians. The nurse advice line is available 24 hours a day, 7 days a week for assistance with health-related questions. You can reach the nurse advice line via the phone number on your member ID card, or by calling Member Services (phone numbers are printed on the back cover of this booklet) for transfer to the nurse advice line.<br><br>**Fitness Benefit:**<br>Annual membership at a participating fitness center, or for members who do not live near a participating fitness center, and prefer to exercise at home, see option below.<br>Members can choose from available exercise programs to be shipped to them at no cost. A Fitbit fitness tracker is included in the home kit. For more information regarding the fitness benefit, please call Member Services (phone numbers are printed on the back cover of this booklet) or vist our website at www.wellcare.com/medicare. | $0 copay for the nurse advice line.*<br><br><br><br><br><br>$0 copay for the fitness benefit.* |
| **Hearing services**<br>Diagnostic hearing and balance evaluations performed by your provider to determine if you need medical treatment are covered as outpatient care when furnished by a physician, audiologist, or other qualified provider. | $30 copay for each Medicare-covered hearing exam.<br>*Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 73 of 253   72
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| Our plan also covers the following supplemental (i.e., routine) hearing services: | Supplemental (i.e., routine) hearing services: |
| • 1 routine hearing exam every year. | $0 copay for 1 routine hearing exam every year.* *Prior Authorization may be required.* |
| • 1 hearing aid fitting and evaluation every year. | $0 copay for 1 hearing aid fitting and evaluation every year.* *Prior Authorization may be required.* |
| • 1 non-implantable hearing aid per ear, per year up to your maximum of $2,000. Benefit includes a 1-year standard warranty and 1 package of batteries. | $0 copay for 2 hearing aid(s) every year.* *Prior Authorization may be required.* |
| Note: Routine hearing services must be received from a participating provider in order to be covered by the plan. Any cost above $2,000 is your responsibility, additional hearing aids are not covered. For more information on your hearing vendor contact information and benefits, please call Member Services (phone numbers are listed on the back cover of this booklet) or visit us on our website at www.wellcare.com/medicare. | |
| 🍎 **HIV screening** For people who ask for an HIV screening test or who are at increased risk for HIV infection, we cover: • One screening exam every 12 months For women who are pregnant, we cover: • Up to three screening exams during a pregnancy | There is no coinsurance, copayment, or deductible for members eligible for Medicare-covered preventive HIV screening. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 74 of 253      73
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Home health agency care**<br><br>Prior to receiving home health services, a doctor must certify that you need home health services and will order home health services to be provided by a home health agency. You must be homebound, which means leaving home is a major effort.<br><br>Covered services include, but are not limited to:<br><br>• Part-time or intermittent skilled nursing and home health aide services (To be covered under the home health care benefit, your skilled nursing and home health aide services combined must total fewer than 8 hours per day and 35 hours per week)<br><br>• Physical therapy, occupational therapy, and speech therapy<br><br>• Medical and social services<br><br>• Medical equipment and supplies | $0 copay for each Medicare-covered home health agency care service.<br>*Prior Authorization may be required.* |
| **Home infusion therapy**<br><br>Home infusion therapy involves the intravenous or subcutaneous administration of drugs or biologicals to an individual at home. The components needed to perform home infusion include the drug (for example, antivirals, immune globulin), equipment (for example, a pump), and supplies (for example, tubing and catheters).<br><br>Covered services include, but are not limited to:<br><br>• Professional services, including nursing services, furnished in accordance with the plan of care<br><br>• Patient training and education not otherwise covered under the durable medical equipment benefit<br><br>• Remote monitoring<br><br>• Monitoring services for the provision of home infusion therapy and home infusion drugs furnished by a qualified home infusion therapy supplier | $0 copay for professional services from a Primary Care Provider (PCP), including nursing services, training and education, remote monitoring and monitoring services.<br><br>$30 copay for professional services from a specialist, including nursing services, training and education, remote monitoring and monitoring services.<br>*Prior Authorization may be required.*<br><br>Home infusion equipment and supplies are covered under your Durable Medical Equipment (DME) benefit. Please see the "Durable medical equipment (DME) and related supplies" section for cost-sharing information. |

| Services that are covered for you | What you must pay when you get these services |
|---|---|
|  | Home infusion drugs are covered under your Medicare Part B Prescription Drugs benefit. Please see the "Medicare Part B Prescription Drugs" section for cost-sharing information. |
| **Hospice care**<br><br>You may receive care from any Medicare-certified hospice program. You are eligible for the hospice benefit when your doctor and the hospice medical director have given you a terminal prognosis certifying that you're terminally ill and have 6 months or less to live if your illness runs its normal course. Your hospice doctor can be a network provider or an out-of-network provider.<br><br>Covered services include:<br><br>• Drugs for symptom control and pain relief<br><br>• Short-term respite care<br><br>• Home care | When you enroll in a Medicare-certified hospice program, your hospice services and your Part A and Part B services related to your terminal prognosis are paid for by Original Medicare, not our plan.<br><br>Physician service cost sharing may apply for hospice consultation services. See the "Physician/ Practitioner Services" section of this chart for information on cost sharing. |

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Hospice care (continued)**<br><br>For hospice services and for services that are covered by Medicare Part A or B and are related to your terminal prognosis: Original Medicare (rather than our plan) will pay for your hospice services and any Part A and Part B services related to your terminal prognosis. While you are in the hospice program, your hospice provider will bill Original Medicare for the services that Original Medicare pays for.<br><br>For services that are covered by Medicare Part A or B and are not related to your terminal prognosis: If you need non-emergency, non-urgently needed services that are covered under Medicare Part A or B and that are not related to your terminal prognosis, your cost for these services depends on whether you use a provider in our plan's network:<br><br>   •  If you obtain the covered services from a network provider, you only pay the plan cost-sharing amount for in-network services<br><br>   •  If you obtain the covered services from an out-of-network provider, you pay the cost sharing under Fee-for-Service Medicare (Original Medicare)<br><br>For services that are covered by our plan but are not covered by Medicare Part A or B: Our plan will continue to cover plan-covered services that are not covered under Part A or B whether or not they are related to your terminal prognosis. You pay  your plan cost-sharing amount for these services.<br><br>For drugs that may be covered by the plan's Part D benefit: Drugs are never covered by both hospice and our plan at the same time. For more information, please see Chapter 5, Section 9.4 *(What if you're in Medicare-certified hospice)*.<br><br>**Note:** If you need non-hospice care (care that is not related to your terminal prognosis), you should contact us to arrange the services.<br><br>Our plan covers hospice consultation services (one time only) for a terminally ill person who hasn't elected the hospice benefit. | |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 77 of 253    76
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.    Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Immunizations**<br><br>Covered Medicare Part B services include:<br><br>• Pneumonia vaccine<br><br>• Flu shots, once each flu season in the fall and winter, with additional flu shots if medically necessary<br><br>• Hepatitis B vaccine if you are at high or intermediate risk of getting Hepatitis B<br><br>• COVID-19 vaccine<br><br>• Other vaccines if you are at risk and they meet Medicare Part B coverage rules<br><br>We also cover some vaccines under our Part D prescription drug benefit. | There is no coinsurance, copayment, or deductible for Medicare-covered pneumonia, influenza, Hepatitis B, and COVID-19 vaccines.<br>For other Medicare-covered vaccines (if you are at risk and they meet Medicare Part B coverage rules), please refer to the Medicare Part B prescription drugs section of this chart for applicable cost-sharing.<br><br>*Some Part B drugs require prior authorization to be covered.* |

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Inpatient hospital care**<br><br>Includes inpatient acute, inpatient rehabilitation, long-term care hospitals and other types of inpatient hospital services. Inpatient hospital care starts the day you are formally admitted to the hospital with a doctor's order. The day before you are discharged is your last inpatient day.<br><br>You are covered for 90 days for Medicare-covered inpatient hospital stays. | For Medicare-covered admissions, per admission: $275 copay per day, for days 1 to 8 and $0 copay per day, for days 9 to 90 for Medicare-covered hospital care. Lifetime Reserve Days $0 copay per day.<br><br>Lifetime Reserve Days are additional days that the plan will pay for when members are in a hospital for more than the number of days covered by the plan. Members have a total of 60 reserve days that can be used during their lifetime<br><br>If you get authorized inpatient care at an out-of-network hospital after your emergency condition is stabilized, your cost is the cost sharing you would pay at a network hospital. |
| Covered services include but are not limited to:<br><br>• Semi-private room (or a private room if medically necessary)<br>• Meals including special diets<br>• Regular nursing services<br>• Costs of special care units (such as intensive care or coronary care units)<br>• Drugs and medications<br>• Lab tests<br>• X-rays and other radiology services<br>• Necessary surgical and medical supplies<br>• Use of appliances, such as wheelchairs<br>• Operating and recovery room costs<br>• Physical, occupational, and speech language therapy<br>• Inpatient substance abuse services | *Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 79 of 253   78
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Inpatient hospital care (continued)**<br><br>• Under certain conditions, the following types of transplants are covered: corneal, kidney, kidney-pancreatic, heart, liver, lung, heart/lung, bone marrow, stem cell, and intestinal/multivisceral. If you need a transplant, we will arrange to have your case reviewed by a Medicare-approved transplant center that will decide whether you are a candidate for a transplant. Transplant providers may be local or outside of the service area. If our in-network transplant services are outside the community pattern of care, you may choose to go locally as long as the local transplant providers are willing to accept the Original Medicare rate. If our plan provides transplant services at a location outside the pattern of care for transplants in your community and you choose to obtain transplants at this distant location, we will arrange or pay for appropriate lodging and transportation costs for you and a companion. Transportation and lodging reimbursement requires a minimum of 60 miles one-way to the transplant center and is limited to $10,000 total per transplant, regardless of total miles traveled and duration of treatment.<br><br>• Blood - including storage and administration. Coverage of whole blood and packed red cells begins with the first pint of blood that you need. All other components of blood are covered beginning with the first pint used.<br><br>• Physician services<br><br>**Note:** To be an inpatient, your provider must write an order to admit you formally as an inpatient of the hospital. Even if you stay in the hospital overnight, you might still be considered an "outpatient." If you are not sure if you are an inpatient or an outpatient, you should ask the hospital staff.<br><br>You can also find more information in a Medicare fact sheet called "Are You a Hospital Inpatient or Outpatient? If You Have Medicare - Ask!" This fact sheet is available on the Web at www.medicare.gov/Pubs/pdf/11435-Are-You-an-Inpatient-or-Outpatient.pdf or by calling 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week. | Medicare hospital benefit periods do not apply. For inpatient hospital care, the cost-sharing described above applies each time you are admitted to the hospital. A transfer to a separate facility (such as Acute Inpatient Rehabilitation Hospital or to another Acute care Hospital) is considered a new admission. Cost shares are applied starting on the first day of admission and do not include the date of discharge. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 80 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)
79
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Inpatient mental health care**<br><br>Covered services include mental health care services that require a hospital stay.<br><br>You are covered for 90 days per admission for Medicare-covered stays.<br><br>There is a 190-day lifetime limit for inpatient mental health services provided in a psychiatric hospital. The 190-day limit does not apply to mental health services provided in a psychiatric unit of a general hospital. If you have used part of the 190-day Medicare lifetime benefit prior to enrolling in our plan, then you are only entitled to receive the difference between the number of lifetime days already used in the Plan benefit. | For Medicare-covered admissions, per admission: $1,871 copay for each Medicare-covered mental health care stay.<br>Lifetime Reserve Days $0 copay per day.<br>Lifetime Reserve Days are additional days that the plan will pay for when members are in a hospital for more than the number of days covered by the plan. Members have a total of 60 reserve days that can be used during their lifetime<br>If you get authorized inpatient care at an out-of-network hospital after your emergency condition is stabilized, your cost is the cost sharing you would pay at a network hospital.<br>*Prior Authorization may be required.*<br><br>Medicare hospital benefit periods do not apply. For inpatient mental health care, the cost-sharing described above applies each time you are admitted to the hospital. A transfer to a separate facility (such as Acute Inpatient Rehabilitation Hospital or to another Acute care Hospital) is considered a new admission. Cost shares are applied starting on the first day of admission and do not include the date of discharge. |

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Inpatient stay: Covered services received in a hospital or SNF during a non-covered inpatient stay**<br><br>If you have exhausted your inpatient benefits or if the inpatient stay is not reasonable and necessary, we will not cover your inpatient stay. However, in some cases, we will cover certain services you receive while you are in the hospital or the skilled nursing facility (SNF). Covered services include, but are not limited to:<br><br>• Physician services<br><br>• Diagnostic tests (like lab tests)<br><br>• X-ray, radium, and isotope therapy including technician materials and services<br><br>• Surgical dressings<br><br>• Splints, casts and other devices used to reduce fractures and dislocations<br><br>• Prosthetics and orthotics devices (other than dental) that replace all or part of an internal body organ (including contiguous tissue), or all or part of the function of a permanently inoperative or malfunctioning internal body organ, including replacement or repairs of such devices<br><br>• Leg, arm, back, and neck braces; trusses, and artificial legs, arms, and eyes including adjustments, repairs, and replacements required because of breakage, wear, loss, or a change in the patient's physical condition<br><br>• Physical therapy, speech therapy, and occupational therapy | The listed services will continue to be covered at the cost-sharing amounts shown in the benefits chart for the specific service.<br><br>For Medicare-covered medical supplies, including cast and splints, you pay the applicable cost-sharing amount where the specific service is provided. |
| **Meals**<br><br>Post-Acute Meals:<br><br>• For members discharged from an inpatient facility (Hospital, Skilled Nursing Facility or Inpatient Rehabilitation) the plan will provide a maximum of 3 meals per day for 14-days for a total of 42 meals at no cost to you. You may choose to receive fresh frozen meals, shelf-stable meals, or a case of nutritional shakes. You may choose to receive a combination of meals and shakes within your total benefit limit, with a maximum of one case of shakes per instance. | $0 copay for each medically-necessary post-acute meal or shake covered by the plan.*<br>*A referral may be required.* |

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| Chronic Meals:<br>Members under care management with certain chronic conditions may be eligible to receive healthy meals as part of a supervised program to transition you to life style modifications.<br><br>• Eligible chronic conditions include AIDS, asthma, chronic obstructive pulmonary disease (COPD), congestive heart failure, coronary artery disease, diabetes, and hypertension.<br><br>• You may receive a maximum of 3 healthy meals per day for up to 28 days for a maximum of 84 meals per month. This benefit may be used for a maximum of 3 months per year.<br><br>• Subject to availability, you may choose to receive fresh frozen meals, shelf-stable meals, and/ or a case of nutritional shakes. You may choose to receive a combination of meals and shakes within your monthly limit, with a maximum of one case of shakes per month. | $0 copay for each medically-necessary chronic meal or shake covered by the plan.  *<br>*A referral may be required.* |
| **Medical nutrition therapy**<br><br>This benefit is for people with diabetes, renal (kidney) disease (but not on dialysis), or after a kidney transplant when ordered by your doctor.<br><br>We cover 3 hours of one-on-one counseling services during your first year that you receive medical nutrition therapy services under Medicare (this includes our plan, any other Medicare Advantage plan, or Original Medicare), and 2 hours each year after that. If your condition, treatment, or diagnosis changes, you may be able to receive more hours of treatment with a physician's order. A physician must prescribe these services and renew their order yearly if your treatment is needed into the next calendar year. | There is no coinsurance, copayment, or deductible for members eligible for Medicare-covered medical nutrition therapy services. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 83 of 253

82
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.     Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Medicare Diabetes Prevention Program (MDPP)**<br><br>MDPP services will be covered for eligible Medicare beneficiaries under all Medicare health plans.<br><br>MDPP is a structured health behavior change intervention that provides practical training in long-term dietary change, increased physical activity, and problem-solving strategies for overcoming challenges to sustaining weight loss and a healthy lifestyle. | There is no coinsurance, copayment, or deductible for the MDPP benefit. |
| **Medicare Part B prescription drugs**<br><br>These drugs are covered under Part B of Original Medicare. Members of our plan receive coverage for these drugs through our plan. Covered drugs include:<br><br>• Drugs that usually aren't self-administered by the patient and are injected or infused while you are getting physician, hospital outpatient, or ambulatory surgical center services<br><br>• Drugs you take using durable medical equipment (such as nebulizers) that were authorized by the plan<br><br>• Clotting factors you give yourself by injection if you have hemophilia<br><br>• Immunosuppressive Drugs, if you were enrolled in Medicare Part A at the time of the organ transplant<br><br>• Injectable osteoporosis drugs, if you are homebound, have a bone fracture that a doctor certifies was related to post-menopausal osteoporosis, and cannot self-administer the drug | Some drugs may be subject to step therapy.<br><br>20% coinsurance for other Medicare-covered Part B drugs. *Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 84 of 253   83
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.     Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| • Antigens<br><br>• Certain oral anti-cancer drugs and anti-nausea drugs<br><br>• Certain drugs for home dialysis, including heparin, the antidote for heparin when medically necessary, topical anesthetics, and erythropoiesis-stimulating agents (such as Procrit®)<br><br>• Intravenous Immune Globulin for the home treatment of primary immune deficiency diseases<br><br>The following link will take you to a list of Part B Drugs that may be subject to Step Therapy: www.wellcare.com/medicare<br><br>We also cover some vaccines under our Part B and Part D prescription drug benefit.<br><br>Chapter 5 explains the Part D prescription drug benefit, including rules you must follow to have prescriptions covered. What you pay for your Part D prescription drugs through our plan is explained in Chapter 6. | 20% coinsurance for Medicare-covered Part B chemotherapy drugs. *Prior Authorization may be required.* |
| **Nutritional/dietary counseling benefit**<br><br>We cover counseling sessions through a registered dietician or nutrition professional, with an order from your physician, to address changes to your behavior that could improve a medical condition you have. Nutrition counseling is a supportive process to set priorities, establish goals and create individualized action plans which acknowledge and foster responsibility for self-care. | $0 copay for each individual nutritional/dietary counseling visit.* |
| **Obesity screening and therapy to promote sustained weight loss**<br><br>If you have a body mass index of 30 or more, we cover intensive counseling to help you lose weight. This counseling is covered if you get it in a primary care setting, where it can be coordinated with your comprehensive prevention plan. Talk to your primary care doctor or practitioner to find out more. | There is no coinsurance, copayment, or deductible for preventive obesity screening and therapy. |

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Opioid treatment program services**<br><br>Members of our plan with opioid use disorder (OUD) can receive coverage of services to treat OUD through an Opioid Treatment Program (OTP) which includes the following services:<br><br>• U.S. Food and Drug Administration (FDA)-approved opioid agonist and antagonist medication-assisted treatment (MAT) medications.<br><br>• Dispensing and administration of MAT medications (if applicable)<br><br>• Substance use counseling<br><br>• Individual and group therapy<br><br>• Toxicology testing<br><br>• Intake activities<br><br>• Periodic assessments | $30 copay for each Medicare-covered opioid treatment services.<br>*Prior Authorization may be required.* |
| **Outpatient diagnostic tests and therapeutic services and supplies**<br><br>Covered services include, but are not limited to:<br><br>• X-rays | $20 copay for Medicare-covered X-rays.<br>*Prior Authorization may be required.* |
| • Radiation (radium and isotope) therapy including technician materials and supplies | 20% coinsurance for Medicare-covered therapeutic radiology services.<br>*Prior Authorization may be required.* |
| • Surgical supplies, such as dressings<br>• Splints, casts and other devices used to reduce fractures and dislocations | 20% coinsurance for Medicare-covered medical supplies including casts and splints.<br>*Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 86 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.      Medical Benefits Chart (what is covered and what you pay)

85

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| • Laboratory tests | $0 copay for Medicare-covered laboratory services (e.g., urinalysis). *Prior Authorization may be required.* |
| • Blood - including storage and administration. Coverage of whole blood and packed red cells begins with the first pint of blood that you need. All other components of blood are covered beginning with the first pint used. | $0 copay for Medicare-covered blood services. *Prior Authorization may be required.* |
| • Other outpatient diagnostic tests - Non-radiological diagnostic services (e.g., allergy test or EKG) | $100 copay for Medicare-covered diagnostic procedures and tests (e.g., allergy test or EKG). *Prior Authorization may be required.* |
| • Other outpatient diagnostic tests (includes complex tests such as CT, MRI, MRA, SPECT) - Radiological diagnostic services, not including flat film X-rays | $225 copay for Medicare-covered diagnostic radiology services. *Prior Authorization may be required.* |
| • Spirometry for chronic obstructive pulmonary disease (COPD). Spirometry is a common office test used to check how well your lungs are working once you're being treated for COPD. | $0 copay for Spirometry for members with a diagnosis of COPD. *Prior Authorization may be required.* |

2022 Evidence of Coverage for Wellcare No Premium (HMO)

**Chapter 4.    Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| • DEXA Scan | $0 copay for DEXA Scan. *Prior Authorization may be required.* <br><br><br> If you receive multiple services from the same service category on the same day, you will be responsible to pay the maximum copay amount for that service category at that location. However, if the benefit for one service is a copay and the benefit for another service is a coinsurance, you may be asked to pay both the copay and the coinsurance. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 88 of 253

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.     Medical Benefits Chart (what is covered and what you pay)**

87

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Outpatient hospital observation**<br><br>Observation services are hospital outpatient services given to determine if you need to be admitted as an inpatient or can be discharged.<br><br>For outpatient hospital observation services to be covered, they must meet the Medicare criteria and be considered reasonable and necessary. Observation services are covered only when provided by the order of a physician or another individual authorized by state licensure law and hospital staff bylaws to admit patients to the hospital or order outpatient tests.<br><br>**Note:** Unless the provider has written an order to admit you as an inpatient to the hospital, you are an outpatient and pay the cost-sharing amounts for outpatient hospital services. Even if you stay in the hospital overnight, you might still be considered an "outpatient." If you are not sure if you are an outpatient, you should ask the hospital staff.<br><br>You can also find more information in a Medicare fact sheet called "Are You a Hospital Inpatient or Outpatient? If You Have Medicare – Ask!" This fact sheet is available on the Web at www.medicare.gov/Pubs/pdf/11435-Are-You-an-Inpatient-or-Outpatient.pdf or by calling 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week. | $90 copay for outpatient observation services when you enter observation status through an emergency room.<br>$475 copay for outpatient observation services when you enter observation status through an outpatient facility.<br>Additional costs will apply for Medicare Part B prescription drugs<br>*Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 89 of 253   88
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Outpatient hospital services**<br><br>We cover medically-necessary services you get in the outpatient department of a hospital for diagnosis or treatment of an illness or injury.<br><br>Covered services include, but are not limited to:<br><br>• Services in an emergency department or outpatient clinic, such as observation services or outpatient surgery<br><br>• Laboratory and diagnostic tests billed by the hospital<br><br>• Mental health care, including care in a partial-hospitalization program, if a doctor certifies that inpatient treatment would be required without it<br><br>• X-rays and other radiology services billed by the hospital<br><br>• Medical supplies such as splints and casts<br><br>• Certain drugs and biologicals that you can't give yourself<br><br>**Note:** Unless the provider has written an order to admit you as an inpatient to the hospital, you are an outpatient and pay the cost-sharing amounts for outpatient hospital services. Even if you stay in the hospital overnight, you might still be considered an "outpatient." If you are not sure if you are an outpatient, you should ask the hospital staff.<br><br>You can also find more information in a Medicare fact sheet called "Are You a Hospital Inpatient or Outpatient? If You Have Medicare – Ask!" This fact sheet is available on the Web at www.medicare.gov/Pubs/pdf/11435-Are-You-an-Inpatient-or-Outpatient.pdf or by calling 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week. | You pay the applicable cost-sharing amounts shown in this Medical Benefits Chart for the specific service.<br><br>For Medicare-covered medical supplies, including cast and splints, you pay the applicable cost-sharing amount where the specific service is provided. |
| **Outpatient mental health care**<br><br>Covered services include:<br><br>Mental health services provided by a state-licensed psychiatrist or doctor, clinical psychologist, clinical social worker, clinical nurse specialist, nurse practitioner, physician assistant, or other Medicare-qualified mental health care professional as allowed under applicable state laws. | |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 90 of 253     89
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.    Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| • Services provided by a psychiatrist | $25 copay for each Medicare-covered individual therapy visit with a psychiatrist. *Prior Authorization may be required.*<br><br>$25 copay for each Medicare-covered group therapy visit with a psychiatrist. *Prior Authorization may be required.* |
| • Services provided by other mental health care providers | $25 copay for each Medicare-covered individual therapy visit with other mental health care providers. *Prior Authorization may be required.*<br><br>$25 copay for each Medicare-covered group therapy visit with other mental health care providers. *Prior Authorization may be required.* |
| In addition to the Medicare-covered outpatient mental health benefits, we cover counseling for general topics such as marriage, family, and grief. You may see a Medicare-qualified mental health professional, or access these additional services over the phone and online using Teladoc™, our plan's telehealth provider. Behavioral health visits can be scheduled 7 days a week from 7 am - 9 pm local time. Call Teladoc™ at 1-800-835-2362 TTY:711 | $0 copay for each counseling visit with a Teladoc™ provider.* |
| **Outpatient rehabilitation services**<br>Covered services include: physical therapy, occupational therapy, and speech language therapy.<br>Outpatient rehabilitation services are provided in various outpatient settings, such as hospital outpatient departments, independent therapist offices, and Comprehensive Outpatient Rehabilitation Facilities (CORFs). | |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 91 of 253   90
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.      Medical Benefits Chart (what is covered and what you pay)

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| • Services provided by a physical therapist | $40 copay for each Medicare-covered physical therapy visit. *Prior Authorization may be required.* |
| • Services provided by an occupational therapist | $40 copay for each Medicare-covered occupational therapy visit. *Prior Authorization may be required.* |
| • Services provided by a speech language therapist | $40 copay for each Medicare-covered speech language therapy visit. *Prior Authorization may be required.* |
| **Outpatient substance abuse services**<br>Covered services include:<br>Substance Use Disorder services such as individual and group therapy sessions provided by a doctor, clinical psychologist, clinical social worker, clinical nurse specialist, nurse practitioner, physician assistant, or other Medicare-qualified mental health care professional or program, as allowed under applicable state laws. | $25 copay for each Medicare-covered individual therapy visit. *Prior Authorization may be required.*<br><br>$25 copay for each Medicare-covered group therapy visit. *Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 92 of 253   91
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.      Medical Benefits Chart (what is covered and what you pay)

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Outpatient surgery, including services provided at hospital outpatient facilities and ambulatory surgical centers**<br>**Note:** If you are having surgery in a hospital facility, you should check with your provider about whether you will be an inpatient or outpatient. Unless the provider writes an order to admit you as an inpatient to the hospital, you are an outpatient and pay the cost-sharing amounts for outpatient surgery. Even if you stay in the hospital overnight, you might still be considered an "outpatient." | |
| • Services provided at an outpatient hospital | $225 copay for each Medicare-covered non-surgical visit, including palliative care to an outpatient hospital facility. $475 copay for each Medicare-covered surgical visit to an outpatient hospital facility. *Prior Authorization may be required.* |
| • Services provided at an ambulatory surgical center | $325 copay for each Medicare-covered visit to an ambulatory surgical center. *Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 93 of 253   92
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.       Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Over-the-Counter Items**<br><br>Only you can use your benefit, and the OTC products are intended for your use only. Getting your items is easy:<br><br>Our plan provides a benefit of $70 every three months to spend on plan approved over-the-counter items through CVS. You have the flexibility of purchasing eligible OTC items from the catalog by phone, online, or at participating CVS retail locations with your Member ID Card. You can place an order via the catalog online at www.cvs.com/otchs/wellcare or over the phone by calling 1-866-819-2516 (TTY 711), and we'll deliver your items to your door at no additional cost to you. Please note, the OTC catalog may change every year. Be sure to review the current catalog to see what items are new and to identify any changes to items from last year. There is a limit of 3 mail-orders per quarter. Additional limitations may apply to the quantity of certain items per quarter, noted in the catalog.<br><br>Note: Under certain circumstances diagnostic equipment (such as equipment diagnosing blood pressure, cholesterol, diabetes, colorectal screenings, and HIV) and smoking-cessation aids are covered under the plan's medical benefits. To obtain the items and equipment listed above, you should (when possible) use our plan's other benefits rather than spending your OTC dollar allowance. | $0 copay* |
| **Partial hospitalization services**<br><br>"Partial hospitalization" is a structured program of active psychiatric treatment provided as a hospital outpatient service or by a community mental health center, that is more intense than the care received in your doctor's or therapist's office and is an alternative to inpatient hospitalization. | $55 copay for Medicare-covered partial hospitalization per day. *Prior Authorization may be required.* |
| **Physician/Practitioner services, including doctor's office visits**<br><br>Covered services include:<br><br>• Medically-necessary medical care or surgery services furnished in a physician's office by a primary care provider | $0 copay for each Medicare-covered PCP office visit. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 94 of 253

93
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.       Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| • Medically-necessary medical care or surgery services furnished in a certified ambulatory surgical center, hospital outpatient department, or any other location | See "Outpatient Surgery" earlier in this chart for any applicable cost share amounts for ambulatory surgical center visits or in a hospital outpatient setting. |
| • Consultation, diagnosis, and treatment by a specialist | $30 copay for each Medicare-covered specialist visit. *Prior Authorization may be required.* |
| • Other health care professionals | $0 copay for services received from other healthcare professionals in a PCP's office. $30 copay for services received from other healthcare professionals in all other locations. *Prior Authorization may be required.* |
| • Basic hearing and balance exams performed by your PCP or specialist, if your doctor orders it to see if you need medical treatment | $30 copay for Medicare-covered hearing services. *Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 95 of 253   94
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.    Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| • Certain telehealth services, including: Urgently Needed Services, Home Health Services, Primary Care Physician, Occupational Therapy, Specialist, Individual Sessions for Mental Health, Podiatry Services, Other Health Care Professional, Individual Sessions for Psychiatric, Physical Therapy and Speech-Language Pathology Services, Individual Sessions for Outpatient Substance Abuse, and Diabetes Self-Management Training. <br><br>     ○ You have the option of getting these services through an in-person visit or by telehealth. If you choose to get one of these services by telehealth, you must use a network provider who offers the service by telehealth. <br><br> Our plan offers 24 hours per day, 7 days per week virtual visit access to board certified doctors via Teladoc™ to help address a wide variety of health concerns/questions. Covered services include general medical, behavioral health, dermatology, and more. <br> A virtual visit (also known as a telehealth consult) is a visit with a doctor either over the phone or internet using a smart phone, tablet, or a computer. Certain types of visits may require internet and a camera-enabled device. <br> For more information, or to schedule an appointment, call Teladoc™ at 1-800-835-2362 (TTY: 711) 24 hours a day, 7 days a week. <br><br> • Some telehealth services including consultation, diagnosis, and treatment by a physician or practitioner, for patients in certain rural areas or other places approved by Medicare <br><br> • Telehealth services for monthly end-stage renal disease-related visits for home dialysis members in a hospital-based or critical access hospital-based renal dialysis center, renal dialysis facility, or the member's home <br><br> • Telehealth services to diagnose, evaluate, or treat symptons of a stroke, regardless of your location <br><br> • Telehealth services for members with a substance use disorder or co-occurring mental health disorder, regardless of their location | $0 copay for virtual visit services performed through Teladoc™. <br> Please note: The $0 copay above, only applies when services are received from Teladoc™. If you receive in-person or telemedicine services from a network provider and not the virtual visit vendor, you will pay the cost shares listed for those providers, as outlined within this benefit chart (e.g., if you receive telehealth services from your PCP, you will pay the PCP cost-share). <br><br> *Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 96 of 253   95
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.     Medical Benefits Chart (what is covered and what you pay)

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| <ul><li>Virtual check-ins (for example, by phone or video chat) with your doctor for 5-10 minutes **if**:<ul><li>You're not a new patient **and**</li><li>The check-in isn't related to an office visit in the past 7 days **and**</li><li>The check-in doesn't lead to an office visit within 24 hours or the soonest available appointment</li></ul></li></ul> | You will pay the cost-sharing that applies to specialist services (as described under "Physician/Practitioner Services, Including Doctor's Office Visits" above). |
| <ul><li>Evaluation of video and/or images you send to your doctor, and interpretation and follow-up by your doctor within 24 hours **if**:<ul><li>You're not a new patient **and**</li><li>The evaluation isn't related to an office visit in the past 7 days **and**</li><li>The evaluation doesn't lead to an office visit within 24 hours or the soonest available appointment</li></ul></li></ul> | You will pay the cost-sharing that applies to specialist services (as described under "Physician/Practitioner Services, Including Doctor's Office Visits" above). |
| <ul><li>Consultation your doctor has with other doctors by phone, internet, or electronic health record</li></ul> | You will pay the cost-sharing that applies to specialist services (as described under "Physician/Practitioner Services, Including Doctor's Office Visits" above). |
| <ul><li>Second opinion by another network provider prior to surgery</li></ul> | You will pay the cost-sharing that applies to specialist services (as described under "Physician/Practitioner Services, Including Doctor's Office Visits" above). |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 97 of 253   96
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.      Medical Benefits Chart (what is covered and what you pay)

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| • Non-routine dental care (covered services are limited to surgery of the jaw or related structures, setting fractures of the jaw or facial bones, extraction of teeth to prepare the jaw for radiation treatments of neoplastic cancer disease, or services that would be covered when provided by a physician) | $30 copay for each Medicare-covered dental services. *Prior Authorization may be required.*<br><br>In addition to the cost-shares above, there will be a copay and/or coinsurance for Medically Necessary Medicare-covered Services for Durable Medical Equipment and supplies, prosthetic devices and supplies, outpatient diagnostic tests and therapeutic services, eyeglasses and contacts after cataract surgery, Part D prescription drugs and Medicare Part B prescription drugs, as described in this Benefit Chart. |
| **Podiatry services**<br>Covered services include:<br>• Diagnosis and the medical or surgical treatment of injuries and diseases of the feet (such as hammer toe or heel spurs)<br>• Routine foot care for members with certain medical conditions affecting the lower limbs | $30 copay for Medicare-covered podiatry services. *Prior Authorization may be required.* |
| **Prostate cancer screening exams**<br>For men age 50 and older, covered services include the following - once every 12 months:<br>• Digital rectal exam<br><br><br>• Prostate Specific Antigen (PSA) test | $0 copay for the Medicare-covered annual digital rectal exam.<br><br>There is no coinsurance, copayment, or deductible for an annual PSA test. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 98 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)
97
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Prosthetic devices and related supplies**<br><br>Devices (other than dental) that replace all or part of a body part or function. These include, but are not limited to: colostomy bags and supplies directly related to colostomy care, pacemakers, braces, prosthetic shoes, artificial limbs, and breast prostheses (including a surgical brassiere after a mastectomy). Includes certain supplies related to prosthetic devices, and repair and/or replacement of prosthetic devices. Also includes some coverage following cataract removal or cataract surgery – see "Vision Care" later in this section for more detail. | 20% coinsurance for Medicare-covered prosthetic or orthotics.<br>*Prior Authorization may be required.*<br><br>20% coinsurance for Medicare-covered medical supplies related to prosthetic devices.<br>*Prior Authorization may be required.* |
| **Pulmonary rehabilitation services**<br><br>Comprehensive programs of pulmonary rehabilitation are covered for members who have moderate to very severe chronic obstructive pulmonary disease (COPD) and an order for pulmonary rehabilitation from the doctor treating the chronic respiratory disease. | $30 copay for each Medicare-covered pulmonary rehabilitation services visit.<br>*Prior Authorization may be required.* |
| 🍎 **Screening and counseling to reduce alcohol misuse**<br><br>We cover one alcohol misuse screening for adults with Medicare (including pregnant women) who misuse alcohol, but aren't alcohol dependent.<br><br>If you screen positive for alcohol misuse, you can get up to 4 brief face-to-face counseling sessions per year (if you're competent and alert during counseling) provided by a qualified primary care doctor or practitioner in a primary care setting. | There is no coinsurance, copayment, or deductible for the Medicare-covered screening and counseling to reduce alcohol misuse preventive benefit. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 99 of 253     98
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
|  **Screening for lung cancer with low dose computed tomography (LDCT)**<br><br>For qualified individuals, a LDCT is covered every 12 months.<br><br>**Eligible members are:** people aged 55 – 77 years who have no signs or symptoms of lung cancer, but who have a history of tobacco smoking of at least 30 pack-years and who currently smoke or have quit smoking within the last 15 years, who receive a written order for LDCT during a lung cancer screening counseling and shared decision making visit that meets the Medicare criteria for such visits and be furnished by a physician or qualified non-physician practitioner.<br><br>*For LDCT lung cancer screenings after the initial LDCT screening:* the members must receive a written order for LDCT lung cancer screening, which may be furnished during any appropriate visit with a physician or qualified non-physician practitioner. If a physician or qualified non-physician practitioner elects to provide a lung cancer screening counseling and shared decision making visit for subsequent lung cancer screenings with LDCT, the visit must meet the Medicare criteria for such visits. | There is no coinsurance, copayment, or deductible for the Medicare covered counseling and shared decision making visit or for the LDCT. |
|  **Screening for sexually transmitted infections (STIs) and counseling to prevent STIs**<br><br>We cover sexually transmitted infection (STI) screenings for chlamydia, gonorrhea, syphilis, and Hepatitis B. These screenings are covered for pregnant women and for certain people who are at increased risk for an STI when the tests are ordered by a primary care provider. We cover these tests once every 12 months or at certain times during pregnancy.<br><br>We also cover up to 2 individual 20 to 30 minute, face-to-face high-intensity behavioral counseling sessions each year for sexually active adults at increased risk for STIs. We will only cover these counseling sessions as a preventive service if they are provided by a primary care provider and take place in a primary care setting, such as a doctor's office. | There is no coinsurance, copayment, or deductible for the Medicare-covered screening for STIs and counseling for STIs preventive benefit. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 100 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**
99

