IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAZIZ UMAROV, § § §  Plaintiff, § § vs. § § TIMOTHY KANE, P.A.M. § TRANSPORT, INC., and § CHEROKEE INSURANCE § COMPANY, § § Defendants. § § | CIVIL ACTION FILE  NO.: _____ |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COME NOW **TIMOTHY KANE, P.A.M. TRANSPORT, INC.,** and **CHEROKEE INSURANCE COMPANY**, purported Defendants ("Defendants") in the above-styled civil action, appearing specially and without waiving, but specifically reserving all defenses arising from jurisdiction, service and process, and pursuant to Fed. R. Civ. P. 7.1 and L. R. 3.3, hereby file and serve this Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing the Court as follows:

(1) The undersigned Counsel of Record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:          Laziz Umarov

Defendants:    Timothy Kane

P.A.M. Transport, Inc.

Cherokee Insurance Company

(2) The undersigned further certifies that the following is a full and complete list of other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Oakland Financial Corporation.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the Defendants in this proceeding:

        Jason G. Wyrick, Esq.
        Elizabeth W. Brown, Esq.
        Cruser, Mitchell, Novitz, Sanchez, Gatson & Zimet, LLP
        275 Scientific Drive, Suite 2000
        Peachtree Corners, GA 30092
        (404) 881-2622
        (404) 881-2630 (Fax)
        jwyrick@cmlawfirm.com
        ebrown@cmlawfirm.com

This 9th day of June, 2023.

                                        **CRUSER, MITCHELL, NOVITZ,**
                                        **SANCHEZ, GASTON & ZIMET, LLP**

| | |
|---|---|
| | /s/ Jason G. Wyrick |
| | **JASON G. WYRICK** |
| Meridian II, Suite 2000 | Georgia Bar No. 143112 |
| 275 Scientific Drive | **ELIZABETH W. BROWN** |
| Peachtree Corners, GA  30092 | Georgia Bar No. 900146 |
| (404) 881-2622 (P) | *Attorneys for Purported Defendants* |
| (404) 881-2630 (F) | |
| jwyrick@cmlawfirm.com | |
| ebrown@cmlawfirm.com | |

<u>**CERTIFICATE OF COMPLIANCE**</u>

    Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

Tyler R. Watkins, Esq.
Gorinshteyn & Watkins, LLC
3217 S. Cherokee Ln., Suite 740
Woodstock, GA  30188
Tyler@GWTrial.com
*Counsel for Plaintiff*

This 9th day of June, 2023.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

/s/ Jason G. Wyrick
**JASON G. WYRICK**
Georgia Bar No. 143112
**ELIZABETH W. BROWN**
Georgia Bar No. 900146
*Attorneys for Purported Defendants*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622 (P)
(404) 881-2630 (F)
jwyrick@cmlawfirm.com
ebrown@cmlawfirm.com