EXHIBIT B
*Vega v. Jaddou* (NDGA)

| First Name | Last Name | I918 Receipt Number | A Number (if any) | I765 Receipt Number |
|---|---|---|---|---|
| Rosalio | Vega | EAC1914550790 | A201877447 | EAC1914550790 |
| Dayse | Rezende | EAC1916551142 | A201880187 | TBD |
| Laritza | Chavez Gomez | EAC2206450132 | A094918122 | EAC2206450164 |
| Maria Eduarda | Mazao | EAC2122050296 | A220085697 | EAC2122050318 |
| Ma Margarita | Rodriguez Andrade | EAC1905050738 | A215992967 | TBD |
| Maria | Rojas Fajardo | EAC1911050322 | A201788973 | EAC1911050468 |
| Jaason | Raudales | EAC1912050281 | A201791760 | TBD |
| Isai | Gonzalez Carlon | EAC2212851047 | A247000493 | EAC2212851176 |
| Jose | Mendoza Torres | EAC1917450040 | A201880716 | EAC1917450057 |
| Ulises | Vera | EAC1924850634 | A213408753 | EAC1928350754 |
| Paul | Santos | EAC2208151187 | A220627002 | EAC2208151198 |
| Adriana | Reyes Duque | EAC2211850054 | A220631160 | EAC2211850066 |

| | | | | |
|---|---|---|---|---|
| Rita | Jimenez Ortuno | EAC2021350065 | A216740011 | EAC2028951596 |
| Martha | Cordova Guerrero | EAC2012750384 | A216726597 | EAC2012750403 |
| Maria de Lourdes | Zavala | EAC2031050329 | A218926098 | EAC2031050338 |
| Xueyun | Feng | EAC2220751004 | A247002572 | EAC2220751019 |
| Estela | Jimares Gonzalez | EAC2214250084 | A247000614 | EAC2214250103 |
| Lucilene | Dos Prazeres | EAC2314350149 | A207409269 | EAC2314350156 |
| Gabriela | Gutierrez Gonzalez | EAC2124250814 | A220086557 | TBD |
| Jose | Batres Santos | EAC2225850890 | A208900366 | EAC2225850899 |
| Amadeo | Marquez Nolasco | EAC2203650340 | A094271521 | EAC2203650354 |
| Bessy | Medina Morazan | EAC23115550722 | A203785775 | EAC2320150790 |
| Joseth | Aguero Castillo | EAC212755057 | A209299129 | EAC2127550671 |
| Juan Carlos | Baten Perez | EAC2305150050 | A247003781 | EAC2305150061 |
| Ramon | Reyes Montoya | EAC1823950625 | A215981733 | TBD |
| Carlos | Perez Ayala | EAC2019650309 | A216737060 | EAC2019650325 |
| Silvia | Marin Pacheco | EAC1808050366 | A216495175 | EAC1808050384 |
| Melvin | Espana Melara | EAC2126250081 | A209287369 | EAC2126250087 |
| Francisco | Torres Almanza | EAC1923450834 | TBD | TBD |
| Esperanza | Morales Elizalde | EAC1914550833 | A201877448 | EAC1914550852 |

| | | | | |
|---|---|---|---|---|
| Gilmar | De Oliveira Rezende | EAC1916551173 | A201233670 | TBD |
| Kevin | Lezama Mendez | TBD | A203620709 | EAC2206450183 |
| Marcela | Rodriguez Ramirez | EAC2212851198 | A247000494 | TBD |
| Maria | Martinez Osorio | EAC1917450063 | A201880717 | EAC1917450078 |
| Mayray | Padron Hernandez | EAC1924850682 | A213408755 | EAC1928350785 |
| DLG | | EAC2206450244 | A203620710 | EAC2206450355 |
| Hellyzamaryry | Mazao | EAC2122050327 | A220085698 | EAC2122050343 |
| Maximiliano | Galvan Rojas | EAC1911050492 | A201788974 | EAC1911050663 |
| Juan | Raudales | EAC1912050294 | A201791794 | TBD |
| Ashly | Valle Chavez | EAC2206450205 | A220625551 | EAC2206450233 |
| Daniel | Mazao | EAC2122050379 | A220085699 | EAC2122050416 |
| Mariano | Galvan Rojas | EAC1911050681 | A201788975 | EAC1911050770 |
| Rosa | Godoy | EAC1912050306 | A201791756 | TBD |
| AR | | EAC1912050313 | None | TBD |