**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANGELICA PETTY,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendant. | Case No.:<br><br>**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Rule 3.3, Plaintiff Angelica Petty hereby submits her Certificate of Interested Parties and Corporate Disclosure Statement:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of this party:

    Angelica Petty – Plaintiff

    Equifax Information Services, LLC – Defendant

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either

a financial interest in or other interest in which could be substantially affected by the outcome of this particular case:

N/A

3. The undersigned further certifies that the following is a full and complete list of the persons serving as attorneys for the parties in this proceeding:

**CONSUMER ATTORNEYS**
Jenna Dakroub, GA # 385021
8245 N. 85th Way
Scottsdale, AZ 85258
Telephone: (602) 807-1525
Fax: (718) 715-1750
E: jdakroub@consumerattorneys.com

RESPECTFULLY SUBMITTED this 9th day of June 2023.

By: s/Jenna Dakroub
Jenna Dakroub
Bar Number: 385021
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
Telephone: (602) 807-1525
Fax: (718) 715-1750
E: jdakroub@consumerattorneys.com
*Attorneys for Plaintiff Angelica Petty*
