# EXHIBIT 1



**cgm**
Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

1407 1 195037 ****************AUTO**ALL FOR AADC 720
Christina Sarah Cain

June 7, 2023

**Re: Notice of Security Incident**

Dear Christina Sarah Cain:

CGM Inc. ("CGM") writes to notify you of a recent event that may affect the privacy of some of your personal information. CGM provides solutions to wireless and broadband companies that participate in the federal Affordable Connectivity Program and Lifeline Program. CGM stores certain information related to you through your services with Easy Wireless. <u>Although we have no evidence of misuse of your personal information</u>, we write to provide you with information about the event, our response, and steps you can take to help protect against the possible misuse of your information, should you feel it is appropriate to do so.

**What Happened?** On December 28, 2022, we observed unusual activity related to certain systems within our network. We quickly began investigating to better understand the nature and scope of this activity. Working with third-party specialists, we determined that an unknown actor accessed our network. We promptly took steps to contain the threat and ensure the security of our systems. We simultaneously launched a full investigation designed to understand the nature and scope of what occurred and what information was stored on impacted systems at the time of the event.

Based on our investigation, we determined that certain information related to you was found within the impacted systems.

**What Information Was Involved?** Our investigation determined that the information related to you that was subject to unauthorized access includes your driver's license or state ID number, and name. Although we have no evidence that any of your information was used for identity theft or fraud, we are notifying you in an abundance of caution and providing information and resources to assist you in helping protect your personal information, should you feel it appropriate to do so.

**What We Are Doing.** We take this event and the obligation to safeguard the information in our care very seriously. After discovering the suspicious activity, we promptly took steps to confirm our system security and engaged third-party cybersecurity specialists to assist in conducting a comprehensive investigation of the event to confirm its nature, scope, and impact. CGM also promptly notified federal law enforcement of the event. Further, as part of our ongoing commitment to the privacy and security of personal information in our care, we are reviewing and enhancing existing policies and procedures relating to data protection and security. We instituted additional security measures to minimize the likelihood of similar events in the future. We are also notifying relevant regulatory authorities, as required.

As an added precaution, we are offering you access to credit monitoring and identity theft protection services for 12 months through TransUnion at no cost to you. If you wish to activate these complimentary services, you may follow the instructions included in the attached *Steps You Can Take to Help Protect Personal Information*. We encourage you to enroll in these services as we are unable to act on your behalf to do so.