# UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRISTINA CAIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CGM, L.L.C. d/b/a CGM, Inc.,<br><br>Defendant. | CIVIL ACTION<br><br>No.<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

Plaintiff, Christina Cain, an Individual, and a proposed class of similarly situated

1

individuals; Defendant, CGM, L.L.C. d/b/a CGM, Inc., a Georgia Limited Liability Company.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

Peiffer Wolf Carr Kane Conway & Wise LLP;

All persons identified by Defendant upon its filing of a full and complete certificate of interested persons and corporate disclosure statement.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Andrew R. Tate (GA Bar #518068), Brandon M. Wise (IL Bar #6319580, *Pro Hac Vice* to be filed), Peiffer Wolf Carr Kane Conway & Wise LLP

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Plaintiff, Christina Cain, an Individual: Citizen of Arkansas.

Submitted this 10th day of June, 2023

        By: */s/ Andrew R. Tate*
        ANDREW R. TATE – GA Bar #518068
        **Peiffer Wolf Carr Kane Conway**
        **& Wise, LLP**
        235 Peachtree St. NE, Suite 400
        Atlanta, GA 30303
        Telephone: 314.669.3600
        Facsimile: 504.608.1465
        Email: atate@peifferwolf.com

        *COUNSEL FOR PLAINTIFF AND THE*
        *PUTATIVE CLASS*