IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHELLE L. ARSTIKAITIS,         *
on behalf of herself and all     *
those similarly-situated who     *
consent to representation,       *
                                 *
     Plaintiff,                  *
                                 *
v.                               *   CIVIL ACTION NO:
                                 *
KRISTIN R. HALL, LISA L. GENTRY  *
KIDSPEECH, INC.,                 *
                                 *   **JURY TRIAL DEMANDED**
     Defendants.                 *

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF**

(1)  The undersigned counsel of record for the Plaintiff to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

     Michelle L. Arstikaitis
     Kristin R. Hall
     Lisa L. Gentry
     Kidspeech, Inc.

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Unknown.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiff:**

K. Prabhaker Reddy
THE REDDY LAW FIRM, P.C.
1325 Satellite Boulevard
Suite 1506
Suwanee, Georgia 30024

**Counsel for Defendants:**

Unknown.

Respectfully submitted this 12th day of June 2023.

**THE REDDY LAW FIRM, P.C.**

/s/K. Prabhaker Reddy
K. PRABHAKER REDDY
Attorney for Plaintiff
Georgia Bar No. 597320
1325 Satellite Boulevard
Suite 1506
Suwanee, Georgia 30024
Telephone: (678) 629-3246
Facsimile: (678) 629-3247
Email: kpr@reddylaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2023, I electronically filed the **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF** with the Clerk of Court using the CM/ECF system and will serve the same with the Summons and Complaint upon the Defendants:

> Kristin R. Hall
> Lisa L. Gentry
> Kidspeech, Inc.

This 12th day of June 2023.

> **THE REDDY LAW FIRM, P.C.**
>
> /s/K. Prabhaker Reddy
> K. PRABHAKER REDDY
> Attorney for Plaintiff
> Georgia Bar No. 597320
> 1325 Satellite Boulevard
> Suite 1506
> Suwanee, Georgia 30024
> Telephone: (678) 629-3246
> Facsimile: (678) 629-3247
> Email: kpr@reddylaw.net