# EXHIBIT A

_FKA Gabriel Strothers_

_Leonidas Strothers_

Plaintiff(s)

v.

_AKA Facebook Inc_

_Meta Platforms Inc_

Defendant(s)

**GWINNETT SUPERIOR COURT
STATE OF GEORGIA**

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

ORDER TO PROCEED IN FORMA PAUPERIS

CIVIL ACTION FILE NO. 2023 MAY -9 AM 10: 53

TIANA P. GARNER, CLERK

**23A 04019-6**

## ORDER UPON AFFIDAVIT OF ELIGIBILITY
## TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff's Affidavit of Eligibility to Proceed _in Forma Pauperis._ Pursuant to the requirements of O.C.G.A. § 9-15-2, and in consideration of Plaintiff's Affidavit, the documents relative to the financial situation of the Plaintiff (if any), as well as all other initial pleadings, including the Statement of Claim, Affiant's request to proceed _in forma pauperis_ is:

☑ **HEREBY GRANTED.** After considering the Poverty Guidelines established by the U.S. Department of Health and Human Services at 125% or less of the poverty level, and based upon the size of the family unit, it appears to the Court that the Affiant is unable to pay the filing fees associated with this action. Therefore, the Affiant's pleadings shall be filed, and the Affiant shall be relieved from paying the filing fee, Sheriff's service fee, and, if a judgment is awarded to the Plaintiff, any fees associated with the issuance of a fi fa and post judgment interrogatories.

☐ **HEREBY DENIED BASED ON FINANCIAL GUIDELINES.** Following a hearing during which the Court took sworn testimony from the Plaintiff regarding the contents of his/her Affidavit of Indigence, the Court finds that the Affiant has _not_ demonstrated that he/she is unable to pay the filing fee and associated costs of this action based upon the Poverty Guidelines established by the U.S. Department of Health and Human Services at 125% or less of the poverty level, considering the size of the family unit; therefore, the Affiant shall not be relieved from paying the filing fee, Sheriff's service fee, or other required Court costs.

*The hearing took place in Courtroom _____ of the Gwinnett County Justice and Administration Center on:  [  ] the date of the Order; or [  ] the _____ day of _____, 20_____.

☐ **HEREBY DENIED BASED ON A COMPLETE ABSENCE OF ANY JUSTICIABLE ISSUE OF LAW OR FACT.** Pursuant to O.C.G.A. § 9-15-2(d), the Court finds that the pleading filed by the Affiant shows in its face such a complete absence of any justiciable issue of law and/or fact that it cannot reasonably believed that the Court could grant any relief against any party named in the pleading.

This _9th_ day of _May_, 20_23_.

_____
Judge, Superior Court
Judge Initials: _____

[  ]  Plaintiff Copy Received in Court
[  ]  Plaintiff Copy Mailed

**PRESIDING JUDGE**

**IN THE SUPERIOR COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

_Not found_
_5|18|23 ce_

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2023 MAY -9 AM 10: 53

TIANA P. GARNER, CLERK

FKA _Gabriel Strothers_ )
_Leonidas Strothers_ )
Plaintiff, )
)
v. )
)
_AkA Facebook Inc_ )
_Meta Platforms Inc_ )
Defendant(s). )
)

CIVIL ACTION
FILE NO. _____

**23A 04019-6**

## AFFIDAVIT OF ELIGIBILITY TO PROCEED IN FORMA PAUPERIS

I, _Gabriel Strothers / Leonidas Strothers_ , do hereby swear
or affirm that I am the [    ]  Plaintiff [    ] Defendant in the above styled case and that
because of my indigent status, I am unable to pay the costs of this proceeding.

_**I declare under penalty of perjury that the responses I have made to all
questions set forth in this Affidavit, specifically relating to my ability to pay the
costs of this proceeding, are true and correct.**_

This _8_ day of _May_ , 20 _23_ .

Signature _____

Print name: _GABRIEL STROTHERS / Leonidas Strothers_

Sworn to and subscribed before me
this _8_ day of _May_ , 20 _23_

_____
Notary Public

Sworn to and subscribed before me
this ____ day of _____, 20 ___

_____
Deputy Clerk of Superior Court

AMANDA FABIOLA TUNCHEZ
MY COMMISSION EXPIRES
DECEMBER
15
2025
GWINNETT COUNTY, GA
NOTARY PUBLIC

**AFFIDAVIT, Page 2**

**A.    IDENTIFYING INFORMATION**

1. Name: __Strothers__ __Gabriel__ / __Leonidas__
   Last           First           Middle

2. Current Address: __4485 Lawrenceville Hwy #207__
   Street Address & Apt. No., if applicable

   __Lilburn__        __GA__        __30047__
   City            State            Zip Code

3. Best Telephone Number to Reach You: __404.919.1166__

4. Email Address: __helpleonidastoday@gmail.com__

**B.    DEPENDENTS/DEPENDENCY**

1. Marital Status:   [   ] Married [ X ] Single [   ] Divorced/Separated.

2. Is there any other person (spouse) or people (parents) who currently support you financially?   [   ] Yes [ X ] No.

   If yes, explain:_____

2. How many people, not including yourself, do you currently support?_____

List Below:

| Name | Age | Relationship | Support Totally? |
|------|-----|--------------|------------------|
| _____ | _____ | _____ | [   ] Yes [X] No |
| _____ | _____ | _____ | [   ] Yes [X] No |
| _____ | _____ | _____ | [   ] Yes [X] No |
| _____ | _____ | _____ | [   ] Yes [X] No |
| _____ | _____ | _____ | [   ] Yes [X] No |

**C.    PUBLIC ASSISTANCE**

Do you currently receive any of the following?

**Aid to Families of Dependent Children (AFDC)**          [   ] Yes [X] No
   Amount Received per Month:  $_____

**Social Security Income (SSI)**          [   ] Yes [X] No
   Amount Received per Month:  $_____

**AFFIDAVIT, Page 3**

      **Social Security Disability Income (SSDI)**           [ ] Yes [✓] No

           Amount Received per Month:     $_____

      **Temporary Assistance to Needy Families (TANF)**    [ ] Yes [✓] No

           Amount Received per Month:     $_____

      **Supplemental Nutrition Assistance Program (SNAP)**    [ ] Yes [✓] No

           Amount Received per Month:     $_____

      **Unemployment Benefits**              [ ] Yes [✓] No

           Amount Received per Month:     $_____

      **Medicaid**                  [ ] Yes [✓] No

           Amount Received per Month:     $_____

      **Public Housing Assistance**           [ ] Yes [✓] No

           Amount Received per Month:     $_____

      ***Do you receive any other kind of public assistance?***   [ ] Yes [✓] No

           Amount Received per Month:     $_____

**TOTAL AMOUNT OF PUBLIC ASSISTANCE RECEIVED PER MONTH, IF ANY:**

                            $_____

**D.**    **MONTHLY INCOME**

1.    Are you currently employed?            [ ] Yes [✓] No

    If yes, please list name(s) and phone number(s) of your employer(s), as well as monthly income/wages.

| Employer Name | Phone | Amout Paid per Month |
|---|---|---|
| | | |
| | | |
| | | |

**TOTAL AMOUNT OF INCOME RECEIVED PER MONTH, IF ANY:** $_____

2.    Do you receive any income from *any other source?*    [ ] Yes [✓] No

    If yes, please list all other income sources on the following page.

