# EXHIBIT B

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| FKA Gabriel Strothers<br>Leonidas Strothers<br><br>  Plaintiff,<br><br>vs.<br><br>FKA Facebook, Inc.<br>Meta Platforms, Inc.,<br><br>  Defendant. | Civil Action File No.:<br>23-A-04019-6 |

## NOTICE OF FILING REMOVAL

**PLEASE TAKE NOTICE** that Defendant Meta Platforms, Inc. has on this date filed its Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division in Atlanta, Georgia.

Respectfully submitted, this 12th day of June, 2023.

            **SWIFT, CURRIE, McGHEE & HIERS, LLP**

         By: */s/ Lee Clayton*
            Lee Clayton
            Georgia State Bar No. 601004
            Alex McDonald
            Georgia State Bar No. 261161
            ***Attorneys for Defendant***
            ***Meta Platforms, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3231
(404) 874-8800 (ph)
lee.clayton@swiftcurrie.com
alex.mcdonald@swiftcurrie.com

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing **NOTICE OF FILING REMOVAL** with the Clerk of Court via the Court's electronic filing system which electronically serves a copy of same upon all parties of record and/or United States mail, postage prepaid, and properly addressed as follows:

FKA GABRIEL STROTHERS,
LEONIDAS STROTHERS
4485 Lawrenceville Hwy # 207
Lilburn, Georgia 30047
gabe2764@gmail.com
*Pro Se Plaintiff*

Dated this 12th day of June, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:  */s/ Lee Clayton*
     Lee Clayton
     Georgia State Bar No. 601004
     Alex McDonald
     Georgia State Bar No. 261161
     ***Attorneys for Defendant***
     ***Meta Platforms, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3231
(404) 874-8800 (ph)
lee.clayton@swiftcurrie.com
alex.mcdonald@swiftcurrie.com

4874-2222-7048, v. 1