**Subject:** Fw: Sen. Ossoff | Mrs. Gupta and family - urgent case
**Date:** Friday, April 21, 2023 at 1:19:13 AM Eastern Daylight Time
**To:** Pantoja, Laura (Ossoff) <Laura_Pantoja@ossoff.senate.gov>
**Attachments:** Gupta - prf.pdf, Surahsmi_Gupta_email_stating_they_believe_it_was_an_error.pdf, Statement from mrs. Gupta.pdf

Dear Senator Jon Ossoff:

Thank you for your e-mail inquiry regarding the non-immigrant visa application of Puneet Vyapi.

We understand the process can be complicated.

First, allow us to clarify. Once an applicant is found ineligible under section 6c1, he or she will remain ineligible under this section of the law permanently unless/until the ineligibility is removed. Because the ineligibility was originally entered by USCIS, <u>only USCIS</u> can remove it. Unless/until the original ineligibility is removed, the Department of State <u>must</u> continue to refuse the applicant based on this ineligibility.

To move forward the applicant has two options. If he feels the ineligibility was erroneously applied, he may request removal of the hit from DHS via DHS TRIP https://www.dhs.gov/dhs-trip. The Department of State cannot remove the ineligibility.

If he feels the ineligibility was correctly applied, but that he now overcomes the ineligibility, he may apply again and a consular officer will determine whether or not to request a waiver of the ineligibility on his behalf. (Note that this does not remove the ineligibility.)

At this point, the petition has not been returned with a recommendation for recommendation. Instead, the applicant himself was found ineligible due to the 6c1 ineligibility entered by USCIS in 2021.

We hope this helps clarify the situation. We urge the applicant to work directly with USCIS/DHS to remove the hit if he feels it has been erroneously applied.


Respectfully,

Consular Information Unit
U.S. Embassy New Delhi
https://in.usembassy.gov/visas/

**EXHIBIT B**