
**MARSHALL UNIVERSITY.**

www.marshall.edu

College of Engineering and Computer Sciences

August 24, 2021

# EXPERT OPINION EVALUATION
# OF BENEFICIARY CREDENTIALS

**Name:**          **PUNEET VYAPI**

| | |
|---|---|
| Institution: | Veer Bahadur Singh Purvanchal University |
| Degree: | Bachelor of Computer Application in Computer Applications |
| Year Awarded: | 2009 |
| Country: | India |

United States equivalent based exclusively on academics:
**Three years of undergraduate coursework**

Qualifying experience and training:
**FIVE YEARS OF PROFESSIONAL EXPERIENCE**

United States equivalent based upon a combination of academics and professional experience:
**BACHELOR OF SCIENCE IN COMPUTER INFORMATION SYSTEMS**

Letter prepared by **Paulus Wahjudi, Ph.D.**

*RE: Credential evaluation of Puneet Vyapi.*

I have been asked to review and evaluate the academic and experiential credentials of a foreign national named Puneet Vyapi. I have thoroughly reviewed Puneet Vyapi's employment verification letter and academic documentation. In my opinion, these documents confirm that the candidate has completed the equivalent of a US Bachelor of Science in Computer Information Systems degree.

## CREDENTIALS OF EXPERT EVALUATOR

I am qualified to provide my expert opinion in this regard based upon my own academic qualifications, my experiences within academia, as well as my research in the field, professional service, and publications.

**EXHIBIT C - 1**

Foia Response Copy produced 03/09/2023 from USCIS GMS Receipt No. SRC2327150786

I studied at the University of Southern Mississippi in Hattiesburg, MS, and completed three degree programs. In 2001, I received my Bachelor of Science in Computer Science and graduated with highest honors. I then completed my Master of Science in Computer Science in 2003. I was awarded my Doctor of Philosophy in Computational Science, with an emphasis on Computer Science, in 2007. While completing this degree, I authored my dissertation, entitled "Evolutionary Abstraction of Semantics for Domain Specific Computing with Words".

I then began teaching at the University of Southern Mississippi in the School of Computing. From Spring 2008 to Summer 2008, I served as an Adjunct Professor. In Fall 2008, until Spring 2009, I was a Visiting Assistant Professor in the School of Computing.

Beginning in Fall 2009, I worked as an Assistant Professor in the Weisberg Division of Engineering and Computer Science at Marshall University in Huntington, West Virginia. I was tenured at Marshall University in Fall 2013, with the new title of Associate Professor in the Weisberg Division of Computer Science. I became a full Professor in Fall 2018 within the Department of Computer Sciences and Electrical Engineering. From August 2018 to August 2020, I was the Interim Director of Student Services in the College of Engineering and Computer Sciences. I have taught courses such as *Data Structures and Algorithms*, *Cybersecurity*, and *Software Engineering*, to name a few, but a complete listing can be found in my attached CV.

In addition to teaching, I also conduct academic research. My interests are intrusion detection and threat intelligence in cyber infrastructure, and intelligent agents and distributed systems. Currently, I am advising research within the Virginia Office of Technology Cyber Security Division. The project began in 2018 and is entitles "Deployable Remote Online Network Evaluator (D.R.O.N.E.)". I have also been working as a Co-PI with the Cabell Huntington Hospital since 2015 on a project called "MonitOR: Operating Room Sensor". In the past, I have also worked with the National Science Foundation (2010-2013), the West Virginia Department of Transportation Division of Highways (2011-2012, 2011-2013), the Marshall University Center for Teaching and Learning (2010-2011), and the United States Department of Justice (2008-2008).

My work has been published in peer-reviewed journals such as the *Journal of Management and Engineering Integration* (Vol. 7, No. 2; Vol. 6, No. 2; Vol. 4, No. 1; Vol. 3, No. 2) and the *International Journal of Intelligent Systems*. I have also been referred in conference proceedings, including the *3rd Cyberspace Research Workshop*; the *International Conference on Industry, Engineering, and Management Systems*; and the *2nd Cyberspace Research Workshop*.

