IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Puneet Vyapi,<br><br>                Plaintiff,<br><br>       v.<br><br>Ur M. Jaddou, *in her official capacity as* Director of U.S. Citizenship and Immigration Services,<br><br>                Defendant. | C/A: |

**Certificate of Interested Persons and Corporate Disclosure Statement**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: N/A

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: N/A

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>CHARLES H. KUCK</u>
Kuck Baxter Immigration, LLC

<u>JESSE M. BLESS</u>
Bless Litigation LLC

June 12, 2023

Respectfully submitted,

*s/Charles H. Kuck*
CHARLES H. KUCK
GA Bar No. 429940
Kuck Baxter Immigration, LLC
365 Northridge Rd, Suite 300
Atlanta, GA 30350
(404) 816-8611
ckuck@immigration.net

*s/Jesse M. Bless*
JESSE M. BLESS
MA Bar No. 660713
Bless Litigation LLC
6 Vineyard Lane
Georgetown MA 01833
781.704.3897
jesse@blesslitigation.com
\* *Motion to Appear Pro Hac Vice Forthcoming*

ATTORNEYS FOR PLAINTIFF

2