9:11    5G

< 41    MM

Manny >

iMessage
Friday 11:36 AM

Get in front if Barry, Katie and Angela ASAP when you get back. I've tried to coach marvin on the politics but it doesnt grasp. You get the politics, you get the game, you have the gift of gab. Your chance is now. Whereas for supervisor you were gonna be front line leader and the 99% african american staff didnt want you as sup. But now you'd be mgr and Marvin is sup. So that excuse does not fly. Barry and I agreed that if it wasnt for 99% black staff and the fact carlos only cared about employee engagement, you would've been the guy for sup. Keep this info to yourself. Throwing you a bone.

Thanks bro, I appreciate everything. I'm definitely committing everything to try and get it. Marvin asked me yesterday if he got the position if I'd be interested in Sup. I told him

iMessage

9:11      5G<sup>u</sup>

 41    MM    

Manny >

everything. I'm definitely committing everything to try and get it. Marvin asked me yesterday if he got the position if I'd be interested in Sup. I told him that was all hypothetical and until that time came I wouldn't know. But this is the last chance I stay with CHOA. I'm done being front line staff

I like that you're thinking this way. I told Barry and Angela, give Marvin a chance if he wants to put in the work as a courtesy. But I know he won't be able to do it. I told Barry, remember Aaron was gonna be our firet choice for sup. Now may be the time to have conversations if Aaron wants to put in the work. Barry said, "most definitely"

What is that other manager spot they put up like 4 days ago?

For Arthur Blank Hospital

The plan is two managers and more than likely they're gonna

  iMessage 

