# EXHIBIT "A"

State Court of Fulton County
**E-FILED**
23EV002578
5/1/2023 7:04 PM
Donald Talley, Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE #: _____

Anthony Duran
4217 North Mountain Road NE
Marietta, GA 30066

Plaintiff's Name, Address, City, State, Zip Code

vs.

John Doe
~~Allstate Insurance Company~~

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [X] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| ************ | |
| [X] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Mohamad Ahmad
Address: 1718 Peachtree St. NW. Suite 489
City, State, Zip Code: Atlanta, GA 30309     Phone No.: (678) 202.0494

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

---

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

This _____ day of _____, 20_____.    _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

State Court of Fulton County
\*\*E-FILED\*\*
23EV002578
5/1/2023 7:04 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANTHONY DURAN,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT FOR DAMAGES

Plaintiff Anthony Duran (**Plaintiff**), by and through his undersigned attorneys, brings suit against Defendant John Doe (**Defendant**), alleging as follows:

### PARTIES, VENUE AND JURISDICTION

1. Plaintiff Anthony Duran who resides in Cobb County, Georgia and is subject to the jurisdiction of this Court because the incident occurred within Fulton County.

2. Defendant John Doe's residence is unknown as he fled the scene of the incident prior to police arrival. Defendant Doe may be served with the Summons and Complaint at his residence, or as otherwise provided by law.

3. Defendant Allstate Insurance Company (**Allstate**) is Plaintiff's uninsured motorist carrier and is a foreign corporation, operating and doing business in the State of Georgia, and

1

may be served by delivering the Summons and Complaint on its registered agent for service located at C T Corporation System, 289 S Culver St, Lawrenceville, GA, 30046-4805.

4. Allstate has been properly served with process via its registered agent C T Corporation System, at 289 S Culver St, Lawrenceville, GA, 30046-4805.

5. Defendant Casseus has been properly served with process at 1925 WAYCREST DRIVE APT 3107, ATLANTA, GA 30331.

6. Venue is proper in this Court because the incident occurred in this County.

## STATEMENT OF FACTS

1. Plaintiff realleges and incorporates herein the allegations contained above as if fully restated herein.

2. On September 30, 2022 at approximately 2:00AM Defendant Doe violently crashed into the rear of Plaintiff's vehicle on the I75 Southbound Highway near Andrew Young International Blvd NE.

3. Defendant Doe fled the scene while Plaintiff suffered multiple catastrophic injuries.

4. Paramedics rushed Plaintiff to Grady Memorial Hospital for treatment.

## COUNT I – NEGLIGENCE
### (PLAINTIFF AGAINST DEFENDANT DOE)

5. Plaintiff realleges and incorporates herein the allegations contained above as if fully restated herein.

6. The collision was directly and proximately caused by the negligence of the Defendant.

7. The collision was directly and proximately caused by Defendant's negligence in failing to operate the vehicle with ordinary care for the safety of others.

8. Defendant Doe was recklessly speeding on the I75 Highway while distracted and violated the standard of care for driving a vehicle.

9. As the direct and proximate cause of Defendant's negligence Plaintiff has suffered and will suffer damages as set forth herein.

## COUNT II – UNINSURED MOTORIST COVERAGE

10. Plaintiff realleges and incorporates herein the allegations contained above as if fully restated herein.

11. At the time of the crash, Plaintiff was an insured under a policy containing uninsured/underinsured motorist coverage with Allstate.

12. Upon information and belief, the owner of the car Defendant Doe was driving was uninsured.

13. Plaintiff is entitled to recover from Allstate the full amount of uninsured coverage policy limits available under Plaintiff's policy with Allstate.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that:

1. Process issue as provided by law.

2. That service be had upon Defendant Doe and Allstate as provided by law.

3. Plaintiff has a trial by jury on all triable issues against Defendant.

3

4. Judgment be awarded to Plaintiff and against Defendant.

5. Plaintiff recovers from Defendant the full value of past and future medical expenses, and past and future lost wages in an amount to be proven at trial.

6. Plaintiff recovers the full value from Defendant for all past and future general and special damages in an amount to be determined by the enlightened conscience of a jury.

7. Plaintiff recovers such other and further relief as is just and proper, including all costs and fees incurred in this lawsuit.

                                                          **KERMANI FIRM**

Dated: May 1, 2023.

/s/ Mohamad Ahmad
Mohamad Ahmad
ma@kermanillp.com
Bar No. 471032
Ramin Kermani-Nejad
rk@kermanillp.com
Bar No. 669698

**Kermani Firm LLC**
1718 Peachtree St. NW, Suite 489
Atlanta, GA 30309
service@kermanillp.com
T: (678) 202.0494 | F: (678) 202.0209

4



CT Corporation
Service of Process Notification
05/11/2023
CT Log Number 543834003

## Service of Process Transmittal Summary

**TO:** Shelley Wisniewski, Lead Consultant
ALLSTATE INSURANCE COMPANY
100 E PALATINE RD STE 201
WHEELING, IL 60090-6528

**RE:** Process Served in Georgia

**FOR:** Allstate Insurance Company (Domestic State: IL)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | ANTHONY DURAN vs. JOHN DOE |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Information Form |
| **COURT/AGENCY:** | FULTON COUNTY STATE COURT, GA<br>Case # 23EV002578 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/11/2023 at 14:56 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service (document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Mohamad Ahmad<br>Kermani Firm LLC<br>1718 Peachtree St. NW. Suite 489<br>Atlanta, GA 30309<br>678-202-0494 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/11/2023, Expected Purge Date: 05/16/2023<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | Linda Banks<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

Page 1 of 2



**CT Corporation**
**Service of Process Notification**
05/11/2023
CT Log Number 543834003

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.