# EXHIBIT "B"

# Amended auto policy declarations

Your policy effective date is August 22, 2022


Platinum   Gold   Standard   Value Plan



Page **1** of 5

Information as of July 25, 2022

## Total Premium for the Policy Period

Please review your insured vehicles and verify their VINs are correct.

| Vehicles covered | Identification Number (VIN) | Premium |
|---|---|---|
| 2015 Nissan Sentra | 3N1AB7APXFY380002 | $671.79 |
| 2022 Toyota Camry | 4T1G11AK3NU714458 | 449.67 |
| Additional coverages | | 224.02 |
| **If you pay in installments*** | | **$1,345.48** |
| **If you pay in full (includes FullPay® Discount)** | | **$1,164.02** |

\* Your bill will be sent separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s). If you do not pay your bill by the due date shown on your billing statement, you may be charged a late fee.

## Discounts (included in your total premium)

| | | | | |
|---|---|---|---|---|
| Allstate Easy Pay Plan | $45.23 | Safe Driving Club® | $195.28 | |
| Multiple Policy | $153.60 | Responsible Payer | $72.61 | |
| Early Signing | $96.71 | Homeowner | $166.65 | |
| Allstate eSmart® | $55.53 | Risk Avoidance | $271.88 | |
| Passive Restraint | $20.40 | Antilock Brakes | $72.82 | |
| Electronic Stability Control | $32.44 | New Car | $85.21 | |
| **Total discounts** | | | | **$1,268.36** |

| **Policy discounts** | | | | **$1,057.49** |
|---|---|---|---|---|
| Allstate Easy Pay Plan | $45.23 | Early Signing | $96.71 | |
| Safe Driving Club® | $195.28 | Homeowner | $166.65 | |
| Multiple Policy | $153.60 | Allstate eSmart® | $55.53 | |
| Responsible Payer | $72.61 | Risk Avoidance | $271.88 | |

| **2015 Nissan Sentra discounts** | | | | **$72.17** |
|---|---|---|---|---|
| Passive Restraint | $10.70 | Antilock Brakes | $42.45 | |
| Electronic Stability Control | $19.02 | | | |

| **2022 Toyota Camry discounts** | | | | **$138.70** |
|---|---|---|---|---|
| Passive Restraint | $9.70 | Antilock Brakes | $30.37 | |
| New Car | $85.21 | Electronic Stability Control | $13.42 | |

## Summary

Named Insured(s)
**Anthony Duran, Maoli Valerio**

Mailing address
**4217 N Mountain Rd Ne**
**Marietta GA 30066-2456**

Policy number
**821 839 740**

Your policy provided by
**Allstate Property and Casualty Insurance Company**

Policy period
Beginning **August 22, 2022** through
**February 22, 2023** at 12:01 a.m. standard time

Your policy changes are effective
**August 22, 2022**

Your Allstate agency is
**The Wolter Agency**
800 Old Roswl #130
Roswell GA 30076
(470) 202-9122
blakewolter@allstate.com

Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.

GA010AMD



Amended auto policy declarations
Policy number: **821 839 740**
Policy effective date:   August 22, 2022

### Listed drivers on your policy*

**Anthony Duran** - Married male driver, age 41
**Maoli Valerio** - Married female driver, age 28, Safe Driving Club

*Are there licensed drivers <u>not listed above</u> who either reside in your household (even if temporarily away from home) or are guests staying in your home for an extended period? If so, please contact us so your policy information and coverage is up to date. There are circumstances under which a loss may not be covered by this policy because the auto was being operated by someone residing at your house who is not listed on the policy. Additional detail about how we treat undisclosed drivers can be found in your policy.

### Excluded drivers from your policy

None

065 010 010
220725A003547
AUTR45GA20220772609395201A-000107-004-0-00-00

Amended auto policy declarations
Policy number: **821 839 740**
Policy effective date: August 22, 2022

Page **3** of 5



# Coverage detail for 2015 Nissan Sentra

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $556.96 |
| • Bodily Injury | $100,000 each person $300,000 each occurrence | | |
| • Property Damage | $100,000 each occurrence | | |
| Auto Collision Insurance | Not purchased* | | |
| Auto Comprehensive Insurance | Actual cash value | $100 | $50.75 |
| Collision for Custom Equipment | Not purchased* | | |
| Comprehensive for Custom Equipment | Not purchased* | | |
| Roadside Coverage | $100 each disablement | Not applicable | $6.50 |
| Transportation Expense | up to $30 per day for a maximum of 30 days | Not applicable | $22.37 |
| Uninsured Motorists Insurance | | | |
| • Property Damage | $50,000 each accident | $250 | $10.25 |
| Auto Replacement Protection | Not purchased* | | |
| Automobile Medical Payments | $1,000 each person | Not applicable | $24.96 |
| Portable Electronics and Media | Not purchased* | | |
| Sound System | Not purchased* | | |
| **Total premium for 2015 Nissan Sentra** | | | **$671.79** |

\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.

**VIN** 3N1AB7APXFY380002

**Rating information**
• This vehicle is driven between 19,001 and 20,000 miles per year.

# Coverage detail for 2022 Toyota Camry

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $273.46 |
| • Bodily Injury | $100,000 each person $300,000 each occurrence | | |
| • Property Damage | $100,000 each occurrence | | |
| Auto Collision Insurance | Not purchased* | | |
| Auto Comprehensive Insurance | Actual cash value | $100 | $116.61 |
| Collision for Custom Equipment | Not purchased* | | |
| Comprehensive for Custom Equipment | Not purchased* | | |
| Roadside Coverage | $100 each disablement | Not applicable | $6.50 |

(continued)



GA010AMD

Amended auto policy declarations  Page **4** of 5
Policy number: 821 839 740
Policy effective date: August 22, 2022

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Transportation Expense | up to $30 per day for a maximum of 30 days | Not applicable | $22.37 |
| Uninsured Motorists Insurance | | | |
| • Property Damage | $50,000 each accident | $250 | $8.09 |
| Auto Replacement Protection | Not purchased* | | |
| Automobile Medical Payments | $1,000 each person | Not applicable | $22.64 |
| Portable Electronics and Media | Not purchased* | | |
| Sound System | Not purchased* | | |
| **Total premium for 2022 Toyota Camry** | | | **$449.67** |

* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.

**VIN** 4T1G11AK3NU714458

**Rating information**
• This vehicle is driven between 14,001 and 15,000 miles per year.

## Additional coverages

The following policy coverages are also provided.

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Death Indemnity Insurance | $10,000 benefit | Not applicable | Included |
| Uninsured Motorists Insurance for Bodily Injury | $100,000 each person $300,000 each accident | Not applicable | $224.02 |
| **Total** | | | **$224.02** |

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.

- Allstate Auto Policy – ACR65
- Claim Satisfaction Guarantee Amendatory Endorsement – AP4878-2
- Automobile Death Indemnity Insurance-Coverage CM – ACR67
- GA Amendatory Endorsement – ACR195-1
- GA Uninsured Motorists Insurance – Coverage SS – ACR197
- GA Bundling Benefits Endorsement – ACR199

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ A $10.00 late fee may be assessed if payment is received after the due date.

GA010AMD
065 010 010
220725A003547
AUTR45GA20220726093952D1A-000107-005-0-00-00

Amended auto policy declarations
Policy number: **821 839 740**
Policy effective date: August 22, 2022

Page **5** of 5



---

**Allstate Property and Casualty Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*Julie Parsons*

Julie Parsons
President

*Susan L. Lees*

Susan L. Lees
Secretary

GA010AMD