# EXHIBIT A

| EEOC Form 5 (11/09) | | |
|---|---|---|
| # CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>410-2023-07187 |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Malcolm Cook   ATDO Received on 3/16/2023 | (404) 219-5196 | August 3, 1987 |

| Street Address | City, State and ZIP Code |
|---|---|
| 210 Hayes Trce | Hiram, GA 30141 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| J.B. Hunt Transport Inc. | 500+ | (770) 424-9179 |

| Street Address | City, State and ZIP Code |
|---|---|
| 980 Cobb Place Blvd NW | Kennesaw, GA 30144 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
                February 20, 2023

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.    On or around February 1, 2022, I started working for the company as a Truck Driver. I am African American.

II.   On or around January 29, 2023, and again on January 31, 2023, I went to urgent care for migraines and was unable to work from January 31 through February 3, 2023.

III.  On or around January 13, 2023, the company asked me to take a urinalysis drug test for the Department of Transportation ("DOT") and I passed, but then my supervisor called me stating that I needed to retest because they messed something up.

IV.   On or around February 9, 2023, while I was delivering in Texas, the company sent an uber to pick me up and made me complete a hair follicle test immediately, or else I would fail.

V.    On or around February 17, 2023, the company texted me asking to give them a call because my test results showed marijuana THC in my system. I informed the company that I did not have any medical reason for having it in my system and that I did not smoke marijuana. When I called my manager to explain the situation, he said it did not make sense and for me not to worry about it. I did not want to rely on the company's hair follicle test so that Friday I went and got my own hair follicle test done at Piedmont Urgent Care in Kennesaw, GA, and it came back negative. I have never had to do a hair follicle drug test, we typically completed urinalysis and I have always passed them, whether it was requested by the company or the DOT. There was no reason to make me retest.

VI.   On or around February 20, 2023, the company terminated me because my hair follicle test was positive for marijuana.

VII.  I believe I was discriminated against in violation of Title VII of the Civil Rights Act and the Americans with Disabilities Act of 1991, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|

| with them in the processing of my charge in accordance with their procedures. I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
|---|---|
| 03/16/2023<br>_____<br>Date | Electronically Signed  2023-03-16 17:58:21 UTC - 107.77.234.56<br>*[signature]*<br>Nintex AssureSign®  673678d8-efe3-4c88-b550-afc70127aa0f<br>_____<br>*Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Ianna O. Richardson | ianna@justiceatwork.com | Barrett & Farahany