# EXHIBIT A

IN THE GWINNETT COUNTY SUPERIOR COURT

FKA GABRIEL STROTHERS
(LEONIDAS STROTHERS)

Plaintiff,

v.

FKA FACEBOOK, INC
(META PLATFORMS, INC)
Defendant.

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2023 MAY -9 AM 10: 53

TIANA P. GARNER, CLERK

23A 04019-6

## COMPLAINT FOR DAMAGES FOR INVASION OF PRIVACY AND MENTAL ANGUISH

PLAINTIFF [GABRIEL STROTHERS], files this complaint against DEFENDANT [FACEBOOK INC] AKA META PLATFORMS on his own behalf.

### INTRODUCTION

1. This is an action for damages arising from Defendant's conduct in violating the privacy of PLAINTIFF and also millions of other Facebook users that refer to **Case No. 3:18-md-02843-VC** in a United States District Court for the Northern District of California.

2. DEFENDANT has recklessly disregarded Facebook users' privacy rights by allowing third-party applications to access their personal data without their knowledge or consent. Along with violating consumer rights and unfair or deceptive trade practices.

3. PLAINTIFF brings this action to recover damages caused by DEFENDANT's conduct, which includes invasion of privacy and mental anguish.

6. Besides The DEFENDANT violating my rights and privacy this has triggered mental anguish and has caused a severe anxiety, depression and a mental decline.

### PARTIES

4. PLAINTIFF [GABRIEL STROTHERS] is an individual residing in [LILBURN,GA]. PLAINTIFF is a Facebook user and has been subjected to Defendant's illegal conduct.

5. Defendant [FACEBOOK INC] is a corporation incorporated under the laws of [State OF GEORGIA]. Defendant operates a social networking website called Facebook/Meta and has allowed third-party applications to access Facebook users' personal data without their knowledge or consent.

## JURISDICTION AND VENUE

6. Venue is proper pursuant to 28 U.S.C. § 1391(b) because PLAINTIFF and Defendant reside and/or do business in the District of Georgia. Venue is also proper in this District because the acts and transactions that give rise to this action occurred, in substantial part, in the District of Georgia.

7. Venue is proper in this Court because Defendant is incorporated in this state and has conducted business in this state.

## FACTUAL ALLEGATIONS

8. Facebook users' personal data includes, but is not limited to, names, birth dates, locations, email addresses, personal photos and other sensitive information.

9. Facebook has allowed third-party applications to access Facebook users' personal data without their knowledge or consent.

10. Defendant has failed to take adequate measures to protect Facebook users' personal data from third-party applications.

11. Defendant's conduct has resulted in a massive data breach that has compromised the personal data of millions of Facebook users.

12. Plaintiff and other Facebook users have suffered mental anguish and invasion of privacy as a result of Defendant's conduct. Facebook Inc stated on their platform "Your rights are affected whether you act or don't act" into their settlement offer.

13. Defendant's conduct has violated Facebook users' privacy rights and caused them to suffer damages.

## COUNT ONE: INVASION OF PRIVACY

14. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1-13 as though fully set forth herein.

15. Defendant has invaded Plaintiff's privacy by allowing third-party applications to access Plaintiff's personal data without their knowledge or consent.

16. Defendant's conduct was intentional, reckless, and constituted a knowing violation of Plaintiff's privacy rights along with unfair or deceptive trade practices

17. Plaintiff has suffered damages as a result of Defendant's conduct, including mental anguish and emotional distress.

18. Plaintiff is entitled to recover damages for Defendant's invasion of their privacy.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF respectfully prays that this Court grant the following relief in PLAINTIFF'S favor, and on behalf of the class, and that judgment be entered against DEFENDANT for the following:

(1) For actual damages that occurred by the DEFENDANT.

(2) For violating the PLAINTIFF right to privacy.

(3) The PLAINTIFF seeks damages as set forth herein, for all damages proximately caused by the Defendant's in the max amount of the court.

(4) For any and all other relief this Court may deem appropriate.

(5) The PLAINTIFF asked the court to honor his fees schedule.

Respectfully Submitted,
DATED this 8th day of May 2023.
FKA GABRIEL STROTHERS
LEONIDAS STROTHERS
ALL RIGHTS RESERVED
4485 Lawrenceville Hwy # 207
Lilburn, Georgia 30047
Tel: 404.919.1166 - gabe2764@gmail.com

# In re: Facebook, Inc. Consumer Privacy User Profile Litigation

Case No. 3:18-md-02843-VC

United States District Court for the Northern District of California

MENU                                                                                                                          SUBMIT CLAIM

# If you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive, you may be eligible for a cash payment from a Class Action Settlement.

