# EXHIBIT B

Civil Action No. 23A04019-6

Date Filed 05-08-2023

Magistrate Court ☐
Superior Court ☒
State Court ☐
Georgia, Gwinnett County

FKA Gabriel Strothers
Leonidas Strothers

**Plaintiff**

VS.

Meta Platforms Inc
AKA Facebook Inc

**Defendant**

Attorney's Address

Name and Address of party to be served.

Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

**Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches; domiciled at the residence of defendant.

**Corporation** ☒ Served the defendant Meta Platforms Inc. AKA Facebook Inc a corporation
by leaving a copy of the within action and summons with Aisha Smith
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant not to be found in the jurisdiction of this Court.

This 11 day of May 20 23

Sgt. Collins SO 500
**Deputy**

Sheriff Docket _____ Page _____

Gwinnett County, Georgia

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

Civil Action No. 23A04014-6

Date Filed 05-08-2023

Magistrate Court ☐
Superior Court ☑
State Court ☐
Georgia, **Gwinnett County**

Fica Gabriel Sheilers
Leonidas Ihothis
**Plaintiff**

VS.

Meta Platforms Inc
AKA Facebook Inc
**Defendant**

Attorney's Address

Name and Address of party to be served.

Corporation Service Company
2 Sun Court Suite 400
Peachtree Corners, GA 30092

**Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches; domiciled at the residence of defendant.

**Corporation** ☑ Served the defendant Meta Platforms Inc. AKA Facebook Inc a corporation by leaving a copy of the within action and summons with Alana Smith in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This ___11___ day of May, 20_23_.

Sgt. Collins 510
**Deputy**

Sheriff Docket _____ Page _____

**Gwinnett County, Georgia**

WHITE: Clerk     CANARY: Plaintiff / Attorney     PINK: Defendant

SC-2 Rev.3.13