## Certificate of Insurance

1 of 2

**RLI**

| | |
|---|---|
| Policy Number: CAR0100371 | Certificate Number: 950910 |
| Issued Date: 15-Jun-2021 | Shipment Date: 15-Jun-2021 |

This certifies that the Assured is Insured under and subject to the conditions of the Open Policy and in this Certificate.

| | |
|---|---|
| Place of Issuance: MEXICO CITY, MEXICO | Client Reference #: 101021-00063 |

**Assured:**
ABO PHARMACEUTICALS

Loss payable at/to: Assured or order

Upon surrender of this Certificate, which conveys the right of collecting any such loss as fully as if the property were covered by a special policy direct to the holder hereof, and free from any liability for unpaid premiums. This Certificate is subject to all the terms of the Open Policy, provided, however, that the right of a bona fide holder of this Certificate for value shall not be prejudiced by any terms of the Open Policy which are in conflict with the terms of this Certificate.

*RLI Insurance Company*
*9025 N. Lindbergh Drive,*
*Peoria, IL 61615-1499*

Conveyance: FEDEX
Additional Carrier Information:

Insured Value:
820147.36   USD
EIGHT HUNDRED AND TWENTY THOUSAND ONE HUNDRED AND FORTY SEVEN AND 36/100   United States Dollars

| | | | |
|---|---|---|---|
| Place of Origin: | MEXICO CITY | Final Destination: | QUEENS, NY |
| Country of Origin: | Mexico | Destination Country: | United States |
| Port of Loading: | MEXICO CITY | Port of Discharge: | QUEENS |
| Country of Loading: | Mexico | Country of Discharge: | United States |

**Description of Goods:**
BLOOD PLASMA

**Marks & Numbers:**

**Pieces and Weights:**
4 PALLET // 3400 KGS

**Average Terms and Conditions:** Insured property while shipped on deck of an ocean vessel, subject to an ON DECK bill of lading is warranted Free from Particular Average unless caused by the vessel being stranded, sunk, or burnt, but notwithstanding this Warranty the Company is to pay any physical loss of or damage to the insured property which may reasonably be attributed to fire, collision or contact of the vessel and/or craft and/or conveyance with any external substance (ice included) other than water, or to discharge of cargo at port of distress, but including jettison and/or washing overboard. Except while subject to an ON DECK bill of lading, and unless otherwise indicated in this box:

This insurance covers against "All Risks" of physical loss or damage from any external cause irrespective of percentage, but excluding nevertheless the risks of War, Strikes, Riots, Seizure, Detention and other risks excluded by the Nuclear/Radioactive Contamination Exclusions clause, the F.C. & S. (Free of Capture and Seizure) Warranty and the S.R.&C.C. (Strikes, Riots and Civil Commotions) Warranty of this policy, except to the extent that such risks are specifically covered by endorsement.

Coverage specifically includes deterioration/decay of or damage to the goods insured, including spoilage, from any cause which shall arise during the insured voyage.
Warranted: must be properly packed and in sound condition at the time of attachment of the insurance.
Each and every loss is subject to a deductible of ½ of 1% of the total insured value of the shipment.
Warranted all carrier(s) are to be instructed that temperature to be maintained throughout transit.
Excluding claims arising as a result of fault in preparation.
Excluding loss of market.

Including the risk of War, Strikes, Riots and Civil Commotions in accordance with American Institute Clauses current on date of issuance of this certificate.

**CONDITIONS:** This insurance, in addition to the foregoing, is also subject to the following American Institute Cargo Clauses, current on date of shipment:

| | | | | | |
|---|---|---|---|---|---|
| Accumulation | Chemical, Biological, Bio-Chemical, Electromagnetic Exclusion | Economic & Trade Sanctions | Labels | Partial Loss | South American Clause |
| Basic Exclusions | | Explosion | Landing, Warehousing & Forwarding | Pollution Hazard/Deliberate Damage | Sue & Labor |
| Basic Perils | Consolidation/Deconsolidation | Extended Radioactive Contamination Exclusion Warranty | Machinery | Refused or Returned | U.S. Economic and Trade Sanctions |
| Bill of Lading, Etc | Constructive Total Loss | | Marine Extension Clauses | Seaworthiness | Warehouse to Warehouse |
| Both to Blame | Craft, Etc. | General Average/Salvage | Packages Totally Lost | Shore Perils | |
| Brands & Trademarks | Deviation | Inchmaree | | | |

**PARAMOUNT WARRANTIES:** The following warranties shall be paramount and shall not be modified or superseded by any other provision Included herein or stamped or endorsed hereon unless such other provision refers specifically to the risk excluded by these warranties and expressly assumes the said risks.

