AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

CUSTOMERS BANK, INC.

*Plaintiff(s)*

v.  Civil Action No.

LARA VAN PLETZEN and
ANDRIES VAN PLETZEN

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Lara Van Pletzen
416 Pierpont Court
Canton, GA 30144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zack Greenamyre
Mitchell Shapiro Greenamyre & Funt LLP
3590 Piedmont Rd, Suite 650, Atlanta, GA 30305
404-812-4747, zack@mitchellshapiro.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  June 13, 2023

*Signature of Clerk or Deputy Clerk*