# Exhibit L
# Change Confirmation for Manulife Policy No. 5441134



March 1, 2019

Lara Van Pletzen
4963 Sydney Lane
Marietta, GA 30066
United States

MAR 0 4 2019

## Change Confirmation

Dear Mrs. Van Pletzen,

We're pleased to confirm we have received your request and have updated your policy records effective February 28, 2019. Those changes are shown below. If this is not what you intended, please let us know immediately, to avoid issues at claim time.

Please keep this change confirmation with your policy.

**Change details**

**Policy Number:** 5441131
**Life Insured(s):** Lara Van Pletzen
**Policy Change:** Collateral Assignment

| Collateral Assignee: | Customers Bank |
|---|---|

**If you have questions**
If you have any questions, or if we can help, please contact your insurance advisor or our Customer Contact Centre as shown below.

Sincerely,

*[signature]*

Mark Bely Elle
Customer Service Professional
Individual Insurance

c.c.: Peter Jeffrey Freedman, (905) 889-1616
WCS Achievex Inc.

---

Manulife (The Manufacturers Life Insurance Company)

All provinces except Québec: 500 King St. N, PO Box 1669, Waterloo ON, N2J 4Z6
In Québec: 2000, rue Mansfield, bureau 1310, Montréal, QC, H3A 3A1
Outside North America (call collect):

1-888-626-8543
1-888-626-8843
519-747-6600
070686-2125