# Exhibit M
# Change Confirmation for Manulife Policy No. L10862075


# Manulife

March 8, 2019

Customers Bank
99 Bridge Street
Phoenixville, PA  19460
United States

## Change Confirmation

Dear Sir or Madam:

We're pleased to confirm we have updated our policy records effective February 28, 2019. Those changes are shown below.

**Change details**

**Policy Number:**     L10862075
**Life Insured(s):**   ANDRIES VAN PLETZEN
**Policy Change:**     Collateral Assignment

| Collateral Assignee: | Customers Bank |
|---|---|

**If you have questions**
If you have any questions, or if we can help, please contact your insurance advisor or our Customer Contact Centre as shown below.

Sincerely,

*[signature]*

Amparo Nieva
Customer Service Professional
Individual Insurance

Manulife (The Manufacturers Life Insurance Company)
All provinces except Québec: 500 King St. N, PO Box 1669, Waterloo ON, N2J 4Z6     1-888-841-6633
In Québec: 900 – 900 De Maisonneuve Blvd W, Montreal QC H3A 0A8                     1-888-841-6633
Outside North America (call collect):                                                1-514-841-6633