# Exhibit N
# May 12, 2023 Notice to Defendants

# MITCHELL SHAPIRO
# GREENAMYRE & FUNT LLP

zack@mitchellshapiro.com

May 12, 2023

**VIA FEDERAL EXPRESS
AND VIA EMAIL**

| | |
|---|---|
| BTIC-Big Tic, Inc.<br>d/b/a Big T Moving & Delivery<br>225 Curie Drive<br>Suite 300<br>Alpharetta, GA 30005 | Lara Van Pletzen<br>416 Pierpont Court<br>Canton, GA 30144<br>  *lara@bigtmovers.com* |
| BTIC-Big Tic, Inc.<br>d/b/a Big T Moving & Delivery<br>4963 Sydney Lane<br>Marietta, GA, 30066 | Andries Van Pletzen<br>416 Pierpont Court<br>Canton, GA 30144 |

Re: Demand and Acceleration Notice

Loan Agreement and Note dated March 12, 2019 by and between BTIC-Big Tic, Inc. ("BTIC") as "Borrower" and Customers Bank as "Lender" with Andries Van Pletzen and Lara Van Pletzen as Guarantors, as modified by the Loan Modification Agreement dated May 4, 2021, regarding SBA Loan No. 35865970-07 and Bank Loan No. 30000617 in principal amount of $713,000;

Promissory Note dated January 27, 2020 by and between BTIC as Borrower and Customers Bank as Lender, regarding SBA Loan No. 42019070-09 and Bank Loan No. 30000941 in principal amount of $75,000;

Promissory Note dated October 12, 2021 by and between BTIC as Borrower and Customers Bank as Lender, regarding SBA Loan No. 14124991-03 and Bank Loan No. 30004165 in the principal amount of $70,000;

Each Note is personally guaranteed by Andries Van Pletzen and Lara Van Pletzen and further guaranteed by BTIC, and secured by security agreements, as perfected by certain UCC statements filed and recorded on March 13, 2019, March 15, 2019, and September 11, 2020; Note further secured by real property at 416 Pierpont Court in Cherokee County pursuant to the Deed to Secure Debt and Security Agreement, recorded March 13, 2019, and assignments of Manulife Policies L10862075 and 5441134.

Dear BTIC, Ms. Van Pletzen, and Mr. Van Pletzen:

Undersigned counsel represents Customers Bank, the holder and beneficiary of the above referenced notes, personal and commercial guarantees, security agreements, financing statements, the deed to secure debt, and the assignments of insurance policies. Said documents,

One Ameris Center
3490 Piedmont Road Suite 650
Atlanta, GA 30305

T 404 812 4747
F 404 812 4740
mitchellshapiro.com

Demand and Acceleration Letter
BTIC
May 12, 2023
Page 2 of 3

and all others evincing or relating to any obligations to pay and collateral, are hereafter referred to the Loan Documents. Please direct, or have your counsel direct, all future communications regarding this matter to my attention.

The Loan Documents are in default as a result of, among other things, BTIC's failure to make payments as and when due thereunder. As of today's date, May 12, 2023, the amounts in arrears are as follows:

- SBA Loan No. 35865970-07  Bank Loan No. 30000617: **$9,873.98** (representing $7,504.80 in principal and interest and $2,369.18 in late fees)
- SBA Loan No. 42019070-09  Bank Loan No. 30000941: **$2,951.69** (representing $2,428.93 in principal and interest and $522.76 in late fees)
- SBA Loan No. 14124991-03  Bank Loan No. 30004165: **$2,730.50** (representing $2,462.80 in principal and interest and $267.70 in late fees)

Monthly payments, interest, and late fees continue to accrue under the Note.

**CUSTOMERS BANK DOES HEREBY ACCELERATE AND DECLARE ALL AMOUNTS UNDER THE LOAN DOCUMENTS TO BE IMMEDIATELY DUE AND PAYABLE.**

As of today's date, May 12, 2023, the amount due and payable for each loan is as follows:

- SBA Loan No. 35865970-07  Bank Loan No. 30000617: **$253,550.71**
- SBA Loan No. 42019070-09  Bank Loan No. 30000941: **$48,133.54**
- SBA Loan No. 14124991-03  Bank Loan No. 30004165: **$63,780.70**

**The total payment obligation under the Loan Documents is $365,464.95.**

Interest continues to accrue for each loan as follows:

- SBA Loan No. 35865970-07  Bank Loan No. 30000617: **$42.85 per diem**
- SBA Loan No. 42019070-09  Bank Loan No. 30000941: **$13.94 per diem**
- SBA Loan No. 14124991-03  Bank Loan No. 30004165: **$18.59 per diem**

We hereby demand that all of the aforesaid amounts be paid within thirty (30) days of your receipt of this letter. Unless such payment is made in full within such thirty (30) day period, I have been instructed to promptly commence legal proceedings, whereby Customers Bank will seek the full amount of principal, accrued interest, attorney fees, and all other costs of collection, all to the full extent permitted by law.

No payment of any amount other than the full amount due and owing of **$365,464.95,** plus interest through the date of full payment, shall alter this demand. Among other things, Customers Bank shall, in its discretion, file a lawsuit for all amounts due against BTIC and the

personal guarantors and foreclose upon property secured by the UCC financing statements and the deed to secure debt. No exercise of one remedy may be construed as a waiver of any other remedy.

This letter is also to advise you that Customers Bank intends to enforce the provisions of the Loan Documents relative to the payment of attorney fees. Pursuant to O.C.G.A. § 13-1-11, unless BTIC makes payment in full of the above stated amounts, plus additional accrued interest, within ten (10) days from the date of its receipt of this letter, Customers Bank intends to enforce collection of attorney fees as provided in the Loan Documents. Under the Loan Documents and O.C.G.A. § 13-1-11, the attorney fees due and payable will be fifteen percent of the first $500.00 of principal and interest owing and ten percent of all remaining amounts owing. You may avoid the obligation to pay attorney fees by paying the total amount of principal, interest and late fees as set forth above, plus additional accrued interest, within ten (10) days of its receipt of this letter.

The matters set forth in this letter demand your immediate attention. Please govern yourself accordingly.

Very truly yours,

Zack Greenamyre

cc: Customers Bank, via email