IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY RUSSELL,<br><br>              Plaintiff,<br><br>       v.<br><br>HEATHER PAGE,<br><br>              Defendant. | CIVIL ACTION NO._____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Heather Page (hereinafter "Defendant"), by and through her undersigned counsel, hereby removes this action from the State Court of Cobb County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Removal is based on diversity jurisdiction because there is complete diversity of citizenship between Plaintiffs and Defendants served in this matter, and the amount in controversy is in excess of $75,000.00.  In support of its Notice of Removal ("Notice"), Defendant states the following:

### I. Background

1.     This case was originally filed by Plaintiff Jeffrey Russell in the State Court of Cobb County, Georgia on April 30, 2023. In Plaintiff's Complaint for

Damages (the "Complaint"), Plaintiff Jeffrey Russell alleges he sustained injuries to his self and damage to his vehicle after being involved in a motor vehicle accident on or about November 19, 2021.

2.      In accordance with 28 U.S.C. 1446(a), a copy of all process, pleadings, and orders served upon Defendant are attached hereto as **Exhibit A.** A copy of the Notice of Filing Notice of Removal, filed in the State Court of Cobb County, Georgia is attached hereto as **Exhibit B.**

## II. THIS NOTICE OF REMOVAL IS TIMELY FILED

3.      This lawsuit is a case within the meaning of the Acts of Congress relating to the removal of civil actions.

4.      Defendant received a copy of Plaintiff's Complaint by individual service on May 15, 2023. The Affidavit of Service of Process is attached hereto as **Exhibit C.**

5.      The removal of this action to this Court is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty (30) days after May 15, 2023, which is the date Defendant first received the Summons and Complaint in this action. **(Exhibit C).**

6.      The United States District Court for the Northern District of Georgia, Atlanta Division, is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place

where the original action was filed and is pending.

## III. THIS COURT HAS DIVERSITY JURISDICTION

7.     Upon information and belief and according to the pleadings in this matter, Plaintiff Jeffery Russell is a resident, domiciliary and citizen of Cobb County in the State of Georgia, who resides at 2164 Asquith Avenue SW Marietta, Georgia 30008. Mr. Russell has filed his case in Cobb County State Court and has therefore submitted to the jurisdiction. Plaintiff alleges he sustained property damage to his vehicle and bodily injury from a motor vehicle accident involved with Defendant on or around November 19, 2021. This Court has personal jurisdiction over Plaintiff Jeffery Russell.

8.     Defendant Heather Page is a resident, domiciliary and citizen of Collierville, Tennessee who resides at 240 Brier Hills Drive, Collierville, Tennessee 38017. **Exhibit C.**

9.     Upon information and belief, there is complete diversity of citizenship between "the parties in interest properly joined and served as defendants."

10.     According to the Complaint, Plaintiff has special damages in the amount  of $50,200.07. He also claims significant physical and mental pain and suffering and costs and expenses of the litigation.  In addition, Plaintiff has presented a surgical estimate from Barbour Orthopedics and Sports Medicine totaling an additional $73,468.90, which brings the Plaintiff's claims well above

the $75,000.00 requirement for removal. Due to the medical nature of the billings, Defendant has not attached the document as an exhibit, but can provide a sealed copy upon request by the Court and permission by Plainitff.

## IV. NOTICE OF REMOVAL TO THE STATE COURT OF COBB COUNTY

11.    Concurrently with this Notice of Removal, Defendant Heather Page will file a copy of this Notice with the State Court of Cobb County, Georgia. A copy of the written notice of the Notice of Removal to Federal Court is attached hereto as **Exhibit B.** In accordance with 28 U.S.C. § 1446(d), Defendant Heather Page will give written notice to Plaintiff by contemporaneously serving him with this Notice.

12.    If any questions arises as to the propriety of the removal of this action, Defendant respectfully requests the opportunity to present a brief and oral argument in support of its position that this case is removable. See Sierminski v. Transouth Fin. Corp., 216 F.3d 945, 949 (11th Cir. 2000) (post-removal evidence in assessing removal jurisdiction may be considered by the Court.

## IV. CONCLUSION

For the foregoing reasons, Defendant Heather Page, respectfully requests that this civil action be, and is hereby, removed to the United States District Court for the Northern District of Georgia, Atlanta Division, that this Court assume jurisdiction of this civil action, and that this Court enter such other that further

orders as may be necessary to accomplish the requested removal.

This the 14th day of June, 2023.

MCANGUS  GOUDELOCK  &  COURIE, LLC

*/s/ Mary-Margaret Noland*
MARY-MARGARET NOLAND (GA Bar No. 688181)
mary-margaret.noland@mgclaw.com
MARK J. EDWARDS (GA Bar No. 698903)
Mark.edwards@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7314
*Attorneys for Heather Page*

## <u>CERTIFICATION</u>

Pursuant to L.R. 7.1(D) N.D.Ga., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in L.R. 5.1B, N.D.Ga.

This the 14th day of June, 2023.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Mary-Margaret Noland*
MARY-MARGARET NOLAND (GA Bar No. 688181)
mary-margaret.noland@mgclaw.com
MARK J. EDWARDS (GA Bar No. 698903)
Mark.edwards@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7314
*Attorneys for Heather Page*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing ***Notice of Removal*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

> Email: smoskowitz@attorneykennugent.com
> Sarah E. Moskowitz
> Kenneth S. Nugent, P.C.
> 4227 Pleasant Hill Road, Building 11
> Duluth, Georgia 30096
> Attorney for Jeffrey Russell

This the 14th day of June, 2023.

