UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 2974 |
| | : | |
| This document relates to: | : | 1:20-md-02974-LMM |
| | : | |
| | : | |
| | : | |
| vs. | : | Civil Action No.: _____ |
| | : | |
| TEVA PHARMACEUTICALS USA, INC., TEVA WOMEN'S HEALTH, LLC, TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., THE COOPER COMPANIES, INC., and COOPERSURGICAL, INC. | : | |

## SHORT FORM COMPLAINT

Come(s) now the Plaintiff(s) named below, and for her/their Complaint against the Defendant(s) named below, incorporate(s) the Second Amended Master Personal Injury Complaint (Doc. No. 79), in MDL No. 2974 by reference. Plaintiff(s) further plead(s) as follows:

1.      Name of Plaintiff placed with Paragard: _____

        _____

2.      Name of Plaintiff's Spouse (if a party to the case): _____

        _____

3.      If case is brought in a representative capacity, Name of Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

_____

_____

4.      State of Residence of each Plaintiff (including any Plaintiff in a representative capacity) at time of filing of Plaintiff's original complaint:    _____

_____

5.      State of Residence of each Plaintiff at the time of Paragard placement:

_____

6.      State of Residence of each Plaintiff at the time of Paragard removal:

_____

7.      District Court and Division in which personal jurisdiction and venue would be proper:

_____

_____

8.      Defendants. (Check one or more of the following five (5) Defendants against whom Plaintiff's Complaint is made. The following five (5) Defendants are the only defendants against whom a Short Form Complaint may be filed. No other entity may be added as a defendant in a Short Form Complaint.):

☐    A. Teva Pharmaceuticals USA, Inc.

☐    B. Teva Women's Health, LLC

☐    C. Teva Branded Pharmaceutical Products R&D, Inc.

☐    D. The Cooper Companies, Inc.

☐    E. CooperSurgical, Inc.

9.    Basis of Jurisdiction

☐    Diversity of Citizenship (28 U.S.C. § 1332(a))

☐    Other (if Other, identify below):

_____

10.

| Date(s) Plaintiff had Paragard placed (DD/MM/YYYY) | Placing Physician(s) or other Health Care Provider (include City and State) | Date Plaintiff's Paragard was Removed (DD/MM/YYYY)*  *If multiple removal(s) or attempted removal procedures, list date of each separately. | Removal Physician(s) or other Health Care Provider (include City and State)**  **If multiple removal(s) or attempted removal procedures, list information separately. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

3

11.    Plaintiff alleges breakage (other than thread or string breakage) of her Paragard upon removal.

☐    Yes

☐    No

12.    Brief statement of injury(ies) Plaintiff is claiming:

_____

_____

Plaintiff reserves her right to allege additional injuries and complications specific to her.

13.    Product Identification:

a.  Lot Number of Paragard placed in Plaintiff (if now known):

_____

b.  Did you obtain your Paragard from anyone other than the HealthCare Provider who placed your Paragard:

    Yes

☐    No

14.    Counts in the Master Complaint brought by Plaintiff(s):

☐    Count I – Strict Liability / Design Defect

☐    Count II – Strict Liability / Failure to Warn

☐    Count III – Strict Liability / Manufacturing Defect

☐    Count IV – Negligence

☐    Count V – Negligence / Design and Manufacturing Defect

☐    Count VI – Negligence / Failure to Warn

☐  Count IX – Negligent Misrepresentation

☐  Count X – Breach of Express Warranty

☐  Count XI – Breach of Implied Warranty

☐  Count XII – Violation of Consumer Protection Laws

☐  Count XIII – Gross Negligence

☐  Count XIV – Unjust Enrichment

☐  Count XV – Punitive Damages

☐  Count XVI – Loss of Consortium

☐  Other Count(s) (Please state factual and legal basis for other claims

not included in the Master Complaint below):

_____

_____


15.  "Tolling/Fraudulent Concealment" allegations:

  a.  Is Plaintiff alleging "Tolling/Fraudulent Concealment"?

  ☐  Yes

  ☐  No

  b.  If Plaintiff is alleging "tolling/fraudulent concealment" beyond the facts alleged in the Master Complaint, please state the facts and legal basis applicable to the Plaintiff in support of those allegations below:

   _____

   _____

16.   Count VII (Fraud & Deceit) and Count VIII (Fraud by Omission) allegations:

   a.   Is Plaintiff is bringing a claim under Count VII (Fraud & Deceit), Count VIII (Fraud by Omission), and/or any other claim for fraud or misrepresentation?

   ☐   Yes

   ☐   No

   b.   If Yes, the following information must be provided (in accordance with <u>Federal Rule of Civil Procedure 8</u> and/or 9, and/or with pleading requirements applicable to Plaintiff's state law claims):

   i.   The alleged statement(s) of material fact that Plaintiff alleges was false: _____

   _____

   ii.   Who allegedly made the statement: _____

   _____

   iii.   To whom the statement was allegedly made: _____

   _____

   iv.   The date(s) on which the statement was allegedly made:

   _____

17.   If Plaintiff is bringing any claim for manufacturing defect and alleging facts beyond those contained in the Master Complaint, the following information must be provided:

   a.   What does Plaintiff allege is the manufacturing defect in her Paragard? _____

6

18.    Plaintiff's demand for the relief sought if different than what is

alleged in the Master Complaint: _____

_____

19.    Jury Demand:

☐      Jury Trial is demanded as to all counts

☐      Jury Trial is NOT demanded as to any count

**s/**_____

Attorney(s) for Plaintiff

Address, phone number, email address and Bar information:

_____
_____
_____
_____