# EXHIBIT B

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** East Point Police Department
**ORI:** GA0600200
**Case#:** 22-008121
**Date / Time Reported:** 07/16/2022 00:20 Sat
**Last Known Secure:** 07/16/2022 00:15 Sat
**At Found:** 07/16/2022 00:20 Sat

## INCIDENT DATA

**Location of Incident:** 2463 DELOWE DR, East Point GA 30344
**Gang Relat:** UNK
**Premise Type:** Parking/drop
**Zone/Zone:** Z5

**#1 Crime Incident(s):** Person Dead - Homicide  058  (Com)
**Weapon / Tools:** Firearm (type Not Stated)
**Activity:** N

**#2 Crime Incident:** (blank)
**#3 Crime Incident:** (blank)

## VICTIM

**# of Victims:** 5
**Type:** INDIVIDUAL( NON LE)
**Injury:** Other Major Injury
**Domestic:** NO

**V1** DUMAS, ALYSSA
- Victim of Crime #: 1
- Age: 22
- Race: B   Sex: F
- Relationship To Offender: 1RU
- Resident Status: Non-Resident
- Home Address: NICKAJACK RD SW, Mableton, GA 30126-

## OTHERS INVOLVED

**CODES:** V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

**Type:** INDIVIDUAL( NON LE)   **Injury:** Other Major Injury
**V2** HOLT, COREY
- Victim of Crime #: 1
- Age: 33
- Race: B   Sex: M
- Relationship To Offender: 1RU
- Resident Status: Resident
- Home Address: HIGHLAND AVE  ATLANTA, GA 30312

**Type:** INDIVIDUAL( NON LE)   **Injury:** Other Major Injury
**V3** MOORE, MICHAEL
- Victim of Crime #: 1
- Age: 32
- Race: B   Sex: M
- Relationship To Offender: 1RU
- Resident Status: Non-Resident
- Home Address: WOODLAND AVE NE, ATLANTA, GA 30324

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
|  | 4 | 9 | $0.00 |  | 1 | 2020 BLK ,   CTA   GA | NISS Altima | 1N4BL4BV6LC136142 |
| 5 | 4 | 4 | $1,500.00 |  | 1 | 2018 GRY /GRY   134BZY   LA | DODG Charger | 2C3CDXBGXJH31627 |

**Officer/ID#:** MILEWSKI, C. M. (FOD, PAT) (8322)
**Invest ID#:** MICHAUD, R. A. (DET, CID) (4573)
**Supervisor:** DRAKE, K. (FOD, PAT) (4857)
**Case Status:** Active   07/16/2022
**Case Disposition:** (blank)
**Page 1**

R_CS1IBR   Printed By: ADJACKSON,   Sys#: 619196   08/03/2022 09:59

## Incident Report Additional Name List

| East Point Police Department | | OCA: 22-008121 |

### Additional Name List

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) | WI  1 | NOLFE, JOHN | | | 24 | W | M |
| | Address | , , GA | | H: | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 2) | IO  1 | BURTON, WARREN | | | 33 | B | M |
| | Address | ▮ HAYDEN DR , EAST POINT, GA 30344- | | H: | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 3) | VI  4 | COUSER, COREY | 1, | | 21 | B | M |
| | Address | ▮ ROBERTA DR ▮ MARIETTA, GA 30008- | | H: | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 4) *Restricted* | WI  2 | MCELFRESH, MATTHER | | | 18 | W | M |
| | Address | ▮ SAGAMORE HILLS DR , DECATUR, GA 30037- | | H: | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 5) | WI  3 | BLACK, WARREN | | | 20 | B | M |
| | Address | ▮ ROCK HOLLOW CT , COLNLEY, GA 30288- | | H: | | | |
| | Empl/Addr | ▮ | | B: | | | |
| | | | | Mobile #: - - | | | |
| 6) | VI  5 | JACKSON, BOBBIE | 1, | | 27 | B | M |
| | Address | ▮ AZALEA LANE , MARRERO, LA 70072- | | H: | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 7) | WI  4 | AALIYAH, AMINA | | | 23 | B | F |
| | Address | ▮ GREYFIELD LANE , ATLANTA, GA 30350- | | H: | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |

## INCIDENT/INVESTIGATION REPORT

*East Point Police Department*

Case # *22-008121*

| Status Codes | 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |

**Assisting Officers**

YOUNG, E.E. (7579), YOUNG, E.E. (7579), FOREMAN, V.M. (7922), HARGROVE, Q.L. (8139), WARE, K.C. (8207), MILEWSKI, C.M. (8322), CLERVEAUX, B. (8085), BULLOCK, W.E. (7437), SLAUGHTER, A. (4212), DOWDELL, A.C. (4104), REHMER, N.T. (7911), BELL, R. . (8245), HOLLIE, F.C. (7963)

