# EXHIBIT

# B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATESBORO ERECTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUTO-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY, <br><br> Defendants. | Civil Action File No. _____ |

## NOTICE OF FILING REMOVAL

TO:   Wesley C. Taulbee, Esq.
CLAY TAULBEE & MYERS, LLC
201 S. Main Street, Suite C
Statesboro, Georgia 30458

Please take notice that AUTO-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY, Defendants in the above-styled action, have on this date filed their Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. § 1441, a copy of which is attached hereto as Exhibit A.  You are also advised that Defendants, on this same date, delivered via Odyssey E-Filing GA system, a copy of the Notice of Removal, attached to a Notice of Filing, for filing with the Clerk

of the State Court of Gwinnett County, State of Georgia, in accordance with 28 U.S.C. § 1446(d), a copy of which is attached as Exhibit B.

This 14th day of June, 2023.

        Respectfully submitted,

        KENDALL | MANDELL, LLC

        /s/ Michael C. Kendall
        Michael C. Kendall
        Georgia Bar No. 414030
        *Counsel for Defendants*

3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
Telephone: (770) 577-3559
Facsimile: (770) 577-8113
mckendall@kendallmandell.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATESBORO ERECTORS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY,<br><br>   Defendants. | Civil Action File No. _____ |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served or caused to be served a copy of the within and foregoing **NOTICE OF FILING REMOVAL** in this matter by electronically filing the same with the Court via the CM/ECF system, and U.S. Mail, postage prepaid to the following counsel of record:

> Wesley C. Taulbee, Esq.
> CLAY TAULBEE & MYERS, LLC
> 201 S. Main Street, Suite C
> Statesboro, Georgia 30458

This 14th day of June, 2023.

                                              /s/ Michael C. Kendall
                                              Michael C. Kendall