# EXHIBIT C

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATESBORO ERECTORS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY,<br><br>    Defendants. | Civil Action<br>File No.: 23-C-02926 |

**NOTICE OF FILING NOTICE OF REMOVAL TO
THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

TO:   **CLERK, STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA**

Please take notice that pursuant to 28 U.S.C. § 1441 et seq., AUTO-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY, Defendants in the above-styled action, have on this date filed their Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division.

This 14th day of June, 2023.

Respectfully submitted,

KENDALL | MANDELL, LLC

3152 Golf Ridge Blvd., Ste. 201           /s/ Michael C. Kendall
Douglasville, Georgia 30135               Michael C. Kendall
Telephone:   (770) 577-3559               Georgia Bar No. 414030
Facsimile:   (770) 577-8113               *Attorney for Auto-Owners Insurance Company*
mckendall@kendallmandell.com              *and Owners Insurance Company*

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATESBORO ERECTORS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY,<br><br>    Defendants. | Civil Action<br>File No.: 23-C-02926 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION** upon all parties to this matter by electronically filing the same with the Court via the Odyssey E-Filing GA system, with the Clerk of Court providing notice to the following counsel of record and U.S. Mail, postage prepaid to the following counsel of record:

> Wesley C. Taulbee, Esq.
> CLAY TAULBEE & MYERS, LLC
> 201 S. Main Street, Suite C
> Statesboro, Georgia 30458

This 14th day of June, 2023.

> /s/ Michael C. Kendall
> Michael C. Kendall