IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STATESBORO ERECTORS, INC.,

     Plaintiff,

v.

Civil Action File No. _____

AUTO-OWNERS INSURANCE
COMPANY and OWNERS
INSURANCE COMPANY,

     Defendants.

## CERTIFICATE

I HEREBY CERTIFY that I am counsel for AUTO-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY, Defendants in the above-styled proceeding, and have this day caused to be filed, via Odyssey E-Filing GA system, a copy of the "Notice of Removal" attached to a "Notice of Filing Removal" for filing in the State Court of Gwinnett County, State of Georgia, the court from which said action was removed.

This 14th day of June, 2023.

Respectfully submitted,

KENDALL | MANDELL, LLC

3152 Golf Ridge Blvd., Ste. 201
Douglasville, Georgia 30135
Telephone:  (770) 577-3559
Facsimile:   (770) 577-8113
mckendall@kendallmandell.com

/s/ Michael C. Kendall
Michael C. Kendall
Georgia Bar No. 414030
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STATESBORO ERECTORS, INC.,

     Plaintiff,

v.                                                    Civil Action File No. _____

AUTO-OWNERS INSURANCE
COMPANY and OWNERS
INSURANCE COMPANY,

     Defendants.

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that I have this day served or caused to be served a copy of the within and foregoing **CERTIFICATE** in this matter by electronically filing the same with the Court via the CM/ECF system, and U.S. Mail, postage prepaid to the following counsel of record:

          Wesley C. Taulbee, Esq.
          CLAY TAULBEE & MYERS, LLC
          201 S. Main Street, Suite C
          Statesboro, Georgia 30458

This 14th day of June, 2023.

          /s/ Michael C. Kendall
          Michael C. Kendall