## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ANITA BODNAR-JASMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. _____ |
| v. | ) | |
| | ) | |
| ALDRIDGE PITE HAAN, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant hereby gives notice of the removal of the above-captioned action from the State Court of Fulton County. As grounds for removal, Defendant states the following:

1.

Plaintiff filed this action in the State Court of Fulton County, State of Georgia, on or about May 9, 2023. A Summons and Complaint were purportedly served upon Defendant's registered agent on May 16, 2023. A copy of the Summons, Complaint, and all documents filed in the action to date are attached hereto as **<u>Exhibit A</u>**.

2.

The Defendant has timely removed this action within 30 days of receipt of the Complaint.  Defendant reserves all defenses concerning service of process.

3.

Plaintiff Anita Bodnar-Jasman ("Plaintiff") alleges in her Complaint Defendant violated the Fair Debt Collection Practices Act (FDCPA) § 15 U.S.C. 1692 et seq.

4.

The federal question jurisdiction statute is codified at 28 U.S.C. § 1331. In United States law, federal question jurisdiction is a type of subject-matter jurisdiction that gives United States federal courts the power to hear civil cases where the plaintiff alleges a violation of the United States Constitution, federal law, or a treaty to which the United States is a party.

5.

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1441(a) because the complaint filed in the state court case involves a federal question, that is, the alleged violation of the FDCPA. This action may therefore be removed under 28 U.S.C. § 1441. Defendant reserves the right to contest service and service of process.

7.

Pursuant to U.S.C. §§ 1331, 1441 and 1446, removal of the state court action to this Court is appropriate.

8.

Pursuant to 28 U.S.C. § 1446(d), Defendant is serving a copy of this Notice of Removal on Plaintiff and is filing it with the State Court of Fulton County, Georgia.

9.

This Notice of Removal will not waive any defenses that Defendant may have to Plaintiff's Complaint.

10.

Defendant has attached a completed Civil Cover Sheet hereto as **Exhibit B**.

**WHEREFORE**, Defendant prays that this Notice of Removal be filed and that said action be removed to and proceed in this Court and that no further proceedings be had in the State Court of Fulton County, Georgia.

Respectfully submitted, this 14ʰ day of June, 2023.

**HAWKINS PARNELL & YOUNG, LLP**

303 Peachtree Street, Suite 4000
Atlanta, GA  30308-3243
(404) 614-7400 *(phone)*
(855) 889-4588 *(fax)*
*cmast@hpylaw.com*
*bgrantham@hpylaw.com*

*/s/ Christine L. Mast*
Christine L. Mast
Georgia Bar No. 461349
Bryan M. Grantham
Georgia Bar No. 884163

*Counsel for Defendant Aldridge Pite Haan, LLP*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANITA BODNAR-JASMAN,    ) | |
|             ) | |
|     Plaintiff,      ) | |
|             ) | CASE NO. _____ |
| v.                  ) | |
|             ) | |
| ALDRIDGE PITE HAAN, LLC,  ) | |
|             ) | |
|     Defendant.    ) | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the within and foregoing **NOTICE OF REMOVAL** was filed with the Clerk of Court using the CM/ECF electronic filing system, and served counsel for Plaintiff by email and by depositing a copy of same in the United States Mail in an envelope with adequate postage thereon, addressed as follows:

Jason Tenenbaum, Esq.
Tenenbaum Law Group, PLLC
1600 Ponce de Leon Blvd., 10th Floor
Coral Gables, FL  33134
*jason@tenenbaumlawgroup.com*

Dated this 14th day of June, 2023.

**HAWKINS PARNELL & YOUNG, LLP**

_/s/ Christine L. Mast_

303 Peachtree Street, Suite 4000
Atlanta, GA  30308-3243
(404) 614-7400 _(phone)_
(855) 889-4588 _(fax)_
_cmast@hpylaw.com_
_bgrantham@hpylaw.com_

Christine L. Mast
Georgia Bar No. 461349
Bryan M. Grantham
Georgia Bar No. 884163

_Counsel for Defendant Aldridge Pite Haan, LLP_