# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

TO:   Mr. Kevin P. Weimer, Clerk                    DATE: June 15, 2023
      United States District Court


RE:   15-71397-jwc                                  Sheila Weir
      Bankruptcy Case No.                           Debtor(s)


                                                    Sheila Weir
      22-5093-jwc                                   Appellant
      Adversary Case No.

                                                    vs
                                                    United States Internal Revenue
                                                    Service and Commissioner
                                                    Appellee


### S U B M I S S I O N   S H E E T

Submitted on:

☒     Notice of Appeal filed 05/22/2023, effective 06/14/2023 – Doc. #70
      File date of Order being appealed from 06/14/2023 - Doc. #72


☐     Supplemental Record to USDC Case No. Click here to enter text.


**Contents of Record:**
☒ Documents 70, 71, 72, docket sheet
☐ Designated items of     ☐ Appellant(s)     ☐ Appellee
      Filing Fee Paid - ☐ Yes  ☒ No (IFP filed)


**If previous and/or related appeals filed, list:**

23-cv-00780-VMC
15-cv-4434-RWS


FROM:   M. Regina Thomas, Clerk of Court
        United States Bankruptcy Court

By: /s/_____
      Madeline Ramos-White, Deputy Clerk


F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*