United States Bankruptcy Court
Northern District of Georgia
Atlanta Division

*Filed in U.S. Bankruptcy Court
Atlanta, Georgia
MAY 2 2 2023
By: M. Regina Thomas, Clerk
Deputy Clerk*

In RE: :  
   Sheila Weir, Debtor :  
_____ :  
Sheila Weir, :  
    Plaintiff :  
      vs. :  
United States :  
  Internal Revenue Service :  
  and Commissioner, :  
_____Defendants_____:

Case No. 15-71397
Chapter 7

Adversary Proceeding No. 22-05093-jrs

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

1. Sheila Weir, Appellant/ Plaintiff, in the adversary proceeding within is hereby notes Appeal from/ of this Courts Order Dismissing Plaintiff's Adversary Complaint as refernced above as MOOT

2. Plaintiff/ Appelant does not ave said Order in hand but files Notice at this time to avoid an untimely Appeal. Hearing dated May 18, 2023.

3. Parties to the Appeal are as styled and Captioned above

   Sheila Weir, Plaintiff; Prose

   Internal Revenue Service, Defendants; Attorney; U.S. Assistant Attorney, Vivieon K. Jones at U.S. Attorney's Office 75 Ted Turner Dr. SW Ste 600, Atlanta, GA 30303

4. Pursuant to 28 U.S.C. § 158(c)(1), Plaintiff elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Dated: May 19, 2023

Respectfully Submitted

*/s/ Sheila Weir*

Sheila Weir
2 Jeanne Jugan Lane
Latham, NY 12110
Tel.518.805.4907
shelacomunic8@hotmail.com

United States Bankruptcy Court
Northern District of Georgia
Atlanta Division

| | | |
|---|---|---|
| In RE: | : | Case No. 15-71397-jwc |
|    Sheila Weir, Debtor | : | Chapter 7 |
| _____ | : | |
| Sheila Weir, | : | |
|    **Plaintiff** | : | Adversary Proceeding No. 22-05093-jwc |
|    vs. | : | |
| United States | : | |
|   Internal Revenue Service | : | |
|   and Commissioner, | : | |
|    **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 19th of May, 2023, I served Plaintiff's Order Dismissing Plaintiff's Adversary Complaint herein as MOOT on Defendant's attorney of record, U.S. Assistant Attorney, Vivieon K. Jones at U.S. Attorney's Office 75 Ted Turner Dr. SW Ste 600, Atlanta, GA 30303. By placing a true and correct copy thereof in a sealed envelope, with first-class mail postage prepaid thereon, and deposited said envelope wth the with United States Postal Service. And by email to Defendant's attorney of record, U. S. Assistant Attorney, Vivieon K. Jones at vivieon.jones@usdoj.gov

**I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT**

Dated: May 19, 2023          Signiture: _____

                                                        Sheila Weir
                                                        2 Jeanne Jugan Lane
                                                        Latham, NY 12110
                                                        Tel.518.805.4907

Sheila Weir
2 Jeanne Jugan Lane
Latham NY 12110




RDC 99    30303

U.S. POSTAGE PAID
FCM LETTER
WATERVLIET, NY
12189
MAY 19, 23
AMOUNT
**$5.02**
R2304M111586-10

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**



7022 0410 0001 1775 0762

United States District Court
Office of the Clerk
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Ga 30303



CLEARED DATE
MAY 22 2023
U.S. Marshals Service
Atlanta, GA 30303

3030333318 C039