United States District Court
for the
Northern District of Georgia
Atlanta Division

*Filed in U.S. Bankruptcy Court*
*Atlanta, Georgia*
**MAY 2 2 2023**
By: M. Regina Thomas, Clerk
Deputy Clerk

Sheila Weir, Plaintiff/ :
    Appellant :
                :
    vs. :    Civil Action No.
                :
United States, Internal :
    Revenue Service and :
    *Commissioner*, :
    Defendant/ Appellees :

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

    I Sheila Weir, am the Plaintiff/Appellant and movant in the above-referenced Case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my appeal. _____/s/ Sheila Weir_____; Dated: May 19, 2023

    In support of this application, I answer the following questions.

1. I am not incarcerated or employed.

2. I am disabled and receive Social Security.

3. Other Income. In the past 12 months, I have received income from the following sources:

| | Yes | No | |
|---|---|---|---|
| (a) Business, profession, or other self-employment | Yes | No ☒ | |
| (b) Rent payments, interest, or dividends | Yes | No ☒ | |
| (c) Pension, annuity, or life insurance payments | Yes | No ☒ | |
| (d) Social Security | Yes ☒ | No | $902 / $981[1] |
| (e) Gifts, or inheritances | Yes | No ☒ | |
| (f) Any other sources | Yes | No ☒ | |

    I currently receive $981 monthly from Social Security. I am not expecting or have been notified of any future changes.

---

[1] *Current as of January 2023*

4. Amount of money that I have in cash or in a checking, $3.00, credit card $5.00 and savings account, $180 in a SEFCU Credit Union.

5. Assets: automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name: **Not Applicable**

6. Expenses include housing, transportation, utilities, or loan payments, or other regular monthly expenses: Housing,$285.; Transportation, $110.; Loan Payment, $65.; Utilities $55.20.; Medical Necessities associated with my Disabilities (including diabetic diet)$200.; Household/ Personal Expenses, $265.; and Recreation, Entertainment, Newspapers... $0.; Alimony Maintenance or support paid to others $0.; and Regular expenses for the operation of a business, profession, or farm $0. Total monthly expenses $980.

7. Names of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: **Not Applicable,**

8. Any debts or financial obligations as described with the amounts owed and to whom they are payable: IRS, $759.19 in dispute; NYS-1995 fine(noticed in 2018), $145; Spectrum Cable in dispute, $239.43; HSN via Comerica Bank, $67.; and Merrick Bank $1,159.42

9. I do not expect any major changes to my monthly income or expenses.

10. Have you spent or will you be spending any money for expenses or attorney fees in conjunction with this lawsuit? Yes x  No__  In the last ten (10) months, I have spent approximately $400.

11. I'm age 67 and have completed Post-Baccalaureate education.

12. City and State residence is as stated below signature as are my email address and phone number.

Date: May 19, 2023, 2023

*/s/ Sheila Weir*
Sheila Weir
2 Jeanne Jugan Lane
Latham, NY 12110
518.805.4907
shelacomunic8@hotmail.com