**APPEAL, DISMISSED**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Adversary Proceeding #: 22−05093−jwc

*Assigned to:* Judge Jeffery W. Cavender  
*Lead BK Case:* 15−71397  
*Lead BK Title:* Sheila Weir  
*Lead BK Chapter:* 7  
*Demand:*  
*Date Filed:* 06/21/22

*Nature[s] of Suit:* 21 Validity, priority or extent of lien or other interest in property  
66 Dischargeability − 523(a)(1),(14),(14A) priority tax claims  
65 Dischargeability − other

*Plaintiff*  
─────────────────────────  
**Sheila Weir**  
2 Jeanne Jugan Lane  
Latham, NY 12110

represented by **Sheila Weir**  
PRO SE

V.

*Defendant*  
─────────────────────────  
**United States Internal Revenue Service and Commissioner**  
P.O. Box 7346  
Philadelphia, PA 19101

represented by **Vivieon K Jones**  
Office of the United States Attorney  
Suite 600  
75 Ted Turner Drive SW  
Atlanta, GA 30303  
404−581−6312  
Email: vivieon.jones@usdoj.gov  
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 06/21/2022 | 1 | Adversary case 22−05093. Complaint against United States Internal Revenue Service , 21 (Validity, priority or extent of lien or other interest in property) 66 (Dischargeability − 523(a)(1),(14),(14A) priority tax claims) 65 (Dischargeability − other) Filed by Sheila Weir (rfs) Additional attachment(s) added on 6/22/2022 (rfs). Additional attachment(s) added on 6/22/2022 (rfs). (Entered: 06/22/2022) |
| 06/24/2022 | 2 | Summons Issued on United States Internal Revenue Service Answer Due 07/25/2022 (rfs) |
| 07/20/2022 | 3 | Request for Issuance of Alias Summons on United States Internal Revenue Service Filed by Sheila Weir . (hd) |
| 07/20/2022 | 4 | |

| | | | |
|---|---|---|---|
| | | | Alias Summons Issued on United States Internal Revenue Service Answer Due 08/19/2022 (hd) |
| 07/22/2022 | | 5 | Answer to Complaint *(Dischargeability)* filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (related document 1 (Jones, Vivieon) Modified on 7/25/2022 (jlc). |
| 07/25/2022 | | 6 | Order and Notice of Rule 26(f) Conference. Service by BNC. Entered on 7/25/2022. (related document(s)1) (jlc) |
| 07/27/2022 | | 7 | Certificate of Mailing by BNC of Order and Notice Notice Date 07/27/2022. (Admin.) (Entered: 07/28/2022) |
| 08/01/2022 | | 8 | Certificate of Service of Summons and Complaint on Internal Revenue Service and U.S. Attorney filed by Sheila Weir . (related documents1, 4) (hd) (Entered: 08/02/2022) |
| 08/12/2022 | | 9 | Motion for Entry of Scheduling Order filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Jones, Vivieon) Modified on 8/15/2022 (cws). |
| 08/15/2022 | | 10 | Scheduling Order that All discovery will be commenced in time to be completed by December 9, 2022. Dispositive motions, if any, shall be filed by January 11, 2023. Responses to dispositive motions shall be filed by February 13, 2023, and replies shall be filed by March 3, 2023. Service by BNC. Entered on 8/15/2022. (related document(s)1) (cws) |
| 08/17/2022 | | 11 | Certificate of Mailing by BNC of Order Notice Date 08/17/2022. (Admin.) (Entered: 08/18/2022) |
| 08/18/2022 | | 12 | Discovery Request: *Certificate of Service of IRS's First Round of Discovery Requests Directed to Plaintiff* Filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (Jones, Vivieon) |
| 08/18/2022 | | 13 | Certificate of Service of Platinff's Fed R. Civ. P.R 26(f) and BLR 7016 Report Filed by Sheila Weir . (aam) (Entered: 08/22/2022) |
| 08/22/2022 | | 14 | Motion for Exemption of PACER Access Fees filed by Sheila Weir (aam) (Entered: 08/23/2022) |
| 08/30/2022 | | 15 | Order Transferring Adversary proceeding. Service by BNC. Entered on 8/30/2022. (related document(s)1) (cws) |
| 09/01/2022 | | 16 | Certificate of Mailing by BNC of Order Notice Date 09/01/2022. (Admin.) (Entered: 09/02/2022) |
| 09/08/2022 | | 17 | Objection to Scheduling Order Motion For Leave to Amend filed by Sheila Weir . (related document(s)10) (rfs) |
| 09/14/2022 | | 18 | Supplemental Certificate of Service of the Internal Revenue Service's first round of discovery requests to plaintiff Filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (Jones, Vivieon) Modified on 9/15/2022 (cws). |

