**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **FRANK OSTEAN AND CLARA OSTEAN,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION FILE NO.:** |
| **v.** | ) | |
| | ) | |
| **SAFECO INSURANCE COMPANY OF OF INDIANA,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

**DEFENDANT SAFECO INSURANCE COMPANY OF INDIANA'S**
**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Comes now, Defendant Safeco Insurance Company of Indiana, by and through its counsel of record, and files this, its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa. as follows:

(1)     The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

1

<u>Plaintiffs</u>:

Frank Ostean

Clara Ostean

<u>Defendant</u>:

The undersigned counsel of record for Safeco Insurance Company of Indiana

certifies that the following is a complete list of any parent corporation and any

publicly held corporation that owns 10% or more of the stock of the

Defendant:

Safeco Insurance Company of Indiana

- Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

- LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.

- Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company.

- Liberty Mutual Insurance Company owns 100% of the stock of Liberty Insurance Holdings, Inc.

- Liberty Insurance Holdings, Inc. owns 100% of the stock of Liberty Mutual Agency Corporation.

- Liberty Mutual Agency Corporation owns 100% of the stock of Safeco Corporation.

- Safeco Corporation owns 100% of the stock of General Insurance Company of America.

- General Insurance Company of America owns 100% of the stock of Safeco Insurance Company of Indiana.

(2)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

(a)     Gregory O. Shenton
        Shenton Law, P.C.
        540 Powder Springs Street, #32-E
        Marietta, GA 30064
        **Attorney for Plaintiffs**

(b)     Hilary W. Hunter
        Isenberg & Hewitt, PC
        600 Embassy Row, Suite 150
        Atlanta, Georgia 30328
        **Attorney for Defendant**

(3)     [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship

is attributed to a party or proposed intervenor on whose behalf this certificate

is filed:

Plaintiffs:    Georgia;

Defendant:   Indiana and Massachusetts.


Respectfully submitted this 15th day of June 2023.

<div style="margin-left: 40%">

ISENBERG & HEWITT, P.C.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 - T
**Attorney for Defendant**
**Safeco Insurance Company of Indiana**

</div>

## <u>LOCAL RULE 7.1 CERTIFICATE</u>

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in L.R. 5.1.C. Specifically, Times New Roman was used in 14 point.

<div align="right">

<u>/s/ Hilary W. Hunter</u>
Hilary W. Hunter
Georgia Bar No. 742696
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 - T
**Attorney for Defendant**

</div>

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **FRANK OSTEAN AND CLARA OSTEAN,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION FILE NO.:** |
| **v.** | ) ) | |
| **SAFECO INSURANCE COMPANY OF OF INDIANA,** | ) ) ) | |
| **Defendant.** | ) | |

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed **DEFENDANT SAFECO INSURANCE COMPANY OF INDIANA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court via the CM/ECF system, which will automatically send e-mail notification of such filing to this matter to the following attorney:

Gregory O. Shenton
Shenton Law, P.C.
540 Powder Springs Street, #32-E
Marietta, GA 30064
greg@shentonlawfirm.com

This 15th day of June 2023.

ISENBERG & HEWITT, P.C.

-7-

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
600 Embassy Row, Suite 150
Atlanta, GA  30328
(770) 351-4400 (O)
**Attorney for Defendant Safeco
Insurance Company of Indiana**