IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LINDA MCDUFFIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO: |
| | ) | _____ |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| a foreign insurance company | ) | [On removal from the State Court of |
| Defendant. | ) | Clayton County, Georgia; |
| | ) | Civil Action No. 2023CV00934] |

## **CERTIFICATE**

WE HEREBY CERTIFY that we are counsel for Defendant in the above-styled proceeding and have, this day, filed a copy of the Notice of Removal in the State Court of Clayton County, State of Georgia, the court from which this action was removed.

Respectfully Submitted this 15th day of June, 2023

                                                    **SWIFT, CURRIE, MCGHEE & HIERS, LLP**

                                                    */s/ Jessica M. Phillips*
                                                    Jessica M. Phillips, Esq.
                                                    Georgia Bar No. 922902
                                                    Samuel M. Lyon
                                                    Georgia Bar No. 921804
                                                    ***Attorneys for State Farm Fire and***
                                                    ***Casualty Company***

2

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3231
OFFICE: (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Samuel.lyon@swiftcurrie.com

## **LOCAL RULE 5.1C CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this <u>15th</u> day of June, 2023.

          **SWIFT, CURRIE, MCGHEE & HIERS, LLP**

          <u>*/s/ Jessica M. Phillips*</u>
          Jessica M. Phillips, Esq.
          Georgia Bar No. 922902
          Samuel M. Lyon, Esq.
          Georgia Bar. No. 921804
          ***Attorneys for State Farm Fire and Casualty Company***

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3231
OFFICE: (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Samuel.lyon@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing ***CERTIFICATE*** with the Clerk of Court via the CM/ECF system, through which the Court will send notification to the following attorneys:

William L. Flournoy, Esq.
Hair Shunnarah Trial Attorneys, LLC
4887 Belfort Road, Ste. 200
Jacksonville, Florida  32256
wflournoy@hstalaw.com
***Attorney for Plaintiff***

This 15th day of June, 2022.

                                                 Respectfully Submitted,

                                                 **SWIFT, CURRIE, MCGHEE & HIERS, LLP**

                                                 */s/ Jessica M. Phillips*
                                                 Jessica M. Phillips, Esq.
                                                 Georgia Bar No. 922902
                                                 Samuel M. Lyon, Esq.
                                                 Georgia Bar. No. 921804
                                                 ***Attorneys for State Farm Fire and Casualty Company***

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3231
OFFICE: (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Samuel.lyon@swiftcurrie.com