# Exhibit B



**ACCOUNT WORKBOOK**  
Account Number:

**Activity - Activity**

May 24, 2023 02:29 PM CDT  
Page 1 of 3

### Account Information

MATTHEW M ROBERTS &  
CATHERINE F ROBERTS  
6280 RIVERWOOD DR  
ATLANTA GA 30328-3737

Birth Date:

### Details

### Balances

### Contact Information

Home Phone:                                                                 Cell Phone:

| | Date | Action | Quantity | Description | Symbol | Trailer | Order Price | Transaction | Amount | Account Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Investment and Insurance Products are:**
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

| Date | Action | Quantity | Description | Symbol | Trailer | Order Price | Transaction | Amount | Account Type |
|---|---|---|---|---|---|---|---|---|---|
| 8 | ▆ | | | ▆ | | | | | ▆ |
| ▆ | ▆ | | | ▆▆ | | | ▆ | ▆ | |
| ▆ | | | ▆ | | | | ▆ | ▆ | |
| ▆ | | | ▆ | | | ▆ | | ▆ | |
| ▆ | | | ▆▆ | ▆ | | | ▆ | ▆ | |
| ▆ | | | | | | | ▆ | ▆ | |
| ▆ | | | ▆ | | | | ▆ | ▆ | |
| ▆ | | | ▆ | | | ▆ | | ▆ | |
| ▆ | | | ▆ | ▆ | | | ▆ | | ▆ |
| ▆ | ▆ | ▆ | ▆ | | | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | ▆ | | |
| ▆ | | | ▆ | ▆ | | | ▆ | | ▆ |
| ▆ | | | ▆ | | | ▆ | | ▆ | |
| ▆ | ▆ | | ▆ | ▆ | | ▆ | | ▆ | |
| ▆ | ▆ | | ▆ | ▆ | | ▆ | | ▆ | |
| ▆ | ▆ | | ▆ | ▆ | | ▆ | | ▆ | |
| ▆ | | | ▆ | | | | ▆ | ▆ | |




| Date | Action | Quantity | Description | Symbol | Trailer | Order Price | Transaction | Amount | Account Type |
|---|---|---|---|---|---|---|---|---|---|
| 26 | | | | | | | | | |

The material has been prepared or is distributed solely for information purposes and does not supersede the proper use of your **Wells Fargo Advisors** client statements and/or trade confirmations, which are considered to be the only official and accurate records of your account activity. If there are any discrepancies between this and your client statement, please call your local branch manager. Any market prices are only indications of market values, are subject to change, and may not reflect the value at which the securities could be sold. Additionally, the report is prepared as of trade date, rather than settlement date, and may be prepared on a different date than your statement. The information contained in this report may not reflect all holdings or transactions, their costs, or proceeds in your account. Certain securities positions included in the report are not held in your account but are shown for informational purposes only and are based on information supplied to us by you. CSI-Cash Standing Instructions indicates the disposition of stock and money on cash accounts. BORD Record indicates there is an account-level restriction for the account. The MMF code in the report header indicates how money market account balances are treated. As seen on your statement, Account Type 1- Cash, 2 - Margin, 6 - Short Sale, Trailer provides additional information on the investment listed, for the activity shown. This report is not a substitute for your own records and the year-end 1099 form. Please consult your tax or legal advisors before taking any action that may have tax consequences.

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, Member SIPC a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.
CAR 0123-03701