# Exhibit C

< Back                                                                 Report     Share

# MATTHEW MCDUFFIE ROBERTS
MATTHEW ROBERTS

**CRD#: 5384235**

B   Broker *Regulated by* **FINRA**
IA  Investment Adviser

## ARKADIOS CAPITAL
CRD#: **282710**

1455 Lincoln Pkwy E. Suite 410
Dunwoody, GA 30346 (+1)

**0** Disclosures

**15** Years of Experience
**3** Firms

**5** Exams Passed

**10** State Licenses

Examination(s)                                                                        Close

🟦 **State Securities Law Exam**

| IA | Series 65 - Uniform Investment Adviser Law Examination<br>Jul 2, 2010 |

| B | Series 63 - Uniform Securities Agent State Law Examination<br>Sep 14, 2007 |

## 🟦 General Industry/Products Exam

| | | |
|---|---|---|
| B | SIE - Securities Industry Essentials Examination | Oct 1, 2018 |
| B | Series 7 - General Securities Representative Examination | Dec 17, 2009 |
| B | Series 6 - Investment Company Products/Variable Contracts Representative Examination | Sep 11, 2007 |

Additional information including this individual's professional designations is available in the Detailed Report.

**License(s)**                                                                                                              Close

## State Registrations

| | | | | |
|---|---|---|---|---|
| B | Alabama | | IA | Georgia |
| B | California | | B | North Carolina |
| B | Colorado | | B | South Carolina |
| B | Florida | | B | Texas |
| B | Georgia | | B | Wisconsin |

## SRO Registrations

| | |
|---|---|
| B | FINRA |

Not all jurisdictions require IAR registration or may have an exemption from registration.

**Current Registration(s)**                                                                                                   Close

**B**  **ARKADIOS CAPITAL (CRD#:282710)**

📍 1455 Lincoln Pkwy E. Suite 410, Dunwoody, GA 30346

Registered with this firm since 4/29/2022

**IA**  **ARKADIOS WEALTH ADVISORS (CRD#:288863)**

📍 1455 Lincoln Pkwy E. Suite 410, Dunwoody, GA 30346

Registered with this firm since 5/2/2022

Previous Registration(s)                                                                                           Close

**WELLS FARGO CLEARING SERVICES, LLC (CRD#:19616)**
ATLANTA, GA
07/16/2010 - 05/05/2022

**WELLS FARGO CLEARING SERVICES, LLC (CRD#:19616)**
ATLANTA, GA
09/13/2007 - 05/05/2022

---

**Additional Information**

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

---

**B**  Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

**IA**  Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.

It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the [SEC's Investment Adviser Public Disclosure (IAPD) website](#) so you can research further.

 **Previously Registered**

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click [here](#) to learn more.

 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to

[BrokerCheck Terms of Use](#)

---



[Privacy](#) | [Legal](#)

©2023 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.