# EXHIBIT D

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| MATTHEW ROBERTS & CATHERINE ROBERTS,<br><br>　　Plaintiffs,<br><br>v.<br><br>FIRST CLEARING, LLC, a/k/a First Clearing, Wells Fargo Advisors, LLC, Wells Fargo Clearing Services, LLC,<br><br>　　Defendant.<br>. | CASE NO. 23-A-04168-9 |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on June 15, 2023, Defendant First Clearing, LLC ("First Clearing") filed a Notice of Removal of this action from the Superior Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division (a copy of which, excluding exhibits, is attached as **Exhibit 1**), thereby effecting removal of this action. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

Dated: June 15, 2023.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Keith J. Barnett*
　　　　　　　　　　　　　　　　　　　　　　Keith J. Barnett, Georgia Bar No. 142340
　　　　　　　　　　　　　　　　　　　　　　TROUTMAN PEPPER HAMILTON SANDERS LLP
　　　　　　　　　　　　　　　　　　　　　　600 Peachtree Street NE, Suite 3000
　　　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30308
　　　　　　　　　　　　　　　　　　　　　　T: (404) 885-3000
　　　　　　　　　　　　　　　　　　　　　　F: (404) 885-3900
　　　　　　　　　　　　　　　　　　　　　　keith.barnett@troutman.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant First Clearing, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date filed and served a true copy of the within and foregoing *Notice of Filing Notice of Removal* without attached exhibit using the Odyssey e-file GA system which automatically sends email notification of such filing all parties of record addressed as follows:

William R. Carlisle
Carlisle Law Firm
P.O. Box A
Winder, GA 30680
wrclaw@gmail.com
*Counsel for Plaintiff*

This 15th day of June, 2023.

                                          */s/ Keith J. Barnett*
                                          Keith J. Barnett