UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARRY PRICE,<br><br>    Plaintiff,<br>v.<br><br>PENSKE TRUCK LEASING CO. L.P. and JERRY DYER II,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. _____ |

## DEFENDANTS' NOTICE OF REMOVAL

**TO:  PLAINTIFF'S COUNSEL**

Dallas S.F. Oliver
Rebecca Kay Sapp Law Firm, LLP
4760 Lawrenceville Highway
Suite D-1
Lilburn, GA 30047
dallas.oliver@rksapplawfirm.com

**PLEASE TAKE NOTICE** that Defendants Penske Truck Leasing Co., L.P and Jerry Dyer II, by and through their undersigned counsel of record, and pursuant to U.S.C. §§ 1441 and 1332, file this Notice of Removal of this action from the Superior Court for the County of Gwinnett, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

In support of this Notice of Removal, Penske Truck Leasing Co., L.P and Jerry Dyer II, have filed contemporaneously herewith its Brief in Support of Removal and accompanying Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, Defendants Penske Truck Leasing Co., L.P and Jerry Dyer II. respectfully request that this Court enter an Order removing this action from the Superior Court for the County of Gwinnett, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 15th day of June, 2023.

                                MOSELEY MARCINAK LAW GROUP, LLP

                                */s/ Blair J. Cash*
                                Blair J. Cash, Esq.
                                Georgia Bar No. 360457
                                blair.cash@momarlaw.com
                                Donavan K. Eason
                                Georgia Bar No. 487358
                                donavan.eason@momarlaw.com
                                *Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1 and 7.1(D). Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents.

MOSELEY MARCINAK LAW GROUP, LLP

*/s/ Blair J. Cash*
Blair J. Cash, Esq.
Georgia Bar No. 360457
blair.cash@momarlaw.com
Donavan K. Eason
Georgia Bar No. 487358
donavan.eason@momarlaw.com
*Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by e-filing the same with the Court's CM-ECF system and by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

>Dallas S.F. Oliver
>Rebecca Kay Sapp Law Firm, LLP
>4760 Lawrenceville Highway
>Suite D-1
>Lilburn, GA 30047
>dallas.oliver@rksapplawfirm.com

This the 15th day of June, 2023.

>MOSELEY MARCINAK LAW GROUP, LLP
>
>*/s/ Blair J. Cash*
>Blair J. Cash, Esq.
>Georgia Bar No. 360457
>blair.cash@momarlaw.com
>Donavan K. Eason
>Georgia Bar No. 487358
>donavan.eason@momarlaw.com
>*Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)