UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARRY PRICE,<br><br>    Plaintiff,<br>v.<br><br>PENSKE TRUCK LEASING CO. L.P.<br>and JERRY DYER II,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. _____ |

### DEFENDANTS' BRIEF IN SUPPORT OF NOTICE OF REMOVAL

COME NOW Defendants Penske Truck Leasing Co., L.P (hereinafter "Penske") and Jerry Dyer II (collectively "Defendants"), by and through their undersigned counsel, pursuant to 28 U.S.C. §§ 1332 and 1446, and file this Brief in Support of its Notice of Removal, and show to the Court as follows:

### PROCEDURAL BACKGROUND

1. The Plaintiff, Barry Price, filed this action in the State Court of Gwinnett County, Georgia on or about May 15, 2023, against Defendants Penske and Dyer. (See Complaint for Damages, hereinafter "Plaintiff's Complaint", attached hereto as part of Exhibit A).

2. The Plaintiff's Complaint, *inter alia*, alleges that the Defendants are

liable to the Plaintiff for injuries allegedly sustained in a November 11, 2021 motor vehicle accident that occurred on Collier Road NW and Hills Place NW in Atlanta, Fulton County, Georgia.  (See Complaint, ¶¶ 7-28).

3. Complete diversity exists between the Plaintiff, a Georgia citizen, and the Defendants.  (See Complaint, *generally*; Georgia Uniform Motor Vehicle Accident Report, Accident Number 213150930, a true and correct copy of which is attached hereto as Exhibit B). Plaintiff alleges that Defendant Jerry Dyer II is a citizen and resident of Snellville, Gwinnett County, Georgia, (See Complaint ¶ 2). However, Dyer is a citizen and resident of the State of Florida, and was served with the Summons and Complaint for Damages at his new address in Florida – 4131 Pace Lane, Milton, Florida 32571. (See Letter, Envelope, and USPS tracking information for Certified Mail, attached hereto as Exhibit C). Defendant Penske is not an Ohio Corporation as Plaintiff alleges (See Complaint ¶ 6), but rather a Delaware corporation with its principal place of business in Pennsylvania.  (See printout from Georgia Secretary of State website, a true and correct copy of which is attached hereto as Exhibit D).  Pace USA, Inc., which Defendants contend is the proper named Defendant instead of Penske, is an Alabama corporation with its principal place of business in Alabama. (See print-out from Alabama Secretary of State relating to Pace USA, Inc., a true and correct copy of which is attached hereto as

Exhibit E).

4. In Plaintiff's Complaint, Plaintiff did not include an itemized claim for damages. However, in addition to a claim for past medical expenses, Plaintiff is claiming future medical expenses, past and future lost wages, pain and suffering, and past, present, and future mental and emotional suffering. (See Complaint ¶¶ 28). Plaintiff also made a pre-suit demand for settlement in the amount of Two Hundred and Fifty Thousand Dollars ($250,000.00).[1] (See June 21, 2022 Settlement Demand, a true and correct copy of which is attached hereto as Exhibit F).

5. This Notice of Removal is filed within thirty (30) days from the date on which this action became removable. Penske was served on May 18, 2023. (See Affidavit of Service upon Penske, part of Ex. A). Although not a part of the docket as of the preparation of this Removal, Dyer was not served until May 30, 2023. (See Ex. C). Removal of this action is therefore timely and proper under 28 U.S.C. § 1446(b).

7. Defendants represent to this Honorable Court that true and correct copies of all process, pleadings, orders served by or upon the Defendants in this case are attached in conformity with the requirements of 28 U.S.C. § 1446(a).  (See

---

[1] The text of the Demand reads, "$200,000.00 TWO-HUNDRED AND FIFTY THOUSAND DOLLARS". In any event, both amounts exceed the amount in controversy amount set forth by 28 U.S.C. § 1332.

Exhibit A). Defendants further represent to this Court that there are no other process, pleadings or orders properly served upon the Defendants to date in this case that have not been attached hereto.

8. The United States District Court for the Northern District of Georgia, Atlanta Division, is the Court and division embracing the place where this action is pending in the State Court of Gwinnett County. No Defendant heretofore has sought similar relief in this action.

## ARGUMENT AND CITATION OF AUTHORITY

**A. This Court Has Original Jurisdiction Of This Cause Of Action Pursuant To 28 U.S.C. § 1332 And Is Removable According To 28 U.S.C. § 1441.**

This cause of action is properly removable under 28 U.S.C. § 1441(a) and (b) because the United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a), as amended, which provides in pertinent part:

> "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between – citizens of different States…"

*See* 28 U.S.C. § 1332(a).

