E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03310-S6**
**5/15/2023 10:50 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Barry Price**
_____
_____
_____
PLAINTIFF

23-C-03310-S6
CIVIL ACTION
NUMBER:_____

VS.

**Penske Truck Leasing Co, L.P.,**
**Jerry Dyer II**
_____
DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Dallas S.F. Oliver, esq
4760 Lawrenceville Highway, Suite D-1
Lilburn, Georgia, 30047

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.
       15th day of May, 2023

Tiana P. Garner
Clerk of State Court

By_____
        Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03310-S6**
**5/15/2023 10:50 AM**
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☐ State Court of _____ County

| **For Clerk Use Only** | |
|---|---|
| Date Filed _____ | Case Number  23-C-03310-S6 _____ |
| MM-DD-YYYY | |

**Plaintiff(s)**                                                          **Defendant(s)**

_____           _____
Last         First         Middle I.    Suffix    Prefix         Last         First         Middle I.    Suffix    Prefix

_____           _____
Last         First         Middle I.    Suffix    Prefix         Last         First         Middle I.    Suffix    Prefix

_____           _____
Last         First         Middle I.    Suffix    Prefix         Last         First         Middle I.    Suffix    Prefix

_____           _____
Last         First         Middle I.    Suffix    Prefix         Last         First         Middle I.    Suffix    Prefix

**Plaintiff's Attorney** _____ **State Bar Number** _____ **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____                _____
Case Number                                    Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Case 1:23-mi-99999-UNA   Document 1938-2   Filed 06/15/23   Page 3 of 10

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03310-S6**
**5/15/2023 10:50 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| BARRY PRICE, | * | |
| | * | |
| Plaintiff. | * | CIVIL ACTION FILE NO. |
| | * | |
| v. | * | 23-C-03310-S6 |
| | * | |
| PENSKE TRUCK LEASING Co. L.P.; | * | |
| JERRY DYER II. | * | |
| | * | |
| | * | |
| Defendants. | * | |

**COMPLAINT FOR DAMAGES**

COMES NOW, BARRY PRICE, hereinafter "Plaintiff", by and through his undersigned counsel, files this Complaint for Damages and shows this Honorable Court as follows:

1.

Plaintiff is a resident of the State of Georgia and has been a resident of the State of Georgia at all times relevant to this case.

2.

Defendant, JERRY DYER (hereinafter "Defendant DYER"), is an individual and resident of Gwinnett County, Georgia, and may be served at his residence, 4281 Bradley Drive, Snellville, 30039.

3.

Defendant is subject to the jurisdiction of this Court.

4.

This Court has jurisdiction over the subject matter of this action.

5.

Venue is proper in GWINNETT County, Georgia pursuant to the Constitution of Georgia (Ga. Const., Art. VI, § II, ¶ VI), because Defendant resides in GWINNETT County, Georgia.

6.

Defendant, PENSKE TRUCK LEASING Co L.P., principal address 3100 Sanders Road, Suite 201, Illinois, Northbrook 60062, is a foreign profit corporation authorized to do business in the State of Georgia and may be served through its registered agent, CT Corporation System, 289 S. Culver Street, Lawrenceville, Gwinnett County, Georgia 30046 and is subject to the jurisdiction and venue of this court.

## **NEGLIGENCE**

7.

On or about November 11, 2021 at approximately 12:00 p.m. Plaintiff was a restrained driver in a vehicle traveling North on Collier Road at or near its intersection with Hills Place, County of Fulton, State of Georgia.

8.

At all times relevant hereto, Plaintiff was exercising reasonable care for his own safety.

9.

At the same time and on the occasion in question, Defendant Dyer, the operator of a 2021 Freightliner FTL Premium tractor-trailer, was traveling East on Hills Place at or near its intersection with Collier Road.

10.

At the time in question, Defendant Dyer failed to operate the vehicle in a safe manner by failing to yield when turning left and striking Plaintiff's vehicle.

11.

Defendant Dyer caused a collision that resulted in serious bodily injury to Plaintiff.

12.

As a consequence of Defendant Dyer's negligence in causing the subject crash, Defendant Dyer breached his duty of ordinary care to Plaintiff.

13.

Defendant Penske Truck Leasing Co L.P. is an entity that owned and/or operated the 2021 Freightliner FTL Premium tractor-trailer, involved in the subject collision and/or rented to the driver of the vehicle involved in the subject collision. Plaintiff incorporates by reference all claims made in this Complaint against any other Defendant against Defendant Penske Truck Leasing Co L.P.

14.

Defendant Penske Truck Leasing Co L.P. is the entity that insured the 2021 Freightliner FTL Premium tractor-trailer involved in the subject collision.

15.

Defendant Penske Truck Leasing Co L.P. is liable under the doctrine of respondeat superior for the harm caused to Plaintiff by the wrongful acts or omissions of

their renter, Defendant Dyer, who was utilizing equipment obtained from Penske Truck Leasing Co L.P. When Defendant Dyer caused the subject collision.

16.

No other entities contributed to the incident in question.

17.

