# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 213150930 | APD0000 | FULTON | 11/11/2021 |

| Estimated Crash Date | Time | Dispatch Date | Time | Arrival Date | Time | Total Number of Vehicles | Injuries | Fatalities | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| 11/11/2021 | 12:00 | 11/11/2021 | 12:15 | 11/11/2021 | 12:30 | 2 | 0 | 0 | Atlanta |

**Road of Occurrence:** COLLIER RD NW
**At Its Intersection With:** HILLS PL NW
**Not At Its Intersection But:** ☐ Miles ☐ Feet ☐ North ☐ South ☐ East ☐ West **Of**

- [ ] Suppl. To Original?
- [ ] Private Property?
- [ ] Hit And Run?

**Latitude (Y):** 33.811070
**Longitude (X):** -84.432310

## Unit 1

- [x] Driver
- [ ] Ped
- [ ] Bike
- [x] Susp At Fault

**Last Name:** DYER  **First:** JERRY  **Middle:**
**Address:** 4281 BRADLEY DR
**City:** Snellville (GWINNETT)  **State:** GA  **Zip:** 30039  **DOB:** 7/13/1981
**Driver's License No:** 061496065  **Class:** A  **State:** GA  **Country:** United States
**Insurance Co.:** INDIANA INSURANCE  **Policy No.:** MWTB315916  **Telephone No.:** 8508601406
**Year:** 2021  **Make:** FREIGHTLINER  **Model:** FTL
**VIN:** 3AKJHLDV6MDMU1996  **Vehicle Color:** White
**Tag #:** 3043680  **State:** IN  **County:**   **Year:** 21
**Trailer Tag #:**   **State:**   **County:**   **Year:**

- [x] Same as Driver
**Owner's Last Name:** DYER  **First:** JERRY  **Middle:**
**Address:** 4281 BRADLEY DR
**City:** Snellville (GWINNETT)  **State:** GA  **Zip:** 30039
**Removed By:**   ☐ Request ☐ List
**Alcohol Test:** No  **Type:**   **Results:**   **Drug Test:** No  **Type:**   **Results:**
**First Harmful Event:** Motor Vehicle In Motion  **Most Harmful Event:** Motor Vehicle In Motion  **Operator/Ped Cond:** Not Drinking
**Operator Factors:** No Contributing Factors
**Vehicle Factors:** No Contributing Factors  **Roadway Factors:** No Contributing Factors
**Direction of Travel:** North  **Vehicle Maneuver:** Turning Left  **Non-Motor Maneuver:**
**Vehicle Class:** Commercial Motor Vehicle (CMV)  **Vehicle Type:** Tractor/Trailer  **Vision Obscured:** Not Obscured
**Number of Occupants:** 1  **Area of Initial Contact:** Front End  **Damage to Vehicle:** Minor Damage
**Traffic Way Flow:** Two-Way Trafficway with no physical separation  **Road Composition:** Concrete  **Road Character:** Straight and Level
**Number of Lanes:** 2  **Posted Speed:** 5  **Work Zone:** None
**Traffic Control:** Stop Sign  **Device Inoperative:** ☐ Yes [x] No
**Citation Information:**
- Citation # 5921654   O.C.G.A. § 40-6-71
- Citation #   O.C.G.A. §
- Citation #   O.C.G.A. §

## Unit 2

- [x] Driver
- [ ] Ped
- [ ] Bike
- [ ] Susp At Fault

**Last Name:** PRICE  **First:** BARRY  **Middle:**
**Address:** 2077 TWIN FALLS RD
**City:** DECATUR  **State:** GA  **Zip:** 30032  **DOB:** 8/13/1982
**Driver's License No:** 055193915  **Class:** C  **State:** GA  **Country:** United States
**Insurance Co.:** STATE FARM  **Policy No.:** 1129684583  **Telephone No.:** 6785923234
**Year:** 2002  **Make:** GMC  **Model:** YUKON XL
**VIN:** 1GKFK66U22J217472  **Vehicle Color:** Red
**Tag #:** B1242  **State:** GA  **County:** DEKALB  **Year:** 21
**Trailer Tag #:**   **State:**   **County:**   **Year:**

