# REBECCA KAY SAPP



**Rebecca Kay Sapp**
*Attorney at Law*
www.rksapplaw.com

Office: (678) 720-8422
Fax: (678) 922-7746

## LAW FIRM, LLC.

4760 Lawrenceville Hwy, Suite D-1, Lilburn, GA 30047

---

ATTN: Jerry Dyer Jr.,
4131 Pace Lane
Milton, FL 32571

9414 7112 0620 3130 8238 72

CERTIFIED MAIL
TRACKING NUMBER

May 24, 2023

Dear Jerry Dyer Jr:

This Courtesy copy of the complaint against the defendant, Jerry Dyer, is sent to you in accordance with the requirements of O.C.G.A §§ 40-9-103, 33-7-5. The complaint was submitted for filing in the State court of Gwinnett County, State of Georgia on May 15th, 2023

The delivery of this complaint via Certified Mail Return Receipt requested satisfies the requirement set forth in O.C.G.A. §§ 40-9-103©, 33-7-5.

Best regards,

We thank you for your cooperation in this matter.

In Kindest Regards,

*[signature]*

Dallas S.F. Oliver, Esq.
Attorney for Plaintiff
REBECCA KAY SAPP LAW FIRM



**Tracking Number:**

**9414711206203130823672**

 Copy     Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 11:44 am on May 30, 2023 in MILTON, FL 32571.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
MILTON, FL 32571
May 30, 2023, 11:44 am

**Departed USPS Regional Destination Facility**
PENSACOLA FL PROCESSING CENTER
May 28, 2023, 6:56 pm

**Arrived at USPS Regional Destination Facility**
PENSACOLA FL PROCESSING CENTER
May 28, 2023, 1:56 pm

**USPS Awaiting Item, Shipping Label Created**
LILBURN, GA 30047
May 24, 2023, 4:17 pm

Hide Tracking History