

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
**BRAD RAFFENSPERGER**

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **PENSKE TRUCK LEASING CO., L.P.** |
| Business Type: | **Foreign Limited Partnership** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **2675 Morgantown Road, PO Box 563, Reading, PA, 19607, USA** |
| Jurisdiction: | **Delaware** |
| Principal Record Address: | **NONE** |
| Control Number: | **J822589** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **11/28/1988** |
| Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporation Service Company** |
| Physical Address: | **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA** |
| County: | **Gwinnett** |

### GENERAL PARTNER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| PTL GP, LLC | General Partner | 2675 Morgantown Road, Reading, PA, 19607, USA |

Back        Filing History        Name History        Return to Business Search