Alabama Secretary of State   

| Pace USA, Inc. ||
|---|---|
| Entity ID Number | 000 - 530 - 802 |
| Telephone Number | 0-0-0 |
| Date Processed by Revenue | 3-16-2022 |
| Reporting Address | PACE USA INC<br>201 CAHABA VALLEY PKWY<br>PELHAM, AL 35124-1146 |
| Agent as Reported | GODWIN, CHAD<br>201 CAHABA VALLEY PKWY., STE.<br>PELHAM,, AL 35124 |
| President | |
| Secretary | |
| General Business | ANY LAWFUL BUSINESS/<br>5951 GREENWOOD PKWY<br>BESSEMER, AL 35022-5660 |

Detail Page    New Search

Browse Results