# REBECCA KAY SAPP LAW FIRM, LLC.



**Rebecca Kay Sapp**
*Attorney at Law*
www.rksapplawfirm.com

Office: (678) 720-8422
Fax: (678) 922-7746

**4760 Lawrenceville Hwy, Suite D-1, Lilburn, GA 30047**

---

June 21, 2022

<u>**VIA CERTIFIED U.S. MAIL RETURNED RECEIPT REQUESTED**</u>
**RECEIPT NO:**
Claims Department
***Gallagher Basset (Arch Insurance)***
P.O. Box 2934
Clinton, IA 52733-2934

|  |  |  |
|---|---|---|
| RE: | Our Client: | **Barry Price** |
|  | Your Insured: | **Jerry Dyer (Penske Trucking)** |
|  | Date of Loss: | **November 11, 2021** |
|  | Claim No.: | **00564407397AD01** |

Dear Claims Department:

Enclosed, please find our settlement demand, with supporting documentation.

## INADMISSIBILITY OF OFFER OF COMPROMISE[1]

Under O.C.G.A. § 24-4-408, statements made with a view toward compromise are inadmissible at trial. This Georgia law was enacted to encourage the settlement of controversies by permitting parties to discuss their cases candidly with the assurance that admissions and proposals for compromise made in the course of their good-faith settlement negotiations may not be used against them in any subsequent or pending lawsuit. <u>Benn v. McBride,</u> 140 Ga. App. 698 (1976). This entire letter and all of the exhibits attached are submitted with a view toward compromise of this claim. If you do not agree that everything that follows is inadmissible during the litigation of this matter, please stop reading and immediately destroy this letter and its attachments and immediately notify us of your refusal to review our attempt to compromise this claim.

## OFFER OF COMPROMISE

As you are aware, this law firm has been entrusted with the responsibility of assuring that Barry Price has the financial resources to both medically treat his injuries and to be fairly compensated for the short-term disabilities, and other damages flowing from the collision on **November 11, 2021**. Recognizing that Gallagher Bassett shares in this responsibility while also owing a duty to your insured, this correspondence and the enclosures are intended to document

---

[1] The content of this demand in their entirety are for settlement purposes only and cannot be used as evidence in any formal legal process as prescribed by O.C.G.A. § 24-4-408.

Barry Price's injuries and provide Gallagher Bassett the opportunity to resolve all claims within your insured's policies of insurance.

## I. FACTS OF THE COLLISION

On November 11, 2021, Barry Price, a restrained driver, was involved in an automobile collision caused by your insured, Jerry Dyer. At the time of the collision, Mr. Price was driving on Collier Road. Your insured attempted to turn left out of Hills Place onto Collier Road without yielding, and subsequently struck Mr. Price's vehicle. This violent collision caused Mr. Barry Price to incur significant twisting and bending in his neck and back. Your insured was found at fault and was cited for this collision (see **Exhibit #1**, Georgia Uniform Motor Vehicle Accident Report).



N

*Not To Scale*

152



## II. INJURIES AND TREATMENTS

Barry Price was 39 years old and prior to this collision, was active and in good health. As a result of this collision, Barry Price experienced significant pain in his daily activities because of:

(1) Annular Tear of Cervical Disc – **ICD10 M50.30;**
(2) Cervical HNP C1-4 – **ICD10 M50.21;**
(3) Cervical HNP C4-5 – **ICD10 M50.221;**
(4) Cervical HNP C5-6 – **ICD10 M50.222;**
(5) Disc Displacement, Lumbar – **ICD10 M51.26;**
(6) Lumbosacral HNP – **ICD10 M51.27;**
(7) Cervical Spinal Cord Compression – **ICD10 G95.20;**
(8) Strain of Muscle, Fascia, and Tendon at Neck Level – **ICD10 S16.1XXA;**
(9) Sprain of Ligaments of Cervical Spine - **ICD10 S13.4XXA;**
(10) Sprain of Ligaments of Thoracic Spine - **ICD10 S23.3XXA;**
(11) Sprain of Ligaments of Lumbar Spine - **ICD10 S33.5XXA;**
(12) Radiculopathy, Cervical Region – **ICD10 M54.12;**
(13) Radiculopathy, Cervicothoracic Region – **ICD10 M54.13;**
(14) Radiculopathy, Lumbosacral Region – **ICD10 M54.17;**
(15) Lumbar Facet Joint Syndrome – **ICD10 M47.816;**
(16) Lumbar Facet Joint Pain – **ICD10 M54.59;**
(17) Muscle Spasm of Back - **ICD10 M62.830;**
(18) Other Muscle Spasm – **ICD10 M62.838;**
(19) Cervicalgia – **ICD10 M54.2;**
(20) Pain in Thoracic Spine – **ICD10 M54.6;**
(21) Low Back Pain – **ICD10 M54.5;**
(22) Other Myositis – **ICD10 M60.88; and**
(23) Paresthesia of Skin – **ICD10 R20.2.**

Following the collision, Barry Price began to experience pain and he visited Hurt 911 Injury Center for treatment of his pain. He complained of pain in his neck, mid-back, low back, and head. A physical exam revealed decreased range of motion, tenderness, spasms, and restriction throughout the spine, as well as positive results to orthopedic tests. He was subsequently diagnosed with sprain of ligaments of the cervical, thoracic, and lumbar spine, radiculopathy of the cervicothoracic and lumbosacral regions, and muscle spasm of the back. He was placed on a treatment plan which included heat/ice, electrical muscle stimulation, and mechanical traction. He returned multiple times for treatment.

