# **Complaint Exhibit 1**

Begin forwarded message:

**From:** "Carlos M. Hernandez" <carlos@championssc.com>
**Date:** April 7, 2020 at 3:02:17 PM EDT
**To:** Doug Page <dpage@championssc.com>, Duane Hough <duane@championssc.com>, Jeff Gibbons <jgibbons@championssc.com>, Anthony Maracic <amaracic@championssc.com>
**Cc:** Kyle Hough <kyle@championssc.com>
**Subject: 10% Sale Interest**

Gentlemen,

Just an update on the progress of the deck, teaser, and agreements:
1. The teaser is almost finalized and we are scheduled to speak to an "investor" late next week as practice run
2. The Deck has come together nicely, and we are close to finalizing same. We are awaiting audited financials and as you can imagine the COVID 19 situation has thrown a curveball at the progress which has caused the delay
3. I have received information on preparing the company for sale to include restructure but our current/future covenants with banking partner would not allow. The company will remain as/is from a structure perspective
4. We have had some communication with Native Corps and I still feel this is the best route forward with the right partner. One was on hold until May but this was a date set before the COVID situation and the other we are all aware of, ASRC.

After reviewing all of the information I have received, I believe that the best route forward is a simple 10% portion of the total sale price of the company for each of you upon successful sale minus any shared fees. We will be making a decision on the law firm that will finalize the language and I will send to you for review.

Thank you for your patience during this process. All the best.

Kind Regards
Carlos M. Hernandez
SSPC Level 2 Protective Coatings Inspector #73195
MOT Supervisor #10930
President

<image001.png>

*<image002.png>*
<image004.png>
<image006.png>
<image008.jpg>

<image010.jpg>


Corporate Headquarters