UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATOYA SCOTT, <br><br> Plaintiff, <br><br> v. <br><br> DELTA AIR LINES, INC., UNIFI, LLC, AVIATION, LLC AND JOHN DOE CORPORATIONS (1-3) <br><br> Defendants. | § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. _____ |

## **CERTIFICATE OF REMOVAL**

I hereby certify that I serve as counsel for Defendants Delta Air Lines, Inc. and Unifi, LLC, in the above-styled proceeding and this day have filed a copy of the *Notice of Removal*, including *Notice of Filing Notice of Removal*, in the State Court of Fulton County, Georgia, the Court from which said action was removed.

This 16th day of June, 2023.

**HALL BOOTH SMITH, P.C.**

<u>/s/ Justin M. Kerenyi</u>
JUSTIN M. KERENYI
Georgia Bar No. 416623
*Counsel for Defendant Delta Air Lines, Inc. and Unifi, LLC*

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303
Phone: (404) 954-5000; Fax: (404) 954-5020
jkerenyi@hallboothsmith.com

# CERTIFICATE OF SERVICE

This is to certify that this day I have electronically filed **CERTIFICATE OF REMOVAL** with the Clerk of Court by e-filing same using the CM/ECF System, which will automatically send e-mail notification of said filing to the following attorneys of record:

Noah Moore, Esq.
THE LAW OFFICES OF NOAH J. MOORE
600 Peachtree Street, NE, Suite 3710
Atlanta, GA  30308
Noah@inuryfirmatl.com

This 16th day of June, 2023.

**HALL BOOTH SMITH, P.C.**

/s/ Justin M. Kerenyi
JUSTIN M. KERENYI
Georgia Bar No. 416623
*Counsel for Defendant Delta Air Lines, Inc. and Unifi, LLC*

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303
Phone: (404) 954-5000; Fax: (404) 954-5020
jkerenyi@hallboothsmith.com