Deed Book 14885 Pg 2946
Filed and Recorded Oct-07-2011 01:27pm
2011-0127703

*Jay C. Stephenson*
Jay C. Stephenson
Clerk of Superior Court Cobb Cty. Ga.

ENV

Recording Requested By: WELLS FARGO BANK, N.A.
When Recorded Return To: DEFAULT ASSIGNMENT, WELLS FARGO BANK, N.A. MAC: X9999-018 PO BOX 1629, MINNEAPOLIS, MN 55440-9790

## CORPORATE ASSIGNMENT OF MORTGAGE

Cobb, Georgia
SELLER'S SERVICING #:3178074 "HULL"
INVESTOR'S LOAN #: 109545624
POOL #: P90TOH24

Prepared By: Rosee Yang, WELLS FARGO BANK, N.A. 1000 BLUE GENTIAN RD., EAGAN, MN 55121 (651)605-3792

Date of Assignment: October 4th, 2011
Assignor: WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC., F/K/A NORWEST MORTGAGE, INC. at 1 HOME CAMPUS, DES MOINES, IA 50328
Assignee: LEHMAN CAPITAL, A DIVISION OF LEHMAN BROTHERS HOLDINGS INC. at 745 7TH AVENUE, NEW YORK, NY 10019

Executed By: BALDWIN E. HULL, A SINGLE PERSON, To: NORWEST MORTGAGE, INC.
Date of Security Deed: 07/14/1995 Recorded: 07/24/1995 in Book/Reel/Liber: 8988 Page/Folio: 0397 In the County of Cobb, State of Georgia.

Property Address: 553 SOUTH GORDON ROAD, MABLETON, GA 30059

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $60,150.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC., F/K/A NORWEST MORTGAGE, INC.
On  10-5-11

By: _____
Janet L. Jones
Vice President Loan Documentation

[CORPORATE SEAL]

WITNESS
Ryan Amato

WITNESS
Dan Flannery

STATE OF Minnesota
COUNTY OF Dakota

On  10-5-11 , before me, Robert W. Caruso , a Notary Public in and for Dakota in the State of Minnesota, personally appeared  Janet L. Jones , Vice President Loan Documentation, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Notary Expires: 1/31/2014

[NOTARY SEAL: ROBERT W. CARUSO, NOTARY PUBLIC, MINNESOTA, My Commission Expires Jan. 31, 2014]

(This area for notarial seal)

*RY*RYWFEM*10/04/2011 11:23:46 AM* WFEM01WFEMAD0000000000000000203519* GACOBB* 3178074 GASTATE_MORT_ASSIGN_ASSN **RYWFEM*

**EXHIBIT "B"**

Deed Book 15774 Page 1030
Filed and Recorded 7/28/2020 10:10:00 AM
2020-0092429
Rebecca Keaton
Clerk of Superior Court
Cobb County, GA
Participant IDs: 6660156138
0848497841

Recording Requested By: WELLS FARGO BANK, N.A.
When Recorded Return To: Alicia Huber, WELLS FARGO BANK, N.A. MAC: N9289-016 PO BOX 1629, EAGAN, MN 55121-4400

**CORPORATE ASSIGNMENT OF SECURITY DEED**

Cobb, Georgia
"HULL"

**PREPARED BY: WELLS FARGO BANK, N.A.**

Date of Assignment: February 6th, 2020
Assignor: LEHMAN BROTHERS HOLDINGS, INC., FORMERLY LEHMAN CAPITAL, A DIVISION OF LEHMAN BROTHERS HOLDINGS, INC. at 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172
Assignee: WELLS FARGO BANK, N.A. at 1 HOME CAMPUS, DES MOINES, IA 50328

Executed By: BALDWIN E. HULL, A SINGLE PERSON To: NORWEST MORTGAGE, INCORPORATED
Date of Security Deed: 07/14/1995 Recorded: 07/24/1995 in Book/Reel/Liber: 8988 Page/Folio: 0397 In the County of Cobb, State of Georgia.

Property Address: 553 SOUTH GORDON ROAD, MABLETON, GA 30059

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Security Deed having an original principal sum of $60,150.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Security Deed.

TO HAVE AND TO HOLD the said Security Deed, and the said property unto the said Assignee forever, subject to the terms contained in said Security Deed.

LEHMAN BROTHERS HOLDINGS, INC., FORMERLY LEHMAN CAPITAL, A DIVISION OF LEHMAN BROTHERS HOLDINGS, INC.
On July 6, 2020

By: *[signature]*
Linda A. Klang
SR Vice President

THE FOLLOWING PERSONS HAVE WITNESSED THE EXECUTION OF THIS DOCUMENT:

WITNESS *[signature]*

*AN2*AN2WFEM*02/06/2020 02:34:34 PM* WFEM01WFEMA00000000000000002446432* GACOBB* GASTATE_MORT_ASSIGN_ASSN **AN2WFEM*

**EXHIBIT "B"**