```
Deed Book 15989 Pg  330
Filed and Recorded Nov-04-2021 09:34am
         2021-0157161

              Connie Taylor
Clerk of Superior Court Cobb Cty. Ga.
```

Recording Requested By: WELLS FARGO BANK, N.A.
When Recorded Return To: LIEN RELEASE DEPT, F0013-012 AU 35101 WELLS FARGO BANK, N.A. P.O. BOX 14469, DES MOINES, IA  50306-9655

## CANCELLATION OF SECURITY DEED

WFHM - CLIENT 708 #:0535665814 "HULL"  Lender ID:H24014/109545624  Cobb, Georgia
Property Address: 553 SOUTH GORDON ROAD, MABLETON, GA  30059

The indebtedness referred to in that certain Security Deed/Deed to Secure Debt from BALDWIN E HULL to NORWEST MORTGAGE, INC. Dated:  07/14/1995  and filed of record on 07/24/1995  in Book/Reel/Liber: 8988, Page/Folio: 0397,  as Instrument No.: N/A   of the office of the Clerk of the Superior Court of Cobb County, Georgia, having been paid in full, and the undersigned being the present owner, lienholder or **grantee of record** of such secured interest by virtue of being the original grantee or the heir, assign, transferee, or devisee of the original grantee, the clerk of such superior court is authorized and directed to cancel that deed of record as provided in Code Section 44-14-4 of the O.C.G.A. for other mortgage cancellations.

FOR PURPOSES OF RECORDING THIS CANCELLATION, Wells Fargo Bank, N.A. IS THE GRANTEE OF RECORD.

The Property is commonly known as: 553 SOUTH GORDON ROAD, MABLETON, GA 30059.

**IN WITNESS WHEREOF**, the undersigned has set its hand and seal, this 21st day of October, 2021, by its duly authorized representative(s).

Wells Fargo Bank, N.A.

By: _____(SEAL)
JAGRUTI K. SHAH, Vice President
Loan Documentation

Signed, sealed and delivered on the date above shown in the presence of:

WITNESS

_____
Minkyung Choi

STATE OF Minnesota
COUNTY OF Hennepin

NOTARY PUBLIC

_____
KRISTI JUNE DOHERTY

My Commission Expires: 01/31/2025

KRISTI JUNE DOHERTY
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2025

*JKS*JKSWFMM*10/21/2021 08:27:29 AM* WFMC04WFMN000000000000000000164736* GACOBB* 0535665814 GASTATE_MORT_REL **JKSWFMM*

**EXHIBIT "C"**