Filed In Office Dec-05-2022 12:43:18
ID# 2022-0155247-CV
Page 1

*WC*

Connie Taylor
Clerk of Superior Court Cobb County

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

Petitioner: Baldwin E. Hull

and

Respondent: Wells Fargo Home

Mortgage

Civil Action File No.: 22-1-8445-70

Petitioner
~~VERIFICATION~~

I, Baldwin E. Hull _____, personally appeared before the

undersigned attesting officer authorized by law to administer oaths, and after b...

Petitioner Address:

553 South Gordon Rd SW
Mableton, GA 30126-5136

**Original Appearance
of Document**

EXHIBIT "D"

ID# 2022-0155247-CV
Page 2

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

Petitioner: _Baldwin Everett Hull_

and

Respondent: _Wells Fargo_
_c/o Kevin Burgess_

Civil Action File No.: _22-1-8445-70_

### VERIFICATION

I, _Baldwin Everett Hull_, personally appeared before the undersigned attesting officer authorized by law to administer oaths, and after being duly sworn, declare under oath that I am the Petitioner in the above-styled action and that the facts stated in the foregoing *Petition* for _Wells Fargo c/o Kevin Burgess_ are true and correct to the best of my knowledge.

Signed this ___5___ day of ___December 2022___.
             [day]            [month]        [year]

_Barett Hull_
(Sign your name here before Notary)  Petitioner, *Self-Represented*

Petitioner's name (print or type): _Baldwin Everett Hull_
Petitioner's Address: _553 South Gorden Rd_
_Mableton, Ga 30126-5136_

Petitioner's Telephone Number: _678 764 2462_

Sworn to and affirmed before me, this
_5th_ day of _December, 2022_

_Susan Singer_
NOTARY PUBLIC
My commission expires: _2/27/2023_
(Notary Seal)

SUSAN SINGER
NOTARY PUBLIC
FULTON COUNTY, GEORGIA
MY Commission Expires

**Original Appearance of Document**

EXHIBIT "D"

November 16, 2022

I am filing this civil suit against Wells Fargo Home Mortgage due to the fact that their property managers burglarized My home on three different occasions. This started in 2011 and again in 2012 and the last time was in 2019. They were told on numerous occasions that their vendors broke into My house and were attempting to do it again by coming by leaving papers on the residence claiming that the property was vacant. I called Wells Fargo and told them numerous occasions that this was not true, however they continued to send vendors out to maintain the lawn after I told them to stop. There vendors broke the locks off to the doors of the house as well as to the crawl space. They stated to Me that they were winterizing My house and performing minor repairs. They were told over and again not to come onto the property. All this was to no avail. I have made efforts to settle this matter with Wells Fargo over the past year; however they decline to take fault when they left documents as well as stickers all over the inside of the house and stole all the possession that they wanted and what they did not steal they destroyed. The settlement that I am seeking is one million five hundred thousand for harassment, theft as well stress and anxiety. This matter has been on going for over eight years. There was no legal actions ongoing at the time concerning the property.

Kevin Burgess was the latest person at Wells Fargo that I attempted to resolve this matter.

Kevin Burgess

Senior Escalations Representative

Wells Fargo Home Mortgage

P.O. Box 10335

Des Moines, IA 50306

Petitioner : Baldwin E. Hull

16 Nov. 2022

**Original Appearance of Document**

**EXHIBIT "D"**

**Wells Fargo Bank**
Transaction Receipt

Branch #00066985 1    Mortgage Payment

Account Number         XXXXXXXXX5814
528 :MR

Cash In                     $600.00
Loose Currency
$100                $600.00
Sub Total           $600.00

al Payment                  $600.00

saction # 108 0123
7PM   08/30/19 Credited: 08/30/19

payment will be credited today
reflected on your account the next
ness day. Please retain receipt as
fication.

k you for your business.

the convenience of

uling appointments online at

fargo.com/appointments

k you, MELINDA

---

**Wells Fargo Bank**
Transaction Receipt

Branch #0066930 8    Mortgage Payment

Account Number         XXXXXXXXX58
00528  MR

Cash In                    $602.20
Loose Currency
$100                $600.00
$1                    $2.00
Sub Total           $602.00

Loose Coin
$0.10                 $0.20
Sub total             $0.20

Total Payment              $602.20

Transaction # 070 0079
03:02PM   06/27/19 Credited: 06/27/19

Your payment will be credited today
and reflected on your account the next
business day. Please retain receipt as
verification.

