**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| BALDWIN EVERETT HULL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO HOME | ) | **AS REMOVED FROM THE** |
| MORTGAGE, | ) | **SUPERIOR COURT OF COBB** |
| | ) | **COUNTY, GEORGIA, CIVIL** |
| Defendant. | ) | **ACTION FILE NO.: 22108445** |

**NOTICE OF REMOVAL TO PLAINTIFF**

TO:  Baldwin Everett Hull
      553 South Gordon Road
      Mableton, Georgia 30126-5136

**PLEASE TAKE NOTICE** that on June 16, 2023 Defendant Wells Fargo

Bank N.A. Inc. successor-by-merger to Wells Fargo Home Mortgage ("Wells

Fargo") removed Superior Court of Cobb County, Georgia, Civil Action File No.

22108445 (the "Superior Court Action"), to the United States District Court for the

Northern District of Georgia, Atlanta Division (the "District Court") by filing its

Notice of Removal with the District Court.  A copy of that Notice of Removal is

herewith served upon you, and a copy of the Notice is being filed with the Clerk of

the Superior Court of Cobb County, Georgia, pursuant to 28 U.S.C. § 1446(d).

      Respectfully submitted this the 16th day of June, 2023.

WBD (US) 62437628

- 2 -

WOMBLE BOND DICKINSON (US) LLP

By:   /s/  Arthur A. Ebbs
      Arthur A. Ebbs
      State Bar No. 416181

271 17th Street NW
Suite 2400
Atlanta, Georgia 30363
Telephone:  (404) 872-7000
Facsimile:  (404) 888-7490
Email:      Arthur.Ebbs@wbd-us.com

*Attorney for Wells Fargo Bank, N.A.*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within

and foregoing *Notice of Removal to Plaintiff* was electronically filed with the Clerk

of Court using the CM/ECF system and has been served on the following via U.S.

Mail as follows:

Baldwin Everett Hull
553 South Gordon Road
Mableton, Georgia 30126-5136

This 16th day of June, 2023.

/s/ Arthur A. Ebbs
Arthur A. Ebbs
State Bar No. 416181

WBD (US) 62437628