**Exhibit D**

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| SHARONNA CURNELL, | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | <u>23-A-04150-5</u> |
| vs. | ) | |
| | ) | |
| TRAVELERS PERSONAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

To:   Tiana P. Garner
      Clerk, Superior Court of Gwinnett County
      75 Langley Drive
      Lawrenceville, GA 30046

      J. Remington Huggins
      Michael D. Turner
      THE HUGGINS LAW FIRM, LLC
      110 Norcross Street
      Roswell, GA 30075

You are hereby notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of <u>Sharonna Curnell v. Travelers Personal Insurance Company</u>, Civil Action No. 23-A-04150-5, in the Superior Court of Gwinnett County, in accordance with the provisions of Section 1331, Title 28 of the United States Code.  A copy of said Notice filed is attached hereto.

Respectfully submitted this 16th day of June, 2023.

CHARTWELL LAW, LLP

<u>/ s/ Karen K. Karabinos</u>
Karen K. Karabinos
Georgia Bar No. 423906

1

_/s/ Kevin P. Kelly_
Kevin P. Kelly
Georgia Bar No. 475246

*Counsel for Defendant*

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
Direct (470) 660-8737
Main (404) 410-1151
Fax (850) 668-7972
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and forgoing

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT**

upon all parties to this matter by utilizing the Court's e-filing system, which will automatically

remit a copy of the within and foregoing to counsel of record as follows:

**J. Remington Huggins**
**Michael D. Turner**
**The Huggins Law Firm, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
**remington@lawhuggins.com**
**mdturner@lawhuggins.com**

This 19th day of June, 2023.

CHARTWELL LAW, LLP

*/ s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*Counsel for Defendant*

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
Direct (470) 660-8737
Main (404) 410-1151
Fax (850) 668-7972
kkarabinos@chartwelllaw.com