# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SHARONNA CURNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| v. | ) | _____ |
| | ) | |
| TRAVELERS PERSONAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1.

Pursuant to Local Rule 3.3, Defendant, by and through counsel, certifies that the following is a full and complete list of all parties in this action:

**Plaintiff:** Sharonna Curnell

**Defendant:** Travelers Personal Insurance Company

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent

1

corporation) having either a financial interest in or interest which could be substantially affected by the outcome of this particular case:

**Plaintiff:** Sharonna Curnell and its attorneys at The Huggins Law Firm, LLC.

**Defendant: Travelers Personal Insurance Company is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiffs:**

> J. Remington Huggins
> Michael D. Turner
> The Huggins Law Firm, LLC
> 110 Norcross Street
> Roswell, GA 30075

remington@lawhuggins.com
mdturner@lawhuggins.com

**Counsel for Travelers:**

Karen K. Karabinos
Kevin P. Kelly
Chartwell Law, LLP
3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com

Served this 16th day of June, 2023.

                                                                                            CHARTWELL LAW, LLP

                                                                                            */ s/ Karen K. Karabinos*
                                                                                           Karen K. Karabinos
                                                                                           Georgia Bar No. 423906

                                                                                           */s/ Kevin P. Kelly*
                                                                                           Kevin P. Kelly
                                                                                           Georgia Bar No. 475246

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250                                             *Counsel for Defendant*
Atlanta, GA 30339
T: (470) 660-8737
F: (404) 738-1632
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a copy of **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**, on opposing counsel by using this Court's CM/ECF electronic filing system, which will automatically distribute a copy of the within and foregoing to opposing counsel at:

J. Remington Huggins
Michael D. Turner
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA 30075
remington@lawhuggins.com
mdturner@lawhuggins.com

This 16th day of June, 2023.

CHARTWELL LAW, LLP

/s/ Karen K. Karabinos
Karen K. Karabinos
Georgia Bar No. 423906

*Counsel for Defendant*

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
T: (470) 660-8737
F: (404) 738-1632
kkarabinos@chartwelllaw.com