# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 21087613 | 0330200 | COBB | 11/13/2021 |

**Estimated Crash** — Date: 11/9/2021  Time: 04:57
**Dispatch** — Date: 11/9/2021  Time: 04:57
**Arrival** — Date: 11/9/2021  Time: 05:05
**Total Number of** — Vehicles: 5  Injuries: 2  Fatalities: 0
**Inside City Of**:

**Road of Occurrence**: I 285 EXPY
**At Its Intersection With**: ATLANTA RD
**Not At Its Intersection But**: ☐ Miles ☐ North ☐ East ☐ Feet ☐ South ☐ West **Of**:
**Latitude (Y)**: 33.76155  (Format) 00.00000
**Longitude (X)**: -84.49268  (Format) -00.00000

☐ Suppl. To Original?
☐ Private Property?
☐ Hit And Run?

## Unit #1
☑ Driver  ☐ Ped  ☐ Bike
☑ Susp At Fault
- **Last Name**: SHILLING  **First**: MARK  **Middle**:
- **Address**: 12 CARLOS FOLEY RD
- **City**: RUSSELL SPRINGS  **State**: KY  **Zip**: 42642  **DOB**: 7/30/1956
- **Driver's License No**: S95534813  **Class**: Y  **State**: KY  **Country**: US
- **Insurance Co.**: GREAT WEST CASUALTY  **Policy No.**: VALID  **Telephone No.**:
- **Year**: 2019  **Make**: PETERBILT MOTOR CO  **Model**: TK
- **VIN**: 1XPBD49X9KD612051  **Vehicle Color**: Green
- **Tag #**: A70848  **State**: KY  **County**:  **Year**: 2020
- **Trailer Tag #**:  **State**:  **County**:  **Year**:
- ☐ Same as Driver  **Owner's Last Name**: ROGERS TRUCKING  **First**:  **Middle**:
- **Address**: 3489 GREENSBURG RD
- **City**: COLUMBIA  **State**: KY  **Zip**: 42728
- **Removed By**: BARROWS WRECKER  ☐ Request ☐ List
- **Alcohol Test**: No  **Type**: Not Tested  **Results**: None Given  **Drug Test**: No  **Type**:  **Results**:
- **First Harmful Event**: Motor Vehicle In Motion
- **Most Harmful Event**: Motor Vehicle In Motion
- **Operator/Ped Cond.**: Not Drinking
- **Operator Factors**: Following too Close
- **Vehicle Factors**: No Contributing Factors  **Roadway Factors**: No Contributing Factors
- **Direction of Travel**: South  **Vehicle Maneuver**: Straight  **Non-Motor Maneuver**:
- **Vehicle Class**: Commercial Motor Vehicle (CMV)  **Vehicle Type**: Tractor/Trailer  **Vision Obscured**: Not Obscured
- **Number of Occupants**: 1  **Area of Initial Contact**: Front End  **Damage to Vehicle**: Disabling Damage
- **Traffic Way Flow**: One-Way Trafficway  **Road Composition**: Black Top  **Road Character**: Straight and Level
- **Number of Lanes**: 5  **Posted Speed**: 65  **Work Zone**: None
- **Traffic Control**: Lanes  **Device Inoperative**: ☐ Yes ☑ No
- **Citation Information**:
  - Citation # 3893653  O.C.G.A. § 40-6-49
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY
- **Carrier Name**: ROGERS TRUCKING INC
- **Address**: 3489 GREENSBURG RD  **City**: COLUMBIA  **State**:  **Zip**:
- **U.S. D.O.T. #**: 105239  **No. of Axles**: 3  **G.V.W.R**: 26001 or Greater
- **Cargo Body Type**: Van Enclosed-Box  **Vehicle Config.**: Tractor Trailer  ☑ Interstate ☐ Intrastate  **Fed. Reportable**: ☑ Yes ☐ No
- **C.D.L.?**: ☑ Yes ☐ No  **C.D.L. Suspended?**: ☐ Yes ☑ No
- **Vehicle Placarded?**: ☐ Yes ☑ No  **Hazardous Materials?**: ☐ Yes ☑ No
- **Hazmat Released?**: ☐ Yes ☑ No
- If YES: Name or 4 Digit Number from Diamond or Box:
- One Digit Number from Bottom of Diamond:
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

