IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARDRIL GREEN and MAURICE CHAMPION, | |
| Plaintiffs, | CIVIL ACTION FILE NO.: |
| v. | |
| JORGE GARA, ADOLFO GARATEK and ROAD STAR LOGISTICS, LLC, | Fulton County State Court Case No.: 23EV002630 |
| Defendants. | |

## NOTICE OF REMOVAL

COME NOW, Defendants JORGE GARA a/k/a Jorge Garateix, ADOLFO GARATEK and ROAD STAR LOGISTICS, LLC (hereinafter collectively referred to as "Defendants"), by and through the undersigned counsel, and, pursuant to 28 U.S.C. § 1441(a) and (b), hereby remove to this Court the state court action described below, respectfully showing this Court as follows:

1.

A civil action was filed by the above-named Plaintiffs BARDRIL GREEN and MAURICE CHAMPION ("Plaintiffs") in the State Court of Fulton County, State of Georgia, naming as the Defendants JORGE GARA, ADOLFO GARATEK and ROAD STAR LOGISTICS, LLC, being Civil Action File No. 23EV002630.

The Summons and Complaint and all other pleadings in said civil action are attached hereto collectively as **Exhibit "A"**.

2.

At the time of the filing of the Complaint, Plaintiffs were citizens and residents of the State of Georgia.

3.

At the time of the filing of the Complaint, Defendant Road Star Logistics, LLC was, and currently is, a foreign corporation under the laws of the State of Texas with its principal place of business located at 742 Antelope Lane, Laredo, Texas 78045.

4.

At the time of the filing of the Complaint, the sole member of Defendant Road Star Logistics, LLC was, and currently is, Brenda Garza, a citizen of the United States, who resides at 8706 Gentlewind Court, Laredo, Texas 79045.

5.

At the time of the filing of the Complaint, Defendant Jorge Gara was, and currently is, a citizen of the country of Cuba.  He maintains a valid work permit in the United States, and he resides at 218 Crowne Park Avenue, Asheboro, North Carolina 27203.

6.

At the time of the filing of the Complaint, Defendant Adolfo Garatek, was, and currently is, a citizen of the United States and he resides at 8706 Gentlewind Court, Laredo, Texas 79045.

7.

Defendant Road Star Logistics, LLC was served with a copy of the Summons and Complaint on May 17, 2023 via its registered agent, at 742 Antelope Lane, Laredo, Texas 78045 per the Affidavit of Service filed with Fulton County State Court on May 22, 2023.

8.

Defendant Adolfo Garatek was served with a copy of the Summons and Complaint on May 27, 2023 via personal service at 8706 Gentlewind Court, Laredo, Texas 78045 per the Affidavit of Service filed with Fulton County State Court on June 5, 2023.

9.

Plaintiffs seek judgment against Defendants for sums in excess of $75,000.00, exclusive of interest and costs.

10.

The foregoing action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(a) and (b) and, in accordance with 28 U.S.C. § 1332(a), there being diversity of citizenship between Plaintiffs and all Defendants, and the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

11.

Now, within thirty (30) days of service and receipt by Defendant Road Star Logistics, LLC and Defendant Adolfo Garatek of a copy of the Summons and Complaint filed in the State Court of Fulton County, State of Georgia, notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11, Federal Rules of Civil Procedure, of the removal of the foregoing action to this Court.

12.

All Defendants consent to the removal of the state court action to this Court.

Respectfully submitted, this 16th day of June, 2023.

        MCMICKLE, KUREY & BRANCH, LLP

By: */s/ Raymond J. Kurey*
    RAYMOND J. KUREY
    Georgia Bar No. 430472
    SCOTT W. ZOTTNECK
    Georgia Bar No. 700008
    *Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
Email: rjk@mkblawfirm.com
Email: szottneck@mkblawfirm.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This pleading has been prepared in Times New Roman, 14 point font.

This 16th day of June, 2023.

                                           By: */s/ Raymond J. Kurey*
                                                RAYMOND J. KUREY
                                                For the Firm

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Meredith Parrish
SENIORCOUNSEL, LLC
3330 Cumberland Blvd., Suite 500
Atlanta, GA 30339
Email: mparrish@seniorcounsel.legal
*Attorney for Plaintiffs*

This 16th day of June, 2023.

By: */s/ Raymond J. Kurey*
RAYMOND J. KUREY
For the Firm

16599