# Exhibit C

*Notice of Filing Petition for Removal - Gwinnett County State Court*

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| OLIVIA C. WIGGINS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SALSON LOGISTICS, INC.; CHRIS MUSUSU; and PRIME PROPERTY & CASUALTY INSURANCE, INC.,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br>NO. 23-C-03005-S3 |

## **NOTICE OF FILING PETITION FOR REMOVAL**

TO:　CLERK, STATE COURT OF GWINNETT COUNTY
　　　P.O. Box 880
　　　Lawrenceville, GA 30046

PLEASE TAKE NOTICE that defendants Salson Logistics, Inc., Chris Mususu, and Prime Property & Casualty Insurance, Inc., by and through undersigned counsel, have on this date filed its Petition for Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto as Exhibit "A."

Respectfully submitted this 16th day of June, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wayne S. Melnick*
WAYNE S. MELNICK
Georgia Bar No. 501267

*/s/ David M. Harding*
DAVID M. HARDING
Georgia Bar No. 708591

*Attorneys for Defendant Salson Logistics, Inc. and Chris Mususu*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
wmelnick@fmglaw.com
david.harding@fmglaw.com

- 2 -

**WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC**

*/s/ Stephen J. Rapp*
STEPHEN J. RAPP
Georgia Bar No. 103806

*Attorneys for Prime Property & Casualty Insurance, Inc.*

3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
(404) 832-9514 – phone
srapp@wwhgd.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing ***NOTICE OF FILING PETITION FOR REMOVAL*** to the Clerk of Court using the Court's e-filing system which will automatically send electronic mail notification of such filing to the following:

Trevor E. Brice
WLG ATLANTA, LLC
600 Peachtree Street NE, Suite 4010
Atlanta, GA 30308
trevor.brice@witheritelaw.com

Stephen J. Rapp
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
srapp@wwhgd.com

This 16th day of June, 2023.

                                            */s/ Wayne S. Melnick*
                                            WAYNE S. MELNICK
                                            Georgia Bar No. 501267
                                            wmelnick@fmglaw.com

                                            *Attorney for Defendant Salson Logistics, Inc.*
                                            *and Chris Mususu*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 – phone