# Exhibit 2

   Home  My Network  Jobs  Messaging  Notifications  Me ▼  For Business ▼  Network S  Try Premiu



### Ross Haynes · 3rd
CEO at Community Construction Group

-  Community Construction Group
- The University of Georgia

Atlanta Metropolitan Area · Contact info

**500+** connections

Message  + Follow  More

---

**Activity**
1,352 followers

Ross Haynes commented on a post • 1mo
Congratulations, Dee!

Ross Haynes commented on a post • 2mo
You are amazing, Christie!

Ross Haynes commented on a post • 3mo
Congratulations, Jim! Well deserved.

Show all activity →

---

**Experience**


**CEO**
Community Construction Group
Jan 2019 - Present · 4 yrs 5 mos
Roswell, GA

**CEO**
Formula Construction Group
Apr 2014 - Present · 9 yrs 2 mos
Alpharetta, GA


**VP, COO**
Taylor Commercial, Inc.
Jan 2008 - Apr 2014 · 6 yrs 4 mos


**Director, MIS Telephony OSS**
Cox Communications
Oct 1999 - Jan 2008 · 8 yrs 4 mos


**Senior Analyst**
Lithonia Lighting



Nov 1997 - Sep 1999 · 1 yr 11 mos

Show all 6 experiences →

## Education

**The University of Georgia**
BBA, MIS
1992 - 1995

**University of Georgia - Terry College of Business**
Bachelor of Business Administration (BBA), Management Information Systems
1992 - 1995

## Skills

**Project Management**
- Endorsed by 4 colleagues at Taylor Commercial, Inc.
- Endorsed by 6 people who know the skill
- 53 endorsements

**Process Scheduler**
- Endorsed by Lauren Bradley and 2 others who are highly skilled at this
- Endorsed by 2 colleagues at Cox Communications
- 15 endorsements

**Purchasing**
- 2 endorsements

Show all 27 skills →

## Recommendations

**Received**   Given

**Nothing to see for now**
Recommendations that Ross receives will appear here.

## Interests

**Top Voices**   Companies   Groups   Newsletters   Schools

**Mark Cuban** in · 3rd
President
7,297,785 followers

+ Follow

**Alex Rodriguez** in · 3rd
Chairman and CEO, A-Rod Corp | CEO, Slam Corp | LP, Minnesota Timberwolves and Lynx
479,611 followers

+ Follow

Show all 4 Top Voices →

Ad ···

Get the latest jobs and industry news

Anne, explore relevant opportunities with
**McDermott Will & Emery**

Follow

**People also viewed**

**Perry Greene** · 3rd
President of Taylor Commercial, Inc.

Message

**Bryan Parker** · 3rd+
Construction Manager at Parker General Contractors, LLC

+ Connect

**Evie Campbell** · 3rd+
Owner, Jumping For Fun

+ Connect

**Patrick Burpee** · 3rd
Owner, Law Office of Patrick C. Burpee, LLC

Message

**Bobby Bristow** · 3rd+
General Foreman/Superintendent at Corona Steel Inc.

+ Connect

Show more

**People you may know**
From Ross's school

**Bill Bush**
Real Estate Associate at Parker Hudson

+ Connect

**Elizabeth "Lizzie" Garner**
Partner at Parker, Hudson, Rainer & Dobbs LLP

+ Connect

**Wayne Hillis**
Litigation Partner | Securities | Employment | Arbitration | Securities Regulatory | Bradley Arant Boult Cummings, LLP

+ Connect

### Corey May
General Counsel and Chief Compliance Officer at Cortland®

👤+ Connect

### Julie Wood
Senior Attorney

👤+ Connect

Show more ⌄

**You might like**
Courses for you

**How to Confidently Negotiate Your Salary**
Skills: Salary Negotiations
33min

Save

**Speaking Confidently and Effectively**
Skills: Public Speaking, Presentation Skills
22min

Save

Show more ⌄

