# **Exhibit 3**



As Vice President of Marketing and Business Development I am responsible for developing, implementing, and overseeing the company's strategic…

**Skills:** Human Resources (HR)



Formula Construction Group

Formula Construction Group is a General Contractor specializing in Business Development, renovation and…

**Director, Marketing & Business Development**



Taylor Commercial, Inc.
Jul 2008 - Mar 2014 · 5 yrs 9 mos
Alpharetta, Ga

**Owner**
Glisten Activewear
Jun 2007 - May 2009 · 2 yrs

Maintain website sales. Carry a variety of fitness wear and accessories for women.

**Owner**
Cold Stone Creamery
Feb 2005 - Apr 2007 · 2 yrs 3 mos

Opened and operated two cold Stone Creamery Franchises in Miami, Florida.

**Skills:** Business-to-Business (B2B)

Show all 6 experiences ➔

## Education

**University of Florida**
BA Degree, Criminal Justice
1987 - 1989

**National School of Paralegal Training**
Certified, Criminal and Civil Law
1990 - 1990

## Skills

**Business-to-Business (B2B)**

 2 experiences at Community Construction Group

**Human Resources (HR)**

3 experiences across Community Construction Group and 1 other company

**Business Planning**

17 endorsements

Show all 9 skills ➔

## Recommendations

Received    Given



**Jack Weissman** · 3rd
CFO/Partner at Real Floors
March 6, 2014, Jack worked with Kerrie but they were at different companies

I have worked with Kerrie for several years, primarily as a volunteer for the Atlanta Apartment Association. She has always done a great job regardless of the tasks required and has fantastic interpersonal skills. Kerrie knows how critical relationships are to our industry and has increased her exposure…



**Kevin Carnes** · 3rd
Commercial Business Development at EPIC
March 6, 2014, Kevin worked with Kerrie but they were at different companies

Having known and worked with Kerrie as a fellow member of numerous professional organizations over the past years, I have found her to be a true professional in the highest sense. She performs her job not only with perseverance, but integrity as well. It's easy to see why she is such a large…



**Scott Richardson** · 3rd
Property Inspections to cover your asset
May 1, 2012, Scott worked with Kerrie but they were at different companies

I've known Kerrie through Committees and Networking functions for the Atlanta Apartment Association. She has an infectious smile, terrific attitude and caring personality. Her involvement and networking abilities at events for the Industry is tireless and appreciated by all!

Show all 6 received →

## Honors & awards

**2 X Crossfit Games Athlete**
Issued by Crossfit Games Fittest on Earth · Aug 2018

Proud to have qualified and compete in the Crossfit Games in 2017 and 2018 in the Masters division.

## Interests

**Companies**    Groups    Newsletters    Schools



**Preservation of Affordable Housing**
6,761 followers

 Follow



**The Female Lead**
3,645,787 followers

 Follow

Show all 126 companies →

Ad  •••
Anne, unlock your full potential with LinkedIn Premium

 

See who's viewed your profile in the last 90 days

Try for Free



**Nano Tips for Negotiating Your Salary with Sho Dewan**
Skills: Salary Negotiations
4min

Save

**Crucial Conversations (getAbstract Summary)**
Skills: Interpersonal Communication
14min

Save

Show more

