# Exhibit 4









## Our History

Ross Haynes and Kerrie Napoli first met in 2008 at a prominent general contracting firm in Alpharetta, Georgia.  With shared values, commitment to their team and a drive to provide excellent service to their customers, they helped grow the company to receive recognition in 2012 as one of the INC 5000 fastest growing privately-held companies.

In 2014, after a shift in the company vision, the team followed their passion, vision and unity and made the decision to create Formula Construction Group, LLC. With proven success and restored determination, their established team forged a new path of ongoing success.

In April of 2018, the team was fortunate to add Danny Larcom and Steve Robertson as partners and re-branded as Community Construction Group, LLC. Today, the CCG Leadership Team is poised to continue to grow this community through serving their employees to in turn, provide unmatched service to their customers.





## W. Ross Haynes

CEO

Ross Haynes has served as an executive in the construction industry for over ten years. Prior to forming Community Construction Group, LLC, Ross was Chief Operating Officer at Taylor Commercial, Inc., a prominent general contractor in Alpharetta, Georgia.  He transitioned to the construction industry in 2008 after 10 years at Cox Communications, Inc., where he served as an Information Technology Director.  As CEO, Ross guides the company's vision, culture and growth, while fostering strategic customer and vendor relationships.



## Danny C. Larcom

Partner

Through his perseverance as a self-taught business owner, Danny Larcom has gained exceptional knowledge all areas of business management, in addition to the HVAC and electrical trades.  Founding Danny Larcom Heating & Air, Inc. in 1999, Danny has grown the company over 20 years to be the largest HVAC business in northwest Tennessee. This growth can be attributed to his outstanding work ethic and goal-centered prowess, which have also served him well as a partner of Community Construction Group, LLC.  Danny currently is

He holds a Bachelor of Business Administration degree from the Terry College of Business at the University of Georgia. Ross resides in Dunwoody, Georgia with his wife, Kerima, and two sons.

focused on ensuring excellence in company field execution and project delivery. Danny resides in Union City, Tennessee with his wife, Kim.







## Steve E. Robertson

Partner



## John R. Robinson

CPA

Steve Robertson joined Community Construction Group, LLC as a partner in 2018.  He has built an impressive business background, serving as both General Manager and Vice President for over 10 years for Danny Larcom Heating & Air, Inc. in Union City, Tennessee. In previous years, Steve held management positions in multiple industries, honing his business modeling and team leadership capabilities, which have made him a valued partner as he focuses on company operational efficiency and procurement opportunities. Steve resides in Union City, Tennessee with his wife, Lisa.

Seven years in international and local public accounting firms, twenty-seven years with BellSouth/AT&T Corporation in Director roles in tax, accounting and investor relations, and seven years as a sole proprietor of his own tax consulting firm have aptly prepared John for his role as Controller of Community Construction Group, LLC.  He oversees company accounting, financial reporting, cost management, tax compliance and external audit activities. John is a graduate of the University of Alabama and holds Certified Public Accounting credentials in Alabama and Georgia.  He lives in Ellijay, Georgia with his wife, Lynne.



# Our Mission

We endeavor to advance the perception of the construction industry through professionalism and performance; enhancing communities one project at a time.

. . .

# Core Values

**Fortitude \ ˈfȯr-tə-ˌtüd, -ˌtyüd \**

Noun:  mental and emotional strength and firmness of mind in facing adversity, resolute endurance.

**Unity \ ˈyü-nə-tē \**

Noun: a whole or totality as combining all its parts into one harmoniously



# Optimism \ˈäp-tə-ˌmi-zəm\

Noun: a disposition or tendency to look on the more favorable side of events or conditions and to expect the most favorable outcome.

# Refinement \ri-ˈfīn-mənt\

Noun: the act or process of change or adaptation designed to improve performance or increase efficiency

## Call Us

**Mail Line (Toll-Free)** (800) 274-7910

**Mail Line (Local)** (678) 889-9600

**Fax Line** (678) 889-6684

## Email Us

info@communityconstruction.com

## Follow Us

Copyright © 2023 by COMMUNITY CONSTRUCTION GROUP, LLC

