# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JASHEA HARRIS and EUGENE CARDOZA, as next friends of EVANIE CARDOZA, a minor child,<br><br>    Plaintiffs,<br><br>vs.<br><br>NACHO DADDY, LLC, ABC COMPANY, and JOHN DOES (1-5),<br><br>    Defendants. | CASE NO.: |

## NOTICE OF REMOVAL

Defendant NACHO DADDY, LLC, by and through undersigned counsel and pursuant to 28 U.S.C. § 1446, hereby files its Notice of Removal of the action now pending in the State Court of Gwinnett County, State of Georgia, Civil Action File No. 23-C-03222-S5, styled as *Shea Harris and Eugene Cardoza, As Next Friends Of Evanie Cardoza, A Minor Child v. Nacho Daddy, LLC, ABC Company, and John Does 1-5* (the "civil action"), respectfully showing this Honorable Court as follows:

1.  On May 10, 2023, Plaintiffs Shea Harris and Eugene Cardoza, As Next Friends Of Evanie Cardoza, A Minor Child ("Plaintiffs") filed the civil action in the State Court of Gwinnett County, State of Georgia. Copies of the

1

|   |   |
|---|---|
|   | Summons and Complaint filed by Plaintiffs are attached hereto as Exhibit "A." |
| 2. | In the civil action, Plaintiffs pursue a cause of action for personal injuries Evanie Cardoza allegedly sustained when she was burned at Defendant's location on January 8, 2022. *See generally* (Complaint). |
| 3. | In the civil action, Plaintiffs claim that they have incurred $52,654.79 in past medical expenses and will incur future medical expenses for the alleged injuries. Plaintiffs are also seeking to recover general damages for pain, suffering, and mental distress. Therefore, the amount in controversy exceeds $75,000.00. (Complaint ¶¶ 14-15). |
| 4. | Because the amount in controversy in the civil action will exceed $75,000.00, exclusive of interest, costs, and attorney's fees, the amount in controversy requirement necessary for removal pursuant to 28 U.S.C. §§ 1332(a), 1441(b) is satisfied. |
| 5. | Plaintiffs are citizens of Georgia. (Complaint ¶ 1). |
| 6. | At all times material, Defendant Nacho Daddy, LLC has been a profit corporation organized under the laws of the State of Nevada with its principal place of business in the State of Nevada. |

7. Because the civil action is between citizens of different States, removal on the basis of diversity is proper pursuant to 28 U.S.C. §§ 1332(a), 1441(b).

8. The civil action was commenced in the State Court of Gwinnett County, State of Georgia on May 10, 2023. On May 23, 2023, Plaintiffs filed an Affidavit of Process Server (a copy is attached hereto as Exhibit "B") indicating that they had served the registered agent of Defendant with a copy of the Summons and Complaint on May 17, 2023. Accordingly this notice is timely filed pursuant to 28 U.S.C. § 1446(b)(1) and Fed. R. Civ. P. 6(a)(1)(C).

9. Plaintiffs also served Interrogatories, Requests for Production of Documents, and Requests for Admission, copies of which are also attached hereto as Exhibits "C", "D", and "E", respectively.

10. Plaintiffs' counsel also filed two Leaves of Absences, which are attached hereto as Exhibits "F" and "G", respectively.

11. On June 16, 2023, Defendant filed its Answer and Affirmative Defenses in the State Court of Gwinnett County, Georgia. A copy is attached hereto as Exhibit "H"

12. Pursuant to 28 U.S.C. § 1446(d), Defendant Nacho Daddy, LLC has provided written notice to all adverse parties and have filed a copy of this Notice of Removal with the Clerk of the State Court of Gwinnett County, State of

Georgia (a copy of the Notice of Filing Notice of Removal submitted to the Clerk of the State Court of Gwinnett County, State of Georgia is attached hereto as Exhibit "I").

WHEREFORE, Defendant Nacho Daddy, LLC respectfully submits this matter to this Court's jurisdiction and removes the civil action to this Court.

Respectfully submitted this 16th day of June, 2023.

|  |  |
|---|---|
|  | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
| 3348 Peachtree Road, NE<br>Suite 1400<br>Atlanta, GA  30326<br>470-419-6650 (telephone)<br>470-419-6651 (facsimile)<br>Eleanor.jolley@wilsonelser.com<br>nicole.henderson@wilsonelser.com | */s/ Eleanor G. Jolley*<br>Eleanor G. Jolley<br>GA Bar No. 602577<br>Nicole M. Henderson<br>GA Bar No. 465276<br>*Counsel for Defendant Nacho Daddy, LLC* |

## **CERTIFICATE OF SERVICE**

This is to certify that on this date I filed and served the foregoing **NOTICE OF REMOVAL** via e-mail and the Court's electronic filing system, which will send electronic notification to the following counsel of record:

Lamonte E. Scott
Lamonte E. Scott, P.C.
2351 Henry Clower Boulevard, Suite E
Snellville, GA 30078
scott@les-law.com

Charles E. Scott
The Law Office of Charles Scott LLC
5400 Laurel Springs Parkway, Suite 701
Suwanee, GA 30024
cscott@charlesscottlaw.com

Dated: June 16, 2023

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Eleanor G. Jolley*
Eleanor G. Jolley
GA Bar No. 602577