# EXHIBIT A

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
23-C-03222-S5
5/10/2023 3:58 PM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

JASHEA HARRIS AND EUGENE CARDOZA,
AS NEXT FRIENDS OF EVANIE CARDOZA,
A MINOR CHILD,

         Plaintiffs,

v.

         CIVIL ACTION 23-C-03222-S5
         NUMBER_____

NACHO DADDY, LLC, ABC COMPANY,
AND JOHN DOES (1-5)

         Defendants.

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiffs' attorney, whose name and address is:

Lamonte E. Scott, Esq.
Lamonte E. Scott, P.C.
2351 Henry Clower Boulevard, Suite E
Snellville, Georgia 30078
(404) 671-9172

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 2023.
10th day of May, 2023

                                                      Tiana P. Garner
                                                      Clerk of State Court

                                                      By_____
                                                              Deputy Clerk

E-FILED IN OFFICE - KMC
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
23-C-03222-S5
5/10/2023 3:58 PM
TIANA P. GARNER, CLERK

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| JASHEA HARRIS and EUGENE CARDOZA, as next friends of EVANIE CARDOZA, a minor child,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NACHO DADDY, LLC, ABC COMPANY, and JOHN DOES (1-5),<br><br>　　　　Defendants. | CIVIL FILE ACTION NO.<br>23-C-03222-S5 |

## COMPLAINT FOR DAMAGES

COME NOW JASHEA HARRIS and EUGENE CARDOZA, as next friends of EVANIE CARDOZA, a minor child, Plaintiffs in the above styled-action, and state their claims against Defendants, NACHO DADDY, LLC, ABC COMPANY and JOHN DOES (1-5) as follows:

1.

Plaintiffs are residents of the State of Georgia and are subject to the jurisdiction of this Court.

2.

Defendant Nacho Daddy, LLC (hereinafter "Nacho Daddy") is a Foreign Limited Liability Company organized and existing under the laws of the State of Nevada. Venue is proper in Gwinnett County, Georgia as Defendant Nacho Daddy maintains a principal place of business in Gwinnett County, located at 3095 Main Street, Duluth, Georgia 30096 (hereinafter "the subject premises"). Subject matter jurisdiction is also proper in this Court as to Defendant Nacho Daddy.

3.

Defendant Nacho Daddy may be served with Summons and process herein by service upon its Registered Agent, Incorp Services, Inc. at 9040 Roswell Road, Suite 500, Fulton County, Georgia 30350.

4.

The true names or capacities, whether individual, corporate, associate, or otherwise of Defendants named herein as ABC Company and John Does (1-5) are presently unknown to the Plaintiffs, who therefore, sue said Defendants by such fictitious names. Plaintiffs will amend the Complaint to show said Defendants' true names when the same have been ascertained. Plaintiffs further allege on information and belief that said Defendants may in some manner be responsible for the acts or omissions alleged herein.

## **FACTUAL ALLEGATIONS**

5.

The allegations contained in all paragraphs above are incorporated herein by reference as set forth verbatim.

6.

At all times pertinent and material hereto, including on the date of this incident, it is believed upon information and belief that Defendant(s) individually and/or collectively owned, and/or were in control of the subject premises located at 3095 Main Street, Duluth, Georgia 30096, and as such possessed said property with the intent to occupy, operate, and control it and held it open to the public for business purposes.

7.

On or about January 8, 2022, Plaintiffs were business invitees of Defendant(s) either individually and/or collectively while they were on the subject premises located at 3095 Main Street, Duluth, Georgia 30096.

8.

On or about January 8, 2022, Plaintiffs Jashea Harris, Eugene Cardoza, and infant child Evanie Cardoza were seated at a table inside Defendant Nacho Daddy's restaurant.

9.

At all times relevant hereto, an unidentified female waitress, while acting within the course and scope of her employment with Defendant Nacho Daddy, left an unattended container of scalding hot water on the table in the area of the infant child, Evanie Cardoza, who was seated in the restaurant booth in her infant car seat.

10.

Defendant Nacho Daddy's waitress walked away from the table without warning and negligently left the container containing the scalding hot water in the immediate presence and within the reach of the infant child. The infant child without warning reached up and grabbed the container spilling its scalding hot contents over into her car seat and onto her body causing severe burns to her inner thighs, abdomen, and arm.

11.

