Case 1:23-mi-99999-UNA   Document 1964-2   Filed 06/16/23   Page 1 of 2

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03222-S5**
**5/23/2023 11:53 AM**
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

**State of Georgia**  **County of Gwinnett**  **State Court**

Case Number: 23-C-03222-S5

Plaintiff: **Jashea Harris and Eugene Cardoza as Next Friends of Evanie Cardoza, a Minor Child**
vs.
Defendant: **Nacho Daddy, LLC, ABC Company, and John Does 1-5**

For:
Lamonte Scott
Lamonte E Scott PC

Received by Ancillary Legal Corporation on the 16th day of May, 2023 at 1:15 pm to be served on **Nacho Daddy, LLC c/o Incorp Services, Inc. - Registered Agent, 9040 Roswell Road, Suite 500, Atlanta, GA 30350.**

I, Joyce Clemmons, being duly sworn, depose and say that on the **17th day of May, 2023** at **12:46 pm, I:**

served Nacho Daddy, LLC c/o Incorp Services, Inc. - Registered Agent by delivering a true copy of the **Summons, Complaint, Plaintiffs' First Continuing Interrogatories to Defendant Nacho Daddy, LLC., Plaintiffs' First Request for Admissions to Defendant Nacho Daddy, LLC., Plaintiffs' First Request for Production of Documents to Defendant Nacho Daddy, LLC.** to: **Adrianna M. Johnson** as **Authorized to Accept** for **Nacho Daddy, LLC**, at the address of: **9040 Roswell Road, Suite 500, Atlanta, GA 30350.**

**Additional Information pertaining to this Service:**
5/17/2023  12:46 pm  Perfected corporate service at 9040 Roswell Road Suite 500 Atlanta, GA 30350. Served Adrianna M. Johnson, Legal Assistant, female, white, 20's, brunette hair, and not wearing glasses.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 17th day of May, 2023 by the affiant who is personally known to me.

Alejandro Gutierrez
NOTARY PUBLIC

Joyce Clemmons
Process Server

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2023005599
Ref: 23-C-03222-S5

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

IN RE: Permanent Process Servers
Case Number: 22 C 06862-1

### ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2024.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this ___6___ day of ___December___, 20_22_.

_____
Presiding Judge
Gwinnett County State Court

Applicant:

Name    Joyce Yvonne Clemmons

Address  128 Warm Springs Circle, Roswell, GA, 30075