Case 1:23-mi-99999-UNA   Document 1964-5   Filed 06/16/23   Page 1 of 5

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03222-S5**
**5/10/2023 3:58 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| JASHEA HARRIS and EUGENE CARDOZA, as next friends of EVANIE CARDOZA, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>NACHO DADDY, LLC, ABC COMPANY, and JOHN DOES (1-5),<br><br>Defendants. | CIVIL FILE ACTION NO.<br>23-C-03222-S5 |

### PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANT NACHO DADDY, LLC

COME NOW Plaintiffs in the above-captioned action, and pursuant to O.C.G.A. § 9-11-36, hereby requests that the Defendant admit or deny that each of the statements set forth below are true, and serve a copy of the answers upon counsel for Plaintiffs within the time prescribed by law. If any request cannot be truthfully admitted or denied, please state in detail the reasons why you cannot truthfully admit or deny the matter. If you cannot admit or deny the request in its entirety, please specify that part which you cannot admit or deny and state in detail the reasons for any such qualifications. If you assert any claim of privilege in response to any or all of these requests, set forth, with respect to each such request(s) as to which a claim of privilege is asserted, the nature of the privilege claimed (e.g. attorney client, work product, etc.) and the basis for your claim.

When used in these Requests, the term "you", or any synonym thereof, is intended to and

shall embrace and shall include in addition to responding Defendant, all of your owners, employees, agents, servants, contractors and representatives.

Defendant is advised that if it fails to admit the truth of any matter as requested, and if Plaintiffs thereafter proves the truth of the matter, Plaintiffs will apply to the Court for an Order requiring Defendant to pay the reasonable expenses incurred in making that proof, including reasonable attorney fees.

## REQUESTS FOR ADMISSIONS

1.

Admit that you have been correctly named in the present cause of action insofar as the legal designation of names is concerned.

2.

Admit that you have been properly served as a party Defendant.

3.

Admit that process is sufficient with regard to you in this case.

4.

Admit that service of process is sufficient with regard to you in this case.

5.

Admit that venue is proper in Gwinnett County.

6.

Admit that the Gwinnett County State Court has jurisdiction over the subject matter of this case.

7.

Admit that the Gwinnett County State Court has personal jurisdiction over you as a party Defendant in this case.

8.

Admit that the Plaintiffs have not failed to join an indispensable party in this action.

9.

Admit that you owed a non-delegable duty of care to Plaintiffs.

10.

Admit that you violated your non-delegable duty of care owed to Plaintiffs.

11.

Admit that on the date of the incident as alleged in the Complaint, you were the owner/operator of the subject premises located at 3095 Main Street, Duluth, Georgia 30096.

12.

Admit that on the date of the incident as alleged in the Complaint, you operated the subject premises located at 3095 Main Street, Duluth, Georgia 30096.

13.

Admit that Plaintiff Evanie Cardoza, the infant child, was injured on the premises located at 3095 Main Street, Duluth, Georgia 30096 on January 8, 2022.

14.

Admit that Plaintiff Evanie Cardoza, the infant child, at the time of her injury, on January 8, 2022, was a business invitee on the subject premises located at 3095 Main Street, Duluth, Georgia 30096.

15.

Admit that Defendant's waitress/employee placed a container of scalding hot water on the table near the infant child Plaintiff Evanie Cardoza, then left the area without warning Plaintiffs, the infant child's parents who are the Plaintiffs in this action.

16.

Admit that Plaintiff Evanie Cardoza, the infant child, on January 8, 2022, was injured on Defendant's premises after encountering an unattended container of scalding hot water and spilling its contents onto her body, on the premises located at 3095 Main Street, Duluth, Georgia 30096.

17.

Please admit that Defendant and or its waitress/employee had actual knowledge of the existence of the hazardous condition that caused Plaintiff Evanie Cardoza, the infant child, to spill scalding hot water severely injuring herself, on January 8, 2022, inside the premises located at 3095 Main Street, Duluth, Georgia 30096.

18.

Please admit that Defendant and or its waitress/employee had constructive knowledge of the hazardous condition that caused Plaintiff Evanie Cardoza, the infant child, to spill scalding hot water injuring herself on January 8, 2022, inside the premises located at 3095 Main Street, Duluth, Georgia 30096.

This 10th day of May, 2023.

**LAMONTE E. SCOTT, P.C.**

_____
Lamonte E. Scott
Georgia Bar No.: 632156
*Counsel for Plaintiffs*

2351 Henry Clower Boulevard
Suite E
Snellville, Georgia 30078
Telephone: (404) 671-9172
Facsimile: (404) 671-9183
scott@les-law.com

**THE LAW OFFICE OF CHARLES SCOTT LLC**

_____
Charles E. Scott
Georgia Bar No.: 416534
*Counsel for Plaintiffs*

5400 Laurel Springs Parkway
Suite 701
Suwanee, Georgia 30024
Telephone: (870) 267-3340
cscott@charlesscottlaw.com