Case 1:23-mi-99999-UNA   Document 1964-7   Filed 06/16/23   Page 1 of 4

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03222-S5**
**6/12/2023 1:07 PM**
**TIANA P. GARNER, CLERK**

TO:      All Judges, Clerks of Court, and Counsel of Record
FROM:    Lamonte E. Scott
RE:      **AMENDED NOTICE OF LEAVE OF ABSENCE**
DATE:    June 12, 2023

<u>**AMENDED NOTICE OF LEAVE OF ABSENCE**</u>

COMES NOW, Lamonte E. Scott, and respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1.

The period of leave during which time Applicant will be away from the practice of law is:

Monday, July 10, 2023 through and including Monday, July 17, 2023;

Wednesday, November 22, 2023 through and including Friday, November 24, 2023; and

Friday, December 22, 2023 through and including Monday, January 1, 2024.

The purpose of the leave is for vacation time. Please see "Exhibit A" attached hereto.

2.

All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object. If no objections are filed, the Leave of Absence shall be granted.

This 12th day of June, 2023.

Respectfully submitted,

_____
Lamonte E. Scott
Georgia Bar Number 632156

**LAMONTE E. SCOTT, P.C.**
2351 Henry Clower Boulevard
Suite E
Snellville, Georgia 30078
Telephone: (404) 671-9172
Facsimile: (404) 671-9183
scott@les-law.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing Amended Notice of Leave of Absence upon all judges, clerks and opposing counsel listed on the attached Exhibit "A", via electronic service and/or depositing the same in the U.S. Mail with adequate postage affixed thereto.

**LAMONTE E. SCOTT, P.C.**

Lamonte E. Scott
Georgia Bar Number 632156

2351 Henry Clower Boulevard
Suite E
Snellville, Georgia 30078
Telephone: (404) 671-9172
Facsimile: (404) 671-9183
scott@les-law.com

# EXHIBIT "A"

| CASE NAME AND NUMBER | COUNTY AND JUDGE | OPPOSING COUNSEL |
|---|---|---|
| | **State Court of Bibb County** | |
| *Betty Jean Jackson and Sable Magnolia Jackson, as the next friends and Joint Guardians of Nivea Giselle Jackson and Egypt Rihanna Jackson the minor children and heirs of Kirby Elena Jackson, deceased vs. David M. Kalish, III, M.D., Evens Mesadieu, CRNA, Mednax Services, Inc., American Anesthesiology of Georgia, LLC John Doe and XYZ Corporation* Civil Action File No.: 21-SCCV-093234 | Honorable Jeff Hanson State Court of Bibb County 601 Mulberry Street Macon, Georgia 31201<br><br>Patricia M. Graves Clerk of State Court 601 Mulberry Street Macon, Georgia 31201 | Anna B. Fretwell, Esq. Huff, Powell & Bailey, LLC 999 Peachtree Street, NE Suite 950 Atlanta, Georgia 30309 |
| | **State Court of DeKalb County** | |
| *Trevor Penniston vs. Rashad Herron and John Does (1-5)* Civil Action File No.: 19A76866 | Honorable Wayne M. Purdom State Court of DeKalb County 556 North McDonough Street Decatur, Georgia 30030<br><br>Mary Bell Clerk of State Court 556 North McDonough Street Decatur, Georgia 30030 | |
| | **State Court of Floyd County** | |
| *Reana Tate vs. Robert Davis, Alexis Williamon, Ana Armas and John Does (1-5)* Civil Action File No.: 18CV01393JFL004 | Honorable Kay Ann Wetherington Superior Court of Floyd County 12 East Fourth Avenue Rome, Georgia 30161<br><br>Barbara H. Penson Clerk of Superior Court P.O. Box 1110 Rome, Georgia 30162 | |
| | **State Court of Gwinnett County** | |
| *Tenolia Finnell Acosta vs. Abriona Ranson* Civil Action File No.: 20-C-09189-S2 | Honorable Shawn F. Bratton State Court of Gwinnett County 75 Langley Drive Lawrenceville, Georgia 30046<br><br>Tiana P. Garner Clerk of State Court 75 Langley Drive Lawrenceville, Georgia 30046 | Robert A. Fischer, Esq. Martinez, Dieterich & Zarcone Legal Group 11900 North 26th Street Suite 200 Edinburg, Texas 78539 |

| | | |
|---|---|---|
| *Jashea Harris and Eugene Cardoza, as next friends of Evanie Cardoza, a minor child vs. Nacho Daddy, LLC, ABC Company, and John Does (1-5)* <br> Civil Action File No.: 23-C-03222-S5 | Honorable Erica K. Dove <br> State Court of Gwinnett County <br> 75 Langley Drive <br> Lawrenceville, Georgia 30046 <br><br> Tiana P. Garner <br> Clerk of State Court <br> 75 Langley Drive <br> Lawrenceville, Georgia 30046 | |
| | **Superior Court of Haralson County** | |
| *Gary Brown vs. Zachary S. Stich and John Doe* <br> Civil Action File No.: SUCV2019000356 | Honorable Mark H. Murphy <br> Superior Court of Haralson County <br> 4485 Highway 120 East <br> Buchanan, Georgia 30113 <br><br> Amy R. Muse <br> Clerk of Superior Court <br> 4485 Highway 120 East <br> Buchanan, Georgia 30113 | Jeffrey A. Brown, Esq. <br> Martin H. Drake, Esq. <br> Brown & Adams, LLC <br> P.O. Box 139 <br> Columbus, Georgia 31902 |
| | **Superior Court of Newton County** | |
| *Ingrid Seaman vs. The Salvation Army, ABC Company and John Does (1-5)* <br> Civil Action File No.: SUCV2022000185 | Honorable Layla H. Zon <br> Superior Court of Newton County <br> 1113 Usher Street <br> Covington, Georgia 30014 <br><br> Linda D. Hays <br> Clerk of Superior Court <br> 1113 Usher Street <br> Covington, Georgia 30014 | James T. Hankins, III, Esq. <br> Benjamin J. Hillis, Esq. <br> Goodman McGuffey LLP <br> 3340 Peachtree Road NE, Suite 2100 <br> Atlanta, GA 30326 |
| | **State Court of Rockdale County** | |
| *Deborah Simmons the Natural Mother and Legal Heir of Taurus Jermaine Andrews, Deceased vs. Solo Cup Operating Corporation, Wagner Service Solutions, Inc., Camron Corvell Golden, ABC Company and John Does (1-7)* <br> Civil Action File No.: 2021-SV-3328 | Honorable Richard R. Read <br> State Court of Rockdale County <br> 922 Court Street <br> Conyers, Georgia 30012 <br><br> Janice Morris <br> Clerk of State Court <br> 922 Court Street <br> Conyers, Georgia 30012 | Carrie L. Christie, Esq. <br> Mari A. Agasarkisian, Esq. <br> 285 Peachtree Center Avenue NE <br> Marquis II, Suite 1650 <br> Atlanta, Georgia 30303 <br><br> Frederick Owen Ferrand, Esq. <br> Lauren E. Meadows, Esq. <br> Swift, Currie, McHee & Hiers, LLP <br> 1355 Peachtree Street, NE Suite 300 <br> Atlanta, Georgia 30309 |