IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JASHEA HARRIS and EUGENE CARDOZA, as next friends of EVANIE CARDOZA, a minor child,<br><br>    Plaintiffs,<br><br>vs.<br><br>NACHO DADDY, LLC, ABC COMPANY, and JOHN DOES (1-5),<br><br>    Defendants. | CASE NO.: 23EV002540 |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on June 16, 2023, Defendant Nacho Daddy, LLC filed a Notice of Removal with the United States District Court for the Northern District of Georgia, Atlanta Division (the "District Court") pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. This Court is respectfully requested to proceed no further in this action, unless and until the District Court remands the case for further proceedings. A copy of the Notice of Removal for filing with the United State District Court removing this Civil Action from the State Court of Gwinnett County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, which was timely filed, is attached hereto as Exhibit A.

Respectfully submitted this 16th day of June, 2023.

|  |  |
|---|---|
| 3348 Peachtree Road, NE<br>Suite 1400<br>Atlanta, GA  30326<br>470-419-6650 (telephone)<br>470-419-6651 (facsimile)<br>Eleanor.jolley@wilsonelser.com<br>nicole.henderson@wilsonelser.com | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**<br><br>*/s/ Eleanor G. Jolley*<br>Eleanor G. Jolley<br>GA Bar No. 602577<br>Nicole M. Henderson<br>GA Bar No. 465276<br>*Counsel for Defendant Nacho Daddy, LLC* |

1

## **CERTIFICATE OF SERVICE**

This is to certify that I filed foregoing **Notice of Filing Notice of Removal** via the Odyssey eFile GA e-filing system, which will send electronic notification to the following counsel of record:

Lamonte E. Scott
Lamonte E. Scott, P.C.
2351 Henry Clower Boulevard, Suite E
Snellville, GA 30078
scott@les-law.com

Charles E. Scott
The Law Office of Charles Scott LLC
5400 Laurel Springs Parkway, Suite 701
Suwanee, Georgia 30024
cscott@charlesscottlaw.com

Dated: June 16, 2023

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP**

*/s/ Eleanor G. Jolley*
Eleanor G. Jolley
GA Bar No. 602577