UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CHRISTINA MCCURIN**<br>**Plaintiff,**<br><br>v.<br><br>**ACCTCORP OF SOUTHERN NEVADA**<br>**Defendant,** | ) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>) |

# COMPLAINT

## I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Christina Mccurin an individual consumer, against Defendant, Acctcorp of Southern Nevada, for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in Covington, Georgia, and the conduct complained of occurred in Covington, Georgia.

## III.   PARTIES

3. Plaintiff Christina Mccurin (hereinafter "Plaintiff") is a natural person residing in Covington, Ga. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Plaintiff alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) this alleged debt at issue arose from a transaction entered into primarily for personal use.

5. Upon information and belief, Acctcorp of Southern Nevada is a Nevada corporation with its principal place of business located at 4955 S Durango Dr #177, Las Vegas, NV 89113.

6. Defendant is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

## IV. FACTS OF THE COMPLAINT

7. Defendant Acctcorp of Southern Nevada, (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

8. On or about May 11, 2023, Plaintiff reviewed her credit report on Experian.com.

9. On the credit report, Plaintiff observed a trade line from Debt Collector.

10. Debt Collector being reported furnished a trade line of $3,279.00, allegedly owed to David J. Oliveri M.D.

11. On May 11, 2023, Plaintiff made a dispute via telephone.

12. Plaintiff re-checked her consumer report on June 14, 2023, and the debt collector information was not marked disputed. See **Exhibit A**. Defendant has had subsequent communication with the consumer reporting agencies and failed to communicate Plaintiff's dispute.

13. Debt Collector's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Ms. Mccurin and caused severe humiliation, emotional distress, mental anguish, and damage to her FICO scores.

14. Acctcorp of Southern Nevada violated 15 U.S. Code § 1692e(8) for not communicating that the Plaintiff disputed the debt.

### V. FIRST CLAIM FOR RELIEF
### (Acctcorp of Southern Nevada)
### 15 U.S.C 1692e(8)

15. Ms. Mccurin re-alleges and reincorporates all previous paragraphs as if fully set out herein.

16. The Debt Collector violated the FDCPA.

17. The Debt Collector's violations include, but are not limited to, the following:

     (a) The Debt Collector violated 15 U.S.C § 1692e(8) of the FDCPA by failing to disclose to the consumer reporting agencies that the alleged debt was disputed by Ms. Mccurin.

18. Because Plaintiff disputed the debt, Acctcorp of Southern Nevada, when choosing to contact the consumer reporting agencies, was obligated to inform them of the disputed status of the account. See Dixon v. RJM Acquisitions, L.L.C., 640 Fed. Appx. 793 (10th Cir. 2016) (Reversed summary judgment to the collection agency on the consumer's § 1692e(8) claim that after she had disputed a debt, the agency had nevertheless reported the debt without disclosing the disputed. The consumer created a genuine fact issue given that she said during the recorded conversation: "I feel that all I owe is $20." A reasonable fact finder could treat the statement as a dispute of the alleged $102.99 debt.); Sanchez v. Pinnacle Credit Servs., L.L.C., 195 F. Supp. 3d 1184 (D. Colo. 2016) (consumer's statements during telephone call that she owed much less than was claimed on phone bill was sufficient); Llewellyn v. Allstate Home Loans, Inc., 711 F.3d 1173 (10th Cir. 2013) "(We agree with the Eighth Circuit's interpretation of § 1692e(8) that a debt collector does not have an affirmative duty to notify [credit reporting agencies] that a consumer disputes the debt unless the debt collector knows of the dispute and elects to report to a CRA.")

19. As a result of the above violations of the FDCPA, Defendant is liable to Ms. Mccurin actual damages, statutory damages, and costs.

     **VI.**    **JURY DEMAND AND PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Christina Mccurin respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

**THE HAWK LEGAL COLLECTIVE**
1020 Piedmont Ave, STE 2113
Atlanta, GA 30309
Phone (404) 439-9310
Pleadings@thehawklegal.com

By: /s/ Naja Hawk
**NAJA HAWK**

# EXHIBIT A



Prepared For **CHRISTINA MCCURIN**   Date generated: Jun 13, 2023

## Collection accounts

| ● **ACCTCORP OF SOUTHERN N** | | **$3,279** |
|---|---|---|
| Original creditor: **DAVID J. OLIVERI M.D.** | | Closed |

### Account info

| Account name | ACCTCORP OF SOUTHERN N | Balance | $3,279 |
|---|---|---|---|
| Account number | D20418XXX | Balance updated | Jun 05, 2023 |
| Original creditor | DAVID J. OLIVERI M.D. | Original balance | $3,279 |
| Company sold | - | Monthly payment | - |
| Account type | Collection | Past due amount | $3,279 |
| Date opened | Nov 14, 2019 | Terms | 1 Month |
| Status | Collection account. $3,279 past due as of Jun 2023. | Responsibility | Individual |
| | | Your statement | - |
| Status updated | Nov 2019 | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | C | C | C | C | C | C | – | – | – | – | – | – |
| 2022 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2021 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2020 | – | C | C | C | C | ND | ND | C | C | C | C | C |

C  Collection
ND  No data for this period
—  Data Unavailable

### Contact info

| Address | 4955 S DURANGO DR STE 17 LAS VEGAS, NV 89113 |
|---|---|
| Phone number | (702) 240-3007 |

### Comments

-