UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE & SEAN BOWLING, <br><br> Plaintiffs, <br><br> v. <br><br> COOL AIR MECHANICAL, LLC, <br><br> Defendant. | ) ) ) ) ) Case No. ) ) ) ) ) ) ) |

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I am over the age of eighteen and competent to give my consent in this matter.
2. I consent to join and act as a plaintiff on behalf of myself and others similarly situated individuals in the above-captioned lawsuit against Cool Air Mechanical LLC.
3. By signing and returning this consent form, I designate DANE LAW LLC ("Plaintiffs' counsel") to represent me and make decisions on my behalf concerning the litigation, any settlement, and any future related litigation per my engagement agreement with DANE LAW LLC.
4. I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.
5. I also designate the named plaintiffs, to the fullest extent possible under the law, as my agents to make decisions on my behalf concerning this litigation and any settlement.
6. I understand that I may withdraw this consent at any time by notifying Plaintiffs' counsel in writing.

Signature: _/s/ Billy Mayville_____     06 / 16 / 2023
Billy Mayville                                    Date
1031 South Millard Way
Stone Mountain, Georgia 30088
(470) 621-7015
BillyMayville@yahoo.com


EXHIBIT
Exhibit C

Doc ID: e3c65dc92fc39e029d65983e86bdf91420c925c4