UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE & SEAN BOWLING, <br><br> Plaintiffs, <br><br> v. <br><br> COOL AIR MECHANICAL, LLC, <br><br> Defendant. | Case No. |

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I am over the age of eighteen and competent to give my consent in this matter.
2. I consent to join and act as a plaintiff on behalf of myself and others similarly situated individuals in the above-captioned lawsuit against Cool Air Mechanical LLC.
3. By signing and returning this consent form, I designate DANE LAW LLC ("Plaintiffs' counsel") to represent me and make decisions on my behalf concerning the litigation, any settlement, and any future related litigation per my engagement agreement with DANE LAW LLC.
4. I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.
5. I also designate the named plaintiffs, to the fullest extent possible under the law, as my agents to make decisions on my behalf concerning this litigation and any settlement.
6. I understand that I may withdraw this consent at any time by notifying Plaintiffs' counsel in writing.

Signature: _/s/ Sean Bowling_                                          06 / 16 / 2023

Sean Bowling                                                                          Date
1580 Sprayberry Dr
Marietta, GA 30066
(404) 736-5493
Seanduane222@icloud.com

EXHIBIT D

Doc ID: adb4d9676f6364d9cda54e9933f1569e6e7e622b