

Licensed Plumber Offer Letter

January 27, 2023

Dear Justin Howard,

We are pleased to offer you the position of Licensed Plumber based in Marietta GA, working for Cool Air Mechanical. Your start tentative start date will be Wednesday, February 1, 2023. You will report directly to Danny Glass, Plumbing Manager. The following terms shall apply to your new role.

Your hourly rate shall be twenty-five dollars an hour ($25.00) plus ten percent (10%) of jobs sold, payable weekly; before applicable taxes and other deductions. In addition, this role will be eligible for bonus based upon the company's incentive structure.

You will be eligible for full range of benefits including medical, dental, vision, short term & long-term disability, and life insurance the first of the month after date of hire. You will also be eligible for the TurnPoint 401(k) Savings plan, first of the month after 60 days of employment.

You will accrue PTO for holidays after successful completion of a 90-day probation period, per the Cool Air Mechanical PTO policy. You will accrue paid vacation after one year of employment. You will be eligible for four paid sick days after completing six months of employment.

This offer of employment with Cool Air Mechanical is subject to executing satisfactory completion of the background check, drug & alcohol screen, and MVR (Motor Vehicle Report).

While we hope that you have a long and mutually beneficial relationship with Cool Air Mechanical, your employment is considered "at will" and will not be set for any fixed term or definite period and may be terminated by you or Cool Air Mechanical at any time.

Please complete the attached Confirmation of Acceptance by scanning and emailing to smurphy-todd@770coolair.com.

We are excited for your continued growth with the Cool Air Mechanical family. We know that you possess the skills & abilities that will continue to make our team successful and help the business grow.

Sincerely,

**Raven Mobley,** Regional Tech Recruiter

EXHIBIT E