DocuSign Envelope ID: 25468A84-7AED-40D7-9E54-687508A971B4
EEOC Form 5 (11/09)

**US EEOC ATDO RECEIVED 2022-09-06**

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Davard Turner | 4435253580 | 01/04/19 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3750 Satelite Blvd, aptm 111, Duluth, GA, 30096 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Relish Labs LLC d/b/a Home Chef | 15+ | 4043827334 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2200 Lathonia Industrial Blvd, GA, 30058 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 1/1/2022    Latest:
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHED.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

9/6/22
*Date*   *Charging Party Signature* — Davard Turner

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

US EEOC ATDO RECEIVED 2022-09-06

I began working at the above-named employer at the beginning of 2022. My coworkers began to sexually harass me. I have made multiple complaints of sexual harassment, but my employer has taken little to no action to prevent the sexual harassment or to prevent me from being retaliated against.

I believe I have sexually harassed and retaliated against in violation of the 1964 Civil Rights Act as amended