# EXHIBIT "A"



CT Corporation
Service of Process Notification
05/19/2023
CT Log Number 543888471

## Service of Process Transmittal Summary

**TO:** RYAN COAN
AFNI, INC.
1310 MARTIN LUTHER KING DR
BLOOMINGTON, IL 61701-1465

**RE:** Process Served in Georgia

**FOR:** Afni, Inc.  (Domestic State: IL)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | KAYLA CATHOLIC vs. AFNI INC<br>Name discrepancy noted. |
| **CASE #:** | 23M19038 |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/19/2023 at 10:45 |
| **JURISDICTION SERVED:** | Georgia |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  RYAN COAN  ryancoan@afni.com |
| | Email Notification,  ANGIE PRESCOTT  angieprescott@afni.com |
| | Email Notification,  Shazeen Mohammad  shazeenmohammad@afni.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, May 19, 2023
**Server Name:** Drop Service

| Entity Served | AFNI, INC. |
|---|---|
| Case Number | 23M19038 |
| Jurisdiction | GA |

| Inserts | | |
|---|---|---|
| | | |



E-FILED IN OFFICE PV
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
23-M-19038
5/16/2023 9:33 AM
TIANA P GARNER, CLERK

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

Kayla Catholic
2231 Westside Drive
Austell, Ga 30106

Plaintiff(s)

vs.

AFNI INC.
289 S Culver St
Lawrenceville Ga 30046

Defendant(s)

Telephone (Daytime number if known, otherwise, evening number)

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770.822.8100, Ext. Civil Division)

Civil Action No. __23-M-19038__

INFO & FORMS ON INTERNET
www.gwinnettcourts.com

## STATEMENT OF CLAIM

[ ] Suit on Note    [ ] Suit on Account    [X] Other __Tort__

1. The Court has jurisdiction over the defendant(s)  [X] the Defendant(s) is a resident of Gwinnett County;  [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows: (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim)

See attached complaint.

3. That said claim is in the amount of:   $ __10,000.00__ principal,  $ __0__ interest, plus  $ __0__ costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:

Kayla Catholic _____ being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

__15__ day of __May__ 20 __23__

_Kayla Catholic_
Plaintiff or Agent

(If Agent -- Title or Capacity)

Day Time Phone Number __404 518 4670__

Notary Public/Attesting Official

I request a civil trial [X] during normal business hours  - OR -  [ ] 6:30 PM, evening trials.  **ALL CONFLICTS ARE SCHEDULED FOR 6:30 PM.**

### NOTICE AND SUMMONS

TO: All Defendant(s)
You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. **YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU.  IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU.  YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE**. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period.  **NO TELEPHONE ANSWERS ARE PERMITTED**.  The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing.  If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim.  If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances.  Your answer must be RECEIVED by the clerk within 30 days of the date of service.  If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

Filed this ____ day of __5/16/2023__ 20 ____

_[signature]_
Magistrate or Deputy Clerk of Court

See Instructions on Reverse Side of This of this Document

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, GEORGIA

| KAYLA CATHOLIC<br><br>Plaintiff,<br><br>v.<br><br>AFNI INC<br><br>Defendant. | COMPLAINT |
|---|---|

1. Plaintiff is a natural person and consumer residing in Austell, Georgia.
2. Defendant uses instrumentalities of interstate commerce or mail in its businesses, the principal purpose of which is the collection of consumer debts or regularly attempts to collect such debts.
3. On November 16, 2022, Defendant requested and obtained Plaintiff's consumer report from TRANSUNION without any permissible purpose under the law.
4. Plaintiff did not authorize Defendant to obtain Plaintiff's consumer report and Plaintiff is not involved in any transaction or business with Defendant.
5. Defendant has not made a firm offer of credit or insurance to Plaintiff.
6. Plaintiff upon discovering Defendant's conduct above became very upset, emotionally distressed and anxious.
7. Defendant's conduct was negligent for failure to comply with the Fair Credit Reporting Act, in violation of the Fair Credit Reporting Act, and an invasion of privacy of undisclosed private facts.
8. Defendant is liable to Plaintiff under negligence, willful violation of the Fair Credit Reporting Act, and invasion of privacy of undisclosed private facts.
9. Wherefore, plaintiff prays that judgment be entered against Defendant for $10,000.00, which includes actual damages, punitive damages, costs, and such other relief as the court deems just and proper.

Respectfully submitted,

Dated: May 15, 2023

Kayla Catholic
2231 Westside Dr
Austell, Ga 30106
Telephone: (404) 518-4670
Email: kaylajcatholic@gmail.com
PLAINTIFF (*pro se*)