**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| RAJVEER, LLC, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO._____ |
| ) | |
| INN ON CARMICHAEL, LLC, ) | |
| CHHITEL PATIDAR, AND JOHN PATEL ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned, and hereby enters his appearance as attorney of record for the Plaintiff.

*Attorney for the Plaintiff:*

/s/ Michael F. Braun
_____
MICHAEL F. BRAUN (GA BAR 078492)
5016 Centennial Boulevard, Ste.200
Nashville, Tennessee 37209
(615) 378-8942
Fax: (629) 255-4445
Email: mfb@braun-law.com