IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| BRIEA SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant. | Civil Action<br>File No.: |

## PETITION FOR REMOVAL

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division

COMES NOW, Dollar Tree Stores, Inc., by and through its undersigned counsel, and files its Petition for Removal and respectfully show this Court the following:

1. A civil action has been filed and is now pending in the State Court of Gwinnett County, State of Georgia designated as Civil Action File No. 23-C-03407-S7.

2. The Summons and Complaint in that action were filed in the State Court of Gwinnett County on May 18, 2023, and was served on May 23, 2023. Thus, Dollar Tree timely files this petition for removal.

3. Defendant files herewith a copy of all process, pleadings, and orders including the Summons and Complaint in this action, pursuant to 28 USC § 1446. (Attached hereto as Exhibit "A").

4. Defendant Dollar Tree is now, was at the commencement of this suit, and at all times since been a corporation organized and existing under the laws of the State of Virginia with its principal place of business located at 500 Volvo Parkway, Chesapeake, Virginia, 23320. Thus, Defendant is not a citizen of the State in which the State Court action is brought.

5. Plaintiff is a citizen of the State of Georgia. Thus, there is complete diversity among the parties.

6. In addition to establishing diversity of citizenship amongst the partis, the removing party must also prove that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

7. Ms. Simmons' Complaint for Damages alleges that she tripped and fell on May 25, 2021, sustaining serious bodily injuries. [Compl. ¶¶ 7, 9]. Specifically, she claims she incurred medical expenses in excess of $ 38,304.56. [Compl. ¶14]. Ms.

Simmons is also claiming that as a result of this fall, she suffered and continues to suffer, and can be reasonably be expected in the future to suffer, severe pain of body and mind, mental anguish, emotional distress, and other general, non-economic damages, in an amount to be proven at trial and decided by the fair and enlightened conscience of an impartial jury. [Compl. ¶ 15].

8. In Harris v. Bloomin' Brands, Inc., 1:18-cv-05078-ELR (N.D. Ga. 2019), Judge Ross found that the amount in controversy exceeded the $75,000 jurisdictional minimum even though the plaintiff only alleged $10,985.75 in incurred medical expenses. There the plaintiff alleged she sustained serious injuries to her spine, back, neck, and left knee, and that she will require future medical treatments including injections and that she suffers a reduced earning capacity and permanent impairment.

Another recent case is the case of Johnson v. Blackburn, 2:16-CV-989-KOB, 2016 WL 5816114, at *2 (N.D. Ala. Oct. 5, 2016). There the plaintiff alleged he suffered severe injuries to his head, neck, and back. Based on the plaintiff's allegations, the District Court in Johnson found that using judicial experience and common sense, it could infer that the complaint meets federal jurisdictional requirements. Id.

Here, similar to the Plaintiff in Harris, Ms. Simmons alleges that she was seriously injured as a result of the alleged incident. Ms. Simmons' medical expenses almost doubles the plaintiff in Harris and anticipates more treatments. These

allegations are similar to the allegations in both <u>Harris</u> and <u>Johnson</u>. Accordingly, based on these similarities to these recent cases, it is clear that the jurisdictional minimum is met here.

9. Therefore, the action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U. S. C. §§ 1332, 1367, and 1441 et seq., in that there is complete diversity among the parties and the Defendant is not a resident of the State of Georgia, the Parties are not residents of the same state, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

10. This action is currently pending in the State Court of Gwinnett County, Georgia, which is within the jurisdiction of the Northern District of Georgia, Atlanta Division. 28 U.S.C.A. § 1446(a).

11. A copy of the answer filed in State Court is attached hereto as Exhibit "B."

12. Defendant attaches a copy of Defendant's Notice of Removal that will be filed in the State Court of Gwinnett County, Georgia marked as Exhibit "C."

WHEREFORE the Defendant prays the above action now pending before the State Court of Gwinnett County, Georgia be removed to this Court's jurisdiction.

This 20th day of June, 2023.

- 5 -

        Goodman McGuffey LLP
        Attorneys for Dollar Tree Stores, Inc.

By:   */s/James T. Hankins, III*_____
        JAMES T. HANKINS, III
        GA State Bar No.  188771
        jhankins@GM-LLP.com
        AVRIL P. CALHOUN
        GA State Bar No.  574812
        ACalhoun@GM-LLP.com
        3340 Peachtree Road NE, Suite 2100
        Atlanta, GA 30326-1084
        (404) 264-1500 Phone
        (404) 264-1737 Fax

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| BRIEA SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant. | Civil Action<br>File No.: |

**CERTIFICATE OF SERVICE**

This is to certify that I electronically filed this **Defendant's Petition for Removal** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Aaron Nathaniel Monick, Esq.
Montlick & Associates, PC
17 Executive Park Drive, NE
Suite 300
Atlanta, GA 30329
amonick@montlick.com

Mark A. Molina, Esq.
Montlick & Associates, P.C.
17 Executive Park Drive, Suite 300
Atlanta, GA 30329
mmolina@montlick.com

This 20th day of June, 2023.

                                                                                      */s/James T. Hankins, III*  
                                              JAMES T. HANKINS, III  
                                              GA State Bar No.  188771  
                                              jhankins@GM-LLP.com  
                                              AVRIL P. CALHOUN  
                                              GA State Bar No.  574812  
                                              ACalhoun@GM-LLP.com  
                                              Goodman McGuffey LLP  
                                              3340 Peachtree Road NE, Suite 2100  
                                              Atlanta, GA 30326-1084  
                                              (404) 264-1500 Phone  
                                              (404) 264-1737 Fax