# EXHIBIT "A"

Case 1:23-mi-99999-UNA   Document 1977-1   Filed 06/20/23   Page 2 of 8

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03407-S7**
**5/18/2023 1:33 PM**
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ **Superior or** ☒ **State Court of** _Gwinnett State Court_ **County**

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** _____ MM-DD-YYYY | **Case Number** _23-C-03407-S7_ |

| **Plaintiff(s)** | **Defendant(s)** |
|---|---|
| Simmons, Briea | Dollar Tree Stores, Inc. |
| Last  First  Middle I.  Suffix  Prefix | Last  First  Middle I.  Suffix  Prefix |
| Last  First  Middle I.  Suffix  Prefix | Last  First  Middle I.  Suffix  Prefix |
| Last  First  Middle I.  Suffix  Prefix | Last  First  Middle I.  Suffix  Prefix |
| Last  First  Middle I.  Suffix  Prefix | Last  First  Middle I.  Suffix  Prefix |

**Plaintiff's Attorney** _Aaron N. Monick_  **State Bar Number** _917897_  **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____  _____
**Case Number**                  **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Case 1:23-mi-99999-UNA   Document 1977-1   Filed 06/20/23   Page 3 of 8

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03407-S7**
**5/18/2023 1:33 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BRIEA SIMMONS, <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR TREE STORES, INC. <br><br> Defendants. | 23-C-03407-S7 <br><br> CIVIL ACTION <br> FILE NO.: _____ <br><br> **JURY TRIAL DEMANDED** |

**COMPLAINT**

COMES NOW Plaintiff BRIEA SIMMONS and makes and files this Complaint against Defendant Dollar Tree Stores, Inc. as follows:

1.

Plaintiff Briea Simmons is a resident of the State of Georgia and willfully avails herself of the jurisdiction and venue of this Honorable Court.

2.

Defendant Dollar Tree Stores, Inc. is a domestic limited liability company with its principal place of business at 500 Volvo Parkway, Chesapeake, VA 23320. Defendant Dollar Tree Stores, Inc., is subject to the jurisdiction and venue of this Court individually, as a joint tortfeasor, and by virtue of the facts alleged herein and may be served through its registered agent, Corporation Service Company, at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

3.

Upon information and belief, at all times relevant to the incident from which this action arises, Defendant Dollar Tree Stores, Inc., owned, operated, managed and/or controlled the premises of Dollar Tree located at 11180 Highway 142, Covington, GA 30014 (hereinafter "the Premises").

4.

Jurisdiction and venue are proper in this Court.

## **BACKGROUND**

5.

On May 25, 2021, Plaintiff was an invitee on the Premises.

6.

At all times relevant hereto, Plaintiff used due care for her own well-being.

7.

On said date, while preparing to stock products from the back storage room of Dollar Tree, there were a number of boxes on the floor in front of the pallet holding her products to be stocked. Her foot got caught on a single loose bottle of another product that had been left by Dollar Tree employees on the floor of the back room. Plaintiff was caused to fall heavily to the ground.

8.

Defendant had exclusive ownership, possession, and control over the Premises at all times relevant to this action.

9.

As a result of Plaintiff's fall, Plaintiff suffered serious bodily injuries.

## **COUNT ONE**
## **PREMISES LIABILITY**

10.

Plaintiff was an invitee on the Premises at the time of her fall.

11.

Defendant owed a nondelegable duty of reasonable care in keeping the Premises safe for invitees such as Plaintiff.

12.

Defendant was negligent in failing to properly inspect the area where the fall occurred; in failing to remedy the dangerous and/or hazardous condition; in failing to take adequate measures to protect invitees from dangerous and/or hazardous conditions and in failing to keep the Premises safe for invitees.

13.

Defendant's negligence was the proximate cause of Plaintiff's injuries.

## COUNT TWO
## DAMAGES

14.

As a direct and proximate result of the negligence of the defendant, Plaintiff has incurred, continues to incur, and can reasonably to expect to incur in the future, among other things, medical expenses for her medical care and treatment; lost wages and a loss of future earning capacity; and any and all other elements of damage allowable under the laws of the State of Georgia, entitling her to an award of special damages from Defendant in an amount proven at trial to be fair and just. Pursuant to O.C.G.A. § 9-11-9(g), Plaintiff states specifically that she has incurred at least **$38,304.56** in special damages, which are itemized as follows and are not meant to be exhaustive:

| DATE(S) | MEDICAL PROVIDER | AMOUNT INCURRED |
|---|---|---|
| 05/27/2021 | Concentra Medical Centers (GA) | $2,094.60 |
| 06/22/2021 | Optimum Physical Therapy | $31,072.00 |
| 10/20/2021 | Northside Lawrenceville Imaging | $3,414.00 |
| 03/16/2022 | Northside Thoracic Surgery | $507.00 |
| 06/06/2022 | Peachtree Orthopedic Clinic | $1,216.96 |

15.

As a direct and proximate result of the incident giving rise to this action and the negligence of Defendant, Plaintiff has suffered, continues to suffer, and can be reasonably be expected in the future to suffer, severe pain of body and mind, mental anguish, emotional distress, and other general, non-economic damages, in an amount to be proven at trial and decided by the fair and enlightened conscience of an impartial jury.

16.

Plaintiff is entitled to recover from Defendant for her medical care/treatment to date; the care she will require in the future; her pain and suffering – past, present and future; her emotional distress and mental anguish; and any and all other elements of damage allowable under the laws of the State of Georgia.

**NOTICE OF REQUEST FOR STATUTORY ELECTRONIC SERVICE**

Plaintiff hereby requests that all discovery, correspondence, and other documents for this action which are not otherwise served via the Court's electronic filing system be served upon Plaintiff's counsel via statutory electronic service, as opposed to or in addition to service via U.S. mail.  Where such documents are required by statute to be served via certified mail or statutory overnight mail, Plaintiff requests that courtesy copies be emailed to his counsel of record.  Please direct all electronic service in this action as follows:

**Subject:** STATUTORY ELECTRONIC SERVICE

**To:**      amonick@montlick.com  **(Aaron N. Monick, Esq.)**
             mmolina@montlick.com  **(Mark A. Molina, Esq.)**

**Cc:**      cgabold@montlick.com  **(Christina Gabold)**

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

(a)     that Summons be issued and service be had upon Defendant;

4

(b)     that judgment be entered against Defendant and in favor of Plaintiff and that Plaintiff be awarded general and special damages in an amount to be determined at trial;

(c)     for all such other relief which this Honorable Court deems just and proper; and

(d)     That all issues be tried before a jury.

Respectfully submitted this 18th day of May, 2023

                                         MONTLICK & ASSOCIATES, P.C.

                                         /s/ *Aaron N. Monick*
                                         AARON N. MONICK
                                         Attorney for Plaintiff
                                         State Bar No.  917897

                                         /s/ *Mark A. Molina*
                                         MARK A. MOLINA
                                         Attorney for Plaintiff
                                         State Bar No. 316579

17 Executive Park Drive
Suite 300
Atlanta, Georgia 30329
(404) 235-5000
amonick@montlick.com
mmolina@montlick.com

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03407-S7**
**5/18/2023 1:33 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Briea Simmons**

_____

PLAINTIFF

VS.

**Dollar Tree Stores, Inc.**

DEFENDANT

CIVIL ACTION NUMBER: _____

23-C-03407-S7

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Aaron N. Monick, Esq.
Montlick & Associates, P.C.
17 Executive Park Drive, Suite 300
Atlanta, GA  30329

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of   18th day of May, 2023   , 20_____.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011