# EXHIBIT "C"

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| BRIEA SIMMONS,<br><br>     Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>     Defendant. | Civil Action<br>File No.:     23-C-03407-S7 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE Defendant, Dollar Tree Stores, Inc., by and through counsel of record, have filed a Petition for Removal in the office of the clerk of the United States District Court, Northern District of Georgia, Atlanta Division. A copy of the Petition for Removal is attached hereto as Exhibit "1". By virtue of law, the aforesaid case is now removed and all further proceedings in Gwinnett County State Court are stayed.

This 20th day of June, 2023.

        Goodman McGuffey LLP
        Attorneys for Dollar Tree Stores, Inc.

By:     */s/James T. Hankins, III*
        JAMES T. HANKINS, III
        GA State Bar No. 188771
        jhankins@GM-LLP.com
        AVRIL P. CALHOUN
        GA State Bar No. 574812
        ACalhoun@GM-LLP.com
        3340 Peachtree Road NE, Suite 2100
        Atlanta, GA 30326-1084
        (404) 264-1500 Phone
        (404) 264-1737 Fax

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| BRIEA SIMMONS, | |
|---|---|
| Plaintiff, | Civil Action |
| v. | File No.:   23-C-03407-S7 |
| DOLLAR TREE STORES, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of the Notice of Removal by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) or by depositing a copy of same in the United States Mail, postage prepaid, as follows:

Aaron Nathaniel Monick, Esq.
Montlick & Associates, PC
17 Executive Park Drive, NE
Suite 300
Atlanta, GA 30329
amonick@montlick.com
*Attorney for Plaintiff*

Mark A. Molina, Esq.
Montlick & Associates, P.C.
17 Executive Park Drive, Suite 300
Atlanta, GA 30329
mmolina@montlick.com
*Attorney for Plaintiff*

This 20th day of June, 2023.

        _/s/James T. Hankins, III_
JAMES T. HANKINS, III
GA State Bar No. 188771
jhankins@GM-LLP.com
AVRIL P. CALHOUN
GA State Bar No. 574812
ACalhoun@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax