# EXHIBIT 2

**Claim Chart for Claim 1 of U.S. Patent No. 10,353,543**

| Claim Element | PrizePicks Feature |
|---|---|
| 1. A system for presenting a skill-based game, the system comprising: a non-transitory storage medium storing machine readable code; at least one activity server system comprising a processor configured to execute the machine readable code and to communicate over a wide area network with a plurality of presentation computing devices, | PrizePicks is a "daily fantasy sports game" that enables "sports fans [to] test their prediction skills in a fixed-odds format." PrizePicks Press Release. The PrizePicks system uses a server to communicate with presentation computing devices, such as computers and smartphones, over the Internet using web-based or app-based interfaces, such as the PrizePicks website (www.prizepicks.com) and mobile application platforms like the Google Play Store and the iOS App Store. See PrizePicks - Home Page. |
| each distinct one of the presentation computing devices associated with a distinct one of a plurality of users, and to receive information from the plurality of presentation computing devices; and | PrizePicks receives information from the presentation computing devices of numerous users throughout the U.S. and Canada. See PrizePicks Press Release ("'With the launch of PrizePicks on mobile, we're providing tens of millions of domestic fantasy players with an easy way to raise the stakes,' said CEO Adam Wexler, who sits on the FSTA Board of Directors and Co-Chairs the Research Committee. 'Sports fans everywhere can now conveniently submit their daily picks right from their smartphone — which research shows is where most DFS fans spend their time.'"). See also PrizePicks - Where You Can Play ("PrizePicks' Daily Fantasy Sports (DFS) contests are widely available across the U.S. and Canada."). |
| a device storage system coupled to the activity server system storing (i) information concerning the plurality of users, each user identifiable by a user account, and (ii) event data pertinent to a set of events and participants in the set of events; | PrizePicks stores user data on a device storage system that is secured by a two-factor authentication process "to protect[] member privacy and security." PrizePicks - Resources.<br><br>PrizePicks also stores and presents event data pertinent to events and participants. See PrizePicks - How to Play: |

| | |
|---|---|
| |  |
| wherein, the machine-readable code, when executed by the activity server system, causes performance of computer processes comprising: separately responsive to communications initiated from each of the presentation computing devices, serving, over the wide area network, to the presentation devices, a set of matchups of participants along with associated fixed-payout odds based on winning user matchup selections, so as to cause the presentation devices to display the set of matchups to the users with the associated fixed payout odds, so as to offer separately through each of the presentation devices an opportunity to play the skill based game; | As noted above, PrizePicks servers communicate with presentation computing devices, such as computers and smartphones, over the Internet using web-based or app-based interfaces, such as the PrizePicks website (www.prizepicks.com) and mobile application platforms like the Google Play Store and the iOS App Store. *See* PrizePicks - Home Page.<br><br>PrizePicks matchups are delivered over the Internet, displayed on the computing devices of end users, and are associated with fixed-payout odds: "[t]he fixed-odds format gives fans greater chances of winning exponentially more than their entry." PrizePicks Press Release. *See also* PrizePicks - How to Play ("You'll be able to see your exact potential payouts when you type in your entry amount, so you can make adjustments based on that information.").<br><br>As an example, the PrizePicks - Payouts page indicates that the payouts for PrizePicks Power Plays include: |

| | | |
|---|---|---|
| | **4-Pick Power Play**<br>4/4 =10X<br>EX. A $10 winning 4-Pick Power pays $100 total.<br><br>**3-Pick Power Play**<br>3/3 = 5X<br>EX. A $10 winning 3-Pick Power pays $50 total.<br><br>**2-Pick Power Plays**<br>2/2 = 3X<br>EX. A $10 2-Pick Power pays $30 total. |  |
| receiving, separately, from the presentation devices, over the wide area network, user roster data characterizing, with respect to the matchups, a set of user-selected winners; | PrizePicks "curates a board of players to select from on a daily basis. Sports fans pick two, three or four players from the list, and then predict if each player will go over or under their projected fantasy score." PrizePicks Press Release. *See also* PrizePicks - How to Play: | |

