IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VETNOS, LLC,<br>   *Plaintiff*,<br><br>v.<br><br>SIDEPRIZE LLC d/b/a PRIZEPICKS,<br><br>   *Defendant*. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all plaintiff parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Vetnos, LLC

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- None

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- Nigamnarayan Acharya, Greenberg Traurig, LLP
- Scott J. Bornstein, Greenberg Traurig, LLP
- Gregory S. Bombard, Greenberg Traurig, LLP
- Kathryn E. Albanese, Greenberg Traurig, LLP

Respectfully submitted, this 20 day of June, 2023.

**GREENBERG TRAURIG, LLP**

/s/ *Nigamnarayan Acharya*

Nigamnarayan Acharya
Georgia Bar No. 001469
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
Tel.: (678) 553-2357
acharyan@gtlaw.com

Scott J. Bornstein (*pro hac forthcoming*)
One Vanderbilt Avenue
New York, NY 10017
Tel.: (212) 801-2172
Scott.Bornstein@gtlaw.com

Gregory S. Bombard (*pro hac forthcoming*)
One International Place, Ste. 2000
Boston, MA 02110
Tel.: (617) 310-6027
Gregory.Bombard@gtlaw.com

Kathryn E. Albanese (*pro hac forthcoming*)
One Vanderbilt Avenue
New York, NY 10017
Tel.: (212) 801-6533
Katie.Albanese@gtlaw.com

*Attorneys for Plaintiff Vetnos, LLC*