# EXHIBIT C

45175430 v1

# Cobb County, GA

## Composite Summary

| | |
|---|---|
| Parcel Number | 20002305510 |
| Location Address | 1928 PADDOCK PATH DR |
| Property Class | R3 - Residential Lots |
| Total Acres | 0.2576 |
| Total Land SqFt | 11219 |
| Neighborhood | 20013987 - KENNELAND |
| Tax District | (9) UNINCORPORATED |
| Subdivision | 3987-KENNELAND |

View Map



## Owner

EXPRESS TRUST OF WAYNE BARRETT BEY
1928 PADDOCK PATH DR NW
ACWORTH GA 30102

## Appraised Values

| Year | Property Class | LUC | Appraised Land | Appraised Building Value | Total Appraised Value |
|---|---|---|---|---|---|
| 2023 | R3 | 101 | $70,000 | $408,970 | $478,970 |
| 2022 | R3 | 101 | $70,000 | $328,400 | $398,400 |
| 2021 | R3 | 101 | $70,000 | $267,450 | $337,450 |
| 2020 | R3 | 101 | $70,000 | $190,370 | $260,370 |
| 2019 | R3 | 101 | $70,000 | $190,370 | $260,370 |
| 2018 | R3 | 101 | $70,000 | $190,370 | $260,370 |
| 2017 | R3 | 101 | $55,000 | $182,180 | $237,180 |
| 2016 | R3 | 101 | $55,000 | $182,180 | $237,180 |
| 2015 | R3 | 101 | $48,000 | $146,610 | $194,610 |
| 2014 | R3 | 101 | $48,000 | $146,610 | $194,610 |
| 2013 | R3 | 101 | $48,000 | $146,610 | $194,610 |
| 2012 | R3 | 101 | $48,000 | $146,610 | $194,610 |
| 2011 | R3 | 101 | $48,000 | $146,610 | $194,610 |
| 2010 | R3 | 101 | $48,000 | $194,940 | $242,940 |
| 2009 | R3 | 101 | $48,000 | $194,940 | $242,940 |
| 2008 | R3 | 101 | $70,000 | $209,530 | $279,530 |

⊟ Hide Historical Appraised Values

## Assessed Values

| Year | Assessed Land | Assessed Building Value | Total Assessed Value |
|---|---|---|---|
| 2023 | $28,000 | $163,588 | $191,588 |
| 2022 | $28,000 | $131,360 | $159,360 |
| 2021 | $28,000 | $106,980 | $134,980 |
| 2020 | $28,000 | $76,148 | $104,148 |
| 2019 | $28,000 | $76,148 | $104,148 |
| 2018 | $28,000 | $76,148 | $104,148 |
| 2017 | $22,000 | $72,872 | $94,872 |
| 2016 | $22,000 | $72,872 | $94,872 |
| 2015 | $19,200 | $58,644 | $77,844 |
| 2014 | $19,200 | $58,644 | $77,844 |
| 2013 | $19,200 | $58,644 | $77,844 |
| 2012 | $19,200 | $58,644 | $77,844 |
| 2011 | $19,200 | $58,644 | $77,844 |
| 2010 | $19,200 | $77,976 | $97,176 |
| 2009 | $19,200 | $77,976 | $97,176 |

| Year | Assessed Land | Assessed Building Value | Total Assessed Value |
|---|---|---|---|
| 2008 | $28,000 | $83,812 | $111,812 |

⊖ Hide Historical Assessed Values

## Residential Improvement Information

| | |
|---|---|
| Card | 1 |
| Stories | 2 |
| Exterior Wall | 1 SIDE BRICK OR STONE |
| Style | TWO STORY |
| Basement | NONE |
| Res Sq Ft | 2961 |
| Rec Room | 0 |
| Finished Bsmt Sqft | 0 |
| Year Built | 2006 |
| Total Rooms | 9 |
| Bedrooms | 5 |
| Bathrooms | 3 |
| Half Bathrooms | 0 |
| Fireplaces | 1 |
| Att Garage Sq Ft | 400 |
| Bsmt Garage (# of Cars) | |

## Permits

| Date | Number | Amount | Purpose | Status |
|---|---|---|---|---|
| 06/21/2007 | 0706912 | $186,072 | HOUSE, NEW | C - Closed Permit |
| 05/19/2006 | 0605758 | $206,472 | HOUSE, NEW | C - Closed Permit |

## Sales Information

| Sale Date | Sale Price | Instrument | Deed Book | Deed Page | Sales Validity | Grantor | Grantee | Recording |
|---|---|---|---|---|---|---|---|---|
| 4/14/2008 | $265,000 | | 14605 | 3316 | VALID SALE | BRANCH BANKING & TRUST COMPANY | BARRETT WAYNE A | Click Here |

As an enhanced customer service, the Superior Court Clerk and Tax Assessors' Office has created this direct link to deed documents.
**Not all deeds display on the Tax Assessors' Website!** For complete deed research, visit the Superior Court Clerk's website at http://www.cobbsuperiorcourtclerk.org

## Photos



## Sketches



**No data available for the following modules:** 2022 Undeliverable Notices, Upcoming Visits, Summary - Personal Property, Current Year Business Forms, Appraised Values - Personal Property, Commercial Improvement Information, Accessory Information, Appeals.

Ownership and characteristic data are the most current information available. All appraised/assessed values are as of Jan 1, 2023.

User Privacy Policy
GDPR Privacy Notice

Last Data Upload: 6/12/2023, 5:34:55 AM

Developed by


Version 3.1.13