

| Receipt Number<br>IOE9528023344 | USCIS Online Account Number<br>078922455665 | Case Type<br>N400 - APPLICATION FOR NATURALIZATION |
|---|---|---|
| Received Date<br>02/15/2022 | Priority Date | Applicant   A200 632 145<br>NASEEM  I  VIRA |
| Notice Date<br>02/15/2022 | Page<br>1 of 1 | |

VIRA, NASEEM I
4136 HACKBERRY CIR
DULUTH  GA  30096-2689

**Notice Type:** Receipt Notice
**Received Amount:** $ 725.00 U.S. Paid

Thank you for submitting your application, petition, or request. Our office is currently processing it.

Please verify your personal information listed above. If you need to make any changes, immediately notify the USCIS Contact Center using the phone number below.

**Next Steps:**

- We will schedule you for an appointment at a USCIS Application Support Center (ASC) for you to provide your fingerprints, photograph and/or signature.
- We will mail you a separate biometrics appointment notice with the specific date, time, and ASC location. Please wait until you receive your appointment notice before going to the ASC.

Be advised that this notice does **NOT** serve as notification of your biometrics appointment.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the Contact Center TDD at 1-800-767-1833.

If you have questions about immigration benefits, services, filing information, or forms, please visit our website at www.uscis.gov or call the NCSC.
If your mailing address changes while your case is pending, please update it through your USCIS Online Account or by calling the USCIS Contact Center.

Please note that if a priority date appears on this notice, it does not reflect any earlier retained priority dates.

USCIS is switching back to the 2008 version of the civics test. Applicants with a "filing" date (also known as received date) on or after March 1, 2021, will take the 2008 version. For more information and to find study materials, visit the Citizenship Resource Center at uscis.gov/citizenship.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. BOX 25920
Overland Park  KS  66225



**USCIS Contact Center: www.uscis.gov/contactcenter**