# EXHIBIT 1



# Case Information

## MORGAN VS BAYER US LLC

23-A-02567-7

Refresh File Into

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Gwinnett - Superior Court | Civil | Tort - General* | 3/28/2023 |

| Judge | Case Status |
|---|---|
| Whitner, Tadia D | Open (Pending) |

# Parties 2

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | FELICIA MORGAN | | MACKLYN A SMITH, SR |
| Defendant | BAYER US LLC | | Pro Se |

# Hearings 0

No hearings found.

# Events 8

Oldest | Search events | + All | − All

## Complaint/Petition

Complaint for Damages

File Date 3/28/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Complaint for Damages Felicia Morgan.pdf | | Public | 3 | $1.50 | Add |

## General Civil/Dom Relations Case Filing Form

Gwinnett County Case Information Sheet

File Date 3/28/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| General Civil/Dom Relations Case Filing Form.pdf | | Public | 1 | $0.50 | Add |

## Summons

Summons

File Date 3/28/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Summons Felciai Morgan.pdf | | Public | 1 | $0.50 | Add |

## Sheriff/Marshall's Service

File Date 4/7/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Sheriffs Entry of Service.tif | | Public | 2 | $1.00 | Add |

## Certificate of Service

File Date 4/24/2023

6/20/23, 11:28 AM
Case 1:23-mi-99999-UNA   Document 1888-1   Filed 06/20/23   Page 3 of 16
research.tylerhost - MORGAN VS BAYER US 2023CV02587/aq

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| COS Motion to Substitute Party Defendant Felicia Morgan.pdf | | Public | 1 | $0.50 | Add |

## Motion for Substitution of Counsel

File Date 4/24/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| motion to substitute party defendant felicia morgan.pdf | | Public | 2 | $1.00 | Add |

## ORDER

File Date 6/1/2023

ORDER

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| MORGAN VS BAYER US ORDER.pdf | | Public | 1 | $0.50 | Add |

## AMENDED COMPLAINT/PETITION

File Date 6/13/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Felicia Morgan Complaint for Damages.pdf | | Public | 2 | $1.00 | Add |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.5.0.35


EMPOWERED BY TYLER TECHNOLOGIES

Case 1:23-mi-99999-UNA   Document 1988-1   Filed 06/20/23   Page 4 of 16

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-02567-7**
**3/28/2023 4:39 PM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **FELICIA MORGAN,** | * | CIVIL ACTION FILE |
| **Plaintiff** | * | NO: _____ |
| | * | 23-A-02567-7 |
| VS | * | |
| | * | |
| **BAYER US LLC,** | * | |
| **Defendant** | * | |

## COMPLAINT FOR DAMAGES

Comes now **FELICIA MORGAN** and files this Complaint for Damages against **BAYER US LLC** showing the Court as follows:

1.

Plaintiff was a resident of State of Georgia when she became ill because of Round Up branded herbicides which are manufactured by the Defendant and distributed across the United States.

2.

Defendant **BAYER US LLC** is a Delaware Corporation with Registered Agent for Service being in Gwinnett County Georgia. Said Defendant may be served by their Registered Agent for Service as follows:

Corporation Service Company 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

3.

Defendant is subject to the jurisdiction and venue of this Court pursuant to the Georgia Long Arm Statue 9-10-91(1) for doing business in Georgia.

4.

As a result of the illness created by the negligence of Defendant in distributing Roundup branded herbicides which have led to damages as Contemplated by OCGA 51-1-1etsec Defendant has suffered damages which include:

a) Medical Bills to date of approximately $100,000.00
b) Lost wages to date of at least $14,000.00

c) Pain and suffering past, present and future of at least $250,000.00.
d) Permanent injury of at least $250,000.00
e) Punitive Damages of at least $500,00.00 to prevent the Defendant from such negligent acts in the future.

WHEREFORE Plaintiff prays:

a) That service be had on Defendant as allowed by law;
b) That she recover of Defendant the damages listed in paragraph 4 above;
c) That she have a trial by jury; and
d) That she have such other and further relief as the Court deems just, proper and equitable

Respectfully Submitted:

This ___28th___ day of March, 2023

_____
Macklyn A. Smith Sr.
Attorney for Plaintiff
Georgia Bar No: 661350

P.O Box 742
Lawrenceville, Georgia
(770) 963-5716

**STATE OF GEORGIA**

**COUNTY OF GWINNETT**

23-A-02567-7

### VERIFICATION

PERSONALLY APPEARED, **FELICIA MORGAN** and after being duly sworn deposes and says on oath that the allegations in the foregoing **COMPLAINT FOR DAMAGES** are true and correct.

