# EXHIBIT 2



# Accurint® for Legal Professionals

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state´s Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Legal Compliance
**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

## Comprehensive Report

**Date:** 04/27/23
**Reference Code:** ▇▇▇▇▇▇▇▇▇▇

**Report processed by:**
Shook, Hardy & Bacon LLP
2555 GRAND BLVD
KANSAS CITY, MO 64108
816-474-6550 Main Phone
816-421-5547 Fax

**Report Legend:**
S - Shared Address
D - Deceased
✔ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name: **FELICIA MONTEZ MORGAN**
Date of Birth: ▇▇▇▇▇▇
Age: **37**
SSN: ▇▇▇▇▇▇ issued in **Georgia** between **1/1/1991** and **12/31/1991**

**AKAs**
**(Names Associated with Subject)**

**FELICIA MONTEZ MORGAN**
    Age: 37   SSN: ▇▇▇▇▇▇
**FELICIA M MORGAN**
    Age: 37   SSN: ▇▇▇▇▇▇
**FELICIA MONTEZ MORGAN**
    SSN: ▇▇▇▇▇▇
**FELICIA M GRAY**
    Age: 37   SSN: ▇▇▇▇▇▇
**FELICA MONTEZ**
    Age: 37   SSN: ▇▇▇▇▇▇
**FEICIA M GRAY**
    Age: 37   SSN: ▇▇▇▇▇▇
**FELICIA GREY**
    Age: 37   SSN: ▇▇▇▇▇▇
**FELICIA GRAY**
    Age: 37   SSN: ▇▇▇▇▇▇
    Utility Locator - Connect Date: 4/11/2018
**FELICIA MORGAN**
    SSN: ▇▇▇▇▇▇
**FELICIA MONTEZ GRAY**
    SSN: ▇▇▇▇▇▇
**FELICIA MON GRAY**
    SSN: ▇▇▇▇▇▇
**FELICIA ARNAUD**
    SSN: ▇▇▇▇▇▇

**Indicators**

Bankruptcy: ▇
Property: ▇
Corporate Affiliations: ▇

**Comprehensive Report Summary:**





**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
    FELICIA GRAY ARNAUD
    ███████████████  issued in Georgia  between  1/1/1991  and  12/31/1991

**Address Summary:**

    ✔ 5626 HOG MOUNTAIN RD, FLOWERY BRANCH, GA 30542-5419, HALL COUNTY (Sep 2019 - Mar 2023)
    7640 BETHEL RD, GAINESVILLE, GA 30506-3933, HALL COUNTY (Aug 2017 - Mar 2023)
        **Utility Locator - Connect Date:**  4/11/2018
    3325 JOHN TRAMMEL RD, CUMMING, GA 30041-5713, FORSYTH COUNTY (Jan 2015 - May 2021)
    7423 ELLIOTT FAMILY PKWY, DAWSONVILLE, GA 30534-1751, DAWSON COUNTY (Dec 2020 - May 2021)
    3910 WATSON RD, CUMMING, GA 30028-4811, FORSYTH COUNTY (Sep 2011 - May 2021)
    4040 OLIVER DR, GAINESVILLE, GA 30506-3253, HALL COUNTY (Dec 2016 - May 2021)
    4040 O 4040 OLIVER DR, GAINESVILLE, GA 30506, HALL COUNTY (Mar 2017)
    99 FARIST DR, DAWSONVILLE, GA 30534-1865, DAWSON COUNTY (Apr 2017 - Jul 2019)
    5306 PASS CT, SUGAR HILL, GA 30518-2386, GWINNETT COUNTY (Jun 2011 - Apr 2023)
        **Utility Locator - Connect Date:**  9/19/2018
    6841 108TH ST, GAINESVILLE, GA 30506, HALL COUNTY (Apr 2018)