UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| FELICIA MORGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONSANTO COMPANY,<br><br>　　　　Defendant. | Civil Action No. _____ |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

Plaintiff Felicia Morgan

Defendant Monsanto Company

Bayer AG (Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, which is a publicly held corporation)

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations**

1

**having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

None of which Defendant is aware at this time.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Macklyn A. Smith, Sr. – Counsel for Plaintiff Felicia Morgan.

Joshua L. Becker – Counsel for Defendant Monsanto Company.

Caroline Marie Gieser - Counsel for Defendant Monsanto Company.

|  |  |
|---|---|
| Submitted this 20th day of June, 2023. | **SHOOK, HARDY & BACON L.L.P.**<br>/s/ *Caroline M. Gieser*<br><br>Joshua L. Becker<br>GA Bar No. 046046<br>Caroline M. Gieser<br>GA Bar No. 167916<br>1230 Peachtree Street NE<br>Suite 1230<br>Atlanta, GA 30309<br>Telephone: (470) 867-7518<br>jbecker@shb.com<br>cgieser@shb.com<br><br>*Attorneys for Defendant*<br>*MONSANTO COMPANY* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** was filed electronically on June 20, 2023 and that service of the same on all counsel of record will be made by the Court's CM/ECF system. Parties may access this filing through the Court's system.

/s/ *Caroline M. Gieser*

*Attorney for Defendant*
*MONSANTO COMPANY*