**EXHIBIT 2:** INFRINGEMENT #1

URL: https://atlantaradiokorea.com/%ED%94%BC%EC%9E%90-%EB%A8%B9%EC%9C%BC%EB%9F%AC-%EA%B0%94%EB%8B%A4-%EC%82%B0-%EB%B3%B5%EA%B6%8C-4%EC%96%B53%EC%B2%9C2%EB%B0%B1%EB%A7%8C%EB%8B%AC%EB%9F%AC%ED%95%9C%ED%99%94-5%EC%B2%9C%EC%96%B5%EC%9B%90/

