Civil Action No. STSV2023000866

Date Filed 5.2.23

| Superior Court | ☐ | Magistrate Court | ☐ |
|---|---|---|---|
| State Court | ☒ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, **Henry** COUNTY

EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA
STSV2023000866
MAY 16, 2023 08:03 AM
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

Attorney's Address

Kenneth S. Nugent, P.C.
4227 Pleasant Hill Road
Building 11 Suite 300
Duluth, GA 30096

James Jamerson, Sr.
_____ Plaintiff

VS.

Brian R. Immel, DuFrane Logistics, LLC and Crum & Forster Indemnity Co.
_____ Defendant

Name and Address of Party to be Served.

c/o Crum & Forster Indemnity Co
RA CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about ____ years; weight ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant **Crum + Foster Indemnity Co** a corporation by leaving a copy of the within action and summons with **Jane Richardson** in charge of the office and place of doing business of said Corporation in this County. **and discovery**

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 10 day of May, 20 23.

W. Coberly S01332
DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT

**EXHIBIT B**