EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA
STSV2023000866
JUN 05, 2023 09:42 AM
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

Civil Action No. **STSV2023000866**

Date Filed **5·2·23**

| | |
|---|---|
| Superior Court | ☐ |
| State Court | ☐ |
| Juvenile Court | ☐ |
| Magistrate Court | ☐ |
| Probate Court | ☒ |

Georgia, **Henry** COUNTY

Attorney's Address

RECEIVED
MAY 09 2023
FDL CO SHERIFF'S OFFICE

Kenneth S. Nugent, P.C.
4227 Pleasant Hill Road
Building 11 Suite 300
Duluth, GA 30096

**James Jamerson, Jr**
_____ Plaintiff

VS.

**Brian R. Immel, Dufrane Logistics, LLC and Crum & Forster Indemnity Co.** Defendant

_____ Garnishee

Name and Address of Party to be Served.
**Brian R Immel**
**163 Woodward Street**
**Fond du Lac, WI 54935**

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☒
I have this day served the defendant **Brian R. Immel** personally with a copy of the within action and summons. **and discovery**

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐
Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **18** day of **May**, 20**23**.

_Margaret M Gurns_
DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK    CANARY-SHERIFF    PINK-DEFENDANT

EXHIBIT D