Case 1:23-mi-99999-UNA   Document 1990-9   Filed 06/20/23   Page 1 of 2

FROM: Barton Goode <Bgoode@attorneykennugent.com>
TO: Zavala, Adan
SENT: Monday, May 8, 2023 10:13:07 AM Mountain Daylight Time
SUBJECT: RE: MCC00727104 - James Jamerson Jr.

========================================================

**CAUTION:** This email originated from outside of Crum & Forster. DO NOT CLICK on any links or open any attachments unless you trust the sender and know the content is safe. If you have any concerns, please click on the "Report Phish" button located on the top right of the screen for the IT team to validate the legitimacy of this email.

Hey Adan – I did talk to Mr. Jamerson and got some authority to demand $475,000. I've been trying to get the letter from the Ortho's office discussing his surgical recommendation, but they've been pretty busy.  I'll try and get that to you so you can present to your side about why are demand is at the number we've given.  Best - Barton

**Barton H. Goode**
**Attorney At Law**
**Kenneth S. Nugent, P.C.**
4227 Pleasant Hill Road
Building 11
Duluth, GA 30096
(404) 253-5812 - Office/Fax
Bgoode@attorneykennugent.com
www.attorneykennugent.com [attorneykennugent.com]



 [twitter.com]   [youtube.com]   [attorneykennugent.com]   [facebook.com]  [customer-review-link.info]  [kennugentreviews.com]

Kenneth S. Nugent, P.C. is an Official Partner of:

  

**NOTICE:** This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc", and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or relay on, in any way, the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

From: Zavala, Adan <Adan.Zavala@cfins.com>
Sent: Monday, May 8, 2023 10:58 AM
To: Barton Goode (DUL) <Bgoode@attorneykennugent.com>
Subject: FW: MCC00727104 - James Jamerson Jr.

Good afternoon Barton,

I am following up on the email below. Have you had time to review with your client?

Thank you,

Adan Zavala |Senior Specialist| Transportation Claims
Surplus and Specialty Lines | Crum & Forster
26600 Telegraph Road | Southfield, MI 48033 | United States
T: +1.208.968.7359 F: +1.877.622.6217 Toll free:  800.392.1970
Adan.Zavala@cfins.com | www.cfins.com [protect-us.mimecast.com]



C&F and Crum & Forster are registered trademarks of United States Fire Insurance Company.
Crum & Forster, which is part of Fairfax Financial Holdings Limited, is comprised of leading and well-established property and casualty business units. The insurance companies within Crum & Forster, rated A (Excellent) by A.M. Best Company, are: United States Fire Insurance Company, The North River Insurance Company, Crum and Forster Insurance Company, Crum & Forster Indemnity Company, Crum & Forster Specialty Insurance Company, Seneca Insurance Company, Inc., Seneca Specialty Insurance Company, First Mercury Insurance Company, and American Underwriters Insurance Company.  This electronic mail message and any attached files contain information intended for the exclusive use of the intended addressee and may contain personal, medical, or other legally protected or confidential information. If you received this email in error, please notify the sender and delete the original message without making copies. No waiver of any privileges is intended. Thank you.

From: Zavala, Adan
Sent: Monday, April 24, 2023 3:00 PM
To: Barton Goode (DUL) <Bgoode@attorneykennugent.com>
Subject: RE: MCC00727104 - James Jamerson Jr.

Good afternoon Barton,

Thank you for the update. Yes, I was looking for a settlement number. I am looking at the medical specials; it looks like the total are $48,144.13 as of today.

I can offer you $90,000.00, which would cover the specials plus $41,855.87.

Please present to your client and let me know your thoughts.

Sincerely,

Adan Zavala |Senior Specialist| Transportation Claims
Surplus and Specialty Lines | Crum & Forster
26600 Telegraph Road | Southfield, MI 48033 | United States
T: +1.208.968.7359 F: +1.877.622.6217 Toll free:  800.392.1970
Adan.Zavala@cfins.com | www.cfins.com [protect-us.mimecast.com]

**EXHIBIT H**



C&F and Crum & Forster are registered trademarks of United States Fire Insurance Company.
Crum & Forster, which is part of Fairfax Financial Holdings Limited, is comprised of leading and well-established property and casualty business units. The insurance companies within Crum & Forster, rated A (Excellent) by A.M. Best Company, are: United States Fire Insurance Company, The North River Insurance Company, Crum and Forster Insurance Company, Crum & Forster Indemnity Company, Crum & Forster Specialty Insurance Company, Seneca Insurance Company, Inc., Seneca Specialty Insurance Company, First Mercury Insurance Company, and American Underwriters Insurance Company.   This electronic mail message and any attached files contain information provided for the exclusive use of the intended addressee and may contain personal, medical, or other legally protected confidential information. If you received this email in error, please notify the sender and delete the original message without making copies. No waiver of any privileges is intended. Thank you.

From: Barton Goode (DUL) <Bgoode@attorneykennugent.com>
Sent: Monday, April 24, 2023 12:13 PM
To: Zavala, Adan <Adan.Zavala@cfins.com>
Subject: MCC00727104 - James Jamerson Jr.

**CAUTION:** This email originated from outside of Crum & Forster. DO NOT CLICK on any links or open any attachments unless you trust the sender and know the content is safe. If you have any concerns, please click on the "Report Phish" button located on the top right of the screen for the IT team to validate the legitimacy of this email.

Adan â€" I apologize for the continued phone tag.  It sounded like in your last message that you wanted a demand number from us.  At this time, I may demand the case resolve for $500,000.  Please let me know once youâ€™ve had an opportunity to discuss with your side.  Best - Barton

**Barton H. Goode**
**Attorney At Law**
**Kenneth S. Nugent, P.C.**
4227 Pleasant Hill Road
Building 11
Duluth, GA 30096
(404) 253-5812 - Office/Fax
Bgoode@attorneykennugent.com
www.attorneykennugent.com
[attorneykennugent.com] [protect-us.mimecast.com]



[twitter.com] [protect-us.mimecast.com]
[youtube.com] [protect-us.mimecast.com]
[attorneykennugent.com] [protect-us.mimecast.com]
[facebook.com] [protect-us.mimecast.com] [customer-review-link.info] [protect-us.mimecast.com]
[kennugentreviews.com] [protect-us.mimecast.com]



**NOTICE**: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc", and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or relay on, in any way, the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

# EXHIBIT H