State Court of Fulton County
**E-FILED**
23EV001704
3/21/2023 4:34 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JESSICA STEPHENS | * |
| Plaintiff | * |
| vs. | * Civil Action # _____ |
| IRA D. MORRIS & | * |
| L&J COX TRUCKING, INC. | * |
| Defendants | * |

## COMPLAINT FOR DAMAGES

Comes now, Plaintiff and herewith files his complaint for damages against Defendants and shows to the Court the following:

-1-

The Defendant Ira D. Morris (hereinafter referred to as Defendant Morris) is residing outside of the State of Georgia and may be served at his residence located at 2909 E. Monroe Avenue, Apt. 7B, Searcy, AR 72143 or 9446 Highway 13, Judsonia, Arkansas 72081 pursuant to the Georgia Long Arm Statute O.C.G.A. 9-10-90 et al.

-2-

Defendant L&J Cox Trucking, Inc. is a non-resident motor carrier as defined in O.C.G.A. 40-1-1 and O.C.G.A. 40-2-140 and can be served thru their registered agent for service of process to wit: The Financial Integrity Group by serving Dawn Richardson at 410 E. Taylor Street, Suite G, Griffin, Georgia 30223.

-3-

Jurisdiction and venue are proper pursuant to O.C.G.A. 40-1-117 (b) as the cause of action arose in Fulton County.

-4-

On or about March 30, 2021, Defendant Morris while driving a 2016 Peterbilt Tractor Trailer was negligent in improperly changing lanes and as a direct result and proximate cause of said negligence Defendant Morris caused a collision with the vehicle being driven by the Plaintiff. The subject collision occurred in Fulton County, Georgia.

-5-

As a direct result and proximate cause of Defendant Morris' negligence, the Plaintiff did sustain personal injury and continues to incur pain and suffering entitling the Plaintiff to be

**EXHIBIT "A"**

awarded general damages on the enlightened conscious of an impartial jury and special damages to be proven at trial.

-6-

At all times relevant herein, Defendant Morris was acting within the course and scope of his employment with Defendant L&J Cox Trucking, Inc.; therefore, Defendant L&J Cox Trucking, Inc. is vicariously liable for the Plaintiff's damages.

-7-

At all times relevant herein, Plaintiff exercised ordinary care and did nothing to contribute to causing the subject collision.

-8-

Defendant Morris was charged with a violation of the uniform rules of the roads (O.C.G.A. 40-6-123 Improper Lane Change) as a result of the subject collision.

-9-

Defendant Morris' charges of Improper Lane Change was not formally disposed of until on or about June 22, 2021. Therefore, the statute of limitations is tolled in this tort action until June 21, 2023 pursuant to O.C.G.A. 9-3-99. Further, Defendant Morris is deemed to be negligent per se.

Wherefore, Plaintiff prays as follows:

1. That Defendants be served with process according to the law:
2. That Plaintiff receive an award of special damages as proven at trial:
3. That Plaintiff receive an award for general damages based on the enlightened conscious of an impartial jury:
4. Such other relief the Court deems just and proper:

Respectfully submitted this 21 day of March, 2023.

CRAMER & PEAVY
Attorneys for Plaintiff

By: James E. Peavy

State Bar No.: 569603