**IN THE STATE COURT OF FULTON COUNTY**

**STATE OF GEORGIA**

| | |
|---|---|
| JESSICA STEPHENS, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO.: 23EV001704 |
| IRA D. MORRIS and L&J Cox Trucking, Inc., | |
| Defendants. | |

**DEFENDANT IRA D. MORRIS'S REQUESTS FOR ADMISSIONS**
**TO PLAINTIFF JESSICA STEPHENS**

COMES NOW Defendant IRA D. MORRIS ("Defendant") in the above-styled action, and hereby requires Plaintiff Jessica Stephens to answer the following Requests for Admissions within the time provided by law to be furnished to Defendant's attorney.

**INSTRUCTIONS**

1.      Each request for admission shall be responded to separately and fully in writing and shall be served upon the undersigned counsel at the address listed below within thirty (30) days from the date of service.  Responses shall contain all information known to you, your investigators, representatives, agents, attorneys, or others who have obtained information for you or on your behalf, or ascertainable by any of these persons by reasonable inquiry.

2.      The requests for admissions which follow are to be considered as continuing, and you are requested to provide, by way of supplementary answers thereto, such information as you or any person acting on your behalf may hereafter obtain which will augment or otherwise modify your answers now given to the admissions below.  Such supplementary responses are to be filed and served upon Defendant within thirty (30) days after receipt of such information.

**EXHIBIT "B"**

3.     The "Accident" or "Incident" means the incident that is the subject of your Complaint.

## REQUEST FOR ADMISSIONS

1.

Please admit that prior to the Accident, you had been diagnosed with conditions similar to the conditions which you allege were caused by the Accident.

2.

Please admit that prior to the Accident, you had experienced pain in the same areas of your body which you allege were injured in the Accident.

3.

Please admit that prior to the Accident, you had consulted with medical professionals in relation to pain in the same areas of your body which you allege were injured in the Accident.

4.

Please admit that prior to the Accident, you had received x-rays on the same areas of your body which you allege were injured in the Accident.

5.

Please admit that prior to the Accident, you had received MRI and/or CT scans on the same areas of your body which you allege were injured in the Accident.

6.

Please admit that you are not currently being treated by any healthcare provider for injuries which you allege were caused by the Accident.

7.

Please admit that you are not currently taking any prescription medications for injuries which you allege were caused by the Accident.

8.

Please admit that you are not currently taking any over-the-counter medications for injuries which you allege were caused by the Accident.

9.

Please admit that you have not received surgery for any injuries you allege you sustained in the Accident.

10.

Please admit that surgery has not been recommended to treat any injuries you allege you sustained in the Accident.

11.

Please admit that you have fully recovered from the injuries you allege you sustained in the Accident.

12.

Please admit that, aside from the claim involved in this civil action, you have previously made a claim for personal injuries against an insurance company.

13.

Please admit that, aside from the claim involved in this civil action, you have previously made a claim for personal injuries against an individual or corporation.

3

14.

Please admit that you have been convicted of a crime punishable by imprisonment of one or more years in the last 10 years.

15.

Please admit that you have treated with a chiropractor at some point prior to the Accident.

16.

Please admit that you have treated with a physical therapist at some point prior to the Accident.

17.

Please admit that you have treated with an orthopedist at some point prior to the Accident.

18.

Please admit that you were using a cellular device to talk at the time of the Accident.

19.

Please admit that you were using a cellular device to text at the time of the Accident.

20.

Please admit that you were using a cellular device for some purpose at the time of the Accident.

21.

Please admit that you had a cellular device inside the vehicle at the time of the Accident.

22.

Please admit that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, within the meaning of 28 U.S.C. Section 1332(a).

23.

Please admit that the amount in controversy does not exceed the sum or value of $75,000, exclusive of interest and costs, within the meaning of 28 U.S.C. Section 1332(a).

24.

Please admit that you claim an award of damages in excess of $75,000 as a result of the Accident in this lawsuit.

25.

Please admit that you claim an award of damages of $75,000 or less as a result of the Accident in this lawsuit.

26.

Please admit that you have never made a demand to Defendants to settle this case prior to the service of these Requests for Admissions.

This 1st day of May, 2023.

**NALL & MILLER, LLP**

BY: */s/ Quinn Curtis Bennett*
　　**QUINN CURTIS BENNETT**
　　Georgia Bar No. 356087

*ATTORNEY FOR DEFENDANTS IRA D. MORRIS and L&J COX TRUCKING, INC.*

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, Georgia 30303-1905
Phone:  404/ 522-2200
Fax:  404/522-2208
qbennett@nallmiller.com

5

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed and served the within and foregoing

***DEFENDANT IRA D. MORRIS'S REQUESTS FOR ADMISSIONS TO PLAINTIFF***

***JESSICA STEPHENS*** via Statutory Electronic Service to counsel of record listed below.

> James E. Peavy
> Cramer & Peavey
> P.O. Box 58
> Griffin, Georgia 30224
> tim@cramerpeavy.com
> ***Attorney for Plaintiff***

This 1st day of May, 2023.

**NALL & MILLER, LLP**

BY:   */s/ Quinn Curtis Bennett*
        **QUINN CURTIS BENNETT**
        Georgia Bar No. 356087

***ATTORNEY FOR DEFENDANTS IRA D.***
***MORRIS and L&J COX TRUCKING, INC.***

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, Georgia 30303-1905
Phone:  404/ 522-2200
Fax:  404/522-2208
qbennett@nallmiller.com

992446v.1