State Court of Fulton County
**E-FILED**
23EV001704
5/31/2023 3:09 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JESSICA STEPHENS | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | * |
| | * Civil Action # 23EV001704 |
| IRA D. MORRIS & | * |
| L&J COX TRUCKING, INC. | * |
| | * |
| Defendants | * |

PLAINTIFF'S RESPONSES TO DEFENDANT IRA D. MORRIS' REQUEST FOR ADMISSIONS

Comes now Plaintiff Jessica Stephens and responds to Defendant's Request for Admissions as follows:

-1-

Deny.

-2-

Deny.

-3-

Deny.

-4-

Deny.

-5-

Deny.

-6-

Deny.

-7-

Deny.

**EXHIBIT "C"**

-8-

Deny.

-9-

Admit.

-10-

Deny.

-11-

Deny.

-12-

Deny.

-13-

Deny.

-14-

Deny.

-15-

Admit.

-16-

Admit.

-17-

Admit.

-18-

Deny.

-19-

Deny.

-20-

Deny.

-21-

Admit.

-22-

Admit.

-23-

Deny.

-24-

Admit.

-25-

Deny.

-26-

Admit.

This 31st day of May, 2023.

CRAMER & PEAVY
Attorneys for Plaintiff

By: _____
James E. Peavy
State Bar No.: 569603

P. O. Box 58
Griffin, Georgia 30224
(770)227-4955 Telephone
(770)227-3009 Facsimile

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

JESSICA STEPHENS         *
                         *
        Plaintiff        *
                         *
vs.                      *
                         *   Civil Action # 23EV001704
IRA D. MORRIS &          *
L&J COX TRUCKING, INC.   *
                         *
        Defendants       *

## CERTIFICATE OF SERVICE

This is to certify that pursuant to Uniform Rule 5.2, I have this day served the Defendant in the above-referenced action with PLAINTIFF'S RESPONSE TO DEFENDANT IRA D. MORRIS' REQUEST FOR ADMISSIONS via first class mail addressed to:

Quinn Curtis Bennett
Nall & Miller, LLP
235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, Georgia 30303-1905

This 31st day of May, 2023.

CRAMER & PEAVY
Attorneys for Plaintiff

By: _____
James E. Peavy
State Bar #569603

P. O. Box 58
Griffin, Georgia 30224
(770)227-4955 Telephone
(770)227-3009 Facsimile