Case 1:23-mi-99999-UNA   Document 1997-4   Filed 06/21/23   Page 1 of 3

State Court of Fulton County
**E-FILED**
23EV001704
6/1/2023 12:15 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JESSICA STEPHENS | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | * |
| | * Civil Action # 23EV001704 |
| IRA D. MORRIS & | * |
| L&J COX TRUCKING, INC. | * |
| | * |
| Defendants | * |

**PLAINTIFF'S FIRST AMENDMENT TO COMPLAINT FOR DAMAGES**

Comes now Plaintiff and herewith amends her original Complaint for Damages as follows:

-1-

Plaintiff hereby incorporates herein by specific reference paragraphs 1 thru 9 of her original Complaint for Damages previously filed in the above styled action and her prayers for relief contained therein.

-2-

As a direct result and proximate cause of Defendant Morris' negligence, the Plaintiff did sustain personal injury and continues to incur pain and suffering entitling the Plaintiff to be awarded general damages based on the enlightened conscious of an impartial jury and special damages as follows:

| | | | |
|---|---|---|---|
| 04/01/2021 | Regenerative Orthopaedics | $ | 2,260.00 |
| 04/07/2021 thru 05/19/2021 | Griffin Rehab Solutions | $ | 3,646.00 |
| 05/14/2021 | Regenerative Orthopaedics | $ | 371.00 |
| 05/27/2021 | Regenerative Orthopaedics | $ | 3,543.00 |
| 06/03/2021 | Regenerative Orthopaedics | $ | 371.00 |
| 07/06/2021 | Regenerative Orthopaedics | $ | 371.00 |
| 08/20/2021 | Regenerative Orthopaedics | $ | 371.00 |
| 09/02/2021 thru 11/19/2021 | Steele Chiropractic Clinic | $ | 278.00 |
| 10/28/2021 | Regenerative Orthopaedics | $ | 783.00 |
| 12/30/2021 | Regenerative Orthopaedics | $ | 630.20 |
| 01/28/2022 | Griffin Imaging | $ | 1,100.00 |
| 02/07/2022 | Regenerative Orthopaedics | $ | 427.00 |
| 06/17/2022 | Regenerative Orthopaedics | $ | 630.00 |
| 07/21/2022 | Regenerative Orthopaedics | $ | 4,074.00 |

**EXHIBIT "D"**

| | | | |
|---|---|---|---:|
| 07/27/2022 | Regenerative Orthopaedics | $ | 427.00 |
| 08/02/2022 thru 09/08/2022 | Griffin Rehab Solutions | $ | 2,178.00 |
| 09/23/2022 | Regenerative Orthopaedics | $ | 945.00 |
| 10/17/2022 | Regenerative Orthopaedics Surgery Ctr | $ | 11,358.00 |
| 10/17/2022 | Regenerative Orthopaedics | $ | 872.00 |
| 11/04/2022 | Regenerative Orthopaedics | $ | 945.00 |
| 12/16/2022 | Regenerative Orthopaedics | $ | 945.00 |
| 02/09/2023 | Regenerative Orthopaedics | $ | 945.00 |
| 03/08/2023 | Regenerative Orthopaedics | $ | 595.00 |
| 03/08/2023 | Regenerative Orthopaedics Surgery Ctr. | $ | 11,358.00 |
| 03/10/2023 | Regenerative Orthopaedics | $ | 540.00 |
| 04/07/2023 | Regenerative Orthopaedics | $ | 945.00 |
| 05/17/2023 | Regenerative Orthopedics | $ | 1,275.00 |
| | **TOTAL OF MED BILLS:** | $ | 52,183.20 |

**Future Medical Costs of Lumbar Spine Surgery – L5-S1 Laminectomy and Eventually L5-S1 Fusion with estimated costs of $57,500.00 and $135,000.00 respectively.**

This 1st day of June, 2023.

                  CRAMER & PEAVY
                  Attorneys for Plaintiff

            By:  _____
                  James B. Peavy
                  State Bar No.: 569603

P. O. Box 58
Griffin, Georgia 30224
(770)227-4955 Telephone
(770)227-3009 Facsimile

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JESSICA STEPHENS | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | * |
| | *   Civil Action # 23EV001704 |
| IRA D. MORRIS & | * |
| L&J COX TRUCKING, INC. | * |
| | * |
| Defendants | * |

**CERTIFICATE OF SERVICE**

This is to certify that pursuant to Uniform Rule 5.2, I have this day served the Defendant in the above-referenced action with PLAINTIFF'S AMENDMENT TO COMPLAINT FOR DAMAGES via STATUTORY ELECTRONIC SERVICE to:

Quinn Curtis Bennett
Nall & Miller, LLP
235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, Georgia 30303-1905

This 1st day of June, 2023.

CRAMER & PEAVY
Attorneys for Plaintiff

By: _____
James E. Peavy
State Bar #569603

P. O. Box 58
Griffin, Georgia 30224
(770)227-4955 Telephone
(770)227-3009 Facsimile