# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | County | Date Rec. by GDOT |
|---|---|---|---|
| C000763511-01 | GAGSP0000 | FULTON | |

| Estimated Crash Date | Time | Dispatch Date | Time | Arrival Date | Time | Vehicles | Total Injuries | Fatalities | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| 03/30/21 | 15:40 | 03/30/21 | 15:48 | 03/30/21 | 15:48 | 3 | 0 | 0 | ATLANTA |

**Road of Occurrence:** I-75/85 S  
**At Its Intersection With:** _____  
☐ Corrected Report

**Not At Its Intersection But:** 200  ☐ Miles ☒ Feet  ☐ North ☒ South  ☐ East ☐ West  **Of** COURTLAND ST  
☐ Sup To Original

**Latitude (Y):** 33.7641098333333  (Format) 00.00000  
**Longitude (X):** -84.3844583333333  (Format) -00.00000  
☐ Hit And Run?

---

### Unit #1
☒ Driver ☐ Ped ☐ Bike  
**LAST NAME:** MORRIS  **FIRST:** IRA  **MIDDLE:** DERRELL  
**Address:** 9446 HWY 13  
☒ Susp At Fault  
**City:** JUDSONIA WHITE  **State:** AR  **Zip:** 72081  
**Driver's License No.:** 916648345  **Class:** A  **State:** AR  **Country:** UNITED STATES  
**Insurance Co.:** NATIONAL UNION  **Policy No.:** TP988304902  **Telephone No.:**  
**Year:** 2016  **Make:** PERTERBUILT  **Model:** TT  
**VIN:** 1XPBDP9X3GD325247  **Vehicle Color:** WHI  
**Tag #:** 796460  **State:** _  **County:** UNKNOWN  **Year:** _  
**Trailer Tag #:** PT205791  **State:** AR  **County:** UNKNOWN  **Year:** _  
☐ Same as Driver  **Owner's Last Name:** L AND J COX TRUCKIN  **First:** _  **Middle:** _  
**Address:** 515 HONEY HOLLER RD  
**City:** BALD KNOB  **State:** AR  **Zip:** 72010  
**Removed By:** DRIVER  ☐ Request List  

| Alco Test: 2 | Type: | Results: | Drug Test: 2 | Type: | Results: |
|---|---|---|---|---|---|

**First Harmful Event:** 11  **Most Harmful Event:** 11  **Operator/Ped Cond:** 1  
**Operator Contributing Factors:** 11  
**Vehicle Contributing Factors:** 1  **Roadway Contributing Factors:** 1  
**Direction of Travel:** 2  **Vehicle Maneuver:** 6  **Non-Motor Maneuver:** _  
**Vehicle Class:** 1  **Vehicle Type:** 4  **Vision Obscured:** 1  
**Number of Occupants:** 1  **Area of Initial Contact:** 1  **Damage to Veh:** 2  
**Traffic-Way Flow:** 2  **Road Comp:** 2  **Road Character:** 1  
**Number of Lanes:** 7  **Posted Speed:** 55  **Work Zone:** 0  
**Traffic Control:** 7  **Device Inoperative:** ☐ Yes ☒ No  

**Citation Information:**  
Citation # E03878380   O.C.G.A. § 40-6-123(a)  
Citation # _____   O.C.G.A. § _____  
Citation # _____   O.C.G.A. § _____  

#### COMMERCIAL MOTOR VEHICLES ONLY
**Carrier Name:** L AND J COX TRUCKING  
**Address:** 515 HONEY HOLLER RD  **City:** BALD KNOB  **State:** AR  **Zip:** 72010  
**U.S. D.O.T. #:** 780782  **No. of Axles:** 4  **G.V.W.R.:** 03  
**Cargo Body Type:** 9  **Vehicle Config.:** 3  ☒ Interstate ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☒ No  
**C.D.L.?** ☐ Yes ☒ No   **C.D.L. Suspended?** ☐ Yes ☐ No  
**Vehicle Placarded?** ☐ Yes ☒ No   **Hazardous Materials?** ☐ Yes ☒ No  
**Haz Mat Released?** ☐ Yes ☒ No  
If YES: Name or four Digit Number from Diamond or Box: _____  
One Digit Number from Bottom of Diamond: _____  
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

