Case 1:23-mi-99999-UNA   Document 1997-6   Filed 06/21/23   Page 1 of 5

State Court of Fulton County
**E-FILED**
23EV001704
4/20/2023 3:33 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| JESSICA STEPHENS,<br><br>    Plaintiff,<br>v.<br><br>IRA D. MORRIS and<br>L&J COX TRUCKING, INC.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO.: 23EV001704 |

### ANSWER OF DEFENDANTS IRA D. MORRIS AND L&J COX TRUCKING, INC. TO PLAINTIFF'S COMPLAINT FOR DAMAGES

COME NOW Defendants Ira D. Morris and L&J Cox Trucking, Inc., (hereinafter "these Defendants"), Defendants in the above-styled case, by and through undersigned counsel, and file their Answer to Plaintiff's Complaint for Damages (hereinafter "Complaint") as follows:

### FIRST DEFENSE

Plaintiff's Complaint, in whole or in part, fails to state a claim against these Defendants upon which relief can be granted.

### SECOND DEFENSE

These Defendants contest the damages and injuries which are being asserted in this action and demand strict proof thereof.

### THIRD DEFENSE

The proximate cause of the Plaintiff's alleged injuries and damages are unrelated to the subject accident, in whole or in part, and/or may have been due to the actions, omissions, or negligence of a person or persons other than these Defendants, for whom these Defendants are in no way liable.  Therefore, Plaintiff is not entitled to recover from these Defendants.

**EXHIBIT "F"**

## FOURTH DEFENSE

These Defendants answer the specific allegations of Plaintiff's Complaint as follows:

1.

These Defendants admit the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.

In response to the allegations contained in Paragraph 2 of Plaintiff's Complaint, these Defendants deny that L&J Cox Trucking Inc. maintains the registered agent stated and can be served through the same. These Defendants admit the remaining allegations contained in that Paragraph.

3.

These Defendants admit the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.

These Defendants admit the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.

These Defendants deny the allegations contained in Paragraph 4 of Plaintiff's Complaint.

6.

These Defendants admit the allegations contained in Paragraph 6 of Plaintiff's Complaint, although these Defendants deny that any such damages are warranted.

7.

These Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 7.

990943v.1

8.

These Defendants admit the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.

These Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9.

10.

These Defendants deny that Plaintiff is entitled to the relief prayed for in the "Wherefore" Paragraph of the Complaint, including subparts 1. through 4.

11.

Any allegation in Plaintiff's Complaint not specifically responded to above is hereby denied by these Defendants.

**WHEREFORE**, these Defendants pray that:

(1) These Defendants be dismissed;

(2) All costs of this litigation be paid by Plaintiff;

(3) If any triable issue of fact exists, these Defendants request that they be granted a jury trial by a jury of twelve (12) persons; and

(4) Any other relief that this Court deems just and proper be granted.

*Signatures on Following Page*

This 20th day of April, 2023.

        **NALL & MILLER, LLP**

        BY: */s/ Quinn Curtis Bennett*
            **QUINN CURTIS BENNETT**
            Georgia Bar No. 356087

        ***ATTORNEY FOR DEFENDANTS IRA D. MORRIS and L&J COX TRUCKING, INC.***

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, Georgia 30303-1905
Phone: 404/ 522-2200
Fax: 404/522-2208
qbennett@nallmiller.com

4

990943v.1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed and served the within and foregoing **ANSWER OF DEFENDANTS IRA D. MORRIS AND L&J COX TRUCKING, INC. TO PLAINTIFF'S COMPLAINT FOR DAMAGES** via the Court's electronic filing service Odyssey E-File and Serve to counsel of record listed below.

> James E. Peavy
> Cramer & Peavey
> P.O. Box 58
> Griffin, Georgia 30224
> tim@cramerpeavy.com
> *Attorney for Plaintiff*

This 20th day of April, 2023.

> **NALL & MILLER, LLP**
>
> BY:   */s/ Quinn Curtis Bennett*
>        **QUINN CURTIS BENNETT**
>        Georgia Bar No. 356087
>
> ***ATTORNEY FOR DEFENDANTS IRA D. MORRIS and L&J COX TRUCKING, INC.***

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, Georgia 30303-1905
Phone:  404/ 522-2200
Fax:  404/522-2208
qbennett@nallmiller.com

990943v.1