Case 1:23-mi-99999-UNA   Document 1997-9   Filed 06/21/23   Page 1 of 1

State Court of Fulton County
**E-FILED**
23EV001704
4/4/2023 11:49 AM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

**JESSICA STEPHENS**

*Plaintiff(s) / Petitioner(s)*

v.

**IRA D. MORRIS & L&J COX TRUCKING, INC.**

*Defendant(s) / Respondent(s)*

Case No.: 23EV001704

### AFFIDAVIT OF SERVICE

I, Jamie Heflin, being duly sworn, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents on Ira D. Morris in White County, AR on March 25, 2023 at 9:08 am at 9443 Highway 13, Judsonia, AR 72081 by leaving the following documents at the usual place of abode of Ira D. Morris with Ira D. Morris, Jr who is of suitable age and discretion and resides therein.

Summons, Complaint for Damages, and Discovery

Additional Description:
I delivered the documents to Ira D. Morris's son and co-resident, Ira D. Morris, Jr.

White Male, est. age 44, glasses: N, Gray hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Photograph: See Exhibit 1

Signature
Jamie Heflin
(501) 279-0007

Subscribed and sworn to before me this 4 day of April, 2023, by
_____
Witness my hand and official seal.

Notary Public

My commission expires:
2-11-2032

KATHIE C. KING-HEFLIN
Notary Public-Arkansas
White County
My Commission Expires 02-11-2032
Commission # 12717290

Proof Job #262914

Jessica Stephens

Page 1

**EXHIBIT "1"**