Case 1:23-mi-99999-UNA   Document 1997-10   Filed 06/21/23   Page 1 of 1

State Court of Fulton County
**E-FILED**
23EV001704
3/27/2023 10:39 AM
Donald Talley, Clerk
Civil Division

## AFFIDAVIT OF SERVICE

State of Georgia          County of Fulton          State Court

Case Number: 23EV001704

Plaintiff:
**JFESSICA STEPHENS**

vs.

Defendant:
**IRA D. MORRIS & L&J COX TRUCKING, INC.**

Received by Bulldog Process Servers, LLC on the 23rd day of March, 2023 at 8:33 am to be served on **L&J Cox Trucking, Inc. c/o Dawn Richardson, Registered Agent, 410 E. Taylor Street, Suite G, Griffin, GA 30223**.

I, EDMOND J. BYER, being duly sworn, depose and say that on the **23rd day of March, 2023 at 11:26 am,** I:

Served a **CORPORATION** by delivering a true copy of the **Summons and Complaint for Damages; Plaintiff's Continuing Interrogatories to L&J Cox Trucking, Inc.; Plaintiff's Request for Production of Documents to Defendant L&J Cox Trucking, Inc.; Plaintiff's First Continuing Interrogatories to Defendant Ira D. Morris; Plaintiff's First Request for Production of Documents to Defendant Ira D. Morris** to Dawn Richardson as Registered Agent for L&J Cox Trucking, Inc., at the address of: **410 E. Taylor Street, Suite G, Griffin, GA 30223**, and informed said person of the contents therein.

**Description** of Person Served: Age: 40s, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 200, Hair: Blonde, Glasses: N

I certify that I am a United States citizen residing in the State of Georgia, am over the age of 18, have no interest in the above action and all statements above are true.

Subscribed and Sworn to before me on the 24th day of March, 2023

NOTARY PUBLIC

(✓) Personally known
( ) Produced _____ as identification

EDMOND J. BYER
CPS373

Bulldog Process Servers, LLC
1029 Peachtree Pkwy North
#161
Peachtree City, GA 30269
(770) 703-7575

Our Job Serial Number: EJB-2023000251

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

EXHIBIT "J"