# Exhibit A

**From:** notices@tekcollect.com <notices@tekcollect.com>
**Sent:** Tuesday, November 29, 2022 6:02:48 AM
**To:** ljackson0207@hotmail.com <ljackson0207@hotmail.com>
**Subject:** Let's Resolve Your Saint Francis Veterinary Specialists Account

Let's resolve your balance - we want to help!

# TekCollect

**Saint Francis Veterinary Specialists**
**Account#:**  5066
**Current Balance:** $1786.69

Linda Jackson,

We understand having an outstanding balance can be overwhelming and we want to assist you in resolving your Saint Francis Veterinary Specialists account.

There are numerous payment options available to help you resolve this past due obligation.

You can pay online here.

We really can help and we look forward to working with you to provide you with a solution to repay your obligation.

Please call us at 614-219-9940 to speak with a representative.

**Collections Department**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TekCollect | PO BOX 1269 | Columbus, OH 43216
www.tekcollect.com | 866.652.6500

If you'd like to unsubscribe and stop receiving these emails click here.

**From:** notices@tekcollect.com <notices@tekcollect.com>
**Sent:** Thursday, December 29, 2022 6:34:55 AM
**To:** ljackson0207@hotmail.com <ljackson0207@hotmail.com>
**Subject:** Let's Resolve Your Saint Francis Veterinary Specialists Account

Limited time settlement offer to resolve your outstanding balance for less than you owe!



**Saint Francis Veterinary Specialists**
**Account#:** ▓▓▓▓5066
**Current Balance:** $1786.69

Linda Jackson,

Let's settle your Saint Francis Veterinary Specialists account for an amount that is less than what you owe to resolve this outstanding balance once and for all.

We can offer a settlement of $1340.02 which represents a 25% reduction in the amount owed.

Please call us at 614-219-9940 or pay online to take advantage of this limited offer.

**Collections Department**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TekCollect | PO BOX 1269 | Columbus, OH 43216
www.tekcollect.com | 866.652.6500

If you'd like to unsubscribe and stop receiving these emails click here.