**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LINDA JACKSON, *individually and on behalf of all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>TEK-COLLECT, INC.,<br><br>　　　　Defendant(s). | CIVIL ACTION FILE NO. |

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned, counsel of record for Plaintiff, certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of stock of a party:

　　(a) Plaintiff Linda Jackson
　　(b) Defendant Tek-Collect, Inc.

(2) The undersigned further certifies that the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

　　(a) Misty Oaks Paxton, Esq. – attorneys for Plaintiff
　　(b) Stein Saks, PLLC – attorneys for Plaintiff
　　(c) TBD – attorneys for Defendant Tek-Collect, Inc.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

1

(a) Misty Oaks Paxton, Esq. – attorneys for Plaintiff
(b) Stein Saks, PLLC – attorneys for Plaintiff
(c) TBD – attorneys for Defendant Tek-Collect, Inc.

Submitted this 20th day of June, 2023.

/s/ Misty Oaks Paxton
Misty Oaks Paxton, Esq.
3315 Charleston Court
Decatur, GA, 30034
Phone: 404-725-5697
Fax: 775-320-3698
attyoaks@yahoo.com
*Attorneys for Plaintiff*

## Certificate of Compliance With Local Rule 7.1D

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

Submitted this 20th day of June, 2023.

Respectfully Submitted,

/s/ Misty Oaks Paxton
Misty Oaks Paxton, Esq.

## Certificate of Service

I hereby certify that on this date, I electronically filed this Certificate of Interested Persons Statement using the CM/ECF system which will automatically send email notification of such filing to all attorney(s) of record.

Submitted this 20th day of June, 2023.

Respectfully Submitted,

/s/ Misty Oaks Paxton
Misty Oaks Paxton, Esq.