# Exhibit C

ID# EQHWPK4RH-KJY
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-1988**
JUN 20, 2023 02:57 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **KRISTIN WYNN,** | * |
| Plaintiff, | * |
| | * |
| vs. | *   Civil Action No. 23-A-1988 |
| | * |
| **KATHERINE JIMEMEZ, SMYRNA** | * |
| **POLICE DEPARMENT and PUBLIX** | * |
| **SUPER MARKETS, INC.,** | * |
| Defendants. | * |

### DEMAND FOR JURY TRIAL

COMES NOW Defendant Publix Super Markets, Inc., and herewith files its Demand for Twelve-Person Jury on all issues so triable.

This 20th day of June, 2023.

FAIN MAJOR & BRENNAN, P.C.

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
swilliamson@fainmajor.com

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
SARAH H. WILLIAMSON
Georgia Bar No. 421096
*Counsel for Katherine Jimenez and Publix Super Markets, Inc.*

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **KRISTIN WYNN,** | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 23-A-1988 |
| | * | |
| **KATHERINE JIMEMEZ, SMYRNA** | * | |
| **POLICE DEPARMENT and PUBLIX** | * | |
| **SUPER MARKETS, INC.,** | * | |
| Defendants. | * | |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Demand for Twelve Person Jury** electronically via PeachCourt, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Kristin Wynn
2729 Waymar Dr. SW
Marietta, GA 30008
Kristin.v.wynn@gmail.com
*Pro Se Plaintiff*

This 20th day of June, 2023.

**FAIN MAJOR & BRENNAN, P.C.**

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
*jhardee@fainmajor.com*
*swilliamson@fainmajor.com*

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
SARAH H. WILLIAMSON
Georgia Bar No. 421096
*Counsel for Katherine Jimenez and Publix Super Markets, Inc.*