# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OPES CAPITAL FUND I, LP, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>EVOLUTION SPORTS LLC f/k/a )<br>REVOLUTION )<br>SPORTS AGENCY LLC, and )<br>DAMARIUS BILBO, individually, )<br>)<br>   Defendants. ) | Civil Action No. _____ |

## DECLARATION OF LERON E. ROGERS

I, Leron E. Rogers, declare as follows:

1.  I am an attorney for Plaintiff Opes Capital Fund I, LP ("Opes") in the above-styled lawsuit, and have personal knowledge concerning the communications with Defendants Evolution Sports LLC f/k/a Revolution Sports Agency LLC, and Damarius Bilbo (collectively, "Defendants"), the file, records, and allegations in the Complaint.

2.  I was the attorney of record for Opes, as well as the other Plaintiffs, in a previous civil action filed against Defendants in this Court, bearing the Civil Action No. 1:22-cv-03823-TWT.

3. I verify under penalty of perjury that attached to this declaration are true and correct copies of the following documents referenced in the Complaint: Confidential Settlement Agreement and Mutual Release dated May 10, 2023 attached hereto as Exhibit "A"; correspondence sent to Defendants, through counsel, on May 25, 2023 attached hereto as Exhibit "B"; and correspondence sent to Defendants on June 1, 2023 attached hereto as Exhibit "C".

4. I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

**[Signature on Following Page]**

146840700.1

Executed on the 21st day of June, 2023.

_____
Leron E. Rogers

146840700.1