# Exhibit A

# Slip Sheet for Sealed Content

# Opes is Filing This Exhibit, in its Entirety, Provisionally Under Seal