# **Exhibit B**



101 N. Tryon Street
Suite 1300
Charlotte, NC  28246
Tel 704.384.2600  Fax 704.384.2800
www.foxrothschild.com

JON HEYL
Direct No: 704 384 2625
Email: JHeyl@Foxrothschild com

May 25, 2023

**Via Federal Express and email (christomlinson@mvalaw.com)**
Chris Tomlinson, Esq.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003

> Re:   Confidential Settlement Agreement and Mutual Release dated May 10, 2023
> among the parties to Civil Action No. 1:22-cv-03823-TWT (N.D. Ga. 2022)
> ("**Agreement**")

Dear Chris:

Pursuant to the above-referenced Agreement,

The failure of Evolution and Mr. Bilbo to

Pursuant to Paragraph 2 of the Agreement,

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington
146161726.1


Fox Rothschild LLP
ATTORNEYS AT LAW

Chris Tomlinson, Esq.
May 25, 2023
Page 2

Moreover, ██████████████████████████████████████████████
████████████████████████████████████████████████████████.
Pursuant to O.C.G.A. § 13-1-11, you are hereby notified that my clients' demand for payment of attorney fees ████████████████████████████████ shall be enforced. If ████████████████████████████████████████ before the expiration of ten (10) days from the date you receive this notice on behalf of Evolution and Mr. Bilbo, then the obligation to pay attorney fees is void. If ████████████████████████████ within the ten-day period, then Evolution and Mr. Bilbo's obligation to pay attorney fees shall be enforced as provided by law ████████████████████████.

We have not sent this communication directly to Evolution and Mr. Bilbo ███████████ ███████████████████████████████ as it is our understanding that you are still actively representing Mr. Bilbo and Evolution in this matter and we, as counsel, thus refrain from directly contacting a person or entity we know to be actively represented.  We assume you accept this notice on behalf of your clients and will provide this communication to them; if that is not accurate, please promptly advise us accordingly and provide your express consent for us to contact Evolution and Mr. Bilbo directly.

Please call if you have any questions or if you would like to discuss.

Very truly yours,

FOX ROTHSCHILD LLP

Jonathan P. Heyl

JPH/jb

cc:    Joe Piligian, Esq. (via email)
       Kevin Maxim, Esq. (via email)

2