# Exhibit C



**Fox Rothschild** LLP
ATTORNEYS AT LAW

101 N. Tryon Street
Suite 1300
Charlotte, NC 28246
Tel 704.384.2600 Fax 704.384.2800
www.foxrothschild.com

JON HEYL
Direct No: 704 384 2625
Email: JHeyl@Foxrothschild.com

June 1, 2023

**Via Federal Express and email** (christomlinson@mvalaw.com)
Chris Tomlinson, Esq.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003

    Re:    Confidential Settlement Agreement and Mutual Release dated May 10, 2023 among the parties to Civil Action No. 1:22-cv-03823-TWT (N.D. Ga. 2022) ("**Agreement**")

Dear Chris:

    This letter follows up my ▓▓▓▓▓▓▓ letter of May 25, 2023 ("May 25 Letter"), providing notice that pursuant to the above-referenced Agreement, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The May 25 Letter further provided notice that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The May 25 Letter also provided notice of my clients' intent to pursue attorney fees pursuant to ▓▓▓▓▓▓▓ Georgia law. ▓▓▓▓▓▓▓

    My clients have advised me that Opes received a wire payment from Evolution and/or Mr. Bilbo yesterday in the amount of ▓▓▓▓▓▓▓ My clients have retained this ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington

146314473.1



Chris Tomlinson, Esq.
June 1, 2023
Page 2

████████████████████████████████████████ This will not change unless my clients and Evolution and Mr. Bilbo reach a written agreement to amend the Agreement.

Specifically, my clients hereby reserve all rights and remedies provided in the Agreement, including but not limited to: ████████████████████████████████████████████████████████████████████████████████████████████████████████████ In addition, my clients will seek to recover their reasonable attorney fees, as provided by ████ Georgia law.

We have not sent this communication directly to Evolution and Mr. Bilbo ████████████████████████████████ as it is our understanding that you are still actively representing Mr. Bilbo and Evolution in this matter and we, as counsel, thus refrain from directly contacting a person or entity we know to be actively represented. We assume you accept this notice on behalf of your clients and will provide this communication to them; if that is not accurate, please promptly advise us accordingly and provide your express consent for us to contact Evolution and Mr. Bilbo directly.

This letter shall constitute continuing notice to you that my clients will enforce all provisions of the Agreement ████████████████████████████████.

Please call if you have any questions or if you would like to discuss.

Very truly yours,

FOX ROTHSCHILD LLP

*/s/ Jonathan P. Heyl*

Jonathan P. Heyl

JPH/jb

cc:   Joe Piligian, Esq. (via email)