AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| OGHENETEGA C. EDEWOR<br>& OTTO STUDIEMYER, III<br><br>*Plaintiff(s)*<br>v.<br>UR MENDOZA JADDOU, Director of U.S. Citizenship and Immigration Services, and JERRY L. ADDISON, Acting Director of Atlanta Field Office of U.S. Citizenship and Immigration Services<br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jerry L. Addison
Acting Director of USCIS Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Lunel
The Fogle Law Firm, LLC
55 Ivan Allen Jr. Blvd.
Atlanta, GA 30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jerry L. Addison Acting Director of USCIS Atlanta Field Office

was received by me on *(date)*              .

☐ I personally served the summons on the individual at *(place)*

on *(date)*              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*              , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*              , who is designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*              ; or

☐ I returned the summons unexecuted because              ; or

☐ Other *(specify)*:

My fees are $              for travel and $              for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

DAVID LUNEL, ATTORNEY
*Printed name and title*

The Fogle Law Firm, LLC
55 Ivan Allen Jr. Blvd., Suite 830
Atlanta, GA 30308
*Server's address*

Additional information regarding attempted service, etc: