# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MAINSTREET SOUTHSIDE
CENTER, LTD,

    Plaintiff,

v.                                                            Civil Action No: _____

RIVERSIDE ABSTRACT, LLC,

    Defendant.

## NOTICE OF INTENT TO RETAIN LOCAL COUNSEL

**COMES NOW**, Defendant, Riverside Abstract, LLC ("Riverside"), by and through undersigned counsel of record, and notifies this Court of its intent to promptly retain an active member in good standing of the State Bar of Georgia and the Bar of the Northern District of Georgia, and who maintains an office in the Northern District of Georgia, as Local Counsel in this case.

Riverside has already identified and engaged such qualified Local Counsel and, pending an approved conflicts check, Local Counsel will file a Notice of Appearance on behalf of Riverside with this Court.

A dispute presently exists between Riverside and the Plaintiff Mainstreet Southside Center, Ltd. ("Mainstreet") concerning the sufficiency of service of

process and the date upon which Riverside received Mainstreet's State Court Summons and Complaint. Taking the date most favorable to Mainstreet, service would have been accomplished on May 22, 2023. Under 28 U.S.C. §§ 1446 (b)(1), Riverside's Removal must then be filed no later than thirty (30) days thereafter – or June 21, 2023. Taking the date most favorable to Riverside, service would not have been accomplished until Riverside's actual receipt of Mainstreet's State Court Summons and Complaint on June 20, 2023, setting Riverside's Removal deadline on July 19, 2023.

Because the provisions of 28 U.S.C. §§ 1446 are strictly construed, Riverside has effectuated its Removal now by and through its national litigation counsel; however, in so doing, Riverside has not yet finalized its retention of Local Counsel. Riverside expects Local Counsel to be fully retained and a Notice of Appearance by Local Counsel filed within 48-hours.

DATED this 21st day of June 2023.

          Respectfully submitted,

          **GLANKLER BROWN, PLLC**

          By: /s/ S. Joshua Kahane
               S. Joshua Kahane  (TN #23726) *
                        (AR # 2021046)
                        (MS #102085)
                        (NJ # 371162021)
                        (NY #822883)
                        (TX #24094087)

        (DC# 1742963)
        (OH #101731)
Aubrey B. Greer (TN #356136) *
6000 Poplar Ave., Suite 400
Memphis, Tennessee 38119
Phone: (901) 525-1322
Fax: (901) 525-2389
jkahane@glankler.com
agreer@glankler.com

\* Applications for admission *pro hac* forthcoming

*Attorneys for Defendant*
*Riverside Abstract, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties by operation of the Court's ECF system and/or United States Mail, postage prepaid:

Gregory M. Taube, Esq.
Nelson Mullins Riley & Scarborough LLP
201 17th Street, N.W.
Suite 1700
Atlanta, Georgia 30363
greg.taube@nelsonmullins.com

      /s/ S. Joshua Kahane

3