UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THY THI LE NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | Civ. No.<br><br>COMPLAINT TO COMPEL AGENCY ACTION UNDER 28 U.S.C § 1361 AND 5 U.S.C. §§ 555(b), 701(1), AND FOR A WRIT OF MANDAMUS TO COMPEL DEFENDANT'S ACTION ON APPROVED FORM I-824, APPLICATION FOR ACTIONI ON AN APPROVED APPLICATION OR PETITION<br><br>Agency No. A219 583 064 |

## LIST OF EXHIBITS

Exhibit A      Copy of Plaintiff's green card; and

Exhibit B      Copy of the Approval notice for Form I-824.

Respectfully submitted this 22nd day of June, 2023,

/s/
Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*