# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION
DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| Receipt Number | | Case Type |
|---|---|---|
| SRC2290062118 | | I824 - APPLICATION FOR ACTION ON AN APPROVED APPLICATION OR PETITION |
| Received Date 01/07/2022 | Priority Date | Petitioner  A219 265 629 NGUYEN, THY THI LE |
| Notice Date 09/13/2022 | Page 1 of 1 | Beneficiary  A219 265 629 NGUYEN, THY THI LE |

THY THI LE NGUYEN

Notice Type: Approval Notice
Class: EW8
Valid from 11/18/2021 to 11/18/2031
Section: I am requesting that a U.S. Consulate be notified

The above application has been approved. We have notified the consulate listed above that the applicant's status has been adjusted to that of a lawful permanent resident.

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 (REV. 08/01/16)