IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SANDERS EXPRESS LOGISTICS AND MILAGRO SANDERS, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO: _____ |
| PROGERSSIVE MOUNTAIN INSURANCE, | ) ) | |
| | ) | |
| Defendants. | ) | |

## PETITION FOR REMOVAL

TO:      The Judges of the United States District Court, Northern District of
Georgia

1. A civil action has been brought against the Petitioner which is now pending
   in the Superior Court of Gwinnett County, State of Georgia, by the above-
   named Plaintiffs, said action being designated as Civil Action No. 23-A-
   04342-5.  In the within suit, Plaintiffs seek to recover from Defendant a sum
   in excess of $75,000.00 exclusive of interests and costs and claims federal
   claims under the US Constitution.

2. The Plaintiffs are now, was at the time of the commencement of this action,
   and at all times since has been a citizen and resident of the State of Georgia.

3. Defendant Progressive Mountain Insurance is at the time of the
   commencement of this action, and at all times since has been a citizen and

resident of the State of Ohio with their principal address at 6300 Wilson

Mills Road, Mayfield Village, Ohio 44143.

4. This action was filed with the Superior Court of Gwinnett County on May

19, 2023.   (*See* Plaintiff's Complaint, Exhibit A).   Defendant was not

properly served, but received notice of the Complaint on May 24, 2023. (See

Service of Process Transmittal Summary, Exhibit B).

5. The Plaintiff's *Complaint for Damages* seeks in excess of $700,000,000,000

(Seven Hundred Billion dollars in damages) which consists of a claim of

$310,863 for lost property, $100,000 in late fees and interest, $3,500,000 in

lost revenue, and $700,000,000,000 in bad faith damages.

6. The Complaint also raises federal causes of action as it makes claims under a

violation of Plaintiff's First and Fourth Amendments to the Constitution.

7. Attached hereto are copies of the following pleadings and other filings in the

within action, which was initially filed in the Superior Court of Gwinnett

County (Civil Action No. 23-A-04342-5)

Exhibit A: Complaint

8. Now, within thirty (30) days following notice of this lawsuit, Defendant has

filed the within Petition for Removal to this Honorable Court.

9. This Honorable Court has federal diversity jurisdiction under 28 U.S.C.

1332, in that it is a civil action wherein the amount in controversy exceeds

seventy-five thousand dollars ($75,000), exclusive of interest and cost, and there is diversity of citizenship between the parties.

10. This Honorable Court further has jurisdiction under 28 U.S.C. 1331 and is one which may be removed to this Court pursuant to 28 U.S.C. 1441(a) and (b) in that it is a civil action arising under the Constitution and laws of the United States.

11. As between the Plaintiffs and Defendant there exists complete diversity of citizenship under 28 U.S.C. 1332(a).

12. This Court has jurisdiction over the federal claims, and jurisdiction over the state law claims due to supplemental jurisdiction and diversity jurisdiction as all the claims arise out of the same facts and circumstances such that they form part of the same case or controversy.

13. Defendant certifies that he has given notice of filing this notice to plaintiff and has filed a written notice with the Clerk of the Superior Court of Gwinnett County, a copy of which is included in Exhibit C.

14. The undersigned have read this notice, and to the best of their knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by exiting law, and is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the costs of litigation.

WHEREFORE, Defendant files this Petition for Removal of said cause to this Honorable Court.

Respectfully submitted, this 22nd of June, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*

_____

One Premier Plaza                    ROBYN M. ROTH
5605 Glenridge Drive NE              Georgia Bar No. 153025
Suite 900                            Counsel for Defendant
Atlanta, GA  30342
(404) 688-6633
rroth@fainmajor.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SANDERS EXPRESS LOGISTICS AND MILAGRO SANDERS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO: _____ |
| PROGERSSIVE MOUNTAIN INSURANCE, | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing ***Petition for Removal*** with the Clerk of Court using *CM/ECF* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Milagro Sanders
1399 Herrington Road
Unit 5106
Lawrenceville, GA 30044
sandersexpress@gmail.com

Respectfully submitted, this 22nd of June, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*

_____

| | |
|---|---|
| One Premier Plaza | ROBYN M. ROTH |
| 5605 Glenridge Drive NE | Georgia Bar No. 153025 |
| Suite 900 | Counsel for Defendant |

Atlanta, GA  30342
(404) 688-6633
rroth@fainmajor.com