IN THE SUPERIOR COURT OF GWINNETT COUNTY STATE OF GEORGIA

Case 1:23-cv-09999-UNA   Document 2014-2   Filed 06/22/23   Page 1 of 5

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-04342-5
5/19/2023 3:05 PM
TIANA P. GARNER, CLERK

## GWINNETT COUNTY SUPERIOR COURT

### COMPLAINT

***SANDERS EXPRESS LOGISTICS MILAGRO SANDERS VS PROGRESSIVE MOUNTAIN INSURANCE***

SANDERS EXPRESS LOGISTICS LLC HAD PROPERTY LOSS ON NOVEMBER 22, 2022. CONTACTED NORTH CAROLINA POLICE DEPT FILED REPORT. THEN FILED CLAIM WITH PROGRESSIVE INSURANCE. THEY TOOK 160 DAYS TO INVESTIGATE CLAIM. FAR PAST 60 DAYS GEORGIA LAW GIVES TO INVESTIGATE.

I ISSUED CERTIFED DEMAND TO PAY LETTER THEN PROGRESSIVE DECIDED TO DENY CLAIM FEW DAYS AFTER. CLEAR SIGN THEY HAD NO INTENTION TO PAY CLAIM. PROGRESSIVE HAS COMMITTED INSURANCE BAD FAITH. 2005 VOLVO STILL HASN'T BEEN RECOVERED TO DATE. I HAVE RECEIVED NO COMPENSATION FROM PROGRESSIVE NOT EVEN A RENTAL.

DURING INVESTIGATION PROGRESSSIVE TACTICS TOWARDS ME WERE EXTREMELY UNPLEASANT. PROGRESSIVE WORKS ONLY IN THE BEST INTEREST OF THEIR PROFITS INTEAD OF THE WELL BEING OF THE CUSTOMERS THAT PROVIDE THEIR REVENUE.

THIS HAS CAUSED ME TO LOSE 160 DAYS LOST BUSINESS REVENUE AND COUNTING. AND SEVERE DAMAGE TO BUSINESS AND PERSONAL FINANCIAL BURDEN FACEING BANKRUPCY AND EVICTION.

PROGRESSIVE HAS COMMITED INSURANCE BAD FAITH BEEN NEGLIGENT PERFORMED DISCRIMANTION AGAINST MINORITY BUSINESS OWNER HARRASMENT TACTICS DEFAMATION FALSE ALLEGATIONS EXTORTION ALSO DURESS COERCION TACTICS AGAINST ME THE POLICY HOLDER.

VIOLATED MY CONSTITUTIONAL RIGHTS TO FIRST AND FOURTH AMENDMENT PROHIBITING ME FROM EXERCISING MY FREEDOM TO RELIGION AND UNLAWFUL SEARCH OF PERSON PAPERS INFORMATION AND RIGHT TO PRIVACY.

I WAS FORCED TO SIGN DOCUMENTS UNDERS DURESS. PROGRESSIVE DID NOT HAVE ANY PERMISSION FROM ME TO LOOK UP PERSONAL INFORMATION OR CRIMINAL BACKGROUND HAD NOTHING TO DO WITH CLAIM. SHARED MY INFORMATION WIT COUNTLESS INDIVIDUALS WITHOUT MY PERMISSION DEFAMATION OF CHARACTER.

IT IS MY RIGHTS TO BE SECURE IN THEIR PERSONS HOUSES PAPERS EFFECTS AGAINST UNREASONABLE SEARCHES AMD SEIZURES SHALL NOT BE VIOLATED.

PROGRESSIVE NEVER PRESENTED POLICY WHEN COVERAGE WAS BOUND NOR DID I SIGN POLICY WITH MAKES CONTRACT VOID. I HAD TO REQUEST POLICY FROM CUSTOMER SERVCE FOUR MONTHS AFTER CLAIM. BUT WAS FORCED TO ABIDE BY POLICY. POLICY IS A COMPLETE VIOLATION TO CONSTITUTIONAL RIGHTS TO ALL POLICY HOLDERS AND IM SURE THIS IS WHY ITS NOT REQUIRED TO SIGN IN BEGINNING. WHEN CLAIM ARISE, PROGRESSIVE CAN USE MANY UNLAWFUL TACTICS TO STRICK DOWN PAYING ANY LEGITIMATE CLAIM.

ALSO, PROGRESSIVE CAUSED MY CURRENT PROVIDER CANAL INSURANCE TO CANCEL INSURANCE WITH THEIR TACTICS DURING INVESTIGATION (~70 days into Investigation)

PROGRESSIVE CALLED FOR EUO WHICH I ATTENDED UNDER DURESS AND ANSWERED ALL QUESTIONS TRUTHFULLY TO BEST OF MY ABILITY EVEN THOUGHT AGAIST MY WILL. PROGRESSIVE USED DISCRIMINATION DEFAMATION QUESTIONS IMPLYING I STOLE MY OWN VECHILE OR I KNOWN WHO DID BOTH DURING EUO AND DURING INVESTIGATION.

