

**CT Corporation**
**Service of Process Notification**
05/24/2023
CT Log Number 543930031

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | Martha Patterson<br>Progressive Casualty Insurance Company<br>40 OAK HILL CT<br>NEWNAN, GA 30265-2392 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Progressive Mountain Insurance Company  (Domestic State: OH) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SANDERS EXPRESS LOGISTICS MILAGRO SANDERS vs. PROGRESSIVE MOUNTAIN INSURANCE |
| **DOCUMENT(S) SERVED:** | Summons, Information Sheet, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Gwinnett County Superior Court, GA<br>Case # 23A043425 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 05/24/2023 postmarked on 05/19/2023 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S)/SENDER(S):** | MILAGRO SANDERS<br>SANDERS EXPRESS LOGISTICS LLC<br>1399 HERRINGTON RD UNIT 5106<br>LAWRENCVIILLE, GA 30044<br>504 258-4127 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/25/2023, Expected Purge Date: 05/30/2023<br><br>Image SOP<br><br>Email Notification,  Martha Patterson  martha_a_patterson@progressive.com<br><br>Email Notification,  Renee Baldwin  renee_m_baldwin@progressive.com<br><br>Email Notification,  Jacqueline Bryan  jacqueline_bryan@progressive.com<br><br>Email Notification,  Amanda L Epps  amanda_l_epps@progressive.com<br><br>Email Notification,  CELESTE ANDERSON  celeste_anderson@progressive.com<br><br>Email Notification,  Brad McElroy  brad_mcelroy@progressive.com<br><br>Email Notification,  Claude Brooks  claude_c_brooks@progressive.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>289 S. Culver St. |

**Exhibit B**