IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SANDRES EXPRESS LOGISTICS and MILAGROS SANDERS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.: 23-A-04342-5 |
| v. | ) ) | |
| PROGRESSIVE MOUNTAIN INSURANCE, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:  Milagro Antonio Sanders
     Sanders Express Logistics, LLC
     1399 Herrington Road
     Unit 5106
     Lawrenceville, GA 0044

TO:  The Clerk of the Superior Court of Gwinnett County

PLEASE TAKE NOTICE that the undersigned has filed in the United States District Court for the Northern District of Georgia, Atlanta Division, the attached Petition for Removal, and copy of the pleadings filed in the Superior Court of Gwinnett County, Georgia, the same having been assigned Civil Action Number _____.

By virtue of law, the aforesaid case is now removed and further proceedings in the Superior Court of Gwinnett County are stayed.

Respectfully submitted, this 22nd day of June, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*

One Premier Plaza                    ROBYN ROTH
5605 Glenridge Drive NE              Georgia Bar No. 153025
Suite 900                            *Counsel for Defendant*
Atlanta, GA 30342
(404) 688-6633
rroth@fainmajor.com

**Exhibit C**

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SANDRES EXPRESS LOGISTICS and MILAGROS SANDERS, | ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: 23-A-04342-5 |
| v. | ) ) | |
| PROGRESSIVE MOUNTAIN INSURANCE, | ) ) ) | |
| Defendant. | ) ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *Notice of Filing Notice of Removal.* with the Clerk of Court using *Odyssey eFileGA* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Milagro Sanders
1399 Herrington Road
Unit 5106
Lawrenceville, GA 30044
sandersexpress@gmail.com

Respectfully submitted, this 22nd day of June, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*
ROBYN ROTH
Georgia Bar No. 153025
*Counsel for Defendant*

One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA  30342
(404) 688-6633
rroth@fainmajor.com

Exhibit C