UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEREMY SMITH,<br><br>      Plaintiff,<br><br>v.<br><br>ACS TRANSPORT, LLC, DRIVE NEW JERSEY INSURANCE COMPANY, and KASAP ZEKERIYA,<br><br>      Defendants. | Civil Action File No.:<br><br>_____ |

### DEFENDANT DRIVE NEW JERSEY INSURANCE COMPANY'S RENEWED NOTICE OF REMOVAL

COMES NOW DRIVE NEW JERSEY INSURANCE COMPANY ("Defendant" or "Drive New Jersey"), Defendant in the above-styled civil action and, pursuant to 28 U.S.C. § 1446, hereby remove this action now pending in the State Court of Cherokee County, State of Georgia, Case No. 22SCE0739, styled *Jeremy Smith v. ACS Transport, LLC, Drive New Jersey Insurance Company, and Kasap Zekeriya*, wherein Plaintiff demands judgment against Defendants, including Drive New Jersey.

In support of this Renewed Notice of Removal, Defendant has filed contemporaneously herewith its Brief in Support of Removal and accompanying

Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, Drive New Jersey respectfully submits this matter to this Court's jurisdiction.

This the 22nd day of June, 2023.

                               MOSELEY MARCINAK LAW GROUP, LLP

                               */s/ Blair J. Cash*
                               Blair J. Cash, Esq.
                               Georgia Bar No. 360457
                               blair.cash@momarlaw.com
                               Donavan K. Eason
                               Georgia Bar No. 487358
                               donavan.eason@momarlaw.com
                               *Attorneys for Defendant Drive New Jersey Insurance Company*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1(C). Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents.

                                MOSELEY MARCINAK LAW GROUP, LLP

                                */s/ Blair J. Cash*
                                Blair J. Cash, Esq.
                                Georgia Bar No. 360457
                                blair.cash@momarlaw.com
                                Donavan K. Eason
                                Georgia Bar No. 487358
                                donavan.eason@momarlaw.com
                                *Attorneys for Defendant Drive New Jersey Insurance Company*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

852333

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by e-filing the same with the Court's CM-ECF system, e-mail, and/or U.S. Mail addressed to counsel of record as follows:

Donald W. Singleton
Singleton Law Firm, LLC
8425 Dunwoody Place
Atlanta, Georgia 30350
don@dwsingletonlaw.com

Jennifer Pridgeon
Margaret Manns
Lueder, Larkin & Hunter, LLC
3535 Piedmont Road, NE
Building 14, Suite 205
Atlanta, Georgia 30305
jpridgeon@luederlaw.com
mmanns@luederlaw.com

Megan L. Prince-Miller
Melissa Roth
Law Office of McLaughlin & Ream
P.O. Box 7127
London, Kentucky 40742
Melissa.Roth@libertymutual.com
mclaughlinelectronicmail@libertymutual.com

This the 22nd day of June, 2023.

                              MOSELEY MARCINAK LAW GROUP, LLP

                              */s/ Blair J. Cash*
                              Blair J. Cash, Esq.
                              Georgia Bar No. 360457
                              blair.cash@momarlaw.com
                              Donavan K. Eason
                              Georgia Bar No. 487358
                              donavan.eason@momarlaw.com
                              *Attorneys for Defendant Drive New Jersey*

*Insurance Company*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)