# EXHIBIT B

**Blair Cash**



**From:** Don Singleton <don@dwsingletonlaw.com>
**Sent:** Thursday, June 1, 2023 2:48 PM
**To:** Jenelle Khaleel <Jenelle_Khaleel@progressive.com>; Lisa Neely <lisa@dwsingletonlaw.com>
**Subject:** [EXTERNAL] RE: Progressive Claim #22-3121847 RE: Jeremy Smith

$125,000 from you and $25,000 from Liberty Mutual.


Donald W. Singleton
Singleton Law Firm, LLC
8425 Dunwoody Place, Bldg. 7
Atlanta, Georgia 30350
770-889-6010
Fax 888-314-6165
www.AtlantaInjuryCounsel.com

**From:** Jenelle Khaleel <Jenelle_Khaleel@progressive.com>
**Sent:** Thursday, June 1, 2023 2:13 PM
**To:** Don Singleton <don@dwsingletonlaw.com>
**Subject:** RE: Progressive Claim #22-3121847 RE: Jeremy Smith

Do you have a demand?

Thanks

**From:** Don Singleton <don@dwsingletonlaw.com>
**Sent:** Thursday, June 1, 2023 1:25 PM
**To:** Jenelle Khaleel <Jenelle_Khaleel@progressive.com>; Lisa Neely <lisa@dwsingletonlaw.com>
**Subject:** [EXTERNAL] RE: Progressive Claim #22-3121847 RE: Jeremy Smith

Thank you, Janelle. We reject your offer.

1

Donald W. Singleton
Singleton Law Firm, LLC
8425 Dunwoody Place, Bldg. 7
Atlanta, Georgia 30350
770-889-6010
Fax 888-314-6165
www.AtlantaInjuryCounsel.com

---

**From:** Lisa Neely <lisa@dwsingletonlaw.com>
**Sent:** Thursday, June 1, 2023 12:53 PM
**To:** Don Singleton <don@dwsingletonlaw.com>
**Subject:** FW: Progressive Claim #22-3121847 RE: Jeremy Smith

Progressive's offer in Jeremy Smith's case.

Lisa Neely
Paralegal to Donald W. Singleton, Esq.
**SINGLETON LAW FIRM, LLC**
8425 Dunwoody Pl.
Atlanta, GA  30350
T:  (770) 889-6010
F:  (888) 314-6165

---

**From:** Jenelle Khaleel <Jenelle_Khaleel@progressive.com>
**Sent:** Friday, May 19, 2023 1:24 PM
**To:** Lisa Neely <lisa@dwsingletonlaw.com>
**Subject:** Progressive Claim #22-3121847 RE: Jeremy Smith

Attached is our offer. If we are unable to settle, defense counsel will be filing the motion for SJ.

Thanks



Jenelle Khaleel
Commercial Lines
Direct: 440-620-1149
Fax: 833-905-1738
747 Alpha Drive
Highland Heights, OH 44143

\*\* Please be advised any time sensitive request including but not limited to demands must be sent via fax or US Postal mail \*\*

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

3