# EXHIBIT D

EX-21 27 dex21.htm SUBSIDIARIES OF THE PROGRESSIVE CORPORATION

**Exhibit 21**

SUBSIDIARIES OF THE PROGRESSIVE CORPORATION

| Name of Subsidiary | Jurisdiction of Incorporation |
|---|---|
| Drive Insurance Holdings, Inc. | Delaware |
|     Drive New Jersey Insurance Company | New Jersey |
|     Progressive American Insurance Company | Florida |
|     Progressive Bayside Insurance Company | Florida |
|     Progressive Casualty Insurance Company | Ohio |
|         PC Investment Company | Delaware |
|         Progressive Gulf Insurance Company | Ohio |
|         Progressive Specialty Insurance Company | Ohio |
|             Trussville/Cahaba, AL, LLC | Ohio |
|     Progressive Classic Insurance Company | Wisconsin |
|     Progressive DLP Corp. | Ohio |
|     Progressive Hawaii Insurance Corp. | Ohio |
|     Progressive Michigan Insurance Company | Michigan |
|     Progressive Mountain Insurance Company | Ohio |
|     Progressive Northern Insurance Company | Wisconsin |
|     Progressive Northwestern Insurance Company | Ohio |
|     Progressive Preferred Insurance Company | Ohio |
|     Progressive Security Insurance Company | Louisiana |
|     Progressive Southeastern Insurance Company | Indiana |
|     Progressive West Insurance Company | Ohio |
| Garden Sun Insurance Services, Inc. | Hawaii |
| Pacific Motor Club | California |
| Progny Agency, Inc. | New York |
| Progressive Adjusting Company, Inc. | Ohio |
| Progressive Capital Management Corp. | New York |
| Progressive Commercial Holdings, Inc. | Delaware |
|     Artisan and Truckers Casualty Company | Wisconsin |
|     National Continental Insurance Company | New York |
|     Progressive Express Insurance Company | Florida |
|     United Financial Casualty Company | Ohio |
|         Progressive Commercial Casualty Company | Ohio |

| Name of Subsidiary (con't) | Jurisdiction of Incorporation |
|---|---|
| Progressive Direct Holdings, Inc. | Delaware |
|     Progressive Advanced Insurance Company | Ohio |
|     Mountain Laurel Assurance Company | Ohio |
|     Progressive Auto Pro Insurance Agency, Inc. | Florida |
|     Progressive Choice Insurance Company | Ohio |
|     Progressive Direct Insurance Company | Ohio |
|         Gadsden, AL, LLC | Ohio |
|     Progressive Freedom Insurance Company | New Jersey |
|     Progressive Garden State Insurance Company | New Jersey |
|     Progressive Marathon Insurance Company | Michigan |
|     Progressive Max Insurance Company | Ohio |
|     Progressive Paloverde Insurance Company | Indiana |
|     Progressive Premier Insurance Company of Illinois | Ohio |
|     Progressive Select Insurance Company | Florida |
|     Progressive Specialty Insurance Agency, Inc. | Ohio |
|     Progressive Universal Insurance Company | Wisconsin |
| Progressive Investment Company, Inc. | Delaware |
| Progressive Premium Budget, Inc. | Ohio |
| Progressive RSC, Inc. | Ohio |
| Progressive Vehicle Service Company | Ohio |
| Village Transport Corp. | Delaware |
| Wilson Mills Land Co. | Ohio |

Each subsidiary is wholly owned by its parent.