# EXHIBIT E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEREMY SMITH, | |
| Plaintiff, | Civil Action File No.: |
| v. | _____ |
| ACS TRANSPORT, LLC, DRIVE NEW JERSEY INSURANCE COMPANY, and KASAP ZEKERIYA, | |
| Defendants. | |

## DEFENDANTS' CONSENT TO REMOVAL

COME NOW ACS TRANSPORT, LLC and ZEKERIYA KASAP improperly named "KASAP ZEKERIYA" (collectively hereinafter "Defendants") and hereby consent to the removal of the matter of Jeremy Smith v. ACS Transport, LLC, et al, State Court of Cherokee County, Civil Action File No. 22SCE0739, to this Honorable Court.

[DATE AND SIGNATURE ON FOLLOWING PAGE]

This the 22nd day of June, 2023.

MOSELEY MARCINAK LAW GROUP, LLP


*/s/ Blair J. Cash*
Blair J. Cash
Georgia Bar No. 360457
blair.cash@momarlaw.com
Donavan K. Eason
Georgia Bar No. 487358
donavan.eason@momarlaw.com
*Attorneys for Defendant Drive New Jersey Insurance Company*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)


LUEDER, LARKIN & HUNTER, LLC

*/s/ Jennifer L. Pridgeon**
Jennifer L. Pridgeon
Georgia Bar No. 434428
jpridgeon@luederlaw.com
*Attorneys for Defendant ACS Transport, LLC
(*Signed by Blair J. Cash with express permission)*

LUEDER, LARKIN & HUNTER, LLC
3535 Piedmont Road, NE
Building 14, Suite 205
Atlanta, Georgia 30305
770-854-1044 (Phone & Fax)

LAW OFFICES OF MCLAUGHLIN & REAM

_/s/ Megan L. Prince-Miller*_
Megan L. Prince-Miller
Georgia Bar No. 967512
Melissa Roth[1]
Georgia Bar No. 589815
mclaughlinelectronicmail@libertymutual.com
_Attorneys for Defendant Zekeriya Kasap_
_(*Signed by Blair J. Cash with express_
_permission)_

LAW OFFICES OF MCLAUGHLIN & REAM
P.O. Box 7217
London, Kentucky 40742
770-612-2710

---

[1] Admission to N.D.G.A pending.

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1(C). Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents.

MOSELEY MARCINAK LAW GROUP, LLP

*/s/ Blair J. Cash*
Blair J. Cash, Esq.
Georgia Bar No. 360457
blair.cash@momarlaw.com
Donavan K. Eason
Georgia Bar No. 487358
donavan.eason@momarlaw.com
*Attorneys for Defendant Drive New Jersey Insurance Company*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

852333

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by e-filing the same with the Court's CM-ECF system, e-mail, and/or U.S. Mail addressed to counsel of record as follows:

Donald W. Singleton
Singleton Law Firm, LLC
8425 Dunwoody Place
Atlanta, Georgia 30350
don@dwsingletonlaw.com

Megan L. Prince-Miller
Melissa Roth
Law Office of McLaughlin & Ream
P.O. Box 7127
London, Kentucky 40742
mclauhglinelectronicmail@libertymutual.com

Jennifer Pridgeon
Lueder, Larkin & Hunter, LLC
3535 Piedmont Road, NE
Building 14, Suite 205
Atlanta, Georgia 30305
jpridgeon@luederlaw.com

This the 22nd day of June, 2023.

MOSELEY MARCINAK LAW GROUP, LLP

/s/ Blair J. Cash
Blair J. Cash, Esq.
Georgia Bar No. 360457
blair.cash@momarlaw.com
Donavan K. Eason
Georgia Bar No. 487358
donavan.eason@momarlaw.com
*Attorneys for Defendant Drive New Jersey Insurance Company*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156

{00968273-}                  Page 5 of 6

470-480-7258
470-480-7259 (Fax)