IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BILLY HILL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: |
| | ) |
| RARE HOSPITALITY MANAGEMENT, LLC DBA LONGHORN STEAKHOUSE and JOHN DOES NOS 1-10, whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time but will be added by amendment when ascertained, | ) ) ) ) ) ) ) ) ) |
| | ) |
|    Defendants. | ) |

## **PETITION FOR REMOVAL**

TO:  The Judges of the United States District Court, Northern District of Georgia

The Petition of Defendant RARE HOSPITALITY MANAGEMENT, LLC respectfully shows the Court as follows:

1.

A civil action has been brought against the Petitioner in the State Court of DeKalb County, State of Georgia, by the above-named Plaintiff, said action being designated as Civil Action No. 23A00559 in which Plaintiff is seeking a recovery of

elements and items of damages which in total exceed $75,000.00 exclusive of post-judgment interest and costs. *See* Exhibit 4, Plaintiff's Complaint ¶ 24-26.

2.

The Plaintiff is now, was at the time of the commencement of this action, and at all times since been a citizen and resident of the State of Georgia.

3.

RARE HOSPITALITY MANAGEMENT, LLC is now, and was at the time of the commencement of this lawsuit, and at all times since been a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business in Florida and all of its members reside in Florida. *See* Exhibit 4 at ¶ 1.

4.

Defendant attaches as exhibits the state court record as follows:

Exhibit 1:   The Summons of RARE Hospitality;

Exhibit 2:   The Summons of David Williams;

Exhibit 3:   Case Information Form;

Exhibit 4:   Complaint;

Exhibit 5:   Notice of Leave of Absence;

Exhibit 6:   Motion to Appoint;

Exhibit 7:    Notice of 30(b)(6) Deposition;

Exhibit 8:    Notice of Lawsuit;

Exhibit 9:    5.2 Certificate of Service to David Williams;

Exhibit 10:   5.2 Certificate of Service to RARE Hospitality Management, LLC;

Exhibit 11:   Verification of Plaintiff's Complaint;

Exhibit 12:   Notice of hearing;

Exhibit 13:   Sheriff's Entry of Service for RARE Hospitality Management LLC;

Exhibit 14:   Order Granting Plaintiff's Motion to Appoint Special Process Server;

Exhibit 15:   Motion to Dismiss With Prejudice;

Exhibit 16:   RARE Hospitality Management's Answer and Demand for Jury;

Exhibit 17:   David Williams Special Appearance Answer and Demand for Jury;

Exhibit 18:   Rule 5.2 Certificate of Discovery;

Exhibit 19:   Withdrawal of Motion to Dismiss With Prejudice;

Exhibit 20:   Standing Order;

Exhibit 21:   Sheriff's Entry of Service;

Exhibit 22:   Consent Motion to Dismiss Less than all parties;

Exhibit 23:   Order Granting Withdrawal of Motion to Dismiss;

Exhibit 24:   Order Granting Consent Motion to Dismiss Less Than all Parties;

Exhibit 25:   Notice of Leave of Absence;

Exhibit 26:  Notice of Removal;

5.

This action could not have originally been brought in this Court under 28 U.S.C. § 1332, because the then-extant parties were not completely diverse. Specifically, Plaintiff and David Williams are both citizens of the State of Georgia. However, this action first became removable on May 30, 2023, the date the state court entered an order dismissing David Williams from this action. *See* Exhibit 25. There exists complete diversity among the remaining parties pursuant to 28 U.S.C. § 1332(a).

6.

Now within thirty (30) days after this case first became removable following the dismissal of David Williams, Defendant has filed this Petition for Removal of said action to this Honorable Court. This removal is timely because it is filed within thirty (30) days of May 30, 2023, the date that non-diverse defendant David Williams was dismissed from this action. *See* 28 U.S.C.S. § 1446(b)(3) (". . . if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable").

7.

Pursuant to 28 U.S.C. § 1441, et seq., this action is now removable by reason of diversity of citizenship, there being more than $75,000.00 in controversy, exclusive of interest and costs.

8.

Defendant has simultaneously filed a Notice of Removal in the Superior Court of Lowndes County, State of Georgia. *See* Exhibit 27.

WHEREFORE, RARE HOSPITALITY MANAGEMENT, LLC files this Petition for Removal of said cause to this Court.

Respectfully submitted this 22nd day of June 2023.

                                        Vernis & Bowling of Atlanta, LLC

                                        */s/Kimberly Sheridan*
                                        Kimberly Sheridan, Esq.
                                        Georgia Bar No.: 061028
                                        Michael Becker, Esq.
                                        Georgia Bar No. 529479
                                        *Attorneys for Defendants*

30 Perimeter Park Drive
Suite 200
Atlanta, GA 30341
(404) 846-2001
(404) 846-2002 (Fax)
ksheridan@georgia-law.com
mbecker@georgia-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BILLY HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: |
| ) | |
| RARE HOSPITALITY ) | |
| MANAGEMENT, LLC DBA ) | |
| LONGHORN STEAKHOUSE and ) | |
| JOHN DOES NOS 1-10, whether ) | |
| singular or plural, masculine or ) | |
| feminine, individuals or corporations, ) | |
| who are not known at this time but will ) | |
| be added by amendment when ) | |
| ascertained, | |
| Defendants. | |

_____

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 22, 2023, I electronically filed Petition for Removal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

David Thomas Dorer, Esq.

Respectfully submitted this 22nd day of June, 2023.

                                        Vernis & Bowling of Atlanta, LLC

                                        */s/Kimberly Sheridan*
                                        Kimberly Sheridan, Esq.
                                        Georgia Bar No.: 061028
                                        Michael Becker, Esq.
                                        Georgia Bar No. 529479
                                        *Attorneys for Defendant*

30 Perimeter Park Drive
Suite 200
Atlanta, GA 30341
(404) 846-2001
(404) 846-2002 (Fax)
ksheridan@georgia-law.com
mbecker@georgia-law.com