| | |
|---|---|
| 23A00559<br>No. _____<br><br>Date 2/6/2023 Summons Issued and Filed<br>_____<br>/s/ Monica Gay<br>_____<br>Deputy Clerk<br><br>Deposit Paid $ _____<br><br>[ ]   **ANSWER**<br><br>[ ]   **JURY** | **STATE COURT OF DEKALB COUNTY**<br>**GEORGIA, DEKALB COUNTY**<br><br>**SUMMONS**<br><br>Billy Hill<br>_____<br><br>_____<br>(Plaintiff's name and address)<br><br>vs.<br><br>RARE Hospitality Management, LLC dba Longhorn Steakhouse<br>_____<br>c/o Corporate Creations Network<br>_____<br>2985 Gordy Parkway, 1st Floor, Marietta, Georgia 30066<br>(Defendant's name and address) |

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

David T. Dorer
(Name)
P.O. Box 13, Macon, Georgia 31202
(Address)
478-742-8441   (Phone Number)          934408 (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

---

| Defendant's Attorney | Third Party Attorney |
|---|---|
| Address | Address |
| Phone No.   Georgia Bar No. | Phone No.   Georgia Bar No. |

**TYPE OF SUIT**

| | | |
|---|---|---|
| ☐ Account<br>☐ Contract<br>☐ Note<br>☐ Trover | ☐ Personal Injury<br>☐ Medical Malpractice<br>☐ Legal Malpractice<br>☐ Product Liability<br>☐ Other | Principal  $ _____<br>Interest    $ _____<br>Atty Fees   $ _____ |

☐ Transferred From _____

**(Attach BLUE to Original and WHITE to Service Copy of complaint)**

STATE COURT OF
DEKALB COUNTY, GA.
2/4/2023 12:59 PM
E-FILED
BY: Monica Gay

Exhibit 1