No. 23A00559

Date Suit Issued and Filed: 2/6/2023

/s/ Monica Gay
Deputy Clerk

Deposit Paid $ _____

[ ] **ANSWER**

[ ] **JURY**

## STATE COURT OF DEKALB COUNTY
### GEORGIA, DEKALB COUNTY

**SUMMONS**

Billy Hill
_____
_____
(Plaintiff's name and address)

**vs.**

David Williams
4315 Hugh Powell Road
Tucker, Georgia 30084
(Defendant's name and address)

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

David T. Dorer
(Name)
P.O. Box 13, Macon, Georgia 31202
(Address)

478-742-8441                           934408
(Phone Number)              (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

_____      _____
Defendant's Attorney                     Third Party Attorney

_____      _____
Address                                  Address

_____      _____
Phone No.      Georgia Bar No.           Phone No.      Georgia Bar No.

**TYPE OF SUIT**

☐ Account            ☐ Personal Injury            Principal   $ _____
☐ Contract           ☐ Medical Malpractice
☐ Note               ☐ Legal Malpractice          Interest    $ _____
☐ Trover             ☐ Product Liability
                     ☐ Other                      Atty Fees   $ _____

☐ Transferred From _____

**(Attach BLUE to Original and WHITE to Service Copy of complaint)**

Exhibit 2

summons1200arev
STATE COURT OF DEKALB COUNTY, GA.
2/4/2023 12:59 PM
E-FILED
BY: Monica Gay