**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☒ State Court of __DeKalb__ County

| For Clerk Use Only | |
|---|---|
| Date Filed __2/6/2023__ MM-DD-YYYY | Case Number __23A00559__ |

**Plaintiff(s)**
Hill, Billy
Last  First  Middle I.  Suffix  Prefix

**Defendant(s)**
RARE Hospitality Management, LLC dba Longhorn Steakhouse
Last  First  Middle I.  Suffix  Prefix

Williams, David
Last  First  Middle I.  Suffix  Prefix

Plaintiff's Attorney _____  Bar Number _____  Self-Represented ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☒ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ _____
Case Number    Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.18

STATE COURT OF
DEKALB COUNTY, GA.
2/4/2023 12:59 PM
E-FILED
BY: Monica Gay

Exhibit 3