# IN THE STATE COURT OF DEKALB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| **BILLY HILL**<br><br>    Plaintiff,<br><br>VS.<br><br>**RARE HOSPITALITY MANAGEMENT, LLC DBA LONGHORN STEAKHOUSE, DAVID WILLIAMS** in his/her/their professional capacity, and **JOHN DOES NOS 1-10,** whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time, but will be added by amendment when ascertained.<br><br>    Defendant(s). | CIVIL ACTION NO.: 23A00559<br><br>_____ |

## COMPLAINT FOR DAMAGES

COMES NOW Billy Hill, by and through undersigned counsel of record, and files this Complaint for Damages and respectfully shows this Honorable Court as follows:

## VENUE AND JURISDICTION

1.

RARE Hospitality Management, LLC dba LongHorn SteakHouse is a Foreign for-profit Limited Liability company who's registered agent resides in

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Complaint for Damages

Page 1 of 12

Exhibit 4

STATE COURT OF
DEKALB COUNTY, GA.
2/4/2023 12:59 PM
E-FILED
BY: Monica Gay

Cobb County, Georgia. As such, RARE Hospitality Management, LLC dba LongHorn SteakHouse is subject to the venue of Cobb County, Georgia pursuant to O.C.G.A. § 14-2-510(b)(1).

2.

The occurrence which gives rise to this Complaint for Damages occurred in DeKalb County Georgia. As such, RARE Hospitality Management, LLC dba LongHorn SteakHouse is subject to the venue of DeKalb County, Georgia pursuant to O.C.G.A. § 14-2-510(b)(3).

3.

RARE Hospitality Management, LLC dba LongHorn SteakHouse is subject to the jurisdiction of this Court. See: O.C.G.A. § 9-10-91(2); International Shoe Co. v. Washington, 326 U.S. 310 (1945).

4.

Venue is proper as to RARE Hospitality Management, LLC dba LongHorn SteakHouse.

5.

David Williams is alleged to be, at all times relevant to this Complaint for Damages, a joint-tortfeasor with RARE Hospitality Management, LLC dba LongHorn SteakHouse.

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Complaint for Damages

Page 2 of 12

6.

David Williams is alleged to be a joint tortfeasor with RARE Hospitality Management, LLC dba LongHorn SteakHouse.

7.

Defendant David Williams is subject to the jurisdiction of this court.

8.

This venue is proper as to defendant David Williams. See: O.C.G.A. § 9-10-31(a).

## GENERAL FACTS COMMON TO ALL COUNTS

9.

Plaintiff hereby incorporates all previous paragraphs of this complaint.

## THE PREMISES

10.

That on or about February 13, 2021 RARE Hospitality Management, LLC dba LongHorn SteakHouse owned and/or operated a restaurant located at 4315 Hugh Powell Road, Tucker, Georgia 30084 (hereinafter, "premises").

11.

At all times relevant to this Complaint for Damages, David Williams was the manager and/or operator of the premises.

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Complaint for Damages

Page 3 of 12

12.

At all times relevant to this Complaint for Damages, David Williams was an agent and/or employee of RARE Hospitality Management, LLC dba LongHorn SteakHouse.

13.

At all times relevant to this complaint for damages, John Does Nos. 1-10 were agents and/or employees of RARE Hospitality Management, LLC dba LongHorn SteakHouse.

14.

At all times relevant to this complaint for damages, David Williams had a duty to supervise and/or manage the daily work of John Does Nos. 1-10.

15.

At all times relevant to this complaint for damages, the aforementioned premises is open to the public for business.

16.

On or about February 13, 2021 RARE Hospitality Management, LLC dba LongHorn SteakHouse, by express or implied invitation, induced or lead Billy Hill to come upon the premises for a lawful purpose.

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Complaint for Damages

Page 4 of 12

17.

On or about February 13, 2021 Billy Hill was an invitee on the premises owned and operated by RARE Hospitality Management, LLC dba LongHorn SteakHouse.

18.

