IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **BILLY HILL**<br><br>    Plaintiff,<br><br>VS.<br><br>**RARE HOSPITALITY MANAGEMENT, LLC DBA LONGHORN STEAKHOUSE, DAVID WILLIAMS** in his/her/their professional capacity, and **JOHN DOES NOS 1-10,** whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time, but will be added by amendment when ascertained.<br><br>    Defendant(s). | CIVIL ACTION NO.: 23A00559<br><br>_____ |

## LEAVE OF ABSENCE

COMES NOW David T. Dorer and respectfully notifies all Judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1.

The period of leave during which time Applicant will be away from the practice of law is: February 16, 2023 through and including February 20, 2023; March 17, 2023 through and including March 20, 2023; May 30, 2023 through and

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et.al.,
DeKalb County State Court
Leave of Absence

Exhibit 5

Page 1 of 2

STATE COURT OF
DEKALB COUNTY, GA.
2/4/2023 12:59 PM
E-FILED
BY: Monica Gay

including June 2, 2023; August 17, 2023 through and including August 21, 2023; September 5, 2023 through and including September 8, 2023; September 29, 2023 through and including October 2, 2023; and October 20, 2023 through and including October 23, 2023.

2.

All affected Judges and opposing counsel shall have ten (10) days from the date of the Notice to object to it. If no objections are filed, the leave shall be granted.

Executed today, February 3, 2023.

**DOZIER LAW FIRM, LLC**

*/s/ David Thomas Dorer*

David Thomas Dorer
Georgia Bar No.: 934408
Attorney for Billy Hill

STATE COURT OF
DEKALB COUNTY, GA.
2/4/2023 12:59 PM
E-FILED
BY: Monica Gay

DOZIER LAW FIRM, LLC
487 Cherry Street
Post Office Box 13
Macon, Georgia, 31201-0013
(p): 478-742-8441
(f): 478-745-0997
(e): dorerlawteam@dozierlaw.com

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et.al.,
DeKalb County State Court
Leave of Absence

Page 2 of 2