## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

**BILLY HILL**

     Plaintiff,

VS.

**RARE HOSPITALITY MANAGEMENT, LLC DBA LONGHORN STEAKHOUSE, DAVID WILLIAMS** in his/her/their professional capacity, and **JOHN DOES NOS 1-10,** whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time, but will be added by amendment when ascertained.

     Defendant(s).

**CIVIL ACTION NO.:** 23A00559

_____

---

### NOTICE OF 30(B)(6) DEPOSITION

     COMES NOW Billy Hill, by and through undersigned counsel of record, and files this Notice of a 30(b)(6) Deposition, and respectfully shows this Honorable Court as follows:

1.

     Pursuant to 9-11-30(b)(6) and/or F.R.C.P. 30(b)(6), Plaintiff hereby requests that the Defendant, RARE Hospitality Management, LLC dba LongHorn SteakHouse, provide a witness to submit to a deposition who can testify on behalf

Billy Hill v. RARE Management Hospitality Management, LLC dba Longhorn Steakhouse et. al.,
DeKalb County State Court
Notice of 30(b)(6) Deposition

Page 1 of 3

Exhibit 7

STATE COURT OF
DEKALB COUNTY, GA.
2/4/2023 12:59 PM
E-FILED
BY: Monica Gay

of the company on policies and procedures relating to the information submitted in Exhibit A, attached hereinto.

2.

As opposed to unilaterally setting a date and time for such deposition, Plaintiff requests that counsel for the Defendant propose a mutually agreeable time and place for such a deposition. This notice is simply to provide the Defendant with advance notice of the topics that will be the subject of a deposition at a future time.

Executed today, February 3, 2023.

**DOZIER LAW FIRM, LLC**

David Thomas Dorer
Georgia Bar No.: 934408
Attorney for Billy Hill

STATE COURT OF
DEKALB COUNTY, GA.
2/4/2023 12:59 PM
E-FILED
BY: Monica Gay

DOZIER LAW FIRM, LLC
487 Cherry Street
Post Office Box 13
Macon, Georgia, 31201-0013
(p): 478-742-8441
(f): 478-745-0997
(e): dorerlawteam@dozierlaw.com

Billy Hill v. RARE Management Hospitality Management, LLC dba Longhorn Steakhouse et. al.,
DeKalb County State Court
Notice of 30(b)(6) Deposition

Page 2 of 3

**EXHIBIT A**

The Witness to testify in the 30(b)(6) motion shall provide information on the following:

1) Policies and procedures for maintaining a safe premises at the location of the incident giving rise to the complaint for damages.

2) Policies and procedures on hiring processes for employees at the location of the incident giving rise to the complaint for damages

3) Policies and procedures for training of employees at the location of the incident giving rise to the complaint for damages

4) Policies and procedures for disciplining employees that fail to follow policies and procedures for maintaining a safe premises at the location of the incident giving rise to the complaint for damages.

Billy Hill v. RARE Management Hospitality Management, LLC dba Longhorn Steakhouse et. al.,
DeKalb County State Court
Notice of 30(b)(6) Deposition

Page 3 of 3