IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **BILLY HILL**<br><br>    Plaintiff,<br><br>VS.<br><br>**RARE HOSPITALITY MANAGEMENT, LLC DBA LONGHORN STEAKHOUSE, DAVID WILLIAMS** in his/her/their professional capacity, and **JOHN DOES NOS 1-10,** whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time, but will be added by amendment when ascertained.<br><br>    Defendant(s). | CIVIL ACTION NO.: 23A00559<br><br>_____ |

### U.S.C.R. 5.2(2) CERTIFICATEOF SERVICE OF DISCOVERY MATERIALS TO DAVID WILLIAMS

COMES NOW Billy Hill, by and through undersigned counsel of record, and files this Certificate of Service of Discovery, and respectfully shows this Honorable Court as follows:

1.

Pursuant to U.S.C.R. 5.2(2), this is to certify that, contemporaneously with a copy of the Complaint and a Request to Acknowledge and Waive Service of

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
U.S.C.R. 5.2(2) Certificate of Service of Discovery Materials

Page 1 of 3

Exhibit 9

STATE COURT OF
DEKALB COUNTY, GA.
2/4/2023 12:59 PM
E-FILED
BY: Monica Gay

Process under O.C.G.A. § 9-11-4(d), Plaintiff has sent David Williams Requests for Admissions pursuant to O.C.G.A. § 9-11-36, Interrogatory Requests pursuant to O.C.G.A. § 9-11-33, and Requests for Production of Documents pursuant to O.C.G.A. § 9-11-34.

2.

If David Williams acknowledges and waives service of process, Plaintiff hereby stipulates responses to these requests are not due until sixty (60) days from the date that service of process is acknowledged and waived.

3.

If David Williams refuses to acknowledge and waives service of process, Plaintiff notes for the Court that David Williams will be served with the same requests by an appropriate process server contemporaneously with the service of any complaint and summons, and that the date of said service will be the date indicated on any subsequently filed affidavit of service from said process server.

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
U.S.C.R. 5.2(2) Certificate of Service of Discovery Materials

Page 2 of 3

Executed today, February 3, 2023.

**DOZIER LAW FIRM, LLC**

David Thomas Dorer
Georgia Bar No. 934408
Attorney for Billy Hill

DOZIER LAW FIRM, LLC
487 Cherry Street
Post Office Box 13
Macon, Georgia, 31201-0013
(p): 478-742-8441
(f): 478-745-0997
(e): dorerlawteam@dozierlaw.com

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
U.S.C.R. 5.2(2) Certificate of Service of Discovery Materials

Page 3 of 3