## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

**BILLY HILL**

     Plaintiff,

VS.

**RARE HOSPITALITY MANAGEMENT, LLC DBA LONGHORN STEAKHOUSE, DAVID WILLIAMS** in his/her/their professional capacity, and **JOHN DOES NOS 1-10,** whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time, but will be added by amendment when ascertained.

     Defendant(s).

## VERIFICATION OF COMPLAINT FOR DAMAGES

COMES NOW, Billy Hill, appearing remotely, and after being duly sworn via electronic means, attests, under oath, that the foregoing Complaint for Damages is truly and correct to the best of my knowledge.

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Electronic Verification of Complaint for Damages

Page 1 of 2

STATE COURT OF
DEKALB COUNTY, GA.
2/8/2023 8:07 AM
E-FILED
BY: Kelly M Johnson

Exhibit 11                 Doc ID: 7422e9b167a9d34959bfe15c62b3038b255251d1

Executed today, February 3, 2023.



_____
Billy Hill

Remotely sworn to and subscribed
before me today, February 3, 2023

/s/ Mariah Cohen
_____
Notary Public
My Commission Expires: 8/1/2023

STATE COURT OF
DEKALB COUNTY, GA.
2/8/2023 8:07 AM
E-FILED
BY: Kelly Johnson

Billy Hill v. RARE Hospitality Management, LLC dba Longhorn Steakhouse, et. al.,
DeKalb County State Court
Electronic Verification of Complaint for Damages

Page 2 of 2

Doc ID: 7422e9b167a9d34959bfe15c62b3038b255280b1