IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

_____

ORDER OF INSTRUCTIONS FOR DIVISION VI
CIVIL PEREMPTORY CALENDAR

_____

The following cases have been pending for more than four months and comprise the **Peremptory Calendar** which will be called on **April 12th, 2023,** at **9:15a.m.**

==**Parties must contact the Court via email to the Civil Case Manager, Nakeya Burton (nlburton1@dekalbcountyga.gov), by April 5th, 2023, to announce the status of their case and to obtain further instructions regarding proceeding with the Hearing using the Zoom application. Please include ALL parties on any email correspondence with the Court.**==

**Failure of the Plaintiff to comply with the Court's direction will result in the complaint being dismissed without prejudice. Failure of the Defendant to comply with the Court's direction will result in any counterclaim/cross-claim/third party claim being dismissed without prejudice and the answer being stricken. No continuances** will be granted except by prior order of the Court for legal cause. All conflicts shall be Uniform Superior Court Rule 17.1.

For any information regarding this calendar, please contact Ms. Burton via email: nlburton1@dekalbcountyga.gov

The **Calendar may be viewed at**: www.dekalbstatecourt.net.

**SO ORDERED,** this 28th day of February, 2023.

_____
Judge Ana Maria Martinez
State Court of DeKalb County

Exhibit 12

STATE COURT OF
DEKALB COUNTY, GA.
3/20/2023 1:29 PM
E-FILED
BY: Kelly M Johnson