Civil Action No. **23A00559**

Date Filed **February 4, 2023**

Superior Court ☐
State Court ☒
Juvenile Court ☐

Magistrate Court ☐
Probate Court ☐

KEEP

Georgia, **Dekalb** **COUNTY**

**Billy Hill**

**Attorney's Address**

David T. Dorer
Dozier Law Firm
P.O. Box 13
Macon, GA 31202

**Plaintiff**

VS.

**RARE Hospitality Mangement, LLC**
dba Longhorn Steakhouse, David
Williams

**Defendant**

Name and Address of Party to be Served.

RARE Hospitality Mangement, LLC
C/O Corporate Creations Network
2985 Gordy Parkway, 1st Floor
Marietta, GA 30066

**Garnishee**

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐

I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐

I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒

Served the defendant _Corporate Creations_ _____ a corporation
by leaving a copy of the within action and summons with _Nikki Williams_
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **24** day of **Mar**, 20 **23**.

_Dels 18053_

STATE COURT OF
**DEPUTY**

STATE COURT OF
DEKALB COUNTY, GA.
3/31/2023 10:27 AM
E-FILED
BY: Kelly M Johnson

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT