IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **BILLY HILL**<br><br>    Plaintiff,<br><br>VS.<br><br>**RARE HOSPITALITY MANAGEMENT, LLC DBA LONGHORN STEAKHOUSE, DAVID WILLIAMS** in his/her/their professional capacity, and **JOHN DOES NOS 1-10,** whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time, but will be added by amendment when ascertained.<br><br>    Defendant(s). | CIVIL ACTION NO.:23A00559 |

### ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT SPECIAL AGENT FOR SERVICE OF PROCESS

Plaintiff's Motion to Appoint a Special Agent for Service of Process is Hereby GRANTED. Raymond Cross is hereby appointed as a Process Server specifically for the purpose of effectuating service of process on the Defendant(s) in this case.

Exhibit 14

Page 1 of 2

STATE COURT OF
DEKALB COUNTY, GA.
4/4/2023 3:45 PM
E-FILED
BY: Kelly M Johnson

**SO ORDERED** this 4th day of April, 2023.

_____
Judge, State Court of DeKalb County

Order Prepared By:
**DOZIER LAW FIRM, LLC**

David Thomas Dorer
Georgia Bar No.: 934408
Attorney for Billy Hill