IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| BILLY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No:  23A00559 |
| | ) | |
| RARE HOSPITALITY MANAGEMENT, | ) | |
| LLC DBA LONGHORN STEAKHOUSE, | ) | |
| DAVID WILLIAMS IN HIS/HER/THEIR | ) | |
| PROFESSIONAL CAPACITY, AND | ) | |
| JOHN DOES NOS 1-10, WHETHER | ) | |
| SINGULAR OR PLURAL, MASCULINE | ) | |
| OR FEMININE, INDIVIDUALS OR | ) | |
| CORPORATIONS, WHO ARE NOT | ) | |
| KNOWN AT THIS TIME BUT WILL BE | ) | |
| ADDED BY AMENDMENT WHEN | ) | |
| ASCERTAINED, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## RULE 5.2 CERTIFICATE OF DISCOVERY

COMES NOW RARE HOSPITALITY MANAGEMENT, LLC DBA LONGHORN STEAKHOUSE, a named Defendant in the above-styled case, by and through its attorneys of record, and certifies that, pursuant to Uniform State Court Rule 5.2(2) that the following pleadings have been served:

1. *RARE Hospitality Management, LLC's Responses To Plaintiff's First Request For Admissions*

along with this Certificate of Discovery upon the following counsel of record by electronic filing and by e-mail as follows:

David Dorer, Esq., dorerlawteam@dozierlaw.com

This 21st day of April, 2023.

Exhibit 18

STATE COURT OF
DEKALB COUNTY, GA.
4/21/2023 4:25 PM
E-FILED
BY: Mundy B Jackson

Respectfully submitted,
Vernis & Bowling of Atlanta, LLC


*/s/Kimberly Sheridan*
Kimberly Sheridan, Esq.
Georgia Bar No.: 061028
Michael Becker, Esq.
Georgia Bar No.:  529479
*Counsel for Defendants*

30 Perimeter Park Drive, Suite 200
Atlanta, Georgia 30341
(404) 846-2001
(404) 846-2002 (Fax)
ksheridan@georgia-law.com
mbecker@georgia-law.com

STATE COURT OF
DEKALB COUNTY, GA.
4/21/2023 4:25 PM
E-FILED
BY: Mundy Jackson

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BILLY HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No:  23A00559 |
| | ) |
| RARE HOSPITALITY MANAGEMENT, | ) |
| LLC DBA LONGHORN STEAKHOUSE, | ) |
| DAVID WILLIAMS IN HIS/HER/THEIR | ) |
| PROFESSIONAL CAPACITY, AND | ) |
| JOHN DOES NOS 1-10, WHETHER | ) |
| SINGULAR OR PLURAL, MASCULINE | ) |
| OR FEMININE, INDIVIDUALS OR | ) |
| CORPORATIONS, WHO ARE NOT | ) |
| KNOWN AT THIS TIME BUT WILL BE | ) |
| ADDED BY AMENDMENT WHEN | ) |
| ASCERTAINED, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served the within and foregoing ***Rule 5.2***

***Certificate of Discovery*** by electronic filing and by email to:

David Dorer, Esq., dorerlawteam@dozierlaw.com

This 21ˢᵗ day of April, 2023.

Respectfully submitted,
Vernis & Bowling of Atlanta, LLC


*/s/Kimberly Sheridan*
Kimberly Sheridan, Esq.
Georgia Bar No.: 061028
Michael Becker, Esq.
Georgia Bar No.:  529479
*Counsel for Defendants*

30 Perimeter Park Drive, Suite 200
Atlanta, Georgia 30341

(404) 846-2001
(404) 846-2002 (Fax)
ksheridan@georgia-law.com
mbecker@georgia-law.com