IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

BILLY HILL,

    Plaintiff

v.

RARE HOSPITALITY MANAGEMENT, LLC DBA LONGHORN STEAKHOUSE, DAVID WILLIAMS in his/her/their professional capacity, and JOHN DOES NOS 1-10, whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time but will be added by amendment when ascertained,

    Defendants.
_____/

Civil Action No.: 23A00559

## ORDER

IT APPEARING TO THE COURT, that the Defendants through its attorney of record have requested their Motion to Dismiss be withdrawn, and it appearing for good cause shown that the Order sought should be granted,

IT IS HEREBY ORDERED, Motion to Dismiss has been withdrawn from the court docket, subject to further order of this Court.

SO ORDERED, this the 30th day of May, 2023.

_____
Hon. Ana Maria Martinez
Judge, State Court of DeKalb County

Order Prepared By:
Vernis & Bowling of Atlanta, LLC

*/s/Kimberly Sheridan*
Kimberly Sheridan, Esq.

Exhibit 19

STATE COURT OF
DEKALB COUNTY, GA.
5/30/2023 9:06 AM
E-FILED
BY: Kelly M Johnson

Georgia Bar No.:  061028
30 Perimeter Park Drive
Suite 200
Atlanta, GA  30341
*Attorney for Defendants*