SHERIFF'S ENTRY OF SERVICE

CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

Civil Action No. 23A00559-6

Date Filed February 4, 2023

| Superior Court | ☐ | Magistrate Court | ☐ |
|---|---|---|---|
| State Court | ☒ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, DeKalb COUNTY

Billy Hill

_____ Plaintiff

Attorney's Address
David T. Dorer
Dozier Law Firm
P.O. Box 13
Macon, GA 31202

RECEIVED
MAR 0 6 2023
DeKALB COUNTY MARSHAL'S OFFICE

VS.

RARE Hospitality Management
dba Longhorn Steakhouse,
David Williams

Name and Address of Party to be Served.
David Williams
4315 Hugh Powell Rd
Tucker, Georgia 30084

_____ Defendant

_____ Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant Longhorn Steakhouse a corporation by leaving a copy of the within action and summons with Tierra Williams / Manager in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 18 day of May, 2023.

23SCIV000447    5/19/23 KJ    1329 hrs    Henry Hen

STATE COURT DEPUTY
DEKALB COUNTY, GA.
5/23/2023 12:17 PM
E-FILED
BY: Kelly M Johnson

SHERIFF DOCKET _____ PAGE _____

Exhibit 21

WHITE-CLERK  CANARY-PLAINTIFF  PINK-DEFENDANT