IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

BILLY HILL,

    Plaintiff,

v.

RARE HOSPITALITY MANAGEMENT, LLC DBA LONGHORN STEAKHOUSE, DAVID WILLIAMS in his/her/their professional capacity, and JOHN DOES NOS 1-10, whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time but will be added by amendment when ascertained,

    Defendants.
_____/

Civil Action No.: 23A00559

## CONSENT MOTION TO DISMISS LESS THAN ALL PARTIES

COME NOW the Plaintiff and RARE HOSPITALITY MANAGEMENT, LLC DBA LONGHORN STEAKHOUSE and DAVID WILLIAMS, and through undersigned counsel, and pursuant to O.C.G.A. § 9-11-21, hereby file this Consent Motion to Dismiss DAVID WILLIAMS with prejudice, showing this Court as follows:

1.

The parties are in agreement for the dismissal of Defendant DAVID WILLIAMS from this lawsuit.  Plaintiff will continue to proceed against the remaining Defendant.

2.

"A voluntary dismissal of less than all of several defendants must be accompanied by a ruling of the trial court under [O.C.G.A. §9-11-21] to be effective." *Manning v. Robertson,* 223 Ga. App. 139, 141 (1996) (brackets in original).

STATE COURT OF
DEKALB COUNTY, GA.
5/26/2023 1:47 PM
E-FILED
BY: Patricia Harris

Exhibit 22

3.

As the dismissal will dismiss less than all defendants, an Order is necessary pursuant to O.C.G.A. § 9-11-21.

**WHEREFORE,** the parties respespectfully request this Court sign the Consent Order attached hereto and dismiss with prejudice Defendant DAVID WILLIAMS.

Respectfully submitted, this 26th day of May 2023.

Vernis & Bowling of Atlanta, LLC                                Dozier Law Firm, LLC

*/s/Kimberly Sheridan*                                                   */s/David Thomas Dorer*
Kimberly Sheridan, Esq.                                              David Thomas Dorer, Esq.
Georgia Bar No.: 061028                                            Georgia Bar No.: 934408
Michael Becker, Esq.                                                   *Counsel for Plaintiff*
Georgia Bar No.: 529479                                            487 Cherry Street
*Counsel for Defendant*                                              P.O. Box 13
30 Perimeter Park Drive, Suite 200                           Macon, GA 31201
Atlanta, Georgia 30341                                              (478) 742-8441
(404) 846-2001                                                              (478) 745-0997 – Facsimile
(404) 846-2002 Facsimile                                          dorer@dozierlaw.com
ksheridan@georgia-law.com
mbecker@georgia-law.com

STATE COURT OF
DEKALB COUNTY, GA.
5/26/2023 1:47 PM
E-FILED
BY: Patricia Harris

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

BILLY HILL,

    Plaintiff,

v.

                                                        Civil Action No.: 23A00559

RARE HOSPITALITY MANAGEMENT,
LLC DBA LONGHORN STEAKHOUSE,
DAVID WILLIAMS in his/her/their
professional capacity, and JOHN DOES NOS
1-10, whether singular or plural, masculine or
feminine, individuals or corporations, who are
not known at this time but will be added by
amendment when ascertained,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing ***Consent Motion To Dismiss Less Than All Parties*** along with the foregoing proposed ***Order*** on the following by electronic filing and e-mail:

David Thomas Dorer, Esq.
Dozer Law Firm, LLC
327 Third Street,
P.O. Box 13
Macon, GA  31202
dorer@dozierlaw.com

This 26th day of May 2023.

                                                        Vernis & Bowling of Atlanta, LLC

                                                        */s/Kimberly Sheridan*
                                                        Kimberly Sheridan, Esq.
                                                        Georgia Bar No.:  061028
                                                        Michael Becker, Esq.
                                                         Georgia Bar No.:  529479
                                                       *Counsel for Defendant*

STATE COURT OF
DEKALB COUNTY, GA.
5/26/2023 1:47 PM
E-FILED
BY: Patricia Harris

30 Perimeter Park Drive, Suite 200
Atlanta, GA 30341
(404) 846-2001; (404) 846-2002 (Fax)
ksheridan@georgia-law.com
mbecker@georgia-law.com