IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

BILLY HILL,

    Plaintiff,

v.

RARE HOSPITALITY MANAGEMENT,
LLC DBA LONGHORN STEAKHOUSE,
DAVID WILLIAMS in his/her/their
professional capacity, and JOHN DOES NOS
1-10, whether singular or plural, masculine or
feminine, individuals or corporations, who are
not known at this time but will be added by
amendment when ascertained,

    Defendants.
_____/

Civil Action No.: 23A00559

## **ORDER OF DISMISSAL OF LESS THAN ALL PARTIES**

The Parties' Consent Motion to Dismiss Less than All Parties having been read and considered and having found that the dismissal of less than all parties is proper under O.C.G.A. § 9-11-21;

IT IS HEREBY ORDERED that the plaintiff's claims against DAVID WILLIAMS shall be dismissed with prejudice, and the style of the case be amended accordingly.  No causes of action asserted against any other defendant named in this action shall be dismissed, nor shall any other defendant be dropped.

SO ORDERED this 30th day of May, 2023.

_____
Hon. Ana Maria Martinez
Judge, DeKalb County State Court

Exhibit 24

STATE COURT OF
DEKALB COUNTY, GA.
5/30/2023 9:12 AM
E-FILED
BY: Kelly M Johnson

Presented this 26th day of May, 2023 by:

*/s/Kimberly Sheridan*
**Kimberly Sheridan, Esq.**
Georgia Bar Number 061028
**Michael Becker, Esq.**
Georgia Bar No.  529479