| | |
|---|---|
| Zack Dozier | David Dozier |
| Jack Jenkins | Sam Hart, Jr. |
| Sean Bewick | David T. Dorer |
| Dustin Hamilton | James Kurhajian |
| Ashley Cameron-Bivins | Travis Tuggle |
| Eric J. Alvarez | Lindsay Simmons |
| Rich Jenkins | Micah J. East |
| Breeahna Gresham | Savanna D. Roughen |
| Kyle K. Hardy | Scott P. Serafy |
| George Phillips, M.D. (Ret. Colonel US Army) | Sherita S. Peeler |



**DOZIER**
LAW FIRM, LLC

June 2, 2023

Via PeachCourt+ and Odyssey EFileGA

*Reply to: Macon, Georgia Location*
*dorerlawteam@dozierlaw.com*

**RE:    2023 Leave of Absence of David T. Dorer**

To Whom it May Concern;

David T. Dorer respectfully notifies all Judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16. All affected Judges and opposing counsel shall have ten (10) days from the date of the Notice to object to it. If no objections are filed, the leave shall be granted.

The period of leave during which time Applicant will be away from the practice of law is: June 13, 2023 through and including June 16, 2023; June 20, 2023; July 12, 2023 through and including July 14, 2023; July 20, 2023 through and including July 21, 2023; July 27, 2023 through and including July 28, 2023; August 4, 2023; August 7, 2023 through and including August 9, 2023; September 1, 2023; September 5, 2023 through and including September 8, 2023; September 29, 2023; October 2, 2023; October 20, 2023; October 23, 2023; November 20, 2023 through and including November 23, 2023.

Yours,

**DOZIER LAW FIRM, LLC**

David Thomas Dorer
Attorney at Law
Licensed in Georgia and DC

| | | | |
|---|---|---|---|
| **487 Cherry Street, P.O. Box 13, Macon, GA 31202-0013** | Phone (478) 742-8441 | Fax (478) 745-9097 | |
| 7302 Abercorn Street, Third Floor, Savannah, GA 31406-4862 | Phone (912) 239-4395 | Fax (912) 239-4396 | |
| 235 W. Roosevelt Avenue, Suite 100, Albany, GA 31701-2374 | Phone (229) 299-9590 | Fax (229) 299-9610 | |
| 1388 Southlake Plaza Drive, Morrow, GA 30260-1756 | Phone (404) 800-0308 | Fax (470) 533-0792 | |

WWW.DOZIERLAW.COM

STATE COURT OF
DEKALB COUNTY, GA.
6/6/2023 10:46 AM
E-FILED
BY: Kelly M Johnson
Page 1 of 1

Exhibit 25