IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

BILLY HILL,

    Plaintiff,

v.

RARE HOSPITALITY MANAGEMENT,
LLC DBA LONGHORN STEAKHOUSE and
JOHN DOES NOS 1-10, whether singular or
plural, masculine or feminine, individuals or
corporations, who are not known at this time
but will be added by amendment when
ascertained,

    Defendants.
_____/

Civil Action No.: 23A00559

## NOTICE OF REMOVAL

TO:    Plaintiff Billy Hill and her attorney of record,
        David Thomas Dorer, Esq.
        Dozer Law Firm, LLC
        327 Third Street,
        P.O. Box 13
        Macon, GA  31202

TO:    The Clerk of the State Court of DeKalb County

PLEASE TAKE NOTICE that the undersigned has this day filed in the United States District Court, Norther District of Georgia, Atlanta Division, the attached Petition for Removal, and copy of the pleadings filed in the State Court of DeKalb County, Georgia, the same having been assigned Civil Action Number **TBD**.

By virtue of law, the aforesaid case is now removed and further proceedings in the State Court of DeKalb County are stayed.

This 22nd  day of June 2023.

Exhibit 26

          Vernis & Bowling of Atlanta, LLC

          */s/ Kimberly Sheridan*
          Kimberly Sheridan, Esq.
          Georgia Bar No.: 061028
          Michael Becker, Esq.
          Georgia Bar No.:  529479
          *Attorneys for Defendant*

30 Perimeter Park Drive, Suite 200
Atlanta, GA 30341
(404) 846-2001
(404) 846-2002 (Fax)
ksheridan@georgia-law.com
mbecker@georgia-law.com

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

BILLY HILL,

    Plaintiff,

v.

RARE HOSPITALITY MANAGEMENT,
LLC DBA LONGHORN STEAKHOUSE and
JOHN DOES NOS 1-10, whether singular or
plural, masculine or feminine, individuals or
corporations, who are not known at this time
but will be added by amendment when
ascertained,

    Defendants.
_____/

Civil Action No.: 23A00559

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served the within and foregoing ***Notice of Removal*** upon all parties by electronic filing addressed to:

David Thomas Dorer, Esq.
dorer@dozierlaw.com

Respectfully submitted this 16th day of June, 2023.

    Vernis & Bowling of Atlanta, LLC

    */s/ Kimberly Sheridan*
    Kimberly Sheridan, Esq.
    Georgia Bar No.: 061028
    Michael Becker, Esq.
    Georgia Bar No.: 529479
    *Attorneys for Defendant*

30 Perimeter Park Drive, Suite 200
Atlanta, GA 30341
(404) 846-2001/ (404) 846-2002 (Fax)
ksheridan@georgia-law.com/
mbecker@georgia-law.com