IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LAQUANDA BAXTER )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>HOLMAN TRANSPORTATION; RISK )<br>RETENTION GROUP, INC.; SELECT )<br>DEDICATED SOLUTIONS, LLC; )<br>ALEJANDRO CHAVEZ, INDIVIDUALLY; )<br>AND AS AGENT AND EMPLOYEE OF SELECT )<br>DEDICATED SOLUTIONS, LLC; )<br>and XTY ENTITIES #1-3 )<br>)<br>*Defendants.* )<br>) | Civil Action: 23A02279 |

### AFFIDAVIT OF SERVICE

Fairfax County
State of Virginia:       to-wit

THIS day, Sam Chism of AFD Civil Process personally appeared before the undersigned Notary Public in and for City/County/District and/or State aforesaid, and, having been first duly sworn according to law, deposes and states as follows: That he is not a party to, or otherwise interested in, the subject matter in controversy in the within cause; that he is over the age of 18 years; that on the 26th day of May, 2023 at 11:40 AM (time) he Personally Served the within <u>Summons; Civil Case Filing Information Form and Complaint for Damages,</u> on **Select Dedicated Solutions, LLC.** C/O: Service of Process Agents, Inc. by Serving John T. Husk, Esq., who is authorized by law to accept to accept Service on behalf of Defendant on **Select Dedicated Solutions, LLC.** at 2240 Gallows Road, Vienna, VA 22182.

PRIVATE PROCESS SERVER

Sam Chism
AFD Civil Process
P.O. Box# 1521
Centreville, VA 20122
(703) 764-0854

Subscribed and sworn to before me on this 26 day of May 2023.

_____
Notary Public

My Commission Expires: 367400

[Notary Seal: JEFFREY ELLISON COX, NOTARY PUBLIC, REG # 367400, MY COMMISSION EXPIRES 10/31/2025, COMMONWEALTH OF VIRGINIA]

STATE COURT OF
DEKALB COUNTY, GA.
5/26/2023 2:27 PM
E-FILED
BY: Camille Boknight

Exhibit B