IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

**LAQUANDA BAXTER**,
 *Plaintiff(s) / Petitioner(s),*

v.

**HOLMAN TRANSPORTATION RISK RETENTION GROUP, INC.; SELECT DEDICATED SOLUTIONS, LLC; ALEJANDRO CHAVEZ, INDIVIDUALLY, AND AS AN AGENT AND EMPLOYEE OF SELECT DEDICATED SOLUTIONS, LLC; and, XYZ ENTITIES #1-3**,
 *Defendant(s) / Respondent(s).*

Case No.: 35-2023-SC-002000-AXXX-XX

## AFFIDAVIT OF DUE DILIGENCE

I, Michael Harbuck, being duly sworn, state: I am over 18 years of age, am a citizen of the United States, and am a Georgia Certified Process Server (GA CPS# 294) with no interest in this case, and

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of the following documents upon **Select Dedicated Solutions, LLC c/o Hatcher Graham, Registered Agent**:

 SUMMONS, COMPLAINT FOR DAMAGES, CASE FILING INFORMATION FORM.

My findings and efforts to serve process in this case are as follows:

 **05.25.2023, 10:35am. Attempt at 303 Pheasant Ridge Warner Robins, GA 31088.**
 Made contact with the wife of registered agent Hatcher Graham - Nancy Graham (white female, 65 years, blonde hair). She advised that Mr. Graham passed away unexpectedly on February 25th. She also advised that he was semi-retired at the time of his passing, and therefore had no office staff with whom we could leave the paperwork.

I solemnly swear and affirm under penalty of perjury that the above is true and accurate.

_____
Signature, Michael Harbuck, GA CPS#294
Trinity Process
Warner Robins, GA

Subscribed and sworn to before me this 25th day of May 2023 by personal knowledge.
Witness my hand and official seal.

_____
Notary Public

STATE COURT OF
DEKALB COUNTY, GA.
5/26/2023 9:38 AM
E-FILED
BY: Camille Boknight

Exhibit C