# AFFIDAVIT OF SERVICE

| State of Georgia | County of De Kalb | State Court |
|---|---|---|

Case Number: 23A02279

Plaintiff:
**LAQUANDA BAXTER**

vs.

Defendant:
**HOLMAN TRANSPORTATION RISK RETENTION GROUP, INC., ET AL**

For:
GRAHAM SCOFIELD
GRAHAM SCOFIELD INJURY LAWYERS
691 JOHN WESLEY DOBBS AVE. NE
SUITE C-04
ATLANTA, GA 30312

Received by Sarasota Process Servers, Inc. on the 25th day of May, 2023 at 7:41 am to be served on **RISK SERVICES, LLC, C/O MICHAEL ROGERS, 1605 MAIN ST., STE. 800, SARASOTA, FL 34236**.

I, Steven T. Zawacki, being duly sworn, depose and say that on the **30th day of May, 2023** at **11:25 am**, I:

served a Limited Liability Company by delivering a true copy of **SUMMONS, COMPLAINT FOR DAMAGES AND CASE FILING INFORMATION FORM** with the date, hour and initials of process server endorsed thereon by me, to: **SUSAN SHAFER** as **EXECUTIVE ASSISTANT** for **RISK SERVICES, LLC,**, at the address of: **1605 MAIN ST., STE. 800, SARASOTA, FL 34236**, and informed said person of the contents therein, in compliance with F.S. 48.062 (c) If a member or manager is not available during regular business hours to accept service on behalf of the limited liability company, he, she, or it may designate an employee of the limited liability company to accept such service. After one attempt to serve a member, manager, or designated employee has been made, process may be served on the person in charge of the limited liability company during regular business hours.

I am over the age of 18 and have no interest in the above action. I am certified in good standing in the judicial circuit in which the process was served. No notary required pursuant to FS92.525.2 and under penalty of perjury, I declare that the facts set forth are true and correct.

Subscribed and Sworn to before me on the 1st day of June, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC
Shelly Huffman
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG973307
Expires 4/28/2024

Steven T. Zawacki
#283
Sarasota Process Servers, Inc.
P.O. Box 18778
Sarasota, FL 34276
(941) 346-7900

Our Job Serial Number: SPS-2023003635

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m

STATE COURT OF
DEKALB COUNTY, GA.
6/1/2023 4:54 PM
E-FILED
BY: Camille Boknight

Exhibit D

23A02279

No. _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

Date Summons Issued and E-Filed
5/23/2023

SUMMONS

~~/s/ Monique Roberts~~

Served Date 5-30-23
Served Time 11:25A
Server SEC   I.D.# 287

_____
Deputy Clerk

Deposit Paid $ _____

Laquanda Baxter
_____
1020 Mainstreet Lake Dr. Stone Mountain, GA 30088-2348
Plaintiff's name and address

☒ JURY

vs.

Holman Transportation Risk Retention Group, Inc. c/o Registered Agent
_____
Bradley Arant Boult Cummings, LLP 445 Dexter Ave. Suite 9075 Montgomery, AL 36104
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Graham Scofield Injury Lawyers
Name
691 John Wesley Dobbs Ave. NE Ste. C-04 Atlanta, GA 30312
Address
404-939-9470                                                    940312
Phone Number                                            Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

Defendant's Attorney                                  Third Party Attorney

Address                                                       Address

Phone No.              Georgia Bar No.            Phone No.              Georgia Bar No.

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability          Principal $ _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability         Interest $ _____
☐ Other
                                                                 Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☒(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

STATE COURT OF
DEKALB COUNTY, GA.
E-file summons1-2016       5/23/2023 2:39 PM
E-FILED
BY: Monique Roberts

Exhibit D