IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| LAQUANDA BAXTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | NO. 23A02279 |
| HOLMAN TRANSPORATION RISK | ) | |
| RETENTION GROUP, INC.; SELECT | ) | |
| DEDICATED SOLUTIONS, LLC; | ) | |
| ALEJANDRO CHAVEZ, INDIVIDUALLY, | ) | |
| AND AS AN AGENT AND EMPLOYEE | ) | |
| OF SELECT DEDICATED SOLUTIONS, | ) | |
| LLC; and, XYZ ENTITIES #1-3 | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF REMOVAL**

TO:   Plaintiff above named and her attorney of record,
Graham Scofield
Graham Scofield Injury Lawyers
691 John Wesley Dobbs Avenue NE
Suite C-04
Atlanta, GA 30312
graham@atlinjurylawyers.com

TO:   The Clerk of the State Court of DeKalb County

**PLEASE TAKE NOTICE** that the undersigned has this day filed in the **U. S. District Court for the Northern District of Georgia, Atlanta Division**, the attached Petition for Removal with copies of all documents filed and served in this State Court action. By law, this action is now removed to said Federal Court and further proceedings in the State Court of DeKalb County are stayed.

**(SIGNATURE ON NEXT PAGE)**

                                      */s/ Elizabeth G. Howard*
Elizabeth G. Howard, #100118
William Allred, #000320
*Attorneys for Defendants*

**BARRICKMAN, ALLRED & YOUNG, LLC**
5775 Glenridge Dr NE Ste E100
Atlanta, GA  30328
(404) 538-1225 – Howard
(404) 790-0123 – Allred
(404) 252-3376 (Fax)
egh@bayatl.com
wsa@bayatl.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have served the foregoing ***Defendants' Notice of Removal*** upon all parties, by depositing true and correct copies of same via electronic file and serve *through Odyssey* to the following:

Graham Scofield
Graham Scofield Injury Lawyers
691 John Wesley Dobbs Avenue NE
Suite C-04
Atlanta, GA 30312
graham@atlinjurylawyers.com
***Attorneys for Plaintiff***

This \_\_\_22nd\_\_\_\_\_ day of June, 2023.

*/s/ Elizabeth G. Howard*\_\_\_
Elizabeth G. Howard