## CONSENT TO SERVE AS A PLAINTIFF REPRESENTATIVE UNDER THE FAIR LABOR STANDARDS ACT

I, **Alvaro Rojas**, a current or former employee of **Synergy Steel Holdings, Inc.**, consent to serve as a Plaintiff and Class Representative in an action[1] against **Synergy Steel Holdings, Inc.**, and related entities to vindicate rights afforded me and other employees under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq*. and to fairly represent the interests of all class members with respect to all cognizable claims for minimum wage and overtime compensation and any other benefits available under the Fair Labor Standards Act and other applicable laws, in accordance with the Fee Agreement executed by the undersigned for such purpose.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This _22_ day of May 2023

_____
Alvaro Rojas

---

[1] In the event that this case is dismissed without prejudice, my claim is dismissed without prejudice or any class in this case is decertified, I consent to serve as a Plaintiff, Class Representative and/or Opt-In Plaintiff in any subsequent action brought against any and/or all Defendants and any other defendants to recover under the FLSA as part of collective action or individually. I reserve the right to revoke this Consent in part or in its entirety upon written notice to my Attorneys or the Court.