CONSENT TO SERVE AS A
PLAINTIFF REPRESENTATIVE UNDER THE
FAIR LABOR STANDARDS ACT (29 U.S.C. §201, ET SEQ.)

I, _ANDRIK Nuñez Rodriguez_ a current or former employee of Synergy Steel Holdings, consent to serve as a Plaintiff and Class Representative in the above-referenced action[1] and to represent the interests of the class members with respect to all cognizable claims for minimum wage and overtime compensation and any other benefits available under the Fair Labor Standards Act and other applicable laws, in accordance with the Fee Agreement executed by the undersigned for such purpose.

This _24_ day of _05_, 2023.

_____
Signature

---

[1] In the event that this case is dismissed without prejudice, my claim is dismissed without prejudice or any class in this case is decertified, I consent to serve as a Plaintiff, Class Representative and/or Opt-In Plaintiff in any subsequent action brought against Defendants and any other defendants to recover under the FLSA. I reserve the right to revoke this Consent in part or in its entirety.