# EXHIBIT A

# EXHIBIT A

IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| KELEIGH OXENDINE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 23A02191 |
| JAMES WILDENBURG, | ) | |
| | ) | |
| Defendant. | ) | |

STATE OF FLORIDA
COUNTY OF PINELLAS

### AFFIDAVIT OF JAMES WILDENBURG

PERSONALLY APPEARED, before the undersigned officer duly authorized by law to administer oaths, JAMES WILDENBURG, who after first being duly sworn, states:

1.

My name is JAMES WILDENBURG, and I am competent in all respects to testify regarding the matters set forth herein based on my personal knowledge.

2.

By filing this Affidavit pursuant to a special appearance through counsel, I do not waive any defenses as to service, jurisdiction, or venue. I specifically reserve the right to assert any applicable defenses as to service, jurisdiction, or venue.

3.

I reside at 175 1st St. S Apt. 3203, St. Petersburg, FL 33701-4522, Pinellas County.

4.

I own property at 1321 Dover Circle, Brookhaven, Georgia 30319. However, 1321 Dover Circle was not my primary residence at the time of the filing of the plaintiff's Complaint in the above captioned action on May 17th, 2023.

5.

I am a citizen of the State of Florida, my driver's license is issued by the State of Florida, and my voter registration is in the State of Florida.

FURTHER AFFIANT SAYETH NOT.

This __8__ day of __JUNE__, 2023.

_____
JAMES WILDENBURG

Sworn to and subscribed before me this __8th__ day of __JUNE__, 2023.

_____
Notary Public

M SMITH
NOTARY PUBLIC
Dekalb County
State of Georgia
My Comm. Expires Jan. 11, 2026

My commission expires:

JAN 11, 2026



4875-5615-9851, v. 1