UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S., <br><br>     Plaintiff, <br><br> v. <br><br> CONTOUR 5151 ONH, LLC, a Georgia limited liability company d/b/a OLD NATIONAL DISCOUNT MALL; ABC CORPS. 1-10; and JOHN DOES 1-10, individually, <br><br>     Defendants. | CIVIL ACTION NO: _____ |

## COMPLAINT

COMES NOW Plaintiff Louis Vuitton Malletier S.A.S. ("Louis Vuitton"), by and through its undersigned counsel, and hereby sues Defendants Contour 5151 ONH, LLC d/b/a Old National Discount Mall; ABC Corps. 1-10; and John Does 1-10 (collectively, the "Defendants") and alleges:

## NATURE OF ACTION

1.     This is an action for, *inter alia*, contributory trademark infringement of Louis Vuitton's federally registered trademarks (the "Louis Vuitton Trademarks") under federal law.  The Defendants, individually and/or collectively, own, operate, control, and manage a well-known indoor flea market in Atlanta,

Georgia called "Old National Discount Mall" (the "Market") located at 2660 Godby Road, College Park, Georgia, 30349.

2.      By and through their actions, Defendants have created a safe haven for the sale of goods bearing counterfeits of the Louis Vuitton Trademarks (the "Counterfeit Louis Vuitton Products"), as well as many other well-known brands. Defendants have provided space to a host of individuals and/or businesses at the Market (the "Tenants") that Defendants knew or had reason to know were selling and/or offering for sale Counterfeit Louis Vuitton Products.

3.      Despite being aware that Counterfeit Louis Vuitton Products were being offered for sale and sold by their Tenants, Defendants turned a blind eye to this unlawful activity and continued to allow the sale of counterfeit merchandise to flourish, all to the detriment of Louis Vuitton.

## **PARTIES**

4.      Louis Vuitton is a *société par actions simplifiées* duly organized and existing under the laws of France with a principal place of business at 2 Rue du Pont Neuf, Paris, France. Louis Vuitton, directly, or through its related companies, is engaged, *inter alia*, in the design, manufacture, distribution, and sale in interstate and foreign commerce, including within this judicial district, of prestigious luxury merchandise including, without limitation, handbags, luggage, apparel, shoes,

2

scarves, jewelry, watches, and other fashion accessories bearing one or more of the Louis Vuitton Trademarks (the "Louis Vuitton Products").

5.      Upon information and belief, Defendant Contour 5151 ONH, LLC ("Contour") is a limited liability company organized and existing under the laws of the State of Delaware and transacts business in the State of Georgia.

6.      Upon information and belief, Contour purchased the Market on or about September 13, 2019 from Yes Assets, LLC ("Yes Assets") a limited liability company organized and existing under the laws of the State of Georgia, and Contour has owned, operated, and managed the Market ever since.

7.      Upon information and belief, Defendants ABC Corps. 1-10 are entities involved in the management and operation of the Market and are involved in the infringing activities herein.

8.      Upon information and belief, Defendants John Does 1-10 (the "Individual Defendants") are the individual principal owners, officers, directors, and/or managers of Contour and are participants in and the moving forces behind the infringing activities described herein.

## JURISDICTION AND VENUE

9.      The claim herein arises under the provisions of the Trademark Act of 1946, 15 U.S.C. § 1051, *et seq.* for contributory infringement of trademarks registered with the United States Patent and Trademark Office ("USPTO").

10.     This Court has original jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1332, and 1338.

11.     This Court has personal jurisdiction over Defendants because Defendants: (a) reside in this District and the State of Georgia; (b) conduct business in this District and the State of Georgia and are otherwise purposefully, systematically, and continuously engaged in substantial and not isolated activities in this District and the State of Georgia, and (c) the vast majority of the conduct complained of herein occurred in this District and the State of Georgia. Furthermore, Defendants' liability to Louis Vuitton arises from, and/or is related to, Defendants' activities within this District and the State of Georgia.

12.     This Court has personal jurisdiction over Individual Defendants. Individual Defendants are the moving, active, and conscious forces behind the Market's infringement of the Louis Vuitton Trademarks, as alleged herein.

13.     Personal jurisdiction over the corporate and each of the Individual Defendants is therefore proper in this judicial district.

14.     Venue is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims occurred in this district.

## FACTUAL ALLEGATIONS

### A.    Louis Vuitton and the Louis Vuitton Trademarks

15.    Since its founding in 1854 in Paris as a luggage and trunks business, Louis Vuitton has grown into one of the world's premiere fashion houses, known for its high-quality handbags, luggage, scarves, jewelry, watches, and many other fashion and luxury goods.

16.    To protect and maintain the image of the brand, Louis Vuitton Products are sold exclusively through boutiques owned and operated by Louis Vuitton and its related companies, some of which are located within high-end retail stores such as Neiman Marcus and Saks Fifth Avenue, through the Louis Vuitton website at http://us.louisvuitton.com, and through the website of its related company, Le Bon Marché, at http://www.24s.com.

17.    Louis Vuitton is the owner of the famous Louis Vuitton Trademarks, including, but not limited to, the LOUIS VUITTON and LOUIS VUITTON-formative word marks, the Toile Monogram Design mark, the LV Logo Design mark, the Stylized Flower Design marks and the Damier Design mark, which are registered for use in conjunction with a variety of goods, including, *inter alia*, handbags, accessories, and apparel.

18.    Representative examples of the Louis Vuitton Trademarks, which are each registered with the USPTO, are listed in the table below, and true and correct

copies of the U.S. registration certificates for these Louis Vuitton Trademarks are

attached hereto as Exhibit A:

| Mark | Reg. No. | Reg. Date | Class & Goods/Services |
|---|---|---|---|
| *The LOUIS VUITTON and LOUIS VUITTON-formative Word Marks* | | | |
| LOUIS VUITTON | 1,045,932 | 08/10/1976 | Class 18: Luggage and ladies' handbags |
| LOUIS VUITTON | 1,990,760 | 08/06/1996 | Class 18: Traveling bags; handbags; credit card cases |
| LOUIS VUITTON | 2,904,197 | 11/23/2004 | Class 14: Jewelry, namely, rings, earrings, cuff links, bracelets, charms, necklaces, horological and chronometric instruments, namely, watches, wrist-watches, straps for wrist-watches and watch cases |
| LOUIS VUITTON | 4,530,921 | 05/13/2014 | Class 9: Sunglasses; accessories for telephones, mobile phones, smart phones, namely, covers, neck straps, neck cords, and bags and cases specially adapted for holding or carrying portable telephones and telephone equipment and accessories<br><br>Class 25: Clothing, namely, pullovers, vests, shirts, tee-shirts, trousers, jackets, suits, coats, rain coats, waterproof jackets, waterproof pants, overcoats, parkas, skirts, dresses, pajamas, dressing gowns, nightgowns, robe, gloves, neck ties, belts for clothing, leather belts, scarves, pocket squares, sashes for wear, shawls, stockings, socks, tights, braces for clothing, suspenders, stoles, underwear, lingerie, bathing suits; shoes |

| Mark | Reg. No. | Reg. Date | Class & Goods/Services |
|---|---|---|---|
| LOUIS VUITTON | 6,855,032 | 09/27/2022 | Class 10: Sanitary face coverings in the nature of protective face shields for protection against viral infection; protective masks, namely, reusable sanitary masks for protection against viral infection; protective chin shields specially adapted for placement underneath sanitary masks for protection against viral infection; protective gloves, namely, sanitary gloves for protection against viral infection; face masks for medical use; surgical masks; protective face shields for medical use; protective chin shields for medical use; gloves for medical use |
| LOUIS VUITTON PARIS | 2,346,373 | 05/02/2000 | Class 18: Goods made of leather or of imitations of leather not included in other classes, namely, boxes of leather, trunks, valises, travelling bags, traveling sets for containing cosmetics, garment bags for travel, rucksacks, handbags, beach bags, shopping bags, shoulder bags, briefcases, pouches; fine leather goods, namely, pocket wallets, purses, key cases, card holders, checkbook holders<br><br>Class 25: Clothing and underwear, namely, sweaters, shirts, suits, waistcoats, skirts, coats, pullovers, trousers, dresses, clothing jackets, shawls, stoles, scarves, neckties, clothing belts, bathing suits, footwear |

| Mark | Reg. No. | Reg. Date | Class & Goods/Services |
|---|---|---|---|
| *The LV Logo Design* | | | |
|  | 1,519,828 | 01/10/1989 | Class 18: Trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, handbags, pocketbooks |
|  | 1,794,905 | 09/28/1993 | Class 25: Clothing for men and women; namely belts, shawls, sashes, scarves; footwear, headgear |
|  | 1,938,808 | 11/28/1995 | Class 14: Jewelry, watches and straps for wrist watches |
|  | 2,361,695 | 06/27/2000 | Class 25: Clothing, namely, sweaters, shirts, sweatshirts, polo shirts, t-shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, pocket handkerchief squares for wear, gloves, ties, belts, bathing suits, shoes, boots and sandals, hats |

8

| Mark | Reg. No. | Reg. Date | Class & Goods/Services |
|------|----------|-----------|------------------------|
|  | 2,909,002 | 12/07/2004 | Class 9: Accessories for telephones, mobile phones, smart phones, tablet devices, PDAs, and MP3 players, namely, covers, neck straps, neck cords, and bags and cases specially adapted for holding or carrying portable telephones and telephone equipment and accessories<br><br>Class 26: Brooches for clothing |
|  | 4,614,736 | 09/30/2014 | Class 9: Accessories for telephones, mobile phones, smart phones, tablet devices, PDAs, and MP3 players, namely, covers, neck straps, neck cords, and bags and cases specially adapted for holding or carrying portable telephones and telephone equipment and accessories<br><br>Class 26: Brooches for clothing |
|  | 6,874,886 | 10/18/2022 | Class 10: Face shields for protection against viral infection; fashion face masks being sanitary masks for protection against viral infection; face coverings incorporating protective chin shields being sanitary masks for protection against viral infection; protective gloves for medical use; Face masks for medical use; Surgical masks; protective face shields for medical use; protective chin shields for medical use; gloves for medical use |

| Mark | Reg. No. | Reg. Date | Class & Goods/Services |
|---|---|---|---|
|  | 5,477,535 | 05/29/2018 | Class 14: Jewelry; fashion jewelry, especially precious or semi-precious stones, pearls, rings, earrings, cuff links, bracelets, charms, brooches, necklaces, pendants, key rings of precious metal, tie pins, medallions, jewelry rolls for travel<br><br>Class 25: Footwear, slippers, boots and half-boots |
| *The Toile Monogram Design* | | | |
|  | 297,594 | 09/20/1932 | Class 18: Trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, and pocketbooks |
|  | 1,770,131 | 05/11/1993 | Class 25: Clothing for men and women, namely, shawls, sashes, scarves; headgear |
|  | 2,399,161 | 10/31/2000 | Class 25: Clothing and underwear, namely, shirts, polo shirts, t-shirts, waistcoats, raincoats, skirts, coats, trousers, dresses, jackets, shawls, stoles, scarves, neckties, gloves, ties, belts, bathing suits, shoes, boots and sandals, hats |
|  | 4,192,541 | 08/21/2012 | Class 9: Accessories for telephones, mobile telephones, smart phones, PC tablets, personal digital assistants, and MP3 players, namely, hands-free kits for telephones, covers, housings, façades, hand straps, and neck straps |

10

| Mark | Reg. No. | Reg. Date | Class & Goods/Services |
|---|---|---|---|
| | | | Class 14: Jewelry |
| | | | Class 18: Traveling bags; toiletry bags sold empty; wallets; purses; leather key cases |
| | | | Class 25: Clothing, namely, underwear, shirts, tee-shirts, pullovers, skirts, dresses, trousers, coats, jackets, belts for clothing, scarves, sashes for wear, gloves, neckties, socks, bathing suits; footwear |
| | | | Class 34: Cigar and cigarette cases of leather and imitation leather |
|  | 6,874,887 | 10/18/2022 | Class 10: Face shields for protection against viral infection; fashion face masks being sanitary masks for protection against viral infection; face coverings incorporating protective chin shields being sanitary masks for protection against viral infection; protective gloves for medical use; Face masks for medical use; Surgical masks; protective face shields for medical use; protective chin shields for medical use; gloves for medical use |
| *Décor Floral Design* | | | |
|  | 1,841,850 | 06/28/1994 | Class 18: Bags; namely, traveling bags; handbags; pouches; wallets; pocket wallets; key holders |

