AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or     ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent Office**

Reg. No. 1,045,932

Registered Aug. 10, 1976

## TRADEMARK
### Principal Register

# LOUIS VUITTON

Vuitton et Fils S.A.R.L. (French corporation)
18, Rue du Congres
92600 Asnieres, France

For: LUGGAGE AND LADIES' HANDBAGS, in CLASS 18 (U.S. CL. 3).

First use at least as early as 1875; in commerce at least as early as 1925.

Ser. No. 60,441, filed Aug. 13, 1975.

B. A. CHAPMAN, Examiner

Int. Cls.: **14, 16, 18, 24 and 25**

Prior U.S. Cls.: **1, 2, 3, 5, 22, 23, 27, 28, 29, 37, 38, 39, 41, 42 and 50**

Reg. No. 1,990,760

## United States Patent and Trademark Office

Registered Aug. 6, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## LOUIS VUITTON

LOUIS VUITTON MALLETIER (FRANCE COR-PORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: WATCHES AND STRAPS FOR WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1910; IN COMMERCE 0–0–1910.

FOR: PHOTOGRAPH ALBUMS; CATA-LOGUES FEATURING LUGGAGE AND TRAVEL ACCESSORIES, BAGS, SMALL LEATHER GOODS AND GARMENTS; EN-GAGEMENT BOOKS, NOTEBOOKS, PICTURE BOOKS, ANTHOLOGIES AND PAMPHLETS REFERRING TO TRAVEL; CALENDARS; TELEPHONE INDEXES; HAT BOXES OF CARDBOARD; OFFICE REQUISITES IN THE NATURE OF WRITING PADS, LETTER TRAYS, WRITING CASES, PENCIL HOLDERS; FOUNTAIN PENS, BALLPOINT PENS, NIBS, INK WELLS, INK STANDS; PLAYING CARDS; COVERS FOR POCKET AND DESK DIARIES, AND CHECKBOOK HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0–0–1923; IN COMMERCE 0–0–1923.

FOR: TRUNKS; TRAVELING TRUNKS; SUIT-CASES; TRAVELING BAGS; LUGGAGE; GAR-MENT BAGS FOR TRAVEL; HAT BOXES FOR TRAVEL; SHOE BAGS FOR TRAVEL; UM-BRELLAS; ANIMAL CARRIERS; BAGS FOR CLIMBERS; BAGS FOR CAMPERS; RUCK-SACKS; HAVERSACKS; LEATHER OR TEX-TILE SHOPPING BAGS; BEACH BAGS; HUN-TERS' GAME BAGS; HANDBAGS; VANITY CASES SOLD EMPTY; ATTACHE CASES; SCHOOL BAGS; SCHOOL SATCHELS; TOTE BAGS, TRAVEL SATCHELS; CLUTCH BAGS; BRIEFCASES; WALLETS; POCKET WALLETS; CREDIT CARD CASES; BUSINESS CARD CASES; BILL AND CARD HOLDERS; CHECK-BOOK HOLDERS; KEY CASES; CHANGE PURSES; BRIEFCASE-TYPE PORTFOLIOS; EN-VELOPES OF LEATHER OR IMITATION LEATHER FOR PACKAGING, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0–0–1854; IN COMMERCE 0–0–1898.

FOR: TRAVEL BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0–0–1901; IN COMMERCE 0–0–1901.

FOR: SHIRTS; SWEATSHIRTS; POLO SHIRTS; T-SHIRTS; HEADWEAR; JACKETS; TIES; BELTS; SHAWLS; SASHES; SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1909; IN COMMERCE 0–0–1909.

OWNER OF U.S. REG. NOS. 1,045,932, 1,615,681 AND OTHERS.

THE NAME "LOUIS VUITTON" IS THE NAME OF THE DECEASED, FOUNDER OF THE APPLICANT'S BUSINESS.

SER. NO. 74–604,074, FILED 11–29–1994.

RANDY RICARDO, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,904,197

## United States Patent and Trademark Office

Registered Nov. 23, 2004

### TRADEMARK
#### PRINCIPAL REGISTER

# LOUIS VUITTON

LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS,
ALLOYS, OR COATED, NAMELY, ORNAMENTAL
PINS, ASH TRAYS FOR SMOKERS, DECORATIVE
BOXES AND JEWELRY BOXES, JEWELRY CASES
AND WATCH CASES, POWDER COMPACTS SOLD
EMPTY; JEWELRY, NAMELY, RINGS, EARRINGS,
CUFF LINKS, BRACELETS, CHARMS, BROOCHES,
NECKLACES, TIE PINS, AND MEDALLIONS;
KEYRINGS MADE OF PRECIOUS METAL; BUCK-
LES MADE OF PRECIOUS METAL, NAMELY,
BUCKLES FOR BELTS, BUCKLES FOR CLOTHING,
BUCKLES FOR SCARVES, BUCKLES FOR HATS,
BUCKLES FOR JEWELRY, BUCKLES FOR SHOES,
BUCKLES FOR BAGS, BUCKLES FOR BOXES,
BUCKLES FOR TRUNKS, BUCKLES FOR CASES,
BUCKLES FOR PURSES, BUCKLES FOR WALLETS,
BUCKLES FOR UMBRELLAS, BUCKLES FOR

CANES, BUCKLES FOR CLOCKS; HOROLOGICAL
AND CHRONOMETRIC INSTRUMENTS, NAMELY,
WATCHES, WRIST-WATCHES, CLOCKS, CHRONO-
GRAPHS, CHRONOMETERS AND ALARM
CLOCKS; STRAPS FOR WRIST-WATCHES AND
WATCH CASES, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

OWNER OF ERPN CMNTY TM OFC REG. NO.
001172857, DATED 6-9-2000, EXPIRES 5-11-2009.

OWNER OF U.S. REG. NOS. 1,045,932, 2,657,903
AND OTHERS.

THE NAME "LOUIS VUITTON" DOES NOT IDEN-
TIFY A LIVING INDIVIDUAL.

SER. NO. 76-485,867, FILED 1-28-2003.

RUSS HERMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# LOUIS VUITTON

**Reg. No. 4,530,921**

**Registered May 13, 2014**

**Int. Cls.: 9, 16, 25, and 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

LOUIS VUITTON MALLETIER (FRANCE SOCIÉTÉ ANONYME (SA))
2, RUE DU PONT NEUF
PARIS, FRANCE 75001

FOR: OPTICAL APPARATUS, NAMELY, BINOCULARS; BLANK USB STICKS; SPECTACLES; SUNGLASSES; SPECTACLE FRAMES; SPECTACLE GLASSES; SPECTACLE CASES; ACCESSORIES FOR TELEPHONES, MOBILE PHONES, SMART PHONES, TABLET DEVICES, PDAS, AND MP3 PLAYERS, NAMELY, COVERS, NECK STRAPS, NECK CORDS, AND BAGS AND CASES SPECIALLY ADAPTED FOR HOLDING OR CARRYING PORTABLE TELEPHONES AND TELEPHONE EQUIPMENT AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

FOR: PAPER BAGS; BOXES OF CARDBOARD OR PAPER; CARDBOARD AND PAPERBOARD ENVELOPES AND POUCHES FOR PACKAGING; PLASTIC MATERIALS FOR PACKAGING, NAMELY, BAGS; POSTERS; PAMPHLETS REFERRING TO TRAVEL; POSTCARDS; CATALOGS FEATURING LUGGAGE, TRAVEL ACCESSORIES, BAGS, SMALL LEATHER GOODS, AND CLOTHING; PAPER LABELS; TRADING CARDS; GREETING CARDS; BUSINESS CARDS; INVITATION CARDS; PRINTED PUBLICATIONS, NAMELY, BOOKS, NEWSPAPERS, LEAFLETS, AND MAGAZINES FEATURING LUGGAGE, TRAVEL ACCESSORIES, PURSES, SMALL LEATHER GOODS, AND CLOTHING; BOOKBINDING MATERIALS; PRINTED PHOTOGRAPHS; PHOTOGRAPH ALBUMS; STATIONERY, NAMELY, NOTE PADS, DESK PADS, WRITING PADS, DRAWING PADS, ENVELOPES, NOTE PAPER; CALENDARS; POCKET CALENDARS; NOTE BOOKS; TELEPHONE INDEXES; DIARY COVERS; DIARIES; OFFICE REQUISITES, NAMELY, LETTER TRAYS, PAPER KNIVES, INK STANDS, INKWELLS, PAPER WEIGHTS, PENCIL HOLDERS, PEN HOLDERS, PENCIL TUBS, BLOTTING PADS, PENCILS, FOUNTAIN PENS, RUBBER ERASERS, PEN CASES; PRINTING TYPES; PRINTING BLOCKS; TABLE LINENS OF PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1923; IN COMMERCE 0-0-1923.

