UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S.,<br><br>    Plaintiff,<br><br>v.<br><br>CONTOUR 5151 ONH, LLC, a Georgia limited liability company d/b/a OLD NATIONAL DISCOUNT MALL; ABC CORPS. 1-10; and JOHN DOES 1-10, individually,<br><br>    Defendants. | CIVIL ACTION NO: _____ |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    Plaintiff Louis Vuitton Malletier S.A.S. (hereinafter "Louis Vuitton") hereby files this Certificate of Interested Persons and Corporate Disclosure Statement. Pursuant to Local Rule 3.3 of the Northern District of Georgia and Federal Rule of Civil Procedure 7.1, Louis Vuitton states as follows:

    (1) The undersigned counsel for Louis Vuitton certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns more than 10% or more of the stock of a party:

    **Plaintiff:**      **Louis Vuitton Malletier S.A.S.**
    **Defendants:**    **Contour 5151 ONH, LLC d/b/a Old National Discount Mall**
                           **ABC Corps. 1-10**
                             **John Does 1-10**

    **Louis Vuitton states that its parent company is LVMH Moët Hennessy—Louis Vuitton, Société Européenne.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**To the best of Louis Vuitton's knowledge, none other than the Parties and attorneys.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Louis Vuitton in this proceeding:

**Jay L. Strongwater**
**Strongwater & Associates**
**1360 Peachtree Street**
**Atlanta, Georgia 30309**

**John H. Zacharia**
**Zacharia Law PLLC**
**1701 Pennsylvania Avenue, NW, Suite 200**
**Washington, D.C.  20006**

**Michael J. Allan**
**Steptoe & Johnson LLP**
**1330 Connecticut Avenue, NW**
**Washington, D.C.  20036**


(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose scitizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Plaintiff Louis Vuitton is a French Corporation organized under the laws of France.**

**Defendant Contour 5151 ONH, LLC d/b/a Old National Discount Mall is a limited liability company organized under the laws of Delaware and transacts business in the State of Georgia.**

**Defendants ABC Corps. 1-10 are entities involved in the management and operation of the Old National Discount Mall and are involved in the infringing activities.**

2


**Defendants John Does 1-10 are participants in and the moving forces behind the infringing activities.**

Dated:  6/23/2023                           Respectfully submitted,

Strongwater & Associates
*Attorneys for Plaintiff Louis Vuitton*
1360 Peachtree Street
Atlanta, Georgia 30309
(404) 872-1700

/s/ Jay L. Strongwater
Jay L. Strongwater, Esq.
jls@strongh2o.com
Ga. Bar No. 688750

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

      Pursuant to Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned hereby that the foregoing filing is a computer-generated document, prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1C of the United District Court for the Northern District of Georgia.

      /s/ Jay L. Strongwater
Jay L. Strongwater, Esq.
Ga. Bar No. 688750