**EXHIBIT 2:** INFRINGEMENT #1

URL: https://wonderscounseling.com/5-career-for-care-givers/

