# EXHIBIT A

State Court of Fulton County
**E-FILED**
23EV002781
5/5/2023 4:41 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SOPHANA LEI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No: _____ |
| v. | ) | |
| | ) | |
| EXTENDED STAY AMERICA, | ) | |
| | ) | |
| Defendant. | ) | DEMAND FOR JURY TRIAL |

_____

**COMPLAINT FOR PERSONAL INJURIES AND DAMAGES**

COMES NOW Sophana Lei, Plaintiff, and makes and files this complaint against Defendants Extended Stay of America and Broadspire Services Inc. as follows:

**PARTIES AND JURISDICTION**

1.

Plaintiff Sophana Lei is a resident of Georgia, who resides at 2511 Hampton Valley Drive, SW, Cobb County, Marietta, GA 30008 and is subject to the jurisdiction of this court.

2.

Extended Stay America is a Foriegn Profit Corporation existing under the laws of Georgia with its principal place of business in Fort Lauderdale, FL and may be served through its registered agent C T Corporation System at 1201 Peachtree Street, N.E., Atlanta, GA 30361; and is subject to the jurisdiction of this court.

3.

Jurisdiction and venue are proper in this court.

**BACKGROUND**

4.

On May 7, 2021, Sophana Lei was an invitee as a resident at the Extended Stay America at 2239 Powers Ferry Road, Marietta, Georgia 30067, Cobb County.

5.

At approximately 10:30 p.m., Ms. Lei was walking towards the hotel entrance in a poorly lit parking lot of the Extended Stay America.

6.

The pavement was uneven due to a water drain.

7.

The drain was not painted and was the same color as the parking lot concrete.

8.

There were no signs indicating the water drain was in the middle of the parking lot.

9.

Sudden and without warning, Ms. Lei's foot went down in the water drain, causing her to hit the asphalt head/face first.

10.

Ms. Lei became disoriented and felt severe pain in her face and on the left side of her body.

11.

Ms. Lei suffered open wounds to her face and left knee.

12.

Another resident who was walking her dog noticed Ms. Lei's distressed, followed her in the lobby and offered her medical assistance by asking the hotel receptionist for a first aid kit to clean the bleeding wounds on her face and left knee.

13.

At the same time, another resident called the Cobb County Police Department to assist.

14.

A short time after Ms. Lei's arrival in the hotel lobby, Cobb County Police arrived and asked if she was okay and would she like an EMS.

15.

Ms. Lei expressed that she was sleepy and wanted to just lay down.

16.

Ms. Lei went to her room and fell asleep.

17.

Around 7:00 a.m., Ms. Lei was awakened by severe facial, neck, left shoulder, and left knee pain.

18.

Ms. Lie was taken to WellStar Hospital Emergency Department.

19.

Defendants had exclusive ownership, possession and control over the premises at all times relevant to this litigation.

20.

As a result of Plaintiff's fall, Sophana Lei suffered severe injuries, concussion, facial contusions, and a permanent scar under her left eye.

21.

As a result of Defendants' negligence, Plaintiff Lie has incurred over $19,000.00 in medical expenses.

## COUNT I
## PREMISES LIABILITY

22.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 21 above as if fully restated.

23.

Plaintiff was an invitee on the premises at the time of the subject incident.

24.

Defendant owed a non-delegable duty of reasonable care in keeping the premises safe for invitees such as Ms.Lei.

25.

Defendant was negligent in failing to properly inspect the area where the fall occurred.

26.

Defendant's negligence was the proximate cause of Plaintiff's injuries.

## COUNT III
## NEGLIGENT TRAINING & SUPERVISION

27.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 26 above as if fully restated.

28.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate warning, placing signs around the water drain, or painting the water drain in a bright color.

29.

Defendant was negligent in failing to provide a warning of the potential risk of injury caused by the water drain.

30.

As a result of Defendant's negligence, Plaintiff was injured on the premises.

**WHEREFORE**, Plaintiff prays that she will have a trial on all issues and judgment against Defendant as follows:

(a) That Plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

(b) That Plaintiff recover $19,000.00 for special damages. An amount which may be amended by a timely filing of an Amended Complaint;

(b) That Plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c) That Plaintiff recover such other and further relief as is just and proper;

(d) That all issues be tried before a jury.

Respectfully submitted this 5th day of May 2023

**W.E. STILES LAW, LLC**

*/s/ W. Stiles*

William Stiles, Esq.
Georgia State Bar No. 772146
Attorney for Plaintiff

400 Galleria Parkway
Suite 1500
Atlanta, Georgia 30339

Telephone 404-390-8160  
Facsimile   678-368-4961  
Stiles@Westileslaw.Com