# EXHIBIT B



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
**BRAD RAFFENSPERGER**

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **EXTENDED STAY AMERICA, INC.** | Control Number: | **K536239** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Withdrawn** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **450 E LAS OLAS BLVD STE 1100, FORT LAUDERDALE, FL, 33301-4202, USA** | Date of Formation / Registration Date: | **12/13/1995** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **NONE** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T CORPORATION SYSTEM** |
| Physical Address: | **1201 Peachtree Street, NE, Atlanta, GA, 30361, USA** |
| County: | **Fulton** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| GEORGE DEAN JOHNSON, JR. | CEO | 450 E LAS OLAS BLVD STE 1100, FT. LAUDERDALE, FL, 33301, USA |
| ROBERT A. BRANNON | CFO | 450 E LAS OLAS BLVD STE 1100, FT. LAUDERDALE, FL, 33301, USA |
| ROBERT A. BRANNON | Secretary | 450 E LAS OLAS BLVD STE 1100, FT. LAUDERDALE, FL, 33301, USA |

Back                    Filing History        Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19            Report a Problem?