# EXHIBIT C

12/13/95

EXTENDED STAY AMERICA, INC.

9536239

**Secretary of State**
**Business Information and Services**
**Suite 315, West Tower**
**2 Martin Luther King Jr. Dr.**
**Atlanta, Georgia  30334-1530**

```
CONTROL NUMBER: 9536239
EFFECTIVE DATE: 12/13/1995
JURISDICTION  : DELAWARE
REFERENCE     : 0091
PRINT DATE    : 12/14/1995
FORM NUMBER   : 0316
```

CT CORPORATION SYSTEM
PATTIE HARDY
1201 PEACHTREE STREET, NE
ATLANTA, GA  30361


CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS


I, **MAX CLELAND**, Secretary of State and the Corporation
Commissioner of the State of Georgia, do hereby certify under the
seal of my office that


EXTENDED STAY AMERICA, INC.


has been duly incorporated under the laws of the jurisdiction set
forth above and has filed an application meeting the requirements
of Georgia law to transact business as a foreign corporation in
this state.

WHEREFORE, by the authority vested in me as Corporation
Commissioner, the above named corporation is hereby granted, on
the effective date stated above, a certificate of authority to
transact business in the State of Georgia as provided by Title 14
of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the
State of Georgia on the date set forth above.



*Max Cleland*
MAX CLELAND
SECRETARY OF STATE

CORPORATIONS 656-2817 • CORPORATIONS HOT-LINE 404-656-2222 (Outside Metro-Atlanta)

**BUSINESS SERVICES AND REGULATION**
Suite 315, West Tower
2 Martin Luther King Jr. Drive
Atlanta, Georgia 30334-1530
(404) 656-2817

**MAX CLELAND**
Secretary of State
State of Georgia

J. F. GULLION
Director

**APPLICATION FOR CERTIFICATE OF AUTHORITY**

DO NOT WRITE IN SHADED AREA - SOS USE ONLY

DOCKET # 953480336  PENDING CONTROL # _____   CONTROL # 9536239

Docket Code 316   Name Reservation # 953480332  Corporation Type FP

Date Filed 12-13-95  Amount Received $ 270.00   Check/Receipt # 107008219
                                                          107008220

Jurisdiction (State/Country) Code DE

Examiner 91                    Date Completed _____

**NOTICE TO APPLICANT:** PRINT PLAINLY OR TYPE THE REMAINDER OF THIS FORM.
INSTRUCTIONS ARE ON THE BACK OF THIS FORM.

1. Extended Stay America, Inc.
   Corporate Name

   December 11, 1995 _____ in Georgia    Check One:  [X] Profit   [ ] Non-Profi
   Date Business Commenced (or Proposed) in Georgia

2. C T Corporation System                                    Telephone Number
   208 S. La Salle Street
   Chicago, Illinois 60604
   _____   State                        Zip Code

3. Delaware                      January 9, 1995            Perpetual
   Jurisdiction (Home State/Country)  Date of Incorporation   Period of Duration

   961 East Main Street
   Principal Office Mailing Address of Corporation

4. Spartanburg, South Carolina 29302
   City                          State                       Zip Code

5. C T Corporation System
   Name of Registered Agent in Georgia

   c/o C T Corporation System, 1201 Peachtree Street, N.E.
   Registered Office Street Address in Georgia

   Atlanta                       Fulton          GA      30361
   City                          County          State   Zip Code

6. See attached list of officers
   Officer/CEO                        Address/City,State,Zip

   Officer/CFO                        Address/City,State,Zip

   Officer/SEC                        Address/City,State,Zip
   See attached list of directors
   Director                           Address/City,State,Zip

   Director                           Address/City,State,Zip

   Director                           Address/City,State,Zip

7. NOTICE: Mail or deliver an original and one copy of this form and the Secretary of State filing
   fee (profit - $170; nonprofit - $70) to the Secretary of State at the above address. A certificate of
   existence, certified by the home state or country within 90 days of filing in Georgia, must be
   filed with this application. Photostated or faxed documents will not be accepted.

   Authorized Signature: _____   Date: 12/9/95
                          George Dean Johnson, Jr

8R236F (12-91)   (GA. - 1674 - 9/1/92)

Appendix to Georgia
Application for Certificate of Authority

# Officers of
# Extended Stay America, Inc.

1.  H. Wayne Huizenga, Chairman of the Board
    200 S. Andrews Avenue
    Ft. Lauderdale, Florida  33301

2.  George Dean Johnson, Jr., Prsident/CEO
    200 S. Andrews Avenue
    Ft. Lauderdale, Folorida  33301

3.  Robert A. Brannon, Senior Vice President/CFO/Treasurer/Secretary
    200 S. Andrews Avenue
    Ft.Lauderdale, Florida  33301

