# EXHIBIT D

State Court of Fulton County
**E-FILED**
23EV002781
6/7/2023 12:46 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

**Sophana Lei,**

        Plaintiff(s),

vs.

**Extended Stay America,**

        Defendant(s).

Case No.: 23EV002781

_____/

**AFFIDAVIT OF SERVICE**

Personally appeared before me the undersigned officer duly authorized to administer oaths, Danny Davidson, who, after being duly sworn, deposes and states the following:

1.

Affiant states that he/she is appointed by this Court to serve process. The statements made are true and correct and are based upon my personal knowledge.

2.

I served Extended Stay America with a Summons and Complaint for Personal Injuries and Damages by leaving the documents with Linda Banks, agent at CT Corporation System, Registered Agent of Extended Stay America at said person's place of employment/place of business located at 289 S. Culver St., Lawrenceville, GA 30046 on May 25, 2023 at 11:04 AM.

Signed and sworn to before me on this **27** day of **May**, 20**23** by an affiant who is personally known to me or produced identification.

_____
Notary Public

**Danny Davidson**
Express Legal Services LLC
860 Johnson Ferry Rd.
Atlanta, GA 30342
(678) 648-6330


