# EXHIBIT E

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

| Entity Details |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 4873003 | Incorporation Date / Formation Date: | 9/16/2010 (mm/dd/yyyy) |

Entity Name:  **ESH HOSPITALITY, INC.**

Entity Kind:  **Corporation**      Entity Type:  **General**

Residency:  **Domestic**      State:  **DELAWARE**

**REGISTERED AGENT INFORMATION**

Name:    **INTERTRUST CORPORATE SERVICES DELAWARE LTD.**

Address: **200 BELLEVUE PARKWAY SUITE 210**

City:    **WILMINGTON**      County: **New Castle**

State:   **DE**        Postal Code: **19809**

Phone:   **302-798-5867**

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]                    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov