# EXHIBIT G

## Case Information

23EV002781 | Sophana Lei VS.Extended Stay America

| Case Number | Court | Judicial Officer |
|---|---|---|
| 23EV002781 | State Court | Porter, Patsy Y |
| **File Date** | **Case Type** | **Case Status** |
| 05/05/2023 | TORT | Open |

## Party

**Plaintiff**
Lei, Sophana

---

**Defendant**
Extended Stay America

Address
1201 Peachtree Street, N.E.
Atlanta GA 30361

## Events and Hearings

- 05/05/2023 COMPLAINT ▼

  S.L. Complaint 5.5.23.pdf

  Comment
  Complaint 5.5.23

- 05/05/2023 Summons ▼

  Summons 5.5.23.pdf

  Comment
  Summons - Extended Stay 5.5.23

06/07/2023 SERVICE ▾

    A.O.S. Extended Stay 5.27.23.pdf

    Comment
    Affidavit of Service 5.27.23

# Financial

Lei, Sophana

| | | | |
|---|---|---|---:|
| Total Financial Assessment | | | $214.00 |
| Total Payments and Credits | | | $214.00 |

| | | | | |
|---|---|---|---|---:|
| 5/9/2023 | Transaction Assessment | | | $214.00 |
| 5/9/2023 | E-File | Receipt # TCJT-490068 | Lei, Sophana | ($214.00) |

# Documents

S.L. Complaint 5.5.23.pdf

Summons 5.5.23.pdf

A.O.S. Extended Stay 5.27.23.pdf

Case 1:23-mi-99999-UNA   Document 2028-8   Filed 06/23/23   Page 4 of 10

State Court of Fulton County
**E-FILED**
23EV002781
5/5/2023 4:41 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SOPHANA LEI, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action File No: _____ |
| v. | ) | |
| | ) | |
| EXTENDED STAY AMERICA, | ) | |
| | ) | |
| **Defendant.** | ) | **DEMAND FOR JURY TRIAL** |

_____

### COMPLAINT FOR PERSONAL INJURIES AND DAMAGES

COMES NOW Sophana Lei, Plaintiff, and makes and files this complaint against Defendants Extended Stay of America and Broadspire Services Inc. as follows:

**PARTIES AND JURISDICTION**

1.

Plaintiff Sophana Lei is a resident of Georgia, who resides at 2511 Hampton Valley Drive, SW, Cobb County, Marietta, GA 30008 and is subject to the jurisdiction of this court.

2.

Extended Stay America is a Foriegn Profit Corporation existing under the laws of Georgia with its principal place of business in Fort Lauderdale, FL and may be served through its registered agent C T Corporation System at 1201 Peachtree Street, N.E., Atlanta, GA 30361; and is subject to the jurisdiction of this court.

3.

Jurisdiction and venue are proper in this court.

**BACKGROUND**

4.

On May 7, 2021, Sophana Lei was an invitee as a resident at the Extended Stay America at 2239 Powers Ferry Road, Marietta, Georgia 30067, Cobb County.

5.

At approximately 10:30 p.m., Ms. Lei was walking towards the hotel entrance in a poorly lit parking lot of the Extended Stay America.

6.

The pavement was uneven due to a water drain.

7.

The drain was not painted and was the same color as the parking lot concrete.

8.

There were no signs indicating the water drain was in the middle of the parking lot.

9.

Sudden and without warning, Ms. Lei's foot went down in the water drain, causing her to hit the asphalt head/face first.

10.

Ms. Lei became disoriented and felt severe pain in her face and on the left side of her body.

11.

Ms. Lei suffered open wounds to her face and left knee.

12.

Another resident who was walking her dog noticed Ms. Lei's distressed, followed her in the lobby and offered her medical assistance by asking the hotel receptionist for a first aid kit to clean the bleeding wounds on her face and left knee.

13.

At the same time, another resident called the Cobb County Police Department to assist.

14.

A short time after Ms. Lei's arrival in the hotel lobby, Cobb County Police arrived and asked if she was okay and would she like an EMS.

15.

Ms. Lei expressed that she was sleepy and wanted to just lay down.

16.

Ms. Lei went to her room and fell asleep.

17.

