# EXHIBIT H

**,IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| SOPHANA LEI ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 23EV002781 |
| ) | |
| EXTENDED STAY AMERICA, ) | Demand for Jury Trial |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, Extended Stay America, Inc. (improperly named as "Extended Stay America") has filed a Notice of Removal of the above-captioned action in the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1441, 1446, and 1332.  Consistent with 28 U.S.C. § 1446(d), Plaintiff Sophana Lei is hereby notified of the filing of said Notice of Removal, a true and correct copy of which is attached hereto and fully incorporated herein as *Exhibit "A".*

This 23rd day of June, 2023.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ Christopher T. Byrd
Patrick B. Moore, Esq.
Georgia Bar No.: 520390
Christopher T. Byrd, Esq.
Georgia Bar No.: 100854
Shubhra R. Mashelkar, Esq.
Georgia Bar No.:  475388
*Counsel for Extended Stay America, Inc.*

3344 Peachtree Road, NE
Suite 2400
Atlanta, Georgia 30326
Telephone:  (404) 876-2700
Facsimile: (404) 876-9433
pmoore@wwhgd.com
cbyrd@wwhgd.com
smashelkar@wwhgd.com

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served the foregoing pleading with the Clerk of Court via its electronic filing system which will automatically send email notification and a copy of such filing to the following attorneys of record:

William Stiles, Esq.<br>
W.E. STILES LAW, LLC<br>
400 Galleria Parkway<br>
Suite 1500<br>
Atlanta, GA  30339

This 23rd day of June, 2023.

          WEINBERG, WHEELER, HUDGINS,
          GUNN & DIAL, LLC

          /s/ Christopher T. Byrd
          Patrick B. Moore, Esq.
          Georgia Bar No.: 520390
          Christopher T. Byrd, Esq.
          Georgia Bar No.: 100854
          Shubhra R. Mashelkar, Esq.
          Georgia Bar No.:  475388
          *Counsel for Extended Stay America, Inc.*

3344 Peachtree Road, NE
Suite 2400
Atlanta, Georgia 30326
Telephone:  (404) 876-2700
Facsimile: (404) 876-9433
pmoore@wwhgd.com
cbyrd@wwhgd.com
smashelkar@wwhgd.com