re:SearchGA - Toni Walker VS James Ragazino,Delquis MendozaEt al 23A02258

## Case Information

### Toni Walker VS James Ragazino,Delquis MendozaEt al
23A02258

⟲ Refresh    🔖🔒    👁🔒    🖨    ⌗    | File Into |

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| DeKalb - State Court ⇄ | Civil | Tort - Wrongful Death | 5/22/2023 |
| **Judge** | **Case Status** | | |
| Alexander, Kimberly A ▾ | Open (E-File Open) | | |

## Parties [11]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | Toni P. Walker  ▾ | | David R Hughes  ▾ |
| Defendant | Wellpath LLC  ▾ | | |
| Defendant | Centurion Health  ▾ | | |
| Defendant | DeKalb County Jail  ▾ | | |
| Defendant | Dekalb County, Georgia  ▾ | | |
| Defendant | Jessie Alexander  ▾ | | |
| Defendant | Kennedy Ansah  ▾ | | |
| Defendant | Augustina Anyikwa  ▾ | | |
| Defendant | Temetris Atkins  ▾ | | |
| Defendant | Anton Baptiste  ▾ | | |
| Defendant | Marcilla Bush  ▾ | | |
| Defendant | Ronsheika Carroll  ▾ | | |
| Defendant | Shaq. Dunnegan  ▾ | | |
| Defendant | Beverly Dwyer  ▾ | | |
| Defendant | Mufutau Falade  ▾ | | |
| Defendant | Pamela Fountain  ▾ | | |
| Defendant | Jasmine Gonzalez  ▾ | | |
| Defendant | Andrea Grandison  ▾ | | |
| Defendant | Ingram Jackson  ▾ | | |
| Defendant | Dingwu Jia  ▾ | | |
| Defendant | Melody M. Maddox  ▾ | | |
| Defendant | Orlanda Mahdi  ▾ | | |
| Defendant | Kindia Mathis  ▾ | | |
| Defendant | Delquis Mendoza  ▾ | | |
| Defendant | J. Monroe  ▾ | | |
| Defendant | Ifeayni Onuoho  ▾ | | |

| Type | Name | Nickname/Alias | Attorneys |
|------|------|----------------|-----------|
| Defendant | James Eric Ragazino ▾ | | |
| Defendant | Amelia Sanders ▾ | | |
| Defendant | Delquis Mendoza ▾ | | |
| Defendant | A. Thibodeax ▾ | | |
| Defendant | Martell Williams ▾ | | |

**Toni Walker VS James Ragazino,Delquis MendozaEt al 23A02258**

## Hearings □

No hearings found.

## Events □ □

Oldest       Search events        🔍  ❓                                        ➕ All   ➖ All

### General Civil Information Form
General Civil Information Form

File Date 5/22/2023                                                                        ◄

| Name | Description | Security Description | Pages | Price | |
|------|-------------|---------------------|-------|-------|---|
| General Civil Case Filing Form.pdf | | SMDOCU | 1 | $0.50 | Owned |

### Summons
Summons 3

File Date 5/22/2023                                                                        ◄

| Name | Description | Security Description | Pages | Price | |
|------|-------------|---------------------|-------|-------|---|
| Summons 3.pdf | | SMDOCU | 1 | $0.50 | Owned |

### Summons
Summons 2

File Date 5/22/2023                                                                        ◄

| Name | Description | Security Description | Pages | Price | |
|------|-------------|---------------------|-------|-------|---|
| Summons 2.pdf | | SMDOCU | 1 | $0.50 | Owned |

### Complaint/Petition
Complaint

File Date 5/22/2023                                                                        ◄

| Name | Description | Security Description | Pages | Price | |
|------|-------------|---------------------|-------|-------|---|
| Complaint.pdf | | SMDOCU | 22 | $11.00 | 🛒 Add |

### Summons
Summons 1

File Date 5/22/2023                                                                        ◄

| Name | Description | Security Description | Pages | Price | |
|------|-------------|---------------------|-------|-------|---|
| Summons 1.pdf | | SMDOCU | 1 | $0.50 | Owned |

### SMEFILE
/JUDGE ALEXANDER

File Date 5/22/2023                                                                        ◄

No Documents ⓘ

### Summons
Summons 4

File Date 5/22/2023                                                                        ◄

| Name | Description | Security Description | Pages | Price | |
|------|-------------|---------------------|-------|-------|---|
| Summons 4.pdf | | SMDOCU | 1 | $0.50 | Owned |

### Service

Date 5/24/2023

6/23/23, 2:47 PM                                    re:SearchGA - Toni Walker VS James Ragazino,Delquis MendozaEt al 23A02258

Service Type

State Civil Service

## Service                                                          Date
                                                                    5/24/2023

### Toni Walker VS James Ragazino,Delquis MendozaEt al
Service

State Civil Service

## Service                                        🖶                 Date
                                                                    5/24/2023

Service Type

State Civil Service

## Service                                                          Date
                                                                    5/24/2023

Service Type

State Civil Service

## Service                                                          Date
                                                                    5/24/2023

Service Type

State Civil Service

## Service                                                          Date
                                                                    5/24/2023

Service Type

State Civil Service

## Service                                                          Date
                                                                    5/24/2023

Service Type

State Civil Service

## Service                                                          Date
                                                                    5/24/2023

Service Type

State Civil Service

## Service                                                          Date
                                                                    5/24/2023

Service Type

State Civil Service

## Service                                                          Date
                                                                    5/24/2023

Service Type

State Civil Service

## Service                                                          Date
                                                                    5/24/2023

Service Type

State Civil Service

## Service                                                          Date
                                                                    5/24/2023

Service Type

State Civil Service

## Service                                                          Date
                                                                    5/24/2023

1 to 20 of 69

re:SearchGA - Toni Walker VS James Ragazino,Delquis MendozaEt al 23A02258

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.5.0.35



Toni Walker VS James Ragazino,Delquis MendozaEt al

23A02258



No. __23A02258_____

**Date Summons Issued and E-Filed**

5/22/2023

_____

/s/ Monica Gay

**Deputy Clerk**

**Deposit Paid $** _____

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**SUMMONS**

TONI P. WALKER, surviving mother of
ANTHONY LAMAR WALKER, deceased,

_____

**Plaintiff's name and address**

VS.    DEKALB COUNTY JAIL; DEKALB
       COUNTY, GEORGIA

_____

☑ JURY

_____

**Defendant's name and address**

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

| | | |
|---|---|---|
| **Name** | David R. Hughes, Hall Hirsh Hughes, LLC | |
| **Address** | 150 East Ponce de Leon Ave, Suite 450 Decatur, Georgia 30030 | |
| **Phone Number** | 404-638-5883  Georgia Bar No. 375615 | Georgia Bar No. |

an ANSWER to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| **Defendant's Attorney** | **Third Party Attorney** |
| **Address** | **Address** |
| **Phone No.**        Georgia Bar No. | **Phone No.**        Georgia Bar No. |

**TYPE OF SUIT**

☑ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☒ Other

Principal $  *TBD*

Interest $  *TBD*

Atty Fees $  *TBD*

**To indicate consent to e-service check the box below**

☐(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

STATE COURT OF
DEKALB COUNTY, GA.
5/22/2023 1:34 PM
E-FILED
BY: Monica Gay

E-file summons1-2014

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

TONI P. WALKER, surviving mother of    *
ANTHONY LAMAR WALKER, deceased,    *
     *
    Plaintiff,    *
     *      CIVIL ACTION
vs.    *        23A02258
     *    FILE NO. _____
JAMES ERIC RAGAZINO; DELQUIS R.    *
MENDOZA; BEVERLY DWYER;    *
RONSHEIKA CARROLL;    *
JESSIE ALEXANDER; AMELIA    *
SANDERS; AUGUSTINA ANYIKWA;    *
WELLPATH LLC; CENTURIAN HEALTH;    *
DINGWU JIA; ANDREA GRANDISON;    *
MARTELL WILLIIAMS; SHAQ.    *
DUNNEGAN; ORLANDA MAHDI;    *
A. THIBODEAX; PAMELA FOUNTAIN;    *
ANTON BAPTISTE; JASMINE    *
GONZALEZ; J. MONROE; MARCILLA    *
BUSH; KINDIA MATHIS; IFEAYNI    *
ONUOHO; INGRAM JACKSON;    *
KENNEDY ANSAH; O. SOYOMOKUN;    *
MUFUTAU FALADE; TEMETRIS ATKINS; *
SHERIFF MELODY M. MADDOX;    *      JURY TRIAL DEMANDED
DEKALB COUNTY JAIL; DEKALB    *
COUNTY, GEORGIA; and John Does 1-10,    *
     *
    Defendants.    *

## COMPLAINT

Plaintiff Toni Walker files this Complaint, showing the Court as follows:

## Introduction

1.

Anthony Lamar Walker ("Lamar") died from hypothermia at the DeKalb County Jail on

December 26, 2022.

STATE COURT OF
DEKALB COUNTY, GA.
5/22/2023 1:34 PM
E-FILED
BY: Monica Gay

2.

Lamar died because the Defendants violated their duty to him and failed to keep him safe.

3.

Lamar's mother brings this action in her individual capacity to vindicate his rights. She intends to add claims by Lamar's estate after her anticipated appointment by the probate court as the administrator of his estate.

**Parties, Jurisdiction, and Venue**

4.

Plaintiff Toni P. Walker is the mother of Anthony Lamar Walker. Lamar was 34 years old at the time of his death, leaving no spouse or children.

5.

Defendant James Eric Ragazino ("Ragazino") is an individual who was at all times relevant herein employed by Wellpath, LLC or Centurion as a psychiatrist working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

6.

Defendant Delquis R. Mendoza ("Mendoza") is an individual who was at all times relevant herein employed by Wellpath, LLC or Centurion as a psychiatrist working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

7.

Defendant Beverly Dwyer ("Dwyer") is an individual who was at all times relevant herein employed by Wellpath, LLC or Centurion health as a nurse working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia.  Said Defendant is being sued in his or her individual capacity.

8.

Defendant Ronsheika Carroll ("Carroll") is an individual who was at all times relevant herein employed by Wellpath, LLC or Centurion Health as a nurse working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia.  Said Defendant is being sued in his or her individual capacity.

9.

Defendant Jessie Alexander ("Alexander") is an individual who was at all times relevant herein employed by Wellpath, LLC or Centurion Health as a nurse working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia.  Said Defendant is being sued in his or her individual capacity.

10.

Defendant Amelia Sanders ("Sanders") is an individual who was at all times relevant herein employed by Wellpath, LLC or Centurion Health as a nurse working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony

- 3 -

Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

11.

Defendant Augustina Anyikwa ("Anyikwa") is an individual who was at all times relevant herein employed by Wellpath, LLC or Centurion Health as a nurse working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

12.

Defendant Wellpath LLC ("Wellpath") is a foreign company licensed to do business in Georgia that at all times relevant herein provided healthcare for detainees at DeKalb County Jail in DeKalb County, Georgia. It may be served with process through its registered agent at Corporate Creations Network Inc., 2985 Gordy Parkway, 1st Floor, Marietta, GA, 30066.

13.

Defendant Centurion Health ("Centurion") is a foreign company doing business in Georgia that at all times relevant herein provided healthcare for detainees at DeKalb County Jail in DeKalb County, Georgia. It may be served with process at its office located at 1745 Phoenix Blvd., Suite 240, Atlanta, Georgia 30349.

14.

Defendant Dingwu Jia ("Jia") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of

Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

15.

Defendant Andrea Grandison ("Grandison") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

16.

Defendant Martell Williams ("Williams") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

17.

Defendant Shaq. Dunnegan ("Dunnegan") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

18.

Defendant Orlanda Mahdi ("Mahdi") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

19.

Defendant A. Thibodeax ("Thibodeax") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

20.

Defendant Pamela Fountain ("Fountain") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

21.

Defendant Anton Baptiste ("Baptiste") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and

safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

22.

Defendant Jasmine Gonzalez ("Gonzalez") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

23.

Defendant J. Monroe ("Monroe") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

24.

Defendant Marcilla Bush ("Bush") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

25.

Defendant Kindia Mathis ("Mathis") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at

the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia.  Said Defendant is being sued in his or her individual capacity.

26.

