# EXHIBIT "2"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| TONI P. WALKER, surviving mother of ANTHONY LAMAR WALKER, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION FILE NO.: |
| JAMES ERIC RAGAZINO; DELQUIS R. MENDOZA; BEVERLY DWYER; RONSHEIKA CARROLL; JESSIE ALEXANDER; AMELIA SANDERS; AUGUSTINA ANYIKWA; WELLPATH LLC; CENTURIAN HEALTH; DINGWU JIA; ANDREA GRANDISON; MARTELL WILLIAMS, SHAQ DUNNEGAN; ORLANDA MAHDI; A. THIBODEAX; PAMELA FOUNTAIN; ANTON BAPTISTE; JASMINE GONZALEZ, J. MONROE; MARCILLA BUSH; KINDIA MATHIS; IFEAYNI ONUOHO, INGRAM JACKSON; KENNEDY ANSAH; O. SOYOMOKUN; MUFUTAU FALADE; TEMETRIS AKINS; SHERIFF MELODY M. MADDOX; DEKALB COUNTY JAIL, DEKALB COUNTY, GEORGIA; and John Does 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | _____ |
| Defendants. | ) | |

## EXHIBIT 2 TO THE NOTICE OF REMOVAL

COME NOW Defendants Delquis Mendoza, Ronsheika Carroll, Beverly

Dwyer, Amelia Sanders, and Centurion Health and, through their undersigned

counsel, expressly consent to and join the removal of this case from the State Court of DeKalb County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 23rd day of June, 2023.

**Bendin Sumrall & Lander, LLC**

/s/ Tyler D. Jones
Tyler D. Jones
Georgia Bar No. 457929
(*with express permission by Karen E. Woodward*)
Email:  tjones@bsllaw.net
Direct Dial: 404-671-3142

(*Attorneys for Defendants Mendoza, Carroll, Dwyer, Sanders, and Centurion Health*)