# EXHIBIT "3"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TONI P. WALKER, surviving mother of ANTHONY LAMAR WALKER, deceased, )<br>)<br>)<br>)<br>       Plaintiff,           )<br>vs.                                  )<br>                                        )<br>JAMES ERIC RAGAZINO; DELQUIS )<br>R. MENDOZA; BEVERLY DWYER; )<br>RONSHEIKA CARROLL; JESSIE )<br>ALEXANDER; AMELIA SANDERS; )<br>AUGUSTINA ANYIKWA; )<br>WELLPATH LLC; CENTURIAN )<br>HEALTH; DINGWU JIA; ANDREA )<br>GRANDISON; MARTELL WILLIAMS, )<br>SHAQ DUNNEGAN; ORLANDA )<br>MAHDI; A. THIBODEAX; PAMELA )<br>FOUNTAIN; ANTON BAPTISTE; )<br>JASMINE GONZALEZ, J. MONROE; )<br>MARCILLA BUSH; KINDIA MATHIS; )<br>IFEAYNI ONUOHO, INGRAM )<br>JACKSON; KENNEDY ANSAH; O. )<br>SOYOMOKUN; MUFUTAU FALADE; )<br>TEMETRIS AKINS; SHERIFF )<br>MELODY M. MADDOX; DEKALB )<br>COUNTY JAIL, DEKALB COUNTY, )<br>GEORGIA; and John Does 1-10, )<br>                                        )<br>       Defendants.       ) | CIVIL ACTION FILE NO.:<br><br>_____ |

## **EXHIBIT 3 TO THE NOTICE OF REMOVAL**

COME NOW Defendant Wellpath, LLC, and, through its undersigned

counsel, expressly consent to and join the removal of this case from the State Court

of DeKalb County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 23rd day of June, 2023.

        **Hall Booth Smith, P.C.**

        */s/ Beth Boone*
        Beth Boone
        Georgia Bar No. 130300
        (*with express permission by Karen E. Woodward*)
        Email:  bboone@hallboothsmith.com
        Direct Dial:  912-554-0093

        (*Attorneys for Wellpath, LLC*)