IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONYA LETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO.: |
| THE KROGER CO., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

TO:    The Judges of the United States District Court for the Northern District of Georgia

The Defendant, The Kroger Co. ("Kroger"), respectfully shows the Court the following:

1.

A civil action has been brought against the Defendant in the State Court of Clayton County, State of Georgia, by the above-named Plaintiff, said action being designated as Civil Action No. 2023CV01250, in which the Plaintiff, based upon the allegations in her Complaint and pre-suit communications to Defendant, appears to be seeking from the Defendant an amount in excess of $75,000.00.

1

(a) Pursuant to the allegations in the Complaint, the Plaintiff sustained personal injuries, including pain and suffering, and continuing past, present, and future medical expenses as well as emotional distress.

2.

The Plaintiff is now, and was at the commencement of this suit and at all times since, a citizen and resident of the State of Georgia.

3.

The Defendant, The Kroger Co., an Ohio corporation, is now, and was at the time of the commencement of this suit and at all times since, a corporation organized and existing under the laws of the State of Ohio, having its principal place of business in Cincinnati, Ohio.

4.

The Defendant attaches hereto a copy of the Summons and Complaint (as served on Defendant Kroger) filed in the State Court of Clayton County, Georgia marked as Exhibit "A." The Defendant attaches hereto a copy of its Answer to Plaintiff's Complaint and Jury Demand filed in the State Court of Clayton County, Georgia marked as Exhibit "B."

5.

Now, within thirty (30) days after receipt of the Summons and Complaint, Defendant The Kroger Co. files this its Notice of Removal of said action to this Court.

6.

This action is removable by reason of diversity of citizenship of the parties, there appearing to be more than $75,000.00 in controversy, exclusive of interest and costs.

WHEREFORE, the above-named Defendant, The Kroger Co., files this its Notice of Removal of said cause to this Court.

Respectfully submitted this 23rd day of June, 2023.

                Respectfully submitted,

                LUEDER, LARKIN & HUNTER, LLC

                By:   */s/ Elizabeth K. Lowrey*
                      ELIZABETH K. LOWREY
                      State Bar No.: 180959
                      CULLEN B. THRELKELD
                      State Bar No.: 669027

                *Attorneys for The Kroger Co.*

3535 Piedmont Road NE
Building 14, Suite 205
Atlanta, Georgia 30305
404-596-5324
elowrey@luederlaw.com
cthrelkeld@luederlaw.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1 and 7.1(D).  Specifically, counsel certifies that she has used 14 point Times New Roman as the font in these documents.

Respectfully submitted, this 23rd day of June, 2023.

                                        LUEDER, LARKIN & HUNTER, LLC

                                        */s/ Elizabeth K. Lowrey*
                                        ELIZABETH K. LOWREY
                                        State Bar No.: 180959
                                        CULLEN B. THRELKELD
                                        State Bar No.: 669027
                                        elowrey@luederlaw.com
                                        cthrelkeld@luederlaw.com
                                        *Attorneys for The Kroger Co.*

3535 Piedmont Road NE
Building 14, Suite 205
Atlanta, Georgia 30305
404-596-5324

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by using the CM/ECF system and / or depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Rian Banks, Esq.
Andre Dennis, Esq.
Toni Grier, Esq.
THE DENNIS LAW FIRM, LLC
101 Marietta Street, NW, Suite 2200
Atlanta, Georgia 30303
adennis@afirmthatfights.com
rbanks@afirmthatfights.com
toni@afirmthatfights.com

Respectfully submitted, this 23rd of June, 2023.

                                            LUEDER, LARKIN & HUNTER, LLC

                                            */s/ Elizabeth K. Lowrey*
                                            ELIZABETH K. LOWREY
                                            State Bar No.: 180959
                                            CULLEN B. THRELKELD
                                            State Bar No.: 669027
                                            elowrey@luederlaw.com
                                            cthrelkeld@luederlaw.com
                                            *Attorneys for The Kroger Co.*

3535 Piedmont Road NE
Building 14, Suite 205
Atlanta, Georgia 30305
404-596-5324