Case 1:23-mi-99999-UNA Document 2036-2 Filed 06/23/23 Page 1 of 6

2023CV01250
e-Filed 5/22/2023 2:01 PM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Cornelia Ramse[y]

SUMMONS

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **TONYA LETT**<br>Plaintiff,<br><br>v.<br><br>**THE KROGER CO.**,<br>Defendant. | CIVIL ACTION<br>FILE NO: 2023CV01250 |

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiffs' attorney, whose name and address is:

André Dennis
Rian Banks
Toni Grier
The Dennis Law Firm, LLC
101 Marietta Street NW
Suite 2200
Atlanta, GA 30303
(404) 850-7951

An answer to the complaint, which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __22__ day of __MAY__, 2023.

Clerk of State Court of Cobb County
By __/s/ Cornelia Ramsey__
Deputy Clerk

Case 1:23-mi-99999-UNA   Document 2036-2   Filed 06/23/23   Page 2 of 6

e-Filed 5/22/2023 2:01 PM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Cornelia Ramse

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TONYA LETT<br>　　Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br>　　Defendant. | CIVIL ACTION<br>FILE NO: 2023CV01250<br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT

COMES NOW Tonya Lett in the above-styled action and hereby files this complaint and shows this Honorable Court as follows:

1.

The Kroger Co. *(hereinafter "the Defendant")* is a foreign corporation registered in Georgia. CSC of Cobb County, Inc. is the Defendant's registered agent located at 192 Anderson Street SE, Suite 125, Marietta, Georgia, 30060. The Defendant may be served with a copy of this Complaint and Summons at its registered address.

2.

The Defendant has been properly served with process in this action.

3.

The State Court of Clayton County, Georgia, has jurisdiction over the subject matter of this action. Venue is proper for this court.

4.

On or about July 18, 2021, the Plaintiff was a patron at the Defendant's store located at 6555 Sugarloaf Parkway, Duluth, Georgia 30097.

5.

While exercising due care, Plaintiff was walking through the aisle then suddenly slipped and fell on a liquid substance.

6.

Defendant negligently failed to maintain a safe environment for their invitees by not taking the necessary precautionary measures for a wet floor.

7.

Defendant negligently failed to conform to a standard of conduct and exercise ordinary care in keeping the premises safe.

8.

Defendant breached that duty to conform to a standard of conduct and exercise ordinary care in keeping the premises safe.

9.

Defendant's breach of the duty to conform to a standard of conduct and exercise ordinary care in keeping the premises safe are the actual and proximate cause for Plaintiff's injuries.

10.

At all relevant times, Defendant owed premises owner-invitee duties to Plaintiff and not withstanding those duties, the Defendant did violate them in the following particulars:

   a) Failed to conform to a standard of conduct;
   b) Failed to exercise ordinary care;

c) Caused injury to an invitee on its premises;

d) And any other acts of negligence that may be proven at trial.

11.

The actions of the Defendant constitute a direct violation of O.C.G.A. § 51-3-1, where an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe.

12.

Defendant's negligence is the sole and proximate cause of Plaintiff's injuries.

13.

As a result of Defendant's negligence, Plaintiff has incurred reasonable, necessary, and continuing past, present, and future medical expenses from the injuries, and will continue to incur expenses in the future, in an amount to be proven at trial.

14.

As a further direct and proximate result of Defendant's negligence, Plaintiff has sustained physical pain and suffering as well as emotional distress, and Plaintiff will continue to suffer in the future.

15.

Because of these injuries, Plaintiff has incurred medical expenses of more than $8,623.50 to date.

16.

At all times mentioned herein, Plaintiff acted with reasonable care under the conditions and circumstances then existing.

17.

Plaintiff did not assume the risk nor was plaintiff comparatively negligent.

18.

Plaintiff seeks recovery of attorney's fees and expenses of litigation for Defendant being stubbornly litigious and putting Plaintiff through unnecessary trouble and expenses by forcing Plaintiff to file suit when Defendant's liability is clear.

19.

As a result of the Defendant and their agents' bad faith, stubborn litigiousness, and the unnecessary trouble and expenses Defendant has caused, Plaintiff is entitled to recover all expenses and attorney's fees pursuant to O.C.G.A. § 13-6-11.

**WHEREFORE, Plaintiff prays for the following:**

a) That service of process is issued upon the Defendant as provided by law;

b) That Plaintiff be awarded compensatory damages and general damages for pain and suffering, past, present and future in a sum and amount to be shown at trial in accordance with the enlightened conscious of an impartial jury;

c) That Plaintiff be awarded special damages in a sum and amount to be shown at trial in accordance with the enlightened conscious of an impartial jury;

d) That Plaintiff have a trial by jury on all issues;

e) For all costs of this action, including attorney's fees, all with interest, as provided by law;

f) That Plaintiff be awarded all the relief available under O.C.G.A. § 13-6-11; and

g) That Plaintiff have such other and further relief as this Honorable Court deems just and proper under the circumstances.

Respectfully submitted this 22nd day of May 2023,

                                      **THE DENNIS LAW FIRM, LLC**

                                      */s/ Rian Banks*
                                      Rian Banks
                                      Georgia Bar No. 556178
                                      Attorneys for Plaintiff

                                      André Dennis
                                      Georgia Bar No. 606645
                                      Attorneys for Plaintiff

                                      */s/ Toni Grier*
                                      Toni Grier
                                      Georgia Bar No. 496559
                                      Attorneys for Plaintiff

101 Marietta Street NW
Suite 2200
Atlanta, Georgia 30303
Tel: (404) 850-7951
Fax: (404) 850-7948