*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Latasha Currie

# IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

TONYA LETT,                              )
                                         )
    Plaintiff,                )          CIVIL ACTION FILE NO..: 2023CV01250
                                         )
V.                                       )
                                         )
THE KROGER CO.,                          )
                                         )
    Defendant.                )

## THE KROGER CO.'S ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW The Kroger Co. ("Defendant" and/or "Kroger"), and files this its Answer to Plaintiff's Complaint for Damages, and shows the Court the following:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Any injuries sustained by Plaintiff as a result of the incident complained of were not the result of any negligence on the part of Defendant; therefore, Plaintiff may not recover against Defendant in any amount.

### THIRD DEFENSE

Defendant shows that any injuries or damages sustained by Plaintiff were not the proximate result of any actionable act or omission on the part of Defendant; therefore, Plaintiff is not entitled to recover in any amount.

### FOURTH DEFENSE

In response to the individually numbered paragraphs contained in Plaintiff's Complaint, Defendant responds as follows:

1.

Defendant admits the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.

Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.

Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.

Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.

Defendant admits Plaintiff slipped and fell on a liquid substance. Defendant denies Plaintiff was exercising due care. Any allegation contained in Paragraph 5 of Plaintiff's Complaint not specifically admitted by Defendant herein is denied.

6.

Defendant denies the allegations contained in Paragraph 6 of Plaintiff's Complaint. Defendant further shows that there were warning cones around the area where Plaintiff slipped and fell, which Plaintiff disregarded and walked past.

7.

Defendant denies the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8.

Defendant denies the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.

Defendant denies the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10.

Defendant admits it owed Plaintiff a duty of ordinary care. Defendant denies the remaining allegations contained in Paragraph 10 of Plaintiff's Complaint.

11.

Defendant denies the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12.

Defendant denies the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13.

Defendant denies the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14.

Defendant denies the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15.

Defendant denies the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16.

Defendant denies the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17.

Defendant denies the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18.

Defendant denies the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.

Defendant denies the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20.

Defendant denies the allegations of any prayer for damages or relief or any of the allegations proceeding the "WHEREFORE" clause in Plaintiff's Complaint.

Defendant denies each and every allegation contained in Plaintiff's Complaint to which no response has previously been made.

WHEREFORE, having fully responded to Plaintiff's Complaint, Defendant demands that it be discharged, with costs cast against the remaining parties.

*[Executed on the Following Page]*

Respectfully submitted this 23rd day of June, 2023.

LUEDER, LARKIN & HUNTER, LLC

*/s/ Elizabeth K. Lowrey*
ELIZABETH K. LOWREY
GA Bar No.: 180959
BEVERLY O'HEARN
GA Bar No.: 287650
*Attorneys for Defendant*

3535 Piedmont Road,
Building 14, Suite 205
Atlanta, Georgia 30305
(404) 596-5324 (direct & fax)
elowrey@luederlaw.com
bohearn@luederlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

_____X_____          Electronically filing this document with PeachCourt / Odyssey which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E):

_____          Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

_____          Depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Rian Banks, Esq.
Andre Dennis, Esq.
Toni Grier, Esq.
THE DENNIS LAW FIRM, LLC
101 Marietta Street, NW, Suite 2200
Atlanta, Georgia 30303

Respectfully submitted this 23rd day of June, 2023.

LUEDER, LARKIN & HUNTER, LLC

*/s/ Elizabeth K. Lowrey*
ELIZABETH K. LOWREY
GA Bar No.: 180959
BEVERLY O'HEARN
GA Bar No.: 287650
*Attorneys for Defendant*

3535 Piedmont Road,
Building 14, Suite 205
Atlanta, Georgia 30305
(404) 596-5324 (direct & fax)
elowrey@luederlaw.com
bohearn@luederlaw.com

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Latasha Currie

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TONYA LETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| V. | ) | |
| | ) | 2023CV01250 |
| THE KROGER CO., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S JURY TRIAL DEMAND

COMES NOW THE KROGER CO., (hereinafter "Kroger" and/or "Defendant") and

hereby demands a trial by twelve (12) persons.


Respectfully submitted this 23rd day of June, 2023.

LUEDER, LARKIN & HUNTER, LLC

*/s/ Elizabeth K. Lowrey*
ELIZABETH K. LOWREY
GA Bar No.: 180959
BEVERLY O'HEARN
GA Bar No.: 287650
*Attorneys for Defendant*


3535 Piedmont Road,
Building 14, Suite 205
Atlanta, Georgia 30305
(404) 596-5324 (direct & fax)
elowrey@luederlaw.com
bohearn@luederlaw.com

2023CV02580

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

      X                     Electronically filing this document with PeachCourt / Odyssey which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E):

                           Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

                           Depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Rian Banks, Esq.
Andre Dennis, Esq.
Toni Grier, Esq.
THE DENNIS LAW FIRM, LLC
101 Marietta Street, NW, Suite 2200
Atlanta, Georgia 30303

Respectfully submitted this 23rd day of June, 2023.

LUEDER, LARKIN & HUNTER, LLC

*/s/ Elizabeth K. Lowrey*
ELIZABETH K. LOWREY
GA Bar No.: 180959
BEVERLY O'HEARN
GA Bar No.: 287650
*Attorneys for Defendant*

3535 Piedmont Road,
Building 14, Suite 205
Atlanta, Georgia 30305
(404) 596-5324 (direct & fax)
elowrey@luederlaw.com
bohearn@luederlaw.com

2