EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2020-03157 |

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Jeffrey Jones Jr. | 4049879051 | 1984 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8104 Webb Road | Riverdale, GA 30274 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Chick-fil-A | 15+ | 4047621333 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1065 Cleveland Avenue | East Point, GA 30344 |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Chick-fil-A | 100+ | 8662322040 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5200 Buffington Road | Atlanta, GA 30349 |

RECEIVED JAN 24 2020 EEOC-ATDO

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2019  Latest: 1/16/2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the above named Employer in late 2018. Around Christmas 2018, I heard one of my managers, Muna, flirting with/sexually harassing my girlfriend, Destiny Lawrence. Specifically, a Nicki Minaj song was playing on the radio. One of the lyrics said something like, "It ain't your spit game, it's your d*** game." After that lyric played on the radio, Muna looked at my girlfriend and asked for that song lyric to be replayed. My girlfriend had already complained to me that Muna was sexually harassing her. She had told me that he had repeatedly made comments about how pretty she was and asked her lots of questions about her dating life. He seemed to not want to take "no" as an answer. When I heard him asked that that song lyric be replayed while looking at my girlfriend, I felt his actions were inappropriate and I let him know that his actions constituted sexual harassment. Muna's brother, Chucka, overheard my complaint to Muna. Shortly thereafter, both myself and my girlfriend were terminated. Approximately six months later, I was asked to return to Chick-fil-A. When I returned, it was clear to me that Chucka and Muna were not happy that I was back. My hours fluctuated substantially and I was often given the least desirable shifts. Further, Chucka and Muna repeatedly called me into the office and counseled me for things that no other employees were counseled for. Then on January 16, 2020, an employee splashed water on my girlfriend. I advised the employee that he should apologize and as a result I was terminated.

I believe that I have been terminated and retaliated against for my complaint of sexual harassment in Violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>1/24/20 — [signature]<br>Date / Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |