EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2020-03159 |

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Destiny Lawrence | 7709055074 | 1993 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8104 Webb Road | Riverdale, GA 30274 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Chick-fil-A | 15+ | 4047621333 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1065 Cleveland Avenue | East Point, GA 30344 |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Chick-fil-A | 100+ | 8662322040 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5200 Buffington Road | Atlanta, GA 30349 |

RECEIVED JAN 24 2020 EEOC-ATDO

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2018    Latest: 1/16/2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the above named employer in 2015. In approximately late 2018, I transferred to Chick-fil-A's Cleveland Avenue store. Shortly after I transferred to the Cleveland Avenue location, I began to be sexually harassed by a manager named Muna. Muna asked me lots of questions about my dating life and commonly told me how attractive he found me. I repeatedly let Muna know that I was not interested in him, but his harassment continued. I began dating a coworker of mine named Jeff Jones. In late 2018, a Nicki Minaj song was playing on the radio. A lyric in the song mentioned "It's not your spit game, it's you d*** game." Muna asked that that lyric of the song be replayed. He looked at me and laughed. My boyfriend, Jeff, got upset and made a complaint of sexual harassment. Muna's brother, Chucka, heard my complaint. Chucka terminated both me and my boyfriend for the complaint of sexual harassment. Approximately one week later, I was rehired. When I returned to work, it was clear to me that Chucka the store manager and his brother, Muna, were not happy that I was back. I have the disease Multiple Sclerosis (MS). After my return, I was allowed no accommodations for my MS. For example, when I handled hot chicken I wanted to wear two gloves. Muna and Chucka told me I was not allowed to wear two gloves. I pointed out that another employee, DeShaun Hussey, wears two gloves. They responded that he was allergic to the chicken and thus had to wear two gloves. I said, "I have MS." They didn't seem to care. I was forced to wear one glove and deal with the excessive pain that resulted from my disability. Further, I was placed in work assignments that maximized problems with my MS. For example, I was often asked to work the French fry station where I was having numbness in my hands and found it difficult to handle the baskets. I repeatedly asked for an accommodation, but Muna and Chucka laughed. I was hospitalized approximately four times in 2019 for MS. Each time I was hospitalized, I was written up despite the fact that my employer knew that my hospitalization was related to my disability. Often, when I returned to work after my hospitalization, my hours were cut and I was removed from the schedule. On January 16, 2020 another employee splashed water on me. I asked the employee to apologize and he refused. I reported the employee's rude behavior to my boyfriend, Jeff, who was the acting manager at the time. The employee complain to Chucka and Chucka terminated me as well as my boyfriend.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1/24/2020    [signature] Destiny Lawrence
Date    Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☐ EEOC | Agency(ies) Charge No(s):<br>410-2020-03159 |
|---|---|---|
| | State or local Agency, if any | and EEOC |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I believe I have been discriminated against and retaliated against in violation of both Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 1/24/2020<br>Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |