# EXHIBIT A

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2023-05243 |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Brianna Hines | (678) 595-0051 | April 9, 1993 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2181 Apollo Place | Lithonia, GA 30058 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Brandon Wine Insurance and Financial Services, Inc. d/b/a State Farm Insurance Agency | 15+ | (770) 350-0150 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 470 Franklin Gateway SE Ste 106 | Marietta, GA 30067 | Received 3/14/2023 ATDO |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest                    Latest
                    February 15, 2023

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I.      On or around November 2019, I began working for the employer as a Billing Specialist, which later became the Billing Specialist/Sales Support role. I am African American. Throughout my employment, General Manager, Matt Marston, made derogatory racial comments, jokes, or statements such as: "why do white people own pets? Because they can't own black people," "the reason the company hired black people is so they can keep them enslaved," and more. Matt also gave my eating bowl to his dog to use. The owner, Brandon Wine, was aware of these types of comments and allowed it.

II.     On or around April 2022, I found out that I was pregnant and informed Brandon Wine and he told me he would look into how my maternity leave would work and when I would be able to take it since I was the first female to be pregnant in that office. I asked if there were any documents for me to complete for my leave but was not provided any documents at that time. When the General Manager Matt Marston saw that I was still pregnant some time later, he said, "Oh, you're going to actually keep it?" as if his question was just a joke. The company does not have an HR department so there is no one to report to regarding issues with the General Manager and Owner.

III.    On or around October 2022, I emailed my manager, Cassidy, to let her know how I wanted to take leave since I had not heard from anyone. My request included exhausting my remaining PTO leave starting November 16, 2022, through November 23, and then my remaining leave to begin November 28, 2022, through February 20, 2023.

IV. On or around February 15, 2023, Brandon Wine called me and stated I was terminated because he thought it was best that we go our separate ways, that he felt I was unhappy, and that they had eliminated my position.

V.      I believe I was discriminated in violation of Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>03/14/2023<br>Date<br><br>Electronically Signed 2023-03-14 17:53:34 UTC - 99.56.7.145<br>Brianna Hines<br>Nintex AssureSign® d79efdc9-76e6-4804-a65e-afc5011caf10<br>Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Ianna O. Richardson | <ianna@justiceatwork.com> | Barrett & Farahany