AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| JOHNNY SMITH PHOEUK ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| ALEJANDRO MAYORKAS et. al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOHNNY SMITH PHOEUK .

Date: 06/27/2023

/s/ Rachel S. Binstock
*Attorney's signature*

Rachel S. Binstock GA 631104
*Printed name and bar number*
SCHWARTZ POSEL IMMIGRATION LAW GROUP
5500 Interstate North Parkway NW, Ste. 450
Atlanta, GA 30328

*Address*

rbinstock@immlawfirm.com
*E-mail address*

(770) 951-1100
*Telephone number*

(770) 951-1113
*FAX number*