# EXHIBIT A

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2023-05132 |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Olivia Harrington** | **(770) 344-9892** | **May 28, 1963** |

| Street Address | City, State and ZIP Code |
|---|---|
| **136 Ridgecrest Drive** | **Ball Ground, GA 30107** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Caire Inc.** | 500+ | **(800) 482-2473** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **2200 Airport Industrial Dr. Suite 500** | **Ball Ground, GA 30107** | Received 3/2/2023 ATDO |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
                  January 13, 2023

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.      On or around August 2008, I began working for the company as a Generalist through a staffing agency. I was officially hired in January 2009 and my last position was as an International Shipping Clerk. I am 59 ½ years old and worked for the company for about 14 years. I was the oldest and one of the highest-paid employees in our department.

II.     On or around 2018, I informed the company that I was diagnosed with fibromyalgia. On or around December 2022, I informed them that my daughter had also been diagnosed with breast cancer, so I would need time to help her. I asked for FMLA Leave so that I could care for myself as well as help my daughter, who has three young children. My managers, Kip Brewer, Montana Hardnet, David Pendergraft, and Quartez Deans allowed me to leave work to attend my appointments and then I would come back and finish my workday. I was later written up for the days I went to the doctor, which caused me to accumulate points. During this same month, I was written up for not correcting another employees' mistakes that they had me training for my position. Both employees were significantly younger than me, one in their 20's and another in their 30's.

III.    On or around January 13, 2023, the company terminated me stating that it was for poor performance, but this is pretext. I was never given repeated feedback or coaching or instructed to do my job a different way. In addition, I was not the only person performing the duties in the way that I did but I was the only one terminated.

III.    I believe I was discriminated against in violation of Age Discrimination in Employment Act of 1967, Title VII of the Civil Rights Act of 1964.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 03/01/2023         *Electronically Signed*  2023-03-01 23:05:51 UTC - 172.59.64.88<br>**Olivia Harrington**<br>Nintex AssureSign®       3ae92610-6414-4712-8f35-afb801798dd1<br>Date              Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Ianna O. Richardson | ianna@justiceatwork.com | Barrett & Farahany