Amber Mathis

Tue, Dec 7, 1:38 PM

> Hey Amber, I hope all is well with your mom today. I just wanted to let you know that I submitted for a LOA through the Reed group to start tomorrow through January 10th.    1:38 PM

Hey, I appreciate that and thanks for letting me know. Hope all is ok with you. Take care of yourself and let me know if you need anything and we'll see you after the 10th.    1:40 PM

> Thanks so much.   1:42 PM

Thu, Dec 9, 10:24 AM

> Hey, I'm using my PTO for Wednesday Thursday and Friday so I'll have a full paycheck next week and after that my short term disability should be active.   10:24 AM

Hey! Ok I will go in right now and apply. Hope you are doing ok. Let me know if you need anything    10:39 AM