**Amber Mathis**

> Hey I emailed you about my skeps and my time for today.

*Jul 9, 2021, 10:52 AM*

> I literally have 3 skeps with the exception of the 2 exclusions and my STC is not working again. Lawd 😢

*iMessage*
*Jul 9, 2021, 12:04 PM*

Omgosh! Speaking of skeps I just did your audit, your skeps are great, well done!

100% on both

> Thanks

*Jul 12, 2021, 8:58 AM*

> GM can you please make sure I have no missing punches for my team. I fixed everything up to Friday morning and didn't approve just in case someone reached out to another coach.

*iMessage*

Sure can