# Exhibit A

5757 PHANTOM DRIVE SUITE 250
HAZELWOOD, MO 63042

JHPDE FINANCE I, LLC
January 12, 2023

MARIA JOHNSON

Dear MARIA JOHNSON

Our office is in receipt of your request for verification pursuant to 15 U.S.C. § 1692g of the Fair Debt Collection Practices Act. We have confirmed the name and address listed on the account, as well as the amount owed. Listed below is a summary of the account. Upon review of the documentation from the original creditor, we deem this account validated.

Should you have any questions regarding this account, please feel free to contact us at (800) 204-3462.

Original Creditor:                               Citibank N.A.
Last 4 digits of Original Creditor    0676
Account Number:
JHPDE FINANCE I Account Number:        7408
Balance at Charge Off:                   $543.06
Added Interest:                          $0.00
Added Fees:                              $0.00
Current Balance:                         $533.63

Thank you,
JHPDE FINANCE I, LLC
(800) 204-3462

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please see additional page(s) for State specific disclosures.