

| GEORGIA CORPORATIONS DIVISION | GEORGIA SECRETARY OF STATE BRAD RAFFENSPERGER |

HOME (/)

**BUSINESS SEARCH**

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | THE HANOVER INSURANCE COMPANY | Control Number: | H855110 |
| Business Type: | Foreign Insurance Company | Business Status: | Active/Compliance |
| Business Purpose: | NONE | | |
| Principal Office Address: | 440 Lincoln Street, Worcester, MA, 01653, USA | Date of Formation / Registration Date: | 10/18/1938 |
| Jurisdiction: | New Hampshire | Last Annual Registration Year: | 2023 |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | C T CORPORATION SYSTEM |
| Physical Address: | 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| County: | Gwinnett |

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Charles F Cronin | Secretary | 440 Lincoln Street, Worcester, MA, 01653, USA |
| Jeffrey Mark Farber | CFO | 440 Lincoln Street, Worcester, MA, 01653, USA |
| John Connor Roche | CEO | 440 Lincoln Street, Worcester, MA, 01653, USA |

Back                Filing History        Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19        Report a Problem?