

| | GEORGIA SECRETARY OF STATE |
|---|---|
| **GEORGIA CORPORATIONS DIVISION** | **BRAD RAFFENSPERGER** |

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **PREFERRED CHIROPRACTIC, LLC** | Control Number: | **0259200** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **650 Hamilton Ave SE, Suite C, ATLANTA, GA, 30312, USA** | Date of Formation / Registration Date: | **11/22/2002** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2023** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Amanda Cain** |
| Physical Address: | **650 Hamilton Ave SE, Suite C, Atlanta, GA, 30312, USA** |
| County: | **Fulton** |

Back                    Filing History      Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19            Report a Problem?