IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| PREFERRED CHIROPRACTIC, LLC , | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: 23-C-03743-S7 |
| THE HANOVER INSURANCE COMPANY | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE TO ALL PARTIES AND COURT OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT

To:

Tiana P. Garner
Clerk, State Court of Gwinnett County
75 Langley Drive SW
Lawrenceville, GA 30046

Ryan Baxter, Esq.
Baxter Law Firm, LLC
2400 Herodian Way, Suite 220
Smyrna, Georgia 30080

You are hereby notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case <u>Preferred Chiropractic, LLC v. The Hanover Insurance Company</u>, Civil Action No. 23-C-03743-S7, in the State Court of Gwinnett County, in accordance with the provisions of Section 1331, Title 28 of the United States Code.  Copies of said Notice filed are attached hereto.

This 29th day of June, 2023.

**SCRUDDER, BASS, QUILLIAN, HORLOCK, LAZARUS & ADELE, LLP**

*/s/ William W. Horlock, Jr.*
William W. Horlock, Jr.
Georgia Bar No. 366980
*Counsel for Defendant*

900 Circle 75 Parkway, Suite 850
Atlanta, GA  30339
Telephone: (770) 612-9200
Facsimile: (770) 612-9201
bhorlock@scrudderbass.com

**EXHIBIT D**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT** upon all parties to this matter by depositing a true and correct copy of same via Statutory Electronic Service and/or U.S. Mail addressed to counsel of record as follows:

Ryan Baxter, Esq.<br>
Baxter Law Firm, LLC<br>
2400 Herodian Way, Suite 220<br>
Smyrna, Georgia 30080<br>
ryan@baxlegal.com

This 29th day of June, 2023.

*/s/ William W. Horlock, Jr.*
William W. Horlock, Jr.