# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| PREFERRED CHIROPRACTIC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION CASE NO.: |
| | ) | |
| v. | ) | _____ |
| | ) | |
| THE HANOVER INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1.

Pursuant to Local Rule 3.3, Defendant, by and through counsel, certifies that the following is a full and complete list of all parties in this action:

**Plaintiff:** Preferred Chiropractic, LLC

**Defendant:** The Hanover Insurance Company.

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent

1

corporation) having either a financial interest in or interest which could be substantially affected by the outcome of this particular case:

**Plaintiff:** Preferred Chiropractic, LLC

**Defendant: The Hanover Insurance Company is a wholly owned subsidiary of The Hanover Insurance Group, Inc. (a Delaware corporation). No publicly traded entity owns more than 10% of the outstanding shares of The Hanover Insurance Group, Inc.**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiff:** Ryan Baxter, Esq.
Baxter Law Firm, LLC
2400 Herodian Way, Suite 220
Smyrna, Georgia 30080

**Counsel for Defendant:** William W. Horlock, Jr., Esq.
Scrudder, Bass, Quillian, Horlock,
Lazarus & Adele, LLP
900 Circle 75 Parkway, Suite 850
Atlanta, GA  30339

Respectfully submitted this 29th day of June, 2023.

                **SCRUDDER, BASS, QUILLIAN,**
                **HORLOCK, LAZARUS & ADELE, LLP**

                */s/ William W. Horlock, Jr.*
                William W. Horlock, Jr.
                Georgia Bar No. 366980
                *Counsel for Defendant*

900 Circle 75 Parkway, Suite 850
Atlanta, GA  30339
Telephone: (770) 612-9200
Facsimile: (770) 612-9201
bhorlock@scrudderbass.com

# CERTIFICATE OF SERVICE[1]

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** upon all parties to this matter by depositing a true and correct copy of same via Statutory Electronic Service and/or US Mail addressed to counsel of record as follows:

Ryan Baxter, Esq.
Baxter Law Firm, LLC
2400 Herodian Way, Suite 220
Smyrna, Georgia 30080
ryan@baxlegal.com

This 29th day of June, 2023.

*/s/ William W. Horlock, Jr.*
William W. Horlock, Jr.

---

[1] **LOCAL RULE 7.1(D) CERTIFICATION:** The undersigned counsel hereby certify that this document has been prepared in accordance with Local Rule 5.1(B) of the Northern District of Georgia.

1010749_1                             4