EXHIBIT 9

| | |
|---|---|
| **From:** | Portwood, Molly |
| **To:** | cvilloslada@ycst.com; oarmon@cooley.com; Arora, Priya; tgibbs@cooley.com; lstrosnick@cooley.com; amwood@cooley.com; zsightsciencesivantis@cooley.com; dmurdter@cooley.com; jdouglas@cooley.com; mgassaway@ycst.com; rhyums@cooley.com; thallowell@ycst.com; *jhiggins@ycst.com; *msharp@ycst.com; cvanderwall@cooley.com |
| **Cc:** | SKIvantis@shawkeller.com; #Alcon-SightSciences |
| **Subject:** | RE: C.A. No. 21-1317-GBW-SRF Sight Sciences, Inc. v. Ivantis, Inc. et al. - Deposition Notice and Subpoena |
| **Date:** | Friday, June 9, 2023 5:30:12 PM |

Counsel,

As a follow-up, please let us know today whether you will accept service on Dr. Brown's behalf. Thank you.

**Molly Portwood**
Junior Paralegal (she/her)
_____
**KIRKLAND & ELLIS LLP**
401 Congress Avenue, Austin, TX 78701
**T** +1 512 954 4678
**F** +1 512 678 9101
_____
molly.portwood@kirkland.com

---

**From:** Portwood, Molly <molly.portwood@kirkland.com>
**Sent:** Friday, June 9, 2023 4:02 PM
**To:** cvilloslada@ycst.com; oarmon@cooley.com; Arora, Priya <PArora@cooley.com>; tgibbs@cooley.com; lstrosnick@cooley.com; amwood@cooley.com; zsightsciencesivantis@cooley.com; dmurdter@cooley.com; jdouglas@cooley.com; mgassaway@ycst.com; rhyums@cooley.com; thallowell@ycst.com; *jhiggins@ycst.com <jhiggins@ycst.com>; *msharp@ycst.com <msharp@ycst.com>; cvanderwall@cooley.com
**Cc:** SKIvantis@shawkeller.com; #Alcon-SightSciences <Alcon-SightSciences@kirkland.com>
**Subject:** C.A. No. 21-1317-GBW-SRF Sight Sciences, Inc. v. Ivantis, Inc. et al. - Deposition Notice and Subpoena

Counsel,

Please see attached for the following:

- Defendants' 30(b)(1) Deposition Notice of Jim Rodberg
- Defendants' Subpoena Duces Tecum to Reay Brown

Thank you.

**Molly Portwood**
Junior Paralegal (she/her)
_____
**KIRKLAND & ELLIS LLP**
401 Congress Avenue, Austin, TX 78701
**T** +1 512 954 4678
**F** +1 512 678 9101

=====================================================

molly.portwood@kirkland.com