IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JARIUS IGLEHART,<br><br>           Plaintiff,<br><br>v.<br><br>B&T EXPRESS, INC., RLI INSURANCE CO., AND LEVON KNOX,<br><br>           Defendants. | Civil Action No. 23A02289 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Clerk, State Court of DeKalb County, Georgia

COMES NOW, B&T Express, Inc., RLI Insurance Co., and Levon Knox, named Defendants in the above-styled civil action, and, by and through counsel, provide the following notice to the Court:

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal in this action with the United States District Court for the Northern District of Georgia, Atlanta Division.  A copy of the *Notice of Removal*, without exhibits, is attached hereto as **Exhibit A.**

Pursuant to 28 U.S.C. §1446(d), this Court is precluded from taking any further action with respect to this case unless and until same is remanded to it by order of the United States District Court for the Northern District of Georgia, Atlanta Division.



This 29th day of June, 2023.

        MCANGUS GOUDELOCK & COURIE, LLC

        *[signature]*

        _____
        JASON D. HERGENROETHER (GA Bar No. 348323)
        jason.hergenroether@mgclaw.com
        CAMILLE DIZON (GA Bar No. 953073)
        camille.dizon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 510-1530
        *Attorney for Defendants*

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JARIUS IGLEHART,<br><br>　　　　Plaintiff,<br><br>v.<br><br>B&T EXPRESS, INC., RLI INSURANCE CO., AND LEVON KNOX,<br><br>　　　　DefendantS. | Civil Action No. 23A02289 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing using the Court's electronic filing system, which automatically sends notice to the following counsel of record:

> Email: ay@lawyeratl.com
> Allen Yates
> Yates & Wheland
> 412 Georgia Avenue Suite 102
> Chattanooga, TN 37403, United States
> Attorney for Jarius Iglehart

This 29th day of June, 2022.

　　　　　　　　　　　　　　　　MCANGUS GOUDELOCK & COURIE, LLC

　　　　　　　　　　　　　　　　*/s/ Jason D. Hergenroether*

　　　　　　　　　　　　　　　　JASON D. HERGENROETHER (GA Bar No. 348323)
　　　　　　　　　　　　　　　　jason.hergenroether@mgclaw.com
　　　　　　　　　　　　　　　　CAMILLE DIZON (GA Bar No. 953073)
　　　　　　　　　　　　　　　　camille.dizon@mgclaw.com
　　　　　　　　　　　　　　　　Post Office Box 57365
　　　　　　　　　　　　　　　　270 Peachtree Street, NW, Suite 1800 (30303)
　　　　　　　　　　　　　　　　Atlanta, Georgia 30343
　　　　　　　　　　　　　　　　(678) 510-1530
　　　　　　　　　　　　　　　　*Attorney for Defendants*

Case 1:23-mi-99999-UNA   Document 2077-3   Filed 06/29/23   Page 4 of 4