# AFFIDAVIT OF SERVICE

**State of Georgia**  |  **County of Dekalb**  |  **State Court**

Case Number: 23A02289

Plaintiff: **Jarius Iglehart**
vs.
Defendant: **B&T Express Inc, et al**

For: C. Allen Yates
Yates & Wheland

Received by Ancillary Legal Corporation on the 24th day of May, 2023 at 1:05 pm to be served on **RLI Insurance Company c/o Jeffrey D Fick - Reg Agent, 9025 N Lindbergh Dr, Peoria, IL 61615** I, _Sadie M. Donald_, being duly sworn, depose and say that on the _6_ day of _June_, 20_23_ at _1:16_ p.m., executed service by delivering a true copy of the **Summons, Complaint** in accordance with state statutes in the manner marked below:

(X) PUBLIC AGENCY: By serving _Jeffrey D. Fick_ as _Registered Agent_ of the within named agency.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Age _55_ SEX (M) F  Race _C_  Height _5'8"_  Weight _160_  Hair _BRN_  Glasses Y (N)
COMMENTS: _Verified he was R.A. He accepted documents._

Age ___ Sex M F Race ___ Height ___ Weight ___ Hair ___ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Sadie M. Donald_
PROCESS SERVER # _129.466200_
Appointed in accordance with State Statutes

Subscribed and Sworn to before me on the _7_ day of _June_, _2023_ by the affiant who is personally known to me.

_Jessica Roper_
NOTARY PUBLIC

Official Seal
Jessica Roper
Notary Public State of Illinois
My Commission Expires 10/26/2026

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: 2023005907
Ref: Iglehart

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

STATE COURT OF
DEKALB COUNTY, GA.
6/8/2023 4:23 PM
E-FILED
BY: Kelly M Johnson


EXHIBIT C

## AFFIDAVIT OF SERVICE

**State of Georgia**  **County of Dekalb**  **State Court**

Case Number: 23A02289

Plaintiff: **Jarius Iglehart**
vs.
Defendant: **B&T Express Inc, et al**

For: C. Allen Yates
Yates & Wheland

Received by Ancillary Legal Corporation on the 24th day of May, 2023 at 1:05 pm to be served on **B&T Express Inc c/o Thomas Cook - Reg Agent, 400 Miley Rd, North Lima, OH 44452** I, _Charles Metzger_, being duly sworn, depose and say that on the _30th_ day of _May_, 20_23_ at _9:20_ a.m., executed service by delivering a true copy of the **Summons, Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(✓) CORPORATE SERVICE: By serving _Thomas Cook_ as _Registered Agent_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Age _60_ SEX (M) F Race _Caucasian_ Height _5'7"_ Weight _170_ Hair _Black_ Glasses Y (N)
COMMENTS: _____

Age _60_ Sex (M) F Race _Caucasian_ Height _5'7"_ Weight _170_ Hair _Black_ Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _1st_ day of _June_, _2023_ by the affiant who is personally known to me.

_Briaunna L. Miller_
NOTARY PUBLIC

PROCESS SERVER # _N/a_
Appointed in accordance with State Statutes

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: 2023005905
Ref: Iglehart

BRIAUNNA L. MILLER
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
April 8, 2024

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

## AFFIDAVIT OF SERVICE

**State of Georgia**                     **County of Dekalb**                     **State Court**

Case Number: 23A02289

Plaintiff:
**Jarius Iglehart**

vs.

Defendant:
**B&T Express Inc, et al**

For:
C. Allen Yates
Yates & Wheland
412 Georgia Avenue
Suite 102
Chattanooga, TN 37403

Received by Ancillary Legal Corporation on the 24th day of May, 2023 at 1:35 pm to be served on **Levon Knox, 239 Seed Rd, Gordo, AL 35466**.

I, Ronald Rainey, being duly sworn, depose and say that on the **26th day of May, 2023** at **9:46 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons, Complaint to Jaterria Knox** as **Co-Resident** at the address of: **239 Seed Rd, Gordo, AL 35466**, the within named person's usual place of **Abode**, who resides therein, and is a person of suitable age and discretion.

**Additional Information pertaining to this Service:**
5/26/2023  9:46 am  Perfected sub-service at 239 Seed Rd Gordo, AL 35466. Served Jaterria Knox, the niece of Levon Knox. She is a B/F, 21, 5'6", 123lbs, with Black hair and glasses.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

_____
**Ronald Rainey**
Process Server

Subscribed and Sworn to before me on the __1st__ day of ___June___, __2023__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Daniel Moore
Notary Public
My Commission Expires
April 1, 2026

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2023005906
Ref: Iglehart

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

STATE COURT OF
DEKALB COUNTY, GA.
6/1/2023 4:37 PM
E-FILED
BY: Kelly M Johnson