IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JARIUS IGLEHART,<br><br>Plaintiff,<br><br>v.<br><br>B&T EXPRESS, INC., RLI INSURANCE CO., AND LEVON KNOX,<br><br>Defendants. | Civil Action No. _____ |

## AFFIDAVIT OF CAMILLE D. DIZON

Personally appeared before the undersigned officer, duly authorized to administer oaths in Georgia, CAMILLE D. DIZON, who having been sworn, deposes and states the following:

1.

My name is Camille D. Dizon. I am over 18 years old, and I am competent to testify to the matters stated in this affidavit. This testimony is based on my personal knowledge.

2.

I am counsel for Defendants in the above-captioned case.



EXHIBIT D

3.

I spoke to Allen Yates, counsel for Plaintiff, over the phone on June 27, 2023.

4.

During that conversation, Mr. Yates informed me that Plaintiff was hospitalized for several days following the June 1, 2021 subject accident due to "massive hematomas" and eventually had a heart attack.

**FURTHER AFFIANT SAYETH NOT.**

_____
Camille D. Dizon

Sworn and subscribed before me this 29 day of June, 2023.

_____
Notary Public
My Commission Expires: 12-8-2025