IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JARIUS IGLEHART

    Plaintiffs,

v.

B&T EXPRESS, INC., RLI INSURANCE CO., AND LEVON KNOX,

    Defendants.

Civil Action No. _____

**DEFENDANT RLI INSURANCE CO.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1.

COMES NOW, Defendant RLI Insurance Co. by through its undersigned counsel of record, and, pursuant to Fed. R. Civ. P. 7.1 and to Local Rule 3.3, hereby discloses the following subsidiary corporations of Defendant RLI Insurance Company:

Response: Defendant RLI Insurance Company is a wholly-owned subsidiary of publicly traded RLI Corp. RLI Corp. is publicly traded on the New York Stock Exchange.

2.



The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Response: State Street Corp., BlackRock, Inc., and Vanguard Group, Inc. own 10% or more of RLI Corp.'s stock.

3.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

RESPONSE: Defendant RLI Insurance Co. identifies the following individuals, all of whom may be contacted through counsel for Defendant RLI Insurance Company: Craig Kliethermes, Jeffrey D. Fick, Todd W. Bryant.

4.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

RESPONSE: Jason D. Hergenroether (GA Bar No. 348323) and Camille D. Dizon (GA Bar No. 953073)

This the 29th day of June, 2023.

        MCANGUS GOUDELOCK & COURIE, LLC

        */s/ Camille D. Dizon*
        JASON D. HERGENROETHER (GA Bar No. 348323)
        Jason.hergenroether@mgclaw.com
        CAMILLE D. DIZON (GA Bar No. 953073)
        camille.dizon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 510-1687
        Attorneys for Defendants

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendants hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 29th day of June, 2023.

        MCANGUS GOUDELOCK & COURIE, LLC

        /s/ Camille D. Dizon

        CAMILLE DIZON, ESQ.
        Georgia State Bar No.: 953073
        Camille.Dizon@mclaw.com
        270 Peachtree Street, NW, Suite 1800
        Atlanta, Georgia 30303
        (678) 510-1434 Phones
        *Attorney for the Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DEFENDANT RLI INSURANCE CO.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

Allen Yates
Yates & Wheland
412 Georgia Avenue- Suite 102
Chattanooga, TN 37403

This the 29th day of June, 2023.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Camille D. Dizon*
JASON D. HERGENROETHER (GA Bar No.)
Jason.hergenroether@mgclaw.com
CAMILLE D. DIZON (GA Bar No. 953073)
camille.dizon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 510-1687
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JARIUS IGLEHART<br><br>Plaintiffs,<br><br>v.<br><br>B&T EXPRESS, INC., RLI INSURANCE CO., AND LEVON KNOX,<br><br>Defendants. | Civil Action No. _____ |

# **DEFENDANT B&T EXPRESS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1.

COMES NOW, Defendant B&T Express, Inc.by through its undersigned counsel of record, and, pursuant to Fed. R. Civ. P. 7.1 and to Local Rule 3.3, hereby discloses the following subsidiary corporations of Defendant B&T Express, Inc.:

Response: N/A

2.

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Response: N/A

3.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

RESPONSE: Defendant B&T Express, Inc. identifies the following individuals, all of whom may be contacted by counsel for Defendants: B&T Express, Inc. and Defendant RLI Insurance Co.

4.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

RESPONSE: Jason D. Hergenroether (GA Bar No. 348323) and Camille D. Dizon (GA Bar No. 953073)

This the 29th day of June, 2023.

[Signatures continued on next page]

        MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Camille D. Dizon*
JASON D. HERGENROETHER (GA Bar No. 348323)
Jason.hergenroether@mgclaw.com
CAMILLE D. DIZON (GA Bar No. 953073)
camille.dizon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 510-1687
Attorneys for Defendants

3

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendants hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 29th day of June, 2023.

        MCANGUS GOUDELOCK & COURIE, LLC

/s/ Camille D. Dizon

CAMILLE DIZON, ESQ.
Georgia State Bar No.: 953073
Camille.Dizon@mclaw.com
270 Peachtree Street, NW, Suite 1800
Atlanta, Georgia 30303
(678) 510-1434 Phones
*Attorney for the Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DEFENDANT B&T EXPRESS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

> Allen Yates
> Yates & Wheland
> 412 Georgia Avenue- Suite 102
> Chattanooga, TN 37403

This the 29th day of June, 2023.

> MCANGUS GOUDELOCK & COURIE, LLC
>
> */s/ Camille D. Dizon*
> JASON D. HERGENROETHER (GA Bar No.)
> Jason.hergenroether@mgclaw.com
> CAMILLE D. DIZON (GA Bar No. 953073)
> camille.dizon@mgclaw.com
> Post Office Box 57365
> 270 Peachtree Street, NW, Suite 1800 (30303)
> Atlanta, Georgia 30343
> (678) 510-1687
> Attorneys for Defendants

5