IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUIS GEDDIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. _____ |
| ) | |
| HARRY MORRIS, DAILY ) | |
| EXPRESS, INC., JOHN DOES 1-2, ) | |
| ABC CORP., AND XYZ CORP., ) | |
| ) | |
| Defendants. ) | |

STATE OF GEORGIA
COUNTY OF FULTON

### VERIFICATION

Personally appeared before me the undersigned officer duly authorized by law to administer oaths, MARVIN D. DIKEMAN, first being duly sworn, deposes and states that he is counsel for Defendants Harry Morris and Daily Express, Inc., and the factual statements contained in the foregoing Notice of Removal are true and correct.

MARVIN D. DIKEMAN
Georgia State Bar No. 221760

Sworn to and subscribed before me,
this 29th day of June, 2023.

Notary Public
My Commission Expires: 06/26/26

Lynn Renae Meadows
**NOTARY PUBLIC**
Fulton County, GEORGIA
My Commission Expires
06/26/2026