IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARQUIS GEDDIS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | |
| HARRY MORRIS, DAILY | ) | |
| EXPRESS, INC., JOHN DOES 1-2, | ) | |
| ABC CORP., AND XYZ CORP., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

## **JURY DEMAND**

COME NOW, Defendants Harry Morris and Daily Express, Inc., and within the time provided by law demand a trial by jury on all issues of fact.

Respectfully submitted this 30th day of June, 2023.

WEBB, ZSCHUNKE, NEARY
& DIKEMAN, LLP

*/s/ Marvin D. Dikeman*
MARVIN D. DIKEMAN
Georgia State Bar No. 221760
MELISSA C. MCMULLEN
Georgia State Bar No. 187560
***Attorneys for Defendants Harry
Morris and Daily Express, Inc.***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net
mmcmullen@wznd.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing **JURY DEMAND** (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Hung Q. Nguyen, Esq.
Stephen J. Valero, Esq.
Law Office of Hung Q. Nguyen & Associates, LLC.
5495 Jimmy Carter Boulevard, Suite B-17
Norcross, GA 30093
Litigation@770goodlaw.com

This 30th day of June, 2023.

*/s/ Marvin D. Dikeman*
MARVIN D. DIKEMAN
Georgia State Bar No. 221760
***Attorney for Defendants Harry Morris and Daily Express, Inc.***

WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net