# EXHIBIT A

**Jody Martin**

| | |
|---|---|
| **From:** | Suleymanyan, Dmitry <Dmitry.suleymanyan@kv.com> |
| **Sent:** | Thursday, October 13, 2022 10:16 AM |
| **To:** | PT Aquino - USDTW |
| **Subject:** | RE: KV - JAS Discussion |

Hi PT,

I am available and I asked Don to advise. Apparently he received his marching orders from up top yesterday and they intend to break all contracts and go with ASCENT after all. Not sure what that will look like, but just a heads-up. Decisions are being made that are outside his or my control.

Thank you,

*Dmitry Suleymanyan* | *Material Expeditor* | *o: 616.258.5538 m: 616.477.1834* | *Dmitry.Suleymanyan@kv.com*
*2700 Oak Industrial Drive, Grand Rapids, MI 49505, USA* | *www.kv.com*



**From:** PT Aquino - USDTW <william.aquino@jas.com>
**Sent:** Thursday, October 13, 2022 9:46 AM
**To:** Suleymanyan, Dmitry <Dmitry.suleymanyan@kv.com>
**Subject:** RE: KV - JAS Discussion

Caution: **This email originated from outside of the Knape and Vogt organization. Be cautious before clicking links or opening attachments.**

Dmitry –

Does the 27th work for you and Don?

Thanks!

---

1

**PT Aquino**
Regional Business Development Manager

**JAS | Detroit Branch**
4 Parklane Blvd., Ste. 330 | Dearborn, MI 48126 | USA
M: 734-406-4088
pt.aquino@jas.com
www.jas.com

---

**From:** PT Aquino - USDTW
**Sent:** Monday, October 10, 2022 4:50 PM
**To:** Suleymanyan, Dmitry <Dmitry.suleymanyan@kv.com>; McQueen, Don <Don.McQueen@kv.com>
**Subject:** RE: KV - JAS Discussion

Hi Dmitry –


Great to catch up today. I'm checking on the credit piece.


Calendars are pretty jammed through October, but does Thursday, October 27 work for you both?
Thinking I have Dave fly in that morning, we head to GR, maybe get lunch too if there is time, then we
have to head back to Ann Arbor for a dinner.


Or if it is a Teams call, we can look at this week.


Don – look forward to meeting you.

---

**PT Aquino**
Regional Business Development Manager

**JAS | Detroit Branch**
4 Parklane Blvd., Ste. 330 | Dearborn, MI 48126 | USA
M: 734-406-4088
pt.aquino@jas.com
www.jas.com

---

**From:** Suleymanyan, Dmitry <Dmitry.suleymanyan@kv.com>
**Sent:** Monday, October 10, 2022 4:06 PM

2

**To:** PT Aquino - USDTW <william.aquino@jas.com>; McQueen, Don <Don.McQueen@kv.com>
**Subject:** KV - JAS Discussion

Hello PT,

Thanks for speaking with me today!
We would love to have your Team in for a chat and intros. Don and I have fairly open schedules, so let us know what works for you and David. We can jump on a call to discuss any pressing matters if schedules don't align within the next couple of weeks.

Thank you,

**Dmitry Suleymanyan** | *Material Expeditor* | *o: 616.258.5538 m: 616.477.1834* | *Dmitry.Suleymanyan@kv.com*
*2700 Oak Industrial Drive, Grand Rapids, MI 49505, USA* | *www.kv.com*



All services shall be performed subject to the terms and conditions of JAS located at https://www.jas.com/downloads/jas-usa-standard-terms-and-conditions. By accepting a quotation for services or the booking of any shipment or service, you agree to the applicability and enforceability of these terms and conditions. For shipments arranged by JAS with Blue World Line, the terms of Blue World Line's bill tariff, inclusive of its bill of lading shall govern all such shipments. Blue World Line's tariff may be located at https://www.jas.com/blue-world-line. For ocean freight shipments to or from the United States, applicable quotation sheets, booking confirmations, e-mail communications and other writings with applicable rates and charges for the shipments and shipper's, consignee's response by e-mail or other writing (collectively "the writings"), or the tendering of cargo, constitute an offer by carrier and acceptance by shipper or consignee for transportation services under a Negotiated Rate Arrangement or NRA, pursuant to Title 46, U.S. Code of Federal Regulations, Sections §520.13 and §532.

3