# EXHIBIT A



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **C & C NORTH AMERICA, INC.** | Control Number: | **10073354** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **355 Alhambra Circle, Ste. 1000, Coral Gables, FL, 33134, USA** | Date of Formation / Registration Date: | **10/19/2010** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2023** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 S Culver St, Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Leocadia Barnes Sanchez | Secretary | 355 Alhambra Circle Ste. 1000, Coral Gables, FL, 33134, USA |
| Martinez-Cosentino Alfonso, Eduardo | CEO | 355 Alhambra Circle Ste. 1000, Coral Gables, FL, 33134, USA |
| Rogelio Miguel Villanueva Enfedaque | CFO | 355 Alhambra Circle Ste. 1000, Coral Gables, FL, 33134, USA |

Back    Filing History    Name History

Return to Business Search