# EXHIBIT A

| EEOC Form 5 (11/09) | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**410-2023-04124** |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Chyanna "Chris" Draughan | Home Phone (Incl. Area Code)<br>(404) 977-8140 | Date of Birth<br>April 23, 1997 |
|---|---|---|
| Street Address<br>4421 Apple Tree Dr | City, State and ZIP Code<br>Stone Mountain, GA 30083 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>Home Depot U.S.A., Inc. | No. Employees, Members<br>500+ | Phone No. (Include Area Code)<br>(800) 466-3337 |
|---|---|---|
| Street Address<br>4325 New Snapfinger Woods Drive | City, State and ZIP Code<br>Decatur, GA 30035 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es)).*

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest          Latest
                  November 9, 2022

☒ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I.      On or around September 2021, I began working for Home Depot as a Security Guard through Allied Universal Security Company. I am a transexual man with visible facial hair and tattoos that the company was aware of upon hiring me. I consider myself a man, I go by the name of Chris, and, for all other purposes, I associate with the male gender stereotypes, such as the way I dress, the pronouns I use, and the bathroom I prefer to use.

II.     On or around September 1, 2022, the company asked me not to use the men's bathroom. I proceeded to use the women's bathroom only for a woman to look under the bathroom stall I was using, question whether I was a woman, and stating that I could not possibly be a female because my feet were too big. The woman complained to the company because when I left the women's bathroom, several employees from Home Depot were standing outside the door waiting for me.

III.    On or around November 9, 2022, my supervisor from Allied Universal, Tekila Glass, called me stating that Home Depot no longer wanted to employ me because of my tattoos. My manager at Allied, B-Hakeem Ali, informed me that Home Depot's Manager had written a letter to Allied asking why I was there. Ms. Glass said Allied would try to place me somewhere else, but Home Depot employs other people outside of my protected class who have tattoos and piercings on their face. Allied still has not placed me at a new site and Home Depot has not allowed me to work at their site. I believe I was discriminated in violation of Title VII of the Civil Rights Act of 1964.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 12/09/2022<br>Date | *Electronically Signed* — 2022-12-09 21:42:48 UTC - 71.131.86.111<br>Nintex AssureSign®   547ebb9e-b3e7-4f7b-8b8f-af660165327d<br>Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*<br><br>**Rec'd<br>U.S. EEOC<br>Atlanta District Office<br>12/09/2022** |

Ianna O. Richardson | ianna@justiceatwork.com | Barrett & Farahany

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:     Agency(ies) Charge No(s):

[ ] FEPA
[X] EEOC     **410-2023-04123**

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Chyanna Draughan | (404) 977-8140 | April 23, 1997 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4421 Apple Tree Dr | Stone Mountain, GA 30083 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ALLIED UNIVERSAL SECURITY SERVICES UNIVERAL PROTECTION SERVICES LP | 500+ | (866) 703-7666 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1438 West Peachtree Street, Suite 100 | Atlanta, GA 30309 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest     Latest
November 9, 2022

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.    On or around September 2021, I began working for Home Depot as a Security Guard through Allied Universal Security Company. I am a transexual man with visible facial hair and tattoos that the company was aware of upon hiring me. I consider myself a man, I go by the name of Chris, and, for all other purposes, I associate with the male gender stereotypes, such as the way I dress, the pronouns I use, and the bathroom I prefer to use.

II.    On or around September 1, 2022, the company asked me not to use the men's bathroom. I proceeded to use the women's bathroom only for a woman to look under the bathroom stall I was using, question whether I was a woman, and stating that I could not possibly be a female because my feet were too big. The woman complained to the company because when I left the women's bathroom, several employees from Home Depot were standing outside the door waiting for me.

III.    On or around November 9, 2022, my supervisor from Allied Universal, Tekila Glass, called me stating that Home Depot no longer wanted to employ me because of my tattoos. My manager at Allied, B-Hakeem Ali, informed me that Home Depot's Manager had written a letter to Allied asking why I was there. Ms. Glass said Allied would try to place me somewhere else, but Home Depot employs other people outside of my protected class who have tattoos and piercings on their face. Allied still has not placed me at a new site and Home Depot has not allowed me to work at their site. I believe I was discriminated in violation of Title VII of the Civil Rights Act of 1964.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

12/09/2022
Date

Electronically Signed     2022-12-09 21:42:38 UTC - 71.131.86.111
*Nintex AssureSign®*     e5e5389d-c4b3-4134-8ceb-af6601653253
Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**Rec'd
U.S. EEOC
Atlanta District Office
12/09/2022**

Ianna O. Richardson | ianna@justiceatwork.com | Barrett & Farahany