# EXHIBIT C

**Banc Ceannais na hÉireann**
**Central Bank of Ireland**
Eurosystem

Collective Investment Scheme Register Data

The unit trust listed below is a scheme which is authorised by the Central Bank of Ireland under section 4 of the Unit Trusts Act, 1990.

## Authorised Unit Trust

| | | | |
|---|---|---|---|
| **Name:** | Royalty Pharma Select | **Reference No:** | C29615 |

**Date of Authorisation**
22 Jul 2003

**Status:**
Unit Trust Scheme

**Notes:**
- This fund was authorised by the Central Bank of Ireland as a closed-ended investment fund.
- This fund may be marketed to Qualifying Investors only in accordance with the Central Bank of Ireland's AIF Rulebook/NU Notices and therefore a minimum subscription of Euro 100,000 is required.

**AIFM:**

| Reference Number | Name |
|---|---|
|  |  |

**Management Company:**

| Reference Number | Name |
|---|---|
| C29636 | RP Management (Ireland) Limited |

**Depositary:**

| Reference Number | Name |
|---|---|
| C20909 | State Street Custodial Services (Ireland) Limited |

Page last updated on:   09 Dec 2021