# EXHIBIT D

Case 1:23-mi-99999-UNA   Document 2106-4   Filed 06/30/23   Page 1 of 3

# STATE STREET CUSTODIAL SERVICES (IRELAND) LIMITED

**Documents (447)**  **Certificates (223)**  **Reports (5)**

*Type to filter*

**Form C1 - Charge Created by a Company Incorporated in the State (SR817402)**
Registered on: 08/12/2021, Effective from: 01/12/2021

Standard €2.50

Certified €12.00

**Further Particulars (SR817402)**
Registered on: 08/12/2021, Effective from: 01/12/2021

Standard €2.50

Certified €12.00

**Form C1 - Charge Created by a Company Incorporated in the State (SR817260)**
Registered on: 08/12/2021, Effective from: 01/12/2021

Standard €2.50

Certified €12.00

**Further Particulars (SR817260)**
Registered on: 08/12/2021, Effective from: 01/12/2021

Standard €2.50

Certified €12.00

**Form B1C - Annual Return General (SR572143)**
Registered on: 09/11/2021, Effective from: 28/09/2021

Standard €2.50

Certified €12.00

**FINANCIAL STATEMENT (SR572143)**
Registered on: 09/11/2021, Effective from: 28/09/2021

Standard €2.50

Certified €12.00

**OTHER DIRECTORSHIP LIST (SR572143)**
Registered on: 09/11/2021, Effective from: 28/09/2021

Standard €2.50

Certified €12.00

**Form C1 - Charge Created by a Company Incorporated in the State (SR442213)**
Registered on: 03/08/2021, Effective from: 16/07/2021

Standard €2.50

Certified €12.00

**Further Particulars (SR442213)**
Registered on: 03/08/2021, Effective from: 16/07/2021

Standard €2.50

Certified €12.00

**Form C1 - Charge Created by a Company Incorporated in the State (SR437058)**
Registered on: 03/08/2021, Effective from: 16/07/2021

Standard €2.50

Certified €12.00

Items per page 10        1 - 10 of 447

## Profile        Previous Names        Events (5)

**Reg. Number**
174330

**Reg. Name**
STATE STREET CUSTODIAL SERVICES (IRELAND) LIMITED

**Type**
LTD - Private Company Limited by Shares

**Status**
Normal

**Registered on**
22/05/1991

**Next Annual Return**
28/09/2022

**Reg. Address**
78 SIR JOHN ROGERSON'S QUAY, DUBLIN 2, DUBLIN, D02RK57