AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Gilead Sciences, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Royalty Pharma Collection Trust <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Royalty Pharma Collection Trust
c/o Willington Trust Company
Rodney Square North, 1100 N. Market Street
Wilmington, DE 19890

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Silbert, Timothy H. Lee, Charles Spalding, Jr.
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30309
404-572-4600
esilbert@kslaw.com, tlee@kslaw.com, cspalding@kslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*