# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: July 3, 2023 |
| RE: 22-60633-wlh<br>Bankruptcy Case No. | Edgina Tonette Smith<br>Debtor(s) |
| | Edgina T. Hendrix Smith<br>Appellant |
| | vs |
| | J.P. Morgan Chase Bank<br>Appellee |

## SUBMISSION SHEET

**Submitted on:**

☒ Notice of Appeal filed 6/27/203- Doc. No. 30
  File date of Order being appealed from 04/04/2023 - Doc. No. 25
☐ Supplemental Record to USDC Case No.
☐ Other: Click here to enter text.

**Contents of Record:**
☒ Documents 25,30,docket sheet
☐ Designated items of   ☐ Appellant(s)   ☐ Appellee
  Filing Fee Paid - ☐ Yes  ☒ No

If previous and/or related appeal filed, list:

**22-CV-0415-SCJ**

FROM:  M. Regina Thomas, Clerk of Court
       United States Bankruptcy Court

By: /s/_____
    Yahaira Lugo, Deputy Clerk