**DISMISS−FUND, CLOSED, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 22−60633−wlh

*Assigned to:* Judge Wendy L. Hagenau
Chapter 13
Voluntary
Asset

*Date filed:* 12/30/2022
*Date terminated:* 06/12/2023
*Debtor dismissed:* 04/04/2023
*341 meeting:* 02/06/2023

*Debtor disposition:* Dismissed for failure to make plan payments

*Debtor*
**Edgina Tonette Smith**
3855 Yosemite Park Lane
Snellville, GA 30039
GWINNETT−GA
SSN / ITIN: xxx−xx−2487
*aka* **Edgina T Hendrix Smith**
*aka* **Edina Hendrix Smith**

represented by **E. L. Clark**
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
404−522−2222
Fax : 770−220−0685
Email: ecfnotices@cw13.com

*Trustee*
**Nancy J. Whaley**
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
678−992−1201

| Filing Date | # | Docket Text |
|---|---|---|
| 12/30/2022 | 1 | Voluntary Petition (Chapter 13) for Individual(s), Fee $ 313 Filed by E. L. Clark of Clark & Washington, LLC on behalf of Edgina Tonette Smith. Government Proof of Claim due by 6/28/2023. (Clark, E.) |
| 12/30/2022 | 2 | Chapter 13 Plan with NO Certificate of Service filed by E. L. Clark on behalf of Edgina Tonette Smith. (Clark, E.) |
| 12/30/2022 | 3 | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by E. L. Clark on behalf of Edgina Tonette Smith. (Clark, E.) |
| 12/30/2022 | 4 | Credit Counseling Service Certificate filed by E. L. Clark on behalf of Edgina Tonette Smith. (Clark, E.) |
| 12/30/2022 | 5 | Payment Advices of Debtor, filed by E. L. Clark on behalf of Edgina Tonette Smith. (Clark, E.) |
| 12/30/2022 |  | Receipt of Initial Docs01: Voluntary Petition (Chapter 13)( 22−60633) [misc,1023aty] ( 313.00) filing fee. Receipt Number A58197902. Fee |

| | | | |
|---|---|---|---|
| | | | Amount 313.00 (re: Doc# 1) (U.S. Treasury) |
| 01/02/2023 | | | Notice of Debtor's Prior Filings for debtor Edgina Tonette Smith Case Number 12−69765, Chapter 13 filed in Georgia Northern Bankruptcy Court on 08/06/2012 , Dismissed for Other Reason on 02/21/2013; Case Number 21−57386, Chapter 13 filed in Georgia Northern Bankruptcy Court on 10/02/2021 , Dismissed for failure to make plan payments on 12/17/2021.(Admin) |
| 01/03/2023 | | 6 | Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Service by BNC. Statement of Financial Affairs due 1/13/2023. Schedule(s) due by 1/13/2023. Declaration About Debtors Schedules (B106) due 1/13/2023. Summary of Assets and Liabilities due 1/13/2023.Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C−1 Form Due: 1/13/2023. (rhg) |
| 01/04/2023 | | 7 | Notice of Meeting of Creditors (Chapter 13) and Confirmation Hearing. Telephonic 341 Meeting to be held on 2/6/2023 at 12:30 PM (See notice for telephonic call−in information (Ch. 13 Whaley ATL)). Confirmation Hearing to be held on 3/15/2023 at 09:30 AM Courtroom 1403, Atlanta. If applicable, a hearing on the Allowance and Approval of Debtor's Counsel Attorney Fees will be held with the Confirmation Hearing. Objections for Discharge due by 4/7/2023 Non−Government Proof of Claims due by 3/10/2023. (Admin) |
| 01/04/2023 | | 8 | Notice to Debtor Regarding Debtor Electronic Noticing. Service by BNC. (rhg) |
| 01/05/2023 | | 9 | Certificate of Mailing by BNC of Order on Deadlines to Correct New Case Deficiency − Individual. Notice Date 01/05/2023. (Admin.) (Entered: 01/06/2023) |
| 01/06/2023 | | 10 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 01/06/2023. (Admin.) (Entered: 01/07/2023) |
| 01/06/2023 | | 11 | Certificate of Mailing by BNC of Notice to Debtor Regarding Debtor Electronic Noticing Notice Date 01/06/2023. (Admin.) (Entered: 01/07/2023) |
| 01/06/2023 | | 12 | Certificate of Mailing by BNC of Chapter 13 Plan Notice Date 01/06/2023. (Admin.) (Entered: 01/07/2023) |
| 01/13/2023 | | 13 | Notice of Appearance *and Request to Notices With Certificate of Service* Filed by Abbey Ulsh Dreher on behalf of Bank of America, N.A.. (Dreher, Abbey) |
| 01/17/2023 | | 14 | Motion to Extend Time to Correct Filing Deficiencies filed by E. L. Clark on behalf of Edgina Tonette Smith. (Clark, E.) |
| 01/18/2023 | | 15 | Chapter 13 Statement of Current Monthly Income/Calculation of Disposable Income Document(s) , Statement of Financial Affairs , Verification or Declaration for Individual Debtor , Schedule A/B , Schedule C , Schedule D , Schedule E/F , Schedule G , Schedule H , Schedule I , Schedule J , Summary of Assets and Liabilities with Statistical Information for Individual Debtor filed by E. L. Clark on behalf of Edgina Tonette Smith. (related document(s)6) (Clark, E.) |

