# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO:   Mr. Kevin P. Weimer, Clerk                          DATE: July 3, 2023
        United States District Court

RE:   22-60633-wlh                                              Edgina Tonette Smith
        Bankruptcy Case No.                                     Debtor(s)


                                                                     Edgina T. Hendrix Smith
                                                                     Appellant

                                                                     vs

                                                                     J.P. Morgan Chase Bank
                                                                     Appellee

## S U B M I S S I O N   S H E E T

Submitted on:

☒       Notice of Appeal filed 6/27/203- Doc. No. 30
         File date of Order being appealed from 04/04/2023 - Doc. No. 25
☐  Supplemental Record to USDC Case No.
☐ Other: Click here to enter text.

**Contents of Record:**

☒ Documents 25,30,docket sheet
☐ Designated items of       ☐ Appellant(s)       ☐ Appellee
         Filing Fee Paid -  ☐ Yes    ☒ No


If previous and/or related appeal filed, list:

**22-CV-0415-SCJ**


FROM:   Vania S. Allen, Clerk of Court
            United States Bankruptcy Court

By: /s/_____
         Yahaira Lugo, Deputy Clerk


F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*