# EXHIBIT D

PageVault

| | |
|---|---|
| Document title: | Commercial Turf \| turf industry - Bellinturf |
| Capture URL: | https://www.bellinturf.com/commercial_turf.html |
| Page loaded at (UTC): | Mon, 26 Jun 2023 04:28:12 GMT |
| Capture timestamp (UTC): | Mon, 26 Jun 2023 04:28:49 GMT |
| Capture tool: | 10.24.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | xuQVuwMci5eT3ZEXDDuH1Z |
| User: | Yvette.Saldana |

PDF REFERENCE #:   uXgkswyTyExGXryE4pPCf3




# Commercial Turf

Bellinturf commercial turf series of products are recommended for diversified and customized commercial grass applications with superior performance, eco-friendly and cost-effective features.

Current position: Home > Products > Landscape Turf > Commercial Turf

## Create green, eco- friendly beautiful scene in city!

## Better Choice for Public Areas

Due to the complex environment, the artificial turf in public areas needs to cost-effective but at the same time have a longer service life.

Bellinturf commercial turf can meet these requirements with high quality, simple installation & maintenance and stable anti-UV chratcteristics.

## Characteristics

UV stability

Eco-friendly

Cost-effective

Low maintenance

Superior performance







## Recommended Commercial Turf

Crown

Legend

## Crown

## Legend

## Crown VIII

## Winner

Creating a green and convenient city view! Get Free Quote

## Contact

Factory(Vietnam)：Lot 121A,Long Giang IP, Tan Lap1, Tan phuoc, Tien Giang, Vietnam

Mexico factory：Hofusan Industrial Park, Highway to Colombia KM 28, 65500 Salinas Victoria, Nuevo León, México

Factory(China)：No.8 Jilin Rd.Beiguan Industrial Zone,Jiaozhou,Qingdao,China

Marketing Center：No.92 Hongfu Street, Fushan, Yantai, Shandong, China

+86 532 86622211

info@bellinturf.com

鲁公网安备 37028102001462号

## Online Message

Name

E-mail

Telephone No.

Company name

Country

How much quantity do you need

Message

Submit



