# EXHIBIT E

| | |
|---|---|
| Document title: | DIY Turf \| grass works,artificial grass decoration - Bellinturf |
| Capture URL: | https://www.bellinturf.com/diyturf.html |
| Page loaded at (UTC): | Mon, 26 Jun 2023 04:29:22 GMT |
| Capture timestamp (UTC): | Mon, 26 Jun 2023 04:29:55 GMT |
| Capture tool: | 10.24.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | ikKwXHoSQ15t7Wgs6etpcR |
| User: | Yvette.Saldana |

PDF REFERENCE #:     rRBk6Untqi8aYoLzXpoV8J



info@bellinturf.com

English | Espanol | Việt Nam | 日本語 | русский | Français | بالعربية

Home | Company | Products | R&D | Service | References | Collaboration | News | Contact | Get Free Quote



# DIY Turf

As artificial turf becomes more popular, DIY turf is more in demand to meet the requirements of the end consumers.

Current position: Home > Products > DIY Turf

## Strong and Trusted Supplier!

 Safety and health
 Cost-effective
 Simple maintenance
 Long service life
 Superior performance



## Beautifully Packaged in a Variety of Sizes

Bellinturf DIY turfs are beautifully packaged in a variety of sizes and can be sold directly to customers in shops and supermarket chains. The professional R&D team can customize diversified products according to customers' needs; the creative design team can provide label and packaging design services; the advanced cutting and packaging production line can provide 1m∗4m and 2m∗4m conventional size products in addition to customization services according to different needs.

## One-stop Shopping, Systematic Service

Bellinturf is a system solution provider. For supermarket customers, Bellinturf offers not only high-quality turf products, but also auxiliary products such as joining tape, glues and nails.

Considering the supermarket customer's level of knowledge of the turf industry, a systematic service is offered



Considering the supermarket customer's level of knowledge of the turf industry, a systematic service is offered to customers in terms of turf-related advice, research and sales improvement techniques.

## Rich Experience to Supply Top Chain Stores



**Experience**

More than 10 years of experience in supplying European and American supermarkets



**Strength of strong and stable supply**

60 million sq meter of theoretical lawn capacity in 2021, with over 2,500 full-time employees



**Increase**

The No.1 highest market gains of artificial turf volume since 2017



**Strictly managed modern factory**

ISO, BSCI, ICS, SEDEX, QSA, etc.



**Comprehensive quality control**

| 26 | 44 | 117 | 15 |
|---|---|---|---|
| Control processes | Work instructions | Inspections | Quality records |



**Various Yarn Shapes**

---

Document title: DIY Turf | grass works,artificial grass decoration - Bellinturf
Capture URL: https://www.bellinturf.com/diyturf.html
Capture timestamp (UTC): Mon, 26 Jun 2023 04:29:55 GMT

Page 2 of 4

















Document title: DIY Turf | grass works,artificial grass decoration - Bellinturf
Capture URL: https://www.bellinturf.com/diyturf.html
Capture timestamp (UTC): Mon, 26 Jun 2023 04:29:55 GMT

Page 4 of 4