# EXHIBIT G



| | |
|---|---|
| Document title: | PE Straight Yarns for Landscaping-Professional Artificial Yarn Manufacturer - CONSAN |
| Capture URL: | http://www.consanyarns.com/qdqinghe12/products/21328192.html |
| Page loaded at (UTC): | Mon, 26 Jun 2023 04:34:12 GMT |
| Capture timestamp (UTC): | Mon, 26 Jun 2023 04:34:52 GMT |
| Capture tool: | 10.24.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | awXqJafknEvP1NuvNGeUrA |
| User: | Yvette.Saldana |

PDF REFERENCE #:     gxAvqbGfLLN3aCcWNMsj4t

Consan | Home | About Consan | Yarn Produts | News | Contact us

# YARN PRODUCTS

Home >> Yarn Produts >> landscape yarn >> PE Straight Yarns for Landscaping



## PE Straight Yarns for Landscaping

No price

商品说明

**Material:** PE

**Total Dtex:** 4400~10000, custom-made available.

**Shape:** Spine shape, Diamond shape, Stem shape, C shape, D shape, V shape, W shape, M shape, S shape, Tri-spine shape, etc.

**Color:** field green, olive green, blackish green, lime green, dark green, light green, yellow green, white, yellow, red, purple, pink, blue, , **custom-made available.**

## Characteristics

1) Good UV stability(different from 2550h to 5000h for different areas);
2) Good anti-aging ability;
3) Heavy metal free;
4) Strong color fastness;
5) Good abrasive resistance;
6) Good rebound resilience;
7) Variety level of fire Retardant(B degree to E degree);
8) Matched Matt-finished level;
9) Good standing performance;
10) Soft touch;
11) Natural;
12) Safe to human and animals;
13) Environmental friendly;

## Product categories

10) Soft touch;
11) Natural;
12) Safe to human and animals;
13) Environmental friendly;

## Product categories



Diamond Shape

> Great soft hand feeling and natural looking.
> Good wear resistance performance.



C Shape

> Good standing-up and resilience performance.
> Comparatively soft hand feeling.



V Shape

> Special dovetail shape design to create low luster and less shine.
> Great standing up performance.



S Shape

> Wide blade shape with soft hand feeling.
> Good resilience performance.



D Shape

> Soft hand feeling.
> Good wear resistance performance.



W Blade Shape

> Special wave blade design.
> Good standing-up and resilience performance.







M Shape

> Good standing-up and resilience performance.
> Multi-fold shape design.

## Application

1) Commercial: playground, kindergarten, municipal gardening, airport pavement.



2) Residential: courtyard, balcony, DIY.



相关商品



PE Straight & PP texturized    PE/PP Texturized Yarns for    Fibrillated yarns for



Technical Support： 烟台红旗网络科技有限公司 | Admin Login



Document title: PE Straight Yarns for Landscaping-Professional Artificial Yarn Manufacturer - CONSAN
Capture URL: http://www.consanyarns.com/qdqinghe12/products/21328192.html
Capture timestamp (UTC): Mon, 26 Jun 2023 04:34:52 GMT
Page 3 of 3