# **EXHIBIT H**

PageVault

| | |
|---|---|
| Document title: | sports turf management,high quality artificial grass - Bellinturf |
| Capture URL: | https://www.bellinturf.com/production.html |
| Page loaded at (UTC): | Mon, 26 Jun 2023 04:30:57 GMT |
| Capture timestamp (UTC): | Mon, 26 Jun 2023 04:31:32 GMT |
| Capture tool: | 10.24.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | qNAjufzwxTWq58zboGXYjd |
| User: | Yvette.Saldana |

PDF REFERENCE #:     mKUPWKWiwB3Pz6jwNdzftA








# Modern Production Base

Using Large-scale modern equipment guarantees the quality of the production and secures stable & fast delivery.

Current position: Home > Company > Production

## In-house Production for All Products

With over 10 years experience in R&D and manufacturing of artificial grass, Bellinturf now has the reputation of being a professional synthetic turf manufacturer of quality products.

Bellinturf has in-house supply of yarns, and has set up the overall management system in production process and product quality control, so that we can provide professional artificial grass products which can be applied sports, landscape, DIY, golf and other applications.

## Strong & Stable Product Supply

Bellinturf always dedicate to developing, designing and manufacturing high quality artificial turf which can be used in different applications.

With the global purchasing system, complete production lines, highly experienced teams and timely logistics, Bellinturf will always keep a steady delivery.

## Complete Quality Inspections for Every Step

In accordance with ISO quality management systems, Bellinturf monitor the whole process of manufacturing. We have high confidence in our products manufacturing and we will never compromise our quality.





## Strong & Stable Product Supply

Bellinturf always dedicate to developing, designing and manufacturing high quality artificial turf which can be used in different applications.

With the global purchasing system, complete production lines, highly experienced teams and timely logistics, Bellinturf will always keep a steady delivery.

## Complete Quality Inspections for Every Step

In accordance with ISO quality management systems, Bellinturf monitor the whole process of manufacturing. We have high confidence in our products manufacturing and we will never compromise our quality.

       



**My Product, My Design, My Esteem**     Get Free Quote

