# EXHIBIT I

PageVault

| | |
|---|---|
| Document title: | artificial grass supplier,high quality artificial grass - Bellinturf |
| Capture URL: | https://www.bellinturf.com/installation_maintenance.html |
| Page loaded at (UTC): | Mon, 26 Jun 2023 04:32:12 GMT |
| Capture timestamp (UTC): | Mon, 26 Jun 2023 04:32:43 GMT |
| Capture tool: | 10.24.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | pk7HhPyhHR1Kz3bYZy4o6e |
| User: | Yvette.Saldana |

PDF REFERENCE #:    uTe1R64jeBTadM49tJ9bJP



# How to Install and Maintain Artificial Turf?

Learn about the key points of artificial grass installation and maintenance, and how to use the product correctly to create more value.

Current position: Home > Service > Installation Guide

## Turf installation

### Sports field installation

     

01 Prepare and test the base ground | 02 Measuring line | 03 Move turf roll to field | 04 Lay out turf roll | 05 Cutting the edge | 06 Glue and joint side of turf

     

07 Cutting white line | 08 Inlaying white line | 09 Check the point and line | 10 Infill silica sand | 11 Infill rubber granules | 12 Brush grass

Paving Manual

## DIY



Installation of artificial turf — Share



| Cutting white line | Inlaying white line | Check the point and line | Infill silica sand | Infill rubber granules | Brush grass |

Paving Manual

# DIY



Bellinturf could offer the full-service for you !   Get Free Quote

