# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KEYSHAWN HENDERSON, ) | |
|     PLAINTIFF, ) | |
| ) | |
| V. ) | Case No.: |
| ) | |
| KINDERCARE EDUCATION, ) | |
| LLC, D/B/A CRÈME DE LA ) | JURY TRIAL DEMANDED |
| CRÈME OF EAST COBB, ) | |
|     DEFENDANT(S). | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff, keyshawn Henderson, through the undersigned attorney of record, and under the Order of this Court, making the following disclosure about parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the Northern District of Alabama's Order:  **This party is an individual.**

Respectfully submitted on July 3, 2023.

_____
Kira Fonteneau 103355

**OF COUNSEL:**

BARRETT & FARAHANY

2 North 20th St, Suite 900
Birmingham, AL 35203
P.O. Box 530092
Atlanta, GA 30314
(205) 564-9005
kira@justiceatwork.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**KEYSHAWN HENDERSON,**

    **PLAINTIFF,**

**VS.**                                             **CV NO.:**

**KINDERCARE EDUCATION, LLC,
D/B/A CRÈME DE LA CRÈME OF
EAST COBB,**
    **DEFENDANT.**                         **JURY TRIAL DEMANDED**


# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**KEYSHAWN HENDERSON,**

    **PLAINTIFF,**

**VS.**                                      **CV NO.:**

**KINDERCARE EDUCATION, LLC,
D/B/A CRÈME DE LA CRÈME OF
EAST COBB,**
    **DEFENDANT.**                 **JURY TRIAL DEMANDED**

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**KEYSHAWN HENDERSON,**

    **PLAINTIFF,**

**VS.**                                                                       **CV NO.:**

**KINDERCARE EDUCATION, LLC,**
**D/B/A CRÈME DE LA CRÈME OF**
**EAST COBB,**

    **DEFENDANT.**                                                   **JURY TRIAL DEMANDED**

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Defendant(s), Kindercare Education, LLC, d/b/a Crème de la Crème of East Cobb by certified mail under Alabama Rules of Civil Procedure 4(i)(2) and Federal Rule of Civil Procedure 4(e)(1).

Respectfully submitted on July 3, 2023.

_____
Kira Fonteneau (FON007)

**OF COUNSEL:**

BARRETT & FARAHANY

2 North 20th St, Suite 900
Birmingham, AL 35203
P.O. Box 530092
Atlanta, GA 30314
(205) 564-9005
kira@justiceatwork.com

Case 1:23-mi-99999-UNA   Document 2115-1   Filed 07/03/23   Page 6 of 6