IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

In re KEYNIN REYES RAMIREZ SUBPOENA      Case No. _____

_____

## NON-PARTY KEYNIN REYES RAMIREZ'S MOTION TO STAY AND FOR A PROTECTIVE ORDER MODIFYING DEPOSITION SUBPOENA

Pursuant to Federal Rules of Civil Procedure 45(d)(3)(A) and 26(c), and the Civil Local rules of this Court, non-party Keynin Reyes Ramirez, by and through her attorneys, respectfully moves this Court to stay and enter a protective order modifying the Rule 45 non-party deposition subpoena issued to her by Mahendra Amin in his defamation action *Amin v. NBCUniversal Media, LLC*, Case No. 5:21-CV-00056-LGW-BWC (S.D. Ga.) to include certain guardrails that are necessary to prevent undue burden and unfair prejudice to non-party Reyes Ramirez. The subpoena is returnable on July 17, 2023 in Atlanta, Georgia. Reyes Ramirez's counsel have conferred with counsel for Amin in an effort to avoid motion practice, but those efforts proved unsuccessful. *See* Ex. G (Counsel's June 2023 email thread re: Reyes Ramirez Subpoena).

As explained in the accompanying Memorandum of Law in Support, the non-party subpoena to Reyes Ramirez should be modified under both Rule 45(d)(3)(A)

and Rule 26(c) to require that the guardrails jointly agreed to for the deposition of similarly situated non-party witness Yanira Oldaker also be imposed in this case.

While this Motion to Stay and to Modify is pending, Reyes Ramirez seeks a stay of the non-party subpoena's July 17, 2023 return date. This is necessary to prevent the burden and harm that will result if Reyes Ramirez is required to appear for a deposition before the instant Motion has been fully briefed and resolved. A Proposed Order to Stay and a Proposed Order to Modify are submitted along with this Motion.

Respectfully submitted this 3rd day of July 2023.

/s/ Sarah Sherman-Stokes
Sarah Sherman-Stokes*
Massachusetts Bar No. 682322
sstokes@bu.edu
Immigrants' Rights and
Human Trafficking Program
Boston University School of Law
765 Commonwealth Avenue
Boston, MA 02215
(617) 358-6272 (phone)
 *Pro hac vice application forthcoming

/s/ Clare R. Norins
Clare R. Norins
Georgia Bar No. 575364
cnorins@uga.edu
FIRST AMENDMENT CLINIC
University of Georgia School of Law
Post Office Box 388
Athens, Georgia 30603
(706) 542-1419 (phone)

Counsel for Keynin Reyes Ramirez

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2023, I served by email copies of the foregoing **NON-PARTY KEYNIN REYES RAMIREZ's MOTION TO STAY AND FOR A PROTECTIVE ORDER MODIFYING DEPOSTION SUBPOENA** on the following counsel of record in *Amin v. NBCUniversal Media, LLC*, Case No. 5:21-CV-00056-LGW-BWC (S.D. Ga.):

Stacey Godfrey Evans
sevans@staceyevanslaw.com
Tiffany N. Watkins
twatkins@staceyevanslaw.com
John Amble Johnson
ajohnson@staceyevanslaw.com
STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
Tel: (770) 779-9602

Scott R. Grubman
sgrubman@cglawfirm.com
CHILIVIS GRUBMAN DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
Tel: (404) 233-4171

*Counsel for Mahendra Amin*

Elizabeth A. McNamara
lizmcnamara@dwt.com
Amanda B. Levine
amandalevine@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230
amandalevine@dwt.com

Cynthia L. Counts
cynthia.counts@fisherbroyles.com
FISHERBROYLES, LLP
945 East Paces Ferry Rd. NE, Suite 2000
Atlanta, GA 30326
Tel: (404) 550-6233

Robert Bates Lovett
blovett@savannahga.gov
Fisher Broyles, LLP
2 East Bryan Street, Suite 436
Savannah, GA 31401
Tel: (912) 335-4467

*Counsel for NBCUniversal Media, LLC*

        */s/ Clare R. Norins*
        Clare R. Norins
        Georgia Bar No. 575364