# Exhibit C

## Exhibit 1 – Challenged Statements

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| | September 15, 2020 – "Deadline: White House" (Exhibit B to Answer) | | |
| 1 | "High numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in ICE custody." | "*We are following breaking news today, it's about an alarming new whistleblower complaint that alleges, quote,* "high numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in ICE custody." | Fair Report Privilege<br><br>Public Interest Privilege |
| ▓ | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓ |
| 3 | "Some said that they came back bruised and that he was overly harsh." | "Some said that they came back bruised, that he was overly harsh, they called him abusive *and some of the allegations that the lawyers told us.*" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Opinion |
| ▓ | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓ |
| 5 | "There were women who were told that they needed a hysterectomy because they had cancer. One of those women, her medical records does not indicate that she ever had a biopsy to indicate that she had cancer and another case, a lawyer told me that his client had a hysterectomy because she was told she had | "And in at least two cases, there were women who were told that they needed a hysterectomy because they had cancer. One of these women, her medical records has not indicated that she ever had a biopsy to indicate that she had cancer. In another case, a lawyer told me that his client had a hysterectomy because she was told she had a stage four cervical | Fair Report Privilege<br><br>Public Interest Privilege |

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| | stage four cervical cancer and after the hysterectomy, when she went to the oncologist, the oncologist said you do not have cancer, so these are alarming allegations about this doctor." | cancer. After the hysterectomy, when she went to an oncologist, the oncologist said, you do not have cancer. So these are alarming allegations. *I personally called the doctor's office. As soon as I identified myself as a reporter, I heard a click, the phone hung up.*" | |
| 6 | "This is his specialty, he's the uterus collector." | *"You're quoting the complaint as saying* that's his specialty, he's the uterus collector. *Is that how the people refer to this doctor?*" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 7 | "Well what's he doing . . . collecting all of our uteruses? | *"I had a detainee that asked me, she said,* what is he doing? Collecting all of our uteruses? | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| ▮ | ▨▨▨▨▨▨▨▨▨▨▨▨▨ | ▨▨▨▨▨▨▨▨▨▨▨▨▨ | ▨▨▨▨▨▨ |
| 9 | "And perhaps doing very unnecessary procedures and not what you would need in a short-term detention situation." | *"I mean, I've been talking to lawyers who say, look, I have clients in detention who had diabetes and couldn't get their medication, yet they were told to go back for a pap smear and then to go again when that seemed regular. It seemed like* | Fair Report Privilege<br><br>Public Interest Privilege |

2

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| | | *they were getting way too much care from a gynecologist* and perhaps doing very unnecessary procedures and not enough of what you would need in a short term detention situation. *We know that they aren't supposed to stay longer than six months. Why were they getting so much care on this one area?* | Opinion |
| September 15, 2020 – "All In With Chris Hayes" (Exhibit C to Answer) | | | |
| 10 | "Migrant women say that a doctor was performing unauthorized hysterectomies on immigrant women detained at that facility." | *"Yesterday, we learned about a whistleblower, a nurse working at a Georgia Immigrations and Customers Enforcement, ICE facility, leveling honestly ghastly allegations. Chief among them that women in that facility,* migrant women, say that a doctor was performing unauthorized hysterectomies on immigrant women detained in that facility." | Fair Report Privilege<br><br>Public Interest Privilege |
| 11 | "Two of his clients received hysterectomies they believe may have been unnecessary." | *"We've been chasing this story all day along with some of my colleagues here at NBC. Tonight, we can report a lawyer named Benjamin Osorio representing women at that very facility, told NBC News that indeed* two of his clients received hysterectomies they believe may have been unnecessary." | Fair Report Privilege<br><br>Public Interest Privilege |
| 12 | "Two different women who claim they also had unnecessary hysterectomies while detained at this facility." | *"And tonight, were here on ALL IN spoke with another attorney who represents* two different women who claim they also had unnecessary hysterectomies while detained at this facility." | Fair Report Privilege<br><br>Public Interest Privilege |
| 13 | "As many as 15 immigrant women were given full or partial hysterectomies or other procedures for which no medical indication existed." | *"That lawyer tells us that* as many as 15 immigrant women were given full or partial hysterectomies or other procedures for which no medical indication existed." | Fair Report Privilege<br><br>Public Interest Privilege |

3

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| 14 | "Is he the uterus collector?  Does he collector uteruses?" | *"And one lady walked up to me here this last time around between October 19th and July 2nd and said*, what is he?  Is he the uterus collector?  Does he collect uteruses?" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 15 | "Everybody that I talked to has had a hysterectomy." | *"And I asked her, what does she mean.  And she says*, everybody that I've talked to has had a hysterectomy." | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 16 | "They would say is he the uterus collector?" | *"And you just don't know what to say, I mean I don't – I don't have an answer for why they would come to me and* they would say, is he a uterus collector?" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| | September 16, 2020 – "All In With Chris Hayes" (Exhibit D to Answer) | | |

