# Exhibit F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **IN RE YANIRA OLDAKER** ) | |
| **SUBPOENA**, issued in the case of ) | |
| ) | |
| DR. MAHENDRA AMIN, ) | CIVIL ACTION FILE |
| ) | NO. 3:23-MC-00251-MGL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NBCUNIVERSAL MEDIA, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

After conferring, the parties jointly inform the Court that we have reached agreement on the following terms for Ms. Oldaker's deposition:

1. Amin and NBCU will each provide intended topic areas of questioning one week in advance of Ms. Oldaker's deposition. Reasonable follow-up on topics that arise during questioning is allowed.

2. Amin and NBCU will each provide exhibits expected to be used one week in advance. Documents needed for reasonable follow-up on topics that arise during questioning is allowed.

3. Amin may have up to 2 hours and 15 minutes on the record to depose Ms. Oldaker. If Amin believes additional time is necessary to depose Ms. Oldaker after 2 hours and 15 minutes on the record, Amin may petition the District Court for South Carolina for additional deposition time.

4. NBCU may have up to 1 hour and 15 minutes on the record to depose Ms. Oldaker. If NBCU believes additional time is necessary to depose Ms. Oldaker after 1 hour and 15

minutes on the record, NBCU may petition the District Court for South Carolina for additional deposition time.

5. The deposition of Ms. Oldaker will be marked confidential pursuant to the Protective Order. If any party in the *Amin v. NBCU* litigation seeks to file it in the litigation (i.e., as an exhibit during summary judgment briefing), it would have to be filed under seal.

6. If any party wishes to use the transcript of Ms. Oldaker's deposition outside of the *Amin v. NBCU* case, that party shall petition the relevant court for permission to do so (i.e., for the Oldaker litigation, it would be at Judge Sands' discretion).

7. Ms. Oldaker agrees that she will not argue that having her deposition taken in the *Amin v. NBCU* litigation is a basis for claiming that a deposition of her should not be had of her in the *Oldaker* litigation.

8. Counsel will continue to work in good faith to schedule Ms. Oldaker's deposition.

9. Counsel are hopeful that they will be able to resolve the issues raised in Ms. Oldaker's motion to quash without a need for further court intervention.

The parties shall provide another Joint Status Report to the Court on or before July 7, 2023.

Consented to this 24th day of May, 2023.

/s/ Tina Cundari
Tina Cundari (Fed. I.D. No. 9679)
tina.cundari@smithrobinsonlaw.com
Frederick Hanna (Fed. I.D. No. 13826)
fred.hanna@smithrobinsonlaw.com
Smith Robinson Holler Dubose
and Morgan, LLC
2530 Devine Street, 3rd Floor
Columbia, SC 29205

-AND-

Stacey G. Evans
*Pro Hac Vice Application Forthcoming*
John Amble Johnson
*Pro Hac Vice Application Forthcoming*
Stacey Evans Law
4200 Northside Parkway NW
Building One, Ste. 200
Atlanta, Georgia 30327

**Attorneys for Dr. Mahendra Amin**


Elizabeth A. McNamara
*Pro Hac Vice Application Forthcoming*
Amanda B. Levine
*Pro Hac Vice Application Forthcoming*
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020

**Attorneys for NBCUniversal Media, LLC**

/s/ Brad Banias
Brad Banias (Fed. I.D. No. 11585)
brad@baniaslaw.com
Banias Law, LLC
5 Sutherland Avenue
Charleston, SC 29403

-AND-

Elora Mukherjee
*Pro Hac Vice Application Forthcoming*
Morningside Heights Legal Services, Inc.
435 W. 116th Street
New York, NY 10027

**Attorneys for Yanira Oldaker**