# Exhibit G

**From:** Sherman-Stokes, Sarah R.
**To:** Clare Norins
**Subject:** Fw: Non-party deposition subpoena served on Keynin Reyes Ramirez
**Date:** Monday, July 3, 2023 10:10:13 AM



**From:** Stacey Evans <sevans@staceyevanslaw.com>
**Sent:** Wednesday, June 28, 2023 8:09 PM
**To:** Sherman-Stokes, Sarah R. <sstokes@bu.edu>
**Cc:** Amble Johnson <ajohnson@staceyevanslaw.com>; Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** Re: Non-party deposition subpoena served on Keynin Reyes Ramirez

There are no agreed-to "guardrails" for Ms. NDonga and the last time a motion to quash was litigated on these issues in the NDGa (with Ms. NDonga), the judge imposed no guardrails,

but simply delayed the deposition. I never wanted to artificially limit my time, but did so to attempt to lessen litigation in the DSC. So far despite that effort, I'm still facing extreme and unnecessary resistance from you and your co-counsel. And I understand NBCU is having issues as well. Enough is enough.

I don't expect to need all day with your client, but I am no longer going to artificially limit myself ahead of time now that the law on this issue is clear - in two districts - that we are entitled to discovery from the detainees and the Federal Rules apply. Depositions are unpredictable and there is no reason for me to to create the potential for more fights for myself if I happen to need a little more time. If I had faith that counsel would not be unreasonably rigid if I found I needed an extra 15-30 mins on deposition day, maybe I could agree. But I have zero confidence I would get reasonable cooperation.

Sent from my iPhone

> On Jun 28, 2023, at 7:53 PM, Sherman-Stokes, Sarah R. <sstokes@bu.edu> wrote:
>
> EXTERNAL SENDER. Only open links and attachments from known senders. DO NOT provide your username or password.
>
> Stacey,
>
> I gather that your quick change of position is based on the NC court's ruling concerning Luz Walker.
>
> Unlike Ms. Walker, Keynin has not testified to knowledge of numerous other women who underwent surgery by Amin. Keynin is, instead, quite similarly situated to Yanira Oldaker and Mbeti Ndonga, where in both cases guardrails have been agreed to. I would like to save us both the time and expense of litigating this issue in the Northern District of Georgia. So again, please let me know if we can agree on the guardrails imposed in Yanira Oldaker's case and move forward with scheduling a mutually agreeable deposition date.
>
> Thank you.
> Sincerely,
> Sarah
>
> Sarah Sherman-Stokes (she/her)
> Associate Director & Clinical Associate Professor
> Immigrants' Rights and Human Trafficking Program
> Boston University School of Law
> 765 Commonwealth Avenue
> Room 1302F
> Boston, MA 02215
> T. 617-358-6272
>
> You can access my papers on SSRN at: http://ssrn.com/author=2549038
>
> Click here to check out our newsletter.

Click here to support our work by giving to the program.

The territory on which Boston University stands is that of The Wampanoag and The Massachusett People. BU's campus is a place to honor and respect the history and continued efforts of the Native and Indigenous community leaders which make up Eastern Massachusetts and the surrounding region. This statement is one small step in acknowledging the history that brought us to reside on the land, and to help us seek understanding of our place within that history. Ownership of land is itself a colonial concept; many tribes had seasonal relationships with the land we currently inhabit. Today, Boston is still home to indigenous peoples, including the Mashpee Wampanoag and Wampanoag Tribe of Gay Head (Aquinnah).

CONFIDENTIALITY NOTICE: The information contained in this e-mail transmittal may be protected by the attorney-client and/or attorney-work product privileges. It is intended only for the use of the individual or entity named above and the privileges are not waived by virtue of the document(s) having been sent by e-mail. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please immediately notify us by return e-mail at sstokes@bu.edu. Thank you.

---

**From:** Stacey Evans <sevans@staceyevanslaw.com>
**Sent:** Wednesday, June 28, 2023 4:56 PM
**To:** Sherman-Stokes, Sarah R. <sstokes@bu.edu>
**Cc:** Amble Johnson <ajohnson@staceyevanslaw.com>; Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** RE: Non-party deposition subpoena served on Keynin Reyes Ramirez

Sarah,

This offer is withdrawn.

I'm happy to provide a list of intended topics and I'm also happy to schedule the deposition on a mutually agreeable date/time and location other than what is currently subpoenaed. Otherwise we will proceed pursuant to the Federal Rules of Civil Procedure. Please let me know if you want a different date/time or location.

Thank you, Stacey

---

**From:** Stacey Evans
**Sent:** Wednesday, June 28, 2023 3:56 PM
**To:** Sherman-Stokes, Sarah R. <sstokes@bu.edu>
**Cc:** Amble Johnson <ajohnson@staceyevanslaw.com>; Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** RE: Non-party deposition subpoena served on Keynin Reyes Ramirez

Sarah,

Thank you for your email.

We would agree to the following conditions (of course I would have to consult with NBCU to ensure they agree to these terms, but I suspect they would do so).

Thank you, Stacey

- Amin and NBCU will each provide intended topic areas of questioning one week in advance of the deposition.  Reasonable follow-up on topics that arise during questioning is allowed.
- Amin and NBCU will each provide exhibits expected to be used one week in advance.  Documents needed for reasonable follow-up on topics that arise during questioning is allowed.
- Amin may have up to 3 hours on the record for the deposition and NBCU may have up to 2 hours on the record for the deposition. It a translator is needed, each party may have up to 1/3 more time.
- The deposition will be marked confidential pursuant to the Protective Order.  If any party in the *Amin v. NBCU* litigation seeks to file it in the litigation (i.e., as an exhibit during summary judgment briefing), it would have to be filed under seal.
- If any party wishes to use the transcript of the deposition outside of the *Amin v. NBCU* case, that party shall petition the relevant court for permission to do so.
- Witness agrees that she will not argue that having her deposition taken in the *Amin v. NBCU* litigation is a basis for claiming that a deposition of her should not be had of her in her case

pending in the MDGA.

