# Exhibit I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | CIVIL ACTION NO.: 5:21-cv-56 |

## SECOND AMENDED SCHEDULING ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time to Complete Discovery. Doc. 72. The parties state they have several uncompleted depositions, which have been scheduled for June and July. Id. at 3. They further state they require an extension because several non-parties had moved to quash the parties' subpoenas. Id. at 3–4. Thus, the parties ask the Court to extend deadlines by 60 days. Id. at 5.

The Court held a telephonic status conference on this Motion and other matters on June 9, 2023. The Court discussed with the parties the parties' ability to complete expert and fact discovery contemporaneously. The parties confirmed expert and fact discovery could be completed contemporaneously and sequencing of discovery is unnecessary in this matter. Therefore, good cause shown, the Court **GRANTS** the Motion, but with modification, and sets forth the following schedule:

| EVENT | DEADLINE |
|---|---|
| Service of Expert Witness Reports | September 4, 2023 |
| Discovery Status Report[1] | September 21, 2023 |
| Discovery Status Conference | September 29, 2023 |
| Close of Discovery | October 4, 2023 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | November 3, 2023 |
| Depositions of All Witnesses Taken for Use at Trial | December 18, 2023 |
| Proposed Pre-Trial Order | January 24, 2024 |

All instructions in the Court's previous Scheduling Orders remain in full force and effect. Docs. 28, 61.

**SO ORDERED**, this 12th day of June, 2023.

*/s/ B. Cheesbro*

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.