# Exhibit L

| From: | Levine, Amanda |
|---|---|
| To: | Stacey Evans; Clare Norins |
| Cc: | Amble Johnson; Scott R. Grubman; Elora Mukherjee; Matthew Vogel; Amber Qureshi; Megan Hauptman; Cynthia Counts; McNamara, Elizabeth; Charlton, Leena |
| Subject: | RE: Amin v. NBCU: depositions |
| Date: | Wednesday, May 17, 2023 4:51:44 PM |
| Attachments: | image001.png |

[EXTERNAL SENDER - PROCEED CAUTIOUSLY]

Hi Clare,

Regarding the time limit for the depositions, NBCU cannot agree to limit itself to one hour.  While it's very possible NBCU will only take an hour for the depositions, as you know, Dr. Amin's counsel will be going first, and we may need to change things based on what they do.  Given that each party is technically entitled to seven hours under the Federal Rules, we think it's entirely reasonable to only ask for two hours.

Thanks,
Amanda

**From:** Stacey Evans <sevans@staceyevanslaw.com>
**Sent:** Friday, May 12, 2023 6:29 PM
**To:** Clare Norins <cnorins@uga.edu>; Levine, Amanda <AmandaLevine@dwt.com>
**Cc:** Amble Johnson <ajohnson@staceyevanslaw.com>; Scott R. Grubman <SGrubman@cglawfirm.com>; Elora Mukherjee <EMukherjee@law.columbia.edu>; Matthew Vogel <matt@nipnlg.org>; Amber Qureshi <amber@nipnlg.org>; Megan Hauptman <megan@nipnlg.org>; Cynthia Counts <Cynthia.Counts@fisherbroyles.com>; McNamara, Elizabeth <lizmcnamara@dwt.com>; Charlton, Leena <LeenaCharlton@dwt.com>; Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** RE: Amin v. NBCU: depositions

**[EXTERNAL]**

Clare,

1. Glad we agree on one!
2. Maybe I wasn't clear – any document that we plan to use in our questions in chief, we will provide in advance.  What I mean by impeachment is if we get answers that cause us to need to show documents we wouldn't have thought necessary going in, I don't want to preclude my ability to do so.  I'm not trying to ambush anyone and will not be looking to spring surprises, but you know that counsel can not always know exactly where testimony will lead and I won't tie my hands to respond accordingly as needed.
3. NBCU will have to respond regarding its time needs, but I cannot agree to less than what I proposed for my side.  I hope I won't need the entire time, but I won't limit myself more in advance.  The time limit I proposed is in line with what I represented to the Court.  NBCU has their own needs and I cannot let their time diminish my own – each party would rightfully be