IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

*In re:*
Subpoena Issued to Keynin Reyes Ramirez   Miscellaneous Action No. _____

_____

**[Proposed] ORDER GRANTING
NON-PARTY KEYNIN REYES RAMIREZ'S MOTION TO STAY
DEPOSITION DATE**

Having considered Non-Party Keynin Reyes Ramirez's Motion to Stay the deposition date pending resolution of her Motion for a Protective Order Modifying Deposition Subpoena issued by Mahendra Amin in *Amin v. NBCUniversal Media, LLC*, Case No. 5:21-CV-00056-LGW-BWC, 2022 WL 16964770 (S.D. Ga. Nov. 16, 2022), returnable July 17, 2023 in Atlanta, Georgia, it is HEREBY ORDERED that:

1.   Reyes Ramirez's Motion to Stay Deposition Date is GRANTED.

2.   Reyes Ramirez's deposition shall be STAYED pending resolution of her Motion for a Protective Order Modifying Deposition Subpoena.

IT IS SO ORDERED.

Signed this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE