IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

*In re:*
Subpoena Issued to Keynin Reyes Ramirez   Miscellaneous Action No. _____

_____

### [Proposed] ORDER GRANTING NON-PARTY KEYNIN REYES RAMIREZ'S MOTION FOR A PROTECTIVE ORDER MODIFYING DEPOSITION SUBPOENA

Having considered Non-Party Keynin Reyes Ramirez's Motion for a Protective Order Modifying Deposition Subpoena issued by Mahendra Amin in *Amin v. NBCUniversal Media, LLC*, Case No. 5:21-CV-00056-LGW-BWC, 2022 WL 16964770 (S.D. Ga. Nov. 16, 2022), returnable July 17, 2023 in Atlanta, Georgia, and good cause having been shown, it is HEREBY ORDERED that Reyes Ramirez's Motion for a Protective Order is GRANTED. The non-party subpoena is modified to include the following protective guardrails:

1. Amin and NBCU will each provide intended topic areas of questioning at least one week in advance of Ms. Reyes Ramirez's deposition. Reasonable follow-up on topics that arise during questioning is allowed.

2. Amin and NBCU will each provide exhibits expected to be used one week in advance. Documents needed for reasonable follow-up on topics that arise during questioning is allowed.

3. Amin may have up to 3 hours on the record to depose Ms. Reyes Ramirez. If Amin believes additional time is necessary to depose her after 3 hours on the record, Amin may petition the District Court for additional deposition time.

4. NBCU may have up to 1 hour and 40 minutes on the record to depose Ms. Reyes Ramirez. If NBCU believes additional time is necessary to depose Ms. Reyes Ramirez after 1 hour and 40 minutes on the record, NBCU may petition the District Court for additional deposition time.

5. The deposition of Ms. Reyes Ramirez will be marked confidential pursuant to the Protective Order. If any party in the *Amin v. NBCU* litigation seeks to file it in the litigation (e.g., as an exhibit during summary judgment briefing), it would have to be filed under seal.

6. If any party wishes to use the transcript of Ms. Reyes Ramirez's deposition outside of the *Amin v. NBCU* case, that party shall petition the relevant court for permission to do so.

7. Ms. Reyes Ramirz agrees that she will not argue that having her deposition taken in the *Amin v. NBCU* litigation is a basis for claiming that a deposition should not be had of her in the *Oldaker* litigation.

IT IS SO ORDERED.

Signed this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE