AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia ▼

LOUISE MERRITT )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
US MARSHALS SERVICE )
Z. PARADOWSKI )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* US MARSHALS SERVICE
75 TED TURNER DRIVE SW
ATLANTA, GEORGIA 30303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dennis C. Francis, Jr.
D'Amour Francis, LLC
2507 Hughes SW
Atlanta, GA 30331
404-644-5283
dfrancis@damourfrancis.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*