UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO. AS
SUBROGEE OF KI WON KIM,

    PLAINTIFF,

V.                                                          CIVIL ACTION NO:

UNITED STATES OF AMERICA,

    DEFENDANTS.

**RULE 7.1 DISCLOSURE STATEMENT**

PURSUANT TO RULE 7.1, State Farm Mutual Automobile Insurance Co., Plaintiff in the above-styled civil action, by and through counsel, hereby certifies that it is a nongovernmental corporate party that is:

__x__    (a) wholly owned by <u>its' policy holders</u>; and/or

_____    (b) the following publicly held corporation(s) own 10% or more of the company stock; or

_____    (c) there are no parent companies and/or no publicly held corporations owning 10% or more of the company stock.

                                                 BOUTWELL & ASSOCIATES, LLC
                                                 Attorney for Plaintiff:

                                                 <u>/s/ Keshia Townsend</u>
                                                 Candace M. Boutwell; State Bar No. 254154
                                                 cboutwell@subrofirm.com
                                                 Keshia N. Townsend; State Bar No. 556068
                                                 k.townsend@subrofirm.com

2280 Satellite Blvd, Bldg. B
Duluth GA 30097
Phone: (678) 985-0800
Fax: (678) 985-0903