## ATTACHMENT A

| NAME | ADDRESS | Discoverable information |
|---|---|---|
| Ki Kim | 3121 Greenstone Trail, Duluth GA 30096 | Plaintiff's insured-driver of 20 |
| Sayeh Diggs | 1630 Misty Valley Dr, Lawrenceville GA 30045 | Employee of USPS that was driving |
| Jay Kim | 3121 Greenstone Trail, Duluth GA 30096 | Passenger in Plaintiff's insured vehicle |
| Soojka Lee | 3121 Greenstone Trail, Duluth GA 30096 | Passenger in Plaintiff's insured vehicle |
| Hyunsook Park | 3121 Greenstone Trail, Duluth GA 30096 | Passenger in Plaintiff's insured vehicle |
| State Farm Representative | Contacted through Plaintiff's counsel | Plaintiff anticipates that it will call the estimator or appraiser and/or the claim representative handling this claim to testify regarding the approximate fair market values of the vehicle immediately before and after the subject collision |
| R. Mulla-Lawrence-Badge B2154 | Georgia Department of Transportation | Responding officer |
| Employee of Lucky Auto Body Buford | 2950 Buford Highway, Buford GA 30518 | Repaired the vehicle |

All persons identified by Defendant in its Initial Disclosures and responses to Discovery who Defendant contends has some knowledge relevant to any issue contained in Plaintiff's lawsuit.

Any or all parties or individuals who have not previously been identified whose

knowledge or experience may be relevant to any issue involved in this lawsuit. Such a determination will be made as discovery progresses in this lawsuit.