## ATTACHMENT B

Plaintiff has not hired an expert witness to date, but will supplement this response if any are retained in the future.

2023015080