# STATE FARM INSURANCE COMPANIES

ALL

Take this initial estimate to the repair facility of your choice. If additional damage is found have the repair facility use the "Request Supplement" link at b2b.statefarm.com. **This is not an email address; it is the site to submit a Supplement**. All supplements must be approved by State Farm.

| | |
|---|---|
| Claim #: | 11-27W3-15K01 |
| Workfile ID: | 0feb93dd |
| Rate Table: | Default |

## Supplement of Record 1 Summary

Written By: ELAINE WETZEL, 12/15/2021 11:55:06 AM
Claim Rep: Team L, Express, (855) 341-8184 Business

| | | | | | |
|---|---|---|---|---|---|
| Insured: | KI KIM | Owner Policy #: | | Claim #: | 11-27W3-15K01 |
| Type of Loss: | Collision | Date of Loss: | 11/18/2021 12:00 AM | Days to Repair: | 0 |
| Point of Impact: | 06 Rear | Deductible: | 500.00 | | |

**Owner (Insured):**
KI KIM
3121 GREENSTONE TRL
DULUTH, GA 30096-3585
(404) 558-6773 Cellular
(404) 558-6773 Other

**Inspection Location:**
Lucky Auto Body Buford
2950 Buford Hwy
Buford, GA 30518-6062
Virtual
(404) 981-0933 Business

**Repair Facility:**
LUCKY AUTO BUFORD BODY
2950 BUFORD HWY
BUFORD, GA 30518-6062
(404) 981-0933 Business

## VEHICLE

2020 HOND Accord Sedan EX w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection BLACK

| | | | | | |
|---|---|---|---|---|---|
| VIN: | 1HGCV1F42LA127542 | Production Date: | | Interior Color: | |
| License: | CGF5056 | Odometer: | 19667 | Exterior Color: | BLACK |
| State: | GA | Condition: | | | |

| | | | |
|---|---|---|---|
| **TRANSMISSION** | Air Conditioning | FM Radio | Electric Glass Sunroof |
| Automatic Transmission | Intermittent Wipers | Stereo | **SEATS** |
| **POWER** | Tilt Wheel | Search/Seek | Cloth Seats |
| Power Steering | Cruise Control | Auxiliary Audio Connection | Bucket Seats |
| Power Brakes | Rear Defogger | Satellite Radio | Reclining/Lounge Seats |
| Power Windows | Keyless Entry | **SAFETY** | Heated Seats |
| Power Locks | Alarm | Drivers Side Air Bag | **WHEELS** |
| Power Mirrors | Message Center | Passenger Air Bag | Aluminum/Alloy Wheels |
| Heated Mirrors | Steering Wheel Touch Controls | Anti-Lock Brakes (4) | **PAINT** |
| Power Driver Seat | Telescopic Wheel | 4 Wheel Disc Brakes | Clear Coat Paint |
| **DECOR** | Climate Control | Front Side Impact Air Bags | **OTHER** |
| Dual Mirrors | Remote Starter | Head/Curtain Air Bags | Fog Lamps |
| Tinted Glass | Backup Camera | Hands Free Device | Traction Control |
| Console/Storage | Intelligent Cruise | Blind Spot Detection | Stability Control |
| Overhead Console | **RADIO** | Lane Departure Warning | Xenon or L.E.D. Headlamps |
| **CONVENIENCE** | AM Radio | **ROOF** | |

|  |  | Claim #: | 11-27W3-15K01 |
|---|---|---|---|
|  |  | Workfile ID: | 0feb93dd |

