AUTO                              Claim Number: 11-27W3-15K                              RBZ000HK

| PAYMENTS |||||
| --- | --- | --- | --- | --- |
| C denotes consolidated payment ||||| 
| E denotes EFT payment |||||
| P previously converted payment from CAT/CMR |||||
| **Payment Number** | **Issued Date** | **Payee** | **Status** | **Amount** **Auth ID** |
| 127718615J | 01-14-2022 | KI WON KIM | Paid | $383.68 VABAVU |
| 127682162J | 12-28-2021 | LUCKY AUTO BUFORD BODY | Paid | $155.45 VACI2Y |
| 127658358J | 12-15-2021 | LUCKY AUTO BUFORD BODY | Paid | $762.68 ECSAPY |
| 127638988J | 12-07-2021 | LUCKY AUTO BUFORD BODY | Stop Pay | $155.45 ECSAPY |
| | | | **Grand Total:** | $1,301.81 |