























19667 mi

















