

**For Customer Support refer to the appropriate platform below:**

**Police Records Retrieval**
800-934-9698
PoliceRecords.support@lexisnexisrisk.com

**Accurint for Insurance**
866-277-8407
Accurint.support@lexisnexisrisk.com

PAGE COUNT: 5

CLIENT:     6625
DIVISION:
ADJUSTER: YZE9
CLAIM:      1127W315K

TRANSACTION #: 1582505212
DATE:                    2022-01-12 23:32:47.0

DATE OF LOSS: 11/18/2021     TIME OF LOSS: 0:0:0
STREET:        DAVENPORT RD
CITY:          DULUTH
COUNTY:        GWINNETT
STATE:         GA

INVESTIGATING AGENCY: GWINNETT CO PD
REPORT NUMBER:        21094343
REPORT TYPE:          AUTOACCIDENT
PARTY1:               KI WON KIM
PARTY2:
PARTY3:

CAR: ACCORD    MAKE: HONDA    YEAR: 2020
               TAG:

ADDITIONAL INFO:

NOTE:

THANK YOU FOR YOUR ORDER!

# GEORGIA UNIFORM MOTOR VEHICLE CRASH REPORT

| Field | Value |
|---|---|
| Agency Case Number | 210094343 |
| Agency NCIC No. | GA0670200 |
| County | GWINNETT |
| Date Rec by GDOT | |
| Estimated Crash Date | 11-18-2021 |
| Estimated Crash Time | 1418 |
| Dispatch Date | 11-18-2021 |
| Dispatch Time | 1420 |
| Arrival Date | 11-18-2021 |
| Arrival Time | 1425 |
| Total Number of Vehicles | 2 |
| Injuries | 0 |
| Fatalities | 0 |
| Inside City of | |
| Road of Occurrence | DAVENPORT RD |
| At Its Intersection With | HILL DR |
| Corrected Report | N |
| Suppl to Original | N |
| Latitude (Y) | 33.965440 |
| Longitude (X) | -84.136870 |
| Hit & Run | N |

## Unit 1 (Driver - Susp At Fault)

- **Last Name:** DIGGS
- **First:** SAYEH
- **Middle Initial:** R
- **Address:** 1630 MISTY VALLEY DR
- **City:** LAWRENCEVILLE
- **State:** GA
- **Zip:** 30045
- **DOB:** 1960
- **Driver's License No.:** 058679023
- **Class:** C
- **State:** GA
- **Country:** USA
- **Insurance Co.:** USPS
- **Policy No.:** SELF INSURED
- **Telephone No.:** (678) 469-1903
- **Year:** 1994
- **Make:** UVA
- **Model:**
- **VIN:** 1GBCS1048R2920688
- **Vehicle Color:** WHI
- **Tag #:**
- **Owner:** UNITED STATES POSTAL SERVICE
- **Alco Test:** 2
- **Drug Test:** 2
- **First Harmful Event:** 11
- **Most Harmful Event:** 11
- **Operator/Ped Cond:** 1
- **Operating Contributing Factors:** 03
- **Vehicle Contributing Factors:** 1
- **Roadway Contributing Factors:** 1
- **Direction of Travel:** 4
- **Veh Maneuver:** 5
- **Veh Class:** 8
- **Veh Type:** 22
- **Vision Obscured:** 1
- **Number of Occupants:** 1
- **Area of Initial Contact:** 12
- **Damage to Veh:** 2
- **Traffic-Way Flow:** 1
- **Road Comp:** 2
- **Road Character:** 2
- **Number of Lanes:** 1
- **Posted Speed:** 25
- **Work Zone:** 0
- **Traffic Ctrl:** 7
- **Device Inoperative?:** No

