## ATTACHMENT D

1. Repair Estimate/Total Loss Documentation -Attached
2. Rental Bill for rental vehicle while the insured vehicle was being repaired.- Attached
3. Payment Log – Attached

2023015080