# HANS RENTAL

3230 STEVE REYNOLDS BLVD #207 DULUTH GA 30096
TEL 770-495-3861  FAX 770-232-2843

## RENTAL AGREEMENT

P2/2

| DATE AND TIME OUT | 12/13/21 AM.PM |
| --- | --- |
| DATE AND TIME IN | 12/23/21 AM.PM |

| DATE For WILL BE RETURN VECHILE | AM PM |
| --- | --- |

| CUSTOMER NAME | KIM , KI WON | | |
| --- | --- | --- | --- |
| HOME ADDRESS | 3121 GREENSTON TRL | | |
| CITY | DULUTH | GA | 30096 |
| DR'NO & STATE | 055818664 | EXPDATE 01/25/29 | |
| BIRTH DATE | 01/25/70 | HOME PHONE 404-558-6773 | |
| LOCAL CONTACT | | PHONE | |
| EMPLOYER | | SOCIAL SECURITY NO. | |
| EMPLOYER'S ADDRE | | B.PHONE | |
| CITY | STATE | ZIP | |

| VEHICLE #1 (Original) | VEHICLE #2 (Replacement) |
| --- | --- |
| 1N4AL3AP3JC247981 | |
| ODOMETER OUT | ODOMETER OUT |
| ODOMETER IN | ODOMETER IN |
| MILES DRIVEN | MILES DRIVEN |
| CHARGEABLE MILES | CHARGEABLE MILE |
| REPLACEMENT DATE : | |

| RENTAL RATES | | CHARGES |
| --- | --- | --- |
| 11 Days / $ 40 PER/DAY | | $440.00 |
| WEEK @ $ | PER WEEK | |
| WEEKEND @ $ | | |
| MILES @ | PER MILE | |
| COLLISION DAMAGE WAIVER | $10.00 PER DAY | |
| | DELIVERY | |
| | NAVIGATION | |
| $10.00 PER HOUR LATE FEE | | |
| | INTERIOR DAMAGE | |
| INSURANCE 10.00/DAY@ | | |
| | GAS & OIL | |
| | SUB TOTAL | $440.00 |
| | SALES & EXCISE TAX | $39.60 |
| | TOTAL | $479.60 |
| | LESS DEPOSIT | |
| BALANCE DUE | 80% | $383.68 |

☐ I decline the Collision Damage Waiver (CDW) and accept full responsibility for all damages to the rented vehicle.
Customer Signature X _____

☐ I acknowledge I do not maintain full coverage insurance on a vehicle. I accept the Collision Damage Waiver (CDW) at the rate shown for each day Acceptance of the CDW limits renters liability for damages to the rental vehicle up to $1000.00 Any violations of this agreement makes renter fully liable for damage to vehicle even if renter has paid for CDW. CDW is not insurance.
Customer Signature X _____

### VEHICLE INSPECTION
GAS – E   1_4   1_2   3_4   F
DAMAGE   ☐ YES   ☐ NO
WHEEL COVERS ☐
SPARE ☐
WINDSHIELD ☐

x – Small Dent    O – Big Dent    ~ – Scrape

Received by   X _____

### NOTE: CUSTOMER RESPONSIBILITY

**NO SMOKING otherwise, $300 cleaning fee applied**

1. Customer is responsible for returning vehicle.
2. Customer is responsible for tire repairs.
3. Customer is responsible for vehicle fluids. Rental does not include gas or oil.
4. Customer must notify rental company of all accidents immediately.
5. Customer must return car in clean condition or a charge will be assessed.
6. Customer pays for insurance related Rental.
7. Customer is responsible for all towing and related charges.
8. Customer is responsible for any loss of use of the rental vehicle because of damage to the vehicle

### MILEAGE LIMITATION
Rental vehicle is limited to 100(one hundred) mile/Day radius of origin of rental location unless written authori--zation is issued by Rentor(Over Mileage:$0.29 Per Mile)

REPLACEMENT VEHICLE DISCLOSURE: The above signed Renter's personal vehicle Insurance is PRIMARY COVERAGE on Rental Vehicle listed on this Agreement.

RENTERS INSURANCE COMPANY :

CHECKED OUT BY _____    CHECKED IN BY _____

ADDITIONAL RENTER
1 _____

| CUSTOMER INITIALS | CASH REFUND |
| --- | --- |
| STOCK , MODEL | H-59 CAMRY |

I have read both sides of this agreement and agree to the terms and conditions thereof and I hereby personally accept total responsibility for total payment of this bill

CUSTOMER X  *KIWONKIM*
Signature

CLAIM#   11-27103-15K

TAX ID   46-3020158

E-mail : atlantaautoworld@gmail.com

Sign : _____    Date _____
D . L # _____    DOB _____