**AUTO**                    **Claim Number: 11-27W3-15K**                    **RBZ000HK**

## PAYMENTS

C denotes consolidated payment
E denotes EFT payment
P previously converted payment from CAT/CMR

| Payment Number | Issued Date | Payee | Status | Amount | Auth ID |
|---|---|---|---|---|---|
| 127718615J | 01-14-2022 | KI WON KIM | Paid | $383.68 | VABAVU |
| 127682162J | 12-28-2021 | LUCKY AUTO BUFORD BODY | Paid | $155.45 | VACI2Y |
| 127658356J | 12-15-2021 | LUCKY AUTO BUFORD BODY | Paid | $762.68 | ECSAPY |
| 127638088J | 12-07-2021 | LUCKY AUTO BUFORD BODY | Stop Pay | $155.45 | ECSAPY |
| | | | **Grand Total:** | $1,301.81 | |