# ATTACHMENT E

State Farm Mutual Automobile Insurance Co. Policy – Policy Number <u>9749-994-11B</u>.- Plaintiff with supplement.