# Exhibit B

# SOCIAL SECURITY ADMINISTRATION

Refer to: Katrina Elizabeth Hazelwood

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: April 5, 2023

## NOTICE OF APPEALS COUNCIL ACTION

Ms. Katrina Elizabeth Hazelwood
P O Box 8808
Atlanta, GA 31106-0808

This is about your request for review of the Administrative Law Judge's decision dated October 19, 2022. You submitted reasons that you disagree with the decision. We considered the reasons and exhibited them on the enclosed Order of the Appeals Council. We found that the reasons do not provide a basis for changing the Administrative Law Judge's decision.

### We Have Denied Your Request for Review

We found no reason under our rules to review the Administrative Law Judge's decision. Therefore, we have denied your request for review.

This means that the Administrative Law Judge's decision is the final decision of the Commissioner of Social Security in your case.

### Rules We Applied

We applied the laws, regulations and rulings in effect as of the date we took this action.

Under our rules, we will review your case for any of the following reasons:

- The Administrative Law Judge appears to have abused his or her discretion.

- There is an error of law.

- The decision is not supported by substantial evidence.

- There is a broad policy or procedural issue that may affect the public interest.

- We receive additional evidence that you show is new, material, and relates to the period on or before the date of the hearing decision. You must also show there is a reasonable probability that the additional evidence would change the outcome of the decision. You



**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline**
**at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

must show good cause for why you missed informing us about or submitting it earlier.

**If You Disagree With Our Action**

If you disagree with our action, you may ask for court review of the Administrative Law Judge's decision by filing a civil action.

If you do not ask for court review, the Administrative Law Judge's decision will be a final decision that can be changed only under special rules.

**How to File a Civil Action**

You may file a civil action (ask for court review) by filing a complaint in the United States District Court for the judicial district in which you live. The complaint should name the Commissioner of Social Security as the defendant and should include the Social Security number(s) shown at the top of this letter.

You or your representative must deliver copies of your complaint and of the summons issued by the court to the U.S. Attorney for the judicial district where you file your complaint, as provided in rule 4(i) of the Federal Rules of Civil Procedure.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Social Security Administration's Office of the General Counsel that is responsible for the processing and handling of litigation in the particular judicial district in which the complaint is filed. The names, addresses, and jurisdictional responsibilities of these offices are published in the Federal Register (70 FR 73320, December 9, 2005), and are available on line at the Social Security Administration's Internet site, http://policy.ssa.gov/poms.nsf/links/0203106020.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Attorney General of the United States, Washington, DC 20530.

**Time To File a Civil Action**

- You have 60 days to file a civil action (ask for court review).

- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

- If you cannot file for court review within 60 days, you may ask the Appeals Council to extend your time to file. You must have a good reason for waiting more than 60 days to ask for court review. You must make the request in writing and give your reason(s) in the request.



You must mail your request for more time to the Appeals Council at the address shown at the

See Next Page

top of this notice. Please put the Social Security number(s) on your request. We will send you a letter telling you whether your request for more time has been granted.

**About The Law**

The right to court review for claims under Title II (Social Security) is provided for in Section 205(g) of the Social Security Act. This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act. This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (866)931-9946.

> Social Security
> Ste 2860 Flr 28
> 401 W Peachtree St NW
> Atlanta, GA 30308-9972

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

/s/ *David V. Foster*
_____
David V. Foster
Administrative Appeals Judge

Enclosure: Order of Appeals Council

cc: Kathleen Flynn
    315 W. Ponce De Leon
    Avenue, Suite 940
    Decatur, GA 30030





Social Security Administration
OFFICE OF APPELLATE OPERATIONS

## ORDER OF APPEALS COUNCIL

**IN THE CASE OF**                **CLAIM FOR**

                                  Period of Disability
                                  Disability Insurance Benefits
Katrina Elizabeth Hazelwood       Supplemental Security Income
(Claimant)

(Wage Earner)

The Appeals Council has received additional evidence which it is making part of the record. That evidence consists of the following exhibits:

Exhibit 33B    Request for Review from Kathleen Flynn, Esq., received December 16, 2022 (3 pages).

Exhibit 25E    Represenative breif from Kathelen Flynn, Esq., dated December 16, 2022 (8 pages).

Date: April 5, 2023





Dcaro OAO PRB 36
Suite 1400
5107 Leesburg Pike
Falls Church, VA 22041


3336 2 MA 0.531 P1 T11 157689 1 28 1 CIPA R230405 0000
Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030



