# EXHIBIT C

**SOCIAL SECURITY ADMINISTRATION**

Refer to: Katrina Elizabeth Hazelwood

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: June 9, 2023

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030

Dear Representative Flynn:

Re: Katrina Elizabeth Hazelwood, 1376 Belmont Ave SW, Atlanta, GA 30310

On April 5, 2023, the Appeals Council denied a request for review of the Administrative Law Judge's decision. The Council has now received your request for more time to file a civil action (ask for court review).

**We Are Giving You More Time to File a Civil Action**

The Appeals Council now extends the time within which you may file a civil action (ask for court review) for 30 days from the date you receive this letter because your requested additional time to find a new attorney. We assume that you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (866)931-9946.

> Social Security
> BLDG 2400 Suite 122
> 3800 Camp Creek Parkway
> Atlanta, GA 30331

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

/s/ *A. Van Soest*
A. Van Soest

See Next Page

_____
Administrative Appeals Judge


cc:
Katrina Elizabeth Hazelwood
1376 Belmont Ave SW
Atlanta, GA 30310



Dcaro CCPRB 3 Section
Room 801
5107 Leesburg Pike
Falls Church, VA 22041

5146 1 MA 0.531 P1 T9 159413 1 34 1 CIPA R230609 0000
Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030



