# EXHIBIT A

 Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
06/05/2023
CT Log Number 544003901

## Service of Process Transmittal Summary

**TO:**    Lillian Caudle
Mercedes-Benz Usa, LLC
ONE MERCEDES-BENZ DRIVE
SANDY SPRINGS, GA 30328-4312

**RE:**    **Process Served in Georgia**

**FOR:**    Mercedes-Benz USA, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ROBERT CAPAZZI, individually and on behalf of others similarly situated // To: Mercedes-Benz USA, LLC |
| **DOCUMENT(S) SERVED:** | Summons, Class Action Complaint, Exhibit(s), Attachment(s) |
| **COURT/AGENCY:** | Fulton County - Superior Court of Georgia, GA<br>Case # 2023CV380681 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2021 Mercedes S 560 Coupe |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/05/2023 at 13:54 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons upon you, exclusive of the day of service |
| **ATTORNEY(S)/SENDER(S):** | Matthew R. Wilson<br>Meyer Wilson Co., LPA<br>305 W. Nationwide Blvd.<br>Columbus, OH 43215<br>(614) 224-6000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/06/2023, Expected Purge Date: 06/16/2023 |
| | Image SOP |
| | Email Notification,  Madison Coker  mcoker@wwhgd.com |
| | Email Notification,  Jonathan Friedman  mbwarranty@wwhgd.com |
| | Email Notification,  Sherry Rosen  sherry.rosen@mbusa.com |
| | Email Notification,  Austin Ellis  austin.ellis@mbusa.com |
| | Email Notification,  Chad Peterson  chad.peterson@mbusa.com |
| | Email Notification,  DENISE MITCHELL  denise.mitchell@mbusa.com |
| | Email Notification,  Lillian Caudle  lillian.caudle@mbusa.com |
| | Email Notification,  Tiffany Moore  tiffany.t.moore@mbusa.com |



**CT Corporation**
**Service of Process Notification**
06/05/2023
CT Log Number 544003901

Email Notification,  Lance Arnott  sopverification@wolterskluwer.com

**REGISTERED AGENT CONTACT:**          C T Corporation System
289 S. Culver St.
Lawrenceville, GA 30046
866-331-2303
CentralTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**                      Mon, Jun 5, 2023
**Server Name:**         Drop Service

| | |
|---|---|
| Entity Served | MERCEDES-BENZ USA, LLC |
| Case Number | 2023CV380681 |
| Jurisdiction | GA |

| Inserts |
|---|
| | | |



EFILED
Date: 5/26/2023 10:46 AM
Cathelene Robinson, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

**136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303**

## SUMMONS

ROBERT CAPAZZI, individually and on

behalf of others similarly situated

**Plaintiff,**

**vs.**

MERCEDES-BENZ USA, LLC

**Defendant**

) Case No.: 2023CV380681
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at
https://efilega.tylerhost.net/ofsweb (unless you are exempt from filing electronically) and serve upon
plaintiff's attorney, whose name and address is:

Matthew R. Wilson
Meyer Wilson Co., LPA
305 W. Nationwide Blvd., Columbus, OH 43215
mwilson@meyerwilson.com

An answer to the complaint which is herewith served upon you, within 30 days after service of this
summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed
within five (5) business days of such service. Then time to answer shall not commence until such proof of
service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This _____5/25/2023_____ day of _____, 20 _____

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court
By_____
                Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

                                                                        Deputy Sherriff

**Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used**

EFILED   LV
Date: 5/25/2023 11:25 AI
Cathelene Robinson, Cler

**IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA**

| | |
|---|---|
| ROBERT CAPAZZI, individually and on behalf of others similarly situated, | Case No:         2023CV380681 |
|         Plaintiff, | **CLASS ACTION COMPLAINT** |
| vs. | **DEMAND FOR JURY TRIAL** |
| MERCEDES-BENZ USA, LLC | |
|         Defendant. | |

Plaintiff, Robert Capazzi ("Plaintiff" or "Mr. Capazzi"), individually and on behalf of others similarly situated, bring this class action lawsuit against Defendant Mercedes-Benz USA, LLC. ("Mercedes" or "Defendant") and allege as follows:

## INTRODUCTION

1. This case arises from Mercedes's failure to honor its warranty obligations with regard to new vehicles it sells throughout the United States.

2. Mercedes has received hundreds of reports of a defective navigation system in its new vehicles. These defects are mission-critical—the navigation system directs drivers to the wrong locations, will not recognize voice commands, suffers from other failures, or does not work at all.

3. Mercedes has acknowledged these problems, releasing a series of publicly-available technical bulletins that describe the multitude of problems and

1

provide some suggested solutions, as well as initiating a service campaign to make fixes to some of the vehicles in its fleet.  These programs have not fixed the critical deficiencies in the navigation system.

4.      Plaintiff, owner of a Mercedes S 560 Coupe, has experienced all of the aforementioned problems.  The navigation system directed Plaintiff's vehicle to the wrong location in some instances, would not recognize voice commands, and in some instances simply failed to work at all.

5.      Given the repeated unsuccessful attempts to repair the vehicles of Plaintiff and class members, Mercedes is obligated to replace the defective navigation units on all affected vehicles that are within the warranty period. Mercedes has refused to do that.

6.      Plaintiff, on behalf of himself and others similarly situated, seeks damages and appropriate equitable relief from Defendant's refusal to honor its warranty obligations.

## **JURISDICTION AND VENUE**

7.      Defendant Mercedes-Benz USA, LLC is a Delaware corporation headquartered in Sandy Springs, Georgia, within this County.

8.      The amount in controversy exceeds the jurisdictional minimum of this Court.

9.      Mercedes is subject to personal jurisdiction in this Court because Defendant is headquartered here, and because it engages in substantial, continuous, systematic, and non-isolated business activity within the state of Georgia.

10.     Venue is proper within this County because a substantial part of the events giving rise to the claims occurred in this County, namely that the administration of the warranties for Mercedes vehicles sold in the United States occurred at Mercedes corporate headquarters.

## PARTIES

11.     Plaintiff Robert Capazzi is, and at all times relevant was, a resident of Jupiter, Florida.  Plaintiff Capazzi owns a 2021 Mercedes S 560 Coupe.

12.     Defendant Mercedes-Benz USA, LLC is a Delaware corporation headquartered in Sandy Springs, Georgia.

## FACTUAL ALLEGATIONS

### I.      Defendant's Conduct

13.     Mercedes is a distributor of luxury vehicles, with a marketing tag line of "The Best or Nothing."[1]

---

[1] "The three-pointed star doesn't just identify a Mercedes-Benz. It represents over a century of tradition, a commitment to quality, and a promise to always shine brighter than ever before." https://www.mbusa.com/en/best-or-nothing (accessed May 4, 2023).

3

14.     Mercedes sold 350,949 vehicles in the United States in 2022.[2]  Most of them come equipped with a built-in navigation system as part of their standard equipment.

15.     For example, the 2021 S-Class S560 4 MATIC Coupe, the vehicle owned by Plaintiff, has, as a standard feature, the "New generation of COMAND® navigation system with dual 12.3" high-resolution displays merged under a single bonded glass panel."[3]

16.     Mercedes employs engineers and other professionals to accomplish design and manufacturing work on its vehicles, including among them AI Engineers, Mobile Engineers, and Software Engineers.   Because Mercedes has warranty commitments and regulatory obligations, Mercedes also employs such personnel to conduct quality control, including monitoring vehicle performance, developing updates and improvements, identifying defects, and troubleshooting those defects when they arise.

---

[2] "Mercedes-Benz reports 21% growth in Q4; total sales of 350,949 vehicles +6.5% versus 2021." https://media.mbusa.com/releases/release-8ae4950263c30747feac18717a006606-mercedes-benz-reports-21-growth-in-q4-2022-total-sales-of-350949-vehicles-65-versus-2021#:~:text=On%20a%20year%2Dto%2Ddate,increase%20of%206.5%25%20versus%202021 (accessed May 4, 2023).

[3]          See          https://media.mbusa.com/releases/release-4864dc194641c85bbc82d03418258aa3-2021-s-class-coupe-quick-reference-guide (accessed May 4, 2023)

17.     When Mercedes identifies a defect and understands how to repair or mitigate the defect, Mercedes communicates with local dealerships about the defect, including the troubleshooting or repair steps Mercedes recommends.

18.     Mercedes vehicles are sold with the New Vehicle Limited Warranty ("NVLW").  Exhibit 1.  The NVLW lasts for 48 months or 50,000 miles, whichever comes first.  Exhibit 1, at 11.

