UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT CAPAZZI, individually, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Civil Action No. |

**DEFENDANT MERCEDES-BENZ USA, LLC'S LOCAL RULE 3.3**
**CERTIFICATE OF INTERESTED PERSONS AND**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Defendant Mercedes-Benz USA, LLC provides its Corporate Disclosure Statement as follows:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

   a. Robert Capazzi, a plaintiff in this action;

   b. Mercedes-Benz USA, LLC ("MBUSA"), a defendant in this action. Mercedes-Benz USA, LLC is a Delaware limited liability company

1

with its principal place of business in Sandy Springs, Georgia. Defendant MBUSA informs the Court that its parent company is Mercedes-Benz North America Corporation ("MBNAC"). MBNAC is a subsidiary of Mercedes-Benz Capital Nederland B.V., a Dutch Company, whose parent company is Mercedes-Benz Group AG, a publicly held German Aktiengesellschaft.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a. None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Attorneys for Plaintiff:**

Matthew R. Wilson
Michael J. Boyle, Jr.
MEYER WILSON CO., LPA

Brian Levin
Kaki J. Johnson
LEVIN LAW, P.A.

Thomas Scolaro
LEESFIELD SCOLARO, P.A.

**Attorneys for Defendant Mercedes-Benz USA, LLC:**

S. Wade Malone
Shaniqua L. Singleton
NELSON MULLINS RILEY & SCARBOROUGH LLP

Troy M. Yoshino (*pro hac vice* forthcoming)
Shawn R. Obi (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP


Respectfully submitted July 5, 2023

                                */s/ S. Wade Malone*
                                S. Wade Malone
                                Georgia Bar No. 468015
                                Shaniqua L. Singleton
                                Georgia Bar No. 819618
                                NELSON MULLINS RILEY &
                                SCARBOROUGH LLP
                                201 17th St. NW
                                Atlanta, Georgia 30363
                                Tel: 404-322-6000
                                Fax: 404-322-6050
                                wade.malone@nelsonmullins.com
                                shaniqua.singleton@nelsonmullins.com

                                Attorneys for Defendant
                                MERCEDES-BENZ USA, LLC

## **LR 5.1(B) CERTIFICATE OF COMPLIANCE**

I hereby certify, in compliance with Local Rule 5.1(C), that the foregoing has been prepared using 14 Times New Roman font, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

*S. Wade Malone*
S. Wade Malone

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing has been filed on July 5, 2023, using the Court's CM/ECF system and has been served via U.S. Mail and electronic email to:

    Matthew R. Wilson
    Michael J. Boyle, Jr.
    MEYER WILSON CO., LPA
    305 W. Nationwide Blvd
    Columbus, OH 43215

    Brian Levin
    Kaki J. Johnson
    LEVIN LAW, P.A.
    2665 South Bayshore Dr, PH2B
    Miami, Florida 33133

    Thomas Scolaro
    LEESFIELD SCOLARO, P.A.
    2350 S Dixie Hwy
    Miami, FL 33133

                                        */s/ S. Wade Malone*
                                        S. Wade Malone