# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT CAPAZZI, individually, on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC<br><br>　　　　Defendant. | Civil Action No. |

## CONSENT MOTION FOR EXTENSION OF DEADLINE FOR DEFENDANT MERCEDES-BENZ USA, LLC TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), plaintiff Robert Capazzi and defendant Mercedes-Benz USA, LLC ("MBUSA"; together, the "Parties") file this consent motion for an extension of the time to respond to plaintiff's Class Action Complaint ("Complaint") filed in the Superior Court of Fulton County, Georgia. To support this Motion, the Parties state as follows.

1. On May 25, 2023, plaintiff filed a Complaint against MBUSA. MBUSA was served with plaintiff's Complaint on June 5, 2023.

2. MBUSA timely removed to this Court on July 5, 2023.

3. Under Fed. R. Civ. P. 81(c)(2)(C), the current deadline for MBUSA to answer, move, or otherwise respond to plaintiff's Complaint is July 12, 2023.

4. The Parties have conferred to reach agreement on an extension of the time within which MBUSA may answer, move, or otherwise respond to plaintiff's Complaint. The parties have agreed that MBUSA's deadline to respond to the Complaint will be either: (1) 45 days from the date of a decision on any motion to remand that plaintiff may file; or (2) 45 days from the deadline for plaintiff to remand, if plaintiff does not move to remand.

5. Neither plaintiff nor MBUSA will be prejudiced if the Court grants this consent motion, as this litigation has just begun. Good cause exists for this extension, as it would preserve resources of both the Court and the Parties to address potential remand topics first and then address a motion to dismiss if this action remains before this Court. This consent motion is made in good faith and not for purposes of undue or improper delay.

WHEREFORE, the Parties move to extend the deadline for MBUSA to answer, move, or otherwise respond to plaintiffs' Complaint as set forth in paragraph 4, above. A proposed order is attached as Exhibit A.

Respectfully submitted this 5th day of July 2023.

//

//

| | |
|---|---|
| */s/ Matthew R. Wilson* | */s/ S. Wade Malone* |
| Matthew R. Wilson (SBN 871480) | S. Wade Malone |
| [mwilson@meyerwilson.com](mwilson@meyerwilson.com) | Georgia Bar No. 468015 |
| MEYER WILSON CO., LPA | Shaniqua L. Singleton |
| 305 West Nationwide Boulevard | Georgia Bar No. 819618 |
| Columbus, Ohio 43215 | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| Tel.: (614) 224-6000 | 201 17th St. NW |
| Fax: (614) 224-6066 | Atlanta, Georgia 30363 |
| | Tel: 404-322-6000 |
| | Fax: 404-322-6050 |
| | wade.malone@nelsonmullins.com |
| | shaniqua.singleton@nelsonmullins.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Mercedes-Benz USA, LLC* |

## **LR 5.1(B) CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies, pursuant to Local Rules 5.1(B) and 7.1(D), that the foregoing has been prepared in size 14 Times New Roman font.

*/s/S. Wade Malone*
S. Wade Malone

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing has been filed on July 5, 2023, using the Court's CM/ECF system and has been served via U.S. Mail and electronic email to:

    Matthew R. Wilson
    Michael J. Boyle, Jr.
    MEYER WILSON CO., LPA
    305 W. Nationwide Blvd
    Columbus, OH 43215

    Brian Levin
    Kaki J. Johnson
    LEVIN LAW, P.A.
    2665 South Bayshore Dr, PH2B
    Miami, Florida 33133

    Thomas Scolaro
    LEESFIELD SCOLARO, P.A.
    2350 S Dixie Hwy
    Miami, FL 33133

    */s/ S. Wade Malone*
    S. Wade Malone