# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT CAPAZZI, individually, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC<br><br>Defendant. | Civil Action No. |

## PROPOSED ORDER

Before the Court is the Parties' Consent Motion for Extension of Deadline for Mercedes-Benz USA, LLC ("MBUSA") to Answer, Move, or Otherwise Respond to Plaintiff's Class Action Complaint. For good cause shown, the motion is granted and the deadline for MBUSA to answer, move, or otherwise respond to Plaintiffs' Class Action Complaint is extended from July 12, 2023 to either (1) 45 days from the date of a ruling on removal of this action, if plaintiff moves to remand; or (2) 45 days from plaintiff's deadline to remand, if plaintiff does not move to remand.

SO ORDERED, this _____ day of _____, 2023.

_____
United States District Judge
Northern District of Georgia