# EXHIBIT B

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| PAUL HAARER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| v. | ) | 2023-CV-378125 |
| | ) | |
| VINEYARD CAPITAL PARTNERS, L.L.C. and PINNACLE FUNERAL SERVICE, LLC, | ) ) ) | |
| Defendants. | ) | |

## ACKNOWLEDGMENT OF SERVICE

The undersigned counsel, Adriana R. Midence of the law firm Jackson Lewis P.C., certifies that she represents Defendants Vineyard Capital Partners, L.L.C. and Pinnacle Funeral Service, LLC ("Defendants") in the above-styled civil action, and that she is authorized to acknowledge service of, and waive process for, the (1) Complaint for Damages and (2) Summons.

In accordance with O.C.G.A. § 9-10-73, Defendants hereby waive the defenses of insufficiency of process, insufficiency of service of process, and all other defenses relating to the manner or method in which service of process was affected in this case.  Defendants do not, by acknowledging service and waiving process, waive any defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

Accordingly, the date upon which Defendants shall serve their answer or otherwise respond to Plaintiff's Complaint for Damages is now thirty (30) days from the date of this Acknowledgment of Service.

Respectfully submitted, this 6th day of April, 2022.

    */s/ Adriana R. Midence*
    Adriana R. Midence
    Georgia Bar No.: 142298
    Kathryn M. White
    Georgia Bar No.: 528556
    Jackson Lewis P.C.
    171 17th Street NW, Suite 1200
    Atlanta, Georgia 30363
    T: (404) 525-8200
    F: (404) 525-1173
    adriana.midence@jacksonlewis.com
    kathryn.white@jacksonlewis.com

    *Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on this 6th day of April, 2023, I served a copy of the foregoing **ACKNOWLEDGMENT OF SERVICE** by statutory electronic service to the following:

Richard L. Robbins
Catherine C. Sullivan
Michael D. Forrest
ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC

*Counsel for Plaintiff*

*/s/ Adriana R. Midence*
Adriana R. Midence

*Counsel for Defendants*