# EXHIBIT F

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| PAUL HAARER,<br><br>　　　*Plaintiff,*<br><br>v.<br><br>VINEYARD CAPITAL PARTNERS, L.L.C.<br>and PINNACLE FUNERAL SERVICE, LLC,<br><br>　　　*Defendants.* | CIVIL ACTION FILE<br><br>NO: 2023CV378125<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES
TO DEFENDANTS' COUNTERCLAIMS**

　　Plaintiff Paul Haarer ("Plaintiff") answers the Counterclaims filed by Defendants Vineyard Capital Partners, L.L.C. ("Vineyard") and Pinnacle Funeral Service, LLC ("Pinnacle," and collectively with Vineyard, "Defendants").  Pursuant to Georgia law, all the allegations in Defendants' Counterclaims are automatically denied.  *See* O.C.G.A. § 9-11-12(a) ("A cross-claim or counterclaim shall not require an answer, unless one is required by order of the court, and shall automatically stand denied."); *see also* O.C.G.A. § 9-11-8(d) ("Averments in a pleading to which no responsive pleading is required or permitted shall be taken as denied or avoided."); *Grand Lodge of Ga., Indep. Order of Odd Fellows v. City of Thomasville*, 226 Ga. 4, 9–10 (1970) ("Averments in a pleading to which no responsive pleading is required are considered as denied.").

　　Pursuant to O.C.G.A. § 9-11-12(b), Plaintiff asserts the following affirmative defenses:

**FIRST DEFENSE**

Defendants fail to state a claim upon which relief may be granted.

**SECOND DEFENSE**

Defendants' Counterclaims are barred by the doctrine of waiver.

1

**THIRD DEFENSE**

Defendants' Counterclaims are barred by the doctrine of ratification.

**FOURTH DEFENSE**

Defendants' Counterclaims are barred by the doctrine of estoppel.

**FIFTH DEFENSE**

Defendants' Counterclaims are barred by the doctrine of laches.

**SIXTH DEFENSE**

Defendants' Counterclaims are barred by the doctrine of unclean hands.

**SEVENTH DEFENSE**

Defendants' Counterclaims are subject to setoff and/or recoupment.

**EIGHTH DEFENSE**

Defendants' Counterclaims and related allegations do not assert that Plaintiff's actions showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences that would entitle Defendants to recover punitive damages.

**NINTH DEFENSE**

Plaintiff has not committed any action or inaction that has caused damage to Defendants.

**TENTH DEFENSE**

Defendants' Counterclaims are barred in whole or in part by their failure to mitigate damages.

**ELEVENTH DEFENSE**

Defendants' Counterclaims are barred by the business judgment rule.

## **TWELFTH DEFENSE**

Defendants' Counterclaims are barred in whole or in part by the applicable statutes of limitation.

Respectfully submitted, this 7th day of June 2023.

*/s/ Richard L. Robbins*
Richard L. Robbins
Georgia Bar No. 608030
rrobbins@robbinsfirm.com
Catherine C. Sullivan
Georgia Bar No. 957620
csullivan@robbinsfirm.com
Michael D. Forrest
Georgia Bar No. 974300
mforrest@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

*Counsel for Plaintiff*

3

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed **PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS** with the Clerk of Court via the Court's e-file system, which will automatically provide electronic notice of such filing to all counsel of record. I have also served the foregoing via email upon Defendants' counsel.

Respectfully submitted, this 7th day of June 2023.

>  /s/ Richard L. Robbins
> Richard L. Robbins
> Georgia Bar No. 608030
> rrobbins@robbinsfirm.com
> Catherine C. Sullivan
> Georgia Bar No. 957620
> csullivan@robbinsfirm.com
> Michael D. Forrest
> Georgia Bar No. 974300
> mforrest@robbinsfirm.com
> Robbins Alloy Belinfante Littlefield LLC
> 500 14th Street, N.W.
> Atlanta, Georgia 30318
> Telephone: (678) 701-9381
> Facsimile: (404) 856-3255
>
> *Counsel for Plaintiff*