# EXHIBIT J

Fulton County Superior Court
***EFILED***JH
Date: 4/21/2023 3:41 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

PAUL HAARER,

    *Plaintiff,*

v.

VINEYARD CAPITAL PARTNERS, L.L.C.
and PINNACLE FUNERAL SERVICE, LLC,

    *Defendants.*

Case No: 2023CV378125

**JURY TRIAL DEMANDED**

<u>**NOTICE OF LEAVE OF ABSENCE**</u>

COMES NOW Richard L. Robbins, Attorney for Plaintiff, and respectfully notifies this Court and counsel of record, pursuant to Uniform Superior Court Rule 16.1, of the following Leave of Absence from the practice of law on the following dates:

1.    The period of leave during which time Applicant will be away from the practice of law is

- **Monday, August 21, 2023 through Friday, August 25, 2023;** and **Monday August 28, 2023 through Friday, September 1, 2023** (vacation out of the country).

2.    All affected Judges and Opposing Counsel shall have ten (10) days from the date of this Notice of Leave of Absence to object to it.  If no objections are filed, the leave shall be granted.

Respectfully submitted this 21st day of April, 2023.

<div style="text-align: right;">

_/s/ Richard L. Robbins_
Richard L. Robbins
Georgia Bar No. 608030
rrobbins@robbinsfirm.com
Catherine C. Sullivan
Georgia Bar No. 957620
csullivan@robbinsfirm.com
Michael D. Forrest
Georgia Bar No. 974300
mforrest@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

_Counsel for Plaintiff Paul Haarer_

</div>

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that the undersigned caused to be electronically filed the foregoing

**NOTICE OF LEAVE OF ABSENCE** on all parties by electronically filing it with the Clerk of

Court using the Odyssey eFileGA system, which will automatically send an email notification of

such filing to counsel for the parties.

This 21st day of April, 2023.


*/s/ Richard L. Robbins*
Richard L. Robbins

Fulton County Superior Court
***EFILED***MH
Date: 6/14/2023 12:03 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

PAUL HAARER,

     *Plaintiff,*

v.

VINEYARD CAPITAL PARTNERS, L.L.C.
and PINNACLE FUNERAL SERVICE, LLC,

     *Defendants.*

Case No: 2023CV378125

**JURY TRIAL DEMANDED**

<u>**NOTICE OF LEAVE OF ABSENCE**</u>

COMES NOW Richard L. Robbins, Attorney for Plaintiff, and respectfully notifies this Court and counsel of record, pursuant to Uniform Superior Court Rule 16.1, of the following Leave of Absence from the practice of law on the following dates:

1.    The period of leave during which time Applicant will be away from the practice of law is

-     **Saturday, July 29, 2023 through Thursday, August 3, 2023**

    (vacation out of the country).

2.    All affected Judges and Opposing Counsel shall have ten (10) days from the date of this Notice of Leave of Absence to object to it.  If no objections are filed, the leave shall be granted.

Respectfully submitted this 14th day of June, 2023.

<div style="margin-left:auto">

*/s/ Richard L. Robbins*
Richard L. Robbins
Georgia Bar No. 608030
rrobbins@robbinsfirm.com
Catherine C. Sullivan
Georgia Bar No. 957620
csullivan@robbinsfirm.com
Michael D. Forrest
Georgia Bar No. 974300
mforrest@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

*Counsel for Plaintiff Paul Haarer*

</div>

## CERTIFICATE OF SERVICE

This is to certify that the undersigned caused to be electronically filed the foregoing

**NOTICE OF LEAVE OF ABSENCE** on all parties by electronically filing it with the Clerk of

Court using the Odyssey eFileGA system, which will automatically send an email notification of

such filing to counsel for the parties.

This 14th day of June, 2023.

*/s/ Richard L. Robbins*
Richard L. Robbins