# General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of  Fulton  County

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FULTON COUNTY, GEORGIA

**2023CV381264**

JUN 06, 2023 10:56 PM

*Cathelene Robison*
Cathelene Robison, Clerk
Fulton County Superior Court

**For Clerk Use Only**

Date Filed  06-06-2023
MM-DD-YYYY

Case Number  2023CV381264

| Plaintiff(s) | Defendant(s) |
|---|---|
| Holcomb, Heath | City of Alpharetta |
| Last  First  Middle I.  Suffix  Prefix | Last  First  Middle I.  Suffix  Prefix |
|  | Robison, John |
| Last  First  Middle I.  Suffix  Prefix | Last  First  Middle I.  Suffix  Prefix |

Plaintiff's Attorney  Johnson, Jordan   Bar Number  673643   Self-Represented ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number                Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.20

≣ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FULTON COUNTY, GEORGIA

**2023CV381264**

JUN 06, 2023 10:56 PM

*Cathelene Robinson*
Cathelene Robinson, Clerk
Fulton County Superior Court

# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
### SUMMONS

| | |
|---|---|
| Holcomb, Heath _____ ) <br> _____ ) <br> **Plaintiff,** ) <br> vs. ) <br> City of Alpharetta _____ ) <br> _____ ) <br> Robison, John _____ ) <br> **Defendant** ) | Case <br> No.: 2023CV381264 _____ |

**TO THE ABOVE NAMED DEFENDANT(S):**

You are hereby summoned and required to file electronically with the Clerk of said Court at https://peachcourt.com/ (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

> **Jordan Johnson**
> **Bernard & Johnson, LLC**
> **5 Dunwoody Park, Ste 100**
> **Atlanta, Georgia 30338**

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**This_____6th_ day of_____June, 20 23**

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court

_____
Cathelene Robinson, Clerk
Fulton County Superior Court

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

Deputy Sheriff

**Instructions:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

≡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FULTON COUNTY, GEORGIA
**2023CV381264**
JUN 26, 2023 11:33 PM

Cathelene Robinson, Clerk
Fulton County Superior Court

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

HEATH HOLCOMB,

Plaintiff,

v.

CITY OF ALPHARETTA, and
JOHN ROBISON,

Defendants.

CIVIL ACTION
FILE NO. 2023CV381264

## AFFIDAVIT OF SERVICE

COMES NOW AMY FERRERO, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that she has been permanently appointed by this Court for service of process per Order attached, she is a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the above styled case, states that on June 20, 2023 at 2:38 PM, she served JOHN ROBISON, by personally serving him, at his business The City of Alpharetta, Georgia, Department of Public Safety, located at 2565 Old Milton Parkway, Alpharetta, Georgia 30009, with SUMMONS and COMPLAINT.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 21 day of JUNE, 2023

Legal Ease Attorney Services, Inc.
645 Waldo Street
Atlanta, GA 30312
404-849-1240

Sworn to and subscribed before me
this 21st day of June, 2023

_____
Notary Public

My commission expires:



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| HEATH HOLCOMB, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ALPHARETTA, and JOHN ROBISON, <br><br> Defendants. | CIVIL ACTION <br> FILE NO. 2023CV381264 |

## AFFIDAVIT OF SERVICE

COMES NOW AMY FERRERO, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that she has been permanently appointed by this Court for service of process per Order attached, she is a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the above styled case, states that on June 14, 2023 at 2:52 PM, she served JOHN ROBISON, by personally serving PIPER WILLIAMS, Department of Public Safety, Records Manager/Records Custodian, who stated she was authorized to accept for JOHN ROBISON, at his business, the Department of Public Safety, located at 2565 Old Milton Parkway, Alpharetta, Georgia 30009, with SUMMONS and COMPLAINT.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of JUNE, 2023

Legal Ease Attorney Services, Inc.
645 Waldo Street
Atlanta, GA 30312
404-849-1240

Sworn to and subscribed before me this 16th day of June, 2023

_____
Notary Public

My commission expires:



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| HEATH HOLCOMB,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALPHARETTA, and<br>JOHN ROBISON,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 2023CV381264 |

## AFFIDAVIT OF SERVICE

COMES NOW AMY FERRERO, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that she has been permanently appointed by this Court for service of process per Order attached, she is a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the above styled case, states that on June 12, 2023 at 3:21 PM, she served CITY OF ALPHARETTA, by personally serving JAMES DRINKARD, Assistant City Administrator, authorized to accept, at his business located at 2 Park Plaza, Alpharetta, Georgia 30009, with SUMMONS and COMPLAINT.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of JUNE, 2023

_____
Legal Ease Attorney Services, Inc.
645 Waldo Street
Atlanta, GA 30312
404-849-1240

Sworn to and subscribed before me
this 13th day of June, 2023

_____
Notary Public

My commission expires: _____



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

FILED IN OFFICE
JAN 23 2023
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

Administrative Order No. 2023-EX00 000040

## AMENDED ORDER FOR APPOINTMENT FOR PROCESS SERVICE

Having read and considered the petitions and criminal records, it appears to the Court that sufficient grounds exist whereby each petitioner meets the requirements for the appointment by the Court,

