Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | |
|---|---|
| **NOTICE TYPE** Receipt | **NOTICE DATE** August 06, 2021 |
| **CASE TYPE** I-130, Petition for Alien Relative | **USCIS ALIEN NUMBER** |
| **RECEIPT NUMBER** IOE0912920339 | **RECEIVED DATE** July 06, 2021 | **PAGE** 1 of 1 |
| **PRIORITY DATE** July 06, 2021 | **PREFERENCE CLASSIFICATION** 201 B INA SPOUSE OF USC | **DATE OF BIRTH** March 03, 1983 |

ORTAVIUS O. HAMPTON
510 VALLEYSIDE DR
DALLAS, GA 30157

8    00002058

**PAYMENT INFORMATION:**

Application/Petition Fee:    $535.00
Total Amount Received:    $535.00
Total Balance Due:    $0.00

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| HAMPTON BAKARE, OLUWAKEMI | 12/30/1982 | NIGERIA | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283
APPLICANT COPY




Form I-797C 04/01/19