| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Notice to Applicants - APPLICANT COPY | CASE TYPE I485; I765 | | NOTICE DATE 08/07/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER IOE0912920338; IOE0912920341 | | USCIS A# A214 010 132 | CODE N/A |
| ACCOUNT NUMBER 031348739399 | TCR | SERVICE CENTER NBC | PAGE 1 of 1 |

OLUWAKEMI VIVIAN BAKARE HAMPTON
510 VALLEYSIDE DRIVE
DALLAS  GA  30157

U.S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past; however, it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment. The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

APPLICATION NUMBER
I485- IOE0912920338



APPLICATION NUMBER 2
I765- IOE0912920341



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

Form I-797C  04/01/19