September 21, 2022

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
4400 SW 44th Street, Suite A
Oklahoma City, OK 73119



U.S. Citizenship
and Immigration
Services

OLUWAKEMI VIVIAN HAMPTON BAKARE
510 VALLEYSIDE DRIVE
DALLAS, GA 30157

IOE0912920338

RE: OLUWAKEMI VIVIAN HAMPTON BAKARE
I-485, Application to Register Permanent Residence or
Adjust Status

A214-010-132

## REQUEST FOR EVIDENCE

Dear OLUWAKEMI HAMPTON BAKARE:

### Why We Are Writing You

On July 6, 2021, you filed Form I-485, Application to Register Permanent Residence or Adjust Status, with U.S. Citizenship and Immigration Services (USCIS). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need to Do

You must provide the following information in order for us to make a final decision on your case.

**Submit a completed Form I-693, Report of Medical Examination and Vaccination Record.** A USCIS civil surgeon must complete and sign the form, and you must also sign the form. If the civil surgeon refers you to a specialist, the specialist must include his or her medical exam results and complete the proper sections of the Form I-693 before the civil surgeon may sign the form. Once everyone has signed, the civil surgeon will place the completed Form I-693 in a sealed envelope and give it to you. You must submit the sealed envelope containing the original Form I-693 that the civil surgeon signed and the medical exam results; we will NOT accept photocopied Form I-693 and medical exam results.

Civil surgeons must use the current edition of Form I-693. Outdated/previous editions will not be accepted. You can find the current edition of Form I-693 on USCIS's website at www.uscis.gov. In addition, the civil surgeon must ensure that all parts of Form I-693 were properly completed.

**Please Note:** All Forms I-693 signed by civil surgeons on or after October 5, 2022 must use the 07/19/2022 edition of Form I-693. USCIS will not accept the 09/13/2021 version (or any previous editions) if the civil surgeon signed the Form I-693 after October 4, 2022. Therefore, the civil surgeon administering your immigration medical examination must complete and sign the 07/19/2022 edition of the Form I-693.

**Reminder:** Effective October 1, 2021, applicants subject to the immigration medical examination must complete the COVID-19 vaccine series before the civil surgeon can complete an immigration medical examination and sign Form I-693. This applies to Form I-693 signed by civil surgeon on or after October 1, 2021.

Please return the completed Form I-693 in an envelope sealed by the civil surgeon. Including a copy of this notice with your Form I-693 will facilitate matching the medical report with your file.

**Important Warning:** Only a designated civil surgeon authorized by USCIS to conduct medical examinations is qualified to complete the Form I-693. The civil surgeon must sign and date the Form I-693. Signatures by a nurse, physician's assistant, or a doctor not designated as a civil surgeon are not acceptable. You must also sign and date the Form I-693 when instructed to do so by the civil surgeon. When appropriately completed and signed, the original Form I-693 must be sealed in a separate envelope by the civil surgeon. The sealed envelope must be returned, unopened, to this office with any other requested evidence.

A list of designated civil surgeons can be obtained by calling the USCIS Contact Center at 1-800-375-5283, or via the USCIS website at www.uscis.gov and using the MyUSCIS Find a Doctor tool at my.uscis.gov/findadoctor. You will need to provide your zip code or address. If you are hearing impaired, please call the USCIS Contact Center TDD at 1-800-767-1833.

Although processing times cannot be guaranteed, in order to complete your case as soon as possible, we strongly encourage you to submit your complete Form I-693 as soon as possible via express mail.

