*Iya & Bakare's response to USCIS' 2nd RFE Re Medite[?]*

**UNITED STATES POSTAL SERVICE.**

```
          WINDY HILL
 3000 WINDY HILL RD SE STE T5
    MARIETTA, GA 30067-9997
         (800)275-8777
03/08/2023                03:55 PM
------------------------------------
Product          Qty   Unit    Price
                      Price
------------------------------------
Priority Mail®    1            $9.65
Flat Rate Env
    Oklahoma City, OK 73119
    Flat Rate
    Expected Delivery Date
        Sat 03/11/2023
    Tracking #:
        9505 5110 0623 3067 6895 83
    Insurance                 $0.00
        Up to $100.00 included
Total                         $9.65

------------------------------------
Grand Total:                  $9.65
------------------------------------
Debit Card Remit              $9.65
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX1774
    Approval #: 115350
    Transaction #: 507
    Receipt #: 050741
    Debit Card Purchase: $9.65
    AID: A0000000042203  Contactless
    AL: US Debit
------------------------------------

   In a hurry? Self-service kiosks offer
     quick and easy check-out. Any Retail
          Associate can show you how.

  Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
    and Data rates may apply. You may also
  visit www.usps.com USPS Tracking or call
              1-800-222-1811.

        Save this receipt as evidence of
   insurance. For information on filing an
               insurance claim go to
     https://www.usps.com/help/claims.htm
           or call 1-800-222-1811

              Preview your Mail
              Track your Packages
              Sign up for FREE @
        https://informeddelivery.usps.com

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
           Thank you for your business.

         Tell us about your experience.
     Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device,
```



```
            or call 1-800-410-7420.
```