| | |
|---|---|
| No. 23A02498 | **STATE COURT OF DEKALB COUNTY**<br>**GEORGIA, DEKALB COUNTY** |
| Date Summons Issued and Filed<br>6/5/2023 | **SUMMONS** |
| /s/ Monica Gay<br>Deputy Clerk | Tyrone Allen c/o Jensen Law, LLC |
| | 6111 Peachtree Dunwoody Rd, Bldg G, Ste 201 |
| Deposit Paid $ _____ | (Plaintiff's name and address) |
| | **vs.** |
| [ ]  **ANSWER** | |
| [ ]  **JURY** | Kinley Burton 357 Knollwood Dr., Anderson, SC 29625   AND |
| | FedEx Freight Inc. d/b/a FedEx Freight, 8285 Tournament Drive, Bldg C |
| | Memphis, TN 38125 |
| | (Defendant's name and address) |

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Patrick A. Berkshire, Jensen Law, LLC
(Name)
6111 Peachtree Dunwoody Rd, Bldg G, Ste 201
(Address)
404-842-9380 x 477                               296204
(Phone Number)                              (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

_____           _____
Defendant's Attorney                                             Third Party Attorney

_____           _____

_____           _____
Address                                                             Address

_____           _____
Phone No.          Georgia Bar No.                     Phone No.          Georgia Bar No.

**TYPE OF SUIT**

| | | | |
|---|---|---|---|
| ☐ Account | ☐ Personal Injury | Principal | $ _____ |
| ☐ Contract | ☐ Medical Malpractice | | |
| ☐ Note | ☐ Legal Malpractice | Interest | $ _____ |
| ☐ Trover | ☐ Product Liability | | |
| | ☐ Other | Atty Fees | $ _____ |

☐ Transferred From _____

**(Attach BLUE to Original and WHITE to Service Copy of complaint)**

**STATE COURT OF DEKALB COUNTY, GA.**
**6/5/2023 4:25 PM**
**E-FILED**
summons1-2008rev
**BY: Monica Gay**