**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 04/06/2023

**To:** Angel Thompson
1604 Ashley Run Court
Peachtree Corners, GA 30092
Charge No: 410-2022-08683

| EEOC Representative and email: | SHERESA JOHNSON
Investigator
sheresa.johnson@eeoc.gov |

## DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2022-08683.

On behalf of the Commission,

Digitally Signed By: Darrell E. Graham
04/06/2023

Darrell E. Graham
District Director

**Cc:**
Charlotte Redo
Unifi Aviation
3399 Peachtree Road NE
Atlanta, GA 30326

J. Stephen Mixon
The Mixon Law Firm
1691 Phoenix Blvd.  Suite 150
Atlanta, GA 30349

Ruskoff Ferreira
The Mixon Law Firm
1691 Phoenix Blvd.  Suite 150
Atlanta, GA 30349


Please retain this notice for your records.