

ELECTRONICALLY FILED
6/23/2023 12:26 PM
43-CV-2023-900217.00
CIRCUIT COURT OF
LEE COUNTY, ALABAMA
MARY B. ROBERSON, CLERK

### IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| 360 MANAGEMENT, LLC, | ] |
| Plaintiff, | ] |
| | ] 43-CV-2023-900217.00 |
| HUNTER S. McMICKLE, | ] |
| SCOTT S. McMICKLE, | ] |
| THOMAS J. PHILLIPS, | ] |
| DAVID M. PHILLIPS, | ] |
| BEN POWERS, | ] |
| ALVA M. JONES | ] |
| Defendants. | ] |

### AMENDED COMPLAINT

NOW COMES the Plaintiff, 360 Management, LLC, by and through its attorney, Sara G. Bragdon, Akridge & Balch, P.C., pursuant to Ala. R. Civ. P. 15(a), and files this *Amended Complaint* to correct a clerical error from the original Complaint filed in the Small Claims Court on or about May 11, 2023 (Case No. 43-SM-2023-900656.00) concerning references to an "agreement" to pay the Plaintiff's attorneys fees and/or costs of collection. This matter was subsequently removed to this Honorable Court by the Defendants on or about June 13, 2023. No court date has been set in this matter; therefore, this amendment is filed without leave of court. The Plaintiff amends as follows:

### PARTIES AND JURISDICTION

1. The Plaintiff, **360 MANAGEMENT, LLC,** is an Alabama Limited Liability company conducting business in Lee County, Alabama.

2. The Defendants, **HUNTER S. MCMICKLE,** currently a resident of Fulton County, Georgia, **SCOTT S. MCMICKLE,** currently a resident of Fulton County, Georgia,

**THOMAS J. PHILLIPS**, currently a resident of Fulton County, Georgia, **DAVID M. PHILLIPS,** currently a resident of Fulton County, Georgia, **BEN POWERS,** currently a resident of Leon County, Florida, **ALVA M. JONES**, currently a resident of Gwinnett County, Georgia, and all are over the age of 19.

3. Jurisdiction is proper in Lee County, Alabama as the Lease Agreement at issue was executed and performed within Lee County, Alabama.

4. Venue is currently in the Circuit Court of Lee County, Alabama due to the Notice of Removal filed by the Defendants on or about June 13, 2023. However, due to the amount requested, this case was initially filed in the Small Claims Court for Lee County, Alabama, and the Plaintiff would aver that the Circuit Court of Lee County is an improper venue for this matter.

## FACTS

5. On or about the 3rd day of May 2021, the Defendants entered into a binding lease agreement with the Plaintiff. The term of the leasing period was from August 1, 2021, through July 31, 2022. **See attached Exhibit A**

6. Under the terms of the Lease contract, the Defendants paid a security deposit in the amount of $2,080.00 as a guarantee for full performance under the terms of the Lease. Section 1.8 of the attached Exhibit A provides conditions under which the security deposit either would or would not be returned in full and the grounds, therefore.

7. In the Plaintiff's original filing, in the prayer for relief included a request for attorney's fees followed by the phrase, "according to the terms of the Lease contract." Being a real estate company who regularly practices in the business of leasing residential properties in accordance with the Alabama Uniform and Residential Landlord and

Tenant Act, Ala. Code §§ 35-9A-1, *et seq.*, the Plaintiff is aware that Ala. Code § 35-9A-163 (1975) prohibits any lease term providing that the tenant(s), "agrees to pay the landlord's attorney's fees or cost of collection." Thus, the Plaintiff has taken great care in crafting their lease to comply with the requirements of The Code of Alabama with respect to allowable provisions of a residential lease agreement.

8. The inclusion of references to attorney's fees per terms of the lease agreement contained in the Plaintiff's initial filing was simply a clerical error, as the lease agreement does not contain a provision concerning recovery of attorney's fees or costs of collection.

## COUNT I: BREACH OF CONTRACT

9. The Plaintiff incorporates ¶¶ 1-8 as if fully restated herein.

10. The Defendants executed the Lease Agreement in question on or about June 1, 2021, wherein they agreed to certain terms and conditions to rent the real property located at 518 N Ross Street Auburn, Alabama 36830 (the "Premises").

11. In exchange, the Plaintiff leased to the Defendants the Premises for the stated term, thereby fulfilling their obligations under the Lease Agreement.

12. The Defendants are in breach of said Lease for failure to pay the amount in excess of the retained security deposit for painting, carpet cleaning, maintenance and cleaning beyond normal wear and tear.

13. The Defendant owes to the Plaintiff One Thousand Five Hundred Two and 00/100 Dollars ($1,502.00), as evidenced by the ledger, painting, carpet cleaning, maintenance and cleaning beyond normal wear and tear. **See attached Exhibit B**.

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiff demands judgment against the Defendant in the sum of One Thousand Five Hundred Two and 00/100 Dollars ($1,502.00) painting, carpet cleaning, maintenance and cleaning beyond normal wear and tear, Six Hundred and 00/100 Dollars ($600.00) for service fees and expenses, plus court cost and accrued interest according to the terms of the Lease contract, and for such other and further relief to which Plaintiffs may be entitled.

Dated: June 23, 2023

> /s/ Sara G. Bragdon
> SARA G. BRAGDON (GOT004)
> AKRIDGE & BALCH, P.C.
> 852 N. Dean Road, Suite 100
> P.O. Drawer 3738
> Auburn, Alabama 37831
> P: 334-887-0884
> F: 888-615-9185

**CERTIFICATE OF SERVICE**

This is to certify that I have filed a copy of the foregoing *Amended Complaint* on counsel of record for the Defendants by filing the same on AlaFile with a copy of the filed pleading being forwarded to the email address on file with the Alabama State Bar.

> /s/ Sara G. Bragdon
> Attorney at Law