ELECTRONICALLY FILED
12/23/2022 10:47 AM
43-SM-2022-901548.00
DISTRICT COURT OF
LEE COUNTY, ALABAMA
MARY B. ROBERSON, CLERK

### IN THE SMALL CLAIMS COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| **360 MANAGEMENT, LLC,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| | ]   2022-SM-_____ |
| | ] |
| **KAYLA DENNIS** | ] |
| **Defendant.** | ] |

### COMPLAINT

NOW COMES the Plaintiff, 360 Management, LLC, by and through its attorney, Sara G. Bragdon, Akridge & Balch, P.C., and complains against the Defendant as follows:

1. The Plaintiff, **360 MANAGEMENT, LLC,** is an Alabama Limited Liability company conducting business in Lee County, Alabama.

2. The Defendant, **KAYLA DENNIS** is currently a resident of Lee County, Alabama, and is over the age of 19.

3. On or about the 30th day of April, 2021, the Defendant entered into a binding lease agreement with the Plaintiff. The term of the leasing period was from May 25, 2021 through May 31, 2022. **See attached Exhibit A**

4. Under the terms of the Lease contract, the Defendant promised to pay the principal sum of Eighteen Thousand Three Hundred Thirty-Eight and 71/100 Dollars ($18,338.71) payable in monthly installments of One Thousand Five Hundred and 00/100 Dollars ($1,500.00).

5. The Defendant is in breach of said Lease for unpaid rent, late fees, carpet replacement, pest control, and cleaning beyond normal wear and tear.

1

6.  The Defendant owes to the Plaintiff Three Thousand Fifty-Four and 28/100 Dollars ($3,354.28), as evidenced by the ledger, for unpaid rent, late fees, carpet replacement, pest control, and cleaning beyond normal wear and tear. **See attached Exhibit B**. Additionally, the Plaintiff is requesting reasonable attorney's fees and court costs, per the terms of the lease.

WHEREFORE**,** THE PREMISES CONSIDERED, the Plaintiff demands judgment against the Defendant in the sum of Three Thousand Three Hundred Fifty-four and 28/100 Dollars ($3,354.28) for rent, late fees, carpet replacement, pest control, and cleaning beyond normal wear and tear, One Thousand One Hundred Eighteen and 09/100 Dollars ($1,118.09) for reasonable attorney fees, One Hundred Sixty-Four and 41/100 Dollars ($164.41) for costs and expenses, plus court cost and accrued interest according to the terms of the Lease contract,  and for such other and further relief to which Plaintiffs may be entitled.

Dated: December 23, 2022

/s/ Sara G. Bragdon
SARA G. BRAGDON (GOT004)
AKRIDGE & BALCH, P.C.
852 N. Dean Road, Suite 100
P.O. Drawer 3738
Auburn, Alabama 37831
P: 334-887-0884
F: 888-615-9185

**Please personally serve the Defendant
at the following address:**

**Kayla Dennis
104 Lee Road 2228
Opelika, AL 36804**

# Just One Look ™

Alabama's ON-DEMAND Public Access to Trial Court Records.
www.AlacourtAccess.com

## ALABAMA SJIS CASE DETAIL



**PREPARED FOR: JON HUGHES**

County: **43**   Case Number: **SM-2022-901548.00**   Court Action: **DEFAULT JUDGEMENT**
Style: **360 MANAGEMENT, LLC V. KAYLA DENNIS**

Real Time

## Case

### Case Information

| | | |
|---|---|---|
| County: **43-LEE** | Case Number: **SM-2022-901548.00** | Judge: **RKB:RUSSELL K. BUSH** |
| Style: **360 MANAGEMENT, LLC V. KAYLA DENNIS** | | |
| Filed: **12/23/2022** | Case Status: **DISPOSED** | Case Type: **CONTRACT/EJMNT/SEIZU** |
| Trial Type: **BENCH** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **1** | |

### Damages

| | | |
|---|---|---|
| Damage Amt: **4472.37** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action

| | | |
|---|---|---|
| Court Action Code: **F** | Court Action Desc: **DEFAULT JUDGEMENT** | Court Action Date: **03/28/2023** |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: **PLAINTIFF** |
| Dispositon Date of Appeal: | Disposition Judge: **RKB:RUSSELL K. BUSH** | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **03/29/2023** | Updated By: **VIP** |

