DOCUMENT 22
Case 1:23-mi-99999-UNA   Document 2137-4   Filed 07/05/23   Page 1 of 9
ELECTRONICALLY FILED
4/18/2022 9:42 AM
43-SM-2021-901236.00
DISTRICT COURT OF
LEE COUNTY, ALABAMA
MARY B. ROBERSON, CLERK

### IN THE SMALL CLAIMS COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| **360 MANAGEMENT, LLC,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| ] | |
| ] | 2021-SM-_____ |
| ] | |
| **DESTINY WARREN,** ] | |
| **ASHLEY E. RUSSELL,** ] | |
| **STEVEN RUSSELL** ] | |
| **Defendants.** ] | |

### **COMPLAINT**

NOW COMES the Plaintiff, 360 Management, LLC, by and through its attorney, Sara G. Bragdon, Akridge & Balch, P.C., and complains against the Defendants as follows:

1. The Plaintiff, **360 MANAGEMENT, LLC,** is an Alabama Limited Liability company conducting business in Lee County, Alabama.

2. The Defendants, **DESTINY WARREN** is currently a resident of Lee County, Alabama, **ASHLEY E. RUSSELL** and **STEVEN RUSSELL,** are currently residents of Jefferson County, Alabama and are all over the age of 19.

3. On or about the 1st day of August, 2019, the Defendants entered into a binding lease agreement with the Plaintiff. The term of the leasing period was from August 1, 2019 until July 31, 2020. **See attached Exhibit A**

4. Under the terms of the Lease contract, the Defendants promised to maintain the property during their lease term and upon the expiration of said term, to pay for any damages to the property beyond normal wear and tear

1

5. The Defendants are in breach of said Lease for back rent, late fees, general cleaning, carpet replacement, paint and maintenance.

6. The Defendants owes to the Plaintiff Three Thousand Six Hundred Sixty-Six and 50/100 Dollars ($3,666.50), as evidenced by the ledger, damages beyond normal wear and tear. **See attached Exhibit B**. Additionally, the Plaintiff is requesting reasonable attorney's fees and court costs, per the terms of the lease.

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiff demands judgment against the Defendants in the sum of Three Thousand Six Hundred Sixty-Six and 50/100 Dollars ($3,666.50) for back rent, late fees, general cleaning, carpet replacement, paint and maintenance, One Thousand Two Hundred Twenty-Two and 17/100 Dollars ($1,222.17) for reasonable attorney fees, Two Hundred and 00/100 Dollars ($200.00) for costs and expenses, plus court cost and accrued interest according to the terms of the Lease contract, and for such other and further relief to which Plaintiffs may be entitled.

Dated: September 21, 2021

/s/ Sara G. Bragdon
SARA G. BRAGDON (GOT004)
AKRIDGE & BALCH, P.C.
852 N. Dean Road, Suite 100
P.O. Drawer 3738
Auburn, Alabama 37831
P: 334-887-0884
F: 888-615-9185

**Please personally serve the Defendants
at the following addresses:**

| | | |
|---|---|---|
| **Destiny Warren** | **Ashley E. Russell** | **Steven Russell** |
| **1900 Samford Trace CT** | **2042 Blue Heron Circle** | **2042 Blue Heron Circle** |
| **#1109** | **Birmingham, AL 35242** | **Birmingham, AL 35242** |
| **Auburn,  AL 36830** | | |



# Just One Look ™

Alabama's ON-DEMAND Public Access to Trial Court Records.

www.AlacourtAccess.com

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: JON HUGHES**

| | | |
|---|---|---|
| County: **43** | Case Number: **SM-2021-901236.00** | Court Action: **DEFAULT JUDGEMENT** |
| Style: **360 MANAGEMENT, LLC V. DESTINY WARREN ET AL** | | |

Real Time

### Case

#### Case Information

| | | |
|---|---|---|
| County: **43-LEE** | Case Number: **SM-2021-901236.00** | Judge: **RKB:RUSSELL K. BUSH** |
| Style: **360 MANAGEMENT, LLC V. DESTINY WARREN ET AL** | | |
| Filed: **09/21/2021** | Case Status: **DISPOSED** | Case Type: **CONTRACT/EJMNT/SEIZU** |
| Trial Type: **BENCH** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **3** | |

