JS44 (Rev. 10/2020 NDGA)                    **CIVIL COVER SHEET**

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

## I. (a) PLAINTIFF(S)

## DEFENDANT(S)

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF_____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT_____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

**ATTORNEYS** (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

|   | PLF | DEF |   | PLF | DEF |   |
|---|---|---|---|---|---|---|
| 1 U.S. GOVERNMENT PLAINTIFF | 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY) | 1 | 1 | CITIZEN OF THIS STATE | 4 | 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| 2 U.S. GOVERNMENT DEFENDANT | 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III) | 2 | 2 | CITIZEN OF ANOTHER STATE | 5 | 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
|   |   | 3 | 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | 6 | 6 | FOREIGN NATION |

## IV. ORIGIN (PLACE AN "X "IN ONE BOX ONLY)

1 ORIGINAL PROCEEDING    2 REMOVED FROM STATE COURT    3 REMANDED FROM APPELLATE COURT    4 REINSTATED OR REOPENED    TRANSFERRED FROM 5 ANOTHER DISTRICT (Specify District)    MULTIDISTRICT 6 LITIGATION - TRANSFER    APPEAL TO DISTRICT JUDGE 7 FROM MAGISTRATE JUDGE JUDGMENT

MULTIDISTRICT 8 LITIGATION - DIRECT FILE

## V. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**(IF COMPLEX, CHECK REASON BELOW)**

1. Unusually large number of parties.
2. Unusually large number of claims or defenses.
3. Factual issues are exceptionally complex
4. Greater than normal volume of evidence.
5. Extended discovery period is needed.

6. Problems locating or preserving evidence
7. Pending parallel investigations or actions by government.
8. Multiple use of experts.
9. Need for discovery outside United States boundaries.
10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT $_____    APPLYING IFP _____    MAG. JUDGE (IFP) _____
JUDGE_____    MAG. JUDGE_____    NATURE OF SUIT_____    CAUSE OF ACTION_____
                        *(Referral)*

## VI. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- 152 RECOVERY OF DEFAULTED STUDENT LOANS (Excl. Veterans)
- 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- 110 INSURANCE
- 120 MARINE
- 130 MILLER ACT
- 140 NEGOTIABLE INSTRUMENT
- 151 MEDICARE ACT
- 160 STOCKHOLDERS' SUITS
- 190 OTHER CONTRACT
- 195 CONTRACT PRODUCT LIABILITY
- 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- 210 LAND CONDEMNATION
- 220 FORECLOSURE
- 230 RENT LEASE & EJECTMENT
- 240 TORTS TO LAND
- 245 TORT PRODUCT LIABILITY
- 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- 310 AIRPLANE
- 315 AIRPLANE PRODUCT LIABILITY
- 320 ASSAULT, LIBEL & SLANDER
- 330 FEDERAL EMPLOYERS' LIABILITY
- 340 MARINE
- 345 MARINE PRODUCT LIABILITY
- 350 MOTOR VEHICLE
- 355 MOTOR VEHICLE PRODUCT LIABILITY
- 360 OTHER PERSONAL INJURY
- 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- 365 PERSONAL INJURY - PRODUCT LIABILITY
- 367 PERSONAL INJURY - HEALTH CARE/ PHARMACEUTICAL PRODUCT LIABILITY
- 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- 370 OTHER FRAUD
- 371 TRUTH IN LENDING
- 380 OTHER PERSONAL PROPERTY DAMAGE
- 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- 422 APPEAL 28 USC 158
- 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- 440 OTHER CIVIL RIGHTS
- 441 VOTING
- 442 EMPLOYMENT
- 443 HOUSING/ ACCOMMODATIONS
- 445 AMERICANS with DISABILITIES - Employment
- 446 AMERICANS with DISABILITIES - Other
- 448 EDUCATION

**IMMIGRATION - "0" MONTHS DISCOVERY TRACK**
- 462 NATURALIZATION APPLICATION
- 465 OTHER IMMIGRATION ACTIONS

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- 463 HABEAS CORPUS- Alien Detainee
- 510 MOTIONS TO VACATE SENTENCE
- 530 HABEAS CORPUS
- 535 HABEAS CORPUS DEATH PENALTY
- 540 MANDAMUS & OTHER
- 550 CIVIL RIGHTS - Filed Pro se
- 555 PRISON CONDITION(S) - Filed Pro se
- 560 CIVIL DETAINEE: CONDITIONS OF CONFINEMENT

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- 550 CIVIL RIGHTS - Filed by Counsel
- 555 PRISON CONDITION(S) - Filed by Counsel

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- 710 FAIR LABOR STANDARDS ACT
- 720 LABOR/MGMT. RELATIONS
- 740 RAILWAY LABOR ACT
- 751 FAMILY and MEDICAL LEAVE ACT
- 790 OTHER LABOR LITIGATION
- 791 EMPL. RET. INC. SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- 820 COPYRIGHTS
- 840 TRADEMARK
- 880 DEFEND TRADE SECRETS ACT OF 2016 (DTSA)

**PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK**
- 830 PATENT
- 835 PATENT-ABBREVIATED NEW DRUG APPLICATIONS (ANDA) - a/k/a Hatch-Waxman cases

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- 861 HIA (1395ff)
- 862 BLACK LUNG (923)
- 863 DIWC (405(g))
- 863 DIWW (405(g))
- 864 SSID TITLE XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- 870 TAXES (U.S. Plaintiff or Defendant)
- 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- 375 FALSE CLAIMS ACT
- 376 Qui Tam  31 USC 3729(a)
- 400 STATE REAPPORTIONMENT
- 430 BANKS AND BANKING
- 450 COMMERCE/ICC RATES/ETC.
- 460 DEPORTATION
- 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- 480 CONSUMER CREDIT
- 485 TELEPHONE CONSUMER PROTECTION ACT
- 490 CABLE/SATELLITE TV
- 890 OTHER STATUTORY ACTIONS
- 891 AGRICULTURAL ACTS
- 893 ENVIRONMENTAL MATTERS
- 895 FREEDOM OF INFORMATION ACT 899
- 899 ADMINISTRATIVE PROCEDURES ACT / REVIEW OR APPEAL OF AGENCY DECISION
- 950 CONSTITUTIONALITY OF STATE STATUTES

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- 410 ANTITRUST
- 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- 896  ARBITRATION (Confirm / Vacate / Order / Modify)

**\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3**

---

## VII. REQUESTED IN COMPLAINT:

**CHECK IF CLASS ACTION UNDER F.R.Civ.P. 23**    **DEMAND $**_____

**JURY DEMAND**    **YES**    **NO**  (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

---

## VIII. RELATED/REFILED CASE(S) IF ANY
**JUDGE**_____    **DOCKET NO.**_____

**CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES:**  (CHECK APPROPRIATE BOX)

1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
2. SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
4. APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
5. REPETITIVE CASES FILED BY PRO SE LITIGANTS.
6. COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):


7. EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO.                    , WHICH WAS DISMISSED. This case      IS         IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

---

*Taylor Tribble*                                                                                                     July 5, 2023

**SIGNATURE OF ATTORNEY OF RECORD**                                                              **DATE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MARGARET GORNEY, | ) | FILE NO.: _____ |
| | ) | NOTICE OF REMOVAL OF |
| Plaintiff, | ) | CIVIL ACTION UNDER 28 |
| | ) | U.S.C. § 1441(a) |
| v. | ) | |
| | ) | **(DIVERSITY JURISDICTION)** |
| GEORGIA CVS PHARMACY, | ) | |
| LLC and CVS PHARMACY, INC | ) | (Removed from the State Court |
| | ) | of the State of Georgia, County |
| Defendants. | ) | of DeKalb, File No. 23A02514) |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| | ) | |

_____

## NOTICE OF REMOVAL
_____

**PLEASE TAKE NOTICE** that Defendants Georgia CVS Pharmacy, LLC and CVS Pharmacy Inc. (collectively, "CVS")[1] hereby remove the above-captioned action to this Court from the State Court of the State of Georgia, County of DeKalb (File No. 23A02514) (hereinafter "State Action"). As set forth herein, CVS has complied with the statutory requirements for removal under 28 U.S.C. §§ 1441 and

---

[1] CVS Pharmacy, Inc is not a proper or necessary parties.

1

1446, and this Court has both federal question jurisdiction and diversity jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1332(a)(1), respectively.

## I. PROCEDURAL REQUIREMENTS

1. The State Action was commenced by the Plaintiff filing a lawsuit in Georgia State Court, DeKalb County, on June 6, 2023. A copy of the Plaintiff's Complaint is attached at Exhibit A. A copy of all other process, pleadings, and items in possession of CVS from the State Action is attached at Exhibit B, as required by 28 U.S.C. § 1446(a).

2. This Notice is timely, as it is filed within one year of the State Action's commencement on June 6, 2023, and within 30 days of receipt of the Plaintiff's Complaint, which was served on CVS on June 8, 2023. See 28 U.S.C. § 1446(b)(1).

3. The State Action is properly removed to the United States District Court for the Northern District of Georgia, Atlanta Division, as that is the "district and division embracing the place where [the State Action] is pending." See 28 U.S.C. § 1441(a); see also 28 U.S.C. § 90(a)(3) (listing DeKalb County as within the Atlanta Division of the Northern District of Georgia).

4. CVS will promptly file a copy of this Notice of Removal with the clerk of the Georgia State Court, Dekalb County, and will serve a copy on the other parties to the State Action, as required by 28 U.S.C. § 1446(d).

## II. BACKGROUND

5. The Plaintiff alleges that, on or around July 20, 2021, she was shopping at the Georgia CVS Pharmacy, LLC store located at 7207 Rockbridge Road, Stone Mountain, Georgia 30087. (Complaint, ¶ 8).

6. The Plaintiff alleges there were no signs at or near the shopping area warning invitees of the dangerous conditions existing on its floors. (Complaint, ¶ 8).

