79PREMIGAR

# ACORD™ GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

DATE: 08/08/22

| Field | Value |
|---|---|
| PRODUCER | McGriff Insurance Services<br>741 W. Lanier Ave., Suite 100<br>Fayetteville, GA 30214-GA |
| PHONE (A/C, No, Ext) | 770 471-7100 |
| CODE | |
| SUB CODE | |
| AGENCY CUSTOMER ID | 1160445 |
| NOTICE OF OCCURRENCE / NOTICE OF CLAIM | |
| DATE OF OCCURRENCE AND TIME | 07/29/22 AM / PM |
| DATE OF CLAIM | |
| PREVIOUSLY REPORTED | YES / NO |
| EFFECTIVE DATE | 06/15/22 |
| EXPIRATION DATE | 06/15/23 |
| POLICY TYPE | X OCCURRENCE / CLAIMS MADE |
| RETROACTIVE DATE | |
| COMPANY | Kinsale Insurance Compan |
| NAIC CODE | 38920 |
| MISCELLANEOUS INFO (Site & location code) | The CRC Group |
| POLICY NUMBER | 01001537390 |
| REFERENCE NUMBER | 2114487 |

## INSURED

| Field | Value |
|---|---|
| NAME AND ADDRESS | The Housing Authority of Clayton County<br>Premier Garden Apartments<br>732 Main Street |
| SOC SEC # OR FEIN | |
| RESIDENCE PHONE (A/C, No) | 404 763-0002 |
| BUSINESS PHONE (A/C, No, Ext) | 404 362-1200 |

## CONTACT

CONTACT INSURED

| Field | Value |
|---|---|
| NAME AND ADDRESS | Ken Fekete<br>(404) 763-0002 |
| WHERE TO CONTACT | |
| WHEN TO CONTACT | |
| RESIDENCE PHONE (A/C, No) | |
| BUSINESS PHONE (A/C, No, Ext) | |

## OCCURRENCE

| Field | Value |
|---|---|
| LOCATION OF OCCURRENCE (Include city & state) | 639 Garden Walk Blvd<br>Atlanta, GA 30349 |
| AUTHORITY CONTACTED | |
| DESCRIPTION OF OCCURRENCE (Use separate sheet, if necessary) | Pamela Tubner, claimant fell thru a hole in the floor of her unit. She was transported to hospital by ems. Injured. See attachment |

## POLICY INFORMATION

(See attached Policy Information.)

COVERAGE PART OR FORMS (Insert form #s and edition dates): Coverage: Exclude Medical Payments

| GENERAL AGGREGATE | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|
| 2,000,000 | 2,000,000 | 1,000,000 | 1,000,000 | 100,000 | | 5,000 | X PD<br>X BI |

UMBRELLA/EXCESS: UMBRELLA / EXCESS — CARRIER: — LIMITS: — AGGR — PER CLAIM/OCC — SIR/DED

## TYPE OF LIABILITY

PREMISES: INSURED IS: OWNER / TENANT / OTHER:

TYPE OF PREMISES:

OWNER'S NAME & ADDRESS (If not insured):

OWNERS PHONE (A/C, No, Ext):

PRODUCTS: INSURED IS: MANUFACTURER / VENDOR / OTHER:

TYPE OF PRODUCT:

MANUFACTURER'S NAME & ADDRESS (If not insured):

MANUFACT PHONE (A/C, No, Ext):

WHERE CAN PRODUCT BE SEEN?

OTHER LIABILITY INCLUDING COMPLETED OPERATIONS (Explain)

## INJURED/PROPERTY DAMAGED

| Field | Value |
|---|---|
| NAME & ADDRESS (Injured/Owner) | Pamela Tubner<br>639 Garden Walk Blvd Unit 2225 College Park, GA. 30349 |
| PHONE (A/C, No, Ext) | |
| AGE | |
| SEX | |
| OCCUPATION | |
| EMPLOYER'S NAME & ADDRESS | |
| PHONE (A/C, No, Ext) | |
| DESCRIBE INJURY | FATALITY |
| WHERE TAKEN | |
| WHAT WAS INJURED DOING? | |
| DESCRIBE PROPERTY (Type, model, etc) | |
| ESTIMATE AMOUNT | |
| WHERE CAN PROPERTY BE SEEN? | |
| WHEN CAN PROPERTY BE SEEN? | |

## WITNESSES

| NAME & ADDRESS | BUSINESS PHONE (A/C, No, Ext) | RESIDENCE PHONE (A/C, No) |
|---|---|---|
| | | |
| | | |

REMARKS *** Losses ***

Severity: Moderate ; Email Address:

(See Attached Remarks Page.)

| REPORTED BY | REPORTED TO | SIGNATURE OF INSURED | SIGNATURE OF PRODUCER |
|---|---|---|---|
| Ken Fekete | Fatima Johnson | | |

 NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE FCJ © ACORD CORPORATION 1986

### Applicable in Arizona

For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

### Applicable in Arkansas, District of Columbia, Kentucky, Louisiana, Maine, Michigan, New Jersey, New Mexico, New York, Pennsylvania and Virginia

Any person who knowingly and with intent to defraud any insurance company or another person, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact, material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and [NY: substantial] civil penalties. In D.C., ME, LA, and VA, insurance benefits may also be denied.

### Applicable in California

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

### Applicable in Colorado

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policy holder or claimant for the purpose of defrauding or attempting to defraud the policy holder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

### Applicable in Florida and Idaho

Any person who Knowingly and with the intent to injure, Defraud, or Deceive any Insurance Company Files a Statement of Claim Containing any False, Incomplete or Misleading information is Guilty of a Felony.*

* In Florida - Third Degree Felony

### Applicable in Hawaii

For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment , or both.

### Applicable in Indiana

A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

### Applicable in Minnesota

A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

### Applicable in Nevada

Pursuant to NRS 686A.291, any person who knowingly and willfully files a statement of claim that contains any false, incomplete or misleading information concerning a material fact is guilty of a felony.

### Applicable in New Hampshire

Any person who, with purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

### Applicable in Ohio

Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

### Applicable in Oklahoma

WARNING: Any person who knowingly and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**REMARKS (Continued from page 1)**

kfekete@azarandcompany.com

# POLICY INFORMATION (Continued from pages 1)

**COVERAGE PART OR FORMS (Insert form #s and edition dates)**

Coverage: Hired/Nonowned Auto Liability (Separate Limits for Both)
Limit 1: 1,000,000 Limit 2: 1,000,000

Coverage: Additional Insured - Managers or Lessors of Premises as Required by Wri
Form #: CAS5017

Coverage: Additional Insured - Lessor of Equipment
Form #: CG2034

Coverage: Additional Insured - Mortgagee as required by written contract
Form #: CAS5016

Coverage: Additional Insured as required by written contract
Form #: CAS5010

Coverage: Minimum Earned 25%