# KINSALE INSURANCE

September 06, 2022

Sent Via
    Certified Mail - Return Receipt Requested
    Regular Mail
    Email: kfekete@azarandcompany.com

The Housing Authority of Clayton County Facilities Holding Company LLC dba Premier Garden Apartments
Attention: Ken Fekete
732 Main Street
Forest Park, GA 30297

    Re:    <u>**Acknowledgement of Claim and Reservation of Rights**</u>

| | |
|---|---|
| **Insured:** | The Housing Authority of Clayton County Facilities Holding Company, LLC dba Premier Garden Apartments |
| **Claimant:** | Pamela Tubner |
| **File No.:** | 00030302 |
| **Date of Loss:** | July 29, 2022 |

Dear Mr. Fekete:

This correspondence will serve to acknowledge receipt on August 8, 2022, by Kinsale Insurance Company ("Kinsale") of the above captioned matter, which we received via e-mail from Fatima Johnson with McGriff. Included in the loss notice is an Acord and an Incident Report from The Housing Authority of Clayton County Facilities Holding Company, LLC dba Premier Garden Apartments (Collectively "Premier"). We subsequently received photographs and a letter of representation from Joseph Kuveikis, Esquire with Kuveikis Law, P.C. representing Pamela Tubner ("Claimant"). This letter shall also confirm our conversation on August 9, 2022, regarding the facts of the loss and Kinsale's coverage position.

At this time, we are placing you on notice of provisions of the Commercial General Liability Policy (the "Policy") which could potentially affect coverage for this claim based upon the information provided. Please be advised Kinsale is continuing to investigate this matter subject to a full Reservation of Rights under the Policy, as discussed below.

**THE CLAIM**

Pursuant to the information provided in the loss notification and our investigation, on Friday, July 29, 2022, around 1:15 pm the Claimant notified Premier's office that she had been injured when she fell through a hole in the floor of her unit, located at 639 Garden Walk Blvd., Unit 2225, College Park, GA 30349 (the "Unit").

The Housing Authority of Clayton County Facilities Holding Company LLC dba Premier Garden Apartments
September 06, 2022
Page **2** of **7**

Premier advises that upon arrival at the Unit the Claimant was receiving medical attention by EMTs and was later transported out of the Unit by EMT. Premier further advises that there was a hole in the Unit floor located outside of the master bedroom doorway in the corner of the hallway. Premier contends that after the Claimant left the Unit, Premier's maintenance covered the hole with plywood until the hole can be further examined and fully repaired.

The extent of Claimant's injuries is unknown.

### KINSALE POLICY

Kinsale issued the Policy to Premier as the Named Insured bearing Policy number 0100153739-0, with coverage effective from June 15, 2022 to June 15, 2023.  The Policy contains limits of insurance of $1 million per occurrence and $2 million in the aggregate, with a per occurrence deductible of $5,000 which applies to both loss and expense payments.[1]

In pertinent part, the Policy consists of Form CG 00 01 04 13, which includes the following provisions:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or

---

[1] Pursuant to Policy Form CAS 3009 0110 Exclusion – Medical Payments, Section I – Coverages, Coverage C. Medical Payments and all references thereto are deleted in their entirety and not replaced.

Kinsale Insurance Company
Claims Department
2035 Maywill Street, Suite 100, Richmond, VA 23230 • Phone 804.289.1300
P. O. Box 17008 • Richmond, Virginia 23226

The Housing Authority of Clayton County Facilities Holding Company LLC dba Premier Garden Apartments
September 06, 2022
Page **3** of **7**

      "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of insurance; And

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.** No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** Of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

\* \* \*

**SECTION V – DEFINITIONS**

\* \* \*

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

\* \* \*

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

\* \* \*

**17.** "Property damage" means:
    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or
    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

The Housing Authority of Clayton County Facilities Holding Company LLC dba Premier Garden Apartments
September 06, 2022
Page **4** of **7**

