# KUVEIKIS LAW, P.C.

Joseph F. Kuveikis*, Esq.
Steven Kuveikis, Esq.* (*Of Counsel*)
* ALSO ADMITTED IN FL

4390 Pleasant Hill Road, Suite F
Duluth, GA 30096

www.kuveikislaw.com

(678) 561-2426 - *Office*
(678) 298-9313 – *Fax*
*joe@kuveikislaw.com* - *E*

*Via Priority Mail*

January 25, 2023

Kinsale Insurance
ATTN: Ashley McKnight
2035 Maywill Street, Suite 100
Richmond, VA 23230
(804) 799-2177

Received

JAN 31 2023

Kinsale Insurance Company
Claims Department

| | |
|---|---|
| Date of Accident: | July 29, 2022 |
| Our Client: | Pamela Tubner |
| Your Insured: | The Housing Authority of Clayton County Facilities Holding Company, LLC dba Premier Garden Apartments |
| File #: | 00030302 |

Dear Ms. McKnight,

As you are aware, we have been retained by Pamela Tubner to represent her for damages she sustained on July 29, 2022 at Premier Garden Apartments located at 639 Garden Walk Blvd., Apt 2225, College Park, GA 30349 and to litigate this claim if necessary. This letter will serve our demand to resolve this matter without further litigation. For your review and file, I have enclosed the following documents:
- WellStar Kennestone Hospital (Medical records and billing statement) **CD-Rom**
- South Fulton Emergency Physicians, LLC (Billing statement)
- Spine Center & Affiliates (Medical records and billing statement) **CD-Rom**

**FACTS**
On Friday, July 29, 2022, Pamela Tubner was a resident of Premier Garden Apartments located at 639 Garden Walk Blvd., Apt 2225, College Park, GA 30349. As Ms. Tubner exited her bedroom, she walked into the hallway. Without warning, the floor below her feet caved in and Ms. Tubner fell into a hole caused by the rotten plywood beneath her carpet. Photographs of the hole are included below:

  

Pamela Tubner Demand Letter
DOI: July 22, 2022

---

After she fell into the hole, her cousin heard her screaming for help. He came running into her apartment and saw her sitting on the edge of the hole with her feet wedged in the hole as can be seen in the photograph below.

 

Ms. Tubner's cousin called Clayton County Emergency Services. Upon their arrival, they found Ms. Tubner in extreme pain with her legs wedged in the hole in the floor. After some effort, a number of EMS personnel were able to lift Ms. Tubner, place her on a backboard and into an ambulance. Ms. Tubner was taken to the emergency department of WellStar Atlanta Medical Center.

## DAMAGES
### *WellStar Atlanta Medical Center*
Upon her arrival at the ER, Ms. Tubner explained that she fell through a hole in the floor and that since the fall she had been experiencing a headache, neck pain, back pain and tingling in her left leg. A series of x-rays and CT Scans were taken and Ms. Tubner was thoroughly examined by multiple doctors. As a result, Ms. Tubner was diagnosed with the following:
- Intervertebral disc displacement, thoracic region
- Spondylolisthesis, lumbosacral region
- Right foot pain
- Sprain of anterior talofibular ligament of right ankle, subsequent encounter
- Achilles tendinitis of right lower extremity
- Trauma

Ms. Tubner was released with the assistance of her family and instructed to follow-up with an orthopedic physician.

### *Spine Center & Affiliates*
After resting at home, Ms. Tubner made an appointment with an orthopedic surgeon. On August 10, 2022, Ms. Tubner presented to Spine Center & Affiliates. Ms. Tubner explained how the fall happened and that since the fall she had been experiencing neck pain, mid back pain, low back pain and bilateral shoulder pain. She was examined by Ryan Cedermark, FNP-C who recommended that Ms. Tubner have MRIs performed to determine the severity of the injuries. The MRIs revealed the following:

---

Pamela Tubner Demand Letter
DOI: July 22, 2022

### Lumbar MRI
1. L3-4 small broad-based left paracentral herniation producing mild left recess stenosis.
2. LS-S1 central annular tear with small to moderate broad-based herniation producing mild to moderate bilateral recess and moderate bilateral foraminal stenosis.

