**From:** Mulligan, Michele <Michele.Mulligan@kinsaleins.com>
**Sent:** Friday, April 14, 2023 5:05 PM
**To:** Kenneth Fekete <kfekete@azarandcompany.com>; director@haccga.com
**Cc:** Hutson, Brittanie <Brittanie.Hutson@mcgriff.com>; Baggett, Joe <JBaggett@mcgriff.com>; John Azar <jazar@azarandcompany.com>; ken@kenbrownlaw.com
**Subject:** KIC #30302 - RE: Emailing: Court Papers for HACC FHC

Thanks for forwarding this. This matter has been reassigned to me.

Upon review of the Complaint, I don't believe there will be coverage for the case. Unfortunately I believe the water related injury and the failure to maintain exclusions will come into play to preclude coverage. A formal letter will be forthcoming but in the meantime I suggest the Housing Authority consult with counsel at their own expense to protect their interests.

Please let me know if you have questions.

**Michele A. Mulligan – Claims Counsel**

(804) 206-2233 office | (804) 673-5697 fax
Michele.Mulligan@kinsaleins.com | kinsaleins.com

Kinsale Insurance Company
2035 Maywill Street, Suite 100
Richmond, VA 23230



This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 19 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and the disclosure to anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Please check for any defects or viruses before opening or using any attachments. There is no warranty that this e-mail is virus free or without error. No Kinsale Company is liable if an attachment is altered without its written consent. Thank you.

---

**From:** Kenneth Fekete <kfekete@azarandcompany.com>
**Sent:** Thursday, April 13, 2023 8:55 AM
**To:** McKnight, Ashley <Ashley.McKnight@kinsaleins.com>
**Cc:** Hutson, Brittanie <Brittanie.Hutson@mcgriff.com>; Baggett, Joe <JBaggett@mcgriff.com>; John Azar <jazar@azarandcompany.com>; ken@kenbrownlaw.com
**Subject:** Fw: Emailing: Court Papers for HACC FHC

**Notice:** *This email is from an external sender. Please use caution when clicking links or opening attachments.*

Good Morning, Ashley.

I just wanted to confirm that you did received my email below and the attached document.

Please advise.

Thanks,

Ken



**Ken Fekete**

**Associate Broker**

**Azar and Company**

**1695 Virginia Avenue**

**College Park, GA 30337**

**Ph: (404) 763-0002**

**Fax: (404) 763-0161**

**From:** Kenneth Fekete <kfekete@azarandcompany.com>
**Sent:** Monday, April 3, 2023 9:12 AM
**To:** McKnight, Ashley <Ashley.McKnight@kinsaleins.com>
**Cc:** Hutson, Brittanie <Brittanie.Hutson@mcgriff.com>; Baggett, Joe <JBaggett@mcgriff.com>; ken@kenbrownlaw.com <ken@kenbrownlaw.com>; John Azar <jazar@azarandcompany.com>
**Subject:** Fw: Emailing: Court Papers for HACC FHC

Good Morning, Ashley.

The Housing Authority of Clayton County Facilities Holding Company, LLC was served with the attached papers.

Please be sure to include our attorney, Ken Brown (copied on this email), on any correspondence.

Regards,

Ken



**Ken Fekete**

**Associate Broker**

**Azar and Company**

**1695 Virginia Avenue**

**College Park, GA 30337**

**Ph: (404) 763-0002**

**Fax: (404) 763-0161**

This email is from an external Sender. Please use caution when clicking links or opening attachments.
.