# KINSALE INSURANCE

May 02, 2023

Sent Via
    Certified Mail - Return Receipt Requested
    Regular Mail
    Email: director@haccga.com

The Housing Authority of Clayton County Facilities Holding Company LLC
Attention: dba Premier Garden Apartments
732 Main Street
Forest Park, GA 30297

| | |
|---|---|
| **Re:** | **Disclaimer of Coverage** |
| **Insured:** | The Housing Authority of Clayton County Facilities Holding Company LLC |
| **Claimant:** | Pamela Tubner |
| **File No.:** | 00030302 |

Dear Sir or Madam:

This is to acknowledge receipt of the Complaint the above matter by Kinsale Insurance Company ("Kinsale") via email from Ken Fekete of Azar and Company on April 3, 2023. This correspondence is subsequent to, and amends Kinsale's Acknowledgment of Claim and Reservation of Rights dated September 6, 2022.

For the reasons discussed below, Kinsale must advise you the Commercial General Liability Policy issued to The Housing Authority of Clayton County Facilities Holding Company LLC dba Premier Garden Apartments ("Premier") affords no coverage for this matter. If you have not already done so, we recommend that you discuss this matter with an attorney, at your own expense, to protect Premier's interests and place any other carrier(s) who may provide coverage for this matter on notice.

## THE COMPLAINT

The Complaint alleges that on or about July 29, 2022, Pamela Tubner was severely injured when she fell through the floor of her apartment at Premier at 639 Garden Walk Blvd., Unit 2225, College Park, GA 30349 (the "Unit"). Ms. Tubner exited the bedroom of the Unit and walked into the hallway when, without warning, the floor below her feet caved in and she fell into a hole caused by rotten plywood beneath her carpet. The Complaint asserts that Premier had actual and constructive knowledge of the defective air conditioner and wet floor in the Unit and negligently failed to repair the problem. Ms. Tubner alleges Premier breached its duty by failing to keep the Unit safe, and that Premier negligently maintained, inspected and managed the Unit. Ms. Tubner seeks compensatory damages for personal injuries, pain and suffering, lost wages, medical expenses; punitive damages for Premier's willful and wanton conduct; and attorney's fees and costs.

The Housing Authority of Clayton County Facilities Holding Company LLC
May 02, 2023
Page **2** of **8**

Our prior investigation in this matter revealed that on Friday, July 29, 2022, around 1:15 pm the Claimant notified Premier's office that she had been injured when she fell through a hole in the floor of her Unit. Premier advised that upon arrival at the Unit the Claimant was receiving medical attention by EMTs and was later transported out of the Unit by EMT. Premier further advises that there was a hole in the Unit floor located outside of the master bedroom doorway in the corner of the hallway.

**KINSALE POLICY**

Kinsale issued the Commercial General Liability Policy to Premier as the Named Insured bearing Policy number 0100153739-0, with coverage effective from June 15, 2022, to June 15, 2023 (the "Policy"). The Policy contains limits of insurance of $1 million per occurrence and $2 million in the aggregate, with a per occurrence deductible of $5,000 which applies to both loss and expense payments.[1]

In pertinent part, the Policy consists of Form CG 00 01 04 13, which includes the following provisions:

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

  a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

---

[1] Pursuant to Policy Form CAS 3009 0110 Exclusion – Medical Payments, Section I – Coverages, Coverage C. Medical Payments and all references thereto are deleted in their entirety and not replaced.

      **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of insurance; And

      **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.** No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

   **b.** This insurance applies to "bodily injury" and "property damage" only if:

      **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

      **(3)** Prior to the policy period, no insured listed under Paragraph **1.** Of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

                                          **\* \* \***

**SECTION V – DEFINITIONS**

                                            **\* \* \***

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

                                            **\* \* \***

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

                                            **\* \* \***

The Policy also contains certain endorsements that modify the Policy. Notably, Policy Form CAS3086 1121, Exclusion – Water Related Bodily Injury and Property Damage, states:

                **THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

                **EXCLUSION - WATER RELATED BODILY INJURY AND PROPERTY DAMAGE**

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**

The Housing Authority of Clayton County Facilities Holding Company LLC
May 02, 2023
Page **4** of **8**

The following exclusion is added to this policy:

This insurance does not apply to any claim or "suit" for "bodily injury" or "property damage" arising directly or indirectly out of, related to, or, in any way involving:

> **(1)** Any discharge or leakage, backup, or overflow from any sewer, drain, water system, sump pump, plumbing system, heating or air conditioning unit or system, appliance or automatic sprinkler system;
> **(2)** Any rain, snow, or other precipitation or water that enters any building interior through a defective or damaged roof, leader, spouting, door, window, skylight, transom, vent, gutter, drain, or wall;
> **(3)** Any actual or alleged failure to maintain a water heater or boiler including, without limitation, failure to maintain the temperature control of a water heater or boiler; or
> **(4)** Any actual or alleged failure to supply water or contamination of water including, without limitation, any consequential loss or damage as a result thereof.

