AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia ▼

State Farm Mutual Automobile Insurance Company
as subrogee of Patsy Dixon (Our file 952-5603)
)
)
)
)
)
*Plaintiff(s)*
)
v.
)   Civil Action No.
UNITED STATES OF AMERICA
)
)
)
)
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UNITED STATES OF AMERICA
Attorney General
U S Dept of Justice
952 Pennsylvania Ave NW
Washington DC  20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ronald W. Parnell
P O Box 81085
Conyers, GA  30013
phone: 770-929-8585
rwp@rwpsubro.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: _____                                     _____
                                                          *Signature of Clerk or Deputy Clerk*