# EXHIBIT A

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| KCL RESOLUTIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.),<br><br>      Defendant. | Civil Action File<br>No. 23EV003280 |

## NOTICE OF FILING NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN that Defendant Wells Fargo Bank, National Association (Inc.) ("Wells Fargo") filed a Notice of Removal with the Clerk for the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing this action from the State Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, on July 6, 2023.

A copy of Wells Fargo's Notice of Removal is attached hereto as Exhibit A.

This 6th day of July, 2023.

                                          **BURR & FORMAN LLP**

                                          */s/ Grace B. Callanan*
                                          Grace B. Callanan
                                          Georgia Bar No. 909597

171 17th Street NW                      gcallanan@burr.com
Suite 1100                                         COUNSEL FOR WELLS FARGO BANK,
Atlanta, Georgia 30363                 NATIONAL ASSOCIATION (INC.)
 Telephone:   (404) 815-3000
 Facsimile:   (404) 817-3244

51119136 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF FILING NOTICE OF REMOVAL was served by U.S. Mail, postage prepaid, on the following:

Kasey Libby
1579 Monroe Dr. NE, F-315
Atlanta, Georgia 30309

This 6th day of July, 2023.

**BURR & FORMAN LLP**

*/s/ Grace B. Callanan*
Grace B. Callanan
Georgia Bar No. 909597
gcallanan@burr.com
COUNSEL FOR WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.)

171 17th Street NW
Suite 1100
Atlanta, Georgia 30363
Telephone:   (404) 815-3000
Facsimile:    (404) 817-3244

51119136 v1

2