**EXHIBIT 2:** INFRINGEMENT #1

URL:
https://www.facebook.com/according2hiphop2/photos/a.1225507680843246/3637995576261099/?type=3

