

# IN THE STATE COURT OF DEKALB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| STEPHEN BURSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION FILE NO.:** |
| V. ) | **23A02578** |
| ) | |
| TRAVELERS HOME AND ) | |
| MARINE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

To: Debra DeBerry
Clerk, Superior Court of DeKalb County
556 N. McDonough Street, #1100
Decatur, GA 30030

Carson L. Jeffries
Carter Jeffries, LLC
47 Perimeter Center East, Suite 350
Atlanta, GA 30346
cjeffries@moldfirm.com

You are hereby notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of Stephen Burson v. Travelers Home & Marine Insurance Company, Civil Action No. 23A02578, in the Superior Court of DeKalb County, in accordance with the provisions of Section 1331, Title 28 of the United States Code. A copy of said Notice filed is attached hereto.

Respectfully submitted this 6th day of July, 2023.

CHARTWELL LAW, LLP

*/ s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

1

2

|  |  |
|---|---|
| 3200 Cobb Galleria Pkwy.<br>Bldg. 200, Ste. 250<br>Atlanta, GA 30339<br>Direct (470) 660-8737<br>Main (404) 410-1151<br>Fax (850) 668-7972<br>kkarabinos@chartwelllaw.com<br>kkelly@chartwelllaw.com | */s/ Kevin P. Kelly*<br>Kevin P. Kelly<br>Georgia Bar No. 475246<br><br>*Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and forgoing **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** upon all parties to this matter by utilizing the Court's e-filing system, which will automatically remit a copy of the within and foregoing to counsel of record as follows:

**Carson L. Jeffries**
**CARTER JEFFRIES, LLC**
**47 Perimeter Center East, Suite 350**
**Atlanta, GA 30346**
**cjeffries@moldfirm.com**

This 6th day of July, 2023.

CHARTWELL LAW, LLP

*/ s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*Counsel for Defendant*

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
Direct (470) 660-8737
Main (404) 410-1151
Fax (850) 668-7972
kkarabinos@chartwelllaw.com

3