# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STEPHEN BURSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION FILE NO.:** |
| v. ) | _____ |
| ) | |
| TRAVELERS HOME & MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1.

Pursuant to Local Rule 3.3, Defendant, by and through counsel, certifies that the following is a full and complete list of all parties in this action:

**Plaintiff:** Stephen Burson

**Defendant:** Travelers Home & Marine Insurance Company

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent

1

corporation) having either a financial interest in or interest which could be substantially affected by the outcome of this particular case:

**Plaintiff:** Stephen Burson

**Defendant: Travelers Home & Marine Insurance Company is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiff:**

    Carson L. Jeffries
    Carter Jeffries, LLC
    47 Perimeter Center East, Suite 350
    Atlanta, GA 30346
    cjeffries@moldfirm.com

**Counsel for Travelers:**

    Karen K. Karabinos
    Kevin P. Kelly
    Chartwell Law, LLP
    3200 Cobb Galleria Pkwy.
    Bldg. 200, Ste. 250
    Atlanta, GA 30339
    kkarabinos@chartwelllaw.com
    kkelly@chartwelllaw.com

Served this 6th day of July, 2023.

                                                                                                   CHARTWELL LAW, LLP

                                                                                                   */ s/ Karen K. Karabinos*
                                                                                                   Karen K. Karabinos
                                                                                                   Georgia Bar No. 423906

                                                                                                   */s/ Kevin P. Kelly*
                                                                                                   Kevin P. Kelly
                                                                                                   Georgia Bar No. 475246

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250                                     *Counsel for Defendant*
Atlanta, GA 30339
T: (470) 660-8737
F: (404) 738-1632
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a copy of **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**, on opposing counsel by using this Court's CM/ECF electronic filing system, which will automatically distribute a copy of the within and foregoing to opposing counsel at:

**Carson L. Jeffries**
**Carter Jeffries, LLC**
**47 Perimeter Center East, Suite 350**
**Atlanta, GA 30346**
**cjeffries@moldfirm.com**

This 6th day of July, 2023.

CHARTWELL LAW, LLP

/ s/ Karen K. Karabinos
Karen K. Karabinos
Georgia Bar No. 423906

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250          *Counsel for Defendant*
Atlanta, GA 30339
T: (470) 660-8737
F: (404) 738-1632
kkarabinos@chartwelllaw.com