**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| HEATHER HARDY, | |
| Plaintiff, | Civil Action No.: |
| | _____ |
| v. | |
| | **Jury Trial Demanded** |
| JESSICA DANIELS A/K/A SUMMER DANIELS D/B/A SUMMER DANIELS-COUNTRY FINANCIAL LLC**,** RANDALL SEARS, COUNTRY LIFE INSURANCE COMPANY, COUNTRY INVESTORS LIFE ASSURANCE COMPANY, COUNTRY MUTUAL INSURANCE COMPANY, COUNTRY CASUALTY INSURANCE COMPANY, COUNTRY PREFERRED INSURANCE COMPANY, COTTON STATES LIFE INSURANCE COMPANY, AND CC SERVICES, INC., | |
| Defendants. | |

## <u>PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

COMES NOW Plaintiff Heather Hardy ("Plaintiff"), by and through her undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, and hereby files her Certificate of Interested Persons and

Corporate Disclosure Statement, respectfully showing this Honorable Court the following:

1.      The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

       a.      Plaintiff Heather Hardy

       b.      Defendant Jessica Daniels a/k/a Summer Daniels d/b/a Summer Daniels-Country Financial LLC (further information provided by Defendant);

       c.      Defendant Randall Sears (further information provided by Defendant);

       d.      Defendant Country Life Insurance Company (further information provided by Defendant);

       e.      Defendant Country Investors Life Assurance Company (further information provided by Defendant);

       f.      Defendant Country Mutual Insurance Company (further information provided by Defendant);

g.    Defendant Country Casualty Insurance Company (further information provided by Defendant)

h.    Defendant Country Preferred Insurance Company (further information provided by Defendant);

i.    Defendant Cotton States Life Insurance Company (further information provided by Defendant); and

j.    Defendant CC Services, Inc. (further information provided by Defendant)

2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a.    For Plaintiff: Hill, Kertscher & Wharton, LLP (counsel for Plaintiff)

b.    For Defendants:  (information provided by Defendants)

3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a.    Counsel for Plaintiff:

Julie H. Burke
Georgia Bar. No. 448095

**HILL, KERTSCHER & WHARTON, LLP**
3625 Cumberland Blvd, SE, Suite 1050
Atlanta, GA 30339
Tel: (770) 953-0995
Email: jb@hkw-law.com

b.   Counsel for Defendants:

(Defendants will supply this information regarding its counsel)

Respectfully submitted this 6th day of July, 2023.

By:   */s/ Julie H. Burke*
Julie H. Burke
Georgia Bar No. 448095
**HILL, KERTSCHER & WHARTON, LLP**
3625 Cumberland Blvd, SE, Suite 1050
Atlanta, GA 30339
Tel: (770) 953-0995
Email: jb@hkw-law.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this date caused to be served upon all counsel a true and correct copy of the within and foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system that automatically sends e-mail notification of such filing to counsel of record.

This 6th day of July, 2023.

By:     **<u>/s/ Julie H. Burke</u>**
Julie H. Burke
Georgia Bar No. 448095

*Attorney for Plaintiff*

- 5-