IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T'YAUNAH LARKINS-SIMMONS AND DAWSON BROWN,<br><br>    *Plaintiff*,<br><br>v.<br><br>GILL LOGISTICS, INC., ABC CORPORATIONS 1-5, AND HARVINDER SINGH,<br><br>    *Defendants*. | Civil Action No.: |

## NOTICE OF REMOVAL

**TO:  PLAINTIFFS' COUNSEL**
David T. Rohwedder, Esq.
Litner & Deganian, P.C.
1776 Briarcliff Road NE
Atlanta, Georgia 30306
dave@litnerlaw.com

**PLEASE TAKE NOTICE** that the Defendants, Gill Logistics, Inc., and Harvinder Singh, by and through their undersigned counsel of record, pursuant to U.S.C. §§ 1441 and 1332, and hereby file this Notice of Removal of this action from the State Court for the County of Gwinnett, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia,

Atlanta Division.

In support of this Notice of Removal, the Defendants have filed contemporaneously herewith their Brief in Support of Removal and accompanying Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, the Defendants respectfully request that this Court enter an Order removing this action from the State Court for the County of Gwinnett, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This the 6th day of July, 2023.

                                      Shires, Peake & Gottlieb, LLC

                                      */s/ Kevin T. Shires*_____
                                      Kevin T. Shires, Esq.
                                      Georgia Bar No.: 643290
                                      Loren A. Rafferty, Esq.
                                      Georgia Bar No.: 678355

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com
LRafferty@spgattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

    __x__    Electronically filing this document with CM/ECF which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E)

    __x__    Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

David T. Rohwedder, Esq.
Litner + Deganian, P.C.
1776 Briarcliff Road NE
Atlanta, Georgia 30306
dave@litnerlaw.com

This 6th day of July, 2023.

                                            Shires, Peake & Gottlieb, LLC

                                            */s/ Kevin T. Shires*
                                            Kevin T. Shires
                                            State Bar No.: 643290

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com