

612 Moreland Ave., SE
Atlanta, GA 30316
(404) 627-2811 telephone
(404) 627-2311 facsimile

2550 Heritage Court, SE
Suite 100
Atlanta, GA 30339
ife@lspearsonpc.com

April 24, 2022

## FOR SETTLEMENT PURPOSES ONLY - NO PART OF THIS DOCUMENT OR ITS ATTACHMENTS/EXHIBITS ARE TO BE USED IN ANY LITIGATION

Via Fax: 877-213-7258

Progressive Insurance Company
P.O. Box 512926
Los Angeles, CA 90051

Re:    Our Client:              Dawson Brown
       Your Insured Owner:      Gill Logistics Inc.
       Your Insured Operator:   Harvinder Singh
       Date of Loss:            June 11, 2021
       Claim No:                21-6745785

Dear Claims Department:

Our firm represents Dawson Brown for personal injuries he sustained in an automobile collision that occurred on June 11, 2021, involving your insured. We are providing you with a comprehensive settlement package in an attempt to commence meaningful settlement negotiations.

## INADMISSIBILITY OF OFFER OF COMPROMISE

Pursuant to O.C.G.A. § 24-4-408, statements made with a view toward compromise are inadmissible at trial. This Georgia law was enacted to encourage the settlement of controversies

by permitting parties to discuss their cases candidly with the assurance that admissions and proposals for compromise made in the course of their good-faith settlement negotiations may not be used against them in any subsequent lawsuit. *Nevitt v. CMD Realty Investment Fund IV, L.P.*, *282 Ga. App. 533, 639 S.E.2d 336 (2006).* This entire letter and all of the exhibits attached are submitted with a view toward compromise of this claim. If you do not agree that everything that follows is inadmissible during the litigation of this matter, please stop reading and immediately destroy this letter and its attachments and immediately notify us of your refusal to review our attempt to compromise this claim.

# I. PERTINENT FACTS

### (a)    The Wreck

This case arises out of an automobile wreck that occurred on June 11, 2021, at approximately 12:20 p.m., on Jimmy Carter Boulevard, 50 feet west of Interstate 85, Gwinnett County, Georgia.

Our client, Dawson Brown, was traveling east in the second lane from the center divider on Jimmy Carter Boulevard, moving with the traffic. At that time, your insured's operator, Harvinder Singh, was traveling in the first lane from the center divider at the same location. The subject collision occurred when your insured's operator failed to maintain his lane and struck the rear driver's side of our client's occupied vehicle negligently. The impact of the collision caused our client to sustain severe injuries and mental trauma.



### *Collision Diagram*

The collision was caused due to the negligent, careless, reckless acts and gross negligence of your insured's operator, Harvinder Singh. Georgia Police Department responded and upon

investigation, Investigating Officer, William Marsh cited your insured's operator for as **"O.C.G.A. § 40-6-241 (b): Violation of Usage of Wireless Telecommunications Device"**[1]

**(b)      Personal Injuries**

Upon impact, Mr. Brown complained of injuries to his ***neck, mid-back, left shoulder, lower back, and bilateral wrist*** as a direct result of your insured's negligence. A summary of his injuries and treatment are outlined below.

**(c)      Personal Background**

Mr. Brown is a pleasant 23 year old man. He is very personable and would come across favorably if we are not able to resolve this claim through settlement negotiations and are forced to proceed into litigation.

## II. INJURIES & MEDICAL TREATMENT

### A. Summary of Physical Injuries

- **Radiculopathy, cervicothoracic region.**
  *Diagnosis: M54.13*

- **Radiculopathy, cervical region.**
  *Diagnosis: M54.12*

- **Radiculopathy, thoracic region.**
  *Diagnosis: M54.14*

- **Thoracic pain.**
  *Diagnosis: M54.6*

- **Cervicalgia.**
  *Diagnosis: M54.2*

- **Paresthesia of skin.**
  *Diagnosis: R20.2*

---

[1]See Exhibit 1 – Collision Report

- **Low back pain.**
  *Diagnosis: M54.5*

- **Myalgia, other site.**
  *Diagnosis: M79.18*

- **Myalgia.**
  *Diagnosis: M79.1*

- **Myalgia of auxiliary muscles, head and neck.**
  *Diagnosis: M79.12*

- **Right C3-4 and C4-5 facet joint/segmental sprain.**
- **Right wrist sprain.**

