## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| T'YAUNAH LARKINS-SIMMONS, AND DAWSON BROWN,<br><br>    *Plaintiff*,<br><br>v.<br><br>GILL LOGISTICS, INC., ABC CORPORATIONS 1-5 AND HARVINDER SINGH,<br><br>    *Defendants*. | Civil Action No.: 23-C-03780-S3 |

### DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL

**TO:**    **PLAINTIFFS' COUNSEL**
           David T. Rohwedder, Esq.
           Litner & Deganian, P.C.
           1776 Briarcliff Road NE
           Atlanta, Georgia 30306
           dave@litnerlaw.com

    Pursuant to 28 U.S.C. § 1446(d), you are hereby notified that the Defendants have caused to be filed on the 6th day of July, 2023, in the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal with the Clerk of the said United States District Court for the Northern District of Georgia, Atlanta Division.  A copy of the Notice of Removal is attached hereto.

    This the 6th day of July, 2023.

                                                                     Shires, Peake & Gottlieb, LLC

                                                                     */s/ Kevin T. Shires*
                                                                     Kevin T. Shires, Esq.
                                                                     Georgia Bar No.: 643290
                                                                     Loren A. Rafferty, Esq.
                                                                     Georgia Bar No.: 678355

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com
LRafferty@spgattorneys.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

    ___<u>x</u>___    Electronically filing this document with Odyssey which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E)

    ___<u>x</u>___    Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

    _____    Depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

David T. Rohwedder, Esq.<br>
Litner & Deganian, P.C.<br>
1776 Briarcliff Road NE<br>
Atlanta, Georgia 30306<br>
dave@litnerlaw.com

This the 6th day of July, 2023.

    Shires, Peake & Gottlieb, LLC

    */s/ Kevin T. Shires*
    Kevin T. Shires, Esq.
    Georgia Bar No.: 643290

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413
(678) 940-4420 (Fax)
kshires@spgattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T'YAUNAH LARKINS-SIMMONS AND DAWSON BROWN,<br><br>*Plaintiff*,<br><br>v.<br><br>GILL LOGISTICS, INC., ABC CORPORATIONS 1-5, AND HARVINDER SINGH,<br><br>*Defendants*. | Civil Action No.: |

## NOTICE OF REMOVAL

**TO:  PLAINTIFFS' COUNSEL**
David T. Rohwedder, Esq.
Litner & Deganian, P.C.
1776 Briarcliff Road NE
Atlanta, Georgia 30306
dave@litnerlaw.com

**PLEASE TAKE NOTICE** that the Defendants, Gill Logistics, Inc., and Harvinder Singh, by and through their undersigned counsel of record, pursuant to U.S.C. §§ 1441 and 1332, and hereby file this Notice of Removal of this action from the State Court for the County of Gwinnett, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

In support of this Notice of Removal, the Defendants have filed contemporaneously herewith their Brief in Support of Removal and accompanying Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, the Defendants respectfully request that this Court enter an Order removing this action from the State Court for the County of Gwinnett, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This the 6th day of July, 2023.

                                                      Shires, Peake & Gottlieb, LLC

                                                      */s/ Kevin T. Shires*_____
                                                      Kevin T. Shires, Esq.
                                                      Georgia Bar No.: 643290
                                                      Loren A. Rafferty, Esq.
                                                      Georgia Bar No.: 678355

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com
LRafferty@spgattorneys.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

_____*x*_____    Electronically filing this document with CM/ECF which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E)

_____*x*_____    Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

David T. Rohwedder, Esq.
Litner + Deganian, P.C.
1776 Briarcliff Road NE
Atlanta, Georgia 30306
dave@litnerlaw.com

This 6th day of July, 2023.

                                            Shires, Peake & Gottlieb, LLC

                                            */s/ Kevin T. Shires*
                                            Kevin T. Shires
                                            State Bar No.: 643290

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com