IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T'YAUNAH LARKINS-SIMMONS AND DAWSON BROWN,<br><br>*Plaintiff*,<br><br>v.<br><br>GILL LOGISTICS, INC., ABC CORPORATIONS 1-5, AND HARVINDER SINGH,<br><br>*Defendants*. | Civil Action No.: |

## DEFENDANT, HARVINDER SINGH'S, ANSWER TO THE PLAINTIFFS' COMPLAINT

COMES NOW Harvinder Singh (hereinafter referred to as "Defendant" or "Defendant Singh"), a named Defendant in the above-styled civil action, by and through his attorneys of record, and files his Answer to the Plaintiffs' Complaint for Damages (hereinafter "Plaintiffs' Complaint") and states as follows:

## FIRST DEFENSE

The Plaintiffs' Complaint fails to state a claim against this Defendant upon which relief can be granted.

## SECOND DEFENSE

The Plaintiffs' Complaint fails to state a claim for special damages with the requisite specificity pursuant to Rule 9(g) of the Federal Rules of Civil Procedure as if set out fully herein and on the basis of such affirmative defenses the Plaintiffs' Complaint should be dismissed.

## THIRD DEFENSE

This Defendant incorporates hereby by reference all affirmative defenses contained in Rule 8(c) of the Federal Rules of Civil Procedure as if set out fully herein and on the basis of such affirmative defenses the Plaintiffs' Complaint should be dismissed.

## FOURTH DEFENSE

This Defendant incorporates hereby by reference all affirmative defenses contained in Rule 12(b) of the Federal Rules of Civil Procedure as if set out fully herein and on the basis of such affirmative defenses the Plaintiffs' Complaint should be dismissed.

## FIFTH DEFENSE

Responding to the specific allegations contained within the Plaintiffs' Complaint, this Defendant states as follows:

## **PARTIES, JURISDICTION, ETC.**

1.

This Defendant is without sufficient information or knowledge to admit or deny the specific allegations contained in Paragraph No. 1 of the Plaintiffs' Complaint.  Therefore, these allegations are denied.

2.

This Defendant is without sufficient information or knowledge to admit or deny the specific allegations contained in Paragraph No. 2 of the Plaintiffs' Complaint.  Therefore, these allegations are denied.

3.

This Defendant admits the allegations contained in Paragraph No. 3 of the Plaintiffs' Complaint upon information, belief and knowledge, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

4.

This Defendant admits the allegations contained in Paragraph No. 4 of the Plaintiffs' Complaint upon information, belief and knowledge, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

5.

This Defendant admits the allegations contained in Paragraph No. 5 of the

Plaintiffs' Complaint upon information, belief and knowledge, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

6.

This Defendant admits the allegations contained in Paragraph No. 6 of the Plaintiffs' Complaint upon information, belief and knowledge, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

7.

This Defendant admits the allegations contained in Paragraph No. 7 of the Plaintiffs' Complaint upon information, belief and knowledge, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

8.

This Defendant is without sufficient information, knowledge or legal training to admit or deny the specific allegations contained in Paragraph No. 8 of the Plaintiffs' Complaint.  Therefore, these allegations are denied.

9.

This Defendant is without sufficient information, knowledge or legal training to admit or deny the specific allegations contained in Paragraph No. 9 of the Plaintiffs' Complaint.  Therefore, these allegations are denied.

10.

This Defendant admits the allegations contained in Paragraph No. 10 of the Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

11.

This Defendant admits the allegations contained in Paragraph No. 11 of the Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

12.

This Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph No. 12 of the Plaintiffs' Complaint. Therefore, these allegations are denied.

13.

This Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph No. 13 of the Plaintiffs' Complaint. Therefore, these allegations are denied.

14.

This Defendant is without sufficient information or knowledge to admit or deny the specific allegations contained in Paragraph No. 14 of the Plaintiffs'

Complaint.  Therefore, these allegations are denied.

15.

This Defendant is without sufficient information or knowledge to admit or deny the specific allegations contained in Paragraph No. 12 of the Plaintiffs' Complaint.  Therefore, these allegations are denied.

16.

This Defendant is without sufficient information, knowledge or legal training to admit or deny the specific allegations contained in Paragraph No. 16 of the Plaintiffs' Complaint.  Therefore, these allegations are denied.

17.

This Defendant admits the allegations contained in Paragraph No. 17 of the Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

18.

This Defendant admits the allegations contained in Paragraph No. 18 of the Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

19.

This Defendant admits the allegations contained in Paragraph No. 19 of the

Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

20.

