**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JONATHAN HAWKINS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CIVIL ACTION FILE |
| | * | NO. |
| JUAN RAFAEL SANTOS, ATC | * | |
| TRANSPORT SERVICE, INC., | * | |
| DISPATCHERS OTR, LLC, and | * | |
| TRISURA SPECIALTY | * | |
| INSURANCE COMPANY | * | |
| | * | |
| Defendants. | * | |
| | * | |

## DEFENDANT TRISURA SPECIALTY INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Trisura Specialty Insurance Company ("Trisura"), named as a Defendant in the above-styled action, and pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, hereby submit this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1.

The undersigned counsel of record for Defendants certifies that, based on the presently available facts, the following is a full and complete list of all parties to this action:

    **(a)**    **Jonathan Hawkins, Plaintiff;**

    **(b)**    **Juan Rafael Santos, Defendant;**

    **(c)**    **ATC Transport Service, Inc., Defendant;**

    **(d)**    **Dispatchers OTR, LLC, Defendant;**

    **(e)**    **Trisura Specialty Insurance Company[1], Defendant; and**

    **(f)**    **National General Insurance Company, Non-Party UM/UIM Insurance Carrier.**

2.

The undersigned counsel of record for Defendant Trisura certifies that, based on the presently-available facts, the following is a full and complete list of the parent

---

[1] As of the filing of this Certificate of Interested Persons and Corporate Disclosure Statement, the only Defendant which has been served with this suit is Defendant Trisura. The parent companies and members of Co-Defendants ATC Transport and Dispatchers OTR and Underinsured Motorist Carrier National General Insurance Company are currently unknown to Defendant Trisura.

corporations and publicly held companies owning ten percent (10%) or more of Trisura Specialty Insurance Company's stock:

**(a)     Trisura Group (Parent corporation for Trisura Specialty Insurance Company).**

3.

The undersigned counsel of record for Defendant certifies that, based on the presently-available facts, the other persons, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by outcome of this case:

**Undersigned counsel is unaware of any other such parties at this time.**

4.

The undersigned counsel of record for Defendant certifies that, based on the presently-available facts, the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding[2]:

**For Plaintiffs:**

**Shuli L. Green. of Shuli Green Injury Law**

---

[2] While an affidavit of service was filed for Underinsured Motorist Carrier National General Insurance Company, who is not a named party to this suit, they have not filed any responsive pleadings, and undersigned counsel does not currently know which, if any attorney is representing National General at this time.

**For Defendant Trisura Specialty Insurance Company:**

    **Jennifer E. Parrott, Esq. of Drew Eckl & Farnham, LLP**

    **Breanna Vega, Esq. of Drew Eckl & Farnham, LLP**

**For Non-Party UM/UIM Insurance Carrier National General Insurance Company:**

    **Wesley E. Childs, Esq. of Chambless Higdon Richardson Katz & Griggs, LLP**

This 6th day of July, 2023.

|  |  |
|---|---|
|  | **DREW ECKL & FARNHAM, LLP** |
|  | */s/Jennifer E. Parrott* |
| 303 Peachtree Street, NE | Jennifer E. Parrott |
| Suite 3500 | Georgia Bar No. 080180 |
| Atlanta, Georgia 30308 | Breanna Vega |
| Tel: 404-885-1400 | Georgia Bar No. 915946 |
| Fax: 404-876-0992 |  |
| parrottj@deflaw.com | *Attorneys for Defendant Trisura* |
| vegab@deflaw.com | *Specialty Insurance Company* |

13626908v1
32862-262504

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendants hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 6th day of July, 2023.

                                          **DREW ECKL & FARNHAM, LLP**

                                          */s/ Jennifer E. Parrott*

| | |
|---|---|
| 303 Peachtree Street, NE | Jennifer E. Parrott |
| Suite 3500 | Georgia Bar No. 080180 |
| Atlanta, Georgia 30308 | Breanna Vega |
| Tel: (404) 885-1400 | Georgia Bar No. 915946 |
| Fax: (404) 876-0992 | |
| parrottj@deflaw.com | *Attorneys for Defendant Trisura* |
| vegab@deflaw.com | *Specialty Insurance Company* |

13626908v1
32862-262504

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN HAWKINS | * |
| | * |
|   Plaintiff, | * |
| | * |
| V. | *  CIVIL ACTION FILE |
| | *  NO. |
| JUAN RAFAEL SANTOS, ATC | * |
| TRANSPORT SERVICE, INC., | * |
| DISPATCHERS OTR, LLC, and | * |
| TRISURA SPECIALTY | * |
| INSURANCE COMPANY | * |
| | * |
|   Defendants. | * |
| | * |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am counsel for Defendants and that I have this day filed the foregoing ***Defendant Trisura Specialty Insurance Company's Certificate of Interested Persons and Corporate Disclosure Statement*** with the Clerk of Court, using the CM/ECF system, and served a copy of the foregoing upon all parties of record via U.S. Mail, adequate postage prepaid, addressed as follows:

Shuli L. Green
Shuli Green Injury Law
1201 Peachtree Street NE, Suite 2000
Atlanta, GA  30361
shuli@shuligreeninjurylaw.com

Wesley E. Childs
Chambless, Higdon, Richardson, Katz & Griggs, LLP
P.O. Box 18086
Macon, GA  31209-8086
wchilds@chrkglaw.com

This 6th day of July, 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/ Jennifer E. Parrott*

| | |
|---|---|
| 303 Peachtree Street, NE | Jennifer E. Parrott |
| Suite 3500 | Georgia Bar No. 080180 |
| Atlanta, Georgia 30308 | Breanna Vega |
| Tel: (404) 885-1400 | Georgia Bar No. 915946 |
| Fax: (404) 876-0992 | |
| parrottj@deflaw.com | *Attorneys for Defendant Trisura* |
| vegab@deflaw.com | *Specialty Insurance Company* |

13626908v1
32862-262504