IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN HAWKINS | * |
| | * |
|   Plaintiff, | * |
| | * |
| V. | *  CIVIL ACTION FILE |
| | *  NO. |
| JUAN RAFAEL SANTOS, ATC | * |
| TRANSPORT SERVICE, INC., | * |
| DISPATCHERS OTR, LLC, and | * |
| TRISURA SPECIALTY | * |
| INSURANCE COMPANY | * |
| | * |
|   Defendants. | * |
| | * |

## NOTICE OF LEAVE OF ABSENCE

COMES NOW, Jennifer E. Parrott, lead counsel for Defendant Trisura Specialty Insurance Company, and pursuant to L.R. 83.1(E)(4), respectfully notifies the Court and all opposing counsel that she will be on leave as follows:

1.

The periods of leave during which time lead counsel Jennifer E. Parrott will be away from the practice of law are:

September 22 – October 4, 2023

November 17-27, 2023

December 22, 2023 – January 6, 2024

2.

The purpose of the leave is for attending to child health-related appointments/care, family vacation, professional conferences, and speaking engagements.

This the 6th day of July, 2023.

Respectfully submitted,

**DREW, ECKL & FARNHAM, LLP**

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
Tel: 404-885-1400
Fax: 404-876-0992
parrottj@deflaw.com

/s/ Jennifer E. Parrott
Jennifer E. Parrott
Georgia Bar No. 080180

*Attorney for Trisura Specialty Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JONATHAN HAWKINS | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | *   CIVIL ACTION FILE |
| | *   NO. |
| JUAN RAFAEL SANTOS, ATC | * |
| TRANSPORT SERVICE, INC., | * |
| DISPATCHERS OTR, LLC, and | * |
| TRISURA SPECIALTY | * |
| INSURANCE COMPANY | * |
| | * |
| Defendants. | * |
| | * |

## CERTIFICATE OF SERVICE AND COMPLIANCE
## WITH LOCAL RULE 5.1(C)

I HEREBY CERTIFY, that I have this day filed the **NOTICE OF LEAVE OF ABSENCE** with the Clerk of Court using the CM/ECF system and served a copy of the foregoing upon all counsel of record via U.S. Mail, adequate postage prepaid, addressed as follows:

Shuli L. Green
Shuli Green Injury Law
1201 Peachtree Street NE, Suite 2000
Atlanta, GA  30361
shuli@shuligreeninjurylaw.com

Page 3 of 4

Wesley E. Childs  
Chambless, Higdon, Richardson, Katz & Griggs, LLP  
P.O. Box 18086  
Macon, GA  31209-8086  
wchilds@chrkglaw.com

I further certify that the foregoing has been prepared with Times New Roman, 14 point font, in compliance with L.R. 5.1(C).

This the 6th day of July, 2023.

Respectfully submitted,

**DREW ECKL & FARNHAM, LLP**

|  |  |
|---|---|
|  | */s/ Jennifer E. Parrott* |
| 303 Peachtree Street, NE | Jennifer E. Parrott |
| Suite 3500 | Georgia Bar No. 080180 |
| Atlanta, Georgia 30308 |  |
| Tel: 404-885-1400 | *Attorney for Defendant Trisura Specialty* |
| Fax: 404-876-0992 | *Insurance Company* |
| parrottj@deflaw.com |  |