# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **FKA GABRIEL STROTHERS,** <br> **LEONIDAS STROTHERS** <br><br> PLAINTIFF, <br><br> v. <br><br> **INTUIT INC.,** <br><br> DEFENDANT. | ) <br> ) **CIVIL ACTION FILE NO.** <br> ) <br> ) _____ <br> ) <br> ) <br> ) **Superior Court of Gwinnett** <br> ) **County Civil Action File** <br> ) **No. 23-A-04381-06** |

## NOTICE OF REMOVAL

**COMES NOW** Intuit Inc. (hereinafter "Intuit"), Defendant in the above-styled civil action, and within the time prescribed by law, files this Notice of Removal, by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and respectfully shows the Court the following facts:

## PROCEDURAL BACKGROUND

1. On May 22, 2023, Plaintiff "FKA Gabriel Strothers Leonidas Strothers" filed a Complaint against Intuit in the Superior Court of Gwinnett County, Civil Action No. 23-A-04381-06. Gwinnett County is within the Atlanta Division of this Court.

2. On that same day, Plaintiff filed a Request to Proceed in Forma Pauperis. The Court granted Plaintiff's request.

3. Intuit was served with a copy of the Complaint on June 6, 2023.

4. As of this date, no further pleadings have been filed in the action and no proceedings have been conducted in the action.

### **GROUNDS FOR REMOVAL**

5. Plaintiff's action is removable based on the presence of federal diversity jurisdiction. Removal to this Court by Intuit is proper pursuant to the provisions of Title 28 of the United States Code Section 1441, in that this is a civil action in which the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. Thus, pursuant to Title 28 of the United States Code Section 1332, this Court has original jurisdiction over this matter.

6. Further, this action meets the necessary jurisdictional requirements for federal court. First, the parties are completely diverse.

7. On the face of the Complaint, Plaintiff alleges that he is a resident and citizen of Georgia. (Complaint, p.1).

8. Intuit is a United States Corporation incorporated in the state of Delaware and has its principal place of business in Mountain View, California.

Intuit's officers "direct, control, and coordinate the corporation's activities" from California.  *See* Declaration of Sandra Gebbia ("Gebbia Decl.") as **Exhibit A**, ¶ 4; *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010) (defining "principal place of business").  California is also home to Intuit's headquarters.  Gebbia Decl., ¶ 3.  Intuit's "nerve center," and the "actual center of direction, control, and coordination" for the company is in California.  *See id.*, ¶ 4.  Intuit is not incorporated in Georgia.  *Id.*, ¶ 5.  Nor is Intuit's principal place of business in Georgia.  *Id.*, ¶ 6.  Thus, Intuit is not a citizen of Georgia.  *See id.*, ¶¶ 5-6.  Instead, Intuit is a citizen of both Delaware and California.  *See* 28 U.S.C. § 1332 ("[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.")

9.   Next, the amount in controversy requirement is also satisfied.  Plaintiff's Complaint seeks a sum in excess of $75,000.00, as Plaintiff appears to seek, among other things, to recover damages for alleged emotional distress in the amount of $200,000 and alleged mental anguish abuse in the amount of $200,000.  (Complaint, p. 16).

10.   Intuit filed this Notice of Removal within thirty (30) days from the date it was first served with the Complaint.  Therefore, this removal is timely under 28 U.S.C. § 1446(b).

11. Intuit attaches a copy of Plaintiff's Complaint as **Exhibit B**.

12. Copies of the summons, process, and all other pleadings in the Gwinnett Superior action are attached as **Exhibit C**.

13. Intuit has given written notice of the filing of this Notice of Removal to Plaintiff. Intuit also filed a written notice with the Clerk of the Superior Court of Gwinnett County. A copy of said Notice is attached as **Exhibit D**.

## CONCLUSION

**WHEREFORE**, Defendant, Intuit Inc., prays that this case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Dated this 6th day of July, 2023.

Respectfully submitted,

**WARGO, FRENCH & SINGER LLP**

*/s/ David M. Pernini*
David M. Pernini
Georgia State Bar No.: 572399
Heather H. Sharp
Georgia State Bar No. 671545
999 Peachtree Street, NE
Suite 1120
Atlanta, GA 30309
404-853-1520
dpernini@wfslaw.com
hsharp@wfslaw.com

*Attorneys for Defendant Intuit Inc*

## **RULE 7.1.D CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

*/s/ David M. Pernini*
David M. Pernini

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which electronically serves a copy of same upon all parties of record and/or United States mail, postage prepaid, and properly addressed as follows:

FKA GABRIEL STROTHERS,
4485 Lawrenceville Hwy # 207
Lilburn, Georgia 30047
gabe2764@gmail.com
Pro Se Plaintiff

*/s/ David M. Pernini*
David M. Pernini