# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FKA GABRIEL STROTHERS,** <br> **LEONIDAS STROTHERS** <br><br> PLAINTIFF, <br><br> v. <br><br> **INTUIT INC.,** <br><br> DEFENDANT. | ) <br> ) **CIVIL ACTION FILE NO.** <br> ) <br> ) _____ <br> ) <br> ) <br> ) <br> ) **Superior Court of Gwinnett** <br> ) **County Civil Action File** <br> ) **No. 23-A-04381-06** |

**DECLARATION OF SANDRA GEBBIA IN SUPPORT OF DEFENDANT INTUIT INC.'S NOTICE OF REMOVAL**

I, Sandra Gebbia, declare as follows:

1. I am the Dispute Resolution Program Manager at Intuit Inc. I submit this declaration in support of Intuit's Notice of Removal. Based on my job responsibilities and my review of Intuit's business records, I am familiar with the facts stated in this declaration, and if called to testify as a witness, I could and would testify competently to the facts set forth herein.

2. Intuit is incorporated in the state of Delaware.

3. Intuit's principal place of business and global headquarters is in Mountain View, California.

4. Intuit directs, controls, and coordinates, its business from California.

5. Intuit is not incorporated in Georgia.

6. Intuit's principal place of business is not in Georgia.

I declare under penalty that the foregoing is true and correct.

Executed on this  6th   day of July, 2023.

*Sandra Gebbia*
Sandra Gebbia (Jul 6, 2023 13:42 PDT)
_____

Sandra Gebbia

16319/40180/FW/17675036.2