# Exhibit B

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2023 MAY 22 AM 11: 29

TIANA P. GARNER, CLERK

23A 04381-06

IN THE GWINNETT COUNTY SUPERIOR COURT

FKA GABRIEL STROTHERS
(LEONIDAS STROTHERS)

(PLAINTIFF)

VS

INTUIT INC

(DEFENDANT)

## COMPLAINT FOR DECEPTIVE PRACTICES AND MENTAL ANGUISH

1. **PLAINTIFF** brings this action on his own behalf for actual damages arising from DEFENDANT's cause of action.

### JURISDICTION AND VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because Plaintiff and Defendant reside and/or do business in the District of Georgia. Venue is also proper in this District because the acts and transactions that give rise to this action occurred, in substantial part, in the District of Georgia.

### PARTIES

1. PLAINTIFF is a natural person residing in Lilburn, Georgia.

2. DEFENDANT is INTUIT INC. (hereinafter referred to as "DEFENDANT") is a Corporation formed and does business in the state of Georgia.

### STATEMENT OF FACTS

1. **Defendant** made false representations, misleading statements, or engaged in fraudulent conduct during the course of the transaction, leading Plaintiff to believe the service was free [Specify the false representations or misleading statements made by the Defendant}

2.. **PLAINTIFF** denies the defendant settlement check/offer sent in the mail from Georgia Attorney General Chirs Carr. The natural fact of being deceived by INTUIT INC has triggered severe mental anguish.

3. DEFENDANT has a natural history of taking advantage of consumers with deceptive practices as shown below:

**Kehiaian v. Intuit Inc. (N.D. Cal. 2019)**

**Allwein v. Intuit Inc. (N.D. Cal. 2019)**

**Williams v. Intuit, Inc. (N.D. Cal. 2020)**

### 4. Defendant Practices

A. Intuit's TurboTax Home Page did in fact mislead consumers into believing They Can File Their Taxes for Free Using TurboTax.

B. The TurboTax website did not disclose adequately to consumers, including those who see Intuit's advertisements, the limitations on eligibility for the "free" version of TurboTax.

C. The TurboTax home page in the past contained the following screen, which mimicked the "Free and $0 for the service"

D. TurboTax violated its agreement with the IRS by intentionally diverting qualified taxpayers away from its "free filing" program in favor of its paid product offerings. It did this by segregating its "free file" web page from its primary website and then altering the website's code in order to keep it hidden from search engines like Google so that it would not be easily accessible to qualified taxpayers.

E.. TurboTax also marketed its paid offerings as "Free Guaranteed"—so that qualified taxpayers believed they were filing their taxes pursuant to the free-filing program, only to be hit with unexpected charges after they already spent hours entering information and were getting ready to file.

F.. As a result of this scheme, TurboTax breached its agreement with the government, took advantage of the U.S. public, and generated millions of dollars of ill-gotten gains from persons who least can afford it.



5. **Plaintiff** relied on the false representations or misleading statements and suffered harm as a result.

A. As a direct and proximate result of **Defendant's** deceptive practices, Plaintiff has experienced mental anguish, emotional distress, and other consequential damages.

B. Plaintiff is entitled to recover damages for the mental anguish caused by Defendant's deceptive practices

### PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court enter judgment in their favor and against Defendant, and award the following relief:

A judgment against the Defendant in an amount to be determined outside of court or at trial but in no event less than $50,000, plus any applicable interest, costs, and fees;

The PLAINTIFF asked the court to honor his fees schedule.

That the Court award the PLAINTIFF such other and further relief as the Court may deem just and proper.

Respectfully Submitted,
DATED this 18 day of May 2023.
FKA GABRIEL STROTHERS
LEONIDAS STROTHERS
ALL RIGHTS RESERVED

4485 Lawrenceville Hwy # 207
Lilburn, Georgia 30047
Tel: 404.919.1166 - gabe2764@gmail.com

OFFICE OF ATTORNEY GENERAL CHRIS CARR
INTUIT MULTISTATE SETTLEMENT ADMINISTRATOR - 7813
PO BOX 2599
FARIBAULT MN 55021-9599

**IMPORTANT LEGAL MATERIALS FROM YOUR ATTORNEY GENERAL**

 UAC - 14165

015802 1 AV 0.468   007802/015802/007802 042 01 VC2B64
GABRIEL STROTHERS
4485 LAWRENCEVILLE HWY NW STE 207
LILBURN GA 30047-3633



5/10/2023

On May 4, 2022, my office announced a $141 million multistate settlement with Intuit to compensate Intuit TurboTax customers who were tricked into paying for tax preparation services that should have been free for them. **Please find enclosed a check sent to you as part of that settlement.**

Neither your Attorney General nor the Settlement Fund Administrator can offer individual tax advice regarding this payment. You should consult your tax advisor to determine what tax consequences, if any, there might be. You may also consult the Taxpayer Advocate Service at the IRS.

