# Exhibit C

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2023 MAY 22  AM 11: 28

TIANA P. GARNER, CLERK

**FKA GABRIEL STROTHERS**

**4485 LAWRENCEVILLE HWY #207**

**LILBURN, GEORGIA 30047**

CIVIL ACTION NUMBER: 23A 04381-06

PLAINTIFF

VS.

**INTUIT INC**

**RA:Corporation Service Company**

2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __22nd__ day of __May__, 20__23__.

Tiana P. Garner
Clerk of Superior Court

By_____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Civil Action No. **23-A-04381-6**

Date Filed **05/26/23**

Magistrate Court ☐
Superior Court ☒
State Court ☐
Georgia, Gwinnett County

**FKA GABRIEL STROTHERS**
**Leonidas Strothers**
_____ Plaintiff

VS.

Attorney's Address **FKA GABRIEL STROTHERS**
**Leonidas Strothers**
**4485 Lawrenceville Hwy #207**
**Lilburn, GA 30047**

**Intuit Inc.**
_____ Defendant

Name and Address of party to be served.

**Intuit Inc.**
**Corporation Service Company**
**2 Sun Court, Suite 400**
**Peachtree Corners, GA 30092, USA**

RECEIVED 2023 JUN -5 PM 4:15

_____ Garnishee

### Sheriff's Entry Of Service

☐ **Personal** — I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **Notorious** — I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows: age, about ___ years; weight, about ___ pounds; height, about ___ feet and ___ inches; domiciled at the residence of defendant.

☒ **Corporation** — Served the defendant **Intuit Inc.** a corporation by leaving a copy of the within action and summons with **Alisha Smith**, in charge of the office and place of doing business of said Corporation in this County.

☐ **Tack & Mail** — I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **Non Est** — Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **6** day of **June** 20**23**

**J. Williams**
Deputy
**SO1135**
Gwinnett County, Georgia

Sheriff Docket _____ Page _____

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

Civil Action No. 23-A-04381-6

Date Filed 05/26/23

Magistrate Court ☐
Superior Court ☒
State Court ☐
Georgia, Gwinnett County

FKA Gabriel Strothers
Leonidas Strothers

**Plaintiff**

VS.

Intuit Inc.

**Defendant**

Attorney's Address FKA Gabriel Strothers
Leonidas Strothers
4185 Lawrenceville Hwy #8C7
Lilburn, GA 30047

Name and Address of party to be served.
Intuit Inc
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092, USA

**Garnishee**

## Sheriff's Entry Of Service

**Personal ☐** I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious ☐** I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation ☒** Served the defendant Intuit Inc. _____ a corporation by leaving a copy of the within action and summons with Alonza Smith _____
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail ☐** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est ☐** Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20___

J. Williams
**Deputy**
SO1135
**Gwinnett County, Georgia**

Sheriff Docket _____ Page _____

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

Not found
5/18/23

IN THE MAGISTRATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2023 MAY 22 AM 11:28

TIANA P. GARNER, CLERK

| | |
|---|---|
| FKA GABRIEL STROTHERS )<br><br>_____ )<br>Plaintiff, )<br>)<br>v. )<br>)<br>**INTUIT INC** )<br>_____ )<br>)<br>Defendant(s). )<br>) | CIVIL ACTION<br>FILE NO. **23A 04381-06** |

### AFFIDAVIT OF ELIGIBILITY TO PROCEED IN FORMA PAUPERIS

I, **FKA GABRIEL STROTHERS**, do hereby swear or affirm that I am the [ **x** ] Plaintiff [ ] Defendant in the above styled case and that because of my indigent status, I am unable to pay the costs of this proceeding.

*I declare under penalty of perjury that the responses I have made to all questions set forth in this Affidavit, specifically relating to my ability to pay the costs of this proceeding, are true and correct.*

This **18** day of **May**, 20**23**.

_____
Signature: *Leonidas Strothers*

Print name: **Leonidas Strothers**

Sworn to and subscribed before me this **18** day of **May**, 20**23**

_____
Notary Public

Sworn to and subscribed before me this ____ day of _____, 20__

_____
Deputy Clerk of Superior Court

## AFFIDAVIT, Page 2

A.  **IDENTIFYING INFORMATION**

   1. Name: <u>STROTHERS          LEONIDAS  FKA GABRIEL STROTHERS</u>
               Last           First           Middle

   2. Current Address: <u>4485 LAWRENCEVILLE HWY #207</u>
          Street Address & Apt. No., if applicable

      <u>LILBURN          GA          30047</u>
         City        State        Zip Code

   3. Best Telephone Number to Reach You: <u>404-919-1166</u>

   4. Email Address: <u>helpleonidastoday@gmail.com</u>

B.  **DEPENDENTS/DEPENDENCY**

   1. Marital Status:   [   ] Married   [ **x** ] Single   [   ] Divorced/Separated.

   2. Is there any other person (spouse) or people (parents) who currently support you financially?   [   ] Yes   [ **x** ] No.

