# Exhibit D

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| FKA Gabriel Strothers,<br>Leonidas Strothers<br><br>     Plaintiff,<br><br>vs.<br><br>Intuit Inc.,<br><br>     Defendant. | Civil Action File No.:<br>23-A-04381-06 |

## NOTICE OF FILING REMOVAL

PLEASE TAKE NOTICE that Defendant Intuit Inc. has on this date filed its Notice of Removal, a copy of which is attached hereto as Exhibit 1, in the office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division in Atlanta, Georgia.

Respectfully submitted, this 6th day of July, 2023.

**WARGO, FRENCH & SINGER LLP**

*/s/ David M. Pernini*
David M. Pernini
Georgia State Bar No.: 572399
Heather H. Sharp
Georgia State Bar No. 671545
999 Peachtree Street, NE
Suite 1120
Atlanta, GA 30309
404-853-1520
dpernini@wfslaw.com
hsharp@wfslaw.com

*Attorneys for Defendant Intuit Inc*

**CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing **NOTICE OF FILING REMOVAL** with the Clerk of Court via the Court's electronic filing system which electronically serves a copy of same upon all parties of record and/or United States mail, postage prepaid, and properly addressed as follows:

FKA GABRIEL STROTHERS,
4485 Lawrenceville Hwy # 207
Lilburn, Georgia 30047
gabe2764@gmail.com
Pro Se Plaintiff

Dated this 6th day of July, 2023.

>                    */s/ David M. Pernini*
>                    David M. Pernini

2