**EXHIBIT "A"**





