**EXHIBIT "B"**







