# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ZOE ILEANA MARTINEZ** and **EDUARDO MARTINEZ** ) ) ) | |
| Plaintiffs, ) ) ) | **CIVIL ACTION FILE NO. _____** |
| vs. ) ) | **JURY TRIAL DEMANDED** |
| **THE TJX COMPANIES, INC.** and **HOMEGOODS, INC.** ) ) ) | |
| Defendants. ) _____ ) | |

## CERTIFICATE OF INTERESTED PERSONS, DIVERSITY JURISDICTION DISCLOSURE AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs, Zoe Ileana Martinez and Eduardo Martinez by and through their undersigned counsel, hereby file this Certificate of Interest Persons and Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, showing this Court as follows:

1. The undersigned counsel of record for Plaintiffs in this action certifies that the following is a full and complete list of all parties in this action, including naming or identifying the citizenship of every individual or entity whose citizenship is attributed to that party.

   **Plaintiffs:**

   - Zoe Ileana Martinez – a citizen of DeKalb County, Georgia;
   - Eduardo Martinez – a citizen of DeKalb County, Georgia.

   **Defendants:**

   - The TJX Companies, Inc. – a corporation organized under the laws of the State of Delaware with its principal place of business located at 770 Cochituate Road, Framingham, MA, 01701;
   - HomeGoods, Inc. – a corporation organized under the laws of the State of Delaware with its principal place of business located at 770 Cochituate Road, Framingham, MA, 01701.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest or other interest in which could be substantially affected by the outcome of this particular case:

None, upon information and belief.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**<u>Counsel for Plaintiffs</u>:**

Zoe Ileana Martinez
Georgia Bar No. 474660
4833 Dunwoody Station Drive
Dunwoody, Georgia 30338
Telephone: 404-825-9502

**<u>Counsel for Defendants:</u>**

Unknown at this time.

Submitted this <u>7th</u> day of <u>July</u> 2023.

<u>/s/ Zoe Ileana Martinez, Esq.</u>
Georgia Bar No. 474660
4833 Dunwoody Station Drive
Dunwoody, Georgia 30338

- 6 -

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C)(3) and 7.1(D).

Submitted this 7th day of July 2023.

*/s/ Z. Ileana Martinez*
Zoe Ileana Martinez
Georgia Bar No.
474660
