# MASON | CARTER LLC

45 TECHNOLOGY PARKWAY SOUTH
SUITE 240
PEACHTREE CORNERS, GA 30092-3455
770-399-6450
MASONLAWFIRM.NET

William Paul Mason
wpmason@masonlawfirm.net

November 11, 2021

**VIA EMAIL AND FEDERAL EXPRESS**
kpsilvia2001@gmail.com

Mr. Kaushal Patel
42 Montrose Avenue
Jersey City, NJ 07307

        **RE:**   *Gardendale*
        **Our File No.:**   07-2053

Dear Mr. Patel:

      Kindly consider this correspondence as written notice of Borrower/Guarantor's default of the attached April 15, 2021, Secured Promissory Note and Personal Guaranty. Pursuant to the Secured Promissory Note and Personal Guaranty, Borrower had approximately six (6) months from Closing to make the initial monthly payment on November 1, 2021; neither Borrower nor Guarantor made the November 1, 2021, payment. Thus, if the default is not cured within five (5) days after the date of this written notice, the unpaid balance on the debt on the Note ($175,000), plus any unpaid accrued interest, shall be accelerated and shall carry a default rate of eighteen percent (18%) per annum. Also, consider this written notice of Holder's demand for all costs of collection, legal expenses, and attorney's fees in the amount of fifteen percent (15%) of the amount of unpaid principal and interest.

      Govern yourself accordingly.

                                      **MASON | CARTER LLC**

                                      *S://WILLIAM PAUL MASON*

                                      William Paul Mason

WPM/pm
ecc:    Client
         Toqeer A. Chouhan, Esquire

# Exhibit "B"

# Secured Promissory Note
## (And Personal Guaranty)

**$175,000.00**                                                                                   **April 15, 2021**

    FOR VALUE RECEIVED, the undersigned, 2K21 Restaurants Woodstock, LLC, a Georgia limited liability company, ("Borrower"), promises to pay to the order of New Horizon Investment Holdings LLC, a Georgia limited liability company, ("Holder"), the principal sum of $175,000.00, in lawful tender of the United States of America, as follows:

The total principal amount of $175,000.00 shall be repaid as follows:

- Equal consecutive monthly payments of $2,392.04 of principal and interest;
- Monthly payments are due in hand on or before the first (1st) calendar day of each month;
- Monthly payments shall commence on November 1, 2021;
- Monthly payments shall continue for eighty-four (84) consecutive months; and,
- Interest on the principal shall accrue at a rate of four percent (4%) per annum.

## Security

    This Note is secured by the all of the personal property, fixtures, equipment, inventory, and leasehold improvements located at the "Checkers" in the Walmart Gardendale, Alabama, Supercenter # 1201, located at 890 Odum Rd, Gardendale, Alabama 35071. (collectively "Property"). Holder is not required to rely on the above security for the payment of this Note in the case of default, but may proceed directly against the Borrower.

## Default

    Upon any failure to payment a monthly interest payment or the balloon payment timely, not cured within five (5) days after written notice thereof, the unpaid balance on the debt on this Note, plus any unpaid accrued interest, shall be accelerated at the option of Holder and shall carry a default rate of eighteen percent (18%) per annum.

## Place of Payment

    The payment shall be made be made payable to "New Horizon Investment Holdings LLC" and delivered to New Horizon Investment Holdings LLC, at 2222 Northmont Parkway, Suite 600, Duluth, Georgia 30096,

## Prepayment

Page 1 of 4

This Note may be prepaid in part or in full at any time without penalty. In the event that Borrower prepays the principal amount of this Note in part or in full prior to the Maturity Date, Borrower shall continue to be obligated to pay Holder payment in full for the principal of $175,000.00 and any accrued and unpaid interest through the date of prepayment.

### Waiver of Protest

Each maker, surety, endorser, and guarantor of this Note does hereby waive presentation of payment, notice of nonpayment protest, and notice of protest, and does hereby agree to all extensions and renewals of this Note, without notice.

### Costs of Collection

The maker will pay on demand all costs of collection, legal expenses, and attorney's fees in the amount of fifteen percent (15%) of the amount of unpaid principal and interest if this Note is not paid promptly when due and the same is given to any attorney for collection, whether suit be brought or not.

### Waiver

No delay or omission on the part of Holder in exercising any right hereunder shall operate as a waiver of such right or any other right in this Note. A waiver on any one occasion shall not be construed as a bar to or waiver of any right or remedy on any future occasion.

Each maker, endorser, guarantor, or surety hereby severally waives and renounces, for itself, herself, and family, any and all exemption rights that either of them, or the family of either of them, may have by virtue of the Constitution or laws of Georgia, or any other State, or the United States as against this debt or any renewal thereof.

Borrower hereby releases and waives any and all rights provided by law to a trial by jury in any court or other legal proceeding initiated to enforce the terms of this Note, involving any such parties, or connected in any other manner with this Note or Guaranty. If Holder commences any proceeding connected in any other manner with this Note or Guaranty, Borrower shall not interpose any permissive counterclaim of any nature or description or seek to consolidate such proceedings with any other proceedings.

