# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALTONIO MORGAN<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br><br>Defendant. | Civil Action<br>File No. _____<br><br>Removed from State Court of Cobb County, Civil Action File No. 23-A-2516 |

## DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON JURY

**COMES NOW**, Defendant The Kroger Co., by and through the undersigned counsel, and pursuant to O.C.G.A. § 15-12-122(a)(2), hereby demands that this case be tried by a jury of twelve (12) persons.

Respectfully submitted this 10th day of July, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,**<br>**MOFFETT & BRIESKE, L.L.P.**<br>950 East Paces Ferry Road, N.E.<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>Telephone: (404) 870-1067<br>Facsimile: (404) 870-1030<br>Email: aperwich@grsmb.com<br>         ykintner@grsmb.com | */s/ Alexander D. Perwich III*<br>Matthew G. Moffett<br>Georgia State Bar No.: 515323<br>Sarah Raquel L. Lisle<br>Georgia State Bar No.: 412593<br>Alexander D. Perwich III<br>Georgia State Bar No.: 622240<br>*Counsel for Defendant The Kroger Co.* |

## **CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1**

This is to certify that on this date, the undersigned filed a true and correct copy of the foregoing pleading with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

Matthew K. Titus, Esq.
Daniel T. Gholston, Esq.
TITUS LAW, LLC
5755 North Point Parkway, Suite 88
Alpharetta, Georgia 30022
*Counsel for Plaintiff*

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this 10th day of July, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Alexander D. Perwich III* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone: (404) 870-1067 | Georgia State Bar No.: 412593 |
| Facsimile: (404) 870-1030 | Alexander D. Perwich III |
| Email: aperwich@grsmb.com | Georgia State Bar No.: 622240 |
| ykintner@grsmb.com | *Counsel for Defendant The Kroger Co.* |