*Altonio Morgan v. The Kroger Co.*
*State Court of Cobb County, State of Georgia*
*Civil Action File Number: 23-A-2516*

*Altonio Morgan v. The Kroger Co.*
*USDC, Northern District, Atlanta Division*
*Civil Action File Number: TBA (Removal # 1:23-mi-99999)*

# EXHIBIT B: PETITION FOR REMOVAL

## ALL PLEADINGS, PROCESS, AND ORDERS FILED IN THE STATE COURT OF COBB COUNTY, STATE OF GEORGIA

ID# E-PKHKKNBV-G2V
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2516**

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of  Cobb  County

JUN 06, 2023 02:19 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

| For Clerk Use Only | |
|---|---|
| Date Filed 06-06-2023 | Case Number 23-A-2516 |
| MM-DD-YYYY | |

**Plaintiff(s)**
Morgan, Altonio
Last   First   Middle I.   Suffix   Prefix

Last   First   Middle I.   Suffix   Prefix

Last   First   Middle I.   Suffix   Prefix

Last   First   Middle I.   Suffix   Prefix

**Defendant(s)**
The Kroger Co.
Last   First   Middle I.   Suffix   Prefix

Last   First   Middle I.   Suffix   Prefix

Last   First   Middle I.   Suffix   Prefix

Last   First   Middle I.   Suffix   Prefix

**Plaintiff's Attorney** Gholston, Daniel     **Bar Number** 106216     **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number                 Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.20



ID# E-PKHKKNBV-KSR
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-2516**
JUN 06, 2023 02:19 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  23-A-2516

$198.00 COST PAID

Morgan, Altonio

**PLAINTIFF**

VS.

The Kroger Co.

**DEFENDANT**

## SUMMONS

TO: THE KROGER CO.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Daniel Gholston**
> **Titus Law, LLC**
> **5755 North Point Pkwy**
> **Unit 88**
> **Alpharetta, Georgia 30022**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 6th day of June, 2023.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1

ID# E-PKHKKNBV-TM5
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-2516**
JUN 06, 2023 02:19 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ALTONIO MORGAN, | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) FILE NO: _____ |
| vs. | ) |
| THE KROGER CO. | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES

**COMES NOW,** the Plaintiff, Altonio Morgan, (hereinafter "Plaintiff") by and through his counsel of record and for the cause of action The Kroger Co., (hereinafter "Defendant") and respectfully states:

### JURISDICTION AND PARTIES

1.

Plaintiff is, and at all times material to this action, a resident of the State of Georgia.

2.

Plaintiff resides at 139 Holly Grove Rd, Griffin, Georgia and is a resident of the State of Georgia, Fulton County.

3.

Defendant, The Kroger Co., is a Foreign Profit Corporation registered with Georgia Secretary of State control numbered H856253, with an active status and license to conduct business in the state of Georgia, Cobb County, and is subject to the jurisdiction and venue of this Court. Defendant can be served through its registered

agent as follows: CSC of Cobb County, Inc. 192 Anderson Street SE, Suite 125, Marietta, GA, 30060

4.

On and prior to the date of the incident, August 20, 2021, Defendant, conducted business in the State of Georgia, Cobb County and is subject to the jurisdiction and venue of this Court.

## **VENUE**

5.

Venue is properly laid in this Court in that the Defendant conducts business in Cobb County, GA, and its registered agent is within Cobb County Georgia.

6.

The complaint of the Plaintiff shows that the Defendant is liable for the injuries and damages to the Plaintiff arising on the following state of facts:

## **STATEMENT OF THE CASE**

7.

This action arises from the negligence of the Defendant, causing the Plaintiff injuries due to carelessness and negligence of the Defendant by and/or through its agents, servants and/or its employees, which caused the Plaintiff serious injuries.

8.

On August 20, 2021, the Defendant, owned, operated, managed and/or maintained or had a duty to own, operate, manage and/or maintain, by and/or through its agents, servants and/or employees, at the Kroger located at 1524 GA-16 in Griffin, Georgia.

9.

On August 20, 2021, the Plaintiff was an invited guest at the Defendant's place of business located at 1524 GA-16 in Griffin, Georgia in Spalding County and was lawfully on the premises.

10.

On the aforementioned date, while the Plaintiff was in the produce section, specifically in the grape section, he suddenly slipped on what appeared to be debris from blueberries. While attempting to prevent the fall, he grabbed the closest grape cooler with his left arm causing him to pull a muscle in his left shoulder. No signs were placed within the vicinity to warn customers to take precaution.

11.

On the aforementioned date of the incident, the Defendant and/or by and through its agents, servants and/or employees, had a duty to maintain the aforementioned premises in a reasonably safe condition for persons lawfully on said premises, including the Plaintiff herein.

12.

On the aforementioned date of the incident the Defendant by and through its agents, servants and /or employees, allowed and/or caused the floor to remain a safety hazard to its invitees and as a result of this dangerous condition, the Plaintiff fell and sustained serious injuries.

13.

On the aforementioned date of the incident the Defendant by and through its agents, servants and /or employees acted with less than reasonable care and was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

- Improperly operated, managed, maintained and controlled its premised in failing to properly maintain the aforementioned floor of the premises;
- Failed to warn the Plaintiff and other persons lawfully on said premises of the dangerous condition when Defendant knew or should have known in the exercise of ordinary care that said warning was necessary to prevent injury to the Plaintiff;
- Failed to make a reasonable inspection of its premises when it knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to the Plaintiff and others lawfully on said premises;
- Allowed the aforesaid premises to remain in a hazardous condition, making the floor unfit for passage, for an unreasonable length of time;
- Was otherwise careless and negligent in the operation of its premises.

