# Marriage Certificate

**STATE OF GEORGIA**

**COUNTY OF COBB**

This Certifies that

TYREISHA DECHANTE NOBLE

and

OLUYEMI JOHNSON OLADELE

_were united in_

MARRIAGE

by

JOHN STRAUSS, MAGISTRATE

on the _01ST_ day of _NOVEMBER_, in the year, _2018_

As appears of record in my office in Marriage Record Book _2018_

Page _5174_ This _09TH_ day of _NOVEMBER_, _2018_

JUDGE OR CLERK, PROBATE COURT, MARIETTA, GEORGIA