October 13, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
3381 Atlanta Highway
Montgomery, AL 36109

**U.S. Citizenship and Immigration Services**

RACHEL EFFRON SHARMA
EFFRON SHARMA IMMIGRATION LLC
5425 PEACHTREE PKWY
NORCROSS, GA 30092



MSC1991236077



A219-233-154

RE: OLUYEMI JOHNSON OLADALE
I-485, Application to Register Permanent Residence or Adjust Status

## REQUEST FOR EVIDENCE

Dear OLUYEMI OLADALE:

**Why We Are Writing You**

On June 20, 2019, you filed Form I-485, Application to Register Permanent Residence or Adjust Status, with U.S. Citizenship and Immigration Services (USCIS). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

**What You Need to Do**

You must provide the following information in order for us to make a final decision on your case.

- Submit a complete Form I-693, Report of Medical Examination and Vaccination Record. A USCIS civil surgeon must complete and sign the form, and you must also sign the form. If the civil surgeon refers you to a specialist, the specialist must include his or her medical exam results and complete the proper sections of the Form I-693 before the civil surgeon may sign the form. Once everyone has signed, the civil surgeon will place the completed Form I-693 in a sealed envelope and give it to you. You must submit the sealed envelope containing the original Form I-693 that the civil surgeon signed and the medical exam results; we will NOT accept photocopied Form I-693 and medical exam results.

  Starting September 23, 2019, civil surgeons must use the 07/15/19 edition of Form I-693. USCIS will not accept the 10/19/17 version (or any previous editions). Therefore, please have your civil surgeon complete and sign the 07/15/19 edition of the Form I-693. The I-693 you submitted was certified more than 60 days before the date you filed your Form I-485.

- You must submit evidence of a shared life together, and it should cover the time period from November 1, 2018, to the present.

  Such evidence may include, but is not limited to:

- o documents showing joint ownership of property, such as mortgage agreements or payments, property titles, or property registrations;
- o lease(s) showing the same residence;
- o documents showing shared finances and obligations (such as joint bank account(s), credit card statements, telephone bills, gas bills, electric bills, water bills, other utility bills, joint income taxes, joint insurance policies, insurance policies where one spouse is the dependent of the other, etc.);
- o birth certificate(s) of child(ren) born to the spouses;
- o pictures of wedding and other events; or
- o sworn affidavits from others with personal knowledge of the validity of the marriage. Each affidavit must have the full name, address, and date and place of birth of the person making the statement. It must also include his or her relationship, if any, to one or both spouses. Each affidavit must have complete information and details explaining how the person knows about the marriage. Each person making an affidavit may be required to testify before an immigration officer about the information in the affidavit. Affidavits should be supported, if possible, by one or more documents listed above as possible evidence.
- o IRS Tax transcrips for tax years 2019, 2020.

### When You Need To Do It

You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable). You must submit the requested information by January 10, 2022.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

### Please include a copy of this letter with your response by mail to this address:

**U.S. Citizenship and Immigration Services**
**Montgomery Field Office**
**3381 Atlanta Highway**
**Montgomery, AL 36109**

Sincerely,