[USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)](https://www.uscis.gov/about-us/uscis-response-to-covid-19)

 An official website of the United States government
Here's how you know

Español

 [U.S. Citizenship and Immigration Services (https://www.uscis.gov/)](https://www.uscis.gov/)

☰ Menu

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



## Interview Was Completed And My Case Must Be Reviewed

Your interview for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC1991236077, was completed, and your case must be reviewed. We will mail you a notice if we make a decision or take further action. If you move, go to [www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do)](https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.

**Enter Another Receipt Number** ❓

[                    ]