# Exhibit H

# THE CLAYTON CRESCENT

About | Cities | Environment | Safety | Podcast | Missing Persons | Sunshine | Honors | Video

NEWS

# BOC to vote on CCSO requests, library demolition, ethics

by Robin Kemp   October 4, 2022



Clayton County Board of Commissioners

The Clayton County Board of Commissioners will vote on several items related to the Sheriff's Department, as well as Kissberg Construction's demolition permit for the Jonesboro Library building, at tonight's regular business meeting. The board also will consider an ordinance on the definition and uses of developed and undeveloped land (Ordinance 2022-211). Activists from the **New Order National Human Rights Organization** who want sidewalks, timed traffic signals, and street lights on Tara Boulevard also say they plan to speak during public comment.

## 5:30 p.m. Pre-agenda meeting



A "pre-agenda" meeting starts at 5:30 p.m. at 112 Smith Street in Jonesboro. That meeting includes a discussion of gift card and credit card point use. Resolution 2022-212 would authorize the county "to enter into Articles of Agreement with various charitable organizations, governmental agencies, and professional service providers providing for the rendering of financial assistance for services to Clayton County and its citizens." The ordinance says that the agencies to receive those benefits would be attached, but that attachment was not published with the draft ordinance. The ordinance also does not state how the different agencies would be chosen or by whom.

Another resolution, 2022-213, would direct staff to clarify how many people are allowed to live in a boarding house, group home, or personal care home in RS110 zoning districts, as well as "clarify the rationale for minimum acreage and distance requirements in **Article 6, Section 6.12 Personal Care Home, Boarding Home, and Group Home Standards (PCH)**." That section requires at least two acres for such homes with four or more clients. It also requires those group homes to be at least one mile apart.

Other discussions of proposed zoning law amendments would change wording to "define and permit community donation centers in certain zoning districts of the County" and "provide a list of conditional and permitted uses" in the OI (Office Institutional) District and **Land Use Matrix**. The proposed OI changes include **Appendix A 3.15 permitted uses**. Again, this proposed resolution does not state which changes the BOC is contemplating—but those are likely to come up during the pre-agenda meeting.

> You can **look up corporations at the Georgia Secretary of State's Office to see who owns a company that got or wants a contract.**

## Between the hedges

There's also a gift to the trucking industry: a proposal to remove tree islands from "certain" truck parking lots because "industry standards show that current parking islands in certain truck parking areas are not compatible with certain uses....mainly on properties in the industrial zoning districts." The amendment would "allow an

### Upcoming Events

- JUL 11 — 5:30 pm - 7:30 pm — Morrow City Council Work Session
- JUL 17 — 6:30 pm - 8:00 pm — Lovejoy City Council
- JUL 18 — 6:30 pm - 7:00 pm — Morrow Planning & Zoning Board
- JUL 20 — 6:30 pm - 8:30 pm — DPCC Monthly Meeting
- AUG 8 — 5:30 pm - 7:30 pm — Morrow City Council Work Session
- AUG 15 — 6:30 pm - 7:00 pm — Morrow Planning & Zoning Board
- AUG 17 — 6:30 pm - 8:30 pm — DPCC Monthly Meeting
- AUG 21 — 6:30 pm - 8:00 pm — Lovejoy City Council

View Calendar

### DONATE



Click to donate! Your gift is tax-deductible! Thank you!

### LATEST

**FPPD offers citizens police academy**
July 5, 2023

**Docs show CCSO, Riverdale PD background check deal**
July 5, 2023

**Franklin declares for BOC chair**
July 5, 2023

**CCSO seeks another $3.7M in jail repairs at Wed. BOC meeting**
July 5, 2023

**GBI investigating Antoine shooting**
July 5, 2023



Support The Clayton Crescent Inc. When you shop at smile.amazon.com, Amazon donates.
Go to smile.amazon.com


Search ...

alternative in the code consistent with industry standards/truck parking practices while still meeting the intent for tree islands."

