# Exhibit J

The Atlanta
Journal-Constitution

The Dancer    Atlanta Braves    AJC Peachtree Road Race    Trump Georgia Invest

## Clayton Jail detainee dies after struggling with officers



Caption

NEWS

By Jeremy Redmon

Nov 29, 2022

  

**At least 27 of the lockup's detainees have died since 2009**

A 38-year-old Clayton County Jail detainee died Monday after he attempted to jump from the second floor of the lockup, struggled with detention officers who tried to stop him and was tased, according to the Georgia Bureau of Investigation.

During the struggle, the jailers restrained Terry Lee Thurmond III, 38, of Hapeville by "placing hands, knees and their weight" on him "while he was laying face down for about 10-15 minutes," according to a Clayton County Medical Examiner office report, which does not say whether those actions played a role in his death. Minutes later, according to the report,

Clayton jail detainee dies after struggling with officers

Thurmond was found to be unresponsive. A nurse sought to revive him with chest compressions.

Thurmond — who had a history of bipolar, paranoid schizophrenia and hypertension — was taken to a hospital, where he was pronounced dead, the report says. The GBI said an autopsy would be conducted.

Thurmond was charged with criminal trespass at Hartsfield-Jackson Atlanta International Airport this month and his bond was set at $3,000 Monday, court records show. He was scheduled for a preliminary hearing on Dec. 13.

He graduated from Tri-Cities High School in East Point and had three children, said his sister, Laterral England. She described him as a fun-loving person who liked to dress nicely and dance. For him, she said, "family was everything."



Credit: Family Photo

"Most importantly, I just want to know exactly what happened — if they could release some type of video or shed some light on the situation," she said.

At least 27 Clayton jail detainees have died since 2009, according to records obtained by The Atlanta Journal-Constitution. Among them were five who died last year, the Clayton jail's highest annual death toll in more than a decade.

The Clayton Sheriff's Office and Thurmond's court-appointed attorney did not respond to requests for comment Tuesday.

Last month, former Clayton Sheriff Victor Hill was found guilty in federal court on six charges that he violated the civil rights of jail detainees by strapping them into restraint chairs as punishment. He is scheduled to be sentenced in February.

## About the Author

Case 1:23-mi-99999-UNA   Document 2181-10   Filed 07/11/23   Page 4 of 6

**Jeremy Redmon**

 

Jeremy Redmon has reported for The Atlanta Journal-Constitution since 2005. He often writes about politics, the military, immigration and refugees.

## Editors' Picks



### Braves clinch 11th straight series and are first in majors to 60 wins

12h ago

Gridlock Guy: Five years in, how effective has the Hands-Free Georgia Act been?

5h ago

City of South Fulton Mayor Khalid Kamau arrested on burglary charge

22h ago

CNN digs into history of Black TV from multiple angles with 'See It Loud'

2h ago

CNN digs into history of Black TV from multiple angles with 'See It Loud'

2h ago

Sheriff: 3 teens charged with murder after egging Spalding County home

## The Latest

### Got juice? Atlanta's apartment dwellers want EV chargers too

A.M. ATL:❓Georgia Guidestones explosion remains a monumental mystery

SPECIAL REPORT: Titan passengers' final hours before deadly implosion

## Featured

### A special Braves All-Star keepsake section coming Sunday in the AJC

Happy 77th! Jimmy, Rosalynn Carter mark wedding anniversary with family in Plains

How to join Threads, Meta's new Twitter alternative

The Atlanta
Journal-Constitution

**ABOUT**

Help Center
About the Atlanta Journal-Constitution
Newsroom Ethics Code
Careers
Archive
Press On
Donate

**CONTACT US**

Contact Us
Send a News Tip
Advertise
AJC Newsroom

**OUR PRODUCTS**

ePaper
Newsletters
All AJC Podcasts
AJC Live
Download iOS App
Download Android App

**SUBSCRIPTION**

Case 1:23-mi-99999-UNA    Document 2181-10    Filed 07/11/23    Page 6 of 6

Print Subscription
Digital Subscription
Manage Subscription
Your Profile
NIE/Newspapers in Education

© 2023 The Atlanta Journal-Constitution.
All Rights Reserved.

By using this website, you accept the terms of our
Terms of Use, Privacy Policy, CCPA, and understand your options regarding Ad Choices.

Learn about Careers at Cox Enterprises.

**Back to Top**