**EXHIBIT 1:** PHOTOGRAPH #1

