**EXHIBIT 2:** INFRINGEMENT #1

URL: https://scenesmedia.com/2020/11/was-satan-living-in-david-bowies-pool-the-occults-influence-on-rock-n-roll/

