**Exhibit A to the Complaint**

**Location:** Decatur, GA  **IP Address:** 24.126.247.99
**Total Works Infringed:** 133  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AB52389963FD8BB2ADB824BE85F2F24022893EC6<br>File Hash:<br>EE362BA0EAD80CAED3869719805342ED9BBC2AE9838B8019DD83A30E551D1DB2 | 06-05-2023 00:26:15 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 2 | Info Hash: 9A9CC406349AE7315120620B41331604C570A7AB<br>File Hash:<br>4F1A936A3EB10FC7A5100034CA610F9C622CCC6DA7AAA2C0D4E9DDEF791989AB | 06-04-2023 11:50:03 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 3 | Info Hash: 95D6896F17F918BE475E91C8119AF61086FC432A<br>File Hash:<br>EAED0212CC719E05161F9B17002F50E509D606AA30F6D9BCAE8E11908D32442F | 06-04-2023 11:39:13 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 4 | Info Hash: B2FD50467EDC2173F484EC6CFA342A59CF0A229A<br>File Hash:<br>3C10846368612819A58F96D419676C777C16CCD5694BE9D9C5AD4E2557AE1912 | 06-02-2023 22:51:15 | Tushy | 05-28-2023 | 06-09-2023 | PA0002415376 |
| 5 | Info Hash: E17C7C0844B6DEB7738021B1676D29A7682BAB08<br>File Hash:<br>7D0CDC4F76127C9E5A64E1D1E86CCA536F291D68011541C29C8536C17B6C17BD | 06-02-2023 22:50:36 | Vixen | 06-02-2023 | 06-09-2023 | PA0002415362 |
| 6 | Info Hash: 5A9A06FCFB7AFA118795BBEA65AB1A1F9E8F0FD3<br>File Hash:<br>680F372C62EF3645006E61FA418D4B7108C74607354B3BEE9FBE0778CE93762F | 05-21-2023 11:30:58 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 7 | Info Hash: 4CE6EA81D3E8960220D9FCBFE31FFC77667BB3F5<br>File Hash:<br>E5515B14DB042C277687C6F391BB590AAC048759D7ADB51382D21872383EB802 | 05-20-2023 12:08:21 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 8 | Info Hash: 506AA130150EC159EA9A429DFCE609C9E699DF92<br>File Hash:<br>442E9A99B17BE2C7BE79966D7053CD0A5CDF06D8AFF329AB8FEB251C229C66A2 | 05-19-2023 21:18:22 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 9 | Info Hash: 0DE841A980858DFFE0C3E3ABFD277502D2D45FF0<br>File Hash:<br>BCF50FC6478AEABF10B52DC99C4A90766D87D95197AA137A553395C221355662 | 05-14-2023 19:46:43 | Tushy | 05-14-2023 | 06-09-2023 | PA0002415365 |
| 10 | Info Hash: 4C2E361C7EB1502FC517771F15232E485570AA48<br>File Hash:<br>9C9E9FB49B703201F014D1B01225A7F9D8B323A20F63CEC7380230E7C3D69CE7 | 05-14-2023 19:46:01 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 11 | Info Hash: 7BF39A3A1DDC791C77A9329A761C293632340BD4<br>File Hash:<br>986CD7B4A6EA02CC707A8343D0DD9205DC607F89A40472F77D9789FFC5729E24 | 05-14-2023 02:06:08 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 57D6D4D7587F1D30FCD7A307B6BEEE8360063745<br>File Hash: 11FBF632034E66EA5BF569C56C1C58B364389DC971DA190071378080872C6205 | 05-10-2023 12:43:46 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 13 | Info Hash: 4115B5FED71CBBE03BF7B88FA471D0A3F5AC0682<br>File Hash: 08DA4AA68B997063CE25CA19CD1DDDA4DBC23CF9E08FE04E51C89D80BCF74830 | 05-08-2023 11:37:27 | Tushy | 05-07-2023 | 05-14-2023 | PA0002411294 |
| 14 | Info Hash: 6750EDCA3D8DFB02CC713CA8EA0FDD3DCB82BB0B<br>File Hash: 99B9E94968B1C585CEA007176EC7E84FDF05F2429BA8BCC1BE24148B6BF9521B | 05-07-2023 11:52:36 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 15 | Info Hash: 020E4F3130F70D056AA541C7DCB45BB96987491D<br>File Hash: 365ADEA596D33689CF1320BD7DB91433BED05EB2F09978D85B7B9A90469C59EE | 05-06-2023 22:12:24 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 16 | Info Hash: FEBC3D3ADC2BD4AA9E0EE1AAD1491BD4B0CB1AE3<br>File Hash: 2192139EC42B8CC24E6CF8507C7BEAB8D50B27875F9848FF48E68905937C51A2 | 05-05-2023 12:53:29 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 17 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 05-05-2023 12:48:09 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 18 | Info Hash: CD95167EE550C01A551B781C5014256703ECC4EB<br>File Hash: 45AF554A3A91083852BAAF3D5061A6325041DFD6440ACB8C2F3BAEFBFD7FA38D | 05-01-2023 11:15:28 | Tushy | 04-30-2023 | 05-14-2023 | PA0002411311 |
| 19 | Info Hash: 0EE23E9A799EAB17B33BEF04F030F5CBD2C72F76<br>File Hash: 3E16B6DAE2EE7AD222835D06E18933C46E346636CA23E8D0DB1EE9C3FA3931BE | 04-30-2023 11:47:39 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 20 | Info Hash: 0672640B6F205B14C546FDD1D362F3BC310EEEFA<br>File Hash: DC6148F265A95BF87AC809D45C2FABFC04F56C9EF26307328749108FDDFC184D | 04-30-2023 11:46:40 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 21 | Info Hash: F798ECB4BE5EF77124A601B5AFE4CEB52656385F<br>File Hash: F07745AC93B75FE238EA6D956117CAC807E41B89EE3FC4B11D9907F227FBFA04 | 04-29-2023 12:52:06 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 22 | Info Hash: C223BDA54AB833E022ADE6E04422BCB8DF07DF32<br>File Hash: 606EBB13065FED4EACBA22B60CB97391ED0B2902AD956E7F0FBD06F3D76DF0D4 | 04-26-2023 12:15:59 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 23 | Info Hash: C66C68567B410A9898F2F6EF8AB001B4C1D3C212<br>File Hash: 281B4A3DEA06D447CEB4A72C07D4655F60123C065059DF7CB9509D58023EEF91 | 04-26-2023 04:07:11 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F44B66E867E84AAF3293899293D256A90CFBAC6B<br>File Hash: A061C6BB38FA83A4DD51FCFD689106718DD776FB125111098B3AD1758D752B14 | 04-26-2023 04:05:12 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 25 | Info Hash: 0F61E6587DD239C75A26F7F17E8F3C9523DFA62D<br>File Hash: B728F190BDC937B49FBDAB40D7C1D0151BC35F58FC6B83F6464B94FAA0F79773 | 04-26-2023 04:04:52 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 26 | Info Hash: C6D89A14439B65845B858939EABB7075820E2B1D<br>File Hash: 34B237A6542B8BC5C3F37D109D74B20FCA2D704596C79193FF3BB53A62EB7F4B | 04-20-2023 11:28:11 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 27 | Info Hash: AE1E63C738F0395E80CE586DB9CF5726707324B7<br>File Hash: 4813C4272BC4E97B0C572A9ACCCCAAA8A0DF79113B71EECA9E128E7F1BF14F40 | 04-20-2023 11:22:19 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 28 | Info Hash: 2911656534052526E124BDE86680FBC3B902BEF3<br>File Hash: 6BAB2CA316867F6DB59838D1747B94D352D1149884867393B6C8E724C799DF0D | 04-17-2023 10:40:49 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |
| 29 | Info Hash: F8FBC36D824DEAFA3B0065D6F5B56870A30EE4DD<br>File Hash: C9BE0488CC1277581F0DE03434554ECFA894B8DFC32605AA8319A2FC7BC19879 | 04-17-2023 10:31:03 | Vixen | 04-14-2023 | 05-15-2023 | PA0002411265 |
| 30 | Info Hash: 5C3D2E9C04E4C097755E46668107EFE82259ED24<br>File Hash: 5B0F365C771B791F327D7E5299C9C67AE27A70F8719EA5E4C033F4BA80D648EA | 04-16-2023 13:22:39 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 31 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash: 15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04-16-2023 13:17:18 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 32 | Info Hash: 82CDBE33ED33FC7EAA0D43FAC12D9A65865E3BE2<br>File Hash: BB386ED6AB88365F0F93BFB04BC9F617230A112717237B4BC6463669AAD2FBDD | 04-10-2023 12:03:00 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 33 | Info Hash: F65CA450290F2FE55A1F2279B3FF6E6BC6E53E9D<br>File Hash: 3B5C46156A2FCE9559AC7987003E708806D6B3E5CA8909206F93A67B92E4AF90 | 04-10-2023 02:21:16 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 34 | Info Hash: 5C881317A64059A9E93015BC70F3A69F11F22BA8<br>File Hash: 4E90805D744633B302315BBD5BB18E1C8595CA73A73EA26B963AD93304881000 | 04-09-2023 12:52:10 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 35 | Info Hash: A1FC5DF602CAB2505E98947CD4174EE9943C68C2<br>File Hash: B39B3E3ABAD003714E662A48D73C22363B61D9F912BEC7BD468B9D79C16EBF35 | 04-06-2023 10:28:49 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 6769F1449FB0C7651F6F91A72EFDFA39EDFD9753<br>File Hash: 35EFE2E11BB1FF2A4FDA84653C8117BE486D83D40C109CAE13E44CB8C36E83C1 | 04-03-2023 02:56:50 | Tushy | 04-02-2023 | 04-07-2023 | PA0002405755 |
| 37 | Info Hash: 175E0D095B52ACC2F7E9868B5120A097C7B8E4DA<br>File Hash: E8052046FFEA1F18BF916315ABD15D08CD6820977511CB37A0D95D05E529186C | 04-03-2023 02:16:23 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 38 | Info Hash: 6E14A08630CBF298BF6A1084842B7CE1DBB4DC99<br>File Hash: 6FAA5FFB611CE6672B647C4F345DB3C350DF3585CD0E7987CF44133647A94D8E | 04-02-2023 11:53:53 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 39 | Info Hash: 29B35191E40ABBB81FAF7BD06F20449D5CE5EAB3<br>File Hash: 0F8558E722E30F998673837B21700E537278479B75811A303F4340BBB9165A9F | 03-27-2023 10:57:03 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 40 | Info Hash: AF62F71E24B618A821444B2911E913228FAD9EB2<br>File Hash: 26C8F4089D991B2A75A1A9D68156149B8D954F6763248715D38A60DD54E4684A | 03-26-2023 17:35:18 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 41 | Info Hash: 8D962120491072294A52B3404978E9C04BCB6D1A<br>File Hash: A383470B0BC05816156475C8E296BCB6FBADE3F879BD92FF6B9E5A0BBE4D6049 | 03-26-2023 17:24:28 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 42 | Info Hash: B0A72F71419EABC9E8980278BE2DC222A7459AA1<br>File Hash: 67EA21B19511A5BCF2369F98880E5115028D0975AB2D564AA6B5359007C5FBE0 | 03-25-2023 11:56:08 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 43 | Info Hash: 21A2845346091F5C6640233B97139C5098FFE408<br>File Hash: C04D526F2D183862334513293B8A22620011286784F1702EE7A53B03A5570927 | 03-24-2023 16:01:48 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 44 | Info Hash: 325F62B1401C64FBF74E4D62EA5CC37C4EE21EE3<br>File Hash: 7DAFB7DD631F4D273B79FE0B16997499AD7B8EA18FF6ACA8E0ED66F4494C2B48 | 03-24-2023 12:27:15 | Slayed | 09-27-2022 | 11-27-2022 | PA0002388300 |
| 45 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash: 5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 03-24-2023 12:18:39 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 46 | Info Hash: 98EF7B09784062335AA145BEEA2F452AA055F698<br>File Hash: 719E1E578D47DFFED4F92C5A1FCE5BB7D042EC0C19756C84B09AE7BE80119F29 | 03-24-2023 12:18:31 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 47 | Info Hash: 7B710D64CD8D49B74250BACED263CDDA25957A1B<br>File Hash: BDDFD81DBE2DA530461103D98658B27E9A05CC76AD2F4946C31A687E7860DFBF | 03-22-2023 11:49:56 | Tushy | 11-07-2019 | 12-03-2019 | PA0002232040 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: A6EA7B2087C9B2D1EECCAD1495F8C45123384797<br>File Hash: 0B6F35191DF1B9AEFFDD011A0C45C40C218350001E4F3DAE76750F3B054DF61A | 03-21-2023 12:59:56 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 49 | Info Hash: CC949852B29F79C53352CFDC867DE20AB8E8733C<br>File Hash: 2D755EE2861411FA12A39EF740DAFE8EBDE718BD4406C79E46D9AE73A7AFEFAE | 03-19-2023 14:18:01 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 50 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash: 3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 03-17-2023 13:49:09 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 51 | Info Hash: 124F513DEF525DAA6F71391274B622AB1E1F3095<br>File Hash: 769B71693499A1760279EF1AFD89903FEC0D6B8E17AFC37CF619E4AE63C89312 | 03-17-2023 13:46:24 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 52 | Info Hash: 33DEBFD16F53996E2A3BD27C4BB5E609F0943E54<br>File Hash: 1A5D9A40E8EA252B70883140ECA5844D396D908269D4AE083966CF481D46B7EC | 03-17-2023 13:45:40 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 53 | Info Hash: F37A59D2C8800474287D6D093A9EA31456C8DDB9<br>File Hash: 7304BF5EFCDA0F9C7D3F8D50E862F127E28725828EAB12DD3F037F6408538AFA | 03-17-2023 11:46:45 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 54 | Info Hash: EFD527CE548FFDCA15103325C501C9C9170D8BAF<br>File Hash: 1653BB36CE38A0F173547E88E28E6CC7F438CF8F3AA2371EFABC9683E37917CA | 03-14-2023 14:28:15 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 55 | Info Hash: 3F61B082F992075D67F71479085ACA442CBAF7B8<br>File Hash: A8FB3C262B9B418D0185A17BD2F9697D8F550C8B08FEB13C9479359D0578D5D1 | 03-13-2023 10:57:11 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 56 | Info Hash: 5C7116EE8364B645E49E0F839CF5DC11B95851EC<br>File Hash: 546FDC56ACBDA55E89C48FB82BAAA33ACF575C58737AEE815DE3EB98121571BE | 03-11-2023 13:04:35 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 57 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash: 5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 03-11-2023 13:01:20 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 58 | Info Hash: 2B39E8BE3264118FDEBF249E0232BAC3E34FF5E1<br>File Hash: 23A28DCCFBB5FE6197214DAA0A95D36F67F4E510BF1C236306CA781FE9EAE24B | 03-11-2023 12:58:26 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 59 | Info Hash: B80EBE72BBEC4921801E5FB115D45EF974D05A2B<br>File Hash: 058F0FD11BF44F9238CAD9F6C59C8921E5C00CD9A07F66259961C541E01EEEE9 | 03-06-2023 12:11:30 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 3E2A72B1E34383F60734DB7DE13F5DBF59A09549<br>File Hash:<br>D36D754A01F289D7B3C9C47205020F6D089003CFAC17DC6A785B17C4F9557461 | 03-06-2023<br>03:06:55 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 61 | Info Hash: D7FF2A6B26A8EB9B131FD59C812EAEAE049D7C8C<br>File Hash:<br>074113364816997E88B688D8DA144948ED87842FDBC76F3859990914B4B667AB | 03-06-2023<br>02:44:41 | Vixen | 04-04-2018 | 04-17-2018 | PA0002116740 |
| 62 | Info Hash: B9900C0B16C783D7522C174A49A24B5FCDB48F54<br>File Hash:<br>50828DF736CC9014C627E372E78C7509018E24C645DCEDFE59EAA6F02D74CC08 | 03-05-2023<br>17:50:36 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 63 | Info Hash: C69C44B67757C72F12CDE95F5A934621F56D798B<br>File Hash:<br>366BBBABC1BC4B473F9BBF002181303BBEC80DA36CFFBA11D7C8767B6938FAFB | 03-05-2023<br>13:24:54 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 64 | Info Hash: 2385650A86AE72A2BC83C24FBE6D0BA20735AD2A<br>File Hash:<br>E8C3D3E6BD0AB86D59D670283201E5EB87B59162ED1A4641EAE8CD3A64B725BA | 03-04-2023<br>13:06:58 | Slayed | 09-13-2022 | 11-27-2022 | PA0002388612 |
| 65 | Info Hash: D4E56208BE290AAF986DD87881D7A77129089B86<br>File Hash:<br>CFFEB7D5057D1FD28D9A4F4C1DE274C2FD8D161A7B8518F72C759E7BDD4EA716 | 03-03-2023<br>13:12:40 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 66 | Info Hash: AD14FD391877443754B02FB5C33C406D5A73C26C<br>File Hash:<br>68F852966DC34FFB84507A572F93A5C01B3D2E6E080AC1CE672FC21BD21C676E | 03-01-2023<br>12:49:01 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 67 | Info Hash: 21631802DAA040229CCC2DE1D5D216DA12CDA353<br>File Hash:<br>96872EAC149F771891AA191A88A688562065865A387742B71587D9AB58BD4F21 | 02-27-2023<br>13:20:16 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 68 | Info Hash: 6C8838FC8D9E67B9CEDE5A554638A6CEFFE917CB<br>File Hash:<br>97333BD8DC54DA715AE592D8451678A45FDA5E953386A1AADC18A463C48E676C | 02-26-2023<br>00:42:02 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 69 | Info Hash: 4C48F6637F5FD5E0BE4C1FBE4CA7F4F65949CE7D<br>File Hash:<br>4973989C129F6BB002C9E5E90BDCD6E98FC24504D41C1A523E1AC8854AD9D3ED | 02-26-2023<br>00:38:13 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 70 | Info Hash: 446E18E660D60CB746E915AABCFACF6779CA4AE9<br>File Hash:<br>04F43D178C083576BDA5AB90282E1D1566773238C66E6F25F49B70913D5082EC | 02-24-2023<br>00:12:50 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 71 | Info Hash: E315C9240C9CB55D756C482C0993EAFE8436AC2B<br>File Hash:<br>4EB31B2A27E8E0FB886E479A8C4FC95E89FA70218985BA8FEA2C0822BC5A3A22 | 02-20-2023<br>13:25:05 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: FDEA20F1AA2FC7169E193A30D1D77C257494108C<br>File Hash: 2825AF8302C837EE128BC06CC45915EE6F4F0D74763F950A182C7210171D5DE5 | 02-19-2023 13:14:18 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 73 | Info Hash: 370B7A3B52BE72E95769F42CD62C3955D7B71338<br>File Hash: AF16E691498E4936095B06A1D504581D2AF833AA98A29543F538A85654FE87A3 | 02-17-2023 22:10:55 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 74 | Info Hash: A15959F09238709C559D243DA15D56AB1871D3F8<br>File Hash: 347CE4A551CE253B2DADFF2C08D42F385A9050FFB2A2658BB1397FF55FDF0257 | 02-13-2023 22:36:15 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 75 | Info Hash: 467072A450A63C52480B37FEFC6B23ED52BCB272<br>File Hash: 0515FC6FA4FA71DD488AFE6B40CA2CAC036A162D36EAE72020E657FE8739B909 | 02-13-2023 03:47:03 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 76 | Info Hash: FB6BFDAF067A4E9827953805F1B89552A265C958<br>File Hash: 3D513F243A66F2EFE95E19AA48EAC9B190B0D3CC43E382A3278179EC7114E513 | 02-12-2023 15:00:17 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 77 | Info Hash: DC7435FF4BA27B1789087150BBF2EF654EECEC3D<br>File Hash: D96EECF477D6379ECD072B901ED356D89CFFB7A4C156EE0DD700C31756A76C49 | 02-12-2023 13:01:29 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 78 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash: B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 02-12-2023 12:59:35 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 79 | Info Hash: 0C7385C4B9317D8C2235EC751D9ADB3D4191058D<br>File Hash: D95FE37F64480CAB84B4117E6D278F9BB87E955CCFEF02903C3BA603AD48B865 | 02-09-2023 12:27:45 | Slayed | 08-30-2022 | 09-22-2022 | PA0002378449 |
| 80 | Info Hash: CE8EC1A831E1DC2775AEBAF0F00CA27AB0E0B982<br>File Hash: E08672F3ED6BE95A0D92451A86A84919B434B0AE2638C1F04F71250E58668C31 | 02-06-2023 00:56:05 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 81 | Info Hash: 6EA6E4212F932EBC69B7E8F8DB75B13F7AFD9DD7<br>File Hash: A6DCCCB21B688C9143B8992B42EBFC1FF2A5BD216B1954DD89CA0870C76DC157 | 02-06-2023 00:50:40 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 82 | Info Hash: 61ADBADB12DAD4C73B7AAEE200F333410CFF0646<br>File Hash: CF8C809825DC57F851B3F4A2091CBFD4BDFF97D0B0FD113E44386780B6BADE72 | 02-04-2023 02:25:36 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 83 | Info Hash: 1A3BB4E8163B5F1CD768FCF274F03B6512CC0872<br>File Hash: B21D9A5CEA58190545E356A4787140107DB2E6BD3D00903869BEE3827FA3CA3A | 02-04-2023 02:24:11 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash: 23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 02-03-2023 14:40:10 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 85 | Info Hash: EE8F5FDA6BFB100C1EB7BE496BEB819741D1FB4A<br>File Hash: 84AF637AA8CAE3B0C880BA4B26836291B972A7C9ADEBD50BFD00392D00942E61 | 01-30-2023 12:24:25 | Blacked Raw | 01-29-2023 | 04-13-2023 | PA0002406902 |
| 86 | Info Hash: 33A98ED004EDF2DD0EA5BE4CBABC6DD9DFC5B8CB<br>File Hash: 7CB32F15EB82D50C302B2AD52DD3DB0A8DBC272DD06ADE5AC559C3C97DCA68E4 | 01-30-2023 05:32:32 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 87 | Info Hash: 3AD0F06F038FCEA6C738A2A93D38C5FB6CCC288C<br>File Hash: 407A453E1507FB5ED0407941EB7B782BBDF76C8794AB5A3E3A6E1E5FEA354EAD | 01-29-2023 13:33:58 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 88 | Info Hash: FC816FA19A449F256296FC0B5D217E23DF9BF5D3<br>File Hash: F69F6AE004E86A065C522E9DED5F540365B1DB9E47CA7530B9E7DDBCA980314A | 01-28-2023 01:30:04 | Vixen | 01-27-2023 | 04-13-2023 | PA0002406898 |
| 89 | Info Hash: 92CB8CC2B1BF14E6326BE06B3295D66F0F3E0A2F<br>File Hash: BC1B8C60FECC7DECC2E30B086BCB4005635C93E9E654848D2455692ACD7CA8D4 | 01-26-2023 12:02:00 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 90 | Info Hash: 3CEAE8288A8C994BD10DB2FFA21F18C354FE12C5<br>File Hash: 505470E7BE5F11A42F1B9F11F05C2A6C051E048F6AA16B49A09D182070515BE8 | 01-25-2023 14:00:12 | Slayed | 10-11-2022 | 11-24-2022 | PA0002388301 |
| 91 | Info Hash: 62F3A23B2D765D88F1BA51EBB05866C6BE623103<br>File Hash: 81DDD1B0C9E28C8EE9ABA764057EFB5E0A4F5E222F8C514895F6DF7BFC55E61E | 01-24-2023 01:26:40 | Tushy | 01-22-2023 | 01-27-2023 | PA0002393076 |
| 92 | Info Hash: 07D183ACDE4666D48DFBBFDA039D1220D6923FFC<br>File Hash: 1E73D1FD032959A1C730487798EF0AD3ED74284AF34DDA527545678185923601 | 01-24-2023 00:36:30 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 93 | Info Hash: 2E0B55853DBE8D43D893BAED034ED6E7203DC238<br>File Hash: 268931F60F7756E1251BB366DE5A42628CB27C2412A97C5DF79B3C644DB97B5E | 01-24-2023 00:35:33 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 94 | Info Hash: 09F96A70813E616E36682E22BD199DA88833DDEB<br>File Hash: 3C43164CE5E29374AECD834BD09AEB1418FEEC233007047DD34AFB21356913E6 | 01-19-2023 02:01:13 | Slayed | 07-26-2022 | 08-10-2022 | PA0002370904 |
| 95 | Info Hash: 3FBEAF8E03174138316808AACE0F870F4A60FB3F<br>File Hash: 0BB3E0956F53D7007A153057B6F49B3438560CBBBB51BA0324AB3484035944CE | 01-16-2023 13:46:24 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 3ADC06A6C923495B15747095E6D9ED7967551D88<br>File Hash: 19ACB54F165E4750C1C884F2831004F8BBC50AE609EFFE5CF8EA787A474E895F | 01-15-2023 13:34:35 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 97 | Info Hash: 97285CD56E2C7C48CE5CD4C1705BE7532FFA3162<br>File Hash: AFB9D6A20CB9EF701057374B409E540AA209043245E215C1FDEA6433F30F031F | 01-15-2023 13:33:34 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 98 | Info Hash: DA30EA66A6587A4F6B28C6A75C2E3946A6C2F8A7<br>File Hash: 9028D5BBBAD0DABAC5E1281552703E83A9C41031072AEA39FEF8F96082A38D1E | 01-14-2023 12:46:56 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |
| 99 | Info Hash: BC7EB7895A49E227BFC10CF1ACA2C7A4A82BF030<br>File Hash: 901C3E8756B93139BEB275455DFF0FCABC118DDBD490E3629F87C0B0F1D47358 | 01-10-2023 13:23:56 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 100 | Info Hash: 6CDEB8C8E8F9624BEA9225C82F988666C6444946<br>File Hash: BD6BD57761088765FF1989B6A7DCABB6C885292DA248A9D7729AECA0D6244749 | 01-08-2023 23:42:44 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 101 | Info Hash: 948888591A89B2575A003A0E11EFE55F3E612975<br>File Hash: CF3193533855EBF8CFA414722C2A86AA92D59B70489CC5FAE7B8721A23CACEDE | 01-05-2023 16:54:19 | Tushy | 10-30-2022 | 01-06-2023 | PA0002394017 |
| 102 | Info Hash: B510A624B51DA5D209130F6B7161A6456E021C56<br>File Hash: FA2E737F2AD41A98DDC527879C378B5991091A5EB51854E8A8A4AC6AA92F21C0 | 01-04-2023 19:53:11 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 103 | Info Hash: B01AD269B921E6EF4954851DDF1CBE6A5911064E<br>File Hash: 67E6F66361440ED106355513B46089BA65B6866080C966AF651DB0FBFF28D100 | 01-03-2023 14:26:42 | Vixen | 04-15-2022 | 04-23-2022 | PA0002346429 |
| 104 | Info Hash: 8E982B67CA4D67AD1D211959E642E8E9F591C120<br>File Hash: 6A3CC94D8AC45692DDCB4BB6458BBA573972CD56A872BE750DAEE679F5B545E2 | 01-02-2023 13:22:03 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 105 | Info Hash: AFD2270A76FA43E693D662B91708FBBAA3603013<br>File Hash: 3C08EA8E6B063E2BCBB2520AB11B7B72118702BF1AEE5482688098021D00AEB7 | 12-31-2022 22:33:24 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 106 | Info Hash: 8BEA713FCD434D6FD898D12C710C573339D81203<br>File Hash: 9B32378A9069940CA62371EF0D3207BB33C59DBEDBAD1ECF86DD0C58E07D05D5 | 12-31-2022 14:29:32 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 107 | Info Hash: F4E88DD4D5E68CA69DE9386D432907B68F0921C3<br>File Hash: 350BF3F6FB1A8CC74C1E18A622DA7F117C0DB94CD9293EE1C20CBB29FF7E50C6 | 12-31-2022 14:24:14 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 1248635F2A60CEE8B6A67B37E17594582175964E<br>File Hash: B0F1E2A31A7552203F686C2AB60DE6E3F5F911CD2B4FCB6099E861A69D9C20BD | 12-31-2022 14:15:31 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 109 | Info Hash: D02A465AEC6DC519DB8187B9D188B080689F0B49<br>File Hash: D02C79DC99A96C659AEE4EF023DD6DC178106C6F52E8E26071FFB7D22FED2C2A | 12-29-2022 12:48:59 | Slayed | 07-05-2022 | 07-21-2022 | PA0002367492 |
| 110 | Info Hash: AB9F6411088E93A87E974967B74C056A1FC0B790<br>File Hash: 787548BF30EDAE8C74F1B524166E9F11C29773BAE0272C990E4AF45383E39D4B | 12-25-2022 23:10:20 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 111 | Info Hash: CB2DB113FDBD1F49FACF28C2C8C70A0A62059D07<br>File Hash: D01AC50CB88710977B35A77072BD3919A5D8C5D39F46B1F8EA460707E8608520 | 12-25-2022 23:09:36 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 112 | Info Hash: 61D86A0A5D3C632B0CBF40DD46BC0C4B0FE170C6<br>File Hash: 850B27AD72E23A623E2D774C9C40BEB73C89DBC7C61B6FF65F4CA9207F102BEC | 12-25-2022 13:22:03 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 113 | Info Hash: 461E0CEF7D200B75783F552943E8EA67DF67BE52<br>File Hash: 7E34C7FA61A6B9E3F7991244AADF3631B33BCDA9044FDE7B055ED82BAAB10842 | 12-25-2022 13:02:58 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 114 | Info Hash: 19ED31B69898C515CB045E33FE26AB25E3C83E18<br>File Hash: 8A71B29C57E2BC83A02546A6BA6283AED07CDC7BF2D3553BAB99A8115E84C32B | 12-24-2022 13:38:14 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 115 | Info Hash: 66A289A04AE4D4729648FCE2D0ABC42B6B2135AE<br>File Hash: 67D2A3CE85DD3A5ADC1FE23B1FB1A90C15A1647094913B09DEB4E4DF74DF568C | 12-22-2022 13:06:19 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 116 | Info Hash: 102E275F06CD6433699975512D505CCABC08AC65<br>File Hash: 12135BB7D825A793CAEBAE9DD71A7DEF7964928EFC8476214BD93F1CB090D0A9 | 12-21-2022 12:48:45 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 117 | Info Hash: 55FF3FBA38008C5FF6AEC9CB8F1E4BA04B124AE7<br>File Hash: E7E89034A6F0EAA45B15FC5064AB60448B8EC1AC43BA07CAB9AAA68D15E8CFF3 | 12-20-2022 13:07:54 | Slayed | 06-28-2022 | 07-21-2022 | PA0002367493 |
| 118 | Info Hash: 3FD8DDB73D73F9C1D313EFF67CE543DF105AE0CE<br>File Hash: 6A43F4085409E6BA5721766B89DC1FEEB0A6484D00604BBCB4FE074B7F8BFA01 | 12-19-2022 13:36:41 | Slayed | 04-05-2022 | 04-21-2022 | PA0002353031 |
| 119 | Info Hash: B5BAA098A77422344BC39043B8E6412B388993D7<br>File Hash: 31E176319CABF1B114491288482342D142C63BC353EFF7A6F5DFED3A579D3886 | 12-19-2022 12:53:47 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: E12FF3F313842E2F77EC08C5A3D804F608AB1116<br>File Hash: BE61C07B258B1FCEBBDE344FB23D51C8E6A1AB2FDE7926DB25DA716090CE99BD | 12-18-2022 03:21:24 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 121 | Info Hash: 5582D8CFB1D71E6916B0A97394B6FDBFB366FC85<br>File Hash: D7E29EBBA5C65F935EE13DDD712C95B0B7705C2F81C2F77AE433F65DA7763E5F | 12-16-2022 22:11:15 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 122 | Info Hash: 80CB2B0DCD3394D87C814FB88020C2B24E12F1BE<br>File Hash: 8A0642DFA38340A11F866EA85FB87B1FF2C9CDEB034D506875095943584B4F2B | 12-16-2022 13:15:24 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 123 | Info Hash: 808D0DACC7E9FBB35EE771957354DFF788D34F47<br>File Hash: C1168F6A49577C2D26E15D18ED3F1EDE7096F3EAAD0B5A53F4CACE7672C77937 | 12-12-2022 01:14:51 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 124 | Info Hash: 580E5F377A9B21CE08E2D9838137776B28D9701F<br>File Hash: 0B2FBEF512B6EB27306D790E5A2AFF94249B81068695BFD92C70456AD5C0DDAB | 12-11-2022 16:29:27 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 125 | Info Hash: EB9649DDA2323288F92ED22A89ACEC80BE7FB8C9<br>File Hash: B1FDD4D0D94D03816A948DAD236518FB29C3D0CCD12460AFC8C008B79DB0F948 | 12-11-2022 16:23:31 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 126 | Info Hash: 930D740537F4D444C04867D47221195203ABAF23<br>File Hash: D81A921F997673013C67F4294B0DF765E24556DD6BB8C479CC2EE3B90A30BB88 | 12-10-2022 15:15:22 | Slayed | 06-07-2022 | 07-21-2022 | PA0002367487 |
| 127 | Info Hash: EE27E3673DE498C963AF649033B1DBA7369C9D97<br>File Hash: E0D34D45A08FA8A2F15DF67E26E3FE2A6A57C0F7F45EDE504D71EC6878598D79 | 12-10-2022 13:20:49 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 128 | Info Hash: DD09024DDB3471C51F03A61A47408F7830FBBDAC<br>File Hash: 2464AE980656F2EA5441FD4F8102EDAC7497F3973B667E64A18A979326061877 | 12-09-2022 14:42:00 | Slayed | 06-14-2022 | 07-21-2022 | PA0002367489 |
| 129 | Info Hash: 2A442D5C97361AE2B519E1E84CF2D052532D5965<br>File Hash: BE95110B0425CE9A42124B848EE8C8610D0378D97D31B729E6AA2A196A7ED522 | 12-06-2022 00:17:26 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 130 | Info Hash: 9C22E877110D06E6533EC589105775F10EA33EC8<br>File Hash: 9401043428783798DE91D03DDB49133025EFB3CCC12A4D54972694F3A155763F | 12-05-2022 13:34:54 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 131 | Info Hash: 74F7C03315B7FB96932FAEFB2122EE94072BBB62<br>File Hash: F1394FAEA4BCA26F7544C40260D0CC4432B90408C8CB5B431307F4320C999EB9 | 12-04-2022 18:39:13 | Vixen | 12-02-2022 | 02-21-2023 | PA0002401003 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 7975707C581A15CC7E39F9F02489A37674E7D645<br>File Hash: 34A5B2D4D0D91680409BD422CABA5919047A706BC9F0FE650923E8476972A607 | 12-04-2022 03:54:39 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 133 | Info Hash: 36FD4BAA2A32E81A4387CD8F82B2434A0A1BA557<br>File Hash: 38C8E6F99B95493ADD43A052EA09A38B3C08183D696967C39EA1FCBA24EF6D23 | 12-04-2022 03:52:31 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |