**Exhibit A to the Complaint**

**Location:** Marietta, GA  
**Total Works Infringed:** 115

**IP Address:** 71.59.41.182  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1E6C2C75FAC0643812756AD5F7FDD703446B78A6<br>File Hash:<br>D2CD28B929088747A6F288C83E0BA12AD5671900E26C30C0482CAB5F25EAE7DF | 05-25-2023 15:06:04 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 2 | Info Hash: 3658D8008479A4D8908A15B8C4FF207266C7E304<br>File Hash:<br>B06B1588D52DF11A9C38BED7FDAE4C9402C9D714FE1D454DB2D768C99EAD8C14 | 05-22-2023 13:44:36 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 3 | Info Hash: C83EF20E1013A6AB938ACC23C498F145ACB28795<br>File Hash:<br>C5C14A43507207DB518B53BF7C10C7D83250E02533C5197754542C27E5E4C634 | 05-09-2023 13:46:19 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 4 | Info Hash: 263D11C79580408D4B52ED5DE10FFFFD8DEFCB71<br>File Hash:<br>79B4AAAC410E5E0EC7DC7E0A29DD342F0444CD533F82C9970302631932F19AC0 | 04-04-2023 13:14:21 | Blacked | 12-26-2019 | 01-27-2020 | PA0002223955 |
| 5 | Info Hash: 629542B40FD50A432C38A29B4A3AA82E94A73A66<br>File Hash:<br>EAC5CFD35E787C5BCCAE02653E10F3E87A0947405629A0E06AB2A1738E5A894B | 03-29-2023 23:09:39 | Blacked | 01-15-2018 | 01-24-2018 | PA0002101768 |
| 6 | Info Hash: CD95C89BDD8CD455B58C4F9CB0F1504F494FFEB5<br>File Hash:<br>4FD23E593B9E71B30DC3A8A00390827AB1E0D63AD8EA1EBC308D5EB4FE4A746B | 03-29-2023 23:02:24 | Blacked | 06-28-2019 | 08-27-2019 | PA0002213235 |
| 7 | Info Hash: F321BC4698415B1A78E5ACA561998B3AC2F101B2<br>File Hash:<br>91ACAC91088A53244B940D06287FDBC0B9D23D0FB4C7E8C462B506055AEFBF6C | 03-29-2023 19:40:37 | Blacked | 12-20-2018 | 02-02-2019 | PA0002154970 |
| 8 | Info Hash: 43D5AADB5699D50F9B695E629D7DC6CB0D5AB7C3<br>File Hash:<br>A978F31E358A15095ADA933AC5BAFB0678D3217FFB9C7E0C04B7A2BFC82FC61B | 03-29-2023 17:51:27 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 9 | Info Hash: 6DF96D14D583033748F71DBC604AC9E07ACD02B9<br>File Hash:<br>8309AA472A5C7695B4C4F866454BBBBED0D9E1FC45AF2042640756218F1E82CD | 03-21-2023 19:24:30 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 10 | Info Hash: BD1CB71F94751AE32A319F7E528342E6D44DC505<br>File Hash:<br>6567C5909B2B9294458201071F878EF1AFC9D479E5FFD69445480855CBF81C75 | 02-14-2023 13:54:06 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 11 | Info Hash: 0C51C206846DE2EF125EA6F0705D73404A20CE4D<br>File Hash:<br>0E0EA4B5AC1AAB775883BAA5C42064DD349362D3C989AA6D9AE87B6A3BF432EE | 02-01-2023 13:18:17 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 424E25F5F6CFD14F9BD8C913A91508F40C54F7F0<br>File Hash: 2E4F0C2871623C3408F8F710AC2F53E0F68E8E398E0D53798092ACC7C9F1BFA4 | 01-29-2023 22:05:51 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 13 | Info Hash: DE4BFD9981AE2FA924ADF2D0ADDA49B0C5C375E3<br>File Hash: E4A369D47950EE33662F9F45B1B821BD525AE5E2EA32DF82EC51289A45FC48FE | 12-19-2022 13:37:11 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 14 | Info Hash: F1E8E40B9082FAE2F594FF8C66B57DE04CD2C1DB<br>File Hash: A589853FE589838D31AFFDAEA90FDE0BE0A9010F94DA2DA8824EAC909D852127 | 12-13-2022 18:56:04 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 15 | Info Hash: 74D36C3FF7115D360752968641DF39D8F2BF74D7<br>File Hash: 30CE744EDA4BC83F8C3A2885CFC73B20196FCFC7D6389E7B6709E12F12C49F5D | 12-06-2022 15:11:26 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 16 | Info Hash: 7491FD90952DDAA709B41496BD827FD16FAD5A96<br>File Hash: 769A5E0AD3480A5BFB9007C4D25FAD0C65BE618C95E6900009E0B3A1B8A275D1 | 11-21-2022 18:57:11 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 17 | Info Hash: 8A187814E3BA406E8BB0EC0A3FCACC25430EDABD<br>File Hash: 460176199C3CDD8477165C27D8C9BA0B07F6CC80109DB5BE4CE9728C183AEA31 | 11-21-2022 18:56:44 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 18 | Info Hash: 48DE187CADE6D655BB1B5F81C5C2B4B60F540A98<br>File Hash: A9CE71D9B4EB13F809FD81E9DBED8151A9E3E395BE254FC4CB355E0184BCF2CB | 11-21-2022 14:23:05 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 19 | Info Hash: 47880DD91F9AB42518D32839C9B849E25CD779D1<br>File Hash: 65F76492606C27C269C481B47DA987DCE7C15080D3F9DAC397D6066A0BA24829 | 11-08-2022 14:30:38 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 20 | Info Hash: A57EB25C6B5689118A2B4DDA648E25AE167E7525<br>File Hash: EF9BDA642565895653F353ACCEF39910559841840128B3D5B7738C156EAFCE97 | 10-31-2022 18:41:23 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 21 | Info Hash: 40C2E7E796AB9700C7722910C2D772D72077A39C<br>File Hash: CAD74A769FFAF5260B68E5260185FCE0455E0154F544BD93F021C542F6BD0491 | 10-28-2022 15:39:19 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 22 | Info Hash: 86C18487578E45172FA87A102FA37E2660FFF7A3<br>File Hash: C69D40874320AA3D5184A284181943DF96513ED55CAF687E769D5A7EA14C162F | 09-12-2022 14:00:20 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 23 | Info Hash: F8CAD854E7DC19B53E674840B5554C76AD455AFB<br>File Hash: 8EA7842640D74C90BAC1D369A2072A6125C869D9F4C82073D1032E9BE86A8A6B | 08-16-2022 21:34:46 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: B0CAA4D95994248141ED9615D6C60A0EF6719C74<br>File Hash: DE6B5755622A8D5504757FB262D3BC59EAC0111811F6AD10DF462DFD9109566C | 08-15-2022 13:29:55 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 25 | Info Hash: 7259DD43EA2AABF60EBA8395A230CCDC4F15DE55<br>File Hash: 3459801705A0D8D74C8D5F765CE5E188317768A617BE8458A3E4C13F80EC8881 | 08-15-2022 12:50:59 | Vixen | 08-12-2022 | 08-30-2022 | PA0002367721 |
| 26 | Info Hash: 84C5F1993865C560AAB7CEE3BA17969A78454E43<br>File Hash: 55FB7CE72A5580A94A6CAD18275E2B8FC36070D964F432799F9A330A1D870AA5 | 08-01-2022 13:25:23 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 27 | Info Hash: 9484E63C729B5E6DEAA1B2A31E98075B16D914A4<br>File Hash: 7378EBD3719E21C39E6A186B686DAB035587EBA3566D98DBDAF723BD309BF17C | 07-19-2022 14:58:59 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 28 | Info Hash: 141878F404F3ADC6EE96B8F9C8286F1A6D27A038<br>File Hash: A8FEEA012BFA3AA2AB0B6096A186E934C32F7D67486DADBDBF922646E38A2CCC | 07-06-2022 18:32:51 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 29 | Info Hash: E5FB33496F09F6E76C5C514B4CEC8BE3C9C41AAE<br>File Hash: 4E1D64059A74B611326E2DF2BDD558FC53CBD29385CAFE11FEA6B27F1DBE1D85 | 07-02-2022 17:07:34 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 30 | Info Hash: 9B7406EC07DE8022005970F76906D51A274E0690<br>File Hash: F99FEA73133BE233ED03F8FFC993EF324E33C4BE5424DC24FC89FEA6569664EB | 07-01-2022 12:08:14 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 31 | Info Hash: 763A6FC5F201546394575CD7601D8C2D7DBD3AE7<br>File Hash: A2BE74C8C93C222986472D05AD8FD915556D28A62D19C4E1BA8E14CFBC4CE75A | 06-13-2022 14:39:59 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |
| 32 | Info Hash: 08F5484B186349154B46F5F383C576D740BAC702<br>File Hash: ED5283D0D8C08ECF6727181CDE9E0C299A151AB760A517D492C38239330C9D71 | 06-13-2022 13:55:39 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 33 | Info Hash: E5D59982A2E5EE3FBDD91BA30CEC76A33D66E8F2<br>File Hash: 1D3D4D1D9F187B6DADBBB91714B2826F2293421F515EDA999DDDB4E900E8F2B3 | 06-06-2022 17:14:12 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |
| 34 | Info Hash: 4885CE7D5699E3CBDEAE2E274F52D5F1327C4BE0<br>File Hash: 01D770367B42B71A960D89E0508B44C4CD782779DC85FCD9E39AAC803DC29260 | 06-06-2022 14:14:57 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 35 | Info Hash: 9F6478F36D2C64CAC47006AC86A0CFFDE4BEEED6<br>File Hash: C1A2A9457246F2909922EC1F06E59880AB6AF20FBD0DE8DFAD00E1D4B1D222E9 | 05-30-2022 19:05:45 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: AF91979F566FD3D83F791FBDACF3241AF860E92C<br>File Hash: 597EE4589764A82DC7E08E082F3C33C99AC6FF5A0DDBEAB315B3632DF1225620 | 05-23-2022 13:10:48 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 37 | Info Hash: 39B3D57E0FB4BB6A79DA794635525E794F4DA1D3<br>File Hash: 26191AF672E6797E5CE43E79D9A9385CA96C0DB145423E53D84A2C28CB1B7884 | 04-27-2022 13:32:17 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 38 | Info Hash: 197FAB6A9620A7F6B392B44821137931507AAE96<br>File Hash: 0A8B96F277B75D496C7851915ABA06F7EA1E475D94633164EFE9FFFC951765E9 | 04-25-2022 14:45:46 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 39 | Info Hash: F25D6091568DCF016037878F502F7561F8BBDB62<br>File Hash: B765DC1E587DFE9F8CFFB338CE68DC6984DB58A9F3E49E002A3B6AF2120B63F8 | 04-19-2022 18:37:03 | Tushy | 04-17-2022 | 04-23-2022 | PA0002346417 |
| 40 | Info Hash: BB81089EAF05C40CCE481A2F330F02ACB090287C<br>File Hash: 0EA61D8C0D5F9949B59F72AEC678DB4A9F5DAEE41068E14543623290A1D53939 | 04-18-2022 13:51:08 | Vixen | 04-15-2022 | 04-23-2022 | PA0002346429 |
| 41 | Info Hash: E42BF152A4EC951796244F2341E76A53A0AD942E<br>File Hash: 6E3D8FF54A9CE05A4C59AADCE36D9C10EC594282AA18DFF0AB2E15FF655E4B17 | 04-11-2022 13:23:51 | Blacked | 04-09-2022 | 04-23-2022 | PA0002346430 |
| 42 | Info Hash: B1EDE7608353AC629674C063D98C5805C47B0A54<br>File Hash: CB024A1E7CEB51E3DD8A6EFAD07F79A295005892776D287284BA877AE6F1754E | 04-10-2022 15:52:43 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 43 | Info Hash: 0103736837257964EA826F9CA31071C544A7062D<br>File Hash: 33448DC13445C0D55D7A52778E2A654BD9351A576D53639D2E4166C7E6A5CCEB | 04-07-2022 22:35:10 | Slayed | 08-19-2021 | 09-08-2021 | PA0002316102 |
| 44 | Info Hash: 36BE1A364BF532C93727010851D612AFD830D055<br>File Hash: 4442AA5A948CBBEAC93F362F9B396052DD091CAAB7E6F2AA9F92D6A284DDD384 | 04-05-2022 15:35:27 | Tushy | 04-03-2022 | 04-21-2022 | PA0002353478 |
| 45 | Info Hash: 774C2EA090A6AFE6D8973DBFE0AE522A35D352AA<br>File Hash: C93EAC8256856177FB745EC3F9E5CD79E37C52402C37189C8BA56331DE0C3A6E | 03-28-2022 00:42:44 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 46 | Info Hash: E86796B73DB705120C73799997AB4D979ACBE857<br>File Hash: FA7D053DABE9DB6249585234A65E40A3DD920F5E1969AFF01C3999C7689A85D6 | 03-15-2022 13:34:22 | Tushy | 03-13-2022 | 03-29-2022 | PA0002342866 |
| 47 | Info Hash: 869B59F8458BB745FEC06D0FB6573DD27D7CD8F2<br>File Hash: AE6B574E5E895357389809F18BA5F70C675AD22B5F5FFFE79171461B37BACF02 | 02-22-2022 04:48:23 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 78AB1CBD4BB4E343A05DE33981FCB5D64DCD98D8<br>File Hash: B185B3C211A599CC285A564D073583541F46959AF577BB9DFDC4399CABEA294F | 02-16-2022 15:06:31 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 49 | Info Hash: 3573BF72004CCEC9F094489ACD66C333342B7E19<br>File Hash: 38C0674378E984C40D8A0F9B4C578F8B6884390C18F467B86D0F9EAE449B998E | 02-11-2022 16:34:41 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 50 | Info Hash: E4B0A0BC3ABC031469C2C28E043845FC1107D41E<br>File Hash: D02CC5CDE1A25BDA521B09BC8D09D3FEAE1EAA29357C4C55C17A5EDEBACC041A | 02-01-2022 23:37:25 | Tushy | 01-30-2022 | 03-04-2022 | PA0002345788 |
| 51 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash: 3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 01-31-2022 14:53:42 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 52 | Info Hash: 775DEB6869799752C425208A57EC76F2FD91B60C<br>File Hash: C7AF91E7382DAFE1AC88504E58F319D0553667EBD1539184C2C5ACF67D53CFFC | 01-23-2022 16:28:30 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 53 | Info Hash: B578C2ACDABBED024776FCA7EF11EDE6D075F916<br>File Hash: FEC9151C53211E2FC1C11302008DAC382FD9888470B3D00148260D708A6DC391 | 01-18-2022 14:28:16 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 54 | Info Hash: 09D9032A2A970429F03691B86CDE4626FA367516<br>File Hash: E02A28D4BC94CF2BB047936D0F077C282A44EB41C8231CABDFF014E0E6AC4B20 | 12-28-2021 14:45:02 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 55 | Info Hash: 18D1C9E26A0E196C4C939F1EA4171DFEBA8745CB<br>File Hash: 62105CFE4A8175089B73CB433075DE5C5527E0269FB62B94C460EFD285F4FB2D | 12-27-2021 04:32:32 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 56 | Info Hash: 1046E817AEB1AB53551EFDDC2F42EBBDE45D0DFF<br>File Hash: 97CFD791A0EFDE2A75DF47466A52FFEF394365003CACC8965C4E94E9B274E504 | 12-21-2021 17:01:13 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 57 | Info Hash: 4B576AA5A92A83B45E0239342446F37CD934EBEF<br>File Hash: C64891F0027E36B48D465F40689AB07D635021569070B5ABF4533F513144F190 | 12-17-2021 14:29:47 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 58 | Info Hash: 1298F063782983D727828876369D5BBECDA59BD8<br>File Hash: 9D3CC147078BF10D237E420B280AF5B8C9DE38D212CAE4AA0580DA88DF36C039 | 12-14-2021 21:21:47 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 59 | Info Hash: 6A92ED95AA76F89E27CFF587A77FFFDE83362E81<br>File Hash: 81257EA14F9E6CD648CA3C84F68F6A91B67032FD55A247ADCA1F38514DF12A0C | 12-13-2021 20:23:24 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 85FE27D52F4EFE6486F8B6EAAB165B1DE246CC4D<br>File Hash: FB323E9CB9BB59ECE248735D58F6ECDDDE8A60BF7D7DAC31E7DFE51BFE3DED95 | 12-13-2021 15:48:11 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 61 | Info Hash: CCF640BE0F22EDFFA9A663CAF10C58DAFF0F7291<br>File Hash: 302D8E587237A608442ABBB835E6496B29280BD0D18E9997F623E4F4E6FF138C | 12-13-2021 15:42:30 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 62 | Info Hash: 7C93D49BCF6C18EEE5D98DF9770C81E1F2D40F9E<br>File Hash: B54FEBE5357160BFAC26D82CD37BD4A69F3044507B45790BFFBFDB51D5376B9C | 12-10-2021 15:21:25 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 63 | Info Hash: FE4A2D71F27E8D99EC227F35B0C40EA8D6812A15<br>File Hash: 49FEE0B3A454EE9632DC5FECFC123463AECAA4E404A75D252CC306ABF58E6380 | 12-10-2021 15:21:13 | Blacked Raw | 05-24-2021 | 06-24-2021 | PA0002303153 |
| 64 | Info Hash: B23CE9830A783E770D537D9097F47F4D03FCC397<br>File Hash: BB7CA52BE686951B50DABBD995BFDAF9E6F46B837DBE95A1F0594562FED78E8D | 11-29-2021 14:11:04 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 65 | Info Hash: 331C4C8842676BF2C6FDBC1D6017CDD287FA759B<br>File Hash: BAE4188FB4D988C057B8E4472E7B01E2B3EF42CD4CE9A3350C38398C608A9E61 | 11-10-2021 18:49:18 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |
| 66 | Info Hash: 6035AA12C63BA7B5A3BD424C629C41DCB5C5E94D<br>File Hash: A5330871A31599822F5ECED5AB8C9376CD354FB59A0728B501459406CA1FA6A3 | 11-03-2021 15:38:10 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 67 | Info Hash: F3BDB02185AB3B5B48C4EEF425AC94AF5D61BA35<br>File Hash: 650DAE7596F611299044484E9441EE6ABC41A4628A930BD4BB47F1A8857E8A83 | 10-31-2021 14:52:23 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 68 | Info Hash: AB421FAFC61659A1B948FF78266F3D279C39BAD0<br>File Hash: 04200B6A0123CC6EFCDA0C6471D4547BE1D19AB057DE4501CC5EE6A4D2188D36 | 10-28-2021 22:50:31 | Tushy | 03-02-2019 | 04-17-2019 | PA0002186902 |
| 69 | Info Hash: 0556BB418BB883A18019D2498F9763DA83DBE097<br>File Hash: A04E22EF63D6E667C7D75921B263C68C8C9FFA058DF066F0F50E7A645BC9372B | 10-27-2021 15:58:50 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 70 | Info Hash: 7C54A481F79E9D68EEC3B59FA6A9CE89224F2B3D<br>File Hash: FEB8339A2FB2B93FAF1ABCA3F56CFB2434EC3E135DD1B0B0642E927AF7AF1C30 | 10-26-2021 14:48:13 | Tushy | 03-22-2020 | 04-15-2020 | PA0002244961 |
| 71 | Info Hash: 0EDEEB3EFB1595EC8FD6F5FF35A07BE00B91E1E8<br>File Hash: 3973944F36D613CC8418865FAF957994D12F45845EF626482A808D394DC2BA98 | 10-12-2021 13:51:36 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: A98B919CC1533CAE523CAFFD685F081F76795914<br>File Hash:<br>960C0F6EC48DE7B3694E521F123FDE3BB8213D344915BA1C6494CC096D79D029 | 10-08-2021<br>17:40:58 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 73 | Info Hash: F6DF6136036FD1AC6A63FC65223FB3548A7A67FB<br>File Hash:<br>C126126E12706240571EBD2119FA12AB4463F0F5B304E6DF6EE908560F1E9AA5 | 10-08-2021<br>17:37:56 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 74 | Info Hash: DB8787A15D7F79AE6172B90270950685D88C0FAC<br>File Hash:<br>71703382467E412A069169BBB0661023A3536F5CD0C6D87ABB8747CDBAC78946 | 08-25-2021<br>14:10:36 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 75 | Info Hash: 9D1856700B91C39D8A241F97686AB25781DE0068<br>File Hash:<br>F23AFB12A245B3128094DEA7643020281A07036BDD7795ED9B72152023839579 | 07-25-2021<br>13:31:37 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 76 | Info Hash: B4D0B97697D81B77AF5C415F0FBD3CB27BB6CA03<br>File Hash:<br>685811A7F6C3A6F69A48B696E34E82381019290C19CFE6B5910C24C1D8B5C097 | 06-23-2021<br>19:18:02 | Vixen | 06-04-2021 | 06-24-2021 | PA0002303620 |
| 77 | Info Hash: 80DA686CB2BD4A8751E64E5F9A76F64E2913A44D<br>File Hash:<br>B40F7BFC1A8932ADCDAFAB881E4D6E84218488CC78D5F18FA85FEA042ECC6203 | 05-31-2021<br>14:05:28 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |
| 78 | Info Hash: 1940389DD190E3E89884ABAE58002D280B2358FA<br>File Hash:<br>DD2A11014024B8D5CDB437658A970C63D70A2B7EF7FF2727EEA9CD7A5D3621CE | 05-25-2021<br>15:17:09 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 79 | Info Hash: 8172D03B189DD4C8B58C6BFD6510D55E7E01ACC2<br>File Hash:<br>B654D19503A5FCA233FFA06A8C454330CD55D82E1D1B37EB8DAD68EF1F5D9BCD | 05-24-2021<br>13:41:23 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 80 | Info Hash: E2529AD1ACD8EC46DE229ECACF9C639F20BB2AB5<br>File Hash:<br>99193320D6CFBBCDFECCF746602542A5751F0ABFBAE8ABFB15E4CCE3E9A40AC2 | 05-01-2021<br>04:27:17 | Tushy | 11-08-2020 | 12-09-2020 | PA0002274932 |
| 81 | Info Hash: BC0C9BC5AF9D291E2FEF2ACC722DEFC0374C9497<br>File Hash:<br>5AEC03A279447FE51A90E242071EF9C03ACAC533AAE664E8E33446E7A2D186FB | 04-27-2021<br>16:12:07 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 82 | Info Hash: 04F523C4024BC21973F0621FB3ED99813973B16D<br>File Hash:<br>C0DAFE66A8B93C7744C4592E5C13BF7CA4E8F2D4E605B1F11D2AABFECF690AD3 | 03-06-2021<br>01:49:59 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 83 | Info Hash: D8377F22A5B76F6FE17E2C1918296688E02026EB<br>File Hash:<br>41F17368762A71E497D6DB6FBD55BEEE103180B1035CB7E017F77AAC3FF0D427 | 03-06-2021<br>01:30:48 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: FBE49321D58C71912B3CE9DD0A2AA7E4F2205252<br>File Hash: 94D17E7894AD3715882A76F5B0396AAD161FA372C0D1A2DFB0BEDFD6E57951A1 | 03-01-2021 05:54:13 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 85 | Info Hash: EB2F55053CBABCB544A4C56CFECBDB52C0A94BF3<br>File Hash: 2BB8B24F3B41E73E425075504E83A53C0D1E709F9916E6C7EA5671E2A27BE6AF | 02-23-2021 15:39:33 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 86 | Info Hash: 522A38CB072F8BD9D9BC8FC64808A0DE4DF614B6<br>File Hash: 8C758CFDE5451507AE932D33C9653D552FE0CB7153B801DB1F731B04DC90F481 | 02-04-2021 22:44:41 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 87 | Info Hash: 5BA92D25CF47A0162A4A0A27C13DDFE64A3B8C67<br>File Hash: 66F36417F3E9080FFD22E54D4F0581E028B85DDC7FC604D22F77E4531C927F5E | 02-04-2021 03:29:37 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 88 | Info Hash: 0D5542068D193F2BB34F2EC1055C36F293AE0BD2<br>File Hash: 337F29D4BB8DF63EBF303D179185181E58420067DE0F9B04182060C651D20512 | 02-03-2021 19:04:48 | Tushy | 01-24-2021 | 02-26-2021 | PA0002283696 |
| 89 | Info Hash: BF797419A29FE1276359C8C40DC7B8F8E59FDC1B<br>File Hash: D6A6ADB0EA4C85B4B77544D3DC4ADFFFCBD645B53C03D19693AE505C16011ED1 | 02-01-2021 15:30:44 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 90 | Info Hash: F2FDB63F71CEAC78908689947A30E091D5A496A9<br>File Hash: 95E75F62DED2FEE643032A4D83B87C151C656BD3D6733F8115A20AC9E7E7C3E2 | 01-25-2021 22:24:19 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 91 | Info Hash: E4CB6256C753527AFD99F2CDE9C142EFC3DFC762<br>File Hash: B0B86DCE9782548DE9C033D2FA8D30F4BAEF4A6CEB45F24547E3C0191081AE1C | 01-25-2021 21:10:11 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 92 | Info Hash: E428BD8EB6A296450A7AFFBE9EAE9551801E0EC7<br>File Hash: E762103A09E0B8DE7410D9FBFE11319EF739060543C8E6A53DA08414173DE8B9 | 01-20-2021 18:45:33 | Tushy | 12-27-2020 | 01-05-2021 | PA0002269957 |
| 93 | Info Hash: 3C6AB1B3521208CFB51C024E2A203C0C7CF81944<br>File Hash: DE54F58E5818C41CB82827CC9288D56D371B10A336AAD9D2CEAF51A5BC03677A | 01-20-2021 18:45:20 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 94 | Info Hash: EB618CE41F176F9BB4820A6C7C959D22B86E4E01<br>File Hash: E9A54ECAA7C0608DB489172C0B2C8DCBF5928E8C3257F0CD962D675AF02F45B5 | 01-19-2021 04:25:35 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 95 | Info Hash: 7277A59EE15D6BCBDE93A948B151E12CD1E6DE32<br>File Hash: BEBFB9DC67D4A982AAD15C7CF1299B4F25FC867AC361CB0D1CF1BD5AE35C17DF | 01-13-2021 15:53:08 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 988F927F90E134982B8CD3978EF27BA55E205C53<br>File Hash: C607FD8C292C7B36EDD3B9909EA0E140BD496CC2BB18EF39A85D525A249E99D5 | 01-11-2021 01:48:33 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 97 | Info Hash: D2096C0FD519A3A1A62D449C8DE6710A88AC4F6A<br>File Hash: 8C1684AAD5A48537BD5405E9C5E5341445AC8934C48F243415E1DE4FADF681DC | 12-09-2020 05:30:19 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |
| 98 | Info Hash: 8245C5788FC65E9D62956E93E248CD39C1D9C4BB<br>File Hash: 975E94CE108E87746A1BCDB1B386358D187DFD235A37B2073EEEB230677272F8 | 11-26-2020 22:13:30 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 99 | Info Hash: 31A8F8D6F5F44439A0746AC2A1FEECBC46A39FEB<br>File Hash: 722D74E39C11DDEF29652D55415EA1762EF6EC36A73642EC20CDEFBAB5FE5906 | 10-01-2020 12:27:23 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 100 | Info Hash: 09D65CC86F342595894E6E1AAC1BE37224B9F637<br>File Hash: 2A8F20D68655A1CAE08353247050546D2AB13AADF18DFAE66DE218D7F169C6DB | 09-27-2020 11:45:47 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 101 | Info Hash: EA0933C026CAC051707CDA6CAAAB5FA9F7E359A0<br>File Hash: 289F90643B744068059848994286269666679EC0E9FE7FCDA6FE8EA60096F41A9 | 09-19-2020 23:02:49 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 102 | Info Hash: AB1F311A07A1F2F7A3D6E2C770B210BACE048BED<br>File Hash: 9DB8AD43749309665702A971FE7E0D90BFF1F2168003E50E89972394AD7F49C2 | 09-17-2020 00:25:47 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 103 | Info Hash: 960C214A649CA6142F66C47A4CACF63664F77E0E<br>File Hash: 834365A3A56697870258E6D7C1AA2FA1A47E82BE61C6CA23F238AC9D59C11024 | 09-11-2020 23:18:34 | Tushy | 09-06-2020 | 09-22-2020 | PA0002265873 |
| 104 | Info Hash: C133D6E28E71854F7C9E476BE465CD63BE1C8C2B<br>File Hash: C3066DC940D2CE6351DAEA891B40F962251B482354FCA3A5F20AE3F5B9F94773 | 09-04-2020 11:47:13 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 105 | Info Hash: 2E789CEFF0ADB7249007919D24A54BDE2BAEFCA5<br>File Hash: FA226CFD77535D194B2C90F04A109041121A8E60A9495538D4C556650EEE4DEC | 08-29-2020 22:12:23 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |
| 106 | Info Hash: 10475D8B0A2780C4D9C7939ED17721913F72CF9C<br>File Hash: 8B684EB9EB692102FC19E7A8B6C3E2C5445F7E8B506A42C5830F834439263327 | 08-29-2020 22:07:37 | Vixen | 08-21-2020 | 09-22-2020 | PA0002265927 |
| 107 | Info Hash: 4C41F667AE5CB3BB8314254CF2A81B256FED82A3<br>File Hash: 3F06AEA07BD7FCCD77ACAC8964AA176A99AB2981E02D09AEF7CD7133104BEA6B | 08-21-2020 12:05:59 | Vixen | 08-14-2020 | 08-31-2020 | PA0002265636 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 0845CA27F4E0DFF04CDF9748A7E708743BBD1419<br>File Hash: A625D7A8E8B8DE4A331E4B216EE3744A82B525E5F47C46FB4030519CF44A66D3 | 08-18-2020 12:34:26 | Blacked Raw | 08-17-2020 | 09-05-2020 | PA0002255472 |
| 109 | Info Hash: E1EBC832B0B759E6C6CA80154E3BBF9F961FB533<br>File Hash: 296CBAC791B2B8C851CD79BDE55041144674B2ADEF671BA45434B663E7AE5ADF | 08-09-2020 01:06:31 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 110 | Info Hash: D3AB5B42A043175636956905D0337D0D4B1D00F8<br>File Hash: 22EC1E4747F04A13C387677A3BAE781749A3F4933F9C734834E37550CE58911D | 08-04-2020 01:15:57 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 111 | Info Hash: BFEDDA42C57B434CDBE2560CA5ACA20C241B1255<br>File Hash: D393DCDB5DF5B4BF08DA211B12536FA8C7C3B8928C959E2F38C282084BEC2AB8 | 07-28-2020 02:54:45 | Blacked Raw | 07-27-2020 | 08-11-2020 | PA0002252262 |
| 112 | Info Hash: FCB549F603421D845CA6D561B936B458E6EB795A<br>File Hash: 62ACD10B7CEEF974448C07E4E552484EDC7229EBBFB82B3DABFFB38BD045AC69 | 07-21-2020 02:54:45 | Blacked | 07-18-2020 | 08-11-2020 | PA0002252258 |
| 113 | Info Hash: A9B652891F923FA4B1F6090BABF9E9299A23C6A4<br>File Hash: 948398B9693BBBF102BD10D0BCEA42798BB70A3DDCAC20A0A1F9F8252076F9B2 | 07-17-2020 15:02:50 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 114 | Info Hash: D24A9F94A8730AD4AD6BD8EC14AFFDA124E010DD<br>File Hash: F51F34B8468397A5268ED94AA3622BDD77CDF8BBA6360564FB85A8364619F983 | 07-17-2020 14:56:09 | Vixen | 07-10-2020 | 07-20-2020 | PA0002248961 |
| 115 | Info Hash: FE40068721B8C39DFA9D4D697B7CF1183C3480F5<br>File Hash: 58D0CD91457C892615EE2B35A9FEB569E9C8E3818795F54C610DE4B923F4E4EB | 07-17-2020 13:20:58 | Blacked | 07-11-2020 | 07-20-2020 | PA0002248959 |