**TWELVE CASES FILED CONTEMPORANEOUSLY TODAY THAT
SHOULD BE CONSOLIDATED UNDER RULE 42(a)
(previously filed cases that have been already consolidated listed afterwards)**

STRIKE 3 HOLDINGS, LLC,           )
                                  )
            Plaintiff,            )   Civil Case No.
                                  )
v.                                )
                                  )
JOHN DOE subscriber assigned IP   )
Address 24.126.247.99,            )
                                  )
            Defendant.            )
_____)

STRIKE 3 HOLDINGS, LLC,           )
                                  )
            Plaintiff,            )   Civil Case No.
                                  )
v.                                )
                                  )
JOHN DOE subscriber assigned IP   )
Address 71.59.41.182,             )
                                  )
            Defendant.            )
_____)

STRIKE 3 HOLDINGS, LLC,           )
                                  )
            Plaintiff,            )   Civil Case No.
                                  )
v.                                )
                                  )
JOHN DOE subscriber assigned IP   )
Address 73.106.9.46,              )
                                  )
            Defendant.            )
_____)

1

STRIKE 3 HOLDINGS, LLC,                )
                                       )
            Plaintiff,                 )    Civil Case No.
                                       )
v.                                     )
                                       )
JOHN DOE subscriber assigned IP        )
Address 24.99.59.181,                  )
                                       )
            Defendant.                 )
_____)
STRIKE 3 HOLDINGS, LLC,                )
                                       )
            Plaintiff,                 )    Civil Case No.
                                       )
v.                                     )
                                       )
JOHN DOE subscriber assigned IP        )
Address 73.237.134.98,                 )
                                       )
            Defendant.                 )
_____)
STRIKE 3 HOLDINGS, LLC,                )
                                       )
            Plaintiff,                 )    Civil Case No.
                                       )
v.                                     )
                                       )
JOHN DOE subscriber assigned IP        )
Address 24.98.241.205,                 )
                                       )
            Defendant.                 )
_____)

STRIKE 3 HOLDINGS, LLC,    )
    )
        Plaintiff,    )   Civil Case No.
    )
v.    )
    )
JOHN DOE subscriber assigned IP    )
Address 73.137.178.169,    )
    )
        Defendant.    )
_____)

STRIKE 3 HOLDINGS, LLC,    )
    )
        Plaintiff,    )   Civil Case No.
    )
v.    )
    )
JOHN DOE subscriber assigned IP    )
Address 73.207.220.160,    )
    )
        Defendant.    )
_____)

STRIKE 3 HOLDINGS, LLC,    )
    )
        Plaintiff,    )   Civil Case No.
    )
v.    )
    )
JOHN DOE subscriber assigned IP    )
Address 73.43.243.187,    )
    )
        Defendant.    )
_____)

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,     ) | |
|     ) | |
|        Plaintiff,     ) | Civil Case No. |
|     ) | |
| v.     ) | |
|     ) | |
| JOHN DOE subscriber assigned IP     ) | |
| Address 73.207.80.11,     ) | |
|     ) | |
|        Defendant.     ) | |

STRIKE 3 HOLDINGS, LLC,          )
                                 )
          Plaintiff,             )     Civil Case No.
                                 )
v.                               )
                                 )
JOHN DOE subscriber assigned IP  )
Address 73.207.80.11,            )
                                 )
          Defendant.             )
_____)
STRIKE 3 HOLDINGS, LLC,          )
                                 )
          Plaintiff,             )     Civil Case No.
                                 )
v.                               )
                                 )
JOHN DOE subscriber assigned IP  )
Address 73.82.62.216,            )
                                 )
          Defendant.             )
_____)
STRIKE 3 HOLDINGS, LLC,          )
                                 )
          Plaintiff,             )     Civil Case No.
                                 )
v.                               )
                                 )
JOHN DOE subscriber assigned IP  )
Address 24.125.71.128,           )
                                 )
          Defendant.             )
_____)


**PENDING CASES (8) PREVIOUSLY CONSOLIDATED
UNDER RULE 42(a)**

1.      Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 71.59.3.125, Case No. 1:23-cv-02096-SDG;

2.      Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.137.105.62, Case No. 1:23-cv-02098-SDG;

3.      Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 24.240.23.76, Case No. 1:23-cv-02099-SDG;

4.      Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.237.242.170, Case No. 1:23-cv-02100-SDG;

5.      Strike 3 Holdings, LLC v. John Doe, subscriber assigned IP address 73.137.213.59, Case No. 1:23-cv-02105-SDG;

6.      Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.137.234.124, Case No. 1:23-cv-02102-SDG;

7.      Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.184.211.143, Case No. 1:23-cv-02103-SDG; and

8.      Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 71.59.16.230, Case No. 1:23-cv-02104-SDG.

Dated: July 11, 2023

Respectfully submitted,

By: /s/ *Richard A. Rice, Jr.*
Richard A. Rice, Jr., Esq.
GA Bar No. 603203

The Rice Law Firm, LLC
3151 Maple Drive, NE
Atlanta, GA 30305
Tel.: (404) 835-0783
Fax: (404) 481-3057
E-mail: richard.rice@trlfirm.com
*Trial Counsel for Plaintiff*