## Exhibit A to the Complaint

**Location:** Lawrenceville, GA  
**Total Works Infringed:** 208

**IP Address:** 73.106.9.46  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5F169DAE4E85879AAE8FCBCF527EA0630D1497EE<br>File Hash:<br>10DE94DB967780AACC7C86F50C57A7BCC6D10E867AE683245438A51A185E27D2 | 06-05-2023 20:36:05 | Vixen | 03-27-2020 | 04-17-2020 | PA0002246166 |
| 2 | Info Hash: 502A4328F01635F003ABC25667CD56E0ACEF67F8<br>File Hash:<br>A0A1C40524F7CB983DE9B9F87BB347EA335D6BFB55C8DAE91B2CC62F7CDD9634 | 06-02-2023 21:38:18 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 3 | Info Hash: CBF8441744FD3BF98E0173CF5B28A98CF83F08A6<br>File Hash:<br>3C5AE45DB4437A987493F706E5212752C5311934AF641531FD2B5F29D0E017BB | 05-24-2023 12:00:35 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 4 | Info Hash: BB23DC3E3F41E06024BD34016ED05E4D25A7F0AA<br>File Hash:<br>D7B1DFE14A95301D829FD5CBF99D29998ECBD57AB42E09DFFBE9C55F73A582DD | 05-21-2023 17:17:44 | Tushy | 05-03-2020 | 05-19-2020 | PA0002241474 |
| 5 | Info Hash: 0831C39B96141D03108035C68634D07B7FEC17E3<br>File Hash:<br>B6D592F0421214748037AF3DCFA10DBED97C2FE123404C518753AD67B5914948 | 05-19-2023 20:50:44 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 6 | Info Hash: F4695C8F59FD86DCDB069CEB3A1866FDD5E3BE43<br>File Hash:<br>CDFFB7F3BE90953602038C71009A204B72D47B1345941FB049F43195C66FBD9E | 05-19-2023 20:50:35 | Vixen | 02-03-2020 | 03-15-2020 | PA0002240554 |
| 7 | Info Hash: 025477E817FDAD26E20E85603DCEC00D1BD5DA68<br>File Hash:<br>211F5C323C06C8C41A64998676FDCC2C3172142328F132032DFA9CC295E47786 | 05-19-2023 17:47:06 | Blacked | 09-02-2018 | 11-01-2018 | PA0002143413 |
| 8 | Info Hash: 555A08792E009E3BA3B88F2C76A30FC204B0934F<br>File Hash:<br>1A6532F002DD125A935B8459EB7141F613154F27E67535968CE35FB7651CA967 | 05-18-2023 20:28:28 | Tushy | 05-14-2023 | 06-09-2023 | PA0002415365 |
| 9 | Info Hash: D440379C6C7E543015741EEFBB8F44BF694EE1D4<br>File Hash:<br>01517CCEABABC607027F610CFE2E7D9F1EC4F6171F1FA0588A9FD6BACA8B3956 | 05-16-2023 13:00:28 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 10 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash:<br>22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 05-12-2023 20:18:39 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 11 | Info Hash: 1093C8247752EBFE1ECA68BD32CE7D2733601137<br>File Hash:<br>82F1288089C268400FA4A72DF754200177E19829C0328CB1F163C842B6537B3E | 05-12-2023 19:57:10 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: DBA02866E5BD0D4D5FCFFB15FEB41DBEC49237EE<br>File Hash: 8722DD6B016D4F3C4ED50F3E0C96774BAC510F2F85F539DE9A858C201A2B0B56 | 05-12-2023 19:56:33 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 13 | Info Hash: CDE1EBE30D12BB48185E01B5DDD7BA9549DF4BCB<br>File Hash: FC6ED1B9110EF308157299D0842B9998C372FBD630644B804398B5E2ACAD851C | 05-11-2023 21:20:57 | Tushy | 08-29-2019 | 09-17-2019 | PA0002216128 |
| 14 | Info Hash: 729F4F046005EFDCD2954C73FC9786EA9522F034<br>File Hash: BDA4C088BED8C71E60817F42F99A1FDE8F7F9E5D6112F08E2A704F70C8DECC2C | 05-11-2023 01:41:53 | Blacked | 05-05-2018 | 05-24-2018 | PA0002101366 |
| 15 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 05-10-2023 19:33:05 | Vixen | 01-14-2019 | 02-02-2019 | PA0002155387 |
| 16 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash: 57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 05-10-2023 19:32:55 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 17 | Info Hash: 6A657D7A60C3FE65BD5EAC2E480FB8F4B2D3C04E<br>File Hash: 154B1A2183857FF6EBFE06F1198699B0CF09D863F9AC6E6693D2B6A2578DA2DA | 05-10-2023 19:31:28 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 18 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 05-10-2023 15:47:07 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 19 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 05-09-2023 19:34:34 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 20 | Info Hash: D15DC5C02BBAC6429D7C3F2AAAD1F90312A0CC33<br>File Hash: 267741D69FA2741A33A8E65A180DA54E316FEE9DFE67BCC146C9CDC792EFF63A | 05-09-2023 15:57:09 | Tushy | 08-24-2017 | 09-15-2017 | PA0002052837 |
| 21 | Info Hash: 3D784503196D4B95F04098E2E56852F4F7D45836<br>File Hash: 0CA6C97E0A5152060A38ADBC585FBB30E4AB94B669792EC2D68772AF1761CF24 | 05-04-2023 21:31:10 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 22 | Info Hash: CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43<br>File Hash: 101196CEF4412C52542EF3A9464D56F0668DBA06995B0F1785FE72F746EB491A | 05-03-2023 18:46:30 | Tushy | 11-27-2017 | 01-04-2018 | PA0002069335 |
| 23 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976<br>File Hash: 738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 05-03-2023 15:36:58 | Vixen | 07-03-2020 | 07-16-2020 | PA0002248578 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BC31F15E2E0C297593598BD13CE5B4E549674EDD<br>File Hash: B91C4397FE14831EF984CBDF4B599DE2559794FC2A95FB0BD11A86348F40D5B8 | 05-02-2023 12:42:00 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 25 | Info Hash: 743B3602E3947D7E2E0C0F2C50A1E319355E9209<br>File Hash: DEA04C3638F6A0FDE0AF99820AC7F8170B93F2FFB7C72784E2E70A8A386B3060 | 05-02-2023 11:48:52 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 26 | Info Hash: 9E38D189E1245503E8D949FA71659D0EF9184334<br>File Hash: E5D009BBC7C5791AE49D39A6DD5EE0B0C35C2C7A743DFB2C321D8129E308FDEB | 05-02-2023 11:47:05 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 27 | Info Hash: B27D8D99D9484987D81089C43A7109765AA1F55A<br>File Hash: A7EBB4AA309D124EC87D5B728F618B63C028F63E6570331FDEC44F836A9CFA97 | 05-02-2023 11:47:01 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 28 | Info Hash: 400625A24D4B1350C5C9869DC1C9F7767C73C4D3<br>File Hash: 7A005E171C7E821C1A1D93469F199B9B76CEEA2F4DE9EF762B41D575C440F8CE | 05-01-2023 19:50:33 | Tushy | 06-30-2018 | 07-26-2018 | PA0002112157 |
| 29 | Info Hash: 7BAFDEC66A03BCF63BA40C12A9CC2F525635FB38<br>File Hash: 83E204C1C1FC4002081038587AB2ABBB2FB1F4F22327A3FB765F2FD4C495FD1C | 04-30-2023 03:48:44 | Tushy | 08-04-2017 | 08-17-2017 | PA0002077666 |
| 30 | Info Hash: 41FB2CBF966E46F22A25FD76BDD410A8471049EC<br>File Hash: DD4417468B662B9827290D264D5B54C111AC890547FBCB6ABBD60102A932603B | 04-30-2023 03:48:33 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 31 | Info Hash: CB54A80CA46C7E15031F95C90A4E207C1759D031<br>File Hash: E6DA8AEE619E2D4D08AAF5BFED4CE6336AA4A9F8283D933CC4AD47480D0B16A9 | 04-30-2023 03:48:05 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 32 | Info Hash: 978CE898A8AA756DCFE919BBA0A2EABA859D93FF<br>File Hash: C920A383263D3E07545233660661F2D4A82F68D612C36CB7DC1843BD8C41C393 | 04-30-2023 00:44:46 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 33 | Info Hash: 80F4781860CA14A36CFF0ED5574EB7817FDE4D80<br>File Hash: FA941BFA59F138EC3352364DCFE60E53882E4C160B135AC3576A3D7585904F9F | 04-28-2023 21:35:57 | Vixen | 12-30-2017 | 01-15-2018 | PA0002070944 |
| 34 | Info Hash: 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB<br>File Hash: 8F74612BA49DD11453B67916E736AD80C4332F81DD3BEC3B3F8DF020DC2F0612 | 04-28-2023 18:34:24 | Blacked | 11-21-2017 | 01-04-2018 | PA0002069353 |
| 35 | Info Hash: A0F6BF8070A998876C36DED0B2A2F4012225842A<br>File Hash: C71BAF795637D02AEBE3D01FCEEC84E2C8D3407A6EDBDEEF862BF17009D44792 | 04-28-2023 18:34:03 | Vixen | 03-30-2017 | 06-05-2017 | PA0002052862 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash: F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 04-28-2023 18:33:32 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 37 | Info Hash: 9C643ACA38FD9D470613CE49A612A20A07950A43<br>File Hash: 64E50EA88C00946AADFD30510FF5F092E9ABBF74D00329AC26A1D2C1D3FBED82 | 04-28-2023 18:33:25 | Vixen | 04-29-2018 | 06-19-2018 | PA0002126677 |
| 38 | Info Hash: 47CE723D84C0A2028A53B98FE9431C963A280E54<br>File Hash: 3B4131F8980F5B1897C386893963773E40C3EEECE0EF9820C958D8248BE7E58C | 04-28-2023 18:33:21 | Tushy | 02-25-2018 | 03-01-2018 | PA0002079188 |
| 39 | Info Hash: AA9D6ED52E9FECEA19124A8F7FE433617F801994<br>File Hash: 3A24DE8F7A7AF1CE8D0BF9896895AC6606FE5CCF057E77AF300CFA9F83F06ACB | 04-28-2023 15:32:22 | Blacked | 01-10-2019 | 02-02-2019 | PA0002155382 |
| 40 | Info Hash: E10259BB09AFE9410D944641E94048900ADEF0F2<br>File Hash: BB40FB2FA9D578CD64AC8B698B074D104111183A93BFCEDB62320B19FCA0580E | 04-28-2023 15:31:50 | Blacked | 12-11-2017 | 01-04-2018 | PA0002097429 |
| 41 | Info Hash: 0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash: 9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 04-28-2023 15:31:47 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 42 | Info Hash: 67D95FCED9B00C108A63588568A4B4CC34737EE5<br>File Hash: 2F08A480A39A433B92CB7BE753ED72122DDC6A8669D61337B266203F90B0E8D4 | 04-28-2023 15:31:20 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 43 | Info Hash: 288EBA072091AF90DF7E22989C4BC66087B2C773<br>File Hash: C33B12F73EDE6B2928DDAADAB8360F08C1F8825C266E5D06A5B8E5F351889D4E | 04-28-2023 15:30:55 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |
| 44 | Info Hash: 0947F99AAFE2292BE44C6990E744B53E6FCEF2C4<br>File Hash: EB3B2C3949E88D80F70957B40CD176A502F472BB0C0A3F118F40AD66D87BDA8B | 04-28-2023 12:23:30 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 45 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 04-28-2023 12:16:30 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 46 | Info Hash: B30A24C236439A9B2C65C9234830190BD3026085<br>File Hash: E190CFF045FD226A2DC42A0014C64775CD37FE54BE08F0806F0D3BDE27234259 | 04-28-2023 12:00:32 | Tushy | 10-23-2017 | 12-04-2017 | PA0002098018 |
| 47 | Info Hash: 8F45D583B36DC71140A38B289CE0AC68E193AF62<br>File Hash: 6DC4660CCABA32776470F1C7621A4FA83AA6F282968245CF653CA5D40FFB44EE | 04-27-2023 21:22:59 | Tushy | 01-01-2020 | 01-27-2020 | PA0002223953 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash:<br>C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 04-27-2023<br>21:21:38 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 49 | Info Hash: C7B9E04D1B4A48BA8521CD2A63D8E0C433228F5B<br>File Hash:<br>944EE729ECA9231D5A144C73793D40EB4EAB660D3FC94D1A4207EDA1EFF90E16 | 04-27-2023<br>21:20:04 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 50 | Info Hash: F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash:<br>1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 04-27-2023<br>21:07:01 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 51 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash:<br>9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 04-27-2023<br>21:06:48 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 52 | Info Hash: 5BA2DA08C36A2FA2409D662E9FA861EF6F8BF8E0<br>File Hash:<br>8A1A323D6C4C043B7BCD347E9251972CDCB448681EACFF6CB828C5935E3EC390 | 04-27-2023<br>20:59:37 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 53 | Info Hash: 280E88FC7CEB3E5E96E3E41175EAE19DBA741A70<br>File Hash:<br>9BCE1453FDBB1652779D3192C951886B4012BF5A70DD665E0BD60995EA48ADA7 | 04-27-2023<br>20:57:09 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 54 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash:<br>84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 04-27-2023<br>20:56:59 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 55 | Info Hash: 0A403C5393AF81473E00CCCA915603AF1658D067<br>File Hash:<br>8B3DE2365C94F483C7750F01139239B1FE005E0C3D56659AF2A8450DDEBB3AB4 | 04-27-2023<br>20:42:15 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 56 | Info Hash: BE12BC47B9E8402E60F764439965F58677EA2C40<br>File Hash:<br>37B0125CE7B2426E3BFD90B5564EA53F57F42E24B8E3BEEF272DAADA834740EE | 04-27-2023<br>20:41:48 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 57 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash:<br>23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 04-27-2023<br>20:41:36 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 58 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash:<br>28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 04-27-2023<br>20:39:33 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 59 | Info Hash: 35715998120E4934BEEFD7F4F50AAF323FDE732E<br>File Hash:<br>255FDF4A2DFC3D182BEA301C297B889372478C7B59B9AC82AEC038D065CE14EF | 04-27-2023<br>20:03:39 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 60FEB3E4F343965C4C847A6F071D77F52C61BB52<br>File Hash: E524144A95E8724908EAB4170A1D1916ABFF0EFC0E12823068BEE66FD6E93A12 | 04-26-2023 22:00:23 | Tushy | 09-23-2018 | 11-01-2018 | PA0002143415 |
| 61 | Info Hash: 8737D7D0823BFF5EE9801800DA9E329821895E31<br>File Hash: 034068B5BE13E50537556769FCDC65A27BD7EDF917CB92C3EA5E59636F4AFFA2 | 04-26-2023 22:00:15 | Blacked | 08-28-2017 | 09-15-2017 | PA0002052848 |
| 62 | Info Hash: 42FB29936F0773461AB894640E5895EE9B843742<br>File Hash: EF61072101211DEFAC88A911C5D3CFEA3D73C0C57674E9D0614DF3ED55DCA07E | 04-26-2023 12:23:38 | Tushy | 07-30-2018 | 09-01-2018 | PA0002119590 |
| 63 | Info Hash: E8FDE02B470854F96FE03570C920B30F274A14E2<br>File Hash: 7BC233DB3D87ADD25BD2E98D104D1D41EFB5AA2CC05F1C46B2F5A347566E5458 | 04-26-2023 12:23:19 | Tushy | 08-14-2018 | 09-01-2018 | PA0002119587 |
| 64 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash: EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 04-25-2023 11:35:38 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 65 | Info Hash: 2E7DB9DA1E12BC2963F7DC66AC300417AD983BC7<br>File Hash: 358DA725020AF45E0B0CAE9E1D26EBE160E66995B1C4815EE09665B1B4F93BEF | 04-24-2023 20:42:19 | Blacked Raw | 12-13-2019 | 01-22-2020 | PA0002234865 |
| 66 | Info Hash: E429ECEA3CC731EE2C160A6E4D77991FECDF8897<br>File Hash: 943CE63AF177C286436B0F920E4BF8839892501E7E9A9946C2E284728D74543F | 04-24-2023 20:38:33 | Blacked | 11-11-2018 | 11-25-2018 | PA0002136642 |
| 67 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash: E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 04-24-2023 20:32:06 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 68 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash: 9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 04-24-2023 20:31:51 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 69 | Info Hash: EC466C2FA88920BE700871206B7FC2C4785F11DD<br>File Hash: 1B72EAAEC424D8E87E40FCD920CE5366A8C9872E7ABCA69274E36BBD2D6206DF | 04-24-2023 20:22:38 | Tushy | 02-10-2018 | 02-20-2018 | PA0002104201 |
| 70 | Info Hash: 1126FFDAB039432CE55D786402084CFC474E693A<br>File Hash: 484294E18E4ECD4CFBCF3EB7DC53E14D11C9025DD5368C3AE34798BF6FB40146 | 04-23-2023 18:21:00 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 71 | Info Hash: 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275<br>File Hash: 43D9A39A71EC62D1217BFFF148FE60F03596FFA9FF4E1C286370A80E90AD5222 | 04-23-2023 17:42:52 | Vixen | 04-24-2018 | 06-19-2018 | PA0002126671 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 04-23-2023 17:30:21 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 73 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 04-23-2023 17:30:20 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 74 | Info Hash: 4B1F57447FE830921EA68558205337FB35DE6700<br>File Hash: 79F8467976E46ED3C3CBAC5E1230132C1858E94F8905FE628C2D09C8F40367D7 | 04-23-2023 17:30:20 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 75 | Info Hash: F8583702AE872EE053184CA6080068C9F92E88CD<br>File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 04-23-2023 17:30:20 | Tushy | 05-31-2019 | 06-17-2019 | PA0002181300 |
| 76 | Info Hash: 92D5BC7B567BCE82314A5D480DC48BD3645F29D9<br>File Hash: 57A71876B9677D9A3FFEF1396D8C4B9093C9AAB5CFAD32EB8F93E4BB471C85F2 | 04-21-2023 22:39:33 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 77 | Info Hash: A035AD89D17FFA204EA1669362F8A2B2947F1D32<br>File Hash: CF5FB70A15A302ADB5C7DC51AA916F5E8F5D7D52373FBEEAB74056948FEF6203 | 04-21-2023 22:38:04 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 78 | Info Hash: 009F9C7775B1B08E12B938E7895905234F849C90<br>File Hash: 0D295BBD50F5CFBA5900994BA8F45A048390521FD232EC6D662DCD2159635694 | 04-21-2023 22:29:03 | Tushy | 03-01-2020 | 04-15-2020 | PA0002244962 |
| 79 | Info Hash: ECE7258EB3599A33728969D13171F844B0EEFDB3<br>File Hash: BAA9A9A0CF3BDD30B0A91CA8921EB5E38DC987CD56648AFD2BB407355992640E | 04-21-2023 22:23:04 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 80 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 04-21-2023 22:19:34 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 81 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash: A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 04-21-2023 22:18:42 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |
| 82 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 04-21-2023 22:10:08 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 83 | Info Hash: 99668E32A1637C328EBF8A57212864C42943E00A<br>File Hash: 7FDDF8B0B1F88AA554C2DA073EBD857DFAC0AF14AE2FF4CAD7E4E4E24EEC969A | 04-21-2023 16:38:18 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 3AE6DC9DEC514352B218937506C2CC49489B66AC<br>File Hash: 80389DD58C2A0EF8455DE7085F761D3D88CFBEE72DE85C6DE4BA4E1C6C44EB80 | 04-20-2023 01:26:30 | Blacked | 02-29-2020 | 04-15-2020 | PA0002246058 |
| 85 | Info Hash: 4275774E7AC6841246779BB0CF9054E881B6F417<br>File Hash: CD22763EE0843E6B9497D0966E1C52B8D5F1B7FCB0E9C542DFEDFC95AC3A61D2 | 04-19-2023 22:23:58 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 86 | Info Hash: 7C805125B9931DC9B881E6AA9A14003D9ADD72FB<br>File Hash: C92F531F420CA4C3D2F37137720823E4C4F393E2199BEAEB86E88D16F74BCD03 | 04-18-2023 19:46:33 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 87 | Info Hash: FD5C62D3613EF573E62CD6548E3BDFA287B049F1<br>File Hash: D69EA86DE6D070D289158FCFAC79742948FA880377BB95F432466115FA63BC67 | 04-18-2023 19:39:40 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 88 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash: BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 04-18-2023 11:45:22 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 89 | Info Hash: 98637BC929C57772C85F3F1EFDF1AB3B6D91489A<br>File Hash: 65D701372E05609BDB1A44C216DF869336C4B724B51ABF3575FFA5DF4F072370 | 04-18-2023 11:38:41 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 90 | Info Hash: 79F50E3960CFE36B1F1E044B222200097AA1DFEF<br>File Hash: 65513133DE6896A6FF1FF80BF1E9FF0B73CC9F7CEDE904744AC67802B05CF59C | 04-18-2023 11:38:40 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 91 | Info Hash: 039F4779148D3E374D990283A83AC46A0219DAE9<br>File Hash: D78777E49C3AB342A1C91DB95A7EAE7FACADF2B27E10773BCFDC6A456EAA991A | 04-18-2023 11:37:50 | Vixen | 04-19-2017 | 06-16-2017 | PA0002069291 |
| 92 | Info Hash: 77537958D009D974B9970112342BCA232614C16F<br>File Hash: 7958C06428989993EA479C3C4034098143E30A268F7B350080BCA34C7DCF369C | 04-18-2023 11:36:51 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 93 | Info Hash: 3981818C672261E5A1A0D5B561F7A7FEF98A7805<br>File Hash: 35C429C3F1AF53B7D00E899665896B85A9252E0DFB8DF5CEF31D564AF0FBA1F0 | 04-18-2023 01:28:01 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 94 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 04-18-2023 00:51:21 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 95 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash: 7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 04-17-2023 20:46:48 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 54DDB381DB9B297FF4391C512E27E1628E1BF7C9<br>File Hash: C98C2FC3BD3645DB139308EE16424892DCD2FAC80768CEA3B2B4D8BA84A17BF6 | 04-17-2023 20:45:54 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 97 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash: 52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 04-17-2023 20:44:26 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 98 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash: D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 04-17-2023 20:42:04 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 99 | Info Hash: 5E895C99167DC14F740D578515707EA3BFA9F0F2<br>File Hash: 8679396D7C6C4417C6CF4ECB1616891043F523FAA8D5702A2057AC953380AA1C | 04-17-2023 20:36:39 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |
| 100 | Info Hash: 085AB88D90A96930394C198EBBE8A7F2474D85F2<br>File Hash: 6A22370E231DC13C8BDA7BDAE644452FAFBF9075BDCA4717AA434F393D9F20D0 | 04-11-2023 00:49:35 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 101 | Info Hash: CFB3C6698C2D3B922752726556F33517ACAB006B<br>File Hash: 78CB09F6C2242774890DE6B5CA4C05DAFC9853410B097ADB6B71BF3B0DDBCF26 | 04-02-2023 17:45:55 | Blacked | 04-30-2019 | 06-03-2019 | PA0002178774 |
| 102 | Info Hash: F91C59C6E04A926E5C039E40C8D2C693F491E336<br>File Hash: 82B97FF6266964E50AD4C183701854B0215741710DB49486BC7F8A545766CC2E | 03-28-2023 19:28:44 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 103 | Info Hash: 68B66FB1A2A60C7E782CE630CE9D808491A241B3<br>File Hash: 39B26D15C1A56FDE091BB074D62C2AD36DAC8DAC23A42B0B4E597C4284FA1303 | 03-28-2023 18:35:03 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 104 | Info Hash: 30345D06651108177F2FCFB7EAA6B92BE2D5BD56<br>File Hash: 75DF3008F67EF96096A77034803B0EB15A2864CC0C72B01AD35BD427C2A0F035 | 03-27-2023 11:45:08 | Vixen | 11-10-2017 | 12-04-2017 | PA0002097978 |
| 105 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash: 5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 03-26-2023 18:07:04 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 106 | Info Hash: 25BB736475DB18C804D23B6C8888A5CA4BC9F352<br>File Hash: F1C4DC35C38B94BE633D4031C4310D521F01B681D5C548060BEBEA53B2BB2A40 | 03-26-2023 18:03:29 | Vixen | 02-28-2018 | 04-17-2018 | PA0002116071 |
| 107 | Info Hash: AD35028FBA3E58D262D727CE869E6D4757C8DF91<br>File Hash: 0D5C4E7A38DFCBCDB5DBF984E8A5D82A8CB9E6F278043C661BDCAFDE1D4D93C1 | 03-20-2023 13:58:46 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: C06BE5AD424DEAEEF37D595614E9A58994A24D7D<br>File Hash: 87207896853FC7878F0A1A4855F64EAA036DFF4990658ADA4F201B5BF29BF304 | 03-15-2023 18:14:08 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 109 | Info Hash: 45E6D74963C18BF60B8A529AA23A409FE53E37B4<br>File Hash: BE684BC9C4A7C8B78AAD19E736ECB287799E535F2EC01A1E8DC53EAFF2B79681 | 03-15-2023 13:51:35 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 110 | Info Hash: 0484184A81D79AFB7463570E06C5ADFE4252F13C<br>File Hash: 380FBE6457D3BBB66489CB4FA05CF06AE508BDD76173D6B14214DDC3651AFE60 | 03-14-2023 01:13:10 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 111 | Info Hash: 07D183ACDE4666D48DFBBFDA039D1220D6923FFC<br>File Hash: 1E73D1FD032959A1C730487798EF0AD3ED74284AF34DDA527545678185923601 | 03-14-2023 01:09:06 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 112 | Info Hash: FF79E9DFC700B8931D11F713C9E9B2370FE2E0E1<br>File Hash: B0D5581077FEF7AFF6B3F1D8BC39F8610C0BEBC84648CB0891AF544B9FDACEBA | 03-13-2023 22:02:32 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 113 | Info Hash: 68FE67AB258A0D6022E32F1150E9C35596E4E767<br>File Hash: EDAC6D7360617F459F5927A39F705009B879937E579E603D4CCCD1A9E44A3110 | 03-13-2023 21:55:07 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 114 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 03-13-2023 21:53:08 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 115 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash: 373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 03-13-2023 21:52:36 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 116 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 03-07-2023 20:55:52 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 117 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash: 610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 03-07-2023 20:24:03 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 118 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash: 7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 03-07-2023 18:53:08 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 119 | Info Hash: 6CECBC349193EC9C7B76A2099FC15AE1A288D482<br>File Hash: 250DF55B05DE3EEB997D13B03E27C8D1B671ADD3EE18B3A40940920F646B24F8 | 03-03-2023 22:56:30 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 17CD54EEA48C6A552071459696C47C2EFBF473D6<br>File Hash: 6609883C329B060FE39E7A685371F8BD0D01CE0060C6228DF52B99FA4D7B26A3 | 02-28-2023 19:22:56 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 121 | Info Hash: 5CF8ACF22C5843DABAFCAB2361A1D5D07E5821EE<br>File Hash: F717E53877AF82816384375591007863F35B0195F7849DEBDAC49A5C3F1231AE | 02-28-2023 07:02:00 | Blacked | 02-19-2018 | 03-02-2018 | PA0002104735 |
| 122 | Info Hash: AC224610B7D83952E98AC57F52F7F6F5B6543665<br>File Hash: 8FA1608A40D5C4C560E2020CD0E9E1DFF71A301DEE17F9FD375BC0F56F7FFD3F | 02-28-2023 00:55:49 | Blacked | 07-29-2017 | 08-11-2017 | PA0002046872 |
| 123 | Info Hash: 9F02218C1488544F43D1FED807CB4B40D368A4BA<br>File Hash: 3210C686463C73333D6A4E8FA81DAFF8431FD523F0C99D4114DD6DF2B781D24E | 02-28-2023 00:55:43 | Blacked | 05-30-2018 | 07-14-2018 | PA0002131762 |
| 124 | Info Hash: 53FAB44D9EA232A2B542382A56DE473F582EC8F4<br>File Hash: B4F1AFFFDE18F2456FFF1ED1ABB340DB0319C2428501E5D7790AB0BD9135B890 | 02-27-2023 21:53:15 | Blacked | 11-01-2017 | 11-27-2017 | PA0002098034 |
| 125 | Info Hash: 9D0350FC373B64D6D0AC93B32B0EB27DFDFFF99C<br>File Hash: A961477028365DD569350F553B0D72CEBCE98AA4B1D36B164BD9FA1CC33D9CE5 | 02-27-2023 21:52:01 | Blacked | 03-15-2020 | 04-15-2020 | PA0002246109 |
| 126 | Info Hash: 6129F5C45914998ECC6D32BBA53E60026D0ED761<br>File Hash: AB0149A92321A1F688D377D291F84E10B1D3EDEF2532D027308C0AA3A3B8AF8B | 02-27-2023 21:51:58 | Blacked | 01-05-2018 | 01-15-2018 | PA0002099696 |
| 127 | Info Hash: 66F3C58BF190B8EBDDB534D705512D75FA24FE29<br>File Hash: 63D7E8165997D53A79DD1D6933110C7EE238FDFEE091AB28B185E904F4631E58 | 02-25-2023 19:34:57 | Blacked | 05-30-2017 | 06-22-2017 | PA0002039295 |
| 128 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash: 6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 02-25-2023 13:31:48 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |
| 129 | Info Hash: 486C17ADFB8696EE12AA59B6213B64B4239E1FC2<br>File Hash: 9494958EE7DF6195DAC64545B57D3F1505F144BC4971D601DE12BAC3522C2CBE | 02-25-2023 13:31:46 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 130 | Info Hash: F153FE231D30B7D5F8238CB1C50D324D2BEBA4D6<br>File Hash: 3D6E8FB7398A3053809A6BC73B4F7795CAD908667BC885E8DD865B4327146A22 | 02-25-2023 13:31:41 | Blacked | 05-07-2022 | 05-20-2022 | PA0002350371 |
| 131 | Info Hash: C20D8CE638A46CD39FA65004C565F7F85846691D<br>File Hash: EA5B48145CBAF733479368D9256BC9D6AA8EC5702C56014718B4A1CBA7E39563 | 02-25-2023 13:31:26 | Blacked Raw | 03-28-2019 | 05-28-2019 | PA0002200777 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 097F3D08B5C5DDCC34B253B94F3F3E7D04E93E77<br>File Hash: E8D3E64E6C2F32B83EECA3D2894E8D83AE939F9BE2213AA93E63D223BAF4C73C | 02-25-2023 13:31:25 | Blacked | 02-09-2018 | 03-02-2018 | PA0002104745 |
| 133 | Info Hash: 05A7B52E88CC9418AD100770A8B91C7FCBB1C243<br>File Hash: BEFADF46F75084FE9D72C5C17C867576423934986E024947FA06A1ABB7E2DBE2 | 02-25-2023 13:31:17 | Blacked Raw | 04-22-2018 | 05-24-2018 | PA0002101381 |
| 134 | Info Hash: 17A0D336F22F368FEA7918A61CCEB313F4EE2684<br>File Hash: 9656E30938CD3ADD6991E9886042A1A456B81BF8B7E98BB9798ACAE5AFF03E38 | 02-25-2023 13:31:16 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 135 | Info Hash: 06CA22346DC6768EBD872B546D3F25EB7D4554C4<br>File Hash: A9BF351C54BA321634D9FB08DD4B6BAEAB6036D7AF554FB54205D56B10AA3FAD | 02-25-2023 13:31:08 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 136 | Info Hash: 25661E257F217723274693FDB3D057D3C690DCE7<br>File Hash: 523AB93AFA0D51401A770F61E4B7345AF387F905AB5E999322D9F56856E89599 | 02-25-2023 13:31:06 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 137 | Info Hash: 33A4F0957F39BD711E336BDA133DB458DE45E91A<br>File Hash: 3DAF85B3BD145FB374681902E3C68D3173421FC9206B8BF74BA9B2B8C8CA5ACD | 02-25-2023 13:31:00 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 138 | Info Hash: A64381041A252AD91A64156C8F12B51A4933A693<br>File Hash: 2DDDE9A5514A9E98DCCFC4EA6F1978A7B303D71F9AA9B450FD96423B72AA1AEE | 02-25-2023 13:30:28 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 139 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 02-24-2023 13:33:36 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 140 | Info Hash: E895E4E69F428DABB264A9F9B1A6F7955127088E<br>File Hash: 5C0E107DE9B1064D5AE69C75660919DBC4250C25E3FFCD7E0A3E495F438BB5BB | 02-24-2023 13:32:55 | Blacked | 05-05-2017 | 06-15-2017 | PA0002037591 |
| 141 | Info Hash: 0279F8114C90ECBC2C775793D7CD9105ED963856<br>File Hash: 3DC45DDEEAF39622E73B28F7587BD6A4688887D83FC0D647EE20E12252B634AB | 02-24-2023 13:32:47 | Blacked | 01-15-2018 | 01-24-2018 | PA0002101768 |
| 142 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash: 72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 02-24-2023 13:31:51 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |
| 143 | Info Hash: 864F25819681C2915CAA7C2C8073125D7D9250A8<br>File Hash: BA79041EF66AFA41AF6213B2C800712CEBB6E0F894D80D85F2B11DC279CC56EC | 02-24-2023 13:31:41 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: FD566995F3728DBE3CB9331DB4DDF9D40A8AB46C<br>File Hash:<br>2B5903DE34F121905C56E7D0465FDD8249D61FE160D063D59B3046C23F738F9A | 02-24-2023<br>13:31:11 | Blacked | 06-28-2019 | 08-27-2019 | PA0002213235 |
| 145 | Info Hash: 99CA02602A2E66B687F9268E8EB1A347D5E3400A<br>File Hash:<br>B5493A9D95EC55F89AD2FC50FF30B82C9CF69CF0A547E3960D95C3E36C4FE904 | 02-24-2023<br>13:31:06 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 146 | Info Hash: 2B374AFA7E7946C7C1A276AC1541246A16050CAD<br>File Hash:<br>2C23942FBE31C3579AD9AD7924066BC934FB198B2632831797DD791CE5834B79 | 02-24-2023<br>00:45:58 | Blacked Raw | 01-12-2018 | 01-23-2018 | PA0002101755 |
| 147 | Info Hash: 09FECD5ECA9A50DF2EEF37504906BB4E0E939D50<br>File Hash:<br>832A6155E356BCAC4BD4D3EBF6F3E20F839ED923A3020E129C2241CBDF90FBE6 | 02-21-2023<br>19:35:51 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 148 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash:<br>16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 02-21-2023<br>19:35:50 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 149 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash:<br>3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 02-21-2023<br>19:35:50 | Blacked Raw | 12-23-2019 | 01-03-2020 | PA0002219636 |
| 150 | Info Hash: 6C097F8E2DD268506A3D928774099F16FCF1D7F0<br>File Hash:<br>A599AD9EEF71FABC77029F80B0572DB18357A57D435FB6F5D32DC2362CACFFDC | 02-21-2023<br>19:35:50 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 151 | Info Hash: 12B7A3C14B3A7A4A9D2712008FA31DEE6CC1731E<br>File Hash:<br>7560E11AD69B8634C114F0797C32BB5263371F69533CBDCE3F9E6DE3652ABC09 | 02-21-2023<br>16:34:12 | Blacked Raw | 10-24-2019 | 11-05-2019 | PA0002210293 |
| 152 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash:<br>3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 02-21-2023<br>16:33:42 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 153 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash:<br>6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 02-21-2023<br>16:33:37 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 154 | Info Hash: AA54116A792991B71CCAA2C575ECF8C9CCE0194F<br>File Hash:<br>52A26C326121535D9FDF1E6199AA896A0DA3C257BD543AD2179377586DB8B894 | 02-21-2023<br>16:33:34 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 155 | Info Hash: 54C1479D392BCF64E2D564E553642C8465CC6665<br>File Hash:<br>973A004301BF70665DDFBE0B60D78ACFF38192B4D4A39FA4AFF9C12EE15F0A27 | 02-21-2023<br>16:33:34 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 156 | Info Hash: 594B1EC594576B1294B0757C21ADF7A928EB5F09<br>File Hash: 06257E6840E83AEEC08AEF690243152B3A076D274C00D69F63C7D37CEF2D5963 | 02-21-2023 16:33:25 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |
| 157 | Info Hash: 7D876817AF91151926A2C4590E9EB0D38F9BB646<br>File Hash: 5E27A0458B72C6D803880871DF27DACA94012E7B8B48AE69B798C9AFE26CDD40 | 02-21-2023 16:33:20 | Blacked | 08-13-2019 | 08-22-2019 | PA0002195504 |
| 158 | Info Hash: 8250F638FC20893A0B60A732D01F8296EB9A372E<br>File Hash: C0E0EE2941DF630579425C54DBFCC249222D7C1FC059F97E4137027A6C197835 | 02-21-2023 16:33:20 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 159 | Info Hash: 7EC81FF45A10217A5BB8F179391B7426D0460D5C<br>File Hash: 98972659601A4C5D7D5EF686AA1C0D84BFE042D66745238864169DB7171806E3 | 02-21-2023 16:33:19 | Blacked | 05-20-2019 | 08-02-2019 | PA0002192291 |
| 160 | Info Hash: 340388F38581DF5E919342C8EBB209978EEA9633<br>File Hash: C6EADA660D518FE1F1BE432D3C0ABF2A095E0B0E0CDF5A2D7FE4C87E0A364900 | 02-21-2023 16:33:12 | Blacked | 01-30-2019 | 02-22-2019 | PA0002155138 |
| 161 | Info Hash: CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4<br>File Hash: 64E3F5EAA6247DD446101C5EF37DBC24C33DA2C0E3433AB9EB6F80692E485D7E | 02-21-2023 16:33:12 | Blacked | 06-09-2017 | 07-07-2017 | PA0002070825 |
| 162 | Info Hash: 14EC33D46FEA2D0766026D983770FB3F31669DA9<br>File Hash: 20C1F39D3B82D975777224BE38A8946131095F76159FB67AE203A99BBDEB4253 | 02-21-2023 16:32:59 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 163 | Info Hash: 6AF4F17AD9DC19F64DE641CBE672D9C7CD699D8E<br>File Hash: 985A44BBBDDAAF38195EA059D5BA0757A510E4231200FF28BD37B8EAAEF53EF4 | 02-21-2023 16:32:58 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 164 | Info Hash: 978BB5B4FE80AC5DE5D635DDA303EDB8714F6725<br>File Hash: B34305CD560E6A892807F09FBC9BF46107CF8C85787B9A16B0C805684A0B706D | 02-21-2023 16:32:58 | Blacked | 08-28-2021 | 09-21-2021 | PA0002312681 |
| 165 | Info Hash: 15703C64531B7F3820339C06473B13AB5FC50979<br>File Hash: D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 02-21-2023 16:32:56 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 166 | Info Hash: CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D<br>File Hash: B8BAD4F22E19F55BFE7855CD52BBBD523C8B7E100DBC961031BA408CF253D9EA | 02-21-2023 16:32:56 | Blacked | 06-19-2017 | 07-07-2017 | PA0002070823 |
| 167 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 02-21-2023 16:32:55 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 168 | Info Hash: CBCD2792157D511F104632A294C1F384488E7898<br>File Hash: 099497CD425F9C511FF9463C074FD98858992B7D69E2D6A6589E3771E6081A4E | 02-21-2023 16:32:53 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 169 | Info Hash: 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3<br>File Hash: 926027C8A4F2458C26CBFD5B8F0F2C5CB249012E5DF79AA4493326F8BDF1A655 | 02-21-2023 16:32:49 | Blacked | 12-06-2017 | 01-04-2018 | PA0002097418 |
| 170 | Info Hash: B83E00880518FBB59ED04CB16EC0BADA95B4881B<br>File Hash: 029EFB4D3105D9CD06E5B94F441B8CEA6D551DD3AD5962D6EDFCC6174FFC925F | 02-21-2023 16:32:49 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |
| 171 | Info Hash: 5A06B4EA4DB48984499F2E9EA7213220E835089D<br>File Hash: BA0039981B99B9313230F78DE7EFC18799267664FDD0FF39787FB2CCB1AAA302 | 02-21-2023 16:32:49 | Blacked | 06-14-2017 | 07-07-2017 | PA0002070824 |
| 172 | Info Hash: B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D<br>File Hash: 148BA9ADA1545D34949E4DF1AFFF8CE9F2B342DF3D5C0BE394FFAC173232A158 | 02-21-2023 16:32:46 | Blacked | 10-27-2017 | 11-27-2017 | PA0002098016 |
| 173 | Info Hash: 8F4DD2420D0F4D0C3D0A8278EAEA72746B0910BD<br>File Hash: 40D90FCC995D7F11D257841B25D6DC722A415F5C8A9441B85F5E368C19D9666B | 02-21-2023 16:32:43 | Blacked | 08-23-2017 | 10-10-2017 | PA0002086163 |
| 174 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 02-21-2023 16:32:41 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 175 | Info Hash: CE2796273FE724E80FECD23B8481E389C96DECF2<br>File Hash: 5AD272BC850A4EA9844A326496216D457855A523E327FCE318848B38D9DDA755 | 02-21-2023 16:32:40 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 176 | Info Hash: 0B20D0F044F9E1FEDFD0715E8A9208D30590133E<br>File Hash: E57854D7F55E65BC990A4574B4F10BA1C21C57C434E79D9162DFA99C412CDC34 | 02-21-2023 16:32:39 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 177 | Info Hash: C1242C6BAF05ADCC2C4FB61D40FAC6C469F25E9B<br>File Hash: 7AF74E7CE4DBFA32A91660047986096 9834042EF0CFFF0FCA71170B13DB51AA5 | 02-21-2023 16:32:37 | Blacked | 04-25-2017 | 06-15-2017 | PA0002037576 |
| 178 | Info Hash: 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash: FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 02-21-2023 16:32:36 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 179 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash: FF6772AB803402F0031BC3D14912E9E4806C794228358FCF16C55D52261F36FF | 02-21-2023 16:32:36 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 180 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash: DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 02-21-2023 16:32:36 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 181 | Info Hash: 70ECB51C4FADD0D244D1FE108746EE2264F69820<br>File Hash: 6DA9802200B869DE388100460A735DADC6965B379326EAABC4DAF374BBF33E96 | 02-21-2023 16:32:34 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 182 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash: 3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 02-21-2023 16:32:34 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 183 | Info Hash: B9E072232E0539EEBAFF9F6141443FE228C52360<br>File Hash: FE5649F2B0117B18A3184D7E3270BEC3E0F7FC2A99429C86561E918342B6DEE1 | 02-21-2023 16:32:33 | Blacked | 12-21-2017 | 01-15-2018 | PA0002070941 |
| 184 | Info Hash: D31CBC39E31EA20141EB847E24725F06CFC004AB<br>File Hash: 942CEC810CF3D9ADBDAA1AAA8A30606E57BABF8D0CAF9139AEC3DEC79B390C4B | 02-21-2023 16:32:32 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |
| 185 | Info Hash: 2633CD97981B90290A6B07878DB24E95843051FD<br>File Hash: 12BFDB30AB4F19B7B4077D5B64A15D8A0C2A2F8AB5C3A0E5D9212F62656E8838 | 02-21-2023 16:32:32 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 186 | Info Hash: 4FFEF2F34E795900B524ADB3A5D89A4870CCAE8C<br>File Hash: 1254A343029B99DBBD44743FFDE118A8C3B0EEA55980D1E9B75886A0AC5B2653 | 02-21-2023 16:32:32 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 187 | Info Hash: 4A93398EB5ECE616DF21923FB28625BCDC4EA621<br>File Hash: 7C7F9C0532FF5482A699CB56403DD277ED894AC887E92182DFF5CC2A51237CED | 02-21-2023 16:32:32 | Blacked | 08-03-2017 | 08-17-2017 | PA0002077671 |
| 188 | Info Hash: 46008F270CD49FF19391341B7014BF9549387B91<br>File Hash: 34703D52A8F5E3A040FFFAA788A9A04ED21F9DFA1487633BF67D76E100910A91 | 02-21-2023 16:32:32 | Blacked | 12-31-2017 | 01-15-2018 | PA0002099700 |
| 189 | Info Hash: 53B63347AEFFE36C5758F862EBE76328D5C53544<br>File Hash: A79FB74DD4ACE9AEB560F1B80683CADD6FA387571B599FFC651A275D8D919FAE | 02-21-2023 12:43:51 | Blacked | 03-06-2018 | 04-12-2018 | PA0002091581 |
| 190 | Info Hash: 86804856761D83AD88F3D60A55538FD4C54CCAF9<br>File Hash: A0E0110717861537BA4980ACEF88256134D2FB1A710EA7331055A765A08959FD | 02-21-2023 12:42:49 | Blacked | 12-06-2019 | 12-17-2019 | PA0002217665 |
| 191 | Info Hash: 2A5C5AE6753230BF42C5ED6DAD979DC1FCBF8EE9<br>File Hash: 6A848A47BE8EE8EFDEE1DC0892CD72F0F31BBA94BCDBEAC2273A76486F4479CE | 02-21-2023 12:41:42 | Blacked | 07-14-2017 | 08-11-2017 | PA0002046878 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 192 | Info Hash: 3CAED54419E7040926306C7CDB90543A60836017<br>File Hash: F73C3FBED5EF9B2D00D2257BB46E1AD2C2F9BCC95EAD6734B941C6606DF4737E | 02-21-2023 12:41:42 | Blacked | 01-20-2019 | 02-22-2019 | PA0002155135 |
| 193 | Info Hash: 3C42D23AF6864A00AE4CBA8B257DE842262A5911<br>File Hash: 0A5F18F5C6932E8ADDCCC4533F3151E24F197C624BCB7ED39F25871D81DCF6FB | 02-21-2023 12:39:46 | Blacked | 05-25-2017 | 06-22-2017 | PA0002039290 |
| 194 | Info Hash: 8A648DB9622035F8BA2FEDE5F9EDE4894208D3E3<br>File Hash: C12B33C60AD51B9712D51F693F99BB4758C1C2683D6A6D836CBB74868CFC98A8 | 02-21-2023 12:39:42 | Blacked | 12-16-2019 | 01-22-2020 | PA0002234860 |
| 195 | Info Hash: 6671533EE8277923DF4254534389F8630C5BF901<br>File Hash: E0FAF6BEA1F4A89CD20AC1663D44E496BEC7768D3B10A75F9EC68A970EADA341 | 02-21-2023 12:38:46 | Blacked | 11-16-2017 | 11-21-2017 | PA0002098042 |
| 196 | Info Hash: 771C669842BE814DA19F886EDF5E759B0EC4BF37<br>File Hash: 9073F5D59DF68BF334F02659FA77CC52842D80A00A1B8EF392878DF8FCDDF83E | 02-21-2023 12:37:47 | Blacked | 07-04-2017 | 07-07-2017 | PA0002070819 |
| 197 | Info Hash: 608585073CBF75089404F0EA7B2B175E95975C22<br>File Hash: 9592CC63893B4E66C8E97B25CB030FD712C703E00E5606687E7D3A43F7D6E1C8 | 02-20-2023 13:32:36 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 198 | Info Hash: D54AA0900EF67CFEEA274727BD1234A04A851773<br>File Hash: 9E03E8F2EAC1127ABBE3600BBFD0799C99F41910D75F365CA4859CA4C9F337FB | 02-19-2023 15:29:01 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 199 | Info Hash: F1E8E40B9082FAE2F594FF8C66B57DE04CD2C1DB<br>File Hash: A589853FE589838D31AFFDAEA90FDE0BE0A9010F94DA2DA8824EAC909D852127 | 02-16-2023 22:50:37 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 200 | Info Hash: 47C5663531EF1CD2F3572E655B9FBBB1800F5C3F<br>File Hash: 08D137A06C6A8DB563760478B4F5B1AFCBD6CFD3A4AAA33050BAF9FA36B0276C | 02-16-2023 01:49:10 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 201 | Info Hash: AB6EBAFD49EADD71F2316803BF55B6FB26B81EFA<br>File Hash: 22615C4D20273E938E3CC616950F1799A09B612D67EDC9E5CEBB1131A780617F | 02-14-2023 20:52:22 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 202 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 02-10-2023 19:41:37 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 203 | Info Hash: F32615CF72189CDD69E6151E4903AC651D3A7063<br>File Hash: 6891E3B37E52096A272BBC88EDD1A35D8021ED2711AB1A0858FAA335BDE45B8A | 02-10-2023 19:40:16 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 204 | Info Hash: C9A72732FEBB74733EDD151CF3780EDFA51B8C5D<br>File Hash: 93FE1B666F40C7895FB80CCEC3129FEBE83633485400CACA1819FDD8C0F48FD9 | 02-10-2023 19:37:01 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 205 | Info Hash: 190306A32526F5F23C30DF8C72FA6E6DF8379A4B<br>File Hash: E765F31400C268D4EF470BD7C0F9FBD6CB314DF83DC20E20F1B131F0A4332BC9 | 02-10-2023 16:13:37 | Blacked | 10-22-2017 | 11-21-2017 | PA0002063627 |
| 206 | Info Hash: 291F2552BA28D9FEAC1BB52BA9C8B7320A93860A<br>File Hash: A29BF21F2C5FC55B7BAF36963B0811805137077CC1F9BCCCE3223FDD4BC68976 | 02-10-2023 01:48:33 | Blacked Raw | 03-28-2018 | 04-12-2018 | PA0002091513 |
| 207 | Info Hash: 9EF1697DACB071381C0A2D332FA66FA85F359C74<br>File Hash: 66F290059B0AF3622E0841D66009807CC8CCA6EE29AF736E370C18BABC4C4885 | 02-09-2023 19:36:31 | Blacked Raw | 07-27-2020 | 08-11-2020 | PA0002252262 |
| 208 | Info Hash: D004FE4CC187D0709C94955D8BF728C72E039D05<br>File Hash: 5318278A278B15F873F44A895D3904596248BD42E867C274AFC17AB019433365 | 02-09-2023 19:35:56 | Blacked Raw | 05-22-2018 | 07-14-2018 | PA0002128073 |