### Exhibit A to the Complaint

**Location:** Atlanta, GA  **IP Address:** 24.99.59.181
**Total Works Infringed:** 139  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C06DD611B6CD7674DD69D70C791C9D5504293484<br>File Hash:<br>C73E0B71C01C2ACE1157FB55EA3ACFA1DDBF64BBB8CAF4BFB1BCFC491EE86F35 | 06-13-2023 17:05:37 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 2 | Info Hash: E8ABFD1C4627B563399146DDE001C4323F5DF648<br>File Hash:<br>062FF3EE2505D386DA6A182FEED8DA873A09F6EEF8AF99CE3B29295F4BEC41D0 | 05-25-2023 17:31:24 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 3 | Info Hash: 568BE84F7CBA01584007DBA8E686B980543165BB<br>File Hash:<br>8C29FEE93DC97C733133B9219C2A17012F83BB5A4BEF2B6003137C9497A81F0D | 05-04-2023 17:40:32 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 4 | Info Hash: 307B10AC43F5DC6307100B5B98A340DE5AAFEB06<br>File Hash:<br>C7D34553FCDA2EFC004355B0406EA2A6E06952123D496330EA7D562A82B58962 | 04-20-2023 02:30:27 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 5 | Info Hash: A23DDB08BCB27AB3E50C75001DC17906FB68C0B7<br>File Hash:<br>473322693FC111D18F11BADA6E1EC05BAC63CAFDBE646E695ABB7AE0FDCBA7A2 | 04-19-2023 20:23:15 | Vixen | 04-14-2023 | 05-15-2023 | PA0002411265 |
| 6 | Info Hash: 3F358B52530413E4934D5BF69DA9512FD4A490DA<br>File Hash:<br>B19A72ADAA0E7982B35120A6CDA7DEB88120B00BD1AC2D9A3C6632AF8F5C73BA | 04-07-2023 22:22:24 | Slayed | 04-12-2022 | 06-09-2022 | PA0002361951 |
| 7 | Info Hash: 8E81D7506E82523E99FC74A4714A1C7092B9EECD<br>File Hash:<br>87A3560EDE4DAED401179D0B2BC5EF23E741AE1C4B05EECBEFE1B05789D66D14 | 04-03-2023 20:15:04 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 8 | Info Hash: 91ABE265B87828D4AB8248B6604817DE7D61CFAA<br>File Hash:<br>E31DA38E6F32436BFA1F9BA3470DF0B8C31CE9DA830EB70ED382024A4BC1A5ED | 03-24-2023 23:53:21 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 9 | Info Hash: C15FBB5938E152114DD4A8B2885DF95D3E4A2348<br>File Hash:<br>FC0060491B5BA33DEB7BCC4A4C5AD9993F7A7D9DC48246BCAE9C239F213A79FC | 03-17-2023 16:24:48 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 10 | Info Hash: 7A9A2E1E2DCBB3A64583B95F042C029A715D4743<br>File Hash:<br>FA1CA01F93BBC637BFED6161ED631234D467FDB502BF67C0BE5F618E1FCE3818 | 02-27-2023 07:28:19 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 11 | Info Hash: 8495CA7F88A7D3B433509B5B20C42D1B4A750713<br>File Hash:<br>2EF646EFA4B5DC146BD0B0C25C3C2507F03BA0BFC58BFEB3851126EF0F2B296A | 02-10-2023 16:10:27 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 61C660920152C521141FBA9AC0D51F3EC79F05DD<br>File Hash: 23834C981F2CCD9878E86E37608033A3B27493E719DEFAF1BC049A9887BE445F | 01-24-2023 19:21:43 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 13 | Info Hash: F2FF5984C6669188B2BD37CF7C72FDF97A534272<br>File Hash: 0CEAE4FCE56CEE14A6B3E1E9424700F52EF91EDD808E8ECFBBCCF1C399A306D1 | 01-21-2023 21:48:59 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 14 | Info Hash: 74D36C3FF7115D360752968641DF39D8F2BF74D7<br>File Hash: 30CE744EDA4BC83F8C3A2885CFC73B20196FCFC7D6389E7B6709E12F12C49F5D | 01-13-2023 19:32:07 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 15 | Info Hash: 8F9D3A596AF1C39AAA440D4F826E74D61884670F<br>File Hash: 1588347C9067E39D797E9ADF63148F8F32E8F6CA87F28F22301A08A0324A1612 | 01-03-2023 19:44:09 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 16 | Info Hash: B4872849CA199ABA718FA1760215E33895C853E5<br>File Hash: ABD6283E55070462A895BEC1BB4AF7DB8EDF70D1DA197CF76BF91B5558365471 | 12-27-2022 17:23:50 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 17 | Info Hash: 43785E169139C427A822632757B38DD4700469CB<br>File Hash: 5E79663A77038EAAAFCADEF6ED725B526805BFD39B763FAB4D309D527DE6E8F0 | 12-06-2022 05:58:51 | Vixen | 12-02-2022 | 02-21-2023 | PA0002401003 |
| 18 | Info Hash: 31E69FE155C4CA617BAF4D8F6C933DF4CDFC287F<br>File Hash: A9C0E343799E4041A71CBA11AD4BBF172A23902405B636AE32FFB8BDD5D5A4BD | 11-30-2022 18:24:28 | Vixen | 07-13-2019 | 08-02-2019 | PA0002192302 |
| 19 | Info Hash: 3C6F904EBC75852A3BD1F0C2A3DE513FA4B37B73<br>File Hash: 52453AC6D8EDAAED0F20A81E516C328D6909C6C005A435275B69445E7598F3AB | 11-21-2022 20:05:10 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 20 | Info Hash: 7EE037A2CE46858575B7A649A329190DED3144FD<br>File Hash: 86C341BE7EA13C9304EBA639F39D46D0F1E64D62E716D24E77870C601285180A | 11-15-2022 22:06:39 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 21 | Info Hash: 12E82E22123F4B517494486EA67E9933AF1E9A95<br>File Hash: 9E3D5E338000A79DA71BB31B5ADA7866B2AFF776E40CC5BEC76205896F517B84 | 10-02-2022 17:39:49 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 22 | Info Hash: C668A270110887393B1A9A199A36DD2E1048D481<br>File Hash: 39F42FBB9355E5E3A24674F4D496A7EE4BC5AAE80F88FC45CEBB0E1C9ED0F8D3 | 09-19-2022 19:52:37 | Vixen | 09-16-2022 | 10-05-2022 | PA0002373762 |
| 23 | Info Hash: 86C18487578E45172FA87A102FA37E2660FFF7A3<br>File Hash: C69D40874320AA3D5184A284181943DF96513ED55CAF687E769D5A7EA14C162F | 09-14-2022 03:05:11 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: B6B3DC5C87C53BEBD0F5F455E3CF7308A1C85B4B<br>File Hash: 2368DA84A164610BA880B0F903ECE64219A9B6CAF2E841A8F04B5DDC9262C46E | 09-07-2022 15:21:37 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 25 | Info Hash: 3344C8CDFF9B33348E149E2D460B5D0E8B75DAAD<br>File Hash: 23CE6E0056F366425418B280EC88830ACA49AC1CD615D692EA984E455F913557 | 08-25-2022 18:38:03 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 26 | Info Hash: F8CAD854E7DC19B53E674840B5554C76AD455AFB<br>File Hash: 8EA7842640D74C90BAC1D369A2072A6125C869D9F4C82073D1032E9BE86A8A6B | 08-17-2022 21:48:30 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 27 | Info Hash: 7259DD43EA2AABF60EBA8395A230CCDC4F15DE55<br>File Hash: 3459801705A0D8D74C8D5F765CE5E188317768A617BE8458A3E4C13F80EC8881 | 08-17-2022 01:41:49 | Vixen | 08-12-2022 | 08-30-2022 | PA0002367721 |
| 28 | Info Hash: 84C5F1993865C560AAB7CEE3BA17969A78454E43<br>File Hash: 55FB7CE72A5580A94A6CAD18275E2B8FC36070D964F432799F9A330A1D870AA5 | 08-02-2022 21:14:10 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 29 | Info Hash: 97E745DBCA3A5ABB0C4DF155BF57BC99DB12CAC2<br>File Hash: B91659FD65466E2815B3953087174BB6E3B5BC17921F9F1EFD17A5F646774951 | 07-27-2022 23:39:03 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 30 | Info Hash: C44085C07C791D8342CD27FBFA50D418806F1A03<br>File Hash: 075069C39BEB463B4D485C11FFD06CDB81C6265A0FD0885F8DD16EAF53A68680 | 07-26-2022 23:49:17 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 31 | Info Hash: 57763A5B3583A13492A671B9919D28555796546C<br>File Hash: 7882436CAE07D7E0F422B3A2EE3582E944A93B99893003C4A5E586C8C2069DAC | 07-26-2022 19:54:48 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 32 | Info Hash: A26BB8C812B2646DB71C375FA96F1F50D76E27C3<br>File Hash: 496833F669BF83F645C7101EC8B093ACF0D707158A49B56949D0652DC3A5D863 | 07-06-2022 01:23:51 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 33 | Info Hash: 5A59531B02D99875E2ECB6CD3A984AF141B03494<br>File Hash: 2B69C5DDBDB938EB6C9C4DC7B6F93B354CB28EA3AE3B84B58818D50FA11D7FDF | 07-04-2022 02:52:06 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 34 | Info Hash: EE2CF90BCF1DCB15939DEC05742A41DC03B966FF<br>File Hash: B1035C95DFA3195E061DB932A659C132B33B11913C4105FCF7CFF6FEF7D92D97 | 06-21-2022 07:16:51 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 35 | Info Hash: 4833769907447359B1AE74973646943178E54A70<br>File Hash: 78EB322F8D7792EE00F03A2196DEC628F7D3A24B5849AB27E0DE357EC081AF27 | 06-19-2022 20:13:06 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 4885CE7D5699E3CBDEAE2E274F52D5F1327C4BE0<br>File Hash:<br>01D770367B42B71A960D89E0508B44C4CD782779DC85FCD9E39AAC803DC29260 | 06-07-2022 21:18:35 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 37 | Info Hash: 3B788828643C6C96FB116117FF5AE6879D24963C<br>File Hash:<br>DACE135E0C947EF89F9BFB1C919C091D74C0E4C0E9F15D67E648528152BA5B50 | 06-07-2022 01:41:04 | Slayed | 01-11-2022 | 02-03-2022 | PA0002341794 |
| 38 | Info Hash: 52415955D6C3B99F3A3F89BBB89E71FA8FD528AD<br>File Hash:<br>08C24B2CBF4AC4FB19EE75BA77EA9E37123EA38456B44B8319806394D22146D9 | 05-23-2022 16:02:22 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 39 | Info Hash: 864F25819681C2915CAA7C2C8073125D7D9250A8<br>File Hash:<br>BA79041EF66AFA41AF6213B2C800712CEBB6E0F894D80D85F2B11DC279CC56EC | 05-19-2022 23:58:02 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 40 | Info Hash: 94681F93361866C25B301A4EFE1BB6A18EF70C0C<br>File Hash:<br>8BC43B2858E33C443F0F5F981D0FD86F5CE8A8C64F427451B05B06CFD303AA56 | 05-19-2022 20:28:28 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 41 | Info Hash: E9C8CE7B55124548703E344AF7022ADE20CBF7DC<br>File Hash:<br>8FAB856E7807EA9AC624CADDE5522F2C4677392EF5263A536C3D1DD8E5FA06FD | 05-19-2022 17:43:53 | Vixen | 06-28-2018 | 07-26-2018 | PA0002112159 |
| 42 | Info Hash: 8DA937CAF8D2CDCD0F051AB91E40DE9A529D22DB<br>File Hash:<br>98F40A0CA0F512E04FF0CF29FACE7E15D875F2A698C432BE82906249A30E0E81 | 05-18-2022 21:15:08 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |
| 43 | Info Hash: B2AA97BC79185C05C21F39C03A2EC0117FAD95D7<br>File Hash:<br>3294CDB319F6F57AEBD946B8B1B942884033D035C8A67C3BC4FFD62E99D3D89A | 05-01-2022 05:44:23 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 44 | Info Hash: 46F84EF35ED852694DFFE90821724A9E4A0EE41F<br>File Hash:<br>386CBBD60EFD72646EF76C1C78182F896F3233202D1A00E321D1851AD9B60BA2 | 04-26-2022 06:24:22 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 45 | Info Hash: 53EA67B378FE7F4559AB80E747E4650A41B7DC05<br>File Hash:<br>0F7E8B2C4A0103F721A6BE33D3A8B1C69170A58B9AF393B409FDD89B77DF113F | 04-17-2022 00:14:35 | Vixen | 05-14-2017 | 06-22-2017 | PA0002039297 |
| 46 | Info Hash: 9E5B5C0E2243CC167635B7C87ED9B4313823AEBF<br>File Hash:<br>BD09893B24176EEB3D74C86838B2C0A80380170DB24660E9A7B6C661299F32C3 | 04-16-2022 09:45:14 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 47 | Info Hash: BD725F100C82198AB800E2FF06918B0BF6AF6A55<br>File Hash:<br>AC46B377A2763BD2DCDF63776D9A54222F045DD3A357F3F08D9A94894FC408AD | 04-16-2022 09:44:59 | Blacked Raw | 03-18-2018 | 04-17-2018 | PA0002116068 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 4EB4D67EBC6EC0478234DAF597913256B5E6B168<br>File Hash: 325064F0BEDB951FED2FD3AFCC00A86C78443D6A76BD25D9C7DDDC93F156BF8F | 04-16-2022 09:44:49 | Blacked Raw | 10-24-2019 | 11-05-2019 | PA0002210293 |
| 49 | Info Hash: 5E895C99167DC14F740D578515707EA3BFA9F0F2<br>File Hash: 8679396D7C6C4417C6CF4ECB1616891043F523FAA8D5702A2057AC953380AA1C | 04-16-2022 06:42:21 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |
| 50 | Info Hash: BC31F15E2E0C297593598BD13CE5B4E549674EDD<br>File Hash: B91C4397FE14831EF984CBDF4B599DE2559794FC2A95FB0BD11A86348F40D5B8 | 04-14-2022 23:57:09 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 51 | Info Hash: E80E7668A26EF21AF75D05659E7B948F8E811308<br>File Hash: 0E35ECBD4A0BD4FEBB7993D328346860F3346292B7311E7D9D68DE7CB0174EF9 | 04-04-2022 06:34:37 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 52 | Info Hash: 387B8E7041F9C2B11EC349FDC94FCD2E0F1C56F7<br>File Hash: 4125FAC153F8B30338BBB6B82DFE560B9A9A82FFBF9CA9E739A2CF07ED042B86 | 03-28-2022 22:08:41 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 53 | Info Hash: DCABC181A87ADA1A22F3A94523BC47844C79EE20<br>File Hash: 9B569593FEF7EFA7F289DC6EACA781D8A4AA9DE8AD7986A4907AA10CBFE8D603 | 03-28-2022 21:54:56 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 54 | Info Hash: 774C2EA090A6AFE6D8973DBFE0AE522A35D352AA<br>File Hash: C93EAC8256856177FB745EC3F9E5CD79E37C52402C37189C8BA56331DE0C3A6E | 03-28-2022 21:49:14 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 55 | Info Hash: 14E6018A31BAB755871BD1137D8700E68C62FDB4<br>File Hash: 494136C049FA13A99C0A1626FBF651B64EA15A14FE000396351796E55FCC0234 | 03-14-2022 16:48:32 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 56 | Info Hash: F24F4A6ADCC1BA1B03E1097501DA250BBF57B63A<br>File Hash: 519F6133E897795D3C2227625FA1B262FB3E5CDED42644E07723C44D33FBCC6A | 03-14-2022 00:39:45 | Vixen | 03-11-2022 | 04-21-2022 | PA0002353783 |
| 57 | Info Hash: F2592671EA6D4CDE307B311769E53F56F26AF650<br>File Hash: 32ED81838121CE97752D82FF68EA6B0527ECC868C4542D7E0BD5EE5CA3D20E02 | 03-11-2022 17:47:17 | Tushy | 05-01-2019 | 07-05-2019 | PA0002206375 |
| 58 | Info Hash: 4D73BAD72967DF4180227491EBEC51A05DC34C96<br>File Hash: B3BD5FA8B89500253DD8FDD7B35B0F1981662474A9D6720130386C1D5856552E | 03-08-2022 20:42:20 | Tushy | 07-15-2019 | 08-02-2019 | PA0002192300 |
| 59 | Info Hash: 9523D8481A8921F854D9F4D658309053DF9D51E8<br>File Hash: 558E923B7FB03F52B6D8A375F2E7DF40A6ADBD6E8DF88D33F4BA1FD66BCB8CC4 | 03-07-2022 20:28:30 | Tushy | 01-23-2022 | 02-14-2022 | PA0002335464 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 38BFF1A45C601EB2503AE768A3F16434864F081B<br>File Hash: 18E47FF5311BF8E622A614AE047CBE545DB1D464A02896BAEBFD56BB6B81F0D8 | 03-07-2022<br>20:22:08 | Vixen | 12-05-2017 | 01-04-2018 | PA0002097413 |
| 61 | Info Hash: 869B59F8458BB745FEC06D0FB6573DD27D7CD8F2<br>File Hash: AE6B574E5E895357389809F18BA5F70C675AD22B5F5FFFE79171461B37BACF02 | 02-26-2022<br>02:10:23 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |
| 62 | Info Hash: 775DEB6869799752C425208A57EC76F2FD91B60C<br>File Hash: C7AF91E7382DAFE1AC88504E58F319D0553667EBD1539184C2C5ACF67D53CFFC | 02-17-2022<br>05:05:19 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 63 | Info Hash: 4B1F57447FE830921EA68558205337FB35DE6700<br>File Hash: 79F8467976E46ED3C3CBAC5E1230132C1858E94F8905FE628C2D09C8F40367D7 | 02-15-2022<br>23:40:31 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 64 | Info Hash: 8FF0024B565750DFF01587CA19A5AE11DB95D42D<br>File Hash: FE331A74264F95381F7AAB90DE103F7FA8864FE52E6062714672CFA08EA282F0 | 02-07-2022<br>17:42:06 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 65 | Info Hash: 9E9858315230CB985AEC39C59CF258A4CF3A8939<br>File Hash: 6F38ADC663E74274000F83B364E9341FB275A8292E84BCABFC23B23B9E728B1F | 01-21-2022<br>16:18:37 | Vixen | 03-27-2020 | 04-17-2020 | PA0002246166 |
| 66 | Info Hash: 7411B8A680D3AA86271F1D7A00681E16E38CE678<br>File Hash: 9728CBE8EFD108F2C5E587B66159A1487750E73F44E2CD75E01A8AC20C3741BD | 01-19-2022<br>17:40:45 | Vixen | 06-25-2021 | 08-20-2021 | PA0002312014 |
| 67 | Info Hash: B7D7404BE05F28855D25697F8143AE2E027DBCF9<br>File Hash: 25E0B3C5A1DFCA83831090BAE69AD1CD4E6C03C74D45979CC1E0A879B366C42A | 01-03-2022<br>04:48:21 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 68 | Info Hash: A6064CF22BFA42CDCB19E03B6AA4FA59CAB344E4<br>File Hash: 77D757404F8D6B089EB864BB3DBF713196E725B7A6633DF26AEEEADDC0191C63 | 12-28-2021<br>17:39:17 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 69 | Info Hash: DB89B75E9DAD31F15DC983AABCEB9AE720EDB193<br>File Hash: 4944D7029732BDEAB22221D7A9735586B69A051A79247640CBDDC1C8D2D2F2DF | 11-14-2021<br>19:30:31 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 70 | Info Hash: F46E8CA2C702733D8D93EF78D85C86E8F0658B49<br>File Hash: 9EA0DFC1BBDDE9CDE946912A51F653A9DA0AF7A6EAB4E8FFBA1AB0ED08FFF277 | 11-13-2021<br>20:23:28 | Vixen | 08-27-2018 | 10-16-2018 | PA0002127789 |
| 71 | Info Hash: 899B160199946C465C3CA22ACFB6119B20AF76F3<br>File Hash: B9F8587D1F95EB9E02609F7AA3F94119557AB47247C9EA8684196264D4FFE03C | 11-13-2021<br>20:21:28 | Vixen | 05-14-2018 | 06-19-2018 | PA0002126499 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 0484184A81D79AFB7463570E06C5ADFE4252F13C<br>File Hash: 380FBE6457D3BBB66489CB4FA05CF06AE508BDD76173D6B14214DDC3651AFE60 | 11-11-2021 04:19:43 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 73 | Info Hash: 5FA6751B97DBD973637A1ECF6998B3553D806116<br>File Hash: B78C3B4ED9386C0B2FCA226D4AC1D1E603313C4C75E53F41B21C6D1BF63EE763 | 10-17-2021 17:00:21 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 74 | Info Hash: 5BB2AE2D74EDA8D4C0976E8C20C4EC6694B6F88E<br>File Hash: F0D51AC52F91908891963E1F3778781D5C186C7EE0786F7A46A579FFDD9CDA88 | 10-01-2021 15:12:22 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 75 | Info Hash: 5031CF1F96C7661508783CCE855955FE11D34630<br>File Hash: FDAB31AA4417986AE9D5DB4BA49E78E34AD6D623A061045592B4DD48D71B6139 | 09-19-2021 00:00:14 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 76 | Info Hash: 94C1A6B1319D9B1D72B79FF817A219E26D55BA5C<br>File Hash: A7176AC531FDE32757E64D7B307A758954AC29E78FD7307BAF747510E86A0CDC | 09-18-2021 23:38:43 | Tushy | 09-03-2017 | 09-15-2017 | PA0002052851 |
| 77 | Info Hash: 23E524B0905E4F08AC4DB56458DE4BFF630E5FC0<br>File Hash: 2FBD2F2BACD9EDE39841A69A16DAF48ACAA076C3AD4255D97CC255A59E4B50D0 | 09-18-2021 14:53:02 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 78 | Info Hash: 64C5FE3D236310F40A80E7FBC9905050811C3CB6<br>File Hash: 2FC8A2A0D43277B48375863E8F59D1CAFF37560781141E53CAB03956CC4901CD | 09-16-2021 18:24:16 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 79 | Info Hash: E554777F019DD9134EAC9056AA84649792BCC102<br>File Hash: B848DF2927CCCE235CBC6B646CB73F83E076FDC3121219B290EFCD5225FAD851 | 09-16-2021 18:23:42 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 80 | Info Hash: 6CD80647B4C12FB7BC07E75077C2F3DBD5B6452D<br>File Hash: 9929AC09E25EDA0D1C46B57799340305CEAA94F44D98D6AB1F751F065D752BFF | 09-06-2021 16:49:12 | Tushy | 07-12-2020 | 07-20-2020 | PA0002248965 |
| 81 | Info Hash: 6FB81CC4C0C7CECB8DC45456A5C85A4D6F373423<br>File Hash: 414F701157141B3655F9320B49B931C781F5CE976B3CC83063EC291ED5B584A9 | 09-06-2021 16:48:12 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 82 | Info Hash: F9D83793A2AA55F8CFB42F5116C14168F73CDB6E<br>File Hash: 35BC69BCAA0B7BB6A518963387DE5A99E48C1D3C34F16BA644AE0A25F696CA21 | 08-24-2021 20:41:11 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 83 | Info Hash: E4CBECF0DF314BD2A99288B34869C319C3C64F29<br>File Hash: 1B3B90EF025B762364A201C27FC113DB3BD9726C64E843B9376B4913C2F76927 | 08-12-2021 22:09:20 | Vixen | 08-02-2017 | 08-17-2017 | PA0002077667 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 35384607242FD998CE9F16B6287B50E87A6CA493<br>File Hash: B75537415E2FB50E1CF3DAD4FCBF915710D09F052090F3C39573E1282AF18650 | 08-06-2021 17:29:29 | Vixen | 01-19-2019 | 02-22-2019 | PA0002155139 |
| 85 | Info Hash: 9E6830F68F139715283F70F7717AFE7C54F9BE53<br>File Hash: BA89A4050CB5EFE02C2BB35A47643EDCA915C6BE667FCFDDD5962EFEDCA049DF | 08-02-2021 21:27:44 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 86 | Info Hash: DF8179563A3BE35D7262BAD90891A0AEF03DB629<br>File Hash: B4A8E0976BD5F7D7C3A470820437678374303C2916936BBA46A3270BFA918334 | 08-02-2021 21:27:19 | Vixen | 11-20-2018 | 12-18-2018 | PA0002141925 |
| 87 | Info Hash: D81E50A917BB88DC4F37DD60FC2F0AE300F87820<br>File Hash: AE4D36559FD800767E73AAC69190205B5647D81C1D6840E7E869558077174234 | 08-02-2021 21:26:11 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 88 | Info Hash: F9B1C1D66AED353AE45C3DB37B2DCEA70E3E7649<br>File Hash: 55B79140DAC0943B0950CCB4FDA2EEBA6CF3EAE421B990BA2CA97A24DD3E3490 | 08-02-2021 21:24:47 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 89 | Info Hash: FC8FEC31010945EF2A148BB2A7275A854DD6B6F7<br>File Hash: 3782E9BB8E7D9AE73E20327C49D8D22075D74BC355F773838D668F1F6B0FC78E | 08-02-2021 21:00:37 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 90 | Info Hash: CB9ED5BBA522B08444CC98957ED003C0F30DDEFF<br>File Hash: 7BBA45C5C7B9A4ED535AF9459AD2F36B8DE93028202EF9A45EFF66B500C23567 | 08-02-2021 20:59:06 | Vixen | 12-10-2019 | 01-03-2020 | PA0002233429 |
| 91 | Info Hash: 1D935A62F16EF42075C521A42D453CAB7BA7C368<br>File Hash: 8D159ADC28DDFC5B4BB6E608B489C2B3211B90C5DE1F4B59C26CC2BCEBF132BD | 08-02-2021 05:28:01 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |
| 92 | Info Hash: 454F1DF89C04DC37D4751C74FDA2BD1524A7BF87<br>File Hash: 5AB87E700F6CE71C5A22ED3D85E819CA76CFCFFEB03C2C9A518AEAEE5BD5BD0C | 07-20-2021 00:11:58 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 93 | Info Hash: 9919119C59927A10A6AF324771F2A31A4D1C678D<br>File Hash: 231436B65CEF7F8CD7782C92475CECB41BDB15E136C778F146C899A952ADFC64 | 07-16-2021 22:41:36 | Blacked Raw | 04-12-2019 | 05-11-2019 | PA0002173884 |
| 94 | Info Hash: 3258EC431681B06FA25143AC41879D98FF0EDE32<br>File Hash: B1C5F193AD71BA5DD776663D09C1A6742D778A5BAE4ADAD66C093A624AD6F293 | 07-14-2021 03:44:55 | Vixen | 11-30-2017 | 01-04-2018 | PA0002097470 |
| 95 | Info Hash: B93B469375A854DE092DDB78F45BC9F9CE5B9ED8<br>File Hash: 75505285620C45A4726764BBEFF53A50B35C05BBCE564EE11FE634E13A75B6DA | 07-13-2021 17:58:52 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 9D1856700B91C39D8A241F97686AB25781DE0068<br>File Hash:<br>F23AFB12A245B3128094DEA7643020281A07036BDD7795ED9B72152023839579 | 07-13-2021<br>17:43:49 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 97 | Info Hash: FCD69599AE3533B5F148CE148326F563572103F9<br>File Hash:<br>57C3F2930505CE912134A089067DC2080E9F681ED7F640743433FD7DB6E58586 | 06-22-2021<br>14:59:42 | Vixen | 06-04-2021 | 06-24-2021 | PA0002303620 |
| 98 | Info Hash: 468B16982691C5EC859E27FC7DB0CB4A23EFBFEC<br>File Hash:<br>6A53E0B152D167C64AFA6C98580D032B9346556BBC710AAFB5FCFED8FB47D465 | 06-08-2021<br>14:05:39 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 99 | Info Hash: BC0C9BC5AF9D291E2FEF2ACC722DEFC0374C9497<br>File Hash:<br>5AEC03A279447FE51A90E242071EF9C03ACAC533AAE664E8E33446E7A2D186FB | 05-31-2021<br>17:22:08 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 100 | Info Hash: 80DA686CB2BD4A8751E64E5F9A76F64E2913A44D<br>File Hash:<br>B40F7BFC1A8932ADCDAFAB881E4D6E84218488CC78D5F18FA85FEA042ECC6203 | 05-31-2021<br>06:55:02 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |
| 101 | Info Hash: A1E1A3C583B67DD01750FA4D4D932F440E49B6EF<br>File Hash:<br>B6127B3C4433AB85FA51CB927297EE381F1B7FB19170BF1665D9B9A044551C5D | 05-28-2021<br>22:05:06 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 102 | Info Hash: 039D06E54A133AD9A1EA93E717F6EBD5F8350EF4<br>File Hash:<br>26A40582EC5A7DF639F1DFC38449BA3E544ED1F28C8A0068646D196572E3019B | 05-25-2021<br>23:26:58 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 103 | Info Hash: 1E4D9151E4CEC98F69A92CD6D6FE68C5E8972F23<br>File Hash:<br>6FF23A945682BC54C4CBB35994A2BCE8AACE536D816BCEED05F7426578356633 | 05-24-2021<br>06:49:39 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 104 | Info Hash: 5BB8F4FF0AB77627BFC16F4EB53CDD1DC363C75D<br>File Hash:<br>909D08A0BDB26BD520629B59795AB097F4ACDEB4A03208F7193BB04766B6A4CF | 05-18-2021<br>04:33:30 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 105 | Info Hash: E662A3EC9B34FBC1E0521E1B32C802F3DC118363<br>File Hash:<br>D1552B0A8A13EDA4EF41CB4BDBCE70A74195EAB853306CD00E6DA63552FA318E | 05-02-2021<br>21:40:48 | Vixen | 11-05-2018 | 11-25-2018 | PA0002136632 |
| 106 | Info Hash: D8DA55427C78112DD27CAF0E5DDE0168BD3309AB<br>File Hash:<br>8B684EB9EB692102FC19E7A8B6C3E2C5445F7E8B506A42C5830F834439263327 | 04-27-2021<br>03:30:07 | Vixen | 08-21-2020 | 09-22-2020 | PA0002265927 |
| 107 | Info Hash: DC1259DFD7C1206E03716033BF7B23E7D6BF9842<br>File Hash:<br>EE80E103B0DD52AA38BAAC4123947867C2A7269C438AEB648E2A9DCD44777FB9 | 04-22-2021<br>15:57:55 | Blacked Raw | 12-08-2019 | 12-17-2019 | PA0002217664 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 489BDDB0F22A7CABFE4FC74D5B966931BFD014C1<br>File Hash: 4E32E3DA50856920ED82C73FECC9B196BBB607FD65A6795AC2B595D8E0A35FC6 | 04-19-2021 01:14:30 | Vixen | 11-13-2020 | 12-09-2020 | PA0002274953 |
| 109 | Info Hash: 9A3064B3C7D25FC761A9AFCF5099B09AD70501D2<br>File Hash: 20DC3276F1F4E04D78F119CCF202BF16E6C05C38D7962C7365985924B05D9965 | 03-30-2021 08:53:39 | Blacked Raw | 09-24-2019 | 10-07-2019 | PA0002205464 |
| 110 | Info Hash: C4A30E1E761593D47F7C6DB568CD95BF751EA502<br>File Hash: 370B4B5B857F40AE5E5A06F8678CD6DA29A3DADB10E914DE2C172C7FA1FBF7F9 | 03-25-2021 01:11:13 | Vixen | 09-01-2019 | 09-17-2019 | PA0002216134 |
| 111 | Info Hash: 988AD20C3AD68942862CE854317ED563BB7E5863<br>File Hash: 0EB83658CA63BC734055BD2910FF41C27E898F76EAE6B902F8640C7C03434441 | 03-20-2021 03:52:01 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 112 | Info Hash: 207FE53DA3CFCFB759291CF70E0760D46B94A74E<br>File Hash: FF5C09E3EF632D12B115F046959C19523BC45550B5C60005D816F8D897BA6CF8 | 03-20-2021 03:49:57 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 113 | Info Hash: 75FBDB11DA1487257FA65F4579DA762BEACEEA69<br>File Hash: EE435DEFFCA3188DD206A87BAF24F39C911C1DFD26B496202DFDE27C5C6D26A8 | 03-12-2021 18:41:29 | Vixen | 03-15-2019 | 04-08-2019 | PA0002164872 |
| 114 | Info Hash: F288B655373E9B18A872FC0843D7412A19EE61C1<br>File Hash: 0616A9A0F0B9915EE7280646605DB74FCE07ABB0C6D761C2D6AF0073766B5CD0 | 03-12-2021 16:29:35 | Vixen | 07-08-2018 | 07-26-2018 | PA0002112152 |
| 115 | Info Hash: 547F59918808C7DD20DEFBD841F4F140FDB0D2DD<br>File Hash: B5BB34C457E4594F2C2FEEF860DB4EDE3E3C0D710F987129C155729453639A62 | 03-12-2021 16:21:16 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 116 | Info Hash: 95A5870C793057C65F7C4B5740D88208D956ECBD<br>File Hash: 00989731AA4639F95DD0C9F04EB9BCF59B893235B99ADF83FF30C5AB58AF26AE | 02-14-2021 04:53:04 | Vixen | 05-24-2019 | 07-17-2019 | PA0002188303 |
| 117 | Info Hash: F823708E40F8DAAD728E307409CED40982D35919<br>File Hash: 36C5791035345D43F122956684C86279F14D248D226345B764BDC41899FCA848 | 01-13-2021 23:19:24 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 118 | Info Hash: B2AE0FC765E6EB1BE8B0E93C03FA9587817F7C3C<br>File Hash: 5EA027602327EF3861703D9FE8E45AB4E84F2A8179A8ECB6637C4E3F375266B4 | 12-31-2020 01:14:29 | Vixen | 02-28-2019 | 03-31-2019 | PA0002163973 |
| 119 | Info Hash: B325B7E8107FC52C71CCBA7A995E4E75AED840B1<br>File Hash: 00C5EB6E231D7C6BAC34B9BF59414E24089B2DDAE038D1EB410827A14D8A5084 | 12-04-2020 20:21:47 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: DCAD18D1769B4BFBAA3A3EA69FDF9EB2E6DD3EBC<br>File Hash:<br>8BC5287501DC7255DEE91B0784FCEB9398AEBF152113247F171E565D00E0997B | 11-30-2020 22:37:52 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 121 | Info Hash: 1824C8040F5A4D239F5F875ECDD51C5901F5DD07<br>File Hash:<br>C71376D6CE58980B5F413B8F685898D8A992E2AF5F01D4392F6DAACCD2CD6FB5 | 11-29-2020 18:29:00 | Vixen | 01-19-2020 | 02-20-2020 | PA0002237691 |
| 122 | Info Hash: 0F8632B2B3A545D727423E0A4D424553543372B4<br>File Hash:<br>7C4E73CDB7137555C39A9DB8B09817062E15723B62F39CF20E24129F7C397759 | 11-19-2020 18:39:50 | Vixen | 08-22-2017 | 09-15-2017 | PA0002052852 |
| 123 | Info Hash: 31A8F8D6F5F44439A0746AC2A1FEECBC46A39FEB<br>File Hash:<br>722D74E39C11DDEF29652D55415EA1762EF6EC36A73642EC20CDEFBAB5FE5906 | 11-15-2020 17:48:32 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 124 | Info Hash: E3D7FA29C9F6754E16C7D1FEFDF33C64C064617B<br>File Hash:<br>DD18A54A6F64EF5E893A2DBC3EDBC359F9EAC3688B6BBEFA85BB033ABD013870 | 10-29-2020 05:56:56 | Vixen | 05-29-2018 | 07-14-2018 | PA0002128390 |
| 125 | Info Hash: FC2051300F7BC5F36EC201CAF598CDFCA97F843E<br>File Hash:<br>20F39E0E6DF2FA9B7F6F6CF4B9E9B5EB716A444FA8374638D889EF27B1313222 | 09-24-2020 01:48:43 | Tushy | 06-15-2018 | 07-14-2018 | PA0002128159 |
| 126 | Info Hash: 340388F38581DF5E919342C8EBB209978EEA9633<br>File Hash:<br>C6EADA660D518FE1F1BE432D3C0ABF2A095E0B0E0CDF5A2D7FE4C87E0A364900 | 09-24-2020 01:42:27 | Blacked | 01-30-2019 | 02-22-2019 | PA0002155138 |
| 127 | Info Hash: BDF82178BBE38FCF4A50D74C67C73973CD69EF23<br>File Hash:<br>7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 09-09-2020 00:51:18 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 128 | Info Hash: 53899240386726278E3748D184788BDA2D514934<br>File Hash:<br>3DB1A60532777748B0CDD51F470BC1997D18EEC914312A1540734BE202A5B859 | 08-31-2020 04:11:29 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 129 | Info Hash: A9DAC0038960EADE95843F02B56036175A03CC79<br>File Hash:<br>0664B771B097A6EA9315E7DCE4630DD76107E324E76038F20602EADB9A227CDB | 08-27-2020 15:15:08 | Blacked | 10-17-2018 | 10-28-2018 | PA0002130456 |
| 130 | Info Hash: EE33CA60AB1858DC8FEF12E32CCDDACAF1DA6869<br>File Hash:<br>62A82AB39773381B26F80F1BD32CF3446A7C635D39B850DC1A65673DE5D2E09C | 08-15-2020 05:17:05 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |
| 131 | Info Hash: 72CFD4B4691B02EBB6C3CFF42484A166A3434A64<br>File Hash:<br>D47D3F2C4A2C8761FBD9119C5BC275F0090F8E62A9CACBABE72F60CAA2FA3537 | 08-03-2020 20:59:30 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: ADC6F231FE7F58D641F65B08DBBDE1CB5B7D01E6<br>File Hash: 4583AC60B0A8B993DBD98607FB2A64A7BFB9776A97E1D9408D63A98763FF2732 | 08-03-2020 20:28:27 | Tushy | 05-10-2020 | 06-16-2020 | PA0002253266 |
| 133 | Info Hash: 10CDB291CC491B7D3AE629F9FC0B39A2F6240114<br>File Hash: F1B9022EC5907D3AE130E557162F6E1FC5CEABB439AFB36D566E3597AF8C3BAD | 08-02-2020 06:03:55 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 134 | Info Hash: 2710D41458459FBC23A2AAE41110EE55BE1D611D<br>File Hash: 8CFFF825B7B0B0F4DF5BAA70ABB6F6586101BBCAD24CBFC7E47A805412E347A2 | 07-26-2020 19:02:56 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 135 | Info Hash: C422B5A51FDCCA3AF8EE933ACC0B4E7648B6A4BA<br>File Hash: CA496CE59F2203BD26ADBC196B8C3764225AFB30AD840E8F38CE84B92DDE8F83 | 07-25-2020 15:09:27 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 136 | Info Hash: DFF1D77797C41F60EBB9A50A416E4E23207F0AF9<br>File Hash: E4BE58FC2ADA23AC75FA4EA3AFAE676AB154F95FCD2F0C175148DCB0E19EA602 | 07-24-2020 18:38:20 | Tushy | 06-28-2020 | 07-17-2020 | PA0002248597 |
| 137 | Info Hash: BB70E95DE9AB25B990DB4DE8A13E192C7E4238D6<br>File Hash: 230AC2723436FB510813623F6EB4A10E892D81E00376F08C4B6C3EFBF906BD9B | 07-24-2020 06:38:37 | Vixen | 06-18-2017 | 07-07-2017 | PA0002070833 |
| 138 | Info Hash: C8BF43D1C97CFA2F83ADB8A32F39ACAABFCDAE24<br>File Hash: 59A88FC83130B7571A183F1538701825CED832184729F4FC7C643C6CD5B2664D | 07-22-2020 16:16:45 | Blacked | 12-11-2019 | 01-03-2020 | PA0002219628 |
| 139 | Info Hash: AB1479022A1F4AEDC52D48AA2AB45380C18B7FDE<br>File Hash: D199ACE7CD06637DD2D6E8A8679A8DA1AB5A1FB28638536F51C9B42FE8F5A177 | 07-22-2020 16:02:26 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |