## Exhibit A to the Complaint

**Location:** Mableton, GA  
**Total Works Infringed:** 112

**IP Address:** 73.237.134.98  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8E6BB02CD149633559388FBF5770D2141BC060CB<br>File Hash:<br>702B7BF6362EB81A8C19D53B7C24D08FD012F90BE86128205638FEF6213A216C | 05-15-2023 06:55:04 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 2 | Info Hash: 583EDCC72A8D72F8980D91AB2558AF1883F861E9<br>File Hash:<br>2E0D08867BE994D2978A56910F1B2125341249E60268D98A164F9A435C92FB7A | 05-04-2023 10:30:03 | Tushy | 04-30-2023 | 05-14-2023 | PA0002411311 |
| 3 | Info Hash: 89A1B4D1F12E6DFAE02ACA7A826A3F026370983F<br>File Hash:<br>3D313A2A5A266B793BF55B69B8084D4C8807B20140D8382EFD7803C04570EC76 | 04-28-2023 10:00:21 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 4 | Info Hash: E70EB5B746E398132C3E7F77957E806A4D5584F9<br>File Hash:<br>38383C3B64F8835C1AE094B064FAC2D7A8F53E04CDC6727396B7B5693E9E0287 | 04-18-2023 01:57:19 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 5 | Info Hash: F8FBC36D824DEAFA3B0065D6F5B56870A30EE4DD<br>File Hash:<br>C9BE0488CC1277581F0DE03434554ECFA894B8DFC32605AA8319A2FC7BC19879 | 04-18-2023 01:19:48 | Vixen | 04-14-2023 | 05-15-2023 | PA0002411265 |
| 6 | Info Hash: 7B62855029DF45E29373896DAEF5941F1BD3A57B<br>File Hash:<br>96E1B5A574C25A62C9B806F1B4DB2C67350580EE8C8BBD909D363E037141C006 | 04-12-2023 11:02:18 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 7 | Info Hash: 0F4CEEDB8F6D27D7BFE969C594FE95F2BEED79B1<br>File Hash:<br>45EF60C61C818F4C41D4026EECBB5D2C42B4E3351E52714FE05EA5CEA09F96C9 | 04-12-2023 10:11:35 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 8 | Info Hash: 3D12C142E56A6E39459711907ACDD5A07DA03127<br>File Hash:<br>DBC642F9DE43810227B6EDE773175652DD06978B99E6B302A7F07C9F2EAEBD77 | 04-12-2023 08:51:17 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 9 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash:<br>902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 04-12-2023 07:42:37 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 10 | Info Hash: 89F958D507CD3D674F1E7D1779C02D717C70434C<br>File Hash:<br>B5D31B55B67A613807EBBE4CE720BB877617D202C94A27E457204CD09B918633 | 04-12-2023 07:42:35 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 11 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash:<br>093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 04-11-2023 09:56:37 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 85D33E37973102266D0B7D4205A49292648C776D<br>File Hash:<br>086C66E3451799FB3311737E48052E24959A67E22D829F127DA52826BB9E7AE4 | 04-11-2023 09:19:35 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 13 | Info Hash: 3777B1D1DEAB912371BAB2EB00A80A71AE9DF046<br>File Hash:<br>8416F84733F25D958C071C250C42F9CF58200F63B370350D2B9DFE463E91C4E8 | 04-01-2023 11:08:29 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 14 | Info Hash: 585876466B1F2F4AA1112EED355F0C88F5CB885D<br>File Hash:<br>BF977542497803C4E4A2CB9360802C087465741BEEACF13BEC45CF047C90E546 | 04-01-2023 10:24:58 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 15 | Info Hash: CA55EE0549539116BEEB98AFBC236DD49DC9DF63<br>File Hash:<br>A5B3FE18786A566C886E2F259B85D1484B4D7BD0E2FD6499304446DFAEF2DB6A | 04-01-2023 09:03:16 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 16 | Info Hash: 7FF31BAE159F522447D023CD6FC27CA0C3E4EE35<br>File Hash:<br>3C4C82D316C5F8DC31AC46F754A6847B902597E7145CDCB0F990567B216A07BB | 04-01-2023 08:36:51 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 17 | Info Hash: 7E55EEE7E3D566F74E389AA6262B0B6F4A551118<br>File Hash:<br>A7F4E0943508A2694A0FE2D61024363964202DBCFFCE54C8D227D584B68FF306 | 03-31-2023 09:59:05 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 18 | Info Hash: AFDAF2670BB44482DA3209D86D5607DA361E9266<br>File Hash:<br>9101F95536C92829B35C2C2FBF587833DD9CA95F4A6662595BC68711F8CDEDFC | 03-29-2023 05:39:34 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 19 | Info Hash: 247E71B595EFD4A85203F975B66308A30213B08E<br>File Hash:<br>09A96DD9CB189341B9D0B78AD7BC5348CDD9ECCEFB4FC06BFE81E4B706CD15AB | 03-06-2023 08:32:30 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 20 | Info Hash: DB22FB891C450F3097341A02A7BCFF3155BD856D<br>File Hash:<br>2452D5E335E2045D0C8BF4B0F4DD3BFE442CF23D2CD669729E6882FD8C1AE991 | 03-05-2023 11:24:10 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 21 | Info Hash: F05F0169479204CE56FF859CBE4FD2EB0564ABE3<br>File Hash:<br>1181AFB25A13206AA50BAE4BD1136CB32A83726B277443E2712CF0B4E7E2F1AA | 02-24-2023 13:58:54 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 22 | Info Hash: F49BA4E6091C6D9E11FBB2B632006B30498AC2AB<br>File Hash:<br>18CB958941143916D255D55A664B7480EAD29D41A9A48F7DAC740F2F2BE86074 | 02-21-2023 06:49:53 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 23 | Info Hash: D54AA0900EF67CFEEA274727BD1234A04A851773<br>File Hash:<br>9E03E8F2EAC1127ABBE3600BBFD0799C99F41910D75F365CA4859CA4C9F337FB | 02-21-2023 05:31:06 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BCE116DA0D7A4F922DCF246312684DC62C6CB51D<br>File Hash: 7ED08C6E048959DB51E9820F5B8037F953C3CF62753EDC8A8FB0452D00672CBD | 02-09-2023 06:49:14 | Slayed | 08-30-2022 | 09-22-2022 | PA0002378449 |
| 25 | Info Hash: A9E40993CDF31BB22C8E5F4599B2EF6EE63DAEF7<br>File Hash: 9250EF7FEF4CAA5B5AB85408343C823D459E63E331AFBAEAABDCE9C70F37B245 | 02-05-2023 10:49:42 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 26 | Info Hash: 0AC629E1B29686D67279EC8B6EA141C079FD7E7A<br>File Hash: 2015A762D99B2737B5E3CB11EBAA755FA4DC2779A31E6786B767D3C1E56393CC | 01-17-2023 07:07:34 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 27 | Info Hash: FD0A6A0208C999DBF4EC9B28FC0ECC7EB90801C1<br>File Hash: DFA73174B98FECFD5BB37B15D8F4BC95AB92F96CA354D64D95D96BCF32803027 | 01-15-2023 12:18:34 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |
| 28 | Info Hash: 5F1842D1212706E5A613D18765C50E0D7494DDA4<br>File Hash: 848EE2AEF1B5A7DA11B5BBC7D40B123D9FCDA5DB0C6E7F23C505BE6B24E76888 | 01-14-2023 07:42:53 | Slayed | 07-19-2022 | 08-10-2022 | PA0002370906 |
| 29 | Info Hash: C9424E695466A28C291581C789F844651ADF1521<br>File Hash: D2C602B4A11E162C545084A1EC99CCAA85F902CBB303C537296B269B75EB350C | 01-10-2023 13:03:51 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 30 | Info Hash: CF36F45DF2833E0C4D10621B285785F4078B05CE<br>File Hash: 4A3A50C8A137603AF774B9BE906EE3DE38433461B05B22F5B4FC817E199A4ABC | 12-27-2022 02:31:18 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 31 | Info Hash: C7FEB8BCFF4D37F2A44B5ECF2B9B51E85EFCBE3B<br>File Hash: 5A0A1F0D0F5DF853C165F304720FB95BC242BEE8B351824489CDF46A9133CDBF | 12-12-2022 03:05:11 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 32 | Info Hash: DD09024DDB3471C51F03A61A47408F7830FBBDAC<br>File Hash: 2464AE980656F2EA5441FD4F8102EDAC7497F3973B667E64A18A979326061877 | 12-09-2022 12:06:14 | Slayed | 06-14-2022 | 07-21-2022 | PA0002367489 |
| 33 | Info Hash: 98B2D0862F0A88E79B06A725844E6CC314356E94<br>File Hash: 6262B57DA0B9515216626DB6F1276F038EDDCE350544A5861C7331B77684726B | 12-06-2022 05:31:42 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 34 | Info Hash: CC9940611BC3E245EB2BBD12D08F766733624EDC<br>File Hash: 0FD586D9FDE069E2057CA6E01C0F80DFAC14DBAC60EF195747AEDAE1DD46B9A1 | 11-21-2022 10:54:27 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 35 | Info Hash: 3F2C77EEEB7E60E00F08C6B2372C0DF949F27870<br>File Hash: 49DBD6B87DCE0411C7014A67AE306E2420507B0811F56E367420F42814BE2FA2 | 10-20-2022 07:33:06 | Blacked Raw | 10-29-2019 | 11-15-2019 | PA0002211918 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 1F56778CF6DEF1EA94150B31504211DC4A33F6AC<br>File Hash: 325298530E08E5CD952EAF03320F0A7A86CFE68A5D4AB60FAB97E76957A63604 | 10-19-2022 07:24:13 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 37 | Info Hash: 7A5B23D006D7D73F6F7E62457F522B3B5EB8E168<br>File Hash: B698E2FB5DA2FE5AEFE625CC3367B0A1053DBED35BE71015D61370F105FE5A99 | 10-03-2022 11:47:24 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 38 | Info Hash: 87D17C787E4519FA1473FE7788E1C42B65536D84<br>File Hash: 0F74C43A29131F5813588AF86ED14E18969C1E099D3F740DBD082BBC4FC3E129 | 09-28-2022 10:27:14 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 39 | Info Hash: 4E94ED79494685938C1A0B5F42BCD1C30F137C0D<br>File Hash: 4A44419A681C9E6241CCB8B2699BED33A47675D5848ED22EE581BD39525AD13C | 09-18-2022 10:11:46 | Blacked | 01-20-2020 | 02-04-2020 | PA0002225586 |
| 40 | Info Hash: A6D8F7D4C171F92B974D699DEED775D9F49AB6ED<br>File Hash: A08F7FC0A88AA1C8F2C4644AF5217623DD09124D80F116988FC939FDFF3EBC01 | 09-11-2022 07:44:24 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 41 | Info Hash: CB7A5E299DD056ADA4749C201FF085FF3BD0FD5F<br>File Hash: C510B8AA5FF97799743E91CD025B862725A3A8EB79F5C8DB8E042F8BFAF83F38 | 08-31-2022 02:03:23 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 42 | Info Hash: A45135933D2916166CD81B774C59AB9D551ABFDD<br>File Hash: 5BB4FD9BB134B08DCB2F522421309D45E957B0FB1F8FDEAE7FB262B439168267 | 08-02-2022 10:37:22 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 43 | Info Hash: B2BD02F85748E9B929C507FF7927035B3DB7D9C3<br>File Hash: F5512656E2B6581C621ECB4540F947AD22C4D7282DEBB316F0E72005F6943ADC | 08-02-2022 00:20:59 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 44 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash: 3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 07-26-2022 03:44:08 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 45 | Info Hash: 10C8618A6AA04A68F644EC970D0A0DF94834DD09<br>File Hash: 4B77585E0AAEE81EA30A41465AD832C89D4380E20D49710021C28908D661BF62 | 07-11-2022 07:14:36 | Tushy | 07-05-2020 | 07-20-2020 | PA0002248967 |
| 46 | Info Hash: 3D15BD9270F98EAA548FFE1E21FC6A5F85154284<br>File Hash: E0F8165AF74D268377287D771661A028CEBAB0638E6CAF58535B2C77BF9977BB | 07-06-2022 09:03:07 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 47 | Info Hash: 8B8121EFC83C05C064E4AFE61514F97F1604B993<br>File Hash: C6A8635515B6718F3700916B7E6206D733C91000AEB4A967E4205BAFBCF09549 | 06-23-2022 10:40:42 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: BC766D094BC26A1C7D8253340CE684319CF84B7B<br>File Hash: 35F0C1AEAB1463E33148CF37F773DA4437E2C6C2C822B46C557589DF331A4911 | 06-22-2022 11:36:51 | Tushy | 03-06-2022 | 03-29-2022 | PA0002342854 |
| 49 | Info Hash: 1A3444AF367667665E8DDA8E7175336A4741D509<br>File Hash: FE8E500672618778C713D0E7A0330DC871C92CE51FB9A89D3B08CAD7440EF770 | 06-07-2022 09:01:41 | Tushy | 06-05-2022 | 06-27-2022 | PA0002355037 |
| 50 | Info Hash: 3FD96EBAB156AB06D2F9D8793A1D2C1C629E602B<br>File Hash: E5C8FAADE01BBBF1AC7CC76DD6E7E6CC5A17EF7628A0C5CDB1C4D6BB3CA3C7CA | 05-29-2022 11:21:38 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |
| 51 | Info Hash: F9D323E92C1B52C4B9C7B3BE636999A90C5C456C<br>File Hash: EC42FA5058FEB8ACF76554CA12F5AFD7D92B46D28BAEE7B91C18824B6A9BA05B | 05-23-2022 10:29:52 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 52 | Info Hash: 6A5D9370CA72DA78188CB1BB257CF9A163F4D16E<br>File Hash: 229FBED0F75EC89BACBD6B47A655A7FCB8F8754E82B1208022E47D4894D3C441 | 05-18-2022 09:41:42 | Tushy | 05-15-2022 | 05-20-2022 | PA0002350379 |
| 53 | Info Hash: 14B10A509F9801CDB0F3A26FB468B879FA1052C7<br>File Hash: 7111B20609AC2DDD76A51E9E2F4910F0DFD86179DD930790BD97963AE5C365E0 | 05-03-2022 06:59:29 | Blacked Raw | 03-07-2020 | 04-17-2020 | PA0002246118 |
| 54 | Info Hash: E487AEAF023F000FA0480422191EA7DFF77E00FB<br>File Hash: AEDD21CC7A3E4701C1F3B23E0A5882C51BC45309D48DD1CD664C8F846FD123BC | 05-01-2022 11:32:51 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 55 | Info Hash: E7FDDABBC3B335490CC4C34FE278FC3FC1E9CA3A<br>File Hash: 851E28AEB30D67537AF975D6C2ECE9120775E63F2CBE44D40A6377EAD585F91F | 04-28-2022 12:15:00 | Slayed | 11-23-2021 | 12-03-2021 | PA0002333377 |
| 56 | Info Hash: 75B7A9E8BB57C0DED8FB1DCEF38262201FC77BAF<br>File Hash: E87665078C528E45A21C3829655A181D79A3FC75EBB016128A1AD0802A521642 | 04-26-2022 21:55:43 | Vixen | 12-20-2019 | 02-03-2020 | PA0002225564 |
| 57 | Info Hash: 9E1543FF1003B36A96330F556507E44979C5DA95<br>File Hash: BE9B0C5F0776C0A8009C6FA969C635377B9E276FECD044BB314FFD52B3FE0A34 | 04-20-2022 11:10:01 | Vixen | 01-07-2022 | 01-17-2022 | PA0002330115 |
| 58 | Info Hash: 5562787D91E3447D81F9275687499D136F496655<br>File Hash: 67723D0C5886F713BFB35B01B63D0B9E7465530B4EB34D54894692D91F4964BC | 04-19-2022 10:48:03 | Tushy | 05-23-2021 | 06-15-2021 | PA0002296928 |
| 59 | Info Hash: 3321D4A107CC41A39D14B9A2A14AFCD6203788D2<br>File Hash: DCF1E61DABBDACAA1F49306554569F401A676C097E6BFD2734C8AD5082C1F676 | 04-19-2022 10:41:44 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: D912208EF1F17E3441A908883CFF7A109C5E3271<br>File Hash: 9DD5BEB56586775138EFB85C4317C94608BA197B63534B89AFF3E9594E63CF24 | 04-05-2022 08:49:37 | Tushy | 04-03-2022 | 04-21-2022 | PA0002353478 |
| 61 | Info Hash: 99CA02602A2E66B687F9268E8EB1A347D5E3400A<br>File Hash: B5493A9D95EC55F89AD2FC50FF30B82C9CF69CF0A547E3960D95C3E36C4FE904 | 03-22-2022 02:38:01 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 62 | Info Hash: FFB6EDFA66EEEF53EA113883593C28EC6BCE89A1<br>File Hash: DA2409230A42FC458468201810275890
52AE7C23274AA50393F3E49B9D372671 | 02-28-2022 11:56:23 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 63 | Info Hash: 0037DA9FB4051C92508CBBBA373DABD0E0136A1B<br>File Hash: B923F8AB3000E2C1631E54FFA590EF69EEF25538A18DC99E2FD1BF7A7B266856 | 02-09-2022 09:43:54 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 64 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 02-07-2022 12:18:48 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 65 | Info Hash: 3B104566A2BCB3F46E29CC0E86D6767E0237B832<br>File Hash: C5FCDD622F55A9AC113F5532F333AB784FD37E4E12C4304CCDE27E9C02E8B2E2 | 01-31-2022 07:56:46 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 66 | Info Hash: D737A6CA858EF03C86F6725437B0348CBD4B9A3E<br>File Hash: 5857EA96D822A40195BC6ED470BB786E5529266A32137AC9F2B636F247268418 | 01-26-2022 09:16:52 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 67 | Info Hash: 82980AB876C2E0D6AD6D7D00937AD920F8211267<br>File Hash: EC0188942436E345833E4B637642A83B850471132EE8338BD89D3926B8E17343 | 01-26-2022 01:53:13 | Blacked | 07-09-2019 | 09-10-2019 | PA0002199416 |
| 68 | Info Hash: 91715251BBA1712249DAB7C6494CAA8725A810F1<br>File Hash: 9AD951E60F2F01CF94148BD5E3535BC08829AE4B53E5B9B802D6A9949CC883AF | 01-22-2022 11:44:09 | Slayed | 08-05-2021 | 09-08-2021 | PA0002316094 |
| 69 | Info Hash: 9408222E6A579EC45D770CE22C4664CDB67A6120<br>File Hash: 2D5319B78F39D032310069792A235C55A4D4AE4916C47E9D0DEBE64B1DAD58CB | 01-22-2022 09:50:09 | Slayed | 08-19-2021 | 09-08-2021 | PA0002316102 |
| 70 | Info Hash: 327C0E8150722CBF9FFDC58A5020FBDFF06C386D<br>File Hash: FD65E67F64E2423DB5CEA83ED6701FFA2963BA0D8CB64077CDAAC5C12705CF56 | 01-22-2022 09:13:16 | Slayed | 08-12-2021 | 09-08-2021 | PA0002316100 |
| 71 | Info Hash: 70F50AFA3EA776978DDA89056394C76F329E76FD<br>File Hash: 622C928A86D45B2F977C5E2EAB950E3D251C729EB4D6886E037E802F79A9FB7F | 01-19-2022 21:35:06 | Blacked | 08-01-2020 | 08-11-2020 | PA0002252255 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C<br>File Hash: 14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 01-19-2022 21:35:05 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 73 | Info Hash: 2369DA2EA39DD17E91F2F55D81946629A7872B9E<br>File Hash: DC064752573A2022E4D177464D8CF99257640F88BD2CF8277CA68C4479A71323 | 01-19-2022 12:23:22 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 74 | Info Hash: B647E1CCBA42AFD3805DA6BCE0F0ACC6E6FF37D5<br>File Hash: 139E54F70D9EAA3AA3C66E2D5B5FCBC8C33DEBB82252E73383B525B68920CD09 | 01-19-2022 04:36:16 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 75 | Info Hash: 892AC0EA6A2C5EE282AE707D4FDC1D3CE0031E90<br>File Hash: 5935F939E03EFE7B107E7A8EAD52D12413FEE21DF6710192553EB3815DCB4ECD | 01-12-2022 09:38:04 | Blacked | 10-17-2019 | 11-05-2019 | PA0002210291 |
| 76 | Info Hash: 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE<br>File Hash: B0CF8CDC8AB738EDE332DBC1B97E7D7E6A7F0F85DE8FDA2BE1DA130155775A70 | 01-06-2022 04:12:01 | Vixen | 02-18-2019 | 03-11-2019 | PA0002158598 |
| 77 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 01-04-2022 11:02:37 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 78 | Info Hash: F1584FAF400BC09FABE20E779B802AFC7FE8A611<br>File Hash: 24C378B8BACF28DAC8B8B20B69A1BD1ECEDFE895E79BB51DB21C6A2B80B5D914 | 01-02-2022 04:25:38 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 79 | Info Hash: E2AF5212D0CB21D08E0F0499010A5D18FF3B2C44<br>File Hash: 555F9DF51CF13CB23920D4C349847E4499EE767ACD319A5613CAB5CB94B1F35C | 12-14-2021 10:59:27 | Blacked | 12-11-2021 | 03-04-2022 | PA0002345793 |
| 80 | Info Hash: F3C8C2B70C4721A15FB2C8915851EADF3B972663<br>File Hash: 1FF81BA4F9C2F864ACCE3C70EDE79C1BD95FE4B8D85D234395B0231020109BB2 | 12-12-2021 11:25:48 | Vixen | 12-10-2021 | 03-04-2022 | PA0002345787 |
| 81 | Info Hash: E078B84E2961C5CBE891F39D63B85A576897E52F<br>File Hash: C1D0623A72047DE21B1893F87BAF08BDA03686FEBAA0E67DEC4BF173D6B3E231 | 12-01-2021 05:51:18 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |
| 82 | Info Hash: E24C852E6DBF23B373BDCCF6C77C3FA2CEDAC5AE<br>File Hash: 52AE1781454B2D691E9D73E3A8DEAB862E8EB61C4C6392B8B8917991D4D928EA | 11-30-2021 08:34:24 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 83 | Info Hash: BF90C6D1B3C85C2F0D54127979837F539D753821<br>File Hash: 4F4CE01670E87386E959A04EB6B5BC51679C5F5D9DD0D6226475E2F200FB7172 | 11-08-2021 08:59:45 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: BF56C996908BB1526FAFF9637F59C8CB541FE7DA<br>File Hash: 698076218FBAC8B4C49A290F1C2806D3B6A2600C8A1FEBE0F0BB25EA5D84A6F6 | 11-02-2021 08:40:43 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 85 | Info Hash: 1D41990AB5A3C4C31036F316B1BF79C315123F72<br>File Hash: 12ECE9683A9BC28BC1117CB6E408E662AEE7D8E035206170B47DD4E309FE251B | 10-26-2021 11:28:48 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 86 | Info Hash: 6EF0A990E2D6BED03ACBC94E6B32574AECDD887E<br>File Hash: 11FE592AC86B40021DC11C07FF2DE45F5B9C4DBD2F4EEEBCE1318DEC8054A07E | 10-22-2021 11:59:08 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 87 | Info Hash: DB36A63BDF54F82FEB476FC9054466F942B5C14D<br>File Hash: 2AC36A6CC2AF4F2EACC724A4295EB5F19809D17B1FE1F4E5E7C96F6486AB66CD | 10-19-2021 03:56:16 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 88 | Info Hash: BC56F83209A6EACC873D0DF0F7F89DE072F64235<br>File Hash: 2334FFB84C15582D1F3D7054C16C996E10A3FB6B61D94C71A0645B8A5058F270 | 09-15-2021 11:13:56 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 89 | Info Hash: D3C7547DFCD8ED55266AD1B89E3DB438623BAFF5<br>File Hash: 77A1BFABFF7693F1B8DFD978DBE77DC1B649C8700FA90290EAB65328CE80BD32 | 09-07-2021 10:15:57 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 90 | Info Hash: 9166337185E648B47AAEFA857CDFC5288A1BA5FA<br>File Hash: F30AD5E122CC7A08179414E20BF3E69012CDEC3105935416D6C8193BCFF2FDD1 | 09-07-2021 04:09:31 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 91 | Info Hash: ACC9DC52EE520782E8D1E1692200BBCC6E2104AF<br>File Hash: AEA1375F4622204ADC2D586829AA73E726192A8DA6FBD7628520A35D818638B3 | 09-03-2021 11:47:16 | Tushy | 08-23-2020 | 09-05-2020 | PA0002255481 |
| 92 | Info Hash: 2AA08A9659D3253B9DA04A8BA71ABBB9DAE10FCD<br>File Hash: CD0B6984F24C8EF6E188C5A68904A690720892824238225AA7F310411A8709A9 | 09-01-2021 10:49:34 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 93 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 08-31-2021 11:02:38 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 94 | Info Hash: 752E7DEB87A02334B5649EE1FC8F0D941D627158<br>File Hash: 71B09A393C031EA3C4E064DF8E2A8D683B27DDB53606D4942CBE12A690354ED8 | 08-21-2021 11:59:40 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 95 | Info Hash: 3626E37B98E6B3B07FCA8413F31B4B5010AF36A0<br>File Hash: 7209B9CB5CF161ED01492534490C4F80DEF5D69EEA452978FB71FEA61DAF32DD | 08-16-2021 01:13:07 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 7054652C3A1756B1D4B48572E12896AEA1D14296<br>File Hash: A4C245DA7141B84750664EA8097CD2E42D79470052B632D1907A68EA4251B0DE | 08-14-2021 20:55:40 | Tushy | 06-14-2020 | 06-25-2020 | PA0002255507 |
| 97 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 07-22-2021 16:08:22 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 98 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash: 57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 07-10-2021 10:25:36 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 99 | Info Hash: 2AA1E47E91379474AD909FC7AAC03259E5ECAAB5<br>File Hash: C74F9ECD8D5FDDE4E356A41440B961B053D9AE463930DDFC9C6982488F7A5C87 | 07-01-2021 06:40:58 | Tushy | 06-13-2021 | 06-24-2021 | PA0002303160 |
| 100 | Info Hash: 8D1FD7C2EBE2FA88228601C874E3EBD31D2F524A<br>File Hash: 1758B5DB51DD6950A5BD9225EBB5759AC48CB6E53BB6FB95F253886DA519BB1B | 06-27-2021 05:10:52 | Blacked Raw | 05-12-2019 | 07-05-2019 | PA0002206384 |
| 101 | Info Hash: 37770327DE41D6F5F726FC58C981CC38141CF53B<br>File Hash: B9F735E843925DE5C30DFFC2514755A4ABBCD41171A56EADB99DA022453CEF9F | 06-25-2021 10:54:39 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 102 | Info Hash: 25BB736475DB18C804D23B6C8888A5CA4BC9F352<br>File Hash: F1C4DC35C38B94BE633D4031C4310D521F01B681D5C548060BEBEA53B2BB2A40 | 06-13-2021 09:04:09 | Vixen | 02-28-2018 | 04-17-2018 | PA0002116071 |
| 103 | Info Hash: 96B3628EFA7DF33F1BEB4DAD1855B4125CC9F71F<br>File Hash: C73C4EBCF120B06461B10401591AD60A4689546CEC9EF574D1FA2B5FE37D8BAB | 05-11-2021 10:02:45 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 104 | Info Hash: 8CC5F5562BB976852F1A18D1A05A1521F9BE753F<br>File Hash: 3AD9D700E3F97B339EE4AB3194BD42019EBEEC70BA54DCDE89462E24D39DF293 | 05-09-2021 09:25:57 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 105 | Info Hash: 3B2FD1125889BA74AD67FE10596A8F2232FD097E<br>File Hash: D8657FA18DD4690000B6CC0275622D8EC56C36D98297B55FA45B209041954A7F | 05-04-2021 11:03:23 | Tushy | 04-18-2021 | 06-03-2021 | PA0002299684 |
| 106 | Info Hash: 338E433F3E451BB2217BF626F766609E431CC6E7<br>File Hash: 0567817E0C2AC63DFA227FA811FAEDEA563D748039F2A2B1F4B98DECE9B2614B | 05-03-2021 09:50:09 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 107 | Info Hash: 7C1C37E0ABC8D85BE517AD60BED3A751831AD194<br>File Hash: 02B459167F92D8A130C444F9A7BA878D125BA893D83E1BF1593326B653BF07E7 | 05-03-2021 09:32:39 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 008DA188005ACDC2FA70B3EB1000EE4E82486224<br>File Hash: 00A4757DDA67F9843A2086E80C313DAF963BD9C300BF0EA7AD2DBAC2B7696FFE | 04-28-2021 11:11:59 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 109 | Info Hash: F1ADA4B152635E374CB02CBB2734821C1EBA0FEA<br>File Hash: 02AD89DB00967266D1A58564DDB8DDFF0473A5FF9E19DC0A69AAF10B6DEB6F4F | 04-28-2021 11:01:51 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 110 | Info Hash: 02BFFB5ABA89AFB204A93A119576F476EC8CF8F8<br>File Hash: 3C6A647608C6BBCC47F01D5713432F8CE416D3F3CA9E387932F3B6134947CFFE | 04-19-2021 07:55:17 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 111 | Info Hash: 707F4A4BBD6E9CFFD7415FA0DA9788055892AEF0<br>File Hash: 045CEF7E81768757AD3A87D866DFAFA09E3137E2BA2BB6ABD2FE16A9FF7A2AC4 | 04-15-2021 07:20:06 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 112 | Info Hash: 0C147B5F0CE41966A8A5DD9F7E8065E307EA035F<br>File Hash: 1D916BEAF3A0F94CFE80F5214C1BB24C4FE933C4F16EBF4048B5277D24980A4B | 03-29-2021 12:09:54 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |