**Exhibit A to the Complaint**

**Location:** Alpharetta, GA  
**Total Works Infringed:** 118

**IP Address:** 24.98.241.205  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash:<br>4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 05-20-2023 14:53:01 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |
| 2 | Info Hash: 280E88FC7CEB3E5E96E3E41175EAE19DBA741A70<br>File Hash:<br>9BCE1453FDBB1652779D3192C951886B4012BF5A70DD665E0BD60995EA48ADA7 | 05-19-2023 11:02:06 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 3 | Info Hash: CFA75A24B84A2616FCFFB6C021018A2CBD810625<br>File Hash:<br>E66FFF6C6FDFF2A69BB993DAB1FDD5F17A77176FC647F8F3D8CCE1D9DC9F0414 | 05-16-2023 11:12:50 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 4 | Info Hash: 396BF50A13E081323DD12E86943161E1B2555CBA<br>File Hash:<br>8794F3E9F7C4730ED14D8DDF827AC0F2D9A19C2ED54CCCD4D6ACCC16618C0AB2 | 05-09-2023 20:17:48 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 5 | Info Hash: DBA02866E5BD0D4D5FCFFB15FEB41DBEC49237EE<br>File Hash:<br>8722DD6B016D4F3C4ED50F3E0C96774BAC510F2F85F539DE9A858C201A2B0B56 | 05-07-2023 20:42:05 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 6 | Info Hash: 6ED38D738D7584B6A6DDE3498B50C2883D680458<br>File Hash:<br>38B1E812773D3E0FCEDFAC6038AF0A4D29A051DBFE54A4E37589413B2E2B4DEC | 05-07-2023 20:41:41 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 7 | Info Hash: C990E27DD9E35E65BA0AC86DF1E223F5D1042FB8<br>File Hash:<br>4CC2ED27B58026B705993370F1DF0AFDD48830B4755038F1C95CA8E637B5F3F8 | 05-05-2023 10:52:52 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 8 | Info Hash: D9D4959890E17E062486022D09BABCEC3F150481<br>File Hash:<br>0F1E8932199B6E3DA18389FC821E05D3A637B731FD5CAB7ECA60A329A4677EED | 04-25-2023 17:49:31 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 9 | Info Hash: 2D43246E337D836FBDA1D3C9D1B574B067658953<br>File Hash:<br>982099D4D8CBB068D78FEE4FF47B9E350092FA563CED821BDC86E6B2D8A893CC | 04-18-2023 11:47:32 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 10 | Info Hash: 570ADBBB385588D27AC048E1C5E6D9D686A08A39<br>File Hash:<br>A8E31D9E099E252807F9D97CDD655513D1BB72EF0912DB7668048E3E645898F0 | 04-04-2023 16:10:30 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |
| 11 | Info Hash: B22AAB1216ED522CE52834E7506D795A2411248B<br>File Hash:<br>F8B9B2CC2A23C1717960C4C8605F2F38EBE25569B658A891C3E26DBFB335A312 | 03-11-2023 18:19:01 | Slayed | 09-13-2022 | 11-27-2022 | PA0002388612 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B1D2CE1C12DD299D4C4746CA986BB4AB65FFD52D<br>File Hash: 08D68414DB8CE56E0E2B9DD81A16A3F1C07FCD452EE42EADAB5229E0F0D4391C | 03-06-2023 14:46:59 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 13 | Info Hash: 338981A824928AA763B9E3D9BDE9D25FD5AE168F<br>File Hash: 6D891684FA81001D494C68013471143BBC4D3997873DD9640460F3F031CF7CCA | 02-13-2023 16:53:08 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 14 | Info Hash: BF504F5D65B1ABA34CBDB26DF9139869DD20041E<br>File Hash: ECD2ECBE7728B5E763750C0BF7B1F180C8D2A55661DB70C2E44FEDE96571D5F4 | 02-04-2023 16:01:29 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 15 | Info Hash: 3F2C77EEEB7E60E00F08C6B2372C0DF949F27870<br>File Hash: 49DBD6B87DCE0411C7014A67AE306E2420507B0811F56E367420F42814BE2FA2 | 11-25-2022 13:01:27 | Blacked Raw | 10-29-2019 | 11-15-2019 | PA0002211918 |
| 16 | Info Hash: 3D12C142E56A6E39459711907ACDD5A07DA03127<br>File Hash: DBC642F9DE43810227B6EDE773175652DD06978B99E6B302A7F07C9F2EAEBD77 | 11-24-2022 16:35:16 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 17 | Info Hash: 117CA95ECA49CAFAEFB42B0B343C6631B6B37BBD<br>File Hash: 9746EDC3063F53EBE110CFCB65D94D0E48DE56AC10EDD87A90C772E2648142ED | 11-09-2022 14:04:31 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 18 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 11-08-2022 16:22:06 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 19 | Info Hash: 34488417D220035E3A3C3DA84DF53C84EFEABAF3<br>File Hash: 92B56D9F57F67C8C126AE2B872C9502926DE4E1D91E6F9C0D9D73B56F044A707 | 09-14-2022 13:17:53 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 20 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash: 72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 09-13-2022 12:11:18 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 21 | Info Hash: C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C<br>File Hash: 66B69E56D99068B2608C9506A71488DFF634122025E5C9C9DB6DEBEC490EA63F | 09-08-2022 16:59:05 | Vixen | 12-25-2017 | 01-15-2018 | PA0002099686 |
| 22 | Info Hash: 51B8B05E291259D05FAEE870D556CE9E549EB5EB<br>File Hash: FC775F0538AF2905607357E51C54370DEC7C7B8001939C08110CF0D3DC491655 | 09-05-2022 22:22:34 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 23 | Info Hash: D6A3E99D30A235B031BEF057B2B7DFF51825ED1C<br>File Hash: 6FF1E25C8D000D3F643B91996E43991D31BCD8E5615A12537938E7A2A62AEA9D | 08-31-2022 12:13:06 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0F058C65F3232B7C21FC46A70D9A282290A70729<br>File Hash: 13F283614EA119F14F567A4C85407B6D90A09735B58AE12228BE7A085CB81F34 | 08-31-2022 12:08:16 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 25 | Info Hash: 34F0DA2F0CCF929271FCC00697F4B9070B8C4254<br>File Hash: 14077D361F4604AA9DBBE92C06966CEF5BB7DC4073ECF07D76458645073A9F67 | 08-29-2022 15:47:00 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 26 | Info Hash: E9645FE775040144DF8957B3093DE2450DF1CEE1<br>File Hash: 8B99A3AC68E8AF718CE04BB3B534AC08098C4581955B4413F4AB61A2BD68673B | 08-25-2022 12:18:11 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 27 | Info Hash: C50A97142F035C9274F254D942B2345522D8160C<br>File Hash: E102DEE5B7978779E9BB196352C2916F671A0235B243982BBA8CA075337E7BCC | 08-25-2022 12:06:47 | Tushy | 11-14-2021 | 01-07-2022 | PA0002337916 |
| 28 | Info Hash: C20EA351BB316CBF2DC35ADB71846A2E49352ACB<br>File Hash: FD734D04BB084B82492FB2B26BB9EA993DAC49FEC7A01E646428AD8DC060F7B1 | 08-24-2022 13:11:46 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 29 | Info Hash: 65451406A437076E8149B26B85EDCB6CA42C10B5<br>File Hash: 30A7E78D661323E0740822AE6AF8B28804F021B3A6175376C8E05CB0F4680EFD | 08-23-2022 12:41:19 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 30 | Info Hash: 4A861F514AF89C6999139DFFC0321F5D4EF0E824<br>File Hash: 33E07E460A4950F02F7FC3688D45B6188C07F816781587EF0A051AF84ECC747B | 08-16-2022 12:08:37 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 31 | Info Hash: FB7E3EA3B9E083499E761482A6C6D7DFDB749555<br>File Hash: EE1EFABAC2DA07AF56C3C5710E9DE7C7EA142C3087F61B0A758DFD202F29E66D | 08-13-2022 20:19:17 | Vixen | 10-06-2018 | 11-01-2018 | PA0002141493 |
| 32 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 08-13-2022 19:42:16 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 33 | Info Hash: 18F37A18FE1AC5E6CEFE5CA0F702EDAF5E3130C4<br>File Hash: 3B4B2AF11D93CA07CD38FD8D08E0C77EBA6208A33E4B5A5D8973EA94748DF061 | 08-10-2022 15:27:47 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 34 | Info Hash: 90BEDE1C87FEF47FC502567EF05EDA19FC678383<br>File Hash: 1C3652BCCE2E0E7EE5FA9B6F3B93191E60F451482D7D4719175314D8D20782C6 | 08-05-2022 16:05:05 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 35 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07-24-2022 18:49:29 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash: 3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 07-07-2022 13:32:54 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 37 | Info Hash: 689714F8DC47B1691B8936738C41927C15E920A7<br>File Hash: 41027732D6E158F29A0F485265AE99F475F214F4748B2951D584FDD0CA7BFFD1 | 07-07-2022 11:48:52 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 38 | Info Hash: F32615CF72189CDD69E6151E4903AC651D3A7063<br>File Hash: 6891E3B37E52096A272BBC88EDD1A35D8021ED2711AB1A0858FAA335BDE45B8A | 07-07-2022 11:32:56 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 39 | Info Hash: 4F58943085E73C9139E8F938565E2561B0B6BDE7<br>File Hash: 0AFE4D1FAD285B1160308A887824910E1EE56599360B2B7935E8B86190E51E73 | 05-22-2022 12:47:28 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 40 | Info Hash: C174354B8FC2DF15F9D87535B08D3AF8DCACF608<br>File Hash: A2741516AAC01F46244E3E16DB0E56C9D51736047131EC0C1E92CF317E1EE2D5 | 05-17-2022 11:30:29 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |
| 41 | Info Hash: 8338EEE7422DE5D14A74AB545A3CBF4757117CD7<br>File Hash: E737AA61BA0EF6FF81A090E7305FB22391FA070E202D2B1D9D388715E79F5304 | 05-13-2022 18:15:28 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 42 | Info Hash: CD8618EED714855D34A7C9855FF48459EEFC19E9<br>File Hash: EB08A4BA3B4CB230C755314B682EDBF4E44BD95A8CFA29CA36280E9AD153B27A | 04-30-2022 13:09:55 | Blacked | 11-21-2019 | 12-09-2019 | PA0002216266 |
| 43 | Info Hash: 1C874498314E1D43B7C84B71ABF9C499E1DAFE63<br>File Hash: 98988B8583C8C6D0DE95FE6715F0208BDFB33479BED9DABA43D6EC4B91BDC228 | 04-26-2022 12:57:04 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 44 | Info Hash: B5E2089BD88F5B29E059EAF5C2E621B3B5008919<br>File Hash: BECF112263A05D3FF1CA87690A5BCDE1F3959970B8ED5F2898BEDFF01ABDFEAE | 04-25-2022 00:33:57 | Blacked | 07-04-2018 | 08-07-2018 | PA0002131913 |
| 45 | Info Hash: 0D5FB0229BB896030F25C3B8B468E2B54000B9E1<br>File Hash: 5370BB0032AFF40ECC6A812861A978958082995CBC2C328FB544CD49890BA25B | 04-24-2022 16:01:03 | Vixen | 11-25-2018 | 01-22-2019 | PA0002149840 |
| 46 | Info Hash: A2A1C767FAA153F3493B7EE8B0CC4B83E0CB3433<br>File Hash: A4A5846D3AE8034DCDAD8068643141752DCADEF8D46BE13880B05038C53794F6 | 04-11-2022 11:05:15 | Blacked | 04-09-2022 | 04-23-2022 | PA0002346430 |
| 47 | Info Hash: E90115F8B4EDB83CCE5CFD1711E21AAB8BFD0892<br>File Hash: 9CEE06823BBE8F033CAA7203AD4A26D243283B180012CD6182E454F7F89B26B0 | 04-11-2022 11:03:36 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 41B9096615FF294EFEDFF42BCC3ECCDAA0995D65<br>File Hash: 2EE66FF9981F894019BCF2A2479BEE32ABA6C2E16B91BB51B415750A635A5F42 | 04-07-2022 00:20:42 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 49 | Info Hash: 510C2BAB64EA5525520E00137D9908D94024D1AB<br>File Hash: 1C51B794FEAF50F037AB80706445580AD627E13343301FD34EDCC500BF4AB121 | 03-28-2022 02:30:34 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 50 | Info Hash: D4F4CB87CF6C9F5B302AEB41BD1901396245154E<br>File Hash: CB502BFCF04BDAE0BB88F6699859AFE62825B44BC764C9A7EEDE96882721EFA5 | 03-05-2022 19:13:58 | Tushy | 01-23-2022 | 02-14-2022 | PA0002335464 |
| 51 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 02-27-2022 13:56:16 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 52 | Info Hash: 89F958D507CD3D674F1E7D1779C02D717C70434C<br>File Hash: B5D31B55B67A613807EBBE4CE720BB877617D202C94A27E457204CD09B918633 | 02-27-2022 13:51:45 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 53 | Info Hash: 3573BF72004CCEC9F094489ACD66C333342B7E19<br>File Hash: 38C0674378E984C40D8A0F9B4C578F8B6884390C18F467B86D0F9EAE449B998E | 02-10-2022 02:22:50 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 54 | Info Hash: D92F7F775CCBBD4F3ECE1DE7284FB3730542DAEE<br>File Hash: C669CE7D75D3FDF661F023E3501959250791DBE0824213A831FB084112D9D1CE | 02-06-2022 10:23:05 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 55 | Info Hash: 1A6470E21E54EE628069047098E9B5DFB9B17ED2<br>File Hash: DC07CEA2B9742F1F04351D7A11868746045D5A1DF8F5A6E0AF00D9C69779AB3D | 02-03-2022 01:35:14 | Blacked | 09-02-2019 | 09-13-2019 | PA0002200702 |
| 56 | Info Hash: 72555676245CA53C457541455A41821330714A7A<br>File Hash: 4FF404477E05C99BDAB75A2082DAD57AF4A52BF2271449F1448891B4CD1A1BC9 | 02-03-2022 01:26:12 | Blacked | 03-11-2019 | 03-31-2019 | PA0002163979 |
| 57 | Info Hash: C98740C62F8F9C6B18747244C61404316A90AA7C<br>File Hash: 56A0813EBB70472E9743368766038D60CE524AF3A3E02C21CC91B5BF295DE28A | 01-26-2022 21:03:02 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 58 | Info Hash: DCABC181A87ADA1A22F3A94523BC47844C79EE20<br>File Hash: 9B569593FEF7EFA7F289DC6EACA781D8A4AA9DE8AD7986A4907AA10CBFE8D603 | 01-26-2022 20:53:10 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 59 | Info Hash: 40089FC7550D25DE7A862FA5606B93A853E4B703<br>File Hash: CA16B9B3CD01D2A8B264CB18569944DBF0BB2B76D1ECB298C1823BE42176B267 | 01-25-2022 02:08:20 | Blacked Raw | 08-10-2019 | 09-11-2019 | PA0002199990 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: AA9D6ED52E9FECEA19124A8F7FE433617F801994<br>File Hash: 3A24DE8F7A7AF1CE8D0BF9896895AC6606FE5CCF057E77AF300CFA9F83F06ACB | 01-15-2022 13:33:14 | Blacked | 01-10-2019 | 02-02-2019 | PA0002155382 |
| 61 | Info Hash: 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD<br>File Hash: 88AEA3DB9489D065882DCC0A2D3B45A4C0155CF0F942F137A09E67A50BD370D1 | 01-05-2022 20:34:07 | Tushy | 01-21-2018 | 02-20-2018 | PA0002104191 |
| 62 | Info Hash: 49AA44C17AB7EF7E8DEAD2ABEB7DAFCCA9BDE2CC<br>File Hash: 33CF0352EB90E38E8DEE767FB8FB8AB2662318B2A0C3BE6523EF801D48D4C014 | 01-05-2022 19:10:01 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 63 | Info Hash: D180CCB76299423461544F293503A24A3ECBAE97<br>File Hash: 71B5CA2BE906122090168ED5474897BFE2E7A6DE27F38F921D05921FAF72D031 | 01-05-2022 18:36:19 | Vixen | 09-21-2019 | 10-01-2019 | PA0002217349 |
| 64 | Info Hash: 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4<br>File Hash: 24FD08457E6050CA6EBB4E793EBEA6BA1129E9058FD5292186C5274A250FE819 | 01-05-2022 17:56:03 | Blacked | 02-09-2018 | 03-02-2018 | PA0002104745 |
| 65 | Info Hash: 084FCDA7C84964DA6E1B05353EE42CFC4B78A5B8<br>File Hash: 4FA219E2DD35021CBF57F7101AC5676822D79FDAA780E2C3E7436C079ACBBAD2 | 01-04-2022 13:46:18 | Tushy | 05-06-2017 | 06-16-2017 | PA0002069288 |
| 66 | Info Hash: 039F4779148D3E374D990283A83AC46A0219DAE9<br>File Hash: D78777E49C3AB342A1C91DB95A7EAE7FACADF2B27E10773BCFDC6A456EAA991A | 01-04-2022 13:26:21 | Vixen | 04-19-2017 | 06-16-2017 | PA0002069291 |
| 67 | Info Hash: 53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash: 3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 12-29-2021 13:47:17 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 68 | Info Hash: 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash: FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 12-29-2021 13:45:56 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 69 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 12-29-2021 13:44:32 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 70 | Info Hash: AAB43732CA29D96F72C32A4D7590FD1111D8A86C<br>File Hash: 336C39AA81CECA1E786A6C6A838549526A34BF8FCC7AA0D634CEE7A718B6DA26 | 12-29-2021 13:43:17 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 71 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash: A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 12-28-2021 17:43:41 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 8696CBEFBA695E7BFFE7E150752B613BEDD22114<br>File Hash: 884B2F88AA67231FC2FE5E7FEE7D753C67FC05F46B7454A7F5E35BBB8059119A | 12-19-2021 12:53:54 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 73 | Info Hash: CD0A15EE3729AC75B93E7D7101EA9E80266492FB<br>File Hash: 026F54F53E0E8FB3B27DCFEDAF9BF74136972B838CB5474AB7BDCBC98C321FD5 | 12-18-2021 18:25:24 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |
| 74 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 12-18-2021 18:22:26 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 75 | Info Hash: 4250487D9BBC3E487E7A757F032DB819FDA1292C<br>File Hash: C908CEAC1EFC4FD506BA0EDB7440D378F8844D7C4493C0CB1AEBDA2A65C29DBB | 11-28-2021 13:03:24 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 76 | Info Hash: 2E1260EE2B34D8EE9E28E7E943E3FF0793DB4158<br>File Hash: E0C06B52CF137C8F496B290F360828E3F56CF1B4835ACAC44847D828B35817EE | 11-28-2021 13:01:29 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 77 | Info Hash: EE164157CC85B1C5589DEDCB523C91D750A75399<br>File Hash: 3C436FD215694282EC63C7412A3D4801978123631FBB513B382C2AB897FD099A | 11-23-2021 12:49:55 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 78 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 11-11-2021 13:35:27 | Vixen | 07-08-2019 | 09-10-2019 | PA0002199411 |
| 79 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash: 05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 11-11-2021 13:33:41 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 80 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash: 96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 11-04-2021 12:04:01 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 81 | Info Hash: 96CA0D7FF3B563FD057436FBC325B6FF3EB237B7<br>File Hash: 776BD10C5C3C670C3252D3D199831BFD79A96E2E07899CD4064320861F3D506D | 10-31-2021 13:07:31 | Tushy | 03-07-2019 | 03-31-2019 | PA0002163981 |
| 82 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 10-31-2021 13:00:40 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 83 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 10-24-2021 11:52:19 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4<br>File Hash: D09F57061C1E763BE9922FEA13E823573584D2E6CFFCD93DC125E3EC93CA2D3A | 10-18-2021 19:25:29 | Tushy | 05-26-2018 | 07-14-2018 | PA0002128078 |
| 85 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash: 393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 10-18-2021 19:25:24 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 86 | Info Hash: 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash: A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 10-18-2021 19:23:21 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 87 | Info Hash: 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36<br>File Hash: 3954CD69773DA875F67C129965A028CC69868B630CEF7F65279EEC4C3A017EC9 | 09-29-2021 23:27:34 | Tushy | 09-03-2019 | 09-13-2019 | PA0002200699 |
| 88 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash: 84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 09-28-2021 17:58:45 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 89 | Info Hash: 796E78E98C9923EF7424A1AE7D4F3B25423B59B8<br>File Hash: 0001D092CF8C94B8F5E7C328C0E1CEF02B07E91B39344D2FBD403769E8896150 | 09-28-2021 17:54:37 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |
| 90 | Info Hash: AC3D3B8282563DDBACFEEB9915DA0ACA37FEC2DD<br>File Hash: CE1C7E0C34CCE673204AB3CE70296C4466B044EFBE38AE0A048211F0E959DCA2 | 09-17-2021 17:23:12 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 91 | Info Hash: 676C86EB1799F934A0A9336F2A4B78FFE58BDDBA<br>File Hash: 1D9507FD98887A21066C990724315E4541FD0854AD90E52C154F49C2BE67B6F6 | 09-16-2021 11:35:40 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 92 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09-15-2021 19:09:47 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 93 | Info Hash: 79EB18A80F8F7B70B6FC858C3BFEB0A8370A4750<br>File Hash: 396B87E2FEA3DF0FB8D82C85F5E46D2E71751FD042162C4D755BC4793A645C9F | 09-14-2021 11:23:30 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 94 | Info Hash: 31524D6F150D0602C2264F65ABC600230D982467<br>File Hash: F3924B555A394239A2E59176A1FFCC5E5484C258A9825626F460E6CA44E55BB3 | 07-18-2021 12:04:01 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 95 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-10-2021 21:02:00 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 06-09-2021 19:17:38 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 97 | Info Hash: E96D13E31AC3B7D665F1DF9F79FD1AD873F551C6<br>File Hash: 5320B61FFB147AC701E6771C9C61262B00D6B49769877513C53F9F56AB62C928 | 05-11-2021 18:32:31 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 98 | Info Hash: C60F238231FA7D72F30AD0AC8AEE75366CE5E5E8<br>File Hash: 86718A831FFFC7E5DB83BC490E1467BCC568C94B6FBF1B32F074F50FABE991C6 | 05-09-2021 12:29:45 | Blacked | 02-09-2019 | 03-11-2019 | PA0002158599 |
| 99 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 04-23-2021 16:09:54 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 100 | Info Hash: 1A0041630B2C6445C2EB513D93271F272FFDE8C4<br>File Hash: A30F7FA9C7C225942785901BAD99D2BB806E71721C8D16DFD39BAB1DBD7D426A | 04-23-2021 15:54:27 | Vixen | 09-26-2017 | 10-10-2017 | PA0002085861 |
| 101 | Info Hash: EDAA460FA5995B02EF111997AAC1E210CA5669F6<br>File Hash: 0829DF93B4275DBD9530B05670C1363A5DE11847C031BCDA13AC68A958BCA495 | 04-23-2021 15:32:54 | Tushy | 04-06-2017 | 06-05-2017 | PA0002050769 |
| 102 | Info Hash: 10C8618A6AA04A68F644EC970D0A0DF94834DD09<br>File Hash: 4B77585E0AAEE81EA30A41465AD832C89D4380E20D49710021C28908D661BF62 | 03-20-2021 12:22:01 | Tushy | 07-05-2020 | 07-20-2020 | PA0002248967 |
| 103 | Info Hash: DCC98E37FC9F21024324ED60876D8FF50E1021C1<br>File Hash: AFDDD83B45183C4C6CE742B37520C38AFABE59E0D3E3F32F8FA5853B1B890EE3 | 02-22-2021 18:41:07 | Vixen | 07-23-2017 | 08-10-2017 | PA0002046877 |
| 104 | Info Hash: E49E0364E268A9E3043E517029F339255C11DB17<br>File Hash: F89F1A1C07D1A0B1E380AF4DFD89E8949DEACA935F71933FA17C3D34924AA2CB | 02-22-2021 18:39:37 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 105 | Info Hash: 6F163C383995F829D551524573789A6FEC5C22D5<br>File Hash: 661E619DD876DBDCE24A539D97D0914E43B04D80F5CC45273F7B638EEB2EE3F4 | 02-22-2021 18:36:21 | Vixen | 06-03-2018 | 07-09-2018 | PA0002109331 |
| 106 | Info Hash: 50DC2EF036DB5594F25ED3B5455050C78A904DBA<br>File Hash: A7738C94604F818E7322174C1C3CF630607E4F042BCC1D4531FD37085D33EDF1 | 02-07-2021 19:28:19 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 107 | Info Hash: FE1B5290193A13F3642F1D6FD536BF6E313D0FF6<br>File Hash: 66FFB9A362465AB618B6925BE3B0450E0F148A32D0FAD2BF9FFE8253636584C2 | 02-07-2021 15:37:17 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash: 9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 01-26-2021 13:24:22 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 109 | Info Hash: 49635DA350CACC630E1B30CD5322C3D7C3183F00<br>File Hash: F0E3996AEC8F14108B8BABA8B149E40794710E3EC09D3EBB2C7F6CE122ED929A | 01-12-2021 15:33:32 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 110 | Info Hash: EB618CE41F176F9BB4820A6C7C959D22B86E4E01<br>File Hash: E9A54ECAA7C0608DB489172C0B2C8DCBF5928E8C3257F0CD962D675AF02F45B5 | 01-08-2021 13:04:45 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 111 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 01-08-2021 13:02:15 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 112 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10-05-2020 19:43:27 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 113 | Info Hash: 11D54A7CCCA1FC5ABAFE9A7172F39ABF4882F687<br>File Hash: 20320E71F1E88717DC5A527E6DE791D768240E8F7DA18AB5DEC377DFBBABDC1B | 08-28-2020 12:29:35 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |
| 114 | Info Hash: 074A66739F74AB2792031B4D9FE311B07B73FBB4<br>File Hash: B82F37153DBCF50BC541D7498E562DDCE0571DB0C0DA64DD67B12ADE12E6CB58 | 08-28-2020 12:26:02 | Vixen | 01-09-2019 | 02-02-2019 | PA0002155377 |
| 115 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D<br>File Hash: 24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 08-28-2020 12:17:59 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 116 | Info Hash: 26027D4BBA9366856012B8C062375891C7926188<br>File Hash: 518F49722D012458CA767399DC4F77F113BD0897F82DBFAE6ECE845BCC7BD399 | 08-14-2020 20:27:00 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |
| 117 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 07-30-2020 21:34:31 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 118 | Info Hash: CF200D8754F2C358A35BC087A3A9B21F3D7087C1<br>File Hash: 498BD96165111E7484DBA92321D6D173186C2C79354BCB6CB834BE0D70745559 | 07-29-2020 17:22:20 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |