# TWELVE CASES FILED CONTEMPORANEOUSLY TODAY THAT SHOULD BE CONSOLIDATED UNDER RULE 42(a)
### (previously filed cases that have been already consolidated listed afterwards)

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 24.126.247.99, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 71.59.41.182, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.106.9.46, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,       ) | |
| )  | |
|       Plaintiff,       ) | Civil Case No. |
| ) | |
| v.       ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| Address 24.99.59.181,       ) | |
| ) | |
|       Defendant.       ) | |
| _____) | |
| STRIKE 3 HOLDINGS, LLC,       ) | |
| ) | |
|       Plaintiff,       ) | Civil Case No. |
| ) | |
| v.       ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| Address 73.237.134.98,       ) | |
| ) | |
|       Defendant.       ) | |
| _____) | |
| STRIKE 3 HOLDINGS, LLC,       ) | |
| ) | |
|       Plaintiff,       ) | Civil Case No. |
| ) | |
| v.       ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| Address 24.98.241.205,       ) | |
| ) | |
|       Defendant.       ) | |
| _____) | |

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.137.178.169, | ) ) | |
| | ) | |
| Defendant. | ) ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.207.220.160, | ) ) | |
| | ) | |
| Defendant. | ) ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.43.243.187, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

3

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| Address 73.207.80.11, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| Address 73.82.62.216, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| Address 24.125.71.128, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **PENDING CASES (8) PREVIOUSLY CONSOLIDATED UNDER RULE 42(a)**

1. Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 71.59.3.125, Case No. 1:23-cv-02096-SDG;

2. Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.137.105.62, Case No. 1:23-cv-02098-SDG;

3. Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 24.240.23.76, Case No. 1:23-cv-02099-SDG;

4. Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.237.242.170, Case No. 1:23-cv-02100-SDG;

5. Strike 3 Holdings, LLC v. John Doe, subscriber assigned IP address 73.137.213.59, Case No. 1:23-cv-02105-SDG;

6. Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.137.234.124, Case No. 1:23-cv-02102-SDG;

7. Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.184.211.143, Case No. 1:23-cv-02103-SDG; and

8. Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 71.59.16.230, Case No. 1:23-cv-02104-SDG.

Dated: July 11, 2023

        Respectfully submitted,

        By: /s/ *Richard A. Rice, Jr.*
        Richard A. Rice, Jr., Esq.
        GA Bar No. 603203

        The Rice Law Firm, LLC
        3151 Maple Drive, NE
        Atlanta, GA 30305
        Tel.: (404) 835-0783
        Fax: (404) 481-3057
        E-mail: richard.rice@trlfirm.com
        *Trial Counsel for Plaintiff*