**Exhibit A to the Complaint**

**Location:** Stone Mountain, GA

**Total Works Infringed:** 177

**IP Address:** 73.137.178.169

**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 73FC532AC1B985A0D6A8AC0E61DBA029B4974E9B<br>File Hash:<br>E0FA800916BEE3A6270F1FB1D2A7B484B0450B1E815135A452D0CA7044B33664 | 05-21-2023 13:21:43 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 2 | Info Hash: D440379C6C7E543015741EEFBB8F44BF694EE1D4<br>File Hash:<br>01517CCEABABC607027F610CFE2E7D9F1EC4F6171F1FA0588A9FD6BACA8B3956 | 05-21-2023 13:11:53 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 3 | Info Hash: 27C3D3574B9C056507577AC454D9F5DCB35239D6<br>File Hash:<br>01600ADBA3B50DA09F3116EE7A13EF9CE423AD0E1A5FA611E59664DA584E6E1D | 05-21-2023 13:06:18 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 4 | Info Hash: D6E102DB48A3BCCEECFB002F367B1102D77A5C60<br>File Hash:<br>5CD3CAC9CAEF908638D04C3E6700317B65BD7EDAFA7726A4636FEE8B6F65624D | 05-21-2023 12:46:48 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 5 | Info Hash: 30DB12CBED97C504152F7431DD95C5926C267BC0<br>File Hash:<br>31A04114788169DEBA7233288589DAAFEA621A0A3BE5AC6FA59B850C25671166 | 04-15-2023 02:15:29 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 6 | Info Hash: A1FC5DF602CAB2505E98947CD4174EE9943C68C2<br>File Hash:<br>B39B3E3ABAD003714E662A48D73C22363B61D9F912BEC7BD468B9D79C16EBF35 | 04-15-2023 02:09:59 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 7 | Info Hash: 80D6173BD1625EE21DF3A4F238AD2588B2D42294<br>File Hash:<br>C0EEE674D5364FC0E15B648596549BEFAE1BD573DC5FF852351AE504420B7507 | 04-15-2023 02:09:39 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 8 | Info Hash: 4D347C3B922537DECA1E7D90591BCF15F763E318<br>File Hash:<br>E18050780127A2B9DCCCF4887FD18CD706BB21E6AA9CA8B0FA0EEFD6C60DA8F3 | 04-15-2023 02:05:46 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 9 | Info Hash: C15FBB5938E152114DD4A8B2885DF95D3E4A2348<br>File Hash:<br>FC0060491B5BA33DEB7BCC4A4C5AD9993F7A7D9DC48246BCAE9C239F213A79FC | 04-04-2023 19:38:47 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 10 | Info Hash: 01D62C4CA7EB63B76D13B289DF7F87511A4DFDA4<br>File Hash:<br>4454AB18E201AB5D98184AC991209C69EE5A4976FCE9409B0C519593B53C6524 | 03-27-2023 13:58:22 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 11 | Info Hash: EF594B74C2AABCDECD370925D345C24AF632DDF3<br>File Hash:<br>F627E6763002FE8DFDC5D97D64B436BF155E8DF3437FC7ED728D3B1FD9F02181 | 03-05-2023 22:44:58 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash:<br>373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 02-16-2023 02:14:23 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 13 | Info Hash: FB6BFDAF067A4E9827953805F1B89552A265C958<br>File Hash:<br>3D513F243A66F2EFE95E19AA48EAC9B190B0D3CC43E382A3278179EC7114E513 | 02-16-2023 02:12:31 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 14 | Info Hash: 47C5663531EF1CD2F3572E655B9FBBB1800F5C3F<br>File Hash:<br>08D137A06C6A8DB563760478B4F5B1AFCBD6CFD3A4AAA33050BAF9FA36B0276C | 02-16-2023 02:02:49 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 15 | Info Hash: A40B0C3EB9A6CE3339EEF19E53EC921FB114CADC<br>File Hash:<br>4A5EEF3F34515B33F8B77BBF9AD9E4F80F20C30F03E96774FC1462C6CD2C9498 | 01-17-2023 20:43:38 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 16 | Info Hash: 72346C684333B29BA44A3AD510D50601209FC2CE<br>File Hash:<br>E0C847982F6D2E8FEE75BFF7D0A5C8996ADC5833DCD8B863F3F53AA452E0BBB8 | 12-27-2022 16:19:50 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |
| 17 | Info Hash: 97DCF54C3B73D6BBDE490D88743A0C7DA092825E<br>File Hash:<br>11C2339FD910A4AB8D4A9F3CA3B45EE159ECA49E9EB522347DDD4662AC879B43 | 12-27-2022 15:54:01 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 18 | Info Hash: 13CF4D7DEA556EEB7D06BEC1F4CDD68D9120FD60<br>File Hash:<br>6E197A2A144C50D89DF75945AD1DB96E5AF4ADA6878DC8A89DDD35F77BEAEE83 | 12-16-2022 02:59:35 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 19 | Info Hash: 74F7C03315B7FB96932FAEFB2122EE94072BBB62<br>File Hash:<br>F1394FAEA4BCA26F7544C40260D0CC4432B90408C8CB5B431307F4320C999EB9 | 12-09-2022 03:53:08 | Vixen | 12-02-2022 | 02-21-2023 | PA0002401003 |
| 20 | Info Hash: 2A04AEF1192B0D339DF40E154B86A51DA08ADE6E<br>File Hash:<br>1A252626FABFFC3A18CB63BB41750033948F9719B206F8F914037A2DC110104A | 12-05-2022 15:44:41 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 21 | Info Hash: 683D195A59B4317C2B5992238F449715DD90C483<br>File Hash:<br>744348309CE9A164A053E1EF75B42125425425CF45F1FE2ED70F3C26ED3E67E8 | 11-23-2022 18:08:55 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 22 | Info Hash: 43EED9CE8E5D6617A4583D8D2CBFC70C077744CD<br>File Hash:<br>575ABAA65CDDDCEB4338CA4315340EB9779E202370B4B726C38F5AB8924F3233 | 11-23-2022 17:57:22 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 23 | Info Hash: 24550021ABCBE71DCF048521BFA63F64964F7CDB<br>File Hash:<br>0881083D537D67B17DE4B9412D7A30A1D9B4453D47ACD18EB069BA82D1992253 | 10-05-2022 21:14:15 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 719C65D6191B5FF637ABE3164005C36EA313EA4D<br>File Hash:<br>716A4CE5DBD8217ABBF5B045B4B9E6A7F5CF8AB3AFEA29D21184478EEB384C25 | 10-05-2022 21:01:35 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 25 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash:<br>3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10-05-2022 20:59:52 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 26 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash:<br>5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 10-05-2022 20:58:08 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 27 | Info Hash: 02B4F8C61194285E5B9B3AE3EF214BE78C41F271<br>File Hash:<br>CED49D312F703F0E082E164ACB1A596D9ABE26A2F8876E5BD06818F49F119126 | 09-21-2022 21:04:43 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 28 | Info Hash: AE387A2D8AB71715A10150CCB9B59C1224E884D1<br>File Hash:<br>E0DB68EE874472ADD7F1FCC02D747B705B47321C34476CAC34DCAC066C4DA80E | 09-18-2022 16:55:07 | Vixen | 09-16-2022 | 10-05-2022 | PA0002373762 |
| 29 | Info Hash: 88620B073A78B5264AADA5BCF92E3754C8168416<br>File Hash:<br>00FDD1FDE04C8587F3CC14942E05965765D7812FF108DDF80F33FAF764AB4A57 | 09-10-2022 17:31:15 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 30 | Info Hash: 995EDCB1EB9346A9201A7D7D983C451A99226581<br>File Hash:<br>33E2DEF2AAC1F6DFE6DD74894160F8807285A81BB574338E1A11CB5705EF4C47 | 09-10-2022 17:28:18 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 31 | Info Hash: 51B8B05E291259D05FAEE870D556CE9E549EB5EB<br>File Hash:<br>FC775F0538AF2905607357E51C54370DEC7C7B8001939C08110CF0D3DC491655 | 09-05-2022 18:27:35 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 32 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash:<br>5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 09-02-2022 21:18:13 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 33 | Info Hash: C20EA351BB316CBF2DC35ADB71846A2E49352ACB<br>File Hash:<br>FD734D04BB084B82492FB2B26BB9EA993DAC49FEC7A01E646428AD8DC060F7B1 | 08-26-2022 21:52:31 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 34 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash:<br>478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 08-26-2022 21:51:51 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 35 | Info Hash: A90491338926982FD77F60D284CBF5C4B35F0AE3<br>File Hash:<br>C3AC33F98F9C420C11E298184E59DC4E2355F36AEC81E9803F77FB0D75EEB7EE | 08-26-2022 21:02:37 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: B2BD02F85748E9B929C507FF7927035B3DB7D9C3<br>File Hash:<br>F5512656E2B6581C621ECB4540F947AD22C4D7282DEBB316F0E72005F6943ADC | 08-04-2022<br>20:29:35 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 37 | Info Hash: 950CF322CAF29FE4D7BD1603C10F1CC81C7416E6<br>File Hash:<br>9C181FD2509B79ECD4AAD840F26DC90AB87C08C47AD22926DAF00FB732956FC5 | 08-04-2022<br>20:19:43 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 38 | Info Hash: A45135933D2916166CD81B774C59AB9D551ABFDD<br>File Hash:<br>5BB4FD9BB134B08DCB2F522421309D45E957B0FB1F8FDEAE7FB262B439168267 | 08-04-2022<br>20:19:42 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 39 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash:<br>DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 07-28-2022<br>22:30:49 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 40 | Info Hash: D73D84EA314E0FF698536A45595592C277D8F6C5<br>File Hash:<br>A8E5C067293F41DEA80AB05236733C455D1AC72FC8F4A66F7C7E20570AC3D873 | 07-23-2022<br>21:24:33 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 41 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash:<br>68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07-19-2022<br>22:09:04 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 42 | Info Hash: 05438F2CF69D18238BBA727486A2E2701D8C6209<br>File Hash:<br>2410CBC313B4B1900B9EA08395296AB2AC2FC150963C30152F45421D5C4DE38C | 07-14-2022<br>20:18:38 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 43 | Info Hash: CAA1DD05BF6575C8B47341C4E15A88FD3F0FF0DA<br>File Hash:<br>EC51CE82B5229B431FB52886F86419C2CCE3EA3B3F6E44E614350E34C6B0A2A0 | 07-14-2022<br>20:07:05 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 44 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash:<br>A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-13-2022<br>00:43:24 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 45 | Info Hash: F32615CF72189CDD69E6151E4903AC651D3A7063<br>File Hash:<br>6891E3B37E52096A272BBC88EDD1A35D8021ED2711AB1A0858FAA335BDE45B8A | 07-08-2022<br>20:45:03 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 46 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash:<br>9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 06-18-2022<br>16:56:37 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 47 | Info Hash: DFC8BD304F9C774902F9E41F470D5FEFDA243931<br>File Hash:<br>E7579D0E2BB006B32A54844FAE6165D050C6629193092DEA4E0BBBDE05B6A9DE | 06-18-2022<br>16:54:05 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 48 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash:<br>3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 06-08-2022 20:34:40 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 49 | Info Hash: 7DFF5595645239373D2A4D82A8BA3E69EB32ABAE<br>File Hash:<br>2BB7B3081E70A0FC1174BCB9173E5C3A912EF8AB2147D84271D71CC9FB54FCD3 | 06-06-2022 21:44:12 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |
| 50 | Info Hash: 1728CB5F8700CB059FF02BBFCEB8884985F57CD7<br>File Hash:<br>3031212457D6D3977B24E542FD2BD9DB5EC49B47F6E305DED4DE803836F8D750 | 06-06-2022 21:12:38 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 51 | Info Hash: A8EC61CFDDDE3AD8A8898F05ACE3418B5DFF3014<br>File Hash:<br>634F33148B5E71A11DBA1AFEACA11D1BDA59B891FC5523A2D39B5057867B7EE3 | 06-01-2022 20:21:27 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 52 | Info Hash: F3FFE03067B4C5FB4B05054E83FBB4081C9052F9<br>File Hash:<br>FDDC943D33FE63B194E3B54CDB0426E2F2195DDCAC3A67F3941C7BFBB03CDAE4 | 05-26-2022 20:35:17 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 53 | Info Hash: E5EA15B7345AA3784B86AC90DBF931479525790E<br>File Hash:<br>E187E955BC211670C77B916369B9ECDEF074F86B8F4387C984DF8CBAB6010336 | 05-18-2022 20:46:58 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 54 | Info Hash: 1886519162C3C84528F05DF3EC3E4E21F17009AF<br>File Hash:<br>B1F2DBBFBC3F581592B4629731C676B1FB3EA9B7B11997BF0F6EDD6B202EAB84 | 05-09-2022 20:27:45 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 55 | Info Hash: 74793E870EE1D5183B35935E3F7AF354B3A44407<br>File Hash:<br>5EDC78CC1B640B202D237A31B490B30092384C76DD1CFD68DF02B0A41A4C47DA | 05-05-2022 20:52:44 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 56 | Info Hash: B01AD269B921E6EF4954851DDF1CBE6A5911064E<br>File Hash:<br>67E6F66361440ED106355513B46089BA65B6866080C966AF651DB0FBFF28D100 | 04-27-2022 21:52:55 | Vixen | 04-15-2022 | 04-23-2022 | PA0002346429 |
| 57 | Info Hash: 07E67BE388D71A80E890C9AED73D6B93FBB7EC82<br>File Hash:<br>3CC6461BB4E2CED5A2BAF587DE350F4FFD65C241D6797C506E7A673D2A35069D | 04-27-2022 21:50:03 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 58 | Info Hash: 14EC33D46FEA2D0766026D983770FB3F31669DA9<br>File Hash:<br>20C1F39D3B82D975777224BE38A8946131095F76159FB67AE203A99BBDEB4253 | 04-27-2022 21:49:46 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 59 | Info Hash: C6D89A14439B65845B858939EABB7075820E2B1D<br>File Hash:<br>34B237A6542B8BC5C3F37D109D74B20FCA2D704596C79193FF3BB53A62EB7F4B | 04-27-2022 21:47:19 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 501BDA717A96D91FF3A8AE965AD6F2F6F4637FCA<br>File Hash:<br>A00E8C27041DC90849C197EF8F4DCE5B99EAA5EE0DAC3DA3546455B6F4B04F9A | 04-27-2022 21:45:37 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 61 | Info Hash: 540D644F7CF4DC47791772863E6BA03A72606F6D<br>File Hash:<br>F978C6F42E86569866612143F5CEA150485BFF0DB9B90999F20D4408700E2B1D | 04-13-2022 21:13:08 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 62 | Info Hash: EF42CFEB2B95887526FB35FF0857A2E33BFF215B<br>File Hash:<br>31B8203AB96DA08D8A9129F6E09062291B380F6D8C1E1EDF63DF0D367E35F7BF | 04-13-2022 21:12:30 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 63 | Info Hash: 272E754C63E93B5DE615DE9798364C9433033A38<br>File Hash:<br>5BBA8184DA2AEDEE912499158A064D785750AD453CBE08519B52C6D060A2B9A8 | 04-13-2022 21:11:15 | Blacked | 04-09-2022 | 04-23-2022 | PA0002346430 |
| 64 | Info Hash: 4275774E7AC6841246779BB0CF9054E881B6F417<br>File Hash:<br>CD22763EE0843E6B9497D0966E1C52B8D5F1B7FCB0E9C542DFEDFC95AC3A61D2 | 04-13-2022 21:10:20 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 65 | Info Hash: CBCD2792157D511F104632A294C1F384488E7898<br>File Hash:<br>099497CD425F9C511FF9463C074FD98858992B7D69E2D6A6589E3771E6081A4E | 04-13-2022 21:10:01 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 66 | Info Hash: 99CA02602A2E66B687F9268E8EB1A347D5E3400A<br>File Hash:<br>B5493A9D95EC55F89AD2FC50FF30B82C9CF69CF0A547E3960D95C3E36C4FE904 | 04-13-2022 21:08:08 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 67 | Info Hash: 6C097F8E2DD268506A3D928774099F16FCF1D7F0<br>File Hash:<br>A599AD9EEF71FABC77029F80B0572DB18357A57D435FB6F5D32DC2362CACFFDC | 04-13-2022 21:07:13 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 68 | Info Hash: 3D5E2315A5B5A6730F2D7BE6EE853CA790FFFEA1<br>File Hash:<br>6B70DD0F4DE298F139E72133BCC77A9EF5A0B4B7FF25A25895B6AA8D01BB1AD9 | 04-13-2022 21:05:13 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |
| 69 | Info Hash: 937DC1653A02F8962CF24B303EA2796B92C0A9F3<br>File Hash:<br>637F078F7E687CA2AA5D2AB41688E4D1795C39FE369FACAE0B2F29F903F5994E | 04-13-2022 21:02:04 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |
| 70 | Info Hash: 2C34775555B78EC426E7B740C0BE468CB3E9A091<br>File Hash:<br>F4F0B1E8C52D10C3E68BC7760B608862C666D76C443ADCC2C6F17868036E9CC9 | 04-06-2022 21:46:36 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |
| 71 | Info Hash: CF928504FB6DFD9993E0E54672AD4709210235FD<br>File Hash:<br>B6D16A6B7C7DB2526D31178EBB888511AEE231B475E9F04BEE78F7698374B6ED | 04-06-2022 21:42:28 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: FD3B71019CBB5E802E9CA726B0C5C421B0E4A5D1<br>File Hash:<br>616B24219397EA9989A0CF2721183852BAD80459EA1B413837B1772011782DD7 | 04-06-2022 21:41:44 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 73 | Info Hash: 6902DC672B3C032B826DC579A9CD497D8DC64E25<br>File Hash:<br>753E8924910F86A17C85115140D693CE2FD664EA1FF132F5554CA0CBB66FC0D2 | 01-13-2022 21:44:54 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 74 | Info Hash: 645A32577E78C52E0BB082DD71A13B71AFC0CD4B<br>File Hash:<br>E16A3C2E0257D09EC2DBC02EF47A8A126C1B200935907F7CB2159CDB51D4050E | 01-09-2022 04:14:54 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 75 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash:<br>A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 01-03-2022 20:31:39 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 76 | Info Hash: 749E544460520251EC74E0AFE586F6D1FDE01D75<br>File Hash:<br>C0A0080028456E39A794A70FC0E6687158FEC4749B23E0ED395A961777FB6C06 | 01-03-2022 20:29:30 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 77 | Info Hash: 486C0CB4CFC2FEC6B58CC1F673FA1886F224BADE<br>File Hash:<br>B71CB4BC46EB59A07369C0D264714987B2C22CE49EA67FAB5FFEF73F10D993BD | 01-03-2022 20:26:00 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 78 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash:<br>CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 12-30-2021 06:36:38 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 79 | Info Hash: 0C6C0C31980EB1B7FC0BD5D3BE2436167D73819D<br>File Hash:<br>F6D29449BE73E94125DD3E552A3091094642E5D41C9F7475AB8C868D0DC4C7C7 | 12-22-2021 01:54:36 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 80 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash:<br>DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 12-22-2021 01:52:36 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 81 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash:<br>8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 12-16-2021 22:08:11 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 82 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash:<br>39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 12-14-2021 21:17:29 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 83 | Info Hash: 0D3F517CA16BF1C1F7141865E845817191E1D2D8<br>File Hash:<br>FCD85BD0EFD258A07B81E46FFD228C7CC36DF7C5CDCB1560FA70BCB1B4AD805C | 12-02-2021 23:07:19 | Blacked Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: CD0A15EE3729AC75B93E7D7101EA9E80266492FB<br>File Hash:<br>026F54F53E0E8FB3B27DCFEDAF9BF74136972B838CB5474AB7BDCBC98C321FD5 | 12-02-2021<br>23:06:14 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |
| 85 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash:<br>201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 12-02-2021<br>23:05:44 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 86 | Info Hash: CC73BA58509C5CC8C9728E50AF0ADCC2309610D9<br>File Hash:<br>29F574469B30FD6E53418141217398D0F9175F40B85D21F59FDBBA0498559C3F | 11-19-2021<br>02:42:30 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 87 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash:<br>54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-19-2021<br>02:28:26 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 88 | Info Hash: 9E7AA349F9E117314933CEDB885EF0A70E02E141<br>File Hash:<br>2D195DA4D1606207CE53490B5D0226D1B35671FE537BC7EFC496A557600DA514 | 11-18-2021<br>02:59:42 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 89 | Info Hash: 2369DA2EA39DD17E91F2F55D81946629A7872B9E<br>File Hash:<br>DC064752573A2022E4D177464D8CF99257640F88BD2CF8277CA68C4479A71323 | 11-18-2021<br>02:52:49 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 90 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash:<br>9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 11-18-2021<br>02:51:25 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 91 | Info Hash: 5185106CA66587111FB0177135DA5DC71FDF90D5<br>File Hash:<br>AE1C62B285E3369E825651167854A3C504ADE56B66AE602CFB6D433593D5A87F | 11-18-2021<br>02:50:23 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 92 | Info Hash: 0C99F8A71BF3376DDC06D8CB4DC38C08A1595DF4<br>File Hash:<br>78E4D6E44A9C6C3A1728B0AF9723F074B4EB688785FCAC0E4D0170ACB32C915A | 11-18-2021<br>02:46:29 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 93 | Info Hash: 0B20D0F044F9E1FEDFD0715E8A9208D30590133E<br>File Hash:<br>E57854D7F55E65BC990A4574B4F10BA1C21C57C434E79D9162DFA99C412CDC34 | 11-18-2021<br>02:45:08 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 94 | Info Hash: 8E469A7C3346C9C431044A6EBF72C0A49848C8F6<br>File Hash:<br>9258B7A04B140C7BE97A407CD7F02CF41CFE815B1B17E5BB3E022CF1FDE114CA | 11-18-2021<br>02:19:50 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 95 | Info Hash: FEBC3D3ADC2BD4AA9E0EE1AAD1491BD4B0CB1AE3<br>File Hash:<br>2192139EC42B8CC24E6CF8507C7BEAB8D50B27875F9848FF48E68905937C51A2 | 10-07-2021<br>00:26:35 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 96 | Info Hash: AF977503E3AB6C83B652439D642CBF571A7C28BF<br>File Hash:<br>254AE8922C4E7D2D03FD89F403AA3CD0468ACA7DC2EE00674AFFC243E199227A | 10-07-2021 00:22:03 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 97 | Info Hash: 978BB5B4FE80AC5DE5D635DDA303EDB8714F6725<br>File Hash:<br>B34305CD560E6A892807F09FBC9BF46107CF8C85787B9A16B0C805684A0B706D | 10-07-2021 00:19:17 | Blacked | 08-28-2021 | 09-21-2021 | PA0002312681 |
| 98 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash:<br>673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 10-07-2021 00:17:24 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 99 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash:<br>785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 10-07-2021 00:17:03 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 100 | Info Hash: 48763EB4612121123855F281322DE1CB502DE07D<br>File Hash:<br>EF232B2670D7836517A9C66EE4B21FB631441CC887F313CA953A869BB54C3676 | 10-07-2021 00:16:46 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 101 | Info Hash: 155F9C2D065D97AE8B30367E00650A8D9452E6A2<br>File Hash:<br>2458FBF03E1CA2761B208151E25DB463C4FC20B3D305DA40A6198E112484882A | 10-07-2021 00:16:38 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 102 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash:<br>84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 10-07-2021 00:15:23 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 103 | Info Hash: 7917FFDFFCE9DCADD7326439AEE0BFF3F629B016<br>File Hash:<br>47467D019820C19BA304C3C34B6AC5EA7A910CE7891B07CBD6F57E69FFBF05E2 | 08-02-2021 16:28:13 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 104 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash:<br>05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 07-28-2021 21:46:24 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 105 | Info Hash: CF38C8F975E28B97D557ECAD87A80286BF334D05<br>File Hash:<br>A97729C052424294F9AD65D2D42E28AB9C55785415B7EFD2798FA6532BE2DC40 | 07-28-2021 21:32:45 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 106 | Info Hash: 51C5B8FED86E91E7B29A67C636149B7EF48E4993<br>File Hash:<br>9B00A5D7AA203F39A0524570796CCF18C944AFC45E74D83E93F2B51B7238EEC3 | 07-28-2021 21:31:00 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 107 | Info Hash: 25661E257F217723274693FDB3D057D3C690DCE7<br>File Hash:<br>523AB93AFA0D51401A770F61E4B7345AF387F905AB5E999322D9F56856E89599 | 07-28-2021 21:29:49 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 53115092326FFAC693EC8DF35F7B913BFB316E73<br>File Hash:<br>8BE02C4F01263EA20AECD08608CD4E80226C3E940766E930747627F82FFE05D7 | 07-14-2021<br>20:51:20 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 109 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash:<br>4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 07-12-2021<br>21:54:21 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 110 | Info Hash: D1A20BB943E213244AEB42BC43F34BE72E46F6DB<br>File Hash:<br>DA8F290222976E6C2CED7C5FD6A0ACE756D4D2525F6D7C92A66C8EE2A284CA0E | 07-12-2021<br>21:54:17 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 111 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash:<br>E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 07-09-2021<br>21:00:29 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 112 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash:<br>2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-09-2021<br>20:59:05 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 113 | Info Hash: B7441E573A302AB3AE9F883F1203B2952746F75F<br>File Hash:<br>42295408AAE92E3EBF7E487E9C9D6247F04DD7F833E9915B97CEF1EB29C6D11A | 07-06-2021<br>21:21:34 | Vixen | 06-25-2021 | 08-20-2021 | PA0002312014 |
| 114 | Info Hash: A4F32B9E35B11D245A89EFB3BC49DF3C307DBC4C<br>File Hash:<br>4EB9FCBEBC376A05C29B4F19D8073EB83169AC9893DBF6B4C8555D270A41F5F8 | 07-05-2021<br>15:24:17 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 115 | Info Hash: 86491FC10A5128233E050F0E4AAC4809942A94A4<br>File Hash:<br>F42ACA9A08AD5FD88857FE14B1C7F85EB40EDE50AAB0DAD7950C08601C1A1994 | 07-05-2021<br>15:04:22 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 116 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash:<br>296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 07-04-2021<br>22:52:19 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 117 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash:<br>B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-04-2021<br>22:50:39 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 118 | Info Hash: 622195ABB8B53CD431F9F6A08A2BBF336C3DB775<br>File Hash:<br>4D10452541ECB322A2EE67ED442F7A49D24F2D9D541FBCF8F8C1DFDE9FEF4579 | 06-29-2021<br>21:09:56 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 119 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E<br>File Hash:<br>CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 06-29-2021<br>21:06:45 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 120 | Info Hash: 000CF780EE8D09A7354FE754FB92439DCC22DD01<br>File Hash:<br>AD1EA91DF88124AFEF4D1764EAF491C2C2F38FBF1BB7D9222A8336351EC93687 | 06-24-2021 21:41:19 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 121 | Info Hash: 2633CD97981B90290A6B07878DB24E95843051FD<br>File Hash:<br>12BFDB30AB4F19B7B4077D5B64A15D8A0C2A2F8AB5C3A0E5D9212F62656E8838 | 06-23-2021 20:36:51 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 122 | Info Hash: EAFFC4AF758749CA06B41D83162652ECC6AD6085<br>File Hash:<br>FB353E4A109C89425834A36C41FCB0BFBBB32F67D9AD8E1B6F619A1E7A099F56 | 06-22-2021 21:28:37 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 123 | Info Hash: FCD69599AE3533B5F148CE148326F563572103F9<br>File Hash:<br>57C3F2930505CE912134A089067DC2080E9F681ED7F640743433FD7DB6E58586 | 06-22-2021 21:22:39 | Vixen | 06-04-2021 | 06-24-2021 | PA0002303620 |
| 124 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash:<br>57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 06-17-2021 21:25:59 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 125 | Info Hash: 4250487D9BBC3E487E7A757F032DB819FDA1292C<br>File Hash:<br>C908CEAC1EFC4FD506BA0EDB7440D378F8844D7C4493C0CB1AEBDA2A65C29DBB | 06-16-2021 22:01:33 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 126 | Info Hash: AFBB3BF610E75EB9C3739FB83BA240B864228C90<br>File Hash:<br>C8E451C8A7BCEDC3F2B5D1FDD9A1D0AC6FB32DE4F097B01B590BA5F4B20F6001 | 06-16-2021 22:00:14 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 127 | Info Hash: 09B25396BAE7CAF1675EFF10B02679AD119B85C2<br>File Hash:<br>4ADF54A32B6C95E8B5EC117CB4647E7BD0BF1C371865CF19DC19FC1483F8AAA0 | 06-05-2021 17:48:53 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |
| 128 | Info Hash: 7B5C509F0E138C25DA7E1CFEDEBD4AA7B5DCF4BC<br>File Hash:<br>7A28194A1CC4B1F19B17D5740386B6F1D8D499F361CF1FCC92F31BEF672E1653 | 06-05-2021 17:21:27 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 129 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash:<br>889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 04-15-2021 00:44:29 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 130 | Info Hash: CAD2388E786E437EEE834DDA1CD00334D0493455<br>File Hash:<br>07773246F915A5C952F61A22B1C3EDE55CDD96DEAE60F15D77DD45666429EE3A | 04-08-2021 21:15:32 | Blacked Raw | 04-05-2021 | 04-14-2021 | PA0002286708 |
| 131 | Info Hash: 98D47117A72654E4883F786941BDFC562FBE560C<br>File Hash:<br>6B5735782244AF4806220390B897633BD191816EC0BFCAA7506BF9BF851E8DB8 | 04-07-2021 01:58:37 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 1CE2DBF84D40D15496186DBFD8E43977A7D93EDE<br>File Hash:<br>5BBD49965FD004EC746D9A122E3B012B2FCECD8243DCA91A4592927C924A5A3F | 03-25-2021 21:14:23 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 133 | Info Hash: D9852FE1FD97B79E956C9B1E50550D9B0E8F8ECC<br>File Hash:<br>345A93BE90B9785F3E54EC2395FC90ADA664A31904D2AB7AA7982F8A6C29DFBA | 03-25-2021 21:05:51 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 134 | Info Hash: A985E7AC9C0F50A326C777C6E8DAC1A92A268746<br>File Hash:<br>F2E40788FEA4B9AE0E54288F770BB334B94EF717C56D9ADFCE5BF5D67D87F891 | 03-25-2021 20:53:00 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 135 | Info Hash: 5EFC372A9A232F2A2C4F836A90292238000157E3<br>File Hash:<br>DF20477BA851C75D4916169B58F3860084D555D8B96BA91B1408066D86513723 | 03-20-2021 02:45:11 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 136 | Info Hash: 0831C39B96141D03108035C68634D07B7FEC17E3<br>File Hash:<br>B6D592F0421214748037AF3DCFA10DBED97C2FE123404C518753AD67B5914948 | 03-19-2021 02:11:48 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 137 | Info Hash: EA3BFEA5DF74FBE89E2AD79CD38A32EF4210BB4F<br>File Hash:<br>3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-19-2021 02:05:47 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 138 | Info Hash: 09FECD5ECA9A50DF2EEF37504906BB4E0E939D50<br>File Hash:<br>832A6155E356BCAC4BD4D3EBF6F3E20F839ED923A3020E129C2241CBDF90FBE6 | 03-19-2021 02:03:18 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 139 | Info Hash: 24CBC0961F66D0254842302FDBC0E033E4ACE4C1<br>File Hash:<br>BCD842C4D932CD371B7965C899B4CE0B4E103F02DA5362F1C6A546A892B7CDFF | 03-19-2021 01:21:26 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 140 | Info Hash: E16BF2312FEAFFDA0DFD45F8DEC8F8D38281D1D4<br>File Hash:<br>A0077A2CCDB176BC6A42D6A5511A8948BCA5D56EE3E1A5D3707EF868FEAAC87B | 02-13-2021 20:35:34 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 141 | Info Hash: 67240CE0F42C9777588909086239ABE908B5030A<br>File Hash:<br>04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 02-10-2021 02:33:46 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 142 | Info Hash: 1DBCF8D2F535B0F1D3C3A6A6180B09F4364BCF1A<br>File Hash:<br>34D44A4521F3167D8C9003DF0C17C20F8BD8995FE1422B46112BAD35C06EB660 | 02-07-2021 20:49:08 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 143 | Info Hash: CBEC46459AE533CA84B9B04B6112A56ECA06279B<br>File Hash:<br>230D3F95B666FD506C2CD0E1859CAD4F2BDE3DFF5C8BB975B0C1F971338FBB5D | 02-07-2021 04:38:24 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|-----------|--------------|
| 144 | Info Hash: B91028F8FF97039F1DAFE23A651DD879FECDF3FD<br>File Hash:<br>CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 02-07-2021<br>04:33:35 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 145 | Info Hash: 724B637D9AD85A90C48E95BF3200FE11B4520420<br>File Hash:<br>ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 02-07-2021<br>04:30:21 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 146 | Info Hash: 850607A48AE7C7A5B7ACC2E924C6BE119D12B001<br>File Hash:<br>FA7E6E38F30898A2295ECF4C22FCA4C395041183F74616035787A2078529B00D | 02-07-2021<br>03:43:07 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 147 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash:<br>F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 01-02-2021<br>16:55:45 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 148 | Info Hash: 08E4516F2B10B7116E9DFDC23BAD089C16D51A99<br>File Hash:<br>59CC496DF2C8E95867635AE3E980F1431D87E8711786E031BF179B341324DF38 | 01-02-2021<br>16:40:12 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 149 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash:<br>58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 01-02-2021<br>16:36:22 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 150 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash:<br>EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 12-15-2020<br>04:11:55 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 151 | Info Hash: F5BCD5E68FE022B1AC16EF0FF6758CFA5E3F1930<br>File Hash:<br>FF52CF85F2A63C53C26ADB3CB500AF8ABB681F7D6E92B9595B085114B20248DE | 12-15-2020<br>02:49:35 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 152 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash:<br>E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 12-15-2020<br>02:42:04 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 153 | Info Hash: C57AA08E54DCBD782F4B9A53E17C7AB932215387<br>File Hash:<br>00501D72C3CEB16F94D0A71BBF3FC9FBC900FB20709FDCE26FD83C39119C9538 | 12-15-2020<br>02:40:00 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 154 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash:<br>16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 12-13-2020<br>21:01:13 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 155 | Info Hash: BE40CCA2994194F6444425742C3AC13EA042AE8D<br>File Hash:<br>DD3B798C8D8E9900AA8661B5435EABDAAD9A2D99BC4CA139153417B954AF5BCB | 12-13-2020<br>20:57:55 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 156 | Info Hash: AC9A5EE29CBCB4F6D3A3B62BDCA7AFD84BCE5EB0<br>File Hash:<br>443494229C1D0F6C2875311264A7375F811AD1566D902ADF049736CB85269E5C | 12-13-2020<br>20:56:31 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |
| 157 | Info Hash: E5DF37D5C860370BE63F9ADF29F983225E29522C<br>File Hash:<br>B23E448A9D88494517CE0A2C159F8BE98332800187C6823A8F0866D1C83E5CC9 | 11-17-2020<br>21:54:08 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 158 | Info Hash: 7BA08B86ABE669CD4B42FC7925A21AC4D714FD42<br>File Hash:<br>7194B11996C69952E49988C993A0C83B0512F42E2992D1EECF9BE2220DA20B67 | 11-12-2020<br>22:18:38 | Vixen | 10-09-2020 | 11-18-2020 | PA0002272626 |
| 159 | Info Hash: 654CFBA775433926717A3E0D58C90196F0413460<br>File Hash:<br>BE957B752D7675E37648F2D81C3040F9E272C6D4588CBDFAB6E52E785DD954C9 | 11-12-2020<br>22:14:38 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |
| 160 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash:<br>29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 11-12-2020<br>22:10:40 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 161 | Info Hash: AEA7918FD1B713FD99E2F97CFFC399F016CF59E9<br>File Hash:<br>C9FABD456B6F378F280307BFE97EEF137BEB4D2D010417C8FCDA6B7AA8548122 | 11-12-2020<br>22:03:02 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |
| 162 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65<br>File Hash:<br>985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 11-09-2020<br>00:06:25 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 163 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash:<br>363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 11-08-2020<br>23:44:41 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 164 | Info Hash: 9352D370D33CC9FA273FC8B6E660F317B53AB89A<br>File Hash:<br>444AA5F2B3ECAFCD7594C9F15005CAF6298621D86EE925C3421E1B54DD68A919 | 11-08-2020<br>23:36:40 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |
| 165 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash:<br>E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 11-08-2020<br>23:32:59 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 166 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash:<br>EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 11-08-2020<br>23:31:54 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 167 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash:<br>D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 11-08-2020<br>23:28:29 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 168 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash:<br>E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 09-07-2020<br>14:27:58 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 169 | Info Hash: 63A22C748ACE8732FA9AE5785EA73F31D0EA5CCA<br>File Hash:<br>D26DD5C53E023B9BE7A2C59D8907B28CB5983E867A82F39B2877DEE6E4F7E71D | 09-05-2020<br>15:52:26 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 170 | Info Hash: A19FBD9C5C79A4A9B580431608E41CC80E3C8B96<br>File Hash:<br>B29E4EA8C29833057854DAFB738624AB50CC2DF9643A694B9247E1DAB08D2BE6 | 09-01-2020<br>21:09:52 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |
| 171 | Info Hash: 4E79385B8DAE3CD4CC334C13F109852722B4F577<br>File Hash:<br>ADA7E80EA6EA1B7ABF7D3F9E7268C86760CB34B8104C601B8CF5325577231677 | 08-26-2020<br>21:18:33 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 172 | Info Hash: C8EA4C81D0BA9146B21C99E49FA2B67803572522<br>File Hash:<br>2DE5971985FC32A984C05282A04F1E1B8836147FF59C47D553CCC202657C6ABC | 08-25-2020<br>21:21:22 | Blacked Raw | 08-03-2020 | 08-31-2020 | PA0002265631 |
| 173 | Info Hash: 7056242ECF385A88428D582900B38C2EC186DDC1<br>File Hash:<br>654487BABF66FC27FEFC95E560B9F8E1821ACB628EDF97575E510DC024D7E84F | 08-25-2020<br>21:20:11 | Blacked Raw | 08-10-2020 | 08-18-2020 | PA0002253097 |
| 174 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash:<br>7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 08-25-2020<br>21:08:45 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 175 | Info Hash: 15703C64531B7F3820339C06473B13AB5FC50979<br>File Hash:<br>D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 08-25-2020<br>20:50:45 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 176 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C<br>File Hash:<br>14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 07-22-2020<br>22:28:23 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 177 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash:<br>4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 07-22-2020<br>22:19:48 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |