Exhibit A to the Complaint

**Location:** Canton, GA  
**Total Works Infringed:** 139  
**IP Address:** 73.43.243.187  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2DF232D6641117807DDEE2249770280B53CC4804<br>File Hash:<br>69831C31F70C3F53913DB2C29023FB1D72043D85361137533AEC5E27123BD560 | 06-10-2023 04:14:09 | Slayed | 01-10-2023 | 02-21-2023 | PA0002400996 |
| 2 | Info Hash: D70FA2AACD1E5D7CCCEE25DFC8AFF5D13D48A37F<br>File Hash:<br>7A059469F2FF13160DE8F4D1943290115257D55B2CACA8A07187432F689C55C1 | 06-10-2023 03:40:31 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 3 | Info Hash: CFA75A24B84A2616FCFFB6C021018A2CBD810625<br>File Hash:<br>E66FFF6C6FDFF2A69BB993DAB1FDD5F17A77176FC647F8F3D8CCE1D9DC9F0414 | 05-23-2023 04:57:51 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 4 | Info Hash: 3658D8008479A4D8908A15B8C4FF207266C7E304<br>File Hash:<br>B06B1588D52DF11A9C38BED7FDAE4C9402C9D714FE1D454DB2D768C99EAD8C14 | 05-23-2023 04:55:28 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 5 | Info Hash: 568BE84F7CBA01584007DBA8E686B980543165BB<br>File Hash:<br>8C29FEE93DC97C733133B9219C2A17012F83BB5A4BEF2B6003137C9497A81F0D | 05-09-2023 05:39:15 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 6 | Info Hash: A0ED9C253EF5920698BBC6371BBFA77DB244C27B<br>File Hash:<br>18DC1340E4589EF24B7A19CD576DD2F10258BF5A12BB38DBC26A6E14FD936D05 | 05-09-2023 05:38:30 | Tushy | 04-30-2023 | 05-14-2023 | PA0002411311 |
| 7 | Info Hash: CB8114253C6E3EC4A03F14D28052ED035F72B0CE<br>File Hash:<br>50AE995B762C1A2AC9FDC04D48B70A2CE3545D5B1C7E68C4892185EE4BCBF6EF | 04-26-2023 05:10:42 | Slayed | 10-25-2022 | 11-24-2022 | PA0002389329 |
| 8 | Info Hash: 318D74504949E1B3024EA3FEA85B2B8E67AAC944<br>File Hash:<br>A497ED83C7A145CEFD3CA0C79FEC48253779DC5916EE08779F7A02F5A143EEF9 | 04-26-2023 05:09:45 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |
| 9 | Info Hash: 3826BEB9EB760259F3302CA66215F65B70208FB6<br>File Hash:<br>9847A9A6CEE0759EC7BEBF127F8AFD05597F27152EE55DEED7FA6ED1EF5F3A67 | 04-11-2023 05:16:57 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 10 | Info Hash: 8E81D7506E82523E99FC74A4714A1C7092B9EECD<br>File Hash:<br>87A3560EDE4DAED401179D0B2BC5EF23E741AE1C4B05EECBEFE1B05789D66D14 | 04-11-2023 05:07:51 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 11 | Info Hash: C20779E6B6C08FB5125BC6BB25E544D894FF798D<br>File Hash:<br>B01CB0642FB5402F96553CF8CE816BCBEFE8953231080FD8E505533B50C500FD | 03-28-2023 05:03:04 | Slayed | 09-27-2022 | 11-27-2022 | PA0002388300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: CCC7EDD22D7238230478C0BF0D063AF60D247CC3<br>File Hash: 7DE6FC953D92A8F612FA44B230D3CEF4EF150B6206B43CA74FE5AAC6044ED5C6 | 03-28-2023 05:01:15 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 13 | Info Hash: EB4A9DF936FDE36CD9D8E2947C44B32F735F7A76<br>File Hash: F251819BD9ED6875E59A282628E5585C935471AF568355DE9EEC390A3A8889AF | 03-28-2023 05:00:30 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 14 | Info Hash: 91ABE265B87828D4AB8248B6604817DE7D61CFAA<br>File Hash: E31DA38E6F32436BFA1F9BA3470DF0B8C31CE9DA830EB70ED382024A4BC1A5ED | 03-28-2023 04:59:21 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 15 | Info Hash: 3D36E057CBBC836D07733B8B3BBBDFD16E537006<br>File Hash: 97C3B49845BE2642408A05BF77CABD7D9B2002027CC94A36F12F043722203C22 | 03-14-2023 17:00:13 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 16 | Info Hash: 8B2FBC68FDA8B9DC6EB56316B6177A81B951C9FE<br>File Hash: C0B00827D25BB4E2EF26F69D89E1C8FFE607CC1092CA6A6F12A3A06359DC214B | 03-14-2023 16:32:45 | Slayed | 09-20-2022 | 11-27-2022 | PA0002388098 |
| 17 | Info Hash: 3E78E34C4F717A5B631FB38EC05F6604E0CD06BD<br>File Hash: EE0AD28AE55E6EC3CC118CEECD019EDBAC05DBEB49DD8ABCBEE48E48931963B3 | 03-14-2023 16:32:30 | Slayed | 09-06-2022 | 09-22-2022 | PA0002378458 |
| 18 | Info Hash: F399FA3E54D67D6328C274E602EBA168782B10F8<br>File Hash: CF1A612D60A58BB7B5D90F4CF13093F924F7C91914721FF5F24345C6F6829A52 | 02-28-2023 07:31:24 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 19 | Info Hash: BA96E0B5B972B5E2BF1B8CA350B5E650FE4A28ED<br>File Hash: 5C3E98369E4A663C67579CEE0B6618B6539F9F38CA8B717196FD2AFA56F731C2 | 02-21-2023 07:00:40 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 20 | Info Hash: 1A92B9EDC1C4D931D7B0C9C7AD5FD4C2833A05C1<br>File Hash: 567F41D1E4F2B2A85D3D7A8014ACD2CDC5EFF115578303BCE06673819973F560 | 02-21-2023 06:46:46 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 21 | Info Hash: 81F4FC9F3D6F0EA957C012DD01339B53AD36D08C<br>File Hash: 631EA1B32E387702C99B6CD7B8EFA9FC888CA06A6BEB8936E165B6D2FA47E571 | 02-06-2023 05:34:59 | Slayed | 08-09-2022 | 10-05-2022 | PA0002378461 |
| 22 | Info Hash: DAF08946CC8E9C0865B015FC90652B7FB5E54189<br>File Hash: 4845409CF80BA7F69D2F0973B489CDB7816262721BBADCAAA2723A577F4EEAA3 | 02-06-2023 05:34:46 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 23 | Info Hash: 5CA30A8B94D291D021016265765056AAA3ED2B50<br>File Hash: B84A12FFAD6E8EA64D283FB2077BFA66902B54CDF70DEA84744126447FFFAB0B | 01-13-2023 05:22:54 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 21E212CA2738BBAC40B37DD6A175495A6C6F49C3<br>File Hash:<br>2808CECE7508F6BED35A98444B7B848E83AC0FAE596C000D698F779AA1566738 | 01-13-2023<br>05:14:54 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 25 | Info Hash: 312F7FEB76A20BF5563ED1A49947EA4A217CE724<br>File Hash:<br>A4C6E2C487095C35F0062C89E0C80838AF36605494BFD8BBEC3988205274B9F5 | 01-13-2023<br>05:09:41 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 26 | Info Hash: 978F02B3211A09F06F3B32AF90AAC8DCAA0B8552<br>File Hash:<br>3BFDF62D7AA88096A2A563100C318BE1EB5EE3668F705B04A7D26CF04DAC8182 | 12-31-2022<br>05:08:26 | Slayed | 07-05-2022 | 07-21-2022 | PA0002367492 |
| 27 | Info Hash: EC7B536F394071701D40E02A9A6479B5A777521A<br>File Hash:<br>2C2DAD9004F5195B7099D48ED495DC6012D2B71AED562B931DC3584F5CC04B76 | 12-31-2022<br>05:07:38 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 28 | Info Hash: 74D36C3FF7115D360752968641DF39D8F2BF74D7<br>File Hash:<br>30CE744EDA4BC83F8C3A2885CFC73B20196FCFC7D6389E7B6709E12F12C49F5D | 12-14-2022<br>06:54:59 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 29 | Info Hash: A1A13E98DDED4B4CCB8A063654B74611214491C1<br>File Hash:<br>DA8A7C3A9D901FABD70167B663267E4919BCF2C900EF7484A10381C33DF8B5BB | 12-14-2022<br>06:50:13 | Slayed | 06-14-2022 | 07-21-2022 | PA0002367489 |
| 30 | Info Hash: 8F9D3A596AF1C39AAA440D4F826E74D61884670F<br>File Hash:<br>1588347C9067E39D797E9ADF63148F8F32E8F6CA87F28F22301A08A0324A1612 | 12-14-2022<br>06:46:34 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 31 | Info Hash: 3C6F904EBC75852A3BD1F0C2A3DE513FA4B37B73<br>File Hash:<br>52453AC6D8EDAAED0F20A81E516C328D6909C6C005A435275B69445E7598F3AB | 11-24-2022<br>07:00:24 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 32 | Info Hash: 9191BBB92E06E8742E9F6D0F6DDF1B55DF5096B5<br>File Hash:<br>D2341F49BEC2F2FA6B25090A6B4694E3E8D0D68883109D9BD06A823F61DCC810 | 11-24-2022<br>06:46:12 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 33 | Info Hash: C54512672AB83C2172E5AA6AA335CF2359A7F73A<br>File Hash:<br>0D646A9B3E18B1E6E11CE6B043DE5954FBA5D7F9261E23C530E691CC978F3758 | 11-10-2022<br>07:47:55 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 34 | Info Hash: 5C1D84B8EE66AA95473A12F7D5A7612D9B4D375C<br>File Hash:<br>4C5E775EEBDE716DA30F22E2C79DB0F8FC6CB1A39E29CBCB5B49EAF97FBB323A | 11-10-2022<br>07:33:08 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 35 | Info Hash: A3ABCE497CA4A48E72CD9128C493528A27622084<br>File Hash:<br>8D382E55A960446DA0C4CBDDD3FC39836949E2B2DE3370BB9608309DE4A20ADB | 10-28-2022<br>14:05:44 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8249D0CB2ADBDF0282E05F2C1B69B96F34DCADA9<br>File Hash:<br>507F881DD8E1A9465284B0ADB016A3E17867DFF4DA470BA4E8614776E49DD945 | 10-13-2022<br>06:13:23 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 37 | Info Hash: F64C22A67C587BB21EB6AF7E1B5A14CC262F18B8<br>File Hash:<br>7EDBC714FD4B5464E6535343F2BE6921300B4B1C0C1CB3EDF29411EE15075A15 | 10-13-2022<br>06:12:11 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 38 | Info Hash: 735819ADA24E184D8BDBA72736218DB712B594B0<br>File Hash:<br>120692D63A55EFA9702C09891046468B18482696639B3F0C823F1C4E6239A9E7 | 09-30-2022<br>02:48:31 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 39 | Info Hash: 86C18487578E45172FA87A102FA37E2660FFF7A3<br>File Hash:<br>C69D40874320AA3D5184A284181943DF96513ED55CAF687E769D5A7EA14C162F | 09-27-2022<br>03:39:26 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 40 | Info Hash: A14023846EED88AF95F2AF76BD1D5A5E90CC920D<br>File Hash:<br>B960E455DB5743B61019D1F2991B3E39B5655415FE98C81E642B61C3E14B3CFC | 09-27-2022<br>03:37:36 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 41 | Info Hash: 4152ED89B504AC5B70FC3BBE20B84DF97888EAD2<br>File Hash:<br>E4EC555A53B2FE6E81538CF8742AF2316E8CAC0A48DA4E65E87E436B698C219E | 09-27-2022<br>03:37:07 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 42 | Info Hash: C50F90F5C52D0EF98AF8FCB8DFA605B3EA200FBF<br>File Hash:<br>FF3BC0768BBFC3B19053BD8540A326DAB4EEB760022FD41C7323A95403E824D6 | 09-11-2022<br>04:02:54 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 43 | Info Hash: 729BA9D53C44EF9B06D41AAC804258A5C9DE2614<br>File Hash:<br>6FC7868F0823B31ECF15F4EF64A0F9C5A666E1B9EEE7DD814F038810190F7F5C | 09-11-2022<br>03:57:01 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 44 | Info Hash: B6B3DC5C87C53BEBD0F5F455E3CF7308A1C85B4B<br>File Hash:<br>2368DA84A164610BA880B0F903ECE64219A9B6CAF2E841A8F04B5DDC9262C46E | 09-11-2022<br>03:56:14 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 45 | Info Hash: F8CAD854E7DC19B53E674840B5554C76AD455AFB<br>File Hash:<br>8EA7842640D74C90BAC1D369A2072A6125C869D9F4C82073D1032E9BE86A8A6B | 08-27-2022<br>05:25:10 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 46 | Info Hash: 3E3F0031CED1C5C5EF641C97A3FAB41D92A5BD02<br>File Hash:<br>89E2C079CB49C28614DC8F984CD70CF6055013284DE8C15649D9B25E22749E93 | 08-27-2022<br>04:54:10 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 47 | Info Hash: 3344C8CDFF9B33348E149E2D460B5D0E8B75DAAD<br>File Hash:<br>23CE6E0056F366425418B280EC88830ACA49AC1CD615D692EA984E455F913557 | 08-13-2022<br>05:10:23 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 522106AD5C604CAA38EEB8C9E645BB89B7246439<br>File Hash: E7E033B1618FD43B267E8CD0AF60A898EC2BEDA21372A6C5AE92760818965895 | 08-13-2022 05:09:49 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 49 | Info Hash: C44085C07C791D8342CD27FBFA50D418806F1A03<br>File Hash: 075069C39BEB463B4D485C11FFD06CDB81C6265A0FD0885F8DD16EAF53A68680 | 07-27-2022 06:39:20 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 50 | Info Hash: 57763A5B3583A13492A671B9919D28555796546C<br>File Hash: 7882436CAE07D7E0F422B3A2EE3582E944A93B99893003C4A5E586C8C2069DAC | 07-27-2022 06:30:35 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 51 | Info Hash: 8241A5E05DAA67A4641B7DF29981030AA6A82700<br>File Hash: 93EAFB8429099F10B09FFD180369B3D777659862BB1168AD42A517C05ADAC959 | 07-12-2022 06:03:57 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 52 | Info Hash: 53738436755048458B757E4BC000B8F5DBBE21BC<br>File Hash: 209AD24E5931C5C8A5D2525164A39E02D2782EFD965C1EC67B585810227A4A14 | 07-12-2022 05:54:10 | Slayed | 02-15-2022 | 03-04-2022 | PA0002345470 |
| 53 | Info Hash: 0103736837257964EA826F9CA31071C544A7062D<br>File Hash: 33448DC13445C0D55D7A52778E2A654BD9351A576D53639D2E4166C7E6A5CCEB | 06-24-2022 08:41:45 | Slayed | 08-19-2021 | 09-08-2021 | PA0002316102 |
| 54 | Info Hash: 34C8C1B694349A1DF59D9F3EFE5A333A6EC7F644<br>File Hash: 23FF03E8C3FB4FDE9345CDF7003D800AB523390D1F647D6CEE532772B08A913F | 06-24-2022 08:05:50 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 55 | Info Hash: 1D9E0D20C47DC94E048685E7332B03C86D2F3E32<br>File Hash: 614FEC163AE5BF89B7F2D58AC3272E4B5D2D12D35DDFDAEF2EDADAB8A19EC880 | 06-10-2022 06:26:03 | Tushy | 06-05-2022 | 06-27-2022 | PA0002355037 |
| 56 | Info Hash: A57EB25C6B5689118A2B4DDA648E25AE167E7525<br>File Hash: EF9BDA642565895653F353ACCEF39910559841840128B3D5B7738C156EAFCE97 | 05-26-2022 06:15:43 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 57 | Info Hash: 419705ABACCB5386FA5857670D7125BC2C4130A6<br>File Hash: 0A81A774C775E264BA4E63AB696996368FCE6466077561A59563FB282B0D313D | 05-26-2022 06:06:19 | Tushy | 05-22-2022 | 06-27-2022 | PA0002355029 |
| 58 | Info Hash: 415CB4AE74936F68AC80F8DBBFECB5F3BFDC810C<br>File Hash: 6CFA09064BCA3EC3B21A6AA21355BD97C3C1E1D5B28E7C2A89F5FDC21ED6787E | 05-26-2022 06:06:11 | Tushy | 05-15-2022 | 05-20-2022 | PA0002350379 |
| 59 | Info Hash: 8DA937CAF8D2CDCD0F051AB91E40DE9A529D22DB<br>File Hash: 98F40A0CA0F512E04FF0CF29FACE7E15D875F2A698C432BE82906249A30E0E81 | 05-26-2022 06:05:52 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 94681F93361866C25B301A4EFE1BB6A18EF70C0C<br>File Hash:<br>8BC43B2858E33C443F0F5F981D0FD86F5CE8A8C64F427451B05B06CFD303AA56 | 05-12-2022 05:38:21 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 61 | Info Hash: CB559D4FEF06F2317C82DE641FE89E45845A390C<br>File Hash:<br>71F996F76A7E4AE0DEB9678B4F9AE0C87B6656A265F7C3182E213364F65E5811 | 05-12-2022 05:34:50 | Tushy | 05-01-2022 | 05-20-2022 | PA0002350375 |
| 62 | Info Hash: 2728A567731EA73AABEEBF3BF77FB001A61033E1<br>File Hash:<br>1DF03F27CCC60998C06D037219E4DD5AC89C8E7046E1315BAE4A0D310E00736E | 05-12-2022 05:34:05 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 63 | Info Hash: 46F84EF35ED852694DFFE90821724A9E4A0EE41F<br>File Hash:<br>386CBBD60EFD72646EF76C1C78182F896F3233202D1A00E321D1851AD9B60BA2 | 04-29-2022 05:15:43 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 64 | Info Hash: F25D6091568DCF016037878F502F7561F8BBDB62<br>File Hash:<br>B765DC1E587DFE9F8CFFB338CE68DC6984DB58A9F3E49E002A3B6AF2120B63F8 | 04-29-2022 05:15:38 | Tushy | 04-17-2022 | 04-23-2022 | PA0002346417 |
| 65 | Info Hash: 9DB43330CB7984F1D8AD7735052DE7639EA81F25<br>File Hash:<br>BAC881FB42E1D473EB0B4B52AB59FAD0CB89232A948E9A9EE25AD562DD211E9C | 04-28-2022 09:17:17 | Slayed | 09-23-2021 | 11-01-2021 | PA0002326412 |
| 66 | Info Hash: F5A90C2E07595A393FAF97F545C98934DA977359<br>File Hash:<br>10F88380CE6DBB04A0C56CD215F5057D6D7E94C7B2D14BF4CB03ADACCEB37ECB | 04-28-2022 05:54:43 | Slayed | 08-05-2021 | 09-08-2021 | PA0002316094 |
| 67 | Info Hash: 121170F1552B3251C236FECFEA5F0DCC9C909286<br>File Hash:<br>BA4FDD90CD82EE1199B8954F25C67E2B7057E376EEE72D8C259010CF17A80A6A | 04-28-2022 05:54:32 | Slayed | 11-23-2021 | 12-03-2021 | PA0002333377 |
| 68 | Info Hash: 664B06024836E7B330881A5AAEA44128319318E5<br>File Hash:<br>FA16814141256017D9D1789BA77060C0F8B97BFB22E2FE97F6344633401C5FE7 | 04-28-2022 05:51:01 | Slayed | 12-21-2021 | 01-07-2022 | PA0002337942 |
| 69 | Info Hash: 196A8879B8F26C1F6342DAA6E71EFFB73FD7DA60<br>File Hash:<br>D55C6C85D53A56FFB992C8BBC7002F3CEFBD1BA90A0F40A6C3C5CF7B8B47F3C2 | 04-28-2022 05:45:48 | Slayed | 10-28-2021 | 12-03-2021 | PA0002333378 |
| 70 | Info Hash: 3E074DF575D215595598666F2C6D47AC93089579<br>File Hash:<br>922B658ACC5D58F70910408274EC174E7630AC86E147C52C19D735D434D5E440 | 04-28-2022 05:45:41 | Slayed | 09-02-2021 | 09-30-2021 | PA0002319733 |
| 71 | Info Hash: E80E7668A26EF21AF75D05659E7B948F8E811308<br>File Hash:<br>0E35ECBD4A0BD4FEBB7993D328346860F3346292B7311E7D9D68DE7CB0174EF9 | 04-14-2022 06:35:37 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 36BE1A364BF532C93727010851D612AFD830D055<br>File Hash: 4442AA5A948CBBEAC93F362F9B396052DD091CAAB7E6F2AA9F92D6A284DDD384 | 04-14-2022 05:47:57 | Tushy | 04-03-2022 | 04-21-2022 | PA0002353478 |
| 73 | Info Hash: 348E2497AA430140D991AD5E865442FC409E317E<br>File Hash: DA411E6DDEC0218FEB6717E7DDB000FD20FA98508F3FADD3DFFED43A71564ECF | 03-28-2022 05:39:11 | Vixen | 03-18-2022 | 04-21-2022 | PA0002353056 |
| 74 | Info Hash: 774C2EA090A6AFE6D8973DBFE0AE522A35D352AA<br>File Hash: C93EAC8256856177FB745EC3F9E5CD79E37C52402C37189C8BA56331DE0C3A6E | 03-28-2022 03:37:32 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 75 | Info Hash: B2AA97BC79185C05C21F39C03A2EC0117FAD95D7<br>File Hash: 3294CDB319F6F57AEBD946B8B1B942884033D035C8A67C3BC4FFD62E99D3D89A | 03-14-2022 03:04:11 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 76 | Info Hash: 051D34E23334E775BADDB2E6D44B554659B70352<br>File Hash: B689DD45562F442F3D8F3826A771C9E400070FE767ACB08881AEB0460CFDFE34 | 02-28-2022 06:20:11 | Tushy | 02-20-2022 | 03-29-2022 | PA0002342839 |
| 77 | Info Hash: 52415955D6C3B99F3A3F89BBB89E71FA8FD528AD<br>File Hash: 08C24B2CBF4AC4FB19EE75BA77EA9E37123EA38456B44B8319806394D22146D9 | 02-20-2022 06:38:06 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 78 | Info Hash: 9523D8481A8921F854D9F4D658309053DF9D51E8<br>File Hash: 558E923B7FB03F52B6D8A375F2E7DF40A6ADBD6E8DF88D33F4BA1FD66BCB8CC4 | 02-08-2022 07:00:54 | Tushy | 01-23-2022 | 02-14-2022 | PA0002335464 |
| 79 | Info Hash: B82C01991EEB4A25F31C65FF84CDC8CB1B253F59<br>File Hash: CF5A358526923E89773249E53032E4B840AE51281850ABEE0268E3D4A18164A7 | 02-08-2022 06:20:22 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 80 | Info Hash: 775DEB6869799752C425208A57EC76F2FD91B60C<br>File Hash: C7AF91E7382DAFE1AC88504E58F319D0553667EBD1539184C2C5ACF67D53CFFC | 02-08-2022 06:15:45 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 81 | Info Hash: 2FCCFC943E2F866F17AD423D4D3AE9FD22133077<br>File Hash: 58C73DFDE37652A8F5D639878D6247F19BFB79384F1A8E71E37692E4BAA0987C | 01-22-2022 16:42:41 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 82 | Info Hash: 6F381DE756DA1DE290C0E437F44B7FF8EB076531<br>File Hash: 654F0D020E8D6E40EE394C82B97DF46D151AB08490C8963B6B9E2C626EB79B7A | 01-08-2022 05:54:34 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 83 | Info Hash: 18D1C9E26A0E196C4C939F1EA4171DFEBA8745CB<br>File Hash: 62105CFE4A8175089B73CB433075DE5C5527E0269FB62B94C460EFD285F4FB2D | 01-08-2022 05:53:51 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: A179C2A550C49C93525C1F1CA4D519E8A3226C36<br>File Hash:<br>0B1DBBE3613FBBE754C04963A17206F8436EEEEAB68D72E81DF20294185E0782 | 12-24-2021 13:56:52 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 85 | Info Hash: A6064CF22BFA42CDCB19E03B6AA4FA59CAB344E4<br>File Hash:<br>77D757404F8D6B089EB864BB3DBF713196E725B7A6633DF26AEEEADDC0191C63 | 12-24-2021 06:56:57 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 86 | Info Hash: 372C16BE53C1B0D0DA0700D6CF211107D110CC5B<br>File Hash:<br>874D6C9BEF7F531CA458C79F051DA7F2F3D592FE17FC8E330FC6EF7062477E3A | 12-03-2021 06:35:18 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 87 | Info Hash: 83C10AC3DC9C9413F496041CEB8C6179D6988EFA<br>File Hash:<br>E84F55F2C80B73918BAA690307D345546CA419A098701E1835E4CA41A03BA11D | 12-03-2021 05:32:59 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 88 | Info Hash: B23CE9830A783E770D537D9097F47F4D03FCC397<br>File Hash:<br>BB7CA52BE686951B50DABBD995BFDAF9E6F46B837DBE95A1F0594562FED78E8D | 12-03-2021 05:32:50 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 89 | Info Hash: F3BDB02185AB3B5B48C4EEF425AC94AF5D61BA35<br>File Hash:<br>650DAE7596F611299044484E9441EE6ABC41A4628A930BD4BB47F1A8857E8A83 | 11-16-2021 05:28:54 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 90 | Info Hash: F4C3503ABE5315155B4A64427362A51FD395A73C<br>File Hash:<br>A70518FCE6A19B5B182D848D273D737599A267D70202671CCCC83C70A5044DEE | 11-16-2021 04:25:30 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 91 | Info Hash: DB89B75E9DAD31F15DC983AABCEB9AE720EDB193<br>File Hash:<br>4944D7029732BDEAB22221D7A9735586B69A051A79247640CBDDC1C8D2D2F2DF | 11-16-2021 04:25:22 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 92 | Info Hash: 40D6C5A44C8802776A31D077792F14860F2BE040<br>File Hash:<br>E7E18ACE11429650FCE5F2E243972BF0EC35FE42C5E76F2674A6CEAC54FCF3DE | 11-16-2021 04:22:16 | Tushy | 10-31-2021 | 01-07-2022 | PA0002337490 |
| 93 | Info Hash: 72AB5D111570FE8ACF0B01B57B6113F14C350BE1<br>File Hash:<br>7AA6FFE1965EFE96A343FB510C87FFC969DCA38EB59776332BFA1BB9674B4D82 | 10-30-2021 03:26:01 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 94 | Info Hash: E77E7917B5F3C73AD9E3925EBF133C8A7B3F49C4<br>File Hash:<br>A6CD82E7EA47C9102414E1769267CCCC740102FAF27221768FA1702B8E41FF3D | 10-30-2021 03:26:00 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 95 | Info Hash: 1FBAD8F90D864550D63CD05A7924A75B686E5302<br>File Hash:<br>BFCC75D79B0A13C65DD783C40EC97C868CDF5679D57346333DC6F985F1404F8C | 10-30-2021 03:24:39 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 0EDEEB3EFB1595EC8FD6F5FF35A07BE00B91E1E8<br>File Hash: 3973944F36D613CC8418865FAF957994D12F45845EF626482A808D394DC2BA98 | 10-15-2021 04:13:16 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 97 | Info Hash: 37B79D5889FE5985783BA9458C88F6912DEE7A29<br>File Hash: FD9180F36314B4F5A595516A24F03518B9D624AF60D2044C211118CE83C2AB94 | 09-29-2021 05:11:04 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |
| 98 | Info Hash: 64C5FE3D236310F40A80E7FBC9905050811C3CB6<br>File Hash: 2FC8A2A0D43277B48375863E8F59D1CAFF37560781141E53CAB03956CC4901CD | 09-29-2021 04:58:19 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 99 | Info Hash: 8E53FF2E1F38259E5F74502C9F49DBDAC1BC341B<br>File Hash: 457946B198BE4FA38CC1DD3CB44F63670A89961950BF542FCC977EB501794233 | 09-29-2021 04:52:30 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 100 | Info Hash: 0E02F7035E6C0A7B806023E254BE4B877B859AFE<br>File Hash: 061A655D71EED8816773D4D81C2685BE46EEACFFE09679F1D84F8255267C6A3C | 09-29-2021 04:50:56 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 101 | Info Hash: F4A97918835DD58FE77C6616EE92FF2840C5596A<br>File Hash: B89E9FB1DFA96D2D99CA79899F4D1E4DE93F49A3D29058DF1A2760B109555666 | 09-09-2021 03:39:00 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 102 | Info Hash: E75A5CE65438DA60766CE023D1D04BD1B1EDBE7D<br>File Hash: 6F1A48EA19B6DCF1CFF586EF1D17E1E9C0B486DA787E301BDAC525F7BA95985B | 09-09-2021 03:38:45 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 103 | Info Hash: 5A59531B02D99875E2ECB6CD3A984AF141B03494<br>File Hash: 2B69C5DDBDB938EB6C9C4DC7B6F93B354CB28EA3AE3B84B58818D50FA11D7FDF | 09-09-2021 03:38:34 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 104 | Info Hash: 9B645986ADEE685FB7741461FB2C10C8B081F060<br>File Hash: 342B0030C0F755D574EB5B0F0A70360C6965325FED7D1031433B9B7125A46668 | 09-02-2021 02:00:43 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 105 | Info Hash: DB8787A15D7F79AE6172B90270950685D88C0FAC<br>File Hash: 71703382467E412A069169BBB0661023A3536F5CD0C6D87ABB8747CDBAC78946 | 09-02-2021 01:52:20 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 106 | Info Hash: 07257BEC82CCA1955ADD964AE5BDDC13D4A5FD0A<br>File Hash: 4662DDB80A158B410863AB0836C346F653ABD827C1F92E52C2F3186280F760B7 | 09-02-2021 01:52:16 | Vixen | 08-13-2021 | 09-08-2021 | PA0002316101 |
| 107 | Info Hash: E76216D75788F550875F1524EFCA15609F7BD35F<br>File Hash: BC214A41B65BC5B6E1F073D85F6C8BAAA789384A607A507610AE465E544EF29B | 09-02-2021 01:52:15 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: F4F78E5BFF7C5477CE5383DCD7CD14349EFB493F<br>File Hash: 37A010F243969C2660520A19AAF03B4A0CF859D29B679D2FF707D1AC4DF973D9 | 08-11-2021 00:02:34 | Tushy | 08-08-2021 | 09-08-2021 | PA0002316099 |
| 109 | Info Hash: 94986CB806976C4C5198C16F0F1FAC040750B262<br>File Hash: 27538E82EE4D8260AE4CF252120D3FD292A27968154DD723E3EBF581A54C4B98 | 07-28-2021 04:15:43 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 110 | Info Hash: 9DC437C24A1C39ADDF1E9D9C1CB76527E9100402<br>File Hash: CD65C7799CB97E0A127916FC4B2E662BE7F04B46D6C8C1CABB97FD9060BB3010 | 07-28-2021 03:44:14 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |
| 111 | Info Hash: 93E2A5FE65E5A1C6FD78BEFFAE920CD4F7701877<br>File Hash: B01737AC50BC1B2716C06392CC8B6FE62736C8FF622FFA0F3C04D601409B6668 | 07-28-2021 03:34:33 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 112 | Info Hash: 454F1DF89C04DC37D4751C74FDA2BD1524A7BF87<br>File Hash: 5AB87E700F6CE71C5A22ED3D85E819CA76CFCFFEB03C2C9A518AEAEE5BD5BD0C | 07-28-2021 03:33:40 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 113 | Info Hash: 56C6277D305C0F5E24EC146D5E71FEDC48F29D2A<br>File Hash: 5F5C74C568C51E81E3C92D7AABDEDEB9BCE7626D36E99FDD03BAC670B0D62C10 | 07-28-2021 03:33:00 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 114 | Info Hash: 6714102C7DDCFFD6FB3AFDAF0D57CABB6B159054<br>File Hash: 117EB7A1966D88458C6860192161CDE74D82E1D7E10588521898FF3D5E55AD8B | 07-14-2021 03:07:03 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |
| 115 | Info Hash: BB9B1D5CE4DB5A34BD2C3BF4186B2281F6935ADA<br>File Hash: D044D10640875D6E7D75C830EB2613AD8553831CA0CBECE175559DABE29252DF | 04-03-2021 16:08:08 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 116 | Info Hash: 388F364AFF0B58A31EA9C1E48CD3344B3165477D<br>File Hash: 6036D1859EA524A83DDEA0BAE67BBFBA279CE91D5FB114A4E326EA7267373E4E | 02-26-2021 15:53:16 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 117 | Info Hash: F2FDB63F71CEAC78908689947A30E091D5A496A9<br>File Hash: 95E75F62DED2FEE643032A4D83B87C151C656BD3D6733F8115A20AC9E7E7C3E2 | 02-03-2021 04:21:25 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 118 | Info Hash: E4CB6256C753527AFD99F2CDE9C142EFC3DFC762<br>File Hash: B0B86DCE9782548DE9C033D2FA8D30F4BAEF4A6CEB45F24547E3C0191081AE1C | 02-03-2021 04:21:16 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 119 | Info Hash: E4E39DB6AF30BC1DA628110D7A3CA6C4CB9B9895<br>File Hash: A1AAF0FFEFCD5CEDD4D56F3D0D890850F01475F4750EDC72DEA7894D1582FDDB | 12-28-2020 03:14:27 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: B325B7E8107FC52C71CCBA7A995E4E75AED840B1<br>File Hash: 00C5EB6E231D7C6BAC34B9BF59414E24089B2DDAE038D1EB410827A14D8A5084 | 12-14-2020 04:33:16 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |
| 121 | Info Hash: 5CDBC938026E69BB0AB5095CBDA1D40272137848<br>File Hash: C244D99BE64B196FC48133456B2307AF2C9238C3A25D97D2027E48D309FCEA88 | 11-29-2020 06:40:02 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 122 | Info Hash: 1917C512DE6E36C7C32CBFEB0B757FE5952ACB61<br>File Hash: 996C4A9793F80E4DA1C157A8755DA5C9877E68B8F1F8C2BD8EC8B8133C634231 | 11-29-2020 05:22:20 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |
| 123 | Info Hash: FEA375B2E4AF2936BEC2188E6EF63BE2A708183A<br>File Hash: C5FB0F224670F9761C63A61DC2B178EB1A7044421782B20D40C338D7AFE40778 | 11-29-2020 04:33:45 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 124 | Info Hash: 0BF45C3913082EC92A860177A052534BBF6BF4D5<br>File Hash: B8A53EB3B9673339D575C8FBC08B53AE6EEB733CD941B86BA82C8D8489A55892 | 11-15-2020 04:36:25 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |
| 125 | Info Hash: 9C47AE69FF849522050F919C510A7591CF8FECBF<br>File Hash: AEAE6BD28A2167D70241E529F9DEA01461D992E6EB07CAC44D90A020805E212C | 11-01-2020 06:35:41 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 126 | Info Hash: ACEF4DB489EC9EC398D9F3B4CBD97FD99EF8F24A<br>File Hash: FE1902B9F905632523A413119050801BFE1418A496DDDAA4E972FCDE4AB762DE | 11-01-2020 05:37:33 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 127 | Info Hash: 26771746F4F99C47B394DB55E96A3E8FE2A75109<br>File Hash: A8699CD5A59C165007BAD2E3D1CF406BA0176CE10677A465BF261A579C98D1A3 | 11-01-2020 05:03:48 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 128 | Info Hash: 7AAF3AD22E7E31E52064E7A4BB79F7D5C1A271DB<br>File Hash: D57894C239BECED3BFD6118390560532D5D696EF56BBF9F8379852B72D8C9818 | 11-01-2020 04:47:36 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 129 | Info Hash: 5555D41E1F8D8EDD7B6D66ABC90A9DE0D20D2F68<br>File Hash: 1ECBD28FE7B2EC1078ECCDFADF78AC73592D9AD113754DED150A586FA922E678 | 10-18-2020 21:41:06 | Vixen | 10-09-2020 | 11-18-2020 | PA0002272626 |
| 130 | Info Hash: 74F618D8DC0E1EE9978B5A799F3ED54F9DF681C1<br>File Hash: 553965CAE2BA61F401285F6BDE8D94289355F78B44CBAEDEF93DD7E8A7C435F1 | 09-21-2020 19:16:46 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 131 | Info Hash: 1F2C5F4B6B5C68130A465DC3DFDDB762C9FD8F8E<br>File Hash: 9BA7602C4DC7C8C5E2B2E278331BAD07FB7B0F1F7FB7BC3A2CB4DDB75E035D85 | 09-21-2020 18:40:52 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: E4E73AED989807C7765BE7C156F4C3233AEF1385<br>File Hash:<br>BA0C23EC21B6A31762D5E247BFA076D02119DB85DB12C584BBE3B845BE051E07 | 09-07-2020 05:22:50 | Tushy | 08-23-2020 | 09-05-2020 | PA0002255481 |
| 133 | Info Hash: 4C41F667AE5CB3BB8314254CF2A81B256FED82A3<br>File Hash:<br>3F06AEA07BD7FCCD77ACAC8964AA176A99AB2981E02D09AEF7CD7133104BEA6B | 09-07-2020 04:54:00 | Vixen | 08-14-2020 | 08-31-2020 | PA0002265636 |
| 134 | Info Hash: 10475D8B0A2780C4D9C7939ED17721913F72CF9C<br>File Hash:<br>8B684EB9EB692102FC19E7A8B6C3E2C5445F7E8B506A42C5830F834439263327 | 09-07-2020 04:20:55 | Vixen | 08-21-2020 | 09-22-2020 | PA0002265927 |
| 135 | Info Hash: 38D92FB893D7345C93ABDF478E151586E68C32E2<br>File Hash:<br>14DB1632E4F713B38D6F374A50531A5D5EDEC3AFFD1F5EC3265BAB3552664EED | 08-16-2020 05:05:00 | Tushy | 08-09-2020 | 08-31-2020 | PA0002265642 |
| 136 | Info Hash: 6CD80647B4C12FB7BC07E75077C2F3DBD5B6452D<br>File Hash:<br>9929AC09E25EDA0D1C46B57799340305CEAA94F44D98D6AB1F751F065D752BFF | 07-26-2020 04:58:41 | Tushy | 07-12-2020 | 07-20-2020 | PA0002248965 |
| 137 | Info Hash: D24A9F94A8730AD4AD6BD8EC14AFFDA124E010DD<br>File Hash:<br>F51F34B8468397A5268ED94AA3622BDD77CDF8BBA6360564FB85A8364619F983 | 07-26-2020 04:47:07 | Vixen | 07-10-2020 | 07-20-2020 | PA0002248961 |
| 138 | Info Hash: F95CAF6D63E22BFFA8B51888DFA5498370E91195<br>File Hash:<br>E76DE0473D32E91F389554B4E0EEDBB1E6197EFB5BEE3ADB0C9BC1FD1BD36408 | 07-26-2020 04:46:02 | Tushy | 07-19-2020 | 08-03-2020 | PA0002259103 |
| 139 | Info Hash: 2710D41458459FBC23A2AAE41110EE55BE1D611D<br>File Hash:<br>8CFFF825B7B0B0F4DF5BAA70ABB6F6586101BBCAD24CBFC7E47A805412E347A2 | 07-26-2020 04:43:45 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |