**Exhibit A to the Complaint**

**Location:** Dacula, GA  **IP Address:** 73.207.80.11
**Total Works Infringed:** 166  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 60589ECFFD30320A5C7B902DF5093ABBCE87C1E5<br>File Hash:<br>5A34D10C36BB015A8DC1DC8C9FDC6E71B94610218D23B83BAA9D5B6E79CBED80 | 05-26-2023 20:40:03 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 2 | Info Hash: 5921FEA8542666313161B0D6A969C337153A1486<br>File Hash:<br>7B5D5506F30A433FBEDE57DF46EAF0D6160365EDC695346C4CF8A143E14C7CFC | 05-19-2023 21:33:50 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 3 | Info Hash: E425154C12EF14E82D9AA4CD838DCC3A022EF345<br>File Hash:<br>8380DC79F1EFC94A5C2268E8F7CA09A5B970BAA7D0F6F16DF84B000F438DD150 | 04-27-2023 23:18:30 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 4 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash:<br>15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04-27-2023 20:49:45 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 5 | Info Hash: 6ED38D738D7584B6A6DDE3498B50C2883D680458<br>File Hash:<br>38B1E812773D3E0FCEDFAC6038AF0A4D29A051DBFE54A4E37589413B2E2B4DEC | 04-27-2023 20:45:46 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 6 | Info Hash: AEAF023FAC1652EC54FFF10B490E9ED6A4C1EF20<br>File Hash:<br>E1E20F7C1579BC38D7CE42E9F2EC7C92F118BDC4AB8949C1142CC811F979CD31 | 04-12-2023 09:20:42 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 7 | Info Hash: 220FBD48D861EF3FF3C68213FB21F2836E6589BA<br>File Hash:<br>9AC0963C24642AA26966EBD24C1AFE43630DA3BE555A19B353836BB61815A22E | 04-01-2023 21:18:26 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 8 | Info Hash: E25DB133AFFD0A690964996F6D07D164DC6DED3C<br>File Hash:<br>9243E812A8B5EC63AACF08EF37204333E72A34B5468436B3CCA1BCD089911810 | 04-01-2023 21:16:20 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 9 | Info Hash: E26BA1DA42DDE8C96BA3C3C4D840CA4EF82880BC<br>File Hash:<br>8CE8D97AF0FE64C70B675E4DFC8A8DE38BB4F1D7433BB99559C3397B83349607 | 03-27-2023 21:51:01 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 10 | Info Hash: 125859A99251B2E478AC1258E504DA8B2AA78478<br>File Hash:<br>32249F73036796C24443532404C20699E8BFCCD58D14E157A3ADB314B7364EBD | 03-17-2023 22:12:55 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 11 | Info Hash: E149746823401B4276B7012B8BA75835DD29A06B<br>File Hash:<br>3EEC32645179339B80BD5C34FA2E975B555045A4F80F9DB71D9E6A57EA519493 | 03-17-2023 22:12:54 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 730A6EA4A7D87CE6E07211AA603BE315398D8CE0<br>File Hash: AF90D0410BE0B3B19A1FCB3C24AFCC3391678DC550809C3F18BED1E2405197AB | 03-01-2023 11:53:14 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 13 | Info Hash: F0B5D01F5BC2DA86FA7A440BC6DD0AF9BBDCAE86<br>File Hash: 4923F09EBB23E4658B53D505752CDBAD912D06ACD66AB5CAD0A8332059AD7B68 | 03-01-2023 10:48:32 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 14 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash: FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 03-01-2023 10:46:29 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 15 | Info Hash: B912BFA534C4E2DEF27686A8D60D4933E370EC0E<br>File Hash: D25E119E13E8CB653D6E0D2F8C22889A0E9A415203E29D207CE8A396CEAB0958 | 02-11-2023 17:32:14 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 16 | Info Hash: A40B0C3EB9A6CE3339EEF19E53EC921FB114CADC<br>File Hash: 4A5EEF3F34515B33F8B77BBF9AD9E4F80F20C30F03E96774FC1462C6CD2C9498 | 01-19-2023 07:52:29 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 17 | Info Hash: 4891B2E82A6EEFFBEF043B8C03431E59B95959A1<br>File Hash: 8944359E39663A36899C06437DC61A159EEB33D13E2E56DF88BED1AA57591983 | 01-19-2023 07:21:42 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 18 | Info Hash: F59AD419F53D551B86D260EB957D82FBB337F056<br>File Hash: F18A6FBC83465AD49E0E6052167CFC54F78BDEAC050540591C388146749CADA5 | 01-14-2023 15:35:06 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 19 | Info Hash: 3B1D9E59C3948ED48D1FE5AB123112D5D98DB1A1<br>File Hash: 668876C6B5D8B1CA7D03C9761A6AB345127E80D10144845D9BC9E75B68A70EB6 | 01-12-2023 10:43:21 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 20 | Info Hash: C0A2ECD28E56C3B0C99FFB648519AE03B45CD352<br>File Hash: 546410AC2AB27879EB515B7BE995E2B772F4D93C2BAF048BC57CB7DED82661A3 | 01-12-2023 10:21:08 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 21 | Info Hash: E50BD1CB3ACC48401B3791C2B069C93C3AF8D311<br>File Hash: BA77C9FD83CFB2B241E063CBC7AF668D4D583FC5C2854C0F22CB85F4245BEDA2 | 12-29-2022 13:12:15 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 22 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash: 72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 12-29-2022 00:17:10 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 23 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash: 9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 12-16-2022 10:56:51 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash: 093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 12-16-2022 10:21:05 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 25 | Info Hash: CFC3B1A901EC19A0CD5390426E4AE773EB486A67<br>File Hash: 7D2F8E31C2C6A3EC39D9A5FD3C1785D6A4AD35D50BB9A84BE61BD594721FDD22 | 12-16-2022 09:44:04 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 26 | Info Hash: 97F603639E41F7A2FD311871C434CE33CB97D619<br>File Hash: F64DCAB7A711567A399527166F2EDFF4D41707982A869E4B27E97507218E871F | 12-16-2022 09:42:49 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 27 | Info Hash: 04847F4B72D1E908F6DC52B355C5FCA2325CB790<br>File Hash: 9AA3E4B8884D4A5A5DCBB1384A26B726A954CD5BA036BB441B06529FEDDF6173 | 12-03-2022 20:16:48 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 28 | Info Hash: ECE7258EB3599A33728969D13171F844B0EEFDB3<br>File Hash: BAA9A9A0CF3BDD30B0A91CA8921EB5E38DC987CD56648AFD2BB407355992640E | 11-01-2022 21:27:03 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 29 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10-20-2022 21:51:56 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 30 | Info Hash: F81CE28FE9EBF38DDC6BD65EF545FE9D45AB0F5C<br>File Hash: CFCA30A575EC682A41EEE611A1D5F88666A5ADE1DFE65CC761774D742A47CA7D | 10-20-2022 21:40:08 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 31 | Info Hash: 7A5E3408AF26D787EE0E1F03A2F77436F75950D7<br>File Hash: 0545C33026AFC826D0331FB6ABB4723673C0F9D76258F7C5F291D1B1D889A325 | 10-20-2022 21:38:40 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 32 | Info Hash: 81DAD957AB34C78773FDF2A383F55B6B0D3318A0<br>File Hash: 3D0BBB2A6D594F436D705FE878A2BEBE47523F0A27927C6B797BC4AB1143E6B6 | 10-20-2022 21:37:24 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 33 | Info Hash: C5918794A3A86750324DB339455F5EDBD2782579<br>File Hash: 8826235EC94CBCA6DD1621B3EC7C4F5713EBEB71620194A5558C68F80922C4F2 | 10-20-2022 21:37:13 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 34 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-20-2022 21:32:41 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 35 | Info Hash: 02B4F8C61194285E5B9B3AE3EF214BE78C41F271<br>File Hash: CED49D312F703F0E082E164ACB1A596D9ABE26A2F8876E5BD06818F49F119126 | 09-19-2022 23:08:27 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: BE12BC47B9E8402E60F764439965F58677EA2C40<br>File Hash: 37B0125CE7B2426E3BFD90B5564EA53F57F42E24B8E3BEEF272DAADA834740EE | 09-02-2022 10:56:15 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 37 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash: 5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 09-02-2022 10:46:37 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 38 | Info Hash: BC9B734ECFA71CA5DD4B0C8BFF63DCFC902B4E3D<br>File Hash: E8D259C7E52328D88E0892DC5B27907354B2A6DCF45A77FD9C824FD513CB2824 | 08-06-2022 19:46:50 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 39 | Info Hash: DB25C1AFC98ABE72B6A66D2CA4A0851A9D5BAA35<br>File Hash: 4A38153B9CF11AB12B9AD611A0289ED909AEAA431D16BE3731AC2E300C9F126E | 08-04-2022 20:42:42 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 40 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash: 3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 07-30-2022 22:07:02 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 41 | Info Hash: 66A289A04AE4D4729648FCE2D0ABC42B6B2135AE<br>File Hash: 67D2A3CE85DD3A5ADC1FE23B1FB1A90C15A1647094913B09DEB4E4DF74DF568C | 07-30-2022 21:19:36 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 42 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07-30-2022 21:04:29 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 43 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash: 3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 07-25-2022 20:32:04 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 44 | Info Hash: 79590811D6F7F9A1459ABEC2FA998EA44F3FF4D2<br>File Hash: 0A3A52E540EBBBD8436FCDADDF58D5FB3F4451155896B817323E4709FD09EA51 | 07-09-2022 21:10:55 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 45 | Info Hash: D80963110ABABE1454C1834BE5A9796BEA1556D0<br>File Hash: 3F29281EB1D3CDAA22733A8A713A8AF85CBD0CD5D6C55CA0B4A04EC3AE06744C | 07-07-2022 21:05:37 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 46 | Info Hash: A97DD32CE65682C209C2BC608BC706D63FA526FA<br>File Hash: 7B64322545AD61E7E9D5862E2244F2DF76EF9B25D8A17ADDD9288AEF527B6326 | 07-07-2022 21:03:43 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 47 | Info Hash: F2753FE2E59D29D8ACB26350CE4D2DBF4715B1A0<br>File Hash: C61912E4DD2E45DC46042F0453C130FA458F82663D731469874A05919448D87B | 06-17-2022 21:43:11 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 134C859B411AFFC6A3C329031F102B6E28229885<br>File Hash: 31136C4FCD239ABB14EFFEC20B8D412BB5FF1B8324C6A3DC9B7D53CDA77289F2 | 04-15-2022 21:34:45 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 49 | Info Hash: 272E754C63E93B5DE615DE9798364C9433033A38<br>File Hash: 5BBA8184DA2AEDEE912499158A064D785750AD453CBE08519B52C6D060A2B9A8 | 04-15-2022 20:04:05 | Blacked | 04-09-2022 | 04-23-2022 | PA0002346430 |
| 50 | Info Hash: 040C6A44B15971177FC68A2FF4942BBBEA46A026<br>File Hash: 893E5D81B824D11812E9A46382CE40AD962FD5B0E10277FCDD83212707CF002B | 04-09-2022 23:14:08 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 51 | Info Hash: 510C2BAB64EA5525520E00137D9908D94024D1AB<br>File Hash: 1C51B794FEAF50F037AB80706445580AD627E13343301FD34EDCC500BF4AB121 | 04-02-2022 01:37:15 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 52 | Info Hash: C5AC5FEEBA7840F8FE1853CC8FAEE519EBBB42AE<br>File Hash: 73625A5F34CAF25CF81C5566988D2CED4D9DB94750EC8F51B66DFEF13B02BF68 | 04-02-2022 00:26:22 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 53 | Info Hash: A415A6857FC17645C0DD4F459251809AE42AF562<br>File Hash: BCB5233B1D65A9B1514D1C32F7A765BBEFEE0FAB7DA467BC9573F47FE7EC1955 | 04-01-2022 23:43:02 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 54 | Info Hash: B020F97120A91361CC00C7293A536BBD18C05565<br>File Hash: 6FD5C83A29953E59EE1391A6928CC97DDD6AAB910D5AF02457964C15FC126D32 | 03-26-2022 23:46:51 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 55 | Info Hash: 92D5BC7B567BCE82314A5D480DC48BD3645F29D9<br>File Hash: 57A71876B9677D9A3FFEF1396D8C4B9093C9AAB5CFAD32EB8F93E4BB471C85F2 | 03-04-2022 23:35:00 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 56 | Info Hash: D8C26E4C6BC4C98B6C1058168C2275E6DA6AAF59<br>File Hash: 4EA8B06806D7A7AB9CD8C3D7089013B7D295AE5292556147D85F0A886E5AD2B4 | 03-04-2022 22:20:02 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 57 | Info Hash: FFB6EDFA66EEEF53EA113883593C28EC6BCE89A1<br>File Hash: DA2409230A42FC45846820181027589052AE7C23274AA50393F3E49B9D372671 | 03-01-2022 21:11:37 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 58 | Info Hash: 2C34775555B78EC426E7B740C0BE468CB3E9A091<br>File Hash: F4F0B1E8C52D10C3E68BC7760B608862C666D76C443ADCC2C6F17868036E9CC9 | 02-26-2022 00:24:32 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |
| 59 | Info Hash: D10DD855E1B9F8937F079FA39B40F3730DEE95C4<br>File Hash: 83B5920A46DF8C75E436FE2B8FD47589075363F3F545D7F3F2D71EE9DE6BCB91 | 01-22-2022 22:31:59 | Slayed | 08-26-2021 | 09-08-2021 | PA0002316103 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 2F4DE5F88D8A38C8BB59F7EE529F06785F16075F<br>File Hash: 8DD7D8C54AC4EE3D44FC0980EE8C9F09807488544160A1BC20BC725E0EDC2FBA | 01-22-2022 19:43:50 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 61 | Info Hash: 0EEED2F091967A7CF2C4B4EE547E47EA54BA3324<br>File Hash: 8BAAB418BA29FBB190CCA77C6238E795FDFFFB2938BEEFBDF38B07741D64EEAD | 01-22-2022 18:02:23 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 62 | Info Hash: C5D52E93767351C8E918FD11407C28228CE8DC45<br>File Hash: 13DA3F03BD22B2EF0A2B4D12001D31CE3E1A88A7EDC6A1D2F7DCE52197E862C3 | 01-15-2022 20:08:01 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 63 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 01-15-2022 20:06:48 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 64 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 01-15-2022 19:59:48 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 65 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash: CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 12-29-2021 21:53:42 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 66 | Info Hash: 1D26D49A84F60EA8D2A668CC3255CBC054F35BA9<br>File Hash: AD3A01BCB924A9D59D41E8902AD47F44EE783F5F1DD6EB2531D52DB3B18EA612 | 12-29-2021 21:52:20 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 67 | Info Hash: D33B55F4B260300934470B2571AA379EBBA73038<br>File Hash: F0E5782553320D18CB6807FFCC6336787E80F1A914CA4025A654477F2DE835D0 | 12-18-2021 05:10:34 | Vixen | 12-10-2018 | 01-22-2019 | PA0002149491 |
| 68 | Info Hash: 6F163C383995F829D551524573789A6FEC5C22D5<br>File Hash: 661E619DD876DBDCE24A539D97D0914E43B04D80F5CC45273F7B638EEB2EE3F4 | 12-18-2021 02:20:11 | Vixen | 06-03-2018 | 07-09-2018 | PA0002109331 |
| 69 | Info Hash: 1D4F8BC60FF91E4A8991397E26BFAA8545914E58<br>File Hash: 828B25E117FB123B4C52940B353A777E9255293B290E607074FBF66531FA742C | 12-18-2021 02:11:14 | Vixen | 11-15-2018 | 12-10-2018 | PA0002145829 |
| 70 | Info Hash: E2CB26C3D2C3EC278298F91941C5C4AE135342D7<br>File Hash: D971851573FD82D8A9FA817C600ADDD55B382EC6E7928E06468182B5B659FA96 | 12-17-2021 11:56:43 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 71 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 12-11-2021 11:57:40 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash: 28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 12-11-2021 11:47:37 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 73 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 12-11-2021 11:43:38 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 74 | Info Hash: FD07986D65FBA51BFF205EC22B42774AB7F5D9E5<br>File Hash: 316BC6707867BB1207B28A163035F4E94D459074F54C3A828301CB9D489BA980 | 11-30-2021 10:02:01 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 75 | Info Hash: C5DB7207F7487D7B1235962DC9DAD5B576D7B0DB<br>File Hash: 0DC99F3D82B6E44E901F3257B30E0F96E1BA5E043E055A534A5147DCD4C5C6C5 | 11-29-2021 21:37:32 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 76 | Info Hash: CD0A15EE3729AC75B93E7D7101EA9E80266492FB<br>File Hash: 026F54F53E0E8FB3B27DCFEDAF9BF74136972B838CB5474AB7BDCBC98C321FD5 | 11-29-2021 21:37:29 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |
| 77 | Info Hash: 19568E850A84FBB15C3BAA9E7C92F323D836836B<br>File Hash: EFCA8EF9C4F29CB53DF8B73B8B7A6994BD373438128B32FF218BC1CB41393FCB | 11-10-2021 10:37:23 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 78 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash: 9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 11-05-2021 09:04:19 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 79 | Info Hash: 2E04A1ABABEEFFF520DC32105A29CAC03952C337<br>File Hash: FDCB61956B588C2515BEE9EDEA7F8D965A8544D90405ABF07B7D6521317E7096 | 10-29-2021 23:35:05 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 80 | Info Hash: CC73BA58509C5CC8C9728E50AF0ADCC2309610D9<br>File Hash: 29F574469B30FD6E53418141217398D0F9175F40B85D21F59FDBBA0498559C3F | 10-29-2021 23:20:42 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 81 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash: 361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 10-17-2021 04:01:43 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 82 | Info Hash: CB90350E44C2AB7193F8C040FE32DADDB93F4F58<br>File Hash: 28D908764D4E6D28989CAA5B2B0CE68B96C79DD0D952F2A614F7BE8437B97F7A | 10-03-2021 14:07:26 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 83 | Info Hash: B5AA5C3AB921F95936B7D911457ED412E86496CC<br>File Hash: 622428573E787EC0A79B734175F79713DFADA96C407F7EC2D81CBEA1D8D2AE54 | 10-03-2021 14:06:13 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 10-03-2021 12:56:27 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 85 | Info Hash: 5C3A965875F108BEE2A866383BD26C69AD6C21CB<br>File Hash: D7056D7BE3FBF436D48BA737F5E542DE27560117338E5C93846AA4CB5976F400 | 09-30-2021 07:53:44 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 86 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E<br>File Hash: CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 09-30-2021 07:52:43 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 87 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 09-30-2021 07:42:38 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 88 | Info Hash: 343469C81E554999AA138B4E8CF3EF6ED54D4389<br>File Hash: 4571AC943DDA6169990985020A86CDD327E998F1CA7DC94CE1742C508289DDF3 | 09-30-2021 07:24:45 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 89 | Info Hash: E99423C73146CABA22B64FF972FDB3B66BC6D81C<br>File Hash: 8852896000A54989467CAFC490427488EC8C572DE303EF5E41E903903FADC3E6 | 09-07-2021 14:35:54 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 90 | Info Hash: 4B9A8463F0FBAAEB3D89398BD2E72F6762E3A2E6<br>File Hash: 2A432F4B2985F283FDB6A3F28DCB67E189DF5FD6A6A609EFA7A572FA356D191C | 08-21-2021 22:52:27 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 91 | Info Hash: CC7C310EA5A03C2E8F779D27C14B70C396E1EE4F<br>File Hash: A5D20135CA6385741744D11E4393BD062934AC5ED99098252621D2D36D0877BC | 08-21-2021 12:57:17 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 92 | Info Hash: 2DEBFB2D58D17A4DD87260D8761C937E2D3FB6C8<br>File Hash: 5227155C139879FEABC60A356F3B8984A10F9875ED1A40A93B1D8FFA063C9DF3 | 08-21-2021 11:58:08 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 93 | Info Hash: CEC10FBC799303F362E6CA7B6E08695B2F798416<br>File Hash: EB5CDFF88DDEBC17672B207FA58C01914C36CDA6C7E1982DA7A28B3C575BB3B2 | 08-17-2021 21:12:45 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 94 | Info Hash: 5CE4C6692AD15F515DF3FAB30155F5D949705690<br>File Hash: 6F140C2C7C78CEE0121DB05D1A4902A2257BB25DB37777F99ECEE5BFB7E82C6E | 08-02-2021 22:43:47 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 95 | Info Hash: 25661E257F217723274693FDB3D057D3C690DCE7<br>File Hash: 523AB93AFA0D51401A770F61E4B7345AF387F905AB5E999322D9F56856E89599 | 08-01-2021 00:34:52 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash:<br>05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 07-31-2021<br>22:15:19 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 97 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash:<br>23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 07-09-2021<br>08:58:53 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 98 | Info Hash: 910850C30840986025DF8EE63444F0A0C57569EF<br>File Hash:<br>8B1333B9F968A1F32B68206B830D7DD6B521C6EFC5600F21516B80B3A76C242C | 07-09-2021<br>08:56:41 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 99 | Info Hash: 6419AB363015515ED3967AEC17E55D06AF514FD0<br>File Hash:<br>FAEC65503943C685B1F611B238C74C21B3E57A21B7F6DB49EE7E815D320FEB6C | 07-09-2021<br>08:52:47 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 100 | Info Hash: 4250487D9BBC3E487E7A757F032DB819FDA1292C<br>File Hash:<br>C908CEAC1EFC4FD506BA0EDB7440D378F8844D7C4493C0CB1AEBDA2A65C29DBB | 06-20-2021<br>22:25:46 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 101 | Info Hash: 8EE948443FBE7B902CACD7BECB7FEF16C06E5747<br>File Hash:<br>15E258694DED57BC6C45BCE2EE94A799DB8994134024375CAFCCBC3B9C4ED9B4 | 06-20-2021<br>18:36:12 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 102 | Info Hash: D1634B876EFF87A216029B1C5C147DDBF03FCDE3<br>File Hash:<br>2B87C35CB4A96935713C02649AD0B616A1A47F8DBFD026C9506E4C9DEF33076B | 06-12-2021<br>17:38:40 | Blacked Raw | 05-24-2021 | 06-24-2021 | PA0002303153 |
| 103 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash:<br>99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 05-28-2021<br>20:24:53 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 104 | Info Hash: 6831A1863C6FD4CD376C9510214A80E13179B926<br>File Hash:<br>43B07ECB3C010034090696CAAE13F539561FAA1D1B29A51AB18BED7912811314 | 05-23-2021<br>17:43:19 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 105 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash:<br>EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 05-20-2021<br>09:21:38 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 106 | Info Hash: 731E15F08E3C42C33933767E95EC5A6C4E0AEC31<br>File Hash:<br>424BFB72051B6D7AC28893D59B1D09CE5058BF251076EC9A0A50645FB5C7F347 | 05-09-2021<br>16:09:50 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 107 | Info Hash: D4130E59A4F7FAA536754AB19E46653D45AA46FF<br>File Hash:<br>CBB560E940E2451C8A2A665F1ABFB9091234B6B474242BE14C8888C1CDE9F342 | 05-09-2021<br>16:05:35 | Blacked | 02-13-2019 | 03-11-2019 | PA0002158597 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: F2D58D0D2635DDE3BBE018EF87E28BFB4A1DCA0B<br>File Hash: A182656B5855D9EEEB1A21DEAC2D825C87BC0FD2767A1E34F247D9208085DABD | 05-06-2021 08:29:31 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 109 | Info Hash: C98740C62F8F9C6B18747244C61404316A90AA7C<br>File Hash: 56A0813EBB70472E9743368766038D60CE524AF3A3E02C21CC91B5BF295DE28A | 05-06-2021 08:24:59 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 110 | Info Hash: 44B4AD7A047450E82E78476BCCB6F743AF7FA21A<br>File Hash: E48373889E5E612D0D275BAC65055D7D7DD02A206477BFBFBB7A7BD185C34BDF | 04-29-2021 08:37:06 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 111 | Info Hash: 3777B1D1DEAB912371BAB2EB00A80A71AE9DF046<br>File Hash: 8416F84733F25D958C071C250C42F9CF58200F63B370350D2B9DFE463E91C4E8 | 04-23-2021 06:07:07 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 112 | Info Hash: 2C6E25DA6922E2C9269378498DA9F33CF6016BF1<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 04-06-2021 09:38:38 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 113 | Info Hash: 58A2718F06BEDF42378F7D683C261C6E717BEED0<br>File Hash: 367DA0B6CB23569E57D6BDECB108ADD0B0002715646EFED1F8246C3D92616F20 | 04-06-2021 09:08:51 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 114 | Info Hash: E05487E1CF7CAA07BA8E218D2504F4AEC30906DB<br>File Hash: C7C8F393602BEAC95B913F1D5021A9C80232024434D66ED0AC78F6E611123D02 | 03-18-2021 21:30:44 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 115 | Info Hash: 1824034C43267AA11198E469DBB79B913395F5FE<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 03-18-2021 21:26:05 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 116 | Info Hash: EA3BFEA5DF74FBE89E2AD79CD38A32EF4210BB4F<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-04-2021 00:49:12 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 117 | Info Hash: 8185B581B0DD8D8BB70C5D458DB4C374B49353B1<br>File Hash: 1F4409E86A98263BD34267B242C67DA85F665AFF65FEBB8F925DAC4F30BE6C9B | 02-20-2021 02:42:48 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 118 | Info Hash: D4E56208BE290AAF986DD87881D7A77129089B86<br>File Hash: CFFEB7D5057D1FD28D9A4F4C1DE274C2FD8D161A7B8518F72C759E7BDD4EA716 | 02-11-2021 10:40:51 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 119 | Info Hash: A278283F6272E595F38E1631666A571E1114F8EA<br>File Hash: 02D0C4A55A052D2EFCF4F9B06BEBCDC4108ECB4629B42B3582FE28BE02657604 | 02-11-2021 10:02:12 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 850607A48AE7C7A5B7ACC2E924C6BE119D12B001<br>File Hash: FA7E6E38F30898A2295ECF4C22FCA4C395041183F74616035787A2078529B00D | 02-11-2021 09:47:42 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 121 | Info Hash: A49EE756D34A89C41FE77B65408E50C945724CBD<br>File Hash: C0E7DBA8FAC2A125D33DF2B1F21FC81E5E61DDC85DAA378BEE9E35E3D3E27C91 | 02-09-2021 09:46:03 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 122 | Info Hash: 747D3FC7E024B3165FFCC028FBD37CBE09D1B640<br>File Hash: B0D40E41F0DC9D5094ADFC31E36D551DA13B07625F4C9F1E1CF922851D82B78D | 02-09-2021 08:54:34 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 123 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 02-09-2021 08:32:34 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 124 | Info Hash: 724B637D9AD85A90C48E95BF3200FE11B4520420<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 02-02-2021 07:56:20 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 125 | Info Hash: 8FA3CA33BA6C045B4C5C47B69541A86376772F6C<br>File Hash: 871FEC79ED5A2B2D246C3346AD3C02BBD95C1E28D1A81DF416B735D553F314ED | 01-26-2021 05:25:04 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 126 | Info Hash: B91028F8FF97039F1DAFE23A651DD879FECDF3FD<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01-26-2021 04:47:16 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 127 | Info Hash: C7A42FE42017E6C151260FAF891792B447535F96<br>File Hash: 15DEACAA6CC03F75A8326B0296CB81A02305D5AD15E7E56B71AD311B8D354249 | 01-26-2021 04:44:06 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 128 | Info Hash: CA69F01A7C793E9D7F3769786039E98EC979CA11<br>File Hash: 9A6D82C31A3713BAA99BBB2C48D1A3DE88EC1A3599A18900350BD6E4FA26E599 | 01-26-2021 04:43:43 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |
| 129 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 01-26-2021 04:26:37 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 130 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash: 9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 01-26-2021 04:22:25 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 131 | Info Hash: 9D7AC2AA05E28285F8A856E071D46596BA4A9D20<br>File Hash: A1E3B3D97CE0446F69737BB1411792AC965E27FE9A92C05448808A55373FC22B | 01-16-2021 14:14:29 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 1165841EEA3A91B85B3D7319CF4AF9CFBD1613CD<br>File Hash: 58B4D5D8119A046B29F7BE6CB0A775C7A92BE85EAC2B369A62D0A79EDF924B91 | 01-16-2021 13:40:48 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 133 | Info Hash: 0E6AC56A6AA9D4A9F0D3F9481087369B8E69B747<br>File Hash: 4F818C3B64339FD173AE87F2B923B1F43CE182F2072404141702E784E3BEE5B2 | 01-16-2021 13:39:38 | Blacked Raw | 10-26-2020 | 11-18-2020 | PA0002272624 |
| 134 | Info Hash: AE7D70AB15439F9F5F4063186E1DE036B7346EF6<br>File Hash: CBE43EE8AF85BD7B8B4311E0CD2BC07220BA8B39B95A1F941D71DFB94980DEC6 | 01-16-2021 13:26:57 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 135 | Info Hash: 08E4516F2B10B7116E9DFDC23BAD089C16D51A99<br>File Hash: 59CC496DF2C8E95867635AE3E980F1431D87E8711786E031BF179B341324DF38 | 12-26-2020 21:33:56 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 136 | Info Hash: 42F4FC72BFE526D9442ABCD62F01232B062FAF12<br>File Hash: 70D50A2F962E9E69D64450F1255A37496A84DC51CBC070FC62FD9604E9F44960 | 12-26-2020 18:34:08 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 137 | Info Hash: 9293375EA494D31BB0AD30580C2C2AE871D34768<br>File Hash: FB45EB0BB0DB1571251727E1ABFEF475272E066AEE4A94356BBB066AC0AFA962 | 12-26-2020 16:22:36 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |
| 138 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 12-26-2020 15:34:06 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 139 | Info Hash: 4FF32647D7DC0148291EC2BFD9EDE016C8AB72C9<br>File Hash: E2793A4F877F5DDCB57B392B137B0A8683717734A3539904BF176D626C0C17EA | 12-24-2020 04:37:39 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 140 | Info Hash: 20D2DFB8A9D1E65AFF9CB52590761413AC2BD837<br>File Hash: 28B6C550ACA75BFFDB14BB0C16135FBE0D9BAF310C913BD24D8A607501B949B3 | 12-24-2020 03:56:49 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 141 | Info Hash: 4C68A93F877A55624CFDB1A56B0A09F6226B7DBD<br>File Hash: 3F282AB81B7EB2031337F302499DA6D6B812DDC12B12599EA08FF65A95F623CA | 12-24-2020 03:02:27 | Vixen | 04-24-2020 | 05-05-2020 | PA0002249029 |
| 142 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 11-29-2020 23:23:37 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 143 | Info Hash: 9FAE98B12813FE5BFF3A5CA5CD89FF277CE936E6<br>File Hash: DF4BF86BC79099FE383C7D61244EE767B7A76C6DA72836C915666B20FC25F5E9 | 11-27-2020 14:24:19 | Vixen | 08-14-2020 | 08-31-2020 | PA0002265636 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: 07E7AE0C70026BD3B8536165701301638E4360A5<br>File Hash: 71AD2D0C7A73F9B640A0D36F3DD3DD491D9962B06C3B5C1B0A8F1147F5F75354 | 11-27-2020 10:21:56 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 145 | Info Hash: D08758B050D32B8F04BDE6EF48D17F4BC2D1EA64<br>File Hash: C1EEFD2AC9DFEFF6009205030DFC6621C0DF001561AEEEA4B0E726206B1A3DDD | 11-27-2020 10:17:36 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 146 | Info Hash: 2D8F105CB57AD0FD1250254D4910D00E4CBBCDCC<br>File Hash: E02D528851367835DE17CC4D35D0BA309A12CBBFE4576886A79AEB1B91F66DCC | 11-27-2020 10:06:22 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |
| 147 | Info Hash: 1A8DCF0C152304F2BB246BDB17F0F9BF1AF0A33F<br>File Hash: 87E07A405D15190CACF4C8AFA342BFB1677B86EBD7E48AF6A36013DE4CB7A190 | 11-27-2020 09:41:14 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 148 | Info Hash: C57AA08E54DCBD782F4B9A53E17C7AB932215387<br>File Hash: 00501D72C3CEB16F94D0A71BBF3FC9FBC900FB20709FDCE26FD83C39119C9538 | 11-27-2020 09:36:31 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 149 | Info Hash: E5DF37D5C860370BE63F9ADF29F983225E29522C<br>File Hash: B23E448A9D88494517CE0A2C159F8BE98332800187C6823A8F0866D1C83E5CC9 | 11-17-2020 23:50:49 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 150 | Info Hash: 654CFBA775433926717A3E0D58C90196F0413460<br>File Hash: BE957B752D7675E37648F2D81C3040F9E272C6D4588CBDFAB6E52E785DD954C9 | 10-23-2020 22:24:41 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |
| 151 | Info Hash: 84A2C046FD4795A6A5DC3814FFBFF9CACFA06E00<br>File Hash: E83C150F4ED927F9D1E7323EE272C9D1E9B1B3F0A7E52A184FF98BE871589D03 | 10-11-2020 10:13:24 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 152 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash: EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 10-02-2020 23:14:30 | Blacked | 02-04-2020 | 02-20-2020 | PA0002229052 |
| 153 | Info Hash: E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E<br>File Hash: 5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 09-30-2020 20:41:04 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 154 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 09-30-2020 20:39:26 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 155 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 09-22-2020 02:55:35 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 156 | Info Hash: 4DDE3CFEA177922DAA399EB711A316D2F67E9F9D<br>File Hash: 0A6826F0C651532E1A35CB12C5F7BB751D080E8B1A2C1126E8BED1CBBABA3B4F | 09-09-2020 04:59:30 | Vixen | 04-19-2017 | 06-16-2017 | PA0002069291 |
| 157 | Info Hash: 4D128566D34AA1EC74C662CC23A00DBFD03A56E5<br>File Hash: DD310F56DE594622150223897919F94B177A071C38203F879C910627A7F18DC9 | 09-09-2020 04:20:54 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |
| 158 | Info Hash: C63144F64B9547BE9906EA7046AAF8FE428E95ED<br>File Hash: 1AA52D9D79432616DAA21D7BB04990D86B45DEAF1FFE5FA2721C89DD5EA2780C | 09-04-2020 23:35:01 | Blacked Raw | 06-15-2020 | 07-17-2020 | PA0002248596 |
| 159 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 09-04-2020 23:22:22 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 160 | Info Hash: 4B284A0C691291B7047185928CAAD62C0D415773<br>File Hash: 55BB78E76408827995311BEA5542CDD4F8EC08CF2B61ECF44084537217280AA0 | 09-04-2020 23:04:45 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 161 | Info Hash: C2EF944821A1758590D2113DA95DB5C8A0F5C836<br>File Hash: 9D6C6E2FBCDCA1B60A984FA9D30855136294F9EF3462CBF0232BA90D81E03596 | 08-26-2020 03:59:43 | Blacked Raw | 03-23-2020 | 04-17-2020 | PA0002246101 |
| 162 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 08-18-2020 08:12:29 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 163 | Info Hash: 6AFA067BE094CCF677B1C0C137687BC2BE3314CC<br>File Hash: BE7DD4213F25B3524CBD5F74C235656475652B4A68DFF73E4DC7EBDD2A5AA1E6 | 08-18-2020 08:06:09 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 164 | Info Hash: BEF0D2E7B96DDC060FA0F61AB59A5985525115B5<br>File Hash: B67B097F801EEA65584A38F8DCE91095187EC713948B4F65B62B25346C690CAF | 08-03-2020 10:17:34 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 165 | Info Hash: E295E17EABA72BC5E641123886926E57391DEB0E<br>File Hash: 25C30DB28A0AB5499B8B8AFA00FFAA3333ADA3D2EE835C39E836E39EC5E3C73E | 08-03-2020 10:15:36 | Tushy | 08-02-2020 | 08-31-2020 | PA0002265633 |
| 166 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 07-28-2020 23:11:28 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |