Exhibit A to the Complaint

**Location:** Avondale Estates, GA  
**Total Works Infringed:** 147

**IP Address:** 73.82.62.216  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A<br>File Hash:<br>CB6851AF715BFEA42DD5AA76C2259C7F6FA49A82CB907C16679B935539EF88AC | 06-09-2023 11:07:50 | Blacked | 08-13-2018 | 09-05-2018 | PA0002134995 |
| 2 | Info Hash: B67C82932EBDBD98F7BAE04E0D159CD3BB4241C1<br>File Hash:<br>37960984BE2C789293DB422AC4FEFC69EB7CCAC1357CF00794A88F7B208E6BD2 | 06-09-2023 10:59:06 | Blacked | 03-16-2019 | 04-17-2019 | PA0002186980 |
| 3 | Info Hash: D64412118B365A4B5898019CDF5589510838FCA9<br>File Hash:<br>01FA7C6D6CFF06D8986D7921F94E5FF949AD01D4AB34927A24290F6230BF3895 | 05-31-2023 10:07:22 | Vixen | 05-26-2023 | 06-09-2023 | PA0002415392 |
| 4 | Info Hash: F25A8DD3192FA2965BA54A591774A990C9E80C5B<br>File Hash:<br>E5D18A3131937B4CA5A8BCA3C61A9B24175C98798375CACE01C78476725435D5 | 05-17-2023 01:32:27 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 5 | Info Hash: 732813BB2180BDE9475B1630CCE9364D0C069228<br>File Hash:<br>A0C0E5FF9FB0A72DF42E4CFBF3DCE9FB22CDE152D96D350510E350015045EFFE | 05-17-2023 01:30:47 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 6 | Info Hash: 73FC532AC1B985A0D6A8AC0E61DBA029B4974E9B<br>File Hash:<br>E0FA800916BEE3A6270F1FB1D2A7B484B0450B1E815135A452D0CA7044B33664 | 05-17-2023 01:24:13 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 7 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash:<br>919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 05-03-2023 11:03:50 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 8 | Info Hash: 1126FFDAB039432CE55D786402084CFC474E693A<br>File Hash:<br>484294E18E4ECD4CFBCF3EB7DC53E14D11C9025DD5368C3AE34798BF6FB40146 | 05-02-2023 08:29:34 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 9 | Info Hash: ED7876C01554DC0240AEC5A97EC30C00050D406F<br>File Hash:<br>4516D9BAA03BE3C57E19ACC0A54C047E0FB91F2E2D968B4F274661933EEEB154 | 04-30-2023 09:34:18 | Blacked Raw | 05-24-2021 | 06-24-2021 | PA0002303153 |
| 10 | Info Hash: 7904A141CEE0C0AF1E207F32CD1F7997F26B469E<br>File Hash:<br>26942FF6602A2AD102834A5F74E45EEAD6B7FC7890ECD0A25B20E6E7417FDEEF | 04-28-2023 00:33:10 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 11 | Info Hash: 41A572496B878FFAE77C7A757CBAE1ED0EB9D57E<br>File Hash:<br>FF125D9A09EA9469F302C188E821F889073D4286F770D8D1FA88C6E3E13AC817 | 04-28-2023 00:29:25 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash: 28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 04-28-2023 00:29:12 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 13 | Info Hash: 6ED38D738D7584B6A6DDE3498B50C2883D680458<br>File Hash: 38B1E812773D3E0FCEDFAC6038AF0A4D29A051DBFE54A4E37589413B2E2B4DEC | 04-28-2023 00:19:40 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 14 | Info Hash: 8AB9FDD615D0FBC90CCB30F527B01ACF5C3392A9<br>File Hash: 2C455D2C2790A80F7DF0DB958F5EEF9E32ACE7EC7F97467FAE58299545A9B231 | 03-15-2023 10:52:59 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 15 | Info Hash: 43895C16236A6AD40F41D1A81D6F469DFD9E4B2D<br>File Hash: DF629E1E14C9CBD62202A90F4996C5DE6462B28923D549010F5E936AD768A87A | 01-22-2023 23:39:34 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 16 | Info Hash: A644959E99A7E9119D745BCF028B01D155D8E6BC<br>File Hash: E26E8A8914EDC7C0A8189EFB81D5E956905E268BD41E04DDF52599D4C43B5EFD | 01-22-2023 23:34:56 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 17 | Info Hash: 2A04AEF1192B0D339DF40E154B86A51DA08ADE6E<br>File Hash: 1A252626FABFFC3A18CB63BB41750033948F9719B206F8F914037A2DC110104A | 01-22-2023 23:34:42 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 18 | Info Hash: 6F7FEDC828C32D0331A56BC4D128FA8C0D35CA84<br>File Hash: 8AB6544AB5A6CF659AB4251D5E067C2303DBD0E385C788FD5E496C6D5C0E3545 | 01-22-2023 23:33:33 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 19 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash: 7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01-22-2023 23:32:29 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 20 | Info Hash: 629DF02CDAC1EC602F343FDCC55EDF3C6307B281<br>File Hash: 04F8AED78A39739C543E3B91EBEFC20E9C8DDADCCDFC1570EEB89F305CA88C54 | 01-22-2023 23:29:51 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 21 | Info Hash: CA60236D29E4C5A36B1A2BD59DBA968105F955AC<br>File Hash: D40AE0203C62D97B29DA45B68BF568D372CDB7EBE39E27D9571A0A1C77E2EB03 | 01-22-2023 23:29:43 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 22 | Info Hash: B22A7C436E58C0FFA78DF7DFF1FC7CB5B00AAEBB<br>File Hash: B22858E0F5E12664E5B713F908BA3A2F90D228F6795CB87A93F54407DD7158E2 | 01-22-2023 23:29:42 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 23 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash: 3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 01-22-2023 23:29:20 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F70A608080EE69C5B9D8441C04342D089F1A8C1E<br>File Hash: B63EE77DA3835713F6183CA52EB03E35D955AFD6C771DD869F3A6921953BB5AC | 12-13-2022 09:54:43 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |
| 25 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash: 84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 12-10-2022 11:02:10 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 26 | Info Hash: D94A292DE29E15C71099DEB38C0B546E0B5108BA<br>File Hash: 78061E0B3C13440F531D99A9E6AA85EA547B0DA3360178A537F2AD623E4A5409 | 12-06-2022 23:52:59 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 27 | Info Hash: 8059043743EE83DA79D9AC508FAD5973F2988995<br>File Hash: 59D9849D10DF8FEFE56E42E3F95AA08B03EB405C3BE31DCC0BBBDAA18EE0E804 | 12-03-2022 10:58:49 | Blacked | 01-30-2020 | 02-20-2020 | PA0002237624 |
| 28 | Info Hash: 5FA59DD2A87C8333BF37865F57F8DD8429250516<br>File Hash: 26D181357D18F58D64D4BC97CD1F8D78F6C4D413F030998D2E921674F15F5796 | 12-03-2022 10:57:51 | Blacked | 03-31-2019 | 05-28-2019 | PA0002200773 |
| 29 | Info Hash: A0827A76038ADBCA262079E7141C2F1DA890468D<br>File Hash: 8057638209897A8D97A5DB52B48A4AEB05D2C5E6A938A419B3EB73EB0C3EE9B5 | 11-26-2022 06:30:03 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |
| 30 | Info Hash: E3EDEB068EFEC672F08F6D1B0A91619FCC9E5C53<br>File Hash: 9B2C3C3132B53DDE3205357BEBA39BA6FDF0D86567A41AED57AA55EA36A3BF83 | 11-11-2022 23:33:09 | Tushy | 06-20-2017 | 07-07-2017 | PA0002070816 |
| 31 | Info Hash: 52676DB8AF414DEA769B50EB28C052C61D366D93<br>File Hash: A0F581D867DCE8B0FD37D0595915854EB7D99DDCB8FC0253B35CCFDB4A627603 | 11-10-2022 22:55:09 | Tushy | 04-01-2017 | 06-05-2017 | PA0002050768 |
| 32 | Info Hash: 7439F6C3D8B4655E9B53F9D31F567932DF4ED637<br>File Hash: 8B34A9E14931BBDDCD25E30FBF9B5DE23BD296788138AC9D03C05C1E62091DC4 | 11-09-2022 19:55:34 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 33 | Info Hash: 8D1FD7C2EBE2FA88228601C874E3EBD31D2F524A<br>File Hash: 1758B5DB51DD6950A5BD9225EBB5759AC48CB6E53BB6FB95F253886DA519BB1B | 11-02-2022 02:07:25 | Blacked Raw | 05-12-2019 | 07-05-2019 | PA0002206384 |
| 34 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 11-01-2022 21:52:59 | Blacked | 06-14-2019 | 07-17-2019 | PA0002188312 |
| 35 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 11-01-2022 21:49:18 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 2C87C60C1780C78E400F9EF552F85B1954FE1985<br>File Hash:<br>4EAF5419CA409C379D27B8AB3A4A07121E433977C9A6F7ACB185636117A544BE | 10-31-2022 02:49:53 | Blacked Raw | 01-07-2019 | 02-02-2019 | PA0002155390 |
| 37 | Info Hash: 8B78B77793A4284DD8647508DD3EDB99FC4C7A6E<br>File Hash:<br>8381CC3932E3A99B26C1665F380DFFF62D13EA20F85A94C2D0B9ED4AE413B9B4 | 10-30-2022 00:04:31 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 38 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash:<br>B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 10-19-2022 14:47:25 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 39 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash:<br>2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 10-16-2022 00:29:59 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 40 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash:<br>5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 10-16-2022 00:22:53 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 41 | Info Hash: A72BE735D576B5D1698069C9E914BDF92FBB83F8<br>File Hash:<br>779FA174AC0DAA367DA841F6900E0E1C57DC90C72808D0C74BC689BB30CA23FE | 10-07-2022 00:41:46 | Blacked Raw | 06-16-2019 | 07-17-2019 | PA0002188314 |
| 42 | Info Hash: DB497BED967866328C462CD1A231FA28CB64FD11<br>File Hash:<br>FC1D827EB4C7B83CB646EB678BEE163F7DE809FF2F1AD43E7C3D7CADF1AF71BF | 10-07-2022 00:31:23 | Blacked Raw | 01-17-2020 | 02-20-2020 | PA0002229055 |
| 43 | Info Hash: 0A699E8DDCF38F52A506691FA48FF66EA86A15B4<br>File Hash:<br>45A5C9627F189D2582974B07D3278C696CDE2303599C7BBE1BDECE8D3AA56564 | 10-07-2022 00:21:59 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 44 | Info Hash: 2369DA2EA39DD17E91F2F55D81946629A7872B9E<br>File Hash:<br>DC064752573A2022E4D177464D8CF99257640F88BD2CF8277CA68C4479A71323 | 10-07-2022 00:18:17 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 45 | Info Hash: 0EEED2F091967A7CF2C4B4EE547E47EA54BA3324<br>File Hash:<br>8BAAB418BA29FBB190CCA77C6238E795FDFFFB2938BEEFBDF38B07741D64EEAD | 10-07-2022 00:16:29 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 46 | Info Hash: 995EDCB1EB9346A9201A7D7D983C451A99226581<br>File Hash:<br>33E2DEF2AAC1F6DFE6DD74894160F8807285A81BB574338E1A11CB5705EF4C47 | 09-24-2022 16:56:49 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 47 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash:<br>5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 09-21-2022 15:35:05 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: B5AA5C3AB921F95936B7D911457ED412E86496CC<br>File Hash: 622428573E787EC0A79B734175F79713DFADA96C407F7EC2D81CBEA1D8D2AE54 | 09-02-2022 22:19:29 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 49 | Info Hash: 5E3EE3C04A734916F44384558A7B5A5CD86D22A9<br>File Hash: 662626198753F06CE5869D75C00627A6BDF01C532494F46913512AB350149ED1 | 09-02-2022 22:17:20 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 50 | Info Hash: 950CF322CAF29FE4D7BD1603C10F1CC81C7416E6<br>File Hash: 9C181FD2509B79ECD4AAD840F26DC90AB87C08C47AD22926DAF00FB732956FC5 | 08-28-2022 03:01:53 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 51 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 08-10-2022 20:34:14 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 52 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E<br>File Hash: CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 08-03-2022 11:32:44 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 53 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash: 08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 07-31-2022 23:32:50 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 54 | Info Hash: DEAEF69A92F1519FAEC0425DEC4DC04534E71CF3<br>File Hash: 3CDA231B56F1E98746A3C2AE9ADD5702103A140C0D988E45ED3A56D5ADFF2FA5 | 07-31-2022 23:27:52 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 55 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash: DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 07-29-2022 03:04:06 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 56 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash: EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 07-19-2022 01:26:30 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 57 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash: 586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 07-13-2022 04:32:40 | Blacked Raw | 07-01-2018 | 07-26-2018 | PA0002112161 |
| 58 | Info Hash: 7D0D6DA35D52C71A720392F45BDE107C238414E5<br>File Hash: 2A0A10EA1D499AA72570759AE8686D273D001FD5C2CA174451D22FA55D33CF5F | 07-13-2022 04:27:01 | Blacked Raw | 01-02-2019 | 02-02-2019 | PA0002155379 |
| 59 | Info Hash: 73098F3107FBE8E4AE1441F54DB3A42BC0D2E71E<br>File Hash: C88CE55D4CA442C9F66D7DA0732C0FCBEECEEBB72667F2A8722F0DE553A7990D | 07-13-2022 04:26:49 | Blacked Raw | 02-06-2018 | 02-20-2018 | PA0002104186 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39<br>File Hash: BF2324E563299B843D750C225AA4713748F774270CACA8F99C61C55B55BEC599 | 07-13-2022 04:18:43 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 61 | Info Hash: ECEC874C21239A30F35D90C14D825619A4E8486A<br>File Hash: 3BF2821EC208F96DCFAB5AEC6A0A782BA4D4E7896DA939247644E14885C28509 | 07-13-2022 04:11:27 | Blacked Raw | 08-20-2018 | 09-05-2018 | PA0002135002 |
| 62 | Info Hash: 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A<br>File Hash: BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 07-13-2022 04:09:52 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 63 | Info Hash: AA99615AE6C723CB3050DAC4D48D914E6D5CC02F<br>File Hash: D4777437331085D9F83529F722265DFAD5117630DB84AAE1C0850A6A96FB67CA | 07-13-2022 04:03:59 | Blacked Raw | 05-17-2018 | 06-19-2018 | PA0002126644 |
| 64 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash: C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 07-13-2022 03:59:41 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 65 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-13-2022 03:31:52 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 66 | Info Hash: 3D784503196D4B95F04098E2E56852F4F7D45836<br>File Hash: 0CA6C97E0A5152060A38ADBC585FBB30E4AB94B669792EC2D68772AF1761CF24 | 07-06-2022 13:45:30 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 67 | Info Hash: E0DCFAEC690E3346CA5EEA67A773FD1312B673EF<br>File Hash: E1C49A1B45573BA85036DB8188E6A0C13D3B4A3F1ABD5766A749EFA29AAB49C7 | 07-06-2022 13:20:09 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 68 | Info Hash: DFC8BD304F9C774902F9E41F470D5FEFDA243931<br>File Hash: E7579D0E2BB006B32A54844FAE6165D050C6629193092DEA4E0BBBDE05B6A9DE | 07-05-2022 16:50:20 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 69 | Info Hash: F81CE28FE9EBF38DDC6BD65EF545FE9D45AB0F5C<br>File Hash: CFCA30A575EC682A41EEE611A1D5F88666A5ADE1DFE65CC761774D742A47CA7D | 07-05-2022 16:50:03 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 70 | Info Hash: BA4548E157820A3DF2C7D690EA08DB61F12C949A<br>File Hash: 95514F92F5CF9A316B04E53BA54298EF21933141B0FACE94D8C1B7C7EE95CE39 | 07-05-2022 16:47:28 | Blacked Raw | 02-06-2020 | 02-20-2020 | PA0002229053 |
| 71 | Info Hash: 4CB02C24ADB67B79CD91DC3DF8597864A023F35D<br>File Hash: 086EF829F4F3DA1A06C21F4CC9D530EDBF094DD4A323F12FEED72D9104139F49 | 06-27-2022 17:20:01 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: EC432D8D71F5AB0CE83147F50B0873710BD1EC03<br>File Hash: D8B650B961312931C2DB40CEFBC8476D837B1DB948A7F9FDC5AD63147B42E960 | 06-14-2022 05:45:54 | Blacked Raw | 09-09-2019 | 10-01-2019 | PA0002217358 |
| 73 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash: 3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 06-14-2022 05:19:34 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 74 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash: 9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 06-14-2022 01:28:53 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 75 | Info Hash: AE239D62AECAF3E11B72744CA93C44F09BAECD9C<br>File Hash: 6B4C4CD4D964230FA2015B2EC284EBE46D07C20601BAA85EACA54D4B3B52BEA3 | 06-10-2022 02:29:47 | Blacked Raw | 02-11-2018 | 03-02-2018 | PA0002104740 |
| 76 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash: 55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 06-09-2022 20:04:35 | Vixen | 07-23-2018 | 09-05-2018 | PA0002135670 |
| 77 | Info Hash: D1E9777E67C9341EDDCA1915A749026CC2307DB6<br>File Hash: 21CDED7FB317274770D07E001AB2481E1EA2D946800B7787A59F61272DEF94CD | 06-02-2022 11:51:10 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 78 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 06-02-2022 05:33:55 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 79 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 06-02-2022 05:31:00 | Blacked | 04-10-2019 | 05-11-2019 | PA0002173883 |
| 80 | Info Hash: 40917DE7A333F699BBCD8032FD68051FCA103A6E<br>File Hash: 3CF504FBB36CF5A6A071EA980524324C36C7EF546EA4129DA2DB6712CFCFEF7F | 06-02-2022 05:04:02 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 81 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash: E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 06-02-2022 04:50:30 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 82 | Info Hash: 309024C828DF3FB77335331A1416A2078E5B2F04<br>File Hash: 44E24DDEA8CC646565E0756D7206106F1F0E93A93F82C324C3A6F4BE33A1494A | 06-02-2022 04:45:44 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 83 | Info Hash: 0F4CEEDB8F6D27D7BFE969C594FE95F2BEED79B1<br>File Hash: 45EF60C61C818F4C41D4026EECBB5D2C42B4E3351E52714FE05EA5CEA09F96C9 | 06-02-2022 04:37:44 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5<br>File Hash: F34A0453DC1A135DD6269A22BD1DEC952B15DB34964CB49EF25E5C0E66F57423 | 05-31-2022 00:23:37 | Blacked Raw | 01-07-2018 | 01-24-2018 | PA0002101759 |
| 85 | Info Hash: 66BF4EE8BF4EE50EB65A4738234CE4ADD0A8D189<br>File Hash: CAF99CEC7B282F4F980A7B2F5FAE3B693717D452BCA311A7C6CCF2840504A621 | 05-31-2022 00:17:52 | Blacked | 01-05-2018 | 01-15-2018 | PA0002099696 |
| 86 | Info Hash: D31CBC39E31EA20141EB847E24725F06CFC004AB<br>File Hash: 942CEC810CF3D9ADBDAA1AAA8A30606E57BABF8D0CAF9139AEC3DEC79B390C4B | 05-31-2022 00:16:39 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |
| 87 | Info Hash: CBCD2792157D511F104632A294C1F384488E7898<br>File Hash: 099497CD425F9C511FF9463C074FD98858992B7D69E2D6A6589E3771E6081A4E | 05-31-2022 00:10:28 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 88 | Info Hash: 8338EEE7422DE5D14A74AB545A3CBF4757117CD7<br>File Hash: E737AA61BA0EF6FF81A090E7305FB22391FA070E202D2B1D9D388715E79F5304 | 05-31-2022 00:06:25 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 89 | Info Hash: 41B9096615FF294EFEDFF42BCC3ECCDAA0995D65<br>File Hash: 2EE66FF9981F894019BCF2A2479BEE32ABA6C2E16B91BB51B415750A635A5F42 | 05-07-2022 13:02:20 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 90 | Info Hash: 07505D1BF57DF4D79F0E6D0C802F273714F82B69<br>File Hash: 44F977A16AFCEE2BD4C403DBB7510F28AEE06CA03510AAF7793782EF9C9D86CA | 04-05-2022 00:11:37 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 91 | Info Hash: 53115092326FFAC693EC8DF35F7B913BFB316E73<br>File Hash: 8BE02C4F01263EA20AECD08608CD4E80226C3E940766E930747627F82FFE05D7 | 04-04-2022 22:58:51 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 92 | Info Hash: 41FB2CBF966E46F22A25FD76BDD410A8471049EC<br>File Hash: DD4417468B662B9827290D264D5B54C111AC890547FBCB6ABBD60102A932603B | 04-04-2022 22:57:09 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 93 | Info Hash: 20A31492E4DFCCA3CC8A003B8AF1E4C3AB92381A<br>File Hash: 36884B340C306E825BDD40BEE68D6F6C9A34061CDC2FA08A3D4EA65D36898447 | 04-04-2022 22:46:03 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 94 | Info Hash: 978BB5B4FE80AC5DE5D635DDA303EDB8714F6725<br>File Hash: B34305CD560E6A892807F09FBC9BF46107CF8C85787B9A16B0C805684A0B706D | 04-04-2022 22:46:01 | Blacked | 08-28-2021 | 09-21-2021 | PA0002312681 |
| 95 | Info Hash: AF977503E3AB6C83B652439D642CBF571A7C28BF<br>File Hash: 254AE8922C4E7D2D03FD89F403AA3CD0468ACA7DC2EE00674AFFC243E199227A | 04-04-2022 06:18:33 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 284E4E396F1F787478E836FEEF797DE00E33D5E4<br>File Hash: C73311CD2890C6A77952ECBEDBCAEF582E16811B208D95CF9B9474DE8756B0A7 | 04-04-2022 06:06:54 | Blacked Raw | 10-14-2018 | 11-01-2018 | PA0002143424 |
| 97 | Info Hash: D306BA77FFF8FB1950408ABBB8A5B60FCC00B122<br>File Hash: 62F978246DFABCFA5E6D15572F70F8A97ADFD0D485406942557FD8BF6E48BE77 | 04-04-2022 06:06:48 | Blacked Raw | 04-12-2019 | 05-11-2019 | PA0002173884 |
| 98 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 04-04-2022 05:59:53 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 99 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 03-31-2022 18:10:32 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |
| 100 | Info Hash: C340030059AF08957371330E339FB3AA67E8FFDB<br>File Hash: 6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 03-31-2022 14:28:24 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 101 | Info Hash: 0C6C0C31980EB1B7FC0BD5D3BE2436167D73819D<br>File Hash: F6D29449BE73E94125DD3E552A3091094642E5D41C9F7475AB8C868D0DC4C7C7 | 03-31-2022 13:33:30 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 102 | Info Hash: DBAA02153CB1ACE3D2D3133FD8A00C6766453DA5<br>File Hash: 8F50BCF41DEEA9CB475E77E05BFE90341DA3F03214D1506CC7B08009A850E053 | 03-31-2022 12:35:10 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 103 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 03-31-2022 12:09:12 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |
| 104 | Info Hash: 0AC75990739A686B555938ABFD3276F73FF69DFF<br>File Hash: 2CA5AA073582E71D9492E7E3E529F4816734EFC58D3451C35339EE6074EEA6F0 | 03-31-2022 12:04:59 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 105 | Info Hash: 978CE898A8AA756DCFE919BBA0A2EABA859D93FF<br>File Hash: C920A383263D3E07545233660661F2D4A82F68D612C36CB7DC1843BD8C41C393 | 03-31-2022 12:01:01 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 106 | Info Hash: CA0B6A354CA008A43791F71E41EF820C7B24C003<br>File Hash: 4E3C98E692A7F114288C2BCA5C5DDFE903F02876CDF81EC7178AF0990257667C | 03-31-2022 11:51:15 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 107 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65<br>File Hash: 985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 03-31-2022 11:46:28 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash: 66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 03-31-2022 11:42:34 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 109 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 03-31-2022 11:36:25 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 110 | Info Hash: 340388F38581DF5E919342C8EBB209978EEA9633<br>File Hash: C6EADA660D518FE1F1BE432D3C0ABF2A095E0B0E0CDF5A2D7FE4C87E0A364900 | 03-31-2022 11:35:56 | Blacked | 01-30-2019 | 02-22-2019 | PA0002155138 |
| 111 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 03-31-2022 11:29:25 | Tushy | 05-11-2018 | 05-24-2018 | PA0002101379 |
| 112 | Info Hash: 0D3F517CA16BF1C1F7141865E845817191E1D2D8<br>File Hash: FCD85BD0EFD258A07B81E46FFD228C7CC36DF7C5CDCB1560FA70BCB1B4AD805C | 03-31-2022 11:26:52 | Blacked Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |
| 113 | Info Hash: 0B20D0F044F9E1FEDFD0715E8A9208D30590133E<br>File Hash: E57854D7F55E65BC990A4574B4F10BA1C21C57C434E79D9162DFA99C412CDC34 | 03-31-2022 11:26:00 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 114 | Info Hash: 14B10A509F9801CDB0F3A26FB468B879FA1052C7<br>File Hash: 7111B20609AC2DDD76A51E9E2F4910F0DFD86179DD930790BD97963AE5C365E0 | 03-31-2022 11:24:15 | Blacked Raw | 03-07-2020 | 04-17-2020 | PA0002246118 |
| 115 | Info Hash: FD3B71019CBB5E802E9CA726B0C5C421B0E4A5D1<br>File Hash: 616B24219397EA9989A0CF2721183852BAD80459EA1B413837B1772011782DD7 | 03-31-2022 02:53:37 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 116 | Info Hash: 540D644F7CF4DC47791772863E6BA03A72606F6D<br>File Hash: F978C6F42E86569866612143F5CEA150485BFF0DB9B90999F20D4408700E2B1D | 03-31-2022 02:47:22 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 117 | Info Hash: 585876466B1F2F4AA1112EED355F0C88F5CB885D<br>File Hash: BF977542497803C4E4A2CB9360802C087465741BEEACF13BEC45CF047C90E546 | 03-31-2022 02:45:26 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 118 | Info Hash: CF928504FB6DFD9993E0E54672AD4709210235FD<br>File Hash: B6D16A6B7C7DB2526D31178EBB888511AEE231B475E9F04BEE78F7698374B6ED | 03-31-2022 02:45:15 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 119 | Info Hash: 062215626C7F3ABD8EAF39A7230075DD43CF13A7<br>File Hash: 7C0286924589063E7ED5B4F32A997B453151535C4F676F0D1E25A63F9E5C14FC | 03-10-2022 07:14:26 | Blacked Raw | 05-11-2020 | 06-08-2020 | PA0002243646 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 7D12856F6E576754432F12B2401493445FA5FFF6<br>File Hash: BA68245BDAFE3FA7C16DC3E400AF06ED57BF0870FAB611D0C07233885BF86502 | 03-10-2022 07:01:11 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 121 | Info Hash: 92D5BC7B567BCE82314A5D480DC48BD3645F29D9<br>File Hash: 57A71876B9677D9A3FFEF1396D8C4B9093C9AAB5CFAD32EB8F93E4BB471C85F2 | 03-10-2022 07:00:51 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 122 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 03-10-2022 07:00:26 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 123 | Info Hash: 7A65B2C57EF88AE976AD94C7AAB3416BD5DEA644<br>File Hash: 9A7E2A81CCD393B971588C52B96044830AC088C83B01F474ED17B21471D05A42 | 02-22-2022 09:35:05 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 124 | Info Hash: C5AC5FEEBA7840F8FE1853CC8FAEE519EBBB42AE<br>File Hash: 73625A5F34CAF25CF81C5566988D2CED4D9DB94750EC8F51B66DFEF13B02BF68 | 02-22-2022 09:33:35 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 125 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash: CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 02-03-2022 01:16:36 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 126 | Info Hash: 7EC7D8A69E959827878CA2B204713488076172D5<br>File Hash: 400EB249A813414B23F052A99CA9A2F20877C3C408B7D9B20A8107A30ABA9BE4 | 02-03-2022 01:13:53 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 127 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash: F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 02-03-2022 01:12:50 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 128 | Info Hash: 6C5F19A71ECCA0A465857AB73C180A5A676F3606<br>File Hash: 059EC8D696D691383580FC7C82ABBAC3CC0679DAF75C978A0E4D5644A675D819 | 02-03-2022 01:12:32 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 129 | Info Hash: 5185106CA66587111FB0177135DA5DC71FDF90D5<br>File Hash: AE1C62B285E3369E825651167854A3C504ADE56B66AE602CFB6D433593D5A87F | 02-03-2022 01:10:28 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 130 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 02-03-2022 01:10:27 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 131 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash: 28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 01-29-2022 15:50:46 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: A2B5718BB1CAA00D0D665075430789678C3137E5<br>File Hash: C4491F8620011D39D4264B032B31E1E5B138812B6DFB79F78022EDB6FBDB50F9 | 01-29-2022 15:48:41 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 133 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash: 3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 01-29-2022 15:48:32 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 134 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 01-29-2022 15:13:23 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 135 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 01-29-2022 15:11:10 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 136 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash: CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 01-29-2022 15:09:21 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 137 | Info Hash: C44391E6211E80DB1D6073D9B48C9051E2AF1490<br>File Hash: 222524712147A51A648E5F5BF18C9492FDABC6A16D5E85A603FE9108C5517110 | 01-26-2022 22:49:42 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 138 | Info Hash: 7F344797FE7DA07DEB82CC2B088D48D1A454B0FC<br>File Hash: C1AEF420CA9A04AF1F4093FD59945CAEC6E878C06D001B1D20BA3BD8D7C92CC9 | 01-26-2022 22:07:14 | Tushy | 12-12-2019 | 01-03-2020 | PA0002219634 |
| 139 | Info Hash: C4705CDBE06284FCCC4E7C0AFA85554E5CE10645<br>File Hash: 38CC20179FAA7E2EEEDD06E0F252EBF10C635BDF2F21540B6C96D0A18253BB10 | 01-26-2022 13:03:18 | Tushy | 04-06-2018 | 06-19-2018 | PA0002126674 |
| 140 | Info Hash: EF2CDF3A60F1FFA0BAE6B499695A13DC9730AE16<br>File Hash: F27CF6C99194E08DA6CC2C43998FEC7E07D2B9F09E297FB77E5FEBBFFBCC7CD2 | 01-26-2022 13:02:38 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 141 | Info Hash: D737A6CA858EF03C86F6725437B0348CBD4B9A3E<br>File Hash: 5857EA96D822A40195BC6ED470BB786E5529266A32137AC9F2B636F247268418 | 01-26-2022 13:00:48 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 142 | Info Hash: 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4<br>File Hash: F21E9548AB0C5E16975FFC58376333C59E66BC315D487F173E604E6027D5AA47 | 01-20-2022 10:12:08 | Blacked Raw | 03-08-2018 | 04-17-2018 | PA0002116094 |
| 143 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 01-10-2022 21:53:59 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: 5BDB88CC053754321CAEA4B05A39407BC845578E<br>File Hash: DE1F8EC3EC978719ABB0F943520568E814376782984321B4923CC1CBA7C94749 | 12-29-2021 07:48:50 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 145 | Info Hash: 6F381DE756DA1DE290C0E437F44B7FF8EB076531<br>File Hash: 654F0D020E8D6E40EE394C82B97DF46D151AB08490C8963B6B9E2C626EB79B7A | 12-28-2021 09:26:00 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 146 | Info Hash: 1285294362F6BAD27FAE30BA2B1D2EFE19BB5C1B<br>File Hash: 9177949C6F3E19FFF8E5DEFA890D6037BC01ADB1E04A0BC85D0A9BFCCAC088EE | 12-28-2021 09:23:58 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 147 | Info Hash: 4FFDE0436D3756E42A316166ABAC63CCCD74B85F<br>File Hash: DC4563E3B6ED3B0430999D1C4AF87781C5743A85D800AD1BC19ED5185A4D2AEC | 12-19-2021 10:34:39 | Tushy | 06-15-2018 | 07-14-2018 | PA0002128159 |