**Exhibit A to the Complaint**

**Location:** Atlanta, GA  
**Total Works Infringed:** 126

**IP Address:** 24.125.71.128  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8EEEC4C6217B746DC385842B7AA4727D3A8530E7<br>File Hash:<br>FBFEA11A7AE11ACD18562D7DF92EF393711F7B2DC7F8508921EA45E8BC6F2C95 | 05-04-2023 18:51:33 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 2 | Info Hash: 17011D657ADB611680611AA94C3EF2C5F3C74409<br>File Hash:<br>B6EBD1016DB6BD46AAB38C3CF4E33F8F50FC64DD2E3E82E1E7F0D4EB3FB12149 | 05-04-2023 18:51:02 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 3 | Info Hash: A15959F09238709C559D243DA15D56AB1871D3F8<br>File Hash:<br>347CE4A551CE253B2DADFF2C08D42F385A9050FFB2A2658BB1397FF55FDF0257 | 02-14-2023 04:12:04 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 4 | Info Hash: F45F676FD4327FE0857ACCB13862E751D9CEA65E<br>File Hash:<br>63DB7FD185D6B89791ADF777A9AD27A38CFE698E88AF5205AC2EE2C3D10BBF2E | 02-14-2023 04:10:37 | Vixen | 01-27-2023 | 04-13-2023 | PA0002406898 |
| 5 | Info Hash: BED61A39D3312587AE752E77276A4D831A41FC10<br>File Hash:<br>B8F588F01AD2DCD39D1DCB90F32E1F91013EA362EFA3AC577ECFCEF35AFC7795 | 02-14-2023 04:09:07 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 6 | Info Hash: 3D1F4A36E4BAFD754AB082617BE453AB44EF00B9<br>File Hash:<br>CA8D0081354216469B99BA7B3CC3DA056A442CFAFA3A8ECCE1A188F71A6C1DF1 | 02-14-2023 04:08:24 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 7 | Info Hash: 60E00727533ACB89DFA9CA7C4B875850E3513127<br>File Hash:<br>84515C382BADAC6BDE809DA1330AD68305F7156D4EA0644047F3D221F8BA164D | 02-14-2023 04:07:10 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 8 | Info Hash: B736C78B1C428995842714665974B8C7009135D6<br>File Hash:<br>6A992DD913F68146CF4034E7BF7089726477BBCEDF7D38FDB620B9F69E324C17 | 02-14-2023 04:05:53 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 9 | Info Hash: 5D5214612BC2D8A7518C9A58AE3F5072A1F70670<br>File Hash:<br>A0019190FAD111416102AD4C3EC2F0D05DE6324603675C2144F313771326FC53 | 01-31-2023 01:36:27 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 10 | Info Hash: C40E5E552A7544692FBAB63F85BC4F0A857B0A69<br>File Hash:<br>D5D754384579607887CF6894DE6ED288CCAACCE7CA9B68B49E95DFEE5308576E | 01-31-2023 01:35:00 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 11 | Info Hash: D59BA275A9E70D0EA28AA3C119FBBC35821D503E<br>File Hash:<br>5EEDCDD7976A856F5FB39D44F511889D19ECCF4640B5216137F2A14396490E06 | 01-31-2023 01:28:58 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 81BBE1F95CD2C6E3F6863DF19C495E8E2B166262<br>File Hash: 5388FA2B25C156DCF4793ABF409ADE7FECE470A9E339E74B2D182171B4CB8FA9 | 01-31-2023 01:27:51 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 13 | Info Hash: B4B64B0D35F3BCCC9087110F0554FFD3A1D59895<br>File Hash: 4E5F51F5F2232EB1A919CC81966AA558001AB896877754F659498EAB18DC97FF | 01-31-2023 01:27:12 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 14 | Info Hash: 5381EBADC97215186F67C01534B4E243791DC2A2<br>File Hash: A8C080E97A912C06BD0F344AED8064BA914A376D9030D7EC2DD4CB4AB454077F | 01-03-2023 03:35:14 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 15 | Info Hash: 3866F44DF6C220FE3204A55869D83229DCF19EAD<br>File Hash: DE08D6299492E21A6C751752236837619888102A826FDFBFD4E8D16A5E9640E4 | 01-03-2023 03:01:54 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 16 | Info Hash: A19456474CFB072E9E6CC9CFFE953F20BD8DDC5A<br>File Hash: 55B50239DE9AB72920B49360E8D19A0CB39412AB3FAF0C55DFD30C77DE060A58 | 01-03-2023 03:01:26 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 17 | Info Hash: 536ABC94E6CDF73726BABE11B761EF2FE1FBCDF2<br>File Hash: 1A4AB873A4D067DEDDFA89D43DE68DE095AE8A34C247496C16B2E84F3C6C80EF | 11-14-2022 19:18:03 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 18 | Info Hash: AAE6121340EAE0160B4C806657D86B12B6C56EF1<br>File Hash: 3BE3A2F43B83D6686C38D009BC5EE69D24167F3066AB24302A3B292609816AD2 | 11-14-2022 19:15:47 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 19 | Info Hash: 61D86A0A5D3C632B0CBF40DD46BC0C4B0FE170C6<br>File Hash: 850B27AD72E23A623E2D774C9C40BEB73C89DBC7C61B6FF65F4CA9207F102BEC | 11-14-2022 19:12:25 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 20 | Info Hash: 360953C9CC1BB89C7408B8C2C3ABC896C0836D83<br>File Hash: 76D1DE1208812A2996C02F9290DBBF43F7894BD83EF5361824E6689309E38278 | 11-14-2022 19:09:30 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 21 | Info Hash: 3B58AC3058126891063C5D48C204B93ADF743C16<br>File Hash: 676A3A32AC112D7A024182630D5EF9ABF24D77685371AB211CBF74D8DCB0F89B | 10-04-2022 00:08:46 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 22 | Info Hash: 3754C381E6B3DCC20647F7F94277B364471F090F<br>File Hash: A720644C52AD3004758AA8D25963DA8527D184F26D7F0F1361D23BDC135457E8 | 09-25-2022 21:35:50 | Blacked | 05-24-2018 | 07-14-2018 | PA0002128376 |
| 23 | Info Hash: 836A8B6519AA75CE2703D778F8BB55ADFF2FF5DC<br>File Hash: 7F91960D82C517AC31C1420D852659FBE55343087180F8DCC6D5C03D535692B0 | 09-25-2022 06:29:40 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 7D4A7CA1D1D3C53CA13B10A1443E515B9036CB6C<br>File Hash:<br>76C1663C6E2EB8A19475499777B513D5E8EE3D37B368D27E5D704D753B83D745 | 09-25-2022<br>06:29:03 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 25 | Info Hash: A208253AB75CE4B326FBD99A9A6C16387A7D5AEB<br>File Hash:<br>927C3AF7202852D6FF4DD46AAFC33A651E770A1DDBF9B61440F5C80A1AD2F253 | 09-25-2022<br>06:25:01 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 26 | Info Hash: F079D269230D8FC61AFE8E4B75965FD17088D3F3<br>File Hash:<br>0F0903FFC4AC319A2E31799A78C03C8433FB3CB7FC32B887000803194A7DE328 | 08-29-2022<br>16:13:45 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 27 | Info Hash: 99DD8371AB961C2C99F5981EE6A95E45BF0BE7F3<br>File Hash:<br>22F53AF3873F6476CA9F07344CC0EDA11D7CAB166CBA5A8C15D465287CD8C9AB | 08-29-2022<br>16:09:24 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 28 | Info Hash: 950CF322CAF29FE4D7BD1603C10F1CC81C7416E6<br>File Hash:<br>9C181FD2509B79ECD4AAD840F26DC90AB87C08C47AD22926DAF00FB732956FC5 | 08-29-2022<br>16:04:39 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 29 | Info Hash: E9645FE775040144DF8957B3093DE2450DF1CEE1<br>File Hash:<br>8B99A3AC68E8AF718CE04BB3B534AC08098C4581955B4413F4AB61A2BD68673B | 08-25-2022<br>18:11:34 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 30 | Info Hash: 369AFA05123881214CFE648D631E6FF8179A295A<br>File Hash:<br>046A729103CADF83D6FE42BADB3C856A5CED79882994F05BFA0E2481BD2C63EE | 08-25-2022<br>05:11:59 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 31 | Info Hash: 9680010C35DC287880F0411F6B389D8E97FC6BBE<br>File Hash:<br>E4BCFE2A55597BC67AB3A982B72BE17033F22028AFE79A33C7C6F9C7E82C2A68 | 08-25-2022<br>04:43:34 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 32 | Info Hash: EAE792E7063378C4FF1EBB88FD015418B92E58A1<br>File Hash:<br>A5DB0C8A1538FF800291A6C9F6B4EE3C8F909FBB7ED33E5A06F59DD5DDA997FF | 07-27-2022<br>18:18:00 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 33 | Info Hash: 2D02D3215E79AA10F4DD7120FB6CE35FFCD96D68<br>File Hash:<br>5291C07D6C5C06FCB98D6569246C5343612DBFED5B463595B84A01A1F5B8FB1F | 07-14-2022<br>06:57:16 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 34 | Info Hash: 9B28A88C9D906C8A1FD82FC58C904B89B49D649C<br>File Hash:<br>4DDA8B4A98861A4DD3A9B837DA32A4D83498464044009B50949A977415C52D7E | 07-05-2022<br>00:06:11 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 35 | Info Hash: 23CBE6A944E35157A6275B62AAC3097051A0FF54<br>File Hash:<br>AAE0D0DE3B4C45CFF4784E94CFE3C4064820E4417F9D87874006EC01ACD20533 | 06-28-2022<br>00:45:41 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A8A3BD6F55B9776288B17A4D7B1FCB3021AD855D<br>File Hash:<br>16790032FA462191BB440E4D6DD29B36EF6B1A7082A9BD4E64516782E80A4046 | 06-28-2022<br>00:41:29 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 37 | Info Hash: 36DA7FCCE78EB7E0849DDB47D6756F16E4B04F41<br>File Hash:<br>4A36B6F95EEFA0C0CD62A7E15035DFD57354A29C633509044D64B6DF03341013 | 06-27-2022<br>23:36:06 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 38 | Info Hash: 2DD58CB422AC087C5DFF1D177BE99A9B0DBAF9B1<br>File Hash:<br>F6EFDABC46F20469E5DFB1B94E2420A01C54ABFDAA7F951BB3E202D6FCB5F4DA | 06-07-2022<br>12:47:23 | Tushy | 02-27-2022 | 03-29-2022 | PA0002342706 |
| 39 | Info Hash: F6D6E795148593F639DC8362628B2C02D1F474CA<br>File Hash:<br>02E07269EEE69A11FB1DDF4E88D2C08C8A9F4C09EF38A5EC4B2E70B272EB4B8D | 06-07-2022<br>12:43:15 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 40 | Info Hash: D2800C63D5D59EA36749885A2DC3571BD08E27E5<br>File Hash:<br>3551F03F8385F63900B67FFAC1062B41893CB0AF51D018CCFD89F9A1082ADA28 | 06-05-2022<br>21:45:22 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 41 | Info Hash: C87B1B85A9FD7CD6A53CF53010CAAB7DFF4BFB4F<br>File Hash:<br>E22A1A9F0F173D06A8F1638C84FFC7B95D02A1EC28C2E0CA02BDF6FB417AF8C9 | 05-18-2022<br>06:28:49 | Blacked | 05-07-2022 | 05-20-2022 | PA0002350371 |
| 42 | Info Hash: 67DDEBC3F7DF59DCAA3CB7E7DDEB9C086DF6F940<br>File Hash:<br>A57D9ED327AC300DE12F211CD8FB8A0C25945851E173E1F8C1E2CD51B37A5868 | 05-18-2022<br>06:21:49 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 43 | Info Hash: BC8BD729B999886C54BCEA17500EF34C8DC02D91<br>File Hash:<br>9B30B6012E8EA0B14DBA5F7D114E13EF401E4203BBC00309E02D8A44CEBB86F6 | 04-29-2022<br>05:11:29 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 44 | Info Hash: A8ACCBA5E8CF0D8ABF341758D9D788C9AEF138A1<br>File Hash:<br>AFCF49B8B9A4B20C87E856A700CDA399F65BB5040CD14A30F8E54DEDBDC36258 | 04-29-2022<br>05:04:33 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 45 | Info Hash: 34F54A5FA7A7B73FBBE7AC8C2502DD9CAB334ABA<br>File Hash:<br>85CD1136215B89FE85060DA735A41FCF95B3255AACE5DA1883E1E79E1CE0E927 | 04-17-2022<br>23:06:43 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 46 | Info Hash: 8CAC66CCB88E790B9BF93881C412279216F54056<br>File Hash:<br>F868D5A6E53BF4E69B70B537ED613FA7D219A7F2798E57533B614D3C829B02D7 | 03-21-2022<br>05:13:40 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 47 | Info Hash: EE669DCE194B1533CE4F1B56C7943AFD6F9CDE29<br>File Hash:<br>E88F3ED7C9CAFC10A0D8F2779B23F8D93A7BCB8D165138FDC696919F5F0A2CE5 | 03-21-2022<br>05:05:10 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: FEEBECAA998216E1D4D802C44D40E909B9C1DD94<br>File Hash: 577A3107EFC910C13753703BA005F1950CC38D1155D27BB13E25CACA29EE5021 | 03-17-2022 16:00:18 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 49 | Info Hash: 08BAFAD0DD1390DEB8E8B615DA2FC0656C5B5B19<br>File Hash: 85DFA6100539E734E65306648C31850200C8AD8DFA36EC251C9ED0CE7E3C816D | 03-15-2022 18:46:01 | Blacked | 08-28-2021 | 09-21-2021 | PA0002312681 |
| 50 | Info Hash: E78C9583DE66ED2DEC1AE9C58A63A00EDA37B7D0<br>File Hash: F8EF6EE326D11EA4CB13C1B8C39594E54A20A63E433B370AF40EA0A99D761884 | 03-15-2022 18:44:25 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 51 | Info Hash: 5FA6AE88D85C81FD695576DFE725160F97E73E68<br>File Hash: 0BE7C191E5E3F0F7C3E7BE171F3E307B32A3675F06F641538737B8E48430CF16 | 03-15-2022 07:23:19 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 52 | Info Hash: E012337CB067C9F14FB80B448FC4CFC55B70C880<br>File Hash: 5F37C252898DFE75203BBCFEE4E7222A80CAE728C8B9D8A541634A10ED887249 | 03-15-2022 07:22:48 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 53 | Info Hash: 1ED7894C730F91D284F9451A87ECDC8F5187BF50<br>File Hash: 38583D10BC13553F985C29BAE89EF5FBF0C3DE0603CF9C41C598EDB9A7D3426E | 03-14-2022 19:02:01 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 54 | Info Hash: A5DA8214010955397B2ABE2FF43E286E4748056D<br>File Hash: 9AE624B51FE7E991F6BD22B67494B7D5F2FB79F3EBC4716BA7064A888A376388 | 03-14-2022 18:42:49 | Blacked Raw | 07-06-2018 | 07-26-2018 | PA0002112158 |
| 55 | Info Hash: CA2BD24A9E144AAC283890A9F9FBF3997F62FF7D<br>File Hash: 61A653C728709F98BA0ABA9E2B93802CF671AD12A19AA043CA4957404FD3BB01 | 03-14-2022 18:38:09 | Blacked Raw | 03-13-2018 | 04-17-2018 | PA0002116738 |
| 56 | Info Hash: 5580DB7D9B585C1E7D5FEB6E5F47330214C2CD36<br>File Hash: A5E8A20CC951F52D97D1961B06133D5C12EE51CCA0A297F173A898F5888FBEFA | 03-14-2022 18:10:32 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 57 | Info Hash: 3DF02297492E674C47F69F153E942004D89BD841<br>File Hash: 1B75F5D20E506A8B5225C95BD70DD6A2CBE469B9205E2570871862F56C98B07F | 02-27-2022 16:36:55 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 58 | Info Hash: 25FDB4399377A227521AEC61DCAA47C346DFE01C<br>File Hash: 05EB528CDD2281B503460FF042954C24F6221181A76F08D84EEDF2BD66FAE947 | 02-27-2022 16:32:22 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |
| 59 | Info Hash: E3F0FF78EAEEB2558ADCB68ACF778838B342BE38<br>File Hash: A1304922349D3DDEA59E77534DE42265DEDF7BB981BA11030BA35B0BF04A3BF9 | 02-27-2022 16:25:53 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash:<br>F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 02-27-2022 16:19:28 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 61 | Info Hash: 9B5D6D9AA65E8BE1A5A139A0D8D01D05EC317407<br>File Hash:<br>A678DD948BE6FB4E1855174FCBC4A95602E74668D77F5F01DE16E94D08D42FED | 02-27-2022 16:15:06 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 62 | Info Hash: 482DAAABB2B9C7D98E09A6494110BCCD90D0CCC7<br>File Hash:<br>575B83D69AE2FFEFB14DA7F5CBF43E54967B8801E3C8D9CB53655BCDA45E1573 | 01-31-2022 18:08:29 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 63 | Info Hash: 639F7366853B85815E75CEBDB046E48402E59ACD<br>File Hash:<br>837885507F3F58246EDBA7D8357B446F958E62FBDB06477F17E6ADD87F91C2D3 | 01-12-2022 03:46:30 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 64 | Info Hash: ECFEE2726F6EB826215ABEEA31BC5DFE535501C6<br>File Hash:<br>CD0C8E67F02AA17266E1F8628FFA813F0DC18D5CC0C338D7642923ABD9991EAD | 01-12-2022 03:45:41 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 65 | Info Hash: 1C094E1489BEC451D682E43B0EE5EEE75C7B97D4<br>File Hash:<br>C38D78AD9145F0A29A73E6A45BE3FF6D3737679C43AF44E6552AB48F999C8E54 | 12-30-2021 19:43:59 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 66 | Info Hash: D5A9F0F6DDF4EAA496FFC33BB5B5E481E78B2448<br>File Hash:<br>BEB5717D97A0E6CBC5AF4715ED670296394174ED91E744D477DE7126543C8F9C | 12-30-2021 00:00:46 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 67 | Info Hash: A9215A0A8847A413DB63FD5F5315362B11BD1D28<br>File Hash:<br>6DB89B7BD7AD70F409AFCB4C62C484B5F5C9CE75138E0AB6E3BD431E011164AB | 12-29-2021 06:01:49 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 68 | Info Hash: 1A0BEC9D372EC6DDAB3EFB0945A99029696768C7<br>File Hash:<br>14EB0343BBA0238CB9FED1A708E31DC9690C2E18A80E1FAE3F1659754030E637 | 12-29-2021 05:48:46 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 69 | Info Hash: 33C986B65986DB88E44B815E3C61273FE9D03707<br>File Hash:<br>2373F7E1C1E4C15154AAC76A5D96EDEC2343CCBBA4AABB47B95B3546A4749E5E | 12-02-2021 07:04:06 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 70 | Info Hash: 016161E8AA898792B643580F2DB238D327C6ACC3<br>File Hash:<br>953828B3BE15991749CC09CA4AAB940EBF9ED677ECBFCDB9F3C993294444E817 | 11-16-2021 15:43:21 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 71 | Info Hash: C41D8A4F60E66268ABFE9B72F50AB782BA5E2F45<br>File Hash:<br>DD74DC97C9C793114B0009B5BCD404F19853E9D772BFA94055EBF2D37B2F3DE5 | 11-16-2021 15:42:52 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 31DDB6EA727E6B4855F4E80AE7C6CEFD9465250A<br>File Hash: 2D7F2A9F373704DEA5657CC727F8BD7A977164E298F2197737F25B64ED8545BE | 11-16-2021 15:39:33 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 73 | Info Hash: AB6E0C35C5DDA3E639B6BE5917CCF0F1EE17D2DD<br>File Hash: 8968ADCD73B367D940CDE0DBA6555B02983C15747B098605A9F81347B6B349F5 | 11-16-2021 15:37:14 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 74 | Info Hash: 42DF4C40B1BD28C3F3DB670D07F72D8AC59B4ACE<br>File Hash: 875A44F76C4A01D3B121D161579A09F21003ECF77BA6C364AEE7BD7A457E2CF3 | 10-16-2021 06:42:46 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 75 | Info Hash: 715C742C75E517D7FC32ABD9215A840892B263C0<br>File Hash: 697A6261B1F4888CED0C1E2F4E20C889F761828AB2BFAFC56128F9E977B2E5D9 | 09-25-2021 15:16:49 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 76 | Info Hash: CD9E2899B1099B6BABE667200E8A98A7F3DE3841<br>File Hash: B9EBB7CDF4CF19E4639EC3E6B9CDA2BB0C0CA68D2C98C9EC3E012A3D437AF5C6 | 09-25-2021 15:10:56 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 77 | Info Hash: 1BDCAEA8F4CCC6BD0BA2AD1244A11DE10756767F<br>File Hash: 2BEB3E48EBBC71309F2833C3570116C982480BE6ACE3D080330B2F36EE62CB12 | 09-06-2021 00:48:39 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 78 | Info Hash: 13835534F0E25A22BB5EFAE20476304004ED076A<br>File Hash: 07E7FB0504FBC0F7C2118D41CED7932CF011BE56D58763473B398AEC78EFC1E3 | 08-31-2021 12:57:45 | Blacked Raw | 04-26-2021 | 06-09-2021 | PA0002295596 |
| 79 | Info Hash: F32B67B1AD02DF3673D3DE8DB004CCBB51092D91<br>File Hash: 3C2D66D2580D523D9F3EBDB0236F90866D9C14DA5BDE56C4DB866C484B5F46C7 | 08-24-2021 22:27:44 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 80 | Info Hash: 9A8D0DF2EDFD199D52065950FFB980EAE528B554<br>File Hash: 39E7A5BB99890B1DC8CE6430C1D42239CE19EFD153FF680F973B578FF36E6E21 | 08-24-2021 22:25:19 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 81 | Info Hash: D44B1C67E38544E35209751875824C664576DFEC<br>File Hash: 42EB73CC4C47924EBDC996A98417BD35748D69DBFE6C276259BC1A5FC4EA54B8 | 08-09-2021 23:07:54 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 82 | Info Hash: F5D53D9389551A23353605AADFD5EDCE56226030<br>File Hash: 6136282252ED7D5CBB1E1BB9D43E9D197D4DBB1E9E92410EC70A8B2DDA23D435 | 07-26-2021 22:51:51 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 83 | Info Hash: 79E66DEABCED39AD80325B25ADDDF8ED61A9BC06<br>File Hash: D91F8E455FD710278722F46989F0A4AEC79408E1AE7A5EC9215B8F4A1D2148A1 | 07-26-2021 22:50:48 | Blacked | 12-11-2018 | 01-22-2019 | PA0002147907 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: AB798563DBBCF6DEE6D534D7686D3A1FB7E5C525<br>File Hash: 5FCA8A1C3045891664668A03D0395A6B93D2FA3C3DDA4C4E59EC5E54FF7D6F79 | 07-26-2021 22:49:09 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |
| 85 | Info Hash: 007CECCA003C1A4015343E1151FCF90B9E2EA4D8<br>File Hash: 5C7F1F385651C060605350F36FA02CBAFED9872741687792B6B62C50AA199900 | 07-26-2021 22:48:03 | Blacked | 12-16-2017 | 01-24-2018 | PA0002101762 |
| 86 | Info Hash: 54864DF456D3EC7BF5CE5446808C4B9ABE8E7585<br>File Hash: AA5AF689936B9DC56B1BEE5072CBA9EEE7E8A3423A73E8A655208EC34919B00F | 07-26-2021 22:47:35 | Blacked | 10-02-2017 | 10-10-2017 | PA0002086142 |
| 87 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-09-2021 19:19:27 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 88 | Info Hash: D385AC74724598EB12EFF3DBD8562AFB6A88A162<br>File Hash: E1380D575BB587237A3C8D57F6082E9E044D1249CCCC40585AA10AABDEE8147F | 07-09-2021 19:18:47 | Blacked | 03-15-2020 | 04-15-2020 | PA0002246109 |
| 89 | Info Hash: 29323D24D7565D1DB86EE99CC063A5AD0F44A0D5<br>File Hash: F36EAFB42E64903C56F108542B086CC0FED26BB41FA9B790FD0076C02BB89EBD | 07-09-2021 19:17:49 | Blacked | 02-04-2020 | 02-20-2020 | PA0002229052 |
| 90 | Info Hash: 2FBD52AED9529230CFB3B549F55F2080BDFAC391<br>File Hash: D114C49BE8D67175876498BD0F1F0CB25412A7C266D2CCD6531F3984CFF183C6 | 07-09-2021 19:16:32 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 91 | Info Hash: 66E841DDD72A50FF74298079B63B8046D69081CA<br>File Hash: 64783253670BAC42DF82F0CC9608EDB50306F7A4E72DE0A5C15320491B71A48A | 07-09-2021 19:14:36 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 92 | Info Hash: 20A31492E4DFCCA3CC8A003B8AF1E4C3AB92381A<br>File Hash: 36884B340C306E825BDD40BEE68D6F6C9A34061CDC2FA08A3D4EA65D36898447 | 07-09-2021 19:14:23 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 93 | Info Hash: D28DB73522EC886FE3C7FF121F08DA1296C83B70<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 06-30-2021 14:49:40 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 94 | Info Hash: AFBB3BF610E75EB9C3739FB83BA240B864228C90<br>File Hash: C8E451C8A7BCEDC3F2B5D1FDD9A1D0AC6FB32DE4F097B01B590BA5F4B20F6001 | 06-28-2021 13:19:10 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 95 | Info Hash: 494DC77F59323F080CE43D122B03A22FA09498C5<br>File Hash: 70658E81347FE6CE6CE51E8955A101842A185C45674AC1B9915E1FCE63E0F7FC | 06-28-2021 13:17:19 | Blacked | 11-21-2019 | 12-09-2019 | PA0002216266 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash: 28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 06-28-2021 13:15:46 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 97 | Info Hash: 36236DF80E3789C32873A3E74D3DCB69631784C2<br>File Hash: 708063990182E56298A47B688B4698CA2EE25DB127EAC494D09B1B5008E0E7AC | 05-06-2021 19:57:03 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 98 | Info Hash: AB08FB682C3063E270AB8980CE564FB77E4F0F48<br>File Hash: 5E28AA2EFB16384E95D45DCB1E61F59F4E44B1C7B37CC1646CCEBE841F1F7834 | 05-06-2021 19:54:39 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 99 | Info Hash: 1952632AD1DC26A362E2F6F7BB1BA4B17AC9A736<br>File Hash: AC067B423E8001E8AC59177BEBD99B75AC307FF3FC3A8B8DE092C543AE055B29 | 05-02-2021 19:59:45 | Blacked | 02-09-2020 | 03-18-2020 | PA0002241446 |
| 100 | Info Hash: B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D<br>File Hash: 148BA9ADA1545D34949E4DF1AFFF8CE9F2B342DF3D5C0BE394FFAC173232A158 | 05-02-2021 19:44:24 | Blacked | 10-27-2017 | 11-27-2017 | PA0002098016 |
| 101 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 05-02-2021 19:42:57 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 102 | Info Hash: CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E<br>File Hash: 1181540CAB4FF34D854A6BA2F0E26630D94A1F5AF1833D10805EC32865994DE8 | 05-02-2021 19:41:25 | Blacked | 01-30-2018 | 03-01-2018 | PA0002079186 |
| 103 | Info Hash: 7AA7C3174036AFF009D853809B34A80AD514712B<br>File Hash: 4D5EA0D5B01CACCEBF166A44D4A257DF51402865F074343A7356E1160C37E125 | 04-21-2021 23:09:49 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 104 | Info Hash: 022342FC7077A111F1422A99C31FD89D147FE619<br>File Hash: 1AFD0B4BF515C6F0E73E86CEACA1A7A84E69C12C46E5AC156B2E2B57EA5F44DC | 04-21-2021 23:09:25 | Blacked | 06-24-2019 | 07-17-2019 | PA0002188313 |
| 105 | Info Hash: C3FB7277333208A9A5A6875DFC848D49EBF63316<br>File Hash: 62B9ECD5B5E4215A3A277FABECFAD4106237E5194C3DC0491B94AF579227FACE | 04-21-2021 23:05:51 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 106 | Info Hash: A386369E9620CD551C87E9E07842DE45BD1B172F<br>File Hash: F8D49BE32DC038878A18B3A32A1AFF410382AAA4E1952E2327D8D2672A1E64ED | 04-06-2021 00:12:16 | Blacked Raw | 11-08-2019 | 12-03-2019 | PA0002232045 |
| 107 | Info Hash: 1824034C43267AA11198E469DBB79B913395F5FE<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 04-06-2021 00:07:56 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 5E21A16168FFEA49C1851D1DEF33DB8728037599<br>File Hash: 2A0A10EA1D499AA72570759AE8686D273D001FD5C2CA174451D22FA55D33CF5F | 04-05-2021 21:56:22 | Blacked Raw | 01-02-2019 | 02-02-2019 | PA0002155379 |
| 109 | Info Hash: D94864E96CF07F119BEBED812D6D22F50C5C2AE9<br>File Hash: 5BBD49965FD004EC746D9A122E3B012B2FCECD8243DCA91A4592927C924A5A3F | 04-05-2021 21:25:00 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 110 | Info Hash: 5F686E0618BE3E4B271B6D69151098DC11B29F45<br>File Hash: CE89D3CAB34C7A0CE0E491E0F63EE4A94CD12EB47768D364C0CF318BC5C29499 | 03-08-2021 14:53:34 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 111 | Info Hash: AB680670C2B3056DD3F1F0F46DCBC9F41F6495E4<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-08-2021 14:49:58 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 112 | Info Hash: A7B77E1226DA839D3A8F4DF03F9EF353E9E11502<br>File Hash: A9108D6691B6184CDFCF5E85D11B01704E33A40930AA9C3FCFC3DE75190EA3AF | 12-27-2020 04:07:46 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 113 | Info Hash: AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D<br>File Hash: A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 12-27-2020 04:07:02 | Blacked | 03-26-2019 | 04-16-2019 | PA0002187002 |
| 114 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 12-27-2020 04:06:23 | Blacked | 06-04-2019 | 07-17-2019 | PA0002188309 |
| 115 | Info Hash: 400E090F4802B871662C556A82ABFC945392215F<br>File Hash: 06CDD274AF3FF035D9BC76B6AC2622D0E84012889163E9A5F44B28F003362EC8 | 12-27-2020 04:04:53 | Blacked | 05-15-2018 | 06-19-2018 | PA0002126654 |
| 116 | Info Hash: 7EF8F2F7F6082F4D5A4608A1FCC50565AB14164B<br>File Hash: 5C6EE52299123D1519B27DD2EE8DDA90B5CC1C439DC0C8E8EBC0B3FA89B8681A | 12-27-2020 04:04:38 | Blacked | 07-04-2019 | 08-27-2019 | PA0002213242 |
| 117 | Info Hash: A5F599FEFCC9534692B5822A1526EF66A312A012<br>File Hash: E6969AAFE57E1869ADCF19EFEA6A3D2FC5074542AE2D72CBD53AD7D8924561B3 | 12-27-2020 04:03:27 | Blacked | 07-04-2020 | 07-20-2020 | PA0002248966 |
| 118 | Info Hash: 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5<br>File Hash: 7483CFAD2ABCB5652EA25BEFA703766A4EB32441025CDB9F4198CD1A77E0DB3F | 12-27-2020 04:03:21 | Blacked | 04-30-2018 | 05-24-2018 | PA0002101364 |
| 119 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 12-27-2020 04:02:50 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 5D16EC2FE6C9F9FA9F5476C90525208D413532F1<br>File Hash: 247DCE33E47A1EC566200C820669478595511EF53F3A644E15EBEE009FBBD0A0 | 12-27-2020 04:01:11 | Blacked | 06-29-2018 | 07-26-2018 | PA0002112160 |
| 121 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 12-27-2020 04:01:05 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 122 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash: F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 12-27-2020 04:00:46 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 123 | Info Hash: 42F4FC72BFE526D9442ABCD62F01232B062FAF12<br>File Hash: 70D50A2F962E9E69D64450F1255A37496A84DC51CBC070FC62FD9604E9F44960 | 12-27-2020 03:59:48 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 124 | Info Hash: 44EE8007D31DF8D2883B228679B50BB1595A5667<br>File Hash: 55FC2F77E81859E8B87D1F9CF22A955FF16C16FB4A9B88F167E504FEC23C6B40 | 12-27-2020 03:59:33 | Blacked | 07-24-2018 | 09-01-2018 | PA0002119589 |
| 125 | Info Hash: 5A890A11556660763DFE33BF663B2CB4EDED0AA3<br>File Hash: 1EB07A6497E25E077E5BAFB540B896EC72DA8C02C6191D21BB4D9050208DB7BF | 12-27-2020 03:57:21 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 126 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 12-27-2020 03:57:14 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |