# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CARL PARKER,**<br><br>　　　　**Plaintiff,**<br>**vs.**<br><br>**SMITH TRANSPORT PA, INC.**<br>**d/b/a SMITH TRANPORT, INC.**<br>**and**<br>**ELLSWORTH GROCE,**<br><br>　　　　**Defendants.** | **CIVIL ACTION**<br>**FILE NO:**<br><br><br><br>**JURY TRIAL DEMANDED** |

## RULE 5.4 CERTIFICATE OF SERVICE

This is to certify that, pursuant to Local Rules 5.4(A) and 26.3(A), I have served upon all Defendants in the foregoing matter a copy of the following:

1. PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT ELLSWORTH GROCE;

2. PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ELLSWORTH GROCE;

3. PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT SMITH TRANSPORT PA, INC. d/b/a SMITH TRANSPORT, INC.;

4. PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT SMITH TRANSPORT PA, INC. d/b/a SMITH TRANSPORT, INC.

This 11th day of July, 2023.

    Respectfully Submitted,

*/s/ Hector J. Rojas, Jr.*
Hector J. Rojas, Jr., Esq.
Georgia Bar Number 996098
*Attorney for Plaintiff*

**Morgan & Morgan Atlanta, PLLC**
1350 Church Street Extension, Suite 300
Marietta, Georgia 30060
Tel: (404) 965-8837
hrojasjr@forthepeople.com