# EXHIBIT 2

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9470111899562779087356

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Scheduled Delivery by

**FRIDAY**

**7** April 2023 ⓘ | by **6:00pm** ⓘ

Your item has been delivered and is available at a PO Box at 8:40 am on April 6, 2023 in PORTLAND, ME 04104.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, PO Box**
PORTLAND, ME 04104
April 6, 2023, 8:40 am

**Arrived at Post Office**
PORTLAND, ME 04101
April 6, 2023, 8:39 am

**Arrived at USPS Destination Facility**
PORTLAND, ME 04101
April 6, 2023, 8:28 am

April 5, 2023, 9:29 pm

**Accepted at USPS Origin Facility**
ATLANTA, GA 30303
April 5, 2023, 8:14 pm

**Shipping Label Created, USPS Awaiting Item**
ATLANTA, GA 30303
April 4, 2023, 8:38 pm

Hide Tracking History

Text & Email Updates ⌄

Proof of Delivery ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**