E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-03355-S4**
**5/16/2023 3:54 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| FELICIA LAMPKIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | **CIVIL ACTION** |
| -versus- | § | 23-C-03355-S4 |
| | § | **FILE NO.:** _____ |
| STATE FARM FIRE & CASUALTY | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## <u>COMPLAINT FOR DAMAGES DUE TO FIRE LOSS</u>

COMES NOW, FELICIA LAMPKIN, Plaintiff named above and brings this Complaint for Damages Due to Fire Loss and shows to the Court the following:

### JURISDICTION AND VENUE

1.

This action seeks monetary damages against an insurance company whose registered agent is located in Gwinnett County, Georgia. Jurisdiction and venue are therefore proper in this State Court of Gwinnett County.

### PARTIES

2.

Plaintiff Felicia Lampkin is an adult, sui juris, citizen of the United States. Plaintiff resides in Cobb County, Georgia and will accept service of all process concerning this action through her undersigned attorney.

3.

Defendant, State Farm Fire & Casualty Company is a foreign insurance company whose home office is located in Bloomington, Illinois. Defendant's registered agent is Corporation Service Company who is located in Gwinnett County, and may be served at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092, Georgia.

FACTUAL ALLEGATIONS

4.

Plaintiff owns and occupies her home in Cobb County, located at 6535 Arbor Gates Drive SW, Mableton, Georgia 30126.

5.

Plaintiff purchased a homeowners insurance policy, Policy Number: 11-NE-4545-6 from Defendant to cover her real property and personal property in the event that her residence had a casualty loss.

6.

On or about May 21, 2021, Plaintiff's residence was severely damaged by a fire.

7.

Defendant has since repaired and replaced the real property that was damaged by the fire.

8.

Defendant has wrongfully refused to accept liability and process Plaintiff's personal property claim under her homeowner's insurance policy.

DAMAGES/RELIEF SOUGHT

9.

Plaintiff shows that pursuant to her homeowners insurance policy she is entitled to an award of up to $71,751.00 to replace her destroyed personal property located in and about her residence. (See Exhibit "1").

10.

Plaintiff shows that pursuant to her homeowners insurance policy she is entitled to an award for the loss of use of her home equal to the total rent payments paid in the amount of $4,800.00, during the eight (8) months she was without her primary residence.

11.

Pursuant to O.C.G.A. § 33-4-6, this paragraph serves as Plaintiff's demand to date for **Seventy-Six Thousand Five Hundred and Fifty-One and 00/100 Dollars ($76,551.00)** in exchange for a general liability release. Should Defendant reject this demand or fail to respond within sixty (60) days of service, Plaintiff shows that she is entitled to an award of an additional fifty percent (50%) of her total claim, as well as all reasonable attorney's fees, due to Defendant's bad faith failure to honor her claim pursuant to O.C.G.A. § 33-4-6.

12.

Defendant has acted in bad faith, has been stubbornly litigious, and has caused the Plaintiff unnecessary trouble and expense, thereby making Defendants liable to the Plaintiff pursuant to O.C.G.A.§ 13-6-11 and O.C.G.A. § 33-4-6 for Plaintiff's fees and costs of this action, including reasonable attorney's fees.

WHEREFORE, Plaintiff requests:

    a) That, Summons be issued as provided by law;

b) That, this Court award Plaintiff up to $71,751.00 to replace her destroyed personal property located in and about her residence;

c) That, this Court award Plaintiff for loss of use of their residence equal to the total rent payments paid in the amount of $4,800.00, during the eight (8) months she was without her primary residence;

d) That, this Court award Plaintiff an additional fifty percent (50%) of her total claim in the event Defendant refuses to honor Plaintiff's claim in bad faith pursuant to O.C.G.A. § 33-4-6;

e) That, Plaintiff have and recover all fees and costs of this action, including reasonable attorney's fees from Defendant;

f) That, the Court grant to the Plaintiff such other and further relief that the Court deems just, proper and equitable; and

g) That, this Court enter Judgment in favor of Plaintiff on Plaintiff's Complaint.

Respectfully submitted this the 16th day of May 2023.

/s/ *Eric A. Yakaitis*
Eric A. Yakaitis
Georgia State Bar No.: 642534
*Counsel for Petitioner*

**DAVIS LAWYERS LLC**
5600 Roswell Road
Bldg. C, Suite 131
Sandy Springs, Georgia 30342
Telephone No.: (770) 993-3300

<u>VERIFICATION</u>

Personally appeared before the undersigned attesting officer, duly qualified to administer

oaths, FELICIA LAMPKIN, who after having been duly sworn, deposes and states on oath that

the facts set forth in the above and foregoing *COMPLAINT FOR DAMAGES DUE TO FIRE LOSS*

is true and correct.

This the 16th day of May 2023.

_Felicia Lampkin_
Felicia Lampkin
*Affiant*

Sworn to and subscribed
before me, the date and
year set forth above.

Notary Public

DOUGLAS J. DAVIS
NOTARY PUBLIC
MY
COMMISSION
EXPIRES
3/22/2024
FULTON COUNTY, GEORGIA

# EXHIBIT "1"

## Felicia Lampkin Non Salvageable Report

| | Item | Amount | | Item | Amount |
|---|---|---|---|---|---|
| 1 | King Matress Set | 1800 | 32 | Table pans | 14 |
| 2 | Telephone | 100 | 33 | Coffee | 10 |
| 3 | Oster Toaster | 80 | 34 | Protein Shake | 15 |
| 4 | Puppy house breaking pads | 30 | 35 | Vinegar bottles | 21 |
| 5 | Latex Gloves (box) | 10 | 36 | Miscellaneous food | 30 |
| 6 | Crockpot | 30 | 37 | Reynolds Wrap | 15 |
| 7 | Electric Grill | 50 | 38 | Maruchan ramen noodle soup | 9 |
| 8 | Deep Fryer | 85 | 39 | Canned Food | 40 |
| 9 | Spice bottles | 80 | 40 | Paper plates | 20 |
| 10 | Kenmore Refrigerator side by side | 1600 | 41 | Sandwich Bag boxes | 10 |
| 11 | Onkyo Receiver | 450 | 42 | Canned Food | 35 |
| 12 | Cleaning Supplies | 150 | 43 | Napkins | 8 |
| 13 | Candy | 20 | 44 | Plastic forks, spoon boxes | 40 |
| 14 | Keurig Coffee Maker single serve | 115 | 45 | Cup noodles | 15 |
| 15 | Coffee Maker | 80 | 46 | DVD video combo | 150 |
| 16 | Remote Controls | 25 | 47 | Xbox | 399 |
| 17 | Pioneer stero amplifier | 450 | 48 | Telephone Amplifler | 80 |
| 18 | Silk flowers | 30 | 49 | Computer monitor | 120 |
| 19 | General Electric Microwave | 130 | 50 | Office chair | 150 |
| 20 | Wood organizer shelf | 20 | 51 | Electronics | 199 |
| 21 | Miscellaneous food | 255 | 52 | Electronics | 75 |
| 22 | Spices bottles | 80 | 52 | Cords | 12 |
| 23 | Medicine | 25 | 53 | Computer monitor | 75 |
| 24 | Cleaning Supplies | 25 | 54 | Disc exchange system | 75 |
| 25 | Sanitary Pads | 40 | 55 | Balboa Center Speaker | 199 |
| 26 | Personal items bric-a-brak | 50 | 56 | Electronic cords | 18 |
| 27 | Cleaning Supplies | 50 | 57 | Speakers 150 x 2 | 300 |
| 28 | Personal items | 40 | 58 | Outlet protector | 40 |
| 29 | Plastic cups | 20 | 59 | Printer | 125 |
| 30 | Can foods | 60 | 60 | Paper Shredder | 100 |
| 31 | Starbucks ground coffee | 100 | 61 | Video cassette recorder DVD player | 110 |

Felicia Lampkin Non-Salvageable Report

| | Item | Amount | | Item | Amount |
|---|---|---|---|---|---|
| 62 | HP Scanner | 80 | 93 | Sony digital audio video control | 199 |
| 63 | Speaker | 100 | 94 | Flower Pot | 15 |
| 64 | Telephone | 75 | 95 | Lamp Shade | 50 |
| 65 | Floor Plan | 30 | 96 | Chocolate boxes | 10 |
| 66 | Mini refrigerator | 150 | 97 | LG 50 Plasma TV | 1000 |
| 67 | Battery replacement | 20 | 98 | Laundry basket | 30 |
| 68 | Speaker | 150 | 99 | Wireless adapters | 30 |
| 69 | Printer | 150 | 100 | SmallTV stand | 75 |
| 70 | Computer cpu | 699 | 101 | dog food | 50 |
| 71 | Radio | 30 | 102 | White organizer bookcase | 50 |
| 72 | Iron 25 x 2 | 50 | 103 | Wig Head Form | 20 |
| 73 | Xbox remote controls 30x3 | 90 | 104 | Plastic | 20 |
| 74 | Speakers 300 x 2 | 600 | 105 | Dryer Kenmore | 800 |
| 75 | TV | 800 | 106 | Washing machine Kenmore | 800 |
| 76 | Kenwood speaker | 499 | 107 | Wicker chair w/cushin | 400 |
| 77 | LG Television | 1200 | 108 | Wicker sofa w/cushin | 800 |
| 78 | Beverages | 60 | 109 | Hoover vacuum | 90 |
| 79 | Candles | 70 | 110 | Personal items | 20 |
| 80 | Christmas ornaments Decorations | 70 | 111 | Pet gate | 15 |
| 81 | Xbox remote controls | 150 | 112 | Plant pedestal | 30 |
| 82 | Table games | 75 | 113 | Amazon fire tv | 30 |
| 83 | Bottled waters | 10 | 114 | Bed poillows 3 | 60 |
| 84 | Pillows 20 x 4 | 80 | 115 | Computer keyboard | 15 |
| 85 | Unbrella 20 x 2 | 40 | 116 | Febrize 20 x 2 | 40 |
| 86 | Foam pipe insulation | 15 | 117 | Office Chair | 60 |
| 87 | Yamaha speaker | 300 | 118 | Ironing pad | 20 |
| 88 | Gift Wrap paper | 30 | 119 | Radio clock | 30 |
| 89 | Hitachi dvd vhs combo | 150 | 120 | Headphone | 20 |
| 90 | Kenwood Audio video surround receiver | 499 | 121 | Framed mirror | 100 |
| 91 | Entertainment Center | 1500 | 122 | Pet cage | 50 |
| 92 | Decorations | 10 | 123 | Fax machine | 50 |

**Felicia Lampkin Non-Salvageable  Report**

| | Item | Amount | | | Item | Amount |
|---|---|---|---|---|---|---|
| 124 | Mirror | 30 | | 154 | Lamps (2) | 75 |
| 125 | Home camera sets | 500 | | 155 | Computer Cpu | 399 |
| 126 | Wig Extension | 30 | | 156 | LCD Computer monitor | 125 |
| 127 | Sony Dvd | 150 | | 157 | Balls | 75 |
| 128 | Computer monitor | 100 | | 158 | Bissell Vacuum cleaner | 100 |
| 129 | Laptop | 499 | | 159 | Queen Headboard | 300 |
| 130 | Electronic Calculator | 75 | | 160 | Computer Keyboard | 40 |
| 131 | End Table | 75 | | 161 | Floor Lamp | 50 |
| 132 | Computer mouse | 10 | | 162 | Dirt Devil vacuum cleaning | 125 |
| 133 | Nightstand | 299 | | 163 | Computer Monitor | 100 |
| 134 | Wall picture frame | 60 | | 164 | Wicker sofa w/cushin | 800 |
| 135 | Laptop | 499 | | 165 | Bean bag chair | 50 |
| 136 | Computer mouse | 10 | | 166 | 14 piece Non-Stick Cookware set 299.00 | 598 |
| 137 | Receiver | 450 | | 167 | Kclassic Coffee Maker Keurig | 119 |
| 138 | Compact disc stereo system | 200 | | 168 | Lenox 65 Piece set, Service for 12 | 200 |
| 139 | Television receiver | 100 | | 169 | Black & Decker Microwave Stainless | 199 |
| 140 | Computer speakers | 50 | | 170 | 7 Piece wood spoons kitchen utensils | 80 |
| 141 | Office Misc. | 10 | | 171 | Silcon utensils set (black) | 40 |
| 142 | Cleaning Supplies | 30 | | 172 | Dinnerware Set, service for 8  (2 at 90.00 | 180 |
| 143 | Cart | 150 | | 173 | 24 Piece superior glass food storage | 40 |
| 144 | Bathroom Curtain | 50 | | 174 | Rubbermaid 50 piece easy find lids | 80 |
| 145 | Printer | 125 | | 175 | Whirlpool 28.4cu ft side by side refrigerat | 1899 |
| 146 | Queen Matress set | 1000 | | 176 | Whirlpool electric  range | 900 |
| 147 | Plastic containers | 20 | | 177 | Whirlpool  dishwasher | 850 |
| 148 | Lamp Shade | 25 | | 178 | Garbage disposal 1/2 hp | 140 |
| 149 | Small corner bookcase | 50 | | 179 | Garbage can stainless steel | 40 |
| 150 | Wall picture frames | 75 | | 180 | 2 Corn brooms and 1 mop | 60 |
| 151 | TV | 500 | | 181 | Large pulling cooler | 50 |
| 152 | Bed rails | 60 | | 182 | Cleaning supplies (pinesol) | 24 |
| 153 | Corner shelf | 125 | | 183 | 3.3 Compact refrigerator with Freezer (Bl | 300 |

**Felicia Lampkin Non-Salvageable Report**

| | Item | Amount | | Item | Amount |
|---|---|---|---|---|---|
| 184 | Dustpan | 10 | 217 | 2 set wall speaker installed behind sofa | 300 |
| 185 | Picture on wall (Picture of Last Supper) | 60 | 218 | JBL Tall floor speaker set 2@299 | 598 |
| 186 | George Forman Grill (flat) | 50 | 219 | Entertainment center wall unit 3 pieces | 3000 |
| 187 | Cocktail Blender | 30 | 220 | 3 candy dish sets | 300 |
| 188 | 5 Piece crystal cocktail set | 90 | 221 | 3 fruit bowls container set | 100 |
| 189 | 5 Piece cordless telephone set | 150 | 222 | Wooden decorative room dividers 2 | 600 |
| 190 | 4 Piece ingredient containers (yellow) | 30 | 223 | Wired Wrough iron patio chair | 200 |
| 191 | 2 Piece salt & Pepper shakers | 15 | 224 | Wired Wrough iron patio love seat | 350 |
| 192 | Silverware divider | 20 | 225 | Brown large floor vase w/decorative stem | 150 |
| 193 | 6 piece greenfresh tupperware 2 sets | 120 | 226 | End tables (decorative) 2 | 200 |
| 194 | Paper towel holders 2 | 60 | 227 | Over the commode cabinet (downstairs b | 100 |
| 195 | Shelf (wooden) | 75 | 228 | Living room throw pillows 6@50 | 300 |
| 196 | 5 Piece iron skillet set | 45 | 229 | Throw blankets 3@70 | 210 |
| 197 | Misc paper plates, plastic silverware etc | 25 | 230 | JBL Entertainment system w/5 speakers | 499 |
| 198 | 3 wall mirror | 399 | 231 | Full size bed | 800 |
| 199 | 9 piece dinning room set/table & 8 chairs | 2500 | 232 | Full size mattress & boxspings | 450 |
| 200 | Picture on wall | 50 | 233 | Curtains 2@300 | 600 |
| 201 | Wooden marble top table | 399 | 234 | Plantation blinds 2@80 | 160 |
| 202 | Dinnerware Set, service for 8 | 70 | 235 | Patio Sofa and Chair set | 1500 |
| 203 | Gray shear curtains w/valence (back door | 200 | 236 | Curtis Mathis floor model TV 25 inch | 700 |
| 204 | Gray blinders (back door) | 100 | 237 | Flat screen TV 32 inch | 499 |
| 205 | Corner shelf green | 150 | 238 | End Tables 2@50 | 100 |
| 206 | Decorative vase | 80 | 239 | Lamps 2@40 | 40 |
| 207 | Plantation blinds 2@150 | 300 | 240 | Onkyo Receiver | 399 |
| 208 | 5 Piece fireplace decorative set | 150 | 241 | HP Computer w/harddrive set | 699 |
| 209 | 3 Piece living room suit (sofa, loveseat, ch | 4000 | 242 | 24 inch monitor screen | 150 |
| 210 | Cocktail table | 900 | 243 | Wooden mirror | 200 |
| 211 | End table set 2 | 600 | 244 | King size wooden sleigh bed | 1800 |
| 212 | Table lamps set 2 | 400 | 245 | Large end tables 2@300 | 600 |
| 213 | Large gold floor lamp w/4 bulbs | 399 | 246 | Large 9 drawer dresser w/mirror  (woode | 1800 |
| 214 | kenmore receiver | 250 | 247 | Dresser 6 drawer | 1000 |
| 215 | Kenmore woofer 3 @ 200 each | 600 | 248 | Kenwood amplifier | 399 |

| 216 | 3 wall speaker installed over fireplace | 799 | | 249 | Onyko receiver | | 399 |

**Felicia Lampkin Non-Salvageable  Report**

| | Item | Amount | | | | | |
|---|---|---|---|---|---|---|---|
| 250 | VHS/DVD player | 299 | | | | | |
| 251 | Kenwood floor speaker 2@199 | 398 | | | | | |
| 252 | Wall pictures  3@60 | 180 | | | | | |
| 253 | 8 Channel DVR Surveillance system | 499 | | | | | |
| 254 | 24 in. monitor | 150 | | | | | |
| 255 | Burgundy shears | 50 | | | | | |
| 256 | Kenwood/JBL Entert speakers 2@125 | 250 | | | | | |
| 257 | Plantation blinds 72/64 | 175 | | | | | |
| 258 | Printer master bedroom | 150 | | | | | |
| 259 | Printer | 80 | | | | | |
| 260 | Small refrigerator | 350 | | | | | |
| 261 | Computer table | 450 | | | | | |
| 262 | Computer w/hardware | 699 | | | | | |
| 263 | Computer chair | 199 | | | | | |
| 264 | Entertainment Center | 299 | | | | | |
| 265 | Champ Grandfather clock | 350 | | | | | |
| 266 | Coffee maker | 100 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **TOTAl: $71,751.00** | | | | | | |
| | | | | | | | |

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03355-S4**

**6/7/2023 2:47 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

_____

_____

_____

PLAINTIFF                                      CIVIL ACTION
                                               NUMBER:_____

VS.

_____

_____

_____

DEFENDANT

**SUMMONS**

**TO THE ABOVE NAMED DEFENDANT:**

   You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____,   20_____.

Tiana P. Garner
Clerk of State Court

By_____
                              **Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03355-S4**
**5/22/2023 2:33 PM**
**TIANA P. GARNER, CLERK**

**To:**        **All Judges, Clerks of Court and Counsel of Record**

**From:**     **Eric A. Yakaitis, Esq.**

**Re:**        **Notice of Leave of Absence**

**Date:**     **May 22, 2023**

### <u>LEAVE OF ABSENCE ACCORDING TO GEORGIA UNIFORM SUPERIOR COURT RULE 16</u>

COMES NOW, Eric A. Yakaitis, and respectfully notifies all Judges before whom he has a case or cases pending, all affected Clerks of Court, and all Counsel(s), that he will be on leave pursuant to Georgia Uniform Superior Court Rule 16.

1. The period of leave during which time the Applicant will be away from the practice of law are as follows:

   May 24, 2023 through May 30, 2023

   June 5, 2023 through June 9, 2023

   June 19, 2023 through June 23, 2023

   July 5, 2023 through July 12, 2023

   July 25, 2023 through July 31, 2023

   August 16, 2023 through August 30, 2023

   September 11, 2023 through September 14, 2023

   October 2, 2023 through October 5, 2023

   October 23, 2023 through October 26, 2023

   November 13, 2023 through November 17, 2023

2. The purpose of the leave is that the above-mentioned attorney will be for **religious, medical, educational, family and personal** reasons during the aforementioned time periods.

3. Mr. Yakaitis is currently counsel of record or co-counsel before the Courts in the cases listed on Exhibit "A", and requests that his leave be applicable to all proceedings which might otherwise be scheduled in any of the listed cases.

4. All affected judges and counsel(s) shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted this 22nd day of May 2023.

/s/ Eric A. Yakaitis
Eric A. Yakaitis
Georgia State Bar No.: 642534

**DAVIS LAWYERS LLC**
5600 Roswell Road
Bldg. C, Suite 131
Sandy Springs, Georgia 30342
Telephone No.: (770) 993-3300

EXHIBIT "A"

| Rajeshree Shah<br><br>vs.<br><br>Sawan Shah<br>CAFN:<br>2022CV373772 | Fulton County<br>Superior Court | Judge Kevin Farmer<br>185 Central Ave,<br>S.W.<br>Atlanta, Georgia<br>30303 | Sawan Shah<br>*Pro Se*<br>3344 Peachtree Road,<br>NE, Unit 4503<br>Atlanta, GA<br>30326 |
|---|---|---|---|
| Vanessa Vacratsas<br><br>vs.<br><br>Stavros Vacratsas<br>CAFN: 23-1-01288-66 | Cobb County<br>Superior Court | Judge Angela Brown<br>70 Haynes St.<br>Marietta, Georgia<br>30090 | Al Smith, Esq.<br>Paul Coburn, Esq.<br>3490 Piedmont Rd., N.E.<br>Suite 1150<br>Atlanta, GA 30305 |
| Moon Soo Kim, et al.<br><br>vs.<br><br>Ashly Smith, et al.<br>CAFN: 23EV001547 | Fulton County State<br>Court | Judge John Mather<br>185 Central Ave.<br>S.W.<br>Atlanta, Georgia<br>30303 | Alan Kahn, Esq.<br>2849 Paces Ferry Rd.<br>Suite 215 Atlanta, GA<br>30339<br>Lewis Cohan, Esq.<br>3340 Peachtree Road NE<br>Tower 100 Suite 2570<br>Atlanta, GA 30326 |
| Postpress Services, Inc.<br><br>vs.<br><br>John Avena, et al.<br>CAFN:    22-C-05889-S6 | Gwinnett County<br>State Court | Judge Veronica Cope<br>75 Langley Dr.,<br>Lawrenceville,<br>Georgia 30046 | John Avena<br>*Pro se*<br>719 Shadow Trace Path<br>Lilburn, Ga<br>30047 |
| Mclaurin<br><br>vs.<br><br>Mclaurin<br>CAFN:<br>2019DR01788-09 | Clayton County<br>Superior Court | Judge Geronda<br>Carter<br>9151 Tara Blvd.<br>Jonesboro, GA<br>30236 | Lori Smith, Esq.<br>136 Highway 138, SW<br>The Berkeley Building,<br>Suite 912<br>Riverdale, GA 30274 |

| | | | |
|---|---|---|---|
| Russell<br><br>vs.<br><br>Russell<br><br>CAFN: 23103658 | Cobb County Superior Court | Judge Kimberly Childs<br>70 Haynes St.<br>Marietta, Georgia 30090 | Aaron Russell<br>*Pro Se*<br>2068 Winsburg Drive, Kennesaw, Georgia 30144 |
| Padgett<br><br>vs.<br><br>Hancock, et al.<br><br>CAFN: 22-A-4192 | Cobb County State Court | Judge Diana Simmons<br>70 Haynes St.<br>Marietta, Georgia 30090 | Ben Clary, Esq.<br>1447 Peachtree St NE<br>Suite 540 C<br>Atlanta, GA 30309 |
| Lampkin<br><br>vs.<br><br>State Farm Fire & Casualty Company<br><br>CAFN:   23-C-03355-S4 | Gwinnett County State Court | Judge Ronda Colvin<br>75 Langley Dr., Lawrenceville, Georgia 30046 | Corporation Service Company<br>2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092, Georgia |
| Hamilton Capital Partners, LLC<br><br>vs.<br><br>Capstone Financial, LLC, and et al.<br><br>CAFN:<br>2023CV374559 | Fulton County Superior Court | Judge Jane Barwick<br>185 Central Ave, S.W.<br>Atlanta, Georgia 30303 | Paul Mazeski, Esq.<br>Union Trust Building<br>501 Grant Street<br>Suite 200<br>Pittsburgh, PA 15219-4413 |

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03355-S4**

**5/31/2023 2:21 PM**

TIANA P. GARNER, CLERK

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **FELICIA LAMPKIN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | **CIVIL ACTION** |
| -versus- | § | |
| | § | **FILE NO.: 23-C-03355-S4** |
| **STATE FARM FIRE & CASUALTY** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## PLAINTIFF'S MOTION FOR APPOINTMENT OF A SPECIAL PROCESS SERVER

COMES NOW Plaintiff, Felicia Lampkin, by and through the undersigned counsel, pursuant to O.C.G.A. 9-11-4(c) and shows this Court that service of process is necessary and requests the appointment of a special process server to serve the Defendant, as authorized under the law.

WHEREFORE, Plaintiff moves this court for an Order appointing **Ronnie N. Stewart**, who is not an interested party to the suit, is a citizen of the United States and a resident of the State of Georgia, is over 18 years of age, and is not a convicted felon, to serve the Defendant with process, and to make a return on that service pursuant to O.C.G.A. 9-11-4(c).

Respectfully submitted this 31st day of May 2023.

*/s/ Eric A. Yakaitis*

Eric A. Yakaitis
Georgia State Bar No.: 642534
*Counsel for Plaintiff*

**DAVIS LAWYERS LLC**
5600 Roswell Road, Bldg. C, Suite 131
Sandy Springs, Ga 30342
Telephone No.: (770) 993-3300

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03355-S4**

**6/6/2023 1:01 PM**

TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| FELICIA LAMPKIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | **CIVIL ACTION** |
| -versus- | § | |
| | § | **FILE NO.: 23-C-03355-S4** |
| STATE FARM FIRE & CASUALTY | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

### ORDER TO APPOINT A SPECIAL PROCESS SERVER

The petition of the Plaintiff having been read and considered, this Court hereby appoints **Ronnie N. Stewart** as special process server in the above-styled case, to which **Ronnie N. Stewart** has no interest, pursuant to O.C.G.A. 9-11-4(c). A copy of this order must accompany any service perfected by the authority of this order.

**SO ORDERED** this _____ day of June 2023.

Judge Ronda S. Colvin
Gwinnett County State Court

Respectfully submitted by:

*Eric A. Yakaitis*
Eric A. Yakaitis, Esq.
Georgia Bar No.: 642534
*Counsel for Plaintiff*
**DAVIS LAWYERS LLC**
5600 Roswell Road
Bldg. C, Suite 131
Atlanta, Georgia 30342
Phone: (770) 993-3300

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03355-S4**

**6/7/2023 2:47 PM**

**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

_____

_____

_____

PLAINTIFF

VS.

_____

_____

_____

DEFENDANT

CIVIL ACTION
NUMBER:_____

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

   You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____,  20_____.

Tiana P. Garner
**Clerk of State Court**

By _____

**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

FELICIA LAMPKIN,                     )
                                     )
        Plaintiff,                   )
                                     )        Civil Action File
v.                                   )
                                     )        No.  23-C-03355-S4
STATE FARM FIRE AND CASUALTY         )
COMPANY,                             )
                                     )
        Defendant.                   )

## NOTICE OF FILING REMOVAL

TO:    Eric A. Yakaitis
       Davis Lawyers, LLC
       5600 Roswell Road
       Bldg. C, Suite 131
       Sandy Springs, GA  30342

Please take notice that State Farm Fire and Casualty Company, Defendant in the above-styled action, has on this date filed its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division.

This 12th day of July, 2023.

                              SWIFT CURRIE MCGHEE & HIERS

                              /s/  Kayla M. McCallum
                              Melissa A. Segel
                              Georgia Bar No. 020406
                              Kayla M. McCallum, Esq.
                              Georgia Bar No. 240946
                              *Attorneys for Defendant*

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify I have this day electronically filed the foregoing ***Notice of Filing Removal*** with the Clerk of Court via the Odyssey Court e-filing system, which will send automatic notification to the following:

Eric A. Yakaitis
Davis Lawyers, LLC
5600 Roswell Road
Bldg. C, Suite 131
Sandy Springs, GA  30342
***Attorneys for Plaintiff***

This 12th day of July, 2023.

**SWIFT CURRIE MCGHEE & HIERS**

*/s/  Kayla M. McCallum*
Melissa A. Segel
Georgia Bar No. 020406
Kayla M. McCallum, Esq.
Georgia Bar No. 240946
***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

4865-2863-5500, v. 1

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| FELICIA LAMPKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. |
| | ) | |
| STATE FARM FIRE AND | ) | On Removal from State Court of |
| CASUALTY COMPANY, | ) | Gwinnett County |
| | ) | Civil Action No.  23-C-03355-S4 |
| Defendant. | ) | |

## <u>NOTICE OF REMOVAL</u>

**COME NOW,** State Farm Fire and Casualty Company ("**State Farm**"), and without waiving its affirmative defenses, and within the time prescribed by law, files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully showing the Court the following facts:

1.

On May 16, 2023, Plaintiff filed a Complaint against State Farm in the State Court of Gwinnett County, Georgia, styled as *Felicia Lampkin v. State Farm Fire and Casualty Company*, and assigned Civil Action File No. 23-C-03355-S4 (the "State Court Action"). True and correct copies of all filings to date in the State Court Action are collectively attached hereto as **Exhibit "1"**.

2.

State Farm was served on June 13, 2023.  This Notice of Removal is filed within 30 days of June 13, 2023, the date on which State Farm was served with the Complaint and notice of the subject lawsuit.  This Notice of Removal is also filed within one year of the commencement of the action.  Thus, removal is timely under 28 U.S.C. § 1446(b).

3.

The United States District Court for the Northern District of Georgia, Atlanta Division, includes Gwinnett County, Georgia.  Thus, removal to this Court is proper under 28 U.S.C. § 1441(a).

4.

In its Complaint, Plaintiff alleges that her property was destroyed by fire on or around May 21, 2021.  [Compl. ¶ 6].  Plaintiff further alleges that State Farm issued a Homeowners' Insurance Policy to Plaintiff that was in effect at the time of the fire.  [Compl. ¶ 5].  In addition to recovery for the value of her personal property and rental income, Plaintiff seeks a bad faith penalty equal to not more than 50% of the liability of State Farm or $5,000, whichever is greater, and attorney fees.  [Compl. ¶¶ 11-12]. Although Plaintiff does not itemize her damages, based upon the foregoing, and based upon express statements by Plaintiff within the Complaint, Plaintiff is seeking damages in excess of $75,000.00 [Compl. ¶ 11].

Specifically, Plaintiff alleges that "Defendant has breached the Policy by refusing to provide proper compensation for all damages sustained by Plaintiff, with said amount being more than $75,000.00." [*Id.*]  Thus, the amount of damages Plaintiff seeks in this action is greater than $75,000.

5.

Defendant State Farm Fire and Casualty Company is a corporation organized under the laws of the State of Illinois with its principal place of business in the State of Illinois.  It is not a citizen of the State of Georgia, was not a citizen of the State of Georgia on the date of filing of the aforesaid civil action, and has not been thereafter.

6.

Plaintiff is a resident of Cobb County, Georgia.  As such, Plaintiff is a citizen of the State of Georgia.

7.

Because Plaintiff and State Farm are citizens of different States, complete diversity exists between Plaintiff and State Farm in accordance with 28 U.S.C. § 1332(a)(1).

8.

As shown above, the amount in controversy exceeds the sum of $75,000, exclusive of interests.

9.

The aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code §1332, and, accordingly, is one which may be removed to this Court by State Farm pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs and is between Plaintiff, which is a citizen of Georgia and State Farm, which is a citizen of Illinois.

10.

State Farm has given written notice of the filing of this Notice of Removal to Plaintiff by notifying his attorney of record, Erik Yakaitis, Esq. of Davis Lawyers, LLC., 5600 Roswell Road, Bldg. C, Suite 131, Sandy Springs, Georgia 30342. State Farm also filed a written notice with the clerk of the State Court of Gwinnett County, Georgia a copy of said notice being attached hereto and made in part hereof.

WHEREFORE, State Farm prays that this case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 12th day of July, 2023.

SWIFT CURRIE MCGHEE & HIERS

*/s/   Kayla M. McCallum*
Melissa A. Segel
Georgia Bar No. 020406
Kayla M. McCallum, Esq.
Georgia Bar No. 240946
***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1(D) of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, 14 point, pursuant to LR 5.1(C).

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/   Kayla M. McCallum*
Melissa A. Segel
Georgia Bar No. 020406
Kayla M. McCallum, Esq.
Georgia Bar No. 240946
***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day electronically filed *Notice of Removal* with the Clerk of Court using the CM/ECF System which will notify counsel of record as follows:

Eric A. Yakaitis
Davis Lawyers, LLC
5600 Roswell Road
Bldg. C, Suite 131
Sandy Springs, GA  30342
***Attorneys for Plaintiff***

This 12th day of July, 2023.

SWIFT CURRIE MCGHEE & HIERS

/s/  *Kayla M. McCallum*
Melissa A. Segel
Georgia Bar No. 020406
Kayla M. McCallum, Esq.
Georgia Bar No. 240946
***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

4873-9869-1436, v. 1

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

FELICIA LAMPKIN,     )
           )
   Plaintiff,     )
           )  Civil Action File
v.          )
           )  No.  23-C-03355-S4
STATE FARM FIRE AND CASUALTY )
COMPANY,      )
           )
   Defendant.    )

### STATE FARM'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, State Farm Fire and Casualty Company ("**State Farm**" or "**Defendant**"), Defendant in the above-styled civil action and, by and through its undersigned counsel, hereby files its Answer and Affirmative Defenses to the Complaint of Plaintiff Felicia Lampkin ("**Plaintiff**"), respectfully showing this Court as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief can be granted against Defendant and therefore Plaintiff's action should be dismissed.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim against State Farm under the policy of insurance bearing Policy No. 11-NE-4545-6 (the "**Policy**") which is the subject of this Complaint, and therefore Plaintiff's action should be dismissed.

### THIRD AFFIRMATIVE DEFENSE

Defendant did not breach any duty owed or contracted with Plaintiff and, therefore, Plaintiff may not recover from State Farm.

1

**FOURTH AFFIRMATIVE DEFENSE**

Defendant is not indebted to Plaintiff for the sum sought or in any amount whatsoever.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant denies that the injuries and damages alleged in the Complaint were proximately caused by any conduct on the part of Defendant.

**SIXTH AFFIRMATIVE DEFENSE**

To the extent Plaintiff seeks to assert a breach of contract claim against Defendant for the incident described in the Complaint, Plaintiff's lawsuit should be dismissed because Defendant did not breach the terms and conditions of the applicable contract and, at all times relevant hereto, acted in accordance with the terms and conditions of the Policy and all applicable Georgia law.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff is barred from bringing suit against Defendant based upon the doctrines of waiver and estoppel.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff waived her right to insist upon Defendant's compliance with the Policy due to her own failure to comply with the Policy's conditions.

**NINTH AFFIRMATIVE DEFENSE**

The instant lawsuit is time-barred, and Plaintiff may not recover due to her direct violation of the Suit Against Us provision of the Policy by failing to comply with all policy provisions. The Policy provides at **SECTION I – CONDITIONS**:

> **9. Suit Against Us.** No action will be brought against *us* unless there has been full compliance with all of the policy provisions. Any action by any party must be started within one year after the date of loss or damage.

2

However, if the action results from a loss caused by fire or
lightning, the action must be started within two years after the
date of loss or damage.

....

### TENTH AFFIRMATIVE DEFENSE

To the extent that Plaintiff seeks to assert a cause of action against Defendant based upon

the breach of any duty other than those duties set forth in the Policy, Plaintiff fails to state a

claim upon which relief can be granted since Georgia law does not impose duties on Defendant

other than those set forth in the Policy and Georgia law does not recognize any other cause of

action aside from a breach of contract action for the allegations contained in Plaintiff's

Complaint. Moreover, at all times relevant hereto, Defendant acted in good faith and in

accordance with the terms and conditions of the Policy.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim under O.C.G.A. § 33-4-6 since Plaintiff failed to make a

proper demand as required by O.C.G.A. § 33-4-6(b).

### TWELTH AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim under O.C.G.A. § 33-4-6 since Defendant acted reasonably

and with probable cause in response to the claim asserted by Plaintiff.

### THIRTEENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff asserts any extra-contractual claims other than those permitted by

O.C.G.A. § 33-4-6, Plaintiff cannot recover because O.C.G.A. § 33-4-6 is the exclusive remedy

for any alleged wrongful failure to pay an insurance claim and Defendant denies any liability to

Plaintiff under O.C.G.A. § 33-4-6.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim with respect to any extra-contractual damages, including

statutory and/or bad faith damages under O.C.G.A. § 13-6-11, O.C.G.A. § 33-4-6, or any other statutory or other cause of action.

**FIFTEENTH AFFIRMATIVE DEFENSE**

To the extent Plaintiff seeks damages against Defendant other than contractual damages, such damages are not available to Plaintiff inasmuch as Defendant owed Plaintiff no duty independent of the Policy, Plaintiff failed to allege the breach of duty independent of the Policy, and Plaintiff failed to allege harm independent of the alleged failure to pay Plaintiff's insurance claim.  Further, O.C.G.A. § 33-4-6 is the exclusive remedy for any alleged failure to pay an insurance claim and Defendant specifically deny any liability to Plaintiff under O.C.G.A. § 33-4-6.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Plaintiff may not recover damages from Defendant under the applicable policy as the terms and conditions of the policy only cover accidental direct physical loss to the insured property.

**SEVENTENTH AFFIRMATIVE DEFENSE**

Plaintiff's Complaint should be dismissed because there has been untimely service and service of process upon Defendant as Plaintiff failed to effectuate service of process in a reasonable and diligent manner.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Defendant expressly reserves the right to assert all affirmative defense(s) and matter(s) in avoidance as may be disclosed during additional investigation and discovery.  Subject to and without waiving any of its other respective rights, jurisdictional or legal defenses, or objections,

4

Defendant respond to the specific averments contained in the individual and enumerated paragraphs of the Complaint as follows:

## JURISDICTION AND VENUE

### 1.

State Farm admits the allegations contained in Paragraph 1 of Plaintiff's complaint.

## PARTIES

### 2.

State Farm is currently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint, and, therefore, denies the same.

### 3.

In response to Paragraph 3 of Plaintiff's Complaint, State Farm admits that it is an insurance corporation organized under the laws of the State of Illinois with its principal place of business in the State of Illinois and is a citizen of the State of Illinois.  In further response to Paragraph 3 of the Plaintiff's Complaint, State Farm admits that it is registered to transact business in Georgia and is in the business of insuring risks and properties in the United States, including Georgia.  State Farm further admits that it may be served through its registered agent, Corporation Service Company, at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092. All other allegations contained in Paragraph 3 of Plaintiff's Complaint are denied.

## FACTUAL ALLEGATIONS

### 4.

State Farm is currently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint, and, therefore,

denies the same.

5.

In response to Paragraph 5 of Plaintiff's Complaint, State Farm admits that it issued policy number 11-NE-4545-6 (the "**Policy**") to Plaintiff for the property located at 6535 Arbor Gates Dr. Mableton, GA 30126 (the "**Property**") subject, however, to all terms and conditions of the Policy and all applicable law.  In further response to Paragraph 5, State Farm states that the terms and conditions of the Policy speak for themselves and that any interpretation or characterization of the Policy terms and conditions to the contrary is expressly denied. The remaining allegations contained in Paragraph 5 of Plaintiff's Complaint are legal conclusions or argument to which no response is required. To the extent a response is required, these allegations are denied.

6.

In response to Paragraph 6 of Plaintiff's Complaint, State Farm admits that on or around May 21, 2021, Plaintiff reported that the Property sustained fire damage (the "**Loss**"). State Farm further admits that the Plaintiff reported the date of the Loss as May 21, 2021.

7.

State Farm admits it issued payments to Plaintiff in the amount of $37,152 as a result of this loss and pursuant to the Policy.

8.

State Farm denies the allegations contained in Paragraph 8 of Plaintiff's Complaint.

**[Alleged] DAMAGES/RELIEF SOUGHT**

9.

Paragraph 9 of Plaintiff's Complaint contains legal conclusions or argument to which no

response is required.  To the extent a response is required, State Farm denies Paragraph 9 of Plaintiff's Complaint.  By way of further response, State Farm explicitly denies that it is indebted to Plaintiff in any amount whatsoever.

10.

Paragraph 10 of Plaintiff's Complaint contains legal conclusions or argument to which no response is required.  To the extent a response is required, State Farm denies Paragraph 10 of Plaintiff's Complaint.  By way of further response, State Farm explicitly denies that it is indebted to Plaintiff in any amount whatsoever.

11.

Paragraph 11 of Plaintiff's Complaint contains legal conclusions or argument to which no response is required.  To the extent a response is required, State Farm denies Paragraph 11 of Plaintiff's Complaint.  By way of further response, this is an improper demand made pursuant to O.C.G.A. § 33-4-6. Additionally, State Farm explicitly denies that it acted in bad and further denies that it is indebted to Plaintiff in any amount whatsoever.

12.

State Farm denies the allegations contained in Paragraph 12 of Plaintiff's complaint.


Defendant denies each and every remaining allegation of the Complaint not specifically and expressly admitted herein.  Defendant denies all relief sought by Plaintiff in the Prayer for Relief and all subparts appearing after the "Wherefore" portion of the Complaint.

WHEREFORE, having fully answered the Complaint, Defendant prays that the Complaint be dismissed with prejudice, that each and every prayer for relief in the Complaint be

denied, that judgment be entered in favor of Defendant with costs cast upon Plaintiff, and that

Defendant be awarded such other and further relief as this Court may deem just and proper.


This 12th day of July, 2023.

SWIFT CURRIE MCGHEE & HIERS

*/s/  Kayla M. McCallum*
Melissa A. Segel
Georgia Bar No. 020406
Kayla M. McCallum, Esq.
Georgia Bar No. 240946
***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

8

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify I have this day electronically filed the foregoing ***Defendant State Farm***

***Fire and Casualty Company's Answer and Affirmative Defenses to Plaintiff's Complaint*** with

the Clerk of Court via the Odyssey Court e-filing system, which will send automatic notification

to the following:

Eric A. Yakaitis
Davis Lawyers, LLC
5600 Roswell Road
Bldg. C, Suite 131
Sandy Springs, GA  30342
***Attorneys for Plaintiff***

This 12th day of July, 2023.

**SWIFT CURRIE MCGHEE & HIERS**

*/s/   Kayla M. McCallum*
Melissa A. Segel
Georgia Bar No. 020406
Kayla M. McCallum, Esq.
Georgia Bar No. 240946
***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

4857-5576-8940, v. 2

9
