IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| FELICIA LAMPKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File |
| v. | ) |
| | ) No.  23-C-03355-S4 |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING REMOVAL

TO:  Eric A. Yakaitis
　　　Davis Lawyers, LLC
　　　5600 Roswell Road
　　　Bldg. C, Suite 131
　　　Sandy Springs, GA  30342

Please take notice that State Farm Fire and Casualty Company, Defendant in the above-styled action, has on this date filed its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division.

This 12th day of July, 2023.

SWIFT CURRIE MCGHEE & HIERS

*/s/   Kayla M. McCallum*
Melissa A. Segel
Georgia Bar No. 020406
Kayla M. McCallum, Esq.
Georgia Bar No. 240946
***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify I have this day electronically filed the foregoing *Notice of Filing Removal* with the Clerk of Court via the Odyssey Court e-filing system, which will send automatic notification to the following:

>Eric A. Yakaitis
>Davis Lawyers, LLC
>5600 Roswell Road
>Bldg. C, Suite 131
>Sandy Springs, GA  30342
>***Attorneys for Plaintiff***

This 12th day of July, 2023.

>**SWIFT CURRIE MCGHEE & HIERS**
>
>*/s/   Kayla M. McCallum*
>Melissa A. Segel
>Georgia Bar No. 020406
>Kayla M. McCallum, Esq.
>Georgia Bar No. 240946
>***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

4865-2863-5500, v. 1