# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>410-2023-00799 |
|---|---|---|

and EEOC

State or local Agency, if any

**Name** (Indicate Mr., Ms., Mrs.): Mrs. Robin Cochran
**Home Phone** (Incl. Area Code): (770) 846-0874
**Date of Birth**:

**Street Address**:
**City, State and ZIP Code**: Temple, Georgia

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

**Name**: Peachtree Park Pediatrics, LLP
**No. Employees, Members**: 30
**Phone No.** (Incl. Area Code): (404) 351-1131
**Street Address**: 3193 Howell Mill Road, NW, Suite 250, Atlanta, Georgia 30327-2100

**Name**: ATDO Received on 10/07/2022

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: Sep 5, 2022
Latest: Sep 16, 2022
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was employed by Peachtree Park Pediatrics, LLP ("PPP") for forty (40) years. At the time of my termination, my title was Operations Supervisor.

There was an employee at PPP, Betel Gomez ("Gomez"), who was Hispanic. At some point, during our time of working together, I asked Gomez if she was from Mexico. I did not realize that Gomez, apparently, was offended. She responded by telling me that she was from Georgia, and that her parents were from Mexico.

In June of 2022, PPP hired a new Practice Administrator, Cheryl Welch ("Welch"). On or about September 5, 2022, Welch asked me when I planned to retire and stated that she thought I would be retiring the next year (2023). I told her that I planned on retiring in May of 2025 or May of 2027.

On September 13, I came to work and began working on payroll tasks. I could not access Gomez's file and advised Welch, who said "Yes, you cannot access anything concerning Gomez. Talk to Dr. Wiskind." I went to the Managing Partner, Robert Wiskind, M.D. He and I then went to Welch's office, and I asked her what was going on. Welch said that Gomez had filed a formal complaint against me. Since Gomez and I had worked together for a couple of years with no problems, and Welch had only been there a few months, I asked Welch if she had encouraged Gomez to file the complaint. Welch became quite angry and said that I was harassing her, and that she could sue me. Dr. Wiskind told Welch to calm down. He told me to go home and stated that I was on administrative leave until further notice. On September 15, 2022, I received an email from Dr. Wiskind advising me that I was being terminated, effective September 16, 2022.

I believe I have been discriminated and retaliated against due to my age, in violation of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621, et seq., and due to my race, color and national origin, in violation of Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. §§ 2000e, et seq.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/7/2022  /s/ Robin Cochran
Date    Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT  /s/ Robin Cochran
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
10/7/2022

[Notary Seal: APRIL BINION, NOTARY PUBLIC, COBB COUNTY, GEORGIA]