**EXHIBIT 2**: INFRINGEMENT #1

URL: https://nripulse.com/man-charged-with-hate-crime-for-assaulting-indian-american-woman/

