# EXHIBIT C

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 23027244 | 0330200 | COBB | 4/10/2023 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 4/6/2023 | 15:30 | 4/6/2023 | 15:35 | 4/6/2023 | 15:45 | 2 | 1 | 0 | |

**Road of Occurence:** I 20 West
**Not At Its Intersection But:** 100  [ ] Miles  [x] Feet  [ ] North  [x] South  [ ] East  [ ] West
**From Its Intersection With Of:** RIVERSIDE PKWY
**Latitude (Y):** 33.774100
**Longitude (X):** -84.562700

[ ] Suppl. To Original?
[ ] Private Property?
[ ] Hit And Run?

## Unit # 1

[x] Driver  [ ] Ped  [ ] Bike  [x] Susp At Fault

**LAST NAME:** GARZA  **FIRST:** MICHAEL  **MIDDLE:** WAYNE
**Address:** 21938 GOSLING CEDAR PL
**City:** SPRING  **State:** TX  **Zip:** 77388  **DOB:** 6/23/1977
**Driver's License No:** 12144982  **Class:** CLASS A  **State:** TX  **Country:** US
**Insurance Co.:** OLD REPUBLIC INS CO  **Policy No.:** MWTT30722222  **Telephone No.:** 8324031228
**Year:** 2016  **Make:** FREIGHTLINER  **Model:** TR
**VIN:** 3H3V532C6KT825484  **Vehicle Color:** White
**Tag #:** 3228364  **State:** IN  **County:**   **Year:** 2023
**Trailer Tag #:** P826708  **State:** IN  **County:**   **Year:** 2023
[ ] Same as Driver  **Owner's Last Name:**   **First:**   **Middle:**
**Address:**
**City:**   **State:**   **Zip:**
**Removed By:** DRIVER  [ ] Request  [ ] List

**Alcohol Test:** No  **Type:** Not Tested  **Results:** None Given  **Drug Test:** No  **Type:**   **Results:**

**First Harmful Event:** Motor Vehicle In Motion
**Most Harmful Event:** Motor Vehicle In Motion
**Operator/Ped Cond:** Not Drinking
**Operator Factors:** Failed to Yield
**Vehicle Factors:** No Contributing Factors  **Roadway Factors:** No Contributing Factors
**Direction of Travel:** West  **Vehicle Maneuver:** Changing Lanes  **Non-Motor Maneuver:**
**Vehicle Class:** Commercial Motor Vehicle (CMV)  **Vehicle Type:** Tractor/Trailer  **Vision Obscured:** Not Obscured
**Number of Occupants:** 1  **Area of Initial Contact:** Right Side-Near Front  **Damage to Vehicle:** Minor Damage
**Traffic Way Flow:** Two-Way Trafficway with a physical barrier  **Road Composition:** Black Top  **Road Character:** Straight and Level
**Number of Lanes:** 4  **Posted Speed:** 60  **Work Zone:** None
**Traffic Control:** Lanes  **Device Inoperative:** [ ] Yes [x] No

**Citation Information:**
Citation # 3982048  O.C.G.A. § 40-6-48
Citation #   O.C.G.A. §
Citation #   O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY

**Carrier Name:** LANDSTAR RANGER INC
**Address:** 13410 SUTTON PARK DR  **City:** JACKSONVILLE  **State:**   **Zip:**
**U.S. D.O.T. #:** 241572  **No. of Axles:** 3  **G.V.W.R:** 26001 or Greater
**Cargo Body Type:** Intermodal Container  **Vehicle Config.:** Tractor Trailer  [x] Interstate  [ ] Intrastate  **Fed. Reportable:** [x] Yes [ ] No
**C.D.L. ?** [x] Yes [ ] No  **C.D.L. Suspended?** [ ] Yes [x] No
**Vehicle Placarded?** [ ] Yes [x] No  **Hazardous Materials?** [ ] Yes [x] No
**Hazmat Released?** [ ] Yes [x] No
**If YES: Name or 4 Digit Number from Diamond or Box:**
**One Digit Number from Bottom of Diamond:**
[ ] Ran Off Road  [ ] Down Hill Runaway  [ ] Cargo Loss or Shift  [ ] Separation of Units

## Unit # (blank)

[ ] Driver  [ ] Ped  [ ] Bike  [ ] Susp At Fault

**LAST NAME:**   **FIRST:**   **MIDDLE:**
**Address:**
**City:**   **State:**   **Zip:**   **DOB:**
**Driver's License No:**   **Class:**   **State:**   **Country:**
**Insurance Co.:**   **Policy No.:**   **Telephone No.:**
**Year:**   **Make:**   **Model:**
**VIN:**   **Vehicle Color:**
**Tag #:**   **State:**   **County:**   **Year:**
**Trailer Tag #:**   **State:**   **County:**   **Year:**
[ ] Same as Driver  **Owner's Last Name:**   **First:**   **Middle:**
**Address:**
**City:**   **State:**   **Zip:**
**Removed By:**   [ ] Request  [ ] List

**Alcohol Test:**   **Type:**   **Results:**   **Drug Test:**   **Type:**   **Results:**

**First Harmful Event:**   **Most Harmful Event:**   **Operator/Ped Cond:**
**Operator Factors:**
**Vehicle Factors:**   **Roadway Factors:**
**Direction of Travel:**   **Vehicle Maneuver:**   **Non-Motor Maneuver:**
**Vehicle Class:**   **Vehicle Type:**   **Vision Obscured:**
**Number of Occupants:**   **Area of Initial Contact:**   **Damage to Vehicle:**
**Traffic Way Flow:**   **Road Composition:**   **Road Character:**
**Number of Lanes:**   **Posted Speed:**   **Work Zone:**
**Traffic Control:**   **Device Inoperative:** [ ] Yes [ ] No

**Citation Information:**
Citation #   O.C.G.A. §
Citation #   O.C.G.A. §
Citation #   O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY

**Carrier Name:**
**Address:**   **City:**   **State:**   **Zip:**
**U.S. D.O.T. #:**   **No. of Axles:**   **G.V.W.R:**
**Cargo Body Type:**   **Vehicle Config.:**   [ ] Interstate  [ ] Intrastate  **Fed. Reportable:** [ ] Yes [ ] No
**C.D.L. ?** [ ] Yes [ ] No  **C.D.L. Suspended?** [ ] Yes [ ] No
**Vehicle Placarded?** [ ] Yes [ ] No  **Hazardous Materials?** [ ] Yes [ ] No
**Hazmat Released?** [ ] Yes [ ] No
**If YES: Name or 4 Digit Number from Diamond or Box:**
**One Digit Number from Bottom of Diamond:**
[ ] Ran Off Road  [ ] Down Hill Runaway  [ ] Cargo Loss or Shift  [ ] Separation of Units

| Unit # | ☑ Driver | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|---|
| 3 | ☐ Ped | FOREST | RICKY | |
| | ☐ Bike | | | |
| ☐ Susp At Fault | | **Address** 508 DEERWOOD ST | | |

| City | State | Zip | DOB |
|---|---|---|---|
| COLUMBIA | SC | 29205 | 7/24/1963 |

| Driver's License No | Class | State | Country |
|---|---|---|---|
| 090110625 | CLASS C | SC | US |

| Insurance Co. | Policy No. | Telephone No. |
|---|---|---|
| GEICO | 6102206494 | 8033546584 |

| Year | Make | Model |
|---|---|---|
| 2018 | FORD | FUSION |

| VIN | Vehicle Color |
|---|---|
| 3FA6P0H97JR255258 | Silver |

| Tag # | State | County | Year |
|---|---|---|---|
| VPQ909 | SC | | 2023 |

| Trailer Tag # | State | County | Year |
|---|---|---|---|
| | | | |

| ☐ Same as Driver | Owner's Last Name | First | Middle |
|---|---|---|---|
| | FOREST | RICKY | |

**Address**
508 DEERWOOD ST

| City | State | Zip |
|---|---|---|
| COLUMBIA | SC | 29205 |

**Removed By:** HENSON`S WRECKER  ☐ Request  ☐ List

| Alcohol Test: | Type: | Results: | Drug Test: | Type: | Results: |
|---|---|---|---|---|---|
| No | Not Tested | None Given | No | | |

| First Harmful Event: | Most Harmful Event: | Operator/Ped Cond: |
|---|---|---|
| Motor Vehicle In Motion | Motor Vehicle In Motion | Not Drinking |

**Operator Factors:** No Contributing Factors
**Vehicle Factors:** No Contributing Factors    **Roadway Factors:** No Contributing Factors

| Direction of Travel: | Vehicle Maneuver: | Non-Motor Maneuver: |
|---|---|---|
| West | Straight | |

| Vehicle Class: | Vehicle Type: | Vision Obscured: |
|---|---|---|
| Privately Owned | Passenger Car | Not Obscured |

| Number of Occupants: | Area of Initial Contact: | Damage to Vehicle: |
|---|---|---|
| 1 | Left Side-Center | Minor Damage |

| Traffic Way Flow: | Road Composition: | Road Character: |
|---|---|---|
| Two-Way Trafficway with a physical barrier | Black Top | Straight and Level |

| Number of Lanes: 60 | Posted Speed: 60 | Work Zone: None |
|---|---|---|

**Traffic Control:** Lanes    **Device Inoperative:** ☐ Yes ☑ No

**Citation Information:**
Citation #                              O.C.G.A. §
Citation #                              O.C.G.A. §
Citation #                              O.C.G.A. §

**COMMERCIAL MOTOR VEHICLES ONLY**

**Carrier Name**

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

**U.S. D.O.T. #**         **No. of Axles**        **G.V.W.R**

| Cargo Body Type | Vehicle Config. | ☐ Interstate | Fed. Reportable |
|---|---|---|---|
| | | ☐ Intrastate | ☐ Yes ☐ No |

**C.D.L. ?** ☐ Yes ☐ No    **C.D.L. Suspended?** ☐ Yes ☐ No
**Vehicle Placarded?** ☐ Yes ☐ No    **Hazardous Materials?** ☐ Yes ☐ No
**Hazmat Released?** ☐ Yes ☐ No
If YES: Name or 4 Digit Number from Diamond or Box:
     One Digit Number from Bottom of Diamond:

☐ Ran Off Road    ☐ Down Hill Runaway    ☐ Cargo Loss or Shift    ☐ Separation of Units

GDOT-523 (07/17)

| COLLISION FIELDS | | | | |
|---|---|---|---|---|
| **Manner of Collision:** Angle | **Location at Area of Impact:** On Roadway - Non-Intersection | **Weather:** Cloudy | **Surface Condition:** Dry | **Light Condition:** Daylight |

## NARRATIVE

Added :Apr 6 2023 6:07PM
Veh #3 was traveling straight I20 Westbound when veh #1 attempted to merge into veh #3`s lane of travel and a collision occurred.Driver #1 advised he was attempting to switch in the number three lane when he observed that there was no one next to him. Driver #1 further advised he did not know where veh #3 came from and a collision occurred.Driver #3 advised he was traveling straight when veh #1 merged into his lane of travel and struck his vehicle.Driver #1 was found at fault and issued a citation for improper lane change. Driver #3 had complaint of injury and was transported to Cobb Hospital by Puckett. Veh #3 was towed by Henson`s Wrecker.

## DIAGRAM

Indicate North

I20 WEST

Drawing Not To Scale.

## PROPERTY DAMAGE INFORMATION

**Damage Other Than Vehicle:**                             **Owner:**

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| | | | | | |

GDOT-523 (07/17)

## OCCUPANT INFORMATION

**1**

| Name (Last, First): | GARZA, MICHAEL | | | | Address: | 21938 GOSLING CEDAR PL  SPRING, TX 77388 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 45 | Sex: Male | Unit # 1 | Position: Front Seat-Left Side | Safety Eq: Unknown | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

**2**

| Name (Last, First): | FOREST, RICKY | | | | Address: | 508 DEERWOOD ST  COLUMBIA, SC 29205 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 59 | Sex: Male | Unit # 3 | Position: Front Seat-Left Side | Safety Eq: Unknown | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: Possible Injury or Complaint (C) | Taken for Treatment: Yes |
| Injured Taken To: COBB GENERAL HOSPITAL | | By: PUCK | | EMS Notified Time: 04/06/2023 15:35 | | EMS Arrival Time: 04/06/2023 15:45 | | Hospital Arrival Time: 04/06/2023 16:40 | |

**3**

| Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

**4**

| Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

**Photos Taken:** ☐ Yes  ☑ No  **By:**

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| CASTANEDA, (3018) | Cobb County Police Department | 04/06/2023 00:00 | RICKERSON, | 4/6/2023 |