# EXHIBIT D



**CT Corporation**
**Service of Process Notification**
06/14/2023
CT Log Number 544064769

## Service of Process Transmittal Summary

**TO:**   Jeff Peterson, Director, Liability Claims
Landstar System Holdings, Inc.
13410 Sutton Park Dr S
Jacksonville, FL 32224-5270

**RE:**   **Process Served in Georgia**

**FOR:**   Landstar Ranger, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RICKY FOREST vs. OLD REPUBLIC INSURANCE COMPANY |
| **CASE #:** | 23C03789S6 |
| **NATURE OF ACTION:** | Subpoena - Business records |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/14/2023 at 11:24 |
| **JURISDICTION SERVED:** | Georgia |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Michael K. Kneller  mkneller@landstar.com |
| | Email Notification,  Richard A. Clark  RCLARK1@LANDSTAR.COM |
| | Email Notification,  Jeff Peterson  jpeterson2@landstar.com |
| | Email Notification,  Don Stambaugh  dstambaugh@landstar.com |
| | Email Notification,  John Neff  jneff@landstar.com |
| | Email Notification,  Anne Balfour  abalfour@landstar.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 289 S. Culver St. |
| | Lawrenceville, GA 30046 |
| | 800-448-5350 |
| | MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                   Wed, Jun 14, 2023
**Server Name:**                            Drop Service

| | |
|---|---|
| Entity Served | LANDSTAR RANGER, INC. |
| Case Number | 23C03789-S6 |
| Jurisdiction | GA |

| Inserts |
|---|
| | | |

