# EXHIBIT E

IN THE STATE COURT OF GWINNETT COUNTY

**23-C-03789-S**
**6/2/2023 4:00 P**
**TIANA P. GARNER, CLER**

STATE OF GEORGIA

# RICKY FOREST

PLAINTIFF

VS.

# OLD REPUBLIC INSURANCE CO.,

# LANDSTAR RANGER, INC., and

# MICHAEL GARZA,

DEFENDANTS

CIVIL ACTION
NUMBER:_____

23-C-03789-S6

# SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** Old Republic Insurance Company
c/o Prentice-Hall Corporation System, Registered Agent
2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

William J. Collins, Esq.,
Morgan & Morgan, PLLC
11605 Haynes Bridge Road, Suite 490
Alpharetta, GA 30009

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __2nd__ day of __June__, 20 __23__.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011