# EXHIBIT F

Case 1:23-mi-99999-UNA   Document 2210-7   Filed 07/12/23   Page 2 of 2

Claim # A31828

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03789-S6**
**6/2/2023 4:00 PM**
*TIANA P. GARNER, CLERK*

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**RICKY FOREST**

PLAINTIFF

CIVIL ACTION NUMBER: 23-C-03789-S6

VS.

**OLD REPUBLIC INSURANCE CO.,**

**LANDSTAR RANGER, INC., and**

**MICHAEL GARZA,**

DEFENDANTS

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** Michael Garza, 21938 Gosling Cedar Place, Spring, Texas, 77388

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

William J. Collins, Esq.,
Morgan & Morgan, PLLC
11605 Haynes Bridge Road, Suite 490
Alpharetta, GA 30009

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This  2nd  day of  June , 20 23 .

**Tiana P. Garner**
**Clerk of State Court**

By _____(signature)_____
**Deputy Clerk**

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011