# EXHIBIT H



# Notice of Service of Process

**KN4 / ALL**
**Transmittal Number: 27092594**
**Date Processed: 06/13/2023**

| | |
|---|---|
| **Primary Contact:** | William Dasso Esq (legal dept)<br>Old Republic International Corporation<br>307 N Michigan Ave<br>Fl 15<br>Chicago, IL 60601-5405 |
| **Electronic copy provided to:** | Marie Hernandez |
| **Entity:** | Old Republic Insurance Company<br>Entity ID Number  1888373 |
| **Entity Served:** | Old Republic Insurance Company |
| **Title of Action:** | Ricky Forest vs. Old Republic Insurance Company |
| **Matter Name/ID:** | Ricky Forest vs. Old Republic Insurance Company  (14185323) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Gwinnett County State Court, GA |
| **Case/Reference No:** | 23-C-03789-S6 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 06/12/2023 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Morgan & Morgan, P.A.<br>404-965-1973 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com