# EXHIBIT I

FILED IN OFFICE
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-03789-S**
6/26/2023 8:37 AM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

| | |
|---|---|
| **RICKY FOREST** | Case No.: 23-C-03789-S6 |
| Plaintiff/Petitioner | |
| vs. | |
| **OLD REPUBLIC INSURANCE COMPANY; LANDSTAR RANGER, INC.; MICHAEL GARZA** | AFFIDAVIT OF SERVICE OF SUMMONS; CASE FILING INFORMATION FORM; PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS TO DEFENDANT MICHAEL GARZA; PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS TO DEFENDANT LANDSTAR RANGER, INC.; PLAINTIFF'S 1ST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS; RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS; Complaint |
| Defendant/Respondent | |

Received by Charles Trammell, on the 14th day of June, 2023 at 4:03 PM to be served upon MICHAEL GARZA at ABC TO SKIP (TX), SKIP, Gwinnett County, GA.
On the 19th day of June, 2023 at 7:55 AM, I, Charles Trammell, SERVED MICHAEL GARZA at 21938 GOSLING CEDAR PL, SPRING, Harris County, TX 77388 in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering 1 copy(ies) of the above-listed documents to MICHAEL GARZA.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to MICHAEL GARZA with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.

Service Fee Total: $170.00

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Charles Trammell_   Server ID #: PSC-12602   Date: 6-19-23

Notary Public: Subscribed and sworn before me on this 19 day of June in the year of 2023
Personally known to me ____ or ✓ identified by the following document: Texas Drivers License

Notary Public (Legal Signature)

TONIA ALLEN
Notary Public, State of Texas
Comm. Expires 10-12-2024
Notary ID 13086079-0



REF: REF-12978688

Page 1 of 1
Tracking #: 0108724449

ommission

56

You are certified as a process server by the Judicial Branch Certification Commission. We are pleased to mail your personal certification card.

**JUDICIAL BRANCH CERTIFICATION COMMISSION**
This is to certify that
*CHARLES W TRAMMELL*
IS CERTIFIED AS A PROCESS SERVER UNDER THE PROVISIONS OF
GOVERNMENT CODE, SECTION 156

CERTIFICATION TYPE:     PROCESS SERVER
CERTIFICATION NUMBER:   PSC-12602
EXPIRATION DATE:        April 30, 2024

SIGNATURE                ADMINISTRATIVE DIRECTOR
                         OFFICE OF COURT ADMINISTRATION