# EXHIBIT 1

SHERIFF'S ENTRY OF SERVICE | DECASTLEBERRY CO., COVINGTON, GA 30015

SC-85-2

Civil Action No. **23-C-03893-S6**

Date Filed **6/7/23**

Superior Court ☐   Magistrate Court ☐
State Court ☒   Probate Court ☐
Juvenile Court ☐

Georgia, **Gwinnett** COUNTY

Attorney's Address

Lazenby Law Group
PO Box 2875
Gainesville, GA 30503

Name and Address of Party to be Served.

**Bellsouth Comm., LLC - AT+T**
**CT Corp.**
**289 S. Culver St**
**Lawrenceville, GA 30046**

**Ranah Harmon**
_____ Plaintiff

VS.

**Bellsouth Tele-Communications,**
**LLC, d/b/a AT+T Georgia**
_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This ___ day of **June**, 20___.

_____ DEPUTY

SHERIFF DOCKET_____ PAGE_____