# EXHIBIT 2

**Second Original**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| RANAH HARMON, | ) |
| Plaintiff, | ) |
| VS. | ) CIVIL ACTION FILE |
| | ) NO. 23-C-03893-S6 |
| BELLSOUTH TELE-COMMUNICATIONS, LLC, d/b/a AT&T GEORGIA | ) |
| Defendant. | ) |

### SUMMONS

TO THE ABOVE NAMED DEFENDANT:

Bellsouth Tele-Communications, LLC
d/b/a AT&T Georgia
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address are:

R. Shane Lazenby
Lazenby Law Group, LLC
PO Box 2875
Gainesville, Georgia 30503
(678) 971-1196

an Answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This ____ day of _____, 2023.
7th day of June, 2023

Deputy Clerk of State Court
Gwinnett County, Georgia