# EXHIBIT 4



# LAZENBY LAW
## GROUP

R. SHANE LAZENBY                                                    SHANE@LAZLAWGROUP.COM

March 23, 2023

*Via Certified Mail*
*Return Receipt Requested*

Sedgwick Claims Management Services
Attention: Vaughn Smith
PO Box 14512
Lexington, Kentucky 40512

> RE:   Claim No. 2205000038-01
>        Date of Incident: March 19, 2022[1]
>        My Client: Ranah Harmon
>        Your Insured: BellSouth Telecommunications LLC dba AT&T Georgia

Dear Mr. Smith:

As you know, I represent Ranah Harmon. As you have likely expected, I am writing to issue a demand for resolution of the above-referenced bodily injury claim.

I understand there are no coverage issues related to the Old Republic Insurance Company policy as was indicated in your letter of May 5, 2022. If I am incorrect, and there are coverage issues, please consider this a formal request to inform me immediately. This letter is also an earnest attempt to resolve this matter, and it constitutes a statement made in the course of efforts to settle or compromise a claim. This letter is not admissible at a trial.

## LIABILITY

I know that we have exchanged messages related to our theory of liability in this case. I do not intend to spend a great deal of effort expounding on liability as the negligence in this case is fairly obvious. As you've seen from the previously exchanged information and photographs (copies attached), AT&T failed to adequately secure a telecommunications cable extending from pedestal 6403 on Woodland Station Drive here in Lula, Georgia that ultimately snaked onto the path of Ranah Harmon as she walked for exercise. The pedestal was placed near a sidewalk obviously designed to be used by pedestrians. As Ranah walked up the sidewalk, while maintaining a vigilant lookout for her safety, and contemporaneously

---

[1] In previous correspondence from your office, I noted an erroneous date of incident was listed: April 18, 2022. I am uncertain as to the source of that date, but the correct date of incident is March 19, 2022.

PO BOX 1867 · 801 BLUE RIDGE DR · GAINESVILLE, GA 30503
TELEPHONE: (678) 971-1166   FAX: (678) 971-1168
WWW.LAZLAWGROUP.COM



LAZENBY LAW
GROUP
March 23, 2023
Page 2

remaining situationally aware of the active construction workers operating across the street, she tripped over the wire and fell resulting in serious injury.

A reasonable and prudent company with decades of experience in installing wiring at or near frequently used pedestrian areas should have recognized the hazard that had been created by an unsecure wire. AT&T failed to secure the wire directly leading to Ranah's harm.

## DAMAGES

Ranah's most significant injury surrounded an upper extremity fracture of the right olecranon or right elbow. She had other less significant injuries easily appreciated with a review of the attached medical records. I know that we have exchanged multiple messages regarding when we intended on making this demand. Please accept my apologies for the delay, but such delay was the result of good reason. Ranah has had a long and arduous road in her effort to recover from her injuries. She has made incredible strides in regaining solid use of her arm, but her injury will never completely resolve. The attached photos, to include both the x-ray and the residual, permanent scarring, will speak volumes.

As is pictured in the photograph of the x-ray, the hardware (plate and screws) implanted in Ranah's arm during her first surgery in an attempt to remedy the fracture are an exceedingly graphic representation of the injuries Ranah suffered. Ultimately, the discomfort resulting from one of the plates led to a second procedure to remove the plate. Ranah's pain and suffering exacerbated by her permanent disfigurement, limited use, and scarring, clearly indicate Ranah's damages are significant and continuing.

While only a fraction of the harms and losses Ranah has suffered, Ranah's medical special damages to date are as follows:

| | |
|---|---|
| North East Georgia Medical Center | $103,726.30 |
| Allied Physician Surgery Center | $2,690.00 |
| Hall County EMS | $923.80 |
| Southbend Orthopedics | $6,102.00 |
| Gainesville Radiology | $334.00 |
| **CURRENT TOTAL** | **$113,775.10** |

Ranah's description of how she still feels pain with household chores such as sweeping, mopping and carrying buckets of water, will be especially compelling. Moreover, her "learn to adapt" attitude as well as her reluctant, but optimistic, acceptance of her scarring and limitations, will leave a lasting impression.



LAZENBY LAW
GROUP
March 23, 2023
Page 3

Perhaps one of the more compelling photos beyond those depicting Ranah's hardware and surgery scar are those is the enclosed photo of Ranah attempting to fully extend her arms. As is apparent, Ranah's right arm simply does not fully extend as her left arm does. She is permanently disfigured and limited. All such factors add significant value to this case.

Ranah is a fine person with a genuinely endearing personality. For Fulton County, Georgia jurors, she will be a stark contrast to one of the world's largest corporations with a widely recognized and less than stellar reputation. Most assuredly, AT&T realizes the benefit of an early resolution.

**DEMAND**

Ranah Harmon is hereby demanding the total of $850,000.00 to affect a total resolution of her claims. In order to secure a general release, the $850,000.00 must be tendered and received under the following terms:

1)   The offer must be accepted in writing no later than the close of business on the 30th day from the date of receipt of this letter as indicated by the date of the signature on the return receipt accompanying this letter;

   a.   If no return receipt is provided, the date of receipt will be determined by the United States Postal Service tracking website.

2)   Written acceptance of this offer can be transmitted to the undersigned at:
   a.   P.O. Box 2875, Gainesville, Georgia 30503
   b.   Facsimile: 678-971-1168
   c.   Email: shane@lazlawgroup.com

3)   All communications concerning this demand will take place with this office.

   a.   Any attempt at communicating with any other person or entity will be considered a counteroffer and a rejection of this demand.
   b.   Any attempt to seek clarification of any term must be in writing.

4)   The payment for the limited resolution of this claim must be in the form of a certified or bank check(s) in the amount of $850,000.00;



LAZENBY LAW
GROUP March 23, 2023
Page 4

a. The payment of such funds must be made payable to "Ranah Harmon and her attorneys at Lazenby Law Group, LLC";

5) Your insured will be the only releasees on such a release and no other documents will be executed by Ranah Harmon or any representative of her;

6) Payment must be received, in hand, to this office at 380 Green Street, NE, Gainesville, Georgia 30501 no later than the close of business on the 40th day from the date of the receipt of this letter. Timely payment is an essential element of any acceptance.

7) My client will address an valid and enforceable medical liens or subrogation interests.

8) Ranah Harmon will agree to indemnify releasees for valid and enforceable medical liens and subrogation interests only.

a. Such indemnification agreement will be limited to the amount of the resolution and any indemnification agreement within any release will specifically and expressly exclude legal fees and expenses incurred by other parties.

We look forward to your timely tender of our demand.

Very truly yours,

R. Shane Lazenby

RSL:dka
enclosures



CERTIFIED MAIL

7021 2720 0001 6901 8666

U.S. POSTAGE PAID
FCM LG ENV
LAWRENCEVILLE, GA
30045
JUN 13, 23
AMOUNT
$12.40
R2304H109018-17

RDC 06

40512

**LAZENBY LAW**
GROUP

Sedgwick Claims Management Services
Attention: Vaughn Smith
PO Box 14512
Lexington, Kentucky 40512

2205000038-01

3-27-2023