# **EXHIBIT 5**

# **EXHIBIT 5**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RANAH HARMON,<br><br>        Plaintiff,<br><br>vs.<br><br>BELLSOUTH TELECOMMUNICATIONS, LLC d/b/a AT&T GEORGIA<br><br>        Defendant. | CIVIL ACTION FILE<br>NO.: 23-C-03893-S6 |

## DEFENDANT BELLSOUTH TELECOMMUNICATIONS, LLC'S NOTICE TO THE STATE COURT OF GWINNETT COUNTY, GEORGIA OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT

Defendant BellSouth Telecommunications, LLC, incorrectly identified in plaintiff's complaint as "BELLSOUTH TELECOMMUNICATIONS, LLC d/b/a AT&T GEORGIA," a non-entity in the State of Georgia, having filed in the United States District Court for the Northern District of Georgia, Atlanta Division, hereby provides its Notice of Removal of the above-styled action to the United States District Court in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446.  Attached hereto as Exhibit A and made a part hereof is a

true and correct copy of the Notice of Removal and all papers and exhibits attached thereto.

This 12th day of July, 2023

                                   */s/ John L. McKinley, Jr.*
                                  John L. McKinley, Jr.
                                  Georgia Bar No. 495513
                                  Sean E. Boyd
                                  Georgia Bar No. 302874

                                  Attorneys for defendant
                                  BellSouth Telecommunications, LLC

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, GA  30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RANAH HARMON,<br><br>    Plaintiff,<br><br>    vs.<br><br>BELLSOUTH TELECOMMUNICATIONS, LLC d/b/a AT&T GEORGIA<br><br>    Defendant. | CIVIL ACTION FILE<br>NO.: 23-C-03893-S6 |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served the foregoing pleading on all counsel of record in the foregoing matter via STATUTORY ELECTRONIC SERVICE and by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon as follows:

R. Shane Lazenby, Esq.
Lazenby Law Group, LLC
P.O. Box 2875
Gainesville, Georgia 30503
SHANE@LAZLAWGROUP.COM

-3-

This 12th day of July, 2023.

                                                */s/ John L. McKinley, Jr.*
                                                John L. McKinley, Jr.
                                                Georgia Bar No. 495513