# EXHIBIT E



# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Atlantic Station
201 17th Street, NW | Suite 1700
Atlanta, GA 30363
T 404.322.6000  F 404.322.6050
nelsonmullins.com

Gregory M. Taube
(Admitted in AL & GA)
T 404.322.6144
greg.taube@nelsonmullins.com

May 31, 2019

**Via Federal Express, Certified Mail, Return Receipt Requested and Email**

2604 Cambleton Road Partners, LLC
c/o Ariam Partners, LLC
1020 Powers Place
Alpharetta, GA 30009
Attention: Joe Harker
Email: jharker@ariampartners.com

2604 Cambleton Road Partners, LLC
c/o Trish Stafford, Registered Agent
8000 Avalon Blvd., Suite 100
Alpharetta, GA 30009

Joseph Harker
c/o ARIAM Partners, LLC
1020 Powers Place
Alpharetta, GA 30009
Attention: Joe Harker
Email: jharker@ariampartners.com

Brian Peoples
c/o ARIAM Partners, LLC
1020 Powers Place
Alpharetta, GA 30009
Attention: Joe Harker
Email: jharker@ariampartners.com

Re:  **NOTICE OF FORECLOSURE**
Pursuant to that certain Promissory Note issued by 2604 Cambleton Road Partners, LLC to Specialty Credit Holdings, LLC, dated July 14, 2017 (the "Note") and that certain Deed to Secure Debt, Assignment of Rents and Leases, Security Agreement and Fixture Filing, dated July 14, 2017, by 2604 Cambleton Road Partners, LLC to Specialty Credit Holdings, LLC, and recorded at Book 57758, Page 240, in the real property records of Fulton County, Georgia, as assigned and modified (the "Security Deed").

Dear Sir / Madam:

This firm represents SCF REO Holdings, LLC ("Lender"), which is the assignee of Specialty Credit Holdings, LLC, with respect to the above referenced Note and Security Deed, together with the Other Security Documents (as defined in the Note). As you know, 2604 Cambleton Road Partners, LLC ("Borrower") has defaulted on its obligations under the Note, Security Deed and the Other Security Documents. Consequently, the indebtedness under the Note, Security Deed and the Other Security Documents has been accelerated, and all principal, interest and all other amounts thereunder have become immediately due and payable under the terms thereof.

2604 Cambleton Road Partners, LLC
Notice of Foreclosure Sale
May 31, 2019
Page 2

Please be advised that Lender intends to enforce its right to payment of attorney's fees as provided in the loan documents related to the above-referenced obligation. Pursuant to O.C.G.A § 13-1-11, you will be liable for attorney's fees as provide in the loan documents, unless the full amount of outstanding principal and interest is paid within ten (10) days of your receipt of this letter.

The purpose of his letter is to advise you that this firm has been retained to initiate foreclosure proceedings against the real property, improvements and certain other property described in the Security Deed. I am enclosing a copy of the Notice of Sale submitted for publication in the *Daily Report*. Please note that the sale is scheduled for the first Tuesday in July, 2019, and will be held during the legal hours of sale at the Fulton County Courthouse.

Pursuant to O.C.G.A. § 44-14-162.2(a), please be advised that the entity that has full authority to negotiate, amend, and modify all terms of the security deed with the debtor is:

Specialty Credit Holdings, LLC
Two Greenwich Plaza, 1st Floor
Greenwich, CT 06830

You may contact Andrew Scott at SCF REO Holdings, LLC by telephone at 203-542-4230. Please be further advised that O.C.G.A. § 44-14-162.2(a) provides that "[n]othing in this subsection shall be construed to require a secured creditor to negotiate, amend, or modify the terms of a mortgage instrument."

For other information regarding this foreclosure, you may call my office at (404) 322-6000.

Sincerely,

Gregory M. Taube

GMT/au1
Enclosure

cc: Andrew Scott
    Prassana Mahadeva
    Tom Evans
    Douglas Flaum