Exhibit "A"

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 23-A-04920-7

| Superior Court | ☒ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Date Filed 6/6/2023

Georgia, Gwinnett COUNTY

Donald Lanes and Sasha Lanes

Attorney's Address

Huggins Law Firm, LLC

110 Norcross St.

Roswell, GA 30075

_____ Plaintiff

VS.

Name and Address of Party to Served

RA: Corporation Service Company

2 2 Sun Court, Suite 400

Peachtree Corners, GA 30092

Garrison Property and Casualty Insurance Cmopany

d/b/a USAA

_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ personally with a copy
of the within action and summons.

☐

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation
☐ by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20___.

DEPUTY

## CLERK'S | DEFENDANT'S | PLAINTIFF'S COPY

E-FILED IN OFFICE - SP
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-04920-7
6/6/2023 10:44 AM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

**Donald Lanes** and **Sasha Lanes**
3099 Brombley Drive SE
Conyers, GA 30013

<table>
<tr><td align="center">PLAINTIFFS</td><td>CIVIL ACTION NUMBER: 23-A-04920-7</td></tr>
</table>

**VS**

**Garrison Property and Casualty Insurance
Company d/b/a USAA
RA: Corporation Service Company**
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

### DEFENDANT

---

### SUMMONS

---

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiffs' attorney, whose name and address is:

**Foster L. Peebles**
**Attorney For the Plaintiffs**
**THE HUGGINS LAW FIRM, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
**770-913-6229**
fpeebles@lawhuggins.com

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 2023.
6th day of June, 2023

Tiana P. Garner,
Clerk of Superior Court

*Sarah Payne*

BY: _____
Deputy Clerk

E-FILED IN OFFICE - SP
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-04920-7**
6/6/2023 10:44 AM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **DONALD LANES and** <br> **SASHA LANES,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| **v.** | ) <br> ) |
| **GARRISON PROPERTY AND** <br> **CASUALTY INSURANCE COMPANY,** <br> **a foreign corporation,** | ) <br> ) <br> ) <br> ) |
| **Defendant.** | ) <br> ) |

**CIVIL ACTION FILE NO.:**
23-A-04920-7

### COMPLAINT

**COMES NOW** Plaintiffs **Donald Lanes and Sasha Lanes,** by and through the undersigned counsel, and files this Complaint for breach of first party property insurance contract and bad faith denial of insurance coverage against Defendant, **Garrison Property and Casualty Insurance Company,** and in support hereof, states as follows:

### PARTIES

1.

Plaintiffs are adult resident citizens of Rockdale County, Georgia.

2.

Upon information and belief, Defendant is a foreign insurance company, registered to transact business in, and in fact transacts business in, the State of Georgia. Defendant is in the business of insuring risks and properties located throughout the United States, including Georgia. Defendant maintains an office at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092 where it may be served with process through its registered agent, Corporation Service Company, as identified by the state of Georgia Secretary of State registry.

## JURISDICTION AND VENUE

3.

This Court has subject matter jurisdiction over this action for breach of contract and bad faith denial of an insurance claim because the breached contract was entered into, and concerned property in, the state of Georgia and the amount in controversy exceeds $15,000.00. This Court has personal jurisdiction over Defendant because Defendant is transacting business and insuring properties in the state of Georgia and has appointed a registered agent for service of process in Georgia pursuant to O.C.G.A. § 33-4-1 and O.C.G.A. § 33-4-4.

4.

Venue is proper in this Court because Defendant has a registered agent doing business in Gwinnett County pursuant to O.C.G.A. § 33-4-1, O.C.G.A. § 33-4-4.

5.

In addition, by virtue of the express terms of the insurance policy at issue, Defendant has consented to jurisdiction and venue of this Court.

## THE POLICY

6.

Prior to October 13, 2022, and in consideration of the premiums paid to Defendant by the Plaintiffs, Defendant issued a policy with Policy No. 018653324/90A (the "Policy").

7.

Upon information and belief, the Policy provides numerous coverages for the real and personal property located at 3099 Brombley Drive SE, Conyers, GA 30013 (the "Insured Property," "Property," or the "home"). Upon information and belief, the Policy likewise insures against loss due to Wind and Hail, subject to a deductible of $2,000.00 per occurrence.

8.

Upon information and belief, the Policy is an all-perils policy providing coverage for sudden and accidental direct physical loss to the dwelling, other structures, and personal property. The Policy covers property repairs and personal property on a full replacement cost basis.

9.

Upon information and belief, the Policy covers various types of expenses, including reasonable and necessary costs incurred for temporary repairs to protect covered property from further imminent covered loss and additional living expenses.

**SUDDEN AND ACCIDENTAL DAMAGE TO THE INSURED PROPERTY**

10.

On or about October 13, 2022, the above-referenced property suffered damage from a sudden and accidental direct physical Loss resulting from Wind and Hail (the "Loss"). Upon information and belief, the Policy was in effect at the time of the Loss.

11.

Plaintiffs promptly and timely notified Defendant of the damage to the Property resulting from the Loss and made a claim pursuant to the Policy. As a result, Defendant retained Allcat Claims Service ("Allcat"), a third-party company, to investigate Plaintiffs' claim for sudden and accidental direct physical loss on Defendant's behalf. Allcat was authorized as Defendant's representative and agent for purposes of the claim.

12.

At all times, Plaintiffs made themselves and the Property available to, and fully cooperated with, the Defendant and its representative and agent to inspect and investigate the damages caused by the loss.

3

13.

Defendant, through its authorized representative and agent, Allcat, performed a site inspection of the Property.

14.

Defendant's authorized representative and agent, Allcat, incurred the duty of acting with due diligence in achieving a proper disposition of the Plaintiffs' claim when Allcat undertook the handling of the claim.

15.

Defendant, through its authorized representative and agent, Allcat, grossly underestimated the scope of loss suffered by the Plaintiffs as a result of the Wind and Hail event. Defendant failed to properly indemnify the Plaintiffs and estimated Plaintiffs' total loss to be $1,394.84. Plaintiffs' deductible is $5,000.00 per occurrence; thus, after a deduction for Plaintiffs' deductible, Defendant claims Plaintiffs were due no indemnification under the Policy. A true and accurate copy of the Defendant's estimate is attached hereto as Exhibit "A."

16.

As a result of Defendant's gross underestimation, Plaintiffs requested multiple times that Defendant reconsider its position regarding Defendant's estimate. Defendant refused to comply with the Plaintiffs' requests and continued to frivolously and baselessly deny any additional payment on Plaintiffs' claim. Furthermore, the Defendant continued to ignore the opinions of the Plaintiffs' experts as to the extent of damage and the amount it will cost the Plaintiffs' to be properly indemnified for the Loss.

4

17.

Plaintiffs made repeated requests for payment of the claim, including a written demand sent to Defendant on March 31, 2023. A true and accurate copy of the written demand is attached hereto as Exhibit "B."  Despite this demand for $47,575.50 less previous payments and the applicable deductible, Defendant continued to frivolously deny Plaintiffs' claim without just cause when, under one or more portions of the Policy, the obligation to settle the claim became reasonably clear.

18.

The Plaintiffs' March 31, 2023, correspondence (Ex. C) to Defendant was a letter of representation from Plaintiff's counsel and a formal 60-Day demand, pursuant to the guidelines set forth in O.C.G.A. §33-4-6. After putting Defendant on notice of a potential lawsuit through the formal 60-Day demand, the Defendant continued to deny Plaintiffs' claim without just cause.

19.

Defendant did not act fairly or honestly toward the Plaintiffs, or with due regard to the Plaintiffs' claim and interests, when Defendant, under all circumstances articulated herein, failed to indemnify the Plaintiffs for their damages in direct breach of the terms and conditions of the Policy.

20.

Plaintiffs have fulfilled all conditions precedent and contractual obligations under the Policy prior to this lawsuit, or the same were waived.

21.

There exists a genuine, justifiable controversy between the Plaintiffs and the Defendant as to whether Defendant is responsible for further indemnification owed to the Plaintiffs as a result

of the Loss. Plaintiff has exhausted every reasonable means possible to resolve this dispute with the Defendant. With no other option, Plaintiffs were constrained to hire legal counsel, incur additional expenses, and file this lawsuit.

22.

Plaintiffs have suffered loss under the Policy in an amount to be determined at trial.

## COUNT I: BREACH OF CONTRACT

23.

Plaintiffs hereby adopt, re-allege, and incorporate their allegations set forth in Paragraphs 1-22 of this Complaint as if fully set forth herein.

24.

Plaintiffs have performed all conditions precedent to the Defendant's obligation to perform under the Policy including, without limitation, the timely payment of premiums, timely notice of the claim, and post loss obligations, or the Defendant has waived any and all other conditions.

25.

Under the terms of the Policy, Defendant is required to fully indemnify the Plaintiffs for the damages sustained from the Loss.

26.

Despite Plaintiffs' timely written demand, Defendant failed to provide full indemnification to the Plaintiffs under the terms of the Policy.

27.

Defendant failed to act in good faith and fair dealing under the terms of the Policy by refusing to properly investigate and fully indemnify the Plaintiffs according to the terms of the Policy.

6

28.

The Plaintiffs suffered damages as a direct result of Defendant's failure to indemnify the Plaintiffs for their loss.

29.

All foregoing conduct constitutes a breach of contract that has resulted in damages to the Plaintiffs.

30.

**WHEREFORE,** Plaintiffs pray for this Court to enter an award in Plaintiffs' favor of compensatory damages, attorneys' fees, pre- and post-judgment interest, and such other and further relief as the Court may deem just and proper.

## COUNT II: BAD FAITH PURSUANT TO O.C.G.A. § 33-4-6

31.

Plaintiffs hereby adopt, re-allege, and incorporate their allegations set forth in Paragraphs 1-31 of this Complaint as if fully set forth herein.

32.

By failing to achieve a proper disposition of Plaintiffs' claim, Defendant acted frivolously, and without a reasonable basis or justification, in contravention of its duty of good faith and fair dealing.

33.

Defendant did not attempt in good faith to settle the Plaintiffs' claim when it could have, and should have, done so under all attendant circumstances had it acted fairly and honestly toward the Plaintiffs and with due regard for the Plaintiffs' interests.

7

34.

Defendant's failures to adjust Plaintiffs' claim in good faith include, but are not limited to:

(1)     Knowingly misrepresenting to claimants, and insureds, relevant facts or policy provisions relating to coverages at issue (*see* O.C.G.A. § 33-6-34(1));

(2)     Failing to acknowledge with reasonable promptness pertinent communications with respect to claims arising under its policies (*see* O.C.G.A. § 33-6-34(2));

(3)     Failing to adopt and implement procedures for the prompt investigation and settlement of claims arising under its policies (*see* O.C.G.A. § 33-6-34(3));

(4)     Not attempting in good faith to effectuate prompt, fair, and equitable settlement of claims submitted in which liability has become reasonable clear (*see* O.C.G.A. § 33-6-34(4));

(5)     Compelling insureds or beneficiaries to institute suits to recover amounts due under its policies by offering substantially less than the amounts ultimately recovered in suits brought by them (*see* O.C.G.A. § 33-6-34(5));

(6)     Refusing to pay claims without conducting a reasonable investigation (*see* O.C.G.A. § 33-6-34(6));

(7)     When requested by the insured in writing, failing to affirm or deny coverage of claims within a reasonable time after having completed its investigation related to such claim or claims (*see* O.C.G.A. § 33-6-34(7)); and

(8)     When requested by the insured in writing, failing in the case of payments or offers of compromise to provide promptly a reasonable and accurate explanation of the basis for such action (or, in the case of claims denials, providing said denial to the insured in writing) (*see* O.C.G.A. § 33-6-34(10)).

35.

The above and foregoing actions of Defendant constitute bad faith pursuant to O.C.G.A. § 33-4-6, as the Defendant refused to pay Plaintiffs' covered loss within sixty (60) days after Plaintiffs' timely written demand (Ex. B) for payment without a reasonable basis for doing so.

36.

Defendant frivolously, and without a reasonable basis, denied proper indemnification to the Plaintiffs for their covered loss.

37.

Defendant's refusal to indemnify the Plaintiffs was done frivolously, without a reasonable basis, and in bad faith.

38.

As a result of Defendant's above-referenced bad faith breach of the Policy issued to the Plaintiff, and pursuant to O.C.G.A. § 33-4-6(a), Defendant is liable for penalties in the amount of "not more than fifty percent (50%) of the liability of the insurer for the loss, or $5,000.00, whichever is greater, and all reasonable attorneys' fees for the prosecution of the action against the Insurer."

39.

**WHEREFORE,** Plaintiffs pray for this Court to enter an award, in Plaintiffs' favor, of the statutory award in an amount of fifty percent (50%) of the total compensatory damages awarded or $5,000.00, whichever is greater, along with a statutory allowance for reasonable attorneys' fees in prosecuting this action, pursuant to O.C.G.A. § 33-4-6, for Defendant's unfair claims settlement practices and bad faith refusal to pay Plaintiffs' loss claim when it could and should have done so, had it acted fairly and reasonably toward the insured.

## DEMAND FOR JURY TRIAL

40.

Plaintiffs request a trial by Jury on all counts of the Complaint.

## PRAYER FOR RELIEF

41.

**WHEREFORE,** Plaintiffs request that after due proceedings are had, all appropriate penalties be assessed against the Defendant and that the Plaintiffs receive any and all damages at law to which they are justly entitled, and thus prays for judgment against the Defendant, as follows:

a. That this Court grant judgment in favor of the Plaintiffs and against Defendant in an amount to be determined at trial for breach of insurance contract.

b. Compensatory damages, including all damages to the Plaintiffs by the Defendant and any resulting expenses.

c. Bad faith damages in an amount of fifty percent (50%) of the total compensatory damages awarded or $5,000.00, whichever is greater, for Defendant's bad faith delay, denial, and its intentional, frivolous failure to conduct a reasonable investigation of the Plaintiffs' claim without a reasonable basis;

d. Plaintiffs' attorneys' fees and costs of suit in this action;

e. Plaintiffs' consultant and expert fees;

f. Pre- and post-judgment interest in the maximum amount allowed by law;

g. All statutory penalties;

h. Any and all applicable multipliers; and,

i. Any and all other relief that the Court may deem just and proper, whether such relief sounds in law or equity.

Respectfully submitted, this 5th day of June, 2023.

For: The Huggins Law Firm, LLC,

/s/ Foster L. Peebles

**The Huggins Law Firm, LLC**
110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) mdturner@lawhuggins.com
(e) fpeebles@lawhuggins.com

Michael D. Turner, Esq.
Georgia Bar No.: 216414
Foster L. Peebles, Esq.
Georgia Bar No.: 410852

*Attorneys for the Plaintiff*

11

# EXHIBIT A

**ALLCAT**
**A USAA Service Provider**
**PO BOX 33490**
**San Antonio, TX 78265**
**855-925-5228**
**11/8/2022**

| Insured: | LANES, SASHA | | Home: | (404) 509-7802 |
|---|---|---|---|---|
| Property: | 3099 BROMBLEY DR SE | | Business: | (470) 639-3109 |
| | CONYERS, GA 30013 | | Other: | (404) 509-7802 |
| Home: | 3099 BROMBLEY DR SE | | E-mail: | sashalanes75@gmail.com |
| | CONYERS, GA 30013 | | | |

| Claim Rep.: | Danny Harris | | Business: | (866) 625-5228 |
|---|---|---|---|---|
| | | | Cellular: | (210) 606-8452 |

| Estimator: | Danny Harris | | Business: | (866) 625-5228 |
|---|---|---|---|---|
| | | | Cellular: | (210) 606-8452 |

**Member Number:** 018653324       **Policy Number:** 018653324/90A       **L/R Number:** 002

**Type of Loss:** Hail       **Cause of Loss:** Other

**Insurance Company:** Garrison Property and Casualty Insurance Company, a USAA company

| Coverage | Deductible | Policy Limit |
|---|---|---|
| Dwelling | $5,000.00 | $799,000.00 |
| Other Structures | $0.00 | $79,900.00 |

| Date Contacted: | 10/31/2022 11:00 AM | | |
|---|---|---|---|
| Date of Loss: | 10/13/2022 12:00 AM | Date Received: | 10/13/2022 2:00 AM |
| Date Inspected: | 11/5/2022 1:00 PM | Date Entered: | 10/13/2022 10:44 PM |
| Date Est. Completed: | 11/8/2022 3:50 PM | | |

| Price List: | GAAT8X_OCT22 |
|---|---|
| | Restoration/Service/Remodel |

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 1,383.68 |
| Material Sales Tax | 11.16 |
| **Replacement Cost Value** | **$1,394.84** |
| Less Deductible                [Full Deductible = 5,000.00] | (1,394.84) |
| **Net Claim** | **$0.00** |

Danny Harris

0901119cb3d1546e

USAA Confidential

**ALLCAT**

LANES, SASHA                                                    11/8/2022          Page: 2

Please contact our adjuster if you believe a supplement to this estimate is needed. Before we will consider a supplement to this estimate, we must have the opportunity to re-inspect the damages prior to the supplemental work being done.

0901119cb3d1546e

# ALLCAT

LANES, SASHA

11/8/2022                    Page: 3

## Recap of Taxes

|  | Material Sales Tax (7%) | Storage Rental Tax (7%) | Local Food Tax (3%) |
|---|---|---|---|
| Line Items | 11.16 | 0.00 | 0.00 |
| Total | 11.16 | 0.00 | 0.00 |

USAA Confidential

# ALLCAT

LANES, SASHA                                        11/8/2022         Page: 4

**LANES___SASHA**

**Main Level**



| Living Room | | | | | Height: 12' 3" |
|---|---|---|---|---|---|

514.86 SF Walls                                    192.91 SF Ceiling
707.76 SF Walls & Ceiling                          192.91 SF Floor
21.43 SY Flooring                                  42.03 LF Floor Perimeter
42.03 LF Ceil. Perimeter

| Missing Wall | 3' 6" X 12' 3" | Opens into HALLWAY |
|---|---|---|
| Missing Wall | 9' 1 1/8" X 12' 3" | Opens into ENTRY_FOYER |

| Description | Quantity | | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|
| 1. Contents - move out then reset - Large room | | | | | | |
| | 1 | 1.00 EA | 92.93 | 92.93 | (0.00) | 92.93 |
| 2. Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | |
| | PC | 42.03 LF | 1.60 | 67.25 | (0.00) | 67.25 |
| 3. Floor protection - plastic and tape - 10 mil | | | | | | |
| | F | 192.91 SF | 0.35 | 67.52 | (0.00) | 67.52 |
| 4. Drywall patch / small repair, ready for paint | | | | | | |
| | 1 | 1.00 EA | 95.37 | 95.37 | (0.00) | 95.37 |
| 5. Seal the surface area w/PVA primer - one coat | | | | | | |
| | 4 | 4.00 SF | 0.69 | 2.76 | (0.00) | 2.76 |
| 6. Paint the ceiling - two coats | | | | | | |
| | C | 192.91 SF | 1.14 | 219.92 | (0.00) | 219.92 |
| 7. Final cleaning - construction - Residential | | | | | | |
| | F | 192.91 SF | 0.29 | 55.94 | (0.00) | 55.94 |

| Totals: Living Room | | | | 601.69 | 0.00 | 601.69 |
|---|---|---|---|---|---|---|

| Hallway | | | | | Height: 12' 3" |
|---|---|---|---|---|---|

343.00 SF Walls                                    42.58 SF Ceiling
385.58 SF Walls & Ceiling                          42.58 SF Floor
4.73 SY Flooring                                   28.00 LF Floor Perimeter
28.00 LF Ceil. Perimeter

| Missing Wall | 3' 6" X 12' 3" | Opens into LIVING_ROOM |
|---|---|---|

| Description | Quantity | | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|
| 8. Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | |
| | PC | 28.00 LF | 1.60 | 44.80 | (0.00) | 44.80 |

0901119cb3d1546e

USAA Confidential

## ALLCAT

LANES, SASHA                                                    11/8/2022          Page: 5

### CONTINUED - Hallway

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 9.  Floor protection - plastic and tape - 10 mil | | | | | |
| F | 42.58 SF | 0.35 | 14.90 | (0.00) | 14.90 |
| 10.  Paint the ceiling - two coats | | | | | |
| C | 42.58 SF | 1.14 | 48.54 | (0.00) | 48.54 |
| ceiling paint was continuous from the living room | | | | | |

| **Totals:  Hallway** | | | **108.24** | **0.00** | **108.24** |
|---|---|---|---|---|---|



**Entry/Foyer**                                                             **Height: 12' 3"**

366.30 SF Walls                        93.75 SF Ceiling
460.05 SF Walls & Ceiling              93.75 SF Floor
10.42 SY Flooring                      29.90 LF Floor Perimeter
29.90 LF Ceil. Perimeter

**Missing Wall**                 9' X 12' 3"              Opens into LIVING_ROOM

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 11.  Mask and prep for paint - plastic, paper, tape (per LF) | | | | | |
| PC | 29.90 LF | 1.60 | 47.84 | (0.00) | 47.84 |
| 12.  Floor protection - plastic and tape - 10 mil | | | | | |
| F | 93.75 SF | 0.35 | 32.81 | (0.00) | 32.81 |
| 13.  Paint the ceiling - two coats | | | | | |
| C | 93.75 SF | 1.14 | 106.88 | (0.00) | 106.88 |
| ceiling paint was continuous from the living room | | | | | |

| **Totals:  Entry/Foyer** | | | **187.53** | **0.00** | **187.53** |
|---|---|---|---|---|---|

| **Total: Main Level** | | | **897.46** | **0.00** | **897.46** |
|---|---|---|---|---|---|

### Debris Removal

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 14.  Haul debris - per pickup truck load - including dump fees | | | | | |
| .25 | 0.25 EA | 162.73 | 40.68 | (0.00) | 40.68 |

USAA Confidential

0901119cb3d1546e

# ALLCAT

LANES, SASHA                                                                 11/8/2022        Page: 6

### CONTINUED - Debris Removal

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| **Totals: Debris Removal** | | | **40.68** | **0.00** | **40.68** |

**Labor Minimums Applied**

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 15.  Drywall labor minimum | | | | | |
|       1 | 1.00 EA | 390.30 | 390.30 | (0.00) | 390.30 |
| 16.  Cleaning labor minimum | | | | | |
|       1 | 1.00 EA | 55.24 | 55.24 | (0.00) | 55.24 |
| **Totals: Labor Minimums Applied** | | | **445.54** | **0.00** | **445.54** |
| **Line Item Totals: LANES___SASHA** | | | **1,383.68** | **0.00** | **1,383.68** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,224.16 | SF Walls | 329.24 | SF Ceiling | 1,553.40 | SF Walls and Ceiling |
| 329.24 | SF Floor | 36.58 | SY Flooring | 99.93 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 99.93 | LF Ceil. Perimeter |
| | | | | | |
| 329.24 | Floor Area | 363.07 | Total Area | 1,224.16 | Interior Wall Area |
| 1,362.86 | Exterior Wall Area | 102.86 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

USAA Confidential

## ALLCAT

LANES, SASHA                                                    11/8/2022          Page: 7

### Recap by Room

**Estimate: LANES___SASHA**

**Area: Main Level**

| | | |
|---|---:|---:|
| Living Room | 601.69 | 43.48% |
| Hallway | 108.24 | 7.82% |
| Entry/Foyer | 187.53 | 13.55% |
| **Area Subtotal:  Main Level** | 897.46 | 64.86% |
| **Debris Removal** | 40.68 | 2.94% |
| **Labor Minimums Applied** | 445.54 | 32.20% |
| **Subtotal of Areas** | **1,383.68** | **100.00%** |
| **Total** | **1,383.68** | **100.00%** |

0901119cb3d1546e

# ALLCAT

LANES, SASHA                                                    11/8/2022        Page: 8

## Recap by Category

| Items | Total | % |
|---|---|---|
| CLEANING | 111.18 | 7.97% |
| CONTENT MANIPULATION | 92.93 | 6.66% |
| GENERAL DEMOLITION | 40.68 | 2.92% |
| DRYWALL | 485.67 | 34.82% |
| PAINTING | 653.22 | 46.83% |
| Subtotal | 1,383.68 | 99.20% |
| Material Sales Tax | 11.16 | 0.80% |
| Total | 1,394.84 | 100.00% |

## FREQUENTLY ASKED QUESTIONS

The FAQ's and answers below will be helpful in the claim process. If there is any conflict between these answers and the policy, your policy controls. Please read your policy.

**How is my initial Dwelling payment determined?**
Subject to the applicable deductible and policy conditions, Dwelling payments are generally based on the cost to repair or replace the damaged property with similar construction and for the same use on the same premises. When the cost to repair or replace the damaged dwelling exceeds $5000, USAA will pay a portion of the claim up front (the actual cash value of the loss), and the balance (recoverable depreciation) when the repairs are complete.

**How do I collect the recoverable depreciation?**
Where initial payment for Dwelling loss is in the amount of Actual Cash Value, to receive additional amounts (recoverable depreciation), you must complete the actual repair or replacement of the damaged part of the property. When repair or replacement is actually completed, the policy will pay the covered additional amount you actually and necessarily incurred to repair or replace the property, but not to exceed the approved replacement cost of your claim (our cost). In no case will USAA pay more than the total amount of the actual repairs less your policy deductible.

**Why is the check made out to me and someone else (or some other company)?**
If your check includes the name of your mortgage company it is because we are required to include their name on our payment to you, per the mortgage clause on your policy. The check must be presented to them for their endorsement prior to submitting it to our bank for payment. Incomplete endorsements will result in the check being returned without payment. Please contact us if the mortgagee information is incorrect so that we may update that information and issue a correct payment to you.

**What if I'm not going to repair or replace my damaged property using the same material?**
Please contact us if you choose to repair or replace the damaged building part with a different material or type of construction from what is on our estimate. Replacement or repair differing from the original estimate could affect any replacement cost claim you are otherwise eligible to collect.

**What if my contractor's estimate is different from USAA's estimate?**
Show the USAA estimate to your contractor. If your contractor's estimate is higher, please contact USAA prior to starting the repairs to your home as the additional charges may not be covered.

USAA Confidential

# EXHIBIT B



**Foster L. Peebles, Esq.**
110 Norcross Street
Roswell, GA 30075
fpeebles@lawhuggins.com
(770) 913-6229

March 31, 2023

Garrison Property and Casualty Insurance Company          **Sent Via email:**
d/b/a USAA                                                  525471xm4gh5@claims.usaa.com
PO Box 33490
San Antonio, TX 78265

Re:   Named Insured(s):   Donald Lanes and Sasha Lanes
      Policy Number:      018653324/90A
      Claim Number:       018653324
      Date of Loss:       October 13, 2022

To Whom it May Concern:

I have been retained by Donald Lanes and Sasha Lanes ("Your Insured") to represent them regarding the above referenced property insurance claim. All further communication regarding this claim should be directed to my office.

Please also accept this letter as a formal demand for a **certified copy of the relevant insurance policy, to include the original policy, any renewals, and any endorsements.** We also request a copy of any and all repair estimates drafted to date, **as well as a payment sheet or payment log detailing all insurance proceeds issued to date for this claim.**

My client has complied with all conditions contained in the insurance policy. My client is at a loss as to why Garrison Property and Casualty Insurance Company d/b/a USAA ("USAA") has not afforded the proper coverage under the applicable policy. This lack of good faith has forced Your Insured to retain my legal services in order to fairly settle their claim. It is our belief that USAA has violated the Unfair Claims Settlement Practice Act pursuant to O.C.G.A. § 33-6-34 and has breached the insurance policy.

Bad faith claims handling triggers additional liability on your part under O.C.G.A. § 33-4-6 that includes the amount of the claim, plus a penalty of an additional fifty percent (50%) of the value of the claim and reasonable attorneys' fees and costs.

Therefore, per the enclosed spreadsheets of damages to Your Insured's property, we are hereby making formal demand that you settle the above claim for the sum of **$47,575.50, less previous payments and the applicable deductible.** The invoice & estimate of damages is attached for your review. This demand is being made pursuant to O.C.G.A. § 33-4-6, and you have sixty (60) days in which to make payment on this claim or be subject to a lawsuit containing a claim for breach of contract and bad faith seeking all compensation allowed by law, including attorneys' fees and a penalty of fifty percent (50%) of the loss amount.

To:  Garrison Property and Casualty Insurance Company d/b/a USAA
Client: Donald Lanes and Sasha Lanes
March 31, 2023
Page **2** of **2**

      This letter constitutes a "proper demand" for payment under O.C.G.A. § 33-4-6. If you contend that a proper demand has not been made, you must immediately notify us of the reasons for such allegation. Otherwise, it will be assumed you agree this letter constitutes a proper demand.

      The purpose of this correspondence is to encourage USAA to resolve Your Insured's claim in a fair and equitable manner in hopes of avoiding litigation. If you fail to respond to this letter with an offer of settlement that is acceptable to Your Insured, we will have no alternative other than recommending to Your Insured that a lawsuit be filed against you.

      Payment must be received in my office within sixty (60) days of your receipt of this letter in order to avoid a suit for bad faith penalties and attorney's fees. Any check issued should list Huggins Law Firm, LLC as sole payee. Any objection to these payment terms shall be submitted in writing to Huggins Law Firm, LLC within 10 days of receipt of this letter.

      I look forward to working with you to resolve this matter quickly and amicably. Please feel free to contact me should you have any questions regarding this formal 60-day demand. Should you have any questions or concerns, please reach out to me at fpeebles@lawhuggins.com or by phone at (770) 913-6229.

Sincerely,

Foster L. Peebles, Esq.
Attorney at Law

FLP/aak
Encl.



# Builder's Perspective Public Adjusting

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

| | | | |
|---|---|---|---|
| Insured: | Sasha & Donald Lanes | Home: | (470) 902-4466 |
| Property: | 3099 Brombley Dr. SE | E-mail: | DonaldLanes@Hotmail.com |
| | Conyers, GA 30013 | | |

**Claim Number:** 018653324-002       **Policy Number:** 018653324/90A       **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date of Loss: | 10/13/2022 12:00 AM | Date Received: | |
| Date Inspected: | 11/18/2022 9:00 AM | Date Entered: | 11/30/2022 9:51 PM |

| | |
|---|---|
| Price List: | GAAT8X_NOV22 |
| | Restoration/Service/Remodel |
| Estimate: | LANE_SASHA |

PLEASE READ THIS DOCUMENT CAREFULLY, THOROUGHLY AND IN ITS ENTIRETY - PLEASE READ ALL
FOOTNOTES AND REVIEW THE ATTACHED SUPPORTING AND SUBSTANTIVE DOCUMENTATION IN DETAIL.

**Adopted and Required Building Codes:**
The 2018 International residential code (IRC has been adopted (and is REQUIRED) by the State of GA (see attached
corresponding code documentation in the image section following this estimate.) The 2018 International Code Council (ICC) are
the rules that govern this estimate.



**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

## LANE_SASHA

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

Roof has hail strikes on shingles and metals. Hail strikes are also noted on downspouts and window screens.

**Shingles**

| 1. Remove Remove Laminated - High grade - comp. shingle rfg. - w/ felt * | 49.40 SQ | 63.04 | 0.00 | 653.98 | 3,768.16 | (0.00) | 3,768.16 |

**This line item accounts for the removal and disposal of the existing shingles and felt ONLY** - All other line items are to be estimated separately, including their removal, disposal, and replacement of said line items. These items, per their official Xactimate line-item descriptions, are to be removed and discarded in a job site receptacle.

**Official Xactimate Line-Item Description:**
Includes: Dump fees, hauling, disposal, and labor to remove 30-40 year composition shingles and felt.

| 2. Replace Laminated - High grade - comp. shingle rfg. - w/ felt* | 57.00 SQ | 325.56 | 605.64 | 4,024.13 | 23,186.69 | (2,093.79) | 21,092.90 |
| 3. R&R Ridge cap - composition shingles* | 342.92 LF | 7.84 | 31.93 | 571.28 | 3,291.70 | (110.37) | 3,181.33 |

Per the official Xactimate line item description for the replacement of the shingles, and the footnotes of Eagleview and other satellite measurement reports, starter strip shingles and hips/ridge cap shingles must be estimated and accounted for accordingly and separately as their own line items.

| 4. Asphalt starter - universal starter course | 485.33 LF | 2.05 | 16.65 | 212.43 | 1,224.01 | (57.55) | 1,166.46 |
| 5. Remove Additional charge for high roof (2 stories or greater) | 41.00 SQ | 5.55 | 0.00 | 47.79 | 275.34 | (0.00) | 275.34 |
| 6. Additional charge for high roof (2 stories or greater) | 47.15 SQ | 22.21 | 0.00 | 219.91 | 1,267.11 | (0.00) | 1,267.11 |
| 7. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 49.40 SQ | 14.70 | 0.00 | 152.50 | 878.68 | (0.00) | 878.68 |
| 8. Additional charge for steep roof - 7/12 to 9/12 slope | 56.81 SQ | 50.27 | 0.00 | 599.72 | 3,455.56 | (0.00) | 3,455.56 |

**Flashings**

| 9. R&R Drip edge/gutter apron | 485.33 LF | 3.42 | 43.49 | 357.69 | 2,061.01 | (150.33) | 1,910.68 |
| 10. Step flashing | 112.00 LF | 10.70 | 12.70 | 254.33 | 1,465.43 | (43.91) | 1,421.52 |
| 11. R&R Chimney flashing - average (32" x 36") | 1.00 EA | 459.79 | 6.26 | 97.88 | 563.93 | (21.65) | 542.28 |
| 12. R&R Flashing - L flashing - galvanized | 35.83 LF | 5.70 | 5.54 | 44.04 | 253.81 | (19.16) | 234.65 |
| 13. R&R Flashing - pipe jack | 3.00 EA | 56.64 | 2.80 | 36.27 | 208.99 | (9.68) | 199.31 |

**Valleys**

| 14. Ice & water shield* | 486.75 SF | 1.69 | 13.97 | 175.69 | 1,012.27 | (48.29) | 963.98 |

The IRC Code R905.2.8.2 for Valleys does state that Valley linings shall be installed in accordance with the manufacturer's instructions before applying shingles.

GAF says for closed, woven, or open cut valleys to center a full 36" width of Weather Watch, Storm Guard or other GAF-Elk Leak Barrier over entire valley length to seal the valley.

Owens Corning states: Owens Corning requires a 36" wide valley liner of self-adhered underlayment, or a 36" wide minimum 50-lb roll roofing that ¬complies with ASTM D6380, Class M to be installed in the valley starting from the bottom edge of the roof working upward. ¬If an overlap is needed, be sure to overlap the previous piece by 6". Underlayment courses in the field should overlap onto the ¬valley liner a minimum of 6".

**Ventilation**



**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

### CONTINUED - Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 15.  R&R Roof vent - turtle type - Metal | 10.00 EA | 88.06 | 21.51 | 189.45 | 1,091.56 | (74.37) | 1,017.19 |
| 16.  R&R Exhaust cap - through roof - up to 4" | 2.00 EA | 103.38 | 5.11 | 44.50 | 256.37 | (17.65) | 238.72 |
| **General Items** | | | | | | | |
| Gutters / Downspouts | | | | | | | |
| 17.  R&R Gutter / downspout - aluminum - up to 5" | 368.67 LF | 10.58 | 138.07 | 848.10 | 4,886.70 | (477.32) | 4,409.38 |
| **Totals:  Roof** | | | 903.67 | 8,529.69 | 49,147.32 | 3,124.07 | 46,023.25 |

### Windows

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 18.  R&R Window screen, 1 - 9 SF | 2.00 EA | 45.31 | 4.96 | 20.09 | 115.67 | (17.16) | 98.51 |
| **Totals:  Windows** | | | 4.96 | 20.09 | 115.67 | 17.16 | 98.51 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19.  Window labor minimum | 1.00 EA | 258.27 | 0.00 | 54.24 | 312.51 | (0.00) | 312.51 |
| **Totals:  Labor Minimums Applied** | | | 0.00 | 54.24 | 312.51 | 0.00 | 312.51 |
| **Line Item Totals:  LANE_SASHA** | | | 908.63 | 8,604.02 | 49,575.50 | 3,141.23 | 46,434.27 |



**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 40,062.85 |
| Material Sales Tax | 908.63 |
| Subtotal | 40,971.48 |
| Overhead | 4,097.16 |
| Profit | 4,506.86 |
| **Replacement Cost Value** | **$49,575.50** |
| Less Depreciation | (3,141.23) |
| **Actual Cash Value** | **$46,434.27** |
| Less Deductible | (2,000.00) |
| **Net Claim** | **$44,434.27** |
| Total Recoverable Depreciation | 3,141.23 |
| **Net Claim if Depreciation is Recovered** | **$47,575.50** |



**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

1    Roof - 1-Lane - Hail Hits (1)



2    Roof - 2-Lane - Hail Hits (2)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

3    Roof - 3-Lane - Hail Hits (3)



4    Roof - 4-Lane Front Elevation (1)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

5    Roof - 5-Lane Front Elevation (2)



6    Roof - 6-Lane Gutters (1)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

7    Roof - 7-Lane Gutters (2)



8    Roof - 8-Lane Gutters (3)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

9    Roof - 9-Lane Gutters



10    Roof - 10-Lane Roof (1)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

11  Roof - 11-Lane Roof (2)



12  Roof - 12-Lane Roof (3)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

13   Roof - 13-Lane Roof (4)



14   Roof - 14-Lane Roof (5)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

15   Roof - 15-Lane Roof (6)



16   Roof - 16-Lane Roof (7)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

17   Roof - 17-Lane Roof (8)



18   Roof - 18-Lane Roof (9)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

19   Roof - 19-Lane Roof (10)



20   Roof - 20-Lane Roof (11)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

21   Roof - 21-Lane Roof (12)



22   Roof - 22-Lane Roof (13)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

23    Roof - 23-Lane Roof (14)



24    Roof - 24-Lane Roof (15)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

25    Roof - 27-Vents (1)



26    Roof - 28-Vents (2)





**Builder's Perspective Public Adjusting**

PO Box 3638
Placida, FL 33946-3638
(888) 830-BPPA (2772)
BPPA.com
FL License #: W805385

27   Windows - 26-Screen (2)



28   Windows - 25-Screen (1)





**Georgia** Department of
**Community Affairs**

Codes – dca.ga.gov



# Construction Codes

## MANDATORY CODES
- International Building Code
- International Residential Code for One- and Two-Family Dwellings
- International Fire Code
- International Plumbing Code
- International Mechanical Code
- International Fuel Gas Code
- National Electrical Code
- International Energy Conservation Code
- International Swimming Pool and Spa Code

## PERMISSIVE CODES
- Disaster Resilient Building Code IBC Appendix
- Disaster Resilient Building Code IRC Appendix
- International Property Maintenance Code
- International Existing Building Code
- National Green Building Standard

## Program Overview

Construction codes have become an important issue for Georgia's local governments, building professionals and citizens alike. The Georgia Department of Community Affairs facilitates and convenes advisory groups for specific issues related to building and community development, leads the adoption process of statewide standards, provides technical assistance to local communities by drafting model codes and resolutions, and offers workshops on code and building-related topics. The Uniform Codes Act outlines mandatory and permissive state codes. Each of those separate codes typically consist of a base code (e.g. The International Building Code as published by the International Code Council) and a set of Georgia amendments to the base code. The mandatory codes are applicable to all construction whether or not they are locally enforced and the permissive codes are only applicable if a local government chooses to adopt and enforce one or more of these codes.

60 Executive Park South / Atlanta, GA 30329 / dca.ga.gov / (404) 679-4840

About    Grants Management System    Newsroom    Contact Us    Search

### In General

The Uniform Codes Act is codified at chapter 2 of title 8 of The Official Code of Georgia Annotated. O.C.G.A. Section 8-2-20(9)(B). Below is a list of the current mandatory and permissive state codes. Each of these separate codes typically consist of a base code (e.g. The International Building Code as published by the International Code Council) and a set of Georgia amendments to the base code. The mandatory codes are applicable to all construction whether or not they are locally enforced and the permissive codes are only applicable if a local government chooses to adopt and enforce one or more of these codes. These codes are as follows:

**Mandatory Codes:**

- **International Building Code**
- **International Residential Code for One- and Two-Family Dwellings**
- **International Fire Code**
- **International Plumbing Code**
- **International Mechanical Code**
- **International Fuel Gas Code**
- **National Electrical Code**
- **International Energy Conservation Code**
- **International Swimming Pool and Spa Code**

- **For information and questions regarding the Life Safety Code (NFPA 101), IFC Georgia Amendments or the Georgia Accessibility Code please contact the State Fire Marshal's Office**☐**.**

**Permissive Codes:**

- **Disaster Resilient Building Code IRC Appendix**

---

🔒 dca.ga.gov

About    Grants Management System    Newsroom    Contact Us    Search    f  🐦 in ✉ 🖶 ⊕ ⊞

As noted above, the building, one and two family dwelling residential, fire, plumbing, mechanical, gas, electrical, energy, and swimming pool codes are mandatory codes, meaning that under Georgia law, any structure built in Georgia must comply with these codes, whether or not the local government chooses to locally enforce these codes.

In addition, since Georgia law gives the enumerated codes statewide applicability, it is not required that local governments have to adopt the mandatory codes.  Local governments must, however, adopt administrative procedures in order to enforce them (O.C.G.A. Section 8-2-25(a)). However, the local government can choose which of the mandatory codes it wishes to locally enforce.

The remaining codes are referred to as permissive codes. Unlike the mandatory codes, in order for a local government to enforce one or more of these permissive codes, that code or codes must be adopted, either by ordinance or resolution, by the local jurisdiction. A copy of the ordinance or resolution adopted must be forwarded to DCA (O.C.G.A. Section 8-2-25 (b)).

**Administration and Enforcement of the State Minimum Standard Codes**

In order to properly administer and enforce the state minimum standard codes, local governments must adopt reasonable administrative provisions. The power to adopt these administrative procedures is set forth in O.C.G.A. Section 8-2-26(a)(1). These provisions should include procedural requirements for the enforcement of the codes, provisions for hearings, provisions for appeals from decisions of local inspectors, and any other procedures necessary for the proper local administration and enforcement of the state minimum standard codes. These powers include:

- Inspecting buildings and other structures to ensure compliance with the code;
- Employing inspectors and other personnel necessary for the proper enforcement of codes;

**The Current State Minimum Standard Codes**

The following are the current state minimum standard codes for construction as adopted by the Board of Community Affairs.

**Current Mandatory Codes as Adopted by DCA:**

- International Building Code, 2018 Edition, with Georgia Amendments (2020)
- International Residential Code, 2018 Edition, with Georgia Amendments (2020)
- International Fire Code, 2018 Edition (Contact State Fire Marshal Below)
- International Plumbing Code, 2018 Edition, with Georgia Amendments (2020)
- International Mechanical Code, 2018 Edition, with Georgia Amendments (2020)
- International Fuel Gas Code, 2018 Edition, with Georgia Amendments (2020)
- National Electrical Code, 2020 Edition, with Georgia Amendments (2021)
- International Energy Conservation Code, 2015 Edition, with Georgia Supplements and Amendments (2020)
- International Swimming Pool and Spa Code, 2018 Edition, with Georgia Amendments (2020)
- **For information and questions regarding the Life Safety Code (NFPA 101), IFC Georgia Amendments or the Georgia Accessibility Code please contact the State Fire Marshal's Office.**

**Current Permissive Codes as Adopted by DCA:**

- Disaster Resilient Building Code IBC Appendix (2013)
- Disaster Resilient Building Code IRC Appendix (2013)
- International Property Maintenance Code, 2018 Edition, with Georgia Amendments (2021)
- International Existing Building Code, 2018 Edition, with Georgia Amendments (2021)
- National Green Building Standard, 2008 Edition, with Georgia Amendments (2011)

# R105.2 Work exempt from permit

Exemption from permit requirements of this code shall not be deemed to grant authorization for any work to be done in any manner in violation of the provisions of this code or any other laws or ordinances of this jurisdiction.

 

Search Codes    About premiumACCESS    What Are Building Codes?    Sign In


2018 International Residential Code ♡
CHAPTER 9 ROOF ASSEMBLIES
First Printing: Aug 2017

Get more with premiumACCESS
*START YOUR 14-DAY TRIAL NOW!*    **Start Your Trial**



# CHAPTER 9
# ROOF ASSEMBLIES ES

User note:

*About this chapter:* Chapter 9 addresses the design and construction of roof assemblies. A roof assembly includes the roof deck, substrate or thermal barrier, insulation, vapor retarder and roof covering. This chapter provides the requirement for wind resistance of roof coverings. The types of roof covering materials and installation addressed by Chapter 9 are: asphalt shingles, clay and concrete tile, metal roof shingles, mineral-surfaced roll roofing, slate and slate-type shingles, wood shakes and shingles, built-up roofs, metal roof panels, modified bitumen roofing, thermoset and thermoplastic single-ply roofing, sprayed polyurethane foam roofing, liquid applied coatings and photovoltaic shingles. Chapter 9 also provides requirements for roof drainage, flashing, above-deck thermal insulation, rooftop-mounted photovoltaic systems and recovering or replacing an existing roof covering.

---

 

Search Codes    About premiumACCESS    What Are Building Codes?    Sign In


2018 International Residential Code ♡
CHAPTER 9 ROOF ASSEMBLIES
First Printing: Aug 2017

Get more with premiumACCESS
*START YOUR 14-DAY TRIAL NOW!*    **Start Your Trial**

# SECTION R903
# WEATHER PROTECTION ES

Learn how to get FREE access to
hundreds of ICC resources and
how to get
more out of your digital code
experience with
premiumACCESS™.

**Register Now**

**R903.1 General.**
Roof decks shall be covered with *approved* roof coverings secured to the building or structure in accordance with the provisions of this chapter. Roof assemblies shall be designed and installed in accordance with this code and the *approved* manufacturer's instructions such that the *roof assembly* shall serve to protect the building or structure.

---



Search Codes    About premiumACCESS    What Are Building Codes?    Sign In


2018 International Residential Code ♡
CHAPTER 9 ROOF ASSEMBLIES
First Printing: Aug 2017

Get more with premiumACCESS
*START YOUR 14-DAY TRIAL NOW!*    **Start Your Trial**

# SECTION R904
# MATERIALS

**R904.1 Scope.**
The requirements set forth in this section shall apply to the application of roof covering materials specified herein. Roof assemblies shall be applied in accordance with this chapter and the manufacturer's installation instructions. Installation of roof assemblies shall comply with the applicable provisions of Section R905.

 DIGITAL CODES LIBRARY   Search Codes   About premiumACCESS   What Are Building Codes?   Sign In

2018 International Residential Code ♡
CHAPTER 9 ROOF ASSEMBLIES
First Printing: Aug 2017

Get more with premiumACCESS 
*START YOUR 14-DAY TRIAL NOW!* **Start Your Trial**

## SECTION R905
## REQUIREMENTS FOR ROOF COVERINGS

**R905.1 Roof covering application.**

Roof coverings shall be applied in accordance with the applicable provisions of this section and the manufacturer's installation instructions. Unless otherwise specified in this section, roof coverings shall be installed to resist the component and cladding loads specified in Table R301.2(2), adjusted for height and exposure in accordance with Table R301.2(3).

---

 DIGITAL CODES LIBRARY   Search Codes   About premiumACCESS   What Are Building Codes?   Sign In

2018 International Residential Code ♡
CHAPTER 9 ROOF ASSEMBLIES
First Printing: Aug 2017

Get more with premiumACCESS 
*START YOUR 14-DAY TRIAL NOW!* **Start Your Trial**

**R904.2 Compatibility of materials.**

Roof assemblies shall be of materials that are compatible with each other and with the building or structure to which the materials are applied.

---

 DIGITAL CODES LIBRARY   Search Codes   About premiumACCESS   What Are Building Codes?   Sign In

2018 International Residential Code ♡
CHAPTER 9 ROOF ASSEMBLIES
First Printing: Aug 2017

Get more with premiumACCESS  
*START YOUR 14-DAY TRIAL NOW!* **Start Your Trial**

**R905.2.8.5 Drip edge.**

A drip edge shall be provided at eaves and rake edges of shingle roofs. Adjacent segments of drip edge shall be overlapped not less than 2 inches (51 mm). Drip edges shall extend not less than $1/4$ inch (6.4 mm) below the roof sheathing and extend up back onto the roof deck not less than 2 inches (51 mm). Drip edges shall be mechanically fastened to the roof deck at not more than 12 inches (305 mm) o.c. with fasteners as specified in Section R905.2.5. *Underlayment* shall be installed over the drip edge along eaves and under the drip edge along rake edges.

 

Search Codes     About premiumACCESS     What Are Building Codes?

 **2018 International Residential Code** ♡
CHAPTER 9 ROOF ASSEMBLIES
First Printing: Aug 2017

Get more with
*START YOUR*

### R905.2.8.5 Drip edge.

A drip edge shall be provided at eaves and rake edges of shingle roofs. Adjacent segments of drip edge shall be overlapped not less than 2 inches (51 mm). Drip edges shall extend not less than $1/4$ inch (6.4 mm) below the roof sheathing and extend up back onto the roof deck not less than 2 inches (51 mm). Drip edges shall be mechanically fastened to the roof deck at not more than 12 inches (305 mm) o.c. with fasteners as specified in Section R905.2.5. *Underlayment* shall be installed over the drip edge along eaves and under the drip edge along rake edges.

---

Search Codes     About premiumACCESS     What Are Building Codes?          🔍  ▦  👤 Sign In

**2018 International Residential Code** ♡
CHAPTER 9 ROOF ASSEMBLIES
First Printing: Aug 2017

Get more with premiumACCESS
*START YOUR 14-DAY TRIAL NOW!*   

### R908.5 Reinstallation of materials.

Existing slate, clay or cement tile shall be permitted for reinstallation, except that damaged, cracked or broken slate or tile shall not be reinstalled. Any existing flashings, edgings, outlets, vents or similar devices that are a part of the assembly shall be replaced where rusted, damaged or deteriorated. Aggregate surfacing materials shall not be reinstalled.



ICE DIGITAL CODES LIBRARY   Search Codes   About premiumACCESS   What Are Building Codes?

2018 International Residential Code ◇
CHAPTER 9 ROOF ASSEMBLIES
First Printing: Aug 2017

Get more wl
START YOL

**R903.2 Flashing.**

Flashings shall be installed in a manner that prevents moisture from entering the wall and roof through joints in copings, through moisture permeable materials and at intersections with parapet walls and other penetrations through the roof plane.

**R903.2.1 Locations.**

Flashings shall be installed at wall and roof intersections, wherever there is a change in roof slope or direction and around roof openings. A flashing shall be installed to divert the water away from where the eave of a sloped roof intersects a vertical sidewall. Where flashing is of metal, the metal shall be corrosion resistant with a thickness of not less than 0.019 inch (0.5 mm) (No. 26 galvanized sheet).

**R903.2.2 Crickets and saddles.**

A cricket or saddle shall be installed on the ridge side of any chimney or penetration more than 30 inches (762 mm) wide as measured perpendicular to the slope. Cricket or saddle coverings shall be sheet metal or of the same material as the roof covering.

**Exception:** Unit skylights installed in accordance with Section R308.6 and flashed in accordance with the manufacturer's instructions shall be permitted to be installed without a cricket or saddle.

ICE DIGITAL CODES LIBRARY   Search Codes   About premiumACCESS   What Are Building Codes?

2018 International Residential Code ◇
CHAPTER 9 ROOF ASSEMBLIES
First Printing: Aug 2017

Get more v
START YC

**R905.2.8 Flashing.**

Flashing for asphalt shingles shall comply with this section and the asphalt shingle manufacturer's approved installation instructions.

**R905.2.8.1 Base and cap flashing.**

Base and cap flashing shall be installed in accordance with manufacturer's instructions. Base flashing shall be of either corrosion-resistant metal of minimum nominal 0.019-inch (0.5 mm) thickness or mineral-surfaced roll roofing weighing not less than 77 pounds per 100 square feet (4 kg/m²). Cap flashing shall be corrosion-resistant metal of minimum nominal 0.019-inch (0.5 mm) thickness.

**R905.2.8.2 Valleys.**

Valley linings shall be installed in accordance with the manufacturer's instructions before applying shingles. Valley linings of the following types shall be permitted:

1. For open valleys (valley lining exposed) lined with metal, the valley lining shall be not less than 24 inches (610 mm) wide and of any of the corrosion-resistant metals in Table R905.2.8.2.

2. For open valleys, valley lining of two plies of mineral-surfaced roll roofing, complying with ASTM D3909 or ASTM D6380 Class M, shall be permitted. The bottom layer shall be 18 inches (457 mm) wide and the top layer not less than 36 inches (914 mm) wide.

3. For closed valleys (valley covered with shingles), valley lining of one ply of smooth roll roofing complying with ASTM D6380 and not less than 36 inches wide (914 mm) or valley lining as described in item 1 or 2 shall be permitted. Self-adhering polymer-modified bitumen underlayment complying with ASTM D1970 shall be permitted in lieu of the lining material.

 DIGITAL CODES LIBRARY

Search Codes          About premiumACCESS          What Are Building Codes?

2018 International Residential Code ♡
CHAPTER 9 ROOF ASSEMBLIES
First Printing: Aug 2017

Get mor
START

### R905.2.8.3 Sidewall flashing.

Base flashing against a vertical sidewall shall be continuous or step flashing and shall be not less than 4 inches (102 mm) in height and 4 inches (102 mm) in width and shall direct water away from the vertical sidewall onto the roof or into the gutter. Where siding is provided on the vertical sidewall, the vertical leg of the flashing shall be continuous under the siding. Where anchored masonry veneer is provided on the vertical sidewall, the base flashing shall be provided in accordance with this section and counterflashing shall be provided in accordance with Section R703.8.2.2. Where exterior plaster or adhered masonry veneer is provided on the vertical sidewall, the base flashing shall be provided in accordance with this section and Section R703.6.3.

### R905.2.8.4 Other flashing.

Flashing against a vertical front wall, as well as soil stack, vent pipe and chimney flashing, shall be applied in accordance with the asphalt shingle manufacturer's printed instructions.



Quality You Can Trust…Since 1886
North America's Largest Roofing Manufacturer™
Calidad en la Que Usted Puede Confiar…Por Líderes en la Industria del Techo™
Une Qualité à Laquelle Vous Pouvez Vous Fier, Depuis Plus d'un Siècle™

# INSTALLATION INSTRUCTIONS · INSTRUCCIONES DE INSTALACIÓN · INSTRUCTIONS D'INSTALLATION

**TIMBERLINE**      **TIMBERLINE** HD      **TIMBERLINE**

**TIMBERLINE** ULTRA HD      Royal SERIES

## GENERAL INSTRUCTIONS

- **MATERIAL SAFETY DATA SHEETS:** When using GAF products, e.g., shingles, underlayments, plastic cement, etc., please refer to the applicable MSDS. The most current versions are available at www.gaf.com. GAF does not provide safety data sheets or installation instructions for products not manufactured by GAF. Please consult the material manufacturer for their MSDS and installation instructions where appropriate.
- **ROOF DECKS:** Use minimum 3/8" (10mm) plywood or OSB decking as recommended by APA-The Engineered Wood Assn. Wood decks must be well-seasoned and supported having a maximum 1/4" (3mm) spacing, using minimum nominal 1" (25mm) thick lumber, a maximum 6" (152mm) width, having adequate nail-holding capacity and a smooth surface. Do NOT fasten shingles directly to insulation or insulated deck unless authorized in writing by GAF. Roof decks and existing surfacing material must be dry prior to application of shingles.
- **UNDERLAYMENT (LEAK BARRIER):** Install GAF leak barrier at the eaves in localities where leaks may be caused by water backing up behind ice or debris dams.
- **UNDERLAYMENT (ROOF DECK PROTECTION):** Underlayment beneath shingles has many benefits, including helping to prevent wind-driven rain from reaching the interior of the building and to prevent sap in some wood decking from reacting with asphalt shingles. Underlayment is also required by many code bodies and is required to maintain the shingles' UL Class A fire rating. When an underlayment is installed, use a breather-type underlayment, such as GAF Shingle-Mate™ or Deck-Armor™ underlayments. GAF Tiger Paw™ underlayment, with its moisture control design, can also be used. Always have a design professional review ventilation requirements when using a moisture control design underlayment.
- **FASTENERS:** Use only zinc-coated steel or aluminum, 10-12 gauge, barbed, deformed, or smooth shank roofing nails with heads 3/8" (10mm) to 7/16" (12mm) in diameter. Fasteners should be long enough to penetrate at least 3/4" (19mm) into wood decks or just through the plywood decks. Fasteners must be driven flush with the surface of the shingle. Overdriving will damage the shingle. Raised fasteners will interfere with the sealing of the shingles and can back out.
- **ASPHALT PLASTIC CEMENT:** Use asphalt plastic cement conforming to ASTM D4586 Type I or II.
- **WIND RESISTANCE/HAND SEALING:** These shingles have a special thermal sealant that firmly bonds the shingles together after application when exposed to sun and warm temperatures. Shingles installed in fall or winter may not seal until the following spring. If shingles are damaged by winds before sealing or are not exposed to adequate surface temperatures, or if the self-sealant gets dirty, the shingles may never seal. Failure to seal under these circumstances results from the nature of self-sealing shingles, and is not a manufacturing defect. If shingles are to be applied during PROLONGED COLD periods or in areas where airborne dust or sand can be expected before sealing occurs, the shingles MUST be hand sealed. See Nailing Instructions / Hand Sealing.
- **MANSARD AND STEEP SLOPE APPLICATIONS:** For roof slopes greater than 21" per foot (1750mm/m), shingle must be hand sealed. DO NOT use on vertical side walls.
- **RELEASE FILM:** Plastic film strips are present either on the back or face of each shingle. The film strips are to prevent shingles from sticking together when in the bundle. Do not remove the film strip before or during the application.
- **THROUGH VENTILATION:** For optimal shingle life and to help prevent mold growth, all roof structures must have through ventilation to prevent entrapment of moisture-laden air behind roof sheathing. Ventilation must be designed to meet or exceed current F.H.A., H.U.D., or local code minimum requirements. Note: Minimum net free ventilation area of 1 sq. foot per 150 sq. feet (1 sq. meter per 150 sq. meters) of ceiling area is required. When vents are located at the eaves and near the roof's peak (balanced) for maximum air flow, ventilation may be reduced to 1 sq. foot per 300 sq. feet (1 sq. meter per 300 sq. meters).
- **EXPOSED METAL:** Paint all exposed metal surfaces (flashing, vents, etc.) with matching GAF Shingle-Match™ roof accessory paint for best appearance.
- **NOTE:** All drawings not drawn to scale.

## INSTRUCCIONES GENERALES

- **HOJAS DE DATOS DE SEGURIDAD DE LOS MATERIALES (MSDS):** Cuando utilice los productos de GAF, tales como tejas, bases de pisos, cemento plástico, etc., consulte las MSDS correspondientes. Las versiones más actuales están disponibles en www.gaf.com. GAF no proporciona hojas de datos de seguridad ni instrucciones de instalación para productos que no sean fabricados por GAF. Consulte al fabricante del material para sus MSDS e instrucciones de instalación según corresponda.
- **PLATAFORMAS BASE DE TECHOS.** Use una plataforma base de 3/8" (10mm) de madera terciada o madera aglomerada orientada (OSB por sus siglas en inglés) como mínimo según lo recomendado por la Asociación Americana de Madera Terciada (APA por sus siglas en inglés). Las cubiertas de madera deben estar bien preparadas y apoyadas, con un espacio máximo de 1/8" (3mm), con un espesor mínimo nominal de 1"(25mm), con un ancho máximo de 6" (152mm), y una capacidad de retención de clavos adecuada y una superficie suave. NO asegure las tejas directamente al aislante o a a la plataforma base aislada a menos que sea autorizado por escrito por GAF. Las plataformas base de techo y material de superficie existentes deben estar secas antes de la aplicación de las tejas.
- **CAPA BASE (barrera contra goteras):** Instale barrera de filtraciones de GAF en los aleros en lugares donde el estancamiento de agua detrás de hielo o desechos podría causar filtraciones.
- **CAPA BASE (PROTECCIÓN PARA CUBIERTAS DE TECHOS):** La capa base debajo de las tejas tiene muchos beneficios, incluyendo el ayudar a evitar que la lluvia arrastrada por el viento alcance el interior del edificio y evitar que la savia de algunas plataformas de madera reaccione con las tejas asfálticas. La capa base también es requerida por muchos códigos de construcción para mantener la calificación Clase A de UL contra incendios. Donde vaya a instalar una capa base, use una de tipo respirable como las capas base ShingleMate® o Deck-Armor™ de GAF. También se puede utilizar la capa base Tiger Paw™ de GAF, con su diseño de control de la humedad. Siempre pida a un profesional en diseño que revise los requisitos de ventilación cuando utilice una capa base con diseño de control de la humedad.

## NAILING INSTRUCTIONS / HAND SEALING
## INSTRUCCIONES DE CLAVADURA / SELLADO A MANO
## INSTRUCTIONS DE CLOUAGE / SCELLEMENT À LA MAIN

These shingles MUST be nailed a nominal 6" (152mm) from bottom of shingle, above the cut-outs, as shown. Nails must not be exposed. To hand seal and to insure immediate sealing, apply 4 quarter-sized dabs of shingle tab adhesive on the back of the shingle 1" (25mm) and 13" (330mm) in from each side and 1" (25mm) up from bottom of the shingle. Press shingle firmly into the adhesive. CAUTION: Apply ONLY a thin uniform layer of asphalt plastic cement less than 1/8" (3mm) thick. Excess amounts can cause blistering of the shingles and may soften the asphalt in underlayments and leak barriers; resulting in the asphalt dripping and staining.

Estas tejas DEBEN clavarse un nominal 6" (152mm) de la parte inferior de la teja, por encima de los recortes, como se muestra. Clavos no deben ser expuestos. Para entregar sello y para asegurar sellado inmediato, aplica 4 toques suaves cuarto-calibrados de adhesivo de etiqueta de tablilla en la espalda de la tablilla 1" (25 Mm) y 13" (330 Mm) en de cada lado y 1" (25 Mm) arriba de fondo de la tablilla. Presiona firmemente sobre el adhesivo ATENCIÓN: Aplique solamente una capa fina y uniforme de cemento asfáltico de plástico menos de 1/8"(3mm) de espesor. Cantidades excesivas puede causar ampollas de la culebrilla y puede ablandar el asfalto en las capas de base y las barreras de fugas, lo que resulta en el asfalto de gateo y las manchas.

Ces bardeaux doivent être cloués à une distance nominale de 152mm (6po) de leur base, au-dessus des portions découpées, comme indiqué. Les clous ne doivent pas être exposés. Pour transmettre le cachet et assurer sceller immédiat, appliquer 4 taches de quart-calibre d'adhésif d'étiquette de bardeau sur le dos du bardeau 1" (25 mm) et 13" (330 mm) en de chaque côté et 1" (25 mm) en haut du fond du bardeau. Pour assurer sceller immédiat, appuyer le bardeau fermement dans l'adhésif. PRUDENCE - S'appliquer SEULEMENT une couche uniforme mince d'asphalte ciment en plastique moins que 1/8" (3 mm) épais. Les quantités supplémentaires peuvent causer peler des bardeaux et peuvent amollir l'asphalte dans GAF underlayments et les barrières de fuite de GAF, avoir pour résultat l'asphalte qui dégoutte et tacher.



**STANDARD NAILING PATTERN** - four nails per shingle
**ESQUEMA DE CLAVADURA ESTÁNDAR** - cuatro clavos por teja
**PATRON DE CLOUAGE STANDARD** - quatre clous par bardeau

**ENHANCED NAILING PATTERN** - six nails per shingle*
* required by some local codes and required for enhanced wind coverage on certain products. See limited warranty for details
**MODELO DE CLAVADURA AUMENTADO** - seis clavos por teja*
* requerido por algunos códigos locales y requerido para cobertura aumantada contra el viento en ciertos productos. Garantía limitada Sea para los detalles
**PATRON DE CLOUAGE ACCRU** - six clous par bardeau*
* requis par certains codes locaux pour une couverture accrue contre les vents sur certains produits. Garantie limitée See pour des détails

**3.**

## INSTALLING UNDERLAYMENT
## INSTALANDO LA CAPA BASE
## INSTALLATION DE LA MEMBRANE DE PROTECTION

**UNDERLAYMENT: FOR ROOF SLOPES 2:12 TO LESS THAN 4:12**
Application of eave flashing: At eaves and where ice dams can be expected, use one layer of GAF Leak Barrier. Eave flashing must not overhang the eave edge by more than 1/4" (6mm) and should extend 24" (610mm) beyond the inside wall line. Where ice dams or debris dams are not expected, install 2 plies of GAF Roof Deck Protection. **Application of underlayment:** Completely cover the deck with two layers of GAF Roof Deck Protection as shown. Use only enough nails to hold underlayment in place until covered by shingles.

**CAPA BASE: PARA TECHOS CON PENDIENTES DE 2:12 A MENOS DE 4:12**
Aplicación de vierteaguas para aleros: En los aleros y donde se pueda esperar la presencia de estancamientos de hielo, use una capa de Barrera de Filtraciones de GAF. El vierteaguas para aleros no debe sobresalir el borde del techo más de 1/4" (6mm) y extenderse 24" (610mm) más allá de la línea interior de la pared. Donde no se esperen estancamientos de hielo o escombros, instale 2 pliegues de Protección de Plataformas Base de Techos de GAF. **Aplicación de capa base:** Cubra completamente la plataforma base con dos capas de Protección para Plataformas Base de Techo de GAF como se muestra. Use solamente la cantidad suficiente de clavos como para sostener la capa base en su lugar hasta que la haya cubierto con las tejas.

**MEMBRANE DE PROTECTION: POUR PENTE DE TOIT DE 2:12 À MOINS DE 4:12.**
Application de solin d'avant-toit: Au niveau des avant-toits et aux endroits où les accumulations de glace peuvent survenir, veuillez utiliser une couche GAF Leak Barrier. Le solin d'avant-toit ne doit pas surplomber le rebord de l'avant-toit de plus de 1/4po (6mm) et doit s'étendre à plus de 24po (610mm) au-delà de la ligne du mur intérieur. Lorsque vous n'anticipez pas d'accumulation de glace ou de débris, veuillez installer 2 couches de GAF Roof Deck Protection. Application d'une membrane de protection: Recouvrir complètement la plateforme du toit avec deux couches GAF Roof Deck Protection, tel que spécifié ci-contre. Utiliser suffisamment de clous pour maintenir en place la membrane de protection jusqu'à ce qu'elle soit recouverte de bardeaux.



Along rake, put non-corroding metal drip edge on top of GAF roof deck protection.

A lo largo del alero, coloque borde de goteo de metal inoxidable encima de la protección de plataforma base del Techo de GAF.

Au long de l'inclinaison, mettre un larmier en métal inoxydable sur le dessus de la protection de platelage du toit GAF

Exposure will vary depending on GAF underlayment used. Follow application instructions on selected underlayment for proper exposure.

La exposición variará en función de la capa base de GAF utilizada. Siga las instrucciones de aplicación en la capa base seleccionada para una exposición adecuada.

La pose varie selon la membrane de protection utilisée. Suivre les instructions d'application sur les membranes de protection sélectionnées pour le niveau adéquat.

Sheathing
Revestimiento
Voligeage

GAF Roof Deck Protection
Protección de Plataforma Base de Techos de GAF
Protection de platelage du toit GAF

GAF Leak Barrier
Barrera de Filtraciones de GAF

Along eaves, put GAF leak barrier on top of non-corrosive metal drip edge.

A lo largo de los aleros, coloque la barrera de filtraciones de GAF sobre el borde de goteo de metal inoxidable.

Au long des avant-toits, mettre du pare-feuille GAF sur le dessus du larmier en métal inoxydable.

Not more than 1/4" (6mm) roof overhang

No más que 1/4" (6mm) techo sobresale por encima de

Pas plus que 6mm (1/4 pies) le surplomb de toit

**UNDERLAYMENT: FOR ROOF SLOPES 4:12 OR MORE**
Application of eave flashing: At eaves and where ice dams can be expected, use one layer of GAF Leak Barrier. Eave flashing must extend 24" (610mm) beyond the inside wall line. Application of underlayment: Cover deck with one layer of GAF roof deck protection installed without wrinkles. Use only enough nails to hold underlayment in place until covered by shingles.

**CAPA BASE: PARA TECHOS CON PENDIENTES DE 4:12 O MÁS**
Aplicación de vierteaguas para aleros: En los aleros y donde se pueda esperar la presencia de estancamientos de hielo, use una capa de Barrera de Filtraciones de GAF. El vierteaguas para aleros extenderse 24" (610mm) más allá de la línea interior de la pared. Aplicación de capa base: Cubra la plataforma base con una capa de capa base de GAF instalada sin arrugas. Use solamente la cantidad suficiente de clavos como para sostener la capa base en su lugar hasta que la haya cubierto con las tejas.

**MEMBRANE DE PROTECTION: FOR ROOF PENTES DE 4:12 OU PLUS**
Application de solin d'avant-toit: Au niveau des avant-toits et aux endroits où les accumulations de glace peuvent survenir, veuillez utiliser une couche GAF Leak Barrier. Le solin d'avant-toit doit s'étendre de 24po (610mm) au-delà de la ligne du mur intérieur. Application d'une membrane de protection: Couvrir le platelage avec une couche de protection de platelage de GAF installée sans plissement. Utiliser suffisamment de clous pour maintenir en place la membrane de protection jusqu'à ce qu'elle soit recouverte de bardeaux.



Along rake, put non-corroding metal drip edge on top of GAF roof deck protection

A lo largo del alero, coloque borde de goteo de metal inoxidable encima de la protección de plataforma base del Techo de GAF.

Au long de l'inclinaison, mettre un larmier en métal inoxydable sur le dessus de la protection de platelage de toit GAF.

Sheathing
Revestimiento
Voligeage

GAF Roof Deck Protection
Protección de Plataforma Base de Techo de GAF
Protection de platelage de toit GAF

2" (51mm) minimum horizontal lap
Solape horizontal mínimo de 2" (51mm)
Chevauchement horizontal minimum de 51mm (2po)

Along eaves, put GAF leak barrier on top of non-corrosive metal drip edge

A lo largo de los aleros, coloque la barrera de filtración de GAF sobre el borde de goteo de metal inoxidable

Au long des avant-toits, mettre du pare-fuite GAF sur le dessus du larmier en métal inoxydable

4" (102mm) minimum vertical lap
Solape vertical mínimo de 4" (102mm)
Chevauchement vertical minimum de 102mm (4po)

Not more than 1/4" (6mm) roof overhang
No más que 1/4" (6mm) techo sobresale por encima de
Pas plus que 6mm (1/4 pieds) le surplomb de toit

## INSTALLING STARTER STRIP SHINGLES
## INSTALACIÓN DE TEJAS DE HILADA INICIAL
## INSTALLATION DES BARDEAUX DE BANDE DE DÉPART

**STARTER COURSE**
Use GAF starter strip shingles along the eaves and rake. Apply as shown. NOTE: GAF starter strip shingles are recommended at the rakes for best performance and required for enhanced warranty coverage on certain products (see limited warranties for details). Refer to application instructions for the selected starter strip shingles.

**HILADA INICIAL**
Use tejas de hilera inicial de GAF en los aleros. Aplicar como se muestra las inclinaciones. NOTA: Se recomienda usar tejas de hilera inicial de GAF en las inclinaciones para mejor rendimiento y se requiere para cobertura de la garantía contra el viento en ciertos productos (consulte la garantía limitada para detalles). Siga las instrucciones de aplicación de tejas de hilada inicial.

**RANG DE DÉPART**
Utiliser les bardeaux de bande de départ de GAF le long des avant-toits et inclinaisons. Appliquer tel qu'indiqué REMARQUE: Les bardeaux de bande de départ GAF sont recommandés aux inclinaisons pour une meilleure performance et sont requis pour une couverture de garantie accrue contre les vents sur certains produits (voir la garantie limitée pour les détails). Suivre les instructions d'application des bardeaux de bande de départ.



For maximum wind resistance along rakes, install any GAF starter strip shingles which contain sealant, or cement shingles to underlayment and each other in a 4" (102mm) width of asphalt plastic cement.

Para máxima resistencia al viento a lo largo de LAS INCLINACIONES, instale cualquier teja de hilada inicial de GAF con conteniendo sellador o cemente las tejas a la capa base y entre sí en un ancho de 4" (102mm) de cemento plástico asfáltico.

Pour une résistance maximale contre les vents le long des inclinaisons, installer des bardeaux de bande de départ GAF avec scellant ou coller les bardeaux à la membrane de protection et l'un à l'autre dans une largeur de climent plastique asphalté de 4po (102mm).

Overlap eave edge starter strip at least 3" (76mm).
Traslape la hilada inicial del borde de alero por lo menos 3" (76mm).
Chevaucher la bande de départ de le rebord de l'avant-toit par au moins 76mm (3po).

Nail approximately 1-1/2" – 3" (38 – 76mm) above the butt edge of the shingle.
Clave aproximadamente a 1-1/2" – 3" (38 – 76mm) por encima del borde de empalme de la teja.
Clouer à 38 – 76mm (1-1/2 à 3po) en haut du rebord du bardeau

Non-corroding metal drip edge
Borde de goteo de metal inoxidable.
Larmier en Métal inoxydable

Place starter strip shingles 1/4" – 3/4" (6 – 19mm) over eave and rake edges to provide drip edge
Coloque las tejas de hilada inicial a 1/4" – 3/4" (6 – 19mm) sobre los bordes de alero o inclinación para proporcion l borde de goteo.
Placer le bardeau à 6 – 19mm (1/4 à 3/4po) sur les rebords de l'avant-toit et del'inclinaison pour fournir un larmier.

5.

# INSTALLING SHINGLES
# INSTALACIÓN DE TEJAS
# INSTALLATION DES BARDEAUX

**FIRST COURSE**
Shingle exposure should be 5-5/8" (143mm)
**PRIMERA HILADA**
La exposición de la tablilla debe ser 5-5/8" (143mm)
**PREMIER RANG**
L'exposition de bardeau devrait être 143mm (5-5/8po)

Start at either rake and lay in either direction

Comience en cualquier inclinación y coloque en cualquier dirección

Débuter à l'une ou l'autre des inclinaisons et étendre dans les deux directions

Start and continue with full shingles
laid flush over the starter course.

Empiece y continúe con tejas enteras
colocadas en forma nivelada con la hilada inicial.

Démarrer et continuer avec des bardeaux entiers
définies flush sur le coors de démarrage.

Place first course of shingles 1/4" – 3/4" (6–19mm)
over eave and rake edges, covering starter course
overhang, to provide drip edge

Coloque la primera hilada de tejas a 1/4" – 3/4"
(6–19mm) sobre los bordes de alero e inclinación,
cubriendo el trabajue de la hilada inicial, para
sum nistrar borde de gotec

Placer le premier rang des bardeaux à 6-19mm
(1/4 à 3/4po) sur les rebords de l'avant-toit et de
l'inclinaison, en couvrantle surplomb du rang de
départ, pour fournir un larmier

**SECOND COURSE**
Position the shingles in the second and subsequent courses flush with the tops of the wide cut-outs. This results in a 5-5/8" (143mm) exposure.
**SEGUNDA HILADA**
Coloque las tejas en la segunda hilada y subsiguientes a ras con las partes superiores de los cortes amplios. Esto resulta en una exposición de 5-5/8" (143mm).
**SÉCOND RANG**
Positionner les bardeaux dans le second rang et les rangs subséquents à effleurement avec les dessus des larges découpes. Cela résulte en un panneau de 143mm (5-5/8po).

Trim 6" (152mm)
from rake edge of first shingle
Continue with whole shingles

Recorte 6" (152mm) del
borde de inclinación de la
primera teja.Continúe con
tejas completas

Découper à 110mm (152po) du
bout du premier bardeau.Continuer
avec des bardeaux entiers.



**THIRD COURSE**
**TERCERA HILADA**
**TROISIÈME RANG**

Trim 11" (279mm)
from rake end of first shingle

Recorta 11" (279mm) del
borde de inclinación
de la primera teja

Découper à 279 mm
(11po) du bout du
premier bardeau



**4TH COURSE AND REMAINING**
  Strike a chalk line about every 6 courses to check parallel alignment with eaves.
**4TA. HILADA Y RESTANTES**
  Trace una línea de tiza aproximadamente cada 6 hiladas para corregir la alineación paralela con los aleros.
**4ÈME RANG ET LES RANGS RESTANTS**
  Tracer une ligne de craie à environ tous les 6 rangs pour vérifier l'alignement en parallèle avec les avant-toits.

Trim 17" (432mm) from rake end
of first shingle. Continue with whole shingles.
Repeat the 1st - 4th course instructions on
the remaining courses, starting the fifth
course with a full shingle.

Recorta 17" (432mm) del tabo que va
al borde en la primera teja. Continúe con tejas
completas. Proceda de 1a 1ra a la 4ta instrucciones
de hilada en las hiladas restantes, comenzando
la quinta hilada con una teja completa.

Découper à 432mm (17po) de la fin de
la fila de premier bardeau. Continuez avec des
bardeaux entiers. Répéter les instructions du 1er
au 4ème rang sur les rangs restants, en commençant
au cinquième rang avec un bardeau entier.



# INSTALLING ROOF ACCESSORIES AND DETAILS
# INSTALACIÓN DE ACCESORIOS Y DETALLES DE TECHO
# INSTALLATION DES PRODUITS ROOF ACCESSORIES ET DÉTAILS.

### VENTILATION
Install GAF ventilation products for optimal shingle life. See General Instructions and the "Through Ventilation" section. Follow the application instructions for the selected ventilation products.

### VENTILACIÓN
Instale productos de ventilación de GAF para una óptima vida útil de la teja. Consulte las Instrucciones Generales y la sección "A Través de la Ventilación". Siga las instrucciones de aplicación de los productos de ventilación seleccionados.

### VENTILATION
Installer des produits de ventilation GAF pour une durée de vie optimale. Voir les Instructions Générales dans la section «Aération de Bâtiment». Suivre les instructions d'application pour les produits de ventilation sélectionnés.

### RIDGE CAP SHINGLES
Install GAF ridge cap shingles following the application instructions shown on the GAF ridge cap shingle wrapper or cut hip & ridge shingles from these full shingles, and apply as shown. Position laps away from prevailing wind direction.

### TEJAS DE TOPES DE BORDE
Instale las tejas de tope de borde de GAF siguiendo las instrucciones de aplicación que figuran en el envoltorio de las tejas de tope de borde de GAF o corte las tejas de cumbrera y borde de estas tejas completas, y aplique como se muestra. Coloque los solapes lejos de la dirección del viento predominante.

### BARDEAU DE FAÎTAGE
Installez des bardeaux de faîtage en suivant les instructions d'application spécifiées sur leur emballage GAF ou découper des bardeaux de hanche et de faîte sur des bardeaux plains que vous appliquerez comme suit. Positionner les chevauchements éloignés des vents dominants.

**WALL FLASHING** (Slope Roof to Wall)
**VIERTEAGUAS DE PARED** (Techo en Pendiente hacia la Pared)
**SOLINS MURAUX** (de Toit en Pente à Mur)



## CHIMNEY FLASHING AND CRICKETS

Cover deck around chimney and over wood crickets with GAF roof deck protection. DO NOT run GAF roof deck protection up sides of chimney. Install leak barrier over GAF roof deck protection and up sides of chimney at least 5" (127 mm). Install shop fabricated metal cricket flashings (shown) after underlayments are installed. Seal shingles to the metal flanges (see drawing below). Treat large wooden crickets like a separate roof and install valleys, shingles, hip and ridge shingles and step flashing.

## VIERTEAGUAS DE CHIMENEA Y DESVIADOR

Cubra alrededor de la chimenea y sobre los desviadores de piso de madera con protección de plataforma de techos de GAF. NO coloque protección de plataforma base de techos de GAF por los laterales de la chimenea. Instale la barrera de filtraciones sobre la protección de plataforma de techos de GAF y a los costados de la chimenea a un mínimo de 5+ (127mm). Instale los vierteaguas de los desviadores de metal fabricados (que se muestran) después de instalar las capas base. Selle las tejas a las bridas de metal (ver ilustración debajo). Trate los desviadores grandes de madera como un techo por separado e instale los valles, tejas, tejas de cumbreras y bordes y vierteaguas de paso.

## SOLIN DE CHEMINÉE ET DOS D'ÂNE

Couvrir le platelage autour de la cheminée et sur les dos d'âne en bois avec de la protection pour platelage de toit de GAF. NE PAS faire courir de la protection de platelage de toit GAF sur les côtés de la cheminée. Installer du pare-fuite sur la protection de platelage de toit GAF et sur les côtés de la cheminée à un minimum de 5po (127mm). Installer des dos d'âne pour cheminée en métal fabriqués en usine (illustré) après que les membranes de protection soient installées. Sceller les bardeaux aux brides de métal (voir les illustrations ci-dessous). Traiter les gros dos d'âne en bois comme une toiture séparée et installer des noues, bardeaux, bardeaux de faîtière et d'arêtiers et noquet.



Extend non-corroding metal counter flashing over base flashing.

Extienda contravierteaguas de metal inoxidible sobre vierteaguas de base.

Étendre contre solin en métal inoxydable sur le solin de base.

Use one piece metal non-corroding step flashing for each course. Seal overlying shingles to step flashing with asphalt plastic cement.

Utilice un metal de pedazo tapajuntas no-corroería de paso para cada curso. Selle tablillas que recubre casa dar un paso, destellar con asfalto correcto plástico.

Utiliser un métal de marceau alignotement d'étape non-correcant pour chaque ceurs. Sceller des bardeaux recouvrir pour marcher cignoter avec l'asphalte ciment en plastique

4" (102mm) min.
4" (102mm) min.
102mm (4po) min.

Seal shingles to metal flange with asphalt plastic cement

Sele las tejas a la brida de metal con cemento del plástico del asfalto

Sceller les bardeaux à la bride de métal avec du ciment de plastique d'asphalte

Cricket ridge should be at least 12" (305mm)

El borde de los desviadores debe estar a por lo menos 12" (305 mm).

Le pli du dos d'âne dot être au minimum de 12po (305mm)

Cricket flange should be at least 18" (457mm) up roof deck.

La brida de los desviadores debe estar a por lo menos 18" (457mm) por la cobertura del techo.

La bride de dos d'âne doit être au minimum à 18po (457mm) sur le platelage de toit

Crickets should extend at least 6" (152 mm) up the back of the chimney and extend at least 12" (305 mm) up the roof deck.

Los desviadores deben extenderse a por lo menos 6" (152 mm) hasta la parte posterior de la chimenea y extenderse a por lo menos 12" (305 mm) hasta la cubierta del techo.

Les dos d'âne doivent s'étendre au minimum de 6po (152mm) vers l'arrière de la cheminée et s'étendre au minimum de 12po (305mm) vers le plan du toit.

**9.**

## VALLEY CONSTRUCTION – OPEN

Use minimum 20" (508mm) wide aluminum, galvanized steel, copper, or other non-corroding, non-staining metals (24 gauge minimum). Long valleys or local building codes may require wider metal. Nail the metal on the edges so the nail heads hold it in place. Do not puncture the metal. Nailing through the metal may cause leaking and buckling due to movement.

## CONSTRUCCIÓN DEL VALLE – DE CORTE ABIERTO

Use un ancho mínimo de 20" (508mm) de aluminio, acero galvanizado, cobre y otro metal inoxidable que no manche (calibre 24 como mínimo). Los valles largos o los códigos locales de construcción pueden requerir un metal más ancho. Clave el metal en los bordes de modo tal que las cabezas de los clavos sostengan el metal en su lugar. No perfore el metal. Clavar a través del metal puede causar filtraciones y ampollamiento debido al movimiento.

## CONSTRUCTION DE NOUE – NOUE OUVERTE

Utiliser de l'aluminium de largeur de 20po (508mm), de l'acier galvanisé, du cuivre ou autres métaux qui ne tachent pas et ne rouillent pas, (de calibre 24 au minimum). Des noues plus longues ou les codes locaux peuvent nécessiter un métal plus large. Clouer le métal sur les rebords afin que les têtes de clous le tiennent en place. Ne pas percer le métal. Clouer au travers du métal peut causer des fuites et des bombements dus au mouvement.



Center full width roll of GAF leak barrier.
Do not place fasteners within 6" (152mm) of center line. Horizontal laps must be at least 6" (152mm).

Centre un rollo de ancho completo de barrera de filtraciones de GAF. No coloje los sujetadores dentro de los 6" (152mm) de la línea central. Las juntas de los deslizadores deben estar a por lo menos 6" (152 mm).

Centrer un rouleau de pleine largeur de pare-fuite GAF. Ne pas placer les fixations à l'intérieur de 152mm (6po) de la ligne du centre. Les chevauchements horizontaux doivent être d'au moins 6po (152mm).

Carry GAF underlayment at least 6" (152mm) over GAF leak barrier.

Lleve la capa base de GAF por lo menos 6"(152mm) sobre barrera de filtración de GAF.

Amenez de la membrane de protection GAF au moins 152mm (6po) sur pare-feux de GAF.

Center valley metal, overlap metal horizontal laps a minimum 12" (305mm) and seal by embedding them in asphalt plastic cement.

Centre el metal del valle, traslape el metal en los salipes horizontales un mínimo de 12" (305mm) y selle uniéndolos en cemento del plástico del asfalto.

Centrez le métal de noue chevaucher les raccordements horizontaux d'un minimum de 305mm (12po) et sceller en les enrobant dans du ciment de plastique d'asphalte.

Clip the top corners of shingles 45° to keep water flow toward the valley center

Recorte las esquinas superiores de las tejas a 45°para mantener el flujo de agua hacia el centro del valle

Clipper de 45° les coins supérieurs pour diriger l'écoulement d'eau vers le centre de la noue.

Overlap shingles at least 4" (102mm) over 20" (508mm) wide valley metal. Embed the shingle ends in asphalt plastic cement to seal the shingles to the metal and keep water from running under them.

Superponga las tejas a por lo menos 4" (102 mm), con más de 20" (508 mm) de ancho del metal del valle. Una los extremos de las tejas en cemento plástico asfáltico para sellar las tejas al metal y evitar que el agua corra debajo de ellas.

Chevaucher les bardeaux d'au moins 4po (102mm) sur le métal de noue de 20po (508mm de largeur. Imbriquer les extrémités des bardeaux dans le ciment plastique asphalté pour sceller les bardeaux au métal et pour prévenir l'écoulement d'eau en dessous.

Shingles should be separated 6" (152mm) at top of valley. Separation must increase 1/8" (3 mm) per foot towards eaves to handle increasing water volume. Snap chalk lines to ensure shingles diverge properly in valley.

Parte superior del valle 6" (152mm) de ancho entre tejas.Las tejas deben ampliar 1/8" (3mm) por pie hacia abajo para manejar el aumento de volumen de agua. Trace líneas de tiza para garantizar que las tejas tengan la adecuada divergencia en el valle.

Haut de la noue de largeur de 152mm (6po) entre les bardeaux. Les bordeaux doivent élargir 3mm (1/8 po) par le pied vers les avant-toits pour contrôler augmenter du volume d'eau. Tracer des lignes de craie pour assurer que les bardeaux divergent adéquatement dans la noue

**10.**

## VALLEY CONSTRUCTION – CLOSED CUT
## CONSTRUCCIÓN DE VALLE – CORTE CERRADO
## CONSTRUCTION DE NOUE FERMÉE – COUPE FERMÉE

Extend end of shingle at least 12" (305mm) beyond valley center line. Before nailing, firmly press shingles down at valley center to conform to valley shape. Nail, putting extra fastener in top corner of shingle. Due to the extreme water volume in valleys, nails near the center can leak.

Extienda la teja del extremo por lo menos 12" (305mm) más allá de la línea del centro del valle. Antes de clavar, presione firmemente las tejas sobre el centro del valle para ajustarse a la forma del valle. Clave, poniendo un sujetador adicional en la esquina superior de la teja. Debido al volumen extremo de agua en los valles, los clavos cercanos al centro pueden tener filtraciones.

Étendre le bout du bardeau d'au moins 305mm (12po) dépasse la ligne centrale de la noue. Avant de clouer, appuyer fermement sur le bardeau au centre de la noue pour appuyer la forme de la noue. Clouer, en plaçant une fixation additionnelle sur le coin supérieur du bardeau. En raison du volume important d'eau dans les noues, les clous près du centre peuvent causer une fuite.

Carry GAF underlayment at least 6" (152mm) over GAF leak barrier.

Lleve la capa base de GAF por lo menos 6"(152mm) sobre barrera de filtración de GAF.

Amener de la membrane de protection GAF de moins 152mm (6po) sur pare-feuille de GAF.

Run starter strip across valley at least 12" (305mm) and weave with opposite side starter strip and shingle.

Haga correr la tabla inicial por toda el valle 12" (305mm) como mínimo y entrelace con la tabla inicial y teja de la lado opuesto del lado opuesto.

Courir une bande de départ au travers de la noue d'au moins de 12po (305mm) et joindre avec la bande de départ et le bardeau du côté opposé.



152 mm
152 mm

CAUTION: Do NOT place nails closer than 6" (152 mm)to the valley center line.

EI CUIDADO. NO coloque clavos más cerca que 6"(152mm) al valle la línea central.

PRUDENCE : Ne pas placer des clous plus près que 152mm (6po) à la ligne du centre du valle.

Center full width roll of GAF leak barrier. Do not place fasteners within 6" (152mm) of center line. Horizontal laps must be at least 6" (152mm).

Centre un rollo de ancho completo de barrera de filtraciones de GAF. No coloque sujetadores dentro de las 6" (152mm) de la línea central. Las juntas de los derviciones deben estar a por lo menos 6" (152 mm).

Centrez un rouleau de pleine largeur de pare-fuite GAF. Ne pas placer les fixations à l'intérieur de 152mm (6po) de la ligne du centre. Les chevauchements horizontaux doivent être d'au moins 6po (152mm).

Overlying shingles must be cut so they are 2" (52mm) away from valley center line. Clip shingle corners 45° to keep water flow in the valley center. Seal the valley shingles to each other using plastic roof cement.

Las tejas superpuestas deben ser cortadas para tener 2" (52 mm) de distancia de la línea central del valle. Recorte las esquinas de las tejas a 45° para mantener el flujo de agua en el centro del valle. Selle las tejas de valle entre sí utilizando cemento plástico para techo.

Les bardeaux qui chevauchent doivent être coupés de sorte qu'ils sont éloignés du 2po (52mm) de la ligne du centre de noue. Clipper les coins de bardeau à 45° pour garder l'écoulement d'eau dans le centre de la noue. Sceller les bardeaux de noue l'un à l'autre avec du ciment plastique asphalte.

**IMPORTANT NOTE:** Do NOT use a "California Valley" (shingles installed parallel to the valley center line), which can cause leaking.

**NOTA IMPORTANTE:** No use un "Valle de California" (tejas instaladas en forma paralela a la línea central del valle), el cual podría provocar filtraciones.

**REMARQUE IMPORTANTE:** Ne pas utiliser de « Noue California » (bardeaux installés en parallèle avec la ligne de centre de la noue), cela peut causer des fuites.

**11.**

## PRECAUTIONARY NOTES

1. These shingles are fiberglass, self-sealing asphalt shingles. Because of the natural characteristics of the high-quality waterproofing material used, these shingles will be stiff in cold weather and flexible in hot weather.
2. These shingles are particularly tough and may require additional effort to trim to fit on the roof. Curved blade utility knives are more effective than straight blade utility knives in cutting these shingles. Using a circular saw equipped with a circle-tipped blade is also effective.
3. Regardless of the tool used, always wear proper protective gear such as gloves, eye protection, etc. In situations when dust or fumes are generated, e.g., cutting shingles with a power saw, appropriate respiratory protection is recommended. Please refer to the MSDS for further information and follow all safety procedures. Use tools carefully to prevent personal injury when working with these products.
4. Handle carefully. Shingles can easily be broken in cold weather or their edges damaged in hot weather. Do not drop bundles on edge or on other bundles to separate shingles. Do not load bundles across a hip or ridge. Do not bend bundles over shoulder for carrying. Premium shingles with heavier weight may cause cracks or sharp bend points.
5. Store on flat surface in a covered, ventilated area-maximum temperature 110°F (43°C). Do not store near steam pipes, radiators, etc., or in sunlight.
6. Do not store double stacked pallets on a long – term basis. If double stacking is required for short periods, use only sheets of 1/2" (13mm) plywood cut to the pallet size to minimize damage. Long-term double stacked storage, especially in hot weather, can result in possible sticking, staining, and distortion of the shingles.

**IMPORTANT: Repair leaks promptly to avoid adverse effects, including mold growth.**

### RE-ROOFING

If old asphalt shingles are to remain in place, nail down or cut away all loose, curled or lifted shingles and replace with new, and just before applying the new roofing, sweep the surface clean of all loose debris. Since any irregularities may show through the new shingles, be sure the underlying shingles provide a smooth surface. Fasteners must be long enough to penetrate the wood deck at least 3/4" (19mm) or just through plywood. Follow above instructions for application. NOTE: Shingles can be applied over wood shingles if the surface can be made smooth enough. This may include cutting back old shingles at eaves and rakes; installing new wood edging strips as needed, and the use of beveled wood strips. Install #30 underlayment to maintain Class A rating.

For technical support, call 1-800-766-3411 or visit our website at www.gaf.com.

## NOTAS DE PRECAUCIÓN

1. Estas tejas son tejas asfálticas autoselladas de fibra de vidrio. Debido a las características naturales del material impermeable de alta calidad utilizado, estas tejas serán duras en climas fríos y flexibles en climas cálidos.
2. Estas tejas son particularmente duras y pueden requerir un esfuerzo adicional en el recorte para encajarlas al techo. Los cuchillos utilitarios de hoja curva son más efectivos que los cuchillos utilitarios de hoja recta para cortar estas tejas. También es efectivo usar una sierra circular equipada con hojas con puntas de carburo.
3. Independientemente de la herramienta utilizada, siempre use la vestimenta apropiada, por ejemplo, guantes, protección para los ojos, etc. En situaciones donde se genere polvo o humo, por ejemplo, al cortar las tejas con una sierra eléctrica, se recomienda utilizar la protección respiratoria apropiada. Consulte las MSDS para obtener más información y siga todas las procedimientos de seguridad. Utilice las herramientas cuidadosamente para prevenir las lesiones personales cuando trabaje con estos productos.
4. Manipule con cuidado. Las tejas pueden romperse fácilmente en climas fríos o sus bordes pueden estropearse en climas cálidos. No arroje los manojos sobre el borde o encima de otros manojos para separar las tejas. No cargue los manojos sobre un caballete o borde. No doble los manojos sobre los hombros para transportarlos. Las tejas de calidad superior puede causar grietas en los puntos de pliegue afilados.
5. Almacene en un área cubierta y ventilada – temperatura máxima 110°F (43°C). No almacene cerca de tuberías de vapor, radiadores, etc., o a la luz del sol.
6. No almacene pallets de apilado doble en periodos largos de tiempo. Si se requiere apilado doble durante periodos breves, se precisa utilizar láminas desiguales de 1/2" (13mm) de madera terciada cortadas al tamaño del pallet para minimizar los daños. El almacenamiento de apilado doble a largo plazo, especialmente en climas cálidos, puede resultar en posible pegado, manchado y distorsión de las tejas.

**IMPORTANTE: Repare las filtraciones rápidamente para evitar efectos adversos, incluyendo el crecimiento de moho.**

### RE-TECHADO

Si es preciso que las viejas tejas asfálticas permanezcan en su lugar, clave o corte cualquier teja suelta, curvada o levantada y reemplácela con una nueva, y justo antes de aplicar el nuevo techo, barra la superficie hasta dejarla libre de cualesquier residuos sueltos. Dado que cualquier irregularidad podría notarse a través de las nuevas tejas, asegúrese que las tejas subyacentes tengan una superficie lisa. Los clavos deben tener el largo suficiente como para penetrar la plataforma base de madera por lo menos 3/4" (19mm) o a través de la madera terciada. Siga el resto de las instrucciones detalladas arriba para la aplicación. NOTA: Las tejas pueden ser aplicadas sobre tejas de madera si la superficie puede ser suficientemente alisada. Esto puede incluir cortar las tejas viejas en los aleros e inclinaciones e instalar nuevos bordes de madera según sea necesario y el uso de tablas de madera biseladas. Instale capa base #30 para mantener la calificación de Clase A.

Para soporte técnico, llame al 1-800-766-3411 o visite nuestro sitio Web en www.gaf.com.

## REMARQUES DE PRÉCAUTION

1. Ces bardeaux sont en fibre de verre et sont des bardeaux auto-scellants. En raison des caractéristiques naturelles du matériau imperméabilisant de haute qualité utilisé, ces bardeaux seront rigides en températures froides et flexibles en température élevée.
2. Ces bardeaux sont particulièrement résistants et ils pourraient nécessiter des efforts additionnels pour les découper pour ajuster au toit. Des couteaux utilitaires à lame incurvée sont plus efficaces que des couteaux utilitaires à lame droite pour le découpage de ces bardeaux. Il peut aussi être très efficace d'utiliser une scie circulaire munie d'une lame à pointe de carbure.
3. Sans égard à l'outil utilisé, toujours porter des vêtements de protection appropriés, c'est à dire des gants, des protections oculaires, etc. Dans des situations où des émanations ou de la poissière sont produites, comme de couper des bardeaux avec une scie électrique, une protection respiratoire appropriée est recommandée. Veuillez vous référer à la fiche signalétique de sécurité du produit pour plus d'information et conformez-vous à toutes les procédures de sécurité. Utilisez vos outils de manière sécuritaire pour prévenir toute blessure personnelle lors de travaux avec ces produits.
4. Manipuler avec précaution. Les tuiles peuvent rompre facilement en climas froids et ses bordes peuvent se casser en climas cálidos. Ne arroje los manojos sobre el borde o encima de otros manojos para separar las tejas. No cargue los manojos sobre un caballete o borde. No doble los manojos sobre los hombros para transportarlos. Las tejas de calidad superior con mayor peso pueda causar grietas en los puntos de pliegue afilados.
5. Entreposer sur une surface plane, dans un endroit couvert et ventilé – à une température maximale de 43°C (110°F). Ne pas entreposer près de conduites de vapeur, du chauffage, etc., ou du soleil.
6. Ne pas ranger des palettes empilées en double pour une longue période. Si un empilage en double est requis pour de courtes périodes, il est nécessaire de glisser en contreplaqué de 13mm (1/2po) découpé à la taille des palettes entre les palettes pour minimiser les dommages. Le rangement à long terme se emplie en double, spécialement en température chaude, peut résulter possiblement en collement, distorsion ou en tache sur les bardeaux.

**IMPORTANT: Réparez les fuites promptement afin d'éviter les effets néfastes tels que la formation de moisissure.**

### RÉFECTION DE TOITURE

Si des vieux bardeaux d'asphalte doivent demeurer en place, clouer ou couper tout bardeau lâche, recourbé ou soulevé et remplacer avec du neuf et juste avant d'appliquer le nouveau recouvrement, balayer la surface pour qu'elle soit libre de tout débris. Puisque toute irrégularité va paraître au travers des nouveaux bardeaux, assurez-vous que les bardeaux du dessous offrent une surface lisse. Les fixations doivent être suffisamment longues pour pénétrer le platelage de bois d'au moins 19mm (3/4po) ou juste au travers du contreplaqué. Suivre les instructions ci-dessus pour l'application. REMARQUE: Les bardeaux peuvent être installés sur des bardeaux de bois si la surface peut être suffisamment aplanie. Ceci peut nécessiter la taille des vieux bardeaux aux avant-toits et aux inclinaisons ainsi que l'installation de nouvelles plates-bandes en bois, au besoin, et l'utilisation de bandes de bois biseautées. Installez une membrane de protection #30 pour maintenir une cote de Classe A.

Pour du soutien technique, appeler au 1-800-766-3411 ou visiter notre site Web au www.gaf.com

©2011 GAF    12/11

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| DONALD LANES and | ) | |
| SASHA LANES, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION FILE NO.:** |
| | ) | 23-A-04920-7 |
| GARRISON PROPERTY AND | ) | |
| CASUALTY INSURANCE COMPANY, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| **Defendant.** | | |

### PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT

COMES NOW, Plaintiffs, **Donald Lanes and Sasha Lanes,** by and through the undersigned counsel, and hereby propounds the following First Set of Interrogatories and Request for Production of Documents to the Defendant, **Garrison Property and Casualty Insurance Company,** to be answered separately and fully, in writing, under oath, and in accordance with the Georgia Civil Practice Act, O.C.G.A. §§ 9-11-33 and 9-11-34.

### GENERAL INSTRUCTIONS

1. You are required to answer and verify the following interrogatories and requests for production of documents within forty-five (45) days of the date of service.

2. Each paragraph below shall operate and be construed independently; and, unless otherwise indicated, no paragraph limits the scope of any other paragraph.

3. In answering these discovery requests, you are required to furnish all information available to You (not merely such information as you know of your own personal knowledge), including information in the possession of your attorneys and accountants, other Persons

directly or indirectly employed by or connected with you or your attorneys or accountants, or anyone else acting on your behalf or otherwise subject to your control.

4.  Your obligation to answer these discovery requests is intended to be continuing in nature; therefore, you are required by O.C.G.A. § 9-11-26 and instructed by the Plaintiffs to reasonably & promptly amend or supplement your response if you learn that any prior response is in some material respect incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to Plaintiffs during the discovery process or in writing.

5.  You are instructed that a failure by you to make, amend, or supplement a response in a timely manner or to otherwise comply with O.C.G.A. § 9-11-26 may result in sanctions against You.

6.  The singular includes the plural number, and vice versa. The masculine includes the feminine and neutral genders. The past tense includes the present tense where the clear meaning is distorted by a change of tense.

7.  Each document request shall be deemed to call for the production of the original document or documents. If the original is not available, then a copy shall be produced if it differs in any respect from the original or from other copies (e.g., by reason of handwritten, typed, or printed notes or comments having been added to the copy that do not appear on the original).

8.  If a request seeks a document that, to your knowledge, does not exist, please state that the document does not exist.

9.  Without interfering with the readability of a document, please identify by Bates number or other means the request(s) to which the document is responsive.

10. For each document responsive to any request that is withheld under a claim of privilege, you are required by Uniform Superior Court Rule 5.5 to provide a privilege log containing the following information:

    a.   The date the document was prepared or created;

    b.   The name and title of the author or authors of the document;

    a.   A summary of the subject matter of the document;

    b.   The identity of each person or persons (other than those giving solely stenographic or clerical assistance) who assisted the author or authors in creating the document;

    c.   The identity of each person to whom the document or the contents of the document have been communicated (either intentionally or inadvertently), the date(s) of such communication, the title of each such person, and the date of such communication;

    d.   A statement of the basis on which privilege is claimed; and

    e.   The identity and title, if any, of the person or persons providing the information requested in subsections (a) through (f) above.

## **DEFINITIONS**

As used in these interrogatories, the terms listed below are defined as follows:

1. "Document(s)" or "documentation" means any writing of any kind, including originals and all non-identical copies (whether different from the originals by reason of any notation made on such copies or otherwise), including without limitation correspondence, memoranda, notes, desk calendars, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, invoices, statements, receipts, returns, warranties, guaranties, summaries, pamphlets, books, prospectuses, interoffice and intra-office communications, offers, notations of any sort of conversation, telephone calls, meetings or other

communications, bulletins, magazines, publications, printed matter, photographs, computer printouts, teletypes, faxes, invoices, worksheets and all drafts, alterations, modifications, changes and amendments of any of the foregoing, tapes, tape recordings, transcripts, graphic or aural records or representations of any kind, memorialized depictions of the Property or of Communications relating to the Claim, and electronic, mechanical or electric records or representations of any kind which You have knowledge or which are now or were formally in your actual or constructive possession, custody or control.

2.  "Claim" or "Policyholders' Claim" shall refer to Claim No. 018653324, which was drafted by the Insurance Company and issued to the Policyholders for direct physical loss or direct physical damage to the Property.

3.  "Communication" shall mean and include any oral or written utterance, notation, or statement of any nature whatsoever, including but not limited to correspondence, personal conversation, telephone calls, dialogues, discussions, interviews, consultations, telegrams, telexes, cables, memoranda, agreements, notes, and oral, written, or other understandings or agreements. This shall include all written, recorded, or signed statements of any party, including the Policyholder, any adjuster, subcontractor, witnesses, investigators, or agents, representative, or employee of the parties concerning the subject matter of this action.

4.  "Identify" shall mean:

    a.  when used to refer to a document, means to state the following:

        1. The subject of the document;

        2. The title of the document;

        3. The type of document (e.g., letter, memorandum, telegram, chart);

4. The date of the document, or if the specific date thereof is unknown, the month and year or other best approximation of such date with reference to other events;

5. The identity of the person or persons who wrote, contributed to, prepared or originated such document; and

6. The present or last known location and custodian of the document.

b.  when used in reference to a *person*, "identify" means to state to the fullest extent possible the person's name, present or last known address, present or last known telephone number(s), and, if a natural person, the person's employer and position of employment at the time(s) in question.

c.  when used in reference to a *conversation* or *communication*, "identify" means to state the date and length of the communication, the identity of all parties to the communication, the identity of all other witnesses to the communication, the place where the communication took place (if the communication did not take place in person, set forth the location of each party to and each witness to the communication), and the general subject matter(s) of the communication.

d.  when used in reference to a *claim*, "identify" means to state the date and location the claim arose, the location the claim was defended, the names of the parties involved, the case style, the amount in controversy, and the general nature of the claim.

e.  "Relating to" any given subject means any document, communication, or statement that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with,

touches upon, or is in any manner whatsoever pertinent to that subject and supports, evidences, describes, mentions, refers to, contradicts or comprises the subject.

5. "Including" shall mean "including, but not limited to."

6. "And" and "or" shall be construed conjunctively or disjunctively as required by the context within the scope of a discovery request so as not to exclude any information that might be deemed outside the scope of the request or by any other construction.

7. "Person(s)" shall mean and include a natural person, firm, association, organization, partnership, business trust, corporation (public or private), or government entity.

8. "Parties" includes all named parties in this litigation and their agents, employees, servants, officers, and directors.

9. "Plaintiff(s)" and "Policyholder(s)" mean the above-captioned Plaintiffs or the Policyholders listed on 018653324/90A and his/her/its/their employees, representative, agents, employees, servants, officers, and directors.

10. "You," "Your," "Defendant," and "Insurance Company" means Defendant Insurance Company and its employees, representatives, agents, employees, servants, officers, directors, adjusters, branch claims representatives, regional or home office claims auditors or claims examiners, all claims managers and claims supervisors at any level, executive officers of the company, and all members of any review or claims committee, and each person presently or formerly acting or authorized to act on Defendant's behalf.

11. "Policy" means Policy No. 018653324/90A issued by Garrison Property and Casualty Insurance Company.

12. "Property" or "Insured Property" means the property located at 3099 Brombley Drive SE, Conyers, GA 30013.

13. "Broker" means an insurance broker, excess/surplus lines broker, licensed insurance agent, managing general agent, or other insurance intermediary involved in the purchase, sale, negotiation, or placement of the Policy.

14. "Coverage Letter(s)" means the correspondence from You to Policyholder dated anytime, regarding Your position as to coverage for the Loss.

15. "Loss" means the event on or around October 13, 2022, in which Policyholder suffered property damage and has consequently incurred extra expenses such as additional living expenses, business income losses, and other losses afforded coverage for under the Policy.

16. "Possession, custody or control" includes the joint or several possession, custody, or control not only by the person to whom these interrogatories are addressed, but also the joint or several possession, custody, or control by each or any other person acting, or purporting to act on behalf of, the Person, whether as an employee, attorney, accountant, agent, sponsor, spokesman, or otherwise.

## **INTERROGATORIES**

1.

Identify any and all Persons involved in any way whatsoever in the investigation, adjustment, and handling of Plaintiffs' claim for insurance benefits arising from the Loss on or about October 13, 2022, and for each, please include his/her name, place of employment, address, and telephone number; his/her title, license(s), and certification(s); the date his/her involvement in this claim commenced; the date his/her involvement in this claim concluded; and a description his/her involvement in this claim.

This interrogatory seeks information about every individual involved in the Claim including, but not limited to, Persons employed by the Defendant or retained by Defendant through

a third-party entity. For Defendant's employees specifically, this Interrogatory seeks the name of every employee of Defendant who had anything to do with the Claim.

2.

If any Person identified in Your answer to Interrogatory No. 1 is or was Your employee, agent, or representative, please state whether said Person has been promoted, demoted, terminated, or transferred from October 13, 2022 to present; describe in detail the change in employment status of each such Person, including the circumstances of the Person's employment before and after the change in status; and provide the last-known residence address and telephone number or place of current employment of each such former employee.

3.

Describe each and every investigative step conducted by You, or by anyone on Your behalf, regarding Plaintiffs' Claim, beginning with the date and method You received notice of the subject Claim, and identify any and all documents and correspondence (paper or electronic) generated, obtained, or otherwise placed in Your possession, in the course of Your investigation.

4.

Identify each and every person that You expect to call as an expert witness at trial, and for each, please state: the subject matter on which the expert is expected to testify; the substance of the facts and opinions to which the expert is expected to testify; a summary of the grounds for each opinion; the data or other information considered by the expert in forming their opinions; whether a written report has been prepared; and identify the data or other information considered by the expert in forming their opinions & all documents You furnished to the expert.

5.

If You have retained or employed an expert in conjunction with the Claim who is not expected to be called as a witness at trial, please identify said expert(s), and for each, please state their address and contact information.

6.

Please state the date and manner in which You received notice of the Claim; the date and manner in which You acknowledged receipt of the Claim; the date and manner in which You commenced investigation of the Claim; the date and manner in which You requested from the Plaintiffs all items, statements, and forms that You reasonably believed, at the time, would be required from the Plaintiffs; the date and manner in which You notified the Plaintiffs in writing of the acceptance or rejection of the claim; and the date, amount, and reason for any insurance proceed payments You have made to the Plaintiffs.

7.

Have You extended coverage for any part of Plaintiffs' Claim for insurance benefits, or have You denied or rejected Plaintiffs' Claim? If You extended coverage for any part of Plaintiffs' Loss, please state with specificity the provisions, endorsements, or any other part of the Policy governing Plaintiffs' Loss that supports Your extension of coverage; please state with specificity Your reasons for denying or rejecting any part of Plaintiffs' Claim; and include all facts and policy provisions that supported Your decision to deny or reject Plaintiffs' Claim. This Interrogatory seeks the above information even if coverage was extended for the Loss but fell below the Plaintiffs' deductible.

8.

Do You contend the damage to the Property can be repaired?  If so, please state with specificity the method of repair Defendant contends should be used to repair the Property. This request seeks any and all building codes (state, county, city, or municipal), industry standards, and industry practices employed in the investigation, evaluation, and determination of methods used to repair damages caused by the Loss that Defendant states could be used to repair the Property. If such information exists, please state: the name(s), address(es), and telephone number(s) of all Persons who have personal knowledge of any of these industry standards or practices; and identify all documents that support or explain any of these building codes, engineering industry standards, and practices.

If You do not have an answer to this Interrogatory, please affirmatively state none of the above was relied upon in determining if the damage sustained to the Property by the Loss is or was repairable.

9.

Does the Policy owe for anything less than a proper repair of the damaged Property caused by a covered loss? If the Policy does not owe for a proper repair, please state with specificity the provision of the Policy which does not provide for a proper repair.

10.

Please identify any and all written policies, procedures, guidelines, or other documents (including document(s) maintained in physical or electronic form) You maintained for Your internal or third-party adjusters to use in the state of Georgia in connection with adjusting Wind and Hail losses that were in effect on October 13, 2022 through present.

11.

Please state with specificity the approximate date and event which caused You to anticipate litigation with respect to Plaintiffs' cause of action and identify all documents that support or explain any of these facts.

12.

Identify any and all documents (including those maintained electronically) relating to the investigation, claim handling, and adjustment of Wind and Hail claims in the state of Georgia that are routinely generated throughout the handling and investigation of such claims (including, but not limited to, Investigation Reports; reserve sheets; electronic claims diaries or similar record logs; claims review reports; and/or any team report relative to this claim) for the two years preceding October 13, 2022 to the present, and state whether any such documents were generated during the investigation and handling of the Claim.

13.

Have any documents (including those maintained electronically) relating to the Claim been destroyed, lost, or disposed of? If so, please identify what, when and why the document was destroyed, and describe Your document retention policy.

14.

Do You contend the Property was damaged by any excluded peril? If so, state the specific provision in the Policy supporting the exclusion and how the exclusion impacted Your claim decision, state in detail Your factual basis for this contention, and identify any documents supporting Your contention.

15.

Do You contend the Plaintiffs failed to satisfy any condition, covenant, or duty of the Policy or otherwise breached the Policy? If so, identify each specific condition, covenant, or duty

of the Policy You contend the Plaintiffs failed to satisfy or breach, and identify all the documents relating to Your assertion and all Persons with knowledge of such facts.

16.

Identify the underwriting documents created or acquired in the formation of the Policy for the Property including any risk reports for the Property that have been generated or obtained at any time, and state if any Notice(s) of Cancellation or Notice(s) of Non-Renewal of the Policy have been issued.

17.

Identify any and all photographs, audio recordings, video recordings, written statements taken, or other memorializing documentation obtained during the course of Your investigation of the Claim. In Your response, please describe in detail what each document depicts or memorializes and state the date when each such document or memorialization was obtained or generated.

18.

Identify any and all repair estimates, invoices, quotes, receipts, or other documentation reflecting the cost or methodology to repair the damages at issue in this Claim, even if said item never left Your possession. In Your response, please describe in detail what each document depicts, when it was generated or obtained, why it was generated or obtained, and state the date when the item was created, received, or requested.

19.

Please identify each Person who assisted You in any way to provide responses to these Interrogatories. For each identified Person, please include the Person's name, place of employment, address, telephone number and relationship to you.

20.

State the good faith factual basis for Your Affirmative Defenses(s), and identify the date, type of document, author(s), recipient(s), and present custodian of every document known or believed by You to refer or relate in any way to the facts You contend support Your Affirmative Defense(s) and comprehensively describe all basis (factual and otherwise), documents, notes, memorandum, reports, or other documentation supporting Your responses to the paragraphs of Plaintiffs' Complaint.

## **REQUEST FOR PRODUCTION OF DOCUMENTS**

1.

All documents responsive to Plaintiffs' Interrogatories identified in Your responses to Plaintiffs' Interrogatories or otherwise reviewed or relied upon in responding to Plaintiffs' Interrogatories.

2.

The entire claim file, claims notes, or other similar records from the home, regional, or local offices; third party adjusters or adjusting firms; or ladder assist Persons retained by You regarding the Claim. This request includes, but it not limited to, copies of the file jackets; "field" files and notes; and drafts of documents contained in the file.

To the extent that this request seeks documents from third-party adjusters/adjusting firms, ladder assists, or other Persons retained by the Defendant, this request is only seeking such documents that have been provided to, or are in the control of, the Defendant.

3.

A certified copy of the Policy or insurance policies possessed by Defendant pertaining to the Property involved in this suit.

4.

All documents and tangible things supporting the method You contend could be used to properly repair the damages sustained to the Property as a result of the Loss.

5.

Your written procedures, policies, guidelines, or other similar documentation (including document(s) maintained in electronic form) that pertain to the handling of Wind and Hail claims in the state of Georgia for the year preceding October 13, 2022 to present.

6.

Any and all weather reports in Your possession which concern the Property, regardless of whether You relied upon them in making Your claims decision in this matter, for the two years preceding October 13, 2022 to present.

7.

The Operation Guides which relate to the handling of Wind and Hail claims in the state of Georgia in effect for the year preceding October 13, 2022, to present.

8.

The field notes, measurements, electronic diary, file materials, or other similar records (including all electronic and paper notes) created, obtained, or maintained by the claims personnel, contractors, adjusters, engineers, or any other Person who physically inspected the Property or adjusted the Claim.

9.

Emails, instant messages, internal or external correspondence, or any other communication between Defendant and any agent, representative, employee, or other Person pertaining to the Claim.

10.

Defendant's internal newsletters, bulletins, publications, or other memoranda internally circulated which relates to the policies and procedures relied upon in the handling of Wind and Hail claims in the state of Georgia that were issued one year preceding October 13, 2022 through the present, including, but not limited to, memoranda issued to claims adjusters.

11.

The price guidelines, price indexes, or other similar information utilized in the creation of any repair estimates prepared, edited, requested, or relied upon by the Defendant. In the event published guidelines of "off the shelf" software (including, but not limited to, Xactimate software) were utilized to inform pricing decisions, You may respond by simply identifying the name, version, and/or edition of the published guidelines used.

12.

Any "Summary of Loss," "Pay sheet," "Payment Log," copy of issued payments, or other similar list or record of payments made by Defendant in relation to the Claim. This includes, but is not limited to, all payments issued to Plaintiff or Plaintiffs' agents and representatives; all payments issued to independent adjusters, ladder assists, engineers, or other Persons retained in Your adjustment of this claim; all copies of any and all checks issued; and all expenses incurred by You in Your adjustment of this claim.

13.

The documents reflecting reserves applied to the Claim.

14.

The contract or agreement between the Defendant and any third-party Person retained in the investigation and adjustment of the Claim. This request includes, but is not limited to, contracts

or agreements with ladder assists, independent adjusters, contractors, engineers, meteorologists, or hygienists involved in any way throughout the Claim.

15.

All documents submitted to, or received from, each Person You expect to call as an expert witness at trial. This request includes, but is not limited to: any agreement exchanged or entered into between Defendant and the witness (including proposals not agreed upon and counteroffers to the same); all reports generated by the witness (including drafts); a current *curriculum vitae* for the witness; a list of all other publications authored by the witness; a list of all other cases in which the witness has testified as an expert at trial or by deposition; an invoice showing the compensation paid or owed to the witness; and all documents and tangible things consulted by and relied upon by the witness in forming his or her expert opinion.

16.

All documents submitted to, or received from, each Person Defendant hired or consulted as an expert witness which Defendant does not intend to call as an expert witness at trial in this case. This request includes, but is not limited to: any agreement exchanged or entered into between Defendant and the witness (including proposals not agreed upon and counteroffers to the same); all reports generated by the witness (including drafts); a current *curriculum vitae* for the witness; a list of all other publications authored by the witness; a list of all other cases in which the witness has testified as an expert at trial or by deposition; an invoice showing the compensation paid or owed to the witness; and all documents and tangible things consulted by and relied upon by the witness in forming his or her expert opinion.

17.

All documents in Your possession concerning the underwriting of the Policy issued for the Property. This request includes, but is not limited to, any risk reports for the Property and any Notice(s) of Cancellation or Notice(s) of Non-Renewal of the Policy for the Property.

18.

All repair estimates, invoices, quotes, receipts, or other documentation Defendant reviewed throughout the adjustment of the Claim which reflect the cost to repair any agreed upon, contested, or suspected damages at issue in the Claim. This request is inclusive of documents not transmitted to the Plaintiff through the adjustment of the Claim.

19.

Any and all photographs, audio recordings, video recordings, written statements taken, or other memorializing documentation obtained during the course of Your investigation of the claim. This request seeks the requested documentation to be produced in a format most similar to the original, in the highest quality version available, and in a format which retains the original metadata.

20.

A copy of the license, registration, certification, or other similar documentation for all Persons retained, employed, or consulted by the Defendant to inspect the Property and/or adjust the Claim.

21.

All evidence You intend to introduce at the trial of this matter.

It is requested that the above-requested responses be made within forty-five (45) days of service of this request at the offices of The Huggins Law Firm, LLC, 110 Norcross Street, Roswell, GA 30075.

Respectfully submitted, this 8th day of June, 2023.

For: The Huggins Law Firm, LLC,

*/s/ Foster L. Peebles*

**The Huggins Law Firm, LLC**
110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) mdturner@lawhuggins.com
(e) fpeebles@lawhuggins.com

Michael D. Turner, Esq.
Georgia Bar No.: 216414
Foster L. Peebles, Esq.
Georgia Bar No.: 410852

*Attorneys for the Plaintiff*

Page | 18

E-FILED IN OFFICE - SP
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-04920-7**

6/6/2023 10:44 AM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DONALD LANES and<br>SASHA LANES,   )<br>                              )<br>    **Plaintiffs,**             )<br>                              )<br>**v.**                         )<br>                              )<br>GARRISON PROPERTY AND          )<br>CASUALTY INSURANCE COMPANY,    )<br>a foreign corporation,         )<br>                              )<br>    **Defendant.**             ) | CIVIL ACTION FILE NO.:<br>23-A-04920-7 |

### CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing upon the Defendant Garrison Property and Casualty Insurance Company by serving them with the ***Summons, Complaint and Exhibits***, and ***Plaintiffs' First Set of Interrogatories and Request for Production of Documents*** in accordance with the Court's rules to Defendant Garrison Property and Casualty Insurance Company at the address listed below:

**Corporation Service Company**
**Registered Agent for Defendant Garrison Property and Casualty Insurance Company**
**2 Sun Court, Suite 400**
**Peachtree Corners, GA 30092**

Respectfully submitted, this 5th day of June, 2023.

For: The Huggins Law Firm, LLC,

*/s/ Foster L. Peebles*

**The Huggins Law Firm, LLC**
110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) mdturner@lawhuggins.com
(e) fpeebles@lawhuggins.com

Michael D. Turner, Esq.
Georgia Bar No.: 216414
Foster L. Peebles, Esq.
Georgia Bar No.: 410852

*Attorneys for the Plaintiff*