IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

Exhibit "B"

DONALD LANES and SASHA LANES,

      Plaintiffs,

v.

GARRISON PROPERTY AND
CASUALTY INSURANCE COMPANY,
a foreign corporation,

      Defendant.

CIVIL ACTION FILE
NO. 23-A-04920-7

## **NOTICE OF FILING NOTICE OF REMOVAL**

COMES NOW Defendant Garrison Property and Casualty Insurance Company ("Garrison"), by and through the undersigned counsel, and hereby notifies all parties and the Court pursuant to 28 U.S.C. § 1446(d) of the removal of this action to the United States District Court for the Northern District of Georgia (Atlanta Division). A true and correct copy of Defendant's Notice of Removal is attached hereto as Exhibit A. Pursuant to 28 § 1446, all further proceedings in this Court are hereby stayed.

Respectfully submitted, this 13th day of July 2023.

FREEMAN MATHIS & GARY, LLP

*/s/ W. Shawn Bingham*
W. SHAWN BINGHAM
Georgia Bar No. 839706
sbingham@fmglaw.com

ADAM P. REICHEL
Georgia Bar No. 377812
adam.reichel@fmglaw.com


*Counsel for Defendant Garrison Property
and Casualty Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000
(770) 937-9960 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **Notice of Filing Notice of Removal** with the Clerk of Court using the Odyssey eFileGA system which will automatically serve an electronic notification and copy of such filing on the following attorney of record:

Michael D. Turner
Foster L. Peebles
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA 30075
mdturner@lawhuggins.com
fpeebles@lawhuggins.com

This 13th day of July 2023

*/s/ W. Shawn Bingham*
W. SHAWN BINGHAM
Georgia Bar No. 839706
sbingham@fmglaw.com