IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| CONRAD BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. 23A02641 |
| | ) | |
| v. | ) | |
| | ) | |
| DUPRELL WILLIAMS, MAYHEW | ) | |
| TRUCKING, LLC, CANAL INSURANCE | ) | |
| COMPANY and ABC. CORPORATION, | ) | JURY TRIAL DEMAND |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

COMES NOW, Plaintiffs **CONRAD BAILEY** ("Plaintiff"), in the above-styled action, and makes and files this Complaint against the above-named Defendants **MAYHEW TRUCKING, LLC, CANAL INSURANCE COMPANY** and **DUPRELL WILLIAMS** and shows the Court as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff **Conrad Bailey** brings this lawsuit for damages and is a current resident of Dekalb County, Georgia.

2.

Defendant **Mayhew Trucking, LLC** ("Defendant Mayhew") is a domestic profit corporation, existing under the laws of North Carolina corporation and authorized to transact business in the State of North Carolina, and may be served by delivering a copy of the summons and complaint to its registered agent Monta Davarus Mayhew at 2612 Misty Cove, Kannapolis, NC 28023, and is subject to the jurisdiction of this Court.

STATE COURT OF
DEKALB COUNTY, GA.
6/14/2023 5:18 PM
E-FILED
BY: Monica Gay

**EXHIBIT "A"**

3.

Defendant **Canal Insurance Company** ("Defendant Canal") is a domestic profit corporation, existing under the laws of Georgia corporation and authorized to transact business in the State of Georgia, and may be served by delivering a copy of the summons and complaint to its registered agent Corporation Service Company at 2 Sun Court, Suite 400, Peachtree Corners, Ga, 30092, and is subject to the jurisdiction of this Court.

4.

Defendant **Duprell Williams** ("Defendant Williams") is a citizen of the state of North Carolina and may be served by delivering a copy of the summons and complaint to his home address at 1491 Old Grantham Road Goldsboro, NC 27530.

5.

Jurisdiction and venue are proper in this court as the subject collision occurred in Dekalb County, Georgia.

## BACKGROUND

6.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 6 above as if fully restated verbatim.

7.

On or about June 20, 2022, Plaintiff was traveling west on Highway 138 Northeast in Rockdale County, Georgia.

8.

At the time of the collision, the Plaintiff was at a complete stop in his vehicle when he was impacted by Defendant Williams who caused a multicar collision.

9.

As a result of failing to yield when making a left turn, Defendant Williams' trailer was stuck and inadvertently propelled into the plaintiff's vehicle as he set at an intersection.

10.

Defendant Williams was noted for violating O.C.G.A. § 40-6-71 "Failure to yield when making a left turn."

## COUNT I - NEGLIGENCE

11.

Plaintiff re-alleges and incorporates the allegations contained in paragraphs 1 through 10 above as if fully set forth herein verbatim.

12.

Defendant Williams' negligence is the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

13.

Defendant Williams owed a duty of care to the motoring public in general, and to Plaintiff in particular, to operate a vehicle in a reasonable and prudent manner and to adhere to the pertinent rules of the road for the State of Georgia.

14.

Defendant Williams breached his duty by failing to maintain proper lane causing the collision.

15.

Plaintiff exercised ordinary care for their own safety and was not contributorily negligent for this accident and their injuries.

16.

As a result of Defendant's negligence, Plaintiff was injured and incurred damages.

## COUNT II – IMPUTED LIABILITY

17.

Plaintiff re-alleges and incorporates the allegations contained in paragraphs 1 through 16 above as if fully set forth herein verbatim.

18.

At the time of the subject collision, Defendant Williams was working for Mayhew Trucking, LLC.

19.

At the time of the subject collision, Defendant Williams was acting as an agent or within the scope of his employment with Defendant Mayhew Trucking, LLC.

20.

Defendant Mayhew Trucking, LLC. is responsible for the actions of Defendant Williams in regard to the collision described in this Complaint under the doctrine of respondeat superior, lease liability and/ or agency.

## COUNT III - NEGLIGENCE HIRING, TRAINING & SUPERVISION

21.

Plaintiff re-alleges and incorporates the allegations contained in paragraphs 1 through 20 above as if fully set forth herein verbatim.

22.

Defendant Mayhew Trucking, LLC. was negligent in hiring Defendant Williams and entrusting him to drive a commercial vehicle.

23.

Defendant Mayhew Trucking, LLC. was negligent in failing to properly train Defendant Williams.

24.

Defendant Mayhew Trucking, LLC. was negligent in failing to properly supervise Defendant Williams.

25.

Defendant Mayhew Trucking, LLC failure to properly train and supervise Defendant Williams properly was the sole and proximate cause of the collision, and Plaintiff's injuries.

## **COUNT IV - DAMAGES**

26.

Plaintiff re-alleges and incorporates the allegations contained in paragraphs 1 through 25 above as if fully set forth herein verbatim.

27.

Plaintiffs are entitled to recover for the injuries and pain and suffering sustained, and all other elements of damages allowed under Georgia law, including but not limited to all compensatory, general, special, incidental, consequential, punitive and/or other damages permitted, including for wrongful death, including, but not limited to:

a) Personal injuries, including past, present, and future medical expenses;

b) Past, present and future pain and suffering;

c) Mental anguish;

d) Loss of the capacity for the enjoyment of life;

e) Impaired ability to labor;

f) Incidental expenses;

g) Loss of earnings capacity;

h) Consequential damages to be proven at trial; and

i) Damages for the wrongful death of Decedent.

35.

Each of the forgoing acts and omissions constitute an independent act of negligence on the part of Defendants and one or more or all above stated acts were the proximate causes of the injuries and collision. Defendants are liable for Decedent's injuries and death, pain and suffering, and all other elements of damages allowed under the laws of the State of Georgia.

36.

Plaintiffs are entitled to an award of punitive damages, without limitation or cap, because the actions of defendants and their agents and employees showed willful misconduct, malice, fraud, wantonness, oppression, and an entire want of care, which would raise the presumption of a conscious indifference to consequences and/or a specific intent to cause harm.

**WHEREFORE,** Plaintiff prays that he has a trial on all issues and judgment against Defendants' as follows:

a. That Plaintiff recover the full value of her past and future medical expenses and past and future lost wages in an amount to be proven at trial;

b. That Plaintiff recover for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

c. That Plaintiff recover for his permanent disability and loss of enjoyment of life in

an amount to be determined by the enlightened conscience of a jury;

d. That Plaintiff recover punitive damages in an amount to be determined by the enlightened conscience of a jury;

e. That Plaintiff recover such other and further relief as is just and proper

This 14th day of June, 2023.

                        Respectfully Submitted,

                        /s/ J. Curt Law
                        J. Curt Law, Esq.
                        GA Bar No. 811862
                        Sed Mathis, Esq.
                        GA Bar No. 118255
                        *Attorneys for Plaintiff*

STATE COURT OF
DEKALB COUNTY, GA.
6/14/2023 5:18 PM
E-FILED
BY: Monica Gay

The J.L. Law Group, LLC
794 Marietta Street NW
Suite 94526
Atlanta, GA 30318
(866) 826-1098
lawj@thejllawgroup.com

# General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __DEKALB__ County

| For Clerk Use Only | |
|---|---|
| Date Filed  6/15/2023 <br> MM-DD-YYYY | Case Number  23A02641 |

**Plaintiff(s)**

| Bailey | Conrad | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

| | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

| | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

| | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

| Williams | Duprell | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

| Mayhew Trucking, LLC | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

| Canal Insurance Company | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

| ABC Corporation | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

Plaintiff's Attorney __J. Curt Law__   State Bar Number __811862__   Self-Represented ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☒ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number                Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

STATE COURT OF
DEKALB COUNTY, GA.
6/14/2023 5:18 PM
E-FILED
Version 1.1.20
BY: Monica Gay