# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 202200044068 | 1220100 | ROCKDALE | 6/28/2022 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 6/20/2022 | 18:25 | 6/20/2022 | 18:26 | 6/20/2022 | 18:32 | 4 | 2 | 0 | Conyers |

**Road of Occurence:** 138 HWY NE  
**At Its Intersection With:** SIGMAN RD NE  
☐ Miles  ☐ North  ☐ East  
☐ Feet  ☐ South  ☐ West  
**Not At Its Intersection But** ___ **Of** ___  
**Latitude (Y):** 33.669450  **Longitude (X):** -83.986710  

☐ Suppl. To Original?  
☐ Private Property?  
☐ Hit And Run?  

---

## Unit # 1
☑ Driver  ☐ Ped  ☐ Bike  
☑ Susp At Fault  

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| WILLIAMS | DUPRELL | MICHAEL |

**Address:** 1491 OLD GRANTHAM RD  

| City | State | Zip | DOB |
|---|---|---|---|
| GOLDSBORO | NC | 27530 | |

| Driver's License No | Class | State | Country |
|---|---|---|---|
| 000039105958 | CLASS A | NC | USA |

| Insurance Co. | Policy No. | Telephone No. |
|---|---|---|
| TOP SHELF INS | L001047622-0 | |

| Year | Make | Model |
|---|---|---|
| 2022 | FREIGHTLIN | CASCADE |

| VIN | Vehicle Color |
|---|---|
| 3ALACWDT3GDGZ7532 | White |

| Tag # | State | County | Year |
|---|---|---|---|
| 2357764 | IN | | |

| Trailer Tag # | State | County | Year |
|---|---|---|---|
| | | | |

☐ Same as Driver  Owner's Last Name / First / Middle  

**Address:** 2675 MORGANTOWN RD  

| City | State | Zip |
|---|---|---|
| READING | PA | 19607 |

**Removed By:** CHANCEY'S WRECKER SERVICE  ☐ Request  ☑ List  

| Alcohol Test: No | Type: Not Tested | Results: None Given | Drug Test: No | Type: | Results: |
|---|---|---|---|---|---|

| First Harmful Event: | Most Harmful Event: | Operator/Ped Cond: |
|---|---|---|
| Motor Vehicle In Motion | Motor Vehicle In Motion | Not Drinking |

**Operator Factors:** Failed to Yield  
**Vehicle Factors:** No Contributing Factors  **Roadway Factors:** No Contributing Factors  

| Direction of Travel: East | Vehicle Maneuver: Turning Left | Non-Motor Maneuver: |
|---|---|---|

| Vehicle Class: Commercial Motor Vehicle (CMV) | Vehicle Type: Tractor/Trailer | Vision Obscured: Not Obscured |
|---|---|---|

| Number of Occupants: 1 | Area of Initial Contact: Right Side-Near Rear | Damage to Vehicle: Disabling Damage |
|---|---|---|

| Traffic Way Flow: Two-Way Trafficway with a physical separation | Road Composition: Black Top | Road Character: Straight on Grade |
|---|---|---|

| Number of Lanes: 4 | Posted Speed: 45 | Work Zone: None |
|---|---|---|

**Traffic Control:** Traffic Signal  **Device Inoperative:** ☐ Yes  ☑ No  

**Citation Information:**  
Citation # Failure to yield while turning left with  O.C.G.A. § 40-6-71  
Citation #    O.C.G.A. §  
Citation #    O.C.G.A. §  

### COMMERCIAL MOTOR VEHICLES ONLY

**Carrier Name:** MAYHEW TRUCKING LLC  

| Address | City | State | Zip |
|---|---|---|---|
| 2612 MISTY COVE PL | KANNAPOLIS | North Carolina | 28083 |

| U.S. D.O.T. # | No. of Axles | G.V.W.R |
|---|---|---|
| 2833732 | 3 | 10001 To 26000 |

| Cargo Body Type | Vehicle Config. | Fed. Reportable |
|---|---|---|
| Van Enclosed-Box | Single Unit Truck: 3 or More | ☐ Interstate  ☐ Intrastate  ☑ Yes  ☐ No |

**C.D.L. ?** ☑ Yes  ☐ No  **C.D.L. Suspended?** ☐ Yes  ☑ No  
**Vehicle Placarded?** ☐ Yes  ☑ No  **Hazardous Materials?** ☐ Yes  ☑ No  
**Hazmat Released?** ☐ Yes  ☑ No  

If YES: Name or 4 Digit Number from Diamond or Box:  
One Digit Number from Bottom of Diamond:  
☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units  

---

## Unit # 2
☑ Driver  ☐ Ped  ☐ Bike  
☐ Susp At Fault  

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| SHEPHERD | RUSSELL | EDWARD |

**Address:** 4909 KATY ST  

| City | State | Zip | DOB |
|---|---|---|---|
| COLUMBIA | SC | 29203 | |

| Driver's License No | Class | State | Country |
|---|---|---|---|
| 002451900 | CLASS A | SC | USA |

| Insurance Co. | Policy No. | Telephone No. |
|---|---|---|
| ASSURED PARTNERS | MMT25563153 | |

| Year | Make | Model |
|---|---|---|
| 2022 | FREIGHTLIN | CASCADE |

| VIN | Vehicle Color |
|---|---|
| 1XPBD49X1FD203659 | White |

| Tag # | State | County | Year |
|---|---|---|---|
| 3100861 | IN | | |

| Trailer Tag # | State | County | Year |
|---|---|---|---|
| 3239127 | ME | | |

☐ Same as Driver  Owner's Last Name / First / Middle  

**Address:** 100 W COLUMBIA ST  

| City | State | Zip |
|---|---|---|
| SCHUYLKILL HAVEN | PA | 17972 |

**Removed By:** CHANCEY'S WRECKER SERVICE  ☐ Request  ☑ List  

| Alcohol Test: No | Type: Not Tested | Results: None Given | Drug Test: No | Type: | Results: |
|---|---|---|---|---|---|

| First Harmful Event: | Most Harmful Event: | Operator/Ped Cond: |
|---|---|---|
| Motor Vehicle In Motion | Motor Vehicle In Motion | Not Drinking |

**Operator Factors:** No Contributing Factors  
**Vehicle Factors:** No Contributing Factors  **Roadway Factors:** No Contributing Factors  

| Direction of Travel: North | Vehicle Maneuver: Straight | Non-Motor Maneuver: |
|---|---|---|

| Vehicle Class: Commercial Motor Vehicle (CMV) | Vehicle Type: Tractor/Trailer | Vision Obscured: Not Obscured |
|---|---|---|

| Number of Occupants: 1 | Area of Initial Contact: Front End | Damage to Vehicle: Disabling Damage |
|---|---|---|

| Traffic Way Flow: Two-Way Trafficway with a physical separation | Road Composition: Black Top | Road Character: Straight on Grade |
|---|---|---|

| Number of Lanes: 4 | Posted Speed: 45 | Work Zone: None |
|---|---|---|

**Traffic Control:** Traffic Signal  **Device Inoperative:** ☐ Yes  ☑ No  

**Citation Information:**  
Citation #    O.C.G.A. §  
Citation #    O.C.G.A. §  
Citation #    O.C.G.A. §  

### COMMERCIAL MOTOR VEHICLES ONLY

**Carrier Name:** WEST MOTOR FREIGHT  

| Address | City | State | Zip |
|---|---|---|---|
| 100 W COLUMBIA ST | SCHUYLKILL HAVEN | Pennsylvania | 17972 |

| U.S. D.O.T. # | No. of Axles | G.V.W.R |
|---|---|---|
| 113693 | 5 | 26001 or Greater |

| Cargo Body Type | Vehicle Config. | Fed. Reportable |
|---|---|---|
| Intermodal Container | Tractor Trailer | ☐ Interstate  ☐ Intrastate  ☑ Yes  ☐ No |

**C.D.L. ?** ☑ Yes  ☐ No  **C.D.L. Suspended?** ☐ Yes  ☑ No  
**Vehicle Placarded?** ☐ Yes  ☑ No  **Hazardous Materials?** ☐ Yes  ☑ No  
**Hazmat Released?** ☐ Yes  ☑ No  

If YES: Name or 4 Digit Number from Diamond or Box:  
One Digit Number from Bottom of Diamond:  
☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units  

---

**EXHIBIT "B"**

## Unit # 3

- [x] Driver
- [ ] Ped
- [ ] Bike
- [ ] Susp At Fault

| Field | Value |
|---|---|
| LAST NAME | BAILEY |
| FIRST | CONRAD |
| MIDDLE | G |
| Address | 3871 THORNBURY CT |
| City | LITHONIA |
| State | GA |
| Zip | 30038 |
| DOB | [redacted] |
| Driver's License No | 050999204 |
| Class | CLASS A |
| State | GA |
| Country | USA |
| Insurance Co. | BULLDOG INS |
| Policy No. | 70TRS119383 |
| Telephone No. | [redacted] |
| Year | 2016 |
| Make | HINO |
| Model | 258 |
| VIN | 5PVNJ8JV8G4S61844 |
| Vehicle Color | White |
| Tag # | C342DH |
| State | GA |
| County | |
| Year | |
| Trailer Tag # | |

- [ ] Same as Driver

| Field | Value |
|---|---|
| Owner's Last Name | |
| First | |
| Middle | |
| Address | 163 LAUREL AVE |
| City | ATLANTA |
| State | GA |
| Zip | 30314 |
| Removed By | CHANCEY'S WRECKER SERVICE |

- [ ] Request
- [x] List

| Field | Value |
|---|---|
| Alcohol Test | No |
| Type | Not Tested |
| Results | None Given |
| Drug Test | No |
| Type | |
| Results | |
| First Harmful Event | Motor Vehicle In Motion |
| Most Harmful Event | Motor Vehicle In Motion |
| Operator/Ped Cond | Not Drinking |
| Operator Factors | No Contributing Factors |
| Vehicle Factors | No Contributing Factors |
| Roadway Factors | No Contributing Factors |
| Direction of Travel | West |
| Vehicle Maneuver | Stopped |
| Non-Motor Maneuver | |
| Vehicle Class | Commercial Motor Vehicle (CMV) |
| Vehicle Type | Tractor/Trailer |
| Vision Obscured | Not Obscured |
| Number of Occupants | 2 |
| Area of Initial Contact | Front End |
| Damage to Vehicle | Disabling Damage |
| Traffic Way Flow | Two-Way Trafficway with a physical separation |
| Road Composition | Black Top |
| Road Character | Straight on Hillcrest |
| Number of Lanes | 3 |
| Posted Speed | 45 |
| Work Zone | None |
| Traffic Control | Traffic Signal |
| Device Inoperative | [ ] Yes  [x] No |

**Citation Information:**

| Citation # | O.C.G.A. § |
|---|---|
| | |
| | |
| | |

### COMMERCIAL MOTOR VEHICLES ONLY

| Field | Value |
|---|---|
| Carrier Name | L + A TRUCKING OF GA LLC |
| Address | 163 LAUREL AVE |
| City | ATLANTA |
| State | Georgia |
| Zip | 30314 |
| U.S. D.O.T. # | 3711729 |
| No. of Axles | 3 |
| G.V.W.R | 10001 To 26000 |
| Cargo Body Type | Van Enclosed-Box |
| Vehicle Config. | Single Unit Truck: 3 or More |
| Interstate | [ ] |
| Intrastate | [ ] |
| Fed. Reportable | [x] Yes  [ ] No |
| C.D.L. ? | [x] Yes  [ ] No |
| C.D.L. Suspended? | [ ] Yes  [x] No |
| Vehicle Placarded? | [ ] Yes  [ ] No |
| Hazardous Materials? | [ ] Yes  [ ] No |
| Hazmat Released? | [ ] Yes  [ ] No |

If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:

- [ ] Ran Off Road
- [ ] Down Hill Runaway
- [ ] Cargo Loss or Shift
- [ ] Separation of Units

---

## Unit # 4

- [x] Driver
- [ ] Ped
- [ ] Bike
- [ ] Susp At Fault

| Field | Value |
|---|---|
| LAST NAME | BRAVO PEREZ |
| FIRST | LEYVER |
| MIDDLE | ADAIN |
| Address | 385 NEWTOWN CREEK LOOP N |
| City | CALHOUN |
| State | GA |
| Zip | 30701 |
| DOB | [redacted] |
| Driver's License No | 070588410 |
| Class | CLASS C |
| State | GA |
| Country | USA |
| Insurance Co. | FARM BUREAU INS |
| Policy No. | PPA4106944 |
| Telephone No. | [redacted] |
| Year | 2019 |
| Make | FORD |
| Model | F150 |
| VIN | 1FTEW1E51KFA66054 |
| Vehicle Color | Blue |
| Tag # | CMH7930 |
| State | GA |
| County | |
| Year | |
| Trailer Tag # | |

- [x] Same as Driver

| Field | Value |
|---|---|
| Owner's Last Name | BRAVO PEREZ |
| First | LEYVER |
| Middle | ADAIN |
| Address | 385 NEWTOWN CREEK LOOP N |
| City | CALHOUN |
| State | GA |
| Zip | 30701 |
| Removed By | CHANCEY'S WRECKER SERVICE |

- [ ] Request
- [x] List

| Field | Value |
|---|---|
| Alcohol Test | No |
| Type | Not Tested |
| Results | None Given |
| Drug Test | No |
| Type | |
| Results | |
| First Harmful Event | Motor Vehicle In Motion |
| Most Harmful Event | Motor Vehicle In Motion |
| Operator/Ped Cond | Not Drinking |
| Operator Factors | No Contributing Factors |
| Vehicle Factors | No Contributing Factors |
| Roadway Factors | No Contributing Factors |
| Direction of Travel | West |
| Vehicle Maneuver | Stopped |
| Non-Motor Maneuver | |
| Vehicle Class | Privately Owned |
| Vehicle Type | Passenger Car |
| Vision Obscured | Not Obscured |
| Number of Occupants | 2 |
| Area of Initial Contact | Front End |
| Damage to Vehicle | Disabling Damage |
| Traffic Way Flow | Two-Way Trafficway with a physical separation |
| Road Composition | Black Top |
| Road Character | Straight on Hillcrest |
| Number of Lanes | 3 |
| Posted Speed | 45 |
| Work Zone | None |
| Traffic Control | Traffic Signal |
| Device Inoperative | [ ] Yes  [x] No |

**Citation Information:**

| Citation # | O.C.G.A. § |
|---|---|
| | |
| | |
| | |

### COMMERCIAL MOTOR VEHICLES ONLY

| Field | Value |
|---|---|
| Carrier Name | |
| Address | |
| City | |
| State | |
| Zip | |
| U.S. D.O.T. # | |
| No. of Axles | |
| G.V.W.R | |
| Cargo Body Type | |
| Vehicle Config. | |
| Interstate | [ ] |
| Intrastate | [ ] |
| Fed. Reportable | [ ] Yes  [ ] No |
| C.D.L. ? | [ ] Yes  [ ] No |
| C.D.L. Suspended? | [ ] Yes  [ ] No |
| Vehicle Placarded? | [ ] Yes  [ ] No |
| Hazardous Materials? | [ ] Yes  [ ] No |
| Hazmat Released? | [ ] Yes  [ ] No |

If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:

- [ ] Ran Off Road
- [ ] Down Hill Runaway
- [ ] Cargo Loss or Shift
- [ ] Separation of Units

## COLLISION FIELDS

| | | | | |
|---|---|---|---|---|
| **Manner of Collision:** Angle | **Location at Area of Impact:** On Roadway - Roadway Intersection | **Weather:** Clear | **Surface Condition:** Dry | **Light Condition:** Daylight |

### NARRATIVE

V1 was turning from the far left turn lane of 138 SB onto Sigman Rd east bound at the intersection of 138 and Sigman, he had a green light but not a green arrow.V2 was traveling straight through the green light traveling north bound on 138. V1 made a left turn in front of V2 causing V2 to impact the far rear right hand side of V1. This action resulted in the rear end of V1 spinning around and striking the front end of both V3 and V4 which were stationary at the red light on the east side of Sigman Rd. The impact of the collisions caused all vehicles to become immobile and each had to be towed from the scene by Chancey's Wrecker service. The drivers of both V1 and V2 complained of possible injuries on scene and were assessed by EMS there, but declined transport to Piedmont Rockdale.D1 was found at fault for the accident and cited reference OCGA 40-6-71 failure to yeild while making a left turn.  D1 insisted that the accident was not his fault stating that D2 had his turn signal blinking
****Auto-Generated by Import Service from Additional Remarks****
 on his vehicle indicating that he was making a right turn at the intersection but instead continued straight toward him as he turned. I explained to him that regardless of that he still had a duty to yeild to V2 no matter what.

### DIAGRAM



## PROPERTY DAMAGE INFORMATION

**Damage Other Than Vehicle:**         **Owner:**

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

## OCCUPANT INFORMATION

### 1
| Name (Last, First): | WILLIAMS, DUPRELL | | | | Address: | 1491 OLD GRANTHAM RD GOLDSBORO, NC 27530 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: 33 | Sex: Male | Unit # 1 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: No Air Bag In This | Injury: Possible Injury or Complaint (C) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 2
| Name (Last, First): | SHEPHERD, RUSSELL | | | | Address: | 4909 KATY ST COLUMBIA, SC 29203 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: 66 | Sex: Male | Unit # 2 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: No Air Bag In This | Injury: Possible Injury or Complaint (C) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 3
| Name (Last, First): | BAILEY, CONRAD | | | | Address: | 3871 THORNBURY CT LITHONIA, GA 30038 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: 55 | Sex: Male | Unit # 3 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: No Air Bag In This | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 4
| Name (Last, First): | STERLING, CAROL | | | | Address: | 20 QUEENSLAND LN COVINGTON, GA 30016 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: 55 | Sex: Male | Unit # 3 | Position: Front Seat-Right Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: No Air Bag In This | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 5
| Name (Last, First): | BRAVO PEREZ, LEYVER | | | | Address: | 385 NEWTOWN CREEK LOOP N CALHOUN, GA 30701 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: 33 | Sex: Male | Unit # 4 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

Photos Taken: ☐ Yes  ☑ No     By:

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| TylerTechNW, ConyersTransmit () | Conyers Police Department | 06/28/2022 09:02 | COOK, ANTHONY | 6/22/2022 |