**Secretary of State** Elaine F. Marshall    Home    I Want To...    Divisions

# Information

**SosId:** 1486916
**Status:** Current-Active
**Date Formed:** 12/16/2015
**Citizenship:** Domestic
**Annual Report Due Date:** April 15th
**Annual Report Status:** Current
**Registered Agent:** Mayhew, Monta Davarus

# Addresses

**Mailing**
2612 MISTY CV PL
Kannapolis, NC 28023

**Principal Office**
2612 MISTY CV PL
Kannapolis, NC 28023

**Reg Office**
2612 MISTY CV PL
KANNAPOLIS, NC 28083

**Reg Mailing**
2612 MISTY CV PL
KANNAPOLIS, NC 28083

# Company Officials

All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

**Administrative Member**
Monta Davarus Mayhew , MR.
2612 Misty Cv.
Kannapolis NC 28083

EXHIBIT "E"