

**EXHIBIT "G"**