IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

**CONRAD BAILEY,**

    *Plaintiff(s) / Petitioner(s)*

v.

**DUPRELL WILLIAMS, MAYHEW TRUCKING, LLC, CANAL INSURANCE COMPANY and ABC. CORPORATION,**

Case No.: 23A02641

    *Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, Brent McKee, being duly sworn, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents on Mayhew Trucking, LLC in Cabarrus County, NC on June 16, 2023 at 12:51 pm at 2612 Misty Cove Pl NE, Kannapolis, NC 28083 by leaving the following documents with Monta Mayhew who as Registered Agent (Owner) is authorized by appointment or by law to receive service of process for Mayhew Trucking, LLC.

GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM
COMPLAINT
PLAINTIFF CONRAD BAILEY'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT DUPRELL WILLIAMS
PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DUPRELL WILLIAMS
SUMMONS
PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION OF FACTS TO DEFENDANT MAYHEW TRUCKING, LLC
PLAINTIFFS' FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MAYHEW TRUCKING, LLC
RULE 5.2 CERTIFICATION OF SERVICE
DISCOVERY COVER LETTER
GEORGIA MOTOR VEHICLE CRASH REPORT

Additional Description:
I delivered the documents to Monta Mayhew, Owner and Registered Agent for Mayhew Trucking, LLC.

Black or African American Male, est. age 40, glasses: N, Black hair, 240 lbs to 260 lbs, 5' 6" to 5' 9".

STATE COURT OF
DEKALB COUNTY, GA.
6/21/2023 1:10 PM
E-FILED
BY: Patricia Harris

**EXHIBIT "H"**

Geolocation of Serve: https://google.com/maps?q=34.8728027344,-80.9388512603

STATE COURT OF
DEKALB COUNTY, GA.
6/21/2023 1:10 PM
E-FILED
BY: Patricia Harris



Notarized online using audio-video communication



Brent McKee
_____
Signature
Brent McKee
+1 (803) 984-9770

Subscribed and sworn to before me this 21st day of June, 2023, by Adrienne Rodriguez.
Witness my hand and official seal.

Adrienne Rodriguez
_____
Notary Public

My commission expires:
05/08/2025