STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

**CONRAD BAILEY**

*Plaintiff(s) / Petitioner(s)*

v.

**DUPRELL WILLIAMS, MAYHEW TRUCKING, LLC, CANAL INSURANCE COMPANY and ABC CORPORATION**

Case No.: 23A02641

*Defendant(s) / Respondent(s)*

### AFFIDAVIT OF SERVICE

I, Sonia Daniels, being duly sworn, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents on Canal Insurance Company in Gwinnett County, GA on June 19, 2023 at 3:11 pm at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092 by leaving the following documents with Alisha Smith who as CSC Coordinator at Corporation Service Companyis authorized by appointment or by law to receive service of process for Canal Insurance Company.

GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM
COMPLAINT
PLAINTIFF CONRAD BAILEY'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT DUPRELL WILLIAMS
PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DUPRELL WILLIAMS
SUMMONS
PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION OF FACTS TO DEFENDANT MAYHEW TRUCKING, LLC
PLAINTIFFS' FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MAYHEW TRUCKING, LLC
RULE 5.2 CERTIFICATION OF SERVICE
DISCOVERY COVER LETTER
GEORGIA MOTOR VEHICLE CRASH REPORT

Additional Description:
I delivered the documents to Alisha Smith, CSC Coordinator Registered Agent for Corporation Service Company.

Black or African American Female, est. age 35, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".

**EXHIBIT "I"**

STATE COURT OF
DEKALB COUNTY, GA.
6/23/2023 9:25 AM
E-FILED
BY: Mundy B Jackson

Geolocation of Serve: https://google.com/maps?q=33.9685058594,-84.2266732076
Photograph: See Exhibit 1

Notarized online using audio-video communication

Amber Jo Martinez
Electronic Notary Public
State of Colorado
Commission #: 20194038470
Commission Expires: 10/08/2023

/s/ *Sonia Daniels*
Signature
Sonia Daniels
+1 (770) 895-9933

Subscribed and sworn to before me this 22 day of June, 23, by Amber Jo Martinez.
Witness my hand and official seal.

*Amber Jo Martinez*
Notary Public

My commission expires:
10/08/2023

# Exhibit 1

Exhibit 1a)

