No. 23A02641

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

Date Summons Issued and E-Filed

6/15/2023

**SUMMONS**

/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

Conrad Bailey | 794 Marietta St Ste 94526

Atlanta, Georgia 30318

Plaintiff's name and address

vs.

**[x] JURY**

Duprell Williams | 1491 Old Grantham Road Goldsboro, NC 27530

Mayhew Trucking, LLC 2612 Misty Cv., Kannapolis, NC 28083

Canal Insurance|2 Sun Ct, Suite 400, Peachtree Corners, Ga, 30092

Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

J. Curt Law, Esq. | The J.L. Law Group, LLC

Name

794 Marietta Street Ste 94526 Atlanta, GA 30318

Address

(866) 826-1098                                                                 811862

Phone Number                                                          Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

| Defendant's Attorney | Third Party Attorney |
|---|---|
| Address | Address |
| Phone No.         Georgia Bar No. | Phone No.         Georgia Bar No. |

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☐Other

Principal $ _____TBD @ Trial_____

Interest $ _____TBD @ Trial_____

Atty Fees $ _____TBD @ Trial_____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☒(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

E-file summons1-2016

STATE COURT OF
DEKALB COUNTY, GA.
6/14/2023 5:18 PM
E-FILED
BY: Monica Gay

**EXHIBIT "J"**