IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID PEARSON COMMUNITIES, INC. ) <br> and DR. ANNE MAZZAWI, D.D.S., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GWINNETT COUNTY, GEORGIA, ) <br> GWINNETT COUNTY BOARD OF ) <br> COMMISSIONERS, NICOLE LOVE ) <br> HENDRICKSON, in her official capacity, ) <br> KIRKLAND CARDEN, in his official ) <br> capacity, BEN KU, in his official capacity, ) <br> JASPER WATKINS III, in his official ) <br> capacity, and MATTHEW HOLTKAMP, ) <br> in his official capacity, ) <br> ) <br> Defendants, ) <br> _____) | CIVIL ACTION FILE <br><br> NO. |

## **NOTICE AND PETITION FOR REMOVAL**

COME NOW, Gwinnett County, a political subdivision of the State of Georgia, Gwinnett County Board of Commissioners, a body corporate, Nicole Love Hendrickson, Kirkland Carden, Ben Ku, Jasper Watkins, III, and Matthew Holtkamp, in their official capacities as Commissioners of the Gwinnett County Board of Commissioners, Defendants (hereinafter collectively referred to as

1

"Defendants"), who, by and through their counsel, in response to Plaintiffs' Complaint (hereinafter referred to as "Complaint"), submit their Notice and Petition for Removal pursuant to 28 U.S.C. §§ 1441, 1443 and 1446, showing the Court the following:

1.

On June 8, 2023, Plaintiffs, David Pearson Communities, Inc. and Dr. Anne Mazzawi, D.D.S., filed a Complaint in the Superior Court of Gwinnett County, Georgia, Civil Action File No. 23-A-04993-6. The Complaint was served by Plaintiffs upon Defendants on June 14, 2023. This Notice and Petition for Removal is filed within 30 days of the first service upon a Defendant of the initial Complaint as calculated according to Rule 6(a)(1)(c) of the Federal Rules of Civil Procedure. True and correct copies of all process, pleadings and Orders filed in said civil case are attached as Exhibit A.

2.

Count Five of the Complaint alleges violations of the Fifth and Fourteenth Amendments of the United States Constitution and seeks relief pursuant to 42 U.S.C. § 1983, and attorneys' fees pursuant to 42 U.S.C. § 1988.

3.

This action is subject to removal pursuant to 28 U.S.C. § 1441(a), (c).

This Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. § 1331 since Plaintiff has asserted purported claims for relief under 42 U.S.C. § 1983 and the United States Constitution.

4.

Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a). The United States District Court for the Northern District of Georgia, Atlanta Division, is the District Court having jurisdiction over the district wherein the Superior Court action is pending, pursuant to 28 U.S.C. § 90(a)(2).

5.

This Court has supplemental jurisdiction over any of the Plaintiffs' state law claims under 28 U.S.C. § 1367 because any such claims would be related to the claims that invoke federal question jurisdiction such that they would form the same case or controversy.

WHEREFORE, Defendants pray that this Notice and Petition for Removal be filed; that the entire action referred to above be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division; that no further proceedings be permitted in the case originally filed in the Superior Court of Gwinnett County; and that Defendants Gwinnett County, Georgia, Gwinnett County Board of Commissioners, Nicole Love Hendrickson,

in her official capacity, Ben Ku, in his official capacity, Matthew Holtkamp, in his official capacity, and Kirkland Carden, in his official capacity have such other and further relief as this Court deems just and proper.

This 13th day of July, 2023.

                                                CAROTHERS & MITCHELL, LLC

                                                */s/ Thomas M. Mitchell*

                                                THOMAS M. MITCHELL
                                                Georgia Bar No. 513597
                                                *Attorney for Defendants*

1809 Buford Highway
Buford, GA 30518
(770) 932-3552
(770) 932-6238 FAX
thomas.mitchell@carmitch.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID PEARSON COMMUNITIES, INC. ) <br> and DR. ANNE MAZZAWI, D.D.S., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GWINNETT COUNTY, GEORGIA, ) <br> GWINNETT COUNTY BOARD OF ) <br> COMMISSIONERS, NICOLE LOVE ) <br> HENDRICKSON, in her official capacity, ) <br> KIRKLAND CARDEN, in his official ) <br> capacity, BEN KU, in his official capacity, ) <br> JASPER WATKINS III, in his official ) <br> capacity, and MATTHEW HOLTKAMP, ) <br> in his official capacity, ) <br> ) <br> Defendants, ) <br> _____ ) | CIVIL ACTION FILE <br><br> NO. |

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R.5.1B

I HEREBY CERTIFY that I have this date electronically filed the within **NOTICE AND PETITION FOR REMOVAL** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

5

R. Matthew Reeves
S. Lanier Flanders
1960 Satellite Boulevard, Suite 4000
Duluth, GA  30097
mreeves@atclawfirm.com
flanders@atclawfirm.com

I further certify pursuant to L.R. 7.1(D) that the above-titled document complies with L.R. 5.1(C) and was prepared using a 14-point Times New Roman font.

This 13th day of July, 2023.

CAROTHERS & MITCHELL, LLC

/s/ Thomas M. Mitchell
_____
THOMAS M. MITCHELL
Georgia Bar No. 513597
*Attorney for Defendants*

1809 Buford Highway
Buford, GA 30518
(770) 932-3552
(770) 932-6238 FAX
thomas.mitchell@carmitch.com