IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOROTHY LOUISE OAKLEY, IN HER CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JUSTIN BUTLER, AND AS NEXT OF KIN OF THE DECEDENT,<br><br>Plaintiff,<br><br>v.<br><br>SL5 ATL INDUSTRIAL GP, LLC, SL5 ATL INDUSTRIAL, LP, SL5 ATL INDUSTRIAL 2, LP, SL5 URBAN INDUSTRIAL GP, LLC, SL5 URBAN INDUSTRIAL 2, LP, AND JOHN DOES I, II, III, IV, AND V, WHOSE TRUE NAMES ARE UNKNOWN TO PLAINTIFF,<br><br>Defendants. | Civil Action File No. |

## NOTICE OF AND PETITION FOR REMOVAL

COMES NOW Petitioners/Defendants SL5 ATL Industrial GP, LLC, SL5 ATL Industrial, LP, SL5 ATL Industrial 2, LP, SL5 Urban Industrial GP, LLC, and SL5 Urban Industrial 2, LP, and show this Honorable Court the following:

-1-

1.

A civil action was filed by the above-named Plaintiff Dorothy Louise Oakley, in her capacity as personal representative of the Estate of Justin Butler and as Mr. Butler's next of kin, in the State Court of Clayton County, State of Georgia, naming as Defendants SL5 ATL Industrial GP, LLC, SL5 ATL Industrial, LP, SL5 ATL Industrial 2, LP, SL5 Urban Industrial GP, LLC, and SL5 Urban Industrial 2, LP, and John Does I through V, Civil Action File No. 2023CV01444.  True and correct copies of all process, pleadings, and orders served on Defendants in the State Court of Clayton County are attached hereto as Exhibit "A."

2.

In her Complaint, Plaintiff seek damages stemming from the death of Justin Butler, which occurred when he suffered an electrocution on June 12, 2021 (Compl. ¶¶ 1, 11-13).

3.

Plaintiff Dorothy Louise Oakley is now, and was at the time this lawsuit was filed, a citizen of the State of Georgia.

4.

Petitioner/Defendant SL5 ATL Industrial GP, LLC is now, and was at the time this lawsuit was filed, a foreign limited liability company organized and existing

under the laws of the State of Texas, with its principal place of business at 100 Crescent Court, Suite 850, Dallas, Texas 75201. Therefore, Petitioner/Defendant SL5 ATL Industrial GP, LLC is deemed a citizen of Texas (Compl. ¶ 4).

5.

Petitioner/Defendant SL5 ATL Industrial, LP is now, and was at the time this lawsuit was filed, a foreign limited partnership organized and existing under the laws of the State of Texas, with its principal place of business at 100 Crescent Court, Suite 850, Dallas, Texas 75201. Therefore, Petitioner/Defendant SL5 ATL Industrial, LP is deemed a citizen of Texas (Compl. ¶ 4).

6.

Petitioner/Defendant SL5 ATL Industrial 2, LP is now, and was at the time this lawsuit was filed, a foreign limited partnership organized and existing under the laws of the State of Texas, with its principal place of business at 100 Crescent Court, Suite 850, Dallas, Texas 75201. Therefore, Petitioner/Defendant SL5 ATL Industrial 2, LP is deemed a citizen of Texas (Compl. ¶ 4).

7.

Petitioner/Defendant SL5 Urban Industrial GP, LLC is now, and was at the time this lawsuit was filed, a foreign limited liability company organized and existing under the laws of the State of Texas, with its principal place of business at

100 Crescent Court, Suite 850, Dallas, Texas 75201. Therefore, Petitioner/Defendant SL5 Urban Industrial GP, LLC is deemed a citizen of Texas (Compl. ¶ 4).

8.

Petitioner/Defendant SL5 Urban Industrial 2, LP is now, and was at the time this lawsuit was filed, a foreign limited partnership organized and existing under the laws of the State of Texas, with its principal place of business at 100 Crescent Court, Suite 850, Dallas, Texas 75201. Therefore, Petitioner/Defendant SL5 Urban Industrial 2, LP is deemed a citizen of Texas (Compl. ¶ 4).

9.

In support of the assertion of federal jurisdiction, Petitioners/Defendants SL5 ATL Industrial GP, LLC, SL5 ATL Industrial, LP, SL5 ATL Industrial 2, LP, SL5 Urban Industrial GP, LLC, and SL5 Urban Industrial 2, LP refer to the Complaint, in which Plaintiff seeks to recover the full value of Justin Butler's life, as well as for expenses related to his injury, death, pain and suffering (Compl. ¶¶ 2-3, 43-44).

10.

The matter in controversy is one in which this Court has jurisdiction pursuant to 28 U.S.C. § 1332 as it involves citizens of different states, and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

Therefore, pursuant to 28 U.S.C. §§ 1332 and 1441(a), this matter may be removed to this Honorable Court.

11.

Venue in this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1441.

12.

This Notice of and Petition for Removal is filed within thirty (30) days after service upon Petitioners/Defendants SL5 ATL Industrial GP, LLC, SL5 ATL Industrial, LP, SL5 ATL Industrial 2, LP, SL5 Urban Industrial GP, LLC, and SL5 Urban Industrial 2, LP of Plaintiff's Complaint, which allowed Petitioners/Defendants to ascertain that this case is removable based on the amount in controversy, and said civil action is sought to be removed to this Honorable Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, et. seq. This Notice and Petition for Removal is not being filed more than one year after commencement of the action.

WHEREFORE, Petitioners/Defendants SL5 ATL Industrial GP, LLC, SL5 ATL Industrial, LP, SL5 ATL Industrial 2, LP, SL5 Urban Industrial GP, LLC, and SL5 Urban Industrial 2, LP pray that this Notice of and Petition for Removal be filed, that the entire action referred to herein above be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division,

that no further proceedings be held in the case originally filed in the State Court of Clayton County, State of Georgia, and that Petitioners/Defendants SL5 ATL Industrial GP, LLC, SL5 ATL Industrial, LP, SL5 ATL Industrial 2, LP, SL5 Urban Industrial GP, LLC, and SL5 Urban Industrial 2, LP have all such other and further relief as this Honorable Court deems just and proper in the circumstances.

This 13th day of July, 2023.

Respectfully submitted,

/s/ J. Skye Wellesley
Michael J. Rust
Georgia Bar No. 621257
J. Skye Wellesley
Georgia Bar No. 265377
Taylor T. Hanks
Georgia Bar No. 786484
*Attorneys for Defendants*

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Salesforce Tower Atlanta
950 East Paces Ferry Road
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7372 (Wellesley)
404-870-5919 (Hanks)
404 870-1048 fax
e-mail:     mrust@grsmb.com
            swellesley@grsmb.com
            thanks@grsmb.com

-7-

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

This 13th day of July, 2023.

                                                   Respectfully submitted,

                                                   */s/ J. Skye Wellesley*
                                                   J. Skye Wellesley
                                                   Georgia Bar No. 265377
                                                   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOROTHY LOUISE OAKLEY, IN HER CAPACITY AS PERSONAL REPRSENTATIVE OF THE ESTATE OF JUSTIN BUTLER, AND AS NEXT OF KIN OF THE DECEDENT,<br><br>    Plaintiff,<br><br>v.<br><br>SL5 ATL INDUSTRIAL GP, LLC, SL5 ATL INDUSTRIAL, LP, SL5 ATL INDUSTRIAL 2, LP, SL5 URBAN INDUSTRIAL GP, LLC, SL5 URBAN INDUSTRIAL 2, LP, AND JOHN DOES I, II, III, IV, AND V, WHOSE TRUE NAMES ARE UNKNOWN TO PLAINTIFF,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action File No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2023, copies of the foregoing **NOTICE OF AND PETITION FOR REMOVAL** were electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

                David K. May
                Benjamin J. Hillis

>
> PRINCENTHAL, MAY & WILSON, LLC
> 750 Hammond Drive
> Building 12, Suite 200
> Sandy Springs, GA 30328
> david@princemay.com
> ben@princemay.com
> *Attorneys for Plaintiffs*

This 13th day of July, 2023.

>
> Respectfully submitted,
>
> */s/ J. Skye Wellesley*
> J. Skye Wellesley
> Georgia Bar No. 265377
> *Attorneys for Defendants*