THE CITY OF NEW YORK—DEPARTMENT OF HEALTH
BUREAU OF VITAL RECORDS
CERTIFICATE OF BIRTH REGISTRATION

**CERTIFICATE OF BIRTH**

DATE FILED: Oct 31, 16th '79
Birth No. 156-79-41658

FULL NAME OF CHILD (Type or Print):
First Name: Angelia
Middle Name: Dianta
Last Name: Ransome

SEX: Female
NUMBER OF CHILDREN born of this pregnancy: 1
DATE OF CHILD'S BIRTH: October 26, 1979
HOUR: 10:13 AM

PLACE OF BIRTH: New York
BOROUGH OF: Queens
Booth Memorial Medical Center
Hospital

MOTHER'S FULL MAIDEN NAME: Clevet Collins
MOTHER'S AGE at time of this birth: 32
MOTHER'S BIRTHPLACE: Jamaica, West Indies

RESIDENCE OF MOTHER:
City, town or location: Springfield
Street and house number: 136-39 220th St.

FATHER'S FULL NAME: Richard P. Ransome
FATHER'S AGE: 43
FATHER'S BIRTHPLACE: Virginia

ATTENDANT AT DELIVERY: David Leisten, M.D.
David Leisten, M.D.
72-35 112th Street
Forest Hills, New York 11375
Date Signed: October 26, 1979

BUREAU OF VITAL RECORDS   DEPARTMENT OF HEALTH   THE CITY OF NEW YORK

Print here the mailing address of mother.
Copy of this certificate will be mailed to her when it is filed with the Department of Health.

Name: Mrs. Clevet Ransome
Address: 136-39 220th Street    PVT.
City: Springfield Gardens, N.Y.   Zip: 11413

ABOVE IS AN EXACT COPY OF A CERTIFICATE OF BIRTH REGISTERED FOR YOUR CHILD. IF IT IS SENT WITHOUT CHARGE TO THE CERTIFICATE. CORRECT ANY ERRORS, RETURN THIS COPY WITH THE CORRECT ENTRIES TO US AT ONCE. IT IS IMPORTANT TO HAVE THE RECORD CORRECTED. IT IS IMPORTANT TO DO THIS AT ONCE.

WARNING: DO NOT ALTER THIS TRANSCRIPT. ANY ALTERATION OR ERASURE BY THE DEPARTMENT OF HEALTH IS REQUIRED BY LAW. THE REPRODUCTION OR ALTERATION OF THIS TRANSCRIPT IS PROHIBITED BY SECTION 3.21 OF THE NEW YORK CITY HEALTH CODE.

NOTICE: In issuing this transcript of the record, the Department of Health of the City of New York does not certify to the truth of the statements made therein as no inquiry as to the facts has been provided by law.

MAYOR   COMMISSIONER OF HEALTH   CITY REGISTRAR