N320



U.S. Department of Homeland Security
2150 Parklake Drive NE
Atlanta, GA 30345

**U.S. Citizenship and Immigration Services**

Date: 11/26/2019
Regarding: A207674571

Polycarp Ngwu
2101 Power Ferry Road SE
APT J
Marietta, GA 30067

You have been scheduled to appear for an interview regarding your Petition to Remove the Conditions on Residence (Form I-751). The interview will be conducted at:

Atlanta Field Office: First Floor
2150 Parklake Drive NE Atlanta, GA 30345.

APPOINTMENT DATE: **Monday, December 30, 2019** APPOINTMENT TIME: **12:55 PM.**

Your spouse must attend the interview. If your petition was filed in support of any children with conditional residence status, those children must also attend.

<u>If neither the petitioner nor the beneficiary speaks English, please bring an interpreter to the interview.</u> The petitioner and beneficiary **cannot interpret for one another.**

If you are divorced: you must bring the original, and a copy, of your Divorce Decree or Dissolution of Marriage Certificate, and your Marital Settlement Agreement.

Bring all requested documents to this interview. This will help expedite a decision on your petition. **All documents must include this period from the date you received your conditional residence to the present time.** *It is very important that you bring the original and a copy of each requested document.* The copies will be placed in your Service file, the originals will be returned to you.

**You must present all of the following documentation to support your petition:**

1. Alien Registration Card, Passport, and Driver's License.
2. Birth certificate of all children born during your marriage.
3. Bank Statements, and cancelled checks covering the period of your marriage.
4. IRS Tax Transcripts (including W-2s, 1099s, etc…) and any correspondence from IRS.
5. Apartment leases and / or home mortgage documents, warranty deeds for all residences where you have resided during your marriage.
6. Auto Insurance policies and vehicle registration.
7. Life and Medical Insurance.
8. Utility Account Statements; electric, water, phone, and Cable T.V.
9. Two Passport style photographs (**unless previously submitted with application**).
10. If you have been arrested: Certified copies of Police Officers Arrest Report & Court Disposition for any arrests, which occurred after you obtained your Conditional Resident Status.

Please note that Service policy, set forth in Title 8, Code of Federal Regulations, Part 216.5 (a) (2) (d), indicates that your petition **will be denied**, if you fail to appear or respond for this appointment.
If you are unable to attend this appointment, this letter must be returned with an explanation as to why you cannot attend the interview, on or before the date of your interview.

Attorney: Lu Wang
Officer:

*HAND DELIVERED AT INTERVIEW*



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive NE
Atlanta, GA 30345

**U.S. Citizenship and Immigration Services**

Date of Interview: 12/30/2019

**Name: Polycarp, Ngwu**
A205032598

Form Type: I-751

## NOTICE OF INTERVIEW RESULTS

You have just completed your Form I-751 interview.

☐ Your petition has been recommended for approval. A final decision will be mailed once your petition is complete.

☒ USCIS is unable to complete your case at this time. Your case is being continued until a final decision can be made. Please see below for further explanation.

### REASON FOR CONTINUANCE

☒ Your case is being held for review. At this time, USCIS does not require any further information or documents from you. Should further information or documents be required, you will receive a notice in the mail. We may also schedule you for another interview, in which case you will receive a notice in the mail. Otherwise, a final decision will be mailed once your case is complete.

☐ Your case is being transferred to the USCIS office servicing your new address. Should further information or documents be required, you will receive a notice in the mail. USCIS may also schedule you for another interview, in which case you will receive a notice in the mail. Otherwise, a final decision will be mailed once your case is complete.

☐ Your case is being held for background checks that are required prior to the adjudication of the adjustment of status application. Once all the clearances required have been received and reviewed, you will be notified of a decision on your case.

Please allow for no less than 120 days before making a status inquiry on your case. You may make a status inquiry through the national Customer Service line at 1- 800-375-5283. You may also make an InfoPass appointment to discuss your case with an Immigration Officer at the Atlanta Field Office. InfoPass appointments may be made online on the USCIS website at www.uscis.gov.

If you change your address, you must file Form AR-11 and contact the national Customer Service line to ensure that your file and all systems are updated with your current address. Form AR-11 and its instructions may be obtained from the USCIS website.

Sincerely,

Shineka Miller
Acting Field Office Director