7/16/2020                                        myUSCIS - Your Appointment Confirmation

 U.S. Citizenship and Immigration Services

## Appointment Details

Customer: POLYCARP NGWU

**Your USCIS office**
Atlanta Field Office

2150 PARKLAKE DRIVE
Atlanta, GA 30345

**Date**
07/30/2020

**Time**
07:40 AM

Confirmation Number:

ATL-20-2506       

2531

**Attention:** To ensure your health and safety, you must take the following COVID-19 safety precautions when arriving for your interview: • Do not arrive more than 15 minutes before your appointment time. We cannot let you into the building before then; • You (and anyone we have allowed to come with you) must wear a face covering that covers the mouth and nose; and • Bring a black or blue ink pen with you.

## What you need to bring

- **This letter** - Print a copy of this appointment letter.
- **Government photo ID** - You can bring your passport, valid driver's license, military ID, U.S. government ID, work permit, or Green Card.
- **Application documents** - Bring all immigration forms, receipts, and any other documents related to your case.

## Additional information

- All USCIS offices are handicap accessible. If you need special accommodations, please call the contact center at 800-375-5283 (TDD for the deaf or hard of hearing: 1-800-767-1833.)
- Bring a translator if you need someone to help with translation.