REQUEST FOR PETITIONER TO APPEAR FOR INITIAL INTERVIEW

Case Type:
FORM I-751, PETITION TO REMOVE CONDITIONS ON RESIDENCE

| Receipt Number: | Received Date: | Priority Date: |
|---|---|---|
| EAC 1721550487 | Thursday, July 27, 2017 | |

Polycarp Ngwu
2101 Powers Ferry Rd SE, Apt # J
Marietta, GA 30067

Notice Date:
Tuesday, October 26, 2021

Applicant A-Number and Name:
A- 207674571

Page
1 of 2

A Number
A- 207674571

Receipt Number
EAC 1721550487

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Petition to Remove Conditions on Residence (Form I-751). *Failure to appear for this interview will result in the denial of your petition and the termination of your status.* (8 CFR216.4(b)(3) and 216.5(d))

*YOU MUST APPEAR FOR THIS INTERVIEW* - However, if you are ill, have any symptoms of illness, have traveled outside the United States within the past two weeks or had contact with a person who tested positive for COVID-19 within the past two weeks, or are at heightened risk due to age or an underlying health condition, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your interview. There is no penalty for requesting that your appointment be rescheduled.

*COVID-19 Safety Precautions* - To ensure the health and safety of all who enter USCIS offices, you must take the following safety precautions when arriving for your interview:

- DO NOT arrive more than 15 minutes prior to your interview time. You will not be permitted entry into the office until 15 minutes before your interview.
- You and anyone permitted to come with you to your interview (as explained in the section, "*Who should come with you?*" below) must wear a face covering that covers the mouth and nose.
- Bring a black or blue ink pen with you to your interview.

*Who should come with you? Only the following people may come with you to your interview:*

- If your eligibility is based on your marriage, your spouse must come with you to the interview.
- If you do not speak English fluently, you should arrange to have an interpreter available by phone. If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the interview, or be available via phone.
- If your eligibility is based on a parent/child relationship and you are a minor, your petitioning parent must come with you to the interview.
- If you have a disability and have an individual who assists you, that individual may come with you.

*\*NOTE:* Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. We may record or videotape your interview.

*YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:* (Please use as a checklist to prepare for your interview)

- This Interview Notice and your Government issued photo identification.
- Any immigration-related documentation ever issued to you, including your conditional permanent resident card, any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- All travel documents used to enter the United States, including Passports, Advance Parole Documents (Form I-512), and Arrival/Departure Document (Form I-94).
- *If you are filing Form I-751 as a joint petition with your spouse or your parent's spouse,* bring the following documentation as evidence of the qualifying marriage:
    1. Birth Certificates of children born to the qualifying marriage, if any;
    2. Lease or mortgage contracts showing joint occupancy and/or ownership of your communal residence;
    3. Financial records showing joint ownership of assets and joint responsibility for liabilities, such as joint savings and checking accounts with transaction history, complete joint Federal and State tax returns, insurance policies showing your spouse as the beneficiary, joint utility bills or

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible, even if you indicated on your application that you require an accommodation.

PLEASE COME TO: US CITIZENSHIP & IMMIGRATION SERVICES
Atlanta Field Office
2150 Parklake Dr NE
Atlanta, GA  30345 - check in on 1st Floor

ON (Date):  Monday, November 8, 2021
AT (Time): 9:30 am EST

| | |
|---|---|
| REQUEST FOR PETITIONER TO APPEAR FOR INITIAL INTERVIEW | Notice Date: Tuesday, October 26, 2021 |
| Case Type: FORM I-751, PETITION TO REMOVE CONDITIONS ON RESIDENCE | Applicant A-Number and Name: A- 2 0 7 6 7 4 5 7 1 |
| Receipt Number: EAC1721550487 | Received Date: Thursday, July 27, 2017 | Priority Date: | Page 1 of 2 |

joint installment or other loans. If applicable, submit copies of military Leave and Earnings Statements showing receipt of Basic Allowance for Quarters (BAQ) with family members and/or Form DD-1172 for military family member identification cards; and

4. Other documents establishing your marriage was not entered for the purpose of evading U.S. immigration laws.

- If you are filing Form I-751 as an individual due to the death of your spouse (or your parent's spouse), bring the death certificate, along with evidence of the qualifying relationship.

- If you are filing Form I-751 as an individual because your marriage has been terminated (or your parent's marriage with his/her spouse has been terminated), bring the final divorce decree or other document terminating or annulling the qualifying marriage, along with evidence of the qualifying relationship.

- If you are filing Form I-751 as an individual because you and/or your conditional resident child was/were battered or subjected to extreme cruelty, bring:

  1. Evidence of the abuse, such as reports or official records issued by police, courts, medical personnel, school officials, clergy, social workers, or other social service agency personnel; any legal documents relating to an order of protection against the abuser or relating to any legal steps taken to end the abuse; evidence of seeking safe haven in a shelter for the abused or similar refuge; as well as photographs evidencing your injuries; and

  2. A copy of your divorce decree, if the marriage was terminated by divorce based on physical abuse or extreme cruelty.

- If you are filing Form I-751 as a waiver of the joint filing requirement because the termination of your status and removal would result in "extreme hardship," bring evidence that your removal would result in hardship significantly greater than the hardship encountered by other foreign nationals who are removed from this country after extended stays. The evidence must relate only to factors arising during your conditional permanent residency.

- If you are a child filing Form I-751 separately from your parent, bring a full explanation as to why you are filing separately, along with copies of any supporting documentation.

- Original and copy of each supporting document submitted with your petition. (Otherwise, we may keep your originals for our records.)

- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges were dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.

- A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible, even if you indicated on your application that you require an accommodation.

| | |
|---|---|
| PLEASE COME TO: US CITIZENSHIP & IMMIGRATION SERVICES<br>Wang & Associates, P.C.<br>3296 Summit Ridge Parkway, Ste 2020<br>Duluth, GA 30096 | ON (Date): Monday, November 8, 2021<br>AT (Time): 9:30 am EST |