# Marriage Certificate

**STATE OF GEORGIA** — **COUNTY OF COBB**

This Certifies that  **ANGELIA RANSOME**

and  **POLYCARP NGWU**  were united in

**MARRIAGE**

by  **JOHN STRAUSS, JUDGE**

on the **26TH** day of **MARCH**, in the year, **2015**

As appears of record in my office in Marriage Record Book **2015**

Page **1019**  This **07TH** day of **APRIL**, **2015**

JUDGE OF PROBATE COURT, MARIETTA, GEORGIA