U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Dr NE
Atlanta, Ga 30345



U.S. Citizenship
and Immigration
Services

Date: NOV 26 2019

Eddie Saxton Jr
3396 Fairway Oaks Dr Apt A
Lawrenceville, GA 30044

A214664487
MSC1791927741

## NOTICE OF INTENT TO DENY

This is your notification of the Service's intent to deny the Petition for Alien Relative (Form I-130) filed pursuant to § 201(b) of the Immigration and Nationality Act, as amended (the Act).

Title 8, Code of Federal Regulations, § 103.2(b)(1) states:

> An applicant or petitioner must establish eligibility for a requested immigration benefit. An application or petition must be completed as applicable and filed with any initial evidence required by regulation or by the instructions on the form. Any evidence submitted is considered part of the relation application or petition.

In visa petition proceedings, the burden of proof is on the petitioner to establish the eligibility of the beneficiary for the benefit sought. Matter of Kumah, 19 I & N Dec. 290, 292 (BIA 1985); See Matter of Brantigan, 11 I&N Dec. 493 (BIA 1966).

The standard of proof in visa petition proceedings is proof by a preponderance of the evidence. Matter of Soo Hoo, 11 I & N Dec. 151 (BIA 1965). Proof by a preponderance of the evidence is a lesser standard than proof by clear, convincing, and unequivocal evidence. Matter of Patel, 19 I & N Dec. 774 (BIA 1988); Matter of Koden, 15 I & N Dec. 739 (BIA 1974; D.A.G. 1976).

During your interview with the immigration service officer on November 28, 2019 the record shows that you failed to bring to your scheduled interview items required by applicable regulations and/or the form's instructions and consequently, have not established the beneficiary's eligibility for the benefit sought. You did not submit sufficient evidence that your divorced your first spouse.

Please submit proof of the legal termination of the marriage of Barbara Saxton and Eddie Saxton Jr. Such proof would normally be a final (absolute) divorce decree, death certificate, annulment, etc. In order for the legal termination of a marriage to be considered valid for immigration purposes, it must have been registered with a civil authority. See the Department of State's Foreign Affairs Manual

www.uscis.gov

found online at http://www.state.gov/ for more information on acceptable legal termination records for terminations occurring outside the United States.

In accordance with 8 CFR § 103.2(b), you are hereby given thirty (30) days from the date of this letter to inspect the evidence in this case and offer written evidence in rebuttal. Please mail the requested evidence to the above address. If you mail a document in any language other than English, you must include the English translation. The translator must certify that the translation is accurate and that he or she is competent to translate. An officer will review the evidence submitted. You must provide the originals and photocopies of all documents requested. If no explanation, rebuttal, or evidence is received within the time given, the case will be decided on the present evidence.

Sincerely,

Kevin Riddle
Field Office Director

cc: Surance Segall

AC1644