February 25, 2020

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship and Immigration Services**

ABIODUN TITILAYO ANJOLA
3396 FAIRWAY OAKS DR APT A
LAWRENCEVILLE, GA 30044



MSC2090568940

RE: I-485, Application to Register Permanent Residence or Adjust Status



A214-664-487

## REQUEST FOR INITIAL EVIDENCE

### Why We Are Writing You

This office is unable to complete the processing of your Application to Register Permanent Residence or Adjust Status, (Form I-485). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response**

- Submit a copy of the birth certificate or other primary birth record issued by the appropriate civil authority for the applicant. USCIS will only accept a long-form birth certificate which lists at least one parent. If the birth certificate or other primary birth record is not available, you must submit acceptable secondary evidence AND a letter from the government or other authority. Examples of acceptable secondary evidence may include, but is not limited to; church or school records, listing your parents' names and your date of birth; hospital records of your birth; or other official records indicating a country and record of birth.

   Title 8 Code of Federal Regulations, Section 103.2(b)(2)(ii) states:

   "Where a record does not exist, the applicant or petitioner must submit an original written statement on government letterhead establishing this from the relevant government or other authority. The statement must indicate the reason the record does not exist, and indicate whether similar records for the time and place are available."

It must contain one of the following:
- A legible seal
- A legible stamp
- A signature with a title containing the words: secretary, registrar or births and deaths

If the document is in a language other than English, you must submit a copy of the foreign language document and a completed English translation. For more information on birth records, see visa reciprocity and civil documents at https://travel.state.gov.

- You have submitted Form I-864, Affidavit of Support, from the petitioning sponsor. However, the Form I-864 does not list the applicant as the principal immigrant. Applicants listed on a separate visa petition must be listed as the principal immigrant on their own Form I-864. In order for us to process your application further, you must:
    - Submit a completed and signed Form I-864, Affidavit of Support, from the petitioning sponsor that lists the applicant as the principal immigrant. All pages must be present and of the latest edition date.
    - Provide the petitioning sponsor's Social Security Number on Form I-864.
    - Provide a complete and correctly calculated household size for the petitioning sponsor on Form I-864.
    - Submit a complete copy of the petitioning sponsor's Federal income tax return, including all supporting tax documents (W-2s, 1099s, Form 2555, and tax schedules) filed with the return, for the most recent tax year.
  For further instructions and the latest edition of Form I-864, visit the USCIS website at www.uscis.gov. See Specific Instructions and Specific Requirements listed in the Form I-864 instructions for complete information.

## When You Need To Do It

You must send the requested information by mail to the address shown below within 87 days.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of ALL pages of this letter with your response.**

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| U.S. Department of Homeland Security<br>National Benefits Center<br>P.O. Box 648004<br>Lee's Summit, MO 64002 | USCIS, Attention: Adjustment of Status<br>850 NW Chipman Rd<br>Lee's Summit, MO 64063 |

Please do not forget to include a copy of ALL pages of this letter with your response.

Sincerely,

*Robinson*

Terri A. Robinson (Acting)
Director
Officer: LX 2774