IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMMIE WALKER and,<br>PATRICIA WALKER,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM INSURANCE<br>COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  FILE NO.:<br>)<br>)  [On removal from the Superior Court<br>)  of Cherokee County, Georgia;<br>)  Civil Action File No. 23CVE1056]<br>)<br>) |

## CERTIFICATE OF REMOVAL

**WE HEREBY CERTIFY** that we are counsel for STATE FARM FIRE AND CASUALTY COMPANY on behalf of Defendant STATE FARM INSURANCE COMPANY in the above-styled proceeding and have this day filed a copy of a "Notice of Removal," including the "Notice of Filing Removal," in the Superior Court of Cherokee County, Georgia, the Court from which said action was removed.

This 14th day of July 2023.

                                                SWIFT, CURRIE, McGHEE & HIERS, LLP

                                                */s/ Jessica M. Phillips*
                                                Jessica M. Phillips
                                                Georgia Bar No. 922902
                                                Taylor C. Gore

        Georgia Bar No. 205817
        *Attorneys for State Farm Fire and Casualty Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
jessica.phillips@swiftcurrie.com
taylor.gore@swiftcurrie.com

-3-

## **LOCAL RULE 5.1(C) CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C).

Respectfully submitted this 14th day of July, 2023.

                                      SWIFT, CURRIE, McGHEE & HIERS, LLP

                                      */s/ Jessica M. Phillips*
                                      Jessica M. Phillips
                                      Georgia Bar No. 922902
                                      Taylor C. Gore
                                      Georgia Bar No. 205817
                                      *Attorneys for State Farm Fire and Casualty Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
jessica.phillips@swiftcurrie.com
taylor.gore@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I have this day electronically filed the foregoing **CERTIFICATE OF REMOVAL** with the Clerk of Court using the CM/ECF System.  The clerk will serve opposing counsel as follows:

Nicholas P. Martin
7000 Peachtree Dunwoody Road
Bld. 1, Ste. 202
Atlanta, GA 30328
nmartin@nickmartinlaw.com
*Attorney for Plaintiffs*

This 14th day of July, 2023.

                                                          SWIFT, CURRIE, McGHEE & HIERS, LLP

                                                          */s/ Jessica M. Phillips*
                                                          Jessica M. Phillips
                                                          Georgia Bar No. 922902
                                                          Taylor C. Gore
                                                          Georgia Bar No. 205817
                                                          *Attorneys for State Farm Fire and Casualty Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
jessica.phillips@swiftcurrie.com
taylor.gore@swiftcurrie.com

4880-8729-2271, v. 1