# EXHIBIT C

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 1

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| 1. A system for tomographically modeling dental and orthopedic structure densitometry, which includes: | The Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D family of scanners together with the CS Imaging or CS 3D Imaging Software and a computerized device such as a laptop or workstation on which such software is installed having a controller with a microprocessor, memory device, and output device  (together, the "Accused Systems") were systems for tomographically modeling dental and orthopedic structure densitometry as claimed.  |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 2

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| | *See* CS 9600 Brochure, at p. 4 (https://www.carestreamdental.com/globalassets/resource-library/hardware/cs-9600-family/cs-9600/english/cs9600fullbrochurea4.pdf)  *See* CS 9600 Brochure, at p. 4 (https://www.carestreamdental.com/globalassets/resource-library/hardware/cs-9600-family/cs-9600/english/cs9600fullbrochurea4.pdf). |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 3

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| |  |

**CS 9000 3D system**
- Multi-modality system with 3D imaging and digital panoramic
- Field of view limited to a focused area, single arch, TMJ or Sinus
- Highest resolution CBCT images
- Full arch imaging allows for visualization of impacted teeth, implant planning, simple pathological lesions and surgical guide creation

**CS 9300 Select system**
- Multi-modality system with 3D imaging and digital panoramic
- Four selectable fields of view ranging from 5 cm x 5 cm to 10 cm x 10 cm
- For general dentists and specialists placing implants, performing endodontic procedures, periodontal treatments or minor oral surgeries

**CS 9300 system**
- Multi-modality system with 3D imaging and digital panoramic
- Collimation limits exposure to area of interest and delivers 75-90% less radiation than medical spiral CT units
- Covers widest scope of clinical applications

*See* https://www.carestreamdental.com/en-us/resource-library/?type=Hardware&family=Extraoral%20Imaging&version=CS%209600%20Family

The Accused Systems were designed to generate tomographic models of a patient's dental and orthopedic structure including densitometric data by merging information from several tomographic scans of a patient's mouth to produce a 3D representation of the patient's dental structure.  The tomographic models comprised Pixel Intensity values that were quantitatively calculated values representing the physical density of the subject's teeth and other bones.  The Accused Systems were designed to represent the quantitative density pixel values using different levels of gray or color in a 3D dental image and as numerical Pixel Intensity values which could be displayed upon selection of a setting in the Accused Systems.

The Pixel Intensity values shown in the Accused Systems were also used and represented in a Curved Slicing tool in the CS 3D Imaging software.

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 4

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| |  **Curved Slicing** — Depending which software mode you have installed (**Dentist**, **ENT** or **Imaging Center**), this workspace tab allows you to trace the jaw arch or temporal bone to display trace and cross-section. See "Using the Curved Slicing Tab". The **Curved Slicing** workspace tab can be used as part of your **Prosthetic-Driven Implant Planning** workflow to match 3D digital impression and CBCT scan views, and to import crowns and implants. See "Prosthetic-Driven Implant Planning Workflow". <br><br> *See, e.g.*, CS 3D Imaging – User Guide – Version 8 (https://www.carestreamdental.com/en-us/resource-library/?type=Hardware&family=Extraoral%20Imaging&version=CS%209600%20Family). <br><br> The Accused Systems and specifically the Curved Splicing tool were designed to use and display the 3D tomographic model of a patient's dental structure and allow a user to select points in the tomographic model from which to get a curved cross sectional view of the dental structure, and to display the Pixel Intensities of the pixels in the selected cross section. <br><br> *See, e.g.*, CS 3D Imaging – User Guide – Version 3 (https://www.carestreamdental.com/en-us/resource-library/?type=Hardware&family=Extraoral%20Imaging&version=CS%209600%20Family). |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 5

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| | *See also* CS 3D Imaging - Implant Planning Parts 1-4 Panoramic Curve and Nerve Mapping – a number is displayed in the bottom right hand corner of the implant planning module using the Curved Slicing tool that changes with the movement of the cursor around the 3D tomographic model as shown in the image below with a number 351) (https://www.youtube.com/watch?v=5h67Y5pmKf4&t=18s; https://www.youtube.com/watch?v=zY4ohBip5zc; https://www.youtube.com/watch?v=fyD9_PcSmzo; and https://www.youtube.com/watch?v=zY4ohBip5zc.)<br><br> |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 6

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
| --- | --- |
| | Further, the Accused Systems were designed to allow for multi-planar reformatting (MPR) views:<br><br>• Multi-planar reformatting (MPR) views:<br><br>  • Axial plane (A) - Displays cut slices from superior to inferior. This slice displays a cut through the anatomy parallel to the floor.<br><br>  • Coronal plane (B) - Displays cut slices from anterior to posterior.<br><br>  • Sagittal plane (C) - Displays cut slices from medial to lateral.<br><br>The Accused Systems were designed so that when a user holds a mouse over the regions of interest in a MPR view, a relative density number was displayed.<br><br>**Understanding the Numbers on MPR Views**<br><br>Each of the cut plane MPR views in the 3D module has a millimeter measurement and a zoom number. When you hold your mouse over regions of interest in an MPR view, a relative density number is also displayed. |

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
|  |  |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 8

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| | *See* CS 3D Imaging – User Guide (https://www.carestreamdental.com/en-us/resource-library/?type=Software&family=Imaging%20Software&version=CS%203D%20Imaging). |
| a) a controller with a microprocessor and a memory device connected to the microprocessor, said controller including means for storing a pre-existing tomographical dental/orthopedic densitometry model; | The Accused Systems included one or more controllers with one or more microprocessors and memory devices connected to the microprocessor(s). The controller(s) in the Accused Systems was adapted for storing a pre-existing tomographical dental/orthopedic densitometry model. |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 9

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|



Figure 2−2    CS 9300C Functional Components

| 1 | ON/OFF button | 7 | Sensor |
|---|---|---|---|
| 2 | Unit fixed arm | 8 | X-ray source assembly |
| 3 | Control panel | 9 | Unit rotative arm |
| 4 | Hand Grips | 10 | X-Ray remote control |
| 5 | Chin rest base | 11 | Cephalostat arm |
| 5 a | Panoramic chin rest | 12 | Cephalostat head |
| 5 b | 3D chin rest and bite block | 13 | Head clamps and ear cones |
| 6 | Temple supports | 14 | Nasion support |
| | | 15 | PC hosting the imaging and the acquisition software |

### Minimum Computer System Requirement

The computer and the peripheral equipment must conform to the IEC 60950 standard.

| Item | Viewing | Acquisition |
|---|---|---|
| CPU | 2.4 GHz Intel Duo Core | 2.4 GHz Intel Duo Core |
| RAM | 4 GB | 4 GB |
| Hard disk drive | ▪ 1.2 GB for software installation<br>▪ 250 GB free space to use the software | ▪ 4 GB for software installation<br>▪ 500 GB free space to use the software |
| Graphic board | Nvidia/ATI based board supporting Open GL 1.2 with 512 MB of video RAM on AGP x8 video bus | ▪ Cuda version 6.5 or higher<br>▪ Compute capability 1.1 or higher<br>▪ Nvidia based board on PCI Express video bus with minimum 1GB of video RAM |
| Display | 1024 x 768 minimum screen resolution<br>32 bits color mode | 1280 x 1024 minimum screen resolution |
| Operating system* | ▪ Windows 7 (32 & 64 bits)<br>▪ Windows 8* (64 bits), Windows 8.1* (64 bits)<br>▪ Windows 10 (64 bits) | ▪ Windows 7 (64 bits)<br>▪ Windows 8* (64 bits), Windows 8.1* (64 bits)<br>▪ Windows 10 (64 bits) |
| Ethernet interface | N/A | 2 Ethernet interfaces:<br>▪ 100 Mbits system link connection<br>▪ 1 Intel Pro 1000 GT Ethernet sensor link connection |
| CD/DVD drive | A DVD-BURNER drive is required. | A DVD-BURNER drive is required. |
| Backup Media | Removable/portable, external hard disk drive. | Removable/portable, external hard disk drive. |
| Mouse | A mouse with 2 buttons and a scroll wheel is required | A mouse with 2 buttons is required |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 10

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
|  | *See*, CS Imaging v8 System Requirements, at p. 1 (https://www.carestreamdental.com/globalassets/resource-library/imaging-software/cs-imaging/v8/21981_minimum-systems-requirements-document-for-cs-imaging.pdf)<br><br>*See* CS 9300 Family SR Guide and Technical Specification User Guide (https://www.carestreamdental.com/en-us/resource-library/?type=Hardware&family=Extraoral%20Imaging&version=CS%209600%20Family)<br><br>*See* CS 9300 User Guide (https://www.carestreamdental.com/en-us/resource-library/?type=Hardware&family=Extraoral%20Imaging&version=CS%209600%20Family)<br><br>**eBackup**<br>• Benefit from reliable data recovery services<br>• Safely transfer and store valuable practice management and image data<br>• Easily access backups, if needed |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 11

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| |  **Integrate images into patient records in seconds** Capturing your active workspace into your patient's file is often a great way to maintain patient records. Panoramic views from the curved slicing tab or cephalometric views from the sagittal view can be easily captured and maintained in the patient's record. 3D renderings are the most understandable views for patients, and capturing them is quick and easy with the 3D imaging module screen capture tool. **Get instant density readings** Understanding the relative density of objects in the 3D volume is critical. Grayscale image values are displayed in the lower right corner of the software whenever you move your cursor over the area of interest.  Top: Plan implants with confidence. Middle: Clear layout of TMJ slices and 3D rendering. Bottom: Go beyond right angles to get a complete picture of the anatomy. *See* Carestream Dental – 3D Imaging Systems |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 12

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| b) an input device connected to the microprocessor; | The Accused Systems included a control panel (input device) connected to the microprocessor(s).  The computing devices in the Accused Systems also included an input device connected to a microprocessor(s).<br><br> |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 13

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| | *See* CS 9300 Family SR Guide and Technical Specification User Guide (https://www.carestreamdental.com/en-us/resource-library/?type=Hardware&family=Extraoral%20Imaging&version=CS%209600%20Family) <br><br> *See* CS 9300 User Guide (https://www.carestreamdental.com/en-us/resource-library/?type=Hardware&family=Extraoral%20Imaging&version=CS%209600%20Family) |
| c) a positioning motor connected to the microprocessor and movable in response to from said microprocessor; | The Accused Systems included positioning motors (rotative arm and related motor) connected to and movable in response to commands from the microprocessor(s). |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 14

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|



Figure 2–2    CS 9300C Functional Components

1    ON/OFF button
2    Unit fixed arm
3    Control panel
4    Hand Grips
5    Chin rest base
5 a    Panoramic chin rest
5 b    3D chin rest and bite block
6    Temple supports
7    Sensor
8    X-ray source assembly
9    Unit rotative arm
10    X-Ray remote control
11    Cephalostat arm
12    Cephalostat head
13    Head clamps and ear cones
14    Nasion support
15    PC hosting the imaging and the acquisition software

## Minimum Computer System Requirement

The computer and the peripheral equipment must conform to the IEC 60950 standard.

| Item | Viewing | Acquisition |
|---|---|---|
| CPU | 2.4 GHz Intel Duo Core | 2.4 GHz Intel Duo Core |
| RAM | 4 GB | 4 GB |
| Hard disk drive | • 1.2 GB for software installation<br>• 250 GB free space to use the software | • 4 GB for software installation<br>• 500 GB free space to use the software |
| Graphic board | Nvidia/ATI based board supporting Open GL 1.2 with 512 MB of video RAM on AGP x8 video bus | • Cuda version 6.5 or higher<br>• Compute capability 1.1 or higher<br>• Nvidia based board on PCI Express video bus with minimum 1GB of video RAM |
| Display | 1024 x 768 minimum screen resolution<br>32 bits color mode | 1280 x 1024 minimum screen resolution |
| Operating system* | • Windows 7 (32 & 64 bits)<br>• Windows 8* (64 bits), Windows 8.1* (64 bits)<br>• Windows 10 (64 bits) | • Windows 7 (64 bits)<br>• Windows 8* (64 bits), Windows 8.1* (64 bits)<br>• Windows 10 (64 bits) |
| Ethernet interface | N/A | 2 Ethernet interfaces:<br>• 100 Mbits system link connection<br>• 1 Intel Pro 1000 GT Ethernet sensor link connection |
| CD/DVD drive | A DVD-BURNER drive is required. | A DVD-BURNER drive is required. |
| Backup Media | Removable/portable, external hard disk drive | Removable/portable, external hard disk drive |
| Mouse | A mouse with 2 buttons and a scroll wheel is required | A mouse with 2 buttons is required |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 15

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| | *See* CS 9300 Family SR Guide and Technical Specification User Guide (https://www.carestreamdental.com/en-us/resource-library/?type=Hardware&family=Extraoral%20Imaging&version=CS%209600%20Family)<br><br>*See* CS 9300 User Guide (https://www.carestreamdental.com/en-us/resource-library/?type=Hardware&family=Extraoral%20Imaging&version=CS%209600%20Family)<br><br><br><br>*See*, CS 9600 – 3D imaging workflow using Live Positioning Assistant video (https://www.youtube.com/watch?v=GP210dQ0Pqk&list=PLcA16UTq0ld6KhUUgaRdZ63asOCIlbWa6&index=1) |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 16

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| | <br><br>*See*, CS 9600 – 3D imaging workflow using Live Positioning Assistant video (https://www.youtube.com/watch?v=GP210dQ0Pqk&list=PLcA16UTq0ld6KhUUgaRdZ63asOCIlbWa6&index=1) |
| d) X-ray equipment including an X-ray source and a detector array; | The Accused Systems included an X-ray source (X-Ray source assembly) and a detector array (Sensor). |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 17

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| |  Figure 2-2    CS 9300C Functional Components <br><br> *See* CS 9300 User Guide (https://www.carestreamdental.com/en-us/resource-library/?type=Hardware&family=Extraoral%20Imaging&version=CS%209600%20Family) |

Figure legend:

| | | | |
|---|---|---|---|
| 1 | ON/OFF button | 7 | Sensor |
| 2 | Unit fixed arm | 8 | X-ray source assembly |
| 3 | Control panel | 9 | Unit rotative arm |
| 4 | Hand Grips | 10 | X-Ray remote control |
| 5 | Chin rest base | 11 | Cephalostat arm |
| 5 a | Panoramic chin rest | 12 | Cephalostat head |
| 5 b | 3D chin rest and bite block | 13 | Head clamps and ear cones |
| 6 | Temple supports | 14 | Nasion support |
| | | 15 | PC hosting the imaging and the acquisition software |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 18

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
|  | *See* CS 9600 User Guide, at p. 9 (https://www.carestreamdental.com/globalassets/resource-library/hardware/cs-9600-family/cs-9600/english/sma16_cs-9600_user_ed06_english_en.pdf) |
| e) conversion means for converting a signal from said detector array, said conversion means being connected to said detector array and to said microprocessor; and | The Accused Systems included a converter connected to the Sensor and the microprocessor to convert analog signals from the Sensor to digital format.<br><br>**Indications for Use**<br><br>The CS 9300 family is intended to produce two-dimensional and three-dimensional digital X-ray images of the dento-maxillofacial and ENT** (ear, nose and throat) areas to be used at the direction of healthcare professionals as diagnostic support for pediatric and adult patients. In addition, the CS 9300C and CS 9300C Select are systems that are also intended to produce cephalometric images. This includes imaging the hand and wrist to obtain the carpus image for growth and maturity assessment.<br><br><table><tr><td>3D Modality</td><td>CS 9300<br>CS 9300C</td><td>CS 9300 Select<br>CS 9300C Select</td></tr><tr><td>Technology</td><td colspan="2">Digital Volumetric Tomography (DVT)</td></tr></table><br>*See* CS 9300 Family SR Guide and Technical Specification User Guide (https://www.carestreamdental.com/en-us/resource-library/?type=Hardware&family=Extraoral%20Imaging&version=CS%209600%20Family) |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 19

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| | The **3D Acquisition** interface for the CS 9600 provides you with 3D imaging acquisition functions.<br><br>Figure 9    3D Acquisition interface<br><br><br><br>*See*, CS 9600 User Guide, at p. 21 (https://www.carestreamdental.com/globalassets/resource-library/hardware/cs-9600-family/cs-9600/english/sma16_cs-9600_user_ed06_english_en.pdf) |
| f) an output device connected to said microprocessor and adapted for receiving a tomographical densitometry | The Accused Systems included an output device (*e.g.*, monitor) connected to the microprocessor(s) which received the tomographic model generated via the microprocessor(s) for display. |

*Osseo Imaging, LLC v. Carestream Dental LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 6,381,301
Page 20

| U.S. Patent No. 6,381,301 | Carestream CS 9600, CS 9300, CS 9000, CS 8200 3D, and CS 8100 3D with CS Imaging and CS 3D Imaging Software |
|---|---|
| model from said microprocessor. | <br><br>Figure 2–2    CS 9300C Functional Components<br><br>1   ON/OFF button<br>2   Unit fixed arm<br>3   Control panel<br>4   Hand Grips<br>5   Chin rest base<br>5 a   Panoramic chin rest<br>5 b   3D chin rest and bite block<br>6   Temple supports<br>7   Sensor<br>8   X-ray source assembly<br>9   Unit rotative arm<br>10   X-Ray remote control<br>11   Cephalostat arm<br>12   Cephalostat head<br>13   Head clamps and ear cones<br>14   Nasion support<br>15   PC hosting the imaging and the acquisition software<br><br>*See* CS9300 User Guide (https://www.carestreamdental.com/en-us/resource-library/?type=Hardware&family=Extraoral%20Imaging&version=CS%209600%20Family) |