# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OSSEO IMAGING, LLC, | |
| Plaintiff, | **Case No.** _____ |
| v. | |
| CARESTREAM DENTAL LLC, | |
| Defendant. | Jury Trial Demanded. |

## PLAINTIFF OSSEO IMAGING, LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 requiring nongovernmental corporate parties to (1) identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) state that there is no such corporation, Osseo Imaging, LLC states that there is no publicly held entity that owns 10% or more of its stock.

[Signatures on the next page.]

| | |
|---|---|
| Dated: July 14, 2023 | **ADVANCED TECHNOLOGY LAW**<br><br>/s/ Luke Anderson<br>Luke Anderson<br>GA Bar No. 018330<br>1050 Crown Pointe Parkway<br>Suite 500<br>Atlanta, Georgia 30338-7702<br>Phone:     404-991-2241<br>Facsimile: 404-935-0927<br>Email: Landerson@advtechlaw.com<br><br>*Attorneys for Plaintiff Osseo Imaging, LLC* |
| **MEISTER SEELIG & FEIN PLLC**<br><br>Seth H. Ostrow (Motion for Pro Hac Vice Admission Forthcoming)<br>sho@msf-law.com<br><br>Robert P. Feinland (Motion for Pro Hac Vice Admission Forthcoming)<br>rf@msf-law.com<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>Telephone: (212) 655-3500<br>Facsimile: (212) 655-3536<br><br>*Attorneys for Plaintiff Osseo Imaging, LLC* | |