# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Tara Wolfork | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| V. | ) | CIVIL ACTION |
| | ) | NO._____ |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY ADMINISTRATION | ) | |
| | ) | |
|    Defendant | ) | |

## **COMPLAINT**

Plaintiff, by her attorney, alleges as follows:

1.

The jurisdiction of this Court is invoked pursuant to 42 U.S.C. §§ 405(g) and 1383(c) to review the decision of the Social Security Administration denying Plaintiff's application for Social Security Disability benefits.

2.

Venue in this court is proper.

3.

This action is an appeal from a final administrative decision of the Appeals Council for the Social Security Administration denying Plaintiff's claim.

4.

This action is commenced within the time period set forth in the Notice of Appeals Council Action dated June 2, 2023.

5.

Plaintiff resides in Fairburn, Fulton County, Georgia.

6.

Defendant, Commissioner of Social Security Administration.

7.

Plaintiff is disabled.

8.

The conclusions and findings of fact of Defendant are not supported by substantial evidence and are contrary to law and regulations.

WHEREFORE, Plaintiff prays that this Court:

(a) find that Plaintiff is entitled to disability benefits under the provisions of the Social Security Act; or

(b) remand the case for a further hearing;

(c) award attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, on the grounds that the Commissioner's action in this case was not substantially justified; and

(d) order such other and further relief as the Court deems just and proper.

This 14th day of July 2023.

                                          ROGERS, HOFRICHTER & KARRH, LLC
                                          */s/ David Gregory Rogers*

                                          David Gregory Rogers
                                          Atty. for Plaintiff
                                          Ga. State Bar No. 612246
                                          grogers@rhkpc.com
                                          225 S. Glynn St., Ste. A
                                          Fayetteville, GA 30214
                                          (770) 460-1118

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>The General Counsel
>Social Security Administration
>Room 617 Altmeyer Building
>6401 Security Boulevard
>Baltimore, MD 21235
>
>Attorney General of the United States
>ATTN:  Civil Process Clerk
>Department of Justice
>Tenth & Constitution Avenue N.W.
>Room B324
>Washington, D.C.  20530

This 10th day of February 2023.

>ROGERS, HOFRICHTER & KARRH, LLC
>*s/David Gregory Rogers*
>
>David Gregory Rogers
>Atty. for Plaintiff
>Ga. State Bar No. 612246
>grogers@rhkpc.com
>225 S. Glynn St., Ste. A
>Fayetteville, GA 30214
>(770) 460-1118