IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BYRON GODWIN and KELLY GODWIN**<br><br>*Plaintiffs,*<br><br>v.<br><br>**YUSEN LOGISTICS (AMERICAS) INC., BRIAN SCOTT, and TOKIO MARINE AMERICA INSURANCE COMPANY,**<br><br>*Defendants.* | **Civil Action File No.**<br><br>_____ |

## DECLARATION

My name is Shane Keith, and I am an attorney for the named Defendants in the above-captioned suit; the contents, statements, averments, and good-faith representations contained in the accompanying Notice of Removal are true to the best of my knowledge and belief. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2023, in Atlanta, GA.

                                                           _____
                                                           C. Shane Keith
                                                           Georgia Bar No. 411317