IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BYRON GODWIN and KELLY GODWIN<br><br>*Plaintiffs,*<br><br>v.<br><br>YUSEN LOGISTICS (AMERICAS) INC., BRIAN SCOTT, and TOKIO MARINE AMERICA INSURANCE COMPANY,<br><br>*Defendants.* | Civil Action File No.<br><br>_____ |

**NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT**

TO:   Darl H. Champion, Jr.
       William H. Daniel, V
       The Champion Firm, PC
       445 Franklin Gateway, SE, Suite 100
       Marietta, GA 30067
       champ@thechampionfirm.com
       bill@thechampionfirm.com

YOU ARE HEREBY notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division in the case of *Byron Godwin and Kelly Godwin v. Yusen Logistics (Americas) Inc., Brian Scott, and Tokio Marine America Insurance Company*, Civil Action File No. 23-C-04057-S5, pending in the State Court of Gwinnett County, Georgia in accordance with the provisions of Section 1446, Title 28 of the United States Code. A copy of said Notice is attached hereto.

*[Signature of Counsel on Following Page]*

Respectfully submitted this 14th day of July 2023.

                         **HAWKINS PARNELL & YOUNG, LLP**

                         /s/ *C. Shane Keith*
                         C. Shane Keith
                         Georgia Bar No. 411317

303 Peachtree Street      Michael W. Scaljon
Suite 4000                    Georgia Bar No. 711108
Atlanta, Georgia 30308-3243   *Counsel for Defendants*
(404) 614-7400
(855) 889-4588 (fax)
skeith@hpylaw.com
mscaljon@hpylaw.com