IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BYRON GODWIN and KELLY GODWIN<br><br>*Plaintiffs,*<br><br>v.<br><br>YUSEN LOGISTICS (AMERICAS) INC., BRIAN SCOTT, and TOKIO MARINE AMERICA INSURANCE COMPANY,<br><br>*Defendants.* | Civil Action File No.<br><br>_____ |

### DECLARATION OF COMPLIANCE WITH 28 U.S.C. § 1446(d)

My name is Shane Keith, and I am an attorney for the named Defendants in the above-captioned suit; in accordance with 28 U.S.C. § 1446(d), promptly after the filing of the accompanying Notice of Removal, my office will file a copy of the Notice with the clerk of the State Court of Gwinnett County; and in accordance with that same statute, my office is providing notice of the filing of said Notice to Plaintiff's counsel (Darl H. Champion, Jr., William H. Daniel, V, The Champion Firm, PC, 445 Franklin Gateway, SE, Suite 100, Marietta, GA 30067, champ@thechampionfirm.com, bill@thechampionfirm.com). I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2023, in Atlanta, GA.

_____
C. Shane Keith
Georgia Bar No. 411317