**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **BYRON GODWIN and KELLY GODWIN**<br><br>*Plaintiffs,*<br><br>v.<br><br>**YUSEN LOGISTICS (AMERICAS) INC., BRIAN SCOTT, and TOKIO MARINE AMERICA INSURANCE COMPANY,**<br><br>*Defendants.* | **Civil Action File No.**<br><br>_____ |

**CERTIFICATE OF SERVICE**

I have served counsel for Plaintiff in this case with the foregoing ***Notice to Plaintiff of Removal to Federal Court*** and ***Notice of Removal (with Exhibits A-D, Attorney's Declaration, Declaration of Compliance with 28 U.S.C. § 1446(d), and Notice of Filing)*** by email and placing copies in the U.S. Mail in envelope with sufficient postage to ensure delivery, addressed as follows:

Darl H. Champion, Jr.
William H. Daniel, V
The Champion Firm, PC
445 Franklin Gateway, SE, Suite 100
Marietta, GA 30067
champ@thechampionfirm.com
bill@thechampionfirm.com

*[Signature of Counsel on Following Page]*

Respectfully submitted this 14th day of July 2023.

**HAWKINS PARNELL & YOUNG, LLP**

/s/ *C. Shane Keith*

C. Shane Keith

Georgia Bar No. 411317

303 Peachtree Street · · · · · · Michael W. Scaljon

Suite 4000 · · · · · · · · · · · · · · Georgia Bar No. 711108

Atlanta, Georgia 30308-3243 · · *Counsel for Defendants*

(404) 614-7400

(855) 889-4588 (fax)

skeith@hpylaw.com

mscaljon@hpylaw.com