# Exhibit B:

# Summons issued by the Clerk of the State Court of Gwinnett County to Yusen Logistics (Americas) Inc. on June 13, 2023

Case 1:23-mi-99999-UNA   Document 2231-7   Filed 07/14/23   Page 2 of 2

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-04057-S5**
**6/13/2023 1:01 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

BYRON GODWIN and

KELLY GODWIN

PLAINTIFF

23-C-04057-S5

CIVIL ACTION NUMBER:_____

VS.

YUSEN LOGISTICS (AMERICAS) INC.

DEFENDANT

**SUMMONS**

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

William H. Daniel, V.
The Champion Firm
445 Franklin Gateway, SE
Suite 100
Marietta, GA 30067

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.
13th day of June, 2023

Tiana P. Garner
Clerk of State Court

By_____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011