Exhibit D:

Summons issued by the Clerk of the State Court of Gwinnett County to Tokio Marine America Insurance Company on June 13, 2023

FILED IN OFFICE
CLERK OF STATE COURT
GWINNETT COUNTY, GEORG
23-C-04057-S
6/13/2023 1:01 PI
TIANA P. GARNER, CLER

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

BYRON GODWIN and
KELLY GODWIN

CIVIL ACTION NUMBER: 23-C-04057-S5

**PLAINTIFF**

vs.

TOKIO MARINE AMERICA
INSURANCE COMPANY

**DEFENDANT**

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

William H. Daniel, V
The Champion Firm
445 Franklin Gateway SE, Suite 100
Marietta, GA 30067-7705

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20____.

13th day of June, 2023

Tiana P. Garner
Clerk of State Court

By_____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011