IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JAKIA WILLIAMS,** § § **Plaintiff,** § § vs. § § **FOCUS FREIGHT SYSTEM, INC.;** § **LARRY MCMANNIS; HOUSTON** § **SPECIALTY INSURANCE** § **COMPANY d/b/a SKYWARD** § **SPECIALTY INSURANCE;** § **PROGRESSIVE PREFERRED** § **INSURANCE COMPANY; and** § **JOHN DOES 1-10,** § § **Defendants.** § § | **CIVIL ACTION FILE** **NO.: _____** |

**DEFENDANTS FOCUS FREIGHT SYSTEM, INC., LARRY MCMANNIS, AND HOUSTON SPECIALTY INSURANCE COMPANY d/b/a SKYWARD SPECIALTY INSURANCE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COME NOW **FOCUS FREIGHT SYSTEM, INC., LARRY MCMANNIS,** and **HOUSTON SPECIALTY INSURANCE COMPANY d/b/a SKYWARD SPECIALTY INSURANCE**, purported Defendants in the above-styled civil action ("Defendants"), appearing specially and without waiving, but specifically reserving all defenses arising from jurisdiction, service and process,

and, pursuant to Fed. R. Civ. P. 7.1 and L. R. 3.3, hereby file and serve this Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing the Court as follows:

(1) The undersigned Counsel of Record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

| | |
|---|---|
| Plaintiff: | Jakia Williams; |
| Defendants: | Focus Freight System, Inc.; |
| | Larry McMannis; |
| | Houston Specialty Insurance Company d/b/a Skyward Specialty Insurance; and |
| | Progressive Preferred Insurance Company |

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

L. Chris Stewart, Esq., Michael T. Roth, Esq., and Stewart Miller Simmons Trial Attorneys, LLC.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendants Focus Freight System, Inc., Larry McMannis and Houston Specialty Insurance Company d/b/a Skyward Specialty Insurance in this proceeding:

> Jason G. Wyrick, Esq.
> Ted S. Huggins, Esq.
> Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
> 275 Scientific Drive, Suite 2000
> Peachtree Corners, GA  30092
> (404) 881-2622
> (404) 881-2630 (Fax)
> jwyrick@cmlawfirm.com
> thuggins@cmlawfirm.com

This 14th day of July, 2023.

          **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

          */s/ Jason G. Wyrick*

          **JASON G. WYRICK**
          Georgia Bar No. 143112
          **TED S. HUGGINS**

Meridian II, Suite 2000    Georgia Bar No. 964381
275 Scientific Drive    *Attorneys for Purported Defendants Larry*
Peachtree Corners, GA  30092    *McMannis, Focus Freight System Inc. and*
(404) 881-2622    *Houston Specialty Insurance Company d/b/a*
(404) 881-2630 (Fax)    *Skyward Specialty Insurance*
jwyrick@cmlawfirm.com; thuggins@cmlawfirm.com

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANTS FOCUS FREIGHT SYSTEM, INC., LARRY MCMANNIS, AND HOUSTON SPECIALTY INSURANCE COMPANY d/b/a SKYWARD SPECIALTY INSURANCE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

L. Chris Stewart, Esq.
Michael T. Roth, Esq.
Stewart Miller Simmons Trial Attorneys, LLC
55 Ivan Allen Jr. Blvd., Suite 700
Atlanta, GA  30308
*Counsel for Plaintiff*

I FURTHER CERTIFY that the undersigned has mailed copies of the entire pleading referenced above to the above address.

This 14th day of July, 2023.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

**JASON G. WYRICK**
Georgia Bar No. 143112

| | |
|---|---|
| | **TED S. HUGGINS** |
| Meridian II, Suite 2000 | Georgia Bar No. 964381 |
| 275 Scientific Drive | *Attorneys for Purported Defendants Larry* |
| Peachtree Corners, GA  30092 | *McMannis, Focus Freight System Inc. and* |
| (404) 881-2622 | *Houston Specialty Insurance Company d/b/a* |
| (404) 881-2630 (Fax) | *Skyward Specialty Insurance* |