# EXHIBIT D

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01138-S5**
**4/11/2023 12:02 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNT

## STATE OF GEORGIA

| | |
|---|---|
| CARL WALKER ) | |
|    Plaintiff(s), ) | CIVIL ACTION FILE NO. |
| ) | |
| vs ) | 23-C-01138-S5 |
| ) | |
| COUNTY OF CUYAHUGA; CUYAHOGA ) | |
| COUNTY COURT OF COMMON PLEAS; | |
| JOSE A VILLANUEVA | |
|    Defendant(s). ) | |

### ORDER TO FILE PROOF OF SERVICE OF DEFENDANT

THIS MATTER came before the Court after a review of the record in the above-styled action. The Court's record fails to include proof of service upon Defendant.

It is therefore ORDERED that on or before July 10, 2023 Plaintiff shall cause to be filed proof of service upon Defendant.

Alternatively, it is ORDERED that on or before July 10, 2023 Plaintiff shall file a motion/petition seeking additional time to perfect service.

Failure to comply with this Order may cause the Court to enter a DISMISSAL FOR WANT OF PROSECUTION, thereby dismissing the case. **To avoid dismissal, timely file proof of service as ordered above, or timely file a motion/petition seeking additional time to perfect service.**

SO ORDERED, this 11th day of April, 2023.

*/s/ Erica K. Dove*

Erica K. Dove, Judge
State Court of Gwinnett County

Copies to:

CARL WALKER