# EXHIBIT E

Case 1:23-mi-99999-UNA   Document 2236-6   Filed 07/14/23   Page 2 of 3

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01138-S5**

**5/16/2023 8:53 AM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| Carl Walker<br>Plaintiff/Petitioner,<br><br>v.<br><br>County of Cuyahoga; Cuyahoga County Court of Common Pleas; Jose A Villanueva<br>Defendants<br>           Defendant/Respondent. | Civil Action File No.: 23-C-01138-S5 |

## MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

I am the Plaintiff/Petitioner filing this Motion pursuant to O.C.G.A. § 9-11-4. I am asking the Court for an Order authorizing a private process server to serve on the Defendant/Respondent a copy of my *Summons* and *Petition/Complaint*. As grounds for this motion, I state the following:

1.

☐ The Sheriff's Department has been unable to perfect service; or

☒ It is reasonably believed that service by the Sheriff's Department will be difficult.

2.

I have contacted the following private process server, **S&M Process Servers LLC.**, who is an experienced process server and investigator who may be able to locate and personally serve the Defendant/Respondent if authorized to do so by the Court.

3.

The above-named process server is not a party to this action, is not related to me by blood or marriage, and is not my employee or that of my attorney

4.

The above-named process server is a citizen of the United States of America, and is above the age of eighteen.

THEREFORE, I respectfully ask for permission to have the above listed person as special agent to perfect service of the *Summons* and *Complaint/Petition* filed herein upon the Defendant/Respondent.

Dated: May 16, 2023

*Carl Walker* (signature)
Plaintiff *Pro se*

Name: Carl Walker

Address: 413 Harmony Grove Road

Lilburn, GA 30047

City, State ZIP

Phone: 770-880-1626

Email: cjwalker613@gmail.com

SWORN TO AND SUBSCRIBED before me this 16th day of May, 2023.

*Natasha Roberts* (signature)
NOTARY PUBLIC

[Notary Seal: NATASHA ROBERTS, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES DECEMBER 07, 2025]

Motion for Appointment of Special Process Server – Revised September 2015
Provided by the Gwinnett Family Law Clinic