# EXHIBIT F

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01138-S5**
**5/17/2023 2:21 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CARL WALKER, | ) |
| | ) |
| Plaintiff(s), | ) CIVIL ACTION FILE NO.: |
| | ) 23-C-01138-S5 |
| v. | ) |
| | ) |
| | ) |
| COUNTY OF CUYAHOGA *et al.*, | ) |
| Defendant(s). | ) |

ORDER REGARDING PROCESS SERVER

THIS MATTER came before the Court on Plaintiff's Motion for Appointment of Private Process Server. Plaintiff's motion is DENIED. The Court will consider appointing a qualified individual to serve process in this action. The Court will not appoint an entity such as S&M Process Servers LLC.

SO ORDERED this  17th  day of May, 2023.

*[signature]*

ERICA K. DOVE, Judge
State Court Gwinnett County

Copies:

Plaintiff(s)
Defendant(s)