# EXHIBIT G

Case 1:23-mi-99999-UNA   Document 2236-8   Filed 07/14/23   Page 2 of 4

E-FILED IN OFFICE - CL
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01138-S5**
**6/26/2023 3:47 PM**
TIANA P. GARNER, CLERK

## THE CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

THE JUSTICE CENTER 1215 West 3rd Street, Cleveland, Ohio 44113

# RETURN OF SERVICE

Case #: **SH23036972**  
Service ID: **119444**

Service: **FOREIGN SUMMONS**

Originating Court's Case #: **23-C-01138-S5**    County / State: GEORGIA

Plaintiff: CARL WALKER
- VS -
Defendant: COUNTY OF CUYAHOGA CUYAHOGA COUNTY COURT OF COMMON PLEAS, ET AL

Received: 06/09/2023

On June 15, 2023, I SERVED the within named:

**CUYAHOGA COUNTY COURT OF COMMON PLEAS LEGAL REP, CUYAHOGA PROSECUTOR** at

**1200 ONTARIO ST**

**CLEVELAND, OH 44113**

by RESIDENTIAL a true and certified copy thereof with all the endorsements thereon.

Deputy, _____

**Service Results:**
06/15/2023 08:40 - RESIDENTIAL  Deputy(s):ANTHONY MCGOWAN

**Sheriff Fees:**

| | |
|---|---|
| Service & Return: | $6.00 |
| Postage: | $0.63 |
| Copy: | $0.00 |
| Mileage: | $5.00 |
| Foreign Case: | $0.00 |
| TOTAL: | 11.63 |

SHFN209

SCRD



THE CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

THE JUSTICE CENTER 1215 West 3rd Street, Cleveland, Ohio 44113

# RETURN OF SERVICE

Case #: **SH23036972**       Service: **FOREIGN SUMMONS**
Service ID: **119446**

Originating Court's Case #: **23-C-01138-S5**       County / State: GEORGIA

Plaintiff: CARL WALKER
    - VS -
Defendant: COUNTY OF CUYAHOGA CUYAHOGA COUNTY COURT OF COMMON PLEAS, ET AL

Received: 06/09/2023

On  June 15, 2023, I SERVED the within named:

**THE COUNTY OF CUYAHOGA, OHIO LEGAL REP OFFICE OF CUYAHOGA PROSECUTOR** at
**1200 ONTARIO ST**
**CLEVELAND, OH 44113**
by RESIDENTIAL a true and certified copy thereof with all the endorsements thereon.

Deputy, _____

**Service Results:**
06/15/2023 08:40 - RESIDENTIAL  Deputy(s):ANTHONY MCGOWAN

**Sheriff Fees:**

| | |
|---|---|
| Service & Return: | $6.00 |
| Postage: | $0.63 |
| Copy: | $0.00 |
| Mileage: | $5.00 |
| Foreign Case: | $0.00 |
| **TOTAL:** | 11.63 |

SHFN209                                                                 SCRD



## THE CUYAHOGA COUNTY SHERIFF'S DEPARTMENT
THE JUSTICE CENTER 1215 West 3rd Street, Cleveland, Ohio 44113

# RETURN OF SERVICE

Case #: **SH23036972**　　　　　Service: **FOREIGN SUMMONS**
Service ID: **119447**

Originating Court's Case #: **23-C-01138-S5**　　　County / State: GEORGIA

Plaintiff: CARL WALKER
　　　　- VS -
Defendant: COUNTY OF CUYAHOGA CUYAHOGA COUNTY COURT OF COMMON PLEAS, ET AL

Received: 06/09/2023

On June 16, 2023, I SERVED the within named:

**JUDGE JOSE A. VILLANUEVA** at

**21975 SHAGBARK TRAIL**

**STRONGSVILLE, OH 44149**

by RESIDENTIAL a true and certified copy thereof with all the endorsements thereon.

*[signature]*

Deputy,

**Service Results:**
　06/16/2023 12:47 - RESIDENTIAL  Deputy(s):KEITH NEUDECKER

|  | **Sheriff Fees:** |
|---|---|
| Service & Return: | $6.00 |
| Postage: | $0.63 |
| Copy: | $0.00 |
| Mileage: | $50.00 |
| Foreign Case: | $0.00 |
| **TOTAL:** | 56.63 |

PAID

SHFN209　　　　　　　　　　　　　　　　　　　　　　　　　　　　SCRT