## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| CARL WALKER, | ) | CASE NO. 23-C-01138-S5 |
| | ) | |
| Plaintiff, | ) | THE HON. ERICA K. DOVE |
| | ) | |
| vs. | ) | |
| | ) | |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF FILING
## OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. § 1446(d), Defendants Cuyahoga County, Ohio, Cuyahoga County Court of Common Pleas, and the Honorable José A. Villanueva hereby give notice that they jointly filed a Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, on July 14, 2023. A copy of Defendants' Notice of Removal is attached hereto as **Exhibit 1** (not including its exhibits, which are excluded due to their volume).

Please take further notice that under 28 U.S.C. § 1446, the filing of the Notice of Removal in the federal District Court, together with the filing of this Notice, effects the removal of this action from this Court.

[signature block on following page]

Respectfully submitted, this 14th day of July 2023.

                                            **KREVOLIN & HORST, LLC**

                                            */s/ Adam M. Sparks*
Adam M. Sparks
Georgia Bar No. 341578
sparks@khlawfirm.com
1201 W. Peachtree S. NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
404-888-0169
(404) 888-9577 (facsimile)
*Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this *Defendants' Notice of Filing of Removal to Federal Court* was filed into the Court's Odyssey eFileGA system, on July 14, 2023. Notice of this filing was also sent on July 14, 2023 by first-class United States mail in a properly addressed envelope with adequate postage affixed thereon to ensure delivery to the following:

Carl Walker
413 Harmony Grove Rd.
Lilburn, GA 30047
(216) 408-8614
*Plaintiff*

This 14th day of July 2023.

**KREVOLIN & HORST, LLC**

*/s/ Adam M. Sparks*
Adam M. Sparks
Georgia Bar No. 341578
sparks@khlawfirm.com
1201 W. Peachtree S. NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
404-888-0169
(404) 888-9577 (facsimile)
*Counsel for Defendants*