# Exhibit A

# Atlanta Beltline, Inc.'s Trademark Registrations

## ATLANTA BELTLINE, INC.'S TRADEMARK REGISTRATIONS

| Mark | Reg. No. | State or Federal |
| --- | --- | --- |
| BELTLINE | 3356126 | Federal |
| BELTLINE | S-24979 | Georgia |
| ATLANTA BELTLINE | 3922938 | Federal |
| ATLANTA BELTLINE | S-25247 | Georgia |
| Mosaic design | 3892547 | Federal |
| ATLANTA BELTLINE | 4344983 | Federal |
| BELTLINE | 4344984 | Federal |
| ATLANTA BELTLINE | 4344981 | Federal |
| ATLANTA BELTLINE | 4344982 | Federal |
| ATLANTA BELTLINE with Mosaic design | 4949342 | Federal |
| ATLANTA BELTLINE | 4949397 | Federal |
| Mosaic design | 4949398 | Federal |
| ATLANTA BELTINE with Mosaic design | 4949400 | Federal |
| ATLANTA BELTLINE with Mosaic design | 4949401 | Federal |
| ATLANTA BELTLINE | 4958432 | Federal |
| ATLANTA BELTLINE with Mosaic design | 4980865 | Federal |

## Federal Trademark Registrations

| Mark | Reg. No. |
| --- | --- |
| ART ON THE ATLANTA BELTLINE | 5216862 |
| ART ON THE ATLANTA BELTLINE design | 5231264 |
| ART ON THE ATLANTA BELTLINE LANTERN PARADE design | 5770272 |
| ATLANTA BELTLINE | 4949395 |
| ATLANTA BELTLINE | 4980862 |
| ATLANTA BELTLINE | 5237927 |
| ATLANTA BELTLINE | 5859844 |
| ATLANTA BELTLINE with Mosaic design | 4958434 |
| ATLANTA BELTLINE ARBORETUM with tree design | 6649850 |
| ATLANTA BELTLINE ARBORETUM | 7075814 |
| ATLANTA BELTLINE JAMBOREE | 5120106 |

| Mark | Reg. No. |
| --- | --- |
| ATLANTA BELTLINE JAMBOREE WHERE ATLANTA COMES TO CELEBRATE design | 5196088 |
| ATLANTA BELTLINE PARTNERSHIP PERKS SUPPORTER design | 5621894 |
| ATLANTA BELTLINE RUN. WALK. GO! RACE SERIES | 5947931 |
| ATLANTA BELTLINE URBAN FARM ALLENE AVENUE. EST. 2015 design | 5740205 |
| ATLANTA BELTLINE URBAN FARM EST. 2015 design | 5740204 |
| BELTLINE | 4148931 |
| BELTLINE ATLANTA CONNECTED design | 3936660 |
| BELTLINE U | 5956965 |
| BELTLINE U EST. 2018 design | 5956966 |
| BITES ON THE BELTLINE | 5546093 |
| RUN. WALK. GO! THE ATLANTA BELTLINE RACE SERIES | 5101097 |

**Georgia State Trademark Registration**

| Mark | Reg. No. |
| --- | --- |
| BELTLINE ATLANTA CONNECTED design | S-24980 |