# Exhibit B

# Cease and Desist Letter to
# Aedin Quinn, Conduit and Dwellings

# October 20, 2021

# GT GreenbergTraurig

Manuel R. Valcarcel, Esq.
Tel (305) 579-0812
Fax (305) 961-5812
mrv@gtlaw.com

October 20, 2021

**VIA UPS**

Beltline Conduit LLC
1054 Glenwood Avenue SE
Atlanta, Georgia 30316

Attn:   Chief Executive Officer/President

Re:   Use of the "Beltline Conduit LLC" name

Dear Sir/Madam:

This Firm represents Atlanta BeltLine, Inc. ("ABI"), a non-profit entity formed by The Atlanta Development Authority tasked with planning, overseeing and implementing the execution of the Atlanta BeltLine project on behalf of the City of Atlanta and various related services. ABI is the owner of the BELTLINE® and ATLANTA BELTLINE® trademarks as well as variations thereof and related marks as used in connection with a wide variety of goods and services, including, without limitation, real estate development, affordable housing, urban redevelopment services, transit, parks and recreation projects and services, online information and retail services, printed materials, tour guides, maps, signs, apparel and other goods. ABI also uses the ATLANTA BELTLINE® and BELTLINE® marks in connection with organizing, conducting, promoting, sponsoring and/or otherwise participating in related educational and entertainment events, other public events, farming, arts, health and fitness programs and initiatives. ABI owns multiple State of Georgia and federal trademark registrations for said marks including, but not limited to, the registrations for which copies are enclosed with this letter, in addition to common law trademark rights with respect thereto.

ABI has undertaken great efforts over many years to establish, expand and enforce its trademark rights with respect to the ATLANTA BELTLINE® and BELTLINE® family of marks, and seeks to prevent potential consumer and community confusion as to its affiliation with, authorization, sponsorship or approval of products or services provided by others and the potential harm to the reputation and goodwill associated with its trademarks that could result therefrom.

Beltline Conduit LLC
Attn: Chief Executive Officer/President
October 20, 2021
Page 2

It has come to ABI's attention that you are using "Beltline" as part of your company name "Beltline Conduit LLC" registered in Georgia. This name creates a likelihood of consumer confusion, in that the name creates the false impression that your company is affiliated with, sponsored by or is otherwise associated with or approved by ABI, when that is not the case. It also plays off of the goodwill associated with ABI's ATLANTA BELTLINE® and BELTLINE® marks which ABI has built through years of effort and significant expenditures.

Your company's use of the name "Beltline Conduit LLC" is causing and will cause harm to ABI and its trademark rights with respect to its ATLANTA BELTLINE® and BELTLINE® marks and constitutes trademark infringement and unfair competition under common law and under the Lanham Act, as well as infringement and dilution under applicable state laws, among other causes of action. Resolution of this matter requires that your company cease all use of the name "Beltline Conduit LLC," including, specifically, but without limitation, taking the following actions immediately:

(i) File an amendment to your company's articles of organization with the Georgia Secretary of State to change your company name to remove the word "Beltline;"

(ii) If you/your company have any printed or electronic materials, websites, licenses, permits, registrations that refer to "Beltline Conduit LLC," revise them to replace "Beltline Conduit LLC" with the revised company name and otherwise remove all references to "Beltline Conduit LLC" from all tangible materials, electronic advertisements and other electronic content, websites, Facebook, Twitter, Instagram and other social network pages or elsewhere on or via the Internet within your direct or indirect possession or control; and

(iii) provide the undersigned with your company's written assurance that your company will not directly or indirectly register or use any domain name, company name, fictitious name, trade name, trademark or other name that includes the ATLANTA BELTLINE® or BELTLINE® marks or that is otherwise confusingly similar to the ATLANTA BELTLINE® or BELTLINE® marks.

Please provide confirmation that the above-described actions have been taken together with the above-referenced requested information within ten (10) days from the date of this letter. While ABI would prefer to resolve this matter amicably, further action with respect to this matter will depend on your response. Your failure to respond to this letter and comply with the requirements stated herein may leave ABI with no alternative but to take further action to compel the cessation of use of the name "Beltline Conduit LLC" and protect and enforce ABI's rights. We hope that is not necessary.

Beltline Conduit LLC
Attn: Chief Executive Officer/President
October 20, 2021
Page 3

ABI reserves all of its rights and claims pending resolution of this matter.

Sincerely,

GREENBERG TRAURIG, P.A.

Manuel R. Valcarcel, Esq.

MRV/mm
Enclosure

cc: Aasia Mustakeem, Vice President and General Counsel
Michelle Thomas, Assistant General Counsel
Atlanta BeltLine, Inc.

ACTIVE 60817677v1

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | CVS STORE # 5147 |
| 153 E FLAGLER ST | 936 SW 1ST AVE | 227 SW 8TH ST |
| MIAMI ,FL 33131 | MIAMI ,FL 33130 | MIAMI ,FL 33130 |

FOLD HERE



**GT GreenbergTraurig**

Manuel R. Valcarcel, Esq.
Tel (305) 579-0812
Fax (305) 961-5812
mrv@gtlaw.com

October 20, 2021

**VIA UPS**

Beltline Dwellings, LLC
1054 Glenwood Avenue SE
Atlanta, Georgia 30316

Beltline Dwellings, LLC
3606 South 180th Street, C12
Seatac, Washington 98188

Attn:   Chief Executive Officer/President

Re:   Use of the "Beltline Dwellings, LLC" name

Dear Sir/Madam:

This Firm represents Atlanta BeltLine, Inc. ("ABI"), a non-profit entity formed by The Atlanta Development Authority tasked with planning, overseeing and implementing the execution of the Atlanta BeltLine project on behalf of the City of Atlanta and various related services. ABI is the owner of the BELTLINE® and ATLANTA BELTLINE® trademarks as well as variations thereof and related marks as used in connection with a wide variety of goods and services, including, without limitation, real estate development, affordable housing, urban redevelopment services, transit, parks and recreation projects and services, online information and retail services, printed materials, tour guides, maps, signs, apparel and other goods. ABI also uses the ATLANTA BELTLINE® and BELTLINE® marks in connection with organizing, conducting, promoting, sponsoring and/or otherwise participating in related educational and entertainment events, other public events, farming, arts, health and fitness programs and initiatives. ABI owns multiple State of Georgia and federal trademark registrations for said marks including, but not limited to, the registrations for which copies are enclosed with this letter, in addition to common law trademark rights with respect thereto.

ABI has undertaken great efforts over many years to establish, expand and enforce its trademark rights with respect to the ATLANTA BELTLINE® and BELTLINE® family of marks, and seeks to prevent potential consumer and community confusion as to its affiliation with, authorization, sponsorship or approval of products or services provided by others and the potential harm to the reputation and goodwill associated with its trademarks that could result therefrom.

Beltline Dwellings, LLC
Attn: Chief Executive Officer/President
October 20, 2021
Page 2

It has come to ABI's attention that you are using "Beltline" as part of your company name "Beltline Dwellings, LLC" registered in Georgia. This name creates a likelihood of consumer confusion, in that the name creates the false impression that your company is affiliated with, sponsored by or is otherwise associated with or approved by ABI, when that is not the case. It also plays off of the goodwill associated with ABI's ATLANTA BELTLINE® and BELTLINE® marks which ABI has built through years of effort and significant expenditures.

Your company's use of the name "Beltline Dwellings, LLC" is causing and will cause harm to ABI and its trademark rights with respect to its ATLANTA BELTLINE® and BELTLINE® marks and constitutes trademark infringement and unfair competition under common law and under the Lanham Act, as well as infringement and dilution under applicable state laws, among other causes of action. Resolution of this matter requires that your company cease all use of the name "Beltline Dwellings, LLC," including, specifically, but without limitation, taking the following actions immediately:

(i) File an amendment to your company's articles of organization with the Georgia Secretary of State to change your company name to remove the word "Beltline;"

(ii) If you/your company have any printed or electronic materials, websites, licenses, permits, registrations that refer to "Beltline Dwellings, LLC," revise them to replace "Beltline Dwellings, LLC" with the revised company name and otherwise remove all references to "Beltline Dwellings, LLC" from all tangible materials, electronic advertisements and other electronic content, websites, Facebook, Twitter, Instagram and other social network pages or elsewhere on or via the Internet within your direct or indirect possession or control; and

(iii) provide the undersigned with your company's written assurance that your company will not directly or indirectly register or use any domain name, company name, fictitious name, trade name, trademark or other name that includes the ATLANTA BELTLINE® or BELTLINE® marks or that is otherwise confusingly similar to the ATLANTA BELTLINE® or BELTLINE® marks.

Please provide confirmation that the above-described actions have been taken together with the above-referenced requested information within ten (10) days from the date of this letter. While ABI would prefer to resolve this matter amicably, further action with respect to this matter will depend on your response. Your failure to respond to this letter and comply with the requirements stated herein may leave ABI with no alternative but to take further action to compel the cessation of use of the name "Beltline Dwellings, LLC" and protect and enforce ABI's rights. We hope that is not necessary.

Beltline Dwellings, LLC
Attn: Chief Executive Officer/President
October 20, 2021
Page 3

        ABI reserves all of its rights and claims pending resolution of this matter.

                                      Sincerely,

                                      GREENBERG TRAURIG, P.A.

                                      Manuel R. Valcarcel, Esq.

MRV/mm
Enclosure

cc:    Aasia Mustakeem, Vice President and General Counsel
        Michelle Thomas, Assistant General Counsel
        Atlanta BeltLine, Inc.

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
THE UPS STORE
153 E FLAGLER ST
MIAMI ,FL 33131

UPS Access Point™
THE UPS STORE
936 SW 1ST AVE
MIAMI ,FL 33130

UPS Access Point™
CVS STORE # 5147
227 SW 8TH ST
MIAMI ,FL 33130

FOLD HERE



**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™  
THE UPS STORE  
153 E FLAGLER ST  
MIAMI ,FL 33131

UPS Access Point™  
THE UPS STORE  
936 SW 1ST AVE  
MIAMI ,FL 33130

UPS Access Point™  
CVS STORE # 5147  
227 SW 8TH ST  
MIAMI ,FL 33130

FOLD HERE



# GT GreenbergTraurig

Manuel R. Valcarcel, Esq.
Tel (305) 579-0812
Fax (305) 961-5812
mrv@gtlaw.com

October 20, 2021

**VIA UPS**

BeltLine Eco: Cleaning and Home Care, LLC
2400 Parkland Drive NE
Unit 123
Atlanta, Georgia 30324

Attn:   Lesa Chadderdon, Registered Agent

Re:   Use of the "BeltLine Eco: Cleaning and Home Care, LLC" name

Dear Ms. Chadderdon:

This Firm represents Atlanta BeltLine, Inc. ("ABI"), a non-profit entity formed by The Atlanta Development Authority tasked with planning, overseeing and implementing the execution of the Atlanta BeltLine project on behalf of the City of Atlanta and various related services. ABI is the owner of the BELTLINE® and ATLANTA BELTLINE® trademarks as well as variations thereof and related marks as used in connection with a wide variety of goods and services, including, without limitation, real estate development, affordable housing, urban redevelopment services, transit, parks and recreation projects and services, online information and retail services, printed materials, tour guides, maps, signs, apparel and other goods. ABI also uses the ATLANTA BELTLINE® and BELTLINE® marks in connection with organizing, conducting, promoting, sponsoring and/or otherwise participating in related educational and entertainment events, other public events, farming, arts, health and fitness programs and initiatives. ABI owns multiple State of Georgia and federal trademark registrations for said marks including, but not limited to, the registrations for which copies are enclosed with this letter, in addition to common law trademark rights with respect thereto.

ABI has undertaken great efforts over many years to establish, expand and enforce its trademark rights with respect to the ATLANTA BELTLINE® and BELTLINE® family of marks, and seeks to prevent potential consumer and community confusion as to its affiliation with, authorization, sponsorship or approval of products or services provided by others and the potential harm to the reputation and goodwill associated with its trademarks that could result therefrom.