# Exhibit C

# Second Cease and Desist Letter to Aedin Quinn and Conduit

# September 2, 2022



Manuel R. Valcarcel, Esq.
Tel (305) 579-0812
Fax (305) 961-5812
mrv@gtlaw.com

September 2, 2022

**VIA UPS AND VIA EMAIL TO AEDINQUINN@GMAIL.COM**

Beltline Conduit LLC
1054 Glenwood Avenue SE, #4
Atlanta, Georgia 30316

Attn:   Aedin Quinn, Manager

Re:   Use of the "Beltline Conduit LLC" name and www.beltlineconduit.net domain name

Dear Mr. Quinn:

We previously wrote to your company on behalf of our client Atlanta BeltLine, Inc. ("ABI") regarding the use of the company name "Beltline Conduit LLC." Attached is a copy of our prior letter. No response was received, and it appeared based on review of the Georgia Secretary of State records that no annual report was filed for this year and that your company would be administratively dissolved. However, it appears that an annual report was filed on August 19, 2022 and the entity continues to be active and is still named Beltline Conduit LLC. It also appears that the domain name www.beltlineconduit.net has been recently registered and is being used for a website page for Beltline Conduit LLC.

The use of the Beltline Conduit LLC company name and the domain name www.beltlineconduit.net creates a likelihood of consumer confusion, in that the name creates the false impression that your company is affiliated with, sponsored by or is otherwise associated with or approved by ABI, when that is not the case. It also plays off of the goodwill associated with ABI's ATLANTA BELTLINE® and BELTLINE® marks which ABI has built through years of effort and significant expenditures. The continued use of said company name and the use of said domain name constitute willful infringement of ABI's trademark rights, among other causes of action.

ABI demands that your company cease all use of the name "Beltline Conduit LLC" as well as the domain name www.beltlineconduit.net and take the following actions immediately:

(i)   File an amendment to your company's articles of organization with the Georgia Secretary of State to change your company name to remove the word "Beltline;"

(ii)   Remove "Beltline" from your company's website page www.beltlineconduit.net as well as any other websites, printed or electronic materials, licenses, permits or registrations that refer to "Beltline Conduit LLC;"

Beltline Conduit LLC
Attn: Aedin Quinn, Manager
September 2, 2022
Page 2

      (iii)      Transfer the domain name www.beltlineconduit.net to ABI; and

      (iv)      provide the undersigned with your company's written assurance that your company will not directly or indirectly register or use any company name, fictitious name, trade name, trademark, domain name or other form of name that includes the ATLANTA BELTLINE® or BELTLINE® marks or that is otherwise confusingly similar thereto.

Please contact the undersigned to coordinate the transfer of the domain name www.beltlineconduit.net to ABI and provide confirmation that the other above-described actions have been taken within ten (10) days from the date of this letter. While ABI would prefer to resolve this matter amicably, your failure to respond to this letter and comply with the requirements stated herein may leave ABI with no alternative but to take further action to compel the cessation of use of the name "Beltline Conduit LLC" and the transfer of the domain name www.beltlineconduit.net in order protect and enforce ABI's rights. We hope that is not necessary.

ABI reserves all of its rights and claims pending resolution of this matter.

Sincerely,

GREENBERG TRAURIG, P.A.

*[signature]*

Manuel R. Valcarcel, Esq.

MRV/mm
Enclosure

cc:    Aasia Mustakeem, Vice President and General Counsel
       Atlanta BeltLine, Inc.