AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __NORTHERN DISTRICT OF GEORGIA__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>7/14/2023 | U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF GEORGIA | |
|---|---|---|---|
| PLAINTIFF<br><br>Atlanta Beltline, Inc. | | DEFENDANT<br><br>Beltline Conduit LLC<br>Beltline Dwellings LLC<br>Aedin Quinn | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | PLEASE SEE ATTACHED EXHIBIT A | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

# Exhibit A

# Atlanta Beltline, Inc.'s Trademark Registrations

## ATLANTA BELTLINE, INC.'S TRADEMARK REGISTRATIONS

| Mark | Reg. No. | State or Federal |
|---|---|---|
| BELTLINE | 3356126 | Federal |
| BELTLINE | S-24979 | Georgia |
| ATLANTA BELTLINE | 3922938 | Federal |
| ATLANTA BELTLINE | S-25247 | Georgia |
| Mosaic design | 3892547 | Federal |
| ATLANTA BELTLINE | 4344983 | Federal |
| BELTLINE | 4344984 | Federal |
| ATLANTA BELTLINE | 4344981 | Federal |
| ATLANTA BELTLINE | 4344982 | Federal |
| ATLANTA BELTLINE with Mosaic design | 4949342 | Federal |
| ATLANTA BELTLINE | 4949397 | Federal |
| Mosaic design | 4949398 | Federal |
| ATLANTA BELTINE with Mosaic design | 4949400 | Federal |
| ATLANTA BELTLINE with Mosaic design | 4949401 | Federal |
| ATLANTA BELTLINE | 4958432 | Federal |
| ATLANTA BELTLINE with Mosaic design | 4980865 | Federal |

### Federal Trademark Registrations

| Mark | Reg. No. |
|---|---|
| ART ON THE ATLANTA BELTLINE | 5216862 |
| ART ON THE ATLANTA BELTLINE design | 5231264 |
| ART ON THE ATLANTA BELTLINE LANTERN PARADE design | 5770272 |
| ATLANTA BELTLINE | 4949395 |
| ATLANTA BELTLINE | 4980862 |
| ATLANTA BELTLINE | 5237927 |
| ATLANTA BELTLINE | 5859844 |
| ATLANTA BELTLINE with Mosaic design | 4958434 |
| ATLANTA BELTLINE ARBORETUM with tree design | 6649850 |
| ATLANTA BELTLINE ARBORETUM | 7075814 |
| ATLANTA BELTLINE JAMBOREE | 5120106 |

| Mark | Reg. No. |
| --- | --- |
| ATLANTA BELTLINE JAMBOREE WHERE ATLANTA COMES TO CELEBRATE design | 5196088 |
| ATLANTA BELTLINE PARTNERSHIP PERKS SUPPORTER design | 5621894 |
| ATLANTA BELTLINE RUN. WALK. GO! RACE SERIES | 5947931 |
| ATLANTA BELTLINE URBAN FARM ALLENE AVENUE. EST. 2015 design | 5740205 |
| ATLANTA BELTLINE URBAN FARM EST. 2015 design | 5740204 |
| BELTLINE | 4148931 |
| BELTLINE ATLANTA CONNECTED design | 3936660 |
| BELTLINE U | 5956965 |
| BELTLINE U EST. 2018 design | 5956966 |
| BITES ON THE BELTLINE | 5546093 |
| RUN. WALK. GO! THE ATLANTA BELTLINE RACE SERIES | 5101097 |

**Georgia State Trademark Registration**

| Mark | Reg. No. |
| --- | --- |
| BELTLINE ATLANTA CONNECTED design | S-24980 |