# EXHIBIT C

**SOCIAL SECURITY ADMINISTRATION**

**Refer to:** Sharon Ann Turner

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: June 20, 2023

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030

Dear Representative Flynn:

Re: Sharon Ann Turner, 1328 Peachtree St NE, Atlanta, GA 30309

On April 3, 2023, the Appeals Council declined to assume jurisdiction of the Administrative Law Judge's decision. The Council has now received your request for more time to file a civil action (ask for court review).

**We Are Giving You More Time to File a Civil Action**

The Appeals Council now extends the time within which you may file a civil action (ask for court review) for 30 days from the date you receive this letter. We assume that you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (866)931-9946.

> Social Security
> Ste 2860 Flr 28
> 401 W Peachtree St NW
> Atlanta, GA 30308-9972

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

/s/ *Maurice A. Perry*
Maurice A. Perry

See Next Page

_____<br>Administrative Appeals Judge

cc:
Sharon Ann Turner
1328 Peachtree St NE
Atlanta, GA 30309



Dcaro CCPRB 3 Section
Room 801
5107 Leesburg Pike
Falls Church, VA 22041



3616 1 MA 0.531 P1 T7 159811 1 2 1 CIPA R230620 0000
Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030





Case 1:23-mi-99999-UNA   Document 2240-3   Filed 07/14/23   Page 5 of 5