For: **AURALICIA POLANCO CABRERA**



## Most Recent I-94

Admission (I-94) Record Number : 87701176930
Most Recent Date of Entry: 2016 February 08
Class of Admission : B2
Admit Until Date : 08/07/2016
Details provided on the I-94 Information form:

| | |
|---|---|
| Last/Surname : | POLANCO CABRERA |
| First (Given) Name : | AURALICIA |
| Birth Date : | 1992 April 27 |
| Document Number : | 056397080 |
| Country of Citizenship : | Venezuela |

[Get Travel History]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 07/31/2023

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy - Terms