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Services to treat kidney disease**<br>Covered services include:<br><br>• Kidney disease education services to teach kidney care and help members make informed decisions about their care. For members with stage IV chronic kidney disease when referred by their doctor, we cover up to six sessions of kidney disease education services per lifetime | 20% coinsurance for Medicare-covered kidney disease education services. |
| • Outpatient dialysis treatments (including dialysis treatments when temporarily out of the service area, as explained in Chapter 3) | 20% coinsurance for Medicare-covered outpatient renal dialysis treatments. |
| • Inpatient dialysis treatments (if you are admitted as an inpatient to a hospital for special care) | See "Inpatient Hospital Care" for cost shares applicable to inpatient dialysis treatments. |
| • Self-dialysis training (includes training for you and anyone helping you with your home dialysis treatments) | 20% coinsurance for Medicare-covered self-dialysis training. |
| • Home dialysis equipment and supplies | 20% coinsurance for Medicare-covered home dialysis equipment.<br>*Prior Authorization may be required.*<br><br>20% coinsurance for Medicare-covered dialysis supplies.<br>*Prior Authorization may be required.* |
| • Certain home support services (such as, when necessary, visits by trained dialysis workers to check on your home dialysis, to help in emergencies, and check your dialysis equipment and water supply) | 20% coinsurance for Medicare-covered home support services. |
| Certain drugs for dialysis are covered under your Medicare Part B drug benefit. For information about coverage for Part B Drugs, please go to the section, "Medicare Part B prescription drugs." | |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 101 of 253
100
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Skilled nursing facility (SNF) care**<br><br>(For a definition of "skilled nursing facility care," see Chapter 12 of this booklet. Skilled nursing facilities are sometimes called "SNFs.")<br><br><br><br>Up to 100 days per benefit period of confinement and skilled care services in SNF or alternate setting are covered services when such services meet the Plan's and Medicare coverage guidelines. No prior hospital stay is required. The 100-day per benefit period includes SNF days received through the Plan, Original Medicare or any other Medicare Advantage Organization during the benefit period.<br><br>Covered services include but are not limited to:<br><br>• Semiprivate room (or a private room if medically necessary)<br><br>• Meals, including special diets<br><br>• Skilled nursing services<br><br>• Physical therapy, occupational therapy, and speech therapy<br><br>• Drugs administered to you as part of your plan of care (This includes substances that are naturally present in the body, such as blood clotting factors.)<br><br>• Blood - including storage and administration. Coverage of whole blood and packed red cells begins with the first pint of blood that you need. All other components of blood are covered beginning with the first pint used.<br><br>• Medical and surgical supplies ordinarily provided by SNFs<br><br>• Laboratory tests ordinarily provided by SNFs<br><br>• X-rays and other radiology services ordinarily provided by SNFs<br><br>• Use of appliances such as wheelchairs ordinarily provided by SNFs<br><br>• Physician/Practitioner services | For Medicare-covered admissions, per benefit period: $0 copay per day, for days 1 to 20 and $184 copay per day, for days 21 to 100 for Medicare-covered skilled nursing facility care.<br>You pay all costs for each day after day 100.<br><br>*Prior Authorization may be required.* |

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| Generally, you will get your SNF care from network facilities. However, under certain conditions listed below, you may be able to pay in-network cost sharing for a facility that isn't a network provider, if the facility accepts our plan's amounts for payment.<br><br>• A nursing home or continuing care retirement community where you were living right before you went to the hospital (as long as it provides skilled nursing facility care)<br><br>• A SNF where your spouse is living at the time you leave the hospital | A benefit period begins the first day you go into a skilled nursing facility. The benefit period ends when you haven't received any skilled care in a SNF for 60 days in a row. If you go into a skilled nursing facility after one benefit period has ended, a new benefit period begins. There is no limit to the number of benefit periods. Cost shares are applied starting on the first day of admission and do not include the day of discharge. |
|  **Smoking and tobacco use cessation (counseling to stop smoking or tobacco use)**<br><br>If you use tobacco, but do not have signs or symptoms of tobacco-related disease: We cover two counseling quit attempts within a 12-month period as a preventive service with no cost to you. Each counseling attempt includes up to four face-to-face visits.<br><br>If you use tobacco and have been diagnosed with a tobacco-related disease or are taking medicine that may be affected by tobacco: We cover cessation counseling services. We cover two counseling quit attempts within a 12-month period, however, you will pay the applicable cost sharing. Each counseling attempt includes up to four face-to-face visits.<br><br>Additional Smoking Cessation:<br><br>Our plan also covers up to 5 additional online and telephonic smoking cessation counseling visits. Visits are available from trained clinicians, which includes guidance on steps of change, planning, counseling and education. This benefit is only available through our telehealth provider Teladoc™. For more information, or to schedule an appointment call Teladoc™ at 1-800-835-2362 (TTY: 711) 24 hours a day, 7 days a week Member Services (phone numbers are printed on the back cover of this booklet) or vist our website at www.wellcare.com/medicare. | There is no coinsurance, copayment, or deductible for the Medicare-covered smoking and tobacco use cessation preventive benefits.<br><br><br><br><br><br>$0 copay for additional smoking cessation sessions.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 103 of 253   102
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.     Medical Benefits Chart (what is covered and what you pay)

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Supervised Exercise Therapy (SET)**<br><br>SET is covered for members who have symptomatic peripheral artery disease (PAD).<br><br>Up to 36 sessions over a 12-week period are covered if the SET program requirements are met.<br><br>The SET program must:<br><br>• Consist of sessions lasting 30-60 minutes, comprising a therapeutic exercise-training program for PAD in patients with claudication<br><br>• Be conducted in a hospital outpatient setting or a physician's office<br><br>• Be delivered by qualified auxiliary personnel necessary to ensure benefits exceed harms, and who are trained in exercise therapy for PAD<br><br>• Be under the direct supervision of a physician, physician assistant, or nurse practitioner/clinical nurse specialist who must be trained in both basic and advanced life support techniques<br><br>SET may be covered beyond 36 sessions over 12 weeks for an additional 36 sessions over an extended period of time if deemed medically necessary by a health care provider. | $30 copay for each Medicare-covered supervised exercise therapy visit.<br>*Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 104 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)                           103
Chapter 4.      Medical Benefits Chart (what is covered and what you pay)

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| **Transportation services (additional routine)**<br><br>Our plan covers non-emergency ground transportation within our service area. This benefit is available to help you obtain medically necessary care and services.<br><br>Trips are limited to 75 miles, one-way, unless approved by the plan. Call at least 72 hours in advance to schedule routine trips, or anytime for urgent trips. Certain locations may be excluded. For more information about plan-approved locations, please call Member Services (phone numbers are printed on the back cover of this booklet).<br>Please note: Medically necessary transportation services must be received from an in-network provider in order to be covered by the plan. Vehicles may transport multiple occupants at the same time and may stop at locations other than the member's destination during the trip. Be sure to reference any special needs or preferences when scheduling your ride. | $0 copay per trip for 12 trips every year.<br>A trip is considered one-way transportation by taxi, van, or rideshare services to a plan approved health-related location.*<br>*Prior Authorization may be required.* |
| **Urgently needed services**<br><br>Urgently needed services are provided to treat a non-emergency, unforeseen medical illness, injury, or condition that requires immediate medical care. Urgently needed services may be furnished by network providers or by out-of-network providers when network providers are temporarily unavailable or inaccessible.<br><br>Cost sharing for necessary urgently needed services furnished out-of-network is the same as for such services furnished in-network.<br><br>Urgently needed services outside the United States are covered. | $25 copay for Medicare-covered urgently needed service visits. You do not pay this amount if you are admitted to the hospital within 24 hours for the same condition.<br><br><br>$90 copay for urgently needed services outside of the United States.*<br>The worldwide urgently needed services visit cost-share is not waived if you are admitted for inpatient hospital care.<br>You are covered for up to $50,000 every year for emergency or urgently needed services outside the United States. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 105 of 253

104
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.     Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| 🍎  **Vision care** | |
| Covered services include: | |
| • Outpatient physician services for the diagnosis and treatment of diseases and injuries of the eye, including treatment for age-related macular degeneration. Original Medicare doesn't cover routine eye exams (eye refractions) for eyeglasses/contacts | $30 copay for all other eye exams to diagnose and treat diseases of the eye. *Prior Authorization may be required.* |
| • For people who are at high risk of glaucoma, we will cover one glaucoma screening each year. People at high risk of glaucoma include: people with a family history of glaucoma, people with diabetes, African-Americans who are age 50 and older and Hispanic Americans who are 65 or older | $0 copay for a Medicare-covered glaucoma screening. |
| • For people with diabetes, screening for diabetic retinopathy is covered once per year | $0 copay for Medicare-covered retinal exam for diabetic members. *Prior Authorization may be required.* |
| • One pair of eyeglasses or contact lenses after each cataract surgery that includes insertion of an intraocular lens (If you have two separate cataract operations, you cannot reserve the benefit after the first surgery and purchase two eyeglasses after the second surgery.)<br>○ Our plan covers:<br>  ■ Eye refractions when provided for the purpose of prescribing Medicare-covered eyewear.<br>  ■ The contact lens fitting fee for Medicare-covered contact lenses. | $0 copay for Medicare-covered eyewear, which, for our plan members, includes:<br>• Eye refractions for the purpose of prescribing Medicare-covered eyewear.<br>• Contact lens fitting for Medicare-covered contact lenses. *Prior Authorization may be required.* |
| In addition, our plan covers the following supplemental (i.e., routine) vision services: | Supplemental (i.e., routine) vision services: |
| • 1 routine eye exam every year. The routine eye exam includes a glaucoma test for people who are at risk for glaucoma and a retinal exam for diabetics. | $0 copay for 1 routine eye exam every year.* *Prior Authorization may be required.* |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 106 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)                                          105
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| • Unlimited pairs of prescription eyewear every year. A maximum benefit of $200 every year for any of the following.<br>  ○ Eyeglasses (frame and lenses) or<br>  ○ Eyeglass lenses only or<br>  ○ Eyeglass frames only or<br>  ○ Contact lenses instead of eyeglasses or<br>  ○ Vision hardware upgrades<br><br>Note: Contact lenses fitting fee is covered by the plan.<br><br>Maximum plan benefit coverage amount of $200 every year applies to the retail cost of frames and/or lenses (including any lens options such as tints and coating).<br>Medicare-covered eyewear is not included in the supplemental (i.e., routine) benefit maximum.<br><br>Note: You are responsible for any costs above the $200 maximum for supplemental (i.e., routine) eyewear.*<br>Note: Supplemental (i.e., routine) vision services must be received from a participating provider in order to be covered by the plan. Members cannot use their supplemental eyewear benefit to increase their coverage on Medicare-covered eyewear.<br><br>For questions on how to find a provider or for more information call our Member Services (phone numbers are printed on the back cover of this booklet). | $0 copay for eyewear.*<br>*Prior Authorization may be required.* |
|  **"Welcome to Medicare" preventive visit**<br><br>The plan covers the one-time "Welcome to Medicare" preventive visit. The visit includes a review of your health, as well as education and counseling about the preventive services you need (including certain screenings and shots), and referrals for other care if needed.<br><br>**Important:** We cover the "Welcome to Medicare" preventive visit only within the first 12 months you have Medicare Part B. When you make your appointment, let your doctor's office know you would like to schedule your "Welcome to Medicare" preventive visit. | There is no coinsurance, copayment, or deductible for the "Welcome to Medicare" preventive visit. |

| Services that are covered for you | What you must pay when you get these services |
|---|---|
| • Medicare-covered EKG following Welcome Visit Preventive Services | $100 copay for each Medicare-covered EKG following Welcome Visit Preventive Services. |

## SECTION 3          What services are not covered by the plan?

### Section 3.1          Services we do *not* cover (exclusions)

This section tells you what services are "excluded" from Medicare coverage and therefore, are not covered by this plan.  If a service is "excluded," it means that this plan doesn't cover the service.

The chart below lists services and items that either are not covered under any condition or are covered only under specific conditions.

If you get services that are excluded (not covered), you must pay for them yourself. We won't pay for the excluded medical services listed in the chart below except under the specific conditions listed. The only exception: we will pay if a service in the chart below is found upon appeal to be a medical service that we should have paid for or covered because of your specific situation. (For information about appealing a decision we have made to not cover a medical service, go to Chapter 9, Section 5.3 in this booklet.)

All exclusions or limitations on services are described in the Benefits Chart or in the chart below.

Even if you receive the excluded services at an emergency facility, the excluded services are still not covered and our plan will not pay for them.

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Acupuncture | | √  Covered for chronic low back pain |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 108 of 253

107
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 4.     Medical Benefits Chart (what is covered and what you pay)

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Cosmetic surgery or procedures | | √<br><br>Covered in cases of an accidental injury or for improvement of the functioning of a malformed body member.<br><br>Covered for all stages of reconstruction for a breast after a mastectomy, as well as for the unaffected breast to produce a symmetrical appearance. |
| Custodial care is care provided in a nursing home, hospice, or other facility setting when you do not require skilled medical care or skilled nursing care.<br><br>Custodial care is personal care that does not require the continuing attention of trained medical or paramedical personnel, such as care that helps you with activities of daily living, such as bathing or dressing. | √ | |

2022 Evidence of Coverage for Wellcare No Premium (HMO)

**Chapter 4.     Medical Benefits Chart (what is covered and what you pay)**

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Experimental medical and surgical procedures, equipment and medications.<br><br>Experimental procedures and items are those items and procedures determined by our plan and Original Medicare to not be generally accepted by the medical community. | | √<br><br>May be covered by Original Medicare under a Medicare-approved clinical research study or by our plan.<br><br>(See Chapter 3, Section 5 for more information on clinical research studies.) |
| Fees charged for care by your immediate relatives or members of your household. | √ | |
| Full-time nursing care in your home. | √ | |
| Home-delivered meals | | √ |
| Homemaker services include basic household assistance, including light housekeeping or light meal preparation. | √ | |
| Naturopath services (uses natural or alternative treatments). | √ | |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 110 of 253   109
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 4.      Medical Benefits Chart (what is covered and what you pay)**

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Orthopedic shoes | | √  If shoes are part of a leg brace and are included in the cost of the brace, or the shoes are for a person with diabetic foot disease. |
| Personal items in your room at a hospital or a skilled nursing facility, such as a telephone or a television. | √ | |
| Private room in a hospital. | | √  Covered only when medically necessary. |
| Radial keratotomy, LASIK surgery, and other low vision aids. | √ | |
| Reversal of sterilization procedures and or non-prescription contraceptive supplies. | √ | |
| Routine foot care | | √  Some limited coverage provided according to Medicare guidelines, e.g., if you have diabetes. |

2022 Evidence of Coverage for Wellcare No Premium (HMO)

**Chapter 4.    Medical Benefits Chart (what is covered and what you pay)**

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Services considered not reasonable and necessary, according to the standards of Original Medicare | √ | |
| Supportive devices for the feet | | √<br><br>Orthopedic or therapeutic shoes for people with diabetic foot disease. |

# CHAPTER 5

*Using the plan's coverage for your Part D prescription drugs*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 113 of 253   112
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 5.     Using the plan's coverage for your Part D prescription drugs**

# Chapter 5.   Using the plan's coverage for your Part D prescription drugs

**SECTION 1      Introduction** ................................................................................**114**

Section 1.1    This chapter describes your coverage for Part D drugs ................................... 114

Section 1.2    Basic rules for the plan's Part D drug coverage ............................................ 114

**SECTION 2      Fill your prescription at a network pharmacy or through the plan's mail
                order service** ..............................................................................**115**

Section 2.1    To have your prescription covered, use a network pharmacy ......................... 115

Section 2.2    Finding network pharmacies ....................................................................... 115

Section 2.3    Using the plan's mail order services ............................................................ 116

Section 2.4    How can you get a long-term supply of drugs? ............................................ 118

Section 2.5    When can you use a pharmacy that is not in the plan's network? ................... 119

**SECTION 3      Your drugs need to be on the plan's "Drug List"** ........................**120**

Section 3.1    The "Drug List" tells which Part D drugs are covered ................................. 120

Section 3.2    There are six "cost-sharing tiers" for drugs on the Drug List ...................... 121

Section 3.3    How can you find out if a specific drug is on the Drug List? ....................... 121

**SECTION 4      There are restrictions on coverage for some drugs**....................**122**

Section 4.1    Why do some drugs have restrictions? ......................................................... 122

Section 4.2    What kinds of restrictions? ........................................................................ 122

Section 4.3    Do any of these restrictions apply to your drugs? ........................................ 123

**SECTION 5      What if one of your drugs is not covered in the way you'd like it to be
                covered?** ..................................................................................**123**

Section 5.1    There are things you can do if your drug is not covered in the way you'd like it to be
               covered ................................................................................................... 123

Section 5.2    What can you do if your drug is not on the Drug List or if the drug is restricted in
               some way? ............................................................................................... 124

Section 5.3    What can you do if your drug is in a cost-sharing tier you think is too high? ............... 126

**SECTION 6      What if your coverage changes for one of your drugs?** .............**126**

Section 6.1    The Drug List can change during the year ................................................... 126

Section 6.2    What happens if coverage changes for a drug you are taking? ....................... 127

**SECTION 7      What types of drugs are *not* covered by the plan?** ......................**128**

Section 7.1    Types of drugs we do not cover .................................................................. 128

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 114 of 253   113
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 5.     Using the plan's coverage for your Part D prescription drugs

**SECTION 8       Show your plan membership card when you fill a prescription** ................**130**

Section 8.1      Show your membership card ........................................................... 130

Section 8.2      What if you don't have your membership card with you? ............................... 130

**SECTION 9       Part D drug coverage in special situations** ................................... **130**

Section 9.1      What if you're in a hospital or a skilled nursing facility for a stay that is covered by
                 the plan? ........................................................................ 130

Section 9.2      What if you're a resident in a long-term care (LTC) facility? ........................ 130

Section 9.3      What if you're also getting drug coverage from an employer or retiree group plan? ..... 131

Section 9.4      What if you're in Medicare-certified hospice? ...................................... 132

**SECTION 10      Programs on drug safety and managing medications** ................................ **132**

Section 10.1     Programs to help members use drugs safely ......................................... 132

Section 10.2     Drug Management Program (DMP) to help members safely use their opioid
                 medications ...................................................................... 133

Section 10.3     Medication Therapy Management (MTM) program to help members manage their
                 medications ...................................................................... 133

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 115 of 253   114
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 5.      Using the plan's coverage for your Part D prescription drugs**

 **Did you know there are programs to help people pay for their drugs?**

The "Extra Help" program helps people with limited resources pay for their drugs. For more information, see Chapter 2, Section 7.

**Are you currently getting help to pay for your drugs?**

If you are in a program that helps pay for your drugs, **some information in this** *Evidence of Coverage* **about the costs for Part D prescription drugs may not apply to you.** We sent you a separate insert, called the "Evidence of Coverage Rider for People Who Get Extra Help Paying for Prescription Drugs" (also known as the "Low Income Subsidy Rider" or the "LIS Rider"), which tells you about your drug coverage. If you don't have this insert, please call Member Services and ask for the "LIS Rider." (Phone numbers for Member Services are printed on the back cover of this booklet.)

| SECTION 1 | Introduction |
|---|---|

| Section 1.1 | This chapter describes your coverage for Part D drugs |
|---|---|

This chapter **explains rules for using your coverage for Part D drugs**. The next chapter tells what you pay for Part D drugs (Chapter 6, *What you pay for your Part D prescription drugs*).

In addition to your coverage for Part D drugs, our plan also covers some drugs under the plan's medical benefits. Through its coverage of Medicare Part A benefits, our plan generally covers drugs you are given during covered stays in the hospital or in a skilled nursing facility. Through its coverage of Medicare Part B benefits, our plan covers drugs including certain chemotherapy drugs, certain drug injections you are given during an office visit, and drugs you are given at a dialysis facility. Chapter 4 (*Medical Benefits Chart, what is covered and what you pay*) tells about the benefits and costs for drugs during a covered hospital or skilled nursing facility stay, as well as your benefits and costs for Part B drugs.

Your drugs may be covered by Original Medicare if you are in Medicare hospice. Our plan only covers Medicare Parts A, B, and D services and drugs that are unrelated to your terminal prognosis and related conditions and therefore not covered under the Medicare hospice benefit. For more information, please see Section 9.4 (*What if you're in Medicare-certified hospice*). For information on hospice coverage, see the hospice section of Chapter 4 (*Medical Benefits Chart, what is covered and what you pay*).

The following sections discuss coverage of your drugs under the plan's Part D benefit rules. Section 9, *Part D drug coverage in special situations* includes more information on your Part D coverage and Original Medicare.

| Section 1.2 | Basic rules for the plan's Part D drug coverage |
|---|---|

The plan will generally cover your drugs as long as you follow these basic rules:

- You must have a provider (a doctor, dentist or other prescriber) write your prescription.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 116 of 253   115
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 5.      Using the plan's coverage for your Part D prescription drugs

- Your prescriber must either accept Medicare or file documentation with CMS showing that he or she is qualified to write prescriptions, or your Part D claim will be denied. You should ask your prescribers the next time you call or visit if they meet this condition. If not, please be aware it takes time for your prescriber to submit the necessary paperwork to be processed.

- You generally must use a network pharmacy to fill your prescription. (See Section 2, *Fill your prescriptions at a network pharmacy or through the plan's mail order service*.)

- Your drug must be on the plan's *List of Covered Drugs (Formulary)* (we call it the "Drug List" for short). (See Section 3, *Your drugs need to be on the plan's "Drug List."*)

- Your drug must be used for a medically accepted indication. A "medically accepted indication" is a use of the drug that is either approved by the Food and Drug Administration or supported by certain reference books. (See Section 3 for more information about a medically accepted indication.)

## SECTION 2        Fill your prescription at a network pharmacy or through the plan's mail order service

### Section 2.1        To have your prescription covered, use a network pharmacy

In most cases, your prescriptions are covered *only* if they are filled at the plan's network pharmacies. (See Section 2.5 for information about when we would cover prescriptions filled at out-of-network pharmacies.)

A network pharmacy is a pharmacy that has a contract with the plan to provide your covered prescription drugs. The term "covered drugs" means all of the Part D prescription drugs that are covered on the plan's Drug List.

Our network includes pharmacies that offer standard cost sharing and pharmacies that offer preferred cost sharing. You may go to either type of network pharmacy to receive your covered prescription drugs. Your cost sharing may be less at pharmacies with preferred cost sharing.

### Section 2.2        Finding network pharmacies

#### How do you find a network pharmacy in your area?

To find a network pharmacy, you can look in your *Provider & Pharmacy Directory*, visit our website (www.wellcare.com/medicare), or call Member Services (phone numbers are printed on the back cover of this booklet).

You may go to any of our network pharmacies. However, your costs may be even less for your covered drugs if you use a network pharmacy that offers preferred cost-sharing rather than a network pharmacy that offers standard cost-sharing. The *Provider & Pharmacy Directory* will tell you which of the network pharmacies offer preferred cost-sharing. You can find out more about how your out-of-pocket costs could be different for different drugs by contacting us. If you switch from one network pharmacy to another, and you need a refill of a drug you have been taking, you can ask either to have a new prescription written by a

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 117 of 253   116
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 5.      Using the plan's coverage for your Part D prescription drugs

provider or to have your prescription transferred to your new network pharmacy.

## What if the pharmacy you have been using leaves the network?

If the pharmacy you have been using leaves the plan's network, you will have to find a new pharmacy that is in the network. Or if the pharmacy you have been using stays within the network but is no longer offering preferred cost-sharing, you may want to switch to a different pharmacy. To find another network pharmacy in your area, you can get help from Member Services (phone numbers are printed on the back cover of this booklet) or use the *Provider & Pharmacy Directory*. You can also find information on our website at www.wellcare.com/medicare.

## What if you need a specialized pharmacy?

Sometimes prescriptions must be filled at a specialized pharmacy. Specialized pharmacies include:

- Pharmacies that supply drugs for home infusion therapy.

- Pharmacies that supply drugs for residents of a long-term care (LTC) facility. Usually, a LTC facility (such as a nursing home) has its own pharmacy. If you are in an LTC facility, we must ensure that you are able to routinely receive your Part D benefits through our network of LTC pharmacies, which is typically the pharmacy that the LTC facility uses.  If you have any difficulty accessing your Part D benefits in an LTC facility, please contact Member Services.

- Pharmacies that serve the Indian Health Service / Tribal / Urban Indian Health Program (not available in Puerto Rico). Except in emergencies, only Native Americans or Alaska Natives have access to these pharmacies in our network.

- Pharmacies that dispense drugs that are restricted by the FDA to certain locations or that require special handling, provider coordination, or education on their use. (*Note:* This scenario should happen rarely.)

To locate a specialized pharmacy, look in your *Provider & Pharmacy Directory* or call Member Services (phone numbers are printed on the back cover of this booklet).

---

| Section 2.3 | Using the plan's mail order services |
|---|---|

For certain kinds of drugs, you can use the plan's network mail order services. Generally, the drugs provided through mail order are drugs that you take on a regular basis, for a chronic or long-term medical condition. The drugs that are not available through the plan's mail order service are marked as "NM" in our Drug List.

Our plan's mail order service allows you to order **up to a 90-day supply.**

To get order forms and information about filling your prescriptions by mail:

1. Call our Mail Order Service Member Services at 1-866-808-7471 (TTY: 711) 24 hours a day, 7 days a week. Or, log on to mailRX.wellcare.com.

2. Complete the Mail order Form.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 118 of 253   117
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 5.     Using the plan's coverage for your Part D prescription drugs

3. New prescriptions must be mailed with the enrollment form. Providers may fax new prescriptions to mail order  at 1-866-892-8194.

4. Most orders are shipped by the U.S. Postal Service. Controlled substances may require an adult signature upon receipt. Packaging does not show any indication that medications are enclosed. If you prefer different shipping arrangements for privacy or other reasons, please contact our mail order service Member Services at the phone number listed above.

5. Please allow up to 10-14 calendar days for delivery. The 10-14 calendar days begins when we receive your prescription and order form.

6. Include payment or payment information, if applicable, to avoid any delays.

7. We accept checks, credit cards and debit cards. Please do not send cash.

8. All non-member initiated prescriptions will require the pharmacy to contact you for consent.

If you use a mail order service pharmacy not in the plan's network, your prescription will not be covered.

Usually a mail order pharmacy order will get to you in no more than 14 days. However, sometimes your mail order prescription may be delayed. For long-term medications that you need right away, ask your doctor for two prescriptions: one for a 30 day supply to fill at a participating retail pharmacy, and one for a long-term supply to fill through the mail. If you have any problem with getting your 30 day supply filled at a participating retail pharmacy when your mail order prescription is delayed, please have your retail pharmacy call our Provider Service Center at 1-866-800-6111 (TTY 1-888-816-5252), 24 hours a day, 7 days a week for assistance. Members can call mail order Member Services at 1-866-808-7471 (TTY: 711), 24 hours a day, 7 days a week. Or, log on to mailRX.wellcare.com.

**New prescriptions the pharmacy receives directly from your doctor's office.**
The pharmacy will automatically fill and deliver new prescriptions it receives from health care providers, without checking with you first, if either:

• You used mail order services with this plan in the past, or

• You sign up for automatic delivery of all new prescriptions received directly from health care providers. You may request automatic delivery of all new prescriptions now or at any time by contacting mail order Member Services at 1-866-808-7471, (TTY:711), 24 hours a day, 7 days a week. Or, log on to mailRX.wellcare.com.

If you receive a prescription automatically by mail that you do not want, and you were not contacted to see if you wanted it before it shipped, you may be eligible for a refund. If you used mail order in the past and do not want the pharmacy to automatically fill and ship each new prescription, please contact us by contacting mail order Member Services at 1-866-808-7471, (TTY:711), 24 hours a day, 7 days a week. Or, log on to mailRX.wellcare.com.

If you have never used our mail order delivery and/or decide to stop automatic fills of new prescriptions, the pharmacy will contact you each time it gets a new prescription from a health care provider to see if you want the medication filled and shipped immediately. This will give you an opportunity to make sure that the pharmacy is delivering the correct drug (including strength, amount,

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 119 of 253   118
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 5.     Using the plan's coverage for your Part D prescription drugs

and form) and, if necessary, allow you to cancel or delay the order before you are billed and it is shipped. It is important that you respond each time you are contacted by the pharmacy, to let them know what to do with the new prescription and to prevent any delays in shipping.

To opt out of automatic deliveries of new prescriptions received directly from your health care provider's office, please contact us by contacting mail order Member Services at 1-866-808-7471, (TTY:711), 24 hours a day, 7 days a week. Or, log on to mailRX.wellcare.com.

**Refills on mail order prescriptions.** For refills of your drugs, you have the option to sign up for an automatic refill program. Under this program we will start to process your next refill automatically when our records show you should be close to running out of your drug. The pharmacy will contact you prior to shipping each refill to make sure you are in need of more medication, and you can cancel scheduled refills if you have enough of your medication or if your medication has changed. If you choose not to use our auto refill program, please contact your pharmacy 10-14 days before you think the drugs you have on hand will run out to make sure your next order is shipped to you in time.

To opt out of our program that automatically prepares mail order refills, please contact us by calling your mail order pharmacy:

- **CVS Caremark: 1-866-808-7471 (TTY users can call 711).**

So the pharmacy can reach you to confirm your order before shipping, please make sure to let the pharmacy know the best ways to contact you.  You should verify your contact information each time you place an order, at the time you enroll in the automatic refill program or if your contact information changes.

## Section 2.4     How can you get a long-term supply of drugs?

When you get a long-term supply of drugs, your cost sharing may be lower. The plan offers two ways to get a long-term supply (also called an "extended supply") of "maintenance" drugs on our plan's Drug List. (Maintenance drugs are drugs that you take on a regular basis, for a chronic or long-term medical condition.) You may order this supply through mail order (see Section 2.3) or you may go to a retail pharmacy.

1. **Some retail pharmacies** in our network allow you to get a long-term supply of maintenance drugs. Your *Provider & Pharmacy Directory* tells you which pharmacies in our network can give you a long-term supply of maintenance drugs. You can also call Member Services for more information (phone numbers are printed on the back cover of this booklet).

2. For certain kinds of drugs, you can use the plan's network **mail order services.** The drugs that are *not* available through the plan's mail order service are marked as "**NM**" in our Drug List. Our plan's mail order service allows you to order up to a 90-day supply. See Section 2.3 for more information about using our Mail Order services.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 120 of 253

119

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 5.      Using the plan's coverage for your Part D prescription drugs**

| Section 2.5      When can you use a pharmacy that is not in the plan's network? |
| --- |

## Your prescription may be covered in certain situations

Generally, we cover drugs filled at an out-of-network pharmacy *only* when you are not able to use a network pharmacy. To help you, we have network pharmacies outside of our service area where you can get your prescriptions filled as a member of our plan. If you cannot use a network pharmacy, here are the circumstances when we would cover prescriptions filled at an out-of-network pharmacy:

- **Travel:** Getting coverage when you travel or are away from the plan's service area.

If you take a prescription drug on a regular basis and you are going on a trip, be sure to check your supply of the drug before you leave. When possible, take along all the medication you will need. You may be able to order your prescription drugs ahead of time through a mail order pharmacy.

If you are traveling within the United States and territories and become ill, or lose or run out of your prescription drugs, we will cover prescriptions that are filled at an out-of-network pharmacy. In this situation, you will have to pay the full cost (rather than paying just your co-payment or coinsurance) when you fill your prescription. You can ask us to reimburse you for our share of the cost by submitting a reimbursement form. If you go to an out-of-network pharmacy, you may be responsible for paying the difference between what we would pay for a prescription filled at an in-network pharmacy and what the out-of-network pharmacy charged for your prescription. To learn how to submit a reimbursement claim, please refer to Chapter 7, Section 2.1, How and where to send us your request for payment.

You can also call Member Services to find out if there is a network pharmacy in the area where you are traveling.

We cannot pay for any prescriptions that are filled by pharmacies outside of the United States and territories, even for a medical emergency.

- **Medical Emergency:** What if I need a prescription because of a medical emergency or because I needed urgent care?

We will cover prescriptions that are filled at an out-of-network pharmacy if the prescriptions are related to care for a medical emergency or urgent care. In this situation, you will have to pay the full cost (rather than paying just your co-payment or coinsurance) when you fill your prescription. You can ask us to reimburse you for our share of the cost by submitting a reimbursement form. If you go to an out-of-network pharmacy, you may be responsible for paying the difference between what we would pay for a prescription filled at an in-network pharmacy and what the out-of-network pharmacy charged for your prescription. To learn how to submit a reimbursement claim, please refer to Chapter 7, Section 2.1, How and where to send us your request for payment.

- **Additional Situations:** Other times you can get your prescription covered if you go to an out-of-network pharmacy.

We will cover your prescription at an out-of-network pharmacy if at least one of the following applies:

- If you are unable to obtain a covered drug in a timely manner within our service area because

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 121 of 253   120
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 5.   Using the plan's coverage for your Part D prescription drugs

there is no network pharmacy, within a reasonable driving distance, that provides 24-hour service.

- If you are trying to fill a prescription drug that is not regularly stocked at an accessible network retail or mail order pharmacy (including high-cost and unique drugs).

- If you are getting a vaccine that is medically necessary but not covered by Medicare Part B and some covered drugs that are administered in your doctor's office.

For all of the above-listed situations, you may receive up to a 30-day supply of prescription drugs. In addition, you will likely have to pay the out-of-network pharmacy's charge for the drug and submit documentation to receive reimbursement from our plan. Please be sure to include an explanation of the situation concerning why you used a pharmacy outside of our network. This will help with the processing of your reimbursement request.

In these situations, **please check first with Member Services** to see if there is a network pharmacy nearby. (Phone numbers for Member Services are printed on the back cover of this booklet.) You may be required to pay the difference between what you pay for the drug at the out-of-network pharmacy and the cost that we would cover at an in-network pharmacy.

## How do you ask for reimbursement from the plan?

If you must use an out-of-network pharmacy, you will generally have to pay the full cost (rather than your normal share of the cost) at the time you fill your prescription. You can ask us to reimburse you for our share of the cost. (Chapter 7, Section 2.1 explains how to ask the plan to pay you back.)

| SECTION 3 | Your drugs need to be on the plan's "Drug List" |
| --- | --- |

| Section 3.1 | The "Drug List" tells which Part D drugs are covered |
| --- | --- |

The plan has a "*List of Covered Drugs (Formulary)*." In this *Evidence of Coverage*, **we call it the "Drug List" for short.**

The drugs on this list are selected by the plan with the help of a team of doctors and pharmacists. The list must meet requirements set by Medicare. Medicare has approved the plan's Drug List.

The drugs on the Drug List are only those covered under Medicare Part D (earlier in this chapter, Section 1.1 explains about Part D drugs).

We will generally cover a drug on the plan's Drug List as long as you follow the other coverage rules explained in this chapter and the use of the drug is a medically accepted indication. A "medically accepted indication" is a use of the drug that is *either*:

- approved by the Food and Drug Administration. (That is, the Food and Drug Administration has approved the drug for the diagnosis or condition for which it is being prescribed.)

- -- *or* -- supported by certain references, such as the American Hospital Formulary Service Drug Information and the DRUGDEX Information System.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 122 of 253   121
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 5.     Using the plan's coverage for your Part D prescription drugs**

**The Drug List includes both brand name and generic drugs**

A generic drug is a prescription drug that has the same active ingredients as the brand name drug. Generally, it works just as well as the brand name drug and usually costs less. There are generic drug substitutes available for many brand name drugs.

**What is *not* on the Drug List?**

The plan does not cover all prescription drugs.

- In some cases, the law does not allow any Medicare plan to cover certain types of drugs (for more information about this, see Section 7.1 in this chapter).

- In other cases, we have decided not to include a particular drug on the Drug List.

| Section 3.2 | There are six "cost-sharing tiers" for drugs on the Drug List |
|---|---|

Every drug on the plan's Drug List is in one of six cost-sharing tiers. In general, the higher the cost-sharing tier, the higher your cost for the drug:

- Tier 1 (Preferred Generic Drugs) includes preferred generic drugs and may include some brand drugs.

- Tier 2 (Generic Drugs) includes generic drugs and may include some brand drugs.

- Tier 3 (Preferred Brand Drugs) includes preferred brand drugs and may include some generic drugs.

- Tier 4 (Non-Preferred Drugs) includes non-preferred brand and non-preferred generic drugs.

- Tier 5 (Specialty Tier) includes high cost brand and generic drugs. Drugs in this tier are not eligible for exceptions for payment at a lower tier. This is the highest cost-sharing tier.

- Tier 6 (Select Care Drugs) includes some generic and brand drugs commonly used to treat specific chronic conditions or to prevent disease (vaccines). This is the lowest cost-sharing tier.

To find out which cost-sharing tier your drug is in, look it up in the plan's Drug List.

The amount you pay for drugs in each cost-sharing tier is shown in Chapter 6 (*What you pay for your Part D prescription drugs*).

| Section 3.3 | How can you find out if a specific drug is on the Drug List? |
|---|---|

You have three ways to find out:

1. Check the most recent Drug List we provided electronically.

2. Visit the plan's website (www.wellcare.com/medicare). The Drug List on the website is always the most current.

3. Call Member Services to find out if a particular drug is on the plan's Drug List or to ask for a copy of

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 123 of 253   122
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 5.     Using the plan's coverage for your Part D prescription drugs**

the list. (Phone numbers for Member Services are printed on the back cover of this booklet.)

| SECTION 4 | There are restrictions on coverage for some drugs |
|---|---|

| Section 4.1 | Why do some drugs have restrictions? |
|---|---|

For certain prescription drugs, special rules restrict how and when the plan covers them. A team of doctors and pharmacists developed these rules to help our members use drugs in the most effective ways. These special rules also help control overall drug costs, which keeps your drug coverage more affordable.

In general, our rules encourage you to get a drug that works for your medical condition and is safe and effective. Whenever a safe, lower-cost drug will work just as well medically as a higher-cost drug, the plan's rules are designed to encourage you and your provider to use that lower-cost option. We also need to comply with Medicare's rules and regulations for drug coverage and cost sharing.

**If there is a restriction for your drug, it usually means that you or your provider will have to take extra steps in order for us to cover the drug.** If you want us to waive the restriction for you, you will need to use the coverage decision process and ask us to make an exception. We may or may not agree to waive the restriction for you. (See Chapter 9, Section 6.2 for information about asking for exceptions.)

Please note that sometimes a drug may appear more than once in our drug list. This is because different restrictions or cost sharing may apply based on factors such as the strength, amount, or form of the drug prescribed by your health care provider (for instance, 10 mg versus 100 mg; one per day versus two per day; tablet versus liquid).

| Section 4.2 | What kinds of restrictions? |
|---|---|

Our plan uses different types of restrictions to help our members use drugs in the most effective ways. The sections below tell you more about the types of restrictions we use for certain drugs.

**Restricting brand name drugs when a generic version is available**

Generally, a "generic" drug works the same as a brand name drug and usually costs less. **In most cases, when a generic version of a brand name drug is available, our network pharmacies will provide you the generic version.** We usually will not cover the brand name drug when a generic version is available. However, if your provider  has told us the medical reason that neither the generic drug nor other covered drugs that treat the same condition will work for you, then we will cover the brand name drug. (Your share of the cost may be greater for the brand name drug than for the generic drug.)

**Getting plan approval in advance**

For certain drugs, you or your provider need to get approval from the plan before we will agree to cover the drug for you. This is called "**prior authorization**." Sometimes the requirement for getting approval in advance helps guide appropriate use of certain drugs. If you do not get this approval, your drug might not be covered by the plan.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 124 of 253                123
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 5.    Using the plan's coverage for your Part D prescription drugs**

### Trying a different drug first

This requirement encourages you to try less costly but usually just as effective drugs before the plan covers another drug. For example, if Drug A and Drug B treat the same medical condition, the plan may require you to try Drug A first. If Drug A does not work for you, the plan will then cover Drug B. This requirement to try a different drug first is called **"step therapy."**

### Quantity limits

For certain drugs, we limit the amount of the drug that you can have by limiting how much of a drug you can get each time you fill your prescription. For example, if it is normally considered safe to take only one pill per day for a certain drug, we may limit coverage for your prescription to no more than one pill per day.

| Section 4.3 | Do any of these restrictions apply to your drugs? |
| --- | --- |

The plan's Drug List includes information about the restrictions described above. To find out if any of these restrictions apply to a drug you take or want to take, check the Drug List. For the most up-to-date information, call Member Services (phone numbers are printed on the back cover of this booklet) or check our website (www.wellcare.com/medicare).

**If there is a restriction for your drug, it usually means that you or your provider will have to take extra steps in order for us to cover the drug.** If there is a restriction on the drug you want to take, you should contact Member Services to learn what you or your provider would need to do to get coverage for the drug. If you want us to waive the restriction for you, you will need to use the coverage decision process and ask us to make an exception. We may or may not agree to waive the restriction for you. (See Chapter 9, Section 6.2 for information about asking for exceptions.)

| SECTION 5 | What if one of your drugs is not covered in the way you'd like it to be covered? |
| --- | --- |

| Section 5.1 | There are things you can do if your drug is not covered in the way you'd like it to be covered |
| --- | --- |

We hope that your drug coverage will work well for you. But it's possible that there could be a prescription drug you are currently taking, or one that you and your provider think you should be taking that is not on our formulary or is on our formulary with restrictions. For example:

- The drug might not be covered at all. Or maybe a generic version of the drug is covered but the brand name version you want to take is not covered.

- The drug is covered, but there are extra rules or restrictions on coverage for that drug. As explained in Section 4, some of the drugs covered by the plan have extra rules to restrict their use. For example, you might be required to try a different drug first, to see if it will work, before the drug you want to take will be covered for you. Or there might be limits on what amount of the drug (number of pills, etc.) is covered during a particular time period. In some cases, you may want us to

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 125 of 253
124
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 5.     Using the plan's coverage for your Part D prescription drugs

waive the restriction for you.

- The drug is covered, but it is in a cost-sharing tier that makes your cost sharing more expensive than you think it should be. The plan puts each covered drug into one of six different cost-sharing tiers. How much you pay for your prescription depends in part on which cost-sharing tier your drug is in.

There are things you can do if your drug is not covered in the way that you'd like it to be covered. Your options depend on what type of problem you have:

- If your drug is not on the Drug List or if your drug is restricted, go to Section 5.2 to learn what you can do.

- If your drug is in a cost-sharing tier that makes your cost more expensive than you think it should be, go to Section 5.3 to learn what you can do.

---

| Section 5.2 | What can you do if your drug is not on the Drug List or if the drug is restricted in some way? |
|---|---|

If your drug is not on the Drug List or is restricted, here are things you can do:

- You may be able to get a temporary supply of the drug (only members in certain situations can get a temporary supply). This will give you and your provider time to change to another drug or to file a request to have the drug covered.

- You can change to another drug.

- You can request an exception and ask the plan to cover the drug or remove restrictions from the drug.

### You may be able to get a temporary supply

Under certain circumstances, the plan must offer a temporary supply of a drug to you when your drug is not on the Drug List or when it is restricted in some way. Doing this gives you time to talk with your provider about the change in coverage and figure out what to do.

To be eligible for a temporary supply, you must meet the two requirements below:

1. **The change to your drug coverage must be one of the following types of changes:**

   - The drug you have been taking is **no longer on the plan's Drug List**.

   - or -- the drug you have been taking is **now restricted in some way** (Section 4 in this chapter tells about restrictions).

2. **You must be in one of the situations described below:**

   - **For those members who are new or who were in the plan last year:**

     We will cover a temporary supply of your drug **during the first 90 days of your membership in the plan if you were new and during the first 90 days of the calendar year if you were in the plan last year.** This temporary supply will be for a maximum of a 30-day supply at a retail

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 126 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)                                                    125
**Chapter 5.      Using the plan's coverage for your Part D prescription drugs**

pharmacy, or a 31-day supply at a long term care pharmacy. If your prescription is written for fewer days, we will allow multiple fills to provide up to a maximum of a 30-day supply at a retail pharmacy, or a 31-day supply at a long term care pharmacy of medication. The prescription must be filled at a network pharmacy. (Please note that the long-term care pharmacy may provide the drug in smaller amounts at a time to prevent waste.)

- **For those members who have been in the plan for more than 90 days and reside in a long-term care (LTC) facility and need a supply right away:**

  We will cover one 31-day supply of a particular drug, or less if your prescription is written for fewer days. This is in addition to the above temporary supply situation.

- **For current members of the plan who are moving from a long-term care (LTC) facility or a hospital stay to home and need a temporary supply right away:**

  We will cover one 30-day supply, or less if your prescription is written for fewer days (in which case we will allow multiple fills to provide up to a total of a 30-day supply of medication).

- **For current members of the plan who are moving from home or a hospital stay to a long-term care (LTC) facility and need a temporary supply right away:**

  We will cover one 31-day supply, or less if your prescription is written for fewer days (in which case we will allow multiple fills to provide up to a total of a 31-day supply of medication).

To ask for a temporary supply, call Member Services (phone numbers are printed on the back cover of this booklet).

During the time when you are getting a temporary supply of a drug, you should talk with your provider to decide what to do when your temporary supply runs out. You can either switch to a different drug covered by the plan or ask the plan to make an exception for you and cover your current drug. The sections below tell you more about these options.

## You can change to another drug

Start by talking with your provider. Perhaps there is a different drug covered by the plan that might work just as well for you. You can call Member Services to ask for a list of covered drugs that treat the same medical condition. This list can help your provider find a covered drug that might work for you. (Phone numbers for Member Services are printed on the back cover of this booklet.)

## You can ask for an exception

You and your provider can ask the plan to make an exception for you and cover the drug in the way you would like it to be covered. If your provider says that you have medical reasons that justify asking us for an exception, your provider can help you request an exception to the rule. For example, you can ask the plan to cover a drug even though it is not on the plan's Drug List. Or you can ask the plan to make an exception and cover the drug without restrictions.

If you are a current member and a drug you are taking will be removed from the formulary or restricted in some way for next year, we will allow you to request a formulary exception in advance for next year. We will tell you about any change in the coverage for your drug for next year. You can ask for an exception before next year and we will give you an answer within 72 hours after we receive your request (or your

prescriber's supporting statement). If we approve your request, we will authorize the coverage before the change takes effect.

If you and your provider want to ask for an exception, Chapter 9, Section 6.4 tells what to do. It explains the procedures and deadlines that have been set by Medicare to make sure your request is handled promptly and fairly.

## Section 5.3     What can you do if your drug is in a cost-sharing tier you think is too high?

If your drug is in a cost-sharing tier you think is too high, here are things you can do:

### You can change to another drug

If your drug is in a cost-sharing tier you think is too high, start by talking with your provider. Perhaps there is a different drug in a lower cost-sharing tier that might work just as well for you. You can call Member Services to ask for a list of covered drugs that treat the same medical condition. This list can help your provider find a covered drug that might work for you. (Phone numbers for Member Services are printed on the back cover of this booklet.)

### You can ask for an exception

You and your provider can ask the plan to make an exception in the cost-sharing tier for the drug so that you pay less for it. If your provider says that you have medical reasons that justify asking us for an exception, your provider can help you request an exception to the rule.

If you and your provider want to ask for an exception, Chapter 9, Section 6.4 tells what to do. It explains the procedures and deadlines that have been set by Medicare to make sure your request is handled promptly and fairly.

Drugs in our Tier 5 (Specialty Tier) are not eligible for this type of exception. We do not lower the cost-sharing amount for drugs in this tier.

## SECTION 6     What if your coverage changes for one of your drugs?

## Section 6.1     The Drug List can change during the year

Most of the changes in drug coverage happen at the beginning of each year (January 1). However, during the year, the plan might make changes to the Drug List. For example, the plan might:

- **Add or remove drugs from the Drug List.** New drugs become available, including new generic drugs. Perhaps the government has given approval to a new use for an existing drug. Sometimes, a drug gets recalled and we decide not to cover it. Or we might remove a drug from the list because it has been found to be ineffective.

- **Move a drug to a higher or lower cost-sharing tier.**

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 128 of 253   127
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 5.      Using the plan's coverage for your Part D prescription drugs

- **Add or remove a restriction on coverage for a drug** (for more information about restrictions to coverage, see Section 4 in this chapter).

- **Replace a brand name drug with a generic drug.**

We must follow Medicare requirements before we change the plan's Drug List.

---

| Section 6.2 | What happens if coverage changes for a drug you are taking? |
|---|---|

## Information on changes to drug coverage

When changes to the Drug List occur during the year, we post information on our website about those changes. We will update our online Drug List on a regularly scheduled basis to include any changes that have occurred after the last update. Below we point out the times that you would get direct notice if changes are made to a drug that you are then taking. You can also call Member Services for more information (phone numbers are printed on the back cover of this booklet).

## Do changes to your drug coverage affect you right away?

Changes that can affect you this year: In the below cases, you will be affected by the coverage changes during the current year:

- **A new generic drug replaces a brand name drug on the Drug List (or we change the cost-sharing tier or add new restrictions to the brand name drug or both)**

  ○ We may immediately remove a brand name drug on our Drug List if we are replacing it with a newly approved generic version of the same drug that will appear on the same or lower cost-sharing tier and with the same or fewer restrictions. Also, when adding the new generic drug, we may decide to keep the brand name drug on our Drug List, but immediately move it to a higher cost-sharing tier or add new restrictions or both.

  ○ We may not tell you in advance before we make that change—even if you are currently taking the brand name drug.

  ○ You or your prescriber can ask us to make an exception and continue to cover the brand name drug for you. For information on how to ask for an exception, see Chapter 9 *(What to do if you have a problem or complaint (coverage decisions, appeals, complaints))*.

  ○ If you are taking the brand name drug at the time we make the change, we will provide you with information about the specific change(s) we made. This will also include information on the steps you may take to request an exception to cover the brand name drug. You may not get this notice before we make the change.

- **Unsafe drugs and other drugs on the Drug List that are withdrawn from the market**

  ○ Once in a while, a drug may be suddenly withdrawn because it has been found to be unsafe or removed from the market for another reason. If this happens, we will immediately remove the drug from the Drug List. If you are taking that drug, we will let you know of this change right

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 129 of 253   128
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 5.    Using the plan's coverage for your Part D prescription drugs

away.

- ○ Your prescriber will also know about this change, and can work with you to find another drug for your condition.

- **Other changes to drugs on the Drug List**

  - ○ We may make other changes once the year has started that affect drugs you are taking. For instance, we might add a generic drug that is not new to the market to replace a brand name drug or change the cost-sharing tier or add new restrictions to the brand name drug or both. We also might make changes based on FDA boxed warnings or new clinical guidelines recognized by Medicare. We must give you at least 30 days' advance notice of the change or give you notice of the change and a 30 -day refill of the drug you are taking at a network pharmacy.

  - ○ After you receive notice of the change, you should be working with your prescriber to switch to a different drug that we cover.

  - ○ Or you or your prescriber can ask us to make an exception and continue to cover the drug for you. For information on how to ask for an exception, see Chapter 9 *(What to do if you have a problem or complaint (coverage decisions, appeals, complaints)).*

**Changes to drugs on the Drug List that will not affect people currently taking the drug:** For changes to the Drug List that are not described above, if you are currently taking the drug, the following types of changes will not affect you until January 1 of the next year if you stay in the plan:

- If we move your drug into a higher cost-sharing tier.

- If we put a new restriction on your use of the drug.

- If we remove your drug from the Drug List.

If any of these changes happen for a drug you are taking (but not because of a market withdrawal, a generic drug replacing a brand name drug, or other change noted in the sections above), then the change won't affect your use or what you pay as your share of the cost until January 1 of the next year. Until that date, you probably won't see any increase in your payments or any added restriction to your use of the drug. You will not get direct notice this year about changes that do not affect you. However, on January 1 of the next year, the changes will affect you, and it is important to check the Drug List in the new benefit year for any changes to drugs.

| SECTION 7 | What types of drugs are *not* covered by the plan? |
|---|---|

| Section 7.1 | Types of drugs we do not cover |
|---|---|

This section tells you what kinds of prescription drugs are "excluded." This means Medicare does not pay for these drugs.

If you get drugs that are excluded, you must pay for them yourself. We won't pay for the drugs that are listed in this section (except for certain excluded drugs covered under our enhanced drug coverage). The

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 130 of 253    129
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 5.      Using the plan's coverage for your Part D prescription drugs**

only exception: If the requested drug is found upon appeal to be a drug that is not excluded under Part D and we should have paid for or covered it because of your specific situation. (For information about appealing a decision we have made to not cover a drug, go to Chapter 9, Section 6.5 in this booklet.)

Here are three general rules about drugs that Medicare drug plans will not cover under Part D:

- Our plan's Part D drug coverage cannot cover a drug that would be covered under Medicare Part A or Part B.

- Our plan cannot cover a drug purchased outside the United States and its territories.

- Our plan usually cannot cover off-label use. "Off-label use" is any use of the drug other than those indicated on a drug's label as approved by the Food and Drug Administration.

  ○ Generally, coverage for "off-label use" is allowed only when the use is supported by certain references, such as the American Hospital Formulary Service Drug Information and the DRUGDEX Information System. If the use is not supported by any of these references, then our plan cannot cover its "off-label use."

Also, by law, these categories of drugs are not covered by Medicare drug plans:

- Non-prescription drugs (also called over-the-counter drugs)

- Drugs when used to promote fertility

- Drugs when used for the relief of cough or cold symptoms

- Drugs when used for cosmetic purposes or to promote hair growth

- Prescription vitamins and mineral products, except prenatal vitamins and fluoride preparations

- Drugs when used for the treatment of sexual or erectile dysfunction

- Drugs when used for treatment of anorexia, weight loss, or weight gain

- Outpatient drugs for which the manufacturer seeks to require that associated tests or monitoring services be purchased exclusively from the manufacturer as a condition of sale

We offer additional coverage of some prescription drugs not normally covered in a Medicare prescription drug plan (enhanced drug coverage). We cover some drugs used for the treatment of sexual or erectile dysfunction. These drugs may be subject to quantity limits, The amount you pay when you fill a prescription for these drugs does not count towards qualifying you for the Catastrophic Coverage Stage. (The Catastrophic Coverage Stage is described in Chapter 6, Section 7 of this booklet.)

In addition, if you are **receiving "Extra Help" from Medicare** to pay for your prescriptions, the "Extra Help" program will not pay for the drugs not normally covered. (Please refer to the plan's Drug List or call Member Services for more information. Phone numbers for Member Services are printed on the back cover of this booklet.) However, if you have drug coverage through Medicaid, your state Medicaid program may cover some prescription drugs not normally covered in a Medicare drug plan. Please contact your state Medicaid program to determine what drug coverage may be available to you. (You can find phone numbers

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 131 of 253   130
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 5.     Using the plan's coverage for your Part D prescription drugs**

and contact information for Medicaid in Chapter 2, Section 6.)

## SECTION 8          Show your plan membership card when you fill a prescription

### Section 8.1          Show your membership card

To fill your prescription, show your plan membership card at the network pharmacy you choose. When you show your plan membership card, the network pharmacy will automatically bill the plan for *our* share of your covered prescription drug cost. You will need to pay the pharmacy *your* share of the cost when you pick up your prescription.

### Section 8.2          What if you don't have your membership card with you?

If you don't have your plan membership card with you when you fill your prescription, ask the pharmacy to call the plan to get the necessary information.

If the pharmacy is not able to get the necessary information, **you may have to pay the full cost of the prescription when you pick it up**. (You can then **ask us to reimburse you** for our share. See Chapter 7, Section 2.1 for information about how to ask the plan for reimbursement.)

## SECTION 9          Part D drug coverage in special situations

### Section 9.1          What if you're in a hospital or a skilled nursing facility for a stay that is covered by the plan?

If you are admitted to a hospital or to a skilled nursing facility for a stay covered by the plan, we will generally cover the cost of your prescription drugs during your stay. Once you leave the hospital or skilled nursing facility, the plan will cover your drugs as long as the drugs meet all of our rules for coverage. See the previous parts of this section that tell about the rules for getting drug coverage. Chapter 6 (*What you pay for your Part D prescription drugs*) gives more information about drug coverage and what you pay.

Please note: When you enter, live in, or leave a skilled nursing facility, you are entitled to a Special Enrollment Period. During this time period, you can switch plans or change your coverage. (Chapter 10, *Ending your membership in the plan*, tells when you can leave our plan and join a different Medicare plan.)

### Section 9.2          What if you're a resident in a long-term care (LTC) facility?

Usually, a long-term care (LTC) facility (such as a nursing home) has its own pharmacy, or a pharmacy that supplies drugs for all of its residents. If you are a resident of a long-term care facility, you may get your prescription drugs through the facility's pharmacy as long as it is part of our network.

Check your *Provider & Pharmacy Directory* to find out if your long-term care facility's pharmacy is part

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 132 of 253   131
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 5.      Using the plan's coverage for your Part D prescription drugs**

of our network. If it isn't, or if you need more information, please contact Member Services (phone numbers are printed on the back cover of this booklet).

## What if you're a resident in a long-term care (LTC) facility and become a new member of the plan?

If you need a drug that is not on our Drug List or is restricted in some way, the plan will cover a **temporary supply** of your drug during the first 90 days of your membership. The total supply will be for a maximum of a 31-day supply, or less if your prescription is written for fewer days. (Please note that the long-term care (LTC) pharmacy may provide the drug in smaller amounts at a time to prevent waste.) If you have been a member of the plan for more than 90 days and need a drug that is not on our Drug List or if the plan has any restriction on the drug's coverage, we will cover one 31-day supply, or less if your prescription is written for fewer days.

During the time when you are getting a temporary supply of a drug, you should talk with your provider to decide what to do when your temporary supply runs out. Perhaps there is a different drug covered by the plan that might work just as well for you. Or you and your provider can ask the plan to make an exception for you and cover the drug in the way you would like it to be covered. If you and your provider want to ask for an exception, Chapter 9, Section 6.4 tells what to do.

| Section 9.3 | What if you're also getting drug coverage from an employer or retiree group plan? |
|---|---|

Do you currently have other prescription drug coverage through your (or your spouse's) employer or retiree group? If so, please contact **that group's benefits administrator**. He or she can help you determine how your current prescription drug coverage will work with our plan.

In general, if you are currently employed, the prescription drug coverage you get from us will be *secondary* to your employer or retiree group coverage. That means your group coverage would pay first.

## Special note about 'creditable coverage':

Each year your employer or retiree group should send you a notice that tells if your prescription drug coverage for the next calendar year is "creditable" and the choices you have for drug coverage.

If the coverage from the group plan is "**creditable**," it means that the plan has drug coverage that is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage.

**Keep these notices about creditable coverage**, because you may need them later. If you enroll in a Medicare plan that includes Part D drug coverage, you may need these notices to show that you have maintained creditable coverage. If you didn't get a notice about creditable coverage from your employer or retiree group plan, you can get a copy from your employer or retiree plan's benefits administrator or the employer or union.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 133 of 253   132
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 5.      Using the plan's coverage for your Part D prescription drugs

| Section 9.4 | What if you're in Medicare-certified hospice? |
| --- | --- |

Drugs are never covered by both hospice and our plan at the same time. If you are enrolled in Medicare hospice and require an anti-nausea, laxative, pain medication or antianxiety drug that is not covered by your hospice because it is unrelated to your terminal illness and related conditions, our plan must receive notification from either the prescriber or your hospice provider that the drug is unrelated before our plan can cover the drug. To prevent delays in receiving any unrelated drugs that should be covered by our plan, you can ask your hospice provider or prescriber to make sure we have the notification that the drug is unrelated before you ask a pharmacy to fill your prescription.

In the event you either revoke your hospice election or are discharged from hospice our plan should cover all your drugs. To prevent any delays at a pharmacy when your Medicare hospice benefit ends, you should bring documentation to the pharmacy to verify your revocation or discharge. See the previous parts of this section that tell about the rules for getting drug coverage under Part D. Chapter 6 (*What you pay for your Part D prescription drugs*) gives more information about drug coverage and what you pay.

| SECTION 10 | Programs on drug safety and managing medications |
| --- | --- |

| Section 10.1 | Programs to help members use drugs safely |
| --- | --- |

We conduct drug use reviews for our members to help make sure that they are getting safe and appropriate care. These reviews are especially important for members who have more than one provider who prescribes their drugs.

We do a review each time you fill a prescription. We also review our records on a regular basis. During these reviews, we look for potential problems such as:

- Possible medication errors

- Drugs that may not be necessary because you are taking another drug to treat the same medical condition

- Drugs that may not be safe or appropriate because of your age or gender

- Certain combinations of drugs that could harm you if taken at the same time

- Prescriptions written for drugs that have ingredients you are allergic to

- Possible errors in the amount (dosage) of a drug you are taking

- Unsafe amounts of opioid pain medications

If we see a possible problem in your use of medications, we will work with your provider to correct the problem.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 134 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)                                                      133
Chapter 5.        Using the plan's coverage for your Part D prescription drugs

| Section 10.2 | Drug Management Program (DMP) to help members safely use their opioid medications |
| --- | --- |

We have a program that can help make sure our members safely use their prescription opioid medications, and other medications that are frequently abused. This program is called a Drug Management Program (DMP). If you use opioid medications that you get from several doctors or pharmacies, or if you had a recent opioid overdose, we may talk to your doctors to make sure your use of opioid medications is appropriate and medically necessary. Working with your doctors, if we decide your use of prescription opioid or benzodiazepine medications is not safe, we may limit how you can get those medications. The limitations may be:

- Requiring you to get all your prescriptions for opioid or benzodiazepine medications from a certain pharmacy(ies)

- Requiring you to get all your prescriptions for opioid or benzodiazepine medications from a certain doctor(s)

- Limiting the amount of opioid or benzodiazepine medications we will cover for you

If we think that one or more of these limitations should apply to you, we will send you a letter in advance. The letter will have information explaining the limitations we think should apply to you. You will also have an opportunity to tell us which doctors or pharmacies you prefer to use, and about any other information you think is important for us to know. After you've had the opportunity to respond, if we decide to limit your coverage for these medications, we will send you another letter confirming the limitation. If you think we made a mistake or you disagree with our determination that you are at-risk for prescription drug misuse or with the limitation, you and your prescriber have the right to ask us for an appeal. If you choose to appeal, we will review your case and give you a decision. If we continue to deny any part of your request related to the limitations that apply to your access to medications, we will automatically send your case to an independent reviewer outside of our plan. See Chapter 9 for information about how to ask for an appeal.

The DMP may not apply to you if you have certain medical conditions, such as cancer or sickle cell disease, you are receiving hospice, palliative, or end-of-life care, or live in a long-term care facility.

| Section 10.3 | Medication Therapy Management (MTM) program to help members manage their medications |
| --- | --- |

We have a program that can help our members with complex health needs.

This program is voluntary and free to members. A team of pharmacists and doctors developed the program for us. This program can help make sure that our members get the most benefit from the drugs they take. Our program is called a Medication Therapy Management (MTM) program.

Some members who take medications for different medical conditions and have high drug costs, or are in a DMP to help members use their opioids safely may be able to get services through an MTM program. A pharmacist or other health professional will give you a comprehensive review of all your medications. You can talk about how best to take your medications, your costs, and any problems or questions you have

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 135 of 253
134
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 5.     Using the plan's coverage for your Part D prescription drugs**

about your prescription and over-the-counter medications. You'll get a written summary of this discussion. The summary has a medication action plan that recommends what you can do to make the best use of your medications, with space for you to take notes or write down any follow-up questions. You'll also get a personal medication list that will include all the medications you're taking and why you take them. In addition, members in the MTM program will receive information on the safe disposal of prescription medications that are controlled substances.

It's a good idea to have your medication review before your yearly "Wellness" visit, so you can talk to your doctor about your action plan and medication list. Bring your action plan and medication list with you to your visit or anytime you talk with your doctors, pharmacists, and other health care providers. Also, keep your medication list with you (for example, with your ID) in case you go to the hospital or emergency room.

If we have a program that fits your needs, we will automatically enroll you in the program and send you information. If you decide not to participate, please notify us and we will withdraw you from the program. If you have any questions about these programs, please contact Member Services (phone numbers are printed on the back cover of this booklet).

# CHAPTER 6

*What you pay for your
Part D prescription drugs*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 137 of 253   136
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 6.       What you pay for your Part D prescription drugs

# Chapter 6.   What you pay for your Part D prescription drugs

**SECTION 1      Introduction**.................................................................................**138**

Section 1.1     Use this chapter together with other materials that explain your drug coverage ........... 138

Section 1.2     Types of out-of-pocket costs you may pay for covered drugs ........................................ 139

**SECTION 2      What you pay for a drug depends on which "drug payment stage" you
are in when you get the drug**................................................................**139**

Section 2.1     What are the drug payment stages for our plan members? ............................................ 139

**SECTION 3      We send you reports that explain payments for your drugs and which
payment stage you are in** ....................................................................**140**

Section 3.1     We send you a monthly summary called the "Part D Explanation of Benefits" (the
"Part D EOB") ............................................................................................................. 140

Section 3.2     Help us keep our information about your drug payments up to date .............................. 141

**SECTION 4      There is no deductible for Wellcare No Premium (HMO)** ...........................**142**

Section 4.1     You do not pay a deductible for your Part D drugs ........................................................ 142

**SECTION 5      During the Initial Coverage Stage, the plan pays its share of your drug
costs and you pay your share**......................................................................**142**

Section 5.1     What you pay for a drug depends on the drug and where you fill your prescription...... 142

Section 5.2     A table that shows your costs for a *one-month* supply of a drug .................................... 143

Section 5.3     If your doctor prescribes less than a full month's supply, you may not have to pay the
cost of the entire month's supply .................................................................................. 146

Section 5.4     A table that shows your costs for a *long-term* (61-90-day) supply of a drug ................ 146

Section 5.5     You stay in the Initial Coverage Stage until your total drug costs for the year reach
$4,430................................................................................................................................. 148

**SECTION 6      During the Coverage Gap Stage, the plan provides some drug coverage.**...**148**

Section 6.1     You stay in the Coverage Gap Stage until your out-of-pocket costs reach $7,050......... 148

Section 6.2     How Medicare calculates your out-of-pocket costs for prescription drugs ................... 149

**SECTION 7      During the Catastrophic Coverage Stage, the plan pays most of the cost
for your drugs** ................................................................................................**151**

Section 7.1     Once you are in the Catastrophic Coverage Stage, you will stay in this stage for the
rest of the year.............................................................................................................. 151

**SECTION 8      What you pay for vaccinations covered by Part D depends on how and
where you get them** ........................................................................................**151**

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 138 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)                                          137
**Chapter 6.        What you pay for your Part D prescription drugs**

Section 8.1      Our plan may have separate coverage for the Part D vaccine medication itself and for
                the cost of giving you the vaccine................................................................................ 151
Section 8.2      You may want to call us at Member Services before you get a vaccination.................. 153

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 139 of 253    138
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 6.      What you pay for your Part D prescription drugs**

 **Did you know there are programs to help people pay for their drugs?**

The "Extra Help" program helps people with limited resources pay for their drugs. For more information, see Chapter 2, Section 7.

**Are you currently getting help to pay for your drugs?**

If you are in a program that helps pay for your drugs, **some information in this *Evidence of Coverage* about the costs for Part D prescription drugs may not apply to you.** We sent you a separate insert, called the "Evidence of Coverage Rider for People Who Get Extra Help Paying for Prescription Drugs" (also known as the "Low Income Subsidy Rider" or the "LIS Rider"), which tells you about your drug coverage. If you don't have this insert, please call Member Services and ask for the "LIS Rider." (Phone numbers for Member Services are printed on the back cover of this booklet.)

| SECTION 1 | Introduction |
|---|---|

| Section 1.1 | Use this chapter together with other materials that explain your drug coverage |
|---|---|

This chapter focuses on what you pay for your Part D prescription drugs. To keep things simple, we use "drug" in this chapter to mean a Part D prescription drug. As explained in Chapter 5, not all drugs are Part D drugs – some drugs are covered under Medicare Part A or Part B and other drugs are excluded from Medicare coverage by law. Some excluded drugs may be covered by our plan if you have purchased supplemental drug coverage.

To understand the payment information we give you in this chapter, you need to know the basics of what drugs are covered, where to fill your prescriptions, and what rules to follow when you get your covered drugs. Here are materials that explain these basics:

- **The plan's *List of Covered Drugs (Formulary).*** To keep things simple, we call this the "Drug List."
  - This Drug List tells which drugs are covered for you.
  - It also tells which of the six "cost-sharing tiers" the drug is in and whether there are any restrictions on your coverage for the drug.
  - If you need a copy of the Drug List, call Member Services (phone numbers are printed on the back of this booklet). You can also find the Drug List on our website at www.wellcare.com/medicare. The Drug List on the website is always the most current.
- **Chapter 5 of this booklet.** Chapter 5 gives the details about your prescription drug coverage, including rules you need to follow when you get your covered drugs. Chapter 5 also tells which types of prescription drugs are not covered by our plan.
- **The plan's *Provider & Pharmacy Directory.*** In most situations you must use a network pharmacy to get your covered drugs (see Chapter 5 for the details). The *Provider & Pharmacy Directory* has a

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 140 of 253
139
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 6.      What you pay for your Part D prescription drugs**

list of pharmacies in the plan's network. It also tells you which pharmacies in our network can give you a long-term supply of a drug (such as filling a prescription for a three-month's supply).

| Section 1.2 | Types of out-of-pocket costs you may pay for covered drugs |
|---|---|

To understand the payment information we give you in this chapter, you need to know about the types of out-of-pocket costs you may pay for your covered services. The amount that you pay for a drug is called "cost sharing" and there are three ways you may be asked to pay.

- The **"deductible"** is the amount you must pay for drugs before our plan begins to pay its share.

- **"Copayment"** means that you pay a fixed amount each time you fill a prescription.

- **"Coinsurance"** means that you pay a percent of the total cost of the drug each time you fill a prescription.

| SECTION 2 | What you pay for a drug depends on which "drug payment stage" you are in when you get the drug |
|---|---|

| Section 2.1 | What are the drug payment stages for our plan members? |
|---|---|

As shown in the table below, there are "drug payment stages" for your prescription drug coverage under Wellcare No Premium (HMO). How much you pay for a drug depends on which of these stages you are in at the time you get a prescription filled or refilled.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 141 of 253

140
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 6.      What you pay for your Part D prescription drugs**

| Stage 1 *Yearly Deductible Stage* | Stage 2 *Initial Coverage Stage* | Stage 3 *Coverage Gap Stage* | Stage 4 *Catastrophic Coverage Stage* |
|---|---|---|---|
| Because there is no deductible for the plan, this payment stage does not apply to you. (Details are in Section 4 of this chapter.) | You begin in this stage when you fill your first prescription of the year. During this stage, the plan pays its share of the cost of your drugs and **you pay your share of the cost.** You stay in this stage until your year-to-date **"total drug costs"** (your payments plus any Part D plan's payments) total $4,430. (Details are in Section 5 of this chapter.) | During this stage, for select drugs on Tier 6 you pay your copayment or coinsurance. For generic drugs on all other tiers, you pay 25% of the price. For brand name drugs on all other tiers, you pay 25% of the price (plus a portion of the dispensing fee). You stay in this stage until your year-to-date **"out-of-pocket costs"** (your payments) reach a total of $7,050. This amount and rules for counting costs toward this amount have been set by Medicare. (Details are in Section 6 of this chapter.) | During this stage, **the plan will pay most of the cost** of your drugs for the rest of the calendar year (through December 31, 2022). (Details are in Section 7 of this chapter.) |

| SECTION 3 | We send you reports that explain payments for your drugs and which payment stage you are in |
|---|---|

| Section 3.1 | We send you a monthly summary called the "Part D Explanation of Benefits" (the "Part D EOB") |
|---|---|

Our plan keeps track of the costs of your prescription drugs and the payments you have made when you get your prescriptions filled or refilled at the pharmacy. This way, we can tell you when you have moved from one drug payment stage to the next. In particular, there are two types of costs we keep track of:

- We keep track of how much you have paid. This is called your **"out-of-pocket"** cost.

- We keep track of your **"total drug costs."** This is the amount you pay out-of-pocket or others pay on your behalf plus the amount paid by the plan.

Our plan will prepare a written summary called the *Part D Explanation of Benefits* (it is sometimes called the "Part D EOB") when you have had one or more prescriptions filled through the plan during the previous month. The Part D EOB provides more information about the drugs you take, such as increases in price and other drugs with lower cost sharing that may be available. You should consult with your prescriber about these lower cost options. The Part D EOB includes:

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 142 of 253
141
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 6.       What you pay for your Part D prescription drugs**

- **Information for that month.** This report gives the payment details about the prescriptions you have filled during the previous month. It shows the total drug costs, what the plan paid, and what you and others on your behalf paid.

- **Totals for the year since January 1.** This is called "year-to-date" information. It shows you the total drug costs and total payments for your drugs since the year began.

- **Drug price information.** This information will display the total drug price, and any percentage change from first fill for each prescription claim of the same quantity.

- **Available lower cost alternative prescriptions.** This will include information about other drugs with lower cost sharing for each prescription claim that may be available.

---

| Section 3.2       Help us keep our information about your drug payments up to date |
| --- |

To keep track of your drug costs and the payments you make for drugs, we use records we get from pharmacies. Here is how you can help us keep your information correct and up to date:

- **Show your membership card when you get a prescription filled**. To make sure we know about the prescriptions you are filling and what you are paying, show your plan membership card every time you get a prescription filled.

- **Make sure we have the information we need**. There are times you may pay for prescription drugs when we will not automatically get the information we need to keep track of your out-of-pocket costs. To help us keep track of your out-of-pocket costs, you may give us copies of receipts for drugs that you have purchased. (If you are billed for a covered drug, you can ask our plan to pay our share of the cost. For instructions on how to do this, go to Chapter 7, Section 2 of this booklet.) Here are some types of situations when you may want to give us copies of your drug receipts to be sure we have a complete record of what you have spent for your drugs:

  ○ When you purchase a covered drug at a network pharmacy at a special price or using a discount card that is not part of our plan's benefit.

  ○ When you made a copayment for drugs that are provided under a drug manufacturer patient assistance program.

  ○ Any time you have purchased covered drugs at out-of-network pharmacies or other times you have paid the full price for a covered drug under special circumstances.

- **Send us information about the payments others have made for you.** Payments made by certain other individuals and organizations also count toward your out-of-pocket costs and help qualify you for catastrophic coverage. For example, payments made by an AIDS drug assistance program (ADAP), the Indian Health Service, and most charities count toward your out-of-pocket costs. You should keep a record of these payments and send them to us so we can track your costs.

- **Check the written report we send you.** When you receive the *Part D Explanation of Benefits* (a "Part D EOB") in the mail, please look it over to be sure the information is complete and correct. If you think something is missing from the report, or you have any questions, please call us at Member Services (phone numbers are printed on the back cover of this booklet). Instead of receiving a paper

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 143 of 253   142
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 6.     What you pay for your Part D prescription drugs**

*Part D Explanation of Benefits* (Part D EOB) via the mail, you now have the option of receiving an electronic version of your Part D EOB. You may request this by visiting Caremark.com. If you choose to opt-in, you will receive an email when your Part D eEOB is ready to view, print or download. Electronic Part D EOBs are also referred to as paperless Part D EOBs. Paperless Part D EOBs are exact copies (images) of printed Part D EOBs. **Be sure to keep these reports. They are an important record of your drug expenses.**

| SECTION 4 | There is no deductible for Wellcare No Premium (HMO) |
| --- | --- |

| Section 4.1 | You do not pay a deductible for your Part D drugs |
| --- | --- |

There is no deductible for Wellcare No Premium (HMO). You begin in the Initial Coverage Stage when you fill your first prescription of the year. See Section 5 for information about your coverage in the Initial Coverage Stage.

| SECTION 5 | During the Initial Coverage Stage, the plan pays its share of your drug costs and you pay your share |
| --- | --- |

| Section 5.1 | What you pay for a drug depends on the drug and where you fill your prescription |
| --- | --- |

During the Initial Coverage Stage, the plan pays its share of the cost of your covered prescription drugs, and you pay your share (your copayment or coinsurance amount). Your share of the cost will vary depending on the drug and where you fill your prescription.

**The plan has six cost-sharing tiers**

Every drug on the plan's Drug List is in one of six cost-sharing tiers. In general, the higher the cost-sharing tier number, the higher your cost for the drug:

- Tier 1 (Preferred Generic Drugs) includes preferred generic drugs and may include some brand drugs.

- Tier 2 (Generic Drugs) includes generic drugs and may include some brand drugs.

- Tier 3 (Preferred Brand Drugs) includes preferred brand drugs and may include some generic drugs.

- Tier 4 (Non-Preferred Drugs) includes non-preferred brand and non-preferred generic drugs.

- Tier 5 (Specialty Tier) includes high cost brand and generic drugs. Drugs in this tier are not eligible for exceptions for payment at a lower tier. This is the highest cost-sharing tier.

- Tier 6 (Select Care Drugs) includes some generic and brand drugs commonly used to treat specific chronic conditions or to prevent disease (vaccines). This is the lowest cost-sharing tier.

To find out which cost-sharing tier your drug is in, look it up in the plan's Drug List.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 144 of 253    143
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 6.      What you pay for your Part D prescription drugs

## Your pharmacy choices

How much you pay for a drug depends on whether you get the drug from:

- A network retail pharmacy that offers standard cost sharing

- A network retail pharmacy that offers preferred cost sharing

- A pharmacy that is not in the plan's network

- The plan's mail order pharmacy

For more information about these pharmacy choices and filling your prescriptions, see Chapter 5 in this booklet and the plan's *Provider & Pharmacy Directory.*

Generally, we will cover your prescriptions *only* if they are filled at one of our network pharmacies. Some of our network pharmacies also offer preferred cost sharing. You may go to either network pharmacies that offer preferred cost sharing or other network pharmacies that offer standard cost sharing to receive your covered prescription drugs. Your costs may be less at pharmacies that offer preferred cost sharing.

| Section 5.2 | A table that shows your costs for a *one-month* supply of a drug |
|---|---|

During the Initial Coverage Stage, your share of the cost of a covered drug will be either a copayment or coinsurance.

- **"Copayment"** means that  you pay a fixed amount each time you fill a prescription.
- **"Coinsurance"** means that you pay a percent of the total cost of the drug each time you fill a prescription.

As shown in the table below, the amount of the copayment or coinsurance depends on which cost-sharing tier your drug is in. Please note:

- If your covered drug costs less than the copayment amount listed in the chart, you will pay that lower price for the drug. You pay  *either* the full price of the drug *or* the copayment amount, *whichever is lower*.

- We cover prescriptions filled at out-of-network pharmacies in only limited situations. Please see Chapter 5, Section 2.5 for information about when we will cover a prescription filled at an out-of-network pharmacy.

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 6.      What you pay for your Part D prescription drugs**

**Your share of the cost when you get a *one-month* supply of a covered Part D prescription drug:**

| Tier | Standard retail cost sharing (in-network) (up to a 30-day supply) | Preferred retail cost sharing (in-network) (up to a 30-day supply) | Standard mail order cost-sharing (up to a 30-day supply) | Preferred mail order cost sharing (up to a 30-day supply) | Long-term care (LTC) cost sharing (up to a 31-day supply) | Out-of-network cost sharing (Coverage is limited to certain situations; see Chapter 5 for details.) (up to a 30-day supply) |
|---|---|---|---|---|---|---|
| **Cost-Sharing Tier 1** (Preferred Generic Drugs) includes preferred generic drugs and may include some brand drugs. | $0 | $0 | $0 | $0 | $0 | $0 |
| **Cost-Sharing Tier 2** (Generic Drugs) includes generic drugs and may include some brand drugs. | $10 | $5 | $10 | $5 | $10 | $10 |
| **Cost-Sharing Tier 3** (Preferred Brand Drugs) includes preferred brand drugs and may include some generic drugs. | $44 | $34 | $44 | $34 | $44 | $44 |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 146 of 253   145
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 6.      What you pay for your Part D prescription drugs**

| Tier | Standard retail cost sharing (in-network) (up to a 30-day supply) | Preferred retail cost sharing (in-network) (up to a 30-day supply) | Standard mail order cost-sharing (up to a 30-day supply) | Preferred mail order cost sharing (up to a 30-day supply) | Long-term care (LTC) cost sharing (up to a 31-day supply) | Out-of-network cost sharing (Coverage is limited to certain situations; see Chapter 5 for details.) (up to a 30-day supply) |
|---|---|---|---|---|---|---|
| **Cost-Sharing Tier 4** (Non-Preferred Drugs) includes non-preferred brand and non-preferred generic drugs. | 43% | 41% | 43% | 41% | 43% | 43% |
| **Cost-Sharing Tier 5** (Specialty Tier) includes high cost brand and generic drugs. Drugs in this tier are not eligible for exceptions for payment at a lower tier. | 33% | 33% | 33% | 33% | 33% | 33% |
| **Cost-Sharing Tier 6** (Select Care Drugs) includes some generic and brand drugs commonly used to treat specific chronic conditions or to prevent disease (vaccines). | $0 | $0 | $0 | $0 | $0 | $0 |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 147 of 253   146
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 6.      What you pay for your Part D prescription drugs**

| Section 5.3 | If your doctor prescribes less than a full month's supply, you may not have to pay the cost of the entire month's supply |
| --- | --- |

Typically, the amount you pay for a prescription drug covers a full month's supply of a covered drug. However, your doctor can prescribe less than a month's supply of drugs. There may be times when you want to ask your doctor about prescribing less than a month's supply of a drug (for example, when you are trying a medication for the first time that is known to have serious side effects). If your doctor prescribes less than a full month's supply, you will not have to pay for the full month's supply for certain drugs.

The amount you pay when you get less than a full month's supply will depend on whether you are responsible for paying coinsurance (a percentage of the total cost) or a copayment (a flat dollar amount).

- If you are responsible for coinsurance, you pay a percentage of the total cost of the drug. You pay the same percentage regardless of whether the prescription is for a full month's supply or for fewer days. However, because the entire drug cost will be lower if you get less than a full month's supply, the amount you pay will be less.

- If you are responsible for a copayment for the drug, your copay will be based on the number of days of the drug that you receive. We will calculate the amount you pay per day for your drug (the "daily cost-sharing rate") and multiply it by the number of days of the drug you receive.

  ○ Here's an example: Let's say the copay for your drug for a full month's supply (a 30-day supply) is $30. This means that the amount you pay per day for your drug is $1. If you receive a 7 days' supply of the drug, your payment will be $1 per day multiplied by 7 days, for a total payment of $7.

Daily cost sharing allows you to make sure a drug works for you before you have to pay for an entire month's supply. You can also ask your doctor to prescribe, and your pharmacist to dispense, less than a full month's supply of a drug or drugs, if this will help you better plan refill dates for different prescriptions so that you can take fewer trips to the pharmacy. The amount you pay will depend upon the days' supply you receive.

| Section 5.4 | A table that shows your costs for a *long-term* (61-90-day) supply of a drug |
| --- | --- |

For some drugs, you can get a long-term supply (also called an "extended supply") when you fill your prescription. A long-term supply is a 61-90-day supply. (For details on where and how to get a long-term supply of a drug, see Chapter 5, Section 2.4.)

The table below shows what you pay when you get a long-term (61-90-day) supply of a drug.

- Please note: If your covered drug costs are less than the copayment amount listed in the chart, you will pay that lower price for the drug. You pay *either* the full price of the drug *or* the copayment amount, *whichever is lower*.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 148 of 253   147
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 6.     What you pay for your Part D prescription drugs**

**Your share of the cost when you get a *long-term* supply of a covered Part D prescription drug:**

| Tier | Standard retail cost sharing (in-network) (61-90-day supply) | Preferred retail cost sharing (in-network) (61-90-day supply) | Standard mail order cost-sharing (61-90-day supply) | Preferred mail order cost sharing (61-90-day supply) |
|---|---|---|---|---|
| **Cost-Sharing Tier 1** (Preferred Generic Drugs - includes preferred generic drugs and may include some brand drugs.) | $0 | $0 | $0 | $0 |
| **Cost-Sharing Tier 2** (Generic Drugs - includes generic drugs and may include some brand drugs.) | $30 | $15 | $30 | $0 |
| **Cost-Sharing Tier 3** (Preferred Brand Drugs - includes preferred brand drugs and may include some generic drugs.) | $132 | $102 | $132 | $68 |
| **Cost-Sharing Tier 4** (Non-Preferred Drugs - includes non-preferred brand and non-preferred generic drugs.) | 43% | 41% | 43% | 41% |
| **Cost-Sharing Tier 5** (Specialty Tier - includes high cost brand and generic drugs. Drugs in this tier are not eligible for exceptions for payment at a lower tier.) | A long-term supply is not available for drugs in Tier 5. | | | |
| **Cost-Sharing Tier 6** (Select Care Drugs - includes some generic and brand drugs commonly used to treat specific chronic conditions or to prevent disease (vaccines).) | $0 | $0 | $0 | $0 |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 149 of 253   148
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 6.       What you pay for your Part D prescription drugs**

| Section 5.5 | You stay in the Initial Coverage Stage until your total drug costs for the year reach $4,430 |
| --- | --- |

You stay in the Initial Coverage Stage until the total amount for the prescription drugs you have filled and refilled reaches the **$4,430 limit for the Initial Coverage Stage.**

Your total drug cost is based on adding together what you have paid and what any Part D plan has paid:

- **What <u>you</u> have paid** for all the covered drugs you have gotten since you started with your first drug purchase of the year. (See Section 6.2 for more information about how Medicare calculates your out-of-pocket costs.) This includes:

  - The total you paid as your share of the cost for your drugs during the Initial Coverage Stage.

- **What the <u>plan</u> has paid** as its share of the cost for your drugs during the Initial Coverage Stage. (If you were enrolled in a different Part D plan at any time during 2022, the amount that plan paid during the Initial Coverage Stage also counts toward your total drug costs.)

We offer additional coverage on some prescription drugs that are not normally covered in a Medicare Prescription Drug Plan. Payments made for these drugs will not count towards your initial coverage limit or total out-of-pocket costs. To find out which drugs our plan covers, refer to your formulary.

The *Part D Explanation of Benefits* (Part D EOB) that we send to you will help you keep track of how much you and the plan, as well as any third parties, have spent on your behalf during the year. Many people do not reach the $4,430 limit in a year.

We will let you know if you reach this $4,430 amount. If you do reach this amount, you will leave the Initial Coverage Stage and move on to the Coverage Gap Stage.

| SECTION 6 | During the Coverage Gap Stage, the plan provides some drug coverage |
| --- | --- |

| Section 6.1 | You stay in the Coverage Gap Stage until your out-of-pocket costs reach $7,050 |
| --- | --- |

During this stage, for select drugs on Tier 6 you pay your copayment or coinsurance.

For all other drugs, when you are in the Coverage Gap Stage, the Medicare Coverage Gap Discount Program provides manufacturer discounts on brand name drugs. You pay 25% of the negotiated price and a portion of the dispensing fee for brand name drugs. Both the amount you pay and the amount discounted by the manufacturer count toward your out-of-pocket costs as if you had paid them and moves you through the coverage gap.

You also receive some coverage for generic drugs. You pay no more than 25% of the cost for generic drugs and the plan pays the rest. For generic drugs, the amount paid by the plan (75%) does not count toward your out-of-pocket costs. Only the amount you pay counts and moves you through the coverage gap.

You continue paying the discounted price for brand name drugs and no more than 25% of the costs of

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 150 of 253

149
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 6.      What you pay for your Part D prescription drugs**

generic drugs until your yearly out-of-pocket payments reach a maximum amount that Medicare has set. In 2022, that amount is $7,050.

Medicare has rules about what counts and what does *not* count as your out-of-pocket costs. When you reach an out-of-pocket limit of $7,050, you leave the Coverage Gap Stage and move on to the Catastrophic Coverage Stage.

| Section 6.2 | How Medicare calculates your out-of-pocket costs for prescription drugs |
|---|---|

Here are Medicare's rules that we must follow when we keep track of your out-of-pocket costs for your drugs.

### These payments <u>are included</u> in your out-of-pocket costs

When you add up your out-of-pocket costs, **you can include** the payments listed below (as long as they are for Part D covered drugs and you followed the rules for drug coverage that are explained in Chapter 5 of this booklet):

- The amount you pay for drugs when you are in any of the following drug payment stages:
  - The Initial Coverage Stage
  - The Coverage Gap Stage
- Any payments you made during this calendar year as a member of a different Medicare prescription drug plan before you joined our plan.

**It matters who pays:**

- If you make these payments **yourself**, they are included in your out-of-pocket costs.

- These payments are *also included* if they are made on your behalf by **certain other individuals or organizations**. This includes payments for your drugs made by a friend or relative, by most charities, by AIDS drug assistance programs, or by the Indian Health Service. Payments made by Medicare's "Extra Help" Program are also included.

- Some of the payments made by the Medicare Coverage Gap Discount Program are included. The amount the manufacturer pays for your brand name drugs is included. But the amount the plan pays for your generic drugs is not included.

**Moving on to the Catastrophic Coverage Stage:**

When you (or those paying on your behalf) have spent a total of $7,050 in out-of-pocket costs within the calendar year, you will move from the Coverage Gap Stage to the Catastrophic Coverage Stage.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 151 of 253   150
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 6.      What you pay for your Part D prescription drugs

## These payments <u>are not included</u> in your out-of-pocket costs

When you add up your out-of-pocket costs, you are **not allowed to include** any of these types of payments for prescription drugs:

- Drugs you buy outside the United States and its territories.

- Drugs that are not covered by our plan.

- Drugs you get at an out-of-network pharmacy that do not meet the plan's requirements for out-of-network coverage.

- Prescription drugs covered by Part A or Part B.

- Payments you make toward drugs covered under our additional coverage but not normally covered in a Medicare Prescription Drug Plan.

- Payments you make toward prescription drugs not normally covered in a Medicare Prescription Drug Plan.

- Payments made by the plan for your brand or generic drugs while in the Coverage Gap.

- Payments for your drugs that are made by group health plans including employer health plans.

- Payments for your drugs that are made by certain insurance plans and government-funded health programs such as TRICARE and the Veterans Affairs.

- Payments for your drugs made by a third-party with a legal obligation to pay for prescription costs (for example, Workers' Compensation).

*Reminder:* If any other organization such as the ones listed above pays part or all of your out-of-pocket costs for drugs, you are required to tell our plan. Call Member Services to let us know (phone numbers are printed on the back cover of this booklet).

## How can you keep track of your out-of-pocket total?

- **We will help you.** The *Part D Explanation of Benefits* (Part D EOB) summary we send to you includes the current amount of your out-of-pocket costs (Section 3 in this chapter tells about this report). When you reach a total of $7,050 in out-of-pocket costs for the year, this report will tell you that you have left the Coverage Gap Stage and have moved on to the Catastrophic Coverage Stage.

- **Make sure we have the information we need.** Section 3.2 tells what you can do to help make sure that our records of what you have spent are complete and up to date.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 152 of 253   151
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 6.      What you pay for your Part D prescription drugs

| SECTION 7 | During the Catastrophic Coverage Stage, the plan pays most of the cost for your drugs |
| --- | --- |

| Section 7.1 | Once you are in the Catastrophic Coverage Stage, you will stay in this stage for the rest of the year |
| --- | --- |

You qualify for the Catastrophic Coverage Stage when your out-of-pocket costs have reached the $7,050 limit for the calendar year. Once you are in the Catastrophic Coverage Stage, you will stay in this payment stage until the end of the calendar year.

During this stage, the plan will pay most of the cost for your drugs.

- **Your share** of the cost for a covered drug will be either coinsurance or a copayment, whichever is the *larger* amount:

  ○ – *either* – coinsurance of 5% of the cost of the drug

  ○ – *or* – $3.95 for a generic drug or a drug that is treated like a generic and $9.85 for all other drugs.

- **Our plan pays the rest** of the cost.

| SECTION 8 | What you pay for vaccinations covered by Part D depends on how and where you get them |
| --- | --- |

| Section 8.1 | Our plan may have separate coverage for the Part D vaccine medication itself and for the cost of giving you the vaccine |
| --- | --- |

Our plan provides coverage for a number of Part D vaccines. We also cover vaccines that are considered medical benefits. You can find out about coverage of these vaccines by going to the Medical Benefits Chart in Chapter 4, Section 2.1.

There are two parts to our coverage of Part D vaccinations:

- The first part of coverage is the cost of **the vaccine medication itself**. The vaccine is a prescription medication.

- The second part of coverage is for the cost of **giving you the vaccine**. (This is sometimes called the "administration" of the vaccine.)

### What do you pay for a Part D vaccination?

What you pay for a Part D vaccination depends on three things:

1. **The type of vaccine** (what you are being vaccinated for).

   ○ Some vaccines are considered medical benefits. You can find out about your coverage of these

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 153 of 253   152
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 6.       What you pay for your Part D prescription drugs**

vaccines by going to Chapter 4, *Medical Benefits Chart (what is covered and what you pay)*.

○   Other vaccines are considered Part D drugs. You can find these vaccines listed in the plan's *List of Covered Drugs (Formulary)*.

**2.   Where you get the vaccine medication.**

**3.   Who gives you the vaccine.**

What you pay at the time you get the Part D vaccination can vary depending on the circumstances. For example:

•   Sometimes when you get your vaccine, you will have to pay the entire cost for both the vaccine medication and for getting the vaccine. You can ask our plan to pay you back for our share of the cost.

•   Other times, when you get the vaccine medication or the vaccine, you will pay only your share of the cost.

To show how this works, here are three common ways you might get a Part D vaccine. Remember you are responsible for all of the costs associated with vaccines (including their administration) during the Coverage Gap Stage of your benefit.

*Situation 1:*   You buy the Part D vaccine at the pharmacy and you get your vaccine at the network pharmacy. (Whether you have this choice depends on where you live. Some states do not allow pharmacies to administer a vaccination.)

•   You will have to pay the pharmacy the amount of your coinsurance *OR* copayment for the vaccine and the cost of giving you the vaccine.

•   Our plan will pay the remainder of the costs.

*Situation 2:*   You get the Part D vaccination at your doctor's office.

•   When you get the vaccination, you will pay for the entire cost of the vaccine and its administration.

•   You can then ask our plan to pay our share of the cost by using the procedures that are described in Chapter 7 of this booklet (*Asking us to pay our share of a bill you have received for covered medical services or drugs*).

•   You will be reimbursed the amount you paid less your normal coinsurance *OR* copayment for the vaccine (including administration) less any difference between the amount the doctor charges and what we normally pay. (If you get "Extra Help," we will reimburse you for this difference.)

*Situation 3:*   You buy the Part D vaccine at your pharmacy, and then take it to your doctor's office where they give you the vaccine.

•   You will have to pay the pharmacy the amount of your coinsurance *OR* copayment

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 154 of 253   153
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 6.     What you pay for your Part D prescription drugs

for the vaccine itself.

- When your doctor gives you the vaccine, you will pay the entire cost for this service. You can then ask our plan to pay our share of the cost by using the procedures described in Chapter 7 of this booklet.

- You will be reimbursed the amount charged by the doctor for administering the vaccine less any difference between the amount the doctor charges and what we normally pay. (If you get "Extra Help," we will reimburse you for this difference.)

| Section 8.2 | You may want to call us at Member Services before you get a vaccination |
|---|---|

The rules for coverage of vaccinations are complicated. We are here to help. We recommend that you call us first at Member Services whenever you are planning to get a vaccination. (Phone numbers for Member Services are printed on the back cover of this booklet.)

- We can tell you about how your vaccination is covered by our plan and explain your share of the cost.

- We can tell you how to keep your own cost down by using providers and pharmacies in our network.

- If you are not able to use a network provider and pharmacy, we can tell you what you need to do to get payment from us for our share of the cost.

# CHAPTER 7

*Asking us to pay our share of
a bill you have received for
covered medical services or drugs*

# Chapter 7.   Asking us to pay our share of a bill you have received for covered medical services or drugs

**SECTION 1       Situations in which you should ask us to pay our share of the cost of
                       your covered services or drugs** ....................................................................**156**

Section 1.1     If you pay our plan's share of the cost of your covered services or drugs, or if you
                     receive a bill, you can ask us for payment ..................................................... 156

**SECTION 2       How to ask us to pay you back or to pay a bill you have received** ............**158**

Section 2.1     How and where to send us your request for payment ...................................... 158

**SECTION 3       We will consider your request for payment and say yes or no** ..................**159**

Section 3.1     We check to see whether we should cover the service or drug and how much we owe . 159

Section 3.2     If we tell you that we will not pay for all or part of the medical care or drug, you can
                     make an appeal ................................................................................................ 159

**SECTION 4       Other situations in which you should save your receipts and send
                       copies to us** ......................................................................................................**160**

Section 4.1     In some cases, you should send copies of your receipts to us to help us track your
                     out-of-pocket drug costs ................................................................................ 160

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 157 of 253
156
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 7.    Asking us to pay our share of a bill you have received for covered medical services or drugs

| SECTION 1 | Situations in which you should ask us to pay our share of the cost of your covered services or drugs |
|---|---|

| Section 1.1 | If you pay our plan's share of the cost of your covered services or drugs, or if you receive a bill, you can ask us for payment |
|---|---|

Sometimes when you get medical care or a prescription drug, you may need to pay the full cost right away. Other times, you may find that you have paid more than you expected under the coverage rules of the plan. In either case, you can ask our plan to pay you back (paying you back is often called "reimbursing" you). It is your right to be paid back by our plan whenever you've paid more than your share of the cost for medical services or drugs that are covered by our plan.

There may also be times when you get a bill from a provider for the full cost of medical care you have received. In many cases, you should send this bill to us instead of paying it. We will look at the bill and decide whether the services should be covered. If we decide they should be covered, we will pay the provider directly.

Here are examples of situations in which you may need to ask our plan to pay you back or to pay a bill you have received:

**1. When you've received emergency or urgently needed medical care from a provider who is not in our plan's network**

You can receive emergency services from any provider, whether or not the provider is a part of our network. When you receive emergency or urgently needed services from a provider who is not part of our network, you are only responsible for paying your share of the cost, not for the entire cost. You should ask the provider to bill the plan for our share of the cost.

- If you pay the entire amount yourself at the time you receive the care, you need to ask us to pay you back for our share of the cost. Send us the bill, along with documentation of any payments you have made.

- At times you may get a bill from the provider asking for payment that you think you do not owe. Send us this bill, along with documentation of any payments you have already made.

  - If the provider is owed anything, we will pay the provider directly.

  - If you have already paid more than your share of the cost of the service, we will determine how much you owed and pay you back for our share of the cost.

**2. When a network provider sends you a bill you think you should not pay**

Network providers should always bill the plan directly, and ask you only for your share of the cost. But sometimes they make mistakes, and ask you to pay more than your share.

- You only have to pay your cost-sharing amount when you get services covered by our plan. We do not allow providers to add additional separate charges, called "balance billing." This protection (that you never pay more than your cost-sharing amount) applies even if we pay the

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 158 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)
157

Chapter 7.     Asking us to pay our share of a bill you have received for covered medical services
               or drugs

provider less than the provider charges for a service and even if there is a dispute and we don't pay certain provider charges. For more information about "balance billing," go to Chapter 4, Section 1.3.

- Whenever you get a bill from a network provider that you think is more than you should pay, send us the bill. We will contact the provider directly and resolve the billing problem.

- If you have already paid a bill to a network provider, but you feel that you paid too much, send us the bill along with documentation of any payment you have made and ask us to pay you back the difference between the amount you paid and the amount you owed under the plan.

### 3. If you are retroactively enrolled in our plan

Sometimes a person's enrollment in the plan is retroactive. (Retroactive means that the first day of their enrollment has already passed. The enrollment date may even have occurred last year.)

If you were retroactively enrolled in our plan and you paid out-of-pocket for any of your covered services or drugs after your enrollment date, you can ask us to pay you back for our share of the costs. You will need to submit paperwork for us to handle the reimbursement.

Please call Member Services for additional information about how to ask us to pay you back and deadlines for making your request. (Phone numbers for Member Services are printed on the back cover of this booklet.)

### 4. When you use an out-of-network pharmacy to get a prescription filled

If you go to an out-of-network pharmacy and try to use your membership card to fill a prescription, the pharmacy may not be able to submit the claim directly to us. When that happens, you will have to pay the full cost of your prescription. (We cover prescriptions filled at out-of-network pharmacies only in a few special situations. Please go to Chapter 5, Section 2.5 to learn more.)

Save your receipt and send a copy to us when you ask us to pay you back for our share of the cost.

### 5. When you pay the full cost for a prescription because you don't have your plan membership card with you

If you do not have your plan membership card with you, you can ask the pharmacy to call the plan or to look up your plan enrollment information. However, if the pharmacy cannot get the enrollment information they need right away, you may need to pay the full cost of the prescription yourself.

Save your receipt and send a copy to us when you ask us to pay you back for our share of the cost.

### 6. When you pay the full cost for a prescription in other situations

You may pay the full cost of the prescription because you find that the drug is not covered for some reason.

- For example, the drug may not be on the plan's *List of Covered Drugs (Formulary);* or it could have a requirement or restriction that you didn't know about or don't think should apply to you.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 159 of 253

158
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 7.**   **Asking us to pay our share of a bill you have received for covered medical services or drugs**

If you decide to get the drug immediately, you may need to pay the full cost for it.

- Save your receipt and send a copy to us when you ask us to pay you back. In some situations, we may need to get more information from your doctor in order to pay you back for our share of the cost.

All of the examples above are types of coverage decisions. This means that if we deny your request for payment, you can appeal our decision. Chapter 9 of this booklet (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*) has information about how to make an appeal.

| SECTION 2 | How to ask us to pay you back or to pay a bill you have received |
|---|---|

| Section 2.1 | How and where to send us your request for payment |
|---|---|

Send us your request for payment, along with your bill and documentation of any payment you have made. It's a good idea to make a copy of your bill and receipts for your records.

To make sure you are giving us all the information we need to make a decision, you can fill out our claim form to make your request for payment.

- You don't have to use the form, but it will help us process the information faster.

- Either download a copy of the form from our website  www.wellcare.com/medicare or call Member Services and ask for the form. (Phone numbers for Member Services are printed on the back cover of this booklet.)

For medical services, mail your request for payment together with any bills or paid receipts to us at this address:

> **Payment Request Address**
> Wellcare Health Plans
> Medical Reimbursement Department
> P.O. Box 31381
> Tampa, FL 33631

For Part D Prescription Drugs, mail your request for payment together with any bills or paid receipts to us at this address:

For Part D Claims:

> **Part D Payment Request Address**
> Wellcare Health Plans
> Pharmacy - Prescription Reimbursement Department
> P.O. Box 31577
> Tampa, FL, 33631-3577

**Chapter 7.   Asking us to pay our share of a bill you have received for covered medical services or drugs**

---

**You must submit your claim to us within 365 days (for medical claims) and within three years (for drug claims)** of the date you received the service, item, or drug.

Contact Member Services if you have any questions (phone numbers are printed on the back cover of this booklet). If you don't know what you should have paid, or you receive bills and you don't know what to do about those bills, we can help. You can also call if you want to give us more information about a request for payment you have already sent to us.

| SECTION 3 | We will consider your request for payment and say yes or no |
|---|---|

| Section 3.1 | We check to see whether we should cover the service or drug and how much we owe |
|---|---|

When we receive your request for payment, we will let you know if we need any additional information from you. Otherwise, we will consider your request and make a coverage decision.

- If we decide that the medical care or drug is covered and you followed all the rules for getting the care or drug, we will pay for our share of the cost. If you have already paid for the service or drug, we will mail your reimbursement of our share of the cost to you. If you have not paid for the service or drug yet, we will mail the payment directly to the provider. (Chapter 3 explains the rules you need to follow for getting your medical services covered. Chapter 5 explains the rules you need to follow for getting your Part D prescription drugs covered.)

- If we decide that the medical care or drug is *not* covered, or you did *not* follow all the rules, we will not pay for our share of the cost. Instead, we will send you a letter that explains the reasons why we are not sending the payment you have requested and your rights to appeal that decision.

| Section 3.2 | If we tell you that we will not pay for all or part of the medical care or drug, you can make an appeal |
|---|---|

If you think we have made a mistake in turning down your request for payment or you don't agree with the amount we are paying, you can make an appeal. If you make an appeal, it means you are asking us to change the decision we made when we turned down your request for payment.

For the details on how to make this appeal, go to Chapter 9 of this booklet (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*). The appeals process is a formal process with detailed procedures and important deadlines. If making an appeal is new to you, you will find it helpful to start by reading Section 4 of Chapter 9. Section 4 is an introductory section that explains the process for coverage decisions and appeals and gives definitions of terms such as "appeal." Then after you have read Section 4, you can go to the section in Chapter 9 that tells what to do for your situation:

- If you want to make an appeal about getting paid back for a medical service, go to Section 5.3 in Chapter 9.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 161 of 253

160

2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 7.    Asking us to pay our share of a bill you have received for covered medical services
              or drugs

- If you want to make an appeal about getting paid back for a drug, go to Section 6.5 of Chapter 9.

| SECTION 4 | Other situations in which you should save your receipts and send copies to us |
|---|---|

| Section 4.1 | In some cases, you should send copies of your receipts to us to help us track your out-of-pocket drug costs |
|---|---|

There are some situations when you should let us know about payments you have made for your drugs. In these cases, you are not asking us for payment. Instead, you are telling us about your payments so that we can calculate your out-of-pocket costs correctly. This may help you to qualify for the Catastrophic Coverage Stage more quickly.

Here are two situations when you should send us copies of receipts to let us know about payments you have made for your drugs:

## 1. When you buy the drug for a price that is lower than our price

Sometimes when you are in the Coverage Gap Stage you can buy your drug **at a network pharmacy** for a price that is lower than our price.

- For example, a pharmacy might offer a special price on the drug. Or you may have a discount card that is outside our benefit that offers a lower price.

- Unless special conditions apply, you must use a network pharmacy in these situations and your drug must be on our Drug List.

- Save your receipt and send a copy to us so that we can have your out-of-pocket expenses count toward qualifying you for the Catastrophic Coverage Stage.

- **Please note:** If you are in the Coverage Gap Stage, we may not pay for any share of these drug costs. But sending a copy of the receipt allows us to calculate your out-of-pocket costs correctly and may help you qualify for the Catastrophic Coverage Stage more quickly.

## 2. When you get a drug through a patient assistance program offered by a drug manufacturer

Some members are enrolled in a patient assistance program offered by a drug manufacturer that is outside the plan benefits. If you get any drugs through a program offered by a drug manufacturer, you may pay a copayment to the patient assistance program.

- Save your receipt and send a copy to us so that we can have your out-of-pocket expenses count toward qualifying you for the Catastrophic Coverage Stage.

- **Please note**: Because you are getting your drug through the patient assistance program and not through the plan's benefits, we will not pay for any share of these drug costs. But sending a copy of the receipt allows us to calculate your out-of-pocket costs correctly and may help you

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 7.    Asking us to pay our share of a bill you have received for covered medical services or drugs**

qualify for the Catastrophic Coverage Stage more quickly.

Since you are not asking for payment in the two cases described above, these situations are not considered coverage decisions. Therefore, you cannot make an appeal if you disagree with our decision.

# CHAPTER 8

*Your rights and responsibilities*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 164 of 253   163
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 8.      Your rights and responsibilities

# <u>Chapter 8.   Your rights and responsibilities</u>

**SECTION 1      Our plan must honor your rights as a member of the plan** ........................**164**

Section 1.1     We must provide information in a way that works for you (in languages other than English, in audio, in braille, in large print or other alternate formats, etc.).................. 164

Section 1.2     We must ensure that you get timely access to your covered services and drugs ............ 164

Section 1.3     We must protect the privacy of your personal health information................................. 164

Section 1.4     We must give you information about the plan, its network of providers, and your covered services ............................................................................................................... 165

Section 1.5     We must support your right to make decisions about your care ..................................... 167

Section 1.6     You have the right to make complaints and to ask us to reconsider decisions we have made ............................................................................................................................. 168

Section 1.7     You have the right to make recommendations about our member rights and responsibilities policy ...................................................................................................... 169

Section 1.8     Evaluation of new technologies ...................................................................................... 169

Section 1.9     What can you do if you believe you are being treated unfairly or your rights are not being respected?............................................................................................................. 169

Section 1.10    How to get more information about your rights............................................................. 170

**SECTION 2      You have some responsibilities as a member of the plan**...........................**170**

Section 2.1     What are your responsibilities? ...................................................................................... 170

| SECTION 1 | **Our plan must honor your rights as a member of the plan** |
|---|---|

| **Section 1.1** | **We must provide information in a way that works for you (in languages other than English, in audio, in braille, in large print or other alternate formats, etc.)** |
|---|---|

To get information from us in a way that works for you, please call Member Services (phone numbers are printed on the back cover of this booklet).

Our plan has people and free interpreter services available to answer questions from disabled and non-English speaking members. We can also give you information in audio, in braille, in large print, or other alternate formats at no cost if you need it. We are required to give you information about the plan's benefits in a format that is accessible and appropriate for you. To get information from us in a way that works for you, please call Member Services (phone numbers are printed on the back cover of this booklet).

If you have any trouble getting information from our plan in a format that is accessible and appropriate for you, please call to file a grievance with Member Services (phone numbers are printed on the back cover of this booklet). You may also file a complaint with Medicare by calling 1-800-MEDICARE (1-800-633-4227) or directly with the Office for Civil Rights. Contact information is included in this Evidence of Coverage or with this mailing, or you may contact Member Services for additional information.

| **Section 1.2** | **We must ensure that you get timely access to your covered services and drugs** |
|---|---|

As a member of our plan, you have the right to choose a primary care provider (PCP) in the plan's network to provide and arrange for your covered services (Chapter 3 explains more about this). Call Member Services to learn which doctors are accepting new patients (phone numbers are printed on the back cover of this booklet). You also have the right to go to a women's health specialist (such as a gynecologist) without a referral.

As a plan member, you have the right to get appointments and covered services from the plan's network of providers *within a reasonable amount of time*. This includes the right to get timely services from specialists when you need that care. You also have the right to get your prescriptions filled or refilled at any of our network pharmacies without long delays.

If you think that you are not getting your medical care or Part D drugs within a reasonable amount of time, Chapter 9, Section 10 of this booklet tells what you can do. (If we have denied coverage for your medical care or drugs and you don't agree with our decision, Chapter 9, Section 4 tells what you can do.)

| **Section 1.3** | **We must protect the privacy of your personal health information** |
|---|---|

Federal and state laws protect the privacy of your medical records and personal health information. We protect your personal health information as required by these laws.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 166 of 253   165
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 8.      Your rights and responsibilities

- Your "personal health information" includes the personal information you gave us when you enrolled in this plan as well as your medical records and other medical and health information.
- The laws that protect your privacy give you rights related to getting information and controlling how your health information is used. We give you a written notice, called a "Notice of Privacy Practice," that tells about these rights and explains how we protect the privacy of your health information.

## How do we protect the privacy of your health information?

- We make sure that unauthorized people don't see or change your records.
- In most situations, if we give your health information to anyone who isn't providing your care or paying for your care, *we are required to get written permission from you first.* Written permission can be given by you or by someone you have given legal power to make decisions for you.
- There are certain exceptions that do not require us to get your written permission first. These exceptions are allowed or required by law.
  - For example, we are required to release health information to government agencies that are checking on quality of care.
  - Because you are a member of our plan through Medicare, we are required to give Medicare your health information including information about your Part D prescription drugs. If Medicare releases your information for research or other uses, this will be done according to Federal statutes and regulations.

## You can see the information in your records and know how it has been shared with others

You have the right to look at your medical records held at the plan, and to get a copy of your records. We are allowed to charge you a fee for making copies. You also have the right to ask us to make additions or corrections to your medical records. If you ask us to do this, we will work with your healthcare provider to decide whether the changes should be made.

You have the right to know how your health information has been shared with others for any purposes that are not routine.

If you have questions or concerns about the privacy of your personal health information, please call Member Services (phone numbers are printed on the back cover of this booklet).

| Section 1.4 | We must give you information about the plan, its network of providers, and your covered services |
|---|---|

As a member of our plan, you have the right to get several kinds of information from us. (As explained above in Section 1.1, you have the right to get information from us in a way that works for you. This includes getting the information in languages other than English and in large print or other alternate formats.)

If you want any of the following kinds of information, please call Member Services (phone numbers are

printed on the back cover of this booklet):

- **Information about our plan.** This includes, for example, information about the plan's financial condition. It also includes information about the number of appeals made by members and the plan's Star Ratings, including how it has been rated by plan members and how it compares to other Medicare health plans.

- **Information about our network providers including our network pharmacies.**
  - For example, you have the right to get information from us about the qualifications of the providers and pharmacies in our network and how we pay the providers in our network.
  - For a list of the providers and pharmacies in the plan's network, see the *Provider & Pharmacy Directory*.
  - For more detailed information about our providers or pharmacies, you can call Member Services (phone numbers are printed on the back cover of this booklet) or visit our website at www.wellcare.com/medicare.

- **Information about your coverage and the rules you must follow when using your coverage.**
  - In Chapters 3 and 4 of this booklet, we explain what medical services are covered for you, any restrictions to your coverage, and what rules you must follow to get your covered medical services.
  - Note: Our plan does not reward practitioners, providers, or employees who perform utilization reviews, including those of delegated entities. Utilization Management (UM) decision making is based only on appropriateness of care and service, and existence of coverage. Additionally, the plan does not specifically reward practitioners or other individuals for issuing denials of coverage. Financial incentives for UM decision makers do not encourage decisions that result in underutilization.
  - To get the details on your Part D prescription drug coverage, see Chapters 5 and 6 of this booklet plus the plan's *List of Covered Drugs (Formulary)*. These chapters, together with the *List of Covered Drugs (Formulary)*, tell you what drugs are covered and explain the rules you must follow and the restrictions to your coverage for certain drugs.
  - If you have questions about the rules or restrictions, please call Member Services (phone numbers are printed on the back cover of this booklet).

- **Information about why something is not covered and what you can do about it.**
  - If a medical service or Part D drug is not covered for you, or if your coverage is restricted in some way, you can ask us for a written explanation. You have the right to this explanation even if you received the medical service or drug from an out-of-network provider or pharmacy.
  - If you are not happy or if you disagree with a decision we make about what medical care or Part D drug is covered for you, you have the right to ask us to change the decision. You can ask us to change the decision by making an appeal. For details on what to do if something is not covered for you in the way you think it should be covered, see Chapter 9 of this booklet. It gives you the details about how to make an appeal if you want us to change our decision. (Chapter 9

also tells about how to make a complaint about quality of care, waiting times, and other concerns.)

○ If you want to ask our plan to pay our share of a bill you have received for medical care or a Part D prescription drug, see Chapter 7 of this booklet.

---

| Section 1.5 | We must support your right to make decisions about your care |
|---|---|

### You have the right to know your treatment options and participate in decisions about your health care

You have the right to get full information from your doctors and other health care providers when you go for medical care. Your providers must explain your medical condition and your treatment choices *in a way that you can understand.*

You also have the right to participate fully in decisions about your health care. To help you make decisions with your doctors about what treatment is best for you, your rights include the following:

- **To know about all of your choices.** This means that you have the right to be told about all of the treatment options that are recommended for your condition, no matter what they cost or whether they are covered by our plan. It also includes being told about programs our plan offers to help members manage their medications and use drugs safely.

- **To know about the risks.** You have the right to be told about any risks involved in your care. You must be told in advance if any proposed medical care or treatment is part of a research experiment. You always have the choice to refuse any experimental treatments.

- **The right to say "no."** You have the right to refuse any recommended treatment. This includes the right to leave a hospital or other medical facility, even if your doctor advises you not to leave. You also have the right to stop taking your medication. Of course, if you refuse treatment or stop taking medication, you accept full responsibility for what happens to your body as a result.

- **To receive an explanation if you are denied coverage for care.** You have the right to receive an explanation from us if a provider has denied care that you believe you should receive. To receive this explanation, you will need to ask us for a coverage decision. Chapter 9 of this booklet tells how to ask the plan for a coverage decision.

### You have the right to give instructions about what is to be done if you are not able to make medical decisions for yourself

Sometimes people become unable to make health care decisions for themselves due to accidents or serious illness. You have the right to say what you want to happen if you are in this situation. This means that, *if you want to*, you can:

- Fill out a written form to give **someone the legal authority to make medical decisions for you** if you ever become unable to make decisions for yourself.

- **Give your doctors written instructions** about how you want them to handle your medical care if

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 169 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)

**Chapter 8.      Your rights and responsibilities**

168

you become unable to make decisions for yourself.

The legal documents that you can use to give your directions in advance in these situations are called "**advance directives.**" There are different types of advance directives and different names for them. Documents called "**living will**" and "**power of attorney for health care**" are examples of advance directives.

If you want to use an "advance directive" to give your instructions, here is what to do:

- **Get the form.** If you want to have an advance directive, you can get a form from your lawyer, from a social worker, or from some office supply stores. You can sometimes get advance directive forms from organizations that give people information about Medicare.

- **Fill it out and sign it.** Regardless of where you get this form, keep in mind that it is a legal document. You should consider having a lawyer help you prepare it.

- **Give copies to appropriate people**. You should give a copy of the form to your doctor and to the person you name on the form as the one to make decisions for you if you can't. You may want to give copies to close friends or family members as well. Be sure to keep a copy at home.

If you know ahead of time that you are going to be hospitalized, and you have signed an advance directive, **take a copy with you to the hospital.**

- If you are admitted to the hospital, they will ask you whether you have signed an advance directive form and whether you have it with you.

- If you have not signed an advance directive form, the hospital has forms available and will ask if you want to sign one.

**Remember, it is your choice whether you want to fill out an advance directive** (including whether you want to sign one if you are in the hospital). According to law, no one can deny you care or discriminate against you based on whether or not you have signed an advance directive.

## What if your instructions are not followed?

If you have signed an advance directive, and you believe that a doctor or hospital did not follow the instructions in it, you may file a complaint with the Georgia Advance Directive for Health Care.

| Section 1.6 | You have the right to make complaints and to ask us to reconsider decisions we have made |
| --- | --- |

If you have any problems or concerns about your covered services or care, Chapter 9 of this booklet tells what you can do. It gives the details about how to deal with all types of problems and complaints. What you need to do to follow up on a problem or concern depends on the situation. You might need to ask our plan to make a coverage decision for you, make an appeal to us to change a coverage decision, or make a complaint. Whatever you do – ask for a coverage decision, make an appeal, or make a complaint – **we are required to treat you fairly.**

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 170 of 253   169
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 8.      Your rights and responsibilities

You have the right to get a summary of information about the appeals and complaints that other members have filed against our plan in the past. To get this information, please call Member Services (phone numbers are printed on the back cover of this booklet).

| Section 1.7 | You have the right to make recommendations about our member rights and responsibilities policy |
|---|---|

If you have any questions or concerns about the rights and responsibilities or if you have suggestions to improve our member rights policy, share your thoughts with us by contacting Member Services at the number on the back cover of this booklet.

| Section 1.8 | Evaluation of new technologies |
|---|---|

New technologies include procedures, drugs, biological product, or devices that have recently been developed for the treatment of specific diseases or conditions, or are new applications of existing procedures, drugs, biological products, and devices. Our plan follows Medicare's National and Local Coverage Determinations when applicable.

In the absence of a Medicare coverage determination, our plan assesses new technology or new applications of existing technologies for inclusion in applicable benefits plans to ensure members have access to safe and effective care by performing a critical appraisal of the current published medical literature from peer-reviewed publications including systematic reviews, randomized controlled trials, cohort studies, case control studies, diagnostic test studies with statistically significant results that demonstrate safety and effectiveness and review of evidence based guidelines developed by national organizations and recognized authorities. Our plan also considers opinions, recommendations and assessments by practicing physicians, nationally recognized medical associations including Physician Specialty Societies, consensus panels, or other nationally recognized research or technology assessment organizations, reports and publications of government agencies (for example, the Food and Drug, Administration (FDA), Centers for Disease Control (CDC), National Institutes of Health (NIH)).

| Section 1.9 | What can you do if you believe you are being treated unfairly or your rights are not being respected? |
|---|---|

### If it is about discrimination, call the Office for Civil Rights

If you believe you have been treated unfairly or your rights have not been respected due to your race, disability, religion, sex, health, ethnicity, creed (beliefs), age, or national origin, you should call the Department of Health and Human Services' **Office for Civil Rights** at 1-800-368-1019 or TTY 1-800-537-7697, or call your local Office for Civil Rights. You have a right to be treated with respect and recognition of your dignity.

### Is it about something else?

If you believe you have been treated unfairly or your rights have not been respected, *and* it's *not* about

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 171 of 253

170
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 8.      Your rights and responsibilities

discrimination, you can get help dealing with the problem you are having:

- You can **call Member Services** (phone numbers are printed on the back cover of this booklet).

- You can **call the State Health Insurance Assistance Program**. For details about this organization and how to contact it, go to Chapter 2, Section 3.

- Or, you can **call Medicare** at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

| Section 1.10 | How to get more information about your rights |
| --- | --- |

There are several places where you can get more information about your rights:

- You can **call Member Services** (phone numbers are printed on the back cover of this booklet).

- You can **call the State Health Insurance Assistance Program**. For details about this organization and how to contact it, go to Chapter 2, Section 3.

- You can contact **Medicare**.

    ○ You can visit the Medicare website to read or download the publication "Medicare Rights & Protections." (The publication is available at: www.medicare.gov/Pubs/pdf/11534-Medicare-Rights-and-Protections.pdf.)

    ○ Or, you can call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

| SECTION 2 | You have some responsibilities as a member of the plan |
| --- | --- |

| Section 2.1 | What are your responsibilities? |
| --- | --- |

Things you need to do as a member of the plan are listed below. If you have any questions, please call Member Services (phone numbers are printed on the back cover of this booklet). We're here to help.

- **Get familiar with your covered services and the rules you must follow to get these covered services.** Use this *Evidence of Coverage* booklet to learn what is covered for you and the rules you need to follow to get your covered services.

    ○ Chapters 3 and 4 give the details about your medical services, including what is covered, what is not covered, rules to follow, and what you pay.

    ○ Chapters 5 and 6 give the details about your coverage for Part D prescription drugs.

- **If you have any other health insurance coverage or prescription drug coverage in addition to our plan, you are required to tell us.** Please call Member Services to let us know (phone numbers are printed on the back cover of this booklet).

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 172 of 253   171
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 8.      Your rights and responsibilities

○ We are required to follow rules set by Medicare to make sure that you are using all of your coverage in combination when you get your covered services from our plan. This is called **"coordination of benefits"** because it involves coordinating the health and drug benefits you get from our plan with any other health and drug benefits available to you. We'll help you coordinate your benefits. (For more information about coordination of benefits, go to Chapter 1, Section 10.)

• **Tell your doctor and other health care providers that you are enrolled in our plan.**
Show your plan membership card whenever you get your medical care or Part D prescription drugs.

• **Help your doctors and other providers help you by giving them information, asking questions, and following through on your care.**

○ To help your doctors and other health providers give you the best care, learn as much as you are able to about your health problems and give them the information they need about you and your health. Follow the treatment plans and instructions that you and your doctors agree upon.

○ Make sure your doctors know all of the drugs you are taking, including over-the-counter drugs, vitamins, and supplements.

○ If you have any questions, be sure to ask. Your doctors and other health care providers are supposed to explain things in a way you can understand. If you ask a question and you don't understand the answer you are given, ask again. You have the responsibility to understand your health problems and help set treatment goals that you and your doctor agree upon.

• **Be considerate.** We expect all our members to respect the rights of other patients. We also expect you to act in a way that helps the smooth running of your doctor's office, hospitals, and other offices.

• **Pay what you owe.** As a plan member, you are responsible for these payments:

○ In order to be eligible for our plan, you must have Medicare Part A and Medicare Part B. Some plan members must pay a premium for Medicare Part A. Most plan members must pay a premium for Medicare Part B to remain a member of the plan.

○ For most of your medical services or drugs covered by the plan, you must pay your share of the cost when you get the service or drug. This will be a copayment (a fixed amount) or coinsurance (a percentage of the total cost). Chapter 4 tells what you must pay for your medical services. Chapter 6 tells what you must pay for your Part D prescription drugs.

■ If you get any medical services or drugs that are not covered by our plan or by other insurance you may have, you must pay the full cost.

■ If you disagree with our decision to deny coverage for a service or drug, you can make an appeal. Please see Chapter 9 of this booklet for information about how to make an appeal.

○ If you are required to pay the extra amount for Part D because of your yearly income, you must pay the extra amount directly to the government to remain a member of the plan.

• **Tell us if you move.** If you are going to move, it's important to tell us right away. Call Member Services (phone numbers are printed on the back cover of this booklet).

- ○ **If you move *outside* of our plan service area, you cannot remain a member of our plan.** (Chapter 1 tells about our service area.) We can help you figure out whether you are moving outside our service area. If you are leaving our service area, you will have a Special Enrollment Period when you can join any Medicare plan available in your new area. We can let you know if we have a plan in your new area.

- ○ **If you move *within* our service area, we still need to know** so we can keep your membership record up to date and know how to contact you.

- ○ If you move, it is also important to tell Social Security (or the Railroad Retirement Board). You can find phone numbers and contact information for these organizations in Chapter 2.

- • **Call Member Services for help if you have questions or concerns.** We also welcome any suggestions you may have for improving our plan.

  - ○ Phone numbers and calling hours for Member Services are printed on the back cover of this booklet.

  - ○ For more information on how to reach us, including our mailing address, please see Chapter 2.

# CHAPTER 9

*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 175 of 253
174
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.    What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

# Chapter 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

**SECTION 1    Introduction** ................................................................................ **176**

Section 1.1    What to do if you have a problem or concern ............................................... 176

Section 1.2    What about the legal terms? ............................................................... 176

**SECTION 2    You can get help from government organizations that are not connected with us** ................................................................................ **176**

Section 2.1    Where to get more information and personalized assistance ........................... 176

**SECTION 3    To deal with your problem, which process should you use? ....................** **177**

Section 3.1    Should you use the process for coverage decisions and appeals? Or should you use the process for making complaints? ...................................................... 177

**COVERAGE DECISIONS AND APPEALS** ................................................................ **178**

**SECTION 4    A guide to the basics of coverage decisions and appeals** ........................ **178**

Section 4.1    Asking for coverage decisions and making appeals: the big picture .............. 178

Section 4.2    How to get help when you are asking for a coverage decision or making an appeal ..... 179

Section 4.3    Which section of this chapter gives the details for your situation? ................. 180

**SECTION 5    Your medical care: How to ask for a coverage decision or make an appeal** ................................................................................ **180**

Section 5.1    This section tells what to do if you have problems getting coverage for medical care or if you want us to pay you back for our share of the cost of your care ...................... 180

Section 5.2    Step-by-step: How to ask for a coverage decision  (how to ask our plan to authorize or provide the medical care coverage you want) ............................................... 182

Section 5.3    Step-by-step: How to make a Level 1 Appeal  (how to ask for a review of a medical care coverage decision made by our plan) ...................................................... 185

Section 5.4    Step-by-step: How a Level 2 Appeal is done ............................................. 188

Section 5.5    What if you are asking us to pay you for our share of a bill you have received for medical care? ................................................................................... 190

**SECTION 6    Your Part D prescription drugs: How to ask for a coverage decision or make an appeal** ................................................................................ **191**

Section 6.1    This section tells you what to do if you have problems getting a Part D drug or you want us to pay you back for a Part D drug ............................................... 191

Section 6.2    What is an exception? ...................................................................... 193

Section 6.3    Important things to know about asking for exceptions ............................... 195

Section 6.4    Step-by-step: How to ask for a coverage decision, including an exception ................... 196

Section 6.5    Step-by-step: How to make a Level 1 Appeal  (how to ask for a review of a coverage decision made by our plan) ............................................................ 199

Section 6.6    Step-by-step: How to make a Level 2 Appeal.................................................. 202

**SECTION 7    How to ask us to cover a longer inpatient hospital stay if you think the doctor is discharging you too soon ................................................................204**

Section 7.1    During your inpatient hospital stay, you will get a written notice from Medicare that tells about your rights.................................................................. 205

Section 7.2    Step-by-step: How to make a Level 1 Appeal to change your hospital discharge date .. 206

Section 7.3    Step-by-step: How to make a Level 2 Appeal to change your hospital discharge date .. 208

Section 7.4    What if you miss the deadline for making your Level 1 Appeal?................................ 210

**SECTION 8    How to ask us to keep covering certain medical services if you think your coverage is ending too soon ................................................................212**

Section 8.1    *This section is about three services only:* Home health care, skilled nursing facility care, and Comprehensive Outpatient Rehabilitation Facility (CORF) services ........... 212

Section 8.2    We will tell you in advance when your coverage will be ending .................................. 213

Section 8.3    Step-by-step: How to make a Level 1 Appeal to have our plan cover your care for a longer time ........................................................................................ 213

Section 8.4    Step-by-step: How to make a Level 2 Appeal to have our plan cover your care for a longer time ........................................................................................ 216

Section 8.5    What if you miss the deadline for making your Level 1 Appeal?................................ 217

**SECTION 9    Taking your appeal to Level 3 and beyond ..................................................219**

Section 9.1    Appeal Levels 3, 4 and 5 for Medical Service Requests.......................................... 219

Section 9.2    Appeal Levels 3, 4 and 5 for Part D Drug Requests ............................................. 221

**MAKING COMPLAINTS .........................................................................................222**

**SECTION 10    How to make a complaint about quality of care, waiting times, customer service, or other concerns..............................................................222**

Section 10.1    What kinds of problems are handled by the complaint process? .................................. 222

Section 10.2    The formal name for "making a complaint" is "filing a grievance" ............................. 224

Section 10.3    Step-by-step: Making a complaint ...................................................................... 225

Section 10.4    You can also make complaints about quality of care to the Quality Improvement Organization........................................................................................ 226

Section 10.5    You can also tell Medicare about your complaint........................................................ 227

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.     What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

---

| SECTION 1 | **Introduction** |
|---|---|

| **Section 1.1** | **What to do if you have a problem or concern** |
|---|---|

This chapter explains two types of processes for handling problems and concerns:

- For some types of problems, you need to use the **process for coverage decisions and appeals.**

- For other types of problems, you need to use the **process for making complaints.**

Both of these processes have been approved by Medicare. To ensure fairness and prompt handling of your problems, each process has a set of rules, procedures, and deadlines that must be followed by us and by you.

Which one do you use? That depends on the type of problem you are having. The guide in Section 3 will help you identify the right process to use.

| **Section 1.2** | **What about the legal terms?** |
|---|---|

There are technical legal terms for some of the rules, procedures, and types of deadlines explained in this chapter. Many of these terms are unfamiliar to most people and can be hard to understand.

To keep things simple, this chapter explains the legal rules and procedures using simpler words in place of certain legal terms. For example, this chapter generally says "making a complaint" rather than "filing a grievance," "coverage decision" rather than "organization determination," or "coverage determination" or "at-risk determination," and "Independent Review Organization" instead of "Independent Review Entity." It also uses abbreviations as little as possible.

However, it can be helpful – and sometimes quite important – for you to know the correct legal terms for the situation you are in. Knowing which terms to use will help you communicate more clearly and accurately when you are dealing with your problem and get the right help or information for your situation. To help you know which terms to use, we include legal terms when we give the details for handling specific types of situations.

| SECTION 2 | **You can get help from government organizations that are not connected with us** |
|---|---|

| **Section 2.1** | **Where to get more information and personalized assistance** |
|---|---|

Sometimes it can be confusing to start or follow through the process for dealing with a problem. This can be especially true if you do not feel well or have limited energy. Other times, you may not have the knowledge you need to take the next step.

**Get help from an independent government organization**

We are always available to help you. But in some situations you may also want help or guidance from

someone who is not connected with us. You can always contact your **State Health Insurance Assistance Program (SHIP)**. This government program has trained counselors in every state. The program is not connected with us or with any insurance company or health plan. The counselors at this program can help you understand which process you should use to handle a problem you are having. They can also answer your questions, give you more information, and offer guidance on what to do.

The services of SHIP counselors are free. You will find phone numbers in Chapter 2, Section 3 of this booklet.

## You can also get help and information from Medicare

For more information and help in handling a problem, you can also contact Medicare. Here are two ways to get information directly from Medicare:

- You can call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

- You can visit the Medicare website (www.medicare.gov).

| SECTION 3 | To deal with your problem, which process should you use? |
|---|---|

| Section 3.1 | Should you use the process for coverage decisions and appeals? Or should you use the process for making complaints? |
|---|---|

If you have a problem or concern, you only need to read the parts of this chapter that apply to your situation. The guide that follows will help.

To figure out which part of this chapter will help with your specific problem or concern, **START HERE**

> **Is your problem or concern about your benefits or coverage?**
>
> (This includes problems about whether particular medical care or prescription drugs are covered or not, the way in which they are covered, and problems related to payment for medical care or prescription drugs.)
>
>> **Yes.** My problem is about benefits or coverage.
>>
>>> Go on to the next section of this chapter, **Section 4, "A guide to the basics of coverage decisions and appeals."**
>>
>> **No**. My problem is <u>not</u> about benefits or coverage.
>>
>>> Skip ahead to **Section 10** at the end of this chapter: **"How to make a complaint about quality**

**Chapter 9.     What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

of care, waiting times, customer service or other concerns."

## COVERAGE DECISIONS AND APPEALS

## SECTION 4          A guide to the basics of coverage decisions and appeals

### Section 4.1          Asking for coverage decisions and making appeals: the big picture

The process for coverage decisions and appeals deals with problems related to your benefits and coverage for medical services and prescription drugs, including problems related to payment. This is the process you use for issues such as whether something is covered or not and the way in which something is covered.

**Asking for coverage decisions**

A coverage decision is a decision we make about your benefits and coverage or about the amount we will pay for your medical services or drugs. For example, your plan network doctor makes a (favorable) coverage decision for you whenever you receive medical care from him or her or if your network doctor refers you to a medical specialist. You or your doctor can also contact us and ask for a coverage decision if your doctor is unsure whether we will cover a particular medical service or refuses to provide medical care you think that you need. In other words, if you want to know if we will cover a medical service before you receive it, you can ask us to make a coverage decision for you. In limited circumstances a request for a coverage decision will be dismissed, which means we won't review the request. Examples of when a request will be dismissed include if the request is incomplete, if someone makes the request on your behalf but isn't legally authorized to do so or if you ask for your request to be withdrawn. If we dismiss a request for a coverage decision, we will send a notice explaining why the request was dismissed and how to ask for a review of the dismissal.

We are making a coverage decision for you whenever we decide what is covered for you and how much we pay. In some cases we might decide a service or drug is not covered or is no longer covered by Medicare for you. If you disagree with this coverage decision, you can make an appeal.

**Making an appeal**

If we make a coverage decision and you are not satisfied with this decision, you can "appeal" the decision. An appeal is a formal way of asking us to review and change a coverage decision we have made.

When you appeal a decision for the first time, this is called a Level 1 Appeal. In this appeal, we review the coverage decision we made to check to see if we were following all of the rules properly. Your appeal is handled by different reviewers than those who made the original unfavorable decision. When we have completed the review we give you our decision. Under certain circumstances, which we discuss later, you can request an expedited or "fast coverage decision" or fast appeal of a coverage decision. In limited circumstances an appeal request will be dismissed, which means we won't review the request. Examples of when a request will be dismissed include if the request is incomplete, if someone makes the request on your behalf but isn't legally authorized to do so or if you ask for your request to be withdrawn. If we dismiss an

appeal request, we will send a notice explaining why the request was dismissed and how to ask for a review of the dismissal.

If we say no to all or part of your Level 1 Appeal, you can go on to a Level 2 Appeal. The Level 2 Appeal is conducted by an Independent Review Organization that is not connected to us. (In some situations, your case will be automatically sent to the Independent Review Organization for a Level 2 Appeal. In other situations, you will need to ask for a Level 2 Appeal.) If you are not satisfied with the decision at the Level 2 Appeal, you may be able to continue through additional levels of appeal.

| Section 4.2 | How to get help when you are asking for a coverage decision or making an appeal |
|---|---|

Would you like some help? Here are resources you may wish to use if you decide to ask for any kind of coverage decision or appeal a decision:

- You **can call us at Member Services** (phone numbers are printed on the back cover of this booklet).

- You **can get free help** from your State Health Insurance Assistance Program (see Section 2 of this chapter).

- **Your doctor can make a request for you.**

  ○ For medical care or Part B prescription drugs, your doctor can request a coverage decision or a Level 1 Appeal on your behalf. If your appeal is denied at Level 1, it will be automatically forwarded to Level 2. To request any appeal after Level 2, your doctor must be appointed as your representative.

  ○ For Part D prescription drugs, your doctor or other prescriber can request a coverage decision or a Level 1 or Level 2 Appeal on your behalf. To request any appeal after Level 2, your doctor or other prescriber must be appointed as your representative.

- **You can ask someone to act on your behalf.** If you want to, you can name another person to act for you as your "representative" to ask for a coverage decision or make an appeal.

  ○ There may be someone who is already legally authorized to act as your representative under State law.

  ○ If you want a friend, relative, your doctor or other provider, or other person to be your representative, call Member Services (phone numbers are printed on the back cover of this booklet) and ask for the "Appointment of Representative" form. (The form is also available on Medicare's website at www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf or on our website at www.wellcare.com/medicare.) The form gives that person permission to act on your behalf. It must be signed by you and by the person who you would like to act on your behalf. You must give us a copy of the signed form.

- **You also have the right to hire a lawyer to act for you.** You may contact your own lawyer, or get the name of a lawyer from your local bar association or other referral service. There are also groups that will give you free legal services if you qualify. However, **you are not required to hire a**

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 181 of 253                     180

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

**lawyer** to ask for any kind of coverage decision or appeal a decision.

| Section 4.3 | Which section of this chapter gives the details for your situation? |
|---|---|

There are four different types of situations that involve coverage decisions and appeals. Since each situation has different rules and deadlines, we give the details for each one in a separate section:

- **Section 5** of this chapter: "Your medical care: How to ask for a coverage decision or make an appeal"

- **Section 6** of this chapter: "Your Part D prescription drugs: How to ask for a coverage decision or make an appeal"

- **Section 7** of this chapter: "How to ask us to cover a longer inpatient hospital stay if you think the doctor is discharging you too soon"

- **Section 8** of this chapter: "How to ask us to keep covering certain medical services if you think your coverage is ending too soon" (*Applies to these services only*: home health care, skilled nursing facility care, and Comprehensive Outpatient Rehabilitation Facility (CORF) services)

If you're not sure which section you should be using, please call Member Services (phone numbers are printed on the back cover of this booklet). You can also get help or information from government organizations such as your SHIP (Chapter 2, Section 3, of this booklet has the phone numbers for this program).

---

| SECTION 5 | Your medical care: How to ask for a coverage decision or make an appeal |
|---|---|

 Have you read Section 4 of this chapter (*A guide to "the basics" of coverage decisions and appeals*)? If not, you may want to read it before you start this section.

| Section 5.1 | This section tells what to do if you have problems getting coverage for medical care or if you want us to pay you back for our share of the cost of your care |
|---|---|

This section is about your benefits for medical care and services. These benefits are described in Chapter 4 of this booklet: *Medical Benefits Chart (what is covered and what you pay)*. To keep things simple, we generally refer to "medical care coverage" or "medical care" in the rest of this section, instead of repeating "medical care or treatment or services" every time. The term "medical care" includes medical items and services as well as Medicare Part B prescription drugs. In some cases, different rules apply to a request for a Part B prescription drug. In those cases, we will explain how the rules for Part B prescription drugs are different from the rules for medical items and services.

This section tells what you can do if you are in any of the five following situations:

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.     What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

1.  You are not getting certain medical care you want, and you believe that this care is covered by our plan.

2.  Our plan will not approve the medical care your doctor or other medical provider wants to give you, and you believe that this care is covered by the plan.

3.  You have received medical care that you believe should be covered by the plan, but we have said we will not pay for this care.

4.  You have received and paid for medical care that you believe should be covered by the plan, and you want to ask our plan to reimburse you for this care.

5.  You are being told that coverage for certain medical care you have been getting that we previously approved will be reduced or stopped, and you believe that reducing or stopping this care could harm your health.

NOTE: **If the coverage that will be stopped is for hospital care, home health care, skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services**, you need to read a separate section of this chapter because special rules apply to these types of care. Here's what to read in those situations:

○   Chapter 9, Section 7: *How to ask us to cover a longer inpatient hospital stay if you think the doctor is discharging you too soon.*

○   Chapter 9, Section 8: *How to ask us to keep covering certain medical services if you think your coverage is ending too soon.* This section is about three services only: home health care, skilled nursing facility care, and CORF services.

For *all other* situations that involve being told that medical care you have been getting will be stopped, use this section (Section 5) as your guide for what to do.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 183 of 253   182
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

**Which of these situations are you in?**

| If you are in this situation: | This is what you can do: |
|---|---|
| To find out whether we will cover the medical care you want. | You can ask us to make a coverage decision for you.<br><br>Go to the next section of this chapter, **Section 5.2.** |
| If we already told you that we will not cover or pay for a medical service in the way that you want it to be covered or paid for. | You can make an **appeal**. (This means you are asking us to reconsider.)<br><br>Skip ahead to **Section 5.3** of this chapter. |
| If you want to ask us to pay you back for medical care you have already received and paid for. | You can send us the bill.<br><br>Skip ahead to **Section 5.5** of this chapter. |

---

**Section 5.2        Step-by-step: How to ask for a coverage decision (how to ask our plan to authorize or provide the medical care coverage you want)**

| Legal Terms |
|---|
| When a coverage decision involves your medical care, it is called an **"organization determination."** |

**Step 1:** **You ask our plan to make a coverage decision on the medical care you are requesting.** If your health requires a quick response, you should ask us to make a **"fast coverage decision."**

| Legal Terms |
|---|
| A "fast coverage decision" is called an **"expedited determination."** |

*How to request coverage for the medical care you want*

- Start by calling, writing, or faxing our plan to make your request for us to authorize or provide coverage for the medical care you want. You, your doctor, or your representative can do this.

- For the details on how to contact us, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are asking for a coverage decision about your medical care.*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 184 of 253   183
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.    What to do if you have a problem or complaint (coverage decisions, appeals,
            complaints)

*Generally we use the standard deadlines for giving you our decision*

When we give you our decision, we will use the "standard" deadlines unless we have agreed to use the "fast" deadlines. **A standard coverage decision means we will give you an answer within 14 calendar days** after we receive your request **for a medical item or service**. If your request is for a **Medicare Part B prescription drug, we will give you an answer within 72 hours** after we receive your request.

- **However,** for a request **for a medical item or service we can take up to 14 more calendar days** if you ask for more time, or if we need information (such as medical records from out-of-network providers) that may benefit you. If we decide to take extra days to make the decision, we will tell you in writing. We can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.

- If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. When you file a fast complaint, we will give you an answer to your complaint within 24 hours. (The process for making a complaint is different from the process for coverage decisions and appeals. For more information about the process for making complaints, including fast complaints, see Section 10 of this chapter.)

*If your health requires it, ask us to give you a "fast coverage decision"*

- **A fast coverage decision means we will answer within 72 hours if your request is for a medical item or service. If your request is for a Medicare Part B prescription drug, we will answer within 24 hours.**

  - **However,** for a request **for a medical item or service we can take up to 14 more calendar days** if we find that some information that may benefit you is missing (such as medical records from out-of-network providers), or if you need time to get information to us for the review. If we decide to take extra days, we will tell you in writing. We can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.

  - If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. (For more information about the process for making complaints, including fast complaints, see Section 10 of this chapter.) We will call you as soon as we make the decision.

- **To get a fast coverage decision, you must meet two requirements:**

  - You can get a fast coverage decision *only* if you are asking for coverage for medical care *you have not yet received.* (You cannot ask for a fast coverage decision if your request is about payment for medical care you have already received.)

  - You can get a fast coverage decision *only* if using the standard deadlines could *cause serious harm to your health or hurt your ability to function.*

- **If your doctor tells us that your health requires a "fast coverage decision," we will automatically agree to give you a fast coverage decision.**

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 185 of 253   184
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.    What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

- If you ask for a fast coverage decision on your own, without your doctor's support, we will decide whether your health requires that we give you a fast coverage decision.

  ○ If we decide that your medical condition does not meet the requirements for a fast coverage decision, we will send you a letter that says so (and we will use the standard deadlines instead).

  ○ This letter will tell you that if your doctor asks for the fast coverage decision, we will automatically give a fast coverage decision.

  ○ The letter will also tell how you can file a "fast complaint" about our decision to give you a standard coverage decision instead of the fast coverage decision you requested. (For more information about the process for making complaints, including fast complaints, see Section 10 of this chapter.)

## <u>Step 2:</u> We consider your request for medical care coverage and give you our answer.

### *Deadlines for a "fast coverage decision"*

- Generally, for a fast coverage decision on a request for a medical item or service, we will give you our answer **within 72 hours**. If your request is for a Medicare Part B prescription drug, we will answer **within 24 hours**.

  ○ As explained above, we can take up to 14 more calendar days under certain circumstances. If we decide to take extra days to make the coverage decision, we will tell you in writing. We can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.

  ○ If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. When you file a fast complaint, we will give you an answer to your complaint within 24 hours. (For more information about the process for making complaints, including fast complaints, see Section 10 of this chapter.)

  ○ If we do not give you our answer within 72 hours (or if there is an extended time period, by the end of that period), or 24 hours if your request is for a Part B prescription drug, you have the right to appeal. Section 5.3 below tells how to make an appeal.

- **If our answer is no to part or all of what you requested,** we will send you a detailed written explanation as to why we said no.

### *Deadlines for a "standard coverage decision"*

- Generally, for a standard coverage decision on a request for a medical item or service, we will give you our answer **within 14 calendar days of receiving your request.** If your request is for a Medicare Part B prescription drug, we will give you an answer **within 72 hours** of receiving your request.

  ○ For a request for a medical item or service, we can take up to 14 more calendar days ("an extended time period") under certain circumstances. If we decide to take extra days to make

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 186 of 253   185
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

the coverage decision, we will tell you in writing. We can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.

○  If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. When you file a fast complaint, we will give you an answer to your complaint within 24 hours. (For more information about the process for making complaints, including fast complaints, see Section 10 of this chapter.)

○  If we do not give you our answer within 14 calendar days (or if there is an extended time period, by the end of that period), or 72 hours if your request is for a Part B prescription drug, you have the right to appeal. Section 5.3 below tells how to make an appeal.

•  **If our answer is no to part or all of what you requested,** we will send you a written statement that explains why we said no.

## Step 3: If we say no to your request for coverage for medical care, you decide if you want to make an appeal.

•  If we say no, you have the right to ask us to reconsider – and perhaps change – this decision by making an appeal. Making an appeal means making another try to get the medical care coverage you want.

•  If you decide to make an appeal, it means you are going on to Level 1 of the appeals process (see Section 5.3 below).

| Section 5.3 | Step-by-step: How to make a Level 1 Appeal (how to ask for a review of a medical care coverage decision made by our plan) |
|---|---|

| **Legal Terms** |
|---|
| An appeal to the plan about a medical care coverage decision is called a plan **"reconsideration."** |

## Step 1: You contact us and make your appeal. If your health requires a quick response, you must ask for a "**fast appeal**."

*What to do*

•  **To start an appeal you, your doctor, or your representative, must contact us.** For details on how to reach us for any purpose related to your appeal, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are making an appeal about your medical care.*

•  **If you are asking for a standard appeal, make your standard appeal in writing by submitting a request.** You may also ask for an appeal by calling us at the phone number shown in Chapter 2, Section 1 (*How to contact us when you are making an appeal about your medical*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 187 of 253   186
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.    What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

*care)*.

 ○ If you have someone appealing our decision for you other than your doctor, your appeal must include an Appointment of Representative form authorizing this person to represent you. To get the form, call Member Services (phone numbers are printed on the back cover of this booklet) and ask for the "Appointment of Representative" form. It is also available on Medicare's website at www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf or on our website at www.wellcare.com/medicare. While we can accept an appeal request without the form, we cannot begin or complete our review until we receive it. If we do not receive the form within 44 calendar days after receiving your appeal request (our deadline for making a decision on your appeal), your appeal request will be dismissed. If this happens, we will send you a written notice explaining your right to ask the Independent Review Organization to review our decision to dismiss your appeal.

- **If you are asking for a fast appeal, make your appeal in writing or call us** at the phone number shown in Chapter 2, Section 1 *(How to contact us when you are making an appeal about your medical care)*.

- **You must make your appeal request within 60 calendar days** from the date on the written notice we sent to tell you our answer to your request for a coverage decision. If you miss this deadline and have a good reason for missing it, explain the reason your appeal is late when you make your appeal. We may give you more time to make your appeal. Examples of good cause for missing the deadline may include if you had a serious illness that prevented you from contacting us or if we provided you with incorrect or incomplete information about the deadline for requesting an appeal.

- **You can ask for a copy of the information regarding your medical decision and add more information to support your appeal.**

 ○ You have the right to ask us for a copy of the information regarding your appeal.

 ○ If you wish, you and your doctor may give us additional information to support your appeal.

***If your health requires it, ask for a "fast appeal" (you can make a request by calling us)***

| Legal Terms |
|---|
| A "fast appeal" is also called an **"expedited reconsideration."** |

- If you are appealing a decision we made about coverage for care that you have not yet received, you and/or your doctor will need to decide if you need a "fast appeal."

- The requirements and procedures for getting a "fast appeal" are the same as those for getting a "fast coverage decision." To ask for a fast appeal, follow the instructions for asking for a fast coverage decision. (These instructions are given earlier in this section.)

Case 1:23-mi-99999-UNA Document 1878-2 Filed 06/09/23 Page 188 of 253   187
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.    What to do if you have a problem or complaint (coverage decisions, appeals,
            complaints)

- If your doctor tells us that your health requires a "fast appeal," we will give you a fast appeal.

## Step 2: We consider your appeal and we give you our answer.

- When our plan is reviewing your appeal, we take another careful look at all of the information about your request for coverage of medical care. We check to see if we were following all the rules when we said no to your request.

- We will gather more information if we need it. We may contact you or your doctor to get more information.

### *Deadlines for a "fast appeal"*

- When we are using the fast deadlines, we must give you our answer **within 72 hours after we receive your appeal.** We will give you our answer sooner if your health requires us to do so.

  ○ However, if you ask for more time, or if we need to gather more information that may benefit you, we **can take up to 14 more calendar days** if your request is for a medical item or service. If we decide to take extra days to make the decision, we will tell you in writing. We can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.

  ○ If we do not give you an answer within 72 hours (or by the end of the extended time period if we took extra days), we are required to automatically send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we tell you about this organization and explain what happens at Level 2 of the appeals process.

- **If our answer is yes to part or all of what you requested,** we must authorize or provide the coverage we have agreed to provide within 72 hours after we receive your appeal.

- **If our answer is no to part or all of what you requested,** we will automatically send your appeal to the Independent Review Organization for a Level 2 Appeal.

### *Deadlines for a "standard appeal"*

- If we are using the standard deadlines, we must give you our answer on a request for a medical item or service **within 30 calendar days** after we receive your appeal if your appeal is about coverage for services you have not yet received. If your request is for a Medicare Part B prescription drug you have not yet received, we will give you our answer **within 7 calendar days** after we receive your appeal. We will give you our decision sooner if your health condition requires us to.

  ○ However, if you ask for more time, or if we need to gather more information that may benefit you, **we can take up to 14 more calendar days** if your request is for a medical item or service. If we decide to take extra days to make the decision, we will tell you in writing. We can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.

- ○ If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. When you file a fast complaint, we will give you an answer to your complaint within 24 hours. (For more information about the process for making complaints, including fast complaints, see Section 10 of this chapter.)

- ○ If we do not give you an answer by the applicable deadline above (or by the end of the extended time period if we took extra days on your request for a medical item or service), we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Level 2 of the appeals process.

- **If our answer is yes to part or all of what you requested,** we must authorize or provide the coverage we have agreed to provide within 30 calendar days if your request is for a medical item or service, or **within 7 calendar days** if your request is for a Medicare Part B prescription drug.

- **If our answer is no to part or all of what you requested,** we will automatically send your appeal to the Independent Review Organization for a Level 2 Appeal.

**Step 3: If our plan says no to part or all of your appeal, your case will *automatically* be sent on to the next level of the appeals process.**

- To make sure we were following all the rules when we said no to your appeal, **we are required to send your appeal to the "Independent Review Organization."** When we do this, it means that your appeal is going on to the next level of the appeals process, which is Level 2.

| Section 5.4    Step-by-step: How a Level 2 Appeal is done |
| --- |

If we say no to your Level 1 Appeal, your case will *automatically* be sent on to the next level of the appeals process. During the Level 2 Appeal, the **Independent Review Organization** reviews our decision for your first appeal. This organization decides whether the decision we made should be changed.

| **Legal Terms** |
| --- |
| The formal name for the "Independent Review Organization" is the **"Independent Review Entity."** It is sometimes called the **"IRE."** |

**Step 1: The Independent Review Organization reviews your appeal.**

- **The Independent Review Organization is an independent organization that is hired by Medicare.** This organization is not connected with us and it is not a government agency. This organization is a company chosen by Medicare to handle the job of being the Independent Review Organization. Medicare oversees its work.

- We will send the information about your appeal to this organization. This information is called

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 190 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)                                                    189
**Chapter 9.     What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

your "case file." **You have the right to ask us for a copy of your case file.**

- You have a right to give the Independent Review Organization additional information to support your appeal.

- Reviewers at the Independent Review Organization will take a careful look at all of the information related to your appeal.

*If you had a "fast appeal" at Level 1, you will also have a "fast appeal" at Level 2*

- If you had a fast appeal to our plan at Level 1, you will automatically receive a fast appeal at Level 2. The review organization must give you an answer to your Level 2 Appeal **within 72 hours** of when it receives your appeal.

- However, if your request is for a medical item or service and the Independent Review Organization needs to gather more information that may benefit you, **it can take up to 14 more calendar days.** The Independent Review Organization can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.

*If you had a "standard appeal" at Level 1, you will also have a "standard appeal" at Level 2*

- If you had a standard appeal to our plan at Level 1, you will automatically receive a standard appeal at Level 2. If your request is for a medical item or service, the review organization must give you an answer to your Level 2 Appeal **within 30 calendar days** of when it receives your appeal. If your request is for a Medicare Part B prescription drug, the review organization must give you an answer to your Level 2 Appeal **within 7 calendar days** of when it receives your appeal.

- However, if your request is for a medical item or service and the Independent Review Organization needs to gather more information that may benefit you, **it can take up to 14 more calendar days.** The Independent Review Organization can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.

## <u>Step 2:</u> The Independent Review Organization gives you their answer.

The Independent Review Organization will tell you its decision in writing and explain the reasons for it.

- **If the review organization says yes to part or all of a request for a medical item or service,** we must authorize the medical care coverage within 72 hours or provide the service within 14 calendar days after we receive the decision from the review organization for standard requests or within 72 hours from the date we receive the decision from the review organization for expedited requests.

- **If the review organization says yes to part or all of a request for a Medicare Part B prescription drug,** we must authorize or provide the Part B prescription drug under dispute within **72 hours** after we receive the decision from the review organization for **standard requests** or within **24 hours** from the date we receive the decision from the review organization for **expedited requests**.

- **If this organization says no to part or all of your appeal,** it means they agree with us that your request (or part of your request) for coverage for medical care should not be approved. (This is called "upholding the decision." It is also called "turning down your appeal.")

  ○ If the Independent Review Organization "upholds the decision" you have the right to a Level 3 Appeal. However, to make another appeal at Level 3, the dollar value of the medical care coverage you are requesting must meet a certain minimum. If the dollar value of the coverage you are requesting is too low, you cannot make another appeal, which means that the decision at Level 2 is final. The written notice you get from the Independent Review Organization will tell you how to find out the dollar amount to continue the appeals process.

### Step 3: If your case meets the requirements, you choose whether you want to take your appeal further.

- There are three additional levels in the appeals process after Level 2 (for a total of five levels of appeal).

- If your Level 2 Appeal is turned down and you meet the requirements to continue with the appeals process, you must decide whether you want to go on to Level 3 and make a third appeal. The details on how to do this are in the written notice you get after your Level 2 Appeal.

- The Level 3 Appeal is handled by an Administrative Law Judge or attorney adjudicator. Section 9 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

| Section 5.5 | What if you are asking us to pay you for our share of a bill you have received for medical care? |
|---|---|

If you want to ask us for payment for medical care, start by reading Chapter 7 of this booklet: *Asking us to pay our share of a bill you have received for covered medical services or drugs*. Chapter 7 describes the situations in which you may need to ask for reimbursement or to pay a bill you have received from a provider. It also tells how to send us the paperwork that asks us for payment.

### Asking for reimbursement is asking for a coverage decision from us

If you send us the paperwork that asks for reimbursement, you are asking us to make a coverage decision (for more information about coverage decisions, see Section 4.1 of this chapter). To make this coverage decision, we will check to see if the medical care you paid for is a covered service (see Chapter 4: *Medical Benefits Chart (what is covered and what you pay)*). We will also check to see if you followed all the rules for using your coverage for medical care (these rules are given in Chapter 3 of this booklet: *Using the plan's coverage for your medical services*).

### We will say yes or no to your request

- If the medical care you paid for is covered and you followed all the rules, we will send you the payment for our share of the cost of your medical care within 60 calendar days after we receive your request. Or, if you haven't paid for the services, we will send the payment directly to the provider. When we send the payment, it's the same as saying *yes* to your request for a coverage

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 192 of 253   191
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.     What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

decision.)

- If the medical care is *not* covered, or you did *not* follow all the rules, we will not send payment. Instead, we will send you a letter that says we will not pay for the services and the reasons why in detail. (When we turn down your request for payment, it's the same as saying *no* to your request for a coverage decision.)

## What if you ask for payment and we say that we will not pay?

If you do not agree with our decision to turn you down, **you can make an appeal**. If you make an appeal, it means you are asking us to change the coverage decision we made when we turned down your request for payment.

**To make this appeal, follow the process for appeals that we describe in Section 5.3**. Go to this section for step-by-step instructions. When you are following these instructions, please note:

- If you make an appeal for reimbursement, we must give you our answer within 60 calendar days after we receive your appeal. (If you are asking us to pay you back for medical care you have already received and paid for yourself, you are not allowed to ask for a fast appeal.)

- If the Independent Review Organization reverses our decision to deny payment, we must send the payment you have requested to you or to the provider within 30 calendar days. If the answer to your appeal is yes at any stage of the appeals process after Level 2, we must send the payment you requested to you or to the provider within 60 calendar days.

| SECTION 6 | Your Part D prescription drugs: How to ask for a coverage decision or make an appeal |

 Have you read Section 4 of this chapter (*A guide to "the basics" of coverage decisions and appeals*)? If not, you may want to read it before you start this section.

| Section 6.1 | This section tells you what to do if you have problems getting a Part D drug or you want us to pay you back for a Part D drug |

Your benefits as a member of our plan include coverage for many prescription drugs. Please refer to our plan's *List of Covered Drugs (Formulary)*. To be covered, the drug must be used for a medically accepted indication. (A "medically accepted indication" is a use of the drug that is either approved by the Food and Drug Administration or supported by certain reference books. See Chapter 5, Section 3 for more information about a medically accepted indication.)

- **This section is about your Part D drugs only**. To keep things simple, we generally say "drug" in the rest of this section, instead of repeating "covered outpatient prescription drug" or "Part D drug" every time.

- For details about what we mean by Part D drugs, the *List of Covered Drugs (Formulary)*, rules and restrictions on coverage, and cost information, see Chapter 5 (*Using the plan's coverage for your*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 193 of 253

192
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.**     **What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

*Part D prescription drugs)* and Chapter 6 (*What you pay for your Part D prescription drugs*).

## Part D coverage decisions and appeals

As discussed in Section 4 of this chapter, a coverage decision is a decision we make about your benefits and coverage or about the amount we will pay for your drugs.

| Legal Terms |
|---|
| An initial coverage decision about your Part D drugs is called a **"coverage determination."** |

Here are examples of coverage decisions you ask us to make about your Part D drugs:

- You ask us to make an exception, including:

  ○ Asking us to cover a Part D drug that is not on the plan's *List of Covered Drugs (Formulary)*

  ○ Asking us to waive a restriction on the plan's coverage for a drug (such as limits on the amount of the drug you can get)

  ○ Asking to pay a lower cost-sharing amount for a covered drug on a higher cost-sharing tier

- You ask us whether a drug is covered for you and whether you satisfy any applicable coverage rules. (For example, when your drug is on the plan's *List of Covered Drugs (Formulary)* but we require you to get approval from us before we will cover it for you.)

  ○ *Please note:* If your pharmacy tells you that your prescription cannot be filled as written, the pharmacy will give you a written notice explaining how to contact us to ask for a coverage decision.

- You ask us to pay for a prescription drug you already bought. This is a request for a coverage decision about payment.

If you disagree with a coverage decision we have made, you can appeal our decision.

This section tells you both how to ask for coverage decisions and how to request an appeal. Use the chart below to help you determine which part has information for your situation:

## Which of these situations are you in?

| If you are in this situation: | This is what you can do: |
|---|---|
| If you need a drug that isn't on our Drug List or need us to waive a rule or restriction on a drug we cover. | You can ask us to make an exception. (This is a type of coverage decision.)<br><br>Start with **Section 6.2** of this chapter. |

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| If you are in this situation: | This is what you can do: |
|---|---|
| If you want us to cover a drug on our Drug List and you believe you meet any plan rules or restrictions (such as getting approval in advance) for the drug you need. | You can ask us for a coverage decision. Skip ahead to **Section 6.4** of this chapter. |
| If you want to ask us to pay you back for a drug you have already received and paid for. | You can ask us to pay you back. (This is a type of coverage decision.) Skip ahead to **Section 6.4** of this chapter. |
| If we already told you that we will not cover or pay for a drug in the way that you want it to be covered or paid for. | You can make an appeal. (This means you are asking us to reconsider.) Skip ahead to **Section 6.5** of this chapter. |

## Section 6.2      What is an exception?

If a drug is not covered in the way you would like it to be covered, you can ask us to make an "exception." An exception is a type of coverage decision. Similar to other types of coverage decisions, if we turn down your request for an exception, you can appeal our decision.

When you ask for an exception, your doctor or other prescriber will need to explain the medical reasons why you need the exception approved. We will then consider your request. Here are three examples of exceptions that you or your doctor or other prescriber can ask us to make:

1. **Covering a Part D drug for you that is not on our *List of Covered Drugs (Formulary).*** (We call it the "Drug List" for short.)

| Legal Terms |
|---|
| Asking for coverage of a drug that is not on the Drug List is sometimes called asking for a **"formulary exception."** |

- If we agree to make an exception and cover a drug that is not on the Drug List, you will need to pay the cost-sharing amount that applies to drugs in Tier 4 (Non-Preferred Drugs). You cannot ask for an exception to the copayment or coinsurance amount we require you to pay for the drug.

2. **Removing a restriction on our coverage for a covered drug.** There are extra rules or restrictions that apply to certain drugs on our *List of Covered Drugs (Formulary)* (for more information, go to Chapter 5 and look for Section 4).

| **Legal Terms** |
| --- |
| Asking for removal of a restriction on coverage for a drug is sometimes called asking for a **"formulary exception."** |

- The extra rules and restrictions on coverage for certain drugs include:

   ○ *Being required to use the generic version* of a drug instead of the brand name drug.

   ○ *Getting plan approval in advance* before we will agree to cover the drug for you. (This is sometimes called "prior authorization.")

   ○ *Being required to try a different drug first* before we will agree to cover the drug you are asking for. (This is sometimes called "step therapy.")

   ○ *Quantity limits.* For some drugs, there are restrictions on the amount of the drug you can have.

- If we agree to make an exception and waive a restriction for you, you can ask for an exception to the copayment or coinsurance amount we require you to pay for the drug.

3. **Changing coverage of a drug to a lower cost-sharing tier.** Every drug on our Drug List is in one of six cost-sharing tiers. In general, the lower the cost-sharing tier number, the less you will pay as your share of the cost of the drug.

| **Legal Terms** |
| --- |
| Asking to pay a lower price for a covered non-preferred drug is sometimes called asking for a **"tiering exception."** |

- If our drug list contains alternative drug(s) for treating your medical condition that are in a lower cost-sharing tier than your drug, you can ask us to cover your drug at the cost-sharing amount that applies to the alternative drug(s). This would lower your share of the cost for the drug.

   ■ If the drug you're taking is a brand name drug you can ask us to cover your drug at the cost-sharing amount that applies to the lowest tier that contains brand name alternatives for treating your condition.

   ■ If the drug you're taking is a generic drug you can ask us to cover your drug at the cost-sharing amount that applies to the lowest tier that contains either brand or generic alternatives for treating your condition.

- You cannot ask us to change the cost-sharing tier for any drug in Tier 5 (Specialty Tier).

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 196 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)
195
**Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- If we approve your request for a tiering exception and there is more than one lower cost-sharing tier with alternative drugs you can't take, you will usually pay the lowest amount.

| Section 6.3       Important things to know about asking for exceptions |
|---|

### Your doctor must tell us the medical reasons

Your doctor or other prescriber must give us a statement that explains the medical reasons for requesting an exception. For a faster decision, include this medical information from your doctor or other prescriber when you ask for the exception.

Typically, our Drug List includes more than one drug for treating a particular condition. These different possibilities are called "alternative" drugs. If an alternative drug would be just as effective as the drug you are requesting and would not cause more side effects or other health problems, we will generally *not* approve your request for an exception. If you ask us for a tiering exception, we will generally *not* approve your request for an exception unless all the alternative drugs in the lower cost-sharing tier(s) won't work as well for you or are likely to cause an adverse reaction or other harm.

### We can say yes or no to your request

- If we approve your request for an exception, our approval usually is valid until the end of the plan year. This is true as long as your doctor continues to prescribe the drug for you and that drug continues to be safe and effective for treating your condition.

- If we say no to your request for an exception, you can ask for a review of our decision by making an appeal. Section 6.5 tells how to make an appeal if we say no.

The next section tells you how to ask for a coverage decision, including an exception.

196
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

| Section 6.4 | Step-by-step: How to ask for a coverage decision, including an exception |
|---|---|

**Step 1:** **You ask us to make a coverage decision about the drug(s) or payment you need. If your health requires a quick response, you must ask us to make a "fast coverage decision." You cannot ask for a fast coverage decision if you are asking us to pay you back for a drug you already bought.**

*What to do*

- **Request the type of coverage decision you want.** Start by calling, writing, or faxing us to make your request. You, your representative, or your doctor (or other prescriber) can do this. You can also access the coverage decision process through our website. For the details, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are asking for a coverage decision about your Part D prescription drugs.* Or if you are asking us to pay you back for a drug, go to the section called, *Where to send a request asking us to pay for our share of the cost of medical care or a drug you have received.*

- **You or your doctor or someone else who is acting on your behalf** can ask for a coverage decision. Section 4 of this chapter tells how you can give written permission to someone else to act as your representative. You can also have a lawyer act on your behalf.

- **If you want to ask us to pay you back for a drug,** start by reading Chapter 7 of this booklet: *Asking us to pay our share of a bill you have received for covered medical services or drugs.* Chapter 7 describes the situations in which you may need to ask for reimbursement. It also tells how to send us the paperwork that asks us to pay you back for our share of the cost of a drug you paid for.

- **If you are requesting an exception, provide the "supporting statement."** Your doctor or other prescriber must give us the medical reasons for the drug exception you are requesting. (We call this the "supporting statement.") Your doctor or other prescriber can fax or mail the statement to us. Or your doctor or other prescriber can tell us on the phone and follow up by faxing or mailing a written statement if necessary. See Sections 6.2 and 6.3 for more information about exception requests.

- **We must accept any written request,** including a request submitted on the CMS Model Coverage Determination Request Form, which is available on our website.

| Legal Terms |
|---|
| A "fast coverage decision" is called an **"expedited coverage determination."** |

*If your health requires it, ask us to give you a "fast coverage decision"*

- When we give you our decision, we will use the "standard" deadlines unless we have agreed to use the "fast" deadlines. A standard coverage decision means we will give you an answer within 72 hours after we receive your doctor's statement. A fast coverage decision means we will answer

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

within 24 hours after we receive your doctor's statement.

- **To get a fast coverage decision, you must meet two requirements:**

  ○ You can get a fast coverage decision *only* if you are asking for a *drug you have not yet received.* (You cannot ask for a fast coverage decision if you are asking us to pay you back for a drug you have already bought.)

  ○ You can get a fast coverage decision *only* if using the standard deadlines could *cause serious harm to your health or hurt your ability to function.*

- **If your doctor or other prescriber tells us that your health requires a "fast coverage decision," we will automatically agree to give you a fast coverage decision.**

- If you ask for a fast coverage decision on your own (without your doctor's or other prescriber's support), we will decide whether your health requires that we give you a fast coverage decision.

  ○ If we decide that your medical condition does not meet the requirements for a fast coverage decision, we will send you a letter that says so (and we will use the standard deadlines instead).

  ○ This letter will tell you that if your doctor or other prescriber asks for the fast coverage decision, we will automatically give a fast coverage decision.

  ○ The letter will also tell how you can file a complaint about our decision to give you a standard coverage decision instead of the fast coverage decision you requested. It tells how to file a "fast complaint," which means you would get our answer to your complaint within 24 hours of receiving the complaint. (The process for making a complaint is different from the process for coverage decisions and appeals. For more information about the process for making complaints, see Section 10 of this chapter.)

## Step 2: We consider your request and we give you our answer.

*Deadlines for a "fast coverage decision"*

- If we are using the fast deadlines, we must give you our answer **within 24 hours.**

  ○ Generally, this means within 24 hours after we receive your request. If you are requesting an exception, we will give you our answer within 24 hours after we receive your doctor's statement supporting your request. We will give you our answer sooner if your health requires us to.

  ○ If we do not meet this deadline, we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Appeal Level 2.

- **If our answer is yes to part or all of what you requested,** we must provide the coverage we have agreed to provide within 24 hours after we receive your request or doctor's statement supporting your request.

- **If our answer is no to part or all of what you requested,** we will send you a written statement

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 199 of 253

198
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.     What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

that explains why we said no. We will also tell you how you can appeal.

*Deadlines for a "standard coverage decision" about a drug you have not yet received*

- If we are using the standard deadlines, we must give you our answer **within 72 hours.**

  ○ Generally, this means within 72 hours after we receive your request. If you are requesting an exception, we will give you our answer within 72 hours after we receive your doctor's statement supporting your request. We will give you our answer sooner if your health requires us to.

  ○ If we do not meet this deadline, we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Appeal Level 2.

- **If our answer is yes to part or all of what you requested –**

  ○ If we approve your request for coverage, we must **provide the coverage** we have agreed to provide **within 72 hours** after we receive your request or doctor's statement supporting your request.

- **If our answer is no to part or all of what you requested,** we will send you a written statement that explains why we said no. We will also tell you how you can appeal.

*Deadlines for a "standard coverage decision" about payment for a drug you have already bought*

- We must give you our answer **within 14 calendar days** after we receive your request.

  ○ If we do not meet this deadline, we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Appeal Level 2.

- **If our answer is yes to part or all of what you requested,** we are also required to make payment to you within 14 calendar days after we receive your request.

- **If our answer is no to part or all of what you requested,** we will send you a written statement that explains why we said no. We will also tell you how you can appeal.

## Step 3: If we say no to your coverage request, you decide if you want to make an appeal.

- If we say no, you have the right to request an appeal. Requesting an appeal means asking us to reconsider – and possibly change – the decision we made.

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

---

| Section 6.5 | Step-by-step: How to make a Level 1 Appeal (how to ask for a review of a coverage decision made by our plan) |
| --- | --- |

| Legal Terms |
| --- |
| An appeal to the plan about a Part D drug coverage decision is called a plan **"redetermination."** |

**<u>Step 1:</u> You contact us and make your Level 1 Appeal.** If your health requires a quick response, you must ask for a **"fast appeal."**

*What to do*

- **To start your appeal, you (or your representative or your doctor or other prescriber) must contact us.**

  ○ For details on how to reach us by phone, fax, or mail, or on our website, for any purpose related to your appeal, go to Chapter 2, Section 1, and look for the section called, *How to contact us when you are making an appeal about your Part D prescription drugs*.

- **If you are asking for a standard appeal, make your appeal by submitting a written request.** You may also ask for an appeal by calling us at the phone number shown in Chapter 2, Section 1 *(How to contact us when you are making an appeal about your Part D prescription drugs)*.

- **If you are asking for a fast appeal, you may make your appeal in writing or you may call us at the phone number shown in Chapter 2, Section 1** *(How to contact us when you are making an appeal about your Part D prescription drugs)*.

- **We must accept any written request,** including a request submitted on the CMS Model Coverage Determination Request Form, which is available on our website.

- **You may submit your appeal electronically through the plan's secure member portal.** Go to <u>www.wellcare.com/medicare</u>.

- **You must make your appeal request within 60 calendar days** from the date on the written notice we sent to tell you our answer to your request for a coverage decision. If you miss this deadline and have a good reason for missing it, we may give you more time to make your appeal. Examples of good cause for missing the deadline may include if you had a serious illness that prevented you from contacting us or if we provided you with incorrect or incomplete information about the deadline for requesting an appeal.

- **You can ask for a copy of the information in your appeal and add more information.**

  - You have the right to ask us for a copy of the information regarding your appeal.

  - If you wish, you and your doctor or other prescriber may give us additional information to support your appeal.

| Legal Terms |
| --- |
| A "fast appeal" is also called an **"expedited redetermination."** |

### *If your health requires it, ask for a "fast appeal"*

- If you are appealing a decision we made about a drug you have not yet received, you and your doctor or other prescriber will need to decide if you need a "fast appeal."

- The requirements for getting a "fast appeal" are the same as those for getting a "fast coverage decision" in Section 6.4 of this chapter.

## Step 2: We consider your appeal and we give you our answer.

- When we are reviewing your appeal, we take another careful look at all of the information about your coverage request. We check to see if we were following all the rules when we said no to your request. We may contact you or your doctor or other prescriber to get more information.

### *Deadlines for a "fast appeal"*

- If we are using the fast deadlines, we must give you our answer **within 72 hours after we receive your appeal.** We will give you our answer sooner if your health requires it.

  - If we do not give you an answer within 72 hours, we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Level 2 of the appeals process.

- **If our answer is yes to part or all of what you requested,** we must provide the coverage we have agreed to provide within 72 hours after we receive your appeal.

- **If our answer is no to part or all of what you requested,** we will send you a written statement that explains why we said no and how you can appeal our decision.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 202 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)                                                201
Chapter 9.       What to do if you have a problem or complaint (coverage decisions, appeals,
                 complaints)

*Deadlines for a "standard appeal"*

- If we are using the standard deadlines, we must give you our answer **within 7 calendar days** after we receive your appeal for a drug you have not received yet. We will give you our decision sooner if you have not received the drug yet and your health condition requires us to do so. If you believe your health requires it, you should ask for "fast appeal."

  ○ If we do not give you a decision within 7 calendar days, we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Level 2 of the appeals process.

- **If our answer is yes to part or all of what you requested**

  ○ If we approve a request for coverage, we must **provide the coverage** we have agreed to provide as quickly as your health requires, but **no later than 7 calendar days** after we receive your appeal.

  ○ If we approve a request to pay you back for a drug you already bought, we are required to **send payment to you within 30 calendar days** after we receive your appeal request.

- **If our answer is no to part or all of what you requested,** we will send you a written statement that explains why we said no and how you can appeal our decision.

- If you are requesting that we pay you back for a drug you have already bought, we must give you our answer **within 14 calendar days** after we receive your request.

  ○ If we do not give you a decision within 14 calendar days, we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Appeal Level 2.

- **If our answer is yes to part or all of what you requested,** we are also required to make payment to you within 30 calendar days after we receive your request.

- **If our answer is no to part or all of what you requested,** we will send you a written statement that explains why we said no. We will also tell you how you can appeal our decision.

## Step 3: If we say no to your appeal, you decide if you want to continue with the appeals process and make *another* appeal.

- If we say no to your appeal, you then choose whether to accept this decision or continue by making another appeal.

- If you decide to make another appeal, it means your appeal is going on to Level 2 of the appeals process (see below).

Case 1:23-mi-99999-UNA  Document 1878-2  Filed 06/09/23  Page 203 of 253    202
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.     What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

---

| Section 6.6 | Step-by-step: How to make a Level 2 Appeal |
|---|---|

If we say no to your appeal, you then choose whether to accept this decision or continue by making another appeal. If you decide to go on to a Level 2 Appeal, the **Independent Review Organization** reviews the decision we made when we said no to your first appeal. This organization decides whether the decision we made should be changed.

| Legal Terms |
|---|
| The formal name for the "Independent Review Organization" is the **"Independent Review Entity."** It is sometimes called the **"IRE."** |

**Step 1:** **To make a Level 2 Appeal, you (or your representative or your doctor or other prescriber) must contact the Independent Review Organization and ask for a review of your case.**

- If we say no to your Level 1 Appeal, the written notice we send you will include **instructions on how to make a Level 2 Appeal** with the Independent Review Organization. These instructions will tell who can make this Level 2 Appeal, what deadlines you must follow, and how to reach the review organization.

- When you make an appeal to the Independent Review Organization, we will send the information we have about your appeal to this organization. This information is called your "case file." **You have the right to ask us for a copy of your case file**.

- You have a right to give the Independent Review Organization additional information to support your appeal.

**Step 2:** **The Independent Review Organization does a review of your appeal and gives you an answer.**

- **The Independent Review Organization is an independent organization that is hired by Medicare.** This organization is not connected with us and it is not a government agency. This organization is a company chosen by Medicare to review our decisions about your Part D benefits with us.

- Reviewers at the Independent Review Organization will take a careful look at all of the information related to your appeal. The organization will tell you its decision in writing and explain the reasons for it.

*Deadlines for "fast appeal" at Level 2*

- If your health requires it, ask the Independent Review Organization for a "fast appeal."

- If the review organization agrees to give you a "fast appeal," the review organization must give you

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 204 of 253

203
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.     What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

an answer to your Level 2 Appeal **within 72 hours** after it receives your appeal request.

- **If the Independent Review Organization says yes to part or all of what you requested,** we must provide the drug coverage that was approved by the review organization **within 24 hours** after we receive the decision from the review organization.

*Deadlines for "standard appeal" at Level 2*

- If you have a standard appeal at Level 2, the review organization must give you an answer to your Level 2 Appeal **within 7 calendar days** after it receives your appeal if it is for a drug you have not received yet. If you are requesting that we pay you back for a drug you have already bought, the review organization must give you an answer to your level 2 appeal **within 14 calendar days** after it receives your request.

- **If the Independent Review Organization says yes to part or all of what you requested –**

  ○ If the Independent Review Organization approves a request for coverage, we must **provide the drug coverage** that was approved by the review organization **within 72 hours** after we receive the decision from the review organization.

  ○ If the Independent Review Organization approves a request to pay you back for a drug you already bought, we are required to **send payment to you within 30 calendar days** after we receive the decision from the review organization.

## What if the review organization says no to your appeal?

If this organization says no to your appeal, it means the organization agrees with our decision not to approve your request. (This is called "upholding the decision." It is also called "turning down your appeal.")

If the Independent Review Organization "upholds the decision" you have the right to a Level 3 Appeal. However, to make another appeal at Level 3, the dollar value of the drug coverage you are requesting must meet a minimum amount. If the dollar value of the drug coverage you are requesting is too low, you cannot make another appeal and the decision at Level 2 is final. The notice you get from the Independent Review Organization will tell you the dollar value that must be in dispute to continue with the appeals process.

## Step 3: If the dollar value of the coverage you are requesting meets the requirement, you choose whether you want to take your appeal further.

- There are three additional levels in the appeals process after Level 2 (for a total of five levels of appeal).

- If your Level 2 Appeal is turned down and you meet the requirements to continue with the appeals process, you must decide whether you want to go on to Level 3 and make a third appeal. If you decide to make a third appeal, the details on how to do this are in the written notice you got after your second appeal.

- The Level 3 Appeal is handled by an Administrative Law Judge or attorney adjudicator. Section 9 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

---

| **SECTION 7** | **How to ask us to cover a longer inpatient hospital stay if you think the doctor is discharging you too soon** |
|---|---|

---

When you are admitted to a hospital, you have the right to get all of your covered hospital services that are necessary to diagnose and treat your illness or injury. For more information about our coverage for your hospital care, including any limitations on this coverage, see Chapter 4 of this booklet: *Medical Benefits Chart (what is covered and what you pay)*.

During your covered hospital stay, your doctor and the hospital staff will be working with you to prepare for the day when you will leave the hospital. They will also help arrange for care you may need after you leave.

- The day you leave the hospital is called your **"discharge date."**

- When your discharge date has been decided, your doctor or the hospital staff will let you know.

- If you think you are being asked to leave the hospital too soon, you can ask for a longer hospital stay and your request will be considered. This section tells you how to ask.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 206 of 253   205
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

---

| Section 7.1 | During your inpatient hospital stay, you will get a written notice from Medicare that tells about your rights |
|---|---|

During your covered hospital stay, you will be given a written notice called *An Important Message from Medicare about Your Rights*. Everyone with Medicare gets a copy of this notice whenever they are admitted to a hospital. Someone at the hospital (for example, a caseworker or nurse) must give it to you within two days after you are admitted. If you do not get the notice, ask any hospital employee for it. If you need help, please call Member Services (phone numbers are printed on the back cover of this booklet). You can also call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

1. **Read this notice carefully and ask questions if you don't understand it.** It tells you about your rights as a hospital patient, including:

   • Your right to receive Medicare-covered services during and after your hospital stay, as ordered by your doctor. This includes the right to know what these services are, who will pay for them, and where you can get them.

   • Your right to be involved in any decisions about your hospital stay, and your right to know who will pay for it.

   • Where to report any concerns you have about quality of your hospital care.

   • Your right to appeal your discharge decision if you think you are being discharged from the hospital too soon.

| Legal Terms |
|---|
| The written notice from Medicare tells you how you can "**request an immediate review**." Requesting an immediate review is a formal, legal way to ask for a delay in your discharge date so that we will cover your hospital care for a longer time. (Section 7.2 below tells you how you can request an immediate review.) |

2. **You will be asked to sign the written notice to show that you received it and understand your rights.**

   • You or someone who is acting on your behalf will be asked to sign the notice. (Section 4 of this chapter tells how you can give written permission to someone else to act as your representative.)

   • Signing the notice shows *only* that you have received the information about your rights. The notice does not give your discharge date (your doctor or hospital staff will tell you your discharge date). Signing the notice **does *not* mean** you are agreeing on a discharge date.

3. **Keep your copy** of the notice so you will have the information about making an appeal (or reporting a concern about quality of care) handy if you need it.

   • If you sign the notice more than two days before the day you leave the hospital, you will get

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 207 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)                           206
**Chapter 9.     What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

another copy before you are scheduled to be discharged.

- To look at a copy of this notice in advance, you can call Member Services (phone numbers are printed on the back cover of this booklet) or 1-800 MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048. You can also see the notice online at www.cms.gov/Medicare/Medicare-General-Information/BNI/ HospitalDischargeAppealNotices.

---

| Section 7.2 | Step-by-step: How to make a Level 1 Appeal to change your hospital discharge date |
|---|---|

If you want to ask for your inpatient hospital services to be covered by us for a longer time, you will need to use the appeals process to make this request. Before you start, understand what you need to do and what the deadlines are.

- **Follow the process.** Each step in the first two levels of the appeals process is explained below.

- **Meet the deadlines.** The deadlines are important. Be sure that you understand and follow the deadlines that apply to things you must do.

- **Ask for help if you need it.** If you have questions or need help at any time, please call Member Services (phone numbers are printed on the back cover of this booklet). Or call your State Health Insurance Assistance Program, a government organization that provides personalized assistance (see Section 2 of this chapter).

**During a Level 1 Appeal, the Quality Improvement Organization reviews your appeal.** It checks to see if your planned discharge date is medically appropriate for you.

## Step 1: Contact the Quality Improvement Organization for your state and ask for a "fast review" of your hospital discharge. You must act quickly.

### What is the Quality Improvement Organization?

- This organization is a group of doctors and other health care professionals who are paid by the Federal government. These experts are not part of our plan. This organization is paid by Medicare to check on and help improve the quality of care for people with Medicare. This includes reviewing hospital discharge dates for people with Medicare.

### How can you contact this organization?

- The written notice you received (*An Important Message from Medicare About Your Rights*) tells you how to reach this organization. (Or find the name, address, and phone number of the Quality Improvement Organization for your state in Chapter 2, Section 4, of this booklet.)

### Act quickly:

- To make your appeal, you must contact the Quality Improvement Organization before you leave the hospital and **no later than midnight the day of your discharge.** (Your "planned discharge date" is

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 208 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)    207
Chapter 9.    What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

the date that has been set for you to leave the hospital.)

- ○ If you meet this deadline, you are allowed to stay in the hospital *after* your discharge date *without paying for it* while you wait to get the decision on your appeal from the Quality Improvement Organization.

- ○ If you do *not* meet this deadline, and you decide to stay in the hospital after your planned discharge date, *you may have to pay all of the costs* for hospital care you receive after your planned discharge date.

- If you miss the deadline for contacting the Quality Improvement Organization, and you still wish to appeal, you must make an appeal directly to our plan instead. For details about this other way to make your appeal, see Section 7.4.

*Ask for a "fast review":*

- You must ask the Quality Improvement Organization for a **"fast review"** of your discharge. Asking for a "fast review" means you are asking for the organization to use the "fast" deadlines for an appeal instead of using the standard deadlines.

| **Legal Terms** |
|---|
| A "**fast review**" is also called an "**immediate review**" or an "**expedited review**." |

## Step 2: The Quality Improvement Organization conducts an independent review of your case.

*What happens during this review?*

- Health professionals at the Quality Improvement Organization (we will call them "the reviewers" for short) will ask you (or your representative) why you believe coverage for the services should continue. You don't have to prepare anything in writing, but you may do so if you wish.

- The reviewers will also look at your medical information, talk with your doctor, and review information that the hospital and we have given to them.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 209 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)
208
**Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- By noon of the day after the reviewers informed our plan of your appeal, you will also get a written notice that gives your planned discharge date and explains in detail the reasons why your doctor, the hospital, and we think it is right (medically appropriate) for you to be discharged on that date.

| Legal Terms |
|---|
| This written explanation is called the "**Detailed Notice of Discharge**." You can get a sample of this notice by calling Member Services (phone numbers are printed on the back cover of this booklet) or 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. (TTY users should call 1-877-486-2048.) Or you can see a sample notice online at www.cms.gov/Medicare/Medicare-General-Information/BNI/HospitalDischargeAppealNotices |

## Step 3: Within one full day after it has all the needed information, the Quality Improvement Organization will give you its answer to your appeal.

*What happens if the answer is yes?*

- If the review organization says *yes* to your appeal, **we must keep providing your covered inpatient hospital services for as long as these services are medically necessary.**

- You will have to keep paying your share of the costs (such as deductibles or copayments, if these apply). In addition, there may be limitations on your covered hospital services. (See Chapter 4 of this booklet).

*What happens if the answer is no?*

- If the review organization says *no* to your appeal, they are saying that your planned discharge date is medically appropriate. If this happens, **our coverage for your inpatient hospital services will end** at noon on the day *after* the Quality Improvement Organization gives you its answer to your appeal.

- If the review organization says *no* to your appeal and you decide to stay in the hospital, then **you may have to pay the full cost** of hospital care you receive after noon on the day after the Quality Improvement Organization gives you its answer to your appeal.

## Step 4: If the answer to your Level 1 Appeal is no, you decide if you want to make another appeal.

- If the Quality Improvement Organization has turned down your appeal, *and* you stay in the hospital after your planned discharge date, then you can make another appeal. Making another appeal means you are going on to "Level 2" of the appeals process.

| Section 7.3      Step-by-step: How to make a Level 2 Appeal to change your hospital discharge date |
|---|

If the Quality Improvement Organization has turned down your appeal, *and* you stay in the hospital after your planned discharge date, then you can make a Level 2 Appeal. During a Level 2 Appeal, you ask the

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 210 of 253   209
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

Quality Improvement Organization to take another look at the decision they made on your first appeal. If the Quality Improvement Organization turns down your Level 2 Appeal, you may have to pay the full cost for your stay after your planned discharge date.

Here are the steps for Level 2 of the appeal process:

### Step 1: You contact the Quality Improvement Organization again and ask for another review.

- You must ask for this review **within 60 calendar days** after the day the Quality Improvement Organization said *no* to your Level 1 Appeal. You can ask for this review only if you stay in the hospital after the date that your coverage for the care ended.

### Step 2: The Quality Improvement Organization does a second review of your situation.

- Reviewers at the Quality Improvement Organization will take another careful look at all of the information related to your appeal.

### Step 3: Within 14 calendar days of receipt of your request for a second review, the Quality Improvement Organization reviewers will decide on your appeal and tell you their decision.

*If the review organization says yes:*

- **We must reimburse you** for our share of the costs of hospital care you have received since noon on the day after the date your first appeal was turned down by the Quality Improvement Organization. **We must continue providing coverage for your inpatient hospital care for as long as it is medically necessary.**

- You must continue to pay your share of the costs and coverage limitations may apply.

*If the review organization says no:*

- It means they agree with the decision they made on your Level 1 Appeal and will not change it. This is called "upholding the decision."

- The notice you get will tell you in writing what you can do if you wish to continue with the review process. It will give you the details about how to go on to the next level of appeal, which is handled by an Administrative Law Judge or attorney adjudicator.

### Step 4: If the answer is no, you will need to decide whether you want to take your appeal further by going on to Level 3.

- There are three additional levels in the appeals process after Level 2 (for a total of five levels of appeal). If the review organization turns down your Level 2 Appeal, you can choose whether to accept that decision or whether to go on to Level 3 and make another appeal. At Level 3, your appeal is reviewed by an Administrative Law Judge or attorney adjudicator.

- Section 9 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 211 of 253

210
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Section 7.4 | What if you miss the deadline for making your Level 1 Appeal? |
|---|---|

### You can appeal to us instead

As explained above in Section 7.2, you must act quickly to contact the Quality Improvement Organization to start your first appeal of your hospital discharge. ("Quickly" means before you leave the hospital and no later than your planned discharge date, whichever comes first.) If you miss the deadline for contacting this organization, there is another way to make your appeal.

If you use this other way of making your appeal, *the first two levels of appeal are different*.

### Step-by-Step: How to make a Level 1 *Alternate* Appeal

If you miss the deadline for contacting the Quality Improvement Organization, you can make an appeal to us, asking for a "fast review." A fast review is an appeal that uses the fast deadlines instead of the standard deadlines.

| **Legal Terms** |
|---|
| A "fast review" (or "fast appeal") is also called an **"expedited appeal."** |

### Step 1: Contact us and ask for a "fast review."

- For details on how to contact us, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are making an appeal about your medical care.*

- **Be sure to ask for a "fast review."** This means you are asking us to give you an answer using the "fast" deadlines rather than the "standard" deadlines.

### Step 2: We do a "fast review" of your planned discharge date, checking to see if it was medically appropriate.

- During this review, we take a look at all of the information about your hospital stay. We check to see if your planned discharge date was medically appropriate. We will check to see if the decision about when you should leave the hospital was fair and followed all the rules.

- In this situation, we will use the "fast" deadlines rather than the standard deadlines for giving you the answer to this review.

### Step 3: We give you our decision within 72 hours after you ask for a "fast review" ("fast appeal").

- **If we say yes to your fast appeal,** it means we have agreed with you that you still need to be in the hospital after the discharge date, and will keep providing your covered inpatient hospital services for as long as it is medically necessary. It also means that we have agreed to reimburse you for our share of the costs of care you have received since the date when we said your coverage would end.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 212 of 253   211
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.     What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

(You must pay your share of the costs and there may be coverage limitations that apply.)

- **If we say no to your fast appeal,** we are saying that your planned discharge date was medically appropriate. Our coverage for your inpatient hospital services ends as of the day we said coverage would end.

  - If you stayed in the hospital *after* your planned discharge date, then **you may have to pay the full cost** of hospital care you received after the planned discharge date.

## Step 4: If we say *no* to your fast appeal, your case will *automatically* be sent on to the next level of the appeals process.

- To make sure we were following all the rules when we said no to your fast appeal, **we are required to send your appeal to the "Independent Review Organization."** When we do this, it means that you are *automatically* going on to Level 2 of the appeals process.

### Step-by-Step: Level 2 *Alternate* Appeal Process

During the Level 2 Appeal, an **Independent Review Organization** reviews the decision we made when we said no to your "fast appeal." This organization decides whether the decision we made should be changed.

| Legal Terms |
| --- |
| The formal name for the "Independent Review Organization" is the **"Independent Review Entity."** It is sometimes called the **"IRE."** |

## Step 1: We will automatically forward your case to the Independent Review Organization.

- We are required to send the information for your Level 2 Appeal to the Independent Review Organization within 24 hours of when we tell you that we are saying no to your first appeal. (If you think we are not meeting this deadline or other deadlines, you can make a complaint. The complaint process is different from the appeal process. Section 10 of this chapter tells how to make a complaint.)

## Step 2: The Independent Review Organization does a "fast review" of your appeal. The reviewers give you an answer within 72 hours.

- **The Independent Review Organization is an independent organization that is hired by Medicare.** This organization is not connected with our plan and it is not a government agency. This organization is a company chosen by Medicare to handle the job of being the Independent Review Organization. Medicare oversees its work.

- Reviewers at the Independent Review Organization will take a careful look at all of the information related to your appeal of your hospital discharge.

- **If this organization says *yes* to your appeal,** then we must reimburse you (pay you back) for our

share of the costs of hospital care you have received since the date of your planned discharge. We must also continue the plan's coverage of your inpatient hospital services for as long as it is medically necessary. You must continue to pay your share of the costs. If there are coverage limitations, these could limit how much we would reimburse or how long we would continue to cover your services.

- **If this organization says *no* to your appeal,** it means they agree with us that your planned hospital discharge date was medically appropriate.

  - The notice you get from the Independent Review Organization will tell you in writing what you can do if you wish to continue with the review process. It will give you the details about how to go on to a Level 3 Appeal, which is handled by an Administrative Law Judge or attorney adjudicator.

**Step 3:** **If the Independent Review Organization turns down your appeal, you choose whether you want to take your appeal further.**

- There are three additional levels in the appeals process after Level 2 (for a total of five levels of appeal). If reviewers say no to your Level 2 Appeal, you decide whether to accept their decision or go on to Level 3 and make a third appeal.

- Section 9 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

| SECTION 8 | How to ask us to keep covering certain medical services if you think your coverage is ending too soon |
| --- | --- |

| Section 8.1 | ***This section is about three services only:*** **Home health care, skilled nursing facility care, and Comprehensive Outpatient Rehabilitation Facility (CORF) services** |
| --- | --- |

This section is about the following types of care *only*:

- **Home health care services** you are getting.

- **Skilled nursing care** you are getting as a patient in a skilled nursing facility. (To learn about requirements for being considered a "skilled nursing facility," see Chapter 12, *Definitions of important words*.)

- **Rehabilitation care** you are getting as an outpatient at a Medicare-approved Comprehensive Outpatient Rehabilitation Facility (CORF). Usually, this means you are getting treatment for an illness or accident, or you are recovering from a major operation. (For more information about this type of facility, see Chapter 12, *Definitions of important words*.)

When you are getting any of these types of care, you have the right to keep getting your covered services for that type of care for as long as the care is needed to diagnose and treat your illness or injury. For more information on your covered services, including your share of the cost and any limitations to coverage that

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 214 of 253   213
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.     What to do if you have a problem or complaint (coverage decisions, appeals,
               complaints)

may apply, see Chapter 4 of this booklet: *Medical Benefits Chart (what is covered and what you pay)*.

When we decide it is time to stop covering any of the three types of care for you, we are required to tell you in advance. When your coverage for that care ends, *we will stop paying our share of the cost for your care*.

If you think we are ending the coverage of your care too soon, **you can appeal our decision**. This section tells you how to ask for an appeal.

| Section 8.2 | We will tell you in advance when your coverage will be ending |
|---|---|

1. **You receive a notice in writing.** At least two days before our plan is going to stop covering your care, you will receive a notice.

   - The written notice tells you the date when we will stop covering the care for you.

   - The written notice also tells what you can do if you want to ask our plan to change this decision about when to end your care, and keep covering it for a longer period of time.

| Legal Terms |
|---|
| In telling you what you can do, the written notice is telling how you can request a **"fast-track appeal."** Requesting a fast-track appeal is a formal, legal way to request a change to our coverage decision about when to stop your care. (Section 8.3 below tells how you can request a fast-track appeal.) |
| The written notice is called the "**Notice of Medicare Non-Coverage.**" |

2. **You will be asked to sign the written notice to show that you received it.**

   - You or someone who is acting on your behalf will be asked to sign the notice. (Section 4 tells how you can give written permission to someone else to act as your representative.)

   - Signing the notice shows *only* that you have received the information about when your coverage will stop. **Signing it does <u>not</u> mean you agree** with the plan that it's time to stop getting the care.

| Section 8.3 | Step-by-step: How to make a Level 1 Appeal to have our plan cover your care for a longer time |
|---|---|

If you want to ask us to cover your care for a longer period of time, you will need to use the appeals process to make this request. Before you start, understand what you need to do and what the deadlines are.

   - **Follow the process.** Each step in the first two levels of the appeals process is explained below.

   - **Meet the deadlines.** The deadlines are important. Be sure that you understand and follow the deadlines that apply to things you must do. There are also deadlines our plan must follow. (If you think we are not meeting our deadlines, you can file a complaint. Section 10 of this chapter tells you how to file a complaint.)

- **Ask for help if you need it.** If you have questions or need help at any time, please call Member Services (phone numbers are printed on the back cover of this booklet). Or call your State Health Insurance Assistance Program, a government organization that provides personalized assistance (see Section 2 of this chapter).

**If you ask for a Level 1 Appeal on time, the Quality Improvement Organization reviews your appeal and decides whether to change the decision made by our plan.**

<u>**Step 1:**</u> **Make your Level 1 Appeal: contact the Quality Improvement Organization for your state and ask for a review. You must act quickly.**

*What is the Quality Improvement Organization?*

- This organization is a group of doctors and other health care experts who are paid by the Federal government. These experts are not part of our plan. They check on the quality of care received by people with Medicare and review plan decisions about when it's time to stop covering certain kinds of medical care.

*How can you contact this organization?*

- The written notice you received tells you how to reach this organization. (Or find the name, address, and phone number of the Quality Improvement Organization for your state in Chapter 2, Section 4, of this booklet.)

*What should you ask for?*

- Ask this organization for a "fast-track appeal" (to do an independent review) of whether it is medically appropriate for us to end coverage for your medical services.

*Your deadline for contacting this organization.*

- You must contact the Quality Improvement Organization to start your appeal by noon of the day before the effective date on the Notice of Medicare Non-Coverage.

- If you miss the deadline for contacting the Quality Improvement Organization, and you still wish to file an appeal, you must make an appeal directly to us instead. For details about this other way to make your appeal, see Section 8.5.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 216 of 253   215
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

## Step 2: The Quality Improvement Organization conducts an independent review of your case.

*What happens during this review?*

• Health professionals at the Quality Improvement Organization (we will call them "the reviewers" for short) will ask you (or your representative) why you believe coverage for the services should continue. You don't have to prepare anything in writing, but you may do so if you wish.

• The review organization will also look at your medical information, talk with your doctor, and review information that our plan has given to them.

• By the end of the day the reviewers inform us of your appeal, and you will also get a written notice from us that explains in detail our reasons for ending our coverage for your services.

| Legal Terms |
| --- |
| This notice of explanation is called the **"Detailed Explanation of Non-Coverage."** |

## Step 3: Within one full day after they have all the information they need, the reviewers will tell you their decision.

*What happens if the reviewers say yes to your appeal?*

• If the reviewers say *yes* to your appeal, then **we must keep providing your covered services for as long as it is medically necessary.**

• You will have to keep paying your share of the costs (such as deductibles or copayments, if these apply). In addition, there may be limitations on your covered services (see Chapter 4 of this booklet).

*What happens if the reviewers say no to your appeal?*

• If the reviewers say *no* to your appeal, then **your coverage will end on the date we have told you.** We will stop paying our share of the costs of this care on the date listed on the notice.

• If you decide to keep getting the home health care, or skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services *after* this date when your coverage ends, then **you will have to pay the full cost** of this care yourself.

## Step 4: If the answer to your Level 1 Appeal is no, you decide if you want to make another appeal.

• This first appeal you make is "Level 1" of the appeals process. If reviewers say *no* to your Level 1 Appeal – <u>and</u> you choose to continue getting care after your coverage for the care has ended – then you can make another appeal.

• Making another appeal means you are going on to "Level 2" of the appeals process.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 217 of 253   216
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

---

| Section 8.4 | Step-by-step: How to make a Level 2 Appeal to have our plan cover your care for a longer time |
|---|---|

If the Quality Improvement Organization has turned down your appeal <u>and</u> you choose to continue getting care after your coverage for the care has ended, then you can make a Level 2 Appeal. During a Level 2 Appeal, you ask the Quality Improvement Organization to take another look at the decision they made on your first appeal. If the Quality Improvement Organization turns down your Level 2 Appeal, you may have to pay the full cost for your home health care, or skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services *after* the date when we said your coverage would end.

Here are the steps for Level 2 of the appeal process:

<u>Step 1:</u> **You contact the Quality Improvement Organization again and ask for another review.**

- You must ask for this review **within 60 days** after the day when the Quality Improvement Organization said *no* to your Level 1 Appeal. You can ask for this review only if you continued getting care after the date that your coverage for the care ended.

<u>Step 2:</u> **The Quality Improvement Organization does a second review of your situation.**

- Reviewers at the Quality Improvement Organization will take another careful look at all of the information related to your appeal.

<u>Step 3:</u> **Within 14 days of receipt of your appeal request, reviewers will decide on your appeal and tell you their decision.**

*What happens if the review organization says yes to your appeal?*

- **We must reimburse you** for our share of the costs of care you have received since the date when we said your coverage would end. **We must continue providing coverage** for the care for as long as it is medically necessary.

- You must continue to pay your share of the costs and there may be coverage limitations that apply.

*What happens if the review organization says no?*

- It means they agree with the decision we made to your Level 1 Appeal and will not change it.

- The notice you get will tell you in writing what you can do if you wish to continue with the review process. It will give you the details about how to go on to the next level of appeal, which is handled by an Administrative Law Judge or attorney adjudicator.

<u>Step 4:</u> **If the answer is no, you will need to decide whether you want to take your appeal further.**

- There are three additional levels of appeal after Level 2, for a total of five levels of appeal. If reviewers turn down your Level 2 Appeal, you can choose whether to accept that decision or to go on to Level 3 and make another appeal. At Level 3, your appeal is reviewed by an Administrative

Law Judge or attorney adjudicator.

- Section 9 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

| Section 8.5 | What if you miss the deadline for making your Level 1 Appeal? |
| --- | --- |

### You can appeal to us instead

As explained above in Section 8.3, you must act quickly to contact the Quality Improvement Organization to start your first appeal (within a day or two, at the most). If you miss the deadline for contacting this organization, there is another way to make your appeal. If you use this other way of making your appeal, *the first two levels of appeal are different*.

### Step-by-Step: How to make a Level 1 *Alternate* Appeal

If you miss the deadline for contacting the Quality Improvement Organization, you can make an appeal to us, asking for a "fast review." A fast review is an appeal that uses the fast deadlines instead of the standard deadlines.

Here are the steps for a Level 1 Alternate Appeal:

| **Legal Terms** |
| --- |
| A "fast review" (or "fast appeal") is also called an **"expedited appeal."** |

### Step 1: Contact us and ask for a "fast review."

- For details on how to contact us, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are making an appeal about your medical care.*

- **Be sure to ask for a "fast review."** This means you are asking us to give you an answer using the "fast" deadlines rather than the "standard" deadlines.

### Step 2: We do a "fast review" of the decision we made about when to end coverage for your services.

- During this review, we take another look at all of the information about your case. We check to see if we were following all the rules when we set the date for ending the plan's coverage for services you were receiving.

- We will use the "fast" deadlines rather than the standard deadlines for giving you the answer to this review.

### Step 3: We give you our decision within 72 hours after you ask for a "fast review" ("fast appeal").

- **If we say yes to your fast appeal,** it means we have agreed with you that you need services longer, and will keep providing your covered services for as long as it is medically necessary. It also means

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 219 of 253   218
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals,
                complaints)

that we have agreed to reimburse you for our share of the costs of care you have received since the date when we said your coverage would end. (You must pay your share of the costs and there may be coverage limitations that apply.)

- **If we say no to your fast appeal,** then your coverage will end on the date we told you and we will not pay any share of the costs after this date.

- If you continued to get home health care, or skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services *after* the date when we said your coverage would end, then **you will have to pay the full cost** of this care yourself.

## Step 4: If we say *no* to your fast appeal, your case will *automatically* go on to the next level of the appeals process.

- To make sure we were following all the rules when we said no to your fast appeal, **we are required to send your appeal to the "Independent Review Organization."** When we do this, it means that you are *automatically* going on to Level 2 of the appeals process.

### Step-by-Step: Level 2 *Alternate* Appeal Process

During the Level 2 Appeal, the **Independent Review Organization** reviews the decision we made when we said no to your "fast appeal." This organization decides whether the decision we made should be changed.

| Legal Terms |
| --- |
| The formal name for the "Independent Review Organization" is the **"Independent Review Entity."** It is sometimes called the **"IRE."** |

## Step 1: We will automatically forward your case to the Independent Review Organization.

- We are required to send the information for your Level 2 Appeal to the Independent Review Organization within 24 hours of when we tell you that we are saying no to your first appeal. (If you think we are not meeting this deadline or other deadlines, you can make a complaint. The complaint process is different from the appeal process. Section 10 of this chapter tells how to make a complaint.)

## Step 2: The Independent Review Organization does a "fast review" of your appeal. The reviewers give you an answer within 72 hours.

- **The Independent Review Organization is an independent organization that is hired by Medicare.** This organization is not connected with our plan and it is not a government agency. This organization is a company chosen by Medicare to handle the job of being the Independent Review Organization. Medicare oversees its work.

- Reviewers at the Independent Review Organization will take a careful look at all of the information related to your appeal.

- **If this organization says *yes* to your appeal,** then we must reimburse you (pay you back) for our share of the costs of care you have received since the date when we said your coverage would end. We must also continue to cover the care for as long as it is medically necessary. You must continue to pay your share of the costs. If there are coverage limitations, these could limit how much we would reimburse or how long we would continue to cover your services.

- **If this organization says *no* to your appeal,** it means they agree with the decision our plan made to your first appeal and will not change it.

  ○ The notice you get from the Independent Review Organization will tell you in writing what you can do if you wish to continue with the review process. It will give you the details about how to go on to a Level 3 Appeal.

**Step 3: If the Independent Review Organization turns down your appeal, you choose whether you want to take your appeal further.**

- There are three additional levels of appeal after Level 2, for a total of five levels of appeal. If reviewers say no to your Level 2 Appeal, you can choose whether to accept that decision or whether to go on to Level 3 and make another appeal. At Level 3, your appeal is reviewed by an Administrative Law Judge or attorney adjudicator.

- Section 9 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

| SECTION 9 | Taking your appeal to Level 3 and beyond |
|---|---|

| Section 9.1 | Appeal Levels 3, 4 and 5 for Medical Service Requests |
|---|---|

This section may be appropriate for you if you have made a Level 1 Appeal and a Level 2 Appeal, and both of your appeals have been turned down.

If the dollar value of the item or medical service you have appealed meets certain minimum levels, you may be able to go on to additional levels of appeal. If the dollar value is less than the minimum level, you cannot appeal any further. If the dollar value is high enough, the written response you receive to your Level 2 Appeal will explain who to contact and what to do to ask for a Level 3 Appeal.

For most situations that involve appeals, the last three levels of appeal work in much the same way. Here is who handles the review of your appeal at each of these levels.

| Level 3 Appeal | **A judge (called an Administrative Law Judge) or an attorney adjudicator who works for the Federal government** will review your appeal and give you an answer. |
|---|---|

- **If the Administrative Law Judge or attorney adjudicator says yes to your appeal, the appeals process *may* or *may not* be over** - We will decide whether to appeal this decision to Level 4.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 221 of 253

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.     What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

220

Unlike a decision at Level 2 (Independent Review Organization), we have the right to appeal a Level 3 decision that is favorable to you.

○   If we decide *not* to appeal the decision, we must authorize or provide you with the service within 60 calendar days after receiving the Administrative Law Judge's or attorney adjudicator's decision.

○   If we decide to appeal the decision, we will send you a copy of the Level 4 Appeal request with any accompanying documents. We may wait for the Level 4 Appeal decision before authorizing or providing the service in dispute.

•   **If the Administrative Law Judge or attorney adjudicator says no to your appeal, the appeals process *may* or *may not* be over.**

○   If you decide to accept this decision that turns down your appeal, the appeals process is over.

○   If you do not want to accept the decision, you can continue to the next level of the review process. If the Administrative Law Judge or attorney adjudicator says no to your appeal, the notice you get will tell you what to do next if you choose to continue with your appeal.

| **Level 4 Appeal** | The Medicare **Appeals Council** (Council) will review your appeal and give you an answer. The Council is part of the Federal government. |
| --- | --- |

•   **If the answer is yes, or if the Council denies our request to review a favorable Level 3 Appeal decision, the appeals process *may* or *may not* be over** - We will decide whether to appeal this decision to Level 5. Unlike a decision at Level 2 (Independent Review Organization), we have the right to appeal a Level 4 decision that is favorable to you if the value of the item or medical service meets the required dollar value**.**

○   If we decide *not* to appeal the decision, we must authorize or provide you with the service within 60 calendar days after receiving the Council's decision.

○   If we decide to appeal the decision, we will let you know in writing.

•   **If the answer is no or if the Council denies the review request, the appeals process *may* or *may not* be over.**

○   If you decide to accept this decision that turns down your appeal, the appeals process is over.

○   If you do not want to accept the decision, you might be able to continue to the next level of the review process. If the Council says no to your appeal, the notice you get will tell you whether the rules allow you to go on to a Level 5 Appeal. If the rules allow you to go on, the written notice will also tell you who to contact and what to do next if you choose to continue with your appeal.

| **Level 5 Appeal** | A judge at the **Federal District Court** will review your appeal. |
| --- | --- |

•   This is the last step of the appeals process.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 222 of 253   221
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

| Section 9.2 | Appeal Levels 3, 4 and 5 for Part D Drug Requests |
|---|---|

This section may be appropriate for you if you have made a Level 1 Appeal and a Level 2 Appeal, and both of your appeals have been turned down.

If the value of the drug you have appealed meets a certain dollar amount, you may be able to go on to additional levels of appeal. If the dollar amount is less, you cannot appeal any further. The written response you receive to your Level 2 Appeal will explain who to contact and what to do to ask for a Level 3 Appeal.

For most situations that involve appeals, the last three levels of appeal work in much the same way. Here is who handles the review of your appeal at each of these levels.

| Level 3 Appeal | **A judge (called an Administrative Law Judge) or an attorney adjudicator who works for the Federal government** will review your appeal and give you an answer. |
|---|---|

- **If the answer is yes, the appeals process is over.** What you asked for in the appeal has been approved. We must **authorize or provide the drug coverage** that was approved by the Administrative Law Judge or attorney adjudicator **within 72 hours (24 hours for expedited appeals) or make payment no later than 30 calendar days** after we receive the decision.

- **If the answer is no, the appeals process *may* or *may not* be over.**

  ○ If you decide to accept this decision that turns down your appeal, the appeals process is over.

  ○ If you do not want to accept the decision, you can continue to the next level of the review process. If the Administrative Law Judge or attorney adjudicator says no to your appeal, the notice you get will tell you what to do next if you choose to continue with your appeal.

| Level 4 Appeal | The Medicare **Appeals Council** (Council) will review your appeal and give you an answer. The Council is part of the Federal government. |
|---|---|

- **If the answer is yes, the appeals process is over.** What you asked for in the appeal has been approved. We must **authorize or provide the drug coverage** that was approved by the Council **within 72 hours (24 hours for expedited appeals) or make payment no later than 30 calendar days** after we receive the decision.

- **If the answer is no, the appeals process *may* or *may not* be over.**

  ○ If you decide to accept this decision that turns down your appeal, the appeals process is over.

  ○ If you do not want to accept the decision, you might be able to continue to the next level of the review process. If the Council says no to your appeal or denies your request to review the appeal, the notice you get will tell you whether the rules allow you to go on to a Level 5 Appeal. If the rules allow you to go on, the written notice will also tell you who to contact and what to do next if you choose to continue with your appeal.

| Level 5 Appeal | A judge at the **Federal District Court** will review your appeal. |
|---|---|

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 223 of 253   222
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals,
                complaints)

•   This is the last step of the appeals process.

## MAKING COMPLAINTS

---

### SECTION 10          How to make a complaint about quality of care, waiting times, customer service, or other concerns

 If your problem is about decisions related to benefits, coverage, or payment, then this section is *not for you*. Instead, you need to use the process for coverage decisions and appeals. Go to Section 4 of this chapter.

---

### Section 10.1          What kinds of problems are handled by the complaint process?

This section explains how to use the process for making complaints. The complaint process is used for certain types of problems *only.* This includes problems related to quality of care, waiting times, and the customer service you receive. Here are examples of the kinds of problems handled by the complaint process.

**If you have any of these kinds of problems, you can "make a complaint"**

| Complaint | Example |
|---|---|
| **Quality of your medical care** | • Are you unhappy with the quality of the care you have received (including care in the hospital)? |
| **Respecting your privacy** | • Do you believe that someone did not respect your right to privacy or shared information about you that you feel should be confidential? |
| **Disrespect, poor customer service, or other negative behaviors** | • Has someone been rude or disrespectful to you?<br>• Are you unhappy with how our Member Services has treated you?<br>• Do you feel you are being encouraged to leave the plan? |

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Complaint | Example |
|---|---|
| **Waiting times** | • Are you having trouble getting an appointment, or waiting too long to get it? <br><br> • Have you been kept waiting too long by doctors, pharmacists, or other health professionals? Or by our Member Services or other staff at the plan? <br><br>   ○ Examples include waiting too long on the phone, in the waiting room, when getting a prescription, or in the exam room. |
| **Cleanliness** | • Are you unhappy with the cleanliness or condition of a clinic, hospital, or doctor's office? |
| **Information you get from us** | • Do you believe we have not given you a notice that we are required to give? <br><br> • Do you think written information we have given you is hard to understand? |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 225 of 253   224
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Complaint | Example |
|---|---|
| **Timeliness**<br><br>(These types of complaints are all related to the timeliness of our actions related to coverage decisions and appeals) | The process of asking for a coverage decision and making appeals is explained in Sections 4-9 of this chapter. If you are asking for a coverage decision or making an appeal, you use that process, not the complaint process.<br><br>However, if you have already asked us for a coverage decision or made an appeal, and you think that we are not responding quickly enough, you can also make a complaint about our slowness. Here are examples:<br><br>• If you have asked us to give you a "fast coverage decision" or a "fast appeal," and we have said we will not, you can make a complaint.<br><br>• If you believe we are not meeting the deadlines for giving you a coverage decision or an answer to an appeal you have made, you can make a complaint.<br><br>• When a coverage decision we made is reviewed and we are told that we must cover or reimburse you for certain medical services or drugs, there are deadlines that apply. If you think we are not meeting these deadlines, you can make a complaint.<br><br>• When we do not give you a decision on time, we are required to forward your case to the Independent Review Organization. If we do not do that within the required deadline, you can make a complaint. |

## Section 10.2   The formal name for "making a complaint" is "filing a grievance"

| Legal Terms |
|---|
| • What this section calls a **"complaint"** is also called a **"grievance."**<br><br>• Another term for **"making a complaint"** is **"filing a grievance."**<br><br>• Another way to say **"using the process for complaints"** is **"using the process for filing a grievance."** |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 226 of 253   225
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Section 10.3 | Step-by-step: Making a complaint |
|---|---|

<u>Step 1:</u> **Contact us promptly – either by phone or in writing.**

- **Usually, calling Member Services is the first step.** If there is anything else you need to do, Member Services will let you know. 1-866-892-8340, TTY: 711. Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m..

- **If you do not wish to call (or you called and were not satisfied), you can put your complaint in writing and send it to us.** If you put your complaint in writing, we will respond to your complaint in writing.

- If you ask for a written response we will respond in writing, if you file a written complaint (grievance), or if your complaint is related to quality of care, we will respond to you in writing. **If we cannot resolve your complaint over the phone, we have a formal procedure to review your complaint. We call this the Grievance Procedure.** To make a complaint, or if you have questions about this procedure, please call Member Services at the phone number above. Or, you may mail a written request to the address listed under *Appeals for Medical Care* or *Complaints about Medical Care* and *Appeals for Part D Prescription Drugs* or *Complaints about Part D Prescription Drugs* in Chapter 2 of this booklet.

  - You need to file your complaint within 60 calendar days after the event. You can submit your complaint, formally, in writing at the address listed under *Appeals for Medical Care* or *Complaints about Medical Care* and *Appeals for Part D Prescription Drugs* or *Complaints about Part D Prescription Drugs* in Chapter 2 of this booklet.

  - We must notify you of our decision about your complaint as quickly as your case requires based on your health status, but no later than 30 calendar days after receiving your complaint. We may extend the time frame by up to 14 calendar days if you ask for the extension, or if we justify a need for additional information and the delay is in your best interest.

  - In certain cases, you have the right to ask for a fast review of your complaint. This is called the Expedited Grievance Procedure. You are entitled to a fast review of your complaint if you disagree with our decision in the following situations:

    - We deny your request for a fast review of a request for medical care or Part D drugs.

    - We deny your request for a fast review of an appeal of denied services or Part D drugs.

    - We decide additional time is needed to review your request for medical care.

    - We decide additional time is needed to review your appeal of denied medical care.

  You may submit this type of complaint by phone by calling Member Services at the number printed on the back cover of this booklet. You may also submit the complaint to us in writing at the address listed *Appeals for Medical Care* or *Complaints about Medical Care* and *Appeals for Part D Prescription Drugs* or *Complaints about Part D Prescription Drugs* in Chapter 2 of this booklet. Once we receive the expedited grievance, a Clinical Practitioner will review the case to determine the reasons for the denial of your request for a fast review or if the case extension was

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 227 of 253

226
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

appropriate. We will notify you of the decision of the fast case orally and in writing within 24 hours of receiving your complaint.

- **Whether you call or write, you should contact Member Services right away.** The complaint must be made within 60 calendar days after you had the problem you want to complain about.

- **If you are making a complaint because we denied your request for a "fast coverage decision" or a "fast appeal," we will automatically give you a "fast complaint."** If you have a "fast complaint," it means we will give you **an answer within 24 hours.**

| Legal Terms |
|---|
| What this section calls a **"fast complaint"** is also called an **"expedited grievance."** |

## Step 2: We look into your complaint and give you our answer.

- **If possible, we will answer you right away.** If you call us with a complaint, we may be able to give you an answer on the same phone call. If your health condition requires us to answer quickly, we will do that.

- **Most complaints are answered within 30 calendar days.** If we need more information and the delay is in your best interest or if you ask for more time, we can take up to 14 more calendar days (44 calendar days total) to answer your complaint. If we decide to take extra days, we will tell you in writing.

- **If we do not agree** with some or all of your complaint or don't take responsibility for the problem you are complaining about, we will let you know. Our response will include our reasons for this answer. We must respond whether we agree with the complaint or not.

## Section 10.4      You can also make complaints about quality of care to the Quality Improvement Organization

You can make your complaint about the quality of care you received by using the step-by-step process outlined above.

When your complaint is about *quality of care,* you also have two extra options:

- **You can make your complaint to the Quality Improvement Organization.** If you prefer, you can make your complaint about the quality of care you received directly to this organization (*without* making the complaint to us).

  ○ The Quality Improvement Organization is a group of practicing doctors and other health care experts paid by the Federal government to check and improve the care given to Medicare patients.

  ○ To find the name, address, and phone number of the Quality Improvement Organization for your state, look in Chapter 2, Section 4, of this booklet. If you make a complaint to this

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 228 of 253    227
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 9.      What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

organization, we will work with them to resolve your complaint.

- **Or you can make your complaint to both at the same time.** If you wish, you can make your complaint about quality of care to us and also to the Quality Improvement Organization.

| Section 10.5 | You can also tell Medicare about your complaint |
| --- | --- |

You can submit a complaint about Wellcare No Premium (HMO) directly to Medicare. To submit a complaint to Medicare, go to www.medicare.gov/MedicareComplaintForm/home.aspx. Medicare takes your complaints seriously and will use this information to help improve the quality of the Medicare program.

If you have any other feedback or concerns, or if you feel the plan is not addressing your issue, please call 1-800-MEDICARE (1-800-633-4227). TTY/TDD users can call 1-877-486-2048.

# CHAPTER 10

*Ending your membership in the plan*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 230 of 253     229
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 10.    Ending your membership in the plan**

# Chapter 10.   Ending your membership in the plan

**SECTION 1     Introduction** ...................................................................................**230**

Section 1.1     This chapter focuses on ending your membership in our plan......................................... 230

**SECTION 2     When can you end your membership in our plan?** ...................................**230**

Section 2.1     You can end your membership during the Annual Enrollment Period .......................... 230

Section 2.2     You can end your membership during the Medicare Advantage Open Enrollment Period ................................................................................................................... 231

Section 2.3     In certain situations, you can end your membership during a Special Enrollment Period ................................................................................................................... 231

Section 2.4     Where can you get more information about when you can end your membership?....... 232

**SECTION 3     How do you end your membership in our plan?** ...........................................**233**

Section 3.1     Usually, you end your membership by enrolling in another plan ................................ 233

**SECTION 4     Until your membership ends, you must keep getting your medical services and drugs through our plan** ............................................................**234**

Section 4.1     Until your membership ends, you are still a member of our plan................................ 234

**SECTION 5     We must end your membership in the plan in certain situations** ...............**234**

Section 5.1     When must we end your membership in the plan? ......................................... 234

Section 5.2     We <u>cannot</u> ask you to leave our plan for any reason related to your health................... 235

Section 5.3     You have the right to make a complaint if we end your membership in our plan .......... 235

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 231 of 253   230
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 10.   Ending your membership in the plan**

---

| SECTION 1 | **Introduction** |
|---|---|

| Section 1.1 | **This chapter focuses on ending your membership in our plan** |
|---|---|

Ending your membership in Wellcare No Premium (HMO) may be **voluntary** (your own choice) or **involuntary** (not your own choice):

- You might leave our plan because you have decided that you *want* to leave.

  - There are only certain times during the year, or certain situations, when you may voluntarily end your membership in the plan. Section 2 tells you *when* you can end your membership in the plan.

  - The process for voluntarily ending your membership varies depending on what type of new coverage you are choosing. Section 3 tells you *how* to end your membership in each situation.

- There are also limited situations where you do not choose to leave, but we are required to end your membership. Section 5 tells you about situations when we must end your membership.

If you are leaving our plan, you must continue to get your medical care through our plan until your membership ends.

---

| SECTION 2 | **When can you end your membership in our plan?** |
|---|---|

You may end your membership in our plan only during certain times of the year, known as enrollment periods. All members have the opportunity to leave the plan during the Annual Enrollment Period and during the Medicare Advantage Open Enrollment Period. In certain situations, you may also be eligible to leave the plan at other times of the year.

| Section 2.1 | **You can end your membership during the Annual Enrollment Period** |
|---|---|

You can end your membership during the **Annual Enrollment Period** (also known as the "Annual Open Enrollment Period"). This is the time when you should review your health and drug coverage and make a decision about your coverage for the upcoming year.

- **When is the Annual Enrollment Period?** This happens from October 15 to December 7.

- **What type of plan can you switch to during the Annual Enrollment Period?** You can choose to keep your current coverage or make changes to your coverage for the upcoming year. If you decide to change to a new plan, you can choose any of the following types of plans:

  - Another Medicare health plan. (You can choose a plan that covers prescription drugs or one that does not cover prescription drugs.)

  - Original Medicare with a separate Medicare prescription drug plan.

  - *– or –* Original Medicare without a separate Medicare prescription drug plan.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 232 of 253   231
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 10.   Ending your membership in the plan

■   **If you receive "Extra Help" from Medicare to pay for your prescription drugs:** If you switch to Original Medicare and do not enroll in a separate Medicare prescription drug plan, Medicare may enroll you in a drug plan, unless you have opted out of automatic enrollment.

**Note:** If you disenroll from Medicare prescription drug coverage and go without creditable prescription drug coverage for 63 or more days in a row, you may have to pay a Part D late enrollment penalty if you join a Medicare drug plan later. ("Creditable" coverage means the coverage is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage.) See Chapter 1, Section 5 for more information about the late enrollment penalty.

• **When will your membership end?** Your membership will end when your new plan's coverage begins on January 1.

| Section 2.2 | You can end your membership during the Medicare Advantage Open Enrollment Period |
|---|---|

You have the opportunity to make *one* change to your health coverage during the **Medicare Advantage Open Enrollment Period.**

• **When is the annual Medicare Advantage Open Enrollment Period?** This happens every year from January 1 to March 31.

• **What type of plan can you switch to during the annual Medicare Advantage Open Enrollment Period?** During this time, you can:

○   Switch to another Medicare Advantage Plan. (You can choose a plan that covers prescription drugs or one that does not cover prescription drugs.)

○   Disenroll from our plan and obtain coverage through Original Medicare. If you choose to switch to Original Medicare during this period, you can also join a separate Medicare prescription drug plan at that time.

• **When will your membership end?** Your membership will end on the first day of the month after you enroll in a different Medicare Advantage plan or we get your request to switch to Original Medicare. If you also choose to enroll in a Medicare prescription drug plan, your membership in the drug plan will begin the first day of the month after the drug plan gets your enrollment request.

| Section 2.3 | In certain situations, you can end your membership during a Special Enrollment Period |
|---|---|

In certain situations, members of Wellcare No Premium (HMO) may be eligible to end their membership at other times of the year. This is known as a **Special Enrollment Period**.

• **Who is eligible for a Special Enrollment Period?** If any of the following situations apply to you, you may be eligible to end your membership during a Special Enrollment Period. These are just examples, for the full list you can contact the plan, call Medicare, or visit the Medicare website

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 233 of 253   232
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 10.   Ending your membership in the plan**

(www.medicare.gov):

- ○   Usually, when you have moved.

- ○   If you have Medicaid.

- ○   If you are eligible for "Extra Help" with paying for your Medicare prescriptions.

- ○   If we violate our contract with you.

- ○   If you are getting care in an institution, such as a nursing home or long-term care (LTC) hospital.

- ○   **Note:** If you're in a drug management program, you may not be able to change plans. Chapter 5, Section 10 tells you more about drug management programs.

- •   **When are Special Enrollment Periods?** The enrollment periods vary depending on your situation.

- •   **What can you do?** To find out if you are eligible for a Special Enrollment Period, please call Medicare at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users call 1-877-486-2048. If you are eligible to end your membership because of a special situation, you can choose to change both your Medicare health coverage and prescription drug coverage. This means you can choose any of the following types of plans:

- ○   Another Medicare health plan. (You can choose a plan that covers prescription drugs or one that does not cover prescription drugs.)

- ○   Original Medicare *with* a separate Medicare prescription drug plan.

- ○   – *or* – Original Medicare *without* a separate Medicare prescription drug plan.

**If you receive "Extra Help" from Medicare to pay for your prescription drugs:** If you switch to Original Medicare and do not enroll in a separate Medicare prescription drug plan, Medicare may enroll you in a drug plan, unless you have opted out of automatic enrollment.

**Note:** If you disenroll from Medicare prescription drug coverage and go without creditable prescription drug coverage for a continuous period of 63 days or more, you may have to pay a Part D late enrollment penalty if you join a Medicare drug plan later. ("Creditable" coverage means the coverage is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage.) See Chapter 1, Section 5 for more information about the late enrollment penalty.

- •   **When will your membership end?** Your membership will usually end on the first day of the month after your request to change your plan is received.

---

| Section 2.4 | Where can you get more information about when you can end your membership? |
|---|---|

If you have any questions or would like more information on when you can end your membership:

- •   You can **call Member Services** (phone numbers are printed on the back cover of this booklet).

- •   You can find the information in the ***Medicare & You 2022*** handbook.

- ○   Everyone with Medicare receives a copy of the *Medicare & You 2022* handbook each fall.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 234 of 253   233
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 10.    Ending your membership in the plan

Those new to Medicare receive it within a month after first signing up.

- ○ You can also download a copy from the Medicare website (www.medicare.gov). Or, you can order a printed copy by calling Medicare at the number below.

- You can contact **Medicare** at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

| SECTION 3 | How do you end your membership in our plan? |

| Section 3.1 | Usually, you end your membership by enrolling in another plan |

Usually, to end your membership in our plan, you simply enroll in another Medicare plan during one of the enrollment periods (see Section 2 in this chapter for information about the enrollment periods). However, if you want to switch from our plan to Original Medicare *without* a Medicare prescription drug plan, you must ask to be disenrolled from our plan. There are two ways you can ask to be disenrolled:

- You can make a request in writing to us. Contact Member Services if you need more information on how to do this (phone numbers are printed on the back cover of this booklet).

- --*or*--You can contact Medicare at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

**Note:** If you disenroll from Medicare prescription drug coverage and go without creditable prescription drug coverage for a continuous period of 63 days or more, you may have to pay a Part D late enrollment penalty if you join a Medicare drug plan later. ("Creditable" coverage means the coverage is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage.) See Chapter 1, Section 5 for more information about the late enrollment penalty.

The table below explains how you should end your membership in our plan.

| If you would like to switch from our plan to: | This is what you should do: |
|---|---|
| • Another Medicare health plan. | • Enroll in the new Medicare health plan. You will automatically be disenrolled from Wellcare No Premium (HMO) when your new plan's coverage begins. |
| • Original Medicare *with* a separate Medicare prescription drug plan. | • Enroll in the new Medicare prescription drug plan. You will automatically be disenrolled from Wellcare No Premium (HMO) when your new plan's coverage begins. |

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 235 of 253   234
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 10.    Ending your membership in the plan

| If you would like to switch from our plan to: | This is what you should do: |
|---|---|
| • Original Medicare *without* a separate Medicare prescription drug plan.<br>    ○ **Note:** If you disenroll from a Medicare prescription drug plan and go without creditable prescription drug coverage for 63 days or more in a row, you may have to pay a late enrollment penalty if you join a Medicare drug plan later. See Chapter 1, Section 5 for more information about the late enrollment penalty. | • **Send us a written request to disenroll.** Contact Member Services if you need more information on how to do this (phone numbers are printed on the back cover of this booklet).<br>• You can also contact **Medicare**, at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week, and ask to be disenrolled. TTY users should call 1-877-486-2048.<br>• You will be disenrolled from Wellcare No Premium (HMO) when your coverage in Original Medicare begins. |

## SECTION 4    Until your membership ends, you must keep getting your medical services and drugs through our plan

### Section 4.1    Until your membership ends, you are still a member of our plan

If you leave our plan, it may take time before your membership ends and your new Medicare coverage goes into effect. (See Section 2 for information on when your new coverage begins.) During this time, you must continue to get your medical care and prescription drugs through our plan.

- **You should continue to use our network pharmacies to get your prescriptions filled until your membership in our plan ends.** Usually, your prescription drugs are only covered if they are filled at a network pharmacy including through our mail order pharmacy services.

- **If you are hospitalized on the day that your membership ends, your hospital stay will usually be covered by our plan until you are discharged** (even if you are discharged after your new health coverage begins).

## SECTION 5    We must end your membership in the plan in certain situations

### Section 5.1    When must we end your membership in the plan?

**We must end your membership in the plan if any of the following happen:**

- If you no longer have Medicare Part A and Part B.

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 236 of 253   235
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 10.   Ending your membership in the plan

- If you move out of our service area.
- If you are away from our service area for more than six months.
  - If you move or take a long trip, you need to call Member Services to find out if the place you are moving or traveling to is in our plan's area. (Phone numbers for Member Services are printed on the back cover of this booklet.)
- If you become incarcerated (go to prison).
- If you are not a United States citizen or lawfully present in the United States.
- If you lie about or withhold information about other insurance you have that provides prescription drug coverage.
- If you are required to pay the extra Part D amount because of your income and you do not pay it, Medicare will disenroll you from our plan and you <u>will</u> lose prescription drug coverage.

### Where can you get more information?

If you have questions or would like more information on when we can end your membership:

- You can call **Member Services** for more information (phone numbers are printed on the back cover of this booklet).

| Section 5.2 | We <u>cannot</u> ask you to leave our plan for any reason related to your health |
| --- | --- |

We are not allowed to ask you to leave our plan for any reason related to your health.

### What should you do if this happens?

If you feel that you are being asked to leave our plan because of a health-related reason, you should call Medicare at 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048. You may call 24 hours a day, 7 days a week.

| Section 5.3 | You have the right to make a complaint if we end your membership in our plan |
| --- | --- |

If we end your membership in our plan, we must tell you our reasons in writing for ending your membership. We must also explain how you can file a grievance or make a complaint about our decision to end your membership. You can look in Chapter 9, Section 10 for information about how to make a complaint.

# CHAPTER 11

## *Legal notices*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 238 of 253   237
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 11.   Legal notices

# Chapter 11.   Legal notices

SECTION 1      Notice about governing law...............................................................238

SECTION 2      Notice about nondiscrimination.....................................................238

SECTION 3      Notice about Medicare Secondary Payer subrogation rights ....................238

SECTION 4      Recovery of benefits paid by our plan under your Wellcare No Premium
(HMO) plan ................................................................................238

SECTION 5      Membership card ...........................................................................240

SECTION 6      Independent contractors................................................................241

SECTION 7      Health care plan fraud ..................................................................241

SECTION 8      Circumstances beyond the plan's control ..................................241

## SECTION 1          Notice about governing law

Many laws apply to this *Evidence of Coverage* and some additional provisions may apply because they are required by law. This may affect your rights and responsibilities even if the laws are not included or explained in this document. The principal law that applies to this document is Title XVIII of the Social Security Act and the regulations created under the Social Security Act by the Centers for Medicare & Medicaid Services, or CMS. In addition, other Federal laws may apply and, under certain circumstances, the laws of the state you live in.

## SECTION 2          Notice about nondiscrimination

Our plan must obey laws that protect you from discrimination or unfair treatment. **We don't discriminate** based on race, ethnicity, national origin, color, religion, sex, gender, age, mental or physical disability, health status, claims experience, medical history, genetic information, evidence of insurability, or geographic location within the service area. All organizations that provide Medicare Advantage plans, like our plan, must obey Federal laws against discrimination, including Title VI of the Civil Rights Act of 1964, the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, the Americans with Disabilities Act, Section 1557 of the Affordable Care Act, all other laws that apply to organizations that get Federal funding, and any other laws and rules that apply for any other reason.

If you want more information or have concerns about discrimination or unfair treatment, please call the Department of Health and Human Services' **Office for Civil Rights** at 1-800-368-1019 (TTY 1-800-537-7697) or your local Office for Civil Rights.

If you have a disability and need help with access to care, please call us at Member Services (phone numbers are printed on the back cover of this booklet). If you have a complaint, such as a problem with wheelchair access, Member Services can help.

## SECTION 3          Notice about Medicare Secondary Payer subrogation rights

We have the right and responsibility to collect for covered Medicare services for which Medicare is not the primary payer. According to CMS regulations at 42 CFR sections 422.108 and 423.462, our plan, as a Medicare Advantage Organization, will exercise the same rights of recovery that the Secretary exercises under CMS regulations in subparts B through D of part 411 of 42 CFR and the rules established in this section supersede any State laws.

## SECTION 4          Recovery of benefits paid by our plan under your Wellcare No Premium (HMO) plan

### When you are injured

If you are ever injured, become ill or develop a condition through the actions of another person, company,

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 240 of 253
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 11.    Legal notices
239

or yourself (a "responsible party"), our plan will provide benefits for covered services that you receive. However, if you receive money or are entitled to receive money because of your injury, illness or condition, whether through a settlement, judgment, or any other payment associated with your injury, illness or condition, our plan and/or the treating providers retain the right to recover the value of any services provided to you through this Plan in accordance with applicable State law.

As used throughout this provision, the term "responsible party" means any person or entity actually or potentially responsible for your injury, illness or condition. The term responsible party includes the liability or other insurer of the responsible person or entity.

Some examples of how you could be injured, become ill or develop a condition through the actions of a responsible party are:

- You are in a car accident;
- You slip and fall in a store; or
- You are exposed to a dangerous chemical at work.

Our plan's right of recovery applies to any and all amounts you receive from the responsible party, including but not limited to:

- Payments made by a third party or any insurance company on behalf of the third party;
- Uninsured or underinsured motorist coverage;
- Personal injury protection, no fault or any other first party coverage;
- Workers Compensation or Disability award or settlement;
- Medical payments coverage under any automobile policy, premises or homeowners' insurance coverage or umbrella coverage;
- Any settlement received from a lawsuit or other legal action;
- Any judgment received from a lawsuit or other legal action; or
- Any other payments from any other source received as compensation for the responsible party's actions or omissions.

By accepting benefits under this Plan, you agree that our plan has a first priority right of subrogation and reimbursement that attaches when this Plan has paid benefits for Covered Services that you received due to the actions or omissions of a responsible party, and you or your representative recovers, or is entitled to recover, any amounts from a responsible party.

By accepting benefits under this Plan, you also (i) assign to our plan your right to recover medical expenses from any coverage available up to the full cost of all Covered Services provided by the Plan in connection with your injury, illness or condition, and (ii) you agree to specifically direct the responsible party to directly reimburse the Plan on your behalf.

By accepting benefits under this Plan, you also give our plan a first priority lien on any recovery, settlement or judgment, or other source of compensation and all reimbursement for the full cost of benefits for Covered Services paid under the Plan that are associated with your injury, illness or condition due to the

actions or omissions of a responsible party. This priority applies regardless of whether the amounts are specifically identified as a recovery for medical expenses and regardless of whether you are made whole or fully compensated for your loss. Our plan may recover the full cost of all benefits provided by this Plan without regard to any claim of fault on your part, whether by comparative negligence or otherwise. No attorney fees may be deducted from our plan's recovery, and our plan is not required to pay or contribute to paying court costs or attorneys' fees for the attorney hired to pursue the claim or lawsuit against any responsible party.

## Steps you must take

If you are injured, become ill or develop a condition because of a responsible party, you must cooperate with our plan's and/or the treating provider's efforts to recover its expenses, including:

- Telling our plan or the treating provider, as applicable, the name and address of the responsible party and/or his or her lawyer, if you know it, the name and address of your lawyer, if you are using a lawyer, the name and address of any insurance company involved, including a description of how the injury, illness or condition was caused.

- Completing any paperwork that our plan or the treating provider may reasonably require to assist in enforcing the lien or right of recovery.

- Promptly responding to inquiries from our plan or the treating provider about the status of the case or claim and any settlement discussions.

- Notifying our plan immediately upon you or your lawyer receiving any money from the responsible party(s) or any other source.

- Paying the health care lien or Plan recovery amount from any recovery, settlement or judgment, or other source of compensation, including payment of all reimbursement due to our plan for the full cost of benefits paid under the Plan that are associated with your injury, illness or condition due to a responsible party regardless of whether specifically identified as recovery for medical expenses and regardless of whether you are made whole or fully compensated for your loss;

- Doing nothing to prejudice our plan's rights as set forth above. This includes, but is not limited to, refraining from any attempts to reduce or exclude from settlement or recovery the full cost of all benefits paid by the Plan or any attempts to deny our plan its first priority right of recovery or lien.

- Holding any money that you or your lawyer receive from the responsible party(s), or from any other source, in trust, and reimbursing our plan or the treating provider, as applicable, for the amount of the recovery due to the Plan as soon as you are paid and prior to payment of any other potential lien holders or third parties claiming a right to recover.

- You are required to cooperate with us in pursuing such recoveries or over payments.

| SECTION 5 | Membership card |
|---|---|

A membership card issued by our plan under this *Evidence of Coverage* is for identification purposes only. Possession of a membership card does not confer any right to services or other benefits under this *Evidence of Coverage*. To be entitled to services or benefits under this *Evidence of Coverage*, the holder of the card must be eligible for coverage and be enrolled as a member under this *Evidence of Coverage*. Any person

2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 11.   Legal notices**

receiving services to which he or she is not then entitled under this *Evidence of Coverage* will be responsible for payment for those services. A Member must present the plan's membership card, not a Medicare card, at the time of service. Please call Member Services at the number located on the back cover of this booklet if you need your membership card replaced.

Note: Any member knowingly permitting abuse or misuse of the membership card may be disenrolled for cause. Our plan is required to report a disenrollment that results from membership card abuse or misuse to the Office of the Inspector General, which may result in criminal prosecution.

## SECTION 6       Independent contractors

The relationship between our plan and each participating provider is an independent contractor relationship. Participating providers are not employees or agents of our plan and neither our plan, nor any employee of our plan, is an employee or agent of a participating provider. In no case will our plan be liable for the negligence, wrongful act, or omission of any participating or other health care provider. Participating physicians, and not our plan, maintain the physician-patient relationship with the Member. Our plan is not a provider of health care.

## SECTION 7       Health care plan fraud

**Health care plan fraud is defined as a deception or misrepresentation to the plan by a provider, Member, employer or any person acting on their behalf. It is a felony that can be prosecuted. Any person who willfully and knowingly engages in an activity intended to defraud the health care plan by, for example, filing a claim that contains a false or deceptive statement is guilty of health care plan fraud.**

If you are concerned about any of the charges that appear on a bill or Explanation of Benefits form, or if you know of or suspect any illegal activity, call our plan's toll-free Fraud Hotline at 1-866-685-8664 (TTY: 711). The Fraud Hotline operates 24 hours a day, seven days a week. All calls are strictly confidential.

## SECTION 8       Circumstances beyond the plan's control

To the extent that a natural disaster, war, riot, civil insurrection, epidemic, complete or partial destruction of facilities, atomic explosion or other release of nuclear energy, disability of significant medical group personnel, state of emergency or other similar events not within the control of our plan, results in our plan's facilities or personnel not being available to provide or arrange for services or benefits under this *Evidence of Coverage*, the plan's obligation to provide such services or benefits shall be limited to the requirement that our plan make a good faith effort to provide or arrange for the provision of such services or benefits within the current availability of its facilities or personnel.

# CHAPTER 12

*Definitions of important words*

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 244 of 253   243
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 12.    Definitions of important words

# Chapter 12.   Definitions of important words

**Ambulatory Surgical Center** – An Ambulatory Surgical Center is an entity that operates exclusively for the purpose of furnishing outpatient surgical services to patients not requiring hospitalization and whose expected stay in the center does not exceed 24 hours.

**Annual Enrollment Period** – A set time each fall when members can change their health or drug plans or switch to Original Medicare. The Annual Enrollment Period is from October 15 until December 7.

**Appeal** – An appeal is something you do if you disagree with our decision to deny a request for coverage of health care services or prescription drugs or payment for services or drugs you already received. You may also make an appeal if you disagree with our decision to stop services that you are receiving. For example, you may ask for an appeal if we don't pay for a drug, item, or service you think you should be able to receive. Chapter 9 explains appeals, including the process involved in making an appeal.

**Balance Billing** – When a provider (such as a doctor or hospital) bills a patient more than the plan's allowed cost-sharing amount. As a member of Wellcare No Premium (HMO), you only have to pay our plan's cost-sharing amounts when you get services covered by our plan. We do not allow providers to "balance bill" or otherwise charge you more than the amount of cost sharing your plan says you must pay.

**Benefit Period** – The way that both our plan and Original Medicare measures your use of skilled nursing facility (SNF) services. A benefit period begins the day you go into a skilled nursing facility. The benefit period ends when you haven't received any skilled care in a SNF for 60 days in a row. If you go into a skilled nursing facility after one benefit period has ended, a new benefit period begins. There is no limit to the number of benefit periods.

**Brand Name Drug** – A prescription drug that is manufactured and sold by the pharmaceutical company that originally researched and developed the drug. Brand name drugs have the same active-ingredient formula as the generic version of the drug. However, generic drugs are manufactured and sold by other drug manufacturers and are generally not available until after the patent on the brand name drug has expired.

**Catastrophic Coverage Stage** – The stage in the Part D Drug Benefit where you pay a low copayment or coinsurance for your drugs after you or other qualified parties on your behalf have spent $7,050 in covered drugs during the covered year.

**Centers for Medicare & Medicaid Services (CMS)** – The Federal agency that administers Medicare. Chapter 2 explains how to contact CMS.

**Coinsurance** – An amount you may be required to pay as your share of the cost for services or prescription drugs. Coinsurance is usually a percentage (for example, 20%).

**Complaint** – The formal name for "making a complaint" is "filing a grievance." The complaint process is used for certain types of problems *only*. This includes problems related to quality of care, waiting times, and the customer service you receive. See also "Grievance," in this list of definitions.

**Comprehensive Outpatient Rehabilitation Facility (CORF)** – A facility that mainly provides rehabilitation services after an illness or injury, and provides a variety of services including physical therapy, social or psychological services, respiratory therapy, occupational therapy and speech-language

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 245 of 253   244
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 12.    Definitions of important words

pathology services, and home environment evaluation services.

**Copayment (or "copay")** – An amount you may be required to pay as your share of the cost for a medical service or supply, like a doctor's visit, hospital outpatient visit, or a prescription drug. A copayment is a set amount, rather than a percentage. For example, you might pay $10 or $20 for a doctor's visit or prescription drug.

**Cost Sharing** – Cost sharing refers to amounts that a member has to pay when services or drugs are received. Cost sharing includes any combination of the following three types of payments: (1) any deductible amount a plan may impose before services or drugs are covered; (2) any fixed "copayment" amount that a plan requires when a specific service or drug is received; or (3) any "coinsurance" amount, a percentage of the total amount paid for a service or drug, that a plan requires when a specific service or drug is received. A "daily cost-sharing rate" may apply when your doctor prescribes less than a full month's supply of certain drugs for you and you are required to pay a copayment.

**Cost-Sharing Tier** – Every drug on the list of covered drugs is in one of 6 cost-sharing tiers. In general, the higher the cost-sharing tier, the higher your cost for the drug.

**Coverage Determination** – A decision about whether a drug prescribed for you is covered by the plan and the amount, if any, you are required to pay for the prescription. In general, if you bring your prescription to a pharmacy and the pharmacy tells you the prescription isn't covered under your plan, that isn't a coverage determination. You need to call or write to your plan to ask for a formal decision about the coverage. Coverage determinations are called "coverage decisions" in this booklet. Chapter 9 explains how to ask us for a coverage decision.

**Covered Drugs** – The term we use to mean all of the prescription drugs covered by our plan.

**Covered Services** – The general term we use to mean all of the health care services and supplies that are covered by our plan.

**Creditable Prescription Drug Coverage** – Prescription drug coverage (for example, from an employer or union) that is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage. People who have this kind of coverage when they become eligible for Medicare can generally keep that coverage without paying a penalty, if they decide to enroll in Medicare prescription drug coverage later.

**Custodial Care** – Custodial care is personal care provided in a nursing home, hospice, or other facility setting when you do not need skilled medical care or skilled nursing care. Custodial care is personal care that can be provided by people who don't have professional skills or training, such as help with activities of daily living like bathing, dressing, eating, getting in or out of a bed or chair, moving around, and using the bathroom. It may also include the kind of health-related care that most people do themselves, like using eye drops. Medicare doesn't pay for custodial care.

**Daily cost-sharing rate** – A "daily cost-sharing rate" may apply when your doctor prescribes less than a full month's supply of certain drugs for you and you are required to pay a copayment. A daily cost-sharing rate is the copayment divided by the number of days in a month's supply. Here is an example: If your copayment for a one-month supply of a drug is $30, and a one-month's supply in your plan is 30 days, then your "daily cost-sharing rate" is $1 per day. This means you pay $1 for each day's supply when you fill

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 246 of 253   245
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 12.    Definitions of important words**

your prescription.

**Deductible** – The amount you must pay for health care or prescriptions before our plan begins to pay.

**Disenroll or Disenrollment** – The process of ending your membership in our plan. Disenrollment may be voluntary (your own choice) or involuntary (not your own choice).

**Dispensing Fee** – A fee charged each time a covered drug is dispensed to pay for the cost of filling a prescription. The dispensing fee covers costs such as the pharmacist's time to prepare and package the prescription.

**Durable Medical Equipment (DME)** – Certain medical equipment that is ordered by your doctor for medical reasons. Examples include walkers, wheelchairs, crutches, powered mattress systems, diabetic supplies, IV infusion pumps, speech generating devices, oxygen equipment, nebulizers, or hospital beds ordered by a provider for use in the home.

**Emergency** – A medical emergency is when you, or any other prudent layperson with an average knowledge of health and medicine, believe that you have medical symptoms that require immediate medical attention to prevent loss of life, loss of a limb, or loss of function of a limb. The medical symptoms may be an illness, injury, severe pain, or a medical condition that is quickly getting worse.

**Emergency Care** – Covered services that are: 1) rendered by a provider qualified to furnish emergency services; and 2) needed to treat, evaluate, or stabilize an emergency medical condition.

**Evidence of Coverage (EOC) and Disclosure Information** – This document, along with your enrollment form and any other attachments, riders, or other optional coverage selected, which explains your coverage, what we must do, your rights, and what you have to do as a member of our plan.

**Exception** – A type of coverage decision that, if approved, allows you to get a drug that is not on your plan sponsor's formulary (a formulary exception), or get a non-preferred drug at a lower cost-sharing level (a tiering exception). You may also request an exception if your plan sponsor requires you to try another drug before receiving the drug you are requesting, or the plan limits the quantity or dosage of the drug you are requesting (a formulary exception).

**Extra Help** – A Medicare program to help people with limited income and resources pay Medicare prescription drug program costs, such as premiums, deductibles, and coinsurance.

**Generic Drug** – A prescription drug that is approved by the Food and Drug Administration (FDA) as having the same active ingredient(s) as the brand name drug. Generally, a "generic" drug works the same as a brand name drug and usually costs less.

**Grievance** – A type of complaint you make about us or pharmacies, including a complaint concerning the quality of your care. This type of complaint does not involve coverage or payment disputes.

**Home Health Aide** – A home health aide provides services that don't need the skills of a licensed nurse or therapist, such as help with personal care (e.g., bathing, using the toilet, dressing, or carrying out the prescribed exercises). Home health aides do not have a nursing license or provide therapy.

**Hospice** – A member who has 6 months or less to live has the right to elect hospice. We, your plan, must provide you with a list of hospices in your geographic area. If you elect hospice and continue to pay premiums you are still a member of our plan. You can still obtain all medically necessary services as well

as the supplemental benefits we offer. The hospice will provide special treatment for your state.

**Hospital Inpatient Stay** – A hospital stay when you have been formally admitted to the hospital for skilled medical services. Even if you stay in the hospital overnight, you might still be considered an "outpatient."

**Income Related Monthly Adjustment Amount (IRMAA)** – If your modified adjusted gross income as reported on your IRS tax return from 2 years ago is above a certain amount, you'll pay the standard premium amount and an Income Related Monthly Adjustment Amount, also known as IRMAA. IRMAA is an extra charge added to your premium. Less than 5% of people with Medicare are affected, so most people will not pay a higher premium.

**Independent Practice Association (IPA)** – An association of physicians, including PCPs and specialists, and other health care providers, including hospitals, that is contracted with the plan to provide services to members. See Chapter 1, Section 8.1.

**Initial Coverage Limit** – The maximum limit of coverage under the Initial Coverage Stage.

**Initial Coverage Stage –** This is the stage before your total drug costs including amounts you have paid and what your plan has paid on your behalf for the year have reached $4,430.

**Initial Enrollment Period** – When you are first eligible for Medicare, the period of time when you can sign up for Medicare Part A and Part B. For example, if you're eligible for Medicare when you turn 65, your Initial Enrollment Period is the 7-month period that begins 3 months before the month you turn 65, includes the month you turn 65, and ends 3 months after the month you turn 65.

**List of Covered Drugs (Formulary or "Drug List")** – A list of prescription drugs covered by the plan. The drugs on this list are selected by the plan with the help of doctors and pharmacists. The list includes both brand name and generic drugs.

**Low Income Subsidy (LIS)** – See "Extra Help."

**Maximum Out-of-Pocket Amount** – The most that you pay out-of-pocket during the calendar year for in-network covered Part A and Part B services. Amounts you pay for your Medicare Part A and Part B premiums and prescription drugs do not count toward the maximum out-of-pocket amount. See Chapter 4, Section 1.2 for information about your maximum out-of-pocket amount.

**Medicaid (or Medical Assistance)** – A joint Federal and state program that helps with medical costs for some people with low incomes and limited resources. Medicaid programs vary from state to state, but most health care costs are covered if you qualify for both Medicare and Medicaid. See Chapter 2, Section 6 for information about how to contact Medicaid in your state.

**Medical Group –** An association of physicians, including PCPs and specialists, and other health care providers, including hospitals, that contract with the plan to provide services to enrollees. See Chapter 1, Section 3.2.

**Medically Accepted Indication** – A use of a drug that is either approved by the Food and Drug Administration or supported by certain reference books. See Chapter 5, Section 3 for more information about a medically accepted indication.

**Medically Necessary** – Services, supplies, or drugs that are needed for the prevention, diagnosis, or

Case 1:23-mi-99999-UNA    Document 1878-2    Filed 06/09/23    Page 248 of 253    247
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 12.    Definitions of important words**

treatment of your medical condition and meet accepted standards of medical practice.

**Medicare** – The Federal health insurance program for people 65 years of age or older, some people under age 65 with certain disabilities, and people with End-Stage Renal Disease (generally those with permanent kidney failure who need dialysis or a kidney transplant). People with Medicare can get their Medicare health coverage through Original Medicare or a Medicare Advantage Plan.

**Medicare Advantage Open Enrollment Period** – A set time each year when members in a Medicare Advantage plan can cancel their plan enrollment and switch to another Medicare Advantage plan, or obtain coverage through Original Medicare. If you choose to switch to Original Medicare during this period, you can also join a separate Medicare prescription drug plan at that time. The Medicare Advantage Open Enrollment Period is from January 1 until March 31, and is also available for a 3-month period after an individual is first eligible for Medicare.

**Medicare Advantage (MA) Plan** – Sometimes called Medicare Part C. A plan offered by a private company that contracts with Medicare to provide you with all your Medicare Part A and Part B benefits. A Medicare Advantage Plan can be an HMO, PPO, a Private Fee-for-Service (PFFS) plan, or a Medicare Medical Savings Account (MSA) plan. When you are enrolled in a Medicare Advantage Plan, Medicare services are covered through the plan, and are not paid for under Original Medicare. In most cases, Medicare Advantage Plans also offer Medicare Part D (prescription drug coverage). These plans are called **Medicare Advantage Plans with Prescription Drug Coverage**. Everyone who has Medicare Part A and Part B is eligible to join any Medicare Advantage health plan that is offered in their area.

**Medicare Coverage Gap Discount Program** – A program that provides discounts on most covered Part D brand name drugs to Part D members who have reached the Coverage Gap Stage and who are not already receiving "Extra Help." Discounts are based on agreements between the Federal government and certain drug manufacturers. For this reason, most, but not all, brand name drugs are discounted.

**Medicare-Covered Services** – Services covered by Medicare Part A and Part B. All Medicare health plans, including our plan, must cover all of the services that are covered by Medicare Part A and B.

**Medicare Health Plan** – A Medicare health plan is offered by a private company that contracts with Medicare to provide Part A and Part B benefits to people with Medicare who enroll in the plan. This term includes all Medicare Advantage Plans, Medicare Cost Plans, Demonstration/Pilot Programs, and Programs of All-inclusive Care for the Elderly (PACE).

**Medicare Prescription Drug Coverage (Medicare Part D)** – Insurance to help pay for outpatient prescription drugs, vaccines, biologicals, and some supplies not covered by Medicare Part A or Part B.

**"Medigap" (Medicare Supplement Insurance) Policy** – Medicare supplement insurance sold by private insurance companies to fill "gaps" in Original Medicare. Medigap policies only work with Original Medicare. (A Medicare Advantage Plan is not a Medigap policy.)

**Member (Member of our Plan, or "Plan Member")** – A person with Medicare who is eligible to get covered services, who has enrolled in our plan, and whose enrollment has been confirmed by the Centers for Medicare & Medicaid Services (CMS).

**Member Services** – A department within our plan responsible for answering your questions about your membership, benefits, grievances, and appeals. See Chapter 2 for information about how to contact

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 249 of 253   248
2022 Evidence of Coverage for Wellcare No Premium (HMO)
Chapter 12.    Definitions of important words

Member Services.

**Network Pharmacy** – A network pharmacy is a pharmacy where members of our plan can get their prescription drug benefits. We call them "network pharmacies" because they contract with our plan. In most cases, your prescriptions are covered only if they are filled at one of our network pharmacies.

**Network Provider** – "Provider" is the general term we use for doctors, other health care professionals, hospitals, and other health care facilities that are licensed or certified by Medicare and by the State to provide health care services. We call them "**network providers**" when they have an agreement with our plan to accept our payment as payment in full, and in some cases to coordinate as well as provide covered services to members of our plan. Our plan pays network providers based on the agreements it has with the providers or if the providers agree to provide you with plan-covered services. Network providers may also be referred to as "plan providers."

**Organization Determination** – The Medicare Advantage plan has made an organization determination when it makes a decision about whether items or services are covered or how much you have to pay for covered items or services. Organization determinations are called "coverage decisions" in this booklet. Chapter 9 explains how to ask us for a coverage decision.

**Original Medicare ("Traditional Medicare" or "Fee-for-service" Medicare)** – Original Medicare is offered by the government, and not a private health plan like Medicare Advantage Plans and prescription drug plans. Under Original Medicare, Medicare services are covered by paying doctors, hospitals, and other health care providers payment amounts established by Congress. You can see any doctor, hospital, or other health care provider that accepts Medicare. You must pay the deductible. Medicare pays its share of the Medicare-approved amount, and you pay your share. Original Medicare has two parts: Part A (Hospital Insurance) and Part B (Medical Insurance) and is available everywhere in the United States.

**Out-of-Network Pharmacy** – A pharmacy that doesn't have a contract with our plan to coordinate or provide covered drugs to members of our plan. As explained in this Evidence of Coverage, most drugs you get from out-of-network pharmacies are not covered by our plan unless certain conditions apply.

**Out-of-Network Provider or Out-of-Network Facility** – A provider or facility with which we have not arranged to coordinate or provide covered services to members of our plan. Out-of-network providers are providers that are not employed, owned, or operated by our plan or are not under contract to deliver covered services to you. Using out-of-network providers or facilities is explained in this booklet in Chapter 3.

**Out-of-Pocket Costs** – See the definition for "cost sharing" above. A member's cost-sharing requirement to pay for a portion of services or drugs received is also referred to as the member's "out-of-pocket" cost requirement.

**Part C** – see "Medicare Advantage (MA) Plan."

**Part D** – The voluntary Medicare Prescription Drug Benefit Program. (For ease of reference, we will refer to the prescription drug benefit program as Part D.)

**Part D Drugs** – Drugs that can be covered under Part D. We may or may not offer all Part D drugs. (See your formulary for a specific list of covered drugs.) Certain categories of drugs were specifically excluded

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 250 of 253   249
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 12.   Definitions of important words**

by Congress from being covered as Part D drugs.

**Part D Late Enrollment Penalty** – An amount added to your monthly premium for Medicare drug coverage if you go without creditable coverage (coverage that is expected to pay, on average, at least as much as standard Medicare prescription drug coverage) for a continuous period of 63 days or more after you are first eligible to join a Part D plan. You pay this higher amount as long as you have a Medicare drug plan. There are some exceptions. For example, if you receive "Extra Help" from Medicare to pay your prescription drug plan costs, you will not pay a late enrollment penalty.

**Preferred Cost Sharing** – Preferred cost sharing means lower cost sharing for certain covered Part D drugs at certain network pharmacies.

**Premium** – The periodic payment to Medicare, an insurance company, or a health care plan for health or prescription drug coverage.

**Primary Care Provider (PCP)** – Your primary care provider is the doctor or other provider you see first for most health problems. He or she makes sure you get the care you need to keep you healthy. He or she also may talk with other doctors and health care providers about your care and refer you to them. In many Medicare health plans, you must see your primary care provider before you see any other health care provider. See Chapter 3, Section 2.1 for information about Primary Care Providers.

**Prior Authorization** – Approval in advance to get services or certain drugs that may or may not be on our formulary. Some in-network medical services are covered only if your doctor or other network provider gets "prior authorization" from our plan. Covered services that need prior authorization are marked in the Benefits Chart in Chapter 4. Some drugs are covered only if your doctor or other network provider gets "prior authorization" from us. Covered drugs that need prior authorization are marked in the formulary.

**Prosthetics and Orthotics** – These are medical devices ordered by your doctor or other health care provider. Covered items include, but are not limited to, arm, back and neck braces; artificial limbs; artificial eyes; and devices needed to replace an internal body part or function, including ostomy supplies and enteral and parenteral nutrition therapy.

**Quality Improvement Organization (QIO)** – A group of practicing doctors and other health care experts paid by the Federal government to check and improve the care given to Medicare patients. See Chapter 2, Section 4 for information about how to contact the QIO for your state.

**Quantity Limits** – A management tool that is designed to limit the use of selected drugs for quality, safety, or utilization reasons. Limits may be on the amount of the drug that we cover per prescription or for a defined period of time.

**Rehabilitation Services** – These services include physical therapy, speech and language therapy, and occupational therapy.

**Service Area** – A geographic area where a health plan accepts members if it limits membership based on where people live. For plans that limit which doctors and hospitals you may use, it's also generally the area where you can get routine (non-emergency) services. The plan may disenroll you if you permanently move out of the plan's service area.

**Skilled Nursing Facility (SNF) Care** – Skilled nursing care and rehabilitation services provided on a continuous, daily basis, in a skilled nursing facility. Examples of skilled nursing facility care include

Case 1:23-mi-99999-UNA   Document 1878-2   Filed 06/09/23   Page 251 of 253

250
2022 Evidence of Coverage for Wellcare No Premium (HMO)
**Chapter 12.    Definitions of important words**

physical therapy or intravenous injections that can only be given by a registered nurse or doctor.

**Special Enrollment Period** – A set time when members can change their health or drug plans or return to Original Medicare. Situations in which you may be eligible for a Special Enrollment Period include: if you move outside the service area, if you are getting "Extra Help" with your prescription drug costs, if you move into a nursing home, or if we violate our contract with you.

**Standard Cost sharing –** Standard cost sharing is cost sharing other than preferred cost sharing offered at a network pharmacy.

**Step Therapy** – A utilization tool that requires you to first try another drug to treat your medical condition before we will cover the drug your physician may have initially prescribed.

**Supplemental Security Income (SSI)** – A monthly benefit paid by Social Security to people with limited income and resources who are disabled, blind, or age 65 and older. SSI benefits are not the same as Social Security benefits.

**Urgently Needed Services** – Urgently needed services are provided to treat a non-emergency, unforeseen medical illness, injury, or condition that requires immediate medical care. Urgently needed services may be furnished by network providers or by out-of-network providers when network providers are temporarily unavailable or inaccessible.

**This page intentionally left blank**

## Wellcare No Premium (HMO) Member Services

| Method | Member Services – Contact Information |
|---|---|
| **CALL** | 1-866-892-8340<br>Calls to this number are free.<br>Between October 1 and March 31, representatives are available Monday-Sunday, 8 a.m. to 8 p.m. Between April 1 and September 30, representatives are available Monday-Friday, 8 a.m. to 8 p.m.<br>However, please note during weekends and holidays from April 1 to September 30 our automated phone system may answer your call. Please leave your name and telephone number, and we will call you back within one (1) business day.<br>Member Services also has free language interpreter services available for non-English speakers. |
| **TTY** | 711<br>Calls to this number are free. |
| **WRITE** | Wellcare<br>PO Box 31370<br>Tampa, FL 33631-3370 |
| **WEBSITE** | www.wellcare.com/medicare |

## GeorgiaCares Program

GeorgiaCares Program is a state program that gets money from the Federal government to give free local health insurance counseling to people with Medicare.

| Method | Contact Information |
|---|---|
| **CALL** | 1-866-552-4464 #4 |
| **TTY** | 1-404-657-1929<br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking. |
| **WRITE** | GeorgiaCares Program<br>2 Peachtree Street, NW, 33rd Floor<br>Atlanta, Georgia 30303 |
| **WEBSITE** | http://www.mygeorgiacares.org/ |

***PRA Disclosure Statement*** *According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1051. If you have comments or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.*