**AFFIDAVIT, Page 4**

    **Workers Compensation Benefits**          [ ] Yes [✗] No

        Amount Received per Month:  $_____

    **Insurance Benefits/Proceeds**          [ ] Yes [✗] No

        Amount Received per Month:  $_____

    **Pension/Retirement Income**          [ ] Yes [✗] No

        Amount Received per Month:  $_____

    **Child Support Payments**          [ ] Yes [✗] No

        Amount Received per Month:  $_____

    **Alimony Payments**          [ ] Yes [✗] No

        Amount Received per Month:  $_____

**TOTAL AMOUNT OF INCOME FROM OTHER SOURCES RECEIVED PER MONTH, IF ANY:**

        $_____

**E.**    **ASSETS**

1.    Do you have a checking account?      [ ] Yes [✗] No

        If so, at what financial institution: _____

        What is the current balance in your account: $_____

2.    Do you have a savings account?      [ ] Yes [✗] No

        If so, at what financial institution: _____

        What is the current balance in your account: $_____

3.    Do you own any car(s), truck(s), van(s) or other vehicle(s)?  [ ] Yes [✗] No

        Make: _____ Model: _____ Year:_____

        What is the approximate value of the vehicle: $_____

        Make: _____ Model: _____ Year:_____

        What is the approximate value of the vehicle: $_____

4.    Do you own a home or other real estate?      | Yes ✗ No

        Address:_____
                Street          City     State     Zip Code

        What is the approximate value of the property: $_____

        How much do you owe on the property (mortgage balance): $_____

**AFFIDAVIT, Page 5**

5.  Do you own any valuable items of personal property, such as TV sets, stereos, stocks or bonds, jewelry, furs, or other items?   (Do not include clothing, furniture, or household appliances such as stoves or refrigerators.)

    [  ] Yes [✗] No

    If yes, please describe below:

    Description                                          Value

    _____          $_____

    _____          $_____

    _____          $_____

    Total: $_____0_____

**F.   LIABILITIES**

1.  List all debts owed over $100 and all payments which you must make on a regular basis.

    Include house payments, rent, child support or alimony payments, charge account payments, loan payments and any other payment which you must make on a regular basis.

    Do *not* include ordinary expenses such as food, clothing, utility bills and similar items.

    | Source of Debt | Total Amount Owed | Monthly Payment |
    |---|---|---|
    | Cell | 50 | |
    | Insurance | 150 | |
    | | | |
    | | | |

    Total: $_200.⁰⁰_

2.  Do you have any unusual or extraordinary expenses or circumstances such as large medical bills which are not listed above?

    [  ] Yes [✗] No

    If yes, please describe below:

    | Source of Debt | Total Amount Owed | Monthly Payment |
    |---|---|---|
    | | | |
    | | | |

Total: $_____

## AFFIDAVIT, Page 6

3.   Are there any other circumstances which render you unable to pay the costs of this action and are not fully explained above: (e.g. disability, illness, etc.)

[✗] Yes [  ] No

If yes, use the space below to explain your circumstances.

Include any facts which will help the Court determine whether you can afford to pay the required fee(s).

Currently homeless and suffer from mental decline.

## IN THE GWINNETT COUNTY SUPERIOR COURT

**FKA GABRIEL STROTHERS**
(LEONIDAS STROTHERS)

Plaintiff,

v.

**FKA FACEBOOK, INC**
(META PLATFORMS, INC)
Defendant.

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY GA

2023 MAY -9 AM 10: 53

TIANA P. GARNER, CLERK

23A 04019-6

## COMPLAINT FOR DAMAGES FOR INVASION OF PRIVACY AND MENTAL ANGUISH

PLAINTIFF [GABRIEL STROTHERS], files this complaint against DEFENDANT [FACEBOOK INC] AKA META PLATFORMS on his own behalf.

### INTRODUCTION

1. This is an action for damages arising from Defendant's conduct in violating the privacy of PLAINTIFF and also millions of other Facebook users that refer to **Case No. 3:18-md-02843-VC** in a United States District Court for the Northern District of California.

2. DEFENDANT has recklessly disregarded Facebook users' privacy rights by allowing third-party applications to access their personal data without their knowledge or consent. Along with violating consumer rights and unfair or deceptive trade practices.

3. PLAINTIFF brings this action to recover damages caused by DEFENDANT's conduct, which includes invasion of privacy and mental anguish.

6. Besides The DEFENDANT violating my rights and privacy this has triggered mental anguish and has caused a severe anxiety, depression and a mental decline.

### PARTIES

4. PLAINTIFF [GABRIEL STROTHERS] is an individual residing in [LILBURN,GA]. PLAINTIFF is a Facebook user and has been subjected to Defendant's illegal conduct.

5. Defendant [FACEBOOK INC] is a corporation incorporated under the laws of [State OF GEORGIA]. Defendant operates a social networking website called Facebook/Meta and has allowed third-party applications to access Facebook users' personal data without their knowledge or consent.

## JURISDICTION AND VENUE

6. Venue is proper pursuant to 28 U.S.C. § 1391(b) because PLAINTIFF and Defendant reside and/or do business in the District of Georgia. Venue is also proper in this District because the acts and transactions that give rise to this action occurred, in substantial part, in the District of Georgia.

7. Venue is proper in this Court because Defendant is incorporated in this state and has conducted business in this state.

## FACTUAL ALLEGATIONS

8. Facebook users' personal data includes, but is not limited to, names, birth dates, locations, email addresses, personal photos and other sensitive information.

9. Facebook has allowed third-party applications to access Facebook users' personal data without their knowledge or consent.

10. Defendant has failed to take adequate measures to protect Facebook users' personal data from third-party applications.

11. Defendant's conduct has resulted in a massive data breach that has compromised the personal data of millions of Facebook users.

12. Plaintiff and other Facebook users have suffered mental anguish and invasion of privacy as a result of Defendant's conduct. Facebook Inc stated on their platform "Your rights are affected whether you act or don't act" into their settlement offer.

13. Defendant's conduct has violated Facebook users' privacy rights and caused them to suffer damages.

## COUNT ONE: INVASION OF PRIVACY

14. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1-13 as though fully set forth herein.

15. Defendant has invaded Plaintiff's privacy by allowing third-party applications to access Plaintiff's personal data without their knowledge or consent.

16. Defendant's conduct was intentional, reckless, and constituted a knowing violation of Plaintiff's privacy rights along with unfair or deceptive trade practices

17. Plaintiff has suffered damages as a result of Defendant's conduct, including mental anguish and emotional distress.

18. Plaintiff is entitled to recover damages for Defendant's invasion of their privacy.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF respectfully prays that this Court grant the following relief in PLAINTIFF'S favor, and on behalf of the class, and that judgment be entered against DEFENDANT for the following:

(1) For actual damages that occurred by the DEFENDANT.

(2) For violating the PLAINTIFF right to privacy.

(3) The PLAINTIFF seeks damages as set forth herein, for all damages proximately caused by the Defendant's in the max amount of the court.

(4) For any and all other relief this Court may deem appropriate.

(5) The PLAINTIFF asked the court to honor his fees schedule.

Respectfully Submitted,
DATED this 8th day of May 2023.
FKA GABRIEL STROTHERS
LEONIDAS STROTHERS
ALL RIGHTS RESERVED
4485 Lawrenceville Hwy # 207
Lilburn, Georgia 30047
Tel: 404.919.1166 - gabe2764@gmail.com

# In re: Facebook, Inc. Consumer Privacy User Profile Litigation

Case No. 3:18-md-02843-VC

United States District Court for the Northern District of California

MENU                                                                                    SUBMIT CLAIM

## If you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive, you may be eligible for a cash payment from a Class Action Settlement.

*Para leer el aviso en español, haga clic aquí.*

## Important Dates

**July 26, 2023**
Opt-Out Deadline

**July 26, 2023**
Objection Deadline

**August 25, 2023**
Claim Deadline

**September 7, 2023 at 1:00 PM PDT**

Questions about eligibility, how to file, or
anything else? Click here.

×

Privacy - Terms

- A Settlement has been reached between Defendant Facebook, Inc., now known as Meta Platforms, Inc., ("Meta" or "Defendant") and Plaintiffs in a class action lawsuit pending in the United States District Court for the Northern District of California.

- You are included in this Settlement as a Settlement Class Member if you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive.

- The lawsuit is known as *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (N.D. Cal.). Defendant denies that it violated any law.

- Your rights are affected whether you act or don't act. Please read the Notice carefully.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM** | The only way to receive a cash payment from this Settlement is by submitting a timely and properly completed Claim Form that obtains approval from the Settlement Administrator. The Claim Form must be submitted no later than **August 25, 2023**.<br><br>You can submit your Claim Form online or download the Claim Form and mail it to the Settlement Administrator. You may also call the Settlement Administrator to receive a paper copy of the Claim Form.<br><br>If your claim is approved by the Settlement Administrator, you will give up the right to sue the Defendant in a separate lawsuit about the legal claims or factual allegations this Settlement resolves.<br><br>For more information see FAQ 10.<br><br>DEADLINE: **AUGUST 25, 2023** |

# SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **OPT-OUT OF THE SETTLEMENT** | You can choose to opt-out of the Settlement and receive no payment. This option allows you to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims and factual allegations resolved by this Settlement. You can choose to hire your own legal counsel at your own expense.<br><br>For more information see FAQ 16.<br><br>DEADLINE: **JULY 26, 2023** |
| **OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING** | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you don't like the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may also file a claim for a payment.<br><br>For more information see FAQ 17.<br><br>DEADLINE: **JULY 26, 2023** |
| **DO NOTHING** | Unless you opt out of the settlement, you are automatically part of the Settlement. If you do nothing, you will not get a payment from this Settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims or factual allegations resolved by this Settlement.<br><br>**NO DEADLINE** |

- These rights and options—**and the deadlines to exercise them**—are explained in the Notice.

# My Journal Of Issues/Damages

## Heaviness in your chest, increased heart rate or chest pain.

## Diminished Quality of Life

## Shortness of Breath

## Anxiety

## Severe Depression

## Hair Loss

**IN THE GWINNETT COUNTY SUPERIOR COURT**

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

**FKA GABRIEL STROTHERS**
(LEONIDAS STROTHERS)

2023 MAY -9 AM 10: 53

TIANA P. GARNER, CLERK

Plaintiff,

v.

23A 04019-6

**FKA FACEBOOK, INC**
(META PLATFORMS, INC)
Defendant.

## COMPLAINT FOR DAMAGES FOR INVASION OF PRIVACY AND MENTAL ANGUISH

PLAINTIFF [GABRIEL STROTHERS], files this complaint against DEFENDANT [FACEBOOK INC] AKA META PLATFORMS on his own behalf.

### INTRODUCTION

1. This is an action for damages arising from Defendant's conduct in violating the privacy of PLAINTIFF and also millions of other Facebook users that refer to **Case No. 3:18-md-02843-VC** in a United States District Court for the Northern District of California.

2. DEFENDANT has recklessly disregarded Facebook users' privacy rights by allowing third-party applications to access their personal data without their knowledge or consent. Along with violating consumer rights and unfair or deceptive trade practices.

3. PLAINTIFF brings this action to recover damages caused by DEFENDANT's conduct, which includes invasion of privacy and mental anguish.

6. Besides The DEFENDANT violating my rights and privacy this has triggered mental anguish and has caused a severe anxiety, depression and a mental decline.

### PARTIES

4. PLAINTIFF [GABRIEL STROTHERS] is an individual residing in [LILBURN,GA]. PLAINTIFF is a Facebook user and has been subjected to Defendant's illegal conduct.

5. Defendant [FACEBOOK INC] is a corporation incorporated under the laws of [State OF GEORGIA]. Defendant operates a social networking website called Facebook/Meta and has allowed third-party applications to access Facebook users' personal data without their knowledge or consent.

## JURISDICTION AND VENUE

6. Venue is proper pursuant to 28 U.S.C. § 1391(b) because PLAINTIFF and Defendant reside and/or do business in the District of Georgia. Venue is also proper in this District because the acts and transactions that give rise to this action occurred, in substantial part, in the District of Georgia.

7. Venue is proper in this Court because Defendant is incorporated in this state and has conducted business in this state.

## FACTUAL ALLEGATIONS

8. Facebook users' personal data includes, but is not limited to, names, birth dates, locations, email addresses, personal photos and other sensitive information.

9. Facebook has allowed third-party applications to access Facebook users' personal data without their knowledge or consent.

10. Defendant has failed to take adequate measures to protect Facebook users' personal data from third-party applications.

11. Defendant's conduct has resulted in a massive data breach that has compromised the personal data of millions of Facebook users.

12. Plaintiff and other Facebook users have suffered mental anguish and invasion of privacy as a result of Defendant's conduct. Facebook Inc stated on their platform "Your rights are affected whether you act or don't act" into their settlement offer.

13. Defendant's conduct has violated Facebook users' privacy rights and caused them to suffer damages.

## COUNT ONE: INVASION OF PRIVACY

14. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1-13 as though fully set forth herein.

15. Defendant has invaded Plaintiff's privacy by allowing third-party applications to access Plaintiff's personal data without their knowledge or consent.

16. Defendant's conduct was intentional, reckless, and constituted a knowing violation of Plaintiff's privacy rights along with unfair or deceptive trade practices

17. Plaintiff has suffered damages as a result of Defendant's conduct, including mental anguish and emotional distress.

18. Plaintiff is entitled to recover damages for Defendant's invasion of their privacy.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF respectfully prays that this Court grant the following relief in PLAINTIFF'S favor, and on behalf of the class, and that judgment be entered against DEFENDANT for the following:

(1) For actual damages that occurred by the DEFENDANT.

(2) For violating the PLAINTIFF right to privacy.

(3) The PLAINTIFF seeks damages as set forth herein, for all damages proximately caused by the Defendant's in the max amount of the court.

(4) For any and all other relief this Court may deem appropriate.

(5) The PLAINTIFF asked the court to honor his fees schedule.

Respectfully Submitted,
DATED this 8th day of May 2023.
FKA GABRIEL STROTHERS
LEONIDAS STROTHERS
ALL RIGHTS RESERVED
4485 Lawrenceville Hwy # 207
Lilburn, Georgia 30047
Tel: 404.919.1166 - gabe2764@gmail.com

# In re: Facebook, Inc. Consumer Privacy User Profile Litigation

Case No. 3:18-md-02843-VC

United States District Court for the Northern District of California

MENU

SUBMIT CLAIM

## If you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive, you may be eligible for a cash payment from a Class Action Settlement.

*Para leer el aviso en español, haga clic aquí.*

## Important Dates

**July 26, 2023**
Opt-Out Deadline

**July 26, 2023**
Objection Deadline

**August 25, 2023**
Claim Deadline

**September 7, 2023 at 1:00 PM PDT**

Questions about eligibility, how to file, or
✕   anything else? Click here.

Privacy - Terms

- A Settlement has been reached between Defendant Facebook, Inc., now known as Meta Platforms, Inc., ("Meta" or "Defendant") and Plaintiffs in a class action lawsuit pending in the United States District Court for the Northern District of California.

- You are included in this Settlement as a Settlement Class Member if you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive.

- The lawsuit is known as *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (N.D. Cal.). Defendant denies that it violated any law.

- Your rights are affected whether you act or don't act. Please read the Notice carefully.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM** | The only way to receive a cash payment from this Settlement is by submitting a timely and properly completed Claim Form that obtains approval from the Settlement Administrator. The Claim Form must be submitted no later than **August 25, 2023**. <br><br> You can submit your Claim Form online or download the Claim Form and mail it to the Settlement Administrator. You may also call the Settlement Administrator to receive a paper copy of the Claim Form. <br><br> If your claim is approved by the Settlement Administrator, you will give up the right to sue the Defendant in a separate lawsuit about the legal claims or factual allegations this Settlement resolves. <br><br> For more information see FAQ 10. <br><br> DEADLINE: **AUGUST 25, 2023** |

# SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **OPT-OUT OF THE SETTLEMENT** | You can choose to opt-out of the Settlement and receive no payment. This option allows you to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims and factual allegations resolved by this Settlement. You can choose to hire your own legal counsel at your own expense.<br><br>For more information see FAQ 16.<br><br>DEADLINE: **JULY 26, 2023** |
| **OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING** | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you don't like the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may also file a claim for a payment.<br><br>For more information see FAQ 17.<br><br>DEADLINE: **JULY 26, 2023** |
| **DO NOTHING** | Unless you opt out of the settlement, you are automatically part of the Settlement. If you do nothing, you will not get a payment from this Settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims or factual allegations resolved by this Settlement.<br><br>**NO DEADLINE** |

- These rights and options—**and the deadlines to exercise them**—are explained in the Notice.

# My Journal Of Issues/Damages

## Heaviness in your chest, increased heart rate or chest pain.

## Diminished Quality of Life

## Shortness of Breath

## Anxiety

## Severe Depression

## Hair Loss



MHA Screening - Mental Health America <screening@mhanational.org>

To: helpleonidastoday@gmail.com
Name: Leonidas Strothers

**Severe Anxiety**
Your results indicate that you may be experiencing some signs of severe anxiety.

These results are not meant to be a diagnosis. You can meet with a doctor or therapist to get a diagnosis and/or access therapy or medications. Sharing these results with someone you trust can be a great place to start.

View your results online and see next steps

Your Answers
1. Feeling nervous, anxious, or on edge
Nearly every day (3)

2. Not being able to stop or control worrying
Nearly every day (3)

3. Worrying too much about different things
Nearly every day (3)

4. Trouble relaxing
Nearly every day (3)

5. Being so restless that it is hard to sit still
Nearly every day (3)

6. Becoming easily annoyed or irritable
Nearly every day (3)

7. Feeling afraid, as if something awful might happen
Nearly every day (3)

About your score
Each of your answers has a score of 0-3. Click "Your Answers" above to see your score for each question. Adding these up provides your Total Score.

Not at all = 0; Several days = 1; More than half the days = 2; Nearly every day = 3

**Your Score: 21**

Interpreting your Total Score
0-4: minimal anxiety
5-9: mild anxiety
10-14: moderate anxiety
15-21: severe anxiety
To monitor your anxiety severity over time:
Option 1: Create an MHA Screening account to save your results and track changes over time.

Option 2: Track your scores manually:

Print or email your initial results. This is your baseline.
Continue to screen at regular intervals (for example, every 2 weeks).
Note any changes in your Total Score (above).
Print or email results and bring them to someone who is helping you in your recovery.

**Source**
Primary Care Evaluation of Mental Disorders Patient Health Questionnaire (PRIME-MD-PHQ).
The PHQ, including the GAD-7, was developed by Drs. Robert L. Spitzer, Janet B.W. Williams,
Kurt Kroenke, and colleagues. For research information, contact Dr. Spitzer at
ris8@columbia.edu. PRIME-MD® is a trademark of Pfizer Inc. Copyright© 1999 Pfizer Inc. All
rights reserved. Reproduced with permission.



MHA Screening - Mental Health America <screening@mhanational.org>

To: helpleonidastoday@gmail.com
Name: Leonidas Strothers

**Severe Depression**

Your results indicate that you may be experiencing signs of severe depression.

These results are not meant to be a diagnosis. You can meet with a doctor or therapist to get a diagnosis and/or access therapy or medications. Sharing these results with someone you trust can be a great place to start.

## Your Answers

**1. Little interest or pleasure in doing things**
Nearly every day (3)

**2. Feeling down, depressed, or hopeless**
Nearly every day (3)

**3. Trouble falling or staying asleep, or sleeping too much**
Nearly every day (3)

**4. Feeling tired or having little energy**
Nearly every day (3)

**5. Poor appetite or overeating**
Nearly every day (3)

**6. Feeling bad about yourself - or that you are a failure or have let yourself or your family down**
Nearly every day (3)

**7. Trouble concentrating on things, such as reading the newspaper or watching television**
Nearly every day (3)

**8. Moving or speaking so slowly that other people could have noticed**
Nearly every day (3)

**9. Thoughts that you would be better off dead, or of hurting yourself**
Not at all (0)

**10. If you checked off any problems, how difficult have these problems made it for you at work, home, or with other people?**
Extremely difficult

## About your score

Each of your answers has a score of 0-3. Click "Your Answers" above to see your score for each question. Adding these up provides your Total Score.

Not at all = 0; Several days = 1; More than half the days = 2; Nearly every day = 3

**Your Score: 27**

**Interpreting your Total Score**

- **1-4:** Minimal depression
- **5-9:** Mild depression
- **10-14:** Moderate depression
- **15-19:** Moderately severe depression
- **20-27:** Severe depression

**To monitor your depression severity over time:**

**Option 1:** Create an MHA Screening account to save your results and track changes over time.

**Option 2:** Track your scores manually:

1. Print or email your initial results. This is your baseline.
2. Continue to screen at regular intervals (for example, every 2 weeks).
3. Note any changes in your Total Score (above).
4. Print or email results and bring them to someone who is helping you in your recovery.

**Source**

PHQ9 Copyright © Pfizer Inc. All rights reserved. Reproduced with permission. PRIME-MD ® is a trademark of Pfizer Inc.





**Strothers Fee Schedule**

| Breach | Penalty | Authority |
|---|---|---|
| Violation of Oath of Office | $250,000.00 | 18 USC 3571 |
| Denied Right to Truth in Evidence | $250,000.00 | 18 USC 3571 |
| Slavery(Forced Compliance to contracts not held) | $250,000.00 | 18 USC 3571 |
| Denied Provisions in the Constitution | $250,000.00 | 18 USC 3571 |
| Armed Treason War Against Americans | $250.000.00 | 18 USC 3571 |
| Defense Denied Evidence (records) | $250,000.00 | 18 USC 3571 |
| Defense Arguments | $250,000.00 | 18 USC 3571 |
| Slavery (Forced compliance to contract not held) | $250,000.00 | 18 USC 3571 |
| Denied Proper Warrant(s) | $250,000.00 | 18 USC 3571 |
| Treason (combined actions above) and allowing unelected and $250,000.00 18 USC 3571 Page 7 of 16 unaccountable agencies and agents to dictate and shape policy that violates due process rights | $250,000.00 | 18 USC 3571 |
| Conspiracy to Deprive me of Life Liberty or Property | $250,000.00 | per PERSON per event |
| Armed Abuse of Office | $200,000.00 | |
| Armed Abuse of Authority | $200,000.00 | |
| Armed Assault and Battery | $200,000.00 | |
| Armed Breach of Trust | $200,000.00 | |
| Armed Coercion | $200,000.00 | |
| Armed Criminal Extortion | $200,000.00 | |
| Armed Impersonating a Pub | $200,000.00 | |

| Official | | |
|---|---|---|
| **Armed Operating Status W/O Bond** | $200,000.00 | |
| **Denied Right of Reasonable** | $250,000.00 | |
| **Armed Violation of Due Process** | $200,000.00 | |
| **Armed Deprivation of Rights** | $2,000,000.00 | |
| **Armed Misrepresentation/ Personage** | $200,000.00 | |
| **Armed Theft by Forced Regulation** | $200,000.00 | |
| **Armed Violations of Lieber Code Against Non-Combatants** | $200,000.00 | |
| **Armed Wrongful Assumption of Status/Standing** | $200,000.00 | |
| **Unlawful Incarceration** | $200,000.00 | |
| **Malicious Precaution** | $200,000.00 | |
| **Defamation of Character** | $200,000.00 | |
| **Slander** | $200,000.00 | |
| **Libel** | $200,000.00 | |
| **Mis-Prison of Felony** | $500.00 | 18 USC 4 |
| **Economic Oppression** | $200,000.00 | 18 USC 141, 872, 25 CFR 11.417 |
| **Acting as Agents of Foreign Principles** | $200,000.00 | 18 USC 219 |
| **Conspiracy Against Rights** | $200,000.00 | 18 USC 241 |
| **Deprivation of Rights Under Color of Law** | $200,000.00 | 18 USC 242 |
| **Armed Fictitious Obligations** | $200,000.00 | 18 USC 514 |
| **Misappropriation of Taxpayer** | $200,000.00 | 18 USC 641-664 |

| Funds | | |
|---|---|---|
| **Bribery Concerning Receiving Federal Funds** | $5,000.00 per violation (10 years in prison) | 18 USC 666 |
| **Extortion** | $5,000.00 | 18 USC 872 |
| **Mail Threats** | $5,000.00 | 18 USC 876 |
| **Officer or Employee of the united States** | Fined and imprisoned not more than 2 years | 18 USC 912 |
| **Fraud Statement of Entries Generally** | $10,000.00 | 18 USC 1001 |
| **Falsification of Documents** | $10,000.00 | 18 USC 1001 |
| **Armed Falsification of Docs/Records** | $10,000.00 | 18 USC 1001, 26 USC 7701(a)(1) |
| **Acknowledgment of Appearance or Oath** | Fined and or imprisoned not more than 2 years $200,000.00 | 18 USC 1016 |
| **Official Certificates or Writings** | Fined or imprisoned not more than 1 year | 18 USC 1018 |
| **False Information and Hoaxes** | Fined and 5 years to life in prison | 18 USC 1038 |
| **Genocide** | $1,000,000.00 | 18 USC 1091 |
| **Armed Kidnapping** | $200,000.00 | 18 USC 1201 |
| **Mail Fraud** | $10,000.00 | 18 USC 1341 |
| **Armed Perjury** | $2,000.00 | 18 USC 1621 |
| **Armed Subordination of Perjury** | $2,000.00 | 18 USC 1622 |

| | | |
|---|---|---|
| **Peonage (Felony)** | $200,000.00 | 18 USC 1581, 42 USC 1994 |
| **Perjury** | $2,000.00 | 18 USC 1621 |
| **Neglect/Failure to Protect/Act** | $200,000.00 | 18 USC 1621, 42 USC 1986 |
| **Subornation of Perjury** | $2,000.00 | 18 USC 1622 |
| **Obstruction and Delaying Commerce and unlawfully taking and obtaining personal property under fear of threat** | 10 years in prison minimum | 18 USC 1951<br><br>"Hobbs Act" |
| **Armed Racketeering (criminal, felony)** | $200,000.00 | 18 USC 1961-1968 |
| **Rico/Racketeering (civil)** | $25,000.00.00 | 18 USC 1964(C) |
| **Armed Extortion of Rights** | $200,000.00 | Title 15 |
| **Armed Malfeasance/Malpractice** | $200,000.00 | 22 CFR 13.3 |
| **Fictitious Conveyance of Language** | $200,000.00 | Chap. 2b 78FF |
| **Emotional Distress** | $200,000.00 | 32 CFR 536.77(a)(3)(vii) |
| **Mental Anguish Abuse** | $200,000.00 | 42 CFR 488.301 |

# IN THE GWINNETT COUNTY SUPERIOR COURT

**FKA GABRIEL STROTHERS**
**LEONIDAS STROTHERS**

**(PLAINTIFF)**

**4485 Lawrenceville Hwy #207**
**Lilburn, GA 30047**

**VS**

**AKA FACEBOOK INC**
**META PLATFORMS INC**

**(DEFENDANT)**

**Corporation Service Company**
**Physical Address:   2 Sun Court, Suite 400,**
**Peachtree Corners, GA, 30092, USA**
**County:       Gwinnett**

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

**IN THE GWINNETT COUNTY SUPERIOR COURT**

### FKA GABRIEL STROTHERS
(LEONIDAS STROTHERS)

2023 MAY -9  AM IO: 53

TIANA P. GARNER, CLERK

Plaintiff,

23A 04019-6

v.

### FKA FACEBOOK, INC
(META PLATFORMS, INC)
Defendant.

## COMPLAINT FOR DAMAGES FOR INVASION OF PRIVACY AND MENTAL ANGUISH

PLAINTIFF [GABRIEL STROTHERS], files this complaint against DEFENDANT [FACEBOOK INC] AKA META PLATFORMS on his own behalf.

### INTRODUCTION

1. This is an action for damages arising from Defendant's conduct in violating the privacy of PLAINTIFF and also millions of other Facebook users that refer to **Case No. 3:18-md-02843-VC** in a United States District Court for the Northern District of California.

2. DEFENDANT has recklessly disregarded Facebook users' privacy rights by allowing third-party applications to access their personal data without their knowledge or consent. Along with violating consumer rights and unfair or deceptive trade practices.

3. PLAINTIFF brings this action to recover damages caused by DEFENDANT's conduct, which includes invasion of privacy and mental anguish.

6. Besides The DEFENDANT violating my rights and privacy this has triggered mental anguish and has caused a severe anxiety, depression and a mental decline.

### PARTIES

4. PLAINTIFF [GABRIEL STROTHERS] is an individual residing in [LILBURN,GA]. PLAINTIFF is a Facebook user and has been subjected to Defendant's illegal conduct.

5. Defendant [FACEBOOK INC] is a corporation incorporated under the laws of [State OF GEORGIA]. Defendant operates a social networking website called Facebook/Meta and has allowed third-party applications to access Facebook users' personal data without their knowledge or consent.

## JURISDICTION AND VENUE

6. Venue is proper pursuant to 28 U.S.C. § 1391(b) because PLAINTIFF and Defendant reside and/or do business in the District of Georgia. Venue is also proper in this District because the acts and transactions that give rise to this action occurred, in substantial part, in the District of Georgia.

7. Venue is proper in this Court because Defendant is incorporated in this state and has conducted business in this state.

## FACTUAL ALLEGATIONS

8. Facebook users' personal data includes, but is not limited to, names, birth dates, locations, email addresses, personal photos and other sensitive information.

9. Facebook has allowed third-party applications to access Facebook users' personal data without their knowledge or consent.

10. Defendant has failed to take adequate measures to protect Facebook users' personal data from third-party applications.

11. Defendant's conduct has resulted in a massive data breach that has compromised the personal data of millions of Facebook users.

12. Plaintiff and other Facebook users have suffered mental anguish and invasion of privacy as a result of Defendant's conduct. Facebook Inc stated on their platform "Your rights are affected whether you act or don't act" into their settlement offer.

13. Defendant's conduct has violated Facebook users' privacy rights and caused them to suffer damages.

## COUNT ONE: INVASION OF PRIVACY

14. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1-13 as though fully set forth herein.

15. Defendant has invaded Plaintiff's privacy by allowing third-party applications to access Plaintiff's personal data without their knowledge or consent.

16. Defendant's conduct was intentional, reckless, and constituted a knowing violation of Plaintiff's privacy rights along with unfair or deceptive trade practices

17. Plaintiff has suffered damages as a result of Defendant's conduct, including mental anguish and emotional distress.

18. Plaintiff is entitled to recover damages for Defendant's invasion of their privacy.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF respectfully prays that this Court grant the following relief in PLAINTIFF'S favor, and on behalf of the class, and that judgment be entered against DEFENDANT for the following:

(1) For actual damages that occurred by the DEFENDANT.

(2) For violating the PLAINTIFF right to privacy.

(3) The PLAINTIFF seeks damages as set forth herein, for all damages proximately caused by the Defendant's in the max amount of the court.

(4) For any and all other relief this Court may deem appropriate.

(5) The PLAINTIFF asked the court to honor his fees schedule.

Respectfully Submitted,
DATED this 8th day of May 2023.
FKA GABRIEL STROTHERS
LEONIDAS STROTHERS
ALL RIGHTS RESERVED
4485 Lawrenceville Hwy # 207
Lilburn, Georgia 30047
Tel: 404.919.1166 - gabe2764@gmail.com

# In re: Facebook, Inc. Consumer Privacy User Profile Litigation

Case No. 3:18-md-02843-VC

United States District Court for the Northern District of California

MENU                                                          SUBMIT CLAIM

## If you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive, you may be eligible for a cash payment from a Class Action Settlement.

*Para leer el aviso en español, haga <u>clic aquí</u>.*

## Important Dates

**July 26, 2023**
Opt-Out Deadline

**July 26, 2023**
Objection Deadline

**August 25, 2023**
Claim Deadline

**September 7, 2023 at 1:00 PM PDT**

Questions about eligibility, how to file, or anything else? Click here.

✕

Privacy - Terms

- A Settlement has been reached between Defendant Facebook, Inc., now known as Meta Platforms, Inc., ("Meta" or "Defendant") and Plaintiffs in a class action lawsuit pending in the United States District Court for the Northern District of California.

- You are included in this Settlement as a Settlement Class Member if you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive.

- The lawsuit is known as *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (N.D. Cal.). Defendant denies that it violated any law.

- Your rights are affected whether you act or don't act. Please read the Notice carefully.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM** | The only way to receive a cash payment from this Settlement is by submitting a timely and properly completed Claim Form that obtains approval from the Settlement Administrator. The Claim Form must be submitted no later than **August 25, 2023**. |
| | You can submit your Claim Form online or download the Claim Form and mail it to the Settlement Administrator. You may also call the Settlement Administrator to receive a paper copy of the Claim Form. |
| | If your claim is approved by the Settlement Administrator, you will give up the right to sue the Defendant in a separate lawsuit about the legal claims or factual allegations this Settlement resolves. |
| | For more information see FAQ 10. |
| | DEADLINE: **AUGUST 25, 2023** |

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **OPT-OUT OF THE SETTLEMENT** | You can choose to opt-out of the Settlement and receive no payment. This option allows you to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims and factual allegations resolved by this Settlement. You can choose to hire your own legal counsel at your own expense.<br><br>For more information see FAQ 16.<br><br>DEADLINE: **JULY 26, 2023** |
| **OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING** | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you don't like the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may also file a claim for a payment.<br><br>For more information see FAQ 17.<br><br>DEADLINE: **JULY 26, 2023** |
| **DO NOTHING** | Unless you opt out of the settlement, you are automatically part of the Settlement. If you do nothing, you will not get a payment from this Settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims or factual allegations resolved by this Settlement.<br><br>**NO DEADLINE** |

- These rights and options—**and the deadlines to exercise them**—are explained in the Notice.

# My Journal Of Issues/Damages

## Heaviness in your chest, increased heart rate or chest pain.

## Diminished Quality of Life

## Shortness of Breath

## Anxiety

## Severe Depression

## Hair Loss



Mental Health America

MHA Screening - Mental Health America <screening@mhanational.org>

To: helpleonidastoday@gmail.com
Name: Leonidas Strothers

**Severe Anxiety**
Your results indicate that you may be experiencing some signs of severe anxiety.

These results are not meant to be a diagnosis. You can meet with a doctor or therapist to get a diagnosis and/or access therapy or medications. Sharing these results with someone you trust can be a great place to start.

View your results online and see next steps

Your Answers
1. Feeling nervous, anxious, or on edge
Nearly every day (3)

2. Not being able to stop or control worrying
Nearly every day (3)

3. Worrying too much about different things
Nearly every day (3)

4. Trouble relaxing
Nearly every day (3)

5. Being so restless that it is hard to sit still
Nearly every day (3)

6. Becoming easily annoyed or irritable
Nearly every day (3)

7. Feeling afraid, as if something awful might happen
Nearly every day (3)

About your score
Each of your answers has a score of 0-3. Click "Your Answers" above to see your score for each question. Adding these up provides your Total Score.

Not at all = 0; Several days = 1; More than half the days = 2; Nearly every day = 3

**Your Score: 21**

Interpreting your Total Score
0-4: minimal anxiety
5-9: mild anxiety
10-14: moderate anxiety
15-21: severe anxiety
To monitor your anxiety severity over time:
Option 1: Create an MHA Screening account to save your results and track changes over time.

Option 2: Track your scores manually:

Print or email your initial results. This is your baseline.
Continue to screen at regular intervals (for example, every 2 weeks).
Note any changes in your Total Score (above).
Print or email results and bring them to someone who is helping you in your recovery.

**Source**
Primary Care Evaluation of Mental Disorders Patient Health Questionnaire (PRIME-MD-PHQ). The PHQ, including the GAD-7, was developed by Drs. Robert L. Spitzer, Janet B.W. Williams, Kurt Kroenke, and colleagues. For research information, contact Dr. Spitzer at ris8@columbia.edu. PRIME-MD® is a trademark of Pfizer Inc. Copyright© 1999 Pfizer Inc. All rights reserved. Reproduced with permission.



MHA Screening - Mental Health America <screening@mhanational.org>

To: helpleonidastoday@gmail.com
Name: Leonidas Strothers

**Severe Depression**

Your results indicate that you may be experiencing signs of severe depression.

These results are not meant to be a diagnosis. You can meet with a doctor or therapist to get a diagnosis and/or access therapy or medications. Sharing these results with someone you trust can be a great place to start.

## Your Answers

**1. Little interest or pleasure in doing things**
Nearly every day (3)

**2. Feeling down, depressed, or hopeless**
Nearly every day (3)

**3. Trouble falling or staying asleep, or sleeping too much**
Nearly every day (3)

**4. Feeling tired or having little energy**
Nearly every day (3)

**5. Poor appetite or overeating**
Nearly every day (3)

**6. Feeling bad about yourself - or that you are a failure or have let yourself or your family down**
Nearly every day (3)

**7. Trouble concentrating on things, such as reading the newspaper or watching television**
Nearly every day (3)

**8. Moving or speaking so slowly that other people could have noticed**
Nearly every day (3)

**9. Thoughts that you would be better off dead, or of hurting yourself**
Not at all (0)

**10. If you checked off any problems, how difficult have these problems made it for you at work, home, or with other people?**
Extremely difficult

## About your score

Each of your answers has a score of 0-3. Click "Your Answers" above to see your score for each question. Adding these up provides your Total Score.

Not at all = 0; Several days = 1; More than half the days = 2; Nearly every day = 3

**Your Score: 27**

**Interpreting your Total Score**

- **1-4:** Minimal depression
- **5-9:** Mild depression
- **10-14:** Moderate depression
- **15-19:** Moderately severe depression
- **20-27:** Severe depression

**To monitor your depression severity over time:**

**Option 1:** Create an MHA Screening account to save your results and track changes over time.

**Option 2:** Track your scores manually:

1. Print or email your initial results. This is your baseline.
2. Continue to screen at regular intervals (for example, every 2 weeks).
3. Note any changes in your Total Score (above).
4. Print or email results and bring them to someone who is helping you in your recovery.

**Source**

PHQ9 Copyright © Pfizer Inc. All rights reserved. Reproduced with permission. PRIME-MD ® is a trademark of Pfizer Inc.





**Strothers Fee Schedule**

| Breach | Penalty | Authority |
|---|---|---|
| Violation of Oath of Office | $250,000.00 | 18 USC 3571 |
| Denied Right to Truth in Evidence | $250,000.00 | 18 USC 3571 |
| Slavery(Forced Compliance to contracts not held) | $250,000.00 | 18 USC 3571 |
| Denied Provisions in the Constitution | $250,000.00 | 18 USC 3571 |
| Armed Treason War Against Americans | $250.000.00 | 18 USC 3571 |
| Defense Denied Evidence (records) | $250,000.00 | 18 USC 3571 |
| Defense Arguments | $250,000.00 | 18 USC 3571 |
| Slavery (Forced compliance to contract not held) | $250,000.00 | 18 USC 3571 |
| Denied Proper Warrant(s) | $250,000.00 | 18 USC 3571 |
| Treason (combined actions above) and allowing unelected and $250,000.00 18 USC 3571 Page 7 of 16 unaccountable agencies and agents to dictate and shape policy that violates due process rights | $250,000.00 | 18 USC 3571 |
| Conspiracy to Deprive me of Life Liberty or Property | $250,000.00 | per PERSON per event |
| Armed Abuse of Office | $200,000.00 | |
| Armed Abuse of Authority | $200,000.00 | |
| Armed Assault and Battery | $200,000.00 | |
| Armed Breach of Trust | $200,000.00 | |
| Armed Coercion | $200,000.00 | |
| Armed Criminal Extortion | $200,000.00 | |
| Armed Impersonating a Pub | $200,000.00 | |

| **Official** | | |
|---|---|---|
| **Armed Operating Status W/O Bond** | $200,000.00 | |
| **Denied Right of Reasonable** | $250,000.00 | |
| **Armed Violation of Due Process** | $200,000.00 | |
| **Armed Deprivation of Rights** | $2,000,000.00 | |
| **Armed Misrepresentation/ Personage** | $200,000.00 | |
| **Armed Theft by Forced Regulation** | $200,000.00 | |
| **Armed Violations of Lieber Code Against Non-Combatants** | $200,000.00 | |
| **Armed Wrongful Assumption of Status/Standing** | $200,000.00 | |
| **Unlawful Incarceration** | $200,000.00 | |
| **Malicious Precaution** | $200,000.00 | |
| **Defamation of Character** | $200,000.00 | |
| **Slander** | $200,000.00 | |
| **Libel** | $200,000.00 | |
| **Mis-Prison of Felony** | $500.00 | 18 USC 4 |
| **Economic Oppression** | $200,000.00 | 18 USC 141, 872, 25 CFR 11.417 |
| **Acting as Agents of Foreign Principles** | $200,000.00 | 18 USC 219 |
| **Conspiracy Against Rights** | $200,000.00 | 18 USC 241 |
| **Deprivation of Rights Under Color of Law** | $200,000.00 | 18 USC 242 |
| **Armed Fictitious Obligations** | $200,000.00 | 18 USC 514 |
| **Misappropriation of Taxpayer** | $200,000.00 | 18 USC 641-664 |

| Funds | | |
|---|---|---|
| **Bribery Concerning Receiving Federal Funds** | $5,000.00 per violation (10 years in prison) | 18 USC 666 |
| **Extortion** | $5,000.00 | 18 USC 872 |
| **Mail Threats** | $5,000.00 | 18 USC 876 |
| **Officer or Employee of the united States** | Fined and imprisoned not more than 2 years | 18 USC 912 |
| **Fraud Statement of Entries Generally** | $10,000.00 | 18 USC 1001 |
| **Falsification of Documents** | $10,000.00 | 18 USC 1001 |
| **Armed Falsification of Docs/Records** | $10,000.00 | 18 USC 1001, 26 USC 7701(a)(1) |
| **Acknowledgment of Appearance or Oath** | Fined and or imprisoned not more than 2 years $200,000.00 | 18 USC 1016 |
| **Official Certificates or Writings** | Fined or imprisoned not more than 1 year | 18 USC 1018 |
| **False Information and Hoaxes** | Fined and 5 years to life in prison | 18 USC 1038 |
| **Genocide** | $1,000,000.00 | 18 USC 1091 |
| **Armed Kidnapping** | $200,000.00 | 18 USC 1201 |
| **Mail Fraud** | $10,000.00 | 18 USC 1341 |
| **Armed Perjury** | $2,000.00 | 18 USC 1621 |
| **Armed Subordination of Perjury** | $2,000.00 | 18 USC 1622 |

| | | |
|---|---|---|
| **Peonage (Felony)** | $200,000.00 | 18 USC 1581, 42 USC 1994 |
| **Perjury** | $2,000.00 | 18 USC 1621 |
| **Neglect/Failure to Protect/Act** | $200,000.00 | 18 USC 1621, 42 USC 1986 |
| **Subornation of Perjury** | $2,000.00 | 18 USC 1622 |
| **Obstruction and Delaying Commerce and unlawfully taking and obtaining personal property under fear of threat** | 10 years in prison minimum | 18 USC 1951 "Hobbs Act" |
| **Armed Racketeering (criminal, felony)** | $200,000.00 | 18 USC 1961-1968 |
| **Rico/Racketeering (civil)** | $25,000.00.00 | 18 USC 1964(C) |
| **Armed Extortion of Rights** | $200,000.00 | Title 15 |
| **Armed Malfeasance/Malpractice** | $200,000.00 | 22 CFR 13.3 |
| **Fictitious Conveyance of Language** | $200,000.00 | Chap. 2b 78FF |
| **Emotional Distress** | $200,000.00 | 32 CFR 536.77(a)(3)(vii) |
| **Mental Anguish Abuse** | $200,000.00 | 42 CFR 488.301 |

**IN THE GWINNETT COUNTY SUPERIOR COURT**

**FKA GABRIEL STROTHERS**
**LEONIDAS STROTHERS**

**(PLAINTIFF)**

**4485 Lawrenceville Hwy #207**
**Lilburn, GA 30047**

**VS**

**AKA FACEBOOK INC**
**META PLATFORMS INC**

**(DEFENDANT)**

**Corporation Service Company**
**Physical Address:   2 Sun Court, Suite 400,**
**Peachtree Corners, GA, 30092, USA**
**County:        Gwinnett**

# IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

Leonidas Strothers

Civil Action
Number 23-A-04019-6

Plaintiff

VS.

Facebook Inc

Defendant

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon
the Plaintiff's attorney, whose name and address is:

Leonidas Strothers
#207
4485 Lawrenceville Hwy
Lilburn Ga  30047

an answer to the complaint which is herewith served upon you, within 30 days after service
of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.

This 9th day of May, 2023

Tiana P. Garner,
Clerk of Superior Court

By:_____
                                        Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if
addendum sheet is used.
SC-1 Rev. 2011

Civil Action No. _23A04019-6_

Date Filed _05-08-2023_

Magistrate Court ☐
Superior Court ☑
State Court ☐
**Georgia, Gwinnett County**

_FKA Gabriel Strollers N_

_Leonidas Strollers_

**Plaintiff**

VS.

_Meta Platforms Inc_

_AKA Facebook Inc_

**Defendant**

Attorney's Address

Name and Address of party to be served.

_Corporation Service Company_

_2 Sun Court, Suite 400_

_Peachtree Corners, GA 30092_

TIANA P. GARNER, CLERK   2023 MAY 15 AM 11:22   FILED IN OFFICE CLERK SUPERIOR COURT GWINNETT COUNTY GA

### Sheriff's Entry Of Service

**Personal ☐**
I have this day served the defendant _____ personally with a copy
of the within action and summons.

**Notorious ☐**
I have this day served the defendant _____ by leaving
a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at
the residence of defendant.

**Corporation ☑**
Served the defendant _Meta Platforms INC. AKA Facebook INC._ a corporation
by leaving a copy of the within action and summons with _Alisha Smith_
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail ☐**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the
premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States
Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate
postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est ☐**
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _11_ day of _May_, 20_23_.

_Sgt. Collin SO 500_
**Deputy**

Sheriff Docket_____ Page_____

_____
**Gwinnett County, Georgia**

WHITE: Clerk      CANARY: Plaintiff / Attorney      PINK: Defendant

SC-2 Rev.3.13

# Gwinnett County Sheriff's Office

## Cover Sheet



**Sheriff #:**   23014983

**Person Served:**   FACEBOOK INC
2 SUN COURT, SUITE 400
C/O CORPORATION SERVICE COMPANY
PEACHTREE CORNERS GA 30092
PHONE:

**Process Information:**

| | | | |
|---|---|---|---|
| Date Received: | 05/10/2023 | | |
| Assigned Zone: | 2 Sun Court | Court Case #: | 23-A-04019-6 |
| Expiration Date: | | Hearing Date: | |
| Paper Types: | COMPLAINT FOR DAMAGES FOR INVASION OF PRIVACY AND MENTAL ANGUISH | | |
| Notes/Alerts: | | | |

**Notes:**

_____

_____

_____

_____

_____

_____

_____