In addition to my research, I am currently serving as a Faculty Mentor with a Faculty Mentored Internship Program run by the West Virginia Department of Education, in which I lead students in the development of an application to be used by all counties in WV that will design, validate, and publish academic calendars. I also have lead students in the development of a monitoring tool, which will replace an existing Excel-based system.

**EXHIBIT C - 2**

Feja Response Copy produced 03/09/2023 from USCIS GMS Receipt No. SRC2327150786

At my university, I serve as a Faculty Advisor on the Computational Research and Education for New and Emerging Technologies at Marshall University (CoRE-NET) program, which I became involved with in 2009. This is an undergraduate research group that is designed to increase students' exposure to Computer Science and promote scholarly achievements. This program has developed a high-performance computing system, an ultra-high-resolution display wall cluster, a cybersecurity self-attacking machine, a parking detection system, an integrated operating room door sensor, and more. The undergraduate students involved in this research have worked on over ten projects, published eight journal papers and three conference proceedings, and have produced various other presentations.

I have also made numerous contributions within the larger community of my field. At my university, I have been an academic advisor in the ACM Student Chapter since 2009. I also serve on a number of committees, including the National Advisory Committee for Computer Science Praxis, Educational Testing Service (since 2016), the National Institute for Learning Outcomes (NILOA) for Degree Qualifications Profile Online Library (since 2014), and the Federated Conference on Computer Science and Information Systems (FedCSIS) (since 2010). I am an Editorial Member for the *Journal of Management and Integration Engineering*, and have been an invited reviewer for other journals. A complete list of my professional services is also available on my attached CV.

Based on these experiences and my aforementioned credentials, it is evident that I am suitably qualified to issue an expert opinion letter regarding the work experience of Puneet Vyapi.

## CANDIDATE

Regarding academic qualifications, Puneet Vyapi was enrolled in the Bachelor's program in Computer Applications at Veer Bahadur Singh Purvanchal University, an accredited institution of higher education in India. Puneet Vyapi received a Bachelor of Computer Application in 2009, which indicates completion of the three-year program. I have reviewed the attached transcripts and the coursework completed, and this degree is certainly equivalent to three years of undergraduate coursework from a university in the United States.

I have also reviewed the trajectory of Puneet Vyapi's professional career. From a purely subjective point of view, it seems obvious that Puneet Vyapi has demonstrated expertise in the field of Computer Information Systems.

From June 2010 to June 2015, the candidate was employed with Manhattan Associates, India and was assigned to tasks of increasing scope and importance on a series of projects. During the course of their employment, the candidate's responsibilities progressed from such entry-level tasks as analyzing business requirements, conducting user acceptance testing, and configuring systems to the advanced responsibilities of coding technical solutions using Java/J2EE technologies, architecting software, and developing custom mods using OOAD architecture. The candidate's responsibilities also came to include performing issues analyses

**EXHIBIT C - 3**

Document 0005 of 0005, Page 221 of 345

Foia Response Copy produced 03/09/2023 from USCIS GMS-Receipt No. SRC2127150786

and resolving them, programming on various operating systems, and designing the user interface of web pages. The candidate was therefore granted an enlarged sphere of responsibility over the course of this period. Although these duties indicate some level of managerial supervision, they also suggest that the candidate developed a greater range of ownership for the projects in which they were involved. Furthermore, regular, professional performance of these duties would have imparted the candidate knowledge of user acceptance testing, user interfaces, operating systems, troubleshooting and debugging, and architecture software.

In the aforementioned capacities, Puneet Vyapi was able to develop a number of critical skills that are taught in Bachelor's-level Computer Information Systems programs across the country. The candidate's more than five years of practical experience resulted in mastery of equivalent skills to those taught in the following classes:

- *Foundations of Information Systems;*
- *Database Management Systems;*
- *Web Applications Development;*
- *Software Testing Methods;*
- *Software Specification and Design;* and
- *Systems Analysis and Design.*

It is therefore clear to me that Puneet Vyapi has exhibited a level of expertise that is at least comparable to that of a graduate of a domestic Computer Information Systems undergraduate program. The details of their experiential work history indicate progressively increasing responsibility, resulting from recognition of expertise in the specialty of Computer Information Systems.

Based on the accepted equivalency ratio of three years of progressive experience being equated with one year of academic coursework, coupled with my subjective analysis of Puneet Vyapi's five years of progressive work experience, Puneet Vyapi's experience is equivalent to no less than one year of academic coursework in the field of Computer Information Systems.

## CONCLUSION

Therefore, by virtue of the candidate's combined academic and experiential credentials, it is my expert opinion that Puneet Vyapi has attained the equivalent of a US Bachelor of Science degree in Computer Information Systems from an accredited institution of higher learning in the United States.

This evaluation relies upon the copies of the original documents provided by Puneet Vyapi and represented by Puneet Vyapi to be authentic and true copies. There are no apparent grounds for me to disbelieve the authenticity of the documentation presented to me on behalf of Puneet Vyapi. I represent the foregoing to be an accurate and correct evaluation to the best

**EXHIBIT C - 4**

Document 0005 of 0005, Page 222 of 345

Foia Response Copy produced 03/09/2023 from USCIS GMS-Receipt No. SRC2127150786

of my knowledge and belief, pursuant to requirements of the United States Citizenship and Immigration Services of the United States Department of Homeland Security.

The foregoing evaluation of Puneet Vyapi has been prepared and certified by me. The above letter is strictly my opinion and is not the opinion of the university with which I am affiliated, nor any of its departments or affiliates.

Sincerely,

Paulus Wahjudi, Ph.D.
Professor, Department of Computer Sciences and Electrical Engineering
Marshall University

(21023264)

**EXHIBIT C - 5**

Document 0005 of 0005, Page 223 of 345

Foia Response Copy produced 03/03/2023 from USCIS GMS-Receipt No. SRC2127150786



**MARSHALL UNIVERSITY®**

www.marshall.edu

**College of Engineering and Computer Sciences**

January 7, 2021

To Whom It May Concern:

This letter is to confirm that Dr. Paulus Wahjudi is a Professor of Computer Sciences and Electrical Engineering, and Interim Associate Dean, for the College of Engineering and Computer Sciences at Marshall University. Professor Paulus Wahjudi reviews the credentials of foreign applicants, students, prospective students, and prospective faculty for Marshall University. Included within this capacity, he reviews foreign credentials of foreign and domestic transfer credit in the concentrations of Computer Science, and related fields that the University offers.

Marshall University is a fully accredited institution of higher learning by The Higher Learning Commission.[1]

Further, there exists a program at Marshall University where credit is granted to students for specific industry related experience and training. This program is conducted in work study fashion for matriculated students. Further, Professor Paulus Wahjudi is experienced in evaluating relevant international education and relevant work experience of students to determine their academic equivalence with authority to grant college level credit for training and experience.

I hope that this letter clarifies the following (1) that Marshall University has a division that awards credit based on practical experience and international education; (2) that professors, including Professor Paulus Wahjudi, evaluate such credentials and have authority to grant college level credit for students' foreign education and industry experience; and (3) that Professor Paulus Wahjudi is highly proficient and knowledgeable in this process.

Sincerely,

David A. Dampier, Ph.D.
Interim Dean
College of Engineering and Computer Sciences
Marshall University
One John Marshall Drive
Huntington, WV 25755

---

[1]https://www.marshall.edu/accreditation/#:~:text=Marshall%20University%20in%20its%20entirety,additio n%20to%20the%20HLC%20designation.

**EXHIBIT C - 6**

Document 0005 of 0005, Page 224 of 345

PAGE WITHHELD PURSUANT TO  (b)(6)

EXHIBIT C - 7