*Para leer el aviso en español, haga clic aquí.*

## Important Dates

**July 26, 2023**
Opt-Out Deadline

**July 26, 2023**
Objection Deadline

**August 25, 2023**
Claim Deadline

**September 7, 2023 at 1:00 PM PDT**

Questions about eligibility, how to file, or anything else? Click here.

✕

Privacy - Terms

- A Settlement has been reached between Defendant Facebook, Inc., now known as Meta Platforms, Inc., ("Meta" or "Defendant") and Plaintiffs in a class action lawsuit pending in the United States District Court for the Northern District of California.

- You are included in this Settlement as a Settlement Class Member if you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive.

- The lawsuit is known as *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (N.D. Cal.). Defendant denies that it violated any law.

- Your rights are affected whether you act or don't act. Please read the Notice carefully.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM** | The only way to receive a cash payment from this Settlement is by submitting a timely and properly completed Claim Form that obtains approval from the Settlement Administrator. The Claim Form must be submitted no later than **August 25, 2023**.<br><br>You can submit your Claim Form online or download the Claim Form and mail it to the Settlement Administrator. You may also call the Settlement Administrator to receive a paper copy of the Claim Form.<br><br>If your claim is approved by the Settlement Administrator, you will give up the right to sue the Defendant in a separate lawsuit about the legal claims or factual allegations this Settlement resolves.<br><br>For more information see FAQ 10.<br><br>DEADLINE: **AUGUST 25, 2023** |

# SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **OPT-OUT OF THE SETTLEMENT** | You can choose to opt-out of the Settlement and receive no payment. This option allows you to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims and factual allegations resolved by this Settlement. You can choose to hire your own legal counsel at your own expense.<br><br>For more information see FAQ 16.<br><br>DEADLINE: **JULY 26, 2023** |
| **OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING** | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you don't like the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may also file a claim for a payment.<br><br>For more information see FAQ 17.<br><br>DEADLINE: **JULY 26, 2023** |
| **DO NOTHING** | Unless you opt out of the settlement, you are automatically part of the Settlement. If you do nothing, you will not get a payment from this Settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims or factual allegations resolved by this Settlement.<br><br>**NO DEADLINE** |

- These rights and options—**and the deadlines to exercise them**—are explained in the Notice.

# My Journal Of Issues/Damages

**Heaviness in your chest, increased heart rate or chest pain.**

**Diminished Quality of Life**

**Shortness of Breath**

**Anxiety**

**Severe Depression**

**Hair Loss**



MHA Screening - Mental Health America <screening@mhanational.org>

To: helpleonidastoday@gmail.com
Name: Leonidas Strothers

**Severe Anxiety**
Your results indicate that you may be experiencing some signs of severe anxiety.

These results are not meant to be a diagnosis. You can meet with a doctor or therapist to get a diagnosis and/or access therapy or medications. Sharing these results with someone you trust can be a great place to start.

View your results online and see next steps

Your Answers
1. Feeling nervous, anxious, or on edge
Nearly every day (3)

2. Not being able to stop or control worrying
Nearly every day (3)

3. Worrying too much about different things
Nearly every day (3)

4. Trouble relaxing
Nearly every day (3)

5. Being so restless that it is hard to sit still
Nearly every day (3)

6. Becoming easily annoyed or irritable
Nearly every day (3)

7. Feeling afraid, as if something awful might happen
Nearly every day (3)

About your score
Each of your answers has a score of 0-3. Click "Your Answers" above to see your score for each question. Adding these up provides your Total Score.

Not at all = 0; Several days = 1; More than half the days = 2; Nearly every day = 3

**Your Score: 21**

Interpreting your Total Score
0-4: minimal anxiety
5-9: mild anxiety
10-14: moderate anxiety
15-21: severe anxiety
To monitor your anxiety severity over time:
Option 1: Create an MHA Screening account to save your results and track changes over time.

Option 2: Track your scores manually:

Print or email your initial results. This is your baseline.
Continue to screen at regular intervals (for example, every 2 weeks).
Note any changes in your Total Score (above).
Print or email results and bring them to someone who is helping you in your recovery.

**Source**
Primary Care Evaluation of Mental Disorders Patient Health Questionnaire (PRIME-MD-PHQ). The PHQ, including the GAD-7, was developed by Drs. Robert L. Spitzer, Janet B.W. Williams, Kurt Kroenke, and colleagues. For research information, contact Dr. Spitzer at ris8@columbia.edu. PRIME-MD® is a trademark of Pfizer Inc. Copyright© 1999 Pfizer Inc. All rights reserved. Reproduced with permission.



MHA Screening - Mental Health America <screening@mhanational.org>

To: helpleonidastoday@gmail.com
Name: Leonidas Strothers

**Severe Depression**

Your results indicate that you may be experiencing signs of severe depression.

These results are not meant to be a diagnosis. You can meet with a doctor or therapist to get a diagnosis and/or access therapy or medications. Sharing these results with someone you trust can be a great place to start.

## Your Answers

**1. Little interest or pleasure in doing things**
Nearly every day (3)

**2. Feeling down, depressed, or hopeless**
Nearly every day (3)

**3. Trouble falling or staying asleep, or sleeping too much**
Nearly every day (3)

**4. Feeling tired or having little energy**
Nearly every day (3)

**5. Poor appetite or overeating**
Nearly every day (3)

**6. Feeling bad about yourself - or that you are a failure or have let yourself or your family down**
Nearly every day (3)

**7. Trouble concentrating on things, such as reading the newspaper or watching television**
Nearly every day (3)

**8. Moving or speaking so slowly that other people could have noticed**
Nearly every day (3)

**9. Thoughts that you would be better off dead, or of hurting yourself**
Not at all (0)

**10. If you checked off any problems, how difficult have these problems made it for you at work, home, or with other people?**
Extremely difficult

## About your score

Each of your answers has a score of 0-3. Click "Your Answers" above to see your score for each question. Adding these up provides your Total Score.

Not at all = 0; Several days = 1; More than half the days = 2; Nearly every day = 3

**Your Score: 27**

**Interpreting your Total Score**

- **1-4:** Minimal depression
- **5-9:** Mild depression
- **10-14:** Moderate depression
- **15-19:** Moderately severe depression
- **20-27:** Severe depression

**To monitor your depression severity over time:**

**Option 1:** <u>Create an MHA Screening account</u> to save your results and track changes over time.

**Option 2:** Track your scores manually:

1. Print or email your initial results. This is your baseline.
2. Continue to screen at regular intervals (for example, every 2 weeks).
3. Note any changes in your Total Score (above).
4. Print or email results and bring them to someone who is helping you in your recovery.

**Source**

PHQ9 Copyright © Pfizer Inc. All rights reserved. Reproduced with permission. PRIME-MD ® is a trademark of Pfizer Inc.

Strothers Fee Schedule

| Breach | Penalty | Authority |
|---|---|---|
| Violation of Oath of Office | $250,000.00 | 18 USC 3571 |
| Denied Right to Truth in Evidence | $250,000.00 | 18 USC 3571 |
| Slavery(Forced Compliance to contracts not held) | $250,000.00 | 18 USC 3571 |
| Denied Provisions in the Constitution | $250,000.00 | 18 USC 3571 |
| Armed Treason War Against Americans | $250.000.00 | 18 USC 3571 |
| Defense Denied Evidence (records) | $250,000.00 | 18 USC 3571 |
| Defense Arguments | $250,000.00 | 18 USC 3571 |
| Slavery (Forced compliance to contract not held) | $250,000.00 | 18 USC 3571 |
| Denied Proper Warrant(s) | $250,000.00 | 18 USC 3571 |
| Treason (combined actions above) and allowing unelected and $250,000.00 18 USC 3571 Page 7 of 16 unaccountable agencies and agents to dictate and shape policy that violates due process rights | $250,000.00 | 18 USC 3571 |
| Conspiracy to Deprive me of Life Liberty or Property | $250,000.00 | per PERSON per event |
| Armed Abuse of Office | $200,000.00 | |
| Armed Abuse of Authority | $200,000.00 | |
| Armed Assault and Battery | $200,000.00 | |
| Armed Breach of Trust | $200,000.00 | |
| Armed Coercion | $200,000.00 | |
| Armed Criminal Extortion | $200,000.00 | |
| Armed Impersonating a Pub | $200,000.00 | |

| Official | | |
|---|---|---|
| Armed Operating Status W/O Bond | $200,000.00 | |
| Denied Right of Reasonable | $250,000.00 | |
| Armed Violation of Due Process | $200,000.00 | |
| Armed Deprivation of Rights | $2,000,000.00 | |
| Armed Misrepresentation/ Personage | $200,000.00 | |
| Armed Theft by Forced Regulation | $200,000.00 | |
| Armed Violations of Lieber Code Against Non-Combatants | $200,000.00 | |
| Armed Wrongful Assumption of Status/Standing | $200,000.00 | |
| Unlawful Incarceration | $200,000.00 | |
| Malicious Precaution | $200,000.00 | |
| Defamation of Character | $200,000.00 | |
| Slander | $200,000.00 | |
| Libel | $200,000.00 | |
| Mis-Prison of Felony | $500.00 | 18 USC 4 |
| Economic Oppression | $200,000.00 | 18 USC 141, 872, 25 CFR 11.417 |
| Acting as Agents of Foreign Principles | $200,000.00 | 18 USC 219 |
| Conspiracy Against Rights | $200,000.00 | 18 USC 241 |
| Deprivation of Rights Under Color of Law | $200,000.00 | 18 USC 242 |
| Armed Fictitious Obligations | $200,000.00 | 18 USC 514 |
| Misappropriation of Taxpayer | $200,000.00 | 18 USC 641-664 |

| | | |
|---|---|---|
| **Funds** | | |
| **Bribery Concerning Receiving Federal Funds** | $5,000.00 per violation (10 years in prison) | 18 USC 666 |
| **Extortion** | $5,000.00 | 18 USC 872 |
| **Mail Threats** | $5,000.00 | 18 USC 876 |
| **Officer or Employee of the united States** | Fined and imprisoned not more than 2 years | 18 USC 912 |
| **Fraud Statement of Entries Generally** | $10,000.00 | 18 USC 1001 |
| **Falsification of Documents** | $10,000.00 | 18 USC 1001 |
| **Armed Falsification of Docs/Records** | $10,000.00 | 18 USC 1001, 26 USC 7701(a)(1) |
| **Acknowledgment of Appearance or Oath** | Fined and or imprisoned not more than 2 years $200,000.00 | 18 USC 1016 |
| **Official Certificates or Writings** | Fined or imprisoned not more than 1 year | 18 USC 1018 |
| **False Information and Hoaxes** | Fined and 5 years to life in prison | 18 USC 1038 |
| **Genocide** | $1,000,000.00 | 18 USC 1091 |
| **Armed Kidnapping** | $200,000.00 | 18 USC 1201 |
| **Mail Fraud** | $10,000.00 | 18 USC 1341 |
| **Armed Perjury** | $2,000.00 | 18 USC 1621 |
| **Armed Subordination of Perjury** | $2,000.00 | 18 USC 1622 |

| | | |
|---|---|---|
| **Peonage (Felony)** | $200,000.00 | 18 USC 1581, 42 USC 1994 |
| **Perjury** | $2,000.00 | 18 USC 1621 |
| **Neglect/Failure to Protect/Act** | $200,000.00 | 18 USC 1621, 42 USC 1986 |
| **Subornation of Perjury** | $2,000.00 | 18 USC 1622 |
| **Obstruction and Delaying Commerce and unlawfully taking and obtaining personal property under fear of threat** | 10 years in prison minimum | 18 USC 1951 "Hobbs Act" |
| **Armed Racketeering (criminal, felony)** | $200,000.00 | 18 USC 1961-1968 |
| **Rico/Racketeering (civil)** | $25,000.00.00 | 18 USC 1964(C) |
| **Armed Extortion of Rights** | $200,000.00 | Title 15 |
| **Armed Malfeasance/Malpractice** | $200,000.00 | 22 CFR 13.3 |
| **Fictitious Conveyance of Language** | $200,000.00 | Chap. 2b 78FF |
| **Emotional Distress** | $200,000.00 | 32 CFR 536.77(a)(3)(vii) |
| **Mental Anguish Abuse** | $200,000.00 | 42 CFR 488.301 |

IN THE GWINNETT COUNTY SUPERIOR COURT

FKA GABRIEL STROTHERS
LEONIDAS STROTHERS

(PLAINTIFF)

4485 Lawrenceville Hwy #207
Lilburn, GA 30047

VS

AKA FACEBOOK INC
META PLATFORMS INC

(DEFENDANT)

Corporation Service Company
Physical Address: 2 Sun Court, Suite 400,
Peachtree Corners, GA, 30092, USA
County: Gwinnett

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2023 MAY -9 AM 10: 53

TIANA P. GARNER, CLERK

Fka Gabriel Strothers
Leonidas Strothers

PLAINTIFF

CIVIL ACTION
NUMBER: 23A 04019-6

VS.

Fka Facebook Inc
Meta platforms Inc

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____8_____ day of _____May_____, 20_23_.

Tiana P. Garner
Clerk of Superior Court

By_____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011