F.C.&S. Warranty    S.R.&C.C. Warranty    Delay Warranty    Nuclear/Radioactive Contamination Exclusion Warranty

**SUBROGATION AND IMPAIRMENT OF RECOVERY:** It is a condition of this Insurance that upon payment of any loss the Company shall be subrogated to all rights and claims against third parties arising out of such loss. In case of any agreement or act or omission by the Assured, prior or subsequent hereto, whereby any right of recovery of the Assured for loss of or damage to any property insured hereunder, against any Carrier or Bailee, is released, impaired or lost, which would on acceptance of abandonment or payment of a loss by this Company have inured to its benefit but for such agreement or act of omission, this Company shall not be bound to pay any loss; but its right to retain or recover the premium shall not be affected.

**SUIT:** No suit or action for the recovery of any claim arising under this Certificate shall be maintainable in any Court unless such suit or action shall have been commenced within two years from the date of the happening of the loss out of which the said claim arose; provided, however, that if, by the laws of State within which this Certificate is issued such limitation is invalid, then any such claim shall be void unless action is commenced within the shortest limit of time permitted by the laws of such State.

| | |
|---|---|
| RLI Insurance Company  *Craig W. Klint* (signature) | Dated: |
| | Signed |
| | This Certificate is not valid unless countersigned by the Assured or Company. |

**ORIGINAL**

UCVN   689968

| Certificate of Insurance | | 2 of 2 |
|---|---|---|
| **RLI**® | Policy Number: CAR0100371 | Certificate Number: 950910 |
| | Issued Date: 15-Jun-2021 | Shipment Date: 15-Jun-2021 |

Original must be produced when a claim is made, and surrendered on payment.

Space allotted for letter of credit information or additional insured notes or reference.

```
SHIPPER: GENBIO MEXICO
FEDEX TRACKING#S 280380672026, 280380672596, 280380673743, 280380674750
```

**ORIGINAL**

### CONSIGNEE:
ABO PHARMACEUTICALS 7930 ARJONS DRIVE SUITE A  SAN DIEGO CA 92101
United States

### CLAIMS AGENT:
W. K. Webster Ltd., 80 Maiden Lane, New York, New York, United States, 10038, PH: (+1) 212 269 8220 FX: (+1) 212 363 9726 Info@wkwebstersoverseas.com

### CLAIMS PROCEDURES

In the event of a loss:

(1) Upon delivery, immediately inspect the package in the event that there is physical damage to the package.

(2) Any loss or damage found at the time of delivery must be recorded on the delivery receipt as an exception. You should set forth the condition of the consignment as specifically as possible. Be sure to keep a copy of the delivery receipt for your own claim file. If the loss or damage is not apparent at the time of taking delivery, give notice in writing to the Carrier or other Bailees within 3 days of delivery.

(3) Any loss or damage must be promptly reported to the closest authorized representative of RLI Insurance Company so that a surveyor may be promptly dispatched or other appropriate action taken. The list of representatives can be located at the RLI website at www.MarineExpress.rlicorp.com. Be sure to retain and protect the packing material for inspection by that surveyor.

(4) You must also immediately file a written claim against all other carriers that may be potentially responsible for the loss or damage (e.g., Truck - Railroad - Air - Ocean). A separate claim should be filed against each such carrier to preserve your rights against those potentially responsible carriers. The written claim should set forth the loss or damage and demand that the carrier pay for such loss or damage.

(5) Documentation required: See next column

(6) Note that the above procedures and documentation will normally be sufficient but specific circumstances may require additional action or documentation. Under all circumstances, you must always act promptly to reasonably and safely preserve and protect your shipment in order to protect your rights.

### CLAIMS DOCUMENTATION

(A) Suppliers Invoice(s) to support the values and also indicate terms of sale.

(B) Packing list or weight notes (where applicable).

(C) Delivery receipts, landing accounts, and/or similar documents as evidence of the condition and place of loss.

(D) All original transit documentation - for example, bill of lading, airway-bill, as evidence of the contract of carriage.

(E) Correspondence with carriers, suppliers, or other third parties holding them responsible for any loss or damage so that any subsequent recoveries can be sought from responsible parties.

(F) Original policy or certificate of marine insurance, as applicable.

(G) Survey report, if applicable.

(H) Any other documentation not detailed above relevant to the shipment and the loss.

**PLEASE NOTE; YOUR CLAIM AGAINST THIS COMPANY MAY BE PREJUDICED IF YOU FAIL TO PRESERVE ALL RIGHTS AGAINST THE PARTIES RESPONSIBLE FOR LOSS OR DAMAGE AND/OR FAIL TO PRESERVE AND SAFEGUARD YOUR SHIPMENT.**

Additional claims assistance can be found by calling 1-800-444-0406,

or by emailing New.Claim@rlicorp.com

Please always quote your policy number

**ORIGINAL**

UCVN   689968