> MCANGUS   GOUDELOCK   &   COURIE,
> LLC
>
>
> */s/ Mary-Margaret Noland*
> MARY-MARGARET NOLAND (GA Bar No. 688181)
> mary-margaret.noland@mgclaw.com
> MARK J. EDWARDS (GA Bar No. 698903)
> Mark.edwards@mgclaw.com
> Post Office Box 57365
> 270 Peachtree Street, NW, Suite 1800 (30303)
> Atlanta, Georgia 30343
> (678) 500-7314
> *Attorneys for Heather Page*

# EXHIBIT A

ID# E-FVGSDDW4-MLV
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-1819**

APR 30, 2023 12:21 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

JEFFREY RUSSELL,

    **Plaintiff,**

**v.**

**HEATHER PAGE,**

    **Defendant.**

**CIVIL ACTION FILE NO.**

## COMPLAINT FOR DAMAGES

COMES NOW Jeffrey Russell, Plaintiff in the above-styled action, by and through his undersigned counsel, Kenneth S. Nugent, P.C., and hereby file this, his *Complaint for Damages* (hereinafter the "Complaint") against Defendant Heather Page, and show this Honorable Court as follows:

## PARTIES AND JURISDICTION

1.

Plaintiff Jeffrey Russell (hereinafter "Plaintiff") is a resident of the State of Georgia and has been a resident of State of Georgia at all times relevant to this action.

2.

Defendant Heather Page (hereinafter "Defendant") is a resident of the State of Tennessee and can be served with the *Summons* and *Complaint for Damages* at her residence address, to wit: 240 Brier Hills Drive, Collierville, Fayette County, Tennessee 38017.

3.

The acts of negligence giving rise to this Complaint for Damages occurred in Cobb County, Georgia.

4.

Defendant is subject to the jurisdiction and venue of this Court pursuant to O.C.G.A. §40-12-2, or Non-Resident Motorist Act.

## SUMMARY OF FACTS

5.

On or about November 19, 2021, Plaintiff was a restrained front-seat passenger in a vehicle driven by Marlon Grayson. Marlon Grayson was traveling eastbound on the Interstate 20 near Six Flags Parkway in Cobb County, Georgia.

6.

At all times relevant hereto, the vehicle occupied by Plaintiff was operated in a safe, reasonable, and prudent fashion.

7.

On or about said time and place, Defendant was the driver of a 2020 Ford EPD. Defendant was traveling in the same direction as Plaintiff. Suddenly and without warning, Defendant rear-ended the vehicle in front of her, driven by Michael Hester. The impact was so significant that Mr. Hester's vehicle was pushed into the vehicle driven by Mr. Grayson. Defendant caused the collision, resulting in damages to all vehicles and bodily injuries to Plaintiff (**See** Accident Report attached as **Exhibit "A"**).

### COUNT I
### NEGLIGENCE AND NEGLIGENCE PER SE

8.

Plaintiff re-incorporates and re-alleges Paragraphs 1-7 of this Complaint as fully set forth herein in their entirety.

2

9.

At said time and place, Defendant failed to act in the manner expected of a reasonable and prudent driver by following too closely.

10.

To that effect, Defendant was found at fault for Following Too Closely, in violation of O.C.G.A. § 40-6-49, which constitutes negligence per se, and said Defendant was otherwise negligent.

11.

The tortious acts and omissions committed by Defendant, which caused the subject collision and resulting injuries, include, but are not limited to, the following:

a)      following too closely, in violation of O.C.G.A. § 40-6-49;

b)      failure to use due care while driving, O.C.G.A. § 40-6-241, said violation being negligence per se;

c)      operating her vehicle with reckless disregard for the safety of other persons on the roadway in violation of O.C.G.A. § 40-6-390, said violation being negligence per se;

d)      failure to control her vehicle as to avoid a collision, in violation of the requirements of ordinary care and diligence; and,

e)      such other specifications of negligence as shall be added by amendment or proven at trial.

12.

As a direct and proximate result of the collision, Plaintiff sustained immediate injuries to his cervical and lumbar spine.

3

13.

The aforesaid collision was not the result of any negligence on the part of Plaintiff.

14.

Defendant's negligent actions were the sole, direct, and proximate cause of the collision.

15.

As a result of the injuries Plaintiff sustained in the collision, he has incurred significant physical and mental pain and suffering, as well as special damages in the amount of $50,200.07, which is subject to being supplemented at the time of trial and is itemized as follows:

| | |
|---|---|
| Comprehensive Wellness Center | $555.00 |
| AICA Orthopedics-Lithia Springs | $14,692.00 |
| Summit Surgery Center of Buckhead | $5,000.00 |
| Barbour Orthopaedics | $13,880.67 |
| American Health Imaging | $4,595.00 |
| Acute Physical Therapy | $5,635.00 |
| **TOTAL:** | **$50,200.07** |

16.

Defendant is liable for the injuries sustained by Plaintiff and responsible for the special and general damages incurred by Plaintiff as a result of this collision.

17.

Plaintiff is entitled to recover from Defendant for his medical expenses, pain and suffering, and any other general or special damages incurred as a result of the collision.

**WHEREFORE,** Plaintiff prays that he has judgment against Defendant as follows:

4

(a)     that summons issues and service be perfected upon Defendant requiring her to appear before this Court and answer this *Complaint for Damages;*

(b)     for general damages to be determined by the enlightened conscience of an impartial jury;

(c)     for special damages in the amount of **$50, 200.07**, to be proven by evidence at trial;

(d)     for costs and expenses of this litigation;

(e)     for any and all other and further relief that this Court deems just and proper under the circumstances; and

(f)     for a trial by jury on all issues so triable.

Respectfully submitted this 30th day of April, 2023.

KENNETH S. NUGENT, P.C.

By:     */s/ Sarah E. Moskowitz*
        SARAH E. MOSKOWITZ
        Georgia State Bar No.: 873693
        JAN P. COHEN
        Georgia State Bar No.: 174337
        ***Attorneys for Plaintiff***

4227 Pleasant Hill Road
Building 11
Duluth, Georgia 30096
T: (404) 875-0900
F: (678) 957-8657
smoskowitz@attorneykennugent.com
jcohen@attorneykennugent.com

**Exhibit A**

## GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | | County | Date Rec. by DOT |
|---|---|---|---|---|
| 21090510 | 0330200 | | COBB | 11/19/2021 |

| | Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Time | Date | Time | Date | Time | Vehicles | Total Number of Injuries | Fatalities | |
| | 11/19/2021 | 11:30 | 11/19/2021 | 11:31 | 11/19/2021 | 11:45 | 3 | 0 | 0 | |

| Road of Occurence | I 20 East | | | From Its Intersection With | | ☐ Suppl. To Original? |
|---|---|---|---|---|---|---|
| Not At Its Intersection But | 500 | ☐ Miles ☑ Feet | ☐ North ☑ East ☐ South ☐ West | Of   SIX FLAGS PKWY | | ☐ Private Property? |
| Latitude (Y) | 33.77099 | | Longitude (X) | -84.54379 | | ☐ Hit And Run? |
| (Format) | 00.00000 | | (Format) | -00.00000 | | |

### Unit 1

| Unit # 1 | ☑ Driver ☐ Ped ☐ Bike | LAST NAME PAGE | FIRST HEATHER | MIDDLE B |
|---|---|---|---|---|
| ☑ Susp At Fault | | Address   240 BRIER HILLS DR | | |

| City COLLIERVILLE | State TN | Zip 38017 | DOB ▇▇▇ |
|---|---|---|---|

| Driver's License No 084586005 | Class CLASS D | State TN | Country |
|---|---|---|---|

| Insurance Co. BUILDERS PREMIER INS | Policy No. PCA0028952 | Telephone No. 9012103939 |
|---|---|---|

| Year 2020 | Make FORD | Model EPO |
|---|---|---|

| VIN 1FMJK1JT8LEA66861 | Vehicle Color Silver |
|---|---|

| Tag # 383H196 | State TN | County | Year 2022 |
|---|---|---|---|

| Trailer Tag # | State | County | Year |
|---|---|---|---|

| ☑ Same as Driver | Owner's Last Name PAGE | First HEATHER | Middle B |
|---|---|---|---|

| Address 240 BRIER HILLS DR |
|---|

| City COLLIERVILLE | State TN | Zip 38017 |
|---|---|---|

| Removed By: DRIVER | ☐ Request | ☐ List |
|---|---|---|

| Alcohol Test: No | Type: Not Tested | Results: None Given | Drug Test: | Type: | Results: |
|---|---|---|---|---|---|

| First Harmful Event: Motor Vehicle In Motion | Most Harmful Event: Motor Vehicle In Motion | Operator/Ped Cond: Not Drinking |
|---|---|---|

| Operator Factors: Following too Close |
|---|

| Vehicle Factors:   No Contributing Factors | Roadway Factors:   No Contributing Factors |
|---|---|

| Direction of Travel: East | Vehicle Maneuver: Straight | Non-Motor Maneuver: |
|---|---|---|

| Vehicle Class: Privately Owned | Vehicle Type: Sports Utility Vehicle (SUV) | Vision Obscured: Sunlight/Glare |
|---|---|---|

| Number of Occupants: 5 | Area of Initial Contact: Front End | Damage to Vehicle: Functional Damage |
|---|---|---|

| Traffic Way Flow: Two-Way Trafficway with a physical separation | Road Composition: Black Top | Road Character: Straight and Level |
|---|---|---|

| Number of Lanes: 4 | Posted Speed: 60 | Work Zone: |
|---|---|---|

| Traffic Control: Lanes | Device Inoperative:   ☐ Yes ☑ No |
|---|---|

| Citation Information: | | |
|---|---|---|
| Citation #   3895332 | O.C.G.A. § | 40-6-49 |
| Citation # | O.C.G.A. § | |
| Citation # | O.C.G.A. § | |

### Unit 2

| Unit # 2 | ☑ Driver ☐ Ped ☐ Bike | LAST NAME HESTER | FIRST MICHAEL | MIDDLE DAVID |
|---|---|---|---|---|
| ☐ Susp At Fault | | Address   25 PLYMOUTH LN | | |

| City CARROLLTON | State GA | Zip 30117885 | DOB ▇▇▇ |
|---|---|---|---|

| Driver's License No 029469218 | Class CLASS C | State GA | Country |
|---|---|---|---|

| Insurance Co. STATE FARM FIRE AND CASUALTY C | Policy No. 1128187193001 | Telephone No. 7703629435 |
|---|---|---|

| Year 2015 | Make NISSAN | Model VERSA NOTE S |
|---|---|---|

| VIN 3N1CE2CP2FL365751 | Vehicle Color Unknown |
|---|---|

| Tag # CKG1481 | State GA | County CARROLL | Year 2022 |
|---|---|---|---|

| Trailer Tag # | State | County | Year |
|---|---|---|---|

| ☑ Same as Driver | Owner's Last Name HESTER | First MICHAEL | Middle DAVID |
|---|---|---|---|

| Address 25 PLYMOUTH LN |
|---|

| City CARROLLTON | State GA | Zip 301178855 |
|---|---|---|

| Removed By: DRIVER | ☐ Request | ☐ List |
|---|---|---|

| Alcohol Test: No | Type: Not Tested | Results: None Given | Drug Test: | Type: | Results: |
|---|---|---|---|---|---|

| First Harmful Event: Motor Vehicle In Motion | Most Harmful Event: Motor Vehicle In Motion | Operator/Ped Cond: Not Drinking |
|---|---|---|

| Operator Factors:   No Contributing Factors |
|---|

| Vehicle Factors:   No Contributing Factors | Roadway Factors:   No Contributing Factors |
|---|---|

| Direction of Travel: East | Vehicle Maneuver: Stopped | Non-Motor Maneuver: |
|---|---|---|

| Vehicle Class: Privately Owned | Vehicle Type: Passenger Car | Vision Obscured: Sunlight/Glare |
|---|---|---|

| Number of Occupants: 1 | Area of Initial Contact: Rear End | Damage to Vehicle: Functional Damage |
|---|---|---|

| Traffic Way Flow: Two-Way Trafficway with a physical separation | Road Composition: Black Top | Road Character: Straight and Level |
|---|---|---|

| Number of Lanes: 6 | Posted Speed: 60 | Work Zone: None |
|---|---|---|

| Traffic Control: Lanes | Device Inoperative:   ☐ Yes ☑ No |
|---|---|

| Citation Information: | | |
|---|---|---|
| Citation # | O.C.G.A. § | |
| Citation # | O.C.G.A. § | |
| Citation # | O.C.G.A. § | |

### COMMERCIAL MOTOR VEHICLES ONLY

| Carrier Name | | | | Carrier Name | | | |
|---|---|---|---|---|---|---|---|
| Address | City | State | Zip | Address | City | State | Zip |
| U.S. D.O.T. # | No. of Axles | G.V.W.R | | U.S. D.O.T. # | No. of Axles | G.V.W.R | |
| Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No | Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No |
| C.D.L. ? ☐ Yes ☐ No | | C.D.L. Suspended? ☐ Yes ☐ No | | C.D.L. ? ☐ Yes ☐ No | | C.D.L. Suspended? ☐ Yes ☐ No | |
| Vehicle Placarded? ☐ Yes ☐ No | | Hazardous Materials? ☐ Yes ☐ No | | Vehicle Placarded? ☐ Yes ☐ No | | Hazardous Materials? ☐ Yes ☐ No | |
| Hazmat Released? ☐ Yes ☐ No | | | | Hazmat Released? ☐ Yes ☐ No | | | |
| If YES: Name or 4 Digit Number from Diamond or Box: | | | | If YES: Name or 4 Digit Number from Diamond or Box: | | | |
| One Digit Number from Bottom of Diamond: | | | | One Digit Number from Bottom of Diamond: | | | |
| ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units | | | | ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units | | | |

| Unit # **3** | ✓ Driver / Ped / Bike | LAST NAME GRAYSON | FIRST MARLON | MIDDLE LAMART |
|---|---|---|---|---|
| ☐ Susp At Fault | | Address 2105 MESA VALLEY WAY APT 701 | | |

| City AUSTELL | State GA | Zip 30106817 | DOB |
|---|---|---|---|

| Driver's License No 057787177 | Class CLASS CM | State GA | Country |
|---|---|---|---|

| Insurance Co. AMERICAN STANDARD INSURANCE | Policy No. 410721265882 | Telephone No. 4045091794 |
|---|---|---|

| Year 2013 | Make FORD | Model F150 |
|---|---|---|

| VIN 1FTFW1CF8DFA58929 | Vehicle Color Unknown |
|---|---|

| Tag # VEV968 | State GA | County | Year 2022 |
|---|---|---|---|

| Trailer Tag # | State | County | Year |
|---|---|---|---|

| ☐ Same as Driver | Owner's Last Name GRAYSON | First MARLON | Middle |
|---|---|---|---|

**Address** 2105 MESA VALLEY WAY APT 701

| City AUSTELL | State GA | Zip 301068172 |
|---|---|---|

| Removed By: DRIVER | ☐ Request | ☐ List |
|---|---|---|

| Alcohol Test: No | Type: Not Tested | Results: None Given | Drug Test: No | Type: | Results: |
|---|---|---|---|---|---|

| First Harmful Event: Motor Vehicle In Motion | Most Harmful Event: Motor Vehicle In Motion | Operator/Ped Cond: Not Drinking |
|---|---|---|

**Operator Factors:** No Contributing Factors

| Vehicle Factors: No Contributing Factors | Roadway Factors: No Contributing Factors |
|---|---|

| Direction of Travel: East | Vehicle Maneuver: Stopped | Non-Motor Maneuver: |
|---|---|---|

| Vehicle Class: Privately Owned | Vehicle Type: Pickup Truck | Vision Obscured: Sunlight/Glare |
|---|---|---|

| Number of Occupants: 2 | Area of Initial Contact: Rear End | Damage to Vehicle: Minor Damage |
|---|---|---|

| Traffic Way Flow: Two-Way Trafficway with a physical separation | Road Composition: Black Top | Road Character: Straight and Level |
|---|---|---|

| Number of Lanes: 6 | Posted Speed: 60 | Work Zone: None |
|---|---|---|

| Traffic Control: Lanes | Device Inoperative: ☐ Yes ✓ No |
|---|---|

**Citation Information:**

| Citation # | O.C.G.A. § |
|---|---|
| Citation # | O.C.G.A. § |
| Citation # | O.C.G.A. § |

## COMMERCIAL MOTOR VEHICLES ONLY

**Carrier Name**

| Address | City | State | Zip |
|---|---|---|---|

| U.S. D.O.T. # | No. of Axles | G.V.W.R |
|---|---|---|

| Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No |
|---|---|---|---|

| C.D.L. ? ☐ Yes ☐ No | C.D.L. Suspended? ☐ Yes ☐ No |
|---|---|

| Vehicle Placarded? ☐ Yes ☐ No | Hazardous Materials? ☐ Yes ☐ No |
|---|---|

| Hazmat Released? ☐ Yes ☐ No | |
|---|---|

**If YES: Name or 4 Digit Number from Diamond or Box:**

**One Digit Number from Bottom of Diamond:**

| ☐ Ran Off Road | ☐ Down Hill Runaway | ☐ Cargo Loss or Shift | ☐ Separation of Units |
|---|---|---|---|

## COLLISION FIELDS

| Manner of Collision: Rear End | Location at Area of Impact: On Roadway - Non-Intersection | Weather:  Clear | Surface Condition:  Dry | Light Condition: Daylight |
|---|---|---|---|---|

## NARRATIVE

Added :Nov 19 2021  1:36PM
While traveling east bound on I-20 Vehicle 1 hit the rear of Vehicle 2 pushing it into Vehicle 3 which stopped for traffic.Driver 1 stated the sun was in her eyes and she could not see very well. She said the traffic stopped in front of her and she could not stop in time and hit Vehicle 2 which pushed it into vehicle 3.Driver 2 stated he was hit by Vehicle 1 and pushed into Vehicle 3.Driver 3 stated he was stopped and was hit by Vehicle 2.No injuries reported at the scene and Driver 1 was cited. All vehicles were drivable.

## DIAGRAM



Indicate North

I-20 EAST

Drawing Not To Scale.

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle: | | Owner: | |
|---|---|---|---|

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

GDOT-523 (07/17)

## OCCUPANT INFORMATION

### 1
| Name (Last, First): PAGE, HEATHER | | | | | Address: 240 BRIER HILLS DR  COLLIERVILLE, TN 38017 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 41 | Sex: Female | Unit # 1 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: (0) No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 2
| Name (Last, First): PAGE, EMMA | | | | | Address: 240 BRIER HILLS  COLLIERVILLE, TN 38017 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 17 | Sex: Female | Unit # 1 | Position: Front Seat-Right Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: (0) No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 3
| Name (Last, First): BURGESS, HUNTER | | | | | Address: 240 BRIER HILLS DR  COLLIERVILLE, TN 38017 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 16 | Sex: Male | Unit # 1 | Position: Rear Seat-Right Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: No Air Bag in This | Injury: (0) No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 4
| Name (Last, First): LAURENDEA, HAYLEY | | | | | Address: 240 BRIER HILLS DR  COLLIERVILLE, TN 38017 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 17 | Sex: Female | Unit # 1 | Position: Rear Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: No Air Bag in This | Injury: (0) No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 5
| Name (Last, First): PAGE, DYLAN | | | | | Address: 240 BRIER HILLS DR  COLLIERVILLE, TN 38017 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 16 | Sex: Male | Unit # 1 | Position: Sleeper Section of Cab | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: No Air Bag in This | Injury: (0) No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 6
| Name (Last, First): HESTER, MICHAEL | | | | | Address: 25 PLYMOUTH LN  CARROLLTON, GA 301178855 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 50 | Sex: Male | Unit # 2 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: (0) No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 7
| Name (Last, First): GRAYSON, MARLON | | | | | Address: 2105 MESA VALLEY WAY APT 701  AUSTELL, GA 301066172 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 46 | Sex: Male | Unit # 3 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: (0) No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 8
| Name (Last, First): RUSSELL, JEFFREY | | | | | Address: 2164 ASQUITH AVE SW  MARIETTA, GA 30008 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 59 | Sex: Male | Unit # 3 | Position: Front Seat-Right Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: (0) No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

| Photos Taken: ☐ Yes  ☑ No | By: | | *Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.* |
|---|---|---|---|
| **Report By:** WILLIAMS, (1689) | **Agency:** Cobb County Police Department | **Report Date:** 11/19/2021 00:00 | **Checked By:** BRANTLEY,    **Date Checked:** 11/19/2021 |

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

ID# E-FVGSDDW4-WQZ
⚖ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-1819**

**APR 30, 2023 12:21 PM**

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

CIVIL ACTION NUMBER   23-A-1819

$198.00 COST PAID

Russell, Jeffrey

_____
**PLAINTIFF**

**VS.**

Page, Heather

_____
**DEFENDANT**

## SUMMONS

TO: PAGE, HEATHER

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Sarah E Moskowitz**
> **Kenneth S. Nugent, P.C.**
> **4227 Pleasant Hill Road**
> **Bldg. 11**
> **Duluth, Georgia 30096**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 1st day of May, 2023.**

Clerk of State Court



*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

JEFFREY RUSSELL,

          Plaintiff,

    v.

HEATHER PAGE,

          Defendant.

Civil Action No. 23-A-1819

## ANSWER AND AFFIRMATIVE DEFENSES OF
## DEFENDANT HEATHER PAGE TO PLAINTIFF'S COMPLAINT

**COMES NOW HEATHER PAGE** (hereinafter "Defendant" or "Page"), Defendant in the above-styled action, and hereby responds to Plaintiff's Complaint (Plaintiff's "Complaint"), showing this Court as follows:

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief may be granted.

## SECOND DEFENSE

It is denied that all of Plaintiff's injuries and damages were proximately caused by the subject alleged incident.

## THIRD DEFENSE

If it is judicially determined that Defendant is liable for any injuries sustained by Plaintiff, which is denied, then Defendant states that any injuries so sustained were caused, in whole or in part, by the Plaintiff's own negligence and/or fault, and/or assumption of the risk, and that Plaintiff's damages therefore should be reduced by the percentage commensurate with the degree of negligence or fault attributable to Plaintiff or barred completely.

## FOURTH DEFENSE

The sole, direct and proximate cause of any injury or damage which Plaintiff may have sustained was due to acts or omissions of some other person, persons or entity other than Defendant and therefore Plaintiff is not entitled to recover anything from Defendant.

## FIFTH DEFENSE

No act or omission on the part of Defendant caused or contributed to any of the alleged injuries or damages claimed by Plaintiff, and therefore Plaintiff is not entitled to recover anything from Defendant.

## SIXTH DEFENSE

Defendant specially appears in this matter for purposes of the Answer; Defendant asserts and does not waive its affirmative defenses for lack of service and insufficiency of service.

## SEVENTH DEFENSE

Defendant states that she reserves and does not waive all applicable defenses as set forth in O.C.G.A. 9-11-12(b).

## EIGHTH DEFENSE

Pursuant to O.C.G.A. § 51-12-33(a) and (b), any damages recoverable by Plaintiff must be apportioned among each person or entity that caused or contributed to the alleged damages based on the percentages of fault assigned by the trier of fact.

## NINTH DEFENSE

Defendant reserves the right to assert further Affirmative Defenses that become apparent through discovery.

Subject to the foregoing defenses, Defendant hereby responds to the Plaintiff's Complaint

as follows:

1.

Defendant is presently without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 1 of Plaintiff's Complaint.   Therefore, the allegations contained therein are denied at this time, and strict proof demanded.

2.

Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.

Defendant denies the allegations contained in Paragraph 3 of Plaintiff's Complaint as stated, and demands strict proof thereof. Further, no act or omission on the part of this Defendant caused or contributed to any of the alleged injuries or damages claimed by Plaintiff.

4.

At this time, the Defendant reserves any defenses to jurisdiction and venue, pending investigation and discovery.

## SUMMARY OF FACTS

5.

Defendant is presently without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 5 of Plaintiff's Complaint.   Therefore, the allegations contained therein are denied at this time, and strict proof demanded.

6.

Defendant denies the allegations contained in Paragraph 6 of Plaintiff's Complaint as stated, and demands strict proof thereof. Further, no act or omission on the part of this Defendant caused or contributed to any of the alleged injuries or damages claimed by Plaintiff.

7.

Defendant admits only that she was the driver of a 2020 Ford EPD travelling in the same direction as the Plaintiff.  Defendant admits that she came into contact with the vehicle driven by Michael Hester. Defendant denies the remaining allegations contained in Paragraph 7 of Plaintiff's Complaint as stated, and demands strict proof thereof. Further, no act or omission on the part of this Defendant caused or contributed to any of the alleged injuries or damages claimed by Plaintiff.

## COUNT I
## NEGLIGENCE AND NEGLIGENCE PER SE

8.

Defendant repeats and reiterates the responses contained in the above Paragraphs as if fully set forth herein.

9.

Defendant denies the allegations contained in Paragraph 9 of Plaintiff's Complaint as stated, and demands strict proof thereof. Further, no act or omission on the part of this Defendant caused or contributed to any of the alleged injuries or damages claimed by Plaintiff.

10.

Defendant objects to the extent that Paragraph 10 calls for legal conclusions. As such, Defendant is not required to admit or deny the same.  To the extent that Paragraph 10 may be interpreted to contain allegations against this Defendant, Defendant denies the same and demands strict proof thereof.

11.

Defendant denies the allegations contained in Paragraph 11 of Plaintiff's Complaint as

stated, and demands strict proof thereof. Further, no act or omission on the part of this Defendant caused or contributed to any of the alleged injuries or damages claimed by Plaintiff.

12.

Defendant denies the allegations contained in Paragraph 12 of Plaintiff's Complaint as stated, and demands strict proof thereof. Further, no act or omission on the part of this Defendant caused or contributed to any of the alleged injuries or damages claimed by Plaintiff.

13.

Defendant denies the allegations contained in Paragraph 13 of Plaintiff's Complaint as stated, and demands strict proof thereof. Further, no act or omission on the part of this Defendant caused or contributed to any of the alleged injuries or damages claimed by Plaintiff.

14.

Defendant denies the allegations contained in Paragraph 14 of Plaintiff's Complaint as stated, and demands strict proof thereof. Further, no act or omission on the part of this Defendant caused or contributed to any of the alleged injuries or damages claimed by Plaintiff.

15.

Defendant denies the allegations contained in Paragraph 15 of Plaintiff's Complaint as stated, and demands strict proof thereof. Further, no act or omission on the part of this Defendant caused or contributed to any of the alleged injuries or damages claimed by Plaintiff.

16.

Defendant denies the allegations contained in Paragraph 16 of Plaintiff's Complaint as stated, and demands strict proof thereof. Further, no act or omission on the part of this Defendant caused or contributed to any of the alleged injuries or damages claimed by Plaintiff.

17.

Defendant denies the allegations contained in Paragraph 17 of Plaintiff's Complaint as stated, and demands strict proof thereof. Further, no act or omission on the part of this Defendant caused or contributed to any of the alleged injuries or damages claimed by Plaintiff.

Defendant denies the Plaintiff's Prayer for Relief and WHEREFORE Paragraphs.

**EACH AND EVERY ALLEGATION CONTAINED IN PLAINTIFF'S COMPLAINT WHICH HAS NOT BEEN SPECIFICALLY ADMITTED OR OTHERWISE RESPONDED TO BY DEFENDANT, IS HEREBY DENIED.**

**WHEREFORE**, having fully responded to Plaintiff's Complaint, Defendant prays as follows:

(a)     That it be discharged without liability to Plaintiff;

(b)     That all costs be assessed against Plaintiff;

(c)     That this Court enter such other and further relief as it deems just and proper.

**<u>DEMAND FOR TRIAL BY JURY</u>**

Defendant demands a trial by jury of 12 persons.

This the 14th day of June, 2023.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Mary-Margaret Noland*
MARY-MARGARET NOLAND (GA Bar No. 688181)
mary-margaret.noland@mgclaw.com
MARK J. EDWARDS (GA Bar No. 698903)
Mark.edwards@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7314
*Attorneys for Heather Page*

6

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Answer and Affirmative Defenses of Defendant Heather Page to Plaintiff's Complaint* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

> Email: smoskowitz@attorneykennugent.com
> Sarah E. Moskowitz
> Kenneth S. Nugent, P.C.
> 4227 Pleasant Hill Road
> Building 11
> Duluth, Georgia 30096
> Attorney for Jeffrey Russell

This the 14th day of June, 2023.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Mary-Margaret Noland*
MARY-MARGARET NOLAND (GA Bar No. 688181)
mary-margaret.noland@mgclaw.com
MARK J. EDWARDS (GA Bar No. 698903)
Mark.edwards@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7314
*Attorneys for Heather Page*

# EXHIBIT B

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

JEFFREY RUSSELL,

           Plaintiff,

     v.

HEATHER PAGE,

           Defendant.

Civil Action No. 23-A-1819

## **NOTICE OF NOTICE OF REMOVAL TO FEDERAL COURT**

PLEASE TAKE NOTICE that on June 13, 2023, Defendant Heather Page filed a ***Notice of Removal*** of this action, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, in the United States District Court for the Northern District of Georgia, Atlanta Division. Pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further unless and until the case is remanded." A copy of the ***Notice of Removal,*** without exhibits, is attached hereto as <u>Exhibit A.</u>

This the 14th day of June, 2023.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Mary-Margaret Noland*
MARY-MARGARET NOLAND (GA Bar No. 688181)
mary-margaret.noland@mgclaw.com
MARK J. EDWARDS (GA Bar No. 698903)
Mark.edwards@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7314
*Attorneys for Heather Page*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Notice of Removal to Federal Court* was served upon all counsel of record via the Court's electronic filing system, which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

> Email: smoskowitz@attorneykennugent.com
> Sarah E. Moskowitz
> Kenneth S. Nugent, P.C.
> 4227 Pleasant Hill Road, Building 11
> Duluth, Georgia 30096
> Attorney for Jeffrey Russell

This the 14th day of June, 2023.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Mary-Margaret Noland*
MARY-MARGARET NOLAND (GA Bar No. 688181)
mary-margaret.noland@mgclaw.com
MARK J. EDWARDS (GA Bar No. 698903)
Mark.edwards@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7314
*Attorneys for Heather Page*

**EXHIBIT**

**A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEFFREY RUSSELL,

          Plaintiff,

    v.                                CIVIL ACTION NO._____

HEATHER PAGE,

          Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Heather Page (hereinafter "Defendant"), by and through her undersigned counsel, hereby removes this action from the State Court of Cobb County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Removal is based on diversity jurisdiction because there is complete diversity of citizenship between Plaintiffs and Defendants served in this matter, and the amount in controversy is in excess of $75,000.00.  In support of its Notice of Removal ("Notice"), Defendant states the following:

## I. Background

1.    This case was originally filed by Plaintiff Jeffrey Russell in the State Court of Cobb County, Georgia on April 30, 2023. In Plaintiff's Complaint for

Damages (the "Complaint"), Plaintiff Jeffrey Russell alleges he sustained injuries to his self and damage to his vehicle after being involved in a motor vehicle accident on or about November 19, 2021.

2.      In accordance with 28 U.S.C. 1446(a), a copy of all process, pleadings, and orders served upon Defendant are attached hereto as **Exhibit A.** A copy of the Notice of Filing Notice of Removal, filed in the State Court of Cobb County, Georgia is attached hereto as **Exhibit B.**

## II. THIS NOTICE OF REMOVAL IS TIMELY FILED

3.      This lawsuit is a case within the meaning of the Acts of Congress relating to the removal of civil actions.

4.      Defendant received a copy of Plaintiff's Complaint by individual service on May 15, 2023. The Affidavit of Service of Process is attached hereto as **Exhibit C.**

5.      The removal of this action to this Court is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty (30) days after May 15, 2023, which is the date Defendant first received the Summons and Complaint in this action. **(Exhibit C).**

6.      The United States District Court for the Northern District of Georgia, Atlanta Division, is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place

where the original action was filed and is pending.

## III. THIS COURT HAS DIVERSITY JURISDICTION

7.      Upon information and belief and according to the pleadings in this matter, Plaintiff Jeffery Russell is a resident, domiciliary and citizen of Cobb County in the State of Georgia, who resides at 2164 Asquith Avenue SW Marietta, Georgia 30008. Mr. Russell has filed his case in Cobb County State Court and has therefore submitted to the jurisdiction. Plaintiff alleges he sustained property damage to his vehicle and bodily injury from a motor vehicle accident involved with Defendant on or around November 19, 2021. This Court has personal jurisdiction over Plaintiff Jeffery Russell.

8.      Defendant Heather Page is a resident, domiciliary and citizen of Collierville, Tennessee who resides at 240 Brier Hills Drive, Collierville, Tennessee 38017. **Exhibit C.**

9.      Upon information and belief, there is complete diversity of citizenship between "the parties in interest properly joined and served as defendants."

10.      According to the Complaint, Plaintiff has special damages in the amount  of $50,200.07. He also claims significant physical and mental pain and suffering and costs and expenses of the litigation.  In addition, Plaintiff has presented a surgical estimate from Barbour Orthopedics and Sports Medicine totaling an additional $73,468.90, which brings the Plaintiff's claims well above

the $75,000.00 requirement for removal. Due to the medical nature of the billings, Defendant has not attached the document as an exhibit, but can provide a sealed copy upon request by the Court and permission by Plainitff.

## IV. NOTICE OF REMOVAL TO THE STATE COURT OF COBB COUNTY

11.     Concurrently with this Notice of Removal, Defendant Heather Page will file a copy of this Notice with the State Court of Cobb County, Georgia. A copy of the written notice of the Notice of Removal to Federal Court is attached hereto as **Exhibit B.** In accordance with 28 U.S.C. § 1446(d), Defendant Heather Page will give written notice to Plaintiff by contemporaneously serving him with this Notice.

12.     If any questions arises as to the propriety of the removal of this action, Defendant respectfully requests the opportunity to present a brief and oral argument in support of its position that this case is removable. See Sierminski v. Transouth Fin. Corp., 216 F.3d 945, 949 (11th Cir. 2000) (post-removal evidence in assessing removal jurisdiction may be considered by the Court.

## IV. CONCLUSION

For the foregoing reasons, Defendant Heather Page, respectfully requests that this civil action be, and is hereby, removed to the United States District Court for the Northern District of Georgia, Atlanta Division, that this Court assume jurisdiction of this civil action, and that this Court enter such other that further

orders as may be necessary to accomplish the requested removal.

This the 14th day of June, 2023.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Mary-Margaret Noland*
MARY-MARGARET NOLAND (GA Bar No. 688181)
mary-margaret.noland@mgclaw.com
MARK J. EDWARDS (GA Bar No. 698903)
Mark.edwards@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7314
*Attorneys for Heather Page*

## **<u>CERTIFICATION</u>**

Pursuant to L.R. 7.1(D) N.D.Ga., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in L.R. 5.1B, N.D.Ga.


This the 14th day of June, 2023.

MCANGUS  GOUDELOCK  &  COURIE, LLC


*/s/ Mary-Margaret Noland*
MARY-MARGARET NOLAND (GA Bar No. 688181)
mary-margaret.noland@mgclaw.com
MARK J. EDWARDS (GA Bar No. 698903)
Mark.edwards@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7314
*Attorneys for Heather Page*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing ***Notice of Removal*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

> Email: smoskowitz@attorneykennugent.com
> Sarah E. Moskowitz
> Kenneth S. Nugent, P.C.
> 4227 Pleasant Hill Road, Building 11
> Duluth, Georgia 30096
> Attorney for Jeffrey Russell

This the 14th day of June, 2023.

> MCANGUS GOUDELOCK & COURIE, LLC
>
>
> */s/ Mary-Margaret Noland*
> MARY-MARGARET NOLAND (GA Bar No. 688181)
> mary-margaret.noland@mgclaw.com
> MARK J. EDWARDS (GA Bar No. 698903)
> Mark.edwards@mgclaw.com
> Post Office Box 57365
> 270 Peachtree Street, NW, Suite 1800 (30303)
> Atlanta, Georgia 30343
> (678) 500-7314
> *Attorneys for Heather Page*

# EXHIBIT C

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

**ID# E-DXHKZUHZ-VS5**
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-1819**

**JEFFREY RUSSELL**

Plaintiff/Petitioner

vs.

**HEATHER PAGE**

Defendant/Respondent

Case No.:        **23-A-1819**

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

**MAY 17, 2023 04:44 PM**

AFFIDAVIT OF SERVICE OF
**SUMMONS; COMPLAINT FOR DAMAGES; GENERAL
CIVIL AND DOMESITC RELATIONS CASE FILING
INFORMATION FORM; PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS TO DEFENDANT;
PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO
DEFENDANT; PLAINTIFF'S FIRST INTERROGATORIES
TO DEFENDANT**

Received by **Keelan Sanders**, on the **5th day of May, 2023 at 10:38 AM** to be served upon **Heather Page at 240 Brier Hills Drive, Collierville, Fayette County, TN 38017.**
On the **15th day of May, 2023 at 7:38 PM, I, Keelan Sanders, SERVED Heather Page at 240 Brier Hills Drive, Collierville, Fayette County, TN 38017** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **Heather Page.**

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Heather Page with identity confirmed by subject saying yes when named. The
individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female
contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing
is true and correct.

NAME: *Keelan Sanders*        2984        *5-17-23*

Keelan Sanders        Server ID #        Date

Notary Public: Subscribed and sworn before me on this ⟋⟋ day of *MAY* in the year of 20 Z3
Personally known to me ___X___ or _____ identified by the following document: ✓

*(signature)*

Notary Public (Legal Signature)



REF: **1082924**

Tracking #: **0106580857**