Suspect Hate / Bias Motivated:   *NONE (NO BIAS)*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 22-008121

*East Point Police Department*

NARRATIVE

## REPORTING OFFICER NARRATIVE

| East Point Police Department | | OCA<br>22-008121 |
|---|---|---|
| Victim<br>*DUMAS, ALYSSA* | Offense<br>*PERSON DEAD - HOMICIDE* | Date / Time Reported<br>*Sat 07/16/2022 00:20* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On 07/16/2022, I (Officer Milewski) and Ofc. Cruz responded to 2463 Delowe Dr. East Point, GA 30344 in reference to a person shot call. As we arrived on scene, I observed several people (75 people or more) running in all different directions screaming for help. Several black males flagged Ofc. Cruz and myself down as we exited our patrol vehicle asking for help for a female (later identified as Alyssa Dumas ▇▇▇▇▇▇▇▇▇).

As we ran over to their location I looked to my right and saw another unknown black female that appeared to be shot. The unknown female was being loaded into a gray in color sedan (unknown make and model) at which time they fled the scene. Once we reached Ms. Dumas, Ofc. Cruz began to check for a pulse. I observed Ms. Dumas to be laying on her back with no pants on wearing red panties and tank top. Ms. Dumas was located in the parking lot in front of 2463 Delowe Dr. next to a 2020 Nissan Altima Bearing GA Tag CTA 5182. It apperared that Ms. Dumas had a single gunshot wound to her left arm that entered the left side of her chest.

Ms. Dumas was unresponsive at the time. Several subjects began crowding our location at which time I began asking everyone to step back so Ofc. Cruz could obatin a status on her and treat her until Emergency Services arrived on scene. In the crowd I observed a black male with medium brown skin with his shirt off. The male subject kept trying to get past me to where Ofc. Cruz and Ms. Dumas was located. I asked the male to calm down and if he knew Ms. Dumas. The male was able to tell me he was her boyfriend and gave me her name and date of birth (he identifed her).

At this time the male tried to spin around me and observed Ms. Dumas was unresponsive. The male supect began jumping up and down screaming which made the crowd around us larger. During this time, I observed three black males walk up from behind us wearing secruity clothes armed with firearms.

All three secruity males were black males between the heights of 5`9 to 6`0. One subject was wearing OD green clothing with a tactical vest and the other had a black hoodie that said secruity on the front and back. This subject was observed by myself having what appeared to be an AR-15 pistol slung on his side.

Due to the crowd around us being large and trying to push past me to get to Ofc. Cruz and Ms. Dumas, I was not able to stop and identify secruity. Several other officers came over to assist me in dispersing the crowd. At this time I did not see the three black males that were secruity anymore at our location and the unknown male that identified Ms. Dumas was leaving in an unknown vehicle.

Rescue 4 and Grady 650 arrived on scene and began working on Ms. Dumas. While Ms. Dumas was being worked on, I relocated to The Delowe Loft (suite 2475) and met with Ofc. Hargrove who was with Engine 4 and Grady 660. Ofc. Hargrove advised me that he was with a second victim inside the loft who was alert with a gunshot wound to the right arm and his right side. The second victim was identified as Michael Moore ▇▇▇▇▇▇▇▇. Grady 650 transported Moore to Grady Memorial to seek further medical treatment for his injuries.

Ofc. Hargrove stated that he meet with a witness (parties promoter) Devian Coolton who stated that two people started fighting at the front of the enterance which resulted in shoots being fired. Ofc. Hargrove stated that Coolton did not know who was doing the shooting.

Ofc. Hollie stated he talked to a fermale that advised she saw security for the event shooting back at the unknown males across the parking lot. (See Ofc. Hollie`s supplemental report for further.

As I was walking from the entrance of The Delowe Loft, I observed several 223/556 shell casing and handgun shell casings on the ground. This would be consitent with secuirty shooting back at someone in the parking lot since they would have been standing at the entrance.

---

Reporting Officer: *MILEWSKI, C. M.*  
R_CS3NC

Printed By: ADJACKSON,   08/03/2022 09:59

Page 4

## REPORTING OFFICER NARRATIVE

| East Point Police Department | | OCA |
| --- | --- | --- |
| | | 22-008121 |
| Victim | Offense | Date / Time Reported |
| DUMAS, ALYSSA | PERSON DEAD - HOMICIDE | Sat 07/16/2022 00:20 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Once I walked back over to where Ofc. Cruz and Ms. Dumas were located in the parking lot, I observed that the 2020 Nissan Altima had two bullet wholes in the front bumper. One on the hood just before the passengers side head light and the second on the lower have of the bumper under the passenegr side head light.

I was able to locate the owner of the vehicle who was still standing in the parking lot. The owner was identified as Corey Couser ▓▓▓▓. I asked Mr. Couser if he saw anything and he stated all he heard was people yelling and then a lot of shooting. Mr. Couser stated that is when he started running in the parking lot from inside the event. Mr. Couser said he did not see who was doing the shooting. I advised Mr. Couser since his vehicle had been damaged from the shooting, Detectives would have to look at the vehicle before it could be released.

As I walked away from Mr. Couser, I was flagged down by a white male. The white male was identified as John Bailey Nolfe ▓▓▓▓. Mr. Nolfe advised me that he was a photograpgher for the event and was inside taking pictures when the shooting happened. Mr. Nolfe stated that when he heard the shooting he dropped his camera and hide behind the wall for saftey.

I asked Mr. Nolfe if he was able to get any pictures of the shooting suspects right before they started shooting and he stated he did not know. Mr. Nolfe stated his camera was still inside. I asked Mr. Nolfe to stand by until detectives arrived on scene, and that they may want to look at his camera to see if he captured any of the suspects prior to the shooting.

I walked back to Ofc. Cruz and Ms. Dumas`s location at which time I spoke to Sgt. Young and Ofc. Ware who stated one more male was shot that might have been with security. Ofc. Ware stated that the other male (victim 3) was identified as Corey Holt ▓▓▓▓. Mr. Holt had a gun shot wound to the leg and was being placed into an SUV and transported to Grady Memorial by an unknown subject upon our arrival.

I then told Sgt. Young about the unknown female I saw that was also shot being put into a gray sedan as I ran towards Ms. Dumas. Crime Scene and CID arrived on scene and began to process information and the crime scene at this time. I then contacted teh Fulton County Medical Examiner and spoke to a Deltra Arroyo once Ofc. Cruz advised me that Ms. Dumas had passed away on scene. I briefed Inv. Arroyo on the incidnet and she advised me that she would enroute to our location.

I was then flagged down by Warren Burton who advised me that he was one of the owners and had just arrived. Mr. Burton stated that he recieved a call from Mr. Holt who stated he had been shot and taken to Grady Memorial. I asked Mr. Burton if Mr. Holt told him what happened and he stated no just that he had been shot after several people started fighting at the entrance. I asked Mr. Burton if he would mind waiting around outside the crime scene tap in case detectives wanted to speak with him.

Once Inv. Arroyo arrived on scene she provided me with her case number for the incident (22-1560). I gave Inv. Arroyo all the information I had on Ms. Dumas. Me Transport Officer H. Middleton arrived on scene to assist Inv. Arroyo.

Sgt. Michaud arrived on scene at which time I was able to brief him on the information I was able to obtain from my onvestigation.  The rest of the scene was turned over to CID. See other resonding officers supplementals for further inforamtion adn further witness statements.

## Incident Report Related Vehicle List

East Point Police Department                                OCA: *22-008121*

**1**

| VehYr/Make/Model | | Style | Color | Lic/Lis | | VIN |
|---|---|---|---|---|---|---|
| *2020 NISS, Altima* | | *4D* | *BLK* | *CTA GA 2022* | | *1N4BL4BV6LC136142* |
| IBR Status | | Date | Location | | | |
| *Unknown* | | *07/16/2022* | *2463 DELOWE DR, EAST POINT GA* | | | |
| Condition | Value | | Offense Code | Jurisdiction | State # | NIC # |
| | *$0.00* | | *09A* | *Locally* | | |
| Name (Last, First, Middle) | | | Also Known As | | Home Address | |
| * No name * | | | | | | |
| Business Address | | | | | | |
| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |

Notes

**2**

| VehYr/Make/Model | | Style | Color | Lic/Lis | | VIN |
|---|---|---|---|---|---|---|
| *2018 DODG, Charger* | | | *GRY/GRY* | *134BZY LA 2023* | | *2C3CDXBGXJH31627* |
| IBR Status | | Date | Location | | | |
| *Destroyed/damaged/vandaliz* | | *07/16/2022* | *2463 DELOWE DR, EAST POINT GA* | | | |
| Condition | Value | | Offense Code | Jurisdiction | State # | NIC # |
| | *$1,500.00* | | | *Locally* | | |
| Name (Last, First, Middle) | | | Also Known As | | Home Address | |
| *Jackson, Bobbie* | | | | | *AZALEA LANE MARRERO, LA 70072* | |
| Business Address | | | | | | |
| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
| | *27* | *B* | *M* | | | |

Notes