| | | | |
|---|---|---|---|
| 09/16/2022 | | 19 | Order Granting PACER Fee Exemption. IT IS ORDERED that Applicant shall be exempt from payment of fees for access via PACER to the electronic case files maintained in this Court in Adversary Proceeding No. 21−5093. Service by BNC. Entered on 9/16/2022. (related document(s)14) (cws) |
| 09/18/2022 | | 20 | Certificate of Mailing by BNC of Order Notice Date 09/18/2022. (Admin.) (Entered: 09/19/2022) |
| 10/06/2022 | | 21 | Notice of Assignment of Hearing. Service by Courtroom Deputy. Hearing to be held on 11/3/2022 at 11:30 AM in Courtroom 1203, Atlanta, Entered on 10/6/2022. (related document(s)17) (ngs) |
| 10/12/2022 | | 22 | Returned mail addressed to: Pacers Service Center, 3550 Frontage Road, San Antonio, TX 78229 − party served at multiple addresses. (related document(s)19) (ngs) |
| 10/25/2022 | | 23 | Declaration Regarding Service*(United States's Motion for Entry of Scheduling Order)* Filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (related document(s)9) (Jones, Vivieon) Modified on 10/26/2022 (cws). |
| 10/31/2022 | | 24 | Exhibits Filed by Sheila Weir . (related document(s)17) (jcm) (Entered: 11/01/2022) |
| 11/03/2022 | | 25 | Amended Order Granting PACER Fee Exemption. Service by BNC. Entered on 11/3/2022. (related document(s)19) (cws) |
| 11/05/2022 | | 26 | Certificate of Mailing by BNC of Order Notice Date 11/05/2022. (Admin.) (Entered: 11/06/2022) |
| 11/07/2022 | | 27 | Motion for Order Directing Plaintiff to provide an updated electronic designated address filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (related document(s)23) (Jones, Vivieon) Modified on 11/7/2022 (mrw). |
| 11/08/2022 | | 28 | Amended Scheduling Order. Service by BNC. Entered on 11/8/2022. (jlc) |
| 11/10/2022 | | 29 | Certificate of Mailing by BNC of Order Notice Date 11/10/2022. (Admin.) (Entered: 11/11/2022) |
| 11/15/2022 | | 30 | Certificate of Service *(For Defendant's Initial Disclosures)* Filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (Jones, Vivieon) |
| 11/23/2022 | | 31 | Objection to Defendant's Docket Entry #23, Declaration Regarding Service filed by Sheila Weir . (related document(s)23) (hd) (Entered: 11/29/2022) |
| 12/01/2022 | | 32 | Certificate of Service *(Amended Initial Disclosures)* Filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (Jones, Vivieon) |
| 12/05/2022 | | 33 | Notice of Hearing on Status Hearing. Service by BNC. Service by BNC. Hearing to be held on 1/26/2023 at 11:00 AM in Courtroom 1203, Atlanta, (related document(s)1) (mjc) |

| | | | |
|---|---|---|---|
| 12/05/2022 | | 34 | Certificate of Service *(IRS's First Round of Discovery Requests to Plaintiff)* Filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (Jones, Vivieon) |
| 12/07/2022 | | 35 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 12/07/2022. (Admin.) (Entered: 12/08/2022) |
| 12/27/2022 | | 36 | Motion to Compel Defendant's Initial Disclosures Under FRCP 26(a)(1)(A)(i)(ii) filed by Sheila Weir . (aam) (Entered: 01/04/2023) |
| 12/27/2022 | | 37 | Declaration of Sheila Weir in support of Motion to Compel Defendant's Initial Disclosures Under FRCP 26(a)(1)(A)(i)(ii) Filed by Sheila Weir . (aam). Related document(s) 36 Motion to Compel. Modified on 1/5/2023 (cws). (Entered: 01/04/2023) |
| 12/27/2022 | | 38 | Plaintiff's Memorandum of Points and Authorities in Support of Motion to Compel Defendant's Initial Disclosures Under FRCP 26(a)(1)(A)(i)(ii) Filed by Sheila Weir . (aam). Related document(s) 36 Motion to Compel. Modified on 1/5/2023 (cws). (Entered: 01/04/2023) |
| 01/17/2023 | | 39 | Plaintiff's Reply to Defendants' First Set of Requests for Production of Documents, Information, or Things Directed to Plaintiff Filed by Sheila Weir . (rfs) (Entered: 01/19/2023) |
| 01/25/2023 | | 40 | Objection *(Opposition to Plaintiff's Motion to Compel)* filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (related document(s)36) (Jones, Vivieon) |
| 01/26/2023 | | 41 | Certificate of Service of Plaintiff's First Request For The Production of Documents to Defendants Filed by Sheila Weir . (rfs) (Entered: 01/30/2023) |
| 01/31/2023 | | 42 | Order DENYING Motion to Compel (Related Doc # 36) Service by BNC. Entered on 1/31/2023. (ngs) |
| 01/31/2023 | | 43 | Order on Motion for Order Directing Plaintiff to Provide an Updated Electronic Designated Address (Related Doc # 27) Service by BNC. Entered on 1/31/2023. (ngs) |
| 02/02/2023 | | 44 | Certificate of Mailing by BNC of Order on Motion to Compel Notice Date 02/02/2023. (Admin.) (Entered: 02/03/2023) |
| 02/02/2023 | | 45 | Certificate of Mailing by BNC of Order on Motion for More Definite Statement Notice Date 02/02/2023. (Admin.) (Entered: 02/03/2023) |
| 02/16/2023 | | 46 | Notice of Appeal and Motion For Leave to Appeal Denial Order of Dkt 36 Motion to Compel Fee $ 298 Receipt Number: None, Amount Paid $ None, filed by Sheila Weir . Appellant Designation due by 3/2/2023, submission by USBC to USDC due by 3/20/2023, (related document(s)42) (rfs) (Entered: 02/17/2023) |
| 02/21/2023 | | 47 | [Entered in Error] Notice of deficient filing re: Missing Fee, . 298.00 (related document(s)46) (mks) Modified on 2/21/2023 (mks). |
| 02/21/2023 | | | Notice that Document Number 47 − Notice of deficient filing, was entered in error. (related document(s) 47 ) (mks) |

| | | | |
|---|---|---|---|
| 02/21/2023 | | 48 | Notice of deficient filing re: Notice of Appeal and Motion for Leave to Appeal Denial Order − Missing Fee, 298.00 . Service by BNC. (related document(s)46) (mks) |
| 02/21/2023 | | 49 | Notification of Appeal Requirements (related document(s)46) (mks) |
| 02/21/2023 | | 50 | Transmittal of Notice of Appeal to District Court (related document(s)46) (mks) |
| 02/21/2023 | | 51 | Certificate of Service *( Responses and Objections to Plaintiff's First Request for Production of Documents )* Filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (Jones, Vivieon) |
| 02/23/2023 | | 52 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 02/23/2023. (Admin.) (Entered: 02/24/2023) |
| 02/23/2023 | | 53 | Certificate of Mailing by BNC of Notice of Appeal Requirements Notice Date 02/23/2023. (Admin.) (Entered: 02/24/2023) |
| 02/24/2023 | | 54 | Notice of Docketing Appeal by District Court. Case Number: 23−cv−00780−VMC (related document(s)46) (mrw) |
| 03/03/2023 | | 55 | Motion to Extend Time to (further time is necessary to resolve pending discovery disputes and conduct additional and alternative discovery) filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (Jones, Vivieon) |
| 03/07/2023 | | 56 | Appellant's Designation of Items in Record on Appeal filed by Sheila Weir . (related document(s)46) (rfs) (Entered: 03/14/2023) |
| 03/07/2023 | | 58 | Transcript Request Form re: Audio Transcript filed by Sheila Weir. (rfs) Modified on 3/20/2023 (rfs). Modified on 4/10/2023 (scm). (Entered: 03/20/2023) |
| 03/17/2023 | | 57 | Amended Appellant's Designation of Items in Record on Appeal filed by Sheila Weir . (related document(s) 56) (jcm). Related document(s) 46 Notice of Appeal (FEE), 49 Notification of Appeal Requirements. Modified on 3/20/2023 (yl). |
| 03/20/2023 | | 59 | Transmittal of Completed Record on appeal. (related document(s)46) (yl) |
| 03/22/2023 | | 60 | COPY of Order from USDC: ORDER GRANTING the Application to Proceed in District Court without Prepaying Fees or Costs and the appeal fee is WAIVED. It is FURTHER ORDERED that the Motion to Appeal is DENIED and this appeal is DISMISSED. The Clerk is directed to close the case. Signed by Judge Victoria M. Calvert on March 21, 2023. Entered on 3/22/2023. (related document(s)46) (yl) |
| 03/22/2023 | | 61 | COPY of Judgment from USDC in favor of Appellees against Appellant. Entered on 3/22/2023. (related document(s)46, 60) (yl) |
| 04/10/2023 | | 62 | Order GRANTING Motion to Extend Discovery Period. The discovery period is extended through and including May 5, 2023; Dispositive Motions shall be filed no later than June 5, 2023; A joint pretrial order shall be submitted to the Court on July 6, 2023, or, if there is a pending dispositive motion, the 30th day after the Court enters an order on the |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | dispositive motion if any issues remain to be tried. (Related Doc # 55) Service by BNC. Entered on 4/10/2023. (jlc) |
| 04/12/2023 | | 63 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 04/12/2023. (Admin.) (Entered: 04/13/2023) |
| 04/19/2023 | | 64 | Motion to Dismiss *Adversary Proceeding as Moot* filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (Jones, Vivieon) |
| 04/25/2023 | | 65 | Notice of Hearing re: *Motion to Dismiss Adversary Proceeding as Moot* filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. Hearing to be held on 5/18/2023 at 11:00 AM in Courtroom 1203, Atlanta. (related document(s)64) (Jones, Vivieon) |
| 05/05/2023 | | 66 | Plaintiff's Opposition in Reply Defendants' Motion to Dismiss as Moot filed by Sheila Weir . (related document(s)64)(hd) |
| 05/12/2023 | | 67 | Declaration of Service Filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (related document(s)64) (Jones, Vivieon) Modified on 5/15/2023 (yl). |
| 05/15/2023 | | 68 | Reply to Response *(In support of Motion to Dismiss Adversary Proceeding as Moot )* filed by Vivieon K Jones on behalf of UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service. (related document(s)64)(Jones, Vivieon) |
| 05/22/2023 | | 69 | Objection to Dkt 68 Evidence filed by Sheila Weir . (related document(s)68) (hd) (Entered: 05/23/2023) |
| 05/22/2023 | | 70 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: None, Amount Paid $ 0, filed by Sheila Weir . Appellant Designation due by 6/28/2023, submission by USBC to USDC due by 7/14/2023 (jcm) Modified on 5/24/2023 (mrw). Related document(s) 72 Order on Motion to Dismiss. Modified on 6/15/2023 (mrw). (Entered: 05/24/2023) |
| 05/22/2023 | | 71 | Request to Proceed In Forma Pauperis re Notice of Appeal Fee filed by Sheila Weir . (related document(s)70) (jcm) (Entered: 05/24/2023) |
| 06/14/2023 | | 72 | Order Dismissing Adversary Proceeding As Moot Without Prejudice (Related Doc # 64) Service by BNC. Entered on 6/14/2023. (jlc) |
| 06/15/2023 | | 73 | Notification of Appeal Requirements. (related document(s)70) (mrw) |