Defendants show this Honorable Court that complete diversity exists among the Plaintiff and the Defendants and that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

1. **There is complete diversity.**

It is undisputed that there is complete diversity among the parties in this cause of action. Plaintiff is a citizen and resident of the State of Georgia. (See Ex. B). Dyer is a citizen and resident of the State of Florida. (See Ex. C). Penske is a Delaware corporation with its principal place of business in Pennsylvania. (See Ex. D). Pace USA, Inc., which Defendants contend is the proper named Defendant instead of Penske Truck Leasing Co., L.P., is an Alabama corporation with its principal place of business in Alabama. (See Ex. E). Counsel for the Defendants has spoken with Plaintiff's counsel prior to this removal and a consent motion to substitute will be submitted for the Court's consideration after docketing of this Removal.

Accordingly, complete diversity exists in this cause of action warranting removal.

2. **The amount in controversy exceeds $75,000.00.**

Plaintiff's Complaint did not contain an *ad damnum* clause setting a specific amount of damages sought by the Plaintiff such that the exact amount in controversy in this cause of action is readily ascertained. However, Defendants reasonably expect, upon information and belief, that the Plaintiff is alleging over $75,000.00 in damages given that the Plaintiff demanded Two Hundred and Fifty Thousand Dollars ($250,000.00) in settlement before suit was filed. (See Ex. F). In addition to

a claim for past medical expenses of $48,174.02, Plaintiff is claiming future medical expenses, past and future lost wages, pain and suffering, and past, present, and future mental and emotional suffering. (See Complaint ¶28).

The amount in controversy requirement has been satisfied.

### B. **Defendants Have Timely Sought Removal.**

A party must file a notice of removal of a civil action within thirty (30) days after the receipt of the initial pleading pursuant to 28 U.S.C. § 1446(b)(1). It is well-settled that the defendant bears the burden of establishing that federal jurisdiction exists when the defendant seeks to remove a case to federal court. *Williams v. Best Buy Co., Inc.*, 269 F. 3d 1316 (11th Cir. 2001). The defendant seeking removal on the basis of diversity jurisdiction must therefore establish diversity of citizenship and prove, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.00. *See* 28 U.S.C. § 1332.

There is complete diversity, *supra* Section A.1. The amount in controversy requirement has also been satisfied, *supra*. Section A.2.

The time for removal of this case did not begin to run until one of the Defendants was served. *See Murphy Brothers, Inc. v. Michetti Pipe Stringin, Inc.*, 526 U.S. 344 (1999). The Supreme Court in *Murphy Brothers* held that the time period for removal did not begin until a defendant was officially served with process.

The Court stated, "An individual or entity named as a defendant is not obliged to engage in litigation unless notified of the action, and brought under a court's authority, by formal process." *Murphy Bros.,* 526 U.S. at 347.

Penske was served on May 18, 2023. (See Penske Affidavit of Service, included as part of Exhibit A). Dyer was served via certified mail on May 30, 2023, although proof of that service is not yet a part of the docket. Accordingly, this matter is timely removed to this Honorable Court. The deadline to remove to this matter to Federal Court is June 17, 2023 and this deadline has been satisfied.

## **CONCLUSION**

There being complete diversity of citizenship between the parties to this action and the amount in controversy established by a preponderance of the evidence on this date and within thirty (30) days of this action becoming removable, this case is properly removable to the United States District Court for the Northern District of Georgia, Atlanta Division.

WHEREFORE, Defendants Penske Truck Leasing Co., L.P and Jerry Dyer II hereby assert, that they have sought removal pursuant to 28 U.S.C. § 1446. Defendants respectfully request that this Court find that the amount in controversy has been satisfied and that jurisdiction is proper for this Court pursuant to 28 U.S.C. § 1332 and 1446. These Defendants further request that this Court enter an Order

REMOVING this action from the State Court of Gwinnett County, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 15th day of June, 2023.

                                MOSELEY MARCINAK LAW GROUP, LLP

                                */s/ Blair J. Cash*
                                Blair J. Cash, Esq.
                                Georgia Bar No. 360457
                                blair.cash@momarlaw.com
                                Donavan K. Eason
                                Georgia Bar No. 487358
                                donavan.eason@momarlaw.com
                                *Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1 and 7.1(D).  Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents.

                                            MOSELEY MARCINAK LAW GROUP, LLP

                                            */s/ Blair J. Cash*
                                            Blair J. Cash, Esq.
                                            Georgia Bar No. 360457
                                            blair.cash@momarlaw.com
                                            Donavan K. Eason
                                            Georgia Bar No. 487358
                                            donavan.eason@momarlaw.com
                                            *Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by e-filing the same with the Court's CM-ECF system and by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Dallas S.F. Oliver
Rebecca Kay Sapp Law Firm, LLP
4760 Lawrenceville Highway
Suite D-1
Lilburn, GA 30047
dallas.oliver@rksapplawfirm.com

This the 15th day of June, 2023.

                                      MOSELEY MARCINAK LAW GROUP, LLP

                                      */s/ Blair J. Cash*
                                      Blair J. Cash, Esq.
                                      Georgia Bar No. 360457
                                      blair.cash@momarlaw.com
                                      Donavan K. Eason
                                      Georgia Bar No. 487358
                                      donavan.eason@momarlaw.com
                                      *Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)