Plaintiff suffered pain and suffering as a result of the collision.

18.

As a result of the collision, Plaintiff Barry Price received medical treatment for his injuries of more than $48,174.02, the exact amount to be determined at trial.

19.

As a result of the collision, Plaintiff has suffered lost wages, the exact amount to be proven at trial.

20.

As a result of the collision, Plaintiff will continue to suffer general damages in the future, including pain and suffering, the exact amount to be proven at trial.

21.

As a result of the collision, Plaintiff will continue to suffer special damages in the future, including expenses for medical treatment, the exact amount to be proven at trial.

22.

Defendant's negligence in causing the subject incident is the actual cause of Plaintiff's injuries.

23.

Defendant's negligence in causing the subject incident is the proximate cause of Plaintiff's injuries.

24.

Defendant's negligence in causing the subject incident consisted of failing yield to left turn in violation of O.C.G.A. § 40-6-71.

25.

Defendant's negligence in causing the subject incident consisted of failure to exercise that degree of care which is exercised by ordinary persons in the same or similar situation, in violation of O.C.G.A § 51-1-2.

26.

Defendant's negligence in causing the subject incident consisted of failure to use ordinary care to avoid colliding with another vehicle.

27.

Defendant's negligence in causing the subject incident consisted of failure to keep a proper lookout.

28.

Defendant's negligence in causing the subject incident consisted of failure to maintain control of the vehicle.

WHEREFORE, Plaintiff prays for judgment against Defendant in the following particulars:

a)  Plaintiff be awarded general damages to fully compensate her for his past and future pain and suffering, and other human losses in an amount to be determined at trial;

b)  Plaintiff, Barry Price, be awarded special damages in an amount of at least $48,174.02, the exact amount to be proven at trial to fully compensate him for his past medical expenses;

c)  Plaintiff be awarded special damages in the exact amount to be proven at trial to fully compensate him for his past lost wages, and future medical expenses;

d)  Plaintiff be granted a jury panel of twelve (12) from which to select a jury of six pursuant to O.C.G.A § 15-12-122;

e)  Process be issued requiring the Defendant to answer according to law;

f)  Plaintiff be granted such further and other relief as is just and proper.

Respectfully submitted this 15th day of May, 2023.

REBECCA KAY SAPP LAW FIRM, LLC,

_____
**Dallas S.F. Oliver**
**Georgia Bar No. 191038**
Attorney for Plaintiff

4760 Lawrenceville Hwy, Ste D-1
Lilburn, GA 30047
Phone: 678-720-8422
dallas.oliver@rksapplawfirm.com

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

23-C-03310-S6
5/22/2023 12:22 PM
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

| Case:<br>23-C-03310-S6 | Court:<br>Gwinnett County State Court | County:<br>Gwinnett, GA | Job:<br>8870737 (4860.0000) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Barry Price | | **Defendant / Respondent:**<br>Penske Truck Leasing Co. L.P., | |
| **Received by:**<br>Gotcha Covered, LLC | | **For:**<br>Rebecca Kay Sapp Law Firm | |
| **To be served upon:**<br>Penske Truck Leasing Co L.P. | | | |

I, Robin L. Saxon, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Penske Truck Leasing Co L.P. c/o Corporation Service Company c/o Barry Smith, Company: 2 Sun Ct Suite 400, Peachtree Corners, GA 30092

**Manner of Service:** Registered Agent, May 18, 2023, 3:10 pm EDT

**Documents:** • Summons • General Civil And Domestic Relations Case Filing Information Form • Complaint for Damages • Georgia Motor Vehicle Crash Report

**Additional Comments:**
1) Successful Attempt: May 18, 2023, 3:10 pm EDT at Company: 2 Sun Ct Suite 400, Peachtree Corners, GA 30092 received by Penske Truck Leasing Co L.P. c/o Corporation Service Company c/o Barry Smith. Age: 40; Ethnicity: African American; Gender: Male; Weight: 175; Height: 5'7"; Hair: Black; Eyes: Brown;
I went to the Defendant's listed Registered Agents office. I took the elevator to the (4th) floor and set the documents down on the table as the sign instructed. Shortly afterward Barry Smith came to the lobby to retrieve them.

_____ 5/18/23
Robin L. Saxon            Date

Gotcha Covered, LLC
P. O. Box 741193
Riverdale, GA 30274
404-394-6924

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

18MAY2023                    17SEP2023
Date                         Commission Expires

RASHAD L. SAXON
NOTARY PUBLIC
EXPIRES
GEORGIA
09-17-2023
FULTON COUNTY



FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY, GA

2022 NOV 14 PM 3:02

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

IN RE: Permanent Process Servers

Case Number: **22 C 06269-6**

### ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order up to and including **January 4, 2024**.

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this __14th__ day of __November__, 20__22__.

_Veronica Cope_
Veronica Cope (Nov 14, 2022 12:43 EST)

Presiding Judge
Gwinnett County State Court

Applicant:

Name: Robin L. Saxon

Address: P. O. Box 741193

Riverdale, GA 30274

404-394-6924