- [x] Same as Driver
**Owner's Last Name:** PRICE  **First:** BARRY  **Middle:**
**Address:** 2077 TWIN FALLS RD
**City:** DECATUR  **State:** GA  **Zip:** 30032
**Removed By:**   ☐ Request ☐ List
**Alcohol Test:** No  **Type:**   **Results:**   **Drug Test:** No  **Type:**   **Results:**
**First Harmful Event:** Motor Vehicle In Motion  **Most Harmful Event:** Motor Vehicle In Motion  **Operator/Ped Cond:** Not Drinking
**Operator Factors:** No Contributing Factors
**Vehicle Factors:** No Contributing Factors  **Roadway Factors:** No Contributing Factors
**Direction of Travel:** North  **Vehicle Maneuver:** Straight  **Non-Motor Maneuver:**
**Vehicle Class:** Privately Owned  **Vehicle Type:** Passenger Car  **Vision Obscured:** Not Obscured
**Number of Occupants:** 1  **Area of Initial Contact:** Left Side-Far Rear  **Damage to Vehicle:** Minor Damage
**Traffic Way Flow:** Two-Way Trafficway with no physical separation  **Road Composition:** Black Top  **Road Character:** Straight and Level
**Number of Lanes:** 2  **Posted Speed:** 5  **Work Zone:** None
**Traffic Control:** No Control Present  **Device Inoperative:** ☐ Yes [x] No
**Citation Information:**
- Citation #   O.C.G.A. §
- Citation #   O.C.G.A. §
- Citation #   O.C.G.A. §

## COMMERCIAL MOTOR VEHICLES ONLY

### Unit 1
**Carrier Name:** PENSKE TRUCK LEASING CO L P
**Address:** 2675 MORGANTOWN RD  **City:** reading  **State:** Pennsylvania  **Zip:** 19607
**U.S. D.O.T. #:** 1371334  **No. of Axles:** 3  **G.V.W.R:** 10001 To 26000
**Cargo Body Type:** Auto Carrier or Tow Truck  **Vehicle Config.:** Tractor Trailer  [x] Interstate ☐ Intrastate  **Fed. Reportable:** [x] Yes ☐ No
**C.D.L. ?** [x] Yes ☐ No  **C.D.L. Suspended?** ☐ Yes [x] No
**Vehicle Placarded?** ☐ Yes [x] No  **Hazardous Materials?** ☐ Yes [x] No
**Hazmat Released?** ☐ Yes [x] No
**If YES: Name or 4 Digit Number from Diamond or Box:**
**One Digit Number from Bottom of Diamond:**
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

### Unit 2
**Carrier Name:**
**Address:**   **City:**   **State:**   **Zip:**
**U.S. D.O.T. #:**   **No. of Axles:**   **G.V.W.R:**
**Cargo Body Type:**   **Vehicle Config.:**   ☐ Interstate ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☐ No
**C.D.L. ?** ☐ Yes ☐ No  **C.D.L. Suspended?** ☐ Yes ☐ No
**Vehicle Placarded?** ☐ Yes ☐ No  **Hazardous Materials?** ☐ Yes ☐ No
**Hazmat Released?** ☐ Yes ☐ No
**If YES: Name or 4 Digit Number from Diamond or Box:**
**One Digit Number from Bottom of Diamond:**
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

266

GDOT-523 (07/17)

## COLLISION FIELDS

**Manner of Collision:** Angle   **Location at Area of Impact:** On Roadway - Roadway Intersection   **Weather:** Clear   **Surface Condition:** Dry   **Light Condition:** Daylight

### NARRATIVE

On 11/11/2021 I was dispatched to a accident at Collier Rd and Hills Pl. Upon arrival I was able to speak with Driver1 and Driver2.

Driver1 stated that he was attempting to turn left out of Hills Pl to get onto Collier Rd which was when he struck Driver2.

Driver2 stated that he was driving straight on Collier Rd which was when Driver1 came out of Hills Pl and struck his vehicle.

No injuries were involved. Driver1 was at fault and was issued a citation.

### DIAGRAM

*[Diagram showing intersection of Collier Rd and Hills Pl with vehicle collision. North arrow indicated. Not To Scale.]*

### PROPERTY DAMAGE INFORMATION

**Damage Other Than Vehicle:**   **Owner:**

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

267

GDOT-523 (07/17)

## OCCUPANT INFORMATION

### 1
| Name (Last, First): | DYER, JERRY | | | | Address: | 4281 BRADLEY DR Snellville (GWINNETT), GA 30039 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 40 | Sex: Male | Unit #: 1 | Position: Front Seat-Left Side | Safety Eq: Unknown | Ejected: Not Applicable | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 2
| Name (Last, First): | PRICE, BARRY | | | | Address: | 2077 TWIN FALLS RD DECATUR, GA 30032 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 39 | Sex: Male | Unit #: 2 | Position: Front Seat-Left Side | Safety Eq: Unknown | Ejected: Not Applicable | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 3
| Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 4
| Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

Photos Taken: ☐ Yes  ☑ No   By:

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| Pritchard, Cadeem (6719) | Atlanta Police Department | 11/11/2021 12:47 | Mcfall, Robert | 11/12/2021 |