In addition, Mr. Price was seen by Raquel Parker, FNP-C at Apex Healthcare. Following a physical exam, he was diagnosed with cervicalgia, muscle spasm, cervical, thoracic, and lumbar strain, myositis, cervical radiculitis, thoracic pain, lumbalgia, and paresthesia. He was recommended to consider physical therapy and he was prescribed Flexeril for muscle spasms. Mr. Price returned multiple times for treatment.

Barry Price was recommended to receive MRIs of his cervical and lumbar spine and brain, which revealed disc bulges at C3-4, C4-5, and L4-5, and disc herniations at C5-6 and L5-S1.

Barry Price also visited Georgia Spine and Orthopaedics for treatment of his neck and low back pain. A physical exam revealed tenderness and decreased range of motion in the cervical and lumbar regions. He was subsequently diagnosed with cervical and lumbar HNPs, cervicalgia, and lumbago. He was prescribed Metaxalone, LidoPro, and Frotek for treatment.



Mr. Price also saw Dr. Zahra Merchant at Ortho Sport & Spine Physicians for treatment. Following a physical exam, Dr. Merchant diagnosed him with lumbar facet joint syndrome, cervicalgia, annular tear of cervical disc, cervical HNP, cervical spinal cord compression, and lumbar facet joint pain. He was given Meloxicam, Flexeril, a back brace, a TENS unit, and LidoPro ointment for pain relief. Dr. Merchant also recommended that he receive facet injections of the lumbar spine, and she referred him to a spine surgeon for further valuation of his neck pain. Following facet injections, he reported 50% relief from his low back pain. He was then recommended to receive an RFA of the lumbar spine for further pain relief.

155



Fig. 3

Mr. Price then followed up with Dr. Mark Flood, who ordered a CT myelogram of the cervical spine. He also recommended a surgical repair of his spinal cord compression. Following his scan, Dr. Flood further diagnosed him with lumbar disc displacement and displacement of a disc of the lumbosacral region.

Due to Mr. Price's adherence to his physicians' treatment plans, he recovered from his injuries; however, he is now predisposed to injury due to the injuries resulting from this accident.

Enclosed please find Mr. Price's medical records documenting his injuries:

- **Exhibit # 2, HURT 911 Injury Centers;**
- **Exhibit # 3, Apex Healthcare;**
- **Exhibit # 4, Elite Radiology of Georgia;**
- **Exhibit # 5, Georgia Spine and Orthopaedics;**
- **Exhibit # 6, Ortho Sport & Spine Physicians; and**
- **Exhibit # 7, American Health Imaging.**

### III. HEALTHCARE EXPENSES

An itemized list of his medical treatment providers, dates of treatment, and itemized medical bills are attached (see **Exhibit # 8,** Medical Specials). As a result of his injuries, Barry Price has incurred past medical expenses in the amount of at least **$48,174.02.**

### IV. HUMAN LOSSES

The past special damages---except lost wages---will make Barry Price even with where he

156

would have been if this collision had not happened. None of that money makes up for the greatest part of the damage: what this collision did to Barry Price himself, his human losses. Paying for his past medical expenses is required pecuniary compensation; money to make up for Barry Price having to experience the violent motor vehicle collision whereupon he endured sudden, violent, and unnatural movement throughout his body is also another category of pecuniary compensation.

### V. SETTLEMENT

My client has authorized me to extend a demand requesting **$200,000.00 TWO-HUNDRED AND FIFTY THOUSAND DOLLARS** for full and complete settlement on the bodily injury of this claim.

> **NOTE: THIS DEMAND IS MADE PURSUANT TO O.C.G.A. §33-6-34 AND O.C.G.A. §51-12-14. IN THE EVENT THAT THIS CLAIM IS NOT PAID WITHIN THIRTY (30) DAYS OF THE DATE INDICATED ABOVE, INTEREST SHALL BE RECOVERABLE ON SAID AMOUNT AT THE RATE PER ANUM AS PRESCRIBED BY THE "UNLIQUIDATED DAMAGES INTEREST ACT," TO ACCRUE FROM THE THIRTIETH (30TH) DAY FOLLOWING THE DATE INDICATED ABOVE OF THIS CLAIM.**

We are attempting to amicably settle this matter in good faith and reciprocally would appreciate your careful and honest evaluation of this case responding to it in the same good faith with which it has been submitted to you.

Truly Yours,
REBECCA KAY SAPP LAW FIRM, LLC.

_/s/ Rebecca Kay Sapp_
Rebecca Kay Sapp
Attorney for Barry Price

Enclosures

157