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, MIRIAM

---

**Wells Fargo Bank**
Transaction Receipt

Branch #0000493 2    Mortgage Payment

Account Number         XXXXXXXXX58
00528  MR

Cash In                    $627.5
Loose Currency
$100                $600.00
$20                  $20.00
$5                    $5.00
$1                    $2.00
Sub Total           $627.00

Loose Coin
$0.25                 $0.50
$0.05                 $0.05
$0.01                 $0.01
Sub total             $0.56

Total Payment              $627.50

Transaction # 055 0060
02:30PM   05/24/19 Credited: 05/24/19

Your payment will be credited today
and reflected on your account the next
business day. Please retain receipt as
verification.

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, JOEY

---

**Original Appearance
of Document**

EXHIBIT "D"

ID# 2022-0155247-CV
Page 5

**Wells Fargo Bank**
Transaction Receipt

Branch #0000493 3    Mortgage Payment

Account Number          XXXXXXXXX5814
00528  MR

Cash In                      $600.00
  Loose Currency
  $100              $600.00
    Sub Total        $600.00

Total Payment            $600.00

Transaction # 033 0036
12:23PM   05/17/19 Credited: 05/17/19

Your payment will be credited today
and reflected on your account the next
business day. Please retain receipt as
verification.

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, ALYX

---

**Wells Fargo Bank**
Transaction Receipt

Branch #0863194 3    Mortgage Payment

Account Number          XXXXXXXXX5814
00528  MR

Cash In                      $600.00
  Loose Currency
  $100              $600.00
    Sub Total        $600.00

Total Payment            $600.00

Transaction # 033 0044
02:36PM   03/14/19 Credited: 03/14/19

Your payment will be credited today
and reflected on your account the next
business day. Please retain receipt as
verification.

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

EXHIBIT "D"

---

**Wells Fargo Bank**
Transaction Receipt

Branch #0000493 3    Mortgage Payment

Account Number          XXXXXXXXX581
00528  MR

Cash In                      $622.92
  Loose Currency
  $100              $600.00
  $20               $20.00
  $1                $2.00
    Sub Total        $622.00
  Loose Coin
  $0.10             $0.90
  $0.01             $0.02
    Sub total        $0.92

Total Payment            $622.92

Transaction # 058 0069
05:10PM   02/22/19 Credited: 02/22/19

Your payment will be credited today
and reflected on your account the next
business day. Please retain receipt as
verification.

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

**Wells Fargo Bank, N.A.**

2701 WELLS FARGO WAY
MAC N9408-04L
MINNEAPOLIS, MN 55467
1-866-234-8271

December 22, 2021

BALDWIN E HULL
553 S GORDON RD
MABLETON, GA 30126-5136

Subject: Recorded lien release document enclosed
Account Number: ████ 5814
Property Address: 553 SOUTH GORDON ROAD, MABLETON, GA 30059

Dear Customer:

We've enclosed the recorded lien release document for your property. Please keep this document with your records.

If you have any questions or need further assistance, please contact us at 1-866-234-8271, Monday through Friday, 6:00 a.m. to 10:00 p.m., or Saturday, 8:00 a.m. to 2:00 p.m. Central Time.

Thank you. We appreciate your business.

Lien Release Department
Wells Fargo Bank, N.A.

Enclosure

© 2021 Wells Fargo Bank, N. A. All rights reserved. NMLSR ID 399801

# Original Appearance of Document

[CB]  **WFHM - CLIENT 708** ████ 5814  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

EXHIBIT "D"



Wells Fargo
P.O. Box 10335
Des Moines, IA 50306 0335

October 27, 2022

Baldwin E. Hull
553 S Gordon Rd
Mableton, GA 30126

Subject: Resolution to your inquiry about account number  5814

Dear Baldwin E. Hull:

Thank you for your patience while we looked into your concerns. We've completed our research and are ready to share our findings.

**In your inquiry, you expressed concerns about:**

- Dissatisfaction with property managers coming to the property
- Intent to sue
- Request for compensation

We've carefully considered these issues and we're providing our response below.

**Dissatisfaction with property managers coming to the property**

In your inquiry, you stated the vendors cut his boxing bag and destroyed an air conditioner outside. You stated what the vendors didn't steal they destroyed. In addition, you stated the property that was stolen was over a million dollars and you stated you intend to sue.

We've determined the account was handled properly and no corrections are needed because no error occurred. We'd like to provide you with more information about our resolution.

When a property is reported as vacant we may perform general property maintenance. We do this to preserve the collateral for the loan you obtained as outlined in the Security Instrument. The property maintenance may include but isn't limited to:

- Changing the locks
- Winterizing the property
- Maintaining the lawn
- Completing minor repairs to keep the property secure

We can confirm that our vendors did not break into the property at any time nor steal or destroy any belongings from the property. If you want to provide us with specific information or supporting documents, please use our mailing address and/or fax number:

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306
Fax: 1-866-278-1179



Y6P/co14830408/cl708

EXHIBIT "D"

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

ID# 2022-0155247-CV
Page 8

Hull
October 27, 2022
Page 2

**Intent to sue**

We look to customers like you for your opinion and feedback on how we can better serve our customers at the service level you expect and deserve. Our customers' trust and loyalty is vital to our success. We strive to process requests as quickly and as transparent as possible. Our goal is to provide clear and accurate communication to our customers and also return telephone calls and communications as soon as possible. We regret if we did not provide you with the service you expected from us. We're constantly reviewing and revising our practices and procedures to improve the customer's experience, and we appreciate your feedback. We thank you for allowing us to assist you with your financial needs and hope that our future service will allow us to retain you as our customer.

If you have additional information, supporting documents, or court filings you can sent them to us at our mailing address and/or fax number:

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306
Fax: 1-866-278-1179

When there are allegations about vendor conduct, we take them seriously. We reviewed the information you provided and found that our vendors followed our policies or procedures, and on that basis there was no evidence to support your claim. If you're able to provide additional details, we'll review the matter again.

**Request for compensation**

You recently requested for complementation of $600,000.00 Unfortunately, we're not able to fulfill that request as no error occurred. We're sorry that this isn't the outcome you were hoping for.

**How to contact us**

We appreciate the time and effort you took to contact us. We accept telecommunications relay service calls. If you have questions or would like to request additional documents that support our research, please contact me at 1-800-853-8516 ext. 2109715565. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

*Kevin Burgess*

Kevin Burgess
Senior Escalations Representative
Home Lending Executive Office

**Original Appearance of Document**

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

Y6P/co14830408/cl708

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

EXHIBIT "D"

ID# 2022-0155247-CV
Page 9

Wells Fargo Home Mortgage
Return Mail Operations
PO Box 10368
Des Moines, IA  50306-0368

XNML1CDTR9  000123 SP 01

Baldwin E Hull
553 S Gordon Rd
Mableton, GA  30126

**Original Appearance
of Document**

EXHIBIT "D"

2022-0155247-CV
Page 10



EXHIBIT "D"



EXHIBIT "D"



EXHIBIT "D"



EXHIBIT "D"



EXHIBIT "D"

2022-0155247-CV

EXHIBIT "D"



EXHIBIT "D"



EXHIBIT "D"

# Original Appearance
# of Document

WF1913

Post Secure

## THIS IS NOT A NOTICE OF EVICTION, RENTAL OR SALE.

The property inspector has temporarily secured and maintained this property to protect it against future deterioration.

To secure and further preserve and maintain the property:

• Door locks may be replaced and doors may be boarded to protect the property.

• One door lock will be left unchanged, when possible, to allow the property owner or any former occupant access to this property.

• The plumbing system may also have been winterized to prevent damage during freezing temperatures.

If this property is unsecured, has been vandalized or if you have concerns about the condition of this property, please call the toll free number shown below.

Please be prepared to provide your name and contact information, full property address with unit number, work order/inspection number, Contractor Unique ID, along with the reason for your call.

The phone number below is for property maintenance concerns or inquiries only.

## 1-877-617-5274

*Please call 911 immediately in the event of any life-threatening emergency at this property.*

## ESTO NO CONSTITUYE UN AVISO DE DESALO ALQUILER O VENTA.

El inspector de la propiedad realizó tareas de clausura y mantenimiento transitorias en esta propiedad para evitar qu deteriore en el futuro

Para clausurar, conservar y mantener aun más la propiedad

• Se podrían cambiar las cerraduras y cerrar las puertas con para proteger la propiedad.

• Cuando sea posible, se dejará una cerradura sin cambiar, p el dueño de la propiedad o cualquier ocupante anterior pued acceder a ella.

• Además, es posible que se haya acondicionado el sistema d plomería para el invierno, a fin de evitar daños durante las temperaturas bajo cero.

Si esta propiedad no se encuentra clausurada, ha sufrido de vandalismo o si usted tiene inquietudes con respecto ; estado de esta propiedad, llame al número de teléfono gr que se indica a continuación.

Deberá proporcionar su nombre o información de contacto dirección completa de la propiedad con el número de unid número de orden de trabajo/inspección y la identificación del contratista, junto con el motivo de su llamada.

El número de teléfono que se indica a continuación o únicamente para inquietudes o consultas relacionad con el mantenimiento de la propiedad.

## 1-877-617-5274 (en inglés)

*Llame al 911 de inmediato en caso de una emergenci: con riesgo de vida en esta propiedad. ,*

Work order/inspection number: __432483__     Date: __7/10/18__

Contractor Unique ID: __GA 3018910 44__

Contractor/Company Name: __Beers Housing__

Property Address: __553 S Gordon Rd__  Property Registration Number:_____
__Mableton   GA  30126__

**EXHIBIT "D"**



Original Appearance
of Document

EXHIBIT "D"



EXHIBIT "D"



## CAUTION

THIS PROPERTY HAS BEEN SECURED AND/OR WINTERIZED ON

7/16/18

DO NOT USE THE ELECTRICAL OR PLUMBING SYSTEM AS WATER MAY HAVE BEEN DRAINED. WATER
TESTING MUST BE ACCOMPLISHED WITHOUT DEWINTERIZING SYSTEMS.

NATIONAL FIELD REPRESENTATIVES, INC.

(603) 543-1000

ATTN: CITY OFFICIALS

FOR ANY CODE/SAFETY CONCERNS PLEASE CONTACT:

NFR AT 800-639-2151 x2335 OR

CODE@NFRONLINE.COM

# Original Appearance
# of Document

EXHIBIT "D"



Original Appearance
of Document

EXHIBIT "D"

Post Secure                                                                WF1913

| **THIS IS NOT A NOTICE OF EVICTION, RENTAL OR SALE.** | **ESTO NO CONSTITUYE UN AVISO DE DESALO.... ALQUILER O VENTA.** |

The property inspector has temporarily secured and maintained this property to protect it against future deterioration.

El inspector de la propiedad realizó tareas de clausura y mantenimiento transitorias en esta propiedad para evitar que deteriore en el futuro.

To secure and further preserve and maintain the property:

Para clausurar, conservar y mantener aun más la propiedad:

• Door locks may be replaced and doors may be boarded to protect the property.

• Se podrían cambiar las cerraduras y cerrar las puertas con ta... para proteger la propiedad.

• One door lock will be left unchanged, when possible, to allow the property owner or any former occupant access to this property.

• Cuando sea posible, se dejará una cerradura sin cambiar, pa... el dueño de la propiedad o cualquier ocupante anterior pueda acceder a ella.

• The plumbing system may also have been winterized to prevent damage during freezing temperatures.

• Además, es posible que se haya acondicionado el sistema de plomería para el invierno, a fin de evitar daños durante las temperaturas bajo cero.

**If this property is unsecured, has been vandalized or if you have concerns about the condition of this property, please call the toll free number shown below.**

Si esta propiedad no se encuentra clausurada, ha sufrido ... de vandalismo o si usted tiene inquietudes con respecto ... estado de esta propiedad, llame al número de teléfono gr... que se indica a continuación.

**Please be prepared to provide your name and contact information, full property address with unit number, work order/inspection number, Contractor Unique ID, along with the reason for your call.**

Deberá proporcionar su nombre e información de contact... dirección completa de la propiedad con el número de unid... número de orden de trabajo/inspección y la identificación... del contratista, junto con el motivo de su llamada.

**The phone number below is for property maintenance concerns or inquiries only.**

El número de teléfono que se indica a continuación e... únicamente para inquietudes o consultas relacionad... con el mantenimiento de la propiedad.

# 1-877-617-5274

# 1-877-617-5274 (en inglés)

*Please call 911 immediately in the event of any life-threatening emergency at this property.*

*Llame al 911 de inmediato en caso de una emergenc... con riesgo de vida en esta propiedad.*

Work order/Inspection number: 60618047   Date: 9/19/18

Contractor Unique ID: GA303311030

Contractor/Company N    o/McCALL App

Property Address: 553 S. Gordon Rd    Property Registration Number: _____

Mableton, GA 30126

**Original Appearan... of Document**

EXHIBIT "D"

Revised 11/20/2015        1/20/2019   WF1913

Marlee ...

WF1913

Post Secure

| **THIS IS NOT A NOTICE OF EVICTION, RENTAL OR SALE.** | **ESTO NO CONSTITUYE UN AVISO DE DESALOJO, ALQUILER O VENTA.** |
|---|---|

The property inspector has temporarily secured and maintained this property to protect it against future deterioration.

To secure and further preserve and maintain the property:

• Door locks may be replaced and doors may be boarded to protect the property.

• One door lock will be left unchanged, when possible, to allow the property owner or any former occupant access to this property.

• The plumbing system may also have been winterized to prevent damage during freezing temperatures.

If this property is unsecured, has been vandalized or if you have concerns about the condition of this property, please call the toll free number shown below.

Please be prepared to provide your name and contact information, full property address with unit number, work order/inspection number, Contractor Unique ID, along with the reason for your call.

The phone number below is for property maintenance concerns or inquiries only.

# 1-877-617-5274

*Please call 911 immediately in the event of any life-threatening emergency at this property.*

El inspector de la propiedad realizó tareas de clausura y mantenimiento transitorias en esta propiedad para evitar que se deteriore en el futuro.

Para clausurar, conservar y mantener aun más la propiedad:

• Se podrían cambiar las cerraduras y cerrar las puertas con tablas para proteger la propiedad.

• Cuando sea posible, se dejará una cerradura sin cambiar, para que el dueño de la propiedad o cualquier ocupante anterior puedan acceder a ella.

• Además, es posible que se haya acondicionado el sistema de plomería para el invierno, a fin de evitar daños durante las temperaturas bajo cero.

Si esta propiedad no se encuentra clausurada, ha sufrido actos de vandalismo o si usted tiene inquietudes con respecto al estado de esta propiedad, llame al número de teléfono gratuito que se indica a continuación.

Deberá proporcionar su nombre e información de contacto, la dirección completa de la propiedad con el número de unidad, número de orden de trabajo/inspección y la identificación única del contratista, junto con el motivo de su llamada.

El número de teléfono que se indica a continuación es únicamente para inquietudes o consultas relacionadas con el mantenimiento de la propiedad.

# 1-877-617-5274 (en inglés)

*Llame al 911 de inmediato en caso de una emergencia con riesgo de vida en esta propiedad.*

Work order/Inspection number: 66186274

Date: 8/21/19

Contractor Unique ID: GA30331030

Contractor/Company Name: TPI McCall Appraisers

Property Address: 553 J Gordon Rd Mableton, GA 30126

Property Registration Number:

**Original Appearance of Document**

EXHIBIT "D"



EXHIBIT "D"

Post Secure                                                                                        WF1913

## THIS IS NOT A NOTICE OF EVICTION, RENTAL OR SALE.

The property inspector has temporarily secured and maintained this property to protect it against future deterioration

To secure and further preserve and maintain the property

• Door locks may be replaced and doors may be boarded to protect the property.

• One door lock will be left unchanged, when possible, to allow the property owner or any former occupant access to this property

• The plumbing system may also have been winterized to prevent damage during freezing temperatures.

If this property is unsecured, has been vandalized or if you have concerns about the condition of this property, please call the toll free number shown below.

Please be prepared to provide your name and contact information, full property address with unit number, work order/inspection number, Contractor Unique ID, along with the reason for your call.

The phone number below is for property maintenance concerns or inquiries only.

## 1-877-617-5274

*Please call 911 immediately in the event of any life-threatening emergency at this property.*

## ESTO NO CONSTITUYE UN AVISO DE DESALO ALQUILER O VENTA.

El inspector de la propiedad realizo tareas de clausura y mantenimiento trans tormo en esta propiedad para evitar su deterioro en el futuro

Para clausurar, conservar y mantener aun mas la propiedad

• Se podrían cambiar las cerraduras y cerrar las puertas con l para proteger la propiedad.

• Cuando sea posible, se dejara una cerradura sin cambiar, p el dueño de la propiedad o cualquier ocupante anterior pueda acceder a ella

• Además, es posible que se haya acondicionado el sistema d plomería para el invierno, a fin de evitar daños durante las temperaturas bajo cero

Si esta propiedad no se encuentra clausurada, ha sufrido de vandalismo o si usted tiene inquietudes con respecto estado de esta propiedad, llame al número de teléfono gra que se indica a continuación.

Deberá proporcionar su nombre e información de contacto dirección completa de la propiedad con el número de unid número de orden de trabajo/inspección y la identificación, del contratista, junto con el motivo de su llamada.

El número de teléfono que se indica a continuación es únicamente para inquietudes o consultas relacionada con el mantenimiento de la propiedad.

## 1-877-617-5274 (en inglés)

*Llame al 911 de inmediato en caso de una emergencia con riesgo de vida en esta propiedad.*

Work order/Inspection number: _432183_   Date: _7/10/18_

Contractor Unique ID: _GA 3018 4 1044_

Contractor/Company Name: _Bruy Housing_

Property Address: _553 3 Garden Rd_   Property Registration Number: _____
_Middleton GA 36126_

EXHIBIT "D"



EXHIBIT "D"



EXHIBIT "D"



EXHIBIT "D"



EXHIBIT "D"



EXHIBIT "D"



EXHIBIT "D"

cure                                                                    WF1913

| | |
|---|---|
| S NOT A NOTICE OF EVICTION, RENTAL OR SALE. | ESTO NO CONSTITUYE UN AVISO DE DESALOJO, ALQUILER O VENTA. |

erty inspector has temporarily secured and
ed this property to protect it against future
tion.

e and further preserve and maintain the property:

cks may be replaced and doors may be boarded to
e property.

or lock will be left unchanged, when possible, to allow
rty owner or any former occupant access to this

mbing system may also have been winterized to
damage during freezing temperatures.

operty is unsecured, has been vandalized or if you
ncerns about the condition of this property, please
oll free number shown below.

e prepared to provide your name and contact
tion, full property address with unit number, work
spection number, Contractor Unique ID, along with
on for your call.

one number below is for property
nance concerns or inquiries only.

7-617-5274

call 911 immediately in the event of any life-
ning emergency at this property.

El inspector de la propiedad realizó tareas de clausura y
mantenimiento transitorias en esta propiedad para evitar que se
deteriore en el futuro.

Para clausurar, conservar y mantener aun más la propiedad:

• Se podrían cambiar las cerraduras y cerrar las puertas con tablas
para proteger la propiedad.

• Cuando sea posible, se dejará una cerradura sin cambiar, para que
el dueño de la propiedad o cualquier ocupante anterior puedan
acceder a ella.

• Además, es posible que se haya acondicionado el sistema de
plomería para el invierno, a fin de evitar daños durante las
temperaturas bajo cero.

Si esta propiedad no se encuentra clausurada, ha sufrido actos
de vandalismo o si usted tiene inquietudes con respecto al
estado de esta propiedad, llame al número de teléfono gratuito
que se indica a continuación.

Deberá proporcionar su nombre e información de contacto, la
dirección completa de la propiedad con el número de unidad, el
número de orden de trabajo/inspección y la identificación única
del contratista, junto con el motivo de su llamada.

El número de teléfono que se indica a continuación es
únicamente para inquietudes o consultas relacionadas
con el mantenimiento de la propiedad.

1-877-617-5274 (en inglés)

Llame al 911 de inmediato en caso de una emergencia
con riesgo de vida en esta propiedad.

order/Inspection number: 60618047   Date: 9/19/18

ctor Unique ID: GA3033311030

ctor/Company N  To McCall App

rty Address: 553 S. Gordon Rd   Property Registration Number: _____

Mableton, GA 30126

EXHIBIT "D"



EXHIBIT "D"



EXHIBIT "D"



EXHIBIT "D"



EXHIBIT "D"

3B#2023-0070571-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

22108445
Julie Adams Jacobs - 70
MAY 19, 2023 11:41 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

Baldwin E. Hull,                    )
                                    )
        Petitioner,                 )   Civil Action
                                    )   File No.  22-1-8445-70
                                    )
vs.                                 )
                                    )
Wells Fargo Home Mortgage,          )
                                    )
        Respondent,                 )

## ORDER TO PERFECT SERVICE

This matter having been filed with the Clerk of the Superior Court of Cobb County on

December 5, 2022, and service upon Defendant having not been perfected, it is HEREBY

ORDERED that service be perfected within 90 days or the matter will be dismissed without

prejudice.

SO ORDERED, this 19th day of May, 2023.

Julie Adams Jacobs
Judge, Superior Court
Cobb Judicial Circuit

EXHIBIT "D"

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the parties in the foregoing matter with a copy of the **ORDER TO PERFECT SERVICE** by depositing a copy of the same in the United States Mail in an envelope with adequate postage thereon, as follows:

### Via First Class Mail, Return Service Requested:

**Baldwin E. Hull**
553 South Gordon Rd.
Mableton, GA 30126

This ___19th___ day of _____May_____, 2023

_____Karli Smith_____

**Karli Smith**
**Judicial Calendar Coordinator to:**
**Julie Adams Jacobs**
**Judge, Superior Court**
**Cobb Judicial Circuit**

EXHIBIT "D"

23-0076367-CV
**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**22108445**
**Julie Adams Jacobs - 70**
**JUN 01, 2023 02:18 PM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

**Baldwin E. Hull,**

      Petitioner,

v.

**Wells Fargo Home Mortgage,**

      Respondent,

CIVIL ACTION NO.
22-1-8445-70

---

**RULE NISI**

---

IT IS HEREBY ORDERED that all parties in the above-referenced matter are directed to appear before the undersigned on August 7, 2023, at 1:30 p.m. in courtroom 7300 of the Superior Court of Cobb County, Georgia for a *Hearing on Petitioner's Complaint for Damages.*

If you wish to have the hearing taken down, you must contact the Judicial Program Coordinator, Cathy Dunn, at Cathy.Dunn@cobbcounty.org no less than three (5) business days prior to your hearing. If you do not reach out to the Program Coordinator, there may not be a court reporter available for your hearing.

This __1st__ day of __June__ , 20 __23__ .

JULIE ADAMS JACOBS
Judge, Superior Court of Cobb County

EXHIBIT "D"

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the parties in the foregoing matter with a copy of the **RULE NISI** by depositing a copy of the same in the United States Mail in an envelope with adequate postage thereon, as follows:

### Via First Class Mail, Return Service Requested:

**Baldwin E. Hull**
553 South Gordon Rd.
Mableton, GA 30126

**Wells Fargo Home Mortgage Inc.**
Registered Agent Corp. Service Co.
505 5th Ave., Ste 729
Des Moines, IA 50309

**Wells Fargo Home Mortgage Inc.**
P.O. Box 10335
Des Moines, IA 50306

This ___1st___ day of ___June___ , 2023

*Karli Smith*

**Karli Smith**
**Judicial Calendar Coordinator to:**
**Julie Adams Jacobs**
**Judge, Superior Court**
**Cobb Judicial Circuit**

EXHIBIT "D"