## Unit #2
☑ Driver  ☐ Ped  ☐ Bike
☐ Susp At Fault
- **Last Name**: BRUNER  **First**: WALTER  **Middle**: RAY
- **Address**: 3896 E GOLDENROD DR
- **City**: GARDENDALE  **State**: TX  **Zip**: 79758  **DOB**: 12/16/1963
- **Driver's License No**: 12476244  **Class**: CLASS A  **State**: TX  **Country**: US
- **Insurance Co.**: EVEREST NATIONAL INS  **Policy No.**: RM8CA00048  **Telephone No.**: 4322481516
- **Year**: 2021  **Make**: PETERBILT  **Model**: TK
- **VIN**: 1XPBD49X8MD759836  **Vehicle Color**: Green
- **Tag #**: 3FE349  **State**: OK  **County**:  **Year**: 2021
- **Trailer Tag #**:  **State**:  **County**:  **Year**:
- ☐ Same as Driver  **Owner's Last Name**: WESTERN FLYER EXPRESS LLC
- **Address**: PO BOX 270814
- **City**: OKLAHOMA CITY  **State**: OK  **Zip**: 73137
- **Removed By**: BARROWS WRECKER  ☐ Request ☐ List
- **Alcohol Test**: No  **Type**: Not Tested  **Results**: None Given  **Drug Test**: No  **Type**:  **Results**:
- **First Harmful Event**: Motor Vehicle In Motion
- **Most Harmful Event**: Motor Vehicle In Motion
- **Operator/Ped Cond.**: Not Drinking
- **Operator Factors**: No Contributing Factors
- **Vehicle Factors**: No Contributing Factors  **Roadway Factors**: No Contributing Factors
- **Direction of Travel**: South  **Vehicle Maneuver**: Straight  **Non-Motor Maneuver**:
- **Vehicle Class**: Commercial Motor Vehicle (CMV)  **Vehicle Type**: Tractor/Trailer  **Vision Obscured**: Not Obscured
- **Number of Occupants**: 1  **Area of Initial Contact**: Front End  **Damage to Vehicle**: Disabling Damage
- **Traffic Way Flow**: One-Way Trafficway  **Road Composition**: Black Top  **Road Character**: Straight and Level
- **Number of Lanes**: 5  **Posted Speed**: 65  **Work Zone**: None
- **Traffic Control**: Lanes  **Device Inoperative**: ☐ Yes ☑ No
- **Citation Information**:
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY
- **Carrier Name**: WESTERN FLYER EXPRESS
- **Address**: PO BOX 270814  **City**: OKLAHOMA CITY  **State**:  **Zip**:
- **U.S. D.O.T. #**: 658909  **No. of Axles**: 5  **G.V.W.R**: 26001 or Greater
- **Cargo Body Type**: Van Enclosed-Box  **Vehicle Config.**: Tractor Trailer  ☑ Interstate ☐ Intrastate  **Fed. Reportable**: ☑ Yes ☐ No
- **C.D.L.?**: ☑ Yes ☐ No  **C.D.L. Suspended?**: ☐ Yes ☑ No
- **Vehicle Placarded?**: ☐ Yes ☑ No
- **Hazmat Released?**: ☐ Yes ☑ No
- If YES: Name or 4 Digit Number from Diamond or Box:
- One Digit Number from Bottom of Diamond:
- ☐ Ran Off Road ☐ Down Hill Runaway

**EXHIBIT PL 1**

## Unit 3

- Driver: ☑
- Ped: ☐
- Bike: ☐
- Susp At Fault: ☐

| Field | Value |
|---|---|
| Last Name | NANIGAN |
| First | JAMES |
| Middle | DENTON |
| Address | 151 ELLINGTON DR |
| City | JEFFERSON |
| State | GA |
| Zip | 30549317 |
| DOB | 6/18/1971 |
| Driver's License No | 055715912 |
| Class | CLASS A |
| State | GA |
| Country | US |
| Insurance Co. | ACE INSURANCE |
| Policy No. | XSA H25549910 |
| Telephone No. | 8332124357 |
| Year | 2022 |
| Make | VOLVO |
| Model | TK |
| VIN | 4V4N39TG2NN294364 |
| Vehicle Color | White |
| Tag # | M8020HY |
| State | TN |
| County | FAYETTE |
| Year | 2021 |
| Trailer Tag # | |
| Same as Driver | ☐ |
| Owner's Last Name | SOUTHEASTERN FREIGHT |
| Address | 4141 MURFREESBORO RD |
| City | ANTIOCH |
| State | TN |
| Zip | 37013 |
| Removed By | DRIVER |
| Alcohol Test | No |
| Type | Not Tested |
| Results | None Given |
| Drug Test | No |
| First Harmful Event | Motor Vehicle In Motion |
| Most Harmful Event | Motor Vehicle In Motion |
| Operator/Ped Cond | Not Drinking |
| Operator Factors | No Contributing Factors |
| Vehicle Factors | No Contributing Factors |
| Roadway Factors | No Contributing Factors |
| Direction of Travel | South |
| Vehicle Maneuver | Stopped |
| Non-Motor Maneuver | |
| Vehicle Class | Commercial Motor Vehicle (CMV) |
| Vehicle Type | Tractor/Trailer |
| Vision Obscured | Not Obscured |
| Number of Occupants | 1 |
| Area of Initial Contact | Rear End |
| Damage to Vehicle | Functional Damage |
| Traffic Way Flow | One-Way Trafficway |
| Road Composition | Black Top |
| Road Character | Straight and Level |
| Number of Lanes | 5 |
| Posted Speed | 65 |
| Work Zone | None |
| Traffic Control | Lanes |
| Device Inoperative | No ☑ |

**Citation Information:**
- Citation # ___ O.C.G.A. § ___
- Citation # ___ O.C.G.A. § ___
- Citation # ___ O.C.G.A. § ___

### COMMERCIAL MOTOR VEHICLES ONLY

| Field | Value |
|---|---|
| Carrier Name | SOUTHEASTERN FRIEGHT LINES |
| Address | 420 DAVEGA RD |
| City | LEXINGTON |
| State | |
| Zip | |
| U.S. D.O.T. # | 63419 |
| No. of Axles | 5 |
| G.V.W.R | 26001 or Greater |
| Cargo Body Type | Van Enclosed-Box |
| Vehicle Config. | Tractor Trailer |
| Interstate | ☑ |
| Intrastate | ☐ |
| Fed. Reportable | Yes ☑ No ☐ |
| C.D.L. ? | Yes ☑ No ☐ |
| C.D.L. Suspended? | Yes ☐ No ☑ |
| Vehicle Placarded? | Yes ☐ No ☑ |
| Hazardous Materials? | Yes ☐ No ☑ |
| Hazmat Released? | Yes ☐ No ☑ |

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

## Unit 4

- Driver: ☑
- Ped: ☐
- Bike: ☐
- Susp At Fault: ☐

| Field | Value |
|---|---|
| Last Name | TEAGUE |
| First | REGINOLD |
| Middle | MARCEL |
| Address | 985 ELIZA ANN CV |
| City | LAWRENCEVILLE |
| State | GA |
| Zip | 30045724 |
| DOB | 10/7/1972 |
| Driver's License No | 053344341 |
| Class | CLASS A |
| State | GA |
| Country | US |
| Insurance Co. | TRAVELERS |
| Policy No. | TJ CAP 8E093492TIL21 |
| Telephone No. | 6782946824 |
| Year | 2014 |
| Make | OTHER |
| Model | TK |
| VIN | 1GRDM9627EH723376 |
| Vehicle Color | White |
| Tag # | P372697 |
| State | IN |
| County | |
| Year | |
| Trailer Tag # | |
| Same as Driver | ☐ |
| Owner's Last Name | SAMUEL AND SON |
| Address | 2675 MORGANTOWN RD |
| City | READING |
| State | PA |
| Zip | 19607 |
| Removed By | DRIVER |
| Alcohol Test | No |
| Type | Not Tested |
| Results | None Given |
| Drug Test | No |
| First Harmful Event | Motor Vehicle In Motion |
| Most Harmful Event | Motor Vehicle In Motion |
| Operator/Ped Cond | Not Drinking |
| Operator Factors | No Contributing Factors |
| Vehicle Factors | No Contributing Factors |
| Roadway Factors | No Contributing Factors |
| Direction of Travel | South |
| Vehicle Maneuver | Stopped |
| Non-Motor Maneuver | |
| Vehicle Class | Commercial Motor Vehicle (CMV) |
| Vehicle Type | Tractor/Trailer |
| Vision Obscured | Not Obscured |
| Number of Occupants | 1 |
| Area of Initial Contact | Rear End |
| Damage to Vehicle | Minor Damage |
| Traffic Way Flow | One-Way Trafficway |
| Road Composition | Black Top |
| Road Character | Straight and Level |
| Number of Lanes | 5 |
| Posted Speed | 65 |
| Work Zone | None |
| Traffic Control | Lanes |
| Device Inoperative | No ☑ |

**Citation Information:**
- Citation # ___ O.C.G.A. § ___
- Citation # ___ O.C.G.A. § ___
- Citation # ___ O.C.G.A. § ___

### COMMERCIAL MOTOR VEHICLES ONLY

| Field | Value |
|---|---|
| Carrier Name | SAMUEL AND SON |
| Address | 3635 FRANCIS CIR |
| City | ALPHARETTA |
| State | |
| Zip | |
| U.S. D.O.T. # | 342033 |
| No. of Axles | 5 |
| G.V.W.R | 26001 or Greater |
| Cargo Body Type | Van Enclosed-Box |
| Vehicle Config. | Tractor Trailer |
| Interstate | ☑ |
| Intrastate | ☐ |
| Fed. Reportable | Yes ☑ No ☐ |
| C.D.L. ? | Yes ☑ No ☐ |
| C.D.L. Suspended? | Yes ☐ No ☑ |
| Vehicle Placarded? | Yes ☐ No ☑ |
| Hazardous Materials? | Yes ☐ No ☑ |
| Hazmat Released? | Yes ☐ No ☑ |

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

| Unit # | ☑ Driver | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|---|
| 5 | ☐ Ped | BALL | DAVIS | BENNETT |
| | ☐ Bike | **Address** 17 BRAG MAY LANE | | |
| ☐ Susp At Fault | | | | |

| City | State | Zip | DOB |
|---|---|---|---|
| MONTICELLO | MS | 39654 | 10/18/1965 |

| Driver's License No | Class | State | Country |
|---|---|---|---|
| 802763113 | CLASS C | MS | US |

| Insurance Co. | Policy No. | Telephone No. |
|---|---|---|
| SELF INSURED | 0000000 | 2058477742 |

| Year | Make | Model |
|---|---|---|
| 2010 | GENERAL MOTORS CORP | YUKON |

| VIN | Vehicle Color |
|---|---|
| 1GKUCAE0XAR245624 | White |

| Tag # | State | County | Year |
|---|---|---|---|
| LWA1317 | MS | | 2021 |

| Trailer Tag # | State | County | Year |
|---|---|---|---|
| | | | |

☑ **Same as Driver**

| Owner's Last Name | First | Middle |
|---|---|---|
| BALL | DAVIS | BENNETT |

**Address** 17 BRAG MAY LANE

| City | State | Zip |
|---|---|---|
| MONTICELLO | MS | 39654 |

**Removed By:** DRIVER    ☐ Request   ☐ List

| Alcohol Test: | Type: | Results: | Drug Test: | Type: | Results: |
|---|---|---|---|---|---|
| No | Not Tested | None Given | No | | |

| First Harmful Event: | Most Harmful Event: | Operator/Ped Cond: |
|---|---|---|
| Motor Vehicle In Motion | Motor Vehicle In Motion | Not Drinking |

**Operator Factors:** No Contributing Factors
**Vehicle Factors:** No Contributing Factors    **Roadway Factors:** No Contributing Factors

| Direction of Travel: | Vehicle Maneuver: | Non-Motor Maneuver: |
|---|---|---|
| South | Straight | |

| Vehicle Class: | Vehicle Type: | Vision Obscured: |
|---|---|---|
| Privately Owned | Sports Utility Vehicle (SUV) | Not Obscured |

| Number of Occupants: | Area of Initial Contact: | Damage to Vehicle: |
|---|---|---|
| 1 | Front End | Disabling Damage |

| Traffic Way Flow: | Road Composition: | Road Character: |
|---|---|---|
| One-Way Trafficway | Black Top | Straight and Level |

**Number of Lanes:** 5    **Posted Speed:** 65    **Work Zone:** None

**Traffic Control:** Lanes    **Device Inoperative:** ☐ Yes ☑ No

**Citation Information:**
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____

**COMMERCIAL MOTOR VEHICLES ONLY**

**Carrier Name**

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

**U.S. D.O.T. #**    **No. of Axles**    **G.V.W.R**

| Cargo Body Type | Vehicle Config. | ☐ Interstate | Fed. Reportable |
|---|---|---|---|
| | | ☐ Intrastate | ☐ Yes  ☐ No |

**C.D.L. ?** ☐ Yes ☐ No    **C.D.L. Suspended?** ☐ Yes ☐ No
**Vehicle Placarded?** ☐ Yes ☐ No    **Hazardous Materials?** ☐ Yes ☐ No
**Hazmat Released?** ☐ Yes ☐ No

If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:

☐ Ran Off Road    ☐ Down Hill Runaway    ☐ Cargo Loss or Shift    ☐ Separation of Units

GDOT-523 (07/17)

## COLLISION FIELDS

| | | | | |
|---|---|---|---|---|
| **Manner of Collision:** Rear End | **Location at Area of Impact:** On Roadway - Non-Intersection | **Weather:** Clear | **Surface Condition:** Dry | **Light Condition:** Dark-Lighted |

## NARRATIVE

Added :Nov  9 2021  6:17AM
D1,2,3,4 and 5 traveled SB on I285 before Atlanta Rd.D1 advised that when he saw that traffic was slowing down he attempted to stop. D1 advised that he could not stop in time to avoid rear ending D2. D1 veh had damage to the front end. D1 was not able to give a contact number at the scene.D2 advised that he was slowing for traffic ahead of him when he was rear ended by D1. D1 was also ouched into D3 by the impact. D2 veh had damage to both the front and rear end.D3 was at a stop when his veh was rear ended by D2. He was pushed into D4. D3 veh had damage to the front and rear end.D4 was at a stop when he was rear ended. D4 veh had damage to the rear end.D5 was taken to the hospital before he was able to a give a statement. He was transported to Kennestone for injuries. His cell phone was left in the vehicle when he was transported and he was discharged by the time contact was attempted at Kennestone. D1, D2 and D5 veh were towed by Barrows Wrecker Service.D1 was cited for following too closely. 3893653No further.

## DIAGRAM



## PROPERTY DAMAGE INFORMATION

**Damage Other Than Vehicle:**          **Owner:**

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| | | | | | |

GDOT-523 (07/17)

## OCCUPANT INFORMATION

### 1
| Name (Last, First): | SHILLING, MARK | | | | Address: | 12 CARLOS FOLEY RD  RUSSELL SPRINGS, KY 42642 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 65 | Sex: Male | Unit # 1 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: Yes | Air Bag: Deployed Air Bag | Injury: Suspected Serious Injury (A) | Taken for Treatment: Yes |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 2
| Name (Last, First): | BRUNER, WALTER | | | | Address: | 3896 E GOLDENROD DR  GARDENDALE, TX 79758 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 57 | Sex: Male | Unit # 2 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 3
| Name (Last, First): | NANIGAN, JAMES | | | | Address: | 151 ELLINGTON DR  JEFFERSON, GA 305493172 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 50 | Sex: Male | Unit # 3 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 4
| Name (Last, First): | TEAGUE, REGINOLD | | | | Address: | 985 ELIZA ANN CV  LAWRENCEVILLE, GA 300457240 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 49 | Sex: Male | Unit # 4 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 5
| Name (Last, First): | BALL, DAVIS | | | | Address: | 17 BRAG MAY LANE  MONTICELLO, MS 39654 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 56 | Sex: Male | Unit # 5 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Deployed Air Bag | Injury: Suspected Serious Injury (A) | Taken for Treatment: Yes |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

| Photos Taken: ☐ Yes ☑ No | By: | Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963. |
|---|---|---|

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| RASHAD, (1945) | Cobb County Police Department | 11/09/2021 00:00 | ROE, | 11/11/2021 |