As a direct and proximate result of the negligence of Defendant Nacho Daddy's waitress leaving the unattended container on the table without warning to the parents, Plaintiff Evanie Cardoza after coming in contact with the container and spilling its contents, sustained permanent injuries including second degree and/or third degree burns to her inner thighs, abdomen, and arm

which required immediate medical attention and which have caused her severe physical, mental and emotional anguish all of which will continue in the future.

12.

As a direct and proximate result of the negligence of Defendant Nacho Daddy's employee, Plaintiff Evanie Cardoza has undergone medical treatment and incurred medical expenses to be proven at trial, to address the injuries and permanent scarring therefrom.

13.

Defendant Nacho Daddy is vicariously liable for the actions and omissions of its employee(s), agents, and assigns under the doctrine of respondeat superior.

14.

As a direct and proximate result of the negligence of Defendant and its employee(s), agents, and/or assigns, Plaintiff Evanie Cardoza has incurred medical expenses in the current amount of approximately $52,654.79 and any future medical expenses to include medical expenses relating to the removal of permanent scarring to the infant child's inner thighs, abdomen, and arm related to injuries sustained in this incident in a further amount to be proven at trial.

15.

Plaintiffs are entitled to recover non-economic damages directly and proximately caused by the negligence of Defendant(s) and/or their employee(s), agents, and/or assigns.

## COUNT 1

## PREMISES LIABILITY

16.

Plaintiffs reallege and incorporate herein the allegations contained in paragraphs 1 through 15 above as if fully restated.

17.

Plaintiffs were invitees on the Defendant Nacho Daddy's premises at the time of the incident.

18.

Defendant owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as the minor infant child.

19.

Defendant Nacho Daddy's employee was negligent in placing a container of scalding hot water without notice and within reach of the minor infant child creating a hazardous and dangerous condition and in failing to keep the premises safe for invitees.

20.

Defendant's negligence was the proximate cause of the minor infant child's injuries.

## COUNT 2

## VICARIOUS LIABILITY

21.

Plaintiffs reallege and incorporate herein the allegations contained in paragraphs 1 through 20 above as if fully restated.

22.

At all times relevant to this action, the Defendant's waitress and employee who placed and left unattended a container of scalding hot water within reach of the minor infant child was acting within the course and scope of her employment.

23.

Defendant Nacho Daddy is responsible for the conduct of this individual under the doctrine of respondeat superior, agency or apparent agency.

## COUNT 3
## NEGLIGENT TRAINING & SUPERVISION

24.

Plaintiffs reallege and incorporate herein the allegations contained in paragraphs 1 through 23 above as if fully restated.

25.

Defendant Nacho Daddy was negligent in failing to adopt appropriate policies and procedures to ensure that appropriate handling of hot and dangerous liquids around its customers were followed and adhered to by employees and in failing to train its employees concerning safety procedures for handling hot and dangerous liquids on the premises.

26.

Defendant was negligent in failing to properly train and supervise its employees and wait staff.

27.

As a result of Defendant's negligence in failing to properly train and supervise its employees and wait staff, the minor infant child was injured on the premises.

WHEREFORE, Plaintiffs pray the following:

(a) That Defendant be served with summons, process, and a copy of this Complaint as provided by law;

(b) That Plaintiffs obtain judgment against Defendant in an amount in excess of $10,000.00;

(c) That Plaintiffs recover present and future special and general damages as determined at trial as well as costs of litigation and expenses;

(d) That Plaintiffs recover for pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(e) That Plaintiffs be granted a trial by jury of twelve as to all triable issues in this cause; and

(f) For such other and further relief as this Court deems just and equitable under all circumstances alleged and contained herein.

This 10th day of May, 2023.

**LAMONTE E. SCOTT, P.C.**

Lamonte E. Scott
Georgia Bar No.: 632156
*Counsel for Plaintiffs*

2351 Henry Clower Boulevard
Suite E
Snellville, Georgia 30078
Telephone: (404) 671-9172
Facsimile: (404) 671-9183
scott@les-law.com

                              **THE LAW OFFICE OF CHARLES SCOTT LLC**

                              _____
                              Charles E. Scott
                              Georgia Bar No.: 416534
                              *Counsel for Plaintiffs*

5400 Laurel Springs Parkway
Suite 701
Suwanee, Georgia 30024
Telephone: (870) 267-3340
cscott@charlesscottlaw.com