| | |
|---|---|
| |  |
| updating the event data pertinent to participants in the actual events; | To identify winners and calculate payouts, PrizePicks updates the event data for each user selection. *See* PrizePicks - How to Play ("Once you've picked 2-6 stats, more or less, flex or power, and your entry amount, you're done! It's that easy. Now you can just submit your entry and sweat the results in real-time…. You can also just check the app on occasion, because most stats will be live scored in real-time."). |
| and using the updated data to calculate and assign payouts to the users based on both the set of user-selected winners and the fixed payout odds, wherein determination of whether a given user is a winner or loser is based solely upon the given user's selections and not on those of other users: | PrizePicks uses a "fixed-odds format" that "gives fans greater chances of winning exponentially more than their entry." PrizePicks Press Release. PrizePicks' "standard payouts" provide a payout multiplier based on how many picks are correct in an entry, as opposed to the picks of other users. *See* PrizePicks - Payouts. *See also* Insightpool Founder Adam Wexler Is Back to Make Fantasy Sports Easier, Faster and More Profitable Than Ever ("Rather than relying on friends or stranger[s] to play with, PrizePicks allows users to make their picks and compete against the game itself — making sure they can get in the game anytime, anywhere, with minimal effort. 'The problem with SidePrize was that I may want to challenge you, but you may not want to challenge me. So we had all these outstanding proposals,' explains CEO Wexler. |

| | |
|---|---|
| | 'What that led me to thinking was that the ideal format was a fantasy sports game against the house.'"). |
| wherein the machine-readable code, when executed by the activity server system, causes performance of computer processes further comprising: receiving by the activity server system schedule information about a plurality of games from an information source containing the schedule information; determining by the activity server system athletes expected to compete in the plurality of games by accessing player information from an information source containing the player information; | PrizePicks receives and accesses schedule information about games and player information about the players expected to compete in these games. *See* PrizePicks - How to Play:  *See also* PrizePicks Press Release ("PrizePicks curates a board of players to select from on a daily basis. Sports fans pick two, three or four players from the list, and then predict if each player will go over or under their projected fantasy score.") *and* PrizePicks - How We're Different ("Users have plenty of different player stat options for each sport offered. For example, in addition to the basic points and rebounds, members can place NBA or College Basketball entries that include the O/U on the # of 3s, free throws or fantasy points a player will get. For the NHL, members can include picks on # of hits in their entries, and for PGA, members can predict the amount of strokes it will take golfers to finish a specific hole!"). |
| ranking by the activity server system the athletes using historical fantasy point performance values for the athletes based at least upon calculated expected fantasy point performance values to be scored by the athletes in a next game; and | PrizePicks uses historical fantasy point performance values to rank athletes, and it allows users to view these values. *See* PrizePicks - How to Play ("If you need some extra help, you can click the three lines next to a player's projection to pull up their stats from their last 5 games, as well as their average during that span."). These values are used to calculate expected fantasy point performance values to be scored by the athletes in their next game: |

| | |
|---|---|
| | <br><br>In addition, PrizePicks rankable "Lines" indicate that PrizePicks has tools for ranking, on the server side, players based on expected fantasy point performance (i.e., the "Line")." *See, e.g.,* [Rotowire PrizePicks Projections](#). |
| causing display by the activity server system in a graphical user interface identities of the athletes according to their expected fantasy point performance values wherein the graphical user interface allows a matchmaker to select players to assign to a matchup. | PrizePicks "curates a board of players to select from on a daily basis. Sports fans pick two, three or four players from the list, and then predict if each player will go over or under their projected fantasy score." [PrizePicks Press Release](#). *See also* [PrizePicks – Today's Board](#):<br><br> |

**Claim Chart for Claim 1 of U.S. Patent No. 11,157,147**

| Claim Element | PrizePicks Feature |
| --- | --- |
| 1. A system for presenting a skill-based game, the system comprising: a non-transitory storage medium storing machine readable code; at least one activity server system comprising a processor configured to execute the machine readable code and to communicate over a wide area network with a plurality of presentation computing devices, | PrizePicks is a "daily fantasy sports game" that enables "sports fans [to] test their prediction skills in a fixed-odds format." PrizePicks Press Release. The PrizePicks system uses a server to communicate with presentation computing devices, such as computers and smartphones, over the Internet using web-based or app-based interfaces, such as the PrizePicks website (www.prizepicks.com) and mobile application platforms like the Google Play Store and the iOS App Store. See PrizePicks - Home Page. |
| each distinct one of the presentation computing devices associated with a distinct one of a plurality of users, and to receive information from the plurality of presentation computing devices; and | PrizePicks receives information from the presentation computing devices of numerous users throughout the U.S. and Canada. See PrizePicks Press Release ("'With the launch of PrizePicks on mobile, we're providing tens of millions of domestic fantasy players with an easy way to raise the stakes,' said CEO Adam Wexler, who sits on the FSTA Board of Directors and Co-Chairs the Research Committee. 'Sports fans everywhere can now conveniently submit their daily picks right from their smartphone — which research shows is where most DFS fans spend their time.'"). See also PrizePicks - Where You Can Play ("PrizePicks' Daily Fantasy Sports (DFS) contests are widely available across the U.S. and Canada."). |
| a device storage system coupled to the activity server system storing (i) information concerning a plurality of users, each user identifiable by a user account, and (ii) event data pertinent to a set of events and participants in the set of events; | PrizePicks stores user data on a device storage system that is secured by a two-factor authentication process "to protect[] member privacy and security." PrizePicks - Resources.<br><br>PrizePicks also stores and presents event data pertinent to events and participants. See PrizePicks - How to Play: |

| | |
|---|---|
|  | |
| wherein, the machine-readable code, when executed by the activity server system, causes performance of computer processes comprising: separately responsive to communications initiated from each of the presentation computing devices, serving over the wide area network, to the presentation devices, a set of matchups of participants along with associated fixed-payout odds based on winning user matchup selections, so as to cause the presentation devices to display the set of matchups to the users with the associated fixed payout odds, so as to offer separately through each of the presentation devices an opportunity to play the skill based game, by selecting matchups, wherein the skill based game on the presentation device of any given user is displayed with fixed-payout odds associated with the number of matchups selected by the given user for the game; | As noted above, PrizePicks servers communicate with presentation computing devices, such as computers and smartphones, over the Internet using web-based or app-based interfaces, such as the PrizePicks website (www.prizepicks.com) and mobile application platforms like the Google Play Store and the iOS App Store. *See* PrizePicks - Home Page.<br><br>PrizePicks matchups are delivered over the Internet, displayed on the computing devices of end users, and are associated with fixed-payout odds: "[t]he fixed-odds format gives fans greater chances of winning exponentially more than their entry." PrizePicks Press Release. *See also* PrizePicks - How to Play ("You'll be able to see your exact potential payouts when you type in your entry amount, so you can make adjustments based on that information.").<br><br>As an example, the PrizePicks - Payouts page indicates that the payouts for PrizePicks Power Plays include: |

| | | |
|---|---|---|
| | **4-Pick Power Play**<br>4/4 =10X<br>EX. A $10 winning 4-Pick Power pays $100 total.<br><br>**3-Pick Power Play**<br>3/3 = 5X<br>EX. A $10 winning 3-Pick Power pays $50 total.<br><br>**2-Pick Power Plays**<br>2/2 = 3X<br>EX. A $10 2-Pick Power pays $30 total. |  |
| receiving, separately, from the presentation devices, over the wide area network, user roster data characterizing, with respect to the matchups, a set of user-selected winners; | PrizePicks "curates a board of players to select from on a daily basis. Sports fans pick two, three or four players from the list, and then predict if each player will go over or under their projected fantasy score." PrizePicks Press Release. *See also* PrizePicks - How to Play: | |

| | | |
|---|---|---|
| | |  |
| updating the event data pertinent to participants in the actual events; | To identify winners and calculate payoffs, PrizePicks updates the event data for each user selection. *See* PrizePicks - How to Play ("Once you've picked 2-6 stats, more or less, flex or power, and your entry amount, you're done! It's that easy. Now you can just submit your entry and sweat the results in real-time…. You can also just check the app on occasion, because most stats will be live scored in real-time."). | |
| and using the updated data to calculate and assign payoffs to the users based on both the set of user-selected winners and the fixed payoff odds, wherein determination of whether a given user is a winner or loser is based solely upon the given user's selections and not on those of other users; | PrizePicks uses a "fixed-odds format" that "gives fans greater chances of winning exponentially more than their entry." PrizePicks Press Release. PrizePicks' "standard payouts" provide a payout multiplier based on how many picks are correct in an entry, as opposed to the picks of other users. *See* PrizePicks - Payouts. *See also* Insightpool Founder Adam Wexler Is Back to Make Fantasy Sports Easier, Faster and More Profitable Than Ever ("Rather than relying on friends or stranger[s] to play with, PrizePicks allows users to make their picks and compete against the game itself — making sure they can get in the game anytime, anywhere, with minimal effort. 'The problem with SidePrize was that I may want to challenge you, but you may not want to challenge me. So we had all these outstanding proposals,' explains CEO Wexler. | |

| | |
|---|---|
| | 'What that led me to thinking was that the ideal format was a fantasy sports game against the house.'"). |
| wherein the machine-readable code, when executed by the activity server system, causes performance of computer processes further comprising: receiving by the activity server system schedule information about a plurality of games from an information source containing the schedule information; determining by the activity server system athletes expected to compete in the plurality of games by accessing player information from an information source containing the player information; | PrizePicks receives and accesses schedule information about games and player information about the players expected to compete in these games. *See* PrizePicks - How to Play:<br><br><br><br>*See also* PrizePicks Press Release ("PrizePicks curates a board of players to select from on a daily basis. Sports fans pick two, three or four players from the list, and then predict if each player will go over or under their projected fantasy score.") *and* PrizePicks - How We're Different ("Users have plenty of different player stat options for each sport offered. For example, in addition to the basic points and rebounds, members can place NBA or College Basketball entries that include the O/U on the # of 3s, free throws or fantasy points a player will get. For the NHL, members can include picks on # of hits in their entries, and for PGA, members can predict the amount of strokes it will take golfers to finish a specific hole!"). |
| ranking by the activity server system the athletes using historical fantasy point performance values for the athletes based at least upon calculated expected fantasy point performance values to be scored by the athletes in a next game; and | PrizePicks uses historical fantasy point performance values to rank athletes, and it allows users to view these values. *See* PrizePicks - How to Play ("If you need some extra help, you can click the three lines next to a player's projection to pull up their stats from their last 5 games, as well as their average during that span."). These values are used to calculate expected fantasy point performance values to be scored by the athletes in their next game: |

| | |
|---|---|
| | <br>In addition, PrizePicks provides rankable "Lines" to Rotowire, indicating that PrizePicks has tools for ranking, on the server side, players based on expected fantasy point performance values (i.e., the "Line")." *See*, *e.g.*, Rotowire PrizePicks Projections. |
| causing display by the activity server system in a graphical user interface identities of the athletes according to their expected fantasy point performance values wherein the graphical user interface allows a match maker to select players to assign to a matchup. | PrizePicks "curates a board of players to select from on a daily basis. Sports fans pick two, three or four players from the list, and then predict if each player will go over or under their projected fantasy score." PrizePicks Press Release. *See also* PrizePicks – Today's Board:<br> |

**Claim Chart for Claim 1 of U.S. Patent No. 11,579,754**

| Claim Element | PrizePicks Feature |
|---|---|
| A system for presenting a skill-based game, the system comprising: a non-transitory storage medium storing machine readable code; at least one activity server system comprising a processor configured to execute the machine readable code and to communicate over a wide area network with a plurality of presentation computing devices, | PrizePicks is a "daily fantasy sports game" that enables "sports fans [to] test their prediction skills in a fixed-odds format." PrizePicks Press Release. The PrizePicks system uses a server to communicate with presentation computing devices, such as computers and smartphones, over the Internet using web-based or app-based interfaces, such as the PrizePicks website (www.prizepicks.com) and mobile application platforms like the Google Play Store and the iOS App Store. *See* PrizePicks - Home Page. |
| each distinct one of the presentation computing devices associated with a distinct one of a plurality of users, and to receive information from the plurality of presentation computing devices; and | PrizePicks receives information from the presentation computing devices of numerous users throughout the U.S. and Canada. *See* PrizePicks Press Release ("'With the launch of PrizePicks on mobile, we're providing tens of millions of domestic fantasy players with an easy way to raise the stakes,' said CEO Adam Wexler, who sits on the FSTA Board of Directors and Co-Chairs the Research Committee. 'Sports fans everywhere can now conveniently submit their daily picks right from their smartphone — which research shows is where most DFS fans spend their time.'"). *See also* PrizePicks - Where You Can Play ("PrizePicks' Daily Fantasy Sports (DFS) contests are widely available across the U.S. and Canada."). |
| a device storage system coupled to the activity server system storing (i) information concerning a plurality of users, each user identifiable by a user account, and (ii) event data pertinent to a set of scheduled events and a pool of participants in the set of scheduled events; | PrizePicks stores user account data on a device storage system that is secured by a two-factor authentication process "to protect[] member privacy and security." PrizePicks - Resources.<br><br>PrizePicks also stores and presents event data pertinent to events and participants. *See* PrizePicks - How to Play: |

| | |
|---|---|
| |  |
| wherein, the machine-readable code, when executed by the activity server system, causes performance of computer processes comprising: | As noted above, PrizePicks servers communicate with presentation computing devices, such as computers and smartphones, over the Internet using web-based or app-based interfaces, such as the PrizePicks website (www.prizepicks.com) and mobile application platforms like the Google Play Store and the iOS App Store. *See* PrizePicks - Home Page. |
| separately responsive to communications initiated from each of the presentation computing devices, serving, over the wide area network, to the presentation devices, a set of matchups, wherein each matchup offers, to a given user, an opportunity to make a choice selected from the group consisting of | PrizePicks matchups are delivered over the Internet in response to communications initiated by the computing devices of end users. PrizePicks "curates a board of players to select from on a daily basis. Sports fans pick two, three or four players from the list, and then predict if each player will go over or under their projected fantasy score." PrizePicks Press Release. |
| (i) a first set of participants, from among a plurality of sets of participants in the pool of participants, projected by the given user to achieve a first fantasy score superior to a second fantasy score of a second set of participants and (ii) a projection by the given user that a third fantasy score of a third set of participants will be over, or under, a | PrizePicks enables users to select pools of participants: "Sports fans pick two, three or four players from the list, and then predict if each player will go over or under their projected fantasy score." PrizePicks Press Release. *See also* PrizePicks - How to Play.

PrizePicks enables users to select, via a graphical user interface, over-unders for athletes: "Pick more or less on each of the squares in your entry. Get them right and you win BIG. It's that easy." PrizePicks - How to Play. *See also* PrizePicks Press Release ("Sports fans pick two, three or |

| | |
|---|---|
| projected fantasy score of the third set of participants projected by the activity server system, along with associated fixed-payout odds based on winning criteria, so as to cause each of the presentation devices to display the set of matchups and the associated fixed payout odds on a corresponding graphical user interface; | four players from the list, and then predict if each player will go over or under their projected fantasy score."). <br><br> PrizePicks utilizes a fixed-odds format: "[t]he fixed-odds format gives fans greater chances of winning exponentially more than their entry." PrizePicks Press Release. *See also* PrizePicks - How to Play ("You'll be able to see your exact potential payouts when you type in your entry amount, so you can make adjustments based on that information."). <br><br> As an example, the PrizePicks - Payouts page indicates that the payouts for PrizePicks Power Plays include: <br><br> **4-Pick Power Play** <br> 4/4 =10X <br> EX. A $10 winning 4-Pick Power pays $100 total. <br><br> **3-Pick Power Play** <br> 3/3 = 5X <br> EX. A $10 winning 3-Pick Power pays $50 total. <br><br> **2-Pick Power Plays** <br> 2/2 = 3X <br> EX. A $10 2-Pick Power pays $30 total.  |
| receiving, separately, from each of the presentation devices, over the wide area network, user roster data characterizing a set of user-selected winners with respect to selected matchups; | PrizePicks "curates a board of players to select from on a daily basis. Sports fans pick two, three or four players from the list, and then predict if each player will go over or under their projected fantasy score." PrizePicks Press Release. *See also* PrizePicks - How to Play: |

| | | |
|---|---|---|
| | |  |
| updating the event data pertinent to participants in the scheduled events; | | To identify winners, PrizePicks updates event data for each user selection. *See* PrizePicks - How to Play ("Once you've picked 2-6 stats, more or less, flex or power, and your entry amount, you're done! It's that easy. Now you can just submit your entry and sweat the results in real-time…. You can also just check the app on occasion, because most stats will be live scored in real-time."). |
| and using the updated data to calculate and assign payoffs to the users based on both the set of user-selected winners and the fixed payoff odds, wherein determination of whether a given user is a winner or loser is based solely upon the given user's selections and not on those of other users: | | PrizePicks uses a "fixed-odds format" that "gives fans greater chances of winning exponentially more than their entry." PrizePicks Press Release. PrizePicks' "standard payouts" provide a payout multiplier based on how many picks are correct in an entry, as opposed to the picks of other users. *See* PrizePicks - Payouts. *See also* Insightpool Founder Adam Wexler Is Back to Make Fantasy Sports Easier, Faster and More Profitable Than Ever ("Rather than relying on friends or stranger[s] to play with, PrizePicks allows users to make their picks and compete against the game itself — making sure they can get in the game anytime, anywhere, with minimal effort. 'The problem with SidePrize was that I may want to challenge you, but you may not want to challenge me. So we had all these outstanding proposals,' explains CEO Wexler. |

| | | |
|---|---|---|
| | | 'What that led me to thinking was that the ideal format was a fantasy sports game against the house.'"). |
| wherein the machine-readable code, when executed by the activity server system, causes performance of computer processes further comprising: receiving, by the activity server system, schedule information about a plurality of games from an information source containing the schedule information; determining, by the activity server system, participants expected to compete in the plurality of games by accessing player information from an information source containing the player information; | | PrizePicks receives and accesses schedule information about games and player information about the players expected to compete in these games. *See* PrizePicks - How to Play:<br><br><br><br>*See also* PrizePicks Press Release ("PrizePicks curates a board of players to select from on a daily basis. Sports fans pick two, three or four players from the list, and then predict if each player will go over or under their projected fantasy score.") *and* PrizePicks - How We're Different ("Users have plenty of different player stat options for each sport offered. For example, in addition to the basic points and rebounds, members can place NBA or College Basketball entries that include the O/U on the # of 3s, free throws or fantasy points a player will get. For the NHL, members can include picks on # of hits in their entries, and for PGA, members can predict the amount of strokes it will take golfers to finish a specific hole!"). |
| evaluating, by the activity server system, using an automated process based upon statistical analysis and historical fantasy point performance values, for each of the participants, in the pool of participants, to determine statistically expected fantasy point performance values to be scored by the participants in a next game; | | PrizePicks uses historical fantasy point performance values to evaluate participants, and it allows users to view these values. *See* PrizePicks - How to Play ("If you need some extra help, you can click the three lines next to a player's projection to pull up their stats from their last 5 games, as well as their average during that span."). These values are used to determine statistically expected fantasy point performance values to be scored by participants in their next game: |

| | |
|---|---|
| |  |
| and causing display, by the activity server system, on the corresponding graphical user interface, of each participant in the set of matchups, wherein the corresponding graphical user interface allows the given user to make the choice. | PrizePicks "curates a board of players to select from on a daily basis. Sports fans pick two, three or four players from the list, and then predict if each player will go over or under their projected fantasy score." PrizePicks Press Release. *See also* PrizePicks – Today's Board:  PrizePicks' curated board displays, in a graphical user interface on a user's computing device, over-under matchups for players and allows users to indicate whether a player "will go over or under their projected fantasy score." PrizePicks Press Release. *See also* PrizePicks - How to Play. |