This 28th day of March, 2023

_____
**FELICIA MORGAN**

Sworn to and subscribed before me
This 28th day of March, 2023.

_____
Notary Public/ Expires

**Case 1:23-mi-99999-UNA   Document 1988-1   Filed 06/20/23   Page 7 of 16**

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-02567-7**
3/28/2023 4:39 PM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☒ **Superior** or ☐ **State Court of** _Gwinnett Superior Court_ **County**

| For Clerk Use Only | |
|---|---|
| **Date Filed** _____ MM-DD-YYYY | **Case Number** _23-A-02567-7_ |

**Plaintiff(s)**

Morgan, Felicia
Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

**Defendant(s)**

Bayer US LLC
Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

**Plaintiff's Attorney** _Macklyn A Smith, Sr._  **State Bar Number** _661350_  **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
**Case Number**                  **Case Number**

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-02567-7**
**3/28/2023 4:39 PM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **FELICIA MORGAN** | * | **CIVIL ACTION FILE** |
|     **Plaintiff** | * | **NO:** 23-A-02567-7 |
| | * | |
| **VS** | * | |
| | * | |
| **BAYER US LLC,** | * | |
|     **Defendant** | * | |

## SUMMONS

### TO THE ABOVE NAMED DEFENDANT: BAYER US LLC

    You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

<div align="center">

Macklyn A. Smith, Sr.
Attorney at Law
Post Office Box 742
223 Perry Street
Lawrenceville, Georgia  30046-0742
(770) 963-5716

</div>

an answer to the complaint, which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

    This _____ day of March, 2023.
29th day of March, 2023

Tiana P. Garner

By:   _____                    _____
         Clerk of Superior Court                                                         Deputy Clerk

Civil Action No. 23-A-02567-7

Date Filed March 28, 2023

Attorney's Address Macklyn A. Smith, Sr.
Attorney at Law
P.O. Box 742
Lawrenceville, GA 30046

Name and Address of party to be served.
Bayer US Inc
Corporation Service Company
2 Sun Court, Suite 400,
Peachtree Corners, GA 30092

Magistrate Court ☐
Superior Court ☒
State Court ☐
Georgia, Gwinnett County

Felicia Morgan
_____ Plaintiff

VS.

Bayer US LLC
_____ Defendant

_____ Garnishee

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☒ Served the defendant Bayer US, LLC a corporation by leaving a copy of the within action and summons with Alistra Smith in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 30 day of Mar, 2023.

J. Williams
Deputy
S01139
Gwinnett County, Georgia

Sheriff Docket _____ Page _____

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:** 23010532

**Person Served:** BAYER US LLC
SUITE 400
2 SUN COURT
PEACHTREE CORNERS GA 30092
PHONE:

## Process Information:

| | | | |
|---|---|---|---|
| Date Received: | 03/29/2023 | | |
| Assigned Zone: | 2 Sun Court | Court Case #: | 23-A-02567-7 |
| Expiration Date: | | Hearing Date: | |
| Paper Types: | COMPLAINT FOR DAMAGES | | |
| Notes/Alerts: | | | |

**Notes:**

E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-02567-7**

**4/24/2023 11:22 AM**

TIANA P. GARNER, CLERK

Case 1:23-mi-99999-UNA   Document 1988-1   Filed 06/20/23   Page 11 of 16

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **FELICIA MORGAN,** | * | CIVIL ACTION |
| Plaintiff | * | 23A-02567-7 |
| vs. | * | |
| | * | |
| **BAYER US LLC,** | * | |
| Defendant | * | |
| | * | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party in the foregoing matter with a true and correct copy of Motion to Substitute Party Defendant by depositing same in the United States Mail with adequate postage thereon to insure delivery addressed as follows:

Ryan S. Killian, Esq
600 Travis Street Suite 3400
Houston, TX 77002-2926

This _24th_ day of April, 2023

_____
MACKLYN A. SMITH, SR.
Attorney for Plaintiff
Georgia State Bar Number 661350

Post Office Box 742
Lawrenceville, Georgia  30046-0742
(770) 963-5716

Case 1:23-mi-99999-UNA   Document 1988-1   Filed 06/20/23   Page 12 of 16

E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-02567-7**
**4/24/2023 11:22 AM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| FELICIA MORGAN, | * | CIVIL ACTION |
| **Plaintiff** | * | 23A-02567-7 |
| vs. | * | |
| | * | |
| BAYER US LLC, | * | |
| **Defendant** | * | |
| | * | |

## MOTION TO SUBSTITUTE PARTY DEFENDANT

Comes Now Plaintiff **FELICIA MORGAN** and through Counsel move the Court to substitute **MONSANTO COMPANY** as party Defendant showing the Court as follows:

1.

Based on information received from Attorney Ryan S. Killian partner in Shook, Hardy and Bacon LLP the proper party in this case should be **MONSANTO COMPANY** and not **BAYER US LLC**.

2.

Therefore Plaintiff moves the Court to substitute **MONSANTO COMPANY** as the party Defendant in this matter instead of **BAYER US LLC**.

WHEREFORE Defendant prays

    a) That she have the relief requested

    b) That she have such other and further releif as the Court deems just, proper, and equitable

                                          Respectfully Submitted:

This 24th day of April, 2023.

                                          MACKLYN A. SMITH, SR.
                                          Attorney for Plaintiff
                                          Georgia State Bar Number 661350

Post Office Box 742
Lawrenceville, Georgia  30046-0742
(770) 963-57

E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-02567-7**
**6/1/2023 11:07 AM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| FELICIA MORGAN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION FILE NO. |
| | * | |
| v. | * | 23-A-02567-7 |
| | * | |
| BAYER US, LLC, | * | |
| | * | |
| Defendant. | * | |

**ORDER**

This matter comes before the Court on Defendant's Motion to substitute party defendant. There being no objection to the motion, it is hereby,

ORDERED, that MONSATO COMPANY is added as party defendant. The style of this action shall hereafter be written to include the aforesaid as party defendant. And it is further ORDERED, that not later than 10 days following the date of this Order, Plaintiff shall file his amended complaint. It is further, ORDERED that Plaintiff shall serve his amended complaint and summons thereon, along with a copy of this Order, upon additional defendant Monsato Company as required by law. Defendant Monsato Company is required to file an answer to the complaint not later than 30 days following the date of service of the complaint.

At Plaintiff's request to substitute parties, Defendant Bayer US, LLC is dismissed without prejudice from this case.

SO ORDERED, this 31st day of May, 2023.

TADIA WHITNER, Judge,
Superior Court of Gwinnett County
By Designee

cc: all parties/counsel

E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-02567-7**
**6/13/2023 10:51 AM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **FELICIA MORGAN,** | * | **CIVIL ACTION FILE** |
| Plaintiff | * | **NO: 23-A-02567-7** |
| | * | |
| **VS** | * | |
| | * | |
| **MONSANTO COMPANY,** | * | |
| Defendant | * | |

### COMPLAINT FOR DAMAGES

Comes now **FELICIA MORGAN** and files this Complaint for Damages against **MONSANTO COMPANY** showing the Court as follows:

1.

Plaintiff was a resident of State of Georgia when she became ill because of Round Up branded herbicides which are manufactured by the Defendant and distributed across the United States.

2.

Defendant **MONSANTO COMPANY** is a Missouri Corporation with Registered Agent for Service being in Gwinnett County Georgia. Said Defendant may be served by their Registered Agent for Service as follows:

Corporation Service Company 40 Technology Parkway South #300, Norcross, Georgia Counsel for Defendant has agreed to Acknowledge Service of Process.

3.

Defendant is subject to the jurisdiction and venue of this Court pursuant to the Georgia Long Arm Statue 9-10-91(1) for doing business in Georgia.

4.

As a result of the illness created by the negligence of Defendant in distributing Roundup branded herbicides which have led to damages as Contemplated by OCGA 51-1-1etsec Defendant has suffered damages which include:

a) Medical Bills to date of approximately $100,000.00
b) Lost wages to date of at least $14,000.00

c) Pain and suffering past, present and future of at least $250,000.00.
d) Permanent injury of at least $250,000.00
e) Punitive Damages of at least $500,00.00 to prevent the Defendant from such negligent acts in the future.

WHEREFORE Plaintiff prays:

a) That service be had on Defendant as allowed by law;
b) That she recover of Defendant the damages listed in paragraph 4 above;
c) That she have a trial by jury; and
d) That she have such other and further relief as the Court deems just, proper and equitable

Respectfully Submitted:

This ___13th___ day of June, 2023

_____
Macklyn A. Smith Sr.
Attorney for Plaintiff
Georgia Bar No: 661350

P.O Box 742
Lawrenceville, Georgia
(770) 963-5716