---

### Unit #2
☒ Driver ☐ Ped ☐ Bike  
**LAST NAME:** STEPHENS  **FIRST:** JESSICA  **MIDDLE:** ELAINE  
**Address:** 1372 MCCARD LAKE RD  
☐ Susp At Fault  
**City:** MEANSVILLE  **State:** GA  **Zip:** 30256-2363  
**Driver's License No.:** 051546852  **Class:** CM  **State:** GA  **Country:** UNITED STATES  
**Insurance Co.:** FARM BUREAU  **Policy No.:** PPA4153859  **Telephone No.:**  
**Year:** 2009  **Make:** HONDA  **Model:** CIVIC U.S. EX  
**VIN:** 2HGFG12899H528192  **Vehicle Color:** SIL  
**Tag #:** RFW7697  **State:** GA  **County:** PIKE  **Year:** 2021  
**Trailer Tag #:** _  **State:** _  **County:** _  **Year:** _  
☒ Same as Driver  **Owner's Last Name:** STEPHENS  **First:** JESSICA  **Middle:** ELAINE  
**Address:** 1372 MCCARD LAKE RD  
**City:** MEANSVILLE  **State:** GA  **Zip:** 30256-2363  
**Removed By:** DRIVER  ☐ Request List  

| Alco Test: 2 | Type: | Results: | Drug Test: 2 | Type: | Results: |
|---|---|---|---|---|---|

**First Harmful Event:** 11  **Most Harmful Event:** 11  **Operator/Ped Cond:** 1  
**Operator Contributing Factors:** 1  
**Vehicle Contributing Factors:** 1  **Roadway Contributing Factors:** 1  
**Direction of Travel:** 2  **Vehicle Maneuver:** 5  **Non-Motor Maneuver:** _  
**Vehicle Class:** 1  **Vehicle Type:** 1  **Vision Obscured:** 1  
**Number of Occupants:** 1  **Area of Initial Contact:** 7  **Damage to Veh:** 3  
**Traffic-Way Flow:** 2  **Road Comp:** 2  **Road Character:** 1  
**Number of Lanes:** 7  **Posted Speed:** 55  **Work Zone:** 0  
**Traffic Control:** 7  **Device Inoperative:** ☐ Yes ☒ No  

**Citation Information:**  
Citation # _____   O.C.G.A. § _____  
Citation # _____   O.C.G.A. § _____  
Citation # _____   O.C.G.A. § _____  

#### COMMERCIAL MOTOR VEHICLES ONLY
**Carrier Name:** _____  
**Address:** _____  **City:** _____  **State:** _  **Zip:** _  
**U.S. D.O.T. #:** _____  **No. of Axles:** _  **G.V.W.R.:** _  
**Cargo Body Type:** _  **Vehicle Config.:** _  ☐ Interstate ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☐ No  
**C.D.L.?** ☐ Yes ☐ No   **C.D.L. Suspended?** ☐ Yes ☐ No  
**Vehicle Placarded?** ☐ Yes ☐ No   **Hazardous Materials?** ☐ Yes ☐ No  
**Haz Mat Released?** ☐ Yes ☐ No  
If YES: Name or four Digit Number from Diamond or Box: _____  
One Digit Number from Bottom of Diamond: _____  
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

---

**EXHIBIT "E"**

GDOT-523 (07/17)

| Unit # 3 | ☒ Driver ☐ Ped ☐ Bike ☐ Susp At Fault | LAST NAME MCCARTY | FIRST JOSHUA | MIDDLE DAMIAN |
|---|---|---|---|---|
| | | Address 5800 MILGEN RD APT 95 | | |

| City COLUMBUS | State GA | Zip 31907-5924 | DOB |
|---|---|---|---|
| Driver's License No. 052241481 | Class CM | State GA | Country UNITED STATES |
| Insurance Co. GEICO | Policy No. 6000458122 | Telephone No. | |
| Year 2008 | Make CHRYSLER | Model SEBRING | |
| VIN 1C3LC55R68N203146 | Vehicle Color WHI | | |
| Tag # RGP9263 | State GA | County MUSCOGEE | Year 2021 |
| Trailer Tag # | State | County | Year |

| ☒ Same as Driver | Owner's Last Name MCCARTY | First JOSHUA | Middle DAMIAN |
|---|---|---|---|

Address
5800 MILGEN RD APT 95

| City COLUMBUS | State GA | Zip 31907-5924 |
|---|---|---|

Removed By: DRIVER    ☐ Request ☐ List

| Alco Test: 2 | Type: | Results: | Drug Test: 2 | Type: | Results: |
|---|---|---|---|---|---|

First Harmful Event: 11   Most Harmful Event: 11   Operator/Ped Cond: 1

Operator Contributing Factors: ___1___ _____ _____ _____

Vehicle Contributing Factors: 1   Roadway Contributing Factors: 1

| Direction of Travel: | 2 | Vehicle Maneuver: | 5 | Non-Motor Maneuver: | |
|---|---|---|---|---|---|
| Vehicle Class: | 1 | Vehicle Type: | 1 | Vision Obscured: | 1 |
| Number of Occupants: | 1 | Area of Initial Contact: | 5 | Damage to Veh: | 2 |
| Traffic-Way Flow: | 2 | Road Comp: | 2 | Road Character: | 1 |
| Number of Lanes: | 7 | Posted Speed: | 55 | Work Zone: | 0 |

Traffic Control: 7                 Device Inoperative: ☐ Yes  ☒ No

Citation Information:
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____

**COMMERCIAL MOTOR VEHICLES ONLY**

Carrier Name:

| Address | | City | State | Zip |
|---|---|---|---|---|

| U.S. D.O.T. # | No. of Axles | G.V.W.R. |
|---|---|---|
| Cargo Body Type   Vehicle Config. | ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes  ☐ No |
| C.D.L.?   ☐ Yes  ☐ No | C.D.L. Suspended? | ☐ Yes  ☐ No |
| Vehicle Placarded?  ☐ Yes  ☐ No | Hazardous Materials? | ☐ Yes  ☐ No |

Haz Mat Released?  ☐ Yes  ☐ No

If YES:   Name or four Digit Number from Diamond or Box: _____
          One Digit Number from Bottom of Diamond: _____

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

GDOT-523 (07/17)

## COLLISION FIELDS

| Manner of Collision: | 4 | Location at Area of Impact: | 1 | Weather: | 1 | Surface Condition: | 1 | Light Condition: | 1 |

## NARRATIVE

Vehicle #1 was traveling south on I-75/85 in the fourth lane from the left shoulder. Vehicle #2 was traveling south on I-75/85 in the fifth lane from the left shoulder. Vehicle #3 was traveling south on I-75/85 in the second lane from the left shoulder. The driver of vehicle #1 stated, he did not see vehicle #2 as he was changing lanes. The driver of vehicle #1 changed lanes from the fourth lane to he fifth lane from the left shoulder. After changing lanes, the driver of vehicle #1 struck the driver side rear of vehicle #2 with the passenger side front of vehicle #1, first area of impact. after the first area of impact, vehicle #2 rotated counterclockwise and struck the passenger side rear of vehicle #3 with the rear of vehicle #2, second area of impact. The first area of impact was in the fifth lane from the left shoulder of I-75/85 south bound. The second area of impact was in the second lane from the left shoulder of I-75/85 south bound. All vehicles came to a final rest on the west shoulder of I-75/85. This crash scene was digitally recorded on 8441.

## DIAGRAM

INDICATE NORTH

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle | Owner |

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |

## OCCUPANT INFORMATION

**1**
| Name (Last, First): MORRIS, IRA | | | | Address: 9446 HWY 13 JUDSONIA WHITE , AR 72081 | | | | |
| Age: 64 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
| Injury Taken To: | By: | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time: |

**2**
| Name (Last, First): STEPHENS, JESSICA | | | | Address: 1372 MCCARD LAKE RD MEANSVILLE, GA 30256-2363 |
| Age: 32 | Sex: F | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
| Injury Taken To: | By: | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time: |

**3**
| Name (Last, First): MCCARTY, JOSHUA | | | | Address: 5800 MILGEN RD APT 95 COLUMBUS, GA 31907-5924 |
| Age: 32 | Sex: M | Unit #: 3 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
| Injury Taken To: | By: | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time: |

## ADMINISTRATIVE

Photos Taken: ☐ Yes  ☒ No   By:

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404)635-2963.*

| Report By: VINES, ZACHARY #0888 | Agency: GSPC\POST 49 | Report Date: 03/30/21 | Checked By: MCDANIEL. A.S. #0691 | Date Checked: 03/31/21 |



I-75/85 S



Not To Scale