EUO QUESTIONS IMPLYED FALSE ALLEGATION REFERENCES AND VIOLATION OF FOURTH AMENDMENT RIGHT TO PRIVACY

EUO VIOLATION OF FIRST AMENDMENT FREEDOM OF EXPRESSION OF RELIGIOUS PRACTICES EUO FELT LIKE HUMILIATION RITUAL

POLICY STATES IN EVENT OF LOSS PROGRESSIVE WILL PAY FOR LOSS. VIOLATION OF CONTRACT. THIS TACTIC HAS BEEN DONE TO COUNTLESS MINORITY OWNERS.

PROGRESSIVE Suggested to ME FIFTY THOUSAND SURE THEY WOULD HAVE PAID IT JUST TO GET RID OF ME. POLICY WAS WRITTEN FOR TWO HUNDERED NINETY-THREE THOUSAND US DOLLARS. FIFTY THOUSAND WILL NOT BE ACCEPTED.

**THE RELIEF SOUGHT**

1) $310,863 + 100,000 LATE FEE & INTEREST (PROPERTY LOST)  Four Hundred Ten Thousand Eight Sixty Three
2) $3,500,000 (LOST REVENUE)  Three Million Five Hundred Thousand
3) $700,000,000,000 (INSURANCE BAD FAITH NEGLIGENT DISCRIMINATION HARRASSMENT DEFAMATION FALSE ALLEGATIONS EXTORTION DURESS COERCION TACTICS AGAINST POLICY HOLDER VIOLATION OF CONSTITUTIONAL RIGHTS AMENDMENT ONE AND FOUR VIOLATION OF CONTRACT)  (EVIDENCE Attached)  700 billion  Seven Hundred Billion

**JURY TRIAL DEMANDED**

Sanders Express Logistics, LLC
SIGNATURE  MILAGRO ANTONIO SANDERS

ADDRESS: 1399 HERRINGTON RD UNIT 5106 LAWRENCVIILLE GA 30044

EMAIL: SANDERSEXPRESSGMAIL.COM

PHONE: 504 258-4127

PROGRESSIVE CLAIMS
747 ALPHA DRIVE
HIGHLAND HEIGHTS, OH 44143

**PROGRESSIVE**®

Case 1:23-mi-99999-UNA   Document 2014-2   Filed 06/22/23

Underwritten By:
Progressive Mountain Insurance Company

| | |
|---|---|
| Claim Number: | 22-5745085 |
| Loss Date: | November 22, 2022 |
| Loss State: | NC |
| Document Date: | May 5, 2023 |
| Page 1 of 3 | |

Sanders Express Logistics, LLC
Attention: Milagro Sanders
PO Box 570385
Atlanta, GA 30357

claims.progressive.com
Track the status and details of your claim, e-mail your representative or report a new claim.

## Claim Information

Dear Mr. Sanders:

This letter is in reference to our prior correspondence dated December 20, 2022, and also in response to your correspondence dated May 4, 2023, where you requested payment in the full amount of $310,863.00 by June 4, 2023.

The investigation of the above-referenced claim is complete. This claim was reported to Progressive Mountain Insurance Company (hereinafter referred to as "Progressive") by you on November 27, 2022. This letter is to advise you that due to the facts of loss and the applicable policy language, Progressive is unable to afford coverage for all, or part, of this loss.

The facts of loss as revealed by the investigation indicate on November 22, 2022, you were operating the 2005 Volvo VIN: 4V4NC9TGX5N350034 and parked the tractor on the side of I-85 in Warrenton, North Carolina in order to travel to Virginia to transport another load. Later, you reported that the 2005 Volvo was missing from that location. During the course of the investigation, including the examination under oath (hereinafter referred to as "EUO"), it was determined there was misrepresentation of facts at the time of application as well as misrepresentation of facts during the claims investigation.

At the EUO, you refused to be sworn in or affirm to testify to the truth of the matters involved in this claims investigation and advised that there were no prior losses/claims on the 2005 Volvo and no major repairs; and further advised Progressive that the mileage on the Volvo was 55,950. However, our claims investigation determined there were prior claims including major repairs and that the Volvo had actually in excess of 1 million miles on the unit.

Progressive issued commercial auto policy # 963210805-0 (Form 6912/Edition 02/19) amended by the Georgia Amendatory Endorsement (Form 4881/Edition 02/19) to Sanders Express Logistics, LLC for the policy period November 7, 2022 to November 7, 2023. The policy states in part:

DUTIES IN THE EVENT OF AN ACCIDENT OR LOSS

For coverage to apply under this policy, you or the person seeking coverage must report each accident or loss as soon as possible after the accident or loss, even if you or the person seeking coverage is not at fault. Refer to your policy documents for the claims phone number.

You or the person seeking coverage must provide us with all accident or loss information, including time, place, and how the accident or loss happened. You or the person seeking coverage must also obtain and provide us the names and addresses of all persons involved in the accident or loss, the names and addresses of any witnesses, and the license plate numbers of the vehicles involved.

If you or the person seeking coverage cannot identify the owner or operator of a vehicle involved in the accident, or if theft or vandalism has occurred, you or the person seeking coverage must notify the police within 24 hours or as soon as practicable. However, for purposes of uninsured motorist coverage when the owner or operator of a vehicle involved in the accident cannot be identified, you or the person seeking coverage must notify the police no more than 30 days after the accident.

A person seeking coverage must:

1. cooperate with us in any matter concerning a claim or lawsuit;


Continued

Exhibit A

Claim number:   22-5745085
Page 2 of 3

2. provide any written proof of loss we may reasonably require;

3. allow us to take signed and recorded statements, including sworn statements and examinations under oath, which we may conduct outside the presence of you, a relative, or any person claiming coverage, and answer all reasonable questions we may ask as often as we may reasonably require;

4. promptly call us to notify us about any claim or lawsuit and send us any and all legal papers relating to any claim or lawsuit;

5. attend hearings and trials as we require;

6. submit to medical examinations at our expense by doctors we select as often as we may reasonably require;

7. authorize us to obtain medical and other records;

8. take reasonable steps after a loss to protect the insured auto from further loss. We will pay reasonable expenses incurred in providing that protection. If failure to provide such protection results in further loss, any additional damages will not be covered under this policy;

9. allow us to have the damage to an insured auto or other auto involved in an accident or loss inspected and appraised before its repair or disposal; and

10. authorize us access to your business or personal records as often as we may reasonably require.

...

Finally, we refer you to PART II – DAMAGE TO YOUR AUTO, and the INSURING AGREEMENT for COMPREHENSIVE coverage, which states, in pertinent part:

PART II - DAMAGE TO YOUR AUTO

INSURING AGREEMENT – COMPREHENSIVE COVERAGE

Subject to the Limits of Liability, if you pay the premium for Comprehensive Coverage, we will pay for loss to your insured auto and its permanently attached equipment from any cause other than those covered under Collision Coverage.

Any loss caused by missiles, falling objects, fire, theft, collision with an animal, or accidental glass breakage shall be deemed a Comprehensive loss. However, you have the option of having glass breakage caused by a covered auto's collision or overturn considered a loss under Collision Coverage.

...

GENERAL PROVISIONS

...

11. Fraud or

This policy was issued in reliance upon the information provided on your insurance application. We may void this policy any time, including after the occurrence of an accident or loss, if

1. made incorrect statements or representations to us with regard to any material fact or circumstance

2. concealed or misrepresented any material fact or circumstance; or

3. engaged in fraudulent conduct;

at the time of application. This means that we will not be liable for any claims or damages that would otherwise be covered.

Any changes we make at your request to this policy after inception will be made in reliance upon information you provide. If you:

1. make incorrect statements or representations to us with regard to any material fact or circumstance;

2. conceal or misrepresent any material fact or circumstance; or

3. engage in fraudulent conduct;





Claim number: 22-5745085
Page 3 of 3

in connection with a requested change, we may void the policy or reform it as it existed immediately prior to the requested change. We may do this at any time, including after the occurrence of an accident or loss.

When we have not voided or reformed the policy, we may still deny coverage for an accident or loss if you, in connection with the policy application, or in connection with any requested change, have concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, and that concealment, misrepresentation, or fraudulent conduct was material to a risk we assumed.

We may deny coverage for an accident or loss if you or any other insured knowingly concealed or misrepresented any material fact or circumstance or engaged in fraudulent conduct in connection with the presentation or settlement of a claim. We reserve all rights to indemnity against a person committing fraud or misrepresentation for all payments made and costs incurred.

....

We have completed the coverage investigation and it was determined that the application of insurance was completed with false information, which was relied upon by Progressive. Further, upon questioning at the EUO, which, again you refused to take oath or affirm to tell the truth as required under the Duties in the Event of Accident of Loss you provided false information. This policy will not provide any coverage for the alleged theft of the 2005 Volvo VIN: 4V4NC9TGX5N350034. Based on the misrepresented material information we relied on at the application of the insurance and during the claims investigation Progressive will not be providing coverage for this loss.

Progressive does not waive and specifically reserves any additional rights and defenses it may possess pursuant to the policy and no conduct, act, or representation should be construed to induce reliance to your detriment.

Our coverage decision is based on material information we relied upon on the application of insurance and at inception. If any of the above information is inaccurate, or if you have any information or evidence that you wish for us to take into consideration that might alter this decision, please contact me immediately at (440) 566-4955.

Progressive Mountain Insurance Company

HOLLY L KLEINTOP
Claims Department
1-440-566-4955
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-833-905-1739

Form Z587 (01/08)