On or about February 13, 2021 Billy Hill was an invitee on the premises managed by David Williams.

## CONDITIONS LEADING TO INJURY

19.

While on the premises as an invitee, Billy Hill slipped.

20.

At all times relevant to this Complaint for Damages, there were no signs and/or warnings to put plaintiff on notice of a potentially dangerous hazard.

21.

At all times relevant to this Complaint for Damages, John Doe Nos. 1-10 knew or should have known of the risk of a potentially dangerous hazard on the premises owned by RARE Hospitality Management, LLC dba LongHorn SteakHouse.

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Complaint for Damages

Page 5 of 12

22.

At all times relevant to this Complaint for Damages, John Doe Nos. 1-10 knew or should have known of the risk of a potentially dangerous hazard on the premises managed by David Williams.

## INJURIES AND DAMAGES

23.

The aforementioned circumstances pled in this complaint resulted in serious injuries to Plaintiff's body.

24.

As a proximate and foreseeable result of the aforementioned injuries, the Plaintiff has incurred medical expenses in excess of $270,505.82 and lost wages in excess of $1.00.

25.

As a proximate and foreseeable result of the aforementioned circumstances, the Plaintiff, in addition to the damages pled in this complaint for damages, has and will suffer pain and suffering, aggravation and inconvenience, loss of capacity to work, loss of enjoyment of life, and/or other categories of general damages that logically flow from the Defendant(s) negligent conduct. Plaintiff is entitled to compensation for these general damages in an amount to be determined by a fair and impartial jury.

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Complaint for Damages

Page 6 of 12

26.

In accordance with O.C.G.A. § 9-11-9 (g), Plaintiff states that the special damages incurred because of the negligence of the Defendants are itemized as follows:

**DAMAGES**

**MEDICAL EXPENSES:**

| | |
|---|---:|
| Metro Ambulance Services, Inc. | $1,865.76 |
| Emory Clinic | $2,264.00 |
| CEP America, LLC | $2,836.00 |
| Injury 2 Wellness Centers, PC | $3,593.00 |
| Ortho Sport and Spine | $222,675.96 |
| Radiology Associates of DeKalb, PC | $839.00 |
| Regional Medical Group | $17,701.80 |
| SCIR Specialists, LLC | $1,295.00 |
| Orthopaedic and Spine Center ATL | $17,435.30 |
| **LOST WAGES:** | |
| **TOTAL DAMAGES:** | **$270,505.82** |

## COUNT I: PREMISES LIABILITY AS TO RARE HOSPITALITY MANAGEMENT, LLC DBA LONGHORN STEAKHOUSE

27.

Plaintiff hereby incorporates all previous paragraphs of this Complaint for Damages.

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Complaint for Damages

Page 7 of 12

28.

RARE Hospitality Management, LLC dba LongHorn SteakHouse has and had a duty to exercise ordinary care in keeping the aforementioned restaurant and its approaches safe. O.C.G.A. § 51-3-1.

29.

RARE Hospitality Management, LLC dba LongHorn SteakHouse breached the aforementioned duty on February 13, 2021 by failing to use ordinary care in preventing hazardous conditions which could result in an injury.

30.

RARE Hospitality Management, LLC dba LongHorn SteakHouse's breach of duty actually and proximately caused the injuries pled by Plaintiff in this Complaint for Damages.

31.

As a reasonable and foreseeable result of RARE Hospitality Management, LLC dba LongHorn SteakHouse's breach of duty, Plaintiff has incurred damages as pled in this Complaint for Damages.

32.

Plaintiff has a cause of action against defendant RARE Hospitality Management, LLC dba LongHorn SteakHouse for negligence arising from its premises liability.

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Complaint for Damages

Page 8 of 12

33.

Plaintiff is entitled to recover from RARE Hospitality Management, LLC dba LongHorn SteakHouse for Plaintiff's past and future medical expenses, past and future lost wages, and past and future pain and suffering.

## COUNT II: PREMISES LIABILITY AS TO DAVID WILLIAMS

34.

Plaintiff hereby incorporates all previous paragraphs of this Complaint for Damages.

35.

David Williams, through his/her/their relationship with RARE Hospitality Management, LLC dba LongHorn SteakHouse, had sufficient control over the aforementioned premises to make him/her/they an owner or occupier of land under the laws of the State of Georgia. See: Norman v. Jones Lang Lasalle Ams., Inc., 277 Ga.App. 621, 622 (2006).

36.

David Williams has and had a duty to exercise ordinary care in keeping the aforementioned restaurant and its approaches safe.

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Complaint for Damages

Page 9 of 12

37.

David Williams breached the aforementioned duty on February 13, 2021 by failing to use ordinary care in preventing hazardous conditions which could result in an injury.

38.

David Williams's breach of duty actually and proximately caused the injuries pled by Plaintiff in this Complaint for Damages.

39.

As a reasonable and foreseeable result of David Williams's breach of duty, Plaintiff has incurred damages as pled in this Complaint for Damages.

40.

Plaintiff has a cause of action against defendant David Williams for negligence arising from his/her/their premises liability.

41.

Plaintiff is entitled to recover from David Williams for Plaintiff's past and future medical expenses, past and future lost wages, and past and future pain and suffering.

**WHEREFORE,** the Plaintiff prays that:

    a. Summons be issued as to the Defendant(s);

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Complaint for Damages

Page 10 of 12

b. that the Defendant(s) be called to answer this Complaint for Damages;
c. that a trial be held on all issues so triable;
d. that a Judgment be entered against the Defendant for all the Plaintiff's specific damages including past and future medical expenses and past and future lost wages, if applicable;
e. that said Judgment include an award of attorneys' fees and costs for the Defendant(s)' bad faith, stubborn litigiousness, and causing the Plaintiff unnecessary time and expense pursuant to O.C.G.A. § 13-6-11; see: <u>Bo Phillips Co. v. R.L. King Properties, LLC</u>, 336 Ga. App. 705 (2016);
f. that said Judgment include a sum to compensate the Plaintiff for general damages in an amount to be determined by the enlightened conscience of a fair and impartial jury; and,
g. such further relief as this Court determines is adequate and just.

Executed today, February 3, 2023.

**DOZIER LAW FIRM, LLC**

*[signature]*

David Thomas Dorer
Georgia Bar No.: 934408
Attorney for Billy Hill

STATE COURT OF
DEKALB COUNTY, GA.
2/4/2023 12:59 PM
E-FILED
BY: Monica Gay

DOZIER LAW FIRM, LLC
487 Cherry Street
Post Office Box 13
Macon, Georgia, 31201-0013
(p): 478-742-8441
(f): 478-745-0997
(e): dorerlawteam@dozierlaw.com

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Complaint for Damages

Page 11 of 12

# CERTIFICATE OF SERVICE

I hereby certify that, upon acceptance from the Clerk of Court, a file-stamped copy of the foregoing Complaint for Damages will be dispatched to the Defendant(s) through first-class mail or other reliable means with a request that said Defendant(s) acknowledge and waive service of process pursuant to O.C.G.A. § 9-11-4(d). Said persons so served are:

| | |
|---|---|
| RARE Hospitality Management, LLC<br>dba LongHorn SteakHouse<br>c/o: Corporate Creations Network<br>2985 Gordy Parkway, 1st Floor<br>Marietta, Georgia 30066 | David Williams<br>4315 Hugh Powell Road<br>Tucker, Georgia 30084 |

Executed today, February 3, 2023.

**DOZIER LAW FIRM, LLC**

David Thomas Dorer
Georgia Bar No.: 934408
Attorney for Billy Hill

DOZIER LAW FIRM, LLC
487 Cherry Street
Post Office Box 13
Macon, Georgia, 31201-0013
(p): 478-742-8441
(f): 478-745-0997
(e): dorerlawteam@dozierlaw.com

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Complaint for Damages

Page 12 of 12