11

| Mark | Reg. No. | Reg. Date | Class & Goods/Services |
|------|----------|-----------|------------------------|
|  | 3,107,072 | 06/20/2006 | Class 18: Leather and imitation leather products, namely, traveling bags, traveling sets comprised of bags or luggage, trunks and suitcases, garment bags for travel purposes; vanity cases sold empty, rucksacks, shoulder bags, handbags, attaché cases, document wallets and briefcases made of leather, pouches made of leather, wallets, purses, business card cases, credit card cases<br><br>Class 25: Clothing and undergarments, namely, belts, scarves shawls, jackets, sashes for wear, shoes, boots |
| *The Stylized Flower Designs* | | | |
|  | 2,177,828 | 08/04/1998 | Class 14: Jewelry, namely, rings, earrings, cufflinks, bracelets, charms, necklaces<br><br>Class 18: Goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather, trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attaché cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, and credit card cases, umbrellas<br><br>Class 25: Clothing and underwear, namely shawls, stoles, belts, shoes, boots and sandals |

| Mark | Reg. No. | Reg. Date | Class & Goods/Services |
|------|----------|-----------|------------------------|
|  | 3,021,231 | 11/29/2005 | Class 9: Spectacles, sunglasses and spectacle cases |
|  | 6,952,203 | 01/17/2023 | Class 9: Eyewear; sunglasses; spectacles; spectacle frames; covers for smartphones; cases for smartphones<br><br>Class 10: Protective face shields for medical use; protective face shields in the nature of protective face masks for medical use; protective face shields in the nature of protective masks being face masks for protection against viral infection; protective face shields being face shields for protection against viral infection |
|  | 2,181,753 | 08/18/1998 | Class 14: Jewelry, namely, rings, ear rings, bracelets, charms, necklaces, horological instruments, straps for watches, watches and wrist-watches, cases for watches<br><br>Class 18: Trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attaché cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, credit card cases, and umbrellas |

| Mark | Reg. No. | Reg. Date | Class & Goods/Services |
|---|---|---|---|
| | | | Class 25: Clothing and underwear, namely, shirts, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, belts shoes, boots and sandals |
|  | 3,023,930 | 12/6/2005 | Class 9: Spectacles, sunglasses and spectacle cases |
|  | 6,952,204 | 01/17/2023 | Class 9: Eyewear; sunglasses; spectacles; spectacle frames; covers for smartphones; cases for smartphones

Class 10: Protective face shields for medical use; protective face shields in the nature of protective face masks for medical use; protective face shields in the nature of protective masks being face masks for protection against viral infection; protective face shields being face shields for protection against viral infection |
|  | 2,773,107 | 10/14/2003 | Class 14: Jewelry including rings, earrings, cuff links, bracelets, charms, necklaces, and medallions

Class 18: Travel bags, travel bags made of leather; rucksacks, shoulder bags, handbags; attaché-cases, briefcases, drawstring pouches, pocket wallets, purses, umbrellas, business card cases made of leather or of imitation leather, credit card cases |

| Mark | Reg. No. | Reg. Date | Class & Goods/Services |
|---|---|---|---|
| | | | made of leather or of imitation leather; key holders made of leather or of imitation<br><br>Class 25: Clothing, namely, shirts, T-shirts, belts, scarves, neck ties, shawls, raincoats, overcoats, high-heeled shoes, low-heeled shoes, boots, tennis shoes |
|  | 3,051,235 | 01/24/2006 | Class 9: Spectacles, sunglasses and spectacle cases |
|  | 6,976,619 | 02/14/2023 | Class 9: Eyewear; sunglasses; spectacles; spectacle frames; covers for smartphones; cases for smartphones<br><br>Class 10: Protective face shields for medical use; protective face shields in the nature of protective face masks for medical use; protective face shields in the nature of protective masks being face masks for protection against viral infection; protective face shields being face shields for protection against viral infection |
| *The Damier Design* | | | |
|  | 2,225,321 | 06/22/1999 | Class 25: Clothing and other garments, namely, sweaters, coats, jackets, ties, clothing belts, footwear |

15

| Mark | Reg. No. | Reg. Date | Class & Goods/Services |
|---|---|---|---|
|  | 2,378,388 | 08/22/2000 | Class 18: Goods made of leather or imitations of leather not included in other classes, namely, boxes of leather principally used for travel purposes, trunks, valises, traveling bags, handbags, beach bags, shopping bags, shoulder bags, brief cases, pouches, fine leather goods namely, pocket wallets, purses, key cases, business card cases, credit card cases |
|  | 2,421,618 | 01/16/2001 | Class 18: Goods made of leather or imitations of leather not included in other classes, namely, valises, traveling bags, traveling sets for containing cosmetics, handbags, shopping bags, shoulder bags, brief cases, pouches |
|  | 3,576,404 | 02/17/2009 | Class 18: Boxes of leather or imitation leather for packaging and carrying goods, trunks, suitcases, traveling sets comprised of matching luggage, traveling bags, luggage, garment bags for travel, toiletry cases sold empty, rucksacks, satchels, handbags, beach bags, leather shopping bags, sling bags, suit carriers, shoulder bags, waist bags, purses, travel cases, briefcases, briefcase-type portfolios, leather pouches, wallets, change purses, key cases, business card cases, calling card cases |

| Mark | Reg. No. | Reg. Date | Class & Goods/Services |
|---|---|---|---|
|  | 6,836,091 | 09/06/2022 | Class 18: Travelling bags; handbags; pocket wallets; wallets; change purses; business card cases |
|  | 6,836,090 | 09/06/2022 | Class 18: Travelling bags; handbags; pocket wallets; wallets; change purses; business card cases |

19.     The above-referenced trademark registrations are owned by Louis Vuitton, are valid, subsisting, and in full force and effect, and are registered on the Principal Register of the USPTO. Many of the registrations were issued long prior to the acts of Defendants complained of herein.  Further, with the exception of U.S. Trademark Reg. Nos. 5,477,535, 6,836,090, 6,836,091, 6,855,032, 6,874,886, 6,874,887, 6,952,203, 6,952,204, and 6,976,619, these registrations have become incontestable pursuant to 15 U.S.C. § 1065.

20.     Louis Vuitton has invested millions of dollars and decades of time and effort to create consumer recognition in the Louis Vuitton Trademarks and to ensure that the public, not only in the United States but throughout the world, associates the Louis Vuitton Trademarks with high-quality luxury goods emanating exclusively from Louis Vuitton.

21.     As a result of Louis Vuitton's efforts, millions of consumers have been exposed to the Louis Vuitton Trademarks through advertising campaigns, in mainstream and fashion magazines and other periodicals, as depicted on television and in motion pictures, in songs, on the Internet and social media, and in other forms of unsolicited media coverage.

22.     Louis Vuitton has developed a worldwide reputation for high-quality luxury goods and the public has come to exclusively and immediately identify products bearing the Louis Vuitton Trademarks with a single source—Louis Vuitton.  Accordingly, each of the Louis Vuitton Trademarks, and the goodwill associated therewith, are of inestimable value to Louis Vuitton.

**B.     Defendants' Unlawful Conduct**

23.     Defendants own, operate, supervise, manage, and are otherwise responsible for all business activities at the Market.  By and through their actions, Defendants have fostered and maintained a marketplace centered on the offer for sale, sale, and distribution of counterfeit products.

24.     Even prior to Contour's acquisition of the Market in September 2019, the Market was well-known as a source of counterfeit products.

25.     On November 21, 2014, for example, federal law enforcement officers raided the Market and seized more than 8,000 counterfeit goods, valued at approximately USD $13 million, and arrested several Tenants.

26.    Moreover, this is not the first time that counterfeiting activities at the Market have been the subject of federal trademark litigation..  On April 29, 2015, Luxottica Group and Oakley Corporation (owners of the RAY-BAN and OAKLEY trademarks) filed a suit in this Court against the prior owners of the Market alleging that the defendants therein were liable for contributory trademark infringement (the "Luxottica Suit"). On February 28, 2017, a jury found the prior owners of the Market liable for contributory trademark infringement and the judgment, later affirmed on appeal, was upheld. *See Luxottica Grp., S.p.A. v. Airport Mini Mall, LLC*, 932 F.3d 1303, 1321 (11th Cir. 2019).

27.    In the wake of a criminal raid, a civil lawsuit, and continued trademark owner notifications that the Market was facilitating the sale of counterfeit merchandise, Defendant Contour purchased the Market in September 2019.  When Contour purchased the Market, it was well aware that the Market was a hotbed for counterfeiting.  This knowledge came in several forms.  For example, there was press coverage related to the 2014 raid and the Luxottica Suit was publicly filed and known.  In addition, Defendants knew that Luxottica engaged in efforts to enforce its judgment against the prior owners and operators of the Market including through the issuance of liens and writs of execution against the Market itself as well as other assets of the prior owners.  On information and belief, the

Market was encumbered by liens or other judgment enforcement mechanisms at the time Contour purchased the Market from the prior owners.

28.     Notwithstanding the Market's well-known prior counterfeiting history, including a criminal raid and a civil trademark case, Contour proceeded with purchasing the Market.  Incredibly, Contour made no meaningful effort to stop the counterfeiting activity taking place at the Market following the change in ownership.  Rampant counterfeiting, including sales of Counterfeit Louis Vuitton Products, continued unabated.

29.     On September 20, 2020, for example, investigators working on behalf of Louis Vuitton visited the Market and identified twelve (12) Tenants engaged in the sale of Counterfeit Louis Vuitton Products.  In a letter dated November 3, 2020 to Market management, Louis Vuitton identified these Tenants and demanded that they be evicted from the Market.  Notably, Louis Vuitton first attempted to deliver the letter via UPS but it was refused and sent back to Louis Vuitton.  On November 9, 2020, however, a copy of the letter was hand delivered to the Market and accepted by the Security Manager.

30.     Thereafter, on November 28, 2020, investigators working on behalf of Louis Vuitton visited the Market and identified eleven (11) Tenants engaged in the sale of Counterfeit Louis Vuitton Products.  All, or nearly all, of the Tenants

identified in Louis Vuitton's November 3, 2020 letter were still engaged in the sale of Counterfeit Louis Vuitton Products.

31.    On December 3, 2020, investigators working on behalf of Louis Vuitton attempted to serve by hand, and in plain view on the Market premises, cease and desist letters to the eleven (11) Tenants identified during the November 28, 2020 investigation.   Further, one of those Tenants, also in plain view, voluntarily surrendered over one hundred Counterfeit Louis Vuitton Products to Louis Vuitton's investigators.

32.    On November 11, 2021, investigators working on behalf of Louis Vuitton again visited the Market and identified seven (7) Tenants engaged in the sale of Counterfeit Louis Vuitton Products.  In a letter dated January 3, 2022 to Market management, Louis Vuitton identified these Tenants and demanded that they be evicted.  The January 3, 2022 letter was delivered by UPS on January 6, 2022.

33.    On January 13, 2022 and January 22, 2022, respectively, investigators working on behalf of Louis Vuitton visited the Market and identified eight (8) Tenants engaged in the sale of Counterfeit Louis Vuitton Products.  In a letter dated February 17, 2022 to Market management, Louis Vuitton identified these Tenants and demanded that they be evicted.  Upon information and belief, Market management refused delivery of the February 17, 2022 letter via UPS on two

occasions.   Ultimately, the February 17, 2022 letter was sent to Market management via U.S. Postal Service on March 4, 2022.

34.   Contour took no action to address the rampant counterfeiting taking place at the Market.  Instead, Contour, like the Market's previous owners, turned a blind eye to the substantial counterfeit activities taking place at the Market.  By their actions, Contour created a safe haven for counterfeiting activities, including the sale of Counterfeit Louis Vuitton Products.

35.   On October 11, 2022, Fulton County Sheriff's Office; Fulton County District Attorney's Office; U.S. Department of Homeland Security – Homeland Security Investigations (HSI) executed a search warrant on the Market to search for counterfeit goods.  During the execution of this search warrant, and upon information and belief, law enforcement officers searched a total of one hundred fifty-seven (157) booths at the Market and discovered and seized products bearing counterfeit and trademark infringing marks in every booth.  With respect to Louis Vuitton, and upon information and belief, law enforcement officers discovered and seized over three thousand four hundred seventy-eight (3,478) Counterfeit Louis Vuitton Products from fifty-five (55) booths at the Market during the search.

36.   The foregoing acts of the Tenants constitute direct trademark infringement in violation of federal law.

37.     Upon information and belief, at all relevant times, Defendants have had the right and ability to control their Tenants and/or the use of the space supplied to the Tenants (*i.e.*, the means of the Tenants' infringement). Specifically, Defendants have the ultimate form of control over their Tenants' means of infringement insofar as Defendants have the ability to: (a) refrain from renewing the leases (and/or licenses) of Tenants who have been engaged in the sale of Counterfeit Louis Vuitton Products; (b) terminate the leases (and/or licenses) of Tenants who have been engaged in the sale of Counterfeit Louis Vuitton Products; (c) seek the voluntary departure of Tenants who have been engaged in the sale of Counterfeit Louis Vuitton Products; and/or (d) promptly initiate eviction proceedings against Tenants who have been engaged in the sale of Counterfeit Louis Vuitton Products.

38.     In short, the Market is a controlled environment where Defendants govern the use of the space.

39.     Despite the foregoing, Defendants have failed to implement any rules or adopt or employ any practices or procedures that would reduce or eliminate the widespread sale of counterfeit goods occurring at the Market.  As a result, the Market, with Defendants' full knowledge, is a hotbed for illicit activity with Tenants engaging in the open, notorious, and/or obvious sale of, among other things, Counterfeit Louis Vuitton Products.

40.     While such counterfeiting activities were often open and/or obvious, on many occasions, Defendants were specifically notified of the sale of counterfeit goods taking place at the Market, including the offer for sale and sale of Counterfeit Louis Vuitton Products, and took no action to stop it.

41.     Accordingly, Defendants knew, or had reason to know, that a substantial number of Counterfeit Louis Vuitton Products have been sold or offered for sale at the Market.  Defendants, moreover, knew that Louis Vuitton has never authorized the sale of Louis Vuitton Products or the use of the Louis Vuitton Trademarks at the Market.

42.     Nevertheless, Defendants allowed counterfeiting to occur at the Market on a massive scale despite Louis Vuitton's (and other intellectual property owners') pleas to Defendants to "clean up" the Market, and even though Defendants knew, know, had reason to know, or have reason to know, that trademark counterfeiting is against the law.

43.     Despite numerous warnings that their Tenants sold or offered for sale Counterfeit Louis Vuitton Products, Defendants failed to supervise their premises and comply with their legal obligations to curb counterfeiting at the Market because Defendants would make less money if they were to evict their counterfeiting Tenants.    In fact, if Defendants kicked out all the Market's

24

counterfeiters, Defendants would have few, if any, Tenants left, and Defendants' revenues and profits would plummet.

44.    Moreover, Defendants have been aware of, materially contributed to, and obtained a financial benefit from the sale of merchandise bearing counterfeits of intellectual property at the Market (including Counterfeit Louis Vuitton Products). Defendants reap substantial financial benefits derived from the sale of counterfeit items at the Market, including, but not limited to, increased: customer traffic; numbers of Tenants; storefront/booth rental revenue; and value of their business. Defendants are financially motivated to "turn a blind eye" to counterfeiting at the Market, or to affirmatively assist in the counterfeiting and protect their counterfeiting Tenants.

45.    By engaging in their unlawful conduct, Defendants have enjoyed the financial fruits of continuing to do business with their counterfeiting Tenants.

46.    Under the circumstances, Defendants had an obligation to take all steps necessary to curb or end the sale, or offer for sale, of Counterfeit Louis Vuitton Products at the Market.  Defendants, however, failed to do so.

47.    The actions of Defendants as described herein are intentional. Defendants owned, operated, and managed a Georgia business centered on the sale of counterfeit merchandise, including counterfeit Louis Vuitton.  Defendants recklessly disregarded Louis Vuitton's rights and/or willfully blinded themselves

to permit the sale of counterfeit merchandise throughout the entire Market. As a result of Defendants' intentional and injurious actions, this is an exceptional case under 15 U.S.C. § 1117(a), entitling Louis Vuitton to all of the remedies set forth in 15 U.S.C. §§ 1117(b) and (c).

48.    The counterfeiting of the Louis Vuitton Trademarks at the Market is likely to cause, is causing, and will continue to cause a likelihood of confusion, deception, and mistake on the part of consumers, the public, and the trade. Defendants' conduct has caused, and will continue to cause, irreparable harm to Louis Vuitton. Accordingly, Louis Vuitton has no adequate remedy at law, and Defendants must be enjoined from any further conduct contributing in any way to the counterfeiting of the Louis Vuitton Trademarks.

49.    Defendants have been unjustly enriched by allowing their Tenants to illegally use and misappropriate the Louis Vuitton Trademarks.

50.    Louis Vuitton has suffered harm as a result of the brazen acts of Defendants in an amount thus far not determined. The injuries and damages sustained by Louis Vuitton have been directly and proximately caused by Defendants' wrongful conduct.

## **FIRST CLAIM FOR RELIEF (All Defendants)**

## **Contributory Trademark Liability**

51.    Louis Vuitton hereby incorporates by reference the allegations set forth above in paragraphs 1 through 50.

52.    The unauthorized use of the Louis Vuitton Trademarks at the Market by several of Defendants' Tenants infringes upon each of Louis Vuitton's federally registered marks (*i.e.*, the Louis Vuitton Trademarks) in violation of section 32(1) of the Trademark Act of 1946 as amended (the "Lanham Act"), 15 U.S.C. § 1114(1).

53.    The unauthorized use of the Louis Vuitton Trademarks at the Market by several of Defendants' Tenants has caused and will continue to cause confusion, mistake, and deception.

54.    Through their actions, inaction, and conduct, Defendants have materially contributed to the above-described counterfeiting and infringement of the Louis Vuitton Trademarks.  Among other things, Defendants supplied the site, space, facilities, and a marketplace to Tenants that Defendants knew or had reason to know were selling, or offering for sale, Counterfeit Louis Vuitton Products. Hosts, such as Defendants, who permit their Tenants to use the premises cannot remain willfully blind to their Tenants' directly infringing acts.

55.     Defendants' conduct constitutes contributory infringement of the Louis Vuitton Trademarks.

56.     By reason of the foregoing, Defendants are liable to Louis Vuitton for any and all of the remedies available to Louis Vuitton under 15 U.S.C. §§ 1116 and 1117 of the Lanham Act.

## SECOND CLAIM FOR RELIEF (John Does 1-10)

### Vicarious Liability – All Counts

57.     Louis Vuitton hereby incorporates by reference and realleges each and every allegation of Paragraphs 1 through 56 above.

58.     As a moving, active and conscious force behind Defendants' unlawful conduct, John Does 1-10 are jointly and severally liable with Defendant Contour 5151 ONH, LLC, and/or one or more of ABC Corps. 1-10 under all counts of the Complaint.

## THIRD CLAIM FOR RELIEF (ABC Corps. 1-10)

### Vicarious Liability – All Counts

59.     Louis Vuitton hereby incorporates by reference and realleges each and every allegation of Paragraphs 1 through 58 above.

60.     As a moving, active and conscious force behind Defendants' unlawful conduct, ABC Corps. 1-10 are jointly and severally liable with Defendant Contour

5151 ONH, LLC, and/or one or more of John Does 1-10 under all counts of the Complaint.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Louis Vuitton demands Judgment against Defendants, and each of them, jointly and severally, as follows:

A.     Finding that Defendants Contour, ABC Corps. (1-10), and John Does (1-10) have infringed the Louis Vuitton Trademarks in violation of Section 32(a) of the Lanham Act, 15 U.S.C. § 1114(a).

B.     That pursuant to and in accordance with Federal Rule of Civil Procedure 65, 15 U.S.C. § 1116, preliminary and permanent injunctions be issued enjoining the Defendants and each of them, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from, directly or indirectly:

1.     counterfeiting or infringing any of the Louis Vuitton Trademarks;

2.     causing, contributing to, enabling, facilitating, allowing, tolerating, or participating in the counterfeiting or infringement of any of the Louis Vuitton Trademarks;

3.     allowing Tenants at the Market who have been or are currently engaged in the sale, or offer for sale, of

Counterfeit Louis Vuitton Products to continue doing business at the Market;

4.      using any reproduction, counterfeit, copy, or colorable imitation of the Louis Vuitton Trademarks in any publicity, advertisement, importation, promotion, display, distribution, sale, or offer for sale, of goods or otherwise pertaining to the Market;

5.      using the Louis Vuitton Trademarks in a manner calculated to falsely represent, or which has the effect of falsely representing, that products sold at the Market are sponsored by, authorized by, or in any way associated with Louis Vuitton; and

6.      otherwise unfairly competing with Louis Vuitton.

C.      That Louis Vuitton be awarded statutory damages from each of the Defendants in an amount of up to $2,000,000 per counterfeited mark per each type of goods (as provided by 15 U.S.C. § 1117(c) of the Lanham Act as amended), or, at Louis Vuitton's election, that Defendants be required to account to Louis Vuitton for all damages and/or profits resulting from the unlawful activities of Defendants and/or their Tenants, and that the award to Louis Vuitton be trebled as provided for under 15 U.S.C. §1117.

D.      That Louis Vuitton be awarded a sum that is just under the facts and circumstances of this action in accordance with 15 U.S.C. § 1117.

E.      That Louis Vuitton be awarded pre-judgment interest in accordance with 15 U.S.C. §1117.

F.      That Louis Vuitton be awarded its costs and expenses of this action, including, but not limited to, Louis Vuitton's attorneys' fees, investigators' fees, and other costs as provided for under 15 U.S.C. § 1117.

G.      That Louis Vuitton be awarded all other and further relief as the Court may deem just and proper under the facts and circumstances of this case.

Dated:  June 23rd, 2023                    Respectfully submitted,

                                           Strongwater & Associates
                                           *Attorneys for Plaintiff Louis Vuitton*
                                           1360 Peachtree Street
                                           Atlanta, Georgia 30309
                                           (404) 872-1700

                                           /s/ Jay L. Strongwater
                                           Jay L. Strongwater, Esq.
                                           jls@strongh2o.com
                                           Ga. Bar No. 688750

                                           Steptoe & Johnson LLP
                                           *Attorneys for Plaintiff Louis Vuitton*
                                           1330 Connecticut Avenue, NW
                                           Washington, D.C.  20036
                                           (202) 429-3000

                                           /s/ Michael J. Allan

31

Michael J. Allan, Esq.
mallan@steptoe.com

Zacharia Law PLLC
*Attorneys for Plaintiff Louis Vuitton*
1701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C.  20006
(202) 845-5091

/s/ John H. Zacharia
John H. Zacharia, Esq.
john@zacharialaw.com

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Louis Vuitton

requests a trial by jury in this matter.


Dated:  June 23rd, 2023                         Respectfully submitted,

Strongwater & Associates
*Attorneys for Plaintiff Louis Vuitton*
1360 Peachtree Street
Atlanta, Georgia 30309
(404) 872-1700

/s/ Jay L. Strongwater
Jay L. Strongwater, Esq.
jls@strongh2o.com
Ga. Bar No. 688750

Steptoe & Johnson LLP
*Attorneys for Plaintiff Louis Vuitton*
1330 Connecticut Avenue, NW
Washington, D.C.  20036
(202) 429-3000

/s/ Michael J. Allan
Michael J. Allan, Esq.
mallan@steptoe.com

Zacharia Law PLLC
*Attorneys for Plaintiff Louis Vuitton*
1701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C.  20006
(202) 845-5091

/s/ John H. Zacharia
John H. Zacharia, Esq.
john@zacharialaw.com

33

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

Pursuant to Local Rule 7.1D of the United States District Court for the

Northern District of Georgia, the undersigned hereby that the foregoing filing is a

computer-generated document, prepared in Times New Roman, 14-point font, in

accordance with Local Rule 5.1C of the United District Court for the Northern

District of Georgia.

/s/ Jay L. Strongwater
Jay L. Strongwater, Esq.
Ga. Bar No. 688750

# **<u>Exhibit A</u>**

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent Office**

Reg. No. 1,045,932

Registered Aug. 10, 1976

## TRADEMARK
### Principal Register

# LOUIS VUITTON

Vuitton et Fils S.A.R.L. (French corporation)
18, Rue du Congres
92600 Asnieres, France

For: LUGGAGE AND LADIES' HANDBAGS, in CLASS 18 (U.S. CL. 3).

First use at least as early as 1875; in commerce at least as early as 1925.

Ser. No. 60,441, filed Aug. 13, 1975.

B. A. CHAPMAN, Examiner

Int. Cls.: **14, 16, 18, 24 and 25**

Prior U.S. Cls.: **1, 2, 3, 5, 22, 23, 27, 28, 29, 37, 38, 39, 41, 42 and 50**

Reg. No. 1,990,760

## United States Patent and Trademark Office

Registered Aug. 6, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## LOUIS VUITTON

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: WATCHES AND STRAPS FOR WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1910; IN COMMERCE 0-0-1910.

FOR: PHOTOGRAPH ALBUMS; CATALOGUES FEATURING LUGGAGE AND TRAVEL ACCESSORIES, BAGS, SMALL LEATHER GOODS AND GARMENTS; ENGAGEMENT BOOKS, NOTEBOOKS, PICTURE BOOKS, ANTHOLOGIES AND PAMPHLETS REFERRING TO TRAVEL; CALENDARS; TELEPHONE INDEXES; HAT BOXES OF CARDBOARD; OFFICE REQUISITES IN THE NATURE OF WRITING PADS, LETTER TRAYS, WRITING CASES, PENCIL HOLDERS; FOUNTAIN PENS, BALLPOINT PENS, NIBS, INK WELLS, INK STANDS; PLAYING CARDS; COVERS FOR POCKET AND DESK DIARIES, AND CHECKBOOK HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1923; IN COMMERCE 0-0-1923.

FOR: TRUNKS; TRAVELING TRUNKS; SUITCASES; TRAVELING BAGS; LUGGAGE; GARMENT BAGS FOR TRAVEL; HAT BOXES FOR TRAVEL; SHOE BAGS FOR TRAVEL; UMBRELLAS; ANIMAL CARRIERS; BAGS FOR CLIMBERS; BAGS FOR CAMPERS; RUCKSACKS; HAVERSACKS; LEATHER OR TEXTILE SHOPPING BAGS; BEACH BAGS; HUNTERS' GAME BAGS; HANDBAGS; VANITY CASES SOLD EMPTY; ATTACHE CASES; SCHOOL BAGS; SCHOOL SATCHELS; TOTE BAGS, TRAVEL SATCHELS; CLUTCH BAGS; BRIEFCASES; WALLETS; POCKET WALLETS; CREDIT CARD CASES; BUSINESS CARD CASES; BILL AND CARD HOLDERS; CHECKBOOK HOLDERS; KEY CASES; CHANGE PURSES; BRIEFCASE-TYPE PORTFOLIOS; ENVELOPES OF LEATHER OR IMITATION LEATHER FOR PACKAGING, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1854; IN COMMERCE 0-0-1898.

FOR: TRAVEL BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1901; IN COMMERCE 0-0-1901.

FOR: SHIRTS; SWEATSHIRTS; POLO SHIRTS; T-SHIRTS; HEADWEAR; JACKETS; TIES; BELTS; SHAWLS; SASHES; SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1909; IN COMMERCE 0-0-1909.

OWNER OF U.S. REG. NOS. 1,045,932, 1,615,681 AND OTHERS.

THE NAME "LOUIS VUITTON" IS THE NAME OF THE DECEASED, FOUNDER OF THE APPLICANT'S BUSINESS.

SER. NO. 74-604,074, FILED 11-29-1994.

RANDY RICARDO, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,904,197

## United States Patent and Trademark Office

Registered Nov. 23, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# LOUIS VUITTON

LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS,
ALLOYS, OR COATED, NAMELY, ORNAMENTAL
PINS, ASH TRAYS FOR SMOKERS, DECORATIVE
BOXES AND JEWELRY BOXES, JEWELRY CASES
AND WATCH CASES, POWDER COMPACTS SOLD
EMPTY; JEWELRY, NAMELY, RINGS, EARRINGS,
CUFF LINKS, BRACELETS, CHARMS, BROOCHES,
NECKLACES, TIE PINS, AND MEDALLIONS;
KEYRINGS MADE OF PRECIOUS METAL; BUCK-
LES MADE OF PRECIOUS METAL, NAMELY,
BUCKLES FOR BELTS, BUCKLES FOR CLOTHING,
BUCKLES FOR SCARVES, BUCKLES FOR HATS,
BUCKLES FOR JEWELRY, BUCKLES FOR SHOES,
BUCKLES FOR BAGS, BUCKLES FOR BOXES,
BUCKLES FOR TRUNKS, BUCKLES FOR CASES,
BUCKLES FOR PURSES, BUCKLES FOR WALLETS,
BUCKLES FOR UMBRELLAS, BUCKLES FOR

CANES, BUCKLES FOR CLOCKS; HOROLOGICAL
AND CHRONOMETRIC INSTRUMENTS, NAMELY,
WATCHES, WRIST-WATCHES, CLOCKS, CHRONO-
GRAPHS, CHRONOMETERS AND ALARM
CLOCKS; STRAPS FOR WRIST-WATCHES AND
WATCH CASES, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

OWNER OF ERPN CMNTY TM OFC REG. NO.
001172857, DATED 6-9-2000, EXPIRES 5-11-2009.

OWNER OF U.S. REG. NOS. 1,045,932, 2,657,903
AND OTHERS.

THE NAME "LOUIS VUITTON" DOES NOT IDEN-
TIFY A LIVING INDIVIDUAL.

SER. NO. 76-485,867, FILED 1-28-2003.

RUSS HERMAN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# LOUIS VUITTON

**Reg. No. 4,530,921**

**Registered May 13, 2014**

**Int. Cls.: 9, 16, 25, and 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

LOUIS VUITTON MALLETIER (FRANCE SOCIÉTÉ ANONYME (SA))
2, RUE DU PONT NEUF
PARIS, FRANCE 75001

FOR: OPTICAL APPARATUS, NAMELY, BINOCULARS; BLANK USB STICKS; SPEC-TACLES; SUNGLASSES; SPECTACLE FRAMES; SPECTACLE GLASSES; SPECTACLE CASES; ACCESSORIES FOR TELEPHONES, MOBILE PHONES, SMART PHONES, TABLET DEVICES, PDAS, AND MP3 PLAYERS, NAMELY, COVERS, NECK STRAPS, NECK CORDS, AND BAGS AND CASES SPECIALLY ADAPTED FOR HOLDING OR CARRYING PORTABLE TELEPHONES AND TELEPHONE EQUIPMENT AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

FOR: PAPER BAGS; BOXES OF CARDBOARD OR PAPER; CARDBOARD AND PAPER-BOARD ENVELOPES AND POUCHES FOR PACKAGING; PLASTIC MATERIALS FOR PACKAGING, NAMELY, BAGS; POSTERS; PAMPHLETS REFERRING TO TRAVEL; POSTCARDS; CATALOGS FEATURING LUGGAGE, TRAVEL ACCESSORIES, BAGS, SMALL LEATHER GOODS, AND CLOTHING; PAPER LABELS; TRADING CARDS; GREETING CARDS; BUSINESS CARDS; INVITATION CARDS; PRINTED PUBLICATIONS, NAMELY, BOOKS, NEWSPAPERS, LEAFLETS, AND MAGAZINES FEATURING LUGGAGE, TRAVEL ACCESSORIES, PURSES, SMALL LEATHER GOODS, AND CLOTHING; BOOK-BINDING MATERIALS; PRINTED PHOTOGRAPHS; PHOTOGRAPH ALBUMS; STATIONERY, NAMELY, NOTE PADS, DESK PADS, WRITING PADS, DRAWING PADS, ENVELOPES, NOTE PAPER; CALENDARS; POCKET CALENDARS; NOTE BOOKS; TELEPHONE INDEXES; DIARY COVERS; DIARIES; OFFICE REQUISITES, NAMELY, LETTER TRAYS, PAPER KNIVES, INK STANDS, INKWELLS, PAPER WEIGHTS, PENCIL HOLDERS, PEN HOLDERS, PENCIL TUBS, BLOTTING PADS, PENCILS, FOUNTAIN PENS, RUBBER ERASERS, PEN CASES; PRINTING TYPES; PRINTING BLOCKS; TABLE LINENS OF PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1923; IN COMMERCE 0-0-1923.

FOR: CLOTHING, NAMELY, PULLOVERS, VESTS, SHIRTS, TEE-SHIRTS, TROUSERS, JACKETS, SUITS, COATS, RAIN COATS, WATERPROOF JACKETS, WATERPROOF PANTS, OVERCOATS, PARKAS, SKIRTS, DRESSES, PAJAMAS, DRESSING GOWNS, NIGHTGOWNS, ROBE, GLOVES, NECK TIES, BELTS FOR CLOTHING, LEATHER BELTS, SCARVES,

**Reg. No. 4,530,921**  POCKET SQUARES, SASHES FOR WEAR, SHAWLS, STOCKINGS, SOCKS, TIGHTS, BRACES FOR CLOTHING, SUSPENDERS, STOLES, UNDERWEAR, LINGERIE, BATHING SUITS; HEADWEAR; SHOES; SLIPPERS; BOOTS; HALF-BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1906; IN COMMERCE 0-0-1906.

FOR: BUTTONS; HOOKS AND EYES; SHOE BUCKLES; HAIR ACCESSORIES, NAMELY, HAIR PINS, BARRETTES, HAIR BOWS, HAIR CLIPS, HAIR BANDS, HAIR WRAPS; HAIR ORNAMENTS; BROOCHES FOR CLOTHING; CLOTHING FASTENERS, NAMELY, SCARF HOLDERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 10-0-2004; IN COMMERCE 10-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 11/3873579, FILED 11-14-2011, REG. NO. 11/3873579, DATED 11-14-2011, EXPIRES 11-14-2021.

OWNER OF U.S. REG. NOS. 1,045,932, 2,303,212, AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SN 85-981,550, FILED 5-11-2012.

KRISTINA MORRIS, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# LOUIS VUITTON

**Reg. No. 6,855,032**
**Registered Sep. 27, 2022**
**Int. Cl.: 10**
**Trademark**
**Principal Register**

Louis Vuitton Malletier  (FRANCE société par actions simplifiée (sas) )
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 10: Sanitary face coverings in the nature of protective face shields for protection against viral infection; protective masks, namely, reusable sanitary masks for protection against viral infection; protective chin shields specially adapted for placement underneath sanitary masks for protection against viral infection; protective gloves, namely, sanitary gloves for protection against viral infection; face masks for medical use; surgical masks; protective face shields for medical use; protective chin shields for medical use; gloves for medical use

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 018252818, FILED 06-11-2020, REG. NO. 018252818, DATED 09-25-2020, EXPIRES 06-11-2030

The name "LOUIS VUITTON" does not identify a living individual.

SER. NO. 90-303,975, FILED 11-06-2020



Katherine Kelly Vidal

**Director of the United States**
**Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Int. Cls.: 14, 16, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 5, 22, 23, 27, 28, 29, 37, 38, 39, 41 and 50

Reg. No. 2,346,373

**United States Patent and Trademark Office**    Registered May 2, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## LOUIS VUITTON PARIS

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE 75008

FOR: GOODS MADE OF PRECIOUS METAL, NAMELY, SHOE ORNAMENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASHTRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, BELT BUCKLES, EAR RINGS, CUFFLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, STRAPS FOR WATCHES, WATCHES AND WRIST WATCHES, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1988; IN COMMERCE 0–0–1988.

FOR: GOODS MADE OF PAPER OR OF CARDBOARD, NAMELY, BAGS OR PAPER FOR MERCHANDISE PACKAGING; BAGS OR BOXES MADE OF PAPER OR CARDBOARD; WATERCOLOR PICTURES; PICTURES, NAMELY, DRAWINGS; ARCHITECTURAL MODELS; PRINTED MATERIALS, NAMELY, POSTERS, PHOTO, STAMP, SCRAPBOOK AND WEDDING ALBUMS, ATLASES, PAMPHLETS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, GEOGRAPHICAL MAPS, POSTCARDS, CATALOGS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, PRINTED LABELS NOT OF TEXTILE, BOOKS, NAMELY, APPOINTMENT BOOKS, TRAVEL BOOKS, EDUCATIONAL BOOKS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, NEWSPAPERS FOR GENERAL CIRCULATION, PERIODICALS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL AND SPORT EVENTS, MAGAZINES IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, GENERAL FEATURE MAGAZINES; BOOKBINDING MATERIAL, NAMELY, BOOKBINDING TAPE, BOOKBINDING WIRE AND CLOTH FOR BOOKBINDING; MOUNTED AND UNMOUNTED PHOTOGRAPHS; STATIONERY, NAMELY, WRITING PADS, DRAWING PADS, BLOTTERS, WRITING BOOKS, CALENDARS, NOTE BOOKS, ENVELOPES, WRITING PAPER, INDEXES; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIAL, NAMELY, PAINT BRUSHES; ELECTRIC OR NON-ELECTRIC TYPEWRITERS; OFFICE REQUISITES, NAMELY, SLATE BOARDS FOR WRITING, INKING PADS, LETTER TRAYS, LETTER OPENERS, PENCILS, DESK STANDS AND HOLDERS FOR INK, PEN AND PENCILS, PAPERWEIGHTS, PENS AND PARTS THEREFOR, NAMELY, BALLS FOR BALLPOINT PENS AND NIBS FOR FOUNTAIN PENS; PRINTED INSTRUCTIONAL, EDUCATIONAL AND TEACHING MATERIAL IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS; PLASTIC BUBBLE PACKS FOR WRAPPING OR PACKAGING; PLASTIC FILM FOR INDUSTRIAL OR COM-

2                                    2,346,373

MERCIAL WRAPPING; PLAYING CARDS; PRINTERS' TYPE AND PRINTING BLOCKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

FOR: GOODS MADE OF LEATHER OR OF IMITATIONS OF LEATHER NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES OF LEATHER OR LEATHERBOARD USED FOR TRAVEL PURPOSES, HAT BOXES FOR TRAVEL, ENVELOPES OF LEATHER FOR MERCHANDISE PACKAGING; TRUNKS, VA-LISES, TRAVELLING BAGS, TRAVELING SETS FOR CONTAINING COSMETICS, GAR-MENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HANDBAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE CASES, BRIEFCASES, POUCHES; FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, KEY CASES, CARD HOLDERS, CHECKBOOK HOLDERS; UMBRELLAS, PARASOLS, CANES, WALKING STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, DRESS SHIELDS, CORSETS, SUITS, WAISTCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, CLOTHING JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, TIES, POCKET SQUARES, SUS-PENDERS, CLOTHING GLOVES, CLOTHING BELTS, STOCKINGS, TIGHTS, SOCKS, BATH-ING SUITS, BATH ROBES, FOOTWEAR; HEAD WEAR AND WATERPROOF CLOTHING, NAMELY, RAINCOATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PARIS", APART FROM THE MARK AS SHOWN.

SER. NO. 75-398,649, FILED 12-2-1997.

JENNIFER CHICOSKI, EXAMINING ATTOR-NEY

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,519,828
Registered Jan. 10, 1989

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON (FRANCE CORPORATION)
30 RUE LA BOETIE
PARIS, FRANCE

FOR: TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, POCKETBOOKS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0–0–1897; IN COMMERCE 0–0–1925.
OWNER OF U.S. REG. NOS. 286,345 AND 297,594.

SER. NO. 726,741, FILED 5–6–1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY

Int. Cls.: 16 and 25

Prior U.S. Cls.: 5, 11, 29, 37, 38 and 39

**United States Patent and Trademark Office**

Reg. No. 1,794,905

Registered Sep. 28, 1993

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE , ASSIGNEE OF LOUIS VUITTON (FRANCE CORPORATION) 75008 PARIS, FRANCE

FOR: TRAVEL GOODS CATALOGS, STATIONERY, PADS OF STATIONERY, CALENDARS, INDEXES FOR ARTICLES MADE FOR TRAVELLERS, NOTEBOOKS, ENVELOPES; PRINTED LABELS FOR LUGGAGE AND OTHER TRAVEL GOODS AND LEATHER HOLDERS THEREFOR, SOLD AS A UNIT; WRITING PAPER, PAPER OR PLASTIC BAGS FOR PACKAGING, HAT BOXES, PAPER OR CARDBOARD BOXES, PHOTOGRAPHS, ADHESIVES FOR STATIONERY, OFFICE REQUISITES IN THE NATURE OF WRITING PADS, LETTER TRAYS, PAPER CUTTERS, LETTER OPENERS, WRITING TABLETS, PENCILS, PENCIL HOLDERS, FOUNTAIN PENS, BALLPOINT PENS, PEN CASES, PENCIL CASES, LEAD HOLDERS, BALLPOINTS FOR PENS, NIBS, NIBS OF GOLD, INKWELLS, INKSTANDS, PLAYING CARDS, IN CLASS 16 (U.S. CLS. 5, 11, 29, 37 AND 38).

FOR: CLOTHING FOR MEN AND WOMEN; NAMELY BELTS, SHAWLS, SASHES, SCARVES; FOOTWEAR HEADGEAR, IN CLASS 25 (U.S. CL. 39).

OWNER OF FRANCE REG. NO. 1540178, DATED 7-7-1989, EXPIRES 7-7-1999.

OWNER OF U.S. REG. NOS. 286,345, 1,522,311 AND OTHERS.

SER. NO. 74-147,107, FILED 3-12-1991.

PATRICK, LEVY, EXAMINING ATTORNEY

**Int. Cls.: 14 and 24**

**Prior U.S. Cls.: 2, 27, 28, 42 and 50**

Reg. No. 1,938,808

**United States Patent and Trademark Office**   Registered Nov. 28, 1995

## TRADEMARK
### PRINCIPAL REGISTER



MALLETIER, LOUIS VUITTON (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: JEWELRY, WATCHES AND STRAPS FOR WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 0–0–1910; IN COMMERCE 0–0–1910.

FOR: TRAVEL BLANKETS MADE OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 0–0–1901; IN COMMERCE 0–0–1901.
OWNER OF U.S. REG. NOS. 286,345, 1,794,905 AND OTHERS.

SER. NO. 74–618,480, FILED 1–6–1995.

CARYN HINES, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,361,695**

## United States Patent and Trademark Office

Registered June 27, 2000

### TRADEMARK
#### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORA-
TION)
2 RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: CLOTHING AND UNDERWEAR, NAMELY,
SWEATERS, SHIRTS, SWEATSHIRTS, POLO SHIRTS,
T-SHIRTS, CORSETS, SUITS, WAISTCOATS, RAIN-
COATS, SKIRTS, COATS, PULLOVERS, TROUSERS,
DRESSES, JACKETS, SHAWLS, STOLES, SASHES
FOR WEAR, SCARVES, NECKTIES, POCKET
SQUARES, SUSPENDERS, POCKET HANDKERCHIEF

SQUARES FOR WEAR, BRACES, GLOVES, TIES,
BELTS, STOCKINGS, TIGHTS, SOCKS, BATH
ROBES, BATHING SUITS, SHOES, BOOTS AND
SANDALS, TIPS FOR FOOTWEAR; HATS AND
CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1896; IN COMMERCE 0–0–1981.
OWNER OF U.S. REG. NOS. 1,519,828, 1,794,905,
AND 1,938,808.

SER. NO. 75–620,753, FILED 1–13–1999.

INGRID C. EULIN, EXAMINING ATTORNEY

**Int. Cls.: 9 and 24**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 42, and 50**

## United States Patent and Trademark Office

**Reg. No. 2,909,002**

Registered Dec. 7, 2004

### TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: OPTICAL INSTRUMENTS AND APPARA-
TUS, NAMELY, SPECTACLES, EYEGLASSES, SPEC-
TACLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

FOR: TEXTILES AND TEXTILE GOODS, NAME-
LY, HOUSEHOLD LINEN, NAMELY, BATH LINEN,
IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

SN 76-347,341, FILED 12-12-2001.

CATHERINE FAINT, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,614,736**

**Registered Sep. 30, 2014**

**Int. Cls.: 9, 16, and 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

LOUIS VUITTON MALLETIER (FRANCE SOCIÉTÉ ANONYME (SA))
2, RUE DU PONT NEUF
PARIS, FRANCE 75001

FOR: OPTICAL APPARATUS, NAMELY, BINOCULARS; BLANK USB STICKS; SPECTACLES; SUNGLASSES; SPECTACLE FRAMES; SPECTACLE GLASSES; SPECTACLE CASES; ACCESSORIES FOR TELEPHONES, MOBILE PHONES, SMART PHONES, TABLET DEVICES, PDAS, AND MP3 PLAYERS, NAMELY, COVERS, NECK STRAPS, NECK CORDS, AND BAGS AND CASES SPECIALLY ADAPTED FOR HOLDING OR CARRYING PORTABLE TELEPHONES AND TELEPHONE EQUIPMENT AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

FOR: PAPER BAGS, BOXES OF CARDBOARD OR PAPER, CARDBOARD AND PAPER-BOARD ENVELOPES AND POUCHES FOR PACKAGING; PLASTIC MATERIALS FOR PACKAGING, NAMELY, BAGS; POSTERS; PAMPHLETS REFERRING TO TRAVEL; POSTCARDS; CATALOGS FEATURING LUGGAGE, TRAVEL ACCESSORIES, BAGS, SMALL LEATHER GOODS, AND CLOTHING; PAPER LABELS; TRADING CARDS; GREETING CARDS; BUSINESS CARDS; INVITATION CARDS; PRINTED PUBLICATIONS, NAMELY, BOOKS, NEWSPAPERS, LEAFLETS, AND MAGAZINES FEATURING LUGGAGE, TRAVEL ACCESSORIES, PURSES, SMALL LEATHER GOODS, AND CLOTHING; BOOK-BINDING MATERIALS; PRINTED PHOTOGRAPHS; PHOTOGRAPH ALBUMS; STATIONERY, NAMELY, NOTE PADS, DESK PADS, WRITING PADS, DRAWING PADS, ENVELOPES, NOTE PAPER; CALENDARS; POCKET CALENDARS; NOTE BOOKS; TELEPHONE INDEXES; DIARY COVERS; DIARIES; OFFICE REQUISITES, NAMELY, LETTER TRAYS, PAPER KNIVES, INK STANDS, INKWELLS, PAPER WEIGHTS, PENCIL HOLDERS, PEN HOLDERS, PENCIL TUBS, BLOTTING PADS, PENCILS, FOUNTAIN PENS, RUBBER ERASERS, PEN CASES; PRINTING TYPES; PRINTING BLOCKS; TABLE LINENS OF PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1923; IN COMMERCE 0-0-1923.

FOR: BUTTONS; HOOKS AND EYES; SHOE BUCKLES; HAIR ACCESSORIES, NAMELY, HAIR PINS, BARRETTES, HAIR BOWS, HAIR CLIPS, HAIR BANDS, HAIR WRAPS; HAIR ORNAMENTS; BROOCHES FOR CLOTHING; CLOTHING FASTENERS, NAMELY, SCARF HOLDERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**Reg. No. 4,614,736**   FIRST USE 0-0-2004; IN COMMERCE 10-0-2004.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 11/3873608, FILED 11-14-2011, REG. NO. 11/3873608, DATED 11-14-2011, EXPIRES 11-14-2021.

OWNER OF U.S. REG. NOS. 286,345, 1,519,828, AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED LETTERS "L" AND "V".

SN 85-981,551, FILED 5-14-2012.

KRISTINA MORRIS, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,874,886**

**Registered Oct. 18, 2022**

**Int. Cl.: 10**

**Trademark**

**Principal Register**

Louis Vuitton Malletier  (FRANCE société par actions simplifiée (sas) )
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 10: face shields for protection against viral infection; fashion face masks being sanitary masks for protection against viral infection; face coverings incorporating protective chin shields being sanitary masks for protection against viral infection; protective gloves for medical use; Face masks for medical use; Surgical masks; protective face shields for medical use; protective chin shields for medical use; gloves for medical use

OWNER OF EUROPEAN UNION , REG. NO. 018324635, DATED 02-27-2021, EXPIRES 10-21-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 018253273, FILED 06-15-2020

The mark consists of "LV" in stylized font.

SER. NO. 90-303,987, FILED 11-06-2020



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,477,535**

**Registered May 29, 2018**

**Int. Cl.: 9, 14, 18, 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

LOUIS VUITTON MALLETIER (FRANCE Société Anonyme )
2 Rue Du Pont-neuf
F-75001 Paris
FRANCE

CLASS 9: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signaling, checking and supervision, life-saving and teaching apparatus and instruments, namely, life vests; apparatus for recording, transmission, reproduction of sound or images, magnetic recording media, namely, blank magnetic data carriers, blank sound recording disks; bags and cases for video cameras or photographic apparatus; blank recordable CD-Rs, blank recordable DVDs and other digital recording media, namely, blank digital storage media; calculating machines, data processing equipment, computers and computer equipment, namely, computer peripherals, computer keyboards, printers for use for computers, mouse pads; computer software for downloading, publishing, showing, displaying, labeling, blogging, and sharing electronic media or information via the Internet or other communications networks in the fields of travel, luggage, luxury goods, fashion, clothing, sports, sailing, and the arts; blank USB sticks, electronic agendas, game software, recorded computer programs, for downloading, displaying, and sharing electronic media or information via the Internet or other communications networks in the fields of travel, luggage, luxury goods, fashion, clothing, sports, sailing, and the arts; electronic publications, namely, catalogs, books, brochures, pamphlets, and booklets in the fields of travel, luggage, luxury goods, fashion, clothing, sports, sailing, and the arts downloadable online or from the Internet; spectacles, sunglasses; spectacle frames; spectacle lenses, contact lenses; cases for spectacles or for contact lenses; signaling buoys, marker buoys in the nature of positioning buoys; telephones, mobile telephones, smartphones, tablets computers, personal electronic assistants (PDAs) and MP3 players; accessories for telephones, mobile telephones, smartphones, tablet computers, PDAs, and MP3 players, namely, hands-free kits for telephones, batteries, covers and cases, protective covers in the nature of facings; battery chargers, straps and lanyards for use with telephones, mobile telephones, smartphones, tablet computers, PDAs, and MP3 players, earphones; bags and cases specially adapts for holding or carrying mobile telephones and telephone equipment

CLASS 14: Jewelry; fashion jewelry, especially precious or semi-precious stones, pearls, rings, earrings, cuff links, bracelets, charms, brooches, necklaces, pendants, key rings of precious metal, tie pins, medallions, jewelry rolls for travel; jewelry boxes; trophies of precious metal; timepieces, watches, wristwatches, watch straps, alarm clocks, stop watches, clock and watch making pendulums and cases or presentation cases for timepieces



Andrei Iancu

Director of the United States
Patent and Trademark Office

CLASS 18: Boxes of leather or imitation leather; travel bags, travel sets, namely, leather travel bags, trunks and suitcases, garment travel bags for footwear; unfitted vanity cases; backpacks, handbags; sports bags; evening bags, namely, clutch bags, attaché cases and briefcases of leather; wallets, purses, card wallets, key cases of leather; parasols, umbrellas

CLASS 25: Clothing, namely, pullovers, vests, shirts, tee-shirts, trousers, jackets, suits, coats, raincoats, overcoats, parkas, skirts, dresses; pajamas, house coats, night shirts, dressing gowns; clothing accessories, namely, hats, caps, bonnets, gloves, neckties, belts, leather belts, scarves, pocket squares, shawls, stockings, socks, tights, suspenders, stoles; underwear, lingerie; bathing suits; footwear, slippers, boots and half-boots

CLASS 41: Educational, training, and entertainment services, namely, editing and publishing of catalogs, newspapers, books, magazines and texts other than for advertising in the field of travel, luggage, luxury goods, fashion, clothing, sports, and the arts; sporting activities, namely, arranging and organization of sporting competitions and of sailing contests; sporting and cultural activities, namely, sailing races; organization of sporting competitions and of sailing contests; radio entertainment, television show and film production; publishing of electronic publications, namely, on-line providing of electronic, non-downloadable publications; cultural activities, namely, organization of events for cultural purposes; organization of competitions for education or entertainment purposes, namely, sports competitions; arranging and conducting of educational conferences and congresses; educational services, namely, arranging and conducting of colloquiums and seminars in the field of travel, luggage, luxury goods, fashion clothing, sports, sailing, and the arts; educational services, namely, conducting educational conferences, congresses, seminars in the field of travel, luggage, luxury goods, fashion clothing, sports, sailing, and the arts; organization of exhibitions for cultural or educational purposes; arranging and conducting of concerts, specifically excluding concerts offered by or in nightclubs; museum services, namely, providing museum facilities presentations and exhibitions; production of fashion shows; entertainment information, information on education, information on education in the field of training; organization of fashion shows for entertainment purposes; photographic reporting; entertainment services in the nature of production and distribution of multimedia entertainment contents, namely, programs and events provided through audio and video for broadcasting on a telecommunications network including computer networks; photography, photographic reporting; publication of books, publication of texts other than advertising texts, electronic publication of books and magazines online, writing of texts other than advertising and publicity texts, publication of books and reviews

The mark consists of the overlapping stylized letters "LV" inside a circular border.

PRIORITY DATE OF 10-16-2014 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1249344 DATED 11-26-2014, EXPIRES 11-26-2024

SER. NO. 79-166,089, FILED 11-26-2014

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058,  1141k.  If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do  not  file  renewal  applications  at  the  USPTO.  Instead,  the  holder  must  file  a  renewal  of  the  underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 297,594
Registered Sep. 20, 1932
Renewal Term Begins Sep. 20, 1992

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE, BY CHANGE OF NAME, ASSIGNMENT, ASSIGNMENT AND ASSIGNMENT FROM VUITTON & VUITTON, SOCIETE A RESPONSA-BILITE LIMITEE (FRANCE CORPORATION) PARIS, FRANCE

OWNER OF FRANCE REG. NO. 219,497, DATED 10-29-1908, RENEWED AS REG. NO. 219,497, DATED 8-3-1923.

THE REPRESENTATION OF A TRUCK LINING OR A SECTION THEREOF BEING HEREBY DISCLAIMED.

FOR: TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, IN CLASS 3 (INT. CL. 18).

FIRST USE 0-0-1897; IN COMMERCE 0-0-1897.

SER. NO. 71-313,983, FILED 4-29-1931.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 17, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl. / 8

**Registered Sept. 20, 1932**

# Trade-Mark 297,594

297,594. "VL" AND DRAWING. Registered Sept. 20, 1932. Vuitton & Vuitton, Societe a Responsabilite Limitee, Paris, France. Renewed Sept. 20, 1952, to Vuitton & Vuitton, Societe a Responsabilite Limitee, Seine, France, a corporation organized under the laws of the Republic of France. Trunks, Valises, Traveling Bags, Etc. Class 3.

SECOND RENEWAL

*Vuitton et fils Societe a Responsabilite limitee Asnieres (Hauts de Seine) France*

# UNITED STATES PATENT OFFICE

### VUITTON & VUITTON, SOCIETE A RESPONSABILITE LIMITÉE, OF PARIS, FRANCE

#### ACT OF FEBRUARY 20, 1905

Application filed April 29, 1931.  Serial No. 313,983.



## STATEMENT

*To all whom it may concern:*

Be it known that Vuitton & Vuitton, Societe a Responsabilite Limitee, a corporation duly organized under the laws of the Republic of France, located in the city of Paris, France, and doing business at 70 Avenue des Champs-Elysees, in said city, has adopted for its use the trade-mark shown in the accompanying drawing, the representation of a trunk lining or a section thereof being hereby disclaimed.

The trade-mark has been continuously used in its business since 1897.

The particular description of goods to which the trade-mark is appropriated is TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, comprised in Class 3, Baggage, animal equipments, portfolios, and pocketbooks

The trade-mark is usually displayed by stamping or otherwise impressing same directly upon the goods or by printing or otherwise impressing same on packages containing the goods.

Said trade-mark has been registered in France dated Oct. 29, 1908, renewed Aug. 3, 1923, No. 219,497. Mock & Blum, whose postal address is 10 East 40th Street, New York, N. Y., are designated, as applicant's representative, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

VUITTON & VUITTON, SOCIETE
A RESPONSABILITE LIMITEE,
By G. L. VUITTON,
*Managing Director.*

Registered Sept. 20, 1932        **Trade-Mark 297,594**

Renewed September 20, 1952 to Vuitton & Vuitton, Societe a Responsabilite Limitee, of Seine, France, a corporation organized under the laws of the Republic of France.

3515

# UNITED STATES PATENT OFFICE

VUITTON & VUITTON, SOCIETE A RESPONSABILITE LIMITEE, OF PARIS, FRANCE

ACT OF FEBRUARY 20, 1905

Application filed April 29, 1931.  Serial No. 313,983.



## STATEMENT

*To all whom it may concern:*

Be it known that Vuitton & Vuitton, Societe a Responsabilite Limitee, a corporation duly organized under the laws of the Republic of France, located in the city of Paris, France, and doing business at 70 Avenue des Champs-Elysees, in said city, has adopted for its use the trade-mark shown in the accompanying drawing, the representation of a trunk lining or a section thereof being hereby disclaimed.

The trade-mark has been continuously used in its business since 1897.

The particular description of goods to which the trade-mark is appropriated is TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, comprised in Class 3, Baggage, animal equipments, portfolios, and pocketbooks.

The trade-mark is usually displayed by stamping or otherwise impressing same directly upon the goods or by printing or otherwise impressing same on packages containing the goods.

Said trade-mark has been registered in France dated Oct. 29, 1908, renewed Aug. 3, 1923, No. 219,497. Mock & Blum, whose postal address is 10 East 40th Street, New York, N. Y., are designated, as applicant's representative, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

VUITTON & VUITTON, SOCIETE
A RESPONSABILITE LIMITEE,
By G. L. VUITTON,
*Managing Director.*

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,770,131
Registered May 11, 1993

# TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON (FRANCE CORPORATION)
54 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: CLOTHING FOR MEN AND WOMEN; NAMELY, BELTS, SHAWLS, SASHES, SCARVES; FOOTWEAR, TIPS FOR FOOTWEAR; HEADGEAR, IN CLASS 25 (U.S. CL. 39).

OWNER OF FRANCE REG. NO. 1498338, DATED 11–15–1988, EXPIRES 11–15–1998.

OWNER OF U.S. REG. NO. 1,415,502.

SER. NO. 74–148,017, FILED 3–15–1991.

PATRICK, LEVY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,399,161

**United States Patent and Trademark Office**

Registered Oct. 31, 2000

Corrected

OG Date Apr. 3, 2007

# TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2 RUE DU PONT-NEUF
75001 PARIS, FRANCE
 OWNER OF U.S. REG. NOS. 1,655,564, 1,875,198 AND OTHERS.
 THE MARK CONSISTS OF A REPEAT-ING PATTERN DESIGN COVERING ALL OR SUBSTANTIALLY ALL OF THE SUR-FACE OF THE GOODS. THE MARK INCLUDES THE LETTERS LV AND FLOWER-LIKE DESIGNS ON A DARK BACKGROUND.

 FOR: CLOTHING AND UNDERWEAR, NAMELY,[ SWEATERS,] SHIRTS, [ SWEATSHIRTS,] POLO SHIRTS, T-SHIRTS, [CORSETS, SUITS, ] WAIST-COATS, RAINCOATS, SKIRTS, COATS, [ PULLOVERS,] TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, [ SASHES FOR WEAR,] SCARVES, NECKTIES, [ POCKET SQUARES, SUSPENDERS, POCKET HANDKERCHIEFS, BRACES,] GLOVES, TIES, BELTS,] STOCKINGS, TIGHTS, SOCKS, BATH ROBES, ] BATH-ING SUITS, SHOES, BOOTS AND SAN-DALS, [ TIPS FOR FOOTWEAR;] HATS [ AND CAPS ], IN CLASS 25 (U.S. CLS. 22 AND 39).

 FIRST USE 0-0-1896; IN COMMERCE 0-0-1981.

 SER. NO. 75-620,248, FILED 1-13-1999.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 3, 2007.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,192,541**

**Registered Aug. 21, 2012**

**Int. Cls.: 3, 9, 14, 16, 18, 24, 25 and 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

LOUIS VUITTON MALLETIER (FRANCE SOCIÉTÉ ANONYME)
2 RUE DU PONT-NEUF
PARIS, FRANCE F75001

FOR: SOAPS FOR PERSONAL USE; PERFUMERY; ESSENTIAL OILS; COSMETICS; CREAMS FOR THE HAIR, FACE, AND BODY; LOTIONS FOR THE HAIR, FACE, AND BODY; SHOWER AND BATH GELS; SHOWER AND BATH PREPARATIONS; SHAMPOOS; MAKE-UP PREPARATIONS, NAMELY, FOUNDATIONS, LIPSTICKS, EYE SHADOWS, MASCARA, MAKE-UP POWDER, AND NAIL POLISH, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: SUNGLASSES; SPECTACLES; OPTICAL LENSES; SPECTACLE CASES; TELEPHONES; MOBILE TELEPHONES; SMART PHONES; PC TABLETS; PERSONAL DIGITAL ASSISTANTS; MP3 PLAYERS; ACCESSORIES FOR TELEPHONES, MOBILE TELEPHONES, SMART PHONES, PC TABLETS, PERSONAL DIGITAL ASSISTANTS, AND MP3 PLAYERS, NAMELY, HANDS-FREE KITS FOR TELEPHONES, BATTERIES, COVERS, HOUSINGS, FAÇADES, CHARGERS, HAND STRAPS, AND NECK STRAPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY; KEY RINGS OF PRECIOUS METAL; TIE PINS; MEDALLIONS; JEWELRY BOXES; WATCHES; WATCH BANDS; ALARM CLOCKS; CASES FOR TIMEPIECES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PRINTED MATTER, NAMELY, PAMPHLETS, CATALOGS, AND BOOKS IN THE FIELD OF TRAVEL, LUGGAGE, LUXURY GOODS, FASHION, CLOTHING, SPORTS, THE ARTS; PUBLICATIONS, NAMELY, BROCHURES AND BOOKLETS IN THE FIELD OF TRAVEL, LUGGAGE, LUXURY GOODS, FASHION, CLOTHING, SPORTS, THE ARTS; STATIONERY; STATIONERY ARTICLES, NAMELY, NOTE PADS, WRITING BOOKS, DRAWING BOOKS, CALENDARS, AGENDAS, NOTEBOOKS, ENVELOPES, LETTER PAPER, AND INDEX CARDS; COVERS FOR DIARIES, INDEXES, AND PADS; OFFICE REQUISITES, NAMELY, LETTER TRAYS, PAPER CUTTERS, PENCILS, INKSTANDS, INKWELLS, PAPERWEIGHTS, PENCIL HOLDERS, PEN HOLDERS, WRITING PADS, PENS, BALLS, AND NIBS FOR PENS; POSTCARDS; PAPER LABELS; NEWSPAPERS; PRINTED DOCUMENTS, NAMELY, PRINTED CERTIFICATES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BOXES OF LEATHER OR IMITATION LEATHER FOR PACKAGING AND CARRYING GOODS; TRAVELING BAGS; LEATHER TRAVELING SETS OF LUGGAGE; TRUNKS;



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 4,192,541**  SUITCASES; GARMENT BAGS FOR TRAVEL; VANITY CASES SOLD EMPTY; TOILETRY BAGS SOLD EMPTY; BACKPACKS; HANDBAGS; ATTACHÉ CASES; LEATHER DOCU-MENT CASES; WALLETS; PURSES; LEATHER KEY CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, BATH LINEN, BED LINEN, TABLE LINEN, TOWELS, BED COVERS, TEXTILE TABLE CLOTHS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, NAMELY, UNDERWEAR, SHIRTS, TEE-SHIRTS, PULLOVERS, SKIRTS, DRESSES, TROUSERS, COATS, JACKETS, BELTS FOR CLOTHING, SCARVES, SASHES FOR WEAR, GLOVES, NECKTIES, SOCKS, BATHING SUITS; FOOTWEAR; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: CIGAR AND CIGARETTE CASES OF LEATHER AND IMITATION LEATHER, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

OWNER OF U.S. REG. NOS. 1,875,198, 2,361,695 AND OTHERS.

PRIORITY DATE OF 3-28-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1095708 DATED 9-19-2011, EXPIRES 9-19-2021.

THE MARK CONSISTS OF FLOWER-LIKE DESIGNS SURROUNDING THE LETTERS "LV".

SER. NO. 79-104,538, FILED 9-19-2011.

HOWARD SMIGA, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,874,887**

**Registered Oct. 18, 2022**

**Int. Cl.: 10**

**Trademark**

**Principal Register**

Louis Vuitton Malletier  (FRANCE société par actions simplifiée (sas) )
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 10: face shields for protection against viral infection; fashion face masks being sanitary masks for protection against viral infection; face coverings incorporating protective chin shields being sanitary masks for protection against viral infection; protective gloves for medical use; Face masks for medical use; Surgical masks; protective face shields for medical use; protective chin shields for medical use; gloves for medical use

OWNER OF EUROPEAN UNION , REG. NO. 018324529, DATED 02-27-2021, EXPIRES 10-22-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 018253142, FILED 06-12-2020

The mark consists of a repeating pattern of the monogram "LV", pointed four-petaled flowers, pointed four-petaled flowers within diamond carriers, and rounded four-petaled flowers within circular carriers. The mark appears over the entire surface of the goods.

SER. NO. 90-304,024, FILED 11-06-2020



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 18

Prior U.S. Cls.: 3 and 41

**United States Patent and Trademark Office**

Reg. No. 1,841,850
Registered June 28, 1994

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COM-
PANY)
43 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: TRUNKS; TRAVELLING TRUNKS;
SUITCASES; BAGS; NAMELY, TRAVELING
BAGS; BAGS FOR CLIMBERS; BAGS FOR
CAMPERS; RUCKSACKS; HAVERSACKS;
SHOPPING BAGS; HANDBAGS; VANITY
CASES; ATTACHE CASES; SCHOOLBAGS;
SCHOOL SATCHELS; SATCHELS; POUCHES;
BRIEFCASES; WALLETS; POCKET WALLETS;
CARD CASES; BILL AND CARD HOLDERS;

KEY HOLDERS; CHANGE PURSES; PORTFO-
LIOS; AND UMBRELLAS, IN CLASS 18 (U.S.
CLS. 3 AND 41).

OWNER OF FRANCE REG. NO. 1609369,
DATED 4–20–1990, EXPIRES 4–21–2000.

OWNER OF U.S. REG. NOS. 297,594, 1,770,131
AND OTHERS.

THE STIPPLING IS INTENDED TO SHOW
SHADING.

SER. NO. 74–407,999, FILED 6–28–1993.

ALICE SUE CARRUTHERS, EXAMINING AT-
TORNEY

Int. Cls.: 9, 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 38, 39, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 3,107,072

Registered June 20, 2006

# TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCIÉTÉ ANONYME)
2, RUE DU PONT-NEUF
F-75001 PARIS
FRANCE

FOR: SPECTACLES, SUNGLASSES AND SPECTACLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY, NAMELY, RINGS, KEY RINGS OF PRECIOUS METAL, EARRINGS AND EAR CLIPS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, ORNAMENTS OF PRECIOUS METAL, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC APPARATUS AND INSTRUMENTS, NAMELY WATCHES, WATCH CASES, ALARM CLOCKS; JEWELRY BOXES OF PRECIOUS METAL, THEIR ALLOYS OR COATED THEREWITH, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATION LEATHER PRODUCTS, NAMELY, TRAVELING BAGS, TRAVELING SETS COMPRISED OF BAGS OR LUGGAGE, TRUNKS AND SUITCASES, GARMENT BAGS FOR TRAVEL PURPOSES; VANITY CASES SOLD EMPTY, RUCKSACKS, SHOULDER BAGS, HANDBAGS, ATTACHÉ CASES, DOCUMENT WALLETS AND BRIEFCASES MADE OF LEATHER, POUCHES MADE OF LEATHER, WALLETS, PURSES, KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERGARMENTS, NAMELY, SWEATERS, SHIRTS, TEE-SHIRTS, BELTS, SCARVES, NECKTIES, SHAWLS, WAISTCOATS, SKIRTS, RAINCOATS, OVERCOATS, SUSPENDERS, TROUSERS, DENIM TROUSERS, PULLOVERS, DRESSES, JACKETS, SASHES FOR WEAR, GLOVES, TIGHTS, BATHING SUITS, BATH ROBES, PAJAMAS, NIGHTGOWNS, SHORTS, POCKET SQUARES; SHOES, BOOTS, SLIPPERS; HEADGEAR, NAMELY, HATS AND CAPS; UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY DATE OF 6-18-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0846642 DATED 11-19-2004, EXPIRES 11-19-2014.

OWNER OF U.S. REG. NOS. 1,841,850, 2,773,107 AND OTHERS.

SER. NO. 79-009,979, FILED 11-19-2004.

BRIDGETT SMITH, EXAMINING ATTORNEY

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,177,828

Registered Aug. 4, 1998

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS
METALS, NAMELY, SHOE ORNAMENTS, HAT
ORNAMENTS, ORNAMENTAL PINS, ASH-
TRAYS FOR SMOKERS, DECORATIVE BOXES,
POWDER COMPACTS OF PRECIOUS METAL,
JEWELRY CASES; JEWELRY, NAMELY,
RINGS, KEY RINGS, BELT BUCKLES, EAR
RINGS, CUFFLINKS, BRACELETS, CHARMS,
BROOCHES, NECKLACES, TIE PINS, MEDAL-
LIONS; HOROLOGICAL AND CHRONOME-
TRIC INSTRUMENTS, STRAPS FOR WATCH-
ES, WATCHES AND WRIST-WATCHES, CASES
FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27,
28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMI-
TATIONS OF LEATHER ARE NOT INCLUDED
IN OTHER CLASSES, NAMELY, BOXES MADE
FROM LEATHER OR LEATHERBOARD, EN-
VELOPES OF LEATHER FOR PACKAGING;
TRUNKS, VALISES, TRAVELING BAGS, LUG-
GAGE FOR TRAVEL, GARMENT BAGS FOR
TRAVEL, VANITY CASES SOLD EMPTY,
RUCKSACKS, HAND BAGS, BEACH BAGS,
SHOPPING BAGS, SHOULDER BAGS, ATTA-

CHE CASES, BRIEFCASES, DRAW STRING
POUCHES, AND FINE LEATHER GOODS,
NAMELY, POCKET WALLETS, PURSES,
LEATHER KEY HOLDERS, BUSINESS CARD
CASES, CALLING CARD CASES, AND
CREDIT CARD CASES, UMBRELLAS, PARA-
SOLS, CANES, AND WALKING-STICK SEATS,
IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR,
NAMELY, SWEATERS, SHIRTS, CORSETS,
SUITS, WAISTCOATS, RAINCOATS, SKIRTS,
COATS, PULLOVERS, TROUSERS, DRESSES,
JACKETS, SHAWLS, STOLES, SASHES FOR
WEAR, SCARVES, NECKTIES, POCKET
SQUARES, SUSPENDERS, GLOVES, BELTS,
STOCKINGS, TIGHTS, SOCKS, BATH ROBES,
SHOES, BOOTS AND SANDALS, HATS AND
CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 96/612502, FILED
2–23–1996, REG. NO. 96612502, DATED 2–23–1996,
EXPIRES 2–23–2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198
AND OTHERS.

SER. NO. 75–143,799, FILED 8–1–1996.

JASON TURNER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,021,231

Registered Nov. 29, 2005

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCI-
ÉTÉ ANONYME)

2, RUE DU PONT-NEUF

F-75001 PARIS, FRANCE

FOR: SPECTACLES, SUNGLASSES AND SPECTA-
CLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

PRIORITY DATE OF 7-30-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0843151 DATED 1-27-2005, EXPIRES 1-27-2015.

OWNER OF U.S. REG. NOS. 1,841,850, 2,399,161
AND OTHERS.

SER. NO. 79-008,818, FILED 1-27-2005.

BRIDGETT SMITH, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,952,203**
**Registered Jan. 17, 2023**
**Int. Cl.: 9, 10**
**Trademark**
**Principal Register**

Louis Vuitton Malletier  (FRANCE société par actions simplifiée (sas) )
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 9: Eyewear; sunglasses; spectacles; spectacle frames; spectacle lenses; spectacle cords; spectacle cases; containers for contact lenses; sleeves for laptops; bags adapted for laptops; covers for smartphones; cases for smartphones; Hand grips, rings and stands adapted for smartphones, all the foregoing being holders specifically adapted for smartphones; mouse pads; binoculars; apparatus and instruments for recording, transmitting, reproducing or processing of sound or images; loudspeakers; headphones; earphones; hands-free kits for telephones; smartwatches; downloadable computer software applications for providing information in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, product restoration, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion and culture, exhibitions, books, note books, periodicals, home furniture; downloadable computer software applications for displaying products in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion, books, note books, periodicals, home furniture; blank USB flash drives; portable media players; downloadable graphics for mobile phones; downloadable emoticons for mobile phones

CLASS 10: Protective face shields for medical use; protective face shields in the nature of protective face masks for medical use; protective face shields in the nature of protective masks being face masks for protection against viral infection; protective face shields being face shields for protection against viral infection

OWNER OF FRANCE , REG. NO. 204707320, DATED 11-30-2020, EXPIRES 11-30-2031

The mark consists of a four petal flower.

SER. NO. 90-356,804, FILED 12-03-2020



*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

**Reg. No. 2,181,753**

## United States Patent and Trademark Office

Registered Aug. 18, 1998

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS, NAMELY, SHOE ORNAMENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASHTRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, KEY RINGS, BELT BUCKLES, EAR RINGS, CUFFLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, STRAPS FOR WATCHES, WATCHES AND WRIST-WATCHES, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER ARE NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES MADE FROM LEATHER OR LEATHERBOARD, ENVELOPES OF LEATHER FOR PACKAGING; TRUNKS, VALISES, TRAVELING BAGS, LUGGAGE FOR TRAVEL, GARMENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HAND BAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTA-

CHE CASES, BRIEFCASES, DRAW STRING POUCHES; AND FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, LEATHER KEY HOLDERS, BUSINESS CARD CASES, CALLING CARD CASES, AND CREDIT CARD CASES, UMBRELLAS, PARASOLS, CANES, AND WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, CORSETS, SUITS, WAISTCOATS, RAINCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, POCKET SQUARES, SUSPENDERS, GLOVES, BELTS, STOCKINGS, TIGHTS, SOCKS, BATH ROBES, SHOES, BOOTS AND SANDALS, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96/612504, FILED 2–23–1996, REG. NO. 96612504, DATED 2–23–1996, EXPIRES 2–23–2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198 AND OTHERS.

SER. NO. 75-143,789, FILED 8–1–1996.

JASON TURNER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,023,930

## United States Patent and Trademark Office

Registered Dec. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCI-
ÉTÉ ANONYME)

2, RUE DU PONT-NEUF

F-75001 PARIS, FRANCE

FOR: SPECTACLES, SUNGLASSES AND SPECTA-
CLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

PRIORITY DATE OF 7-30-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0843152 DATED 1-27-2005, EXPIRES 1-27-2015.

OWNER OF U.S. REG. NOS. 1,841,850, 2,399,161
AND OTHERS.

SER. NO. 79-008,819, FILED 1-27-2005.

BRIDGETT SMITH, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,952,204**
**Registered Jan. 17, 2023**
**Int. Cl.: 9, 10**
**Trademark**
**Principal Register**

Louis Vuitton Malletier  (FRANCE société par actions simplifiée (sas) )
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 9: Eyewear; sunglasses; spectacles; spectacle frames; spectacle lenses; spectacle cords; spectacle cases; containers for contact lenses; sleeves for laptops; bags adapted for laptops; covers for smartphones; cases for smartphones; Hand grips, rings and stands adapted for smartphones, all the foregoing being holders specifically adapted for smartphones; mouse pads; binoculars; apparatus and instruments for recording, transmitting, reproducing or processing of sound or images; loudspeakers; headphones; earphones; hands-free kits for telephones; smartwatches; downloadable computer software applications for providing information in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, product restoration, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion and culture, exhibitions, books, note books, periodicals, home furniture; downloadable computer software applications for displaying products in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion, books, note books, periodicals, home furniture; blank USB flash drives; portable media players; downloadable graphics for mobile phones; downloadable emoticons for mobile phones

CLASS 10: Protective face shields for medical use; protective face shields in the nature of protective face masks for medical use; protective face shields in the nature of protective masks being face masks for protection against viral infection; protective face shields being face shields for protection against viral infection

OWNER OF FRANCE , REG. NO. 204707327, DATED 11-30-2020, EXPIRES 11-30-2031

The mark consists of a four petal flower within a circle.

SER. NO. 90-356,842, FILED 12-03-2020



*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41 and 50

Reg. No. 2,773,107

**United States Patent and Trademark Office**

Registered Oct. 14, 2003

Corrected

OG Date July 20, 2004

# TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

OWNER OF U.S. REG. NO. 2,177,828.

FOR: JEWELRY INCLUDING RINGS, BELT BUCKLES OF PRECIOUS METALS, EARRINGS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, ORNAMENTAL PINS, AND ME-DALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS AND APPARATUS, NAMELY, WATCHES, WATCH CASES AND CLOCKS; NUT-CRACKERS OF PRECIOUS METALS; CANDLESTICKS OF PRECIOUS METALS; JEWELRY BOXES OF PRECIOUS ME-TALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

FOR: TRAVEL BAGS, TRAVEL BAGS MADE OF LEATHER; LUGGAGE TRUNKS AND VALISES, GARMENT BAGS FOR TRAVEL, VANITY-CASES SOLD EMPTY; RUCKSACKS,

SHOULDER BAGS, HANDBAGS; AT-TACHE-CASES, BRIEFCASES, DRAW-STRING POUCHES, POCKET WALLETS, PURSES, UMBRELLAS, BUSINESS CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER, CREDIT CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER; CALLING CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER; * KEY HOLDERS MADE OF LEATHER OR OF IMITATION LEATHER *, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1899; IN COMMERCE 0-0-1899.

FOR: CLOTHING, NAMELY, UNDER-WEAR, SWEATERS, SHIRTS, T-SHIRTS, SUITS, HOSIERY, BELTS, SCARVES, NECK TIES, SHAWLS, WAISTCOATS, SKIRTS, RAINCOATS, OVERCOATS, SUS-PENDERS, TROUSERS, JEANS, PULL-OVERS, FROCKS, JACKETS, WINTER GLOVES, DRESS GLOVES, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES,

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 20, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

PAJAMAS, NIGHT DRESSES, SHORTS, POCKET SQUARES; HIGH-HEELED SHOES, LOW-HEELED SHOES, SANDALS, BOOTS, SLIPPERS, TENNIS SHOES; HATS, CAPS, HEADBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1974; IN COMMERCE 0-0-1974.

SER. NO. 76-364,597, FILED 1-31-2002.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 20, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,051,235

Registered Jan. 24, 2006

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCI-
ETE ANONYME)
2, RUE DU PONT-NEUF
F-75001 PARIS
FRANCE

FOR: SPECTACLES, SUNGLASSES AND SPECTA-
CLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

PRIORITY DATE OF 7-30-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0852773 DATED 1-27-2005, EXPIRES 1-27-2015.

SER. NO. 79-011,931, FILED 1-27-2005.

RICHARD A. STRASER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,976,619**

**Registered Feb. 14, 2023**

**Int. Cl.: 9, 10**

**Trademark**

**Principal Register**

Louis Vuitton Malletier  (FRANCE société par actions simplifiée (sas) )
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 9: Eyewear; sunglasses; spectacles; spectacle frames; spectacle lenses; spectacle cords; spectacle cases; containers for contact lenses; sleeves for laptops; bags adapted for laptops; covers for smartphones; cases for smartphones; Hand grips, rings and stands adapted for smartphones, all the foregoing being holders specifically adapted for smartphones; mouse pads; binoculars; apparatus and instruments for recording, transmitting, reproducing or processing of sound or images; loudspeakers; headphones; earphones; hands-free kits for telephones; smartwatches; downloadable computer software applications for providing information in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, product restoration, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion and culture, exhibitions, books, note books, periodicals, home furniture; downloadable computer software applications for displaying products in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion, books, note books, periodicals, home furniture; blank USB flash drives; portable media players; downloadable graphics for mobile phones; downloadable emoticons for mobile phones

CLASS 10: Protective face shields for medical use; protective face shields in the nature of protective face masks for medical use; protective face shields in the nature of protective masks being face masks for protection against viral infection; protective face shields being face shields for protection against viral infection

OWNER OF FRANCE , REG. NO. 204707315, DATED 11-30-2020, EXPIRES 11-30-2030

The mark consists of a four petal flower in a diamond outline.

SER. NO. 90-356,877, FILED 12-03-2020



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,225,321

Registered Feb. 23, 1999

### SERVICE MARK
### PRINCIPAL REGISTER



MODIFIED POLYMER COMPONENTS, INC. (CALIFORNIA CORPORATION)
1030 E. DUANE AVENUE, SUITE D
SUNNYVALE, CA 94086

FOR: MEDICAL DEVICE COMPONENT DESIGN AND DEVELOPMENT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

SER. NO. 75-349,019, FILED 8-29-1997.

TINA L. SNAPP, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,225,321

**United States Patent and Trademark Office**   Registered Feb. 23, 1999

## SERVICE MARK
### PRINCIPAL REGISTER



MODIFIED POLYMER COMPONENTS, INC.
  (CALIFORNIA CORPORATION)
1030 E. DUANE AVENUE, SUITE D
SUNNYVALE, CA 94086

  FOR: MEDICAL DEVICE COMPONENT
DESIGN AND DEVELOPMENT SERVICES, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-1990; IN COMMERCE
1-0-1990.

  SER. NO. 75-349,019, FILED 8-29-1997.

TINA L. SNAPP, EXAMINING ATTORNEY

Int. Cl.: **18**

Prior U.S. Cls.: **1, 2, 3, 22 and 41**

**Reg. No. 2,378,388**

## United States Patent and Trademark Office

Registered Aug. 22, 2000

### TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORA-
TION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: GOODS MADE OF LEATHER OR IMITA-
TIONS OF LEATHER NOT INCLUDED IN OTHER
CLASSES NAMELY BOXES OF LEATHER OR
LEATHER BOARD PRINCIPALLY USED FOR TRAV-
EL PURPOSES, ENVELOPES OF LEATHER FOR
MERCHANDISE PACKAGING, TRUNKS, VALISES,
TRAVELING BAGS, TRAVELING SETS FOR CON-
TAINING COSMETICS, JEWELRY AND STA-
TIONERY, GARMENT BAGS FOR TRAVEL, VANITY
CASES, RUCKSACKS, HANDBAGS, BEACH BAGS,
SHOPPING BAGS, SHOULDER BAGS, ATTACHE-
CASES, BRIEF CASES, POUCHES, FINE LEATHER
GOODS NAMELY, POCKET WALLETS, PURSES,

KEY CASES, BUSINESS CARD CASES, CREDIT
CARD CASES, CALLING CARD CASES, PARASOLS,
UMBRELLAS, CANES, WALKING-STICK SEATS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7–0–1996; IN COMMERCE 7–0–1996.

OWNER OF U.S. REG. NOS. 1,615,681, 2,177,841
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT
TO USE ''PARIS'', APART FROM THE MARK AS
SHOWN.

THE COLORS LIGHT AND DARK BROWN ARE
CLAIMED AS A FEATURE OF THE MARK. THE
LINING CONSTITUTES A FEATURE OF THE MARK
AND, ITSELF, DOES NOT INDICATE COLOR AS DE-
SCRIBED AND CLAIMED HEREINABOVE.

THE NAME ''LOUIS VUITTON'' DOES NOT
IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

2,378,388

THE MARK CONSISTS OF A SQUARE WITH A CHECKERED PATTERN OF LIGHT AND DARK BROWN WITH THE UNUSUAL CONTRAST OF WEFT AND WARP.

SER. NO. 75–366,585, FILED 10–1–1997.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,421,618

**United States Patent and Trademark Office**

Registered Jan. 16, 2001

# TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORA-
TION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF LEATHER OR IMITA-
TIONS OF LEATHER NOT INCLUDED IN OTHER
CLASSES, NAMELY, BOXES OF LEATHER OR
LEATHER BOARD PRINCIPALLY USED FOR TRAV-
EL PURPOSES, ENVELOPES OF LEATHER FOR
MERCHANDISE PACKAGING, TRUNKS, VALISES,
TRAVELING BAGS, TRAVELING SETS FOR CON-
TAINING COSMETICS, JEWELRY AND STA-
TIONERY, GARMENT BAGS FOR TRAVEL, VANITY
CASES, RUCKSACKS, HANDBAGS, BEACH BAGS,
SHOPPING BAGS, SHOULDER BAGS, ATTACHE-

CASES, BRIEF CASES, POUCHES, FINE LEATHER
GOODS, NAMELY, POCKET WALLETS, PURSES,
KEY CASES, BUSINESS CARD CASES, CREDIT
CARD CASES, CALLING CARD CASES, PARASOLS,
UMBRELLAS, CANES, WALKING-STICK SEATS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-0-1996; IN COMMERCE 8-0-1996.
PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 96617953, FILED
3-27-1996, REG. NO. 96617953, EXPIRES 3-27-2006.
OWNER OF U.S. REG. NO. 1,931,144 AND OTH-
ERS.
THE MARK CONSISTS OF A CHECKERED PAT-
TERN OF LIGHT AND DARK BROWN WITH AN
UNUSUAL CONTRAST OF WEFT AND WARP, AND
COLOR IS CLAIMED AS A FEATURE OF THE

**2,421,618**

MARK. THE PATTERN APPEARS OVER SUBSTAN-
TIALLY THE ENTIRE SURFACE OF THE GOODS.
THE LINING CONSTITUTES A FEATURE OF THE
MARK AND ITSELF DOES NOT INDICATE THE
COLORS DESCRIBED ABOVE. THE MATTER
SHOWN IN BROKEN LINES SERVES TO SHOW THE

POSITIONING OF THE PATTERN ON ONE OF THE
GOODS, NAMELY, A WALLET.
  SEC. 2(F).

  SN 75–173,234, FILED 9–27–1996.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,576,404

Registered Feb. 17, 2009

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCI-
ETE ANONYME)
2 RUE DU PONT-NEUF
F-75001 PARIS
FRANCE

FOR: BOXES OF LEATHER OR IMITATION
LEATHER FOR PACKAGING AND CARRYING
GOODS, TRUNKS, SUITCASES, TRAVELING SETS
COMPRISED OF MATCHING LUGGAGE, TRAVEL-
ING BAGS, LUGGAGE, GARMENT BAGS FOR
TRAVEL, HATBOXES NOT OF PAPER OR CARD-
BOARD, VANITY CASES NOT FITTED, TOILETRY
CASES SOLD EMPTY, RUCKSACKS, SATCHELS,
HANDBAGS, BEACH BAGS, LEATHER SHOPPING
BAGS, TEXTILE SHOPPING BAGS, SLING BAGS,
SUIT CARRIERS, SHOULDER BAGS, WAIST BAGS,
PURSES, TRAVEL CASES, BRIEFCASES, BRIEF-
CASE-TYPE PORTFOLIOS, LEATHER POUCHES,
WALLETS, CHANGE PURSES, KEY CASES, BUSI-
NESS CARD CASES, CALLING CARD CASES, UM-
BRELLAS, PARASOLS, ANIMAL CARRIER BAGS,
IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY DATE OF 7-12-2007 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0952582 DATED 1-3-2008, EXPIRES 1-3-2018.

OWNER OF U.S. REG. NOS. 2,255,321 AND
2,421,618.

THE MARK CONSISTS OF SQUARES WITH A
CHECKERED PATTERN OF LIGHT AND DARK
WITH THE UNUSUAL CONTRAST OF WEFT AND
WARP. COLOR IS NOT CLAIMED AS A FEATURE
OF THE MARK. THE PATTERN APPEARS OVER
SUBSTANTIALLY THE ENTIRE SURFACE OF THE
GOODS. THE LINING CONSTITUTES A FEATURE
OF THE MARK AND, ITSELF, DOES NOT INDI-
CATE A SPECIFIC COLOR.

SEC. 2(F).

SER. NO. 79-049,581, FILED 1-3-2008.

FRED CARL, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,836,091**
**Registered Sep. 06, 2022**
**Int. Cl.: 18**
**Trademark**
**Principal Register**

LOUIS VUITTON MALLETIER  (FRANCE société par actions simplifiée (sas) )

2 rue du Pont-Neuf
Paris, FRANCE 75001

CLASS 18: Boxes of leather or imitation leather; travelling bags; leatherware in the nature of travelling bag sets; trunks being luggage; garment bags for travel purposes for clothes and shoes; vanity cases, not fitted; rucksacks; handbags; sport bags; attaché cases made of leather; briefcases made of leather; pocket wallets; wallets; change purses; business card cases; leatherware in the nature of key cases; parasols; umbrellas; pet clothing; bags for carrying animals

The color(s) light brown and dark brown is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 4503382, FILED 11-27-2018, REG. NO. 4503382, DATED 11-27-2018, EXPIRES 11-27-2028

The mark consists of repeating, textured pattern as well as a repeating checkerboard pattern that covers the entire surface of the goods. The textured pattern is displayed in overlapping segments consisting of contrasting shades of brown and light brown in a weft and warp fashion which appear within alternating brown and light brown squares in a checkerboard pattern with the wording "LOUIS VUITTON PARIS" in light brown written in one square of each pattern segment on a dark brown square.

No claim is made to the exclusive right to use the following apart from the mark as shown: "PARIS"

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-445,756, FILED 05-24-2019



Katherine Kelly Vidal

**Director of the United States**
**Patent and Trademark Office**



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,836,090**

**Registered Sep. 06, 2022**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

LOUIS VUITTON MALLETIER  (FRANCE société par actions simplifiée (sas) )

2 rue du Pont-Neuf
Paris, FRANCE 75001

CLASS 18: Boxes of leather or imitation leather; travelling bags; leatherware in the nature of travelling bag sets; trunks being luggage and suitcases; garment bags for travel purposes for clothes and shoes; vanity cases, not fitted; rucksacks; handbags; sport bags; clutches in the nature of evening purses; attaché cases made of leather; briefcases made of leather; pocket wallets; wallets; change purses; business card cases; leatherware in the nature of key cases; parasols; umbrellas; pet clothing; bags for carrying animals

The color(s) white, navy blue, and beige is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 4503284, FILED 11-26-2018, REG. NO. 4503284, DATED 11-26-2018, EXPIRES 11-26-2028

The mark consists of repeating, textured pattern as well as a repeating checkerboard pattern that covers the entire surface of the goods. The textured pattern is displayed in overlapping segments consisting of contrasting shades of white, navy blue, and beige colors in a weft and warp fashion which appear within alternating dark and light squares in a checkerboard pattern with the wording "LOUIS VUITTON PARIS" in navy blue written in one square of each pattern segment on a beige square.

No claim is made to the exclusive right to use the following apart from the mark as shown: "PARIS"

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-445,730, FILED 05-24-2019



**Director of the United States
Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner Address Forms available at** http://www.uspto.gov.