FOR: CLOTHING, NAMELY, PULLOVERS, VESTS, SHIRTS, TEE-SHIRTS, TROUSERS, JACKETS, SUITS, COATS, RAIN COATS, WATERPROOF JACKETS, WATERPROOF PANTS, OVERCOATS, PARKAS, SKIRTS, DRESSES, PAJAMAS, DRESSING GOWNS, NIGHTGOWNS, ROBE, GLOVES, NECK TIES, BELTS FOR CLOTHING, LEATHER BELTS, SCARVES,



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**Reg. No. 4,530,921**   POCKET SQUARES, SASHES FOR WEAR, SHAWLS, STOCKINGS, SOCKS, TIGHTS, BRACES FOR CLOTHING, SUSPENDERS, STOLES, UNDERWEAR, LINGERIE, BATHING SUITS; HEADWEAR; SHOES; SLIPPERS; BOOTS; HALF-BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1906; IN COMMERCE 0-0-1906.

FOR: BUTTONS; HOOKS AND EYES; SHOE BUCKLES; HAIR ACCESSORIES, NAMELY, HAIR PINS, BARRETTES, HAIR BOWS, HAIR CLIPS, HAIR BANDS, HAIR WRAPS; HAIR ORNAMENTS; BROOCHES FOR CLOTHING; CLOTHING FASTENERS, NAMELY, SCARF HOLDERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 10-0-2004; IN COMMERCE 10-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 11/3873579, FILED 11-14-2011, REG. NO. 11/3873579, DATED 11-14-2011, EXPIRES 11-14-2021.

OWNER OF U.S. REG. NOS. 1,045,932, 2,303,212, AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SN 85-981,550, FILED 5-11-2012.

KRISTINA MORRIS, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO.  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# LOUIS VUITTON

**Reg. No. 6,855,032**
**Registered Sep. 27, 2022**
**Int. Cl.: 10**
**Trademark**
**Principal Register**

Louis Vuitton Malletier  (FRANCE société par actions simplifiée (sas) )
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 10: Sanitary face coverings in the nature of protective face shields for protection against viral infection; protective masks, namely, reusable sanitary masks for protection against viral infection; protective chin shields specially adapted for placement underneath sanitary masks for protection against viral infection; protective gloves, namely, sanitary gloves for protection against viral infection; face masks for medical use; surgical masks; protective face shields for medical use; protective chin shields for medical use; gloves for medical use

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 018252818, FILED 06-11-2020, REG. NO. 018252818, DATED 09-25-2020, EXPIRES 06-11-2030

The name "LOUIS VUITTON" does not identify a living individual.

SER. NO. 90-303,975, FILED 11-06-2020



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Int. Cls.: **14, 16, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 5, 22, 23, 27, 28, 29, 37, 38, 39, 41 and 50**

Reg. No. 2,346,373

## United States Patent and Trademark Office

Registered May 2, 2000

## TRADEMARK
## PRINCIPAL REGISTER

# LOUIS VUITTON PARIS

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE 75008

FOR: GOODS MADE OF PRECIOUS METAL, NAMELY, SHOE ORNAMENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASHTRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, BELT BUCKLES, EAR RINGS, CUFFLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, STRAPS FOR WATCHES, WATCHES AND WRIST WATCHES, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1988; IN COMMERCE 0–0–1988.

FOR: GOODS MADE OF PAPER OR OF CARDBOARD, NAMELY, BAGS OR PAPER FOR MERCHANDISE PACKAGING; BAGS OR BOXES MADE OF PAPER OR CARDBOARD; WATERCOLOR PICTURES; PICTURES, NAMELY, DRAWINGS; ARCHITECTURAL MODELS; PRINTED MATERIALS, NAMELY, POSTERS, PHOTO, STAMP, SCRAPBOOK AND WEDDING ALBUMS, ATLASES, PAMPHLETS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, GEOGRAPHICAL MAPS, POSTCARDS, CATALOGS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, PRINTED LABELS NOT OF TEXTILE, BOOKS, NAMELY, APPOINTMENT BOOKS, TRAVEL BOOKS, EDUCATIONAL BOOKS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, NEWSPAPERS FOR GENERAL CIRCULATION, PERIODICALS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL AND SPORT EVENTS, MAGAZINES IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, GENERAL FEATURE MAGAZINES; BOOKBINDING MATERIAL, NAMELY, BOOKBINDING TAPE, BOOKBINDING WIRE AND CLOTH FOR BOOKBINDING; MOUNTED AND UNMOUNTED PHOTOGRAPHS; STATIONERY, NAMELY, WRITING PADS, DRAWING PADS, BLOTTERS, WRITING BOOKS, CALENDARS, NOTE BOOKS, ENVELOPES, WRITING PAPER, INDEXES; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIAL, NAMELY, PAINT BRUSHES; ELECTRIC OR NON-ELECTRIC TYPEWRITERS; OFFICE REQUISITES, NAMELY, SLATE BOARDS FOR WRITING, INKING PADS, LETTER TRAYS, LETTER OPENERS, PENCILS, DESK STANDS AND HOLDERS FOR INK, PEN AND PENCILS, PAPERWEIGHTS, PENS AND PARTS THEREFOR, NAMELY, BALLS FOR BALLPOINT PENS AND NIBS FOR FOUNTAIN PENS; PRINTED INSTRUCTIONAL, EDUCATIONAL AND TEACHING MATERIAL IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS; PLASTIC BUBBLE PACKS FOR WRAPPING OR PACKAGING; PLASTIC FILM FOR INDUSTRIAL OR COM-

2                                    2,346,373

MERCIAL WRAPPING; PLAYING CARDS; PRINTERS' TYPE AND PRINTING BLOCKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0–0–1983; IN COMMERCE 0–0–1983.

FOR: GOODS MADE OF LEATHER OR OF IMITATIONS OF LEATHER NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES OF LEATHER OR LEATHERBOARD USED FOR TRAVEL PURPOSES, HAT BOXES FOR TRAVEL, ENVELOPES OF LEATHER FOR MERCHANDISE PACKAGING; TRUNKS, VALISES, TRAVELLING BAGS, TRAVELING SETS FOR CONTAINING COSMETICS, GARMENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HANDBAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE CASES, BRIEFCASES, POUCHES; FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, KEY CASES, CARD HOLDERS, CHECKBOOK HOLDERS; UMBRELLAS, PARASOLS, CANES, WALKING STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0–0–1983; IN COMMERCE 0–0–1983.

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, DRESS SHIELDS, CORSETS, SUITS, WAISTCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, CLOTHING JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, TIES, POCKET SQUARES, SUSPENDERS, CLOTHING GLOVES, CLOTHING BELTS, STOCKINGS, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES, FOOTWEAR; HEAD WEAR AND WATERPROOF CLOTHING, NAMELY, RAINCOATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1987; IN COMMERCE 0–0–1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PARIS", APART FROM THE MARK AS SHOWN.

SER. NO. 75–398,649, FILED 12–2–1997.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,519,828
Registered Jan. 10, 1989

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON (FRANCE CORPORATION)
30 RUE LA BOETIE
PARIS, FRANCE

FOR: TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, POCKETBOOKS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0–0–1897; IN COMMERCE 0–0–1925.
OWNER OF U.S. REG. NOS. 286,345 AND 297,594.

SER. NO. 726,741, FILED 5–6–1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY

Int. Cls.: 16 and 25

Prior U.S. Cls.: 5, 11, 29, 37, 38 and 39

**United States Patent and Trademark Office**

Reg. No. 1,794,905
Registered Sep. 28, 1993

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE , ASSIGNEE OF LOUIS
VUITTON (FRANCE CORPORATION) 75008
PARIS, FRANCE

FOR: TRAVEL GOODS CATALOGS, STA-
TIONERY, PADS OF STATIONERY, CALEN-
DARS, INDEXES FOR ARTICLES MADE FOR
TRAVELLERS, NOTEBOOKS, ENVELOPES;
PRINTED LABELS FOR LUGGAGE AND
OTHER TRAVEL GOODS AND LEATHER
HOLDERS THEREFOR, SOLD AS A UNIT;
WRITING PAPER, PAPER OR PLASTIC BAGS
FOR PACKAGING, HAT BOXES, PAPER OR
CARDBOARD BOXES, PHOTOGRAPHS, ADHE-
SIVES FOR STATIONERY, OFFICE REQUI-
SITES IN THE NATURE OF WRITING PADS,
LETTER TRAYS, PAPER CUTTERS, LETTER

OPENERS, WRITING TABLETS, PENCILS,
PENCIL HOLDERS, FOUNTAIN PENS, BALL-
POINT PENS, PEN CASES, PENCIL CASES,
LEAD HOLDERS, BALLPOINTS FOR PENS,
NIBS, NIBS OF GOLD, INKWELLS, INK-
STANDS, PLAYING CARDS, IN CLASS 16 (U.S.
CLS. 5, 11, 29, 37 AND 38).

FOR: CLOTHING FOR MEN AND WOMEN;
NAMELY     BELTS,     SHAWLS,     SASHES,
SCARVES;   FOOTWEAR   HEADGEAR,   IN
CLASS 25 (U.S. CL. 39).

OWNER OF FRANCE REG. NO. 1540178,
DATED 7-7-1989, EXPIRES 7-7-1999.

OWNER OF U.S. REG. NOS. 286,345, 1,522,311
AND OTHERS.

SER. NO. 74–147,107, FILED 3–12–1991.

PATRICK, LEVY, EXAMINING ATTORNEY

**Int. Cls.: 14 and 24**

**Prior U.S. Cls.: 2, 27, 28, 42 and 50**

Reg. No. 1,938,808

## United States Patent and Trademark Office

Registered Nov. 28, 1995

## TRADEMARK
### PRINCIPAL REGISTER



MALLETIER, LOUIS VUITTON (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: JEWELRY, WATCHES AND STRAPS FOR WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 0–0–1910; IN COMMERCE 0–0–1910.

FOR: TRAVEL BLANKETS MADE OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 0–0–1901; IN COMMERCE 0–0–1901.
OWNER OF U.S. REG. NOS. 286,345, 1,794,905 AND OTHERS.

SER. NO. 74–618,480, FILED 1–6–1995.

CARYN HINES, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,361,695**

## United States Patent and Trademark Office

Registered June 27, 2000

### TRADEMARK
#### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2 RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, SWEATSHIRTS, POLO SHIRTS, T-SHIRTS, CORSETS, SUITS, WAISTCOATS, RAINCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, POCKET SQUARES, SUSPENDERS, POCKET HANDKERCHIEF SQUARES FOR WEAR, BRACES, GLOVES, TIES, BELTS, STOCKINGS, TIGHTS, SOCKS, BATH ROBES, BATHING SUITS, SHOES, BOOTS AND SANDALS, TIPS FOR FOOTWEAR; HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1896; IN COMMERCE 0–0–1981.

OWNER OF U.S. REG. NOS. 1,519,828, 1,794,905, AND 1,938,808.

SER. NO. 75–620,753, FILED 1–13–1999.

INGRID C. EULIN, EXAMINING ATTORNEY

**Int. Cls.: 9 and 24**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 42, and 50**

**United States Patent and Trademark Office**

Reg. No. 2,909,002
Registered Dec. 7, 2004

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: OPTICAL INSTRUMENTS AND APPARA-
TUS, NAMELY, SPECTACLES, EYEGLASSES, SPEC-
TACLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

FOR: TEXTILES AND TEXTILE GOODS, NAME-
LY, HOUSEHOLD LINEN, NAMELY, BATH LINEN,
IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

SN 76-347,341, FILED 12-12-2001.

CATHERINE FAINT, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,614,736**

**Registered Sep. 30, 2014**

**Int. Cls.: 9, 16, and 26**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

LOUIS VUITTON MALLETIER (FRANCE SOCIÉTÉ ANONYME (SA))
2, RUE DU PONT NEUF
PARIS, FRANCE 75001

FOR: OPTICAL APPARATUS, NAMELY, BINOCULARS; BLANK USB STICKS; SPEC-TACLES; SUNGLASSES; SPECTACLE FRAMES; SPECTACLE GLASSES; SPECTACLE CASES; ACCESSORIES FOR TELEPHONES, MOBILE PHONES, SMART PHONES, TABLET DEVICES, PDAS, AND MP3 PLAYERS, NAMELY, COVERS, NECK STRAPS, NECK CORDS, AND BAGS AND CASES SPECIALLY ADAPTED FOR HOLDING OR CARRYING PORTABLE TELEPHONES AND TELEPHONE EQUIPMENT AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

FOR: PAPER BAGS, BOXES OF CARDBOARD OR PAPER, CARDBOARD AND PAPER-BOARD ENVELOPES AND POUCHES FOR PACKAGING; PLASTIC MATERIALS FOR PACKAGING, NAMELY, BAGS; POSTERS; PAMPHLETS REFERRING TO TRAVEL; POSTCARDS; CATALOGS FEATURING LUGGAGE, TRAVEL ACCESSORIES, BAGS, SMALL LEATHER GOODS, AND CLOTHING; PAPER LABELS; TRADING CARDS; GREETING CARDS; BUSINESS CARDS; INVITATION CARDS; PRINTED PUBLICATIONS, NAMELY, BOOKS, NEWSPAPERS, LEAFLETS, AND MAGAZINES FEATURING LUGGAGE, TRAVEL ACCESSORIES, PURSES, SMALL LEATHER GOODS, AND CLOTHING; BOOK-BINDING MATERIALS; PRINTED PHOTOGRAPHS; PHOTOGRAPH ALBUMS; STATIONERY, NAMELY, NOTE PADS, DESK PADS, WRITING PADS, DRAWING PADS, ENVELOPES, NOTE PAPER; CALENDARS; POCKET CALENDARS; NOTE BOOKS; TELEPHONE INDEXES; DIARY COVERS; DIARIES; OFFICE REQUISITES, NAMELY, LETTER TRAYS, PAPER KNIVES, INK STANDS, INKWELLS, PAPER WEIGHTS, PENCIL HOLDERS, PEN HOLDERS, PENCIL TUBS, BLOTTING PADS, PENCILS, FOUNTAIN PENS, RUBBER ERASERS, PEN CASES; PRINTING TYPES; PRINTING BLOCKS; TABLE LINENS OF PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1923; IN COMMERCE 0-0-1923.

FOR: BUTTONS; HOOKS AND EYES; SHOE BUCKLES; HAIR ACCESSORIES, NAMELY, HAIR PINS, BARRETTES, HAIR BOWS, HAIR CLIPS, HAIR BANDS, HAIR WRAPS; HAIR ORNAMENTS; BROOCHES FOR CLOTHING; CLOTHING FASTENERS, NAMELY, SCARF HOLDERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

**Reg. No. 4,614,736**   FIRST USE 0-0-2004; IN COMMERCE 10-0-2004.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 11/3873608, FILED 11-14-2011, REG. NO. 11/3873608, DATED 11-14-2011, EXPIRES 11-14-2021.

OWNER OF U.S. REG. NOS. 286,345, 1,519,828, AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED LETTERS "L" AND "V".

SN 85-981,551, FILED 5-14-2012.

KRISTINA MORRIS, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,874,886**

**Registered Oct. 18, 2022**

**Int. Cl.: 10**

**Trademark**

**Principal Register**

Louis Vuitton Malletier  (FRANCE société par actions simplifiée (sas) )
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 10: face shields for protection against viral infection; fashion face masks being sanitary masks for protection against viral infection; face coverings incorporating protective chin shields being sanitary masks for protection against viral infection; protective gloves for medical use; Face masks for medical use; Surgical masks; protective face shields for medical use; protective chin shields for medical use; gloves for medical use

OWNER OF EUROPEAN UNION , REG. NO. 018324635, DATED 02-27-2021, EXPIRES 10-21-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 018253273, FILED 06-15-2020

The mark consists of "LV" in stylized font.

SER. NO. 90-303,987, FILED 11-06-2020



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,477,535**

**Registered May 29, 2018**

**Int. Cl.: 9, 14, 18, 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

LOUIS VUITTON MALLETIER (FRANCE Société Anonyme )
2 Rue Du Pont-neuf
F-75001 Paris
FRANCE

CLASS 9: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signaling, checking and supervision, life-saving and teaching apparatus and instruments, namely, life vests; apparatus for recording, transmission, reproduction of sound or images, magnetic recording media, namely, blank magnetic data carriers, blank sound recording disks; bags and cases for video cameras or photographic apparatus; blank recordable CD-Rs, blank recordable DVDs and other digital recording media, namely, blank digital storage media; calculating machines, data processing equipment, computers and computer equipment, namely, computer peripherals, computer keyboards, printers for use for computers, mouse pads; computer software for downloading, publishing, showing, displaying, labeling, blogging, and sharing electronic media or information via the Internet or other communications networks in the fields of travel, luggage, luxury goods, fashion, clothing, sports, sailing, and the arts; blank USB sticks, electronic agendas, game software, recorded computer programs, for downloading, displaying, and sharing electronic media or information via the Internet or other communications networks in the fields of travel, luggage, luxury goods, fashion, clothing, sports, sailing, and the arts; electronic publications, namely, catalogs, books, brochures, pamphlets, and booklets in the fields of travel, luggage, luxury goods, fashion, clothing, sports, sailing, and the arts downloadable online or from the Internet; spectacles, sunglasses; spectacle frames; spectacle lenses, contact lenses; cases for spectacles or for contact lenses; signaling buoys, marker buoys in the nature of positioning buoys; telephones, mobile telephones, smartphones, tablets computers, personal electronic assistants (PDAs) and MP3 players; accessories for telephones, mobile telephones, smartphones, tablet computers, PDAs, and MP3 players, namely, hands-free kits for telephones, batteries, covers and cases, protective covers in the nature of facings; battery chargers, straps and lanyards for use with telephones, mobile telephones, smartphones, tablet computers, PDAs, and MP3 players, earphones; bags and cases specially adapts for holding or carrying mobile telephones and telephone equipment

CLASS 14: Jewelry; fashion jewelry, especially precious or semi-precious stones, pearls, rings, earrings, cuff links, bracelets, charms, brooches, necklaces, pendants, key rings of precious metal, tie pins, medallions, jewelry rolls for travel; jewelry boxes; trophies of precious metal; timepieces, watches, wristwatches, watch straps, alarm clocks, stop watches, clock and watch making pendulums and cases or presentation cases for timepieces



Director of the United States
Patent and Trademark Office

CLASS 18: Boxes of leather or imitation leather; travel bags, travel sets, namely, leather travel bags, trunks and suitcases, garment travel bags for footwear; unfitted vanity cases; backpacks, handbags; sports bags; evening bags, namely, clutch bags, attaché cases and briefcases of leather; wallets, purses, card wallets, key cases of leather; parasols, umbrellas

CLASS 25: Clothing, namely, pullovers, vests, shirts, tee-shirts, trousers, jackets, suits, coats, raincoats, overcoats, parkas, skirts, dresses; pajamas, house coats, night shirts, dressing gowns; clothing accessories, namely, hats, caps, bonnets, gloves, neckties, belts, leather belts, scarves, pocket squares, shawls, stockings, socks, tights, suspenders, stoles; underwear, lingerie; bathing suits; footwear, slippers, boots and half-boots

CLASS 41: Educational, training, and entertainment services, namely, editing and publishing of catalogs, newspapers, books, magazines and texts other than for advertising in the field of travel, luggage, luxury goods, fashion, clothing, sports, and the arts; sporting activities, namely, arranging and organization of sporting competitions and of sailing contests; sporting and cultural activities, namely, sailing races; organization of sporting competitions and of sailing contests; radio entertainment, television show and film production; publishing of electronic publications, namely, on-line providing of electronic, non-downloadable publications; cultural activities, namely, organization of events for cultural purposes; organization of competitions for education or entertainment purposes, namely, sports competitions; arranging and conducting of educational conferences and congresses; educational services, namely, arranging and conducting of colloquiums and seminars in the field of travel, luggage, luxury goods, fashion clothing, sports, sailing, and the arts; educational services, namely, conducting educational conferences, congresses, seminars in the field of travel, luggage, luxury goods, fashion clothing, sports, sailing, and the arts; organization of exhibitions for cultural or educational purposes; arranging and conducting of concerts, specifically excluding concerts offered by or in nightclubs; museum services, namely, providing museum facilities presentations and exhibitions; production of fashion shows; entertainment information, information on education, information on education in the field of training; organization of fashion shows for entertainment purposes; photographic reporting; entertainment services in the nature of production and distribution of multimedia entertainment contents, namely, programs and events provided through audio and video for broadcasting on a telecommunications network including computer networks; photography, photographic reporting; publication of books, publication of texts other than advertising texts, electronic publication of books and magazines online, writing of texts other than advertising and publicity texts, publication of books and reviews

The mark consists of the overlapping stylized letters "LV" inside a circular border.

PRIORITY DATE OF 10-16-2014 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1249344 DATED 11-26-2014, EXPIRES 11-26-2024

SER. NO. 79-166,089, FILED 11-26-2014

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 297,594
Registered Sep. 20, 1932
Renewal Term Begins Sep. 20, 1992

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS    VUITTON    MALLETIER
(FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE, BY CHANGE OF
NAME,   ASSIGNMENT,ASSIGNMENT
AND ASSIGNMENT FROM VUITTON
& VUITTON, SOCIETE A RESPONSA-
BILITE LIMITEE (FRANCE CORPO-
RATION) PARIS, FRANCE

OWNER OF FRANCE REG. NO.
219,497, DATED 10–29–1908, RENEWED
AS REG. NO. 219,497, DATED 8–3–1923.

THE    REPRESENTATION    OF    A
TRUCK   LINING   OR   A   SECTION
THEREOF   BEING   HEREBY   DIS-
CLAIMED.

FOR: TRUNKS, VALISES, TRAVEL-
ING BAGS, SATCHELS, HAT BOXES
AND SHOE BOXES USED FOR LUG-
GAGE, HAND BAGS, AND POCKET-
BOOKS, IN CLASS 3 (INT. CL. 18).

FIRST USE 0–0–1897; IN COMMERCE
0–0–1897.

SER. NO. 71–313,983, FILED 4–29–1931.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on May 17, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl. / 8

**Registered Sept. 20, 1932**

**Trade-Mark 297,594**

297,594. "VL" AND DRAWING. Registered Sept. 20, 1932. Vuitton & Vuitton, Societe a Responsabilite Limitee, Paris, France. Renewed Sept. 20, 1952, to Vuitton & Vuitton, Societe a Responsabilite Limitee, Seine, France, a corporation organized under the laws of the Republic of France. Trunks, Valises, Traveling Bags, Etc. Class 3.

SECOND RENEWAL

*Vuitton Et fils Societe a Responsabilite limitee Asnieres (Houts de Seine) France*

# UNITED STATES PATENT OFFICE

## VUITTON & VUITTON, SOCIETE A RESPONSABILITE LIMITEE, OF PARIS, FRANCE

### ACT OF FEBRUARY 20, 1905

Application filed April 29, 1931.  Serial No. 313,983.



## STATEMENT

*To all whom it may concern:*

Be it known that Vuitton & Vuitton, Societe a Responsabilite Limitee, a corporation duly organized under the laws of the Republic of France, located in the city of Paris, France, and doing business at 70 Avenue des Champs-Elysees, in said city, has adopted for its use the trade-mark shown in the accompanying drawing, the representation of a trunk lining or a section thereof being hereby disclaimed.

The trade-mark has been continuously used in its business since 1897.

The particular description of goods to which the trade-mark is appropriated is TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, comprised in Class 3, Baggage, animal equipments, portfolios, and pocketbooks

The trade-mark is usually displayed by stamping or otherwise impressing same directly upon the goods or by printing or otherwise impressing same on packages containing the goods.

Said trade-mark has been registered in France dated Oct. 29, 1908, renewed Aug. 3, 1923, No. 219,497. Mock & Blum, whose postal address is 10 East 40th Street, New York, N. Y., are designated, as applicant's representative, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

VUITTON & VUITTON, SOCIETE
A RESPONSABILITE LIMITEE,
By G. L. VUITTON,
*Managing Director.*

Registered Sept. 20, 1932                     **Trade-Mark 297,594**

Renewed September 20, 1952 to Vuitton & Vuitton, Societe a Responsabilite Limitee, of Seine, France, a corporation organized under the laws of the Republic of France.

3515

# UNITED STATES PATENT OFFICE

VUITTON & VUITTON, SOCIETE A RESPONSABILITE LIMITEE, OF PARIS, FRANCE

ACT OF FEBRUARY 20, 1905

Application filed April 29, 1931.   Serial No. 313,983.



## STATEMENT

*To all whom it may concern:*

Be it known that Vuitton & Vuitton, Societe a Responsabilite Limitee, a corporation duly organized under the laws of the Republic of France, located in the city of Paris, France, and doing business at 70 Avenue des Champs-Elysees, in said city, has adopted for its use the trade-mark shown in the accompanying drawing, the representation of a trunk lining or a section thereof being hereby disclaimed.

The trade-mark has been continuously used in its business since 1897.

The particular description of goods to which the trade-mark is appropriated is TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, comprised in Class 3, Baggage, animal equipments, portfolios, and pocketbooks..

The trade-mark is usually displayed by stamping or otherwise impressing same directly upon the goods or by printing or otherwise impressing same on packages containing the goods.

Said trade-mark has been registered in France dated Oct. 29, 1908, renewed Aug. 3, 1923, No. 219,497. Mock & Blum, whose postal address is 10 East 40th Street, New York, N. Y., are designated, as applicant's representative, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

VUITTON & VUITTON, SOCIETE
A RESPONSABILITE LIMITEE,
By G. L. VUITTON,
*Managing Director.*

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,770,131
Registered May 11, 1993

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON (FRANCE CORPORATION)
54 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: CLOTHING FOR MEN AND WOMEN; NAMELY, BELTS, SHAWLS, SASHES, SCARVES; FOOTWEAR, TIPS FOR FOOTWEAR; HEADGEAR, IN CLASS 25 (U.S. CL. 39).

OWNER OF FRANCE REG. NO. 1498338, DATED 11-15-1988, EXPIRES 11-15-1998.

OWNER OF U.S. REG. NO. 1,415,502.

SER. NO. 74-148,017, FILED 3-15-1991.

PATRICK, LEVY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,399,161

**United States Patent and Trademark Office**

Registered Oct. 31, 2000

Corrected

OG Date Apr. 3, 2007

# TRADEMARK
# PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2 RUE DU PONT-NEUF
75001 PARIS, FRANCE
 OWNER OF U.S. REG. NOS. 1,655,564, 1,875,198 AND OTHERS.
 THE MARK CONSISTS OF A REPEATING PATTERN DESIGN COVERING ALL OR SUBSTANTIALLY ALL OF THE SURFACE OF THE GOODS. THE MARK INCLUDES THE LETTERS LV AND FLOWER-LIKE DESIGNS ON A DARK BACKGROUND.

 FOR: CLOTHING AND UNDERWEAR, NAMELY,[ SWEATERS,] SHIRTS, [ SWEATSHIRTS,] POLO SHIRTS, T-SHIRTS, [CORSETS, SUITS, ] WAIST-COATS, RAINCOATS, SKIRTS, COATS, [ PULLOVERS,] TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, [ SASHES FOR WEAR,] SCARVES, NECKTIES, [ POCKET SQUARES, SUSPENDERS, POCKET HANDKERCHIEFS, BRACES,] GLOVES, TIES, BELTS,] STOCKINGS, TIGHTS, SOCKS, BATH ROBES, ] BATHING SUITS, SHOES, BOOTS AND SANDALS, [ TIPS FOR FOOTWEAR;] HATS [ AND CAPS ], IN CLASS 25 (U.S. CLS. 22 AND 39).

 FIRST USE 0-0-1896; IN COMMERCE 0-0-1981.

 SER. NO. 75-620,248, FILED 1-13-1999.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 3, 2007.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,192,541**

**Registered Aug. 21, 2012**

**Int. Cls.: 3, 9, 14, 16, 18, 24, 25 and 34**

**TRADEMARK**

**PRINCIPAL REGISTER**



LOUIS VUITTON MALLETIER (FRANCE SOCIÉTÉ ANONYME)
2 RUE DU PONT-NEUF
PARIS, FRANCE F75001

FOR: SOAPS FOR PERSONAL USE; PERFUMERY; ESSENTIAL OILS; COSMETICS; CREAMS FOR THE HAIR, FACE, AND BODY; LOTIONS FOR THE HAIR, FACE, AND BODY; SHOWER AND BATH GELS; SHOWER AND BATH PREPARATIONS; SHAMPOOS; MAKE-UP PRE-PARATIONS, NAMELY, FOUNDATIONS, LIPSTICKS, EYE SHADOWS, MASCARA, MAKE-UP POWDER, AND NAIL POLISH, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: SUNGLASSES; SPECTACLES; OPTICAL LENSES; SPECTACLE CASES; TELEPHONES; MOBILE TELEPHONES; SMART PHONES; PC TABLETS; PERSONAL DIGITAL ASSIST-ANTS; MP3 PLAYERS; ACCESSORIES FOR TELEPHONES, MOBILE TELEPHONES, SMART PHONES, PC TABLETS, PERSONAL DIGITAL ASSISTANTS, AND MP3 PLAYERS, NAMELY, HANDS-FREE KITS FOR TELEPHONES, BATTERIES, COVERS, HOUSINGS, FAÇADES, CHARGERS, HAND STRAPS, AND NECK STRAPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY; KEY RINGS OF PRECIOUS METAL; TIE PINS; MEDALLIONS; JEWELRY BOXES; WATCHES; WATCH BANDS; ALARM CLOCKS; CASES FOR TIMEPIECES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PRINTED MATTER, NAMELY, PAMPHLETS, CATALOGS, AND BOOKS IN THE FIELD OF TRAVEL, LUGGAGE, LUXURY GOODS, FASHION, CLOTHING, SPORTS, THE ARTS; PUBLICATIONS, NAMELY, BROCHURES AND BOOKLETS IN THE FIELD OF TRAVEL, LUGGAGE, LUXURY GOODS, FASHION, CLOTHING, SPORTS, THE ARTS; STATIONERY; STATIONERY ARTICLES, NAMELY, NOTE PADS, WRITING BOOKS, DRAWING BOOKS, CALENDARS, AGENDAS, NOTEBOOKS, ENVELOPES, LETTER PAPER, AND INDEX CARDS; COVERS FOR DIARIES, INDEXES, AND PADS; OFFICE REQUISITES, NAMELY, LETTER TRAYS, PAPER CUTTERS, PENCILS, INKSTANDS, INKWELLS, PA-PERWEIGHTS, PENCIL HOLDERS, PEN HOLDERS, WRITING PADS, PENS, BALLS, AND NIBS FOR PENS; POSTCARDS; PAPER LABELS; NEWSPAPERS; PRINTED DOCUMENTS, NAMELY, PRINTED CERTIFICATES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BOXES OF LEATHER OR IMITATION LEATHER FOR PACKAGING AND CARRYING GOODS; TRAVELING BAGS; LEATHER TRAVELING SETS OF LUGGAGE; TRUNKS;

*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 4,192,541**  SUITCASES; GARMENT BAGS FOR TRAVEL; VANITY CASES SOLD EMPTY; TOILETRY BAGS SOLD EMPTY; BACKPACKS; HANDBAGS; ATTACHÉ CASES; LEATHER DOCU-MENT CASES; WALLETS; PURSES; LEATHER KEY CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, BATH LINEN, BED LINEN, TABLE LINEN, TOWELS, BED COVERS, TEXTILE TABLE CLOTHS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, NAMELY, UNDERWEAR, SHIRTS, TEE-SHIRTS, PULLOVERS, SKIRTS, DRESSES, TROUSERS, COATS, JACKETS, BELTS FOR CLOTHING, SCARVES, SASHES FOR WEAR, GLOVES, NECKTIES, SOCKS, BATHING SUITS; FOOTWEAR; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: CIGAR AND CIGARETTE CASES OF LEATHER AND IMITATION LEATHER, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

OWNER OF U.S. REG. NOS. 1,875,198, 2,361,695 AND OTHERS.

PRIORITY DATE OF 3-28-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1095708 DATED 9-19-2011, EXPIRES 9-19-2021.

THE MARK CONSISTS OF FLOWER-LIKE DESIGNS SURROUNDING THE LETTERS "LV".

SER. NO. 79-104,538, FILED 9-19-2011.

HOWARD SMIGA, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,874,887**

**Registered Oct. 18, 2022**

**Int. Cl.: 10**

**Trademark**

**Principal Register**

Louis Vuitton Malletier  (FRANCE société par actions simplifiée (sas) )
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 10: face shields for protection against viral infection; fashion face masks being sanitary masks for protection against viral infection; face coverings incorporating protective chin shields being sanitary masks for protection against viral infection; protective gloves for medical use; Face masks for medical use; Surgical masks; protective face shields for medical use; protective chin shields for medical use; gloves for medical use

OWNER OF EUROPEAN UNION , REG. NO. 018324529, DATED 02-27-2021, EXPIRES 10-22-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 018253142, FILED 06-12-2020

The mark consists of a repeating pattern of the monogram "LV", pointed four-petaled flowers, pointed four-petaled flowers within diamond carriers, and rounded four-petaled flowers within circular carriers. The mark appears over the entire surface of the goods.

SER. NO. 90-304,024, FILED 11-06-2020



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



<div style="border:1px solid black; padding:10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Int. Cl.: 18

Prior U.S. Cls.: 3 and 41

## United States Patent and Trademark Office

Reg. No. 1,841,850
Registered June 28, 1994

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COMPANY)
43 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: TRUNKS; TRAVELLING TRUNKS; SUITCASES; BAGS; NAMELY, TRAVELING BAGS; BAGS FOR CLIMBERS; BAGS FOR CAMPERS; RUCKSACKS; HAVERSACKS; SHOPPING BAGS; HANDBAGS; VANITY CASES; ATTACHE CASES; SCHOOLBAGS; SCHOOL SATCHELS; SATCHELS; POUCHES; BRIEFCASES; WALLETS; POCKET WALLETS; CARD CASES; BILL AND CARD HOLDERS; KEY HOLDERS; CHANGE PURSES; PORTFOLIOS; AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 3 AND 41).

OWNER OF FRANCE REG. NO. 1609369, DATED 4–20–1990, EXPIRES 4–21–2000.

OWNER OF U.S. REG. NOS. 297,594, 1,770,131 AND OTHERS.

THE STIPPLING IS INTENDED TO SHOW SHADING.

SER. NO. 74–407,999, FILED 6–28–1993.

ALICE SUE CARRUTHERS, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 38, 39, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 3,107,072
Registered June 20, 2006

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCI-ÉTÉ ANONYME)
2, RUE DU PONT-NEUF
F-75001 PARIS
FRANCE

FOR: SPECTACLES, SUNGLASSES AND SPECTA-CLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY, NAMELY, RINGS, KEY RINGS OF PRECIOUS METAL, EARRINGS AND EAR CLIPS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, ORNAMENTS OF PRECIOUS METAL, MEDALLIONS; HOROLO-GICAL AND CHRONOMETRIC APPARATUS AND INSTRUMENTS, NAMELY WATCHES, WATCH CASES, ALARM CLOCKS; JEWELRY BOXES OF PRECIOUS METAL, THEIR ALLOYS OR COATED THEREWITH, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATION LEATHER PRODUCTS, NAMELY, TRAVELING BAGS, TRA-VELING SETS COMPRISED OF BAGS OR LUG-GAGE, TRUNKS AND SUITCASES, GARMENT BAGS FOR TRAVEL PURPOSES; VANITY CASES SOLD EMPTY, RUCKSACKS, SHOULDER BAGS, HANDBAGS, ATTACHÉ CASES, DOCUMENT WAL-LETS AND BRIEFCASES MADE OF LEATHER, POUCHES MADE OF LEATHER, WALLETS, PUR-SES, KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERGARMENTS, NAMELY, SWEATERS, SHIRTS, TEE-SHIRTS, BELTS, SCARVES, NECKTIES, SHAWLS, WAIST-COATS, SKIRTS, RAINCOATS, OVERCOATS, SUS-PENDERS, TROUSERS, DENIM TROUSERS, PULLOVERS, DRESSES, JACKETS, SASHES FOR WEAR, GLOVES, TIGHTS, BATHING SUITS, BATH ROBES, PAJAMAS, NIGHTGOWNS, SHORTS, POCKET SQUARES; SHOES, BOOTS, SLIPPERS; HEADGEAR, NAMELY, HATS AND CAPS; UNDER-WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY DATE OF 6-18-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0846642 DATED 11-19-2004, EXPIRES 11-19-2014.

OWNER OF U.S. REG. NOS. 1,841,850, 2,773,107 AND OTHERS.

SER. NO. 79-009,979, FILED 11-19-2004.

BRIDGETT SMITH, EXAMINING ATTORNEY

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,177,828

Registered Aug. 4, 1998

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS
METALS, NAMELY, SHOE ORNAMENTS, HAT
ORNAMENTS, ORNAMENTAL PINS, ASH-
TRAYS FOR SMOKERS, DECORATIVE BOXES,
POWDER COMPACTS OF PRECIOUS METAL,
JEWELRY CASES; JEWELRY, NAMELY,
RINGS, KEY RINGS, BELT BUCKLES, EAR
RINGS, CUFFLINKS, BRACELETS, CHARMS,
BROOCHES, NECKLACES, TIE PINS, MEDAL-
LIONS; HOROLOGICAL AND CHRONOME-
TRIC INSTRUMENTS, STRAPS FOR WATCH-
ES, WATCHES AND WRIST-WATCHES, CASES
FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27,
28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMI-
TATIONS OF LEATHER ARE NOT INCLUDED
IN OTHER CLASSES, NAMELY, BOXES MADE
FROM LEATHER OR LEATHERBOARD, EN-
VELOPES OF LEATHER FOR PACKAGING;
TRUNKS, VALISES, TRAVELING BAGS, LUG-
GAGE FOR TRAVEL, GARMENT BAGS FOR
TRAVEL, VANITY CASES SOLD EMPTY,
RUCKSACKS, HAND BAGS, BEACH BAGS,
SHOPPING BAGS, SHOULDER BAGS, ATTA-

CHE CASES, BRIEFCASES, DRAW STRING
POUCHES, AND FINE LEATHER GOODS,
NAMELY, POCKET WALLETS, PURSES,
LEATHER KEY HOLDERS, BUSINESS CARD
CASES, CALLING CARD CASES, AND
CREDIT CARD CASES, UMBRELLAS, PARA-
SOLS, CANES, AND WALKING-STICK SEATS,
IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR,
NAMELY, SWEATERS, SHIRTS, CORSETS,
SUITS, WAISTCOATS, RAINCOATS, SKIRTS,
COATS, PULLOVERS, TROUSERS, DRESSES,
JACKETS, SHAWLS, STOLES, SASHES FOR
WEAR, SCARVES, NECKTIES, POCKET
SQUARES, SUSPENDERS, GLOVES, BELTS,
STOCKINGS, TIGHTS, SOCKS, BATH ROBES,
SHOES, BOOTS AND SANDALS, HATS AND
CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 96/612502, FILED
2–23–1996, REG. NO. 96612502, DATED 2–23–1996,
EXPIRES 2–23–2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198
AND OTHERS.

SER. NO. 75–143,799, FILED 8–1–1996.

JASON TURNER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,021,231

Registered Nov. 29, 2005

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCI-
ÉTÉ ANONYME)

2, RUE DU PONT-NEUF

F-75001 PARIS, FRANCE

FOR: SPECTACLES, SUNGLASSES AND SPECTA-
CLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

PRIORITY DATE OF 7-30-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0843151 DATED 1-27-2005, EXPIRES 1-27-2015.

OWNER OF U.S. REG. NOS. 1,841,850, 2,399,161
AND OTHERS.

SER. NO. 79-008,818, FILED 1-27-2005.

BRIDGETT SMITH, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,952,203**
**Registered Jan. 17, 2023**
**Int. Cl.: 9, 10**
**Trademark**
**Principal Register**

Louis Vuitton Malletier  (FRANCE société par actions simplifiée (sas) )
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 9: Eyewear; sunglasses; spectacles; spectacle frames; spectacle lenses; spectacle cords; spectacle cases; containers for contact lenses; sleeves for laptops; bags adapted for laptops; covers for smartphones; cases for smartphones; Hand grips, rings and stands adapted for smartphones, all the foregoing being holders specifically adapted for smartphones; mouse pads; binoculars; apparatus and instruments for recording, transmitting, reproducing or processing of sound or images; loudspeakers; headphones; earphones; hands-free kits for telephones; smartwatches; downloadable computer software applications for providing information in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, product restoration, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion and culture, exhibitions, books, note books, periodicals, home furniture; downloadable computer software applications for displaying products in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion, books, note books, periodicals, home furniture; blank USB flash drives; portable media players; downloadable graphics for mobile phones; downloadable emoticons for mobile phones

CLASS 10: Protective face shields for medical use; protective face shields in the nature of protective face masks for medical use; protective face shields in the nature of protective masks being face masks for protection against viral infection; protective face shields being face shields for protection against viral infection

OWNER OF FRANCE , REG. NO. 204707320, DATED 11-30-2020, EXPIRES 11-30-2031

The mark consists of a four petal flower.

SER. NO. 90-356,804, FILED 12-03-2020



*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

Reg. No. 2,181,753

## United States Patent and Trademark Office

Registered Aug. 18, 1998

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS
METALS, NAMELY, SHOE ORNAMENTS, HAT
ORNAMENTS, ORNAMENTAL PINS, ASH-
TRAYS FOR SMOKERS, DECORATIVE BOXES,
POWDER COMPACTS OF PRECIOUS METAL,
JEWELRY CASES; JEWELRY, NAMELY,
RINGS, KEY RINGS, BELT BUCKLES, EAR
RINGS, CUFFLINKS, BRACELETS, CHARMS,
BROOCHES, NECKLACES, TIE PINS, MEDAL-
LIONS; HOROLOGICAL AND CHRONOME-
TRIC INSTRUMENTS, STRAPS FOR WATCH-
ES, WATCHES AND WRIST-WATCHES, CASES
FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27,
28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMI-
TATIONS OF LEATHER ARE NOT INCLUDED
IN OTHER CLASSES, NAMELY, BOXES MADE
FROM LEATHER OR LEATHERBOARD, EN-
VELOPES OF LEATHER FOR PACKAGING;
TRUNKS, VALISES, TRAVELING BAGS, LUG-
GAGE FOR TRAVEL, GARMENT BAGS FOR
TRAVEL, VANITY CASES SOLD EMPTY,
RUCKSACKS, HAND BAGS, BEACH BAGS,
SHOPPING BAGS, SHOULDER BAGS, ATTA-
CHE CASES, BRIEFCASES, DRAW STRING
POUCHES; AND FINE LEATHER GOODS,
NAMELY, POCKET WALLETS, PURSES,
LEATHER KEY HOLDERS, BUSINESS CARD
CASES, CALLING CARD CASES, AND
CREDIT CARD CASES, UMBRELLAS, PARA-
SOLS, CANES, AND WALKING-STICK SEATS,
IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR,
NAMELY, SWEATERS, SHIRTS, CORSETS,
SUITS, WAISTCOATS, RAINCOATS, SKIRTS,
COATS, PULLOVERS, TROUSERS, DRESSES,
JACKETS, SHAWLS, STOLES, SASHES FOR
WEAR, SCARVES, NECKTIES, POCKET
SQUARES, SUSPENDERS, GLOVES, BELTS,
STOCKINGS, TIGHTS, SOCKS, BATH ROBES,
SHOES, BOOTS AND SANDALS, HATS AND
CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 96/612504, FILED
2–23–1996, REG. NO. 96612504, DATED 2–23–1996,
EXPIRES 2–23–2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198
AND OTHERS.

SER. NO. 75–143,789, FILED 8–1–1996.

JASON TURNER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,023,930

Registered Dec. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCI-
ETE ANONYME)

2, RUE DU PONT-NEUF

F-75001 PARIS, FRANCE

FOR: SPECTACLES, SUNGLASSES AND SPECTA-
CLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

PRIORITY DATE OF 7-30-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0843152 DATED 1-27-2005, EXPIRES 1-27-2015.

OWNER OF U.S. REG. NOS. 1,841,850, 2,399,161
AND OTHERS.

SER. NO. 79-008,819, FILED 1-27-2005.

BRIDGETT SMITH, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,952,204**
**Registered Jan. 17, 2023**
**Int. Cl.: 9, 10**
**Trademark**
**Principal Register**

Louis Vuitton Malletier  (FRANCE société par actions simplifiée (sas) )
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 9: Eyewear; sunglasses; spectacles; spectacle frames; spectacle lenses; spectacle cords; spectacle cases; containers for contact lenses; sleeves for laptops; bags adapted for laptops; covers for smartphones; cases for smartphones; Hand grips, rings and stands adapted for smartphones, all the foregoing being holders specifically adapted for smartphones; mouse pads; binoculars; apparatus and instruments for recording, transmitting, reproducing or processing of sound or images; loudspeakers; headphones; earphones; hands-free kits for telephones; smartwatches; downloadable computer software applications for providing information in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, product restoration, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion and culture, exhibitions, books, note books, periodicals, home furniture; downloadable computer software applications for displaying products in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion, books, note books, periodicals, home furniture; blank USB flash drives; portable media players; downloadable graphics for mobile phones; downloadable emoticons for mobile phones

CLASS 10: Protective face shields for medical use; protective face shields in the nature of protective face masks for medical use; protective face shields in the nature of protective masks being face masks for protection against viral infection; protective face shields being face shields for protection against viral infection

OWNER OF FRANCE , REG. NO. 204707327, DATED 11-30-2020, EXPIRES 11-30-2031

The mark consists of a four petal flower within a circle.

SER. NO. 90-356,842, FILED 12-03-2020



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41 and 50

Reg. No. 2,773,107

**United States Patent and Trademark Office**

Registered Oct. 14, 2003

Corrected

OG Date July 20, 2004

# TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

OWNER OF U.S. REG. NO. 2,177,828.

FOR: JEWELRY INCLUDING RINGS, BELT BUCKLES OF PRECIOUS METALS, EARRINGS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, ORNAMENTAL PINS, AND MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS AND APPARATUS, NAMELY, WATCHES, WATCH CASES AND CLOCKS; NUTCRACKERS OF PRECIOUS METALS; CANDLESTICKS OF PRECIOUS METALS; JEWELRY BOXES OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

FOR: TRAVEL BAGS, TRAVEL BAGS MADE OF LEATHER; LUGGAGE TRUNKS AND VALISES, GARMENT BAGS FOR TRAVEL, VANITY-CASES SOLD EMPTY; RUCKSACKS, SHOULDER BAGS, HANDBAGS; ATTACHE-CASES, BRIEFCASES, DRAWSTRING POUCHES, POCKET WALLETS, PURSES, UMBRELLAS, BUSINESS CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER, CREDIT CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER; CALLING CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER; * KEY HOLDERS MADE OF LEATHER OR OF IMITATION LEATHER *, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1899; IN COMMERCE 0-0-1899.

FOR: CLOTHING, NAMELY, UNDERWEAR, SWEATERS, SHIRTS, T-SHIRTS, SUITS, HOSIERY, BELTS, SCARVES, NECK TIES, SHAWLS, WAISTCOATS, SKIRTS, RAINCOATS, OVERCOATS, SUSPENDERS, TROUSERS, JEANS, PULLOVERS, FROCKS, JACKETS, WINTER GLOVES, DRESS GLOVES, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES,

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 20, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

PAJAMAS, NIGHT DRESSES, SHORTS, POCKET SQUARES; HIGH-HEELED SHOES, LOW-HEELED SHOES, SANDALS, BOOTS, SLIPPERS, TENNIS SHOES; HATS, CAPS, HEADBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1974; IN COMMERCE 0-0-1974.

SER. NO. 76-364,597, FILED 1-31-2002.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 20, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 3,051,235**

## United States Patent and Trademark Office

Registered Jan. 24, 2006

### TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCI-
ETE ANONYME)
2, RUE DU PONT-NEUF
F-75001 PARIS
FRANCE

FOR: SPECTACLES, SUNGLASSES AND SPECTA-
CLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

PRIORITY DATE OF 7-30-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0852773 DATED 1-27-2005, EXPIRES 1-27-2015.

SER. NO. 79-011,931, FILED 1-27-2005.

RICHARD A. STRASER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,976,619**

**Registered Feb. 14, 2023**

**Int. Cl.: 9, 10**

**Trademark**

**Principal Register**

Louis Vuitton Malletier  (FRANCE société par actions simplifiée (sas) )
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 9: Eyewear; sunglasses; spectacles; spectacle frames; spectacle lenses; spectacle cords; spectacle cases; containers for contact lenses; sleeves for laptops; bags adapted for laptops; covers for smartphones; cases for smartphones; Hand grips, rings and stands adapted for smartphones, all the foregoing being holders specifically adapted for smartphones; mouse pads; binoculars; apparatus and instruments for recording, transmitting, reproducing or processing of sound or images; loudspeakers; headphones; earphones; hands-free kits for telephones; smartwatches; downloadable computer software applications for providing information in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, product restoration, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion and culture, exhibitions, books, note books, periodicals, home furniture; downloadable computer software applications for displaying products in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion, books, note books, periodicals, home furniture; blank USB flash drives; portable media players; downloadable graphics for mobile phones; downloadable emoticons for mobile phones

CLASS 10: Protective face shields for medical use; protective face shields in the nature of protective face masks for medical use; protective face shields in the nature of protective masks being face masks for protection against viral infection; protective face shields being face shields for protection against viral infection

OWNER OF FRANCE , REG. NO. 204707315, DATED 11-30-2020, EXPIRES 11-30-2030

The mark consists of a four petal flower in a diamond outline.

SER. NO. 90-356,877, FILED 12-03-2020



*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,225,321

Registered Feb. 23, 1999

### SERVICE MARK
### PRINCIPAL REGISTER



MODIFIED POLYMER COMPONENTS, INC.
(CALIFORNIA CORPORATION)
1030 E. DUANE AVENUE, SUITE D
SUNNYVALE, CA 94086

FOR: MEDICAL DEVICE COMPONENT
DESIGN AND DEVELOPMENT SERVICES, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1–0–1990; IN COMMERCE
1–0–1990.

SER. NO. 75–349,019, FILED 8–29–1997.

TINA L. SNAPP, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,225,321

## United States Patent and Trademark Office

Registered Feb. 23, 1999

### SERVICE MARK
### PRINCIPAL REGISTER



MODIFIED POLYMER COMPONENTS, INC. (CALIFORNIA CORPORATION)
1030 E. DUANE AVENUE, SUITE D
SUNNYVALE, CA 94086

FOR: MEDICAL DEVICE COMPONENT DESIGN AND DEVELOPMENT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1–0–1990; IN COMMERCE 1–0–1990.

SER. NO. 75–349,019, FILED 8–29–1997.

TINA L. SNAPP, EXAMINING ATTORNEY

Int. Cl.: **18**

Prior U.S. Cls.: **1, 2, 3, 22 and 41**

**United States Patent and Trademark Office**

Reg. No. 2,378,388

Registered Aug. 22, 2000

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORA-TION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: GOODS MADE OF LEATHER OR IMITA-TIONS OF LEATHER NOT INCLUDED IN OTHER CLASSES NAMELY BOXES OF LEATHER OR LEATHER BOARD PRINCIPALLY USED FOR TRAV-EL PURPOSES, ENVELOPES OF LEATHER FOR MERCHANDISE PACKAGING, TRUNKS, VALISES, TRAVELING BAGS, TRAVELING SETS FOR CON-TAINING COSMETICS, JEWELRY AND STA-TIONERY, GARMENT BAGS FOR TRAVEL, VANITY CASES, RUCKSACKS, HANDBAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE-CASES, BRIEF CASES, POUCHES, FINE LEATHER GOODS NAMELY, POCKET WALLETS, PURSES,

KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES, CALLING CARD CASES, PARASOLS, UMBRELLAS, CANES, WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7–0–1996; IN COMMERCE 7–0–1996.

OWNER OF U.S. REG. NOS. 1,615,681, 2,177,841 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PARIS", APART FROM THE MARK AS SHOWN.

THE COLORS LIGHT AND DARK BROWN ARE CLAIMED AS A FEATURE OF THE MARK. THE LINING CONSTITUTES A FEATURE OF THE MARK AND, ITSELF, DOES NOT INDICATE COLOR AS DE-SCRIBED AND CLAIMED HEREINABOVE.

THE NAME "LOUIS VUITTON" DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**2,378,388**

THE MARK CONSISTS OF A SQUARE WITH A CHECKERED PATTERN OF LIGHT AND DARK BROWN WITH THE UNUSUAL CONTRAST OF WEFT AND WARP.

SER. NO. 75–366,585, FILED 10–1–1997.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**Reg. No. 2,421,618**

## United States Patent and Trademark Office

Registered Jan. 16, 2001

### TRADEMARK
#### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES OF LEATHER OR LEATHER BOARD PRINCIPALLY USED FOR TRAVEL PURPOSES, ENVELOPES OF LEATHER FOR MERCHANDISE PACKAGING, TRUNKS, VALISES, TRAVELING BAGS, TRAVELING SETS FOR CONTAINING COSMETICS, JEWELRY AND STATIONERY, GARMENT BAGS FOR TRAVEL, VANITY CASES, RUCKSACKS, HANDBAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE-

CASES, BRIEF CASES, POUCHES, FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES, CALLING CARD CASES, PARASOLS, UMBRELLAS, CANES, WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-0-1996; IN COMMERCE 8-0-1996.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96617953, FILED 3-27-1996, REG. NO. 96617953, EXPIRES 3-27-2006.

OWNER OF U.S. REG. NO. 1,931,144 AND OTHERS.

THE MARK CONSISTS OF A CHECKERED PATTERN OF LIGHT AND DARK BROWN WITH AN UNUSUAL CONTRAST OF WEFT AND WARP, AND COLOR IS CLAIMED AS A FEATURE OF THE

**2,421,618**

MARK. THE PATTERN APPEARS OVER SUBSTAN-
TIALLY THE ENTIRE SURFACE OF THE GOODS.
THE LINING CONSTITUTES A FEATURE OF THE
MARK AND ITSELF DOES NOT INDICATE THE
COLORS DESCRIBED ABOVE. THE MATTER
SHOWN IN BROKEN LINES SERVES TO SHOW THE

POSITIONING OF THE PATTERN ON ONE OF THE
GOODS, NAMELY, A WALLET.
  SEC. 2(F).

  SN 75–173,234, FILED 9–27–1996.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,576,404

Registered Feb. 17, 2009

# TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCI-
ETE ANONYME)
2 RUE DU PONT-NEUF
F-75001 PARIS
FRANCE

FOR: BOXES OF LEATHER OR IMITATION
LEATHER FOR PACKAGING AND CARRYING
GOODS, TRUNKS, SUITCASES, TRAVELING SETS
COMPRISED OF MATCHING LUGGAGE, TRAVEL-
ING BAGS, LUGGAGE, GARMENT BAGS FOR
TRAVEL, HATBOXES NOT OF PAPER OR CARD-
BOARD, VANITY CASES NOT FITTED, TOILETRY
CASES SOLD EMPTY, RUCKSACKS, SATCHELS,
HANDBAGS, BEACH BAGS, LEATHER SHOPPING
BAGS, TEXTILE SHOPPING BAGS, SLING BAGS,
SUIT CARRIERS, SHOULDER BAGS, WAIST BAGS,
PURSES, TRAVEL CASES, BRIEFCASES, BRIEF-
CASE-TYPE PORTFOLIOS, LEATHER POUCHES,
WALLETS, CHANGE PURSES, KEY CASES, BUSI-
NESS CARD CASES, CALLING CARD CASES, UM-
BRELLAS, PARASOLS, ANIMAL CARRIER BAGS,
IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY DATE OF 7-12-2007 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0952582 DATED 1-3-2008, EXPIRES 1-3-2018.

OWNER OF U.S. REG. NOS. 2,255,321 AND
2,421,618.

THE MARK CONSISTS OF SQUARES WITH A
CHECKERED PATTERN OF LIGHT AND DARK
WITH THE UNUSUAL CONTRAST OF WEFT AND
WARP. COLOR IS NOT CLAIMED AS A FEATURE
OF THE MARK. THE PATTERN APPEARS OVER
SUBSTANTIALLY THE ENTIRE SURFACE OF THE
GOODS. THE LINING CONSTITUTES A FEATURE
OF THE MARK AND, ITSELF, DOES NOT INDI-
CATE A SPECIFIC COLOR.

SEC. 2(F).

SER. NO. 79-049,581, FILED 1-3-2008.

FRED CARL, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,836,091**

**Registered Sep. 06, 2022**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

LOUIS VUITTON MALLETIER  (FRANCE société par actions simplifiée (sas) )

2 rue du Pont-Neuf
Paris, FRANCE 75001

CLASS 18: Boxes of leather or imitation leather; travelling bags; leatherware in the nature of travelling bag sets; trunks being luggage; garment bags for travel purposes for clothes and shoes; vanity cases, not fitted; rucksacks; handbags; sport bags; attaché cases made of leather; briefcases made of leather; pocket wallets; wallets; change purses; business card cases; leatherware in the nature of key cases; parasols; umbrellas; pet clothing; bags for carrying animals

The color(s) light brown and dark brown is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 4503382, FILED 11-27-2018, REG. NO. 4503382, DATED 11-27-2018, EXPIRES 11-27-2028

The mark consists of repeating, textured pattern as well as a repeating checkerboard pattern that covers the entire surface of the goods. The textured pattern is displayed in overlapping segments consisting of contrasting shades of brown and light brown in a weft and warp fashion which appear within alternating brown and light brown squares in a checkerboard pattern with the wording "LOUIS VUITTON PARIS" in light brown written in one square of each pattern segment on a dark brown square.

No claim is made to the exclusive right to use the following apart from the mark as shown: "PARIS"

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-445,756, FILED 05-24-2019



Katherine Kelly Vidal

**Director of the United States
Patent and Trademark Office**



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,836,090**

**Registered Sep. 06, 2022**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

LOUIS VUITTON MALLETIER  (FRANCE société par actions simplifiée (sas) )

2 rue du Pont-Neuf
Paris, FRANCE 75001

CLASS 18: Boxes of leather or imitation leather; travelling bags; leatherware in the nature of travelling bag sets; trunks being luggage and suitcases; garment bags for travel purposes for clothes and shoes; vanity cases, not fitted; rucksacks; handbags; sport bags; clutches in the nature of evening purses; attaché cases made of leather; briefcases made of leather; pocket wallets; wallets; change purses; business card cases; leatherware in the nature of key cases; parasols; umbrellas; pet clothing; bags for carrying animals

The color(s) white, navy blue, and beige is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 4503284, FILED 11-26-2018, REG. NO. 4503284, DATED 11-26-2018, EXPIRES 11-26-2028

The mark consists of repeating, textured pattern as well as a repeating checkerboard pattern that covers the entire surface of the goods. The textured pattern is displayed in overlapping segments consisting of contrasting shades of white, navy blue, and beige colors in a weft and warp fashion which appear within alternating dark and light squares in a checkerboard pattern with the wording "LOUIS VUITTON PARIS" in navy blue written in one square of each pattern segment on a beige square.

No claim is made to the exclusive right to use the following apart from the mark as shown: "PARIS"

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-445,730, FILED 05-24-2019



**Director of the United States
Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.