4.  Corry W. Oakes, Vice President of Construction
    961 East Main Street
    Spartanburg, South Carolina  29302

5.  Michael R. Beck, Vice President of Real Estate
    961 East Main Street
    Spartanburg, South Carolina  29302

6.  Gregory R. Moxley, Controller
    961 East Main Street
    Spartanburg, South Carolina  29302

Appendix to Georgia
Application for Certificate of Authority

# Directors of
# Extended Stay America, Inc.

1. H. Wayne Huizenga
   200 S. Andrews Avenue
   Ft. Lauderdale, Florida  33301

2. George Dean Johnson, Jr.
   200 S. Andrews Avenue
   Ft. Lauderdale, Folorida  33301

3. Stewart H. Johnson
   961 East Main Street
   Spartanburg, South Carolina  29302

4. Peer Pedersen
   161 N. Clark Street, Suite 3100
   Chicago, Illinois  60601

5. John J. Melk
   676 N. Michigan Avenue, Suite 3900
   Chicago, Illinois  60611

6. Donald F. Flynn
   676 N. Michigan Avenue, Suite 4000
   Chicago, Illinois  60611

*State of Delaware*

PAGE  1

*Office of the Secretary of State*

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "EXTENDED STAY AMERICA, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE EIGHTH DAY OF DECEMBER, A.D. 1995.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.



Edward J. Freel, Secretary of State

AUTHENTICATION:        7742161

DATE:

12-08-95

2469432  8300

950287573



**Secretary of State**
Corporations Division
Suite 315, West Tower
2 Martin Luther King Jr. Dr.
Atlanta, Georgia 30334-1530

| | | |
|---|---|---|
| DOCKET NUMBER | : | 971550575 |
| CONTROL NUMBER | : | 9536239 |
| DATE AUTHORIZED | : | 12/13/1995 |
| JURISDICTION | : | DELAWARE |
| EFFECTIVE DATE | : | 05/30/1997 |
| REFERENCE | : | 0086 |
| PRINT DATE | : | 06/04/1997 |
| FORM NUMBER | : | 127 |

EXTENDED STAY AMERICA
JOSEPH CATALDI
450 E. LAS OLAS BLVD/S1100
FT. LAUDERDALE FL 33301

### CERTIFICATE OF WITHDRAWAL

I, Lewis A. Massey, the Secretary of State and the Corporation Commissioner of the
State of Georgia, do hereby certify under the seal of my office that

**EXTENDED STAY AMERICA, INC.**
**A FOREIGN PROFIT CORPORATION**

incorporated under the laws of the jurisdiction stated above and authorized to
transact business in Georgia on the date stated above, has filed an application
for withdrawal in the office of the Secretary of State and has paid the required
fees pursuant to Title 14 of the Official Code of Georgia Annotated and the Rules
and Regulations promulgated thereunder.   Therefore, the authority of said
corporation to transact business in Georgia is hereby terminated.  Attached hereto
is a true and correct copy of said application.

**WITNESS** my hand and official seal in the City of Atlanta and the State of Georgia
on the date set forth above.

LEWIS A. MASSEY
SECRETARY OF STATE



**BUSINESS INFORMATION AND SERVICES**
Suite 315, West Tower
2 Martin Luther King Jr. Drive
Atlanta, Georgia 30334-1530
(404) 656-2817

Secretary of State
State of Georgia

9715505.75

J. K. JACKSON
Director

|  |  |  |
|---|---|---|
| DOCKET NUMBER | : | 963620554 |
| CONTROL NUMBER | : | 9536239 |
| DATE FILED | : | 12/13/1995 |
| JURISDICTION | : | DELAWARE |
| AMOUNT DUE | : | $20.00 |
| PRINT DATE | : | 12/27/1996 |
| FORM NUMBER | : | 238 |

EXTENDED STAY AMERICA
ATTN: JOSEPH CATALDI
450 EAST LAS OLAS BLVD./STE 1100
FT. LAUDERDALE FL 33301

## APPLICATION FOR WITHDRAWAL
OF

### EXTENDED STAY AMERICA, INC.
A FOREIGN PROFIT CORPORATION

The above named corporation is not transacting business in Georgia and hereby surrenders its authority to transact business in this state. The corporation revokes the authority of its registered agent and consents that service of process may be made on said corporation by service upon the Secretary of State. The address listed below is the street address where the corporation may be served legal process. The corporation also acknowledges its legal obligation to notify the Secretary of State of any change in mailing address.

Complete and return all copies of this form with a check made payable to the Secretary of State for the amount due above which represents the filing fee and (if due) the annual fees.

LEGAL SERVICE ADDRESS: 450 E. LAS OLAS BLVD #1100

FT LAUDERDALE, FL 33301

_____ TREASURER          MAY 1 4 1997

SIGNATURE AND TITLE                   DATE

BSR (4)   May 30   3:17 PM '97   SECRETARY OF STATE