Around 7:00 a.m., Ms. Lei was awakened by severe facial, neck, left shoulder, and left knee pain.

18.

Ms. Lie was taken to WellStar Hospital Emergency Department.

19.

Defendants had exclusive ownership, possession and control over the premises at all times relevant to this litigation.

20.

As a result of Plaintiff's fall, Sophana Lei suffered severe injuries, concussion, facial contusions, and a permanent scar under her left eye.

21.

As a result of Defendants' negligence, Plaintiff Lie has incurred over $19,000.00 in medical expenses.

## COUNT I
## PREMISES LIABILITY

22.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 21 above as if fully restated.

23.

Plaintiff was an invitee on the premises at the time of the subject incident.

24.

Defendant owed a non-delegable duty of reasonable care in keeping the premises safe for invitees such as Ms.Lei.

25.

Defendant was negligent in failing to properly inspect the area where the fall occurred.

26.

Defendant's negligence was the proximate cause of Plaintiff's injuries.

## COUNT III
## NEGLIGENT TRAINING & SUPERVISION

27.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 26 above as if fully restated.

28.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate warning, placing signs around the water drain, or painting the water drain in a bright color.

29.

Defendant was negligent in failing to provide a warning of the potential risk of injury caused by the water drain.

30.

As a result of Defendant's negligence, Plaintiff was injured on the premises.

**WHEREFORE**, Plaintiff prays that she will have a trial on all issues and judgment against Defendant as follows:

(a) That Plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

(b) That Plaintiff recover $19,000.00 for special damages. An amount which may be amended by a timely filing of an Amended Complaint;

(b) That Plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c) That Plaintiff recover such other and further relief as is just and proper;

(d) That all issues be tried before a jury.

Respectfully submitted this 5th day of May 2023

**W.E. STILES LAW, LLC**

*/s/ W. Stiles*

William Stiles, Esq.
Georgia State Bar No. 772146
Attorney for Plaintiff

400 Galleria Parkway
Suite 1500
Atlanta, Georgia 30339

Telephone 404-390-8160
Facsimile   678-368-4961
Stiles@Westileslaw.Com

State Court of Fulton County
**E-FILED**
23EV002781
5/5/2023 4:41 PM
Donald Talley, Clerk
Civil Division

GEORGIA, FULTON COUNTY                                  DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY                CIVIL ACTION FILE #: _____
        Civil Division

Sophana Lei
2511 Hampton Valley Dr., SW
    Marietta        GA      30008
Plaintiff's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

vs.

Extended Stay America
CT Corporation System-registered agent
1201   Peachtree Street   Atlanta   GA 30361
Defendant's Name, Address, City, State, Zip Code

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT:
  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:
Name: William E. Stiles, Jr.
Address: 400 Galleria Parkway, Suite 1500
City, State, Zip Code: Atlanta, Georgia 30339           Phone No.: 404-390-8160

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

                                                    Donald Talley, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*
 Served, this _____ day of _____, 20_____.    _____
                                                              DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____
_____
This _____ day of _____, 20_____.   _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

State Court of Fulton County
**E-FILED**
23EV002781
6/7/2023 12:46 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

**Sophana Lei,**

        Plaintiff(s),

vs.

**Extended Stay America,**

        Defendant(s).

_____/

Case No.: 23EV002781

### AFFIDAVIT OF SERVICE

Personally appeared before me the undersigned officer duly authorized to administer oaths, Danny Davidson, who, after being duly sworn, deposes and states the following:

1.

Affiant states that he/she is appointed by this Court to serve process. The statements made are true and correct and are based upon my personal knowledge.

2.

I served Extended Stay America with a Summons and Complaint for Personal Injuries and Damages by leaving the documents with Linda Banks, agent at CT Corporation System, Registered Agent of Extended Stay America at said person's place of employment/place of business located at 289 S. Culver St., Lawrenceville, GA 30046 on May 25, 2023 at 11:04 AM.

Signed and sworn to before me on this **27** day of **May**, 20**23** by an affiant who is personally known to me or produced identification.

_____
Notary Public

**Danny Davidson**
Express Legal Services LLC
860 Johnson Ferry Rd.
Atlanta, GA 30342
(678) 648-6330