Defendant Ifeayni Onuoho ("Onuoho") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia.  Said Defendant is being sued in his or her individual capacity.

27.

Defendant Ingram Jackson ("Jackson") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia.  Said Defendant is being sued in his or her individual capacity.

28.

Defendant Kennedy Ansah ("Ansah") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia.  Said Defendant is being sued in his or her individual capacity.

29.

Defendant O. Soyomokokun ("Soyomokokun") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

30.

Defendant Mufutau Falade ("Falade") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a detention officer or superior working at the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

31.

Defendant Temetris Atkins ("Chief Atkins") is an individual who was at all times relevant herein employed by the DeKalb County Sheriff's Office as a deputy chief in charge of operating the DeKalb County Jail, acting under color of law, and responsible for the health and safety of Anthony Lamar Walker. Upon information and belief, said Defendant is a resident of DeKalb County, Georgia. Said Defendant is being sued in his or her individual capacity.

32.

Defendant Sheriff Melody M. Maddox is the elected Sheriff of DeKalb County, Georgia and may be served with process at her office located at 4415 Memorial Drive, Decatur, DeKalb County, Georgia 30032. Said Defendant is being sued in her official capacity.

33.

Defendant DeKalb County Jail is a governmental detention facility that is operated by the DeKalb County Sheriff's Office and houses adult detainees in DeKalb County, Georgia. It may be served with process through the Deputy Chief Temetris Atkins, 4425 Memorial Drive, Decatur, DeKalb County, Georgia 30032.

34.

Defendant DeKalb County, Georgia is a governmental entity and may be served with process through its Chief Executive Officer, Michael L. Thurmond, at 1300 Commerce Drive, 6th Floor, Decatur, DeKalb County, Georgia 30030.

35.

Defendants John Does 1-10 are individuals who were at all times relevant herein employed by DeKalb County, Georgia, the DeKalb County Sheriff's Office, Wellpath, LLC, or Centurion Health, acting under color of law, and working at or in relation to the DeKalb County Jail. John Does 1-10 may be named and served with process once their identities are revealed.

36.

At all times relevant to this action, Defendants were acting under color of state law.

37.

Defendants are joint tortfeasors for purposes of this action, and jurisdiction and venue are proper in this Court.

**Facts**

38.

Lamar Walker was a pretrial detainee at the DeKalb County Jail from December 18, 2022 until his death.  Lamar had mental health diagnoses, including schizophrenia, and he was arrested on December 18, 2022, during an episode of mental health crisis.

39.

When he first arrived at the jail, Lamar was placed in a holding cell where he demonstrated obvious signs of mental distress.

40.

Lamar's ongoing struggles with his mental health diagnoses were known amongst the staff and medical providers at the jail, as he had been detained at the DeKalb County Jail on several previous occasions.  Defendants Ragazino and Mendoza ("Jail Psychiatrist Defendants") were the psychiatrists responsible for Lamar's medical treatment during his detention at the DeKalb County Jail during December 2022.

41.

During the intake process, medical staff at the jail designated Lamar to be housed in "Medical Observation Housing" with an emergent need for a mental health referral.  The individual care plan approved by Defendant Mendoza for Lamar included "MH Observation. Will monitor per protocol and restrict all materials that may cause self harm [sic.]."  No medications were prescribed or given to Lamar.

42.

On December 19, 2022, Lamar was transferred to cell #18, a central, well-lit, and visible cell in the 3A block.

43.

The following morning, on December 20, 2022, the staff moved Lamar down the hall to cell #10, an unlit cell obscured from the staff's view by both a temporary partition and a large column.

44.

Lamar was placed in cell #10 wet and with no clothing on. Lamar was kept in the same cell #10 until he was discovered dead on December 26, 2022.

45.

During the period of December 23 through 26, 2022, Defendants Dwyer, Carroll, Alexander, Sanders, and Anyikwa ("Jail Nursing Defendants"), among others, were at various times assigned to and participated as nursing staff in Lamar's care and treatment at the DeKalb County Jail. During the same period, Defendants Jia, Grandison, Williams, Dunnegan, Mahdi, Thibodeax, Fountain, Baptiste, Gonzalez, Monrow, Bush, Mathis, Onuoho, Jackson, Ansah, Soyomokun, Falade, and Atkins ("Jail Detention Defendants"), among others, were at various times assigned to and participated as detention officers and superiors in Lamar's detention and care at the DeKalb County Jail.

46.

Even though Lamar was being housed on floor 3A for mental health observation, the Jail Nursing Defendants and the Jail Detention Defendants made only infrequent and perfunctory checks on Lamar's well-being.

47.

For example, no vital signs were recorded for Lamar by any of the medical staff during the entirety of his December 2022 detention there. Also, videotape footage from the DeKalb

- 12 -

County Jail, obtained under the Open Records Act, does not corroborate all the alleged visits and activities stated in the written records and investigative reports submitted by Defendants. In addition to inconsistencies between some entries in the written records and the videotape footage obtained, portions of the videos provided contain missing periods of time and the DeKalb Sheriff's Office and Dekalb County have refused to provide videotape footage for the days of December 21 through 25, 2022.

48.

At various times during Lamar's detention, Defendants even failed to provide any staff person assigned to monitor or check on Floor 3A where Lamar was housed.

49.

In a medical record dated December 23, 2022, Defendant Ragazino states that Lamar is completely naked and agitated. Defendant Ragazino notes that Lamar's "behavior is extremely disruptive" and states that he would recommend "emergency medication".

50.

Incredibly, neither Defendant Ragazino, nor any other of the Defendants, followed through with the medication recommendation; instead, Defendant Ragazino continued Lamar's treatment of material restrictions with only further observation ordered.

51.

In that same medical note on December 23, 2022, Defendant Ragazino shows his animosity toward Lamar by inserting verbatim text from a previous note he made during Lamar's 2021 detention, relating to a time when Defendant Ragazino filed a complaint against Lamar because he was offended by remarks made to him by Lamar.

52.

The other Jail Nurse Defendants and Jail Detention Defendants also knew that Lamar was naked and at times agitated, asking for food, water, and help. They also noticed that the cell was dark because the light inside did not function.

53.

Significantly, the temperatures inside cell #10 of block 3A were reaching extremely cold levels into the 50°s Fahrenheit. During the period from December 23 to 26, 2022, the outside low temperatures ranged from approximately 10°F to 18°F.

54.

On December 26, 2023, Defendants Grandison and Jia were assigned to block 3A as detention officers. Again, the officers made a couple perfunctory checks on Lamar. Around 6:22 p.m., Defendant Jia came into the hall with another individual, presumably Defendant Dwyer. Cell #10 was so dark that Defendant Jia required a flashlight to look inside to determine whether Lamar was even alive.

55.

Defendant Jia saw Lamar, although in his words "not very clearly," laying naked and unresponsive.

56.

Defendant Jia called Sergeant Williams to the scene. Although Lamar was not moving and had been exposed to the frigid temperatures for several days without clothing or a blanket, neither Defendant Jia nor Defendant Williams opened Lamar's cell door at that time to better ascertain his health status. Rather, the staff returned to patrols as normal.

57.

Almost two hours later, at 7:50 p.m., Defendant Jia again noted that Lamar was not responsive and called Defendant Williams back to the scene. At that time, the two officers agreed to enter the cell, after which they called for medical attention. When the paramedic arrived on the scene, Lamar was pronounced dead.   No resuscitative actions were even attempted.

58.

An autopsy report prepared by the DeKalb Medical Examiner found the cause of Lamar's death to be hypothermia.  Lamar's death certificate notes that the hypothermia was cause by his exposure to the cold.

59.

Despite Lamar's fragile mental health condition and his calls for help from the inhumane environment in which he was kept, none of the Defendants took any action to protect him from the cold, to treat his ongoing mental distress, or to prevent his discomfort and death.  In fact, the Defendants did just the opposite – they willfully and maliciously ignored him.

60.

The actions and inactions of the Defendants directly led to Lamar's pain and suffering and to his death.

**Count I – 42 U.S.C. § 1983**

61.

The allegations contained in Paragraphs 1 through 60 above are incorporated herein by reference as if set forth verbatim as part of this Count.

62.

At all times relevant herein, Defendants knew that Lamar had serious psychiatric disabilities.

63.

The actions and inactions of the Jail Psychiatrist Defendants, the Jail Nursing Defendants, the Jail Detention Defendants, Wellpath, and Centurion deprived Lamar of rights secured by the Constitution of the United States, particularly the Eighth and Fourteenth Amendments among others. Said Defendants recklessly and with deliberate indifference deprived Lamar in at least the following ways:

a) In failing to intervene or protect Lamar and keep him safe during his detention.

b) In depriving Lamar of the minimal civilized measure of life's necessities and failing to provide Lamar with the contemporary standards of decency by detaining him in a dark, cold cell without adequate food, clothing, bedding, warmth, or medication.

c) In detaining Lamar in inadequate conditions of extremely cold temperatures with no clothing, bedding, blanket, or source of warmth.

d) In failing to address and treat Lamar's serious medical condition and needs.

e) In failing to maintain and enforce policies and procedures for the protection of Lamar.

f) In failing to properly train, supervise, and disciple employees for the protection of detainees such as Lamar.

64.

Said Defendants' deliberate indifference directly and proximately caused Lamar's pain and suffering and his death.

65.

Said Defendants are liable in damages to Plaintiff, under 42 U.S.C. § 1983, for all injuries Lamar suffered before his death and for the loss of his life.

### Count II – Americans with Disabilities Act and the Rehabilitation Act

66.

The allegations contained in Paragraphs 1 through 65 above are incorporated herein by reference as if set forth verbatim as part of this Count.

67.

Defendants DeKalb County Jail, Sheriff Melody M. Maddox, Wellpath LLC, and Centurion Health were at all relevant times recipients of federal funds, and thus covered by the mandate of the Rehabilitation Act. The Rehabilitation Act requires recipients of federal money to reasonably accommodate persons with mental disabilities in their facilities, program activities, and services; and to reasonably modify such facilities, services, and programs to accomplish this purpose. 29 U.S.C. § 794.

68.

Additionally, Title II of the ADA applies to Defendants DeKalb County Jail, Sheriff Melody M. Maddox, Wellpath LLC, and Centurion Health and includes the same mandate as the Rehabilitation Act. 42 U.S.C. §§ 12131 *et seq.*

69.

The DeKalb County Jail is operated by the DeKalb County Sheriff's Office and is a facility, and its operation comprises a program and service, for Rehabilitation Act and ADA purposes.

70.

For purposes of the ADA and Rehabilitation Act, Lamar was a qualified individual regarded as having a mental impairment that substantially limited one or more major life activities. Said Defendants knew Lamar was a person with mental illness and disabilities who needed medical treatment and monitored care.

71.

Despite this knowledge, said defendants intentionally discriminated against Lamar, under the meaning of the ADA and Rehabilitation Act, by failing and refusing to provide him medical care during his detention, housing him in a dark, extremely cold cell with no clothing, blanket, or source of warmth, and failing to intervene or respond to deteriorating physical and mental condition while being held under such conditions.

72.

Said Defendants and their employees failed to accommodate Lamar's disabilities by failing to house him in a cell appropriate for someone on material restrictions, such as a cell that is heated and lit.

73.

Furthermore, said Defendants failed to provide Lamar with adequate mental health treatment while detained in their facilities. Providing Lamar Mitchell with adequate mental health care was another available accommodation for Lamar's mental disabilities, which would have stabilized him and could have prevented his death.

74.

Said Defendants failed and refused to reasonably accommodate Lamar's mental disabilities while in custody, in violation of the ADA and Rehabilitation Act. Those failures and refusals proximately caused Lamar's death.

75.

Said Defendants failed and refused to reasonably modify their facilities, services, and programs to reasonably accommodate Lamar's mental disabilities, including by failing to house Lamar safely, failing to provide adequate medical and mental health care to him, and failing to prevent Lamar's pain and suffering and death by hypothermia.

76.

Lamar died as a direct and proximate result of the intentional discrimination by Defendants DeKalb County Jail, Sheriff Melody M. Maddox, Wellpath LLC, and Centurion Health.

### **Count III – Negligence**

77.

The allegations contained in Paragraphs 1 through 76 above are incorporated herein by reference as if set forth verbatim as part of this Count.

78.

The Jail Nurse Defendants and the Jail Detention Defendants failed to check on Lamar with the frequency and as required by the policies and procedures of the DeKalb County Jail, Wellpath, and/or Centurion.

79.

In failing to follow the policies and procedures, said Defendants were negligent in their ministerial duties, which directly and proximately caused Lamar's pain and suffering and death.

80.

As a result of their negligence, these Defendants are liable to Plaintiff for the full value of Lamar's life.

### Count IV – Wrongful Death

81.

The allegations contained in Paragraphs 1 through 80 above are incorporated herein by reference as if set forth verbatim as part of this Count.

82.

Pursuant to O.C.G.A. § 51-4-4, Plaintiff Toni P. Walker is entitled to bring this wrongful death action because Lamar died leaving no surviving spouse or children, and Plaintiff is his mother.

83.

As a direct and proximate result of the deliberate indifference, negligence and/or misconduct by Defendants and/or their employees, Lamar died of hypothermia on December 26, 2022 at the age of 34 years.

84.

As a result of the conduct and/or omissions by Defendants and their employees, Defendants are liable to Plaintiff for the full value of Lamar's life.

## Count V – Civil Conspiracy

85.

The allegations contained in Paragraphs 1 through 84 above are incorporated herein by reference as if set forth verbatim as part of this Count.

86.

Defendants DeKalb County Jail, DeKalb County, Georgia, and Sheriff Melody M. Maddox, in her official capacity, acted in consort and conspired together to deny Plaintiff information needed to redress the civil constitutional rights deprived of Lamar. Defendants further conspired to ratify and cover up their misconduct by issuing a false investigative report and by intentionally failing to disciple the offending employees for the underlying misconduct.


WHEREFORE, Plaintiff Toni P. Walker demands judgment against Defendants, jointly and severally, Plaintiff further demands a trial by jury.

 a. For general and compensatory damages in an amount to be determined at trial;

 b. For special damages in an amount shown at trial;

 c. For damages equal to the full value of Anthony Lamar Walker's life;

 b. For punitive damages against the individual defendants in an amount to be determined at trial;

 c. For reasonable attorneys' fees, costs, and disbursements, under 42 U.S.C. § 1988, 29 U.S.C. § 794, 42 U.S.C. § 12205, and other applicable laws;

 d. For interest as allowed by law; and

 e. For such other relief as this Court deems just and proper.

Plaintiff further demands a trial by jury.

Respectfully submitted,

Hall Hirsh Hughes, LLC

By: */s/ David R. Hughes*
          David R. Hughes
          Ga. Bar No. 375615
          Attorney for Plaintiff

150 East Ponce de Leon Avenue, Suite 450
Decatur, Georgia 30030
404-638-5880
david@h3-law.com

STATE COURT OF
DEKALB COUNTY, GA.
5/22/2023 1:34 PM
E-FILED
BY: Monica Gay

- 22 -

23A02258

No. _____

**Date Summons Issued and E-Filed**

5/22/2023

/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

TONI P. WALKER, surviving mother of
ANTHONY LAMAR WALKER, deceased,

Plaintiff's name and address

**JURY**

vs.

JAMES ERIC RAGAZINO; DELQUIS R.
MENDOZA; BEVERLY DWYER;
RONSHEIKA CARROLL;
JESSIE ALEXANDER; AMELIA
SANDERS; AUGUSTINA ANYIKWA;
WELLPATH LLC; CENTURIAN HEALTH;
DINGWU JIA; ANDREA GRANDISON;

Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower,DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

| Name | David R. Hughes, Hall Hirsh Hughes, LLC | |
|------|------|------|
| | 150 East Ponce de Leon Ave, Suite 450 | |
| Address | Decatur, Georgia  30030 | |
| | 404-638-5883 | Georgia Bar No. 375615 |
| Phone Number | | Georgia Bar No. |

an ANSWER to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Defendant's Attorney | | Third Party Attorney | |
|------|------|------|------|
| Address | | Address | |
| Phone No. | Georgia Bar No. | Phone No. | Georgia Bar No. |

**TYPE OF SUIT**

☑ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☑ Other

Principal $ _____ TBD _____

Interest $ _____ TBD _____

Atty Fees $ _____ TBD _____

**To indicate consent to e-service check the box below**

☐(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

STATE COURT OF
DEKALB COUNTY, GA.
E-FILED
5/22/2023 1:34 PM
BY: Monica Gay

E-file summons1-2014

No. 23A02258

Date Summons Issued and E-Filed

5/22/2023
/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

TONI P. WALKER, surviving mother of
ANTHONY LAMAR WALKER, deceased,

Plaintiff's name and address

vs.

MARTELL WILLIIAMS; SHAQ.
DUNNEGAN; ORLANDA MAHDI;
A. THIBODEAX; PAMELA FOUNTAIN;
ANTON BAPTISTE; JASMINE
GONZALEZ; J. MONROE;

☑ JURY

Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

| | |
|---|---|
| Name | David R. Hughes, Hall Hirsh Hughes, LLC |
| | 150 East Ponce de Leon Ave, Suite 450 |
| Address | Decatur, Georgia 30030 |
| | 404-638-5883    Georgia Bar No. 375615 |
| Phone Number | Georgia Bar No. |

an ANSWER to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Defendant's Attorney

Address

Phone No.                    Georgia Bar No.

Third Party Attorney

Address

Phone No.         Georgia Bar No.

**TYPE OF SUIT**

☑ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☒ Other

Principal $ _____ TBD _____

Interest $ _____ TBD _____

Atty Fees $ _____ TBD _____

**To indicate consent to e-service check the box below**

☐ (Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

STATE COURT OF
DEKALB COUNTY, GA.
5/22/2023 1:34 PM
E-FILED
BY: Monica Gay

E-file summons1-2014

No. 23A02258

**Date Summons Issued and E-Filed**

5/22/2023

/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

TONI P. WALKER, surviving mother of
ANTHONY LAMAR WALKER, deceased,

Plaintiff's name and address

☑ JURY

vs.   MARCILLA BUSH; KINDIA MATHIS; IFEAYNI
ONUOHO; INGRAM JACKSON;
KENNEDY ANSAH; O. SOYOMOKUN;
MUFUTAU FALADE; TEMETRIS ATKINS;
SHERIFF MELODY       M. MADDOX;

Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor,
Administrative Tower,DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia
30030 and serve upon the plaintiff's attorney, to wit:

| Name | David R. Hughes, Hall Hirsh Hughes, LLC |
| --- | --- |
| Address | 150 East Ponce de Leon Ave, Suite 450 |
| | Decatur, Georgia 30030 |
| Phone Number | 404-638-5883    Georgia Bar No. 375615 |

Georgia Bar No. _____

an ANSWER to the complaint which is herewith served upon you, within thirty (30) days after
service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint.

| Defendant's Attorney | Third Party Attorney |
| --- | --- |
| Address | Address |
| Phone No.        Georgia Bar No. | Phone No.       Georgia Bar No. |

**TYPE OF SUIT**

☑ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☑Other

Principal $ ___ *TBD*
Interest $ ___ *TBD*
Atty Fees $ ___ *TBD*

**To indicate consent to e-service check the box below**

☐(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for
service appears in the complaint.

STATE COURT OF
DEKALB COUNTY, GA.
E-FILED
5/22/2023 1:34 PM
BY: Monica Gay

E-file summons1-2014

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☒ State Court of __DeKlalb_____ County

| For Clerk Use Only | | |
|---|---|---|
| Date Filed __5/22/2023_____ | Case Number | __23A02258_____ |
| **MM-DD-YYYY** | | |

**Plaintiff(s)**

| Walker | Toni | P. | | |
|---|---|---|---|---|
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |

**Defendant(s)**

| Ragazin | James | Eric | | |
|---|---|---|---|---|
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| Mendoz | Deliquis | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| Dwyer | Beverly | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| Carroll | Ronshei | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |

**Plaintiff's Attorney** __David R. Hughes_____    State Bar Number __375615__    Self-Represented ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
**Case Number**                              **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation required.

STATE COURT OF
DEKALB COUNTY, GA.
5/22/2023 1:34 PM
E-FILED
BY: Monica Gay
Version 1.1.20

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

TONI P. WALKER, SURVIVING MOTHER OF ANTHONY
LAMAR WALKER, DECEASED
Plaintiff,

VS.

CIVIL ACTION FILE NO. 23A02258

JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY
DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER;
AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC;
CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON;
MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA
MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON
BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA
BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; ET AL.
Defendants.

## AFFIDAVIT OF DILIGENCE (JAMES ERIC RAGAZINO)

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE -
PROCESS SERVER, who after first being duly sworn, and states:

1.  My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter
    set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in
    the outcome of the above action and I am not related to any of the parties.

2.  I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one
    (21). I have been appointed as Process Server in the STATE COURT OF DEKALB COUNTY and I have been assigned in
    the above-styled case to perfect service of process of the pending Summons and Complaint upon JAMES ERIC
    RAGAZINO.

3.  On Jun 1, 2023 at approx. 8:45 pm, Jun 9, 2023 at approx 8:05 pm, Jun 10, 2023 at approx. 8:50 am at the 701
    HIGHLAND AVE NE, 1326, ATLANTA, GA 30312 address, I attempted to serve the pending SUMMONS AND
    COMPLAINT (JURY TRIAL DEMANDED) upon JAMES ERIC RAGAZINO. That I was unsuccessful in perfecting service of
    process due to the following reason;

    (a) On Jun 1 and Jun 9, there was no answer at the door. On Jun 10, a couple of packages addressed to "Kriidler"
    outside the apartment door, and there was no answer at the door. I dialed both Ragazino & Kriidler's numbers that
    were listed on the security callbox. The number for Ragazino would not allow me to leave a message and the number
    for Kriidle was busy.  No contact with the defendant.

This 10th of June, 2023.

Sworn to and subscribe before me
This 10th of June, 2023

Notary Public, My commission expires on

OCT. 22, 2026

FRANK L. SWINDLE - PROCESS SERVER

HAKIMAH HUDSON
MY COMMISSION EXPIRES
NOTARY
PUBLIC
OCTOBER 22, 2026
DEKALB COUNTY GEORGIA

STATE COURT OF
DEKALB COUNTY, GA.
6/13/2023 11:37 AM
E-FILED
BY: Johnette L Henderson

Civil Action No. _23A02258 - 7_

Date Filed _05/22/23_

Attorney's Address

[David R. Hughes, Hall Hirsh Hughes LLC]
150 East Ponce de Leon Avenue
[Suite 450, Decatur, Georgia 30630]

**State Court**
☑
**Magistrate Court**
☐
**Georgia, DeKalb County**

_Toni  P.  Walker_

Plaintiff

VS.

_James Eric Ragazino, Delquis R._
_Mendoza, Beverly Dwyer, et. al_

Defendant

Name and Address of Party to be Served

_Jessie  Alexander_

RECEIVED

MAY 25 2023

DEKALB COUNTY MARSHAL'S OFFICE

_Dekalb County Jail, 4425 Memorial Drive_

_Decatur, GA 30032_

Garnishee

**MARSHAL/SHERIFF'S ENTRY OF SERVICE**

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☑ Diligent search made and defendant _Jessie Alexander_ not to be found in the jurisdiction of this Court. _No longer employed as a medical professional_ _for the Dekalb S.O._

This _8th_ day of _June_, 20_23_.

_Velez 4730_

_0750_ Deputy

**STATE COURT OF
DEKALB COUNTY, GA.**
6/9/2023 1:12 PM
E-FILED
BY: Johnette L Henderson

6/8/23

SHERIFF DOCKETT _____ PAGE _____

23SCIV000962

marshalservice/2007

Civil Action No. __23A02258 — 7__

State Court ☑
Magistrate Court ☐
Georgia, DeKalb County

Date Filed __05/22/23__

Toni P. Walker

Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

James Eric Ragazino, Delquis R.
Mendoza, Beverly Dwyer, et. al

Defendant

**Name and Address of Party to be Served**

Augustina Anyikwa

Dekalb County Jail, 4425 Memorial Drive

Decatur, GA 30032

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☑ Diligent search made and defendant __Augustina Anyikwa__ not to be found in the jurisdiction of this Court. No longer employed as a medical professional for the Dekalb S.O.

This __8th__ day of __June__, 20__23__.

Vebz# 724
0800   Deputy

STATE COURT OF
DEKALB COUNTY, GA.
6/9/2023 1:50 PM
E-FILED
BY: Johnette L Henderson

SHERIFF DOCKET _____ PAGE _____

23SCIV000964

Civil Action No. 23A02258 - 7

**State Court** ☑
**Magistrate Court** ☐
Georgia, DeKalb County

Date Filed 05/22/23

Toni P. Walker

Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

James Eric Ragazino, Detquis R.
Mendoza, Beverly Dwyer, et. al

Defendant

**Name and Address of Party to be Served**      MAY 25 2023

DEKALB COUNTY MARSHAL'S OFFICE

Ronsheilca Carroll

Dekalb County Jail, 4425 Memorial Drive

Decatur, GA 30032

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☑ Diligent search made and defendant _Ronsheilka Carroll_ not to be found in the jurisdiction of this Court. _No longer employed as a medical professional for the Dekalb S.O._

This 8th day of June, 2023.

6 8 23

SHERIFF DOCKETT _____ PAGE _____

Deputy #724

Deputy

23SCIV000993

STATE COURT OF
DEKALB COUNTY, GA.
6/8/2023 1:12 PM
E-FILED
marshallservice/2007
BY: Johnette L Henderson

Civil Action No. _23A02258 - 7_

**State Court**
☑
**Magistrate Court**
☐
**Georgia, DeKalb County**

Date Filed _05/22/23_

_Toni P. Walker_
Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

_James Eric Ragazino, Delquis R._
_Mendoza, Beverly Dwyer, et. al_
Defendant

**Name and Address of Party to be Served**

MAY 25 2023

_Beverly ☒ Dwyer_

_Dekalb County Jail, 4425 Memorial Drive_

_Decatur, GA 30032_

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☑ Diligent search made and defendant _Beverly Dwyer_ not to be found in the jurisdiction of this Court. _No longer employed as a medical professional for Dekalb S.O._

This _8th_ day of _June_ , 20 _23_

_Velez #704_

Deputy

STATE COURT OF
DEKALB COUNTY, GA.
6/9/2023 1:12 PM
marshallservice/2007E-FILED
BY: Johnette L Henderson

SHERIFF DOCKETT _____ PAGE _____

_6/8/23_

23SCIV000992

Civil Action No. 23A02258 - 7

Date Filed 05/22/23

**State Court**
**Magistrate Court**
Georgia, DeKalb County

☑
☐

Toni P. Walker

Plaintiff

VS.

Attorney's Address

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

MAY 25 2023

DEKALB COUNTY MARSHALS OFFICE

James Eric Ragazino, Delquis R.
Mendoza, Beverly Dwyer, et. al

Defendant

Name and Address of Party to be Served

Amelia Sanders

Dekalb County Jail, 4425 Memorial Drive

Decatur, GA 30032

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**RESIDENCE**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☑ Diligent search made and defendant _Amelia Sanders_ not to be found in the jurisdiction of this Court. No longer employed as a medical professional for the Dekalb S.O.

This 8th day of June , 2023.

Velez #724

Deputy

STATE COURT OF
DEKALB COUNTY, GA.
6/9/2023 1:50 PM
E-FILED
BY: Johnette L. Henderson
marshallservice/2007

SHERIFF DOCKETT _____ PAGE _____

23SCIV000965

6/8/23

# IN THE STATE COURT OF DEKALB COUNTY
# STATE OF GEORGIA

| | | |
|---|---|---|
| TONI P. WALKER, surviving mother of<br>ANTHONY LAMAR WALKER,<br>deceased, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | **CIVIL ACTION**<br>**FILE NO: 23A02258** |
| | ) | |
| V. | )<br>) | |
| JAMES ERIC RAGAZINO; DELQUIS R.<br>MENDOZA; BEVERLY DWYER;<br>RONSHEIKA CARROLL;<br>JESSIE ALEXANDER; AMELIA<br>SANDERS; AUGUSTINA ANYIKWA;<br>WELLPATH LLC; CENTURIAN HEALTH;<br>DINGWU JIA; ANDREA GRANDISON;<br>MARTELL WILLLIAMS; SHAQ.<br>DUNNEGAN; ORLANDA MAHDI;<br>A. THIBODEAX; PAMELA FOUNTAIN;<br>ANTON BAPTISTE; JASMINE<br>GONZALEZ; J. MONROE; MARCILLA<br>BUSH; KINDIA MATHIS; IFEAYNI<br>ONUOHO; INGRAM JACKSON;<br>KENNEDY ANSAH; O. SOYOMOKUN;<br>MUFUTAU FALADE; TEMETRIS ATKINS;<br>SHERIFF MELODY M. MADDOX;<br>DEKALB COUNTY JAIL; DEKALB<br>COUNTY, GEORGIA; and John Does 1-10 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

# AFFIDAVIT OF SERVICE

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of <u>KYLE HUDSON</u> (Server), who after first being duly sworn, and states:

1.  My name is KYLE HUDSON, and I am competent in all respects to testify regarding the matters set forth herein.  I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above-styled action and am not related to any of the parties.

2.  I am a resident of the State of Georgia and a citizen of the United States of America and I am over the age of twenty-one (21). I have been appointed as a Process Server in the State Court of DeKalb County and have been assigned to perfect service of process of the Summons and Complaint upon Amelia Sanders, the above-named defendant.

STATE COURT OF
DEKALB COUNTY, GA.
6/23/2023 9:13 AM
E-FILED
BY: Johnette L Henderson

3. On Tuesday, June 20th, 2023, at approx. 8:40 a.m. at the 1635 Austin Meadows Drive, Decatur, GA 30032 address, I personally served the Summons and Complaint upon Amelia Sanders, the above-named defendant by placing said documents in the hands of a woman (a Black female who answered the door, identified herself as Amelia Sanders, and accepted the documents).

This 20th day of June 2023.



Sworn to and subscribed before me

This the ___20th___ day of June 2023.

Notary Public, My Commission expires on __2-21-26__

_____
Signature
Kyle Hudson
Printed Name of Process Server

STATE COURT OF
DEKALB COUNTY, GA.
6/22/2023 9:13 AM
E-FILED
BY: Johnette Henderson

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

TONI P. WALKER, SURVIVING MOTHER OF ANTHONY
LAMAR WALKER, DECEASED
Plaintiff,

VS.                                                                 CIVIL ACTION FILE NO. 23A02258

JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY
DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER;
AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC;
CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON;
MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA
MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON
BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA
BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; INGRAM
JACKSON; KENNEDY ANSAH; O. SOYOMOKUN; MUFUTAU
FALADE; TEMETRIS ATKINS; SHERIFF MELODY M. MADDOX;
DEKALB COUNTY JAIL; DEKALB, COUNTY, GEORGIA; AND
JOHN DOES 1-10,
Defendants.

## AFFIDAVIT OF SERVICE UPON TEMETRIS ATKINS

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE -
PROCESS SERVER, who after first being duly sworn, and states:

1.   My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter
     set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in
     the outcome of the above action and I am not related to any of the parties.

2.   I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one
     (21). I have been appointed as Process Server in the STATE COURT OF DEKALB COUNTY and I have been assigned in
     the above-styled case to perfect service of process of the pending Summons and Complaint upon TEMETRIS ATKINS.

3.   On Jun 8, 2023 at approx. 8:13 am at the 5611 WHITTONDALE RD, LITHONIA, GA 30058 address, I served the pending
     SUMMONS AND COMPLAINT (JURY TRIAL DEMANDED) upon TEMETRIS ATKINS, by leaving said service documents
     with an African American Female, approx. 5'6" tall, approx. 27 yrs. of age, approx. 170lbs. who answered the door
     and identified herself as Taylor Atkins, the daughter of Temetris Atkins. Taylor Atkins stated that she and TEMETRIS
     ATKINS both live at 5611 WHITTONDALE RD, LITHONIA, GA 30058, but TEMETRIS ATKINS was currently not at home.

This 8th of June, 2023.

Sworn to and subscribe before me
This 8th of June, 2023

Notary Public, My commission expires on

8 ct. 22, 2026

FRANK L. SWINDLE - PROCESS SERVER

STATE COURT OF
DEKALB COUNTY, GA.
6/9/2023 3:38 PM
E-FILED
BY: Johnette L Henderson

# IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TONI P. WALKER, surviving mother of ANTHONY LAMAR WALKER, deceased, ) ) ) ) | |
| Plaintiff, ) | **CIVIL ACTION**<br>**FILE NO: 23A02258** |
| ) | |
| V. ) | |
| ) | |
| JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER; AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC; CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON; MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; INGRAM JACKSON; KENNEDY ANSAH; O. SOYOMOKUN; MUFUTAU FALADE; TEMETRIS ATKINS; SHERIFF MELODY M. MADDOX; DEKALB COUNTY JAIL; DEKALB COUNTY, GEORGIA; and John Does 1-10 ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## AFFIDAVIT OF SERVICE

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of KYLE HUDSON (Server), who after first being duly sworn, and states:

1. My name is KYLE HUDSON, and I am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above-styled action and am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and I am over the age of twenty-one (21). I have been appointed as a Process Server in the State Court of DeKalb County and have been assigned to perfect service of process of the Summons and Complaint upon Beverly Dwyer, the above-named defendant.

STATE COURT OF
DEKALB COUNTY, GA.
6/22/2023 9:13 AM
E-FILED
BY: Johnette Henderson

Page 1 of 2

3. On Monday, June 19th, 2023, at approx. 6:35 p.m. at the 5241 Covington Hwy, Apt. 1004, Decatur, GA 30035 address, I personally served the Summons and Complaint upon Beverly Dwyer, the above-named defendant by placing said documents in the hands of a woman (a Black female who answered the door, identified herself as Beverly Dwyer, and accepted the documents).

This 20th day of June 2023.



Sworn to and subscribed before me

This the ___20th___ day of June 2023.

Notary Public, My Commission expires on ___2-21-26___

Signature

Kyle Hudson

Printed Name of Process Server

STATE COURT OF
DEKALB COUNTY, GA.
6/22/2023 9:13 AM
E-FILED
BY: Johnette  Henderson

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

TONI P. WALKER, SURVIVING MOTHER OF ANTHONY
LAMAR WALKER, DECEASED
Plaintiff,

VS.

CIVIL ACTION FILE NO. 23A02258

JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY
DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER;
AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC;
CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON;
MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA
MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON
BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA
BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; INGRAM
JACKSON; KENNEDY ANSAH; O. SOYOMOKUN; MUFUTAU
FALADE; TEMETRIS ATKINS; SHERIFF MELODY M. MADDOX;
DEKALB COUNTY JAIL; DEKALB, COUNTY, GEORGIA; AND
JOHN DOES 1-10,
Defendants.

## AFFIDAVIT OF SERVICE UPON RONSHEIKA CARROLL

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE - PROCESS SERVER, who after first being duly sworn, and states:

1.  My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above action and I am not related to any of the parties.

2.  I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one (21). I have been appointed as Process Server in the STATE COURT OF DEKALB COUNTY and I have been assigned in the above-styled case to perfect service of process of the pending Summons and Complaint upon RONSHEIKA CARROLL.

3.  On Jun 9, 2023 at approx. 7:15 pm at the 4621 GRAND CENTRAL PKWY, DECATUR, GA 30035 address, I personally served the pending SUMMONS AND COMPLAINT (JURY TRIAL DEMANDED) upon RONSHEIKA CARROLL, by placing said service documents in the hands of an African American Female, approx. 5'5" tall, approx. 40-45 yrs. of age, approx. 180lbs. who answered the door and identified herself as RONSHEIKA CARROLL.

This 10th of June, 2023.

_____
FRANK L. SWINDLE - PROCESS SERVER

Sworn to and subscribe before me
This 10th of June, 2023

_____
Notary Public,
My commission expires on _____ OCT. 22, 2026

STATE COURT OF
DEKALB COUNTY, GA.
6/13/2023 11:37 AM
E-FILED
BY: Johnette L Henderson

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

TONI P. WALKER, SURVIVING MOTHER OF ANTHONY )
LAMAR WALKER, DECEASED
Plaintiff,                                       )
                                                 )
VS.                                              )          CIVIL ACTION FILE NO. 23A02258
                                                 )
JAMES E. RAGAZINO; DELQUIS MENDOZA; BEVERLY      )
DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER;
AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC;
CENTURION HEALTH; DINGWU JIA; ANDREA GRANDISON;
MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA
MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON
BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA
BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; INGRAM
JACKSON; KENNEDY ANSAH; O. SOYOMOKUN; MUFUTAU
FALADE; TEMETRIS ATKINS; SHERIFF MELODY M. MADDOX;
DEKALB CTY JAIL; DEKALB, CTY, GEORGIA; JOHN DOES 1-
10,
Defendant.

## AFFIDAVIT OF SERVICE UPON CENTURIAN HEALTH

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE - PROCESS SERVER, who after first being duly sworn, states:

1.  My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above action and I am not related to any of the parties.

2.  I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one (21).I have been appointed as Process Server in the STATE COURT OF DEKALB COUNTY and I have been assigned in the above-styled case to perfect service of process of the pending Summons and Complaint upon CENTURION HEALTH.

3.  On May 25, 2023, at approx. 8:20 am at the 1745 PHOENIX BLVD SUITE 240, ATLANTA, GA 30349 address, I served the pending SUMMONS AND COMPLAINT (JURY TRIAL DEMANDED) upon CENTURION HEALTH by placing said service documents in the hands of an African American Female, approx. 5'6" tall, approx. 40-45 yrs. of age, approx. 200lbs. who answered the door and identified herself as Ms. Jenkins, Payroll Manager at CENTURION HEALTH.
    This 11th of June, 2023.

_____
FRANK L. SWINDLE - PROCESS SERVER

Sworn to and subscribe before me
This 11th of June, 2023

_____
Notary Public,
My commission expires on ___ Oct. 22, 2026



STATE COURT OF
DEKALB COUNTY, GA.
6/13/2023 11:37 AM
E-FILED
BY: Johnette L Henderson

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

TONI P. WALKER, SURVIVING MOTHER OF ANTHONY
LAMAR WALKER, DECEASED
Plaintiff,

VS.                                                          CIVIL ACTION FILE NO. 23A02258

JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY
DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER;
AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC;
CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON;
MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA
MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON
BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA
BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; INGRAM
JACKSON; KENNEDY ANSAH; O. SOYOMOKUN; MUFUTAU
FALADE; TEMETRIS ATKINS; SHERIFF MELODY M. MADDOX;
DEKALB COUNTY JAIL; DEKALB, COUNTY, GEORGIA; AND
JOHN DOES 1-10,
Defendants.

## AFFIDAVIT OF SERVICE UPON DEKALB, COUNTY, GEORGIA

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE -
PROCESS SERVER, who after first being duly sworn, and states:

1.   My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter
     set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in
     the outcome of the above action and I am not related to any of the parties.

2.   I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one
     (21). I have been appointed as Process Server in the STATE COURT OF DEKALB COUNTY and I have been assigned in
     the above-styled case to perfect service of process of the pending Summons and Complaint upon DEKALB COUNTY,
     GEORGIA.

3.   On May 25, 2023 at approx. 12:01 pm at the 1300 COMMERCE DR 6TH FLOOR, DECATUR, GA 30030 address, I
     served the pending SUMMONS AND COMPLAINT (JURY TRIAL DEMANDED) upon DEKALB COUNTY, GEORGIA, by
     leaving said service documents with Charlotte Myers, Legal Secretary at the DeKalb County Law Department.
     Charlotte Myers stated that she was authorized to accept service of process, and has accepted service in the past.

This 27th of May, 2023.

_____
FRANK L. SWINDLE - PROCESS SERVER

Sworn to and subscribe before me
This 27th of May, 2023

_____
Notary Public,
My commission expires on            OCT. 22, 2026

STATE COURT OF
DEKALB COUNTY, GA.
5/30/2023 9:13 AM
E-FILED
BY: Johnette L Henderson

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

TONI P. WALKER, SURVIVING MOTHER OF ANTHONY
LAMAR WALKER, DECEASED
Plaintiff,

VS.                                                          CIVIL ACTION FILE NO. 23A02258

JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY
DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER;
AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC;
CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON;
MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA
MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON
BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA
BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; INGRAM
JACKSON; KENNEDY ANSAH; O. SOYOMUKUN; MUFUTAU
FALADE; TEMETRIS ATKINS; SHERIFF MELODY M. MADDOX;
DEKALB COUNTY JAIL; DEKALB, COUNTY, GEORGIA; AND
JOHN DOES 1-10,
Defendants.

## AFFIDAVIT OF DILIGENCE (AUGUSTINA ANYIKWA)

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE -
PROCESS SERVER, who after first being duly sworn, and states:

1.    My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter
      set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in
      the outcome of the above action and I am not related to any of the parties.

2.    I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one
      (21). I have been appointed as Process Server in the STATE COURT OF DEKALB COUNTY and I have been assigned in
      the above-styled case to perfect service of process of the pending Summons and Complaint upon AUGUSTINA
      ANYIKWA.

3.    On Jun 10, 2023 at approx. 4:54 pm at the 3575 PARC CIR SW, ATLANTA, GA 30311 address, I attempted to serve the
      pending SUMMONS AND COMPLAINT (JURY TRIAL DEMANDED) upon AUGUSTINA ANYIKWA. That I was
      unsuccessful in perfecting service of process due to the following reason:

      (a)  There was no answer at the townhouse door. A neighbor stated that somebody lives there, but she does know
      who they are. No contact made with the defendant.

This 10th of June, 2023.

Sworn to and subscribe before me
This 10th of June, 2023

Notary Public, My commission expires on

OCT. 22, 2026                                            FRANK L. SWINDLE - PROCESS SERVER

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

TONI P. WALKER, SURVIVING MOTHER OF ANTHONY
LAMAR WALKER, DECEASED
Plaintiff,

VS.

JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY
DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER;
AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC;
CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON;
MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA
MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON
BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA
BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; INGRAM
JACKSON; KENNEDY ANSAH; O. SOYOMOKUN; MUFUTAU
FALADE; TEMETRIS ATKINS; SHERIFF MELODY M. MADDOX;
DEKALB CTY JAIL; DEKALB, CTY, GA; AND JOHN DOES 1-10,
Defendant.

CIVIL ACTION FILE NO. 23A02258

)
)
)
)
)
)
)
)

### AFFIDAVIT OF DILIGENCE (BEVERLY DWYER)

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE -
PROCESS SERVER, who after first being duly sworn, and states:

1. My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter
   set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in
   the outcome of the above action and I am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one
   (21). I have been appointed as Process Server in the STATE COURT OF DEKALB COUNTY and I have been assigned in
   the above-styled case to perfect service of process of the pending Summons and Complaint upon BEVERLEY DWYER.

3. On Jun 8, 2023, at approx. 7:10 pm at the 971 LAKE WATCH DR, STONE MOUNTAIN, GA 30088 address, I attempted
   to serve the pending SUMMONS AND COMPLAINT (JURY TRIAL DEMANDED) upon BEVERLEY DWYER and that I was
   unsuccessful in serving  BEVERLEY DWYER due to the below listed listed reason(s) :
   a). The current resident of approx five years just stated that Beverley Dwyer doesn't live there and she doesn't
   know who that is.

This 11th of June, 2023.

_____

FRANK L. SWINDLE - PROCESS SERVER

Sworn to and subscribe before me
This 11th of June, 2023,

_____
Notary Public,
My commission expires on _____ OCt, 22, 2026

STATE COURT OF
DEKALB COUNTY, GA.
6/13/2023 11:37 AM
E-FILED
BY: Johnette  L Henderson

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

TONI P. WALKER, SURVIVING MOTHER OF ANTHONY
LAMAR WALKER, DECEASED
Plaintiff,

VS.

CIVIL ACTION FILE NO. 23A02258

JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY
DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER;
AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC;
CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON;
MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA
MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON
BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA
BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; INGRAM
JACKSON; KENNEDY ANSAH; O. SOYOMOKUN; MUFUTAU
FALADE; TEMETRIS ATKINS; SHERIFF MELODY M. MADDOX;
DEKALB COUNTY JAIL; DEKALB, COUNTY, GEORGIA; AND
JOHN DOES 1-10,
Defendant.

## AFFIDAVIT OF SERVICE UPON DINGWU JIA

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE -
PROCESS SERVER, who after first being duly sworn, and states:

1.  My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter
    set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in
    the outcome of the above action and I am not related to any of the parties.

2.  I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one
    (21). I have been appointed as Process Server in the STATE COURT OF DEKALB COUNTY and I have been assigned in
    the above-styled case to perfect service of process of the pending Summons and Complaint upon DINGWU JAI.

3.  On Jun 7, 2023 at approx. 6:49 pm at the 2268 WILLIVEE PL, DECATUR, GA 30033 address, I personally served the
    pending SUMMONS AND COMPLAINT (JURY TRIAL DEMANDED) upon DINGWU JAI, by placing said service
    documents in the hands of an Asian American Male, approx. 5'6" tall, approx. 45-50 yrs. of age, approx. 200lbs. who
    answered the door and identified himself as DINGWU JAI.

This 7th of June, 2023.

_____
FRANK L. SWINDLE - PROCESS SERVER

Sworn to and subscribe before me
This 7th of June, 2023
_____
Notary Public,
My commission expires on _____ Oct. 22, 2026

STATE COURT OF
DEKALB COUNTY, GA.
6/8/2023 1:03 PM
E-FILED
BY: Johnette L Henderson

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

TONI P. WALKER, SURVIVING MOTHER OF ANTHONY
LAMAR WALKER, DECEASED
Plaintiff,

VS.

CIVIL ACTION FILE NO. 23A02258

JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY
DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER;
AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC;
CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON;
MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA
MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON
BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA
BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; INGRAM
JACKSON; KENNEDY ANSAH; O. SOYOMOKUN; MUFUTAU
FALADE; TEMETRIS ATKINS; SHERIFF MELODY M. MADDOX;
DEKALB COUNTY JAIL; DEKALB, COUNTY, GEORGIA; AND
JOHN DOES 1-10,
Defendants.

## AFFIDAVIT OF SERVICE UPON DELQUIS R. MENDOZA

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE -
PROCESS SERVER, who after first being duly sworn, and states:

1.  My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter
    set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in
    the outcome of the above action and I am not related to any of the parties.

2.  I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one
    (21). I have been appointed as Process Server in the STATE COURT OF DEKALB COUNTY and I have been assigned in
    the above-styled case to perfect service of process of the pending Summons and Complaint upon DELQUIS R.
    MENDOZA.

3.  On May 26, 2023 at approx. 9:52 am at the 3073 PANTHERSVILLE RD, DECATUR, GA 30034 address, I personally
    served the pending SUMMONS AND COMPLAINT (JURY TRIAL DEMANDED) upon DELQUIS R. MENDOZA, by placing
    said service documents in the hands of an African American Male, approx. 5'6" tall, approx. 60-65 yrs. of age,
    approx. 225lbs. who answered the door and identified himself as DELQUIS R. MENDOZA.

This 29th of May, 2023.

FRANK L. SWINDLE - PROCESS SERVER

Sworn to and subscribe before me
This 29th of May, 2023

Notary Public,
My commission expires on _____ OCt. 22, 2026

STATE COURT OF
DEKALB COUNTY, GA.
5/30/2023 9:13 AM
E-FILED
BY: Johnette L Henderson

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

TONI P. WALKER, SURVIVING MOTHER OF ANTHONY
LAMAR WALKER, DECEASED
Plaintiff,

VS.

CIVIL ACTION FILE NO. 23A02258

JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY
DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER;
AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC;
CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON;
MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA
MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON
BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA
BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; INGRAM
JACKSON; KENNEDY ANSAH; O. SOYOMOKUN; MUFUTAU
FALADE; TEMETRIS ATKINS; SHERIFF MELODY M. MADDOX;
DEKALB COUNTY JAIL; DEKALB, COUNTY, GEORGIA; AND
JOHN DOES 1-10,
Defendants.

## AFFIDAVIT OF SERVICE UPON SHERIFF MELODY M. MADDOX

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE -
PROCESS SERVER, who after first being duly sworn, and states:

1. My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter
set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in
the outcome of the above action and I am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one
(21).I have been appointed as Process Server in the STATE COURT OF DEKALB COUNTY and I have been assigned in
the above styled case to perfect service of process of the pending Summons and Complaint upon SHERIFF MELODY
M. MADDOX.

3. On May 26, 2023 at approx. 9:02 am at the 4415 MEMORIAL DR, DECATUR, GA 30032 address, I served the pending
SUMMONS AND COMPLAINT (JURY TRIAL DEMANDED) upon SHERIFF MELODY M. MADDOX, by leaving said service
documents with Attorney Oliver Hunter, Director of Admission. Oliver Hunter stated that he was authorized to accept
service of process, and has accepted service in the past.

This 27th of May, 2023.

FRANK L. SWINDLE - PROCESS SERVER

Sworn to and subscribe before me
This 27th of May, 2023

Notary Public,
My commission expires on       Oct. 22, 2024

STATE COURT OF
DEKALB COUNTY, GA.
5/30/2023 9:13 AM
E-FILED
BY: Johnette L Henderson

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

TONI P. WALKER, SURVIVING MOTHER OF ANTHONY
LAMAR WALKER, DECEASED
Plaintiff,

VS.

CIVIL ACTION FILE NO. 23A02258

JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY
DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER;
AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC;
CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON;
MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA
MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON
BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA
BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; INGRAM
JACKSON; KENNEDY ANSAH; O. SOYOMOKUN; MUFUTAU
FALADE; TEMETRIS ATKINS; SHERIFF MELODY M. MADDOX;
DEKALB COUNTY JAIL; DEKALB, COUNTY, GEORGIA; AND
JOHN DOES 1-10,
Defendants.

## AFFIDAVIT OF SERVICE UPON RONSHEIKA CARROLL

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE - PROCESS SERVER, who after first being duly sworn, and states:

1.  My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above action and I am not related to any of the parties.

2.  I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one (21). I have been appointed as Process Server in the STATE COURT OF DEKALB COUNTY and I have been assigned in the above-styled case to perfect service of process of the pending Summons and Complaint upon RONSHEIKA CARROLL.

3.  On Jun 9, 2023 at approx. 7:15 pm at the 4621 GRAND CENTRAL PKWY, DECATUR, GA 30035 address, I personally served the pending SUMMONS AND COMPLAINT (JURY TRIAL DEMANDED) upon RONSHEIKA CARROLL, by placing said service documents in the hands of an African American Female, approx. 5'5" tall, approx. 40-45 yrs. of age, approx. 180lbs. who answered the door and identified herself as RONSHEIKA CARROLL.

This 10th of June, 2023.

_____
FRANK L. SWINDLE - PROCESS SERVER

Sworn to and subscribe before me
This 10th of June, 2023

_____
Notary Public,
My commission expires on ___OCT. 22, 2026_____

STATE COURT OF
DEKALB COUNTY, GA.
6/13/2023 11:37 AM
E-FILED
BY: Johnette  L Henderson

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

TONI P. WALKER, SURVIVING MOTHER OF ANTHONY
LAMAR WALKER, DECEASED
Plaintiff,

VS.

CIVIL ACTION FILE NO. 23A02258

JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY
DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER;
AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC;
CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON;
MARTELL WILLIIAMS; SHAQ. DUNNEGAN; ORLANDA
MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON
BAPTISTE; JASMINE GONZALEZ; J. MONROE; MARCILLA
BUSH; KINDIA MATHIS; IFEAYNI ONUOHO; INGRAM
JACKSON; KENNEDY ANSAH; O. SOYOMOKUN; MUFUTAU
FALADE; TEMETRIS ATKINS; SHERIFF MELODY M. MADDOX;
DEKALB COUNTY JAIL; DEKALB, COUNTY, GEORGIA; AND
JOHN DOES 1-10,
Defendants.

## AFFIDAVIT OF SERVICE UPON WELLPATH LLC

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of HAKIMAH HUDSON -
PROCESS SERVER, who after first being duly sworn, and states:

1.  My name is HAKIMAH HUDSON - PROCESS SERVER, and I am competent in all respects to testify regarding the
    matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no
    interest in the outcome of the above action and I am not related to any of the parties.

2.  I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one
    (21). I have been appointed as Process Server in the STATE COURT OF DEKALB COUNTY and I have been assigned in
    the above styled case to perfect service of process of the pending Summons and Complaint upon WELLPATH LLC.

3.  On May 25, 2023 at approx. 11:35 am at the 2985 GORDY PKWY NE 1ST FLOOR, MARIETTA, GA 30066 address, I
    served the pending SUMMONS AND COMPLAINT (JURY TRIAL DEMANDED) upon WELLPATH LLC, by leaving said
    service documents with Pamela Jordan, an employee of Corporate Creations Network, Inc., the Registered Agent for
    WELLPATH LLC, who stated that she was authorized to accept service of process and has accepted service in the
    past.

This 27th of May, 2023.

_____
HAKIMAH HUDSON - PROCESS SERVER

Sworn to and subscribe before me
This 27th of May, 2023

_____
Notary Public,
My commission expires on _____

Frank L Swindle
NOTARY PUBLIC
DeKalb County, GEORGIA
My Commission Expires 03/10/2027

STATE COURT OF
DEKALB COUNTY, GA.
5/30/2023 9:13 AM
E-FILED
BY: Johnette L Henderson

IN THE _G.A. State_ COURT OF DEKALB COUNTY
STATE OF GEORGIA

Walker. A.

_Beverley Dwyer_ ⑧ᴰ
Plaintiff

Civil Action No. _23 A 022 58_

vs.

_Beverley Dwyer._
Defendant

## ANSWER

To whom it may Concern, I was on duty at the time of Anthony Lamar Walkers passing. I was assigned every other 2 rounds of making sure Inmates were OK, and had no needs, complaints, or concerns During my 2 rounds the young man was positioned laying on his right side the first round and laying on his back the second round. At the time of each round the inmate was noted breathing, evidenced by the rise and fall of his chest/body. — B. Dwyer

**CERTIFICATE OF SERVICE**
I certify that I have this day served counsel
for the opposing parties in the foregoing matter
with a copy of this pleading by hand depositing
in the United States Mail a copy of same in a
properly addressed envelope with adequate
postage thereon.

This _6/22/23_

_____
Defendant / Attorney for Defendant

answer02-2006

_Beverley Dwyer_
Name  _5421 Covington Hwy_
Number                Street
_Decatur , GA , 30035_
City          State        Zip

Phone No. _470-290-2956_ Home

Phone No. _Beuofessence @_ Office
          _gmail.Com_

_____
Defendant's Signature

STATE COURT OF
DEKALB COUNTY, GA.
6/22/2023 3:54 PM
E-FILED
BY: Johnette L Henderson

Civil Action No. _23A02258 - 7_

Date Filed _05/22/23_

**State Court**
**Magistrate Court**
**Georgia, DeKalb County**

☑ ☐

_Toni P. Walker_
Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

_James Eric Ragazino, Delouis R._
_Mendoza, Beverly Dwyer, et. al_
Defendant

MAY 25 2023

DEKALB COUNTY MARSHAL'S OFFICE

**Name and Address of Party to be Served**
_Marcilla Bush_

_Dekalb County Jail, 4425 Memorial Drive_

_Decatur, GA 30032_

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☑ I have this day served the defendant _Marcilla Bush_ personally with a copy of the within action and summons.

**RESIDENCE**

☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION**

☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _7th_ day of _June_, 20 _23_.

_JVelez# 7DU_
_0756_ Deputy

STATE COURT OF
DEKALB COUNTY, GA.
6/8/2023 2:52 PM
E-FILED
marshallservice/2007
BY: Monica Gay

SHERIFF DOCKETT _____ PAGE _____     23SCIV000967

Civil Action No. _23A02258-7_

Date Filed _05/22/23_

State Court ☑
Magistrate Court ☐
Georgia, DeKalb County

_Toni P. Walker_
Plaintiff

VS.

Attorney's Address

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

_James Eric Ragazino, Delquis R._
_Mendoza, Beverly Dwyer, et. al_
Defendant

MAY 25 2023

Name and Address of Party to be Served

_Chief Temetris Atkins_

_Dekalb County Jail, 4425 Memorial Drive_

_Decatur, GA 30032_

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑
I have this day served the defendant _Chief Temetris Atkins_ personally with a copy of the within action and summons.

**RESIDENCE** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches; domiciled at the residence of defendant.

**CORPORATION** ☐
Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _8th_ day of _June_, 20_23_

STATE COURT OF
DEKALB COUNTY, GA.
Deputy 6/8/2023 1:51 PM
E-FILED
BY Johnette L Henderson

SHERIFF DOCKETT _____ PAGE _____   23SCIV000997

Civil Action No. _23A02258_

Date Filed _05/22/23_

**State Court** ☑
**Magistrate Court** ☐
**Georgia, DeKalb County**

Toni P. Walker
_____
Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

MAY 25 2023

DEKALB COUNTY MARSHAL'S OFFICE

James Eric Ragazino, Delquis R.
Mendoza, Beverly Dwyer, et. al
_____
Defendant

**Name and Address of Party to be Served**

Shaq. Dunnegan
Dekalb County Jail, 4425 Memorial Drive
Decatur, GA 30032
_____
Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑

I have this day served the defendant ____Shaq. Dunnegan____ personally with a copy of the within action and summons.

**RESIDENCE** ☐

I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐

Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

STATE COURT OF
DEKALB COUNTY, GA.
6/9/2023 1:47 PM
E-FILED
BY: Johnette Henderson

This _8th_ day of _June_, 20_23_.

Velez#724

Deputy  0750

marshallservice/2007

SHERIFF DOCKETT _____ PAGE _____

23SCIV000963

6/8/23

Civil Action No. _23A02258 ~ 7_

Date Filed _05/22/23_

**State Court** ☑
**Magistrate Court** ☐
**Georgia, DeKalb County**

_Toni P. Walker_
Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

MAY 25 2023
DEKALB COUNTY MARSHALL'S OFFICE

_James Eric Ragazino, Delguis R._
_Mendoza, Beverly Dwyer, et. al_
Defendant

**Name and Address of Party to be Served**

_Mufutau   Falade_

_Dekalb County Jail, 4425 Memorial Drive_

_Decatur, GA 30032_
Garnishee

### MARSHAL/SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| **PERSONAL** ☑ | I have this day served the defendant _Mufutau Falade_ personally with a copy of the within action and summons. |
| **RESIDENCE** ☐ | I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ___ years; weight, about ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant. |
| **CORPORATION** ☐ | Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County. |
| **TACK & MAIL** ☐ | I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons. |
| **NON EST** ☐ | Diligent search made and defendant _____ not to be found in the jurisdiction of this Court. |

This _7th_ day of _June_ , 20_23_

_Helez #734_
**Deputy**
_0750_

**STATE COURT** OF
DEKALB COUNTY, GA.
6/8/2023 3:47 PM
E-FILED
marshallservice?908
BY: Monica Gay

SHERIFF DOCKET _____ PAGE _____    23SCIV000998

Civil Action No. _23A02258-7_

Date Filed _05/22/23_

**State Court** ☑
**Magistrate Court** ☐
**Georgia, DeKalb County**

_Toni P. Walker_
Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

MAY 25 2023

_James Eric Ragazino, Delguis R._
_Mendoza, Beverly Dwyer, et al_
Defendant

DEKALB COUNTY MARSHAL'S OFFICE

**Name and Address of Party to be Served**

_Pamela Fountain_

_Dekalb County Jail, 4425 Memorial Drive_

_Decatur, GA 30032_

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑
I have this day served the defendant _Pamela Fountain_ personally with a copy of the within action and summons.

**RESIDENCE** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐
Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _7th_ day of _June_, 20_23_

JVeloz #724

**Deputy**

SHERIFF DOCKETT _____ PAGE _____   23SCIV000978   0750

STATE COURT OF
DEKALB COUNTY, GA.
6/8/2023 3:23 PM
E-FILED
marshalservice2005
BY: Monica Gay

Civil Action No. _23A02258 - 7_

Date Filed _05/22/23_

**State Court**
**Magistrate Court**
**Georgia, DeKalb County**

☑
☐

_Toni P. Walker_
_____
Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

_James Eric Ragazino, Delquis R._
_Mendoza, Beverly Dwyer, et. al_
_____
Defendant

**Name and Address of Party to be Served**

_Andrea Grandison_

_Dekalb County Jail, 4425 Memorial Drive_

_Decatur, GA 30032_

RECEIVED MAY 25 2023
DEKALB COUNTY MARSHALS OFFICE

_____
Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☑ I have this day served the defendant _Andrea Grandison_ personally with a copy of the within action and summons.

**RESIDENCE**

☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION**

☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _8th_ day of _June_, 20 _23_

_Deter #794_
_1500_

Deputy  STATE COURT OF
DEKALB COUNTY, GA.
6/13/2023 11:39 AM

SHERIFF DOCKET _____ PAGE _____   23SCIV000995

marshalservice/2007 E-FILED
BY: Johnette L Henderson

Civil Action No. _23A02258-7_

Date Filed _05/22/23_

**State Court** ☑
**Magistrate Court** ☐
**Georgia, DeKalb County**

Toni P. Walker

Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30630

James Eric Ragazino, Delquis R.
Mendoza, Beverly Dwyer, et. al

Defendant

**Name and Address of Party to be Served**

Ingram Jackson

MAY 25 2023
DEKALB COUNTY MARSHALS OFFICE

Dekalb County Jail, 4425 Memorial Drive

Decatur, GA 30032

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑ I have this day served the defendant _Ingram Jackson_ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ___ years; weight, about ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _7th_ day of _June_, 20_23_

SHERIFF DOCKETT_____ PAGE_____ 23SCIV001000

Jverez #724
0756 Deputy

STATE COURT OF
DEKALB COUNTY, GA.
6/8/2023 3:29 PM
E-FILED
marshalls service 0006
BY: Monica Gay

Civil Action No. _23A02258 – 7_

Date Filed _05/22/23_

**State Court** ☑
**Magistrate Court** ☐
**Georgia, DeKalb County**

_Toni P. Walker_
Plaintiff

VS.

**Attorney's Address**

RECEIVED
MAY 25 2023

_David R. Hughes, Hall Hirsh Hughes_ LLC 17 in reon  _James Eric Ragazino, Delquis R._
_150 East Ponce de Leon Avenue_
_Suite 450, Decatur, Georgia 30030_   _Mendoza, Beverly Dwyer, et. al_
Defendant

**Name and Address of Party to be Served**

_Dekalb County Jail, C/o Chief Atkins_
_Dekalb County Jail, 4425 Memorial Drive_
_Decatur, GA 30032_

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑ I have this day served the defendant _C/o Chief Atkins_ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ___ years; weight, about ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _8th_ day of _June_ , 20_23_

_Velez #724_
Deputy

**STATE COURT OF**
**DEKALB COUNTY, GA.**
6/13/2023 11:35 AM
E-FILED
BY: Johnette L Henderson

SHERIFF DOCKETT _____ PAGE _____   23SCIV000996   _1500_

23SCIV000996

Civil Action No. 23A02258-7

Date Filed 05/22/23

State Court
Magistrate Court
Georgia, DeKalb County

☑ ☐

Toni P. Walker

Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

James Eric Ragazino, Delquis R.
W. Mendoza, Beverly Dwyer, et. al

Defendant

MAY 25 2023

DEKALB COUNTY MARSHAL'S OFFICE

Name and Address of Party to be Served
Martell Williams

DeKalb County Jail, 4425 Memorial Drive

Decatur, GA 30032

Garnishee

### MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☑ I have this day served the defendant _Martell Williams_ personally with a copy of the within action and summons.

**RESIDENCE**

☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION**

☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _7th_ day of _June_, 20_23_.

Juarez #724
0750

STATE COURT OF
Deputy   DEKALB COUNTY, GA.
6/8/2023 4:06 PM
E-FILED
marshallservice@2005
BY: Monica Gay

SHERIFF DOCKETT _____ PAGE _____   23SCIV001005

Civil Action No. _23A02258-7_

**State Court** ☑
**Magistrate Court** ☐
**Georgia, DeKalb County**

Date Filed _05/22/23_

_Toni   P.   Walker_
_____ Plaintiff

VS.

**Attorney's Address**

[David R. Hughes, Hall Hirsh Hughes LLC]
150 East Ponce de Leon Avenue
[Suite 450, Decatur, Georgia 30030

RECEIVED
MAY 25 2023
DEKALB COUNTY MARSHAL'S OFFICE

_James Eric Ragazino, Delquis R._
_Mendoza, Beverly Dwyer, et. al_
_____ Defendant,

**Name and Address of Party to be Served**

_Orlanda   Mahdi_
_Dekalb County Jail, 4425 Memorial Drive_
_Decatur, GA 30032_
_____ Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑ I have this day served the defendant _Orlanda Mahdi_ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein;  delivered same into the hands of _____ described as follows: age, about ___ years; weight, about ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate  postage  affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _7th_ day of _June_ , 20_23_.

_Velez #724_
_0750_   **Deputy**

STATE COURT OF
DEKALB COUNTY, GA.
6/8/2023 12:01 PM
FILED
marshallservice/2067
BY: Monica Gay

SHERIFF DOCKETT _____ PAGE _____   23SCIV001004

Civil Action No. _23A02258 - 7_

State Court ☑
Magistrate Court ☐
Georgia, DeKalb County

Date Filed _05/22/23_

_Toni  P.  Walker_

Plaintiff

VS.

**Attorney's Address**

[David R. Hughes, Hall Hirsh Hughes LLC]
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

_James Eric Ragazino, Delquis R._
_Mendoza, Beverly Dwyer, et. al_
Defendant

FILED WED
MAY 25 2023
DEKALB COUNTY MARSHAL'S OFFICE

**Name and Address of Party to be Served**

_Kindia  Mathis_

_Dekalb County Jail, 4425 Memorial Drive_

_Decatur, GA 30032_

, Garnishee

### MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑ I have this day served the defendant _Kindia Mathis_ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _6th_ day of _June_, 20_23_

_Veler 3rd JOY_
_153_ Deputy

SHERIFF DOCKETT _____ PAGE _____   23SCIV001002

STATE COURT OF
DEKALB COUNTY, GA.
6/8/2023 4:00 PM
_marshallservice/2007_   E-FILED
BY: Monica Gay

Civil Action No. _23A02258 ~7_

Date Filed _05/22/23_

**State Court**
☑ **Magistrate Court**
☐ **Georgia, DeKalb County**

Toni P. Walker

Plaintiff

VS.

Attorney's Address

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30630

James Eric Ragazino, Delquis R.
Mendoza, Beverly Dwyer, et. al

Defendant

Name and Address of Party to be Served

J. Monroe

RECEIVED
MAY 25 2023

Dekalb County Jail, 4425 Memorial Drive

Decatur, GA 30032

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑ I have this day served the defendant ___J Monroe___ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _8th_ day of _June_, 20_23_.

_Velez #724_
_0758_ Deputy

STATE COURT OF
DEKALB COUNTY, GA.
6/9/2023 1:58 PM
E-FILED
marshallservice2005...
By: Monica Gay

SHERIFF DOCKET _____ PAGE _____   23SCIV001003

Civil Action No. __23A02258~7__

Date Filed __05/22/23__

State Court ☑
Magistrate Court ☐
Georgia, DeKalb County

Toni P. Walker
_____
Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

James Eric Ragazino, Delquis R.
Mendoza, Beverly Dwyer, et. al
_____
Defendant

MAY 25 2023

DEKALB COUNTY MARSHAL'S OFFICE

**Name and Address of Party to be Served**

O. Soyomokun

Dekalb County Jail, 4425 Memorial Drive

Decatur, GA 30032

_____
Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑
I have this day served the defendant O. Soyomokun personally with a copy of the within action and summons.

**RESIDENCE** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐
Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __7th__ day of __June__, 20_23_.
MB6 6-8 2023

SHERIFF DOCKETT _____ PAGE _____   23SCIV000966

Velez #724
0750   Deputy

STATE COURT OF
DEKALB COUNTY, GA.
6/8/2023 3:37 PM
E-FILED
marshalls.....Monica Gay

Civil Action No. _23A02258-7_

Date Filed _05/22/23_

**State Court**
**Magistrate Court**
**Georgia, DeKalb County**

☑
☐

Toni P. Walker
_____
Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

James Eric Ragazino, Delquis R.
Mendoza, Beverly Dwyer, et. al
_____
Defendant

MAY 25 2023

DEKALB COUNTY MARSHAL'S OFFICE

**Name and Address of Party to be Served**
A. Thibodeax

Dekalb County Jail, 4425 Memorial Drive

Decatur, GA 30032
_____
Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑ I have this day served the defendant ___A. Thibodeax___ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _6th_ day of _June_, 20_23_

Deputy _____

STATE COURT OF
DEKALB COUNTY, GA.
6/8/2023 3:54 PM
marshalservice/2007 E-FILED
BY: Monica Gay

**SHERIFF DOCKETT** _____ **PAGE** _____   23SCIV000979

Civil Action No. _23A02258-7_   .   '

**State Court**
**Magistrate Court**
**Georgia, DeKalb County**

☑
☐

Date Filed _05/22/23_

_Toni  P.  Walker_
_____
                                                                    Plaintiff

VS.

Attorney's Address

| David R. Hughes, Hall Hirsh Hughes LLC |
| 150 East Ponce de Leon Avenue |
| Suite 450, Decatur, Georgia 30030 |

_James  Eric  Ragazino, Delquis R._
_Mendoza, Beverly Dwyer, et. al_
                                                                   Defendant

Name and Address of Party to be Served

_Anton  Baptiste_
_Dekalb County Jail, 4425 Memorial Drive_
_Decatur, GA 30032_
                                                                   Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.

**RESIDENCE** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION** ☐
Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☑
Diligent search made and defendant _Anton Baptiste_ not to be found in the jurisdiction of this Court. _Not employed with the Dekalb SO office per_ _Office of Professional Standards_

This _8th_ day of _June_, 20_23_.

_Velez #731_  ~~STATE COURT OF~~
**Deputy**   DEKALB COUNTY, GA.
                            6/9/2023 4:05 PM
                            E-FILED
SHERIFF DOCKETT _____ PAGE _____   ▨ 23SCIV000969   BY: Jonnette L. Henderson

23A02258

No. _____

**Date Summons Issued and E-Filed**

5/22/2023

_____

/s/ Monica Gay

_____

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

**TONI P. WALKER, surviving mother of
ANTHONY LAMAR WALKER, deceased,**

_____

Plaintiff's name and address

☒ **JURY**

VS.    **DEKALB COUNTY JAIL; DEKALB
COUNTY, GEORGIA**

_____

_____

Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

| | |
|---|---|
| Name | David R. Hughes, Hall Hirsh Hughes, LLC |
| | 150 East Ponce de Leon Ave, Suite 450 |
| Address | Decatur, Georgia 30030 |
| | 404-638-5883    Georgia Bar No. 375615 |
| Phone Number | Georgia Bar No. |

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____         _____

Defendant's Attorney                  Third Party Attorney

_____         _____

Address                                      Address

_____         _____

Phone No.          Georgia Bar No.      Phone No.          Georgia Bar No.

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability     Principal $ _____ TBD _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability     Interest $ _____ TBD _____
☒ Other
                                                      Atty Fees $ _____ TBD _____

**To indicate consent to e-service check the box below**

☐ (Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

STATE COURT OF
DEKALB COUNTY, GA.
5/22/2023 1:34 PM
E-FILED
BY: Monica Gay

E-file summons1-2014

No. _23A02258_____

**Date Summons Issued and E-Filed**

5/22/2023

_____
/s/ Monica Gay

_____
Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**SUMMONS**

TONI P. WALKER, surviving mother of
ANTHONY LAMAR WALKER, deceased,
_____

Plaintiff's name and address

☑ **JURY**

vs.   MARCILLA BUSH; KINDIA MATHIS; IFEAYNI
ONUOHO; INGRAM JACKSON;
KENNEDY ANSAH; O. SOYOMOKUN;
MUFUTAU FALADE; TEMETRIS ATKINS;
SHERIFF MELODY          M. MADDOX;
_____

Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor,
Administrative Tower,DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia
30030 and serve upon the plaintiff's attorney, to wit:

| | | |
|---|---|---|
| Name | David R. Hughes, Hall Hirsh Hughes, LLC | _____ |
| | 150 East Ponce de Leon Ave, Suite 450 | |
| Address | Decatur, Georgia 30030 | _____ |
| | 404-638-5883          Georgia Bar No. 375615 | |
| Phone Number | | Georgia Bar No. |

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after
service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint.

| | |
|---|---|
| Defendant's Attorney | Third Party Attorney |
| Address | Address |
| Phone No.          Georgia Bar No. | Phone No.          Georgia Bar No. |

**TYPE OF SUIT**

☑ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☒ Other

Principal $ _TBD_____

Interest $ _TBD_____

Atty Fees $ _TBD_____

**To indicate consent to e-service check the box below**

☐(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for
service appears in the complaint.

STATE COURT OF
DEKALB COUNTY, GA.
5/22/2023 1:34 PM
E-FILED
BY: Monica Gay

E-file summons1-2014

23A02258

No. _____

**Date Summons Issued and E-Filed**

5/22/2023
_____

/s/ Monica Gay
_____

Deputy Clerk

Deposit Paid $ _____

☒ JURY

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**SUMMONS**

TONI P. WALKER, surviving mother of
ANTHONY LAMAR WALKER, deceased,
_____   __

Plaintiff's name and address

|     | JAMES ERIC RAGAZINO; DELQUIS R. |
| vs. | MENDOZA; BEVERLY DWYER; |
|     | RONSHEIKA CARROLL; |
|     | JESSIE ALEXANDER; AMELIA |
|     | SANDERS; AUGUSTINA ANYIKWA; |
|     | WELLPATH LLC; CENTURIAN HEALTH; |
|     | DINGWU JIA; ANDREA GRANDISON; |

Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

| Name | David R. Hughes, Hall Hirsh Hughes, LLC |
| | 150 East Ponce de Leon Ave, Suite 450 |
| Address | Decatur, Georgia 30030 |
| | 404-638-5883    Georgia Bar No. 375615 |
| Phone Number | Georgia Bar No. |

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Defendant's Attorney | Third Party Attorney |
| Address | Address |
| Phone No.    Georgia Bar No. | Phone No.    Georgia Bar No. |

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☒ Other

Principal $ _____ TBD _____

Interest $ _____ TBD _____

Atty Fees $ _____ TBD _____

**To indicate consent to e-service check the box below**

☐ (Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

STATE COURT OF
DEKALB COUNTY, GA.
5/22/2023 1:34 PM
E-FILED
BY: Monica Gay

E-file summons1-2014

No. 23A02258

**Date Summons Issued and E-Filed**

5/22/2023

/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

TONI P. WALKER, surviving mother of
ANTHONY LAMAR WALKER, deceased,

Plaintiff's name and address

**VS.**   MARTELL WILLIAMS; SHAQ.
DUNNEGAN; ORLANDA MAHDI;
A. THIBODEAX; PAMELA FOUNTAIN;
ANTON BAPTISTE; JASMINE
GONZALEZ; J. MONROE;

Defendant's name and address

☒ **JURY**

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor,
Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia
30030 and serve upon the plaintiff's attorney, to wit:

| | | |
|---|---|---|
| Name | David R. Hughes, Hall Hirsh Hughes, LLC | |
| | 150 East Ponce de Leon Ave, Suite 450 | |
| Address | Decatur, Georgia 30030 | |
| | 404-638-5883      Georgia Bar No. 375615 | |
| Phone Number | | Georgia Bar No. |

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after
service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint.

Defendant's Attorney _____     Third Party Attorney _____

Address _____     Address _____

Phone No. _____  Georgia Bar No. _____     Phone No. _____  Georgia Bar No. _____

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability     Principal $ _____ TBD _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability     Interest $ _____ TBD _____
☒ Other

Atty Fees $ _____ TBD _____

**To indicate consent to e-service check the box below**

☐(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for
service appears in the complaint.

STATE COURT OF
DEKALB COUNTY, GA.
5/22/2023 1:34 PM
E-FILED
BY: Monica Gay

E-file summons1-2014

Civil Action No. _23A02258-7_

**State Court** ☑
**Magistrate Court** ☐
Georgia, DeKalb County

Date Filed _05/22/23_

Toni P. Walker

Plaintiff

VS.

**Attorney's Address**

David R. Hughes, Hall Hirsh Hughes LLC
150 East Ponce de Leon Avenue
Suite 450, Decatur, Georgia 30030

James Eric Ragazino, Delquis R.
Mendoza, Beverly Dwyer, et. al

Defendant

Name and Address of Party to be Served

Dingwo Jia

Dekalb County Jail, 4425 Memorial Drive

Decatur, GA 30032

Garnishee

### MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑
I have this day served the defendant ___Dingwo Jia___ personally with a copy of the within action and summons. Served at 3630 Camp Circle Decatur, GA 30032

**RESIDENCE** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐
Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _20th_ day of _June_, 20_23_

_____ #704

Deputy
1245

**STATE COURT** OF
**DEKALB COUNTY, GA.**
6/23/2023 12:22 PM
E-FILED
marshallservice2007
By: Johnette C. Henderson

SHERIFF DOCKET _____ PAGE _____   23SCIV000994

6/20/23

| | |
|---|---|
| **From:** | Karen Woodward |
| **To:** | Adrian Roddy |
| **Subject:** | FW: Filing Submitted for Case: 23A02258; Toni WalkerVS James Ragazino,Delquis MendozaEt al; Envelope Number: 12527661 |
| **Date:** | Friday, June 23, 2023 3:16:25 PM |
| **Attachments:** | Image001.png |
| | image002.png |

**Karen Woodward**
D: (404) 881-2623
O: (404) 881-2622

**From:** Tyler D. Jones <tjones@bsllaw.net>
**Sent:** Friday, June 23, 2023 3:15 PM
**To:** Karen Woodward <kwoodward@cmlawfirm.com>
**Subject:** Fwd: Filing Submitted for Case: 23A02258; Toni WalkerVS James Ragazino,Delquis MendozaEt al; Envelope Number: 12527661

**From:** Shanda Clemmons <sclemmons@bsllaw.net>
**Sent:** Friday, June 23, 2023 2:51:14 PM
**To:** Tyler D. Jones <tjones@bsllaw.net>
**Cc:** Joscelyn Hughes <jhughes@bsllaw.net>
**Subject:** FW: Filing Submitted for Case: 23A02258; Toni WalkerVS James Ragazino,Delquis MendozaEt al; Envelope Number: 12527661

RE: WALKER Notice of Entry of Appearance

I'll send a file-stamped copy when we receive it.

Shanda C.

Bendin Sumrall & Ladner, llc
**Shanda S. Clemmons | Legal Assistant**
One Midtown Plaza |1360 Peachtree Street NE, Suite 800 | Atlanta, Georgia 30309
direct: (404) 671-3129 | main: (404) 671-3100 | fax: (404) 671-3080 | www.bsllaw.net

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the recipient to which it is addressed. If you are not the intended recipient, you should immediately notify the sender via return e-mail or telephone. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.
*Please consider the environment before printing this e-mail.*

**From:** no-reply@efilingmail.tylertech.cloud <no-reply@efilingmail.tylertech.cloud>
**Sent:** Friday, June 23, 2023 2:10 PM
**To:** Shanda Clemmons <sclemmons@bsllaw.net>
**Subject:** Filing Submitted for Case: 23A02258; Toni WalkerVS James Ragazino,Delquis MendozaEt al; Envelope Number: 12527661



# Filing
# Submitted

Envelope Number: 12527661
Case Number: 23A02258
Case Style: Toni WalkerVS James
Ragazino,Delquis MendozaEt al

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| Court | Dekalb County - State Court |
| Date/Time Submitted | 6/23/2023 2:09 PM EST |
| Filing Type | Entry of appearance |
| Filing Description | Notice of Entry of Appearance |
| Type of Filing | EFileAndServe |
| Filed By | Shanda Clemmons |
| Filing Attorney | Joscelyn Hughes |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay. |
| If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |

| This envelope is pending review and fees may change. | |
|---|---|
| Case Fee Information | $25.72 |
| Payment Service Fees | $0.72 |
| E-File Fees | $25.00 |
| Entry of appearance | $0.00 |

**Total:**$25.72 (The envelope still has pending filings and the fees are subject to change)

| Document Details | |
|---|---|
| Lead Document | 2023.06.23 WALKER - Notice of Entry of Appearance.pdf |

| Lead Document Page Count | 3 | |
|---|---|---|
| File Copy | Download Document | |
| This link is active for 45 days. | | |

For technical assistance, contact your service provider

Odyssey File & Serve

(800) 297-5377

Please do not reply to this email. It was automatically generated.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

### IN THE STATE COURT OF DEKALB COUNTY
### STATE OF GEORGIA

TONI P. WALKER, surviving mother of )
ANTHONY LAMAR WALKER, deceased, )
                                 )
      Plaintiff,                )
                                 )
v.                                 )    CIVIL ACTION FILE NO.:
                                 )
JAMES ERIC RAGAZINO; DELQUIS R. )    23A02258
MENDOZA; BEVERLY DWYER; )
RONSHEIKA CARROLL; JESSIE )
ALEXANDER; AMELIA SANDERS; )
AUGUSTINA ANYIKWA; )
WELLPATH LLC; CENTURION HEALTH; )
DINGWU JIA; ANDREA GRANDISON; )
MARTELL WILLIAMS; SHAQ. )
DUNNEGAN; ORLAND MAHDI; )
A. THIBODEAX; PAMELA FOUNTAIN; )
ANTON BAPTISTE; JASMINE )
GONZALEZ; J. MONROE; MARCILLA )
BUSH; KINDIA MATHIS; IFEAYNI )
ONUOHO; INGRAM JACKSON; )
KENNEDY ANSAH; O. SOYOMOKUN; )
MUFUTAU FALADE; TEMETRIS ATKINS; )
SHERIFF MELODY M. MADDOX; )
DEKALB COUNTY JAIL; DEKALB )
COUNTY, GEORGIA; and John Does 1-10; )
                                 )
      Defendants.              )

### NOTICE OF ENTRY OF APPEARANCE

COME NOW, the undersigned, **JOSCELYN M. HUGHES** and **TYLER D. JONES**, of

the law firm **Bendin Sumrall & Lander, LLC**, and files this Entry of Appearance in this case on

behalf of Defendants Centurion Health, improperly named and an improper party to this action,

Delquis R. Mendoza, Ronsheika Carroll, Beverly Dwyer, and Amelia Sanders.  Counsel requests

that notice of all court appearance, motions, pleadings and other filings be served on the

undersigned at the following address:

Joscelyn M. Hughes
Georgia Bar No. 281699
Tyler D. Jones
Georgia Bar No. 457929
**BENDIN SUMRALL & LADNER, LLC**
One Midtown Plaza
1360 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone:  (404) 671-3100
Fax:  (404) 671-3080
jhughes@bsllaw.net
tjones@bsllaw.net

This 23ʳᵈ day of June, 2023.

Respectfully submitted,

**BENDIN SUMRALL & LADNER, LLC**

*/s/ Joscelyn M. Hughes*
Joscelyn M. Hughes
Georgia Bar No. 281699
Tyler D. Jones
Georgia Bar No. 457929

*Attorneys for Defendants Centurion Health,
Delquis R. Mendoza, Ronsheika Caroll,
Beverly Dwyer and Amelia Sanders*

One Midtown Plaza
1360 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
(404) 671-3100 Telephone
(404) 671-3080 Facsimile
jhughes@bsllaw.net
tjones@bsllaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served the foregoing **NOTICE OF ENTRY OF APPEARANCE** upon all parties to this matter via *Odyssey E-File & Serve* and via Statutory Electronic Service addressed to counsel of record as follows:

David R. Hughes, Esq.

**HALL HIRSH HUGHES, LLC**

150 E. Ponce de Leon Avenue, Suite 450

Decatur, Georgia 30030

david@h3-law.com

*Attorney for Plaintiff*

This 23rd day of June, 2023.

*/s/ Joscelyn M. Hughes*

Joscelyn M. Hughes

Georgia State Bar No. 281699