| Date | | Doc # | Description |
|---|---|---|---|
| 01/18/2023 | | 16 | Order Extending Time to Correct Filing Deficiencies by 1/27/2023. (Related Doc # 14) Service by BNC. Entered on 1/18/2023. (sls) |
| 01/20/2023 | | 17 | Objection to Confirmation of Plan *With Certificate of Service* filed by John Robert Callison on behalf of Bank of America, N.A.. (related document(s)2) (Callison, John) |
| 01/20/2023 | | 18 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 01/20/2023. (Admin.) (Entered: 01/21/2023) |
| 01/26/2023 | | 19 | Personal Financial Management Course Certificate For Debtor Edgina Smith Provided by Second Bankruptcy Course, LLC, 8002147030 (FMC) |
| 01/27/2023 | | 20 | Payment Advices of Debtor, filed by E. L. Clark on behalf of Edgina Tonette Smith. (Clark, E.) |
| 01/28/2023 | | 21 | Notice of Trustee Requesting Your 2022 Tax Return and Notice Concerning Your 2022 Tax Refund Filed by Nancy J. Whaley on behalf of Nancy J. Whaley. (Whaley, Nancy) |
| 02/07/2023 | | 22 | Objection to Confirmation of Plan *with Certificate of Service* filed by Philip L. Rubin on behalf of Santander Consumer USA Inc.. (related document(s)2) (Rubin, Philip) |
| 02/08/2023 | | | Section 341(a) meeting held and concluded on 2/6/2023 filed by Trustee. (Whaley, Nancy) |
| 02/09/2023 | | 23 | Objection to Confirmation of Plan *and Exemptions and Motion to Dismiss Case* filed by Trustee. (Whaley, Nancy) |
| 03/15/2023 | | | COURT NOTES: Confirmation Hearing Held and Rescheduled. Confirmation Hearing to be held on 3/29/2023 at 09:30 AM in Courtroom 1403, Atlanta. (nmw) |
| 03/31/2023 | | 24 | Objection to Claim (Motion to Disallow Claim) of Creditor J.P. Morgan Chase Bank, N.A., Santander Consumer USA, and Navient, Claim Nos. 3,4,9, with Certificate of Service. Responses due in 30 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f). filed by Edgina Tonette Smith . (jcm) Modified on 4/4/2023 (rso). (Entered: 04/04/2023) |
| 04/04/2023 | | 25 | Order Dismissing Ch. 13 Case − Conf. Denied for Failure to Fund Plan. Service by BNC (nmw) |
| 04/06/2023 | | 26 | Certificate of Mailing by BNC of Order Dismissing Case Notice Date 04/06/2023. (Admin.) (Entered: 04/07/2023) |
| 06/07/2023 | | 27 | Final Report and Accounting filed by Trustee. (Whaley, Nancy) |
| 06/12/2023 | | 28 | Order Approving Account, Discharging Trustee and Closing Estate. Service by BNC (yl) |
| 06/12/2023 | | | Case Closed (yl) |
| 06/14/2023 | | 29 | Certificate of Mailing by BNC of Order Closing Estate Notice Date 06/14/2023. (Admin.) (Entered: 06/15/2023) |

| | | | |
|---|---|---|---|
| 06/27/2023 | | 30 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: None, Amount Paid $ 0, filed by Edgina Tonette Smith . Appellant Designation due by 7/11/2023, submission by USBC to USDC due by 7/27/2023, (Attachments: # 1 Attachment) (related document(s)25) (yl) (Entered: 07/03/2023) |
| 07/03/2023 | | 31 | Notice of deficient filing re: Missing Signature(s), Missing Fee of $298.00 Service by BNC. (related document(s)30) (yl) |
| 07/03/2023 | | 32 | Notification of Appeal Requirements (related document(s)30) (yl) |