4

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| ▨ | ▨ | ▨ | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| September 15, 2020 – "The Rachel Maddow Show" (Exhibit E to Answer) | | | |
| 22 | "Immigrant women at that facility have told her that they routinely have been sent to a gynecologist who has performed unnecessary procedures on them, including hysterectomies." | *"A nurse who works at an ICE detention facility in Georgia has just contributed to a whistleblower complaint. She says that in her time working at this ICE detention facility, it's a detention center in Irwin County, Georgia. She says that immigrant* | Fair Report Privilege<br><br>Public Interest Privilege |

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| | | women at that facility have told her they have routinely been sent to a gynecologist who has performed unnecessary procedures on them, including hysterectomies." | |
| 23 | "They have been sending immigrant women in their care, in their custody, to a doctor who has removed their reproductive organs for no medical reason and without them consenting to it." | *"[J]ust to underscore that, the allegation here is that this is a federal facility* and they have been sending immigrant women in their care, in their custody, to a doctor who has removed their reproductive organs for no medical reason and without them consenting to it." | Fair Report Privilege<br><br>Public Interest Privilege |
| 24 | "Five different women between October, November, and December 2019, over that three-month period, five different women who'd had a hysterectomy done." | *"From the complaint wrote, quote, a detained immigrant told Project South that she talked to* five different women detained at the Irwin County Detention Center . . . five different women between October, November, and December 2019, over that three month period, five different women who had a hysterectomy done." | Fair Report Privilege<br><br>Public Interest Privilege |
| 25 | "I thought this was like an experimental concentration camp. It was like they're experimenting with our bodies." | *"The detainee said, quote, when I met all these women who had the surgeries,* I thought this was like an experimental concentration camp it was like they're experimenting with our bodies." | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 26 | "Everybody this doctor sees has a hysterectomy, just about everybody." | *"The nurse who contributed to this whistleblower complaint explains it like this, quote:* Everybody this doctor sees has a hysterectomy, just about everybody. He's even taken out the wrong over on one detained immigrant. She was supposed to get her left ovary removed because she had a cyst on the left ovary he took out the right one. *She was upset.* She had to go back to take the left and she wound up with a total hysterectomy." | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |

6

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| 27 | "He's even taken out the wrong ovary on one detained immigrant. She was supposed to get her left ovary removed because it had a cyst on the left ovary. He took out the right one. She had to go back to take out the left and wound up with a total hysterectomy." | *"The nurse who contributed to this whistleblower complaint explains it like this, quote:* Everybody this doctor sees has a hysterectomy, just about everybody. He's even taken out the wrong over on one detained immigrant. She was supposed to get her left ovary removed because she had a cyst on the left ovary he took out the right one. *She was upset.* She had to go back to take the left and she wound up with a total hysterectomy." | Fair Report Privilege<br><br>Public Interest Privilege |
| 28 | "He's taking everybody's stuff out, that's his specialty." | *"The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness,* he's taking everybody's stuff out, that's his specialty he's the uterus collector. *She says, quote, I know that's ugly.* Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, what in the world?" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 29 | "He's the uterus collector." | *"The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness,* he's taking everybody's stuff out, that's his specialty he's the uterus collector. *She says, quote, I know that's ugly.* Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, what in the world?" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 30 | "Is he collecting these things or something?" | *"The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness,* he's taking everybody's stuff out, that's his specialty he's the uterus collector. *She says, quote, I know that's ugly.* Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, *what in the world?"* | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| 31 | "Everybody he sees he's taking all their uteruses out or he's taking their tubes out." | *The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness,* he's taking everybody's stuff out, that's his specialty he's the uterus collector. *She says, quote, I know that's ugly.* Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, *what in the world?*" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 32 | "He removed the uteruses of these refugee women for no medical reason, without their informed consent." | *"According to this nurse, this whistleblower, she alleges in this complaint that on several occasion, women told her that this doctor performed hysterectomies,* removed the uteruses of these refugee women for no medical reason without their proper informed consent." | Fair Report Privilege<br><br>Public Interest Privilege |
| 33 | "Two women who were detained at the facility say they received hysterectomies that they believe may have been unnecessary." | *"According to NBC's reporting, one of the lawyers represents* two women who were detained at the facility who say they received hysterectomies that they believe may have been unnecessary." | Fair Report Privilege<br><br>Public Interest Privilege |
| 34 | "She went to this doctor's office for an exam. The exam left her with bruising." | *"Another lawyer represents a woman who says* she went to this doctor's office for an exam. The exam left her with bruising." | Fair Report Privilege<br><br>Public Interest Privilege |
| September 17, 2020 – "All In With Chris Hayes" (Exhibit F to Answer) | | | |
| 35 | "We've been bringing you the story of allegations of medical procedures performed on immigrant women without – many without consent at an ICE detention facility in Georgia." | "We've been bringing you the story of allegations of medical procedures performed on immigrant women without – many without consent at an ICE detention facility in Georgia. *Now, there is now a formal inquiry into those allegations in the Department of Homeland Security's Office of Inspector General.*" | Fair Report Privilege<br><br>Public Interest Privilege |

8

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| | | | |
| | | | |
| | | | |