---

**From:** Sherman-Stokes, Sarah R. <sstokes@bu.edu>
**Sent:** Wednesday, June 28, 2023 1:22 PM
**To:** Stacey Evans <sevans@staceyevanslaw.com>
**Cc:** Amble Johnson <ajohnson@staceyevanslaw.com>
**Subject:** Re: Non-party deposition subpoena served on Keynin Reyes Ramirez

EXTERNAL SENDER. Only open links and attachments from known senders. DO NOT provide your username or password.

Good afternoon, Stacey,

We object to this subpoena on the grounds that we believe Ms. Reyes Ramirez's testimony is not relevant, and that requiring her to recount traumatic events she experienced in detention is unduly burdensome.

However, in the spirit of avoiding future litigation, we would be willing to produce Ms. Reyes Ramirez on a mutually agreeable future date in the event that you will agree to the guardrails that were settled on for the Yanira Oldaker deposition. Are these guardrails something you would agree to for Ms. Reyes Ramirez's deposition as well?

Thank you for your consideration.

Sincerely,
Sarah

Sarah Sherman-Stokes (she/her)
Associate Director & Clinical Associate Professor
Immigrants' Rights and Human Trafficking Program
Boston University School of Law
765 Commonwealth Avenue
Room 1302F
Boston, MA 02215
T. 617-358-6272

You can access my papers on SSRN at: http://ssrn.com/author=2549038

Click here to check out our newsletter.
Click here to support our work by giving to the program.


The territory on which Boston University stands is that of The Wampanoag and The Massachusett People. BU's campus is a place to honor and respect the history and continued efforts of the Native and Indigenous community leaders which make up Eastern Massachusetts and the surrounding region. This statement is one small step in acknowledging the history that brought us to reside on the land, and to help us seek understanding of our place within that history. Ownership of land is itself a colonial concept; many tribes had seasonal relationships with the land we currently inhabit.

Today, Boston is still home to indigenous peoples, including the Mashpee Wampanoag and Wampanoag Tribe of Gay Head (Aquinnah).

CONFIDENTIALITY NOTICE: The information contained in this e-mail transmittal may be protected by the attorney-client and/or attorney-work product privileges. It is intended only for the use of the individual or entity named above and the privileges are not waived by virtue of the document(s) having been sent by e-mail. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please immediately notify us by return e-mail at sstokes@bu.edu. Thank you.

---

**From:** Stacey Evans <sevans@staceyevanslaw.com>
**Sent:** Thursday, June 22, 2023 10:30 AM
**To:** Sherman-Stokes, Sarah R. <sstokes@bu.edu>
**Cc:** Amble Johnson <ajohnson@staceyevanslaw.com>; Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** RE: Non-party deposition subpoena served on Keynin Reyes Ramirez

Sarah,

Good morning.  The subpoena is dated June 6.  The subpoena was served on Monday, June 19.  The deposition that Ms. Ramirez is subpoenaed to appear for is July 17.

The deposition is currently set for July 17 at 9:30am at my law office.  I'm happy to work with you on setting an alternative time/date/location if needed to accommodate your client or your schedules.

Thank you, Stacey

---

**From:** Sherman-Stokes, Sarah R. <sstokes@bu.edu>
**Sent:** Thursday, June 22, 2023 10:26 AM
**To:** Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** Non-party deposition subpoena served on Keynin Reyes Ramirez

EXTERNAL SENDER. Only open links and attachments from known senders. DO NOT provide your username or password.

Good morning, Stacey,

I represent Keynin Reyes Ramirez who notified me that on Monday, July 19 she was served, in person, with a non-party deposition subpoena. The date on the subpoena is June 6. I just wanted to confirm that you are in agreement that the date of service is July 19.

Thank you so much.

Sincerely,
Sarah

Sarah Sherman-Stokes (she/her)
Associate Director & Clinical Associate Professor
Immigrants' Rights and Human Trafficking Program
Boston University School of Law
765 Commonwealth Avenue
Room 1302F
Boston, MA 02215
T. 617-358-6272

You can access my papers on SSRN at: http://ssrn.com/author=2549038

Click here to check out our newsletter.
Click here to support our work by giving to the program.


The territory on which Boston University stands is that of The Wampanoag and The Massachusett People. BU's campus is a place to honor and respect the history and continued efforts of the Native and Indigenous community leaders which make up Eastern Massachusetts and the surrounding region. This statement is one small step in acknowledging the history that brought us to reside on the land, and to help us seek understanding of our place within that history. Ownership of land is itself a colonial concept; many tribes had seasonal relationships with the land we currently inhabit. Today, Boston is still home to indigenous peoples, including the Mashpee Wampanoag and Wampanoag Tribe of Gay Head (Aquinnah).


CONFIDENTIALITY NOTICE: The information contained in this e-mail transmittal may be protected by the attorney-client and/or attorney-work product privileges. It is intended only for the use of the individual or entity named above and the privileges are not waived by virtue of the document(s) having been sent by e-mail. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please immediately notify us by return e-mail at sstokes@bu.edu. Thank you.