## Supplement of Record 1 Summary

2020 HOND Accord Sedan EX w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection BLACK

| Line |   |   | Oper | Description | Part Number | Qty | Extended Price $ | Labor |   | Paint |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **REAR BUMPER** |   |   |   |   |   |   |   |   |   |
| 2 |   | S01 |   | O/H rear bumper |   |   |   | 2.1 |   |   |
| 3 |   |   | Repl | Lower molding | 71512TVAA00 | 1 | 9.64 | Incl. |   |   |
| 4 | # |   | Rpr | Feather Prime and Block |   |   |   | 0.3 | 3 |   |
| 5 |   |   | R&I | RT Finish molding | 71514TVAA10 |   |   | Incl. |   |   |
| 6 | <> | S01 | Repl | Bumper cover w/o prk sensor EX, EX-L | 04715TVAA50ZZ | 1 | 459.35 | Incl. |   | 3.0 |
| 7 |   | S01 |   | Add for Clear Coat |   |   |   |   |   | 1.2 |
| 8 |   |   | R&I | Mud guard rear only | 08P09TVA100R1 |   |   | 0.4 |   |   |
| 9 |   |   | R&I | RT Reflector | 33505TVAA01 |   |   | Incl. |   |   |
| 10 |   |   | R&I | LT Reflector | 33555TVAA01 |   |   | Incl. |   |   |
| 11 |   |   | R&I | LT Finish molding | 71519TVAA10 |   |   | Incl. |   |   |
| 12 |   |   | Repl | LT Lower trim w/o Hybrid | 71515TVAA00 | 1 | 43.92 | Incl. |   |   |
| 13 |   |   | R&I | RT Lower trim w/o Hybrid | 71510TVAA00 |   |   | Incl. |   |   |
| 14 | * | S01 | Repl | RCY Impact bar (HSS) +25% | MAK21963 | 1 | 227.50 | 0.4 |   |   |
| 15 |   | S01 | Repl | LT Side retainer | 71598TVAA01 | 1 | 10.54 | 0.1 |   |   |
| 16 | **MISCELLANEOUS OPERATIONS** |   |   |   |   |   |   |   |   |   |
| 17 | # | S01 | Repl | Flex Additive |   | 1 | 8.00 |   |   |   |
| 18 | # | S01 | Rpr | Pre-repair Scan |   |   |   | 0.5 | M |   |
| 19 | # | S01 |   | epc |   | 1 | 3.00 |   |   |   |
| 20 | # | S01 | Rpr | Post-repair Scan |   |   |   | 0.5 | M |   |
| 21 | **OTHER CHARGES** |   |   |   |   |   |   |   |   |   |
| 22 | # |   |   | E.P.C. |   | 1 | 3.00 |   |   |   |
|   |   |   |   |   | **SUBTOTALS** |   | 764.95 | 4.3 |   | 4.2 |

|  |  | Claim #: | 11-27W3-15K01 |
|---|---|---|---|
|  |  | Workfile ID: | 0feb93dd |

## Supplement of Record 1 Summary

2020 HOND Accord Sedan EX w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection BLACK

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts |  |  |  | 761.95 |
| Body Labor | 3.0 hrs | @ | $ 46.00 /hr | 138.00 |
| Paint Labor | 4.2 hrs | @ | $ 46.00 /hr | 193.20 |
| Mechanical Labor | 1.0 hrs | @ | $ 120.00 /hr | 120.00 |
| Feather Prime and Block | 0.3 hrs | @ | $ 46.00 /hr | 13.80 |
| Paint Supplies | 4.2 hrs | @ | $ 32.00 /hr | 134.40 |
| Other Charges |  |  |  | 3.00 |
| Subtotal |  |  |  | 1,364.35 |
| Sales Tax | $ 896.35 | @ | 6.0000 % | 53.78 |
| **Total Cost of Repairs** |  |  |  | **1,418.13** |
| Deductible |  |  |  | 500.00 |
| **Total Adjustments** |  |  |  | **500.00** |
| **Net Cost of Repairs** |  |  |  | **918.13** |



For more information regarding State Farm's promise of satisfaction relating to new non-original equipment manufacturer (non-OEM) and recycled parts, please visit: http://st8.fm/7X4  or QR code.

Register online to check the status of your claim and stay connected with State Farm®. To register, go to   http://www.statefarm.com/ and select Check the Status of a Claim.  If you are already registered, thank you!

|  |  | Claim #: | 11-27W3-15K01 |
|---|---|---|---|
|  |  | Workfile ID: | 0feb93dd |

## Supplement of Record 1 Summary

2020 HOND Accord Sedan EX w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection BLACK

### SUPPLEMENT SUMMARY

| Line |  |  | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|---|
| **Deleted Items** | | | | | | | | | |
| 2 |  |  |  | O/H rear bumper |  |  |  | -2.1 |  |
| 4 |  |  | R&I | R&I bumper cover | 04715TVAA50ZZ |  |  | Incl. |  |
| 5 | * | <> | Rpr | Bumper cover w/o prk sensor EX, EX-L | 04715TVAA50ZZ |  |  | -3.2 | -3.0 |
| 6 |  |  |  | Add for Clear Coat |  |  |  |  | -1.2 |
| 8 | # |  | Refn | Basecoat Reduction |  |  |  |  | 0.2 |
| **Added Items** | | | | | | | | | |
| 2 |  | S01 |  | O/H rear bumper |  |  |  | 2.1 |  |
| 6 | <> | S01 | Repl | Bumper cover w/o prk sensor EX, EX-L | 04715TVAA50ZZ | 1 | 459.35 | Incl. | 3.0 |
| 7 |  | S01 |  | Add for Clear Coat |  |  |  |  | 1.2 |
| 14 | * | S01 | Repl | RCY Impact bar (HSS) +25% | MAK21963 | 1 | 227.50 | 0.4 |  |
| 15 |  | S01 | Repl | LT Side retainer | 71598TVAA01 | 1 | 10.54 | 0.1 |  |
| 16 | **MISCELLANEOUS OPERATIONS** | | | | | | | | |
| 17 | # | S01 | Repl | Flex Additive |  | 1 | 8.00 |  |  |
| 18 | # | S01 | Rpr | Pre-repair Scan |  |  |  | 0.5 M |  |
| 19 | # | S01 |  | epc |  | 1 | 3.00 |  |  |
| 20 | # | S01 | Rpr | Post-repair Scan |  |  |  | 0.5 M |  |
|  |  |  |  |  | **SUBTOTALS** |  | 708.39 | -1.7 | 0.2 |

### TOTALS SUMMARY

| Category | Basis |  | Rate | Cost $ |
|---|---|---|---|---|
| Parts |  |  |  | 708.39 |
| Body Labor | -2.7 hrs | @ | $ 46.00 /hr | -124.20 |
| Paint Labor | 4.2 hrs | @ | $ 46.00 /hr | 193.20 |
| Mechanical Labor | 1.0 hrs | @ | $ 120.00 /hr | 120.00 |
| Additional Supplement Labor |  |  |  | -184.00 |
| Paint Supplies | 4.2 hrs | @ | $ 32.00 /hr | 134.40 |
| Additional Supplement Materials/Supplies |  |  |  | -128.00 |
| Subtotal |  |  |  | 719.79 |
| Sales Tax | $ 714.79 | @ | 6.0000 % | 42.89 |
| **Total Supplement Amount** |  |  |  | 762.68 |
| **NET COST OF SUPPLEMENT** |  |  |  | 762.68 |

|  |  |
|---|---|
| Claim #: | 11-27W3-15K01 |
| Workfile ID: | 0feb93dd |

## Supplement of Record 1 Summary

2020 HOND Accord Sedan EX w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection BLACK

### CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| Estimate | | 655.45 | CLAY ROGNE |
|---|---|---|---|
| Supplement S01 | | 762.68 | ELAINE WETZEL |
| **Workfile Total:** | $ | **1,418.13** | |
| **TOTAL ADJUSTMENTS:** | $ | **500.00** | |
| **NET COST OF REPAIRS:** | $ | **918.13** | |

NOTICE TO THIRD PARTY CLAIMANTS: Failure to use the insurance proceeds in accordance with a security agreement between you and a lienholder, if any, may be a violation of Code Section 16-8-4 of the O.C.G.A. If you have any questions, contact your lending institution.

| | |
|---|---|
| Claim #: | 11-27W3-15K01 |
| Workfile ID: | 0feb93dd |

## Supplement of Record 1 Summary

2020 HOND Accord Sedan EX w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection BLACK

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide ARG4446, CCC Data Date 11/15/2021, and potentially other third party sources of data; and (b) the parts presented are OEM-parts. OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution. OEM parts are available at OE/Vehicle dealerships or the specified supplier. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing.   Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2022 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Intelligent Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.

Claim #: 11-27W3-15K01
Workfile ID: 0feb93dd

**Supplement of Record 1 Summary**

2020 HOND Accord Sedan EX w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection BLACK

**\*\*\*\*\*STATE FARM DISCLOSURES AND CUSTOMER NOTIFICATIONS\*\*\*\*\***

**THE FOLLOWING DISCLOSURE APPLIES TO THOSE PARTS IDENTIFIED AS NON-OEM ON THE ESTIMATE:**

**THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AFTERMARKET CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. THE AFTERMARKET CRASH PARTS USED IN THE PREPARATION OF THIS ESTIMATE ARE WARRANTED BY THE MANUFACTURER OR DISTRIBUTOR OF SUCH PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.**

**THIRD PARTY/ CLAIMANT ESTIMATES ONLY:**

**"THIRD PARTY CLAIMANTS ARE THOSE INDIVIDUALS WHO ARE NOT INSURED BY THE INSURANCE CARRIER FOR WHOM THIS APPRAISAL WAS WRITTEN. WE ARE REQUIRED BY LAW TO PROVIDE THE FOLLOWING NOTICE TO THOSE INDIVIDUALS:**

**NOTICE TO THIRD PARTY CLAIMANTS: FAILURE TO USE THE INSURANCE PROCEEDS IN ACCORDANCE WITH A SECURITY AGREEMENT BETWEEN YOU AND A LIENHOLDER, IF ANY, MAY BE A VIOLATION OF CODE SECTION 16-8-4 OF THE O.C.G.A. IF YOU HAVE ANY QUESTIONS, CONTACT YOUR LENDING INSTITUTION"**

|  |  |
|---|---|
| Claim #: | 11-27W3-15K01 |
| Workfile ID: | 0feb93dd |

## Supplement of Record 1 Summary

2020 HOND Accord Sedan EX w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection BLACK

### ALTERNATE PARTS SUPPLIERS

| Line | Supplier | Description | Price |
|---|---|---|---|
| 14 | Weaver/Maiden<br>3978 S, NC-16<br>Maiden NC 28650<br>(828) 466-2211 | #MAK21963<br>RCY Impact bar (HSS) +25%<br>1.50L ACVT SED PROD DATE: 2019-09-01<br>Quote: CCC-94177171<br>Expires: 01/13/22 | $ 182.00 |

Claim #: 11-27W3-15K01
Workfile ID: 0feb93dd

## Supplement of Record 1 Summary

2020 HOND Accord Sedan EX w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection BLACK

### ALTERNATE PARTS USAGE

2020 HOND Accord Sedan EX w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection BLACK

| | | | |
|---|---|---|---|
| VIN: | 1HGCV1F42LA127542 | Production Date: | Interior Color: |
| License: | CGF5056 | Odometer: 19667 | Exterior Color: BLACK |
| State: | GA | Condition: | |

| Alternate Part Type | # Of Available Parts | # Of Parts Selected |
|---|---|---|
| Aftermarket | 0 | 0 |
| Optional OEM | 0 | 0 |
| Reconditioned | 0 | 0 |
| Recycled | 7 | 1 |