## Unit 2 (Driver - Same as Driver)

- **Last Name:** KIM
- **First:** KI
- **Middle Initial:** W
- **Address:** 3121 GREENSTONE TRAIL
- **City:** DULUTH
- **State:** GA
- **Zip:** 30096
- **DOB:** 1970
- **Driver's License No.:** 055818664
- **Class:** C
- **State:** GA
- **Country:** USA
- **Insurance Co.:** STATE FARM
- **Policy No.:** 1129749994
- **Telephone No.:** (404) 558-6773
- **Year:** 2020
- **Make:** HOND
- **Model:** ACCORD
- **VIN:** 1HGCV1F42LA127542
- **Vehicle Color:** BLK
- **Tag #:** CGF5056
- **State:** GA
- **County:** GWINNETT
- **Month/Year:** 01/2022
- **Alco Test:** 2
- **Drug Test:** 2
- **First Harmful Event:** 11
- **Most Harmful Event:** 11
- **Operator/Ped Cond:** 1
- **Operating Contributing Factors:** 01
- **Vehicle Contributing Factors:** 1
- **Roadway Contributing Factors:** 1
- **Direction of Travel:** 4
- **Veh Maneuver:** 5
- **Veh Class:** 1
- **Veh Type:** 1
- **Vision Obscured:** 1
- **Number of Occupants:** 4
- **Area of Initial Contact:** 06
- **Damage to Veh:** 2
- **Traffic-Way Flow:** 1
- **Road Comp:** 2
- **Road Character:** 2
- **Number of Lanes:** 1
- **Posted Speed:** 25
- **Work Zone:** 0
- **Traffic Ctrl:** 7
- **Device Inoperative?:** No

### Commercial Motor Vehicles Only

(No entries)

DMVS - 523 (07/17) — Assignment/Shift: CSB

Page 2 Of 4

## COLLISION FIELDS

| Manner of Collision: | Location of Area of Impact: | Weather: | Surface Condition: | Light Condition: |
|---|---|---|---|---|
| 3 | 7 | 1 | 1 | 1 |

### NARRATIVE

DRIVER #1 WAS DRIVING A UNITED STATES POSTAL SERVICE TRUCK. DRIVER #1 STATED HE THOUGHT VEHICLE #2 BEGAN TO MOVE HOWEVER IT WAS STILL STATIONARY AND HE STRUCK IT IN THE REAR.

DRIVER #2 STATED HE WAS AT THE INTERSECTION OF DAVENPORT RD AND HILL DR AND WAS SUDDENLY STRUCK IN THE REAR BY VEHICLE #1.

BOTH DRIVERS REPORTED NO INJURIES ON SCENE. BASED ON BOTH DRIVERS STATEMENTS, I DETERMINED DRIVER #1 AT FAULT FOR FOLLOWING TOO CLOSELY. DUE TO ISSUES WITH MY ELECTRONIC CITATION PORTAL ON SCENE, I WAS UNABLE TO CITE DRIVER #1.

### DIAGRAM

INDICATE ON THIS DIAGRAM WHAT HAPPENED

INDICATE NORTH

SEE PAGE 4 FOR DIAGRAM

### PROPERTY DAMAGE INFORMATION

Damage Other Than Vehicle: NONE    Owner Name:    Address:

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### OCCUPANT INFORMATION

**1.** Name (Last, First): DIGGS  SAYEH — Address: 1630 MISTY VALLEY DR, LAWRENCEVILLE, GA 30045
Age: 61 | Sex: M | Unit #: 1 | Position: 1 | Safe Eq: 8 | Ejected: 1 | Extric: 2 | Air Bag: 2 | Injury: 0 | Taken for Treat: 2
Injured Taken To:    By:    EMS Notified Time:    EMS Arrival Time:    Hospital Arrival Time:

**2.** Name (Last, First): KIM  KI — Address: 3121 GREENSTONE TRAIL, DULUTH, GA 30096
Age: 51 | Sex: M | Unit #: 2 | Position: 1 | Safe Eq: 8 | Ejected: 1 | Extric: 2 | Air Bag: 2 | Injury: 0 | Taken for Treat: 2
Injured Taken To:    By:    EMS Notified Time:    EMS Arrival Time:    Hospital Arrival Time:

**3.** Name (Last, First): KIM  JAY — Address: 3121 GREENSTONE TRAIL, DULUTH, GA 30096
Age: 22 | Sex: M | Unit #: 2 | Position: 3 | Safe Eq: 8 | Ejected: 1 | Extric: 2 | Air Bag: 2 | Injury: 0 | Taken for Treat: 2
Injured Taken To:    By:    EMS Notified Time:    EMS Arrival Time:    Hospital Arrival Time:

**4.** Name (Last, First): PARK  HYUNSOOK — Address: 3121 GREENSTONE TRAIL, DULUTH, GA 30096
Age: 83 | Sex: F | Unit #: 2 | Position: 4 | Safe Eq: 8 | Ejected: 1 | Extric: 2 | Air Bag: 2 | Injury: 0 | Taken for Treat: 2
Injured Taken To:    By:    EMS Notified Time:    EMS Arrival Time:    Hospital Arrival Time:

**5.** Name (Last, First): LEE  SOOKJA — Address: 3121 GREENSTONE TRAIL, DULUTH, GA 30096
Age: 84 | Sex: F | Unit #: 2 | Position: 6 | Safe Eq: 8 | Ejected: 1 | Extric: 2 | Air Bag: 2 | Injury: 0 | Taken for Treat: 2
Injured Taken To:    By:    EMS Notified Time:    EMS Arrival Time:    Hospital Arrival Time:

### ADMINISTRATIVE

Photos Taken: [ ] Yes  [X] No   By:

Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via Fax at (404)635-2963

Report By: B2154   MULLA-LAWRENCE, R   Agency: GPD   Report Date: 11-18-2021   Checked By: B878   ADAMS, CS   Date Checked: 11-18-2021

Assignment/Shift: CSB

DMVS-523 (07/17)   MAIL TO: GEORGIA Department of Transportation, CRASH REPORTING UNIT, 935 East Confederate Ave, Atlanta, GA 30316-2590

**SUPPLEMENT**
**GEORGIA MOTOR VEHICLE CRASH REPORT**

| Agency Case Number: 210094343 | Estimated Crash Date: 11-18-2021 | Officer Name: B2154 | MULLA-LAWRENCE,R |

### ADDITIONAL CITATION INFORMATION

Unit #

Citation # ———————— O.C.G.A.§ ————————
Citation # ———————— O.C.G.A.§ ————————
Citation # ———————— O.C.G.A.§ ————————
Citation # ———————— O.C.G.A.§ ————————
Citation # ———————— O.C.G.A.§ ————————
Citation # ———————— O.C.G.A.§ ————————
Citation # ———————— O.C.G.A.§ ————————

Unit #

Citation # ———————— O.C.G.A.§ ————————
Citation # ———————— O.C.G.A.§ ————————
Citation # ———————— O.C.G.A.§ ————————
Citation # ———————— O.C.G.A.§ ————————
Citation # ———————— O.C.G.A.§ ————————
Citation # ———————— O.C.G.A.§ ————————
Citation # ———————— O.C.G.A.§ ————————

### ADDITIONAL OCCUPANT INFORMATION

| # | Name (Last,First) | | | | Address | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Age: | Sex: | Unit # | Position: | Safe Eq: | Ejected: | Extric: | Air Bag: | Injury: | Taken for Treat: |
|   | Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |
| 2 | Name (Last,First) | | | | Address | | | | | |
|   | Age: | Sex: | Unit # | Position: | Safe Eq: | Ejected: | Extric: | Air Bag: | Injury: | Taken for Treat: |
|   | Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |
| 3 | Name (Last,First) | | | | Address | | | | | |
|   | Age: | Sex: | Unit # | Position: | Safe Eq: | Ejected: | Extric: | Air Bag: | Injury: | Taken for Treat: |
|   | Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |
| 4 | Name (Last,First) | | | | Address | | | | | |
|   | Age: | Sex: | Unit # | Position: | Safe Eq: | Ejected: | Extric: | Air Bag: | Injury: | Taken for Treat: |
|   | Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |
| 5 | Name (Last,First) | | | | Address | | | | | |
|   | Age: | Sex: | Unit # | Position: | Safe Eq: | Ejected: | Extric: | Air Bag: | Injury: | Taken for Treat: |
|   | Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

GDOT -523 SUPP (07/17)                                                                                          Assignment/Shift  CS8