19.     Mercedes states that, pursuant to the NVLW, "Mercedes-Benz USA, LLC (MBUSA) warrants to the original and each subsequent owner of a new Mercedes-Benz vehicle that any authorized Mercedes-Benz Center will make any repairs or replacements necessary to correct defects in material or workmanship arising during the warranty period."  Exhibit 1, at 11.

20.     In addition, the NVLW states "[o]ur intention is to repair under warranty, without charge to you, anything that goes wrong with your vehicle during the warranty period which is our fault."  Exhibit 1, at 18.  The warranty exempts certain components from coverage, see Exhibit 1, at 15-17, but this list does not include the navigation system.

21.     In order to make out a claim under the warranty, the NVLW requires "that you first provide us with direct written notification of any alleged unrepaired defect or malfunction, or any other dissatisfaction you have experienced with your

5

vehicle so that we have the opportunity to cure the problem or dissatisfaction ourselves." Exhibit 1, at 66.

**A.    Problems with the Navigation Unit**

22.    Over the course of the last six years, Mercedes has disclosed a persistent series of problems with the navigation systems on its vehicles.

23.    On September 26, 2016, Mercedes released technical bulletin number LI82.85-P-064727 (NHTSA Number 10094525), affecting vehicles with the COMAND navigation system.[4]    The complaint was that the display was "intermittently inaccurate." Several subsequent versions of this technical bulletin were published, demonstrating the persistence of the problem.[5]

24.    On January 12, 2018, Mercedes released technical bulletin number LI82.85-P-067590 (NHTSA Number 10135447) affecting vehicles with the COMAND navigation system.[6]    Here, the complaint was that "[n]avigation destinations cannot be stored."

---

[4] "NTG5.5: Vehicle positioning inaccurate/ implausible, route guidance not possible." https://static.nhtsa.gov/odi/tsbs/2016/SB-10094525-5448.pdf (accessed May 5, 2023).

[5] *See* https://static.nhtsa.gov/odi/tsbs/2018/MC-10150684-9999.pdf (republishing the LI82.85-P-064727 bulletin on April 18, 2018) (accessed May 5, 2023).

[6] "COMAND Online: Various System Complaints." https://static.nhtsa.gov/odi/tsbs/2018/MC-10135447-9999.pdf (accessed May 5, 2023).

Case 1:23-mi-99999-UNA   Document 2123-1   Filed 07/05/23   Page 12 of 42

25.   On July 30, 2019, Mercedes released technical bulletin number LI54.30-P-069636 (NHTSA Number 10164311) affecting vehicles with the COMAND navigation system.[7] Here, the complaint was that "[s]ynchronization of vehicle position on navigation map may be delayed."

26.   On October 28, 2019, Mercedes released technical bulletin number LI82.85-P-070427 (NHTSA Number 10167794) affecting vehicles with the COMAND navigation system.[8] Here, the complaint was that "[t]he vehicle position on the navigation map in the central display may be incorrect. Route guidance may be inaccurate and the vehicle position on the navigation map may intermittently change abruptly."[9]

27.   On June 11, 2021, Mercedes released technical bulletin number LI82.85-P-069961 (NHTSA Number 10202529) affecting certain Mercedes vehicles.[10] Here, the complaint was that map data was not properly uploaded and utilized by the system.

---

[7] "NTG4, NTG4.5 with code 512 or 527, vehicle positioning on map incorrect, wrong date and time." https://static.nhtsa.gov/odi/tsbs/2019/MC-10164311-9999.pdf (accessed May 5, 2023).

[8] "MBUX multimedia system: Vehicle position on navigation map inaccurate/route guidance inaccurate." https://static.nhtsa.gov/odi/tsbs/2019/MC-10167788-9999.pdf (accessed May 5, 2023).

[9] *See also* https://static.nhtsa.gov/odi/tsbs/2020/MC-10174330-9999.pdf (republishing bulletin on March 5, 2020) (accessed May 5, 2023).

[10] "Mbux multi media system: mapdata does not match with your system." https://static.nhtsa.gov/odi/tsbs/2021/MC-10202529-9999.pdf (accessed May 5,

28.   All of these technical bulletins purport to provide solutions to the problems. However, based on the experiences of Plaintiff and other class members, they fail to address the underlying problem with the navigation system.

**B.   Plaintiff's Experience**

29.   In 2021, Plaintiff Robert Capazzi leased a Mercedes 2021 S-Class S560 4 MATIC Coupe, with the sticker price of approximately $150,000.

30.   After the purchase, Plaintiff experienced problems with the navigation unit on his new vehicle. The information displayed by the navigation system was in many cases incorrect. Moreover, the system would route Plaintiff's vehicle to a location different from the one that entered into the system. Also, the voice commands to the navigation system would not work.

31.   On January 6, 2022, Plaintiff took his vehicle to Mercedes of North Palm Beach. At the service, Plaintiff requested that the navigation system be serviced to address these problems. According to the service records, the dealer performed a "map update." *See* Exhibit 1, at 1. This service did not address the problems with the navigation system.

---

2023).

32.     On June 1, 2022, Plaintiff took his vehicle to Mercedes-Benz of Huntington (New York) to, among other things, address the problems with the navigation system.  According to the service records, the problem was described as "navi[gation] gives the wrong address or not responding." Exhibit 1, at 5.  This was addressed, according to the service records, via a software update.  *Id.*  While the service records state that the system passed a "function test," this did not address the problems with Plaintiff's vehicle.

33.     On December 1, 2022, Plaintiff took his vehicle to Mercedes-Benz of North Palm Beach (Florida), to, among other things, address the persistent navigation problems.  According to service records, all that was noted is "INFO INFORMATION LINE." Exhibit 1, at 10.

34.     During this service trip, the technicians informed Plaintiff that they had no further suggestions for fixing the navigation system.

35.     Alongside the trips to the dealerships for service, Plaintiff has been in contact with Mercedes corporate.  On December 21, 2021, after the first signs of problems with the navigation system, Plaintiff reached out to Mercedes directly. Exhibit 2. Despite these communication attempts, there was no substantive response from Mercedes.

36.    After the December 2022 service visit, Plaintiff made another inquiry to Mercedes regarding the navigation system and requested that Mercedes replace his navigation system.  They did not do so.

## CLASS ACTION ALLEGATIONS

37.    Pursuant to O.C.G.A. § 9-11-23, Plaintiffs seek certification of a Class defined to include:

> All entities and individuals who owned or leased a Mercedes vehicle that (1) are, as of the date of the filing of this complaint, covered by the manufacturer's warranty; and (2) received at least one repair attempt from a Mercedes dealership on the navigation system on their vehicle.

38.    Excluded from the Class are Defendant and its employees, officers, directors, legal representatives, successors and wholly or partly owned subsidiaries or affiliated companies; class counsel and their employees; and the judicial officers and their immediate family members and associated court staff assigned to this case.

39.    The Class can be readily identified from Mercedes records relating to vehicle sales, warranties, and contact information used for effecting recalls.

## I.    Numerosity

40.    Defendant sells approximately 350,000 vehicles in the United States per year, most of which are equipped with navigation systems.[11]

---

[11]    "Mercedes-Benz reports 21% growth in Q4; total sales of 350,949 vehicles

41.     On information and belief, the Class includes at least thousands of Mercedes owners. Mercedes's records will reveal the total number of Class members with greater precision.

## II.     Typicality

42.     Plaintiff's claims are typical of the claims of the Class. Plaintiff, like all members of the Class, owns a Mercedes vehicle covered by the manufacturer's warranty, was not subject to the prior Service Campaign, and attempted a repair of the navigation system.  Plaintiff, like other Class members, has a vehicle with a defective navigation system that Mercedes has refused to replace pursuant to the manufacturer's warranty.

## III.    Adequacy of Representation

43.     Plaintiff will fairly and adequately protect the Class's interests and have retained counsel competent and experienced in class-action litigation. Plaintiff's interests are coincident with, and not antagonistic to, absent Class members' interests because, by proving his individual claims, he will necessarily prove the liability of Mercedes to the Class as well.  Plaintiff is cognizant of, and determined

---

+6.5%        versus       2021."        https://media.mbusa.com/releases/release-8ae4950263c30747feac18717a006606-mercedes-benz-reports-21-growth-in-q4-2022-total-sales-of-350949-vehicles-65-versus-2021#:~:text=On%20a%20year%2Dto%2Ddate,increase%20of%206.5%25%20versus%202021 (accessed May 4, 2023).

11

to, faithfully discharge his fiduciary duties to the absent Class members as their representatives.

44.    Plaintiff's counsel have substantial experience in prosecuting class actions. Plaintiff and his counsel are committed to vigorously prosecuting this action, have the financial resources to do so, and do not have any interests adverse to the Class.

## IV.    Commonality and Predominance

45.    There are numerous questions of law and fact, the answers to which are common to each Class member and predominate over questions affecting only individual members, including the following:

a.    Whether Mercedes's navigation system is defective;

b.    Whether Mercedes is obligated under its manufacturer's warranty to replace the defective navigation systems;

c.    Whether Mercedes's failure to replace the defective navigation systems constitutes a breach of the manufacturer's warranty;

d.    Whether Mercedes is liable for damages caused by its breach of the manufacturer's warranty;

e.    Whether Plaintiff and Class members have been injured by Mercedes's conduct and, if so, the determination of the appropriate Class-wide measure of damages.

## V.   Superiority and Manageability

46.    Pursuant to O.C.G.A. § 9-11-23(b)(3), a class action is superior to other available methods for the fair and efficient adjudication of this controversy because joinder of all the individual Class members is impracticable. Moreover, the burden imposed on the judicial system by individual litigation of the thousands of Class members' claims would be enormous.

47.    The prosecution of separate actions by the individual Class members would also create a risk of inconsistent or varying adjudications. The conduct of this action as a class action presents far fewer management difficulties, conserves judicial resources and the parties' resources, and protects the rights of each Class member.

## V.   Injunctive Relief

48.    Pursuant to O.C.G.A. § 9-11-23(b)(2), Plaintiff seeks a class-wide injunction obligating Defendant to comply with its obligations under the manufacturer's warranty with regard to vehicles encompassed by the Class definition, as well as other equitable and injunctive relief as appropriate.

## COUNT I
## VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT
## 15 U.S.C § 2301, *et seq.*
## On Behalf of the Class

49.    Plaintiff repeats and re-alleges the allegations in the paragraphs 1 through 48 as if fully set forth herein.

50.    The Magnuson-Moss Warranty Act ("Magnuson-Moss") provides a private right of action by purchasers of consumer products against manufacturers and retailers who, among other things, fail to comply with the terms of the written, express, or implied warranties. *See* 15 U.S.C. § 2310(d)(1) (remedies in consumer disputes). As alleged above, Mercedes failed to comply with the terms of its written and express warranties.

51.    Mercedes vehicles encompassed by the Class are "consumer products" as defined by 15 U.S.C. § 2301(1) of Magnuson-Moss.

52.    Plaintiff and Class members are "consumers" as defined by 15 U.S.C. § 2301(3) of Magnuson-Moss.

53.    Mercedes is a "supplier" and "warrantor" as defined by 15 U.S.C. § 2301(4)-(5) of Magnuson-Moss.

54.    As a supplier and warrantor, Mercedes is obligated to afford Plaintiff and Class Members, as consumers, all rights and remedies available under Magnuson-Moss, regardless of privity.

55.     Magnuson-Moss provides a cause of action for, among other things, any consumer who is damaged by the failure of a warrantor to comply with a written or implied warranty.  *See* 15 U.S.C. § 2310(d)(1).

56.     Any limitations on the warranties are procedurally unconscionable. There was unequal bargaining power between Mercedes and the Plaintiff and Class Members.

57.     Plaintiff and Class Members have had sufficient direct dealings with either Mercedes or its agents and dealerships to establish privity of contract.

58.     Mercedes's breaches of warranty have deprived Plaintiff and other Class Members the benefit of their bargain.  The amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

59.     Plaintiff and the Class Members have suffered, and are entitled to recover, damages as a result of Mercedes's breach of warranty and violations of Magnuson-Moss.

60.     Mercedes had an opportunity to disclose information concerning the Class Member's vehicles' inability to perform as warranted, and to cure its breach of warranty.  Mercedes has failed to do so.

15

61.     As a direct and proximate result of Mercedes's conduct, Plaintiff and other Class Members have suffered damages and continue to suffer damages, including economic damages at the point of sale or lease, equal to the difference between the value of the vehicle as promised and the value of the vehicle as delivered.

62.     Additionally, or in the alternative, Magnuson-Moss provides for "other legal and equitable" relief where there has been a breach of warranty or failure to abide by other obligations imposed by Magnuson-Moss.     *See* 15 U.S.C. § 2310(d)(1).    Recission and Revocation of Acceptance are equitable remedies available to Plaintiff and Class Members under Magnuson-Moss.

63.     Plaintiff also seeks under Magnuson-Moss an award of costs and expenses, including attorney's fees, to prevailing consumers in connection with the commencement and prosecution of this action. *See* 15 U.S.C. § 2310(d)(2).

## COUNT II
## BREACH OF EXPRESS WARRANTY
### On Behalf of the Class

64.     Plaintiff repeats and re-alleges the allegations the paragraphs 1 through 48 above as if fully set forth herein.

65.     Plaintiff's and Class Member's vehicles are covered by the New Vehicle Limited Warranty (hereinafter, "NVLW").

16

66.    Pursuant to the NVLW, Plaintiff is obligated to repair or replace, at no charge, defective components of the Mercedes vehicle that are not otherwise excluded from coverage.

67.    The navigation system on Plaintiff's and Class Member's vehicles are not excluded from coverage under the NVLW.

68.    The navigation systems on Plaintiff's and Class Member's vehicles are defective, as demonstrated by the repeated and systematic problems implicating the core functionality of the navigation system.

69.    Attempts to repair the navigation system have not improved system functionality.  As such, to comply with the terms of the warranty, the navigation system must be replaced.

70.    Mercedes has refused to replace the navigation systems, despite its clear obligation pursuant to the NVLW.  As such, Defendant is in breach of its obligations to Plaintiff and Class Members.

71.    As a result of the breach, Plaintiff and Class Members have suffered harm, in the form of the lack of the benefit of the bargain, as well as the diminished use value of their vehicle.

72.    Plaintiff and Class members suffered actual damages as a result of Defendant's conduct in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, hereby demands:

- a.    certification of the proposed Class;

- b.    appointment of the undersigned counsel as class counsel;

- c.    an order enjoining Mercedes, as detailed above, from engaging any further in the unlawful conduct set forth herein;

- d.    an award to Plaintiff and the Class of all damages, including attorneys' fees and reimbursement of litigation expenses, recoverable under applicable law;

- e.    such other relief as this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all applicable claims.

Dated:  May 25, 2023
/s/   *Matthew R. Wilson*
Matthew R. Wilson  (SBN 871480)
mwilson@meyerwilson.com
Michael J. Boyle, Jr. (*pro hac vice motion forthcoming*)
mboyle@meyerwilson.com
MEYER WILSON CO., LPA
305 West Nationwide Boulevard
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

Brian Levin (*pro hac vice motion forthcoming*)
Kaki J. Johnson (*pro hac vice motion forthcoming*)
LEVIN LAW, P.A.
2665 South Bayshore Drive, PH2b
Miami, FL 33133
(305) 402-9050
(305) 676-4443
brian@levinlawpa.com

Thomas Scolaro (*pro hac vice motion forthcoming*)
LEESFIELD SCOLARO, P.A.
Attorneys for Plaintiff
2350 South Dixie Highway
Miami, Florida 33133
Telephone:    (305) 854-4900
Facsimile:    (305) 854-8266
Email:            scolaro@leesfield.com

*Attorneys for Plaintiff and the Proposed Class*

19

# EXHIBIT 1

# Repair Order Detail - Customer Copy

RO Number: 377272          RO Status: READY TO POST

Customer: CAPAZZI,ROBERT
Phone(s): Contact:          Main:          Cell:
Vehicle: W1KX          2021   S560V4          890

Mileage: 4,117                Payment type: CASH          Waiter: No
Service advisor: 115          Promised time: 03:00 PM     Estimate:     311.04
Tag number: T226              Promised date: 01/06/2022

A        C/R REQUESTS A MAP UPDATE.
    540650          W08        ON-BOARD POWER SUPPLY                          N/C
                               VOLTAGE MAINTAIN
                               (WHEN CHECKING/
                               TESTING AND
                               TROUBLESHOOTING)
        Tech(s): 326
    829900          W08        NAVI UPDATE                                    N/C
        Tech(s): 326
Pts:         0.00 Lbr:          0.00 Other:          0.00 Total Line A:       0.00
    Story: 4117 MAP UPDATE   UPDATED MAP SYSTEM

B        C/S THAT THE BOTH FRONT FENDER LINERS ARE BECOMING LOSE AND THEY
         ARE UNATTACHED. C.R THE FENDER LINERS ON BOTH FRONT WHEEL WELLS
         TO BE INSTALLED BACK PROPERLY.
    NLC          C        NO LABOR CHARGE                                     0.00
        Tech(s): 326
Pts:         0.00 Lbr:          0.00 Other:          0.00 Total Line B:       0.00
    Story: 4117 loose fender liners  ADJUSTED BOTH FRONT FENDER LINERS

C        C/S THAT WHEN DRIVING THE VEHICLE ESPECIALLY OVER SPEED BUMPS
         THERE IS A SCRAPING LIKE NOISE COMING FROM UNDER THE VEHICLE.
         PLEASE CHECK AND ADVISE.
    DNE          C        Performed Basic                                     0.00
                          Evaluation & Provided
                          Estimate
        Tech(s): 326
                 C        JCA030B CENTER UNDER                                89.99
                          COVER HANGING AND
                          TORN
        Tech(s):
    222-524-26-00-64          1  COVER, ENGINE COMP.                          294.40
                                 LOWER
Pts:       294.40 Lbr:         89.99 Other:          0.00 Total Line C:       384.39
    Story: 4117 SCRAPING OVER BUMPS   FOUND CENTER UNDER PANEL HANGING
    DOWN ON PASSENGER SIDE, TORE ONE BOLT OUT AND RIPPED PANEL,
    REPLACED TRANSMISSION COVER

D        CLIENT REQUESTS THE REAR TIRE'S PSI TO BE SET EXACTLY AT 37PSI
         AND THE FRONT TIRES TO BE AT 35 PSI.
    INFO         C        INFORMATION LINE                                    0.00
        Tech(s): 326
Pts:         0.00 Lbr:          0.00 Other:          0.00 Total Line D:       0.00

E        IMB Mercedes-Benz Multi-Point Vehicle Inspection - accepted by
Page 1, Created: 01/10/2022 11:54:55 AM

# Repair Order Detail - Customer Copy

RO Number: 377272          RO Status: READY TO POST

Customer: CAPAZZI,ROBERT
Phone(s): Contact: ████████████          Main: ████████████          Cell: ████████████
Vehicle: W1KX          2021  S560V4          890

Mileage: 4,117                    Payment type: CASH          Waiter: No
Service advisor: 115          Promised time: 03:00 PM          Estimate:     311.04
Tag number: T226              Promised date: 01/06/2022

---

|   | client - NO CHARGE | | | | |
|---|---|---|---|---|---|
| IMB | C | IMB Mercedes-Benz Multi-Point Vehicle Inspection - accepted by client - NO CHARGE | | | 0.00 |
| Pts: | 0.00 Lbr: | 0.00 Other: | 0.00 Total Line E: | | 0.00 |

F   Complimentary Exterior Car Wash & Vacuum Interior Carpets - NO CHARGE TO CLIENT - Bill to Service Department ($14.95) for Customer Satisfaction

| WASH | C | Complimentary Exterior Car Wash & Vacuum Interior Carpets - NO CHARGE TO CLIENT - Bill to Service Department ($14.95) for Customer Satisfaction | | | 0.00 |
|---|---|---|---|---|---|
| | Tech(s): 326 | | | | |
| Pts: | 0.00 Lbr: | 0.00 Other: | 0.00 Total Line F: | | 0.00 |

G   Complimentary Courtesy Vehicle provided, $120/day. We require same day return upon completion of service to your vehicle otherwise additional charges may apply. Client responsible for Fuel, Optional Damage Waivers/Insurance & Damage._____

| RENT | C | Complimentary Courtesy Vehicle provided, $120/day. We require same day return upon completion of service to your vehicle otherwise additional charges may apply. Client responsible for Fuel, Optional Damage Waivers/Insurance & Damage._____ | | | 0.00 |
|---|---|---|---|---|---|
| | Tech(s): 326 | | | | |
| Pts: | 0.00 Lbr: | 0.00 Other: | 0.00 Total Line G: | | 0.00 |

RO
Page 2, Created: 01/10/2022 11:54:55 AM

# Repair Order Detail - Customer Copy

RO Number: 377272                    RO Status: READY TO POST

Customer: CAPAZZI,ROBERT
Phone(s): Contact:          Main:                    Cell:
Vehicle: W1KX          2021    S560V4        890

Mileage: 4,117                 Payment type: CASH         Waiter: No
Service advisor: 115           Promised time: 03:00 PM    Estimate:      311.04
Tag number: T226               Promised date: 01/06/2022

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
|  SUBL  |   ISL   | INTERNAL RENTAL |       |              | N/C  |
Pts:     | 0.00 Lbr: |       0.00 Other: |   0.00 | Total Line | 0.00 |
         |          |                 |       | RO:          |      |
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

|                              |          |
| ---------------------------- | -------- |
| Customer Pay                 |          |
| Labor                        | 89.99    |
| Parts                        | 294.40   |
| Lube                         | 0.00     |
| Sublet                       | 0.00     |
| Miscellaneous/Shop Charge    | 11.70    |
| Deductible                   | 0.00     |
| Total Charges                | 396.09   |
| Less Insurance/Adjustment    | 0.00     |
| Sales Tax                    | 27.72    |
| Total                        | 423.81   |

CUSTOMER #: 29506

459814

**MERCEDES-BENZ OF HUNTINGTON**

1103 East Jericho Tpke.
Huntington, NY 11743
(631) 549-2125
www.mbhuntington.com

*INVOICE*



Mercedes-Benz
of Huntington
MEMBER OF THE
COMPETITION AUTOMOTIVE GROUP

ROBERT J CAPAZZI
114 NOCOSSA CIR
JUPITER, FL 33458
HOME :
BUS :

CONT :
CELL :

PAGE 1

SERVICE ADVISOR: 89 ERIC K GROBERT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| LUNAR BLUE | 21 | MERCEDES-BENZ S560C4 | W1KX | | 6255/6255 | T6255 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 30APR21 DD | | | 16:30 15JUN22 | | 199.00 | CASH | 20JUL22 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:20449 DLR:55107 |
|-------------|-------|-----------------------------------|
| 17:24 14JUN22 | 14:35 20JUL22 | ENG:4.0_Liter_Twin_Turbo TRN:A |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------------------------------|------|-----|-------|

A CUSTOMER STATES/WINDSHIELD CRACKED REPLACE GLASS
        BODY-ELECTRICAL CUSTOMER STATES/WINDSHIELD
                CRACKED REPLACE GLASS
                99 CPMB                                    0.00              0.00
PARTS:       0.00 LABOR:        0.00 OTHER:       0.00  TOTAL LINE A:        0.00
OWNER DECLINED GLASS REPAIRS WENT THROUGH SAFELITE AUTO GLASS
        ***********************************************************

B PERFORM MULTI POINT INSPECTION ON VEHICLE AND REPORT
        MULTIPT PERFORM MULTI POINT INSPECTION ON VEHICLE
                AND REPORT
                99IMBSP                                                     (N/C)
PARTS:       0.00 LABOR:        0.00 OTHER:       0.00  TOTAL LINE B:        0.00
        ***********************************************************


***************************************************************************
ESTIMATE: 0.00              14JUN22 17:24  SA: 89
    CONTACT:
***************************************************************************

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Manner of Authorization |
|-----------------------------------|----------------------------------|--------------|-------------|-------------------------|
| $ | $ | | | ☐ In Person ☐ Via Fax ☐ Via Telephone ☐ Via E-Mail |
| Revised Estimate $ | $ | | | ☐ In Person ☐ Via Fax ☐ Via Telephone ☐ Via E-Mail |

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURERS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS. THE WARRANTY ON NON- MAINTENANCE PARTS & LABOR IS 24 MONTHS.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you had the opportunity to inspect the vehicle and received or inspected any replaced parts as requested by you before paying this invoice. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE          CUSTOMER SIGNATURE

ALL PARTS ARE NEW OR FACTORY REBUILT. PARTS MARKED WITH AN X PRECEDING THE PART NUMBER ARE NOT SUPPLIED BY BMW AND MAY HAVE BEEN IMPORTED DIRECTLY FROM EUROPE OR MANUFACTURED IN THE U.S.A THEY ARE IN MOST CASES ORIGINAL PARTS AND ARE OF THE FINEST QUALITY.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

REPAIR SHOP NO.
R-7090897

**Thank You**
*For Bringing Your Car To Us For Service*

CUSTOMER #: 29506                    **458939**          **MERCEDES-BENZ**
                                                         **OF HUNTINGTON**
                                                         1103 East Jericho Tpke.         
ROBERT J CAPAZZI                     *INVOICE*           Huntington, NY 11743       **Mercedes-Benz**
114 NOCOSSA CIR                                          (631) 549-2125              of Huntington
JUPITER, FL 33458                                        www.mbhuntington.com      MEMBER OF THE
HOME:                  CONT:                    PAGE 2                           COMPETITION AUTOMOTIVE GROUP
BUS:                   CELL:              SERVICE ADVISOR: 89 ERIC K GROBERT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| LUNAR BLUE | 21 | MERCEDES-BENZ S560C4 | W1KX | | 6060/6060 | T6060 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30APR21 DD | | | 16:30 01JUN22 | | 199.00 | CASH | 01JUN22 |

| R.O. OPENED | READY | OPTIONS:  SOLD-STK:20449 DLR:55107 |
|---|---|---|
| 08:41 01JUN22 | 12:27 01JUN22 | ENG:4.0_Liter_Twin_Turbo TRN:A |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | 99IMBSP | | | | | | | (N/C) |

PARTS:      0.00 LABOR:      0.00 OTHER:      0.00  TOTAL LINE C:      0.00
            * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
D CUSTOMER STATES NAVI GIVES WRONG ADDRESS OR NOT RESPONDING OWNER
    CONTACTED MERCEDES
CAUSE: NEWER SOFTWARE AVAILABLE IN COMMAND ONLINE CONTROL UNIT
    541011 PERFORM QUICK TEST
        654   WBW                                                    (N/C)
    540650 ON-BOARD POWER SUPPLY VOLTAGE MAINTAIN
        (WHEN CHECKING/ TESTING AND TROUBLESHOOTING)
        654   WBW                                                    (N/C)
    540991 PROGRAM AND CODE CONTROL UNIT
        . . . . . . . . . . . . . . . . . . . . (AFTER QUICK TEST)
        654   WBW                                                    (N/C)
PARTS:      0.00 LABOR:      0.00 OTHER:      0.00  TOTAL LINE D:      0.00
FUNCTION TEST NAVIGATION SYSTEM. FOUND WORKING AT THIS TIME.
CONNECTED SDS AND CHARGER. CHECKED FOR NEWER SOFTWARE IN COMMAND ONLINE
CONTROL UNIT. UPDATED TO LATEST SOFTWARE. FUNCTION TEST. PASS.
            * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ESTIMATE: 0.00          01JUN22 08:41  SA: 89
    CONTACT:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Manner of Authorization | |
|---|---|---|---|---|---|
| $ | | | | ☐ In Person  ☐ Via Fax  ☐ Via E-Mail | |
| Revised Estimate | $ | | | ☐ In Person  ☐ Via Pax  ☐ Via E-Mail | |
| $ | | | | ☐ Via Telephone  ☐ Via E-Mail | |

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURERS. THE
SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY
IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER
ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION
WITH THE SALE OF SAID PRODUCTS. THE WARRANTY ON NON- MAINTENANCE PARTS & LABOR IS 12
MONTHS.
By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the
services/repairs itemized on this invoice and that you had the opportunity to inspect the vehicle and received or
inspected any replaced parts as requested by you before paying this invoice. The vehicle is being returned to you
in exchange for your payment of the Amount Due.

ALL PARTS ARE NEW OR
FACTORY REBUILT. PARTS
MARKED WITH AN X
PRECEDING THE PART
NUMBER ARE NOT
SUPPLIED BY BMW AND
MAY HAVE BEEN
IMPORTED DIRECTLY
FROM EUROPE OR
MANUFACTURED IN THE
U.S.A THEY ARE IN MOST
CASES ORIGINAL PARTS
AND ARE OF THE FINEST
QUALITY.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

DATE        CUSTOMER SIGNATURE          REPAIR SHOP NO.    **Thank You**
                                        R-7090897          *For Bringing Your Car To Us For Service*

2014 CDK Global, LLC  (81/17) SERVICE INVOICE TYPE 2 - 23AC - "AS-IS" - NY - 0296407       **CUSTOMER COPY**

CUSTOMER #: 29506

458939

*INVOICE*

**MERCEDES-BENZ
OF HUNTINGTON**
1103 East Jericho Tpke.
Huntington, NY 11743
(631) 549-2125
www.mbhuntington.com



Mercedes-Benz
of Huntington

MEMBER OF THE
COMPETITION AUTOMOTIVE GROUP

ROBERT J CAPAZZI
114 NOCOSSA CIR
JUPITER, FL 33458
HOME:
BUS:                CONT:
                    CELL:

PAGE 2

SERVICE ADVISOR: 89 ERIC K GROBERT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| LUNAR BLUE | 21 | MERCEDES-BENZ S560C4 | W1KX | | 6060/6060 | T6060 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 30APR21 DD | | | 16:30 01JUN22 | | 199.00 | CASH | 01JUN22 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:20449 DLR:55107 |
|-------------|-------|------------------------------------|
| 08:41 01JUN22 | 12:27 01JUN22 | ENG:4.0 Liter Twin Turbo TRN:A |

| LINE | OPCODE | TECH | TYPE | HOURS | LIST | NET | TOTAL |
|------|--------|------|------|-------|------|-----|-------|
| | 99IMBSP | | | | | | (N/C) |

PARTS:      0.00 LABOR:      0.00 OTHER:      0.00  TOTAL LINE C:        0.00
*************************************************************

D CUSTOMER STATES NAVI GIVES WRONG ADDRESS OR NOT RESPONDING OWNER
    CONTACTED MERCEDES
CAUSE: NEWER SOFTWARE AVAILABLE IN COMMAND ONLINE CONTROL UNIT
    541011 PERFORM QUICK TEST
        654   WBW                                                        (N/C)
    540650 ON-BOARD POWER SUPPLY VOLTAGE MAINTAIN
        (WHEN CHECKING/ TESTING AND TROUBLESHOOTING)
        654   WBW                                                        (N/C)
    540991 PROGRAM AND CODE CONTROL UNIT
        ..................... (AFTER QUICK TEST)
        654   WBW                                                        (N/C)
PARTS:      0.00 LABOR:      0.00 OTHER:      0.00  TOTAL LINE D:        0.00
FUNCTION TEST NAVIGATION SYSTEM. FOUND WORKING AT THIS TIME.
CONNECTED SDS AND CHARGER. CHECKED FOR NEWER SOFTWARE IN COMMAND ONLINE
CONTROL UNIT. UPDATED TO LATEST SOFTWARE. FUNCTION TEST. PASS.
*************************************************************


*************************************************************
ESTIMATE: 0.00            01JUN22 08:41  SA: 89
    CONTACT:
*************************************************************

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Manner of Authorization |
|-----------------------------------|----------------------------------|--------------|-------------|-------------------------|
| $ | $ | | | ☐ In Person ☐ Via Fax ☐ Via Telephone ☐ Via E-Mail |
| Revised Estimate $ | $ | | | ☐ In Person ☐ Via Fax ☐ Via Telephone ☐ Via E-Mail |

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURERS. THE
SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY
IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER
ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION
WITH THE SALE OF SAID PRODUCTS. THE WARRANTY ON NON- MAINTENANCE PARTS & LABOR IS 12
MONTHS.
By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the
services/repairs itemized in this invoice and that you had the opportunity to inspect the vehicle and received or
inspected any replaced parts as requested by you before paying this invoice. The vehicle is being returned to you
in exchange for your payment of the Amount Due.

DATE        CUSTOMER SIGNATURE

| | |
|---|---|
| ALL PARTS ARE NEW OR FACTORY REBUILT. PARTS MARKED WITH AN X PRECEDING THE PART NUMBER ARE NOT SUPPLIED BY BMW AND MAY HAVE BEEN IMPORTED DIRECTLY FROM EUROPE OR MANUFACTURED IN THE U.S.A THEY ARE IN MOST CASES ORIGINAL PARTS AND ARE OF THE FINEST QUALITY. | |

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

REPAIR SHOP NO.
R-7000897

**Thank You**
For Bringing Your Car To Us For Service

CUSTOMER COPY

2014 CDK Global, LLC  (0/1/17) SERVICE INVOICE TYPE 2 - ES/JC - "XS-45" - HY - 92004/27

CUSTOMER #: 29506

459814

*INVOICE*

**MERCEDES-BENZ
OF HUNTINGTON**
1103 East Jericho Tpke.
Huntington, NY 11743
(631) 549-2125
www.mbhuntington.com



Mercedes-Benz
of Huntington

MEMBER OF THE
COMPETITION AUTOMOTIVE GROUP

ROBERT J CAPAZZI
114 NOCOSSA CIR
JUPITER, FL 33458
HOME:
BUS:

CONT:
CELL:

PAGE 1

SERVICE ADVISOR: 89 ERIC K GROBERT

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| LUNAR BLUE | 21 | MERCEDES-BENZ S560C4 | W1KX | | | 6255/6255 | T6255 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30APR21 DD | | | 16:30 15JUN22 | | 199.00 | CASH | 20JUL22 |

| R.O. OPENED | READY | |
|---|---|---|
| | | OPTIONS:   SOLD-STK:20449 DLR:55107 |
| 17:24 14JUN22 | 14:35 20JUL22 | ENG:4.0_Liter_Twin_Turbo TRN:A |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

A CUSTOMER STATES/WINDSHIELD CRACKED REPLACE GLASS
    BODY-ELECTRICAL CUSTOMER STATES/WINDSHIELD
       CRACKED REPLACE GLASS
        99 CPMB                                0.00       0.00
PARTS:    0.00 LABOR:     0.00 OTHER:    0.00  TOTAL LINE A:    0.00
  OWNER DECLINED GLASS REPAIRS WENT THROUGH SAFELITE AUTO GLASS
    **************************************************

B PERFORM MULTI POINT INSPECTION ON VEHICLE AND REPORT
    MULTIPT PERFORM MULTI POINT INSPECTION ON VEHICLE
       AND REPORT
        99IMBSP                                      (N/C)
PARTS:   0.00 LABOR:    0.00 OTHER:    0.00  TOTAL LINE B:    0.00
    **************************************************


  **********************************************************
ESTIMATE: 0.00        14JUN22 17:24  SA: 89
   CONTACT:
  **********************************************************

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Manner of Authorization |
|---|---|---|---|---|
| $ | $ | | | ☐ In Person ☐ Via Fax ☐ Via Telephone ☐ Via E-Mail |
| Revised Estimate $ | $ | | | ☐ In Person ☐ Via Fax ☐ Via Telephone ☐ Via E-Mail |

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURERS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS. THE WARRANTY ON NON- MAINTENANCE PARTS & LABOR IS 24 MONTHS.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you had the opportunity to inspect the vehicle and received or inspected any replaced parts as requested by you before paying this invoice. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE      CUSTOMER SIGNATURE

ALL PARTS ARE NEW OR FACTORY REBUILT. PARTS MARKED WITH AN X PRECEDING THE PART NUMBER ARE NOT SUPPLIED BY BMW AND MAY HAVE BEEN IMPORTED DIRECTLY FROM EUROPE OR MANUFACTURED IN THE U.S.A THEY ARE IN MOST CASES ORIGINAL PARTS AND ARE OF THE FINEST QUALITY.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

REPAIR SHOP NO.
R-7090887

**Thank You**
For Bringing Your Car To Us For Service

2014 CDK Global, LLC  (01/17) SERVICE INVOICE TYPE 2 - 3 DISC - 'AB-42' - NY - #CDI-107

CUSTOMER COPY

CUSTOMER #: 29506

459814

*INVOICE*

**MERCEDES-BENZ OF HUNTINGTON**
1103 East Jericho Tpke.
Huntington, NY 11743
(631) 549-2125
www.mbhuntington.com

Mercedes-Benz
of Huntington
MEMBER OF THE
COMPETITION AUTOMOTIVE GROUP

ROBERT J CAPAZZI
114 NOCOSSA CIR
JUPITER, FL 33458
HOME :                CONT :
BUS :                 CELL :

PAGE 1

SERVICE ADVISOR: 89 ERIC K GROBERT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| LUNAR BLUE | 21 | MERCEDES-BENZ S560C4 | W1KX | | 6255/6255 | T6255 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 30APR21 DD | | | 16:30 15JUN22 | | 199.00 | CASH | 20JUL22 |

| R.O. OPENED | READY | OPTIONS:   SOLD-STK:20449  DLR:55107 |
|-------------|-------|-------------------------------------|
| 17:24 14JUN22 | 14:35 20JUL22 | ENG:4.0_Liter_Twin_Turbo TRN:A |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------------------------------|------|-----|-------|

A CUSTOMER STATES/WINDSHIELD CRACKED REPLACE GLASS
    BODY-ELECTRICAL CUSTOMER STATES/WINDSHIELD
        CRACKED REPLACE GLASS
        99 CPMB                                                    0.00              0.00
PARTS:    0.00 LABOR:      0.00 OTHER:       0.00  TOTAL LINE A:              0.00
    OWNER DECLINED GLASS REPAIRS WENT THROUGH SAFELITE AUTO GLASS
    *********************************************************
B PERFORM MULTI POINT INSPECTION ON VEHICLE AND REPORT
    MULTIPT PERFORM MULTI POINT INSPECTION ON VEHICLE
        AND REPORT
        99IMBSP                                                              (N/C)
PARTS:    0.00 LABOR:      0.00 OTHER:       0.00  TOTAL LINE B:              0.00
    *********************************************************

*********************************************************************
ESTIMATE: 0.00              14JUN22 17:24  SA: 89
    CONTACT:
*********************************************************************

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Manner of Authorization |
|---|---|---|---|---|
| $ | $ | | | ☐ In Person  ☐ Via Fax<br>☐ Via Telephone  ☐ Via E-Mail |
| Revised Estimate | $ | | | ☐ In Person  ☐ Via Fax<br>☐ Via Telephone  ☐ Via E-Mail |

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURERS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS. THE WARRANTY ON NON- MAINTENANCE PARTS & LABOR IS 24 MONTHS.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you had the opportunity to inspect the vehicle and received or inspected any replaced parts as requested by you before paying this invoice. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE          CUSTOMER SIGNATURE

ALL PARTS ARE NEW OR FACTORY REBUILT. PARTS MARKED WITH AN X PRECEDING THE PART NUMBER ARE NOT SUPPLIED BY BMW AND MAY HAVE BEEN IMPORTED DIRECTLY FROM EUROPE OR MANUFACTURED IN THE U.S.A THEY ARE IN MOST CASES ORIGINAL PARTS AND ARE OF THE FINEST QUALITY.

REPAIR SHOP NO.
R-7000897

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

**Thank You**
For Bringing Your Car To Us For Service

2014 CDK Global, LLC. (0117) SERVICE INVOICE TYPE 2 - 3 SIZE - "AS-45" - N9 - 0CEMSP

CUSTOMER COPY

CUSTOMER #: 29506

458939

*INVOICE*

**MERCEDES-BENZ OF HUNTINGTON**
1103 East Jericho Tpke.
Huntington, NY 11743
(631) 549-2125
www.mbhuntington.com



Mercedes-Benz
of Huntington
MEMBER OF THE
COMPETITION AUTOMOTIVE GROUP

ROBERT J CAPAZZI
114 NOCOSSA CIR
JUPITER, FL 33458
HOME: CONT:
BUS: CELL:

PAGE 2

SERVICE ADVISOR: 89 ERIC K GROBERT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| LUNAR BLUE | 21 | MERCEDES-BENZ S560C4 | W1KX | | 6060/6060 | T6060 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30APR21 DD | | | 16:30 01JUN22 | | 199.00 | CASH | 01JUN22 |

| R.O. OPENED | READY | OPTIONS: | | | |
|---|---|---|---|---|---|
| 08:41 01JUN22 | 12:27 01JUN22 | SOLD-STK:20449 DLR:55107 ENG:4.0_Liter_Twin_Turbo TRN:A | | | |

| LINE | OPCODE | TECH | TYPE | HOURS | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|
| | 99IMBSP | | | | | | (N/C) |

PARTS:     0.00 LABOR:      0.00 OTHER:      0.00  TOTAL LINE C:      0.00
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

D CUSTOMER STATES NAVI GIVES WRONG ADDRESS OR NOT RESPONDING OWNER
     CONTACTED MERCEDES
CAUSE: NEWER SOFTWARE AVAILABLE IN COMMAND ONLINE CONTROL UNIT
     541011 PERFORM QUICK TEST
          654   WBW                                                      (N/C)
     540650 ON-BOARD POWER SUPPLY VOLTAGE MAINTAIN
          (WHEN CHECKING/ TESTING AND TROUBLESHOOTING)
          654   WBW                                                      (N/C)
     540991 PROGRAM AND CODE CONTROL UNIT
          . . . . . . . . . . . . . . . . . . . . (AFTER QUICK TEST)
          654   WBW                                                      (N/C)

PARTS:     0.00 LABOR:      0.00 OTHER:      0.00  TOTAL LINE D:      0.00
FUNCTION TEST NAVIGATION SYSTEM. FOUND WORKING AT THIS TIME
CONNECTED SDS AND CHARGER. CHECKED FOR NEWER SOFTWARE IN COMMAND ONLINE
CONTROL UNIT. UPDATED TO LATEST SOFTWARE. FUNCTION TEST. PASS.
     \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
ESTIMATE: 0.00          01JUN22 08:41  SA: 89
     CONTACT:
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Manner of Authorization |
|---|---|---|---|---|
| $ | $ | | | ☐ In Person  ☐ Via Fax  ☐ Via Telephone  ☐ Via E-Mail |
| Revised Estimate $ | $ | | | ☐ In Person  ☐ Via Fax  ☐ Via Telephone  ☐ Via E-Mail |

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURERS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS. THE WARRANTY ON NON- MAINTENANCE PARTS & LABOR IS 12 MONTHS.
By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you had the opportunity to inspect the vehicle and received or inspected any replaced parts as requested by you before paying this invoice. The vehicle is being returned to you in exchange for your payment of the Amount Due.

ALL PARTS ARE NEW OR FACTORY REBUILT. PARTS MARKED WITH AN X PRECEDING THE PART NUMBER ARE NOT SUPPLIED BY BMW AND MAY HAVE BEEN IMPORTED DIRECTLY FROM EUROPE OR MANUFACTURED IN THE U.S.A THEY ARE IN MOST CASES ORIGINAL PARTS AND ARE OF THE FINEST QUALITY.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

| DATE | CUSTOMER SIGNATURE | REPAIR SHOP NO. R-7090897 | **Thank You** For Bringing Your Car To Us For Service |
|---|---|---|---|

2014 CDK Global, LLC  (6/17) SERVICE INVOICE TYPE 2 - 2SA2C - "A3-15" - NY - 0276407

CUSTOMER COPY



CUSTOMER #: 29506      **458939**     **MERCEDES-BENZ OF HUNTINGTON**
1103 East Jericho Tpke.
Huntington, NY 11743

ROBERT J CAPAZZI
114 NOCOSSA CIR    **\*INVOICE\***    (631) 549-2125
JUPITER, FL 33458        www.mbhuntington.com

**Mercedes-Benz**
of Huntington
MEMBER OF THE
COMPETITION AUTOMOTIVE GROUP

HOME: ▓▓▓▓▓▓  CONT: ▓▓▓
BUS: ▓▓▓▓▓▓▓  CELL: ▓▓▓▓▓▓▓  PAGE 2   SERVICE ADVISOR: 89 ERIC K GROBERT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| LUNAR BLUE | 21 | MERCEDES-BENZ S560C4 | W1KX▓▓▓▓▓▓▓ | | 6060/6060 | T6060 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30APR21 DD | | | 16:30 01JUN22 | | 199.00 | CASH | 01JUN22 |

| R.O. OPENED | READY | |
|---|---|---|
| 08:41 01JUN22 | 12:27 01JUN22 | OPTIONS: SOLD-STK:20449 DLR:55107<br>ENG:4.0_Liter_Twin_Turbo TRN:A |

LINE OPCODE TECH TYPE HOURS             LIST        NET        TOTAL
       99IMBSP                                     (N/C)
PARTS:      0.00 LABOR:      0.00 OTHER:      0.00   TOTAL LINE C:     0.00
      \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

D CUSTOMER STATES NAVI GIVES WRONG ADDRESS OR NOT RESPONDING OWNER
     CONTACTED MERCEDES
CAUSE: NEWER SOFTWARE AVAILABLE IN COMMAND ONLINE CONTROL UNIT
    541011 PERFORM QUICK TEST
       654   WBW                                   (N/C)
    540650 ON-BOARD POWER SUPPLY VOLTAGE MAINTAIN
      (WHEN CHECKING/ TESTING AND TROUBLESHOOTING)
       654   WBW                                   (N/C)
    540991 PROGRAM AND CODE CONTROL UNIT
      ................. (AFTER QUICK TEST)
       654   WBW                                   (N/C)
PARTS:      0.00 LABOR:      0.00 OTHER:      0.00   TOTAL LINE D:     0.00
FUNCTION TEST NAVIGATION SYSTEM. FOUND WORKING AT THIS TIME.
CONNECTED SDS AND CHARGER. CHECKED FOR NEWER SOFTWARE IN COMMAND ONLINE
CONTROL UNIT. UPDATED TO LATEST SOFTWARE. FUNCTION TEST. PASS.
      \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
ESTIMATE: 0.00        01JUN22 08:41   SA: 89
   CONTACT:
      \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Manner of Authorization |
|---|---|---|---|---|
| $ | $ | | | ☐ In Person ☐ Via Fax<br>☐ Via Telephone ☐ Via E-Mail |
| Revised Estimate $ | $ | | | ☐ In Person ☐ Via Fax<br>☐ Via Telephone ☐ Via E-Mail |

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS. THE WARRANTY ON NON- MAINTENANCE PARTS & LABOR IS 12 MONTHS.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you had the opportunity to inspect the vehicle and received or inspected any replaced parts as requested by you before paying this invoice. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE      CUSTOMER SIGNATURE

ALL PARTS ARE NEW OR FACTORY REBUILT. PARTS MARKED WITH AN X PRECEDING THE PART NUMBER ARE NOT SUPPLIED BY BMW AND MAY HAVE BEEN IMPORTED DIRECTLY FROM EUROPE OR MANUFACTURED IN THE U.S.A THEY ARE IN MOST CASES ORIGINAL PARTS AND ARE OF THE FINEST QUALITY.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

REPAIR SHOP NO.
R-7000697

**Thank You**
For Bringing Your Car To Us For Service

2014 CDK Global, LLC (09/17) SERVICE INVOICE TYPE 2 - SBI2C - "-7S-43" - HV - CI204187      CUSTOMER COPY



**Mercedes-Benz of North Palm Beach**
9275 Alt A1A
North Palm Beach, Florida, 33403, US
Phone: 5612038958
www.mercedesbenznorthpalmbeach.com

| | |
|---|---|
| Repair Order #: | **389590** |
| Tag #: | **T2515** |
| Advisor: | **Robert Borden** |
| Advisor No. #: | **128** |
| Order Open Date: | **2022-12-01** |



**Customer Information**

CAPAZZI,ROBERT

114 NOCOSSA CIR
JUPITER, FL 33458-7721
Customer Number - 23566

Home Phone #:
Cell Phone #:
Contact Phone #:
Email Address:

**Vehicle Information**

2021 MB S560V4

VIN #:  **W1K**
Color #:  **890-BLUE**
Mileage In/Out #:  **9031/9031**

---

**Job # A**                                                          **Labor Total:      $ 0.00**

**CUSTOMER STATES THAT COVER THAT COVERS THE CUPHOLDERS IS PUSHED DOWN AND WILL NOT COME OUT**
**Cause:**
**Correction(s):**
    INFO   INFORMATION LINE                                          $0.00
    Tech Number: 195    Labor Type: C

| Part Number | Part Description | Qty | List | | |
|---|---|---|---|---|---|
| | | | | **Parts Total:** | **$ 0.00** |
| | | | | **Misc Total:** | **No Charge** |

**Job # A Total                                                        $ 0.00**

---

**Job # B**                                                          **Labor Total:      $ 0.00**

**CUSTOEMR STATES THAT VOICE NAVIGATION WILL NOT PICK UP MOST ADDRESSES. EX NAVIGATE TO OLD MARSH GOLF CLUB.. NAVIGATE TO LOXAHATCHEE CLUB... WAS @ DEALER UP NORTH AND THEY DID A COMAND UPDATE AND WANTED TO REPLACE THE MICROPHONES BUT CUSTOMER WAS LEAVING DOWN. PLEASE INSPECT AND ADVISE**
**Cause:**
**Correction(s):**
    INFO · INFORMATION LINE                                          $0.00
    Tech Number: 195    Labor Type: C

| Part Number | Part Description | Qty | List | |
|---|---|---|---|---|
| | | | | **Parts Total:     $ 0.00** |

---

12/06/2022 12:57 PM

*OEM means Original Equipment Manufacturer (factory) Parts | ** All parts are New unless specified otherwise.*

*~~ Thank you for your business ~~*



**Mercedes-Benz of North Palm Beach**
9275 Alt A1A
North Palm Beach, Florida, 33403, US
Phone: 5612038958
www.mercedesbenznorthpalmbeach.com

| | |
|---|---|
| Repair Order #: | **389590** |
| Tag #: | **T2515** |
| Advisor: | **Robert Borden** |
| Advisor No. #: | **128** |
| Order Open Date: | **2022-12-01** |

**Misc Total:** **No Charge**

| Job # B Total | $ 0.00 |
|---|---|

---

Job # C                                                      Labor Total:        $ 0.00

**SET COLD TIRE PRESSURES TO 35 FRONT AND 36 REAR PER CUSTOMER REQUEST**
Cause:
Correction(s):
    CTP    Check & Adjust Tire Pressures - As Per Recommended Pressures        $0.00
On Inside of Fuel Door/Flap
    Tech Number: 195   Labor Type: C

| Part Number | Part Description | Qty | List | |
|---|---|---|---|---|
| | | | | **Parts Total:    $ 0.00** |

**Misc Total:** **No Charge**

| Job # C Total | $ 0.00 |
|---|---|

---

Job # D                                                      Labor Total:        No Charge

**Campaign No. 2022070004, August 2022--Replace Braided Hose of Low-Pressure Fuel Line**
Cause: 07922087
Correction(s):
    020900    OPERATIONS: REPLACE HOSE OF RIGHT FUEL LINE IN LOW-        No Charge
    PRESSURE FUEL CIRCUIT, ACC. NO.: 07 922 08, CODE: 21P0792208
    Tech Number: 195   Labor Type: WR

| Part Number | Part Description | Qty | List | |
|---|---|---|---|---|
| 177-070-31-00 | FUEL HOSE | 1 | | **Parts Total:    No Charge** |
| 177-096-05-00 | HEAT SHIELD | 1 | | |
| 000-995-60-10 | HOSE CLAMP | 2 | | |

**Misc Total:** **No Charge**

| Job # D Total | $ 0.00 |
|---|---|

---

12/06/2022 12:57 PM

* OEM means Original Equipment Manufacturer (factory) Parts | ** All parts are New unless specified otherwise.

*~~ Thank you for your business ~~*



**Mercedes-Benz of North Palm Beach**
9275 Alt A1A
North Palm Beach, Florida, 33403, US
Phone: 5612038958
www.mercedesbenznorthpalmbeach.com

| | |
|---|---|
| Repair Order #: | **389590** |
| Tag #: | **T2515** |
| Advisor: | **Robert Borden** |
| Advisor No. #: | **128** |
| Order Open Date: | **2022-12-01** |

---

**Job # E**                                                           **Labor Total:**        **$ 0.00**

## IMB Mercedes-Benz Multi-Point Vehicle Inspection - accepted by customer

**Cause:**
**Correction(s):**
   IMB   IMB Mercedes-Benz Multi-Point Vehicle Inspection - accepted by          $0.00
   customer
   Tech Number: 195   Labor Type: C

| Part Number | Part Description | Qty | List | |
|---|---|---|---|---|
| | | | | **Parts Total:**   **$ 0.00** |
| | | | | **Misc Total:**   **No Charge** |

**Job # E Total**                                                                      **$ 0.00**

---

**Job # F**                                                           **Labor Total:**        **$ 0.00**

## Complimentary Exterior Car Wash & Vacuum Interior Carpets - NO CHARGE TO CLIENT - Bill to Service Department ($14.95) for Customer Satisfaction

**Cause:**
**Correction(s):**
   WASH   Complimentary Exterior Car Wash & Vacuum Interior Carpets          $0.00
   - NO CHARGE TO CLIENT - Bill to Service Department ($14.95) for
   Customer Satisfaction
   Tech Number: 999   Labor Type: C

| Part Number | Part Description | Qty | List | |
|---|---|---|---|---|
| | | | | **Parts Total:**   **$ 0.00** |
| | | | | **Misc Total:**   **No Charge** |

**Job # F Total**                                                                      **$ 0.00**

---

**Job # G**                                                           **Labor Total:**     **No Charge**

## Complimentary Courtesy Vehicle provided, $120/day. We require same day return

---

12/06/2022 12:57 PM

* OEM means Original Equipment Manufacturer (factory) Parts | ** All parts are New unless specified otherwise.

*~~ Thank you for your business ~~*


Mercedes-Benz
of North Palm Beach

**Mercedes-Benz of North Palm Beach**
9275 Alt A1A
North Palm Beach, Florida, 33403, US
Phone: 5612038958
www.mercedesbenznorthpalmbeach.com

| | |
|---|---|
| Repair Order #: | **389590** |
| Tag #: | **T2515** |
| Advisor: | **Robert Borden** |
| Advisor No. #: | **128** |
| Order Open Date: | **2022-12-01** |

**upon completion of service to your vehicle otherwise additional charges may apply. Client responsible for Fuel, Optional Damage Waivers/Insurance & Damage._____**

**Cause:**

**Correction(s):**

RENT    Complimentary Courtesy Vehicle provided, $120/day. We require same day return upon completion of service to your vehicle otherwise additional charges may apply. Client responsible for Fuel, Optional Damage Waivers/Insurance & Damage._____     No Charge

Tech Number: 999   Labor Type: ISL

| Part Number | Part Description | Qty | List |
|---|---|---|---|
| | | | |

| | |
|---|---|
| **Parts Total:** | **No Charge** |
| **Misc Total:** | **No Charge** |

| **Job # G Total** | **$ 0.00** |
|---|---|

**Miscellaneous**

| Job # | PO # | Description |
|---|---|---|
| RO | 9999 | INTERNAL RENTAL |

| **Miscellaneous Total:** | **$ 0.00** |
|---|---|

**RO Comments**

CUSTOMER REQUESTED A LOANER

## Amount Totals

| | |
|---|---|
| Total Labor: | **$ 0.00** |
| Total Parts: | **$ 0.00** |
| Miscellaneous + Discounts: | **$ 0.00** |
| Sales Tax: | **$ 0.00** |
| Shop Supplies: | **$ 0.00** |

12/06/2022 12:57 PM

* OEM means Original Equipment Manufacturer (factory) Parts | ** All parts are New unless specified otherwise.

Thank you for your business



**Mercedes-Benz of North Palm Beach**
9275 Alt A1A
North Palm Beach, Florida, 33403, US
Phone: 5612038958
www.mercedesbenznorthpalmbeach.com

| | |
|---|---|
| Repair Order #: | **389590** |
| Tag #: | **T2515** |
| Advisor: | **Robert Borden** |
| Advisor No. #: | **128** |
| Order Open Date: | **2022-12-01** |

## Customer Total:                              $ 0.00

### Terms and Acceptance

Customer acknowledges approval of work described in this Repair Order Summary. Any Warranties on the product sold herein are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express including any implied warranty of merchantability or fitness for a particular purpose. and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

Please look for a survey on your service experience. The manufactures survey will be sent to you by email. If you are not sure if your current email address is on file please check with your service advisor.

We're working hard to make customers for life!



✖ _____
                                                    Customer acknowledges receipt of copy

\* OEM means Original Equipment Manufacturer (factory) Parts | \*\* All parts are New unless specified otherwise.

~~ *Thank you for your business* ~~

Fulton County Superior Court
***EFILED***LW
Date: 5/25/2023 11:25 AM
Cathelene Robinson, Clerk

**General Civil and Domestic Relations Case Filing Information Form**

☒ **Superior** or ☐ **State Court of** Fulton _____ **County**

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** 5/25/2023 | **Case Number** 2023CV380681 |
| MM-DD-YYYY | |

**Plaintiff(s)**

| Capazzi | Robert | individually | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| and on behalf of all others | | similarly situated | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

| Mercedes-Benz | USA, LLC | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Matthew R. Wilson          **State Bar Number** 871480          **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☒ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
**Case Number**                **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Fulton County Superior Court
***EFILED***mJ
Date: 6/6/2023 8:35 AM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **ROBERT CAPAZZI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**<br><br>Plaintiff/Petitioner | Case No.:   **2023CV380681** |
| vs.<br>**MERCEDES-BENZ USA, LLC**<br><br>Defendant/Respondent | AFFIDAVIT OF SERVICE OF<br>**SUMMONS; COMPLAINT** |

Received by **Jack Williams**, on the **1st day of June, 2023 at 9:03 AM** to be served upon **MERCEDES-BENZ USA, LLC c/o CT CORPORATION SYSTEM**, . at **106 Colony Park Drive Suite 800 B, Cumming, Forsyth County, GA 30040**. On the **2nd day of June, 2023 at 2:29 PM**, I, **Jack Williams**, **SERVED MERCEDES-BENZ USA, LLC c/o CT CORPORATION SYSTEM**, . at **106 Colony Park Drive Suite 800 B, Cumming, Forsyth County, GA 30040** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **CT CORPORATION SYSTEM**, ., on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to CT CORPORATION SYSTEM, . with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with piercings.**

Service Fee Total: **$85.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _____    NA _____    6/5/23
          Jack Williams                                   Server ID #          Date

Notary Public:  Subscribed and sworn before me on this ___05___ day of ___JUNE___ in the year of 20_23_
Personally known to me _____ or ___✓___ identified by the following document: _GA DL_

_____
Notary Public (Legal Signature)

*[Notary seal: RISHABH PATEL — MY COMM. EXPIRES 01/04/20__ — NOTARY PUBLIC — FULTON COUNTY GEORGIA]*

REF: **REF-12880404**

Tracking #: **0107743931**