IT IS HEREBY ORDERED and ADJUDGED that the following:

| | | | |
|---|---|---|---|
| Abraham Robyn | Brazeman Craig | Echols Patricia | Hassan Muhsin |
| Adams John | Bridges Kayla | Farkas Bela | Hassan Rashid |
| Adcock Kyle | Briley Donnie | Faulkner Dana | Hassan Shahid Mushin |
| Aguirre Antuan | Brown Irish | Fazzio Dedrea | Hicks Andrew |
| Allen Lakeita | Bryant Shemika | Ferguson Reginald | Hightower Anthonio |
| Anderson Steven | Bunch Kim | Ferrero Amy | Hill Lisa |
| Anderson Qaisar | Butts Kimberly | Fisher Dawn | Hines James |
| Anderson William | Byer Edmond | Fitzgerald Floretta | Horton Christopher |
| Andrews Gene | Campbell Blessman Sharon | Floyd Anton | Hudson Hakimah |
| Armstrong Christopher | Canela Hernandez Bryan | Folds Catherina | Hudson Kyle |
| Armstrong Cynara | Chastain Michael | Folds George | Huguley CK Adonni |
| Armstrong Michelle | Chester Rosetta | Ford Ronnie | Humphrey Jr. Ronald |
| Backo Mustafa | Childress Clifton | Fox Juliani | Hunter Jermarcus |
| Bailey Anna | Clemmons Joyce | Freese Jessica | Irvine Xavier |
| Barnes Kristopher | Cline Travis | Fuller Thomas | Jackson Chiquita Walker |
| Barnes Stacy | Cochrane Babette | Galvin Elizabeth | Jackson, II Anthony |
| Barney Steven Jr. | Cross Charles | Garmon Jason | James Frank |
| Barron Shane | Cunningham Sally | Gayle Earl | Jenkins Stephanie |
| Basham James | Dalman Jonathon | George Randal | Johnson Earl |
| Beanland Christopher | Dambach-Cirko Patricia | Gibbs III Thomas | King Amos |
| Bethel-Maxie Vaquisha | Daniels Sonia | Giles Herbert | Kirkland Shirley |
| Benito Richard | Davidson Danny | Green Anjenai | Kotlar Michael J |
| Beyene Euael | Davidson Mitchell | Green Melba | Lausman Marsha |
| Blackwell Tracey | Day Duane | Greenway Kimberly | Lawson Zuri |
| Blakeney Kristian | Devaughn Carl | Haile Kahssu | Lewis Kevin |
| Blalcok James | Dolbier Jeffrey | Harbuck Michael | Louis Clyde |
| Bolling Katherine | Echols Eric D. | Harris Parks | ter Jerald |

| | | |
|---|---|---|
| Maggard Jr. Andrew | Richardson Clark | Stinyard Kelvin |
| Mallas Nicholas | Richardson Leroy | Stone Rodney |
| Mance Kay | Rivers Michael | Stover Cierra |
| Mathes Gabrielle | Robinson Jeroy | Strickland Frank |
| McClellan Rodney | Rowe Lynn | Swindle Frank |
| McGahee Larry | Rucker Keith | Swinger Ina |
| McMillon Ericka | Ruddock Margaret | Tassaw Berhane |
| Mitchell Kevin | Sanoko Hadjara | Thomas Jeffrey |
| Muhammad Azizah | Saxon Jasmine | Thompson Chrissana |
| Murphy Jr. Gregory | Saxon Robin | Thompson Vanessa |
| Murrah Juanqualo | Saxon-Ford Virginia | Thrash Nancy |
| Murrieta Francisco | Seklecki Christian | Tort Henry |
| Nichols Jean | Shaw Yoline | Tuttle Gary |
| Nichols Lathan | Singleton Wanda | Velasqez Julius |
| Nolen Milton | Singleton Wesley | Washington Sabrina |
| O'Brien Christopher | Smith Bruce | Watt Roosevelt |
| O'Leary Christine | Smith Ronald | Webber Melina |
| Pannell Nicole | Smith Virginia | West Eric |
| Parker Atari | Snellings Sharon | Williams Jack |
| Parker Ernesqueshia | Spears Joye | Williams Lavern |
| Perlson Marc | Spellen Elizabeth | Winkelman L. Nan |
| Phelan Ross | Spellen Geoffrey | Wolfe Lisa |
| Ransome Maurice | Stanton Christopher | Wright Christopher |
| Reckersdrees Thomas | Starks Marc | Yellig Ed |
| Reddick Derek | Stephens Shameka Geri | |
| Rhodes Kathryn | Stewart Ronnie | |
| | Stiggers James | |

be appointed and authorized to serve as a Permanent Process Server in the Fulton County Superior Court, for the calendar year 2023, without the necessity of an order for appointment in each individual case.

BY ORDER OF THE Court this ____ day of January, 2023.

Chief Judge Ural Glanville
Fulton County Superior Court
Atlanta Judicial Circuit