### When You Need To Do It

You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable). You must submit the requested information by December 19, 2022. Although processing times cannot be guaranteed, in order to complete your case as soon as possible, we strongly encourage you to submit your evidence as soon as possible via express mail. Please note, if the request is for original documents, you must submit that evidence by mail.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of this letter with your response by mail to this address:**

**U.S. Citizenship and Immigration Services**
**Oklahoma Field Office**

4400 SW 44th Street, Suite A
Oklahoma City, OK 73119

Sincerely,

Bruce A. Paulin
Field Office Director

cc: ANI OLUKU

# USCIS - I-693 Courtesy Notice - 6640

OKC-I693 <OKC-I693@uscis.dhs.gov>
Thu 3/2/2023 11:16 AM
To: anioluku anioIukulaw.com <anioluku@aniolukulaw.com>

|3676|

Date: **03-02-2023**

## ***PLEASE DO NOT REPLY TO THIS EMAIL*** PLEASE DO NOT REPLY TO THIS EMAIL***PLEASE DO NOT REPLY TO THIS EMAIL***

### I-693 COURTESY NOTICE

Beneficiary NAME: **OLUWAKEMI BAKARE HAMPTON**

An initial review of the evidence submitted for your Form I-485, Application to Register Permanent Residence or Adjust Status, determined that the evidence submitted was deficient for the following reasons:

- A completed and signed I-693 was not submitted or found to be deficient.

**Please submit a completed Form I-693, Report of Medical Examination and Vaccination Record.** A USCIS civil surgeon must complete and sign the form, and you must also sign the form. If the civil surgeon refers you to a specialist, the specialist must include his or her medical exam results and complete the proper sections of the Form I-693 before the civil surgeon may sign the form. Once everyone has signed, the civil surgeon will place the completed Form I-693 in a sealed envelope and give it to you. You must submit the sealed envelope containing the original Form I-693 that the civil surgeon signed and the medical exam results; we will NOT accept photocopied Form I-693 and medical exam results.

Civil surgeons must use the current Edition of Form I-693. You can find the current edition of Form I-693 on USCIS's website at www.uscis.gov. In addition, the civil surgeon must ensure that all parts of Form I-693 were properly completed.

**Please Note:** All Forms I-693 signed by civil surgeons on or after October 5, 2022, must use the 07/19/2022 edition of Form I-693. USCIS will not accept the 09/13/2021 version (or any previous editions) if the civil surgeon signed the Form I-693 after October 4, 2022. Therefore, the civil surgeon administering your immigration medical examination must complete and sign the 07/19/2022 edition of the Form I-693.

**Please return the completed Form I-693 in an <u>ENVELOPE SEALED BY THE CIVIL SURGEON.</u>**

**Important Warning:** Only a designated civil surgeon authorized by USCIS to conduct medical examinations is qualified to complete the Form I-693. The civil surgeon must sign and date the Form

I-693. Signatures by a nurse, physician's assistant, or a doctor not designated as a civil surgeon are not acceptable. You must also sign and date the Form I-693 when instructed to do so by the civil surgeon. When appropriately completed and signed, the **original** Form I-693 must be sealed in a separate envelope by the civil surgeon. The sealed envelope must be returned, **unopened**, to this office.

A list of designated civil surgeons can be obtained by

- Calling the USCIS Contact Center at 1-800-375-5283,
- Via the USCIS website at https://www.uscis.gov/ and using the MyUSCIS Find a Doctor tool at https://www.uscis.gov/tools/find-a-civil-surgeon. You will need to provide your zip code or address.
- If you are hearing impaired, please call the USCIS Contact Center TDD at 1-800-767-1833.

**ALTHOUGH PROCESSING TIMES CANNOT BE GUARANTEED, IN ORDER TO COMPLETE YOUR CASE AS SOON AS POSSIBLE, WE STRONGLY ENCOURAGE YOU TO SUBMIT YOUR COMPLETED FORM I-693 AND A COMPLETE COPY OF THIS E-MAIL VIA EXPRESS MAIL.**

Include a complete copy of this e-mail with your response by mail to the following address:

U.S. Citizenship and Immigration Services
Oklahoma City OK Field Office
ATTN: 693 MEDICALS
4400 SW 44th St
Suite A
Oklahoma City, OK 73119

**Please provide A Number and Receipt Number:**

A Number: _____       Receipt Number: _____

Sincerely,
USCIS/**OKC**

|3676|

September 21, 2022

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
4400 SW 44th Street, Suite A
Oklahoma City, OK 73119



U.S. Citizenship
and Immigration
Services

DANIEL NMN IYA
510 VALLEYSIDE DRIVE
DALLAS, GA 30157



IOE0912920334

RE: DANIEL NMN IYA
I-485, Application to Register Permanent Residence or
Adjust Status

A214-010-131

## REQUEST FOR EVIDENCE

Dear DANIEL IYA:

### Why We Are Writing You

On July 6, 2021, you filed Form I-485, Application to Register Permanent Residence or Adjust Status, with U.S. Citizenship and Immigration Services (USCIS). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need to Do

You must provide the following information in order for us to make a final decision on your case.

**Submit a completed Form I-693, Report of Medical Examination and Vaccination Record.** A USCIS civil surgeon must complete and sign the form, and you must also sign the form. If the civil surgeon refers you to a specialist, the specialist must include his or her medical exam results and complete the proper sections of the Form I-693 before the civil surgeon may sign the form. Once everyone has signed, the civil surgeon will place the completed Form I-693 in a sealed envelope and give it to you. You must submit the sealed envelope containing the original Form I-693 that the civil surgeon signed and the medical exam results; we will NOT accept photocopied Form I-693 and medical exam results.

Civil surgeons must use the current edition of Form I-693. Outdated/previous editions will not be accepted. You can find the current edition of Form I-693 on USCIS's website at www.uscis.gov. In addition, the civil surgeon must ensure that all parts of Form I-693 were properly completed.

**Please Note:** All Forms I-693 signed by civil surgeons on or after October 5, 2022 must use the 07/19/2022 edition of Form I-693. USCIS will not accept the 09/13/2021 version (or any previous editions) if the civil surgeon signed the Form I-693 after October 4, 2022. Therefore, the civil surgeon administering your immigration medical examination must complete and sign the 07/19/2022 edition of the Form I-693.

**Reminder:** Effective October 1, 2021, applicants subject to the immigration medical examination must complete the COVID-19 vaccine series before the civil surgeon can complete an immigration medical examination and sign Form I-693. This applies to Form I-693 signed by civil surgeon on or after October 1, 2021.

Please return the completed Form I-693 in an envelope sealed by the civil surgeon. Including a copy of this notice with your Form I-693 will facilitate matching the medical report with your file.

**Important Warning:** Only a designated civil surgeon authorized by USCIS to conduct medical examinations is qualified to complete the Form I-693. The civil surgeon must sign and date the Form I-693. Signatures by a nurse, physician's assistant, or a doctor not designated as a civil surgeon are not acceptable. You must also sign and date the Form I-693 when instructed to do so by the civil surgeon. When appropriately completed and signed, the **original** Form I-693 must be sealed in a separate envelope by the civil surgeon. The sealed envelope must be returned, unopened, to this office with any other requested evidence.

A list of designated civil surgeons can be obtained by calling the USCIS Contact Center at 1-800-375-5283, or via the USCIS website at www.uscis.gov and using the MyUSCIS Find a Doctor tool at my.uscis.gov/findadoctor. You will need to provide your zip code or address. If you are hearing impaired, please call the USCIS Contact Center TDD at 1-800-767-1833.

**Although processing times cannot be guaranteed, in order to complete your case as soon as possible, we strongly encourage you to submit your complete Form I-693 as soon as possible via express mail.**

## When You Need To Do It

You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable). You must submit the requested information by December 19, 2022. Although processing times cannot be guaranteed, in order to complete your case as soon as possible, we strongly encourage you to submit your evidence as soon as possible via express mail. Please note, if the request is for original documents, you must submit that evidence by mail.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of this letter with your response by mail to this address:**

**U.S. Citizenship and Immigration Services**
**Oklahoma Field Office**

## USCIS - I-693 Courtesy Notice - 6629

OKC-I693 <OKC-I693@uscis.dhs.gov>
Thu 3/2/2023 11:10 AM
To: anioluku anioluku law.com <anioluku@anioluku law.com>

|3676|

Date: **03-02-2023**

**\*\*\*PLEASE DO NOT REPLY TO THIS EMAIL\*\*\* PLEASE DO NOT REPLY TO THIS EMAIL\*\*\*PLEASE DO NOT REPLY TO THIS EMAIL\*\*\***

I-693 COURTESY NOTICE

Beneficiary NAME: **DANIEL IYA**

An initial review of the evidence submitted for your Form I-485, Application to Register Permanent Residence or Adjust Status, determined that the evidence submitted was deficient for the following reasons:

- A completed and signed I-693 was not submitted or found to be deficient.

**Please submit a completed Form I-693, Report of Medical Examination and Vaccination Record.** A USCIS civil surgeon must complete and sign the form, and you must also sign the form. If the civil surgeon refers you to a specialist, the specialist must include his or her medical exam results and complete the proper sections of the Form I-693 before the civil surgeon may sign the form. Once everyone has signed, the civil surgeon will place the completed Form I-693 in a sealed envelope and give it to you. You must submit the sealed envelope containing the original Form I-693 that the civil surgeon signed and the medical exam results; we will NOT accept photocopied Form I-693 and medical exam results.

Civil surgeons must use the current Edition of Form I-693. You can find the current edition of Form I-693 on USCIS's website at www.uscis.gov. In addition, the civil surgeon must ensure that all parts of Form I-693 were properly completed.

**Please Note:** All Forms I-693 signed by civil surgeons on or after October 5, 2022, must use the 07/19/2022 edition of Form I-693. USCIS will not accept the 09/13/2021 version (or any previous editions) if the civil surgeon signed the Form I-693 after October 4, 2022. Therefore, the civil surgeon administering your immigration medical examination must complete and sign the 07/19/2022 edition of the Form I-693.

**Please return the completed Form I-693 in an <u>ENVELOPE SEALED BY THE CIVIL SURGEON</u>.**

**Important Warning:** Only a designated civil surgeon authorized by USCIS to conduct medical examinations is qualified to complete the Form I-693. The civil surgeon must sign and date the Form

I-693. Signatures by a nurse, physician's assistant, or a doctor not designated as a civil surgeon are not acceptable. You must also sign and date the Form I-693 when instructed to do so by the civil surgeon. When appropriately completed and signed, the **original** Form I-693 must be sealed in a separate envelope by the civil surgeon. The sealed envelope must be returned, **unopened**, to this office.

A list of designated civil surgeons can be obtained by

- Calling the USCIS Contact Center at 1-800-375-5283,
- Via the USCIS website at https://www.uscis.gov/ and using the MyUSCIS Find a Doctor tool at https://www.uscis.gov/tools/find-a-civil-surgeon. You will need to provide your zip code or address.
- If you are hearing impaired, please call the USCIS Contact Center TDD at 1-800-767-1833.

**ALTHOUGH PROCESSING TIMES CANNOT BE GUARANTEED, IN ORDER TO COMPLETE YOUR CASE AS SOON AS POSSIBLE, WE STRONGLY ENCOURAGE YOU TO SUBMIT YOUR COMPLETED FORM I-693 AND A COMPLETE COPY OF THIS E-MAIL VIA EXPRESS MAIL.**

**Include a complete copy of this e-mail with your response by mail to the following address:**

U.S. Citizenship and Immigration Services

Oklahoma City OK Field Office
ATTN: 693 MEDICALS
4400 SW 44th St
Suite A
Oklahoma City, OK 73119

**Please provide A Number and Receipt Number:**

A Number: _____    Receipt Number: _____

Sincerely,
USCIS/**OKC**

|3676|