## Parties

**Party 1 - Plaintiff BUSINESS - 360 MANAGEMENT, LLC**

### Party Information

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | 360 MANAGEMENT, LLC | Type: | B-BUSINESS |
| Index: | D DENNIS KAYLA | Alt Name: | | Hardship: No | JID: RKB |
| Address 1: | 411-B OPELIKA ROAD | | | Phone: | (334) 000-0000 |
| Address 2: | | | | | |
| City: | AUBURN | State: | AL | Zip: 36830-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

### Court Action

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Court Action: | F-DEFAULT JUDGEMENT | | | Court Action Date: | 03/28/2023 |
| Amount of Judgement: | $0.00 | Court Action For: | C-PLAINTIFF | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Issued: | | Issued Type: | | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | | Service Type | | Service On: | Notice of No Answer: |
| | | | | | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | GOT004 | | BRAGDON SARA GOTTLIEB | SBRAGDON@AKRIDGEBALCH.COM | (334) 887-0884 |

**Party 2 - Defendant INDIVIDUAL - DENNIS KAYLA**

### Party Information

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | DENNIS KAYLA | Type: | I-INDIVIDUAL |
| Index: | C 360 MANAGEME | Alt Name: | | Hardship: No | JID: RKB |
| Address 1: | 104 LEE ROAD 2228 | | | Phone: | (334) 000-0000 |
| Address 2: | | | | | |
| City: | OPELIKA | State: | AL | Zip: 36804-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

### Court Action

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Court Action: | F-DEFAULT JUDGEMENT | | | Court Action Date: | 03/28/2023 |
| Amount of Judgement: | $4642.37 | Court Action For: | C-PLAINTIFF | Exemptions: | |
| Cost Against Party: | $377.60 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | $50 PROCESS SERVER FEE ADDED TO COST | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Issued: | 12/23/2022 | Issued Type: | A-PROCESS SERVER | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | 12/26/2022 | Service Type | V-PROCESS SERVER | Service On: | Notice of No Answer: |
| | | | | | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|

| Attorney 1 | 000000 | PRO SE |
|---|---|---|

## Party 3 - Garnishee BUSINESS - WAL-MART STORES, INC

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | G001-Garnishee | Name: | WAL-MART STORES, INC | Type: | B-BUSINESS |
| Index: | GD DENNIS KAYL | Alt Name: | | Hardship: No | JID: RKB |
| Address 1: | ATTN: PAYROLL | | | Phone: | (000) 000-0000 |
| Address 2: | 2900 PEPPERELL PKWY | | | | |
| City: | OPELIKA | State: | AL | Zip: 36801-0000 | Country: |
| SSN: | | DOB: | | Sex: | Race: |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Issued: | 04/20/2023 | Issued Type: | A-PROCESS SERVER | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | 04/24/2023 | Service Type | V-PROCESS SERVER | Service On: | | Notice of No Answer: Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CONV | C001 | 000 | $13.80 | $13.80 | $0.00 | $0.00 | 0 |
| ACTIVE | N | GARN | C001 | 000 | $30.00 | $30.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | LADM | C001 | 000 | $50.00 | $50.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | MJDG | C001 | 000 | $50.00 | $50.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | SADM | C001 | 000 | $15.00 | $15.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | SM02 | C001 | 000 | $200.00 | $200.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | J001 | G001 | C001 | $5,222.96 | $0.00 | $5,222.96 | $0.00 | D1 |
| | | | | Total: | $5581.76 | $358.80 | $5222.96 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2022 | CREDIT | CONV | 2023062 | 61693100 | $10.60 | C001 | 000 | | N | | | VIP |
| 12/23/2022 | RECEIPT | LADM | 2023062 | 61691400 | $50.00 | C001 | 000 | | N | | | VIP |
| 12/23/2022 | RECEIPT | SADM | 2023062 | 61691500 | $15.00 | C001 | 000 | | N | | | VIP |
| 12/23/2022 | RECEIPT | SM02 | 2023062 | 61691600 | $200.00 | C001 | 000 | | N | | | VIP |
| 01/26/2023 | CREDIT | CONV | 2023085 | 62005900 | $2.00 | C001 | 000 | | N | | | MOP |
| 01/26/2023 | RECEIPT | MJDG | 2023085 | 62006000 | $50.00 | C001 | 000 | | N | | | MOP |
| 04/20/2023 | CREDIT | CONV | 2023151 | 62874500 | $1.20 | C001 | 000 | | N | | | VIP |
| 04/20/2023 | RECEIPT | GARN | 2023151 | 62874600 | $30.00 | C001 | 000 | | N | | | VIP |

## Case Action Summary

| Date: | Time: | Code | Comments | Operator |
|---|---|---|---|---|

| Date | Time | Code | Description | User |
|---|---|---|---|---|
| 12/23/2022 | 10:47 AM | FILE | FILED THIS DATE: 12/23/2022           (AV01) | AJA |
| 12/23/2022 | 10:47 AM | EORD | E-ORDER FLAG SET TO "Y"           (AV01) | AJA |
| 12/23/2022 | 10:47 AM | ASSJ | ASSIGNED TO JUDGE: RUSSELL K. BUSH    (AV01) | AJA |
| 12/23/2022 | 10:47 AM | TDMN | BENCH/NON-JURY TRIAL REQUESTED       (AV01) | AJA |
| 12/23/2022 | 10:47 AM | ORIG | ORIGIN: INITIAL FILING            (AV01) | AJA |
| 12/23/2022 | 10:47 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE      (AV01) | AJA |
| 12/23/2022 | 10:47 AM | SCAN | CASE SCANNED STATUS SET TO: N        (AV01) | AJA |
| 12/23/2022 | 10:47 AM | D001 | D001 PARTY ADDED: DENNIS KAYLA       (AV02) | AJA |
| 12/23/2022 | 10:47 AM | D001 | D001 E-ORDER FLAG SET TO "Y"         (AV02) | AJA |
| 12/23/2022 | 10:47 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE  (AV02) | AJA |
| 12/23/2022 | 10:47 AM | D001 | INDIGENT FLAG SET TO: N              (AV02) | AJA |
| 12/23/2022 | 10:47 AM | D001 | PROCESS SERVE ISSUED: 12/23/2022 TO D001   (AV02) | AJA |
| 12/23/2022 | 10:47 AM | C001 | LISTED AS ATTORNEY FOR C001: BRAGDON SARA GOTTLIE | AJA |
| 12/23/2022 | 10:47 AM | C001 | C001 E-ORDER FLAG SET TO "Y"         (AV02) | AJA |
| 12/23/2022 | 10:47 AM | C001 | C001 PARTY ADDED: 360 MANAGEMENT, LLC     (AV02) | AJA |
| 12/23/2022 | 10:47 AM | C001 | INDIGENT FLAG SET TO: N              (AV02) | AJA |
| 12/23/2022 | 10:47 AM | ECOMP | COMPLAINT E-FILED. | GOT004 |
| 12/27/2022 | 9:54 AM | D001 | SERVICE OF PROCESS SERVE ON 12/26/2022 FOR D001 | AKT |
| 12/27/2022 | 9:55 AM | ESERC | SERVICE RETURN | AKT |
| 1/26/2023 | 1:33 PM | EMOT | C001-DEFAULT JUDGMENT FILED. | GOT004 |
| 1/26/2023 | 2:07 PM | EMOT | C001-DEFAULT JUDGMENT /DOCKETED | AKT |
| 3/28/2023 | 4:17 PM | JEORDE | ORDER GENERATED FOR DEFAULT JUDGMENT ($50.00) - RENDERED & ENTERED: 3/28/2023 4:17:08 PM - DEFAULT JUDGMENT | |
| 3/28/2023 | 4:17 PM | ---- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 3/29/2023 | 9:48 AM | STAT | CASE ASSIGNED STATUS OF: DISPOSED    (AV01) | VIP |
| 3/29/2023 | 9:48 AM | CACJ | COURT ACTION JUDGE: RUSSELL K. BUSH       (AV01) | VIP |
| 3/29/2023 | 9:48 AM | DISP | DISPOSED ON: 03/28/2023 BY (DEFAULT JUDGMT) (AV01) | VIP |
| 3/29/2023 | 9:48 AM | PDIS | C001 DISPOSED BY (DEFAULT JUDGMT) ON 03/28/2023 | VIP |
| 3/29/2023 | 9:48 AM | PDIS | D001 DISPOSED BY (DEFAULT JUDGMT) ON 03/28/2023 | VIP |
| 3/29/2023 | 9:49 AM | D001 | JUDGMENT OF: $4642.37 VS. D001 ON 03/28/2023(AV02) | VIP |
| 3/29/2023 | 9:49 AM | D001 | COSTS OF: $377.60 VS. D001 ON 03/28/2023   (AV02) | VIP |
| 4/12/2023 | 8:28 AM | JCER | JUDGEMENT CERTIFICATE PREPARED | VIP |
| 4/20/2023 | 9:10 AM | EGARN | PROCESS OF GARNISHMENT E-FILED | GOT004 |
| 4/20/2023 | 1:26 PM | PART | WAL-MART STORES, INC ADDED AS G001       (AV21) | AJA |
| 4/20/2023 | 1:26 PM | SUMM | PROCESS SERVER ISSUED: 04/20/2023 TO G001   (AV21) | AJA |
| 4/20/2023 | 1:26 PM | IDUE | PROCESS SERVE G/H ISSUED ON 04/20/2023 FOR D001 | AJA |
| 4/20/2023 | 1:27 PM | EGARN | WRIT OF GARNISHMENT ISSUED | BEC |
| 4/25/2023 | 10:31 AM | SERC | SERVICE OF PROCESS SERVER ON 04/24/2023 FOR G001 | VIP |
| 4/25/2023 | 10:32 AM | ESERC | SERVICE RETURN | VIP |
| 4/25/2023 | 10:32 AM | ESERC | SERVICE RETURN | VIP |
| 4/25/2023 | 10:33 AM | SERC | G/H SERVICE: PROCESS SERVE ON 04/24/2023 FOR D001 | VIP |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 12/23/2022 10:47:39 AM | 1 | STATEMENT_OF_CLAIM | GENERAL CLAIM | 1 |
| 12/23/2022 10:47:40 AM | 2 | COMPLAINT | | 2 |
| 12/23/2022 10:47:41 AM | 3 | SUPPORTING DOCUMENT | Exhibit A | 16 |
| 12/23/2022 10:47:42 AM | 4 | SUPPORTING DOCUMENT | Exhibit B | 2 |
| 12/23/2022 10:48:17 AM | 5 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 12/23/2022 10:48:18 AM | 6 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 12/27/2022 9:55:30 AM | 7 | SERVICE RETURN | SERVICE RETURN | 1 |
| 12/27/2022 9:55:34 AM | 8 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 1/26/2023 1:33:22 PM | 9 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |

| Date | # | Type | Description | Pages |
|---|---|---|---|---|
| 1/26/2023 1:33:23 PM | 10 | MOTION | Motion for Default Judgment and Affidavit | 3 |
| 1/26/2023 1:33:30 PM | 11 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 3/28/2023 4:17:20 PM | 12 | DEFAULT JUDGMENT | MOTION GRANTED - Default Judgment ($50.00) | 1 |
| 3/28/2023 4:17:19 PM | 13 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 4/20/2023 9:11:06 AM | 14 | PROCESS OF GARNISHMENT | Garnishment | 2 |
| 4/20/2023 1:27:45 PM | 15 | Writ Of Garnishment | Writ Of Garnishment | 1 |
| 4/20/2023 1:27:47 PM | 16 | Garnishment ISSUED - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 4/20/2023 1:27:48 PM | 17 | Garnishment ISSUED - MISCELLANEOUS | E-NOTICE TRANSMITTALS | 6 |
| 4/25/2023 10:32:33 AM | 18 | SERVICE RETURN | SERVICE RETURN | 1 |
| 4/25/2023 10:32:40 AM | 19 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 4/25/2023 10:33:09 AM | 20 | SERVICE RETURN | SERVICE RETURN | 1 |
| 4/25/2023 10:34:21 AM | 21 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |

 **END OF THE REPORT**