#### Damages

| | | |
|---|---|---|
| Damage Amt: **4888.67** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

#### Court Action

| | | |
|---|---|---|
| Court Action Code: **F** | Court Action Desc: **DEFAULT JUDGEMENT** | Court Action Date: **11/01/2021** |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: **PLAINTIFF** |
| Dispositon Date of Appeal: | Disposition Judge: **RKB:RUSSELL K. BUSH** | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

#### Comments

Comment 1:  **MOTION FOR DISCOVERY GRANTED 4/28/22**
Comment 2:

#### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

#### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **04/29/2022** | Updated By: **AKT** |

### Parties

*Party 1 - Plaintiff BUSINESS - 360 MANAGEMENT, LLC*

## Party Information

| | | | |
|---|---|---|---|
| Party: | C001-Plaintiff | Name: | 360 MANAGEMENT, LLC |
| Index: | D WARREN DESTI | Alt Name: | |
| Address 1: | 411-B OPELIKA ROAD | | |
| Address 2: | | | |
| City: | AUBURN | State: AL | |
| SSN: | XXX-XX-X999 | DOB: | |

| | | |
|---|---|---|
| Type: | B-BUSINESS | |
| Hardship: No | JID: | RKB |
| Phone: | (334) 000-0000 | |
| Zip: | 36830-0000 Country: | US |
| Sex: | Race: | |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | F-DEFAULT JUDGEMENT | | Court Action Date: | 11/01/2021 |
| Amount of Judgement: | $0.00 | Court Action For: C-PLAINTIFF | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | | Issued Type: | Reissue: | Reissue Type: | |
| Return: | | Return Type: | Return: | Return Type: | |
| Served: | | Service Type | Service On: | Notice of No Answer: / Served By: | |
| Answer: | | Answer Type: | Notice of No Service: | | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | GOT004 | | BRAGDON SARA GOTTLIEB | SBRAGDON@AKRIDGEBALCH.COM | (334) 887-0884 |

### Party 2 - Defendant INDIVIDUAL - WARREN DESTINY

## Party Information

| | | | |
|---|---|---|---|
| Party: | D001-Defendant | Name: | WARREN DESTINY |
| Index: | C 360 MANAGEME | Alt Name: | |
| Address 1: | 1900 SAMFORD TRACE CT | | |
| Address 2: | #1109 | | |
| City: | AUBURN | State: AL | |
| SSN: | XXX-XX-X999 | DOB: | |

| | | |
|---|---|---|
| Type: | I-INDIVIDUAL | |
| Hardship: No | JID: | RKB |
| Phone: | (334) 000-0000 | |
| Zip: | 36830-0000 Country: | US |
| Sex: | Race: | |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | F-DEFAULT JUDGEMENT | | Court Action Date: | 11/01/2021 |
| Amount of Judgement: | $4888.67 | Court Action For: C-PLAINTIFF | Exemptions: | |
| Cost Against Party: | $348.40 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 09/21/2021 | Issued Type: A-PROCESS SERVER | Reissue: | Reissue Type: | |
| Return: | | Return Type: | Return: | Return Type: | |
| Served: | 09/21/2021 | Service Type S-SERVED PERSONALLY | Service On: | Notice of No Answer: / Served By: | |
| Answer: | | Answer Type: | Notice of No Service: | | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|

## Party 3 - Defendant INDIVIDUAL - RUSSELL ASHLEY E

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | RUSSELL ASHLEY E | Type: | I-INDIVIDUAL |
| Index: | C 360 MANAGEME | Alt Name: | | Hardship: No | JID: RKB |
| Address 1: | 273 CAHABA FALLS LANE | | | Phone: | (334) 000-0000 |
| Address 2: | | | | | |
| City: | HELENA | State: | AL | Zip: 35080-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | F-DEFAULT JUDGEMENT | | | Court Action Date: | 11/01/2021 |
| Amount of Judgement: | $0.00 | Court Action For: | C-PLAINTIFF | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 09/21/2021 | Issued Type: A-PROCESS SERVER | Reissue: 04/18/2022 | Reissue Type: | A-PROCESS SERVER |
| Return: | 09/22/2021 | Return Type: M-PARTY MOVED | Return: 04/20/2022 | Return Type: | F-RETURNED NOT FOUND |
| Served: | | Service Type | Service On: | Notice of No Answer: / Served By: | |
| Answer: | | Answer Type: | Notice of No Service: | | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant INDIVIDUAL - RUSSELL STEVEN

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D003-Defendant | Name: | RUSSELL STEVEN | Type: | I-INDIVIDUAL |
| Index: | C 360 MANAGEME | Alt Name: | | Hardship: No | JID: RKB |
| Address 1: | 2042 BLUE HERON CIRCLE | | | Phone: | (334) 000-0000 |
| Address 2: | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: 35242-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | F-DEFAULT JUDGEMENT | | | Court Action Date: | 11/01/2021 |
| Amount of Judgement: | $0.00 | Court Action For: | C-PLAINTIFF | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 09/21/2021 | Issued Type: A-PROCESS SERVER | Reissue: | Reissue Type: | |
| Return: | 09/22/2021 | Return Type: M-PARTY MOVED | Return: | Return Type: | |
| Served: | | Service Type | Service On: | Notice of No Answer: / Served By: | |
| Answer: | | Answer Type: | Notice of No Service: | | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $13.40 | $0.00 | $0.00 | 0 |
| ACTIVE | N | LADM | C001 | 000 | $50.00 | $50.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | MJDG | C001 | 000 | $50.00 | $50.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | SADM | C001 | 000 | $15.00 | $15.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | SERA | C001 | 000 | $20.00 | $20.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | SM02 | C001 | 000 | $200.00 | $200.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $335.00 | $348.40 | -$13.40 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2021 | CREDIT | CONV | 2021262 | 57367000 | $11.40 | C001 | 000 | | N | | | AEM |
| 09/21/2021 | RECEIPT | LADM | 2021262 | 57367100 | $50.00 | C001 | 000 | | N | | | AEM |
| 09/21/2021 | RECEIPT | SADM | 2021262 | 57367200 | $15.00 | C001 | 000 | | N | | | AEM |
| 09/21/2021 | RECEIPT | SERA | 2021262 | 57367300 | $20.00 | C001 | 000 | | N | | | AEM |
| 09/21/2021 | RECEIPT | SM02 | 2021262 | 57367400 | $200.00 | C001 | 000 | | N | | | AEM |
| 10/07/2021 | CREDIT | CONV | 2022005 | 57526200 | $2.00 | C001 | 000 | | N | | | AEM |
| 10/07/2021 | RECEIPT | MJDG | 2022005 | 57526300 | $50.00 | C001 | 000 | | N | | | AEM |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 9/21/2021 | 11:12 AM | FILE | FILED THIS DATE: 09/21/2021   (AV01) | AJA |
| 9/21/2021 | 11:12 AM | EORD | E-ORDER FLAG SET TO "Y"   (AV01) | AJA |
| 9/21/2021 | 11:12 AM | ASSJ | ASSIGNED TO JUDGE: RUSSELL K. BUSH   (AV01) | AJA |
| 9/21/2021 | 11:12 AM | TDMN | BENCH/NON-JURY TRIAL REQUESTED   (AV01) | AJA |
| 9/21/2021 | 11:12 AM | SCAN | CASE SCANNED STATUS SET TO: N   (AV01) | AJA |
| 9/21/2021 | 11:12 AM | ORIG | ORIGIN: INITIAL FILING   (AV01) | AJA |
| 9/21/2021 | 11:12 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE   (AV01) | AJA |
| 9/21/2021 | 11:12 AM | C001 | C001 PARTY ADDED: 360 MANAGEMENT, LLC   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | C001 | LISTED AS ATTORNEY FOR C001: BRAGDON SARA GOTTLIE | AJA |
| 9/21/2021 | 11:12 AM | C001 | C001 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | C001 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D001 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | ECOMP | COMPLAINT E-FILED. | GOT004 |
| 9/21/2021 | 11:12 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D001 | D001 PARTY ADDED: WARREN DESTINY   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D001 | PROCESS SERVE ISSUED: 09/21/2021 TO D001   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D001 | D001 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D002 | D002 PARTY ADDED: RUSSELL ASHLEY E   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D002 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D002 | PROCESS SERVE ISSUED: 09/21/2021 TO D002   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D002 | D002 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D003 | D003 PARTY ADDED: RUSSELL STEVEN   (AV02) | AJA |

| Date | Time | Code | Description | User |
|---|---|---|---|---|
| 9/21/2021 | 11:12 AM | D003 | INDIGENT FLAG SET TO: N            (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE        (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D003 | PROCESS SERVE ISSUED: 09/21/2021 TO D003   (AV02) | AJA |
| 9/21/2021 | 11:12 AM | D003 | D003 E-ORDER FLAG SET TO "Y"            (AV02) | AJA |
| 9/22/2021 | 12:25 PM | D001 | SERVICE OF SERVED PERSON ON 09/21/2021 FOR D001 | AMM |
| 9/22/2021 | 12:26 PM | ESERC | SERVICE RETURN | AMM |
| 9/23/2021 | 1:30 PM | EMISC | RETURN ON SERVICE - NOT SERVED E-FILED | GOT004 |
| 9/23/2021 | 1:32 PM | EMISC | RETURN ON SERVICE - NOT SERVED E-FILED | GOT004 |
| 9/24/2021 | 10:52 AM | D003 | RETURN OF PARTY MOVED ON 09/22/2021 FOR D003(AV02) | AKT |
| 9/24/2021 | 10:52 AM | D002 | RETURN OF PARTY MOVED ON 09/22/2021 FOR D002(AV02) | AKT |
| 10/7/2021 | 10:33 AM | EMOT | C001-DEFAULT JUDGMENT FILED. | GOT004 |
| 10/7/2021 | 10:37 AM | EMOT | C001-DEFAULT JUDGMENT /DOCKETED | AKT |
| 11/1/2021 | 4:41 PM | JEORDE | ORDER GENERATED FOR DEFAULT JUDGMENT ($50.00) - RENDERED & ENTERED: 11/1/2021 4:41:06 PM - DEFAULT JUDGMENT | |
| 11/1/2021 | 4:41 PM | ---- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 11/2/2021 | 2:36 PM | STAT | CASE ASSIGNED STATUS OF: DISPOSED        (AV01) | AKT |
| 11/2/2021 | 2:36 PM | DISP | DISPOSED ON: 11/01/2021 BY (DEFAULT JUDGMT) (AV01) | AKT |
| 11/2/2021 | 2:36 PM | CACJ | COURT ACTION JUDGE: RUSSELL K. BUSH        (AV01) | AKT |
| 11/2/2021 | 2:36 PM | PDIS | C001 DISPOSED BY (DEFAULT JUDGMT) ON 11/01/2021 | AKT |
| 11/2/2021 | 2:36 PM | PDIS | D001 DISPOSED BY (DEFAULT JUDGMT) ON 11/01/2021 | AKT |
| 11/2/2021 | 2:36 PM | PDIS | D002 DISPOSED BY (DEFAULT JUDGMT) ON 11/01/2021 | AKT |
| 11/2/2021 | 2:36 PM | PDIS | D003 DISPOSED BY (DEFAULT JUDGMT) ON 11/01/2021 | AKT |
| 11/2/2021 | 2:36 PM | D001 | JUDGMENT OF: $4888.67 VS. D001 ON 11/01/2021(AV02) | AKT |
| 11/2/2021 | 2:36 PM | D001 | COSTS OF: $348.40 VS. D001 ON 11/01/2021    (AV02) | AKT |
| 11/3/2021 | 10:57 AM | JNOT | JUDGEMENT NOTICE PREPARED ON D001 | AKT |
| 11/3/2021 | 10:59 AM | JCER | JUDGEMENT CERTIFICATE PREPARED | AKT |
| 3/17/2022 | 9:59 AM | EMOT | C001-OTHER - MOTION FOR LEAVE TO PROPOUND POST JUDGMENT DISCOVERY FILED. | GOT004 |
| 3/17/2022 | 10:06 AM | EMOT | C001-OTHER /DOCKETED | AKT |
| 4/18/2022 | 9:42 AM | EALIA | ALIAS SUMMONS E-FILED | GOT004 |
| 4/18/2022 | 9:42 AM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 4/18/2022 | 9:43 AM | ---- | SCANNED - ALIAS SUMMONS - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 4/18/2022 | 9:43 AM | ---- | SCANNED - ALIAS SUMMONS - SUMMONS - E-NOTICE TRANSMITTALS | |
| 4/18/2022 | 9:43 AM | D002 | D002 ADDR1 CHANGED FROM: 2042 BLUE HERON CIRCLE | AJA |
| 4/18/2022 | 9:43 AM | D002 | D002 ADDR CITY CHANGED FROM: BIRMINGHAM    (AV02) | AJA |
| 4/18/2022 | 9:43 AM | D002 | REISSUE OF PROCESS SERV ON 04/18/2022 FOR D002 | AJA |
| 4/28/2022 | 6:28 PM | JEORDE | ORDER GENERATED FOR OTHER - MOTION FOR LEAVE TO PROPOUND POST JUDGMENT DISCOVERY - J RENDERED & ENTERED: 4/28/2022 6:28:59 PM - ORDER | |
| 6/3/2022 | 10:35 AM | EMISC | RETURN ON SERVICE - NOT SERVED E-FILED | GOT004 |
| 6/8/2022 | 9:35 AM | D002 | RETURN OF RETURN NOT F ON 04/20/2022 FOR D002 | AKT |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 9/21/2021 11:12:36 AM | 1 | STATEMENT_OF_CLAIM | GENERAL CLAIM | 1 |
| 9/21/2021 11:12:37 AM | 2 | COMPLAINT | | 3 |
| 9/21/2021 11:12:38 AM | 3 | SUPPORTING DOCUMENT | Exhibits | 16 |
| 9/21/2021 11:13:12 AM | 4 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 9/21/2021 11:13:13 AM | 5 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 3 |
| 9/22/2021 12:26:26 PM | 6 | SERVICE RETURN | SERVICE RETURN | 1 |
| 9/22/2021 12:26:31 PM | 7 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 9/23/2021 1:30:22 PM | 8 | RETURN ON SERVICE - NOT SERVED | Return on Service - Not Served | 1 |
| 9/23/2021 1:30:29 PM | 9 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 9/23/2021 1:32:25 PM | 10 | RETURN ON SERVICE - NOT SERVED | Return on Service - Not Served | 1 |
| 9/23/2021 1:32:32 PM | 11 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |

| | | | | |
|---|---|---|---|---|
| 10/7/2021 10:33:35 AM | 12 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |
| 10/7/2021 10:33:36 AM | 13 | MOTION | Motion for Default Judgment | 2 |
| 10/7/2021 10:33:37 AM | 14 | AFFIDAVIT | Affidavit | 1 |
| 10/7/2021 10:33:45 AM | 15 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 11/1/2021 4:41:22 PM | 16 | DEFAULT JUDGMENT | MOTION GRANTED - Default Judgment ($50.00) | 1 |
| 11/1/2021 4:41:18 PM | 17 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 3/17/2022 9:59:27 AM | 18 | MOTION_COVER_SHEET | Motion Cover Sheet | 2 |
| 3/17/2022 9:59:28 AM | 19 | MOTION | Motion for Leave | 2 |
| 3/17/2022 9:59:29 AM | 20 | EXHIBIT | Post Judgment Interrogatories and Request | 5 |
| 3/17/2022 9:59:39 AM | 21 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 4/18/2022 9:42:58 AM | 22 | COPY OF COMPLAINT | Complaint | 3 |
| 4/18/2022 9:42:59 AM | 23 | SUPPORTING DOCUMENT | Exhibits | 16 |
| 4/18/2022 9:43:05 AM | 24 | ALIAS SUMMONS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 4/18/2022 9:43:06 AM | 25 | ALIAS SUMMONS - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 4/28/2022 6:29:25 PM | 26 | ORDER | MOTION GRANTED - Other | 1 |
| 4/28/2022 6:29:35 PM | 27 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 6/3/2022 10:35:28 AM | 28 | RETURN ON SERVICE - NOT SERVED | Return on Service - Not Served | 1 |
| 6/3/2022 10:35:32 AM | 29 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |

 **END OF THE REPORT**