7. The Plaintiff alleges that suddenly, and without any warning, her feet slipped from underneath her body after tripping over a black plastic, square case, causing her to fall to the floor. (Complaint, ¶¶ 10,11).

8. The Plaintiff alleges that her fall occurred so quickly as to prevent her from catching herself. (Complaint, ¶ 12).

9. The Plaintiff alleges that because of the fall, she landed on tile floor and suffered injuries to her right hip, right shoulder, right knee, tailbone, and lower back. (Complaint, ¶ 12).

10. The Plaintiff alleges three purported causes of action arising from these facts: 1) Negligence; 2) Negligence per se; and 3) Attorney's fees and expenses of litigation.

### III.  GROUNDS FOR REMOVAL

11.  Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant…to the district court of the United States for the district and division embracing the place where such action is pending." This court has original subject-matter jurisdiction under 28 U.S.C. § 1332, diversity jurisdiction, because this is a civil action between citizens of different states and the amount in controversy exceeds $75,000.

### A. There is Complete Diversity of Named Parties

12. The general rule is that "discovery jurisdiction is determined…at the time of removal." *Smith v. Comcast Corp.*, 786 F. App'x. 935, 939 (11th Cir. 2019).

13. This diversity must be complete, meaning "that no defendant in a diversity action [is] a citizen of the same state as any plaintiff." *MacGinnitie v. Hobbs Grp., LLC*, 420 F.3d 1234, 1239 (11th Cir. 2005). Citizenship, for jurisdictional purposes, is determined at the time the suit is filed. *Id.*

14. For purposes of diversity jurisdiction, a limited liability company's citizenship

4

is based on the state in which its members are citizens. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020 (11th Cir. 2004).

15. The Plaintiff presumably is a Georgia resident. Ex. A, ¶ 2. Accordingly, the Plaintiff is a citizen of Georgia for purposes of diversity jurisdiction.

16. Defendant Georgia CVS Pharmacy, LLC is a Georgia limited liability company with CVS Pharmacy, Inc. as its sole member. Limited liability companies are considered "a citizen of any state of which a member of the company is a citizen." <u>Mallory & Evans Contrs. & Eng'rs, LLC v. Tuskegee Univ.</u>, 663 F.3d 1304, 1305 (11th Cir. 2011). Accordingly, Defendant Georgia CVS Pharmacy, LLC is a citizen of Rhode Island for purposes of diversity jurisdiction.

17. Defendant CVS Pharmacy, Inc., improperly named, is incorporated and maintains its principal place of business in Rhode Island and is not a citizen of the State of Georgia.

    **B. The Amount In Controversy Exceeds $75,000.00**

18. The Plaintiff claims as a result of CVS's negligence, she suffered injuries to her right hip, right shoulder, right knee, tailbone, and lower back and incurred medical expenses related to her injuries.

19. The Plaintiff asserts damages, including "pain and suffering, both mental and physical, in an amount to be determined at trial." Ex. A., Wherefore ¶.

20. The Plaintiff further seeks an award of attorney's fees which, if awarded, would likely be substantial. Ex. A., ¶ 23.

21. The serious allegations made by the Plaintiff in the Complaint coupled with the lack of an exact damages allegation made by her, make clear that this case exceeds the $75,000.00 amount in controversy requirement.

### IV.   RESERVATION OF RIGHTS

22. The Defendants deny the allegations contained in the Plaintiff's Complaint, and file this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in their favor, including procedural defense such as insufficiency of service and insufficiency of process of service.

WHEREFORE, the Defendants request that judgment be entered in their favor.

This the 5th day of July, 2023.

           HUFF, POWELL & BAILEY, LLC

           */s/ Taylor Tribble*

           DANIEL J. HUFF
           Georgia Bar No. 374860
           TAYLOR TRIBBLE
           Georgia Bar No. 904116
           DEVON ZAWKO

                              Georgia Bar No. 212490

| | |
|---|---|
| 999 Peachtree Street, NE, Suite 950<br>Atlanta, Georgia 30309<br>(404) 892-4022 | *Counsel for Defendants Georgia CVS Pharmacy, LLC and CVS Pharmacy, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court via CM/ECF and by electronic and/or US mail to the following attorneys of record:

Pamela N. McCloud<br>
The McCloud Law Firm, LLC<br>
1250 Scenic Highway S.<br>
Suite 1701-321<br>
Lawrenceville, GA  30044

This the 5th day of July, 2023.

                                              HUFF, POWELL & BAILEY, LLC

                                              */s/ Taylor Tribble*
                                              _____

                                              DANIEL J. HUFF
                                              Georgia Bar No. 374860
                                              TAYLOR TRIBBLE
                                              Georgia Bar No. 904116
                                              DEVON ZAWKO
                                              Georgia Bar No. 212490

999 Peachtree Street, NE, Suite 950    *Counsel for Defendants Georgia CVS*
Atlanta, Georgia 30309    *Pharmacy, LLC and CVS Pharmacy,*
(404) 892-4022    *Inc.*