      **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

      **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

* * *

Please be advised your Policy includes certain Endorsements that change the Policy. Your attention is first directed to Policy Form CAS3103 0718 titled Exclusion – Eviction and Failure to Maintain. This endorsement modifies insurance provided under the following:

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXCLUSIONS- EVICTION AND FAILURE TO MAINTAIN

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**

**A.** The following exclusions are added to this policy:
This insurance does not apply to any claim or "suit" for "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of, related to, or, in any way involving:
1. Violation of any law, local order or directive involving any duty to:
    a. Maintain any room, dwelling or premises in a safe, sanitary, healthy, habitable or tenantable condition; or
    b. Restore any room, dwelling or premises to a safe, sanitary, healthy, habitable or tenantable condition.
2. Any failure to respond to or comply with any federal, state, municipal or local order or directive to correct conditions at or near any room, dwelling or premises in violation of any federal, state, municipal or local statute, ordinance, rule, order or regulation.
3. Breach of any lease, rental agreement, contract, warranty or covenant, whether written or oral, involving any duty to maintain any room, dwelling or premises in a safe, sanitary, healthy, habitable or tenantable condition.
4. Violation of:
    a. Any Housing and Urban Development laws, ordinances or statutes;
    b. Any rent stabilization laws or ordinances;
    c. Any federal, state or local government subsidized program rules or regulations; or
    d. Any administrative rules or regulations pertaining to a. through c. above, including but not limited to those promulgated by local authorities.
5. Violation of:
    a. The California Civil Code Section 1941-1941.1 inclusive;

The Housing Authority of Clayton County Facilities Holding Company LLC dba Premier Garden Apartments
September 06, 2022
Page **5** of **7**

      b. The California Civil Code Section 1942.4 inclusive;
      c. The California Health and Safety Code Section 17920-17928 inclusive;
      d. The California Mobile Home Residency Law (California Civil Code Sections 798 through 799.5 inclusive);
      e. The California Mobile Home Parks Act (California Health & Safety Code Sections 18200 through 18700, inclusive); or
      f. Any administrative rules or regulations pertaining to a. through e. above, including but not limited to those promulgated by local authorities.

   6. The wrongful eviction from, wrongful entry into, or invasion of private right of occupancy of a room, dwelling or premises, either actual or constructive, arising in whole or in part or in any way involving items 1. through 5. above.

**B.** The exclusions set forth in this endorsement shall apply:
   a. Whether the insured may be liable as an owner, landlord, tenant, operator or property manager or in any other capacity; and
   b. To any obligation to pay any attorneys' fees or costs, or share damages with, indemnify or repay someone else who must pay damages because of "bodily injury", "property damage" or "personal and advertising injury" arising out of items 1. through 6. above; and
   c. To the negligent hiring, employment, training, monitoring, supervision, or retention of any employee or agent of any insured with respect to items 1. through 6. above.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

\* \* \*

**RESRVATION OF RIGHTS**

The Insuring Agreement for Coverage A Bodily Injury and Property Damage Liability states we will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

The Policy contains applicable exclusions which bar or limit coverage for this matter.  Your attention is first directed to Policy Form CAS3103 0718 titled Exclusion - Eviction and Failure to Maintain states this insurance does not apply to any claim or "suit" for "bodily injury" arising out of, related to, or, in any way involving 1.) Violation of any law, local order or directive involving any duty to a. Maintain any room, dwelling or premises in a safe, sanitary, healthy, habitable or tenantable condition; or b. Restore any room, dwelling or premises to a safe, sanitary, healthy, habitable or tenantable condition; 2.) Any failure to respond to or comply with any federal, state, municipal or local order or directive to correct conditions at or near any room, dwelling or premises in violation of any federal, state, municipal or local statute, ordinance, rule, order or regulation; 3.) Breach of any lease, rental agreement, contract, warranty or covenant, whether written or oral, involving any duty to maintain any room, dwelling or premises in a safe, sanitary, healthy, habitable or tenantable condition; 4.) Violation of a. any Housing

The Housing Authority of Clayton County Facilities Holding Company LLC dba Premier Garden Apartments
September 06, 2022
Page **6** of **7**

and Urban Development laws, ordinances or statutes; b. any rent stabilization laws or ordinances; c. any federal, state or local government subsidized program rules or regulations; or d. any administrative rules or regulations pertaining to a. through c. above, including but not limited to those promulgated by local authorities; 5.) Violation of a. the California Civil Code Section 1941-1941.1 inclusive; b. the California Civil Code Section 1942.4 inclusive; c. the California Health and Safety Code Section 17920-17928 inclusive; d. the California Mobile Home Residency Law (California Civil Code Sections 798 through 799.5 inclusive); e. the California Mobile Home Parks Act (California Health & Safety Code Sections 18200 through 18700, inclusive); or f. any administrative rules or regulations pertaining to a. through e. above, including but not limited to those promulgated by local authorities. 6.) The wrongful eviction from, wrongful entry into, or invasion of private right of occupancy of a room, dwelling or premises, either actual or constructive, arising in whole or in part or in any way involving items 1. through 5. Above.  As this matter arises out of a hole in the floor of the Claimant's Unit, to the extent the Claimant alleges Premier violated any law, local order or directive involving any duty to maintain any room, dwelling or premises in a safe, sanitary, healthy, habitable or tenantable condition as expressed above, Kinsale respectfully reserves the right to disclaim coverage pursuant to the Policy Form CAS3103 0718 titled Exclusion - Eviction and Failure to Maintain.

As previously mentioned, the investigation into this loss is ongoing; however, please be advised that Kinsale is undertaking this investigation pursuant to a full and complete reservation of rights under the Policy. As captioned above, the Policy contains a $5,000 per occurrence deductible which applies to both damages and Supplementary Payments.  To the extent you receive any additional documentation as it pertains to this matter, we request you forward it to the undersigned for our review.

### **RIGHT TO AMEND**

Kinsale's decision is based on the facts presented to date. We reserve the right to review and/or consider any additional facts, claims, lawsuits or amendments to this claim and to make a separate determination with regard to indemnification and defense. To that end, should you be served with a lawsuit, please forward a copy of the same to the undersigned as soon as practicable and we will conduct an additional investigation and promptly provide you with an independent determination of coverage.

Nothing in this letter should be construed as a waiver or surrender of the terms, limitations, exclusions, conditions or agreements under the Policy. Nor should this letter be considered an exhaustive recitation of all potential coverage issues or provisions of the Policy that might apply. Our decision to reserve our rights is based on the information available to us at this time. Kinsale specifically reserves the right to amend this letter. By this letter, Kinsale does not waive any of its rights nor does it waive any of the terms, conditions, or provisions of the Policy. Kinsale specifically reserves all its rights and remedies under the Policy as well as under statutes and common law.

Should you have any questions or need to submit any additional information to Kinsale, please feel free to contact the undersigned by phone at (804) 799-2177, by fax at (804) 482-2762, or via e-mail at ashley.mcknight@kinsaleins.com.

**Kinsale Insurance Company**
**Claims Department**
2035 Maywill Street, Suite 100, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

The Housing Authority of Clayton County Facilities Holding Company LLC dba Premier Garden Apartments
September 06, 2022
Page **7** of **7**

Sincerely,

*Ashley P McKnight*

Ashley McKnight
Claims Examiner
Kinsale Insurance Company

**<u>Applicable in Georgia</u>**

Any person who knowingly, and with intent to defraud any insurance company, files a statement of claim containing any false, incomplete or misleading information may be subject to criminal penalties.

CC:   CRC Commercial Solutions - Norcross, GA
    Attention: Lindsay Foreman
    Sent via email: LForeman@CRCGroup.com

    McGriff
    Attention: Fatima Johnson
    Sent via email: fjohnson@mcgriff.com