### Cervical MRI
1. C3-4: small central herniation mildly flattening the ventral cord without canal stenosis
2. C4-5 small broad-based right paracentral herniation producing mild to moderate right foraminal stenosis
3. C5-6 moderate broad-based right paracentral herniation producing mild to moderate to severe foraminal stenosis
4. C6-7 small central herniation without neural compression
5. Mild reversal of curvature which can be associated with muscle spasm
6. Mild cerebellar tonsillar ectopia.

### Right Shoulder MRI
1. Supraspinatus mild to moderate tendinosis/peri tendinitis with anterior insertion 5 mm x 5 mm bursal side low-grade partial tear.
2. Supraspinatus myotendinous junction 2 cm x 1 cm intrasubstance complex ganglion.
3. Mild biceps tenosynovitis.
4. Acromioclavicular joint moderate osteoarthritis with mild subacromial bursitis.

### Left Shoulder MRI
1. Supraspinatus moderate tendinosis/peri tendinitis with insertion 1.5 cm x 1.5 cm full thickness tear with mild retraction/muscle atrophy.
2. Infraspinatus mild tendinosis/peri tendinitis with anterior insertion 1 cm x 1 cm articular sided low-grade partial tear.
3. Acromioclavicular joint moderate osteoarthritis with mi d subacromial bursitis.

Ms. Tubner followed up for a review of the MRIs on 9/17/22. After discussing the MRI results with her, Zonra Sayani, MSN, FNP-C referred Ms. Tubner to physical therapy and to Brett Rosenberg, MD for a consultation on her shoulders. Ms. Tubner would engage in physical therapy from 9/30/22 through 11/4/22.

On 9/30/22, Ms. Tubner stated that she was experiencing severe lumbar pain radiating into her left leg as well as shoulder pain. Ms. Tubner also explained that she had been using a cane to walk and had been unable to stand upright for the past few days. Ms. Tubner was referred for an epidural injection.

Ms. Tubner was examined by Dr. Rosenberg on 10/3/22. In his notes, Dr. Rosenberg noted that the left shoulder MRI revealed a full-thickness rotator cuff tear and that the right shoulder revealed a partial thickness rotator cuff tear. As a result, Dr. Rosenberg opined that Ms. Tubner was a candidate for a left shoulder surgical repair. He also felt that if her shoulder did not respond to therapy, then Ms. Tubner was also a candidate for surgical repair of the right shoulder as well.

After physical therapy sessions, Ms. Tubner's right shoulder pain began to subside. However, she still had a lot of pain in her left shoulder. On 11/10/22, Dr. Rosenberg scheduled Ms. Tubner for left shoulder surgery.

On December 14, 2022, Ms. Tubner underwent the following surgeries:

Pamela Tubner Demand Letter
DOI: July 22, 2022

- Left shoulder diagnostic arthroscopy
- Debridement of labrum
- Rotator cuff and anterior capsule
- Synovectomy
- Subacromial decompression
- Rotator cuff repair

A full description of the surgery is included in the medical records that have been provided with this demand. After the surgery, Ms. Tubner was placed in a sling and instructed not to have any overhead activities for four weeks.

After engaging in physical therapy for her shoulder, Ms. Tubner complained about severe pain and cramping in the bicep area. Dr. Rosenberg gave Ms. Tubner an injection and recommended further physical therapy.

To date, Ms. Tubner continues to participate in physical therapy for both shoulders as well as for the pain in her neck and low back. She is unsure as to whether surgical intervention will be required for these injuries as well. However, as a result of the negligence of your insured. Ms. Tubner has incurred medical damages in the amount of **$206,566.83** as detailed below:

| Provider | Total |
|---|---|
| Clayton County EMS[1] | $TBD |
| Atlanta Medical Center | $59,207.70 |
| South Fulton ER Physicians | $1,400.00 |
| Spine Center & Affiliates | $145,959.13 |
| Future Medical Treatment | $TBD |
| Pain and Suffering | $TBD |
| **Total** | **$206,566.83** |

## DEMAND

We have been authorized to extend a demand of the policy limits to settle all claims against your insured on behalf of Pamela Tubner. This demand is being made in an effort to resolve the claim of my client and to avoid exposing your insured to personal liability for damages that may exceed the policy limits available in this case. We are making this offer of settlement on behalf of our client to allow you to make a full and comprehensive evaluation of the facts and circumstances underlying this claim.

As you are surely aware, it would be within the rights of your insured to urge you to tender the amount set forth in the demand in this case, which would avoid exposing your insured to personal liability for the damages that will be sought in this matter. Should you choose to dishonor this reasonable request to resolve this matter within your policy limits, we will be forced by your actions to try the pending case against your insured to ensure the rights of my client. We hope that your insured will insist that you settle this claim for the demand amount immediately, so that he will not have to suffer the ordeal of being forced to continue as a defendant in a lawsuit. We request that you provide your insured with an extra copy of this letter for use and review by it and any personal attorney that they might retain Nothing contained herein is intended to suggest that you would not do any of the above, but it is expressly stated on behalf of my client and to fulfill my

---

[1] Billing statement has been requested and will be provided upon receipt.

Pamela Tubner Demand Letter
DOI: July 22, 2022

---

duties towards her in this claim should these things ever be required in the event of any excess verdict, however likely that event might be. We are ready to discuss any of the above personally with you at any time should you contact us.

This letter is for pre-suit purposes only and is a letter to compromise. This letter is expressly being written for use by your insured or the undersigned as evidence in direct action your insured following judgment in this case. Further, in the event this offer is not accepted by February 27, 2023 and a judgment is obtained in an amount not less than the demand, we will assert our claim to interest at the legal rate of 12 percent per annum from the 13th day following the mailing of this notice until the date of judgment. This demand is being submitted, in part, pursuant to the Unliquidated Damages Interest Act, O.C.G.A. § 51-12-14.

Note that by providing medical documentation of this claim our client is not waiving any physician-patient privilege. I am enclosing an additional copy of this package with instructions that you forward the information to your insured.

I look forward to hearing from you. If you have any questions please do not hesitate to call.

       Very truly yours,

       /s/ Joseph F. Kuveikis
       Joseph F. Kuveikis, Esq.



Statement Date: 9/28/2022
Guarantor Name: Pamela Tubner
Medical Record Number: 561967471
Payor Plan: PSHP HIE - AMBETTER /PSHP HIE

Interested in staying well? Get the latest health tips, news, and more on our new health information website at www.wellstar.org

**GUARANTOR INFORMATION:**
Pamela Tubner
639 GARDEN WALK BLVD APT 2225
ATLANTA, GA 30349-6667

## This is not a bill. This is an itemization of your services for:

| | | | |
|---|---|---|---|
| Patient Name: | Pamela Tubner | Admission Date: | 07/29/22 |
| Account ID: | 91001736288 | Discharge Date: | 07/30/22 |
| Guarantor ID: | 1032990 | Location: | WS Atlanta Medical Center Hospital |

Current Account Charges: 59,207.70

### Hospital Charges

| Rev Code | Service Date | Description | Qty | Amount |
|---|---|---|---|---|
| 0121 | 07/30/2022 | HC MED/SURG/GYN | 1 | 2,409.00 |
| 0250 | 07/29/2022 | SODIUM CHLORIDE (NS) 0.9 % SYRINGE SYRG | 1 | 19.60 |
| 0250 | 07/29/2022 | SODIUM CHLORIDE (NS) 0.9 % SYRINGE SYRG | 1 | 19.60 |
| 0250 | 07/29/2022 | SODIUM CHLORIDE (NS) 0.9 % SYRINGE SYRG | 1 | 19.60 |
| 0250 | 07/30/2022 | DOCUSATE SODIUM 100 MG CAP | 1 | 0.60 |
| 0250 | 07/30/2022 | FAMOTIDINE (PF) 10 MG/ML SOLN | 1 | 19.60 |
| 0250 | 07/30/2022 | PREGABALIN 75 MG CAP | 1 | 12.50 |
| 0250 | 07/30/2022 | PREGABALIN 75 MG CAP | 1 | 12.50 |
| 0250 | 07/30/2022 | PREGABALIN 75 MG CAP | 1 | 12.50 |
| 0250 | 07/30/2022 | SODIUM CHLORIDE (NS) 0.9 % SYRINGE SYRG | 1 | 19.60 |
| 0250 | 07/30/2022 | SODIUM CHLORIDE (NS) 0.9 % SYRINGE SYRG | 1 | 19.60 |
| 0250 | 07/30/2022 | TRAMADOL 50 MG TAB | 2 | 12.60 |
| 0300 | 07/29/2022 | HC ANTIBODY SCREEN | 1 | 478.00 |
| 0300 | 07/29/2022 | HC ANTICOAGULATION TEST | 1 | 88.00 |
| 0300 | 07/29/2022 | HC ASSAY OF LACTIC ACID | 1 | 333.00 |
| 0300 | 07/29/2022 | HC BLOOD GROUP | 1 | 191.00 |



**Mail Processing Center**
PO Box 3475 Toledo, OH 43607-0475

| Rev Code | Service Date | Description | Qty | Amount |
|---|---|---|---|---|
| 0300 | 07/29/2022 | HC CBC WITH DIFFERENTIAL | 1 | 252.00 |
| 0300 | 07/29/2022 | HC COMPREHENSIVE METABOLIC PANEL | 1 | 439.00 |
| 0300 | 07/29/2022 | HC DRUG SCREEN QUANTALCOHOLS | 1 | 329.00 |
| 0300 | 07/29/2022 | HC FIBRIN DEGRADATION SPLIT PRODUCTS AGGLUTINATION SLIDE SEMIQUAN | 1 | 278.00 |
| 0300 | 07/29/2022 | HC FIBRINOLYSINS OR COAGULOPATHY SCREEN, INTERPRETATION AND REPORT | 1 | 243.00 |
| 0300 | 07/29/2022 | HC GONADOTROPIN CHORIONIC QUANTITATIVE | 1 | 407.00 |
| 0300 | 07/29/2022 | HC PLATELET AGGREGATION IN VITRO EACH AGENT | 1 | 356.00 |
| 0300 | 07/29/2022 | HC PROTHROMBIN TIME | 1 | 163.00 |
| 0300 | 07/29/2022 | HC RH TYPE | 1 | 152.00 |
| 0300 | 07/30/2022 | HC ASSAY OF MAGNESIUM | 1 | 187.00 |
| 0300 | 07/30/2022 | HC ASSAY OF PHOSPHORUS INORGANIC | 1 | 124.00 |
| 0300 | 07/30/2022 | HC BASIC METABOLIC PANEL CALCIUM TOTAL | 1 | 374.00 |
| 0300 | 07/30/2022 | HC CBC W/O DIFFERENTIAL | 1 | 200.00 |
| 0300 | 07/30/2022 | HC COVID-19 N-CDC HIGH THROUGHPUT TESTS | 1 | 480.00 |
| 0300 | 07/30/2022 | HC COVID-19 N-CDC HIGH THROUGHPUT TESTS ADD-ON | 1 | 114.00 |
| 0300 | 07/30/2022 | HC DRUG TEST PRSMV CHEM ANLYZR | 1 | 329.00 |
| 0320 | 07/29/2022 | HC XR CHEST 1VW | 1 | 648.00 |
| 0320 | 07/29/2022 | HC XR KNEE 3VW | 1 | 692.00 |
| 0320 | 07/29/2022 | HC XR PELVIS 1-2VW | 1 | 622.00 |
| 0320 | 07/29/2022 | HC XR TIB+FIB 2VW | 1 | 612.00 |
| 0350 | 07/29/2022 | HC CT ABDOMEN & PELVIS W/O CONTRAST | 1 | 6,003.00 |
| 0350 | 07/29/2022 | HC CT CERVICAL SPINE W/O CONTRAST | 1 | 4,314.00 |
| 0350 | 07/29/2022 | HC CT HEAD OR BRAIN W/O CONTRAST | 1 | 3,829.00 |
| 0350 | 07/29/2022 | HC CT LUMBAR SPINE W/O CONTRAST | 1 | 4,347.00 |
| 0350 | 07/29/2022 | HC CT THORACIC SPINE W/O CONTRAST | 1 | 4,257.00 |
| 0350 | 07/29/2022 | HC CT THORAX W/O CONTRAST DIAGNOSTIC | 1 | 4,158.00 |
| 0420 | 07/30/2022 | HC GAIT TRAINING EA 15 MIN PHYSICAL THERAPY | 1 | 213.00 |
| 0420 | 07/30/2022 | HC PT EVAL HIGH COMPLEX 45 MIN | 1 | 350.00 |
| 0420 | 07/30/2022 | HC THERAPEUTIC ACTIVITIES EA 15 MIN PHYSICAL THERAPY | 1 | 201.00 |
| 0430 | 07/30/2022 | HC OT EVAL HIGH COMPLEX 60 MIN | 1 | 391.00 |
| 0430 | 07/30/2022 | HC SELFCARE/HOME MGMT TRNG EA 15 MIN OCCUPATIONAL THERAPY | 1 | 214.00 |
| 0450 | 07/29/2022 | HC ER SERVICE LEVEL V | 1 | 3,089.00 |
| 0450 | 07/29/2022 | HC IV INJ EA ADD SEQ SAME DRUG | 2 | 644.00 |
| 0450 | 07/29/2022 | HC IV INJ EA NEW MED | 3 | 966.00 |
| 0450 | 07/29/2022 | HC IV INJ INITIAL | 1 | 786.00 |
| 0612 | 07/29/2022 | HC MRI CERVICAL SPINE W/O CONTRAST | 1 | 4,514.00 |
| 0612 | 07/29/2022 | HC MRI LUMBAR SPINE W/O CONTRAST | 1 | 4,553.00 |
| 0612 | 07/29/2022 | HC MRI THORACIC SPINE W/O CONTRAST | 1 | 4,519.00 |
| 0636 | 07/29/2022 | ACETAMINOPHEN 10 MG/ML SOLN | 100 | 179.40 |



**Wellstar** HEALTH SYSTEM

**Mail Processing Center**
PO Box 3475 Toledo, OH 43607-0475

| Rev Code | Service Date | Description | Qty | Amount |
|---|---|---|---|---|
| 0636 | 07/29/2022 | KETOROLAC TROMETHAMINE PER 15 MG | 2 | 19.60 |
| 0636 | 07/29/2022 | MORPHINE 4 MG/ML SOLN | 1 | 21.40 |
| 0636 | 07/29/2022 | MORPHINE PER 10 MG | 1 | 54.60 |
| 0636 | 07/29/2022 | MORPHINE PER 10 MG | 1 | 54.60 |
| 0636 | 07/29/2022 | ONDANSETRON (PF) 4 MG/2 ML SOLN | 4 | 19.60 |
| 0636 | 07/30/2022 | ACETAMINOPHEN 10 MG/ML SOLN | 100 | 179.40 |
| 0636 | 07/30/2022 | ACETAMINOPHEN 10 MG/ML SOLN | 100 | 179.40 |
| 0636 | 07/30/2022 | ACETAMINOPHEN 10 MG/ML SOLN | 100 | 179.40 |
| 0636 | 07/30/2022 | LACATED RINGERS PER 1000 ML | 1 | 53.70 |
| 0636 | 07/30/2022 | METHOCARBAMOL PER 10 ML | 1 | 76.90 |
| 0636 | 07/30/2022 | METHOCARBAMOL PER 10 ML | 1 | 76.90 |
| 0636 | 07/30/2022 | METHOCARBAMOL PER 10 ML | 1 | 76.90 |
| 0636 | 07/30/2022 | ONDANSETRON (PF) 4 MG/2 ML SOLN | 4 | 19.60 |

**Total hospital charges:** 59,207.70



**Mail Processing Center**
PO Box 3475 Toledo, OH 43607-0475

Please contact us at 470-245-9998 if you have questions regarding this document.
Office hours: 8 AM to 8 PM Mon-Thurs; 8 AM to 5:00 PM on Fri

Page 3

**SOUTH FULTON EMERGENCY PHYSICIANS, LLC**

*printed 09/28/2022 08:57 AM*

SOUTH FULTON EMERGENCY
PHYSICIANS LLC
PO BOX 22084
BELFAST, ME 04915-4117
*billing phone: (877) 308-6738*

| GUARANTOR NAME AND ADDRESS | PATIENT # | PATIENT NAME |
|---|---|---|
| PAMELA TUBNER<br>639 GARDEN WALK BLVD APT 2225<br>ATLANTA, GA 30349-6667 | 6982328 | PAMELA TUBNER |

| DOB | HOME TELEPHONE |
|---|---|
| 08/16/1975 | (678)471-3817 |

## Billing Summary

| Claim ID | Procedure | Date of Service | Post Date | Type | Reason | Plan | Supervising Provider | Ins. 1 | Ins. 2 | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim ID 16889506** | | | | | | | | | | |
| 16889506 | 70450 | 07/29/2022 | 09/28/2022 | CHARGE | 70450 | ATTORNEY ON RECORD (MOVED-BILLED) | BENJAMIN BANAPOOR | $0.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 16889506 | 71250 | 07/29/2022 | 09/28/2022 | CHARGE | 71250 | ATTORNEY ON RECORD (MOVED-BILLED) | BENJAMIN BANAPOOR | $0.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 16889506 | 72125 | 07/29/2022 | 09/28/2022 | CHARGE | 72125 | ATTORNEY ON RECORD (MOVED-BILLED) | BENJAMIN BANAPOOR | $0.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 16889506 | 72128 | 07/29/2022 | 09/28/2022 | CHARGE | 72128 | ATTORNEY ON RECORD (MOVED-BILLED) | BENJAMIN BANAPOOR | $0.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 16889506 | 72131 | 07/29/2022 | 09/28/2022 | CHARGE | 72131 | ATTORNEY ON RECORD (MOVED-BILLED) | BENJAMIN BANAPOOR | $0.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 16889506 | 72141 | 07/29/2022 | 09/28/2022 | CHARGE | 72141 | ATTORNEY ON RECORD (MOVED-BILLED) | BENJAMIN BANAPOOR | $0.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 16889506 | 72146 | 07/29/2022 | 09/28/2022 | CHARGE | 72146 | ATTORNEY ON RECORD (MOVED-BILLED) | BENJAMIN BANAPOOR | $0.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 16889506 | 72148 | 07/29/2022 | 09/28/2022 | CHARGE | 72148 | ATTORNEY ON RECORD (MOVED-BILLED) | BENJAMIN BANAPOOR | $0.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 16889506 | 74176 | 07/29/2022 | 09/28/2022 | CHARGE | 74176 | ATTORNEY ON RECORD (MOVED-BILLED) | BENJAMIN BANAPOOR | $0.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 16889506 | 99285 | 07/29/2022 | 09/28/2022 | CHARGE | 99285 | ATTORNEY ON RECORD (MOVED-BILLED) | BENJAMIN BANAPOOR | $1,400.00 | | |

| 16889506 | 99285 | 07/29/2022 | 09/28/2022 | PAYMENT | CHECK 0909417782 | CENTENE - AMBETTER-GA - PEACH STATE HEALTH PLAN (HMO) | BENJAMIN BANAPOOR | $-76.02 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | OUTSTANDING | $1,323.98 | $0.00 | $0.00 |
| | | | | | | **TOTAL CHARGE OUTSTANDING AS OF 09/28/2022** | | **$1,323.98** | **$0.00** | **$0.00** |