* * *

Your attention is next directed to Policy Form CAS3103 0718, Exclusion – Eviction and Failure to Maintain. This endorsement modifies insurance provided under the following:

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXCLUSIONS- EVICTION AND FAILURE TO MAINTAIN

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**

**A.** The following exclusions are added to this policy:

This insurance does not apply to any claim or "suit" for "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of, related to, or, in any way involving:

1. Violation of any law, local order or directive involving any duty to:
   a. Maintain any room, dwelling or premises in a safe, sanitary, healthy, habitable or tenantable condition; or
   b. Restore any room, dwelling or premises to a safe, sanitary, healthy, habitable or tenantable condition.
2. Any failure to respond to or comply with any federal, state, municipal or local order or directive to correct conditions at or near any room, dwelling or premises in violation of any federal, state, municipal or local statute, ordinance, rule, order or regulation.
3. Breach of any lease, rental agreement, contract, warranty or covenant, whether written or oral, involving any duty to maintain any room, dwelling or premises in a safe, sanitary, healthy, habitable or tenantable condition.

4. Violation of:
    a. Any Housing and Urban Development laws, ordinances or statutes;
    b. Any rent stabilization laws or ordinances;
    c. Any federal, state or local government subsidized program rules or regulations; or
    d. Any administrative rules or regulations pertaining to a. through c. above, including but not limited to those promulgated by local authorities.
5. Violation of:
    a. The California Civil Code Section 1941-1941.1 inclusive;
    b. The California Civil Code Section 1942.4 inclusive;
    c. The California Health and Safety Code Section 17920-17928 inclusive;
    d. The California Mobile Home Residency Law (California Civil Code Sections 798 through 799.5 inclusive);
    e. The California Mobile Home Parks Act (California Health & Safety Code Sections 18200 through 18700, inclusive); or
    f. Any administrative rules or regulations pertaining to a. through e. above, including but not limited to those promulgated by local authorities.
6. The wrongful eviction from, wrongful entry into, or invasion of private right of occupancy of a room, dwelling or premises, either actual or constructive, arising in whole or in part or in any way involving items 1. through 5. above.

**B.** The exclusions set forth in this endorsement shall apply:
   a. Whether the insured may be liable as an owner, landlord, tenant, operator or property manager or in any other capacity; and
   b. To any obligation to pay any attorneys' fees or costs, or share damages with, indemnify or repay someone else who must pay damages because of "bodily injury", "property damage" or "personal and advertising injury" arising out of items 1. through 6. above; and
   c. To the negligent hiring, employment, training, monitoring, supervision, or retention of any employee or agent of any insured with respect to items 1. through 6. above.

\* \* \*

Finally, please see Policy Form CAS3043 0621 – Additional Policy Exclusions, which states in relevant part as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL POLICY EXCLUSIONS

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE**
**LIQUOR LIABILITY COVERAGE**

The following exclusions are added to this Policy:

\* \* \*

**DUTY TO DEFEND EXCLUSION**

Where there is no coverage under this Policy, there is no duty to defend.

\* \* \*

### DISCLAIMER

Please be advised that Kinsale is disclaiming coverage for this matter. The Policy's Insuring Agreement for Coverage A Bodily Injury and Property Damage Liability states we will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

The Policy contains endorsements which bar coverage for this matter. Please see Policy Form CAS3086 1121, Exclusion – Water Related Bodily Injury and Property Damage, states in pertinent part that this insurance does not apply to any claim or "suit" for "bodily injury" arising directly or indirectly out of, or in any way involving any discharge or leakage, backup, or overflow from any sewer, drain, water system, sump pump, plumbing system, heating or air conditioning unit or system, appliance or automatic sprinkler system.

The Complaint alleges that on or about July 29, 2022, Ms. Tubner was severely injured when she fell through the floor of Unit.  Ms. Tubner exited the bedroom of the Unit and walked into the hallway when, without warning, the floor below her feet caved in and she fell into a hole caused by rotten plywood beneath her carpet. The Complaint asserts that Premier had actual and constructive knowledge of the defective air conditioner and wet floor in the Unit and negligently failed to repair the problem. Ms. Tubner alleges Premier breached its duty by failing to keep the Unit safe, and that Premier negligently maintained, inspected and managed the Unit. Therefore, this matter involves "bodily injury" arising directly or indirectly out of discharge or leakage, backup, or overflow from any heating or air conditioning unit or system, and thus Kinsale disclaims coverage accordingly.

Next, your attention is directed to Policy Form CAS3103 0718 titled Exclusion - Eviction and Failure to Maintain states this insurance does not apply to any claim or "suit" for "bodily injury" arising out of, related to, which provides in pertinent part that this insurance does not apply to any claim or "suit" for "bodily injury" arising out of, or in any way involving violation of any law, local order or directive, warranty or covenant whether written or oral, involving any duty to maintain or restore any premises in or to a safe condition.

Again, the Complaint alleges that on or about July 29, 2022, Ms. Tubner was severely injured when she fell through the floor of Unit.  Ms. Tubner exited the bedroom of the Unit and walked into the hallway when, without warning, the floor below her feet caved in and she fell into a hole caused by rotten plywood beneath her carpet. The Complaint asserts that Premier had actual and constructive knowledge of the defective air conditioner and wet floor in the Unit and negligently failed to repair the problem.

The Housing Authority of Clayton County Facilities Holding Company LLC
May 02, 2023
Page **7** of **8**

Ms. Tubner alleges Premier breached its duty by failing to keep the Unit safe, and that Premier negligently maintained, inspected and managed the Unit. This Complaint asserts an alleged violation of a duty to maintain or restore any premises in or to a safe condition, and therefore Kinsale disclaims coverage pursuant to the Policy Form CAS3103 0718 titled Exclusion - Eviction and Failure to Maintain.

Finally, Policy Form CAS3043 0621 titled Additional Policy Exclusions contains the Duty to Defend Exclusion. This exclusion states, where there is no coverage under the Policy, there is no duty to defend. Based on the foregoing, there exists no potential for coverage under the Policy, therefore Kinsale has no duty to defend you in this loss. It is recommended that you speak with an attorney at your own expense to protect Premier's interests.

There may be other endorsements applicable to this matter that restrict coverage under the Policy which are not included in this letter. In accordance with the above referenced Policy provisions and any others not cited that may apply, we must respectfully disclaim coverage to you for the above captioned matter.

### **RIGHT TO AMEND**

Kinsale's decision to deny coverage is based on the facts alleged in the Complaint to date. We reserve the right to review and/or consider any additional facts, claims, lawsuits or amendments to this claim and to make a separate determination with regard to indemnification and defense. To that end, should you be served with any other claims, demands or complaints in this matter, please forward a copy of the same to me and we will conduct an additional investigation and promptly provide you with an independent determination of coverage.

Nothing in this letter should be construed as a waiver or surrender of the terms, limitations, exclusions, conditions, or agreements under the Policy. Nor should this letter be considered an exhaustive recitation of all potential coverage issues or provisions of the Policy that might apply. Our decision to deny coverage is based on the information available to us at this time. Kinsale specifically reserves the right to amend this letter. By this disclaimer, Kinsale does not waive any of its rights nor does it waive any of the terms, conditions, or provisions of the Policy. Kinsale specifically reserves all its rights and remedies under the Policy as well as under statutes and common law.

While we regret this matter does not fall within coverage under your Policy, it is our intent to provide coverage which is available. If any of the information summarized in this letter is incorrect or if you have additional information you would like us to consider, please immediately forward it to my attention so we can reconsider our position. I may be reached by phone at (804) 206-2233 or by e-mail at michele.mulligan@kinsaleins.com.

Sincerely,

Michele A. Mulligan
Claims Counsel
Kinsale Insurance Company

The Housing Authority of Clayton County Facilities Holding Company LLC
May 02, 2023
Page **8** of **8**

**Applicable in Georgia**

Any person who knowingly, and with intent to defraud any insurance company, files a statement of claim containing any false, incomplete or misleading information may be subject to criminal penalties.

CC:    CRC Commercial Solutions - Norcross, GA
Attention: Lindsay Foreman
Sent via email: LForeman@CRCGroup.com

Ken Brown, Esq.
Sent via email: ken@kenbrownlaw.com

Azar and Company
Attention: Ken Fekete
Sent via email: kfekete@azarandcompany.com