- **Left wrist sprain.**

- **Lower thoracic segmental sprain.**

## B. Summary of Medical Treatment

## 1. Optimum Health Suwanee[2]

Mr. Dawson Brown was involved in a motor vehicle collision on June 11, 2021. He consulted Dr. Amit Shah for an evaluation on June 28, 2021, for the complaints of neck pain, mid-back pain, low back pain, and wrist pain. He described his pain as achy, throbbing, tight, tensed, numbness, and tingling in the left hand. His pain scale was rated 5-8 out of 10. Also, the neck pain was radiating to the posterior head, bilateral trapezius, and left posterior scapula. The lower back pain was radiating to the bilateral buttock. The pain was exacerbated by sitting at a computer, driving, activities of daily living, and repetitive motion. Physical examination revealed tenderness on palpation, tightness, trigger points over trapezius muscles; bilateral buttock; cervical, thoracic, and lumbar paraspinal areas. The orthopedic test such as Spurling's test, Soto Hall test, Jackson Compression test, Cervical Distraction test, Shoulder Depressor test, Straight Leg Raising test, FABERE Patrick's test, Yeoman's test, and Hibbs tests performed were positive. Decreased and painful range of motion of the cervical, thoracic, and lumbar spine. **Sensory examinations**

---

[2]See Exhibit 2 - Medical Records of Optimum Health Suwanee

**revealed decreased light touch sensation in the upper extremity on the left and lower extremity bilaterally**.

Mr. Brown was diagnosed with the following:

- **Radiculopathy, cervicothoracic region (M54.13).**
- **Radiculopathy, thoracic region (M54.14).**
- **Thoracic pain (M54.6).**
- **Myalgia of auxiliary muscles, head and neck (M79.12).**
- **Cervicalgia (M54.2).**
- **Paresthesia of skin (R20.2).**



## Cervical Radiculopathy

Based on the evaluation, Mr. Brown was advised physical therapy evaluation. He has been provided a transcutaneous electrical nerve stimulators unit and a posture pump. He was also recommended an EMG/NCV study of the upper and lower extremities as well as an MRI of the cervical spine. Trigger point injections were recommended due to myofascial symptoms in the neck, mid-back, and low-back areas. He was advised to continue their current course of chiropractic treatment.

On June 30, 2021, Mr. Brown consulted Dr. Amit Shah for a follow-up evaluation with neck pain, mid-back pain, low back pain, and wrist pain complaints. He described his pain as achy, throbbing, and nagging, along with numbness, and tingling. The pain scale was rated 9 out of 10. His pain was radiating to the left shoulder area and mid-thoracic area. The pain was exacerbated by prolonged sitting, driving; activities of daily living; repetitive motion. Physical examination revealed tenderness on palpation, tightness, and trigger points over trapezius muscles, and cervical paraspinal areas. The range of motion was decreased in the cervical spine with pain. Based on the evaluation, Mr. Brown was recommended to apply heat to injection sites for 15 minutes per hour. He will continue trigger point therapy as previously ordered and continue chiropractic care and physical therapy as previously outlined. He was also advised gentle massage, stretching, and ROM exercises. He was advised to use OTC oral or local analgesic for pain relief. He has been prescribed naproxen 550 mg, cyclobenzaprine 7.5 mg tab as needed, and diclofenac 1 % gel, applied to the affected joint as required. On the same day, Mr. Brown underwent trigger point injection session #1 over the cervical paraspinal muscles, which was performed by Dr. Shah.

Mr. Brown sought chiropractic evaluation and treatment with Dr. Laurie Felten from June 30, 2021, through September 01, 2021, with complaints of neck pain, mid-back pain, and low back pain. He described his pain as achy, throbbing, tight, tense, numbness, and tingling sensation in the left hand. The pain was rated as 5-8 out of 10, radiating to the posterior head, bilateral trapezius, and posterior scapula. The pain was aggravated by lying on the back, lying on the side, working, lifting, bending, stretching, sitting at a computer, driving, and activities of daily living, repetitive motion, and bending forward. Physical examination revealed tenderness on palpation, tightness, and trigger points over bilateral trapezius muscles; bilateral buttock; cervical, thoracic, and lumbar paraspinal areas. The orthopedic test included Spurling's test, Soto Hall test, Jackson Compression test, Cervical Distraction test, Shoulder Depressor test, Straight Leg Raising test, FABERE Patrick's test, Yeoman's test, and Hibbs tests performed were positive. Decreased and painful range of motion in all the cervical, thoracic, and lumbar spine planes. **Sensory examination revealed decreased light touch sensation in the upper extremity on the left and bilateral lower extremity.** X-rays of the cervical and lumbar spine were performed and reviewed. The diagnostic study revealed the following:

Cervical Spine:

- **Decreased disc height at C7/T1 with foraminal narrowing.**

Lumbar Spine:

- **Decreased disc height at L5/sacrum with foraminal narrowing.**

Mr. Brown was diagnosed with the following:

- **Thoracic pain (M54.6).**
- **Myalgia of auxiliary muscles, head and neck (M79.12).**
- **Cervical radiculopathy (M54.12)**
- **Myalgia (M79.18)**

Based on the evaluation, Mr. Brown was treated with physical modalities for cervical, thoracic, and lumbar, including manual joint mobility, therapeutic modalities, and ice/heat 15 minutes per unit of combined therapy. He was recommended to continue physical therapy/chiropractic care, manual therapy, and transcutaneous neuromuscular stimulus.

Mr. Brown consulted Dr. Shah for follow-up evaluation on July 05, 2021, with complaints of persistent neck pain, mid-back pain, lower back pain, and wrist pain. He described his pain as achy, throbbing, nagging, and stiff. The neck pain was radiating to the right shoulder area. The pain scale was rated 8 out of 10. The pain was exacerbated by prolonged sitting. Examination revealed tenderness, tightness, trigger points, and tenderness on palpation over the bilateral cervical area, trapezius muscle, bilateral cervical paraspinal muscles, and bilateral trapezius muscles.

Mr. Brown was diagnosed with the following:

- **Radiculopathy, cervical region (M54.12).**
- **Thoracic pain (M54.6).**
- **Low back pain (M54.5).**
- **Myalgia, other site (M79.18).**

Based on the evaluation, Mr. Brown was recommended to continue with trigger point injections neck and upper back to provide relief and inactivate trigger points. He was instructed to apply heat to injection sites for 15 minutes per hour as needed. He will continue trigger point therapy as previously ordered and continue chiropractic care and physical therapy as previously outlined. He was also advised to treat conservatively with gentle massage, stretching, and ROM exercises. On the same day, Mr. Brown underwent cervical trigger point injection, session #2. He was advised to use over-the-counter anti-inflammatories as needed for post-procedure discomfort.



Muscle    Trigger point

## <u>Trigger Point Injection</u>

*[A research says that, a **trigger point injection (TPI)** is an injection that is given directly into the trigger point for pain management. The injection may be an anesthetic such as lidocaine (Xylocaine) or bupivacaine (Marcaine), a mixture of anesthetics, or a corticosteroid (cortisone medication) alone or mixed with lidocaine. Sometimes, a needle alone is inserted into the trigger point, and no medication is injected. This may be helpful and is referred to as "dry needling." With the injection, the trigger point is made inactive and the pain is relieved.]*

Mr. Brown consulted Dr. Shah for follow-up evaluation on July 09, 2021, with complaints of persistent neck pain, mid-back pain, lower back pain, and wrist pain. He described his pain as achy, throbbing, nagging, and stiff. The neck pain was radiating to the right shoulder area. The pain scale was rated 7 out of 10. The pain was aggravated by prolonged sitting. Examination revealed tenderness, tightness, trigger points, and tenderness on palpation over the bilateral cervical area, trapezius muscle, bilateral cervical paraspinal muscles, and bilateral trapezius muscles. The cervical range of motion in all the planes.

Mr. Brown was diagnosed with the following:

- **Radiculopathy, cervical region (M54.12).**
- **Cervicalgia (M54.2).**
- **Thoracic pain (M54.6).**
- **Myalgia (M79.1).**

- **Paresthesia of skin (R20.2).**

Based on the evaluation, Mr. Brown was recommended to continue with trigger point injections neck and upper back to provide relief and inactivate trigger points. He was instructed to apply heat to injection sites for 15 minutes per hour as needed. He will continue trigger point therapy as previously ordered and will also continue chiropractic care and physical therapy as previously outlined. He was also advised to treat conservatively with gentle massage, stretching, and ROM exercises. On the same day, Mr. Brown underwent cervical and thoracic trigger point injection, session # 4. He was advised to use over-the-counter anti-inflammatories as needed for post-procedure discomfort.

Mr. Brown consulted Dr. Shah for a follow-up evaluation on July 12, 2021, with complaints of persistent neck pain, mid-back pain, lower back pain, and wrist pain. He described his pain as achy, throbbing, nagging, and stiff. The neck pain was radiating to the right shoulder area. The pain scale was rated 6 out of 10. The pain was aggravated with prolonged sitting. Examination revealed tenderness, tightness, trigger points, and tenderness on palpation over the bilateral cervical area, trapezius muscle, bilateral cervical paraspinal muscles, and bilateral trapezius muscles. Decreased range of motion in all the planes of the cervical spine. Based on the evaluation, Mr. Brown was recommended to continue with trigger point injections neck and upper back to provide relief and inactivate trigger points. He was instructed to apply heat to injection sites for 15 minutes per hour as needed. He will continue trigger point therapy as previously ordered and continue chiropractic care and physical therapy as previously outlined. He was also advised to treat conservatively with gentle massage, stretching, and ROM exercises. On the same day, Mr. Brown underwent cervical trigger point injection, session # 5.He was advised to use over-the-counter anti-inflammatories as needed for post-procedure discomfort. He was also recommended for an EMG/NCV study of the upper extremities.

Mr. Brown consulted Dr. Shah for follow-up evaluation on July 14, 2021, with complaints of persistent neck pain, mid-back pain, lower back pain, and wrist pain. He described his pain as achy, throbbing, nagging, and stiff. The neck pain was radiating to the right shoulder area. The pain scale was rated 5 out of 10. The pain was aggravated with prolonged sitting. Examination revealed tenderness, tightness, trigger points, and tenderness on palpation over the bilateral thoracic areas, bilateral trapezius muscle, and bilateral thoracic paraspinal muscles. Based on the evaluation, Mr. Brown was recommended to continue with trigger point injections neck and upper back to provide relief and inactivate trigger points. He was instructed to apply heat to injection sites for 15 minutes per hour as needed. He will continue trigger point therapy as previously ordered and continue chiropractic care and physical therapy as previously outlined. He was also advised to treat conservatively with gentle massage, stretching, and ROM exercises. On the same

day, Mr. Brown underwent a thoracic trigger point injection, session # 1. He was advised to use over-the-counter anti-inflammatories as needed for post-procedure discomfort.

Mr. Brown consulted Dr. Shah for follow-up evaluation on July 16, 2021, with complaints of persistent neck pain, mid-back pain, lower back pain, and wrist pain. He described his pain as achy, throbbing, nagging, and stiff. The neck pain was radiating to the right shoulder area. The pain scale was rated as 5 out of 10. The pain was aggravated with prolonged sitting. Examination revealed tenderness, tightness, trigger points, and tenderness on palpation over the bilateral thoracic areas, bilateral trapezius muscle, and bilateral thoracic paraspinal muscles. Based on the evaluation, Mr. Brown was recommended to continue with trigger point injections neck and upper back to provide relief and inactivate trigger points. He was instructed to apply heat to injection sites for 15 minutes per hour as needed. He will continue trigger point therapy as previously ordered and will also continue chiropractic care and physical therapy as previously outlined. He was also advised to treat conservatively with gentle massage, stretching, and ROM exercises. On the same day, Mr. Brown underwent a thoracic trigger point injection, session # 2. He was advised to use over-the-counter anti-inflammatories as needed for post-procedure discomfort.

Mr. Brown consulted Dr. Shah for follow-up evaluation on July 19, 2021, with complaints of persistent neck pain, mid-back pain, lower back pain, and wrist pain. He described his pain as achy, throbbing, nagging, and stiff. The neck pain was radiating to the right shoulder area. The pain scale was rated as 3 out of 10. The pain was aggravated with prolonged sitting. Examination revealed tenderness, tightness, trigger points, and tenderness on palpation over the bilateral thoracic areas, bilateral trapezius muscle, and bilateral thoracic paraspinal muscles. Based on the evaluation, Mr. Brown was recommended to continue with trigger point injections neck and upper back to provide relief and inactivate trigger points. He was instructed to apply heat to injection sites for 15 minutes per hour as needed. He will continue trigger point therapy as previously ordered and continue chiropractic care and physical therapy as previously outlined. He was also advised to treat conservatively with gentle massage, stretching, and ROM exercises. On the same day, Mr. Brown underwent a thoracic trigger point injection, session # 3. He was advised to use over-the-counter anti-inflammatories as needed for post-procedure discomfort.

Mr. Brown consulted Dr. Shah for follow-up evaluation on July 23, 2021, with complaints of persistent neck pain, mid-back pain, lower back pain, and wrist pain. The neck pain was radiating to the right shoulder area. The pain scale was rated as 5 out of 10. The pain was aggravated with prolonged sitting. Examination revealed tenderness, tightness, trigger points, and tenderness on palpation over the bilateral cervical areas, trapezius muscle, bilateral cervical paraspinal muscles, and bilateral trapezius muscles. Decreased range of motion in all the planes of the cervical spine.

Based on the evaluation, Mr. Brown was recommended to continue with trigger point injections neck and upper back to provide relief and inactivate trigger points. He was instructed to apply heat to injection sites for 15 minutes per hour as needed. On the same day, Mr. Brown underwent cervical trigger point injection, session # 6. He was advised to use over-the-counter anti-inflammatories as needed for post-procedure discomfort.

Mr. Brown consulted Dr. Shah for follow-up evaluation on July 28, 2021, with complaints of persistent neck pain, mid-back pain, lower back pain, and wrist pain. The neck pain was radiating to the right shoulder area. The pain scale was rated as 3 out of 10. The pain was aggravated with prolonged sitting. Examination revealed tenderness, tightness, trigger points, and tenderness on palpation over the bilateral thoracic areas, bilateral trapezius muscle, and bilateral thoracic paraspinal muscles. Based on the evaluation, Mr. Brown was recommended to continue with trigger point injections neck and upper back to provide relief and inactivate trigger points. He was instructed to apply heat to injection sites for 15 minutes per hour as needed. He will continue trigger point therapy as previously ordered and continue chiropractic care and physical therapy as previously outlined. He was also advised to treat conservatively with gentle massage, stretching, and ROM exercises. On the same day, Mr. Brown underwent a thoracic trigger point injection, session # 4. He was advised to use over-the-counter anti-inflammatories as needed for post-procedure discomfort.

Mr. Brown consulted Dr. Shah for follow-up evaluation on July 30, 2021, with complaints of persistent neck pain, mid-back pain, lower back pain, and wrist pain. The neck pain was radiating to the right shoulder area. The pain scale was rated 2 out of 10. The pain was aggravated with prolonged sitting. Examination revealed tenderness, tightness, trigger points, and tenderness on palpation over the bilateral thoracic areas, bilateral trapezius muscle, and bilateral thoracic paraspinal muscles. Based on the evaluation, Mr. Brown was recommended to continue with trigger point injections neck and upper back to provide relief and inactivate trigger points. On the same day, Mr. Brown underwent a thoracic trigger point injection, session # 5. He was advised to use over-the-counter anti-inflammatories as needed for post-procedure discomfort.

Mr. Brown consulted Dr. Shah for a follow-up evaluation on September 24, 2021, with complaints of persistent neck pain, mid-back pain, and lower back pain. He described his pain as intermittent, dull, and tight. The pain scale was rated 2 out of 10. The pain was aggravated with working, tension, and bending forward. Examination revealed tightness over the bilateral thoracic and lumbar areas, bilateral trapezius muscle, and bilateral thoracic paraspinal muscles. The orthopedic tests included the Jackson Compression test, Cervical Distraction test, Shoulder Depressor test, Maximum Foraminal Compression test, Spurling's test, Soto Hall test, Straight Leg Raising test, Fabere Patrick's, Yeoman's; Hibb's, Ely's, and Nachal's were performed. Decreased range of

motion of the lumbar spine with pain. Based on the evaluation, Mr. Brown has been prescribed a specific home strengthening protocol to perform. He was discharged from active care.

## 2. Integrated Health Care of Suwanee[3]

Mr. Brown underwent an EMG/NCV study of the upper extremities which was performed by Dr. Amit Shah on July 14, 2021. The diagnostic study revealed the following:

- **The evidence of C6-C7 acute cervical radiculopathy in bilateral upper extremities.**

## 3. Elite Radiology of Georgia[4]

Mr. Brown underwent an MRI of the cervical spine which was reviewed by Dr. Chintan Desai on July 22, 2021. The diagnostic study was referred by Dr. Laurie Felten Nuchurch, which revealed the following:

- **Disc bulge at C3-C4 compressing on the thecal sac and bilateral neuroforaminal narrowing.**
- **Disc bulge at C4-C5 compressing on the thecal sac and bilateral neuroforaminal narrowing.**
- **Disc bulge at C5-C6 compressing on the thecal sac.**



---

[3]See Exhibit 3 - Medical Records of Integrated Health Care of Suwanee
[4]See Exhibit 4 - Medical Records of Elite Radiology of Georgia

## **Disc Bulge**

*[**Bulging discs** are one of the most common types of back injuries people experience after a collision or work-related accident. A disc bulge occurs when a weakened spinal disc protrudes out from where it sits between two vertebrae and pushes against a nerve or the spinal cord. This pinching can cause symptoms including pain, numbness, or tingling in the back or other parts of the body. Bulging disc symptoms can vary depending on what part of the spine is affected: <u>Upper Spine</u>: The cervical spinal area rests between the head and the shoulders. A cervical bulging disc can produce pain, tingling or numbness in the neck, shoulders, arms and hands. <u>Middle Spine</u>: The thoracic spinal area covers the vertebrae between the collarbones and the bottom of the rib cage. A thoracic bulging disc isn't as common and its symptoms aren't as easy to detect. Chest or stomach pain caused by the weakened disc could be mistaken for some other ailment. <u>Lower Spine</u>: From the waist to the hips is the lumbar spinal area. Lower back pain is quite common. Lumbar bulging discs can cause weakness, numbness, and tingling and muscle spasms in the legs, bottom and feet. Sneezing, coughing and bending can sometimes worsen these symptoms.]*

## 4. **Georgia RegenRX[5]**

Mr. Brown consulted Dr. Robert Windsor for an evaluation on September 21, 2021, with complaints of neck pain, mid-back pain, left shoulder pain, lower back pain, and bilateral wrist pain. He described his pain as throbbing and intense. Examination revealed tenderness on palpation over left rhomboids and left C3-4 and C4-5 facet joints. Tenderness was evident on palpation at the left GON groove at the nuchal ridge, left L1 transverse process at its tip, thoracic paraspinal muscles at the lower thoracic region, distal radiocarpal junction. The pain was also exhibited with P-A mobilization in the midline at T10-T11. He also had a painful range of motion of the thoracic spine. There was a bilateral wrist range of motion dorsal on flexion. The clunk test and Grind test were positive. **Deep tendon reflexes were decreased in bilateral biceps, triceps, and brachioradialis muscles.**

Mr. Brown was diagnosed with the following:

- **Right C3-4 and C4-5 facet joint/segmental sprain.**
- **Right wrist sprain.**
- **Left wrist sprain.**
- **Lower thoracic segmental sprain.**

---

[5]See Exhibit 5 - Medical Records of Georgia RegenRX

Mr. Brown has advised Celebrex 200mg and Zanaflex 4mg. He was also recommended to continue chiropractic treatment. He was provided software TRT, Laser, Decompression table, and consider MRI.

Mr. Brown consulted Dr. Robert Lee for chiropractic evaluations from October 05, 2021, through January 6, 2022. He had complained of neck pain, mid-back pain, left shoulder pain, lower back pain, and bilateral wrist pain. He described his pain as throbbing, crepitus, and intense. He reported that he felt as if he was not able to turn his head in the right rotation. Examination revealed tenderness on palpation over left rhomboids at the left C3-4 and C4-5 facet joints as well as at T2-T3 and T3-T4. Tenderness on palpation at the left GON groove at the nuchal ridge, left L1 transverse process at its tip, thoracic paraspinal muscles at the lower thoracic region, distal radiocarpal junction. There was pain with P-A mobilization in the midline at T10-T11. He also had a limited range of motion in cervical and lumbar spine areas bilaterally. Examination of the bilateral wrist revealed tenderness on palpation posteriorly and anteriorly with a painful range of motion on flexion and extension. Based on the evaluation, Mr. Brown was recommended spinal adjustments to the cervical, thoracic, lumbar spine, and bilateral wrists. Mr. Brown underwent five sessions of nonsurgical spinal decompression, which were performed by Dr. Robert Lee from October 05, 2021, through November 16, 2021. From October 07, 2021, through November 16, 2021, Mr. Brown received five sessions of Summus medical laser therapy for the bilateral wrist; and TRT software therapy for thoracic/lumbar and bilateral wrist.

After completion of therapy, Mr. Brown was evaluated by Dr. Windsor, on January 6, 2022. The pain in his wrist was persistent and was rated as 4/10 on a scale. His left wrist popped repeatedly with rotational motion. Examination of the bilateral wrist revealed repeated popping at the distal left radioulnar articulation with grind maneuver. There was consistent crepitus with grind maneuver on the right at the distal radioulnar articulation. The probability of the bilateral TFCC tear. He was discharged from an active care and was advised to follow-up if needed.

### III. SPECIAL DAMAGES

Special damages which actually flow from a tortious act and must be proved in a specific amount 51-12-2(b).

Special damages in an auto wreck are medical expenses, hospital bills, ambulance bills, doctor's bills, physical therapist bills, and lost earnings or income and any other item of money damages that are quantifiable.

These are damages sustained as a result of the injuries directly caused by the negligence of another. There are two main areas of special damages in this particular personal injury case:

**(a)     Medical Expenses**

Medical expenses are the costs of diagnosis, cure, mitigation, treatment, or prevention of disease, and the costs for treatments affecting any part or function of the body. If the plaintiff must undergo testing or treatment, or if the plaintiff must receive medical care of any type, such as hospital stays, nursing home stays, or physical therapy, the defendant must pay for the costs of the medical bills. The medical portion of damages should include every expense that the plaintiff has had to pay out over the course of receiving treatment at the time when the case is settled or when the jury awards damages and should also factor what the future costs will be to the plaintiff.

**1. Past Medical Expenses**

Plaintiff has the right to be compensated for the full amount of his past medical expenses that are related to the treatments for the injuries he sustained in the incident in question.

Past medical expenses include doctor's bills, emergency room bills, hospital bills, nursing home bills, and other measures of damages that can be calculated. Georgia Courts will allow plaintiffs, plaintiff's family member, or the person responsible for the care of the plaintiff to identify the medical bills and to prove that the charges were reasonable and necessary. _Hart v. Shergold, 295 Ga. App. 94, 96, 670 S.E.2d 895, 898 (2008); Ga. Code Ann., § 27-7-9._ The plaintiff need not produce an expert witness to prove the reasonableness and necessity of the charges.

A summary of Mr. Brown's wreck-related medical bills are as follows[6]:

| Provider | Dates of Treatment | Amount Owed |
|---|---|---|
| Optimum Health Suwanee | 06/28/21 - 09/24/21 | $15,245.00 |
| Elite Radiology of Georgia | 07/22/21 - 07/22/21 | $1,950.00 |

---

[6]See Exhibit 6 – Medical Billing Records

| Georgia RegenRX | 09/21/21 - 12/09/21 | $14,540.00 |
| **Total** | | **$31,735.00** |

### 2. Future Medical Expenses

The Georgia Code reads that "necessary expenses consequent upon an injury are a legitimate item in the estimate of damages." Ga. Code Ann., § 51-12-7. To warrant future medical expenses, there must be evidence that the injury will require that future medical attention. *Massie v. Ross, 211 Ga. App. 354 (1993)*. The plaintiff must provide competent evidence to guide the jury in arriving at a reasonable value for such expenses. *Hart v. Shergold, 295 Ga. App. 94 (2008)*. While courts require competent evidence, they will allow some degree of speculation as to the reasonable value. *White v. Jensen, 257 Ga. App. 560 (2002)* (the testimony of a physician, wherein she "guessed" as to the cost of a future surgical repair but listed some specific costs in the estimated figure given, was sufficient to authorize an award for future medical expenses). Future medical expenses should be reduced to present cash value. *Hughes v. Brown, 109 Ga. App. 578 (1964)*.

Additionally, because of the injuries suffered in the wreck, Mr. Brown will be more susceptible to re-injury or aggravations. In consideration of the aforementioned concerns, a conservative estimate of future medical care is estimated.

### (b)        Medical Necessary Travel and Treatment Time

Plaintiff has the right to be compensated for any time missed from work because of his injuries. This includes hours missed to go to the doctor and the use of sick time or vacation time to recover. Mr. Brown is entitled to compensation for the time he spent traveling to and treating with his medical providers. But for the wreck Mr. Brown could have spent this time as he chose.

Loss of time is a more expansive concept than lost wages. Loss of time may be sought even by a plaintiff who was unemployed at the time of the injury.

Mr. Brown attended Thirty Five (35) medical appointments; each appointment lasting approximately 20-60 minutes. When combined, treatment and travel time lasted an average of 1 hour each visit, therefore he spent approximately Thirty Five (35) hours traveling to and receiving medical treatment; which should be considered when evaluating his claim.

As a direct result of his injuries and required treatment, Mr. Brown incurred transportation expenses from traveling to and from medical appointments, we have calculated those expenses as follows:

| Provider | # of trips | Roundtrip mileage | Total Mileage | Total Expense |
|---|---|---|---|---|
| Optimum Health Suwanee | 21 | 50.2 | 1054.2 | $168.67 |
| Elite Radiology of Georgia | 1 | 44.6 | 44.6 | $7.14 |
| Georgia RegenRX | 13 | 53 | 689 | $110.24 |
| **Total** | **35** | **147.8** | | **$286.05** |

## IV. GENERAL DAMAGES

General damages are those which Georgia law presumes flow from a tortious act and may be recovered without proof of a specific amount. The exact types of general damages will vary widely from case to case. General damages in an auto wreck may include physical pain and suffering, mental pain and suffering, emotional distress and a diminished capacity to work, labor or earn money. These are damages that cannot be proven to an exact amount, and usually consist of:

**(a)**  *Pain and Suffering*

Pain and suffering damages are the central type of general damages. Pain and Suffering is a host of injuries that a plaintiff may suffer as a result of a wreck. It encompasses not just physical pain, but also emotional and mental injuries such as fear, insomnia, grief, worry, inconvenience and even the loss of the enjoyment of life.

Generally a fair pain and suffering award will depend on many factors including medical bills, the conduct of the defendant, and the venue where the case is to be tried. Georgia courts have also identified several factors that are to be considered by a jury in arriving at a fair value for a pain and suffering award.

These factors were outlined in *Food Lion v. Williams*, *219 Ga. App. 352 (1995)*. The Food Lion decision is the leading case on pain and suffering damages in Georgia. The factors are as follows:

- Interference with normal living;
- Interference with enjoyment of life;
- Loss of capacity to labor and earn money;
- Impairment of bodily health and vigor;
- The fear of extent of injury; Shock of impact;
- Actual pain and suffering; Past and future;
- Mental anguish; and
- Must limit activities for rest of life.

The law recognizes two kinds of "pain and suffering" claims: mental and physical.

[1] Mental pain and suffering involves things like fear, embarrassment, humiliation, anger, depression, and other emotions that hinder the enjoyment of living which result from the wreck and its aftermath. Post-Traumatic Stress Disorder (PTSD) can also be a type of mental pain and suffering.

[2] Physical pain and suffering includes not only the pain and trauma experienced by the wreck victim at the time of the injury, but the pain and discomfort experienced during the recovery process and into the future. This would include compensation for one's inability to perform physical activities, as well or as often as one used to perform prior to the incident.

Mr. Brown suffered physical strain and emotional distress. He experienced fright and pain from the initial collision, as well as continuing pain from his injuries. The pain had a significant impact on Mr. Brown's life, as it negatively affected all aspects: recreation, and daily living activities.

Since this collision, our client has suffered frequent nagging and persistent pain throughout his neck, mid-back, left shoulder, lower back, and bilateral wrist. His injuries resulted in permanent restrictions and chronic discomfort.

Due to the amount of pain and suffering caused by your insured's negligence, we believe the jury would award **$32,000.00** which is a reasonable determination of Mr. Brown's pain and suffering.

**(b)**  *Mental Anguish*

In order to recover mental pain and anguish damages in Georgia, the injured person must be involved in an incident by hearing, seeing or showing up to the scene at the time of the traumatic event, and the injured person must suffer mental distress and accompanying physical impairment within a short while after the incident.

Our Client suffered mental suffering which includes loss of enjoyment of life, fear, anger, humiliation, anxiety, shock and/or psychosomatic physical symptoms.

We believe a minimal sum that would compensate Mr. Brown for his mental anguish would be **$32,000.00**.

**(c)**  *Inconvenience for the injury*

It is clear that many things have been radically altered in our client's life since this incident occurred. He has lost the full use and mobility of his neck, mid-back, left shoulder, lower back, and bilateral wrist and has permanent impairments there. It is painfully apparent that our client's injuries have taken what was already an unfortunate and difficult situation and have made it dramatically worse. Life has become a chore just to do normal things.

Our client is currently frustrated in his efforts to provide assistance to his friends and family which, as a devoted family man and friend, he was accustomed to doing. Now, he has been forced to focus more on himself. Where he once enjoyed a normal, independent lifestyle, he now relies and depends on family and friends to provide assistance when needed. He has been prevented from going out with his family and friends, and in fact, spends a large part of his time now confined to his home with little to do.

We believe a jury would award **$32,000.00** for his inconvenience for the injury.

## V. LIABILITY

We view this case as one of 100% liability against your insured Gill Logistics Inc., as Harvinder Singh failed to pay attention to traffic, obey the rules of the road, and otherwise exercise ordinary

and reasonable care while operating a vehicle which makes your insured vicariously liable. Accordingly, Mr. Brown is entitled to 100% recovery for his injuries.

## VI. DAMAGES SUMMARY

| Past Medical Expenses | $31,735.00 |
|---|---|
| Future Medical Expenses | To be supplemented |
| Travel/Treatment Time | To be supplemented |
| Mileage Expense | $286.05 |
| Pain and Suffering | $32,000.00 |
| Mental Anguish | $32,000.00 |
| Inconvenience for the injury | $32,000.00 |
| **Total Damages** | **$128,021.05** |

## VII. CONCLUSION

We believe that the above-evaluation is a fair and reasonable estimate of Dawson Brown's damages. As you will note, Mr. Brown's special and general damages total *at least* **$128,021.05.** However, in the interest of compromise, we will recommend that our client accepts **$ 450,000.00 as full settlement of this claim in exchange for a full release of Progressive Insurance Company and their insured.**

### OFFER OF COMPROMISE PURSUANT TO O.C.G.A. § 9-11-67.1

Please be aware that this offer of compromise is governed by the terms of O.C.G.A. § 9-11-67.1, and any and all terms here of are to be construed as having the meaning and interpretation consistent with the language and intent of O.C.G.A. § 9-11-67.1.

Laquetta Pearson

Attorney for Plaintiff

Enclosures

cc: Dawson Brown