This Defendant states that no response is required of this Defendant in response to the allegations contained in Paragraph No. 20 of the Plaintiffs' Complaint, but this Defendant denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

21.

This Defendant denies the allegations contained in Paragraph No. 21 of the Plaintiffs' Complaint as stated.

22.

This Defendant denies the allegations contained in Paragraph No. 22 of the Plaintiffs' Complaint, including all subparagraphs contained therein, as stated.

23.

This Defendant denies the allegations contained in Paragraph No. 23 of the Plaintiffs' Complaint, including all subparagraphs contained therein, as stated.

24.

This Defendant admits the allegations contained in Paragraph No. 24 of the Plaintiffs' Complaint, including all subparagraphs contained therein, but denies that

he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

25.

This Defendant admits the allegations contained in Paragraph No. 25 of the Plaintiffs' Complaint, including all subparagraphs contained therein, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

26.

This Defendant is without sufficient information, knowledge or legal training to admit or deny the allegations contained in Paragraph No. 26 of the Plaintiffs' Complaint.  Therefore, these allegations are denied.

27.

This Defendant is without sufficient information, knowledge or legal training to admit or deny the allegations contained in Paragraph No. 27 of the Plaintiffs' Complaint.  Therefore, these allegations are denied.

28.

This Defendant is without sufficient information, knowledge or legal training to admit or deny the allegations contained in Paragraph No. 28 of the Plaintiffs' Complaint.  Therefore, these allegations are denied.

## FACTS

29.

This Defendant is without sufficient information or knowledge to admit or deny the specific allegations contained in Paragraph No. 29 of the Plaintiffs' Complaint. Therefore, these allegations are denied.

30.

This Defendant is without sufficient information or knowledge to admit or deny the specific allegations contained in Paragraph No. 30 of the Plaintiffs' Complaint. Therefore, these allegations are denied.

31.

This Defendant denies the allegations contained in Paragraph No. 31 of the Plaintiffs' Complaint, including all subparts contained therein, as stated.

32.

This Defendant denies the allegations contained in Paragraph No. 32 of the Plaintiffs' Complaint as stated.

33.

This Defendant admits the allegations contained in Paragraph No. 33 of the Plaintiffs' Complaint upon information, belief and knowledge, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

34.

This Defendant denies the allegations contained in Paragraph No. 34 of the Plaintiffs' Complaint as stated.

35.

This Defendant is without sufficient information, knowledge or legal training to admit or deny the allegations contained in Paragraph No. 35 of the Plaintiffs' Complaint.  Therefore, these allegations are denied.

36.

This Defendant admits the allegations contained in Paragraph No. 36 of the Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

37.

This Defendant admits the allegations contained in Paragraph No. 37 of the Plaintiffs' Complaint regarding his employment with Gill Logistics, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

38.

This Defendant admits the allegations contained in Paragraph No. 38 of the Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

39.

This Defendant admits the allegations contained in Paragraph No. 39 of the Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

40.

This Defendant admits the allegations contained in Paragraph No. 40 of the Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

41.

This Defendant admits the allegations contained in Paragraph No. 41 of the Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

42.

This Defendant admits the allegations contained in Paragraph No. 42 of the Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

43.

This Defendant admits the allegations contained in Paragraph No. 43 of the Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages

sought in the Plaintiffs' Complaint.

44.

This Defendant denies the allegations contained in Paragraph No. 44 of the Plaintiffs' Complaint as stated.

45.

This Defendant admits the allegations contained in Paragraph No. 45 of the Plaintiffs' Complaint, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

46.

This Defendant denies the allegations contained in Paragraph No. 46 of the Plaintiffs' Complaint as stated.

47.

This Defendant denies the allegations contained in Paragraph No. 47 of the Plaintiffs' Complaint as stated.

48.

This Defendant denies the allegations contained in Paragraph No. 48 of the Plaintiffs' Complaint as stated.

49.

This Defendant denies the allegations contained in Paragraph No. 49 of the

Plaintiffs' Complaint as stated.

50.

This Defendant denies the allegations contained in Paragraph No. 50 of the Plaintiffs' Complaint as stated. By way of further response, this Defendant states that he is without sufficient information or knowledge to admit or deny the nature and extent of any injuries sustained by the Plaintiffs. Therefore, these allegations are also denied.

51.

This Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph No. 51 of the Plaintiffs' Complaint. Therefore, these allegations are denied.

52.

This Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph No. 52 of the Plaintiffs' Complaint. Therefore, these allegations are denied.

53.

This Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph No. 53 of the Plaintiffs' Complaint. Therefore, these allegations are denied.

## LIABILITY

### Defendant Gill Logistics, Inc., or ABC Corporations 1-5

This Defendant incorporates herein by reference his responses to Paragraphs Nos. 1-53 of the Plaintiffs' Complaint as if set out fully herein.

54.

This Defendant denies the allegations contained in Paragraph No. 54 of the Plaintiffs' Complaint as stated.

55.

This Defendant denies the allegations contained in Paragraph No. 55 of the Plaintiffs' Complaint.

56.

This Defendant denies the allegations contained in Paragraph No. 56 of the Plaintiffs' Complaint.

57.

This Defendant denies the allegations contained in Paragraph No. 57 of the Plaintiffs' Complaint.

58.

This Defendant denies the allegations contained in Paragraph No. 58 of the Plaintiffs' Complaint.

59.

This Defendant denies the allegations contained in Paragraph No. 59 of the Plaintiffs' Complaint.

60.

This Defendant denies the allegations contained in Paragraph No. 60 of the Plaintiffs' Complaint as stated. By way of further response, this Defendant states that he is without sufficient information or knowledge to admit or deny the nature and extent of any injuries sustained by the Plaintiffs. Therefore, these allegations are also denied.

61.

This Defendant denies the allegations contained in Paragraph No. 61 of the Plaintiffs' Complaint as stated.

62.

This Defendant denies the allegations contained in Paragraph No. 62 of the Plaintiffs' Complaint as stated.

### **Defendant Singh**

This Defendant incorporates herein by reference his responses to Paragraphs Nos. 1-62 of the Plaintiffs' Complaint as if set out fully herein.

63.

This Defendant admits the allegations contained in Paragraph No. 63 of the Plaintiffs' Complaint to the extent that they are consistent with all applicable laws, rules or regulations, but denies that he is liable to the Plaintiffs for the damages sought in the Plaintiffs' Complaint.

64.

This Defendant denies the allegations contained in Paragraph No. 64 of the Plaintiffs' Complaint as stated.

65.

This Defendant denies the allegations contained in Paragraph No. 65 of the Plaintiffs' Complaint.

66.

This Defendant denies the allegations contained in Paragraph No. 66 of the Plaintiffs' Complaint as stated.  By way of further response, this Defendant states that he is without sufficient information or knowledge to admit or deny the nature and extent of any injuries sustained by the Plaintiffs.  Therefore, these allegations are also denied.

67.

This Defendant denies the allegations contained in Paragraph No. 67 of the

Plaintiffs' Complaint as stated.

## Joint and Several Liability

This Defendant incorporates herein by reference his responses to Paragraphs Nos. 1-67 of the Plaintiffs' Complaint as if set out fully herein.

68.

This Defendant denies the allegations contained in Paragraph No. 68 of the Plaintiffs' Complaint.

## DAMAGES CLAIMED

This Defendant incorporates herein by reference his responses to Paragraphs Nos. 1-68 of the Plaintiffs' Complaint as if set out fully herein.

69.

This Defendant denies the allegations contained in Paragraph No. 69 of the Plaintiffs' Complaint.

70.

This Defendant denies the allegations contained in Paragraph No. 70 of the Plaintiffs' Complaint, including all subparagraphs contained therein.

71.

Any allegations or prayers relief contained in the Plaintiffs' Complaint and not specifically responded to herein are denied.

WHEREFORE, having fully answered the Plaintiffs' Complaint, this Defendant prays for the following relief:

a) That the Plaintiffs' Complaint against this Defendant be dismissed with prejudice;

b) That all costs associated with the Plaintiffs' Complaint as they pertain to this Defendant be assessed against the Plaintiffs;

c) That this Defendant receives a trial by a struck jury; and

d) That the Trial Court award this Defendant any further relief it deems just and proper.

This the 6th day of July, 2023.

Shires, Peake & Gottlieb, LLC

*/s/ Kevin T. Shires*
Kevin T. Shires, Esq.
Georgia Bar No.: 643290
Loren A. Rafferty, Esq.
Georgia Bar No.: 678355

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413
(678) 940-4420 (Fax)
kshires@spgattorneys.com
lrafferty@spgattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

    __x__    Electronically filing this document with CM/ECF which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E)

    __x__    Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

David T. Rohwedder, Esq.
Litner + Deganian, P.C.
1776 Briarcliff Road NE
Atlanta, Georgia 30306
dave@litnerlaw.com

This 6th day of July, 2023.

                                          Shires, Peake & Gottlieb, LLC

                                          */s/ Kevin T. Shires*
                                          Kevin T. Shires
                                          State Bar No.: 643290

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com