If you have any questions, please visit www.AGTurboTaxSettlement.com or call 1-833-472-1985. Para obtener esta información en español, visite www.AGTurboTaxSettlement.com. **Please note that this check may expire and be voided after 90 days.**

SINCERELY,

*[signature]*

CHRISTOPHER M. CARR
GEORGIA ATTORNEY GENERAL



Detach and sign the back of this instrument.

TRA1-D-015802/007802 VC2B64  S1-ET-M1-C00002

---

**THE FACE OF THIS CHECK HAS A TAN SECURITY BACKGROUND**

Intuit Multistate Settlement
P.O. Box 2599
Faribault, MN 55021-9599

Huntington National Bank

56-1512/441

Do Not Convert to ACH

**2273081**

| Date | Claimant ID Number | Amount |
|---|---|---|
| 5/10/2023 | 0014320989 | $29.30 |

VOID AFTER AUGUST 9, 2023
NOT VALID FOR AMOUNT OTHER THAN 29.30
Payee's signature required on back in order for this instrument to be valid.

PAY  Twenty-Nine Dollars and Thirty Cents
PAYABLE TO:   GABRIEL STROTHERS

BY *[signature]*
AUTHORIZED SIGNATURE

⑂0227308⑂  ⑆044115126⑆  01893957466⑂

ENDORSE HERE
X
_____

_____
_____

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY*.



FEDERAL RESERVE BANK REGULATION CC
Security features on this document include:
• A Micro-Print signature line
• A background pattern that will appear white if altered
• Three blue Original Document watermarks on the back
Absence of any of these features may indicate alteration or counterfeiting.
®Padlock design is a certification mark of Check Payment Systems Association

## AFFIDAVIT OF TRUTH

### Notice To All

I, Gabriel Strothers, hereby affirm and certify that I am competent to give the following declarations based on my personal knowledge, unless otherwise stated, and that the facts in the attached motion are true to the best of my knowledge.

I am, the consumer in fact, natural person, original creditor, ender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name Gabriel Strothers, and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I will d/b/a Gabriel Strothers

Fact: It was to my knowledge that the platform was free with advertisements stating $0 guaranteed.

Fact: During the course of the transactions, it became apparent that INTUIT INC engaged in deceptive practices by false advertisements. These practices include but are not limited to:

Misrepresenting the quality or features of their products/services.
Falsely advertising discounts, promotions, or special offers.
Providing misleading information regarding pricing, fees, or additional charges.

Using deceptive sales tactics or pressure techniques to manipulate customers' decisions.

**Fact: INTUIT INC has violated the Plaintiff consumer rights and many others.**

**Kehiaian v. Intuit Inc. (N.D. Cal. 2019)**

**Allwein v. Intuit Inc. (N.D. Cal. 2019)**

**Williams v. Intuit, Inc. (N.D. Cal. 2020)**

**Fact: Intuit Inc actions have affected Gabriel Strothers by fraudulent deceptive practices, mental trickery which triggered severe mental anguish.**



MHA Screening - Mental Health America <screening@mhanational.org>

To: helpleonidastoday@gmail.com
Name: Leonidas Strothers

**Severe Depression**

Your results indicate that you may be experiencing signs of severe depression.

These results are not meant to be a diagnosis. You can meet with a doctor or therapist to get a diagnosis and/or access therapy or medications. Sharing these results with someone you trust can be a great place to start.

## Your Answers

**1. Little interest or pleasure in doing things**
Nearly every day (3)

**2. Feeling down, depressed, or hopeless**
Nearly every day (3)

**3. Trouble falling or staying asleep, or sleeping too much**
Nearly every day (3)

**4. Feeling tired or having little energy**
Nearly every day (3)

**5. Poor appetite or overeating**
Nearly every day (3)

**6. Feeling bad about yourself - or that you are a failure or have let yourself or your family down**
Nearly every day (3)

**7. Trouble concentrating on things, such as reading the newspaper or watching television**
Nearly every day (3)

**8. Moving or speaking so slowly that other people could have noticed**
Nearly every day (3)

**9. Thoughts that you would be better off dead, or of hurting yourself**
Not at all (0)

**10. If you checked off any problems, how difficult have these problems made it for you at work, home, or with other people?**
Extremely difficult

## About your score

Each of your answers has a score of 0-3. Click "Your Answers" above to see your score for each question. Adding these up provides your Total Score.

Not at all = 0; Several days = 1; More than half the days = 2; Nearly every day = 3

**Your Score: 27**

**Interpreting your Total Score**

- **1-4:** Minimal depression
- **5-9:** Mild depression
- **10-14:** Moderate depression
- **15-19:** Moderately severe depression
- **20-27:** Severe depression

**To monitor your depression severity over time:**

**Option 1:** Create an MHA Screening account to save your results and track changes over time.

**Option 2:** Track your scores manually:

1. Print or email your initial results. This is your baseline.
2. Continue to screen at regular intervals (for example, every 2 weeks).
3. Note any changes in your Total Score (above).
4. Print or email results and bring them to someone who is helping you in your recovery.

**Source**

PHQ9 Copyright © Pfizer Inc. All rights reserved. Reproduced with permission. PRIME-MD ® is a trademark of Pfizer Inc.


Mental Health America

MHA Screening - Mental Health America <screening@mhanational.org>

To: helpleonidastoday@gmail.com
Name: Leonidas Strothers

**Severe Anxiety**
Your results indicate that you may be experiencing some signs of severe anxiety.

These results are not meant to be a diagnosis. You can meet with a doctor or therapist to get a diagnosis and/or access therapy or medications. Sharing these results with someone you trust can be a great place to start.

View your results online and see next steps

Your Answers
1. Feeling nervous, anxious, or on edge
Nearly every day (3)

2. Not being able to stop or control worrying
Nearly every day (3)

3. Worrying too much about different things
Nearly every day (3)

4. Trouble relaxing
Nearly every day (3)

5. Being so restless that it is hard to sit still
Nearly every day (3)

6. Becoming easily annoyed or irritable
Nearly every day (3)

7. Feeling afraid, as if something awful might happen
Nearly every day (3)

About your score
Each of your answers has a score of 0-3. Click "Your Answers" above to see your score for each question. Adding these up provides your Total Score.

Not at all = 0; Several days = 1; More than half the days = 2; Nearly every day = 3

**Your Score: 21**

Interpreting your Total Score
0-4: minimal anxiety
5-9: mild anxiety
10-14: moderate anxiety
15-21: severe anxiety
To monitor your anxiety severity over time:
Option 1: Create an MHA Screening account to save your results and track changes over time.

Option 2: Track your scores manually:

Print or email your initial results. This is your baseline.
Continue to screen at regular intervals (for example, every 2 weeks).
Note any changes in your Total Score (above).
Print or email results and bring them to someone who is helping you in your recovery.

**Source**
Primary Care Evaluation of Mental Disorders Patient Health Questionnaire (PRIME-MD-PHQ). The PHQ, including the GAD-7, was developed by Drs. Robert L. Spitzer, Janet B.W. Williams, Kurt Kroenke, and colleagues. For research information, contact Dr. Spitzer at ris8@columbia.edu. PRIME-MD® is a trademark of Pfizer Inc. Copyright© 1999 Pfizer Inc. All rights reserved. Reproduced with permission.

## Strothers Fee Schedule

| Breach | Penalty | Authority |
| --- | --- | --- |
| Violation of Oath of Office | $250,000.00 | 18 USC 3571 |
| Denied Right to Truth in Evidence | $250,000.00 | 18 USC 3571 |
| Slavery(Forced Compliance to contracts not held) | $250,000.00 | 18 USC 3571 |
| Denied Provisions in the Constitution | $250,000.00 | 18 USC 3571 |
| Armed Treason War Against Americans | $250,000.00 | 18 USC 3571 |
| Defense Denied Evidence (records) | $250,000.00 | 18 USC 3571 |
| Defense Arguments | $250,000.00 | 18 USC 3571 |
| Slavery (Forced compliance to contract not held) | $250,000.00 | 18 USC 3571 |
| Denied Proper Warrant(s) | $250,000.00 | 18 USC 3571 |
| Treason (combined actions above) and allowing unelected and $250,000.00 18 USC 3571 Page 7 of 16 unaccountable agencies and agents to dictate and shape policy that violates due process rights | $250,000.00 | 18 USC 3571 |
| Conspiracy to Deprive me of Life Liberty or Property | $250,000.00 | per PERSON per event |
| Armed Abuse of Office | $200,000.00 | |
| Armed Abuse of Authority | $200,000.00 | |
| Armed Assault and Battery | $200,000.00 | |
| Armed Breach of Trust | $200,000.00 | |
| Armed Coercion | $200,000.00 | |
| Armed Criminal Extortion | $200,000.00 | |
| Armed Impersonating a Pub | $200,000.00 | |

| Official | | |
|---|---|---|
| Armed Operating Status W/O Bond | $200,000.00 | |
| Denied Right of Reasonable | $250,000.00 | |
| Armed Violation of Due Process | $200,000.00 | |
| Armed Deprivation of Rights | $2,000,000.00 | |
| Armed Misrepresentation/ Personage | $200,000.00 | |
| Armed Theft by Forced Regulation | $200,000.00 | |
| Armed Violations of Lieber Code Against Non-Combatants | $200,000.00 | |
| Armed Wrongful Assumption of Status/Standing | $200,000.00 | |
| Unlawful Incarceration | $200,000.00 | |
| Malicious Precaution | $200,000.00 | |
| Defamation of Character | $200,000.00 | |
| Slander | $200,000.00 | |
| Libel | $200,000.00 | |
| Mis-Prison of Felony | $500.00 | 18 USC 4 |
| Economic Oppression | $200,000.00 | 18 USC 141, 872, 25 CFR 11.417 |
| Acting as Agents of Foreign Principles | $200,000.00 | 18 USC 219 |
| Conspiracy Against Rights | $200,000.00 | 18 USC 241 |
| Deprivation of Rights Under Color of Law | $200,000.00 | 18 USC 242 |
| Armed Fictitious Obligations | $200,000.00 | 18 USC 514 |
| Misappropriation of Taxpayer | $200,000.00 | 18 USC 641-664 |

| Funds | | |
|---|---|---|
| **Bribery Concerning Receiving Federal Funds** | $5,000.00 per violation (10 years in prison) | 18 USC 666 |
| Extortion | $5,000.00 | 18 USC 872 |
| **Mail Threats** | $5,000.00 | 18 USC 876 |
| **Officer or Employee of the united States** | Fined and imprisoned not more than 2 years | 18 USC 912 |
| **Fraud Statement of Entries Generally** | $10,000.00 | 18 USC 1001 |
| **Falsification of Documents** | $10,000.00 | 18 USC 1001 |
| **Armed Falsification of Docs/Records** | $10,000.00 | 18 USC 1001, 26 USC 7701(a)(1) |
| **Acknowledgment of Appearance or Oath** | Fined and or imprisoned not more than 2 years $200,000.00 | 18 USC 1016 |
| **Official Certificates or Writings** | Fined or imprisoned not more than 1 year | 18 USC 1018 |
| **False Information and Hoaxes** | Fined and 5 years to life in prison | 18 USC 1038 |
| **Genocide** | $1,000,000.00 | 18 USC 1091 |
| **Armed Kidnapping** | $200,000.00 | 18 USC 1201 |
| **Mail Fraud** | $10,000.00 | 18 USC 1341 |
| **Armed Perjury** | $2,000.00 | 18 USC 1621 |
| **Armed Subordination of Perjury** | $2,000.00 | 18 USC 1622 |

| | | |
|---|---|---|
| **Peonage (Felony)** | $200,000.00 | 18 USC 1581, 42 USC 1994 |
| **Perjury** | $2,000.00 | 18 USC 1621 |
| **Neglect/Failure to Protect/Act** | $200,000.00 | 18 USC 1621, 42 USC 1986 |
| **Subornation of Perjury** | $2,000.00 | 18 USC 1622 |
| **Obstruction and Delaying Commerce and unlawfully taking and obtaining personal property under fear of threat** | 10 years in prison minimum | 18 USC 1951 "Hobbs Act" |
| **Armed Racketeering (criminal, felony)** | $200,000.00 | 18 USC 1961-1968 |
| **Rico/Racketeering (civil)** | $25,000.00.00 | 18 USC 1964(C) |
| **Armed Extortion of Rights** | $200,000.00 | Title 15 |
| **Armed Malfeasance/Malpractice** | $200,000.00 | 22 CFR 13.3 |
| **Fictitious Conveyance of Language** | $200,000.00 | Chap. 2b 78FF |
| **Emotional Distress** | $200,000.00 | 32 CFR 536.77(a)(3)(vii) |
| **Mental Anguish Abuse** | $200,000.00 | 42 CFR 488.301 |