      If yes, explain: _____

   2. How many people, not including yourself, do you currently support? __**0**__

   List Below:

   | Name | Age | Relationship | Support Totally? |
   |------|-----|--------------|------------------|
   | _____ | ____ | _____ | [ ] Yes [ ] No |
   | _____ | ____ | _____ | [ ] Yes [ ] No |
   | _____ | ____ | _____ | [ ] Yes [ ] No |
   | _____ | ____ | _____ | [ ] Yes [ ] No |
   | _____ | ____ | _____ | [ ] Yes [ ] No |

C.  **PUBLIC ASSISTANCE**

   Do you currently receive any of the following?

   **Aid to Families of Dependent Children (AFDC)**    [   ] Yes [ **x** ] No

      Amount Received per Month:   $_____

   **Social Security Income (SSI)**    [   ] Yes [ **x** ] No

      Amount Received per Month:   $_____

**AFFIDAVIT, Page 3**

| | | |
|---|---|---|
| **Social Security Disability Income (SSDI)** | | [ ] Yes [**X**] No |
| Amount Received per Month: | $_____ | |
| **Temporary Assistance to Needy Families (TANF)** | | [ ] Yes [**x**] No |
| Amount Received per Month: | $_____ | |
| **Supplemental Nutrition Assistance Program (SNAP)** | | [ ] Yes [**x**] No |
| Amount Received per Month: | $_____ | |
| **Unemployment Benefits** | | [ ] Yes [**x**] No |
| Amount Received per Month: | $_____ | |
| **Medicaid** | | [ ] Yes [**x**] No |
| Amount Received per Month: | $_____ | |
| **Public Housing Assistance** | | [ ] Yes [**x**] No |
| Amount Received per Month: | $_____ | |
| *Do you receive any other kind of public assistance?* | | [ ] Yes [**x**] No |
| Amount Received per Month: | $_____ | |

**TOTAL AMOUNT OF PUBLIC ASSISTANCE RECEIVED PER MONTH, IF ANY:**
$<u>0.00          </u>

**D.   MONTHLY INCOME**

1. Are you currently employed?     [ ] Yes [**x**] No

   If yes, please list name(s) and phone number(s) of your employer(s), as well as monthly income/wages.

   | Employer Name | Phone | Amout Paid per Month |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

   **TOTAL AMOUNT OF INCOME RECEIVED PER MONTH, IF ANY:** $_____

2. Do you receive any income from *any other source*?     [ ] Yes [**x**] No

   If yes, please list all other income sources on the following page.

**AFFIDAVIT, Page 4**

| | | |
|---|---|---|
| **Workers Compensation Benefits** | | [ ] Yes [x] No |
| Amount Received per Month: | $_____ | |
| **Insurance Benefits/Proceeds** | | [ ] Yes [x] No |
| Amount Received per Month: | $_____ | |
| **Pension/Retirement Income** | | [ ] Yes [x] No |
| Amount Received per Month: | $_____ | |
| **Child Support Payments** | | [ ] Yes [x] No |
| Amount Received per Month: | $_____ | |
| **Alimony Payments** | | [ ] Yes [x] No |
| Amount Received per Month: | $_____ | |

**TOTAL AMOUNT OF INCOME FROM OTHER SOURCES RECEIVED PER MONTH, IF ANY:** $_____0_____

**E.   ASSETS**

1. Do you have a checking account?                                     [ ] Yes [x] No

    If so, at what financial institution: _____

    What is the current balance in your account: $_____

2. Do you have a savings account?                                       [ ] Yes [x] No

    If so, at what financial institution: _____

    What is the current balance in your account: $_____

3. Do you own any car(s), truck(s), van(s) or other vehicle(s)?         [ ] Yes [x] No

    Make: _____ Model: _____ Year: _____

    What is the approximate value of the vehicle: $_____

    Make: _____ Model: _____ Year: _____

    What is the approximate value of the vehicle: $_____

4. Do you own a home or other real estate?                              | Yes | No

    Address: _____
                    Street              City        State        Zip Code

    What is the approximate value of the property: $0_____

    How much do you owe on the property (mortgage balance): $0_____

**AFFIDAVIT, Page 5**

5. Do you own any valuable items of personal property, such as TV sets, stereos, stocks or bonds, jewelry, furs, or other items? (Do not include clothing, furniture, or household appliances such as stoves or refrigerators.)

   [ x ] Yes [   ] No

   If yes, please describe below:

   | Description | Value |
   |---|---|
   | Broken Cell Phone | $50 |
   |  | $ |
   |  | $ |

   Total: $50

F. **LIABILITIES**

1. List all debts owed over $100 and all payments which you must make on a regular basis.

   Include house payments, rent, child support or alimony payments, charge account payments, loan payments and any other payment which you must make on a regular basis.

   Do *not* include ordinary expenses such as food, clothing, utility bills and similar items.

   | Source of Debt | Total Amount Owed | Monthly Payment |
   |---|---|---|
   |  |  |  |
   |  |  |  |
   |  |  |  |

   Total: $0

2. Do you have any unusual or extraordinary expenses or circumstances such as large medical bills which are not listed above?

   [ x ] Yes [   ] No

   If yes, please describe below:

   | Source of Debt | Total Amount Owed | Monthly Payment |
   |---|---|---|
   | Cell Phone | 50.00 | 50.00 |

Total: $50.00

### AFFIDAVIT, Page 6

3. Are there any other circumstances which render you unable to pay the costs of this action and are not fully explained above: (e.g. disability, illness, etc.)

[X] Yes [ ] No

If yes, use the space below to explain your circumstances.

Include any facts which will help the Court determine whether you can afford to pay the required fee(s).

Homeless and suffer from amnesia

| | |
|---|---|
| FKA GABRIEL STROTHERS | GWINNETT SUPERIOR COURT |
| | STATE OF GEORGIA FILED IN OFFICE |
| Plaintiff(s) | CLERK SUPERIOR COURT |
| | GWINNETT COUNTY, GA |
| v. | ORDER TO PROCEED IN FORMA PAUPERIS |
| INTUIT INC | CIVIL ACTION FILE NO. 2023 MAY 22 AM 11:28 |
| | TIANA P. GARNER, CLERK |
| Defendant(s) | 23A 04381-06 |

## ORDER UPON AFFIDAVIT OF ELIGIBILITY
## TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff's Affidavit of Eligibility to Proceed *in Forma Pauperis*. Pursuant to the requirements of O.C.G.A. § 9-15-2, and in consideration of Plaintiff's Affidavit, the documents relative to the financial situation of the Plaintiff (if any), as well as all other initial pleadings, including the Statement of Claim, Affiant's request to proceed *in forma pauperis* is:

[✓] **HEREBY GRANTED.** After considering the Poverty Guidelines established by the U.S. Department of Health and Human Services at 125% or less of the poverty level, and based upon the size of the family unit, it appears to the Court that the Affiant is unable to pay the filing fees associated with this action. Therefore, the Affiant's pleadings shall be filed, and the Affiant shall be relieved from paying the filing fee, Sheriff's service fee, and, if a judgment is awarded to the Plaintiff, any fees associated with the issuance of a fi fa and post judgment interrogatories.

[ ] **HEREBY DENIED BASED ON FINANCIAL GUIDELINES.** Following a hearing during which the Court took sworn testimony from the Plaintiff regarding the contents of his/her Affidavit of Indigence, the Court finds that the Affiant has *not* demonstrated that he/she is unable to pay the filing fee and associated costs of this action based upon the Poverty Guidelines established by the U.S. Department of Health and Human Services at 125% or less of the poverty level, considering the size of the family unit; therefore, the Affiant shall not be relieved from paying the filing fee, Sheriff's service fee, or other required Court costs.

*The hearing took place in Courtroom ____ of the Gwinnett County Justice and Administration Center on: [ ] the date of the Order; or [ ] the ____ day of _____, 20____.

[ ] **HEREBY DENIED BASED ON A COMPLETE ABSENCE OF ANY JUSTICIABLE ISSUE OF LAW OR FACT.** Pursuant to O.C.G.A. § 9-15-2(d), the Court finds that the pleading filed by the Affiant shows in its face such a complete absence of any justiciable issue of law and/or fact that it cannot reasonably believed that the Court could grant any relief against any party named in the pleading.

This 22nd day of May, 2023.

_____
Judge, Superior Court
Judge Initials: ~~Senior Judge~~ **Presiding by Designation**

[ ] Plaintiff Copy Received in Court
[ ] Plaintiff Copy Mailed