### Conflict of Laws

This Note shall be construed in all respects and enforced according to the laws of the State of Georgia. If any provision of this Note, or any related agreement, is invalid under applicable law, the remainder of the provisions herein shall remain in effect.

### Assumability

This Note can be assumed only upon the signed written consent of Holder.

### Remedies Cumulative

The remedies of Holder as provided herein and in any other documents governing or securing repayment hereof shall be cumulative and concurrent and may be pursued singly, successively, or together, at the sole discretion of Holder, and may be exercised as often as occasion therefore shall arise.

### Nonexclusivity

Nothing within this Note and accompanying Personal Guaranty shall be deemed to demand or require that Holder first pursue Borrower for any default or nonpayment. Holder shall have the sole discretion to pursue Borrower or Guarantor separately or jointly for damages related to the default or nonpayment.

### Maximum Interest by Law

In no event shall the amount of interest due or payable hereunder exceed the maximum rate of interest allowed by applicable law, and in the event any such payment is inadvertently paid by Borrower or inadvertently received by Holder, then such excess sum shall be credited as a payment of principal, unless Borrower shall notify Holder in writing that Borrower elects to have such excess sum returned to it forthwith. It is the express intent hereof that Borrower does not pay, that Holder not receive, directly or indirectly, in any manner whatsoever, interest in excess of that which may be lawfully paid by Borrower under applicable law.

### Invalidity and Severability

In the event any paragraph or portion of this Note shall be declared invalid or void by any Court, such declaration shall not invalidate the entire Note, and all other paragraphs and portions of this Note shall remain in full force and effect. This Note is severable.

**TIME IS OF THE ESSENCE IN THIS NOTE.**

**BORROWER:**

**2K21 RESTAURANTS WOODSTOCK, LLC**
a Georgia limited liability company

_____       By: _____ (seal)
Witness                                Name: Kaushal Patel
                                       Its:    Managing Member

Page 3 of 4

## PERSONAL GUARANTY

In order to induce New Horizon Investment Holdings LLC to make financial accommodations to 2K21 Restaurants Woodstock, LLC, and in consideration of such accommodation, and for other good and valuable consideration paid, delivered, and received by the undersigned, the undersigned hereby guarantees to New Horizon Investment Holdings LLC, its successors, endorsers, and assigns, the full and prompt payment and performance, when due, whether by acceleration or otherwise, of that certain Promissory Note, dated April 15, 2021, in the original principal amount of $175,000.00.00, together with all interest and incentives thereon, and all attorney's fees, costs and expenses of collection actually incurred by New Horizon Investment Holdings LLC, in connection therewith, and in any action against the undersigned.

_____  
Witness

_____(SEAL)  
KAUSHAL PATEL



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



FedEx

TRACK ANOTHER SHIPMENT

775183323966

ADD NICKNAME

Delivered
Friday, 11/12/2021 at 4:16 pm

**DELIVERED**

Signature not required

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
| --- | --- |
| Peachtree Corners, GA US | JERSEY CITY, NJ US |

MANAGE DELIVERY

## Travel History

**TIME ZONE**
Local Scan Time

Friday, November 12, 2021

| | | |
| --- | --- | --- |
| 4:16 PM | JERSEY CITY, NJ | Delivered<br>Package delivered to recipient address - release authorized |
| 9:16 AM | MOONACHIE, NJ | On FedEx vehicle for delivery |
| 8:37 AM | MOONACHIE, NJ | At local FedEx facility |
| 5:53 AM | NEWARK, NJ | Arrived at FedEx hub |
| 2:59 AM | MEMPHIS, TN | Departed FedEx hub |

Thursday, November 11, 2021

| | | |
| --- | --- | --- |
| 11:17 PM | MEMPHIS, TN | Arrived at FedEx hub |
| 8:44 PM | NORCROSS, GA | Left FedEx origin facility |
| 8:13 PM | NORCROSS, GA | Picked up |

| | | |
|---|---|---|
| 9:12 AM | | Shipment information sent to FedEx |

Expand History

**Shipment Facts**

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 775183323966 | FedEx Standard Overnight | 0.5 lbs / 0.23 kgs |
| **DELIVERED TO** | **TOTAL PIECES** | **TOTAL SHIPMENT WEIGHT** |
| Residence | 1 | 0.5 lbs / 0.23 kgs |
| **TERMS** | **SHIPPER REFERENCE** | **PACKAGING** |
| Shipper | 07-2053 | FedEx Envelope |
| **SPECIAL HANDLING SECTION** | **SHIP DATE** | **STANDARD TRANSIT** |
| Deliver Weekday, Residential Delivery | 11/11/21 ? | 11/12/21 before 8:00 pm ? |
| **ACTUAL DELIVERY** | | |
| 11/12/21 at 4:16 pm | | |