14.

As a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, the Plaintiff sustained severe injuries, and was and will be hindered and prevented from attending to his usual duties and affairs of life.

15.

As a direct and proximate result of the aforementioned careless and negligent acts the Plaintiff then and there suffered great pain and anguish both in mind and body and will in the future continue to suffer. Plaintiff's medical expenses to date are $159,196.76.

**WHEREFORE**, Plaintiff respectfully prays as follows:

(a) That judgment be entered against the Defendant on Plaintiff's Complaint in an amount to be determined at trial;

(b) That all costs of this action be cast against the Defendant;

(c) That the Court grant to such other and further relief that it deems just and proper; and

(d) Trial by Jury.

**RESPECTFULLY SUBMITTED**, this 6th day of June, 2023.

TITUS LAW, LLC
/s/ *Daniel T. Gholston*
MATHEW K. TITUS
Georgia Bar No. 479107
DANIEL T. GHOLSTON
Georgia Bar No. 106216
***Attorneys for Plaintiff***

5755 North Point Pkwy, Ste 88
Alpharetta, Georgia 30022

Phone:(770) 416-8426
Fax:(770) 818-5545
mathew@titus-law.com

ID# E-PKHKKNBV-ACS
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2516**

JUN 06, 2023 02:19 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ALTONIO MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO: _____ |
| vs. | ) | |
| | ) | |
| THE KROGER CO. | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE AND NOTICE OF FILING OF DISCOVERY MATERIAL

Altonio Morgan, Plaintiff in the above-referenced matter and pursuant to local rules of this Court shows that on <u>June 6,2023,</u> he sent to be filed with the Complaint this Notice and served upon the Defendant the following:

1. **Plaintiff's First Request for Admission to Defendant The Kroger Co.;**
2. **Plaintiff's First Interrogatories to Defendant The Kroger Co.; and**
3. **Plaintiff's First Request for Production of Documents to Defendant The Kroger Co.**

This 6th day of June, 2023.

                                                                  Respectfully submitted,

                                                                  TITUS LAW, LLC

                                                    */s./ Daniel T. Gholston*
                                                    MATHEW K. TITUS
                                                    Georgia Bar No. 479107
                                                    DANIEL T. GHOLSTON
                                                    Georgia Bar No. 106216
                                                    **Counsel for Plaintiff**

TITUS LAW, LLC
5755 North Point Parkway Suite 88



Page 2 of 2

Alpharetta, GA 30022
Telephone: 770.416.8426
Facsimile: 770.818.5545
mktitus@titus-law.com
daniel@titus-law.com

ID# E-Y5SFXY2C-PLW
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-2516**
JUN 13, 2023 01:47 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# AFFIDAVIT OF SERVICE

**State of Georgia**                    **County of Cobb**

Case Number: 23-A-2516

Plaintiff: **Altonio Morgan**
vs.
Defendant: **The Kroger Co.**

For:
Daniel Gholston
Titus Law, LLC
5755 North Point Parkway
Unit 88
Alpharetta, GA 30022

Received by Ancillary Legal Corporation on the 7th day of June, 2023 at 9:45 am to be served on **The Kroger Co. c/o CSC of Cobb County, Inc., 192 Anderson Street SE, Suite 125, Marietta, GA 30060**.

I, Jerald Luster, being duly sworn, depose and say that on the **8th day of June, 2023** at **9:32 am**, I:

served The Kroger Co. c/o CSC of Cobb County, Inc. by delivering a true copy of the **Summons, Complaint, Plaintiff's First Requests for Admission to Defendant The Kroger Co., Plaintiff's First Interrogatories to Defendant The Kroger Co., Plaintiff's First Requests for Production and Notice to Produce Documents to Defendant The Kroger Co., Certificate of Service and Notice of Filing of Discovery Material, General Civil and Domestic Relations Case Filing Information Form** to: **Terri Thompson** as **Authorized to Accept** for **The Kroger Co.**, at the address of: **192 Anderson Street SE, Suite 125, Marietta, GA 30060**.

**Additional Information pertaining to this Service:**
6/8/2023  9:32 am  Perfected corporate service at 192 Anderson Street SE Suite 125 Marietta, GA 30060. Serve was executed in the lobby of the law firm to Terri Thompson the receptionist. She stated her name and accepted serve direct delivery. Female, white, 40-50 yrs old, 5'4, 180 lbs, dark brown hair and glasses.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 9 day of JUNE, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

[Notary Seal: LATISHA TURNER, NOTARY PUBLIC, GEORGIA, COBB COUNTY, EXPIRES APR 6, 2026]

**Jerald Luster**
Process Server

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: ANC-2023006336
Ref: 23-A-2516

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| Jerald Deon Luster | ) |
| **Petitioner.** | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**ORDER**

The Petition for Appointment of Jerald Deon Luster for Permanent Process Server having been read and considered, and the Applicant's background having been reviewed by the Superior Court of Cobb County and the applicant having been appointed pursuant to O.C.G.A. 9-11-4.C,

IT IS HEREBY ORDERED: That Jerald Deon Luster shall be, and thereby is appointed process server for matters pertaining to this Court, through ~~January 15, 2024~~ *Dec. 31, 2023* subject revocation for good cause shown.

A copy of the Order must be attached to any Return of Service to be filed.

This the 17th day of Jan, 2023.

*Allison Bannerback*

Judge, Cobb State Court