## 6:30 p.m. Regular Business Meeting



Tonight's regular business meeting starts at 6:30 p.m. and features a consent agenda loaded with items for the Sheriff's Department. These include:

- a contract amendment (PSA 22-263) with Willo Products Company, Inc. of Decatur, AL for $120,000 to replace locks and hinges at the Sheriff's Office. CCSO had requested $2 million for lock and hinge replacement in the Clayton County Jail;
- a $275,000 budget amendment for protective gear;
- $11,339 for a reclassification of one administrative supervisor to deputy chief clerical supervisor "[t]o promote effectiveness and create a clear line of reporting and succession," according to Human Resources. "Under the direction of the Chief Clerical Supervisor, the Deputy Chief Clerical Supervisor will provide oversight and support to the Administrative Supervisors. This additional layer within the hierarchical structure will provide needed support to the Chief Clerical Supervisor, which will allow the Chief Clerical Supervisor classification to focus on identifying and executing strategies, as well providing direct administrative support to sworn executive leadership. There are multiple distinct administrative divisions within the Sheriff Department including warrants, intake, accounting, civil, etc. The Sheriff Department is one of our biggest departments employing over 300 employees who perform duties that greatly impact the lives of our employees and citizens. Efficient administrative and jail operations are critical";
- $206,781 to reclassify 107 correctional officers at a higher step—in other words, giving them all a pay raise. Of those 107 correctional officers, 103 will go from $59,963 total compensation (that's $42,014 salary plus benefits) to $61,945 total compensation ($43,609 salary plus benefits), for a raise of $1,595. Three other COs who make $61,276 total compensation ($43,071 salary plus benefits) will get a $528 salary bump but will make the same salary and be at the same pay grade as the other 103. Human Resources says the request is due to a "parity issue" it found in the way COs are paid: "A review of the compensation system reflects a misalignment of compensation for Sheriff Correctional Officers and Correctional Officers. A review of the duties, responsibility, and accountability of these positions are similar. These are likewise positions within our compensation system. Effective management of a compensation system includes valuing job based on several factors, which includes managing parity to align compensation of likewise classifications that are similar in responsibilities, duties, and accountability. Human Resources has identified a parity issue in starting compensation for these two classifications."

Human Resources also is asking that Clayton County Animal Control officers be paid more like Code Enforcement officers, who have similar duties without the added danger of handling agitated, feral, or rabid animals: "A review of both classifications reflects the following as some of the critical similar responsibilities for both classifications: enforcing codes and ordinances; issuing citations; testifying in court; creating reports. It can be noted that Animal Control Officers have the added element of danger by directly handling potentially dangerous animals." The cost would be $81, 993.

The BOC also will consider a resolution seeking $6,504,101.81 in Emergency Rental Assistance Program (ERAP) funds. Recent controversy on the board over who should get what piece of that pie for managing applications on the county's behalf is likely to come up again.

Senior Services also is asking to apply for a National Council on Aging grant up to $12,000.

The BOC will retroactively approve an agreement for Reptile Movie, LLC for its use of International Park for catering and parking from September 26 through 30.

## Contracts, bids, changes

This week's contract-related measures include:

- $498,088.16 for Trane of Davidson, NC for new HVAC products and services for the county Information Technology Bunker (15-JLP-023)
- a second request to amend a contract with People's Janitorial Service, Inc. of Forest Park for the annual police dog food contract, "due to a manufacturer's price increase" (ITB-20-05)
- a $105,613 sole-source annual contract to SaniGLAZE of Georgia, LLC of Jacksonville, FL (through their authorized dealer, Specialty Floor Solutions, also of Jacksonville, FL) for:
    - the Frank Bailey Senior Center ($85,490)
    - Annex 2 Building, second floor ($12,389)
    - Annex 3 Building, third floor ($6,082)
    - Fire Station 3 ($1,647)
- $120,000 amendment to CCSO's contract with Willo Products Company, Inc. of Decatur, AL to replace locks and hinges at the Sheriff's Office (as opposed to the jail; PSA 22-263)
- $306,683.20 for a sole-source annual contract over five years to Stryker Sales

- $202,972.50 in a second contract amendment with Pond and Company, Inc. of Peachtree Corners for architectural, engineering and design services on Fire Station 2 (RFP 21-04; WAR 2021-05). The contract was approved January 7, 2020 and the work authorization request (WAR) is for Fire Stations 9 and 15.

## Budget amendments

Acting Finance Director Stacey Merritt is bringing several budget amendment requests before the board, including:

- the $ 275,000 mentioned for CCSO protective gear (FY 23)
- $17,850 transfer "to cover the cost of salary expense overages of the Child Support Grant" in the District Attorney's office (FY 22)
- $560,000 "to cover the required additional employer contribution expense" (FY 22)

## Street light petitions

District 3 has a street light petition to add two lights to Street Light District Gatewood, while District 4 is seeking two more lights in Street Light District Dixie.

## Job reclassifications

Besides the two changes for CCSO and the Animal Control officer raises, Magistrate Court wants to reclassify a principal secretary ($48,387 total compensation, $33,368 of which is salary) as a judiciary secretary ($54,917 total compensation, with $38,732 salary), a $6,530 increase.

CCFES wants to drop the community care practitioner at $146,910 total compensation (salary $111,997) and add a community care benefits coordinator at $132,191 total compensation (salary $100,150). That person will be "responsible for assisting participants with obtaining and maintaining health insurance coverage, [i]ncluding identifying available health care insurance options as needed," and "acts as the participant's advocate as it relates to insurance coverage and financial assistance."

## 2023 retiree benefits

Human Resources is asking to keep Kaiser Senior Advantage and add Anthem Medicare Advantage at a savings of $159,153 on Kaiser and $267,517 on Anthem and Aetna Medicare Advantage Cost of $267,517.

## Board appointments, removals

A resolution to remove several members of various county boards comes after those members allegedly failed to file their annual conflict of interest statements by March 1, then did not show up for an Ethics Board hearing on June 13. They include:

- Yvonne Mussington (**MARTA Citizens Advisory Board**)
- Alfred Dixon (**MARTA Citizens Advisory Board**)
- Jeremiah Johnson (**Mental Health Community Services Board**)
- Martin Thompson (**Mental Health Community Services Board**)
- Bud Smith (**Tourism Authority**)
- Roberta Abduul-Salaam (**MARTA Board**)

Three appointments to the new Impact Fee Advisory Board are coming up again. District 1 Commissioner Alieka Anderson has been holding one of those slots, while District 4 Commissioner DeMont Davis has been holding two. Each commissioner is alloted two appointees to the board. Impact fees are up-front fees that developers pay to a government for the cost of providing public services to that development. This board is made up of two appointees from each district and from the chair, with at least one person ("no less than 50% of members (but nothing saying it can't be more than 50%) who are representatives from the development, building, or real estate industries." The Impact Fee Board will "assist and advise the Board" on adopting a development impact fee.

One at-large appointment to the Tax Assessor's Board is on the agenda, as Benjamin Paschal's term ends October 25. The term is three years.

> The Clayton Crescent covers Clayton County better than all other local news outlets COMBINED! We are your nonprofit news source in Clayton County and the Southern Crescent! **We need 1,000 monthly supporters by October 31 at the $6 level to keep operating *as a nonprofit*.** Tell your friends about us. Share our stories. Send us news tips. We're not here for politicians' agendas. We're here to hold government accountable for how they spend your tax dollars. Who else does that?
>
> Since 2020, we've done what others can't or won't do, and that is to cover this community. We live here. We work here. We don't drop in, then run back inside the Perimeter. Show your support for the news organization that supports your concerns—The Clayton Crescent! Visit **https://donorbox.com/clayton-crescent**, click on the "Monthly" tab, and enter $6. Then ask five of your friends to do the same. Thank you!



**ROBIN KEMP**

Robin Kemp is executive editor and CEO of The Clayton Crescent, which she founded in 2020. She has worked for Gambit, CNN, The Weather Channel, Clayton News, Henry Herald, and numerous freelance outlets.... More by Robin Kemp

## Leave a comment

You must be *logged in* to post a comment.




© 2023 The Clayton Crescent. Proudly powered by Newspack by Automattic