# I-589 Affirmative Asylum Summary Overview
## FY2022 Q1 (Oct 1, 2021 - Dec 31, 2021)



U.S. Citizenship and
Immigration Services

Table 1 through Table 5 present quarterly summary statistics for I-589 Affirmative Asylum Cases. Monthly I-589 summary statistics are presented in Appendix I through Appendix VIII. Appendix IX through Appendix XII presents monthly and quarterly summary statistics for Asylum Division Screening Cases (Credible Fear and Reasonable Fear screenings).

**Table 1. FY2022 Q1 Affirmative Asylum Filings, Completions, and Interviews – Asylum Division**

|  | Total | Weekly Average |
|---|---|---|
| **Filings[1]** | **31,025 (100%)** | **2,216** |
| Top country - Venezuela | 7419 (24%) | 530 |
| All Others | 23,606 (76%) | 1,686 |
|  |  |  |
| **Case Completions[2]** | **9,040** | **646** |
|  |  |  |
| **Scheduled Interviews** | **10,624 (100%)** | **759** |
| Interviews Completed | 6,480 (61%) | 462 |
| No Shows/Reschedules | 4,144 (39%) | 297 |

**Table 2. FY2022 Q1 Total Affirmative Asylum Cases Filed, Completed – Asylum Office**

|  | Cases Filed | Percent | Cases Completed | Percent | Completion to Filing Ratio |
|---|---|---|---|---|---|
| **Asylum Division** | **31,025** | **100%** | **9,040** | **100%** | **0.29** |
| Arlington | 3,163 | 10% | 589 | 7% | 0.19 |
| Boston | 1,070 | 3% | 276 | 3% | 0.26 |
| Chicago | 2,696 | 9% | 1,165 | 13% | 0.43 |
| Houston | 2,926 | 9% | 398 | 4% | 0.14 |
| Los Angeles | 2,358 | 8% | 1,384 | 15% | 0.59 |
| Miami | 10,432 | 34% | 976 | 11% | 0.09 |
| New Orleans | 774 | 2% | 303 | 3% | 0.39 |
| New York | 1,869 | 6% | 1,552 | 17% | 0.83 |
| Newark | 1,869 | 6% | 1,267 | 14% | 0.68 |
| San Francisco | 2,206 | 7% | 949 | 10% | 0.43 |
| Tampa | 1,662 | 5% | 181 | 2% | 0.11 |

[1] Filings include newly cases received only. Due to delays in data entry, recent filings may not be captured within two months of receipts. This report extracted data at least one quarter after the reporting period and the data may not match other USCIS public reports. Differences between reports may be attributable to data entry delays and when the data were extracted from USCIS data systems.

[2] Completions defined as cases administratively closed or decided on the merits. Figure includes cases that have been decided but not yet served.

**Table 3. FY2022 Q1 I-589 Interviews Scheduled/Interview Outcome - Asylum Division**

|  | Total | Percent |
|---|---|---|
| **Scheduled Interviews** | **10,624** | **100%** |
| Completed Interviews | 6,480 | 61% |
| Canceled by USCIS | 2,077 | 20% |
| Canceled by Applicant | 857 | 8% |
| No Shows | 1,133 | 11% |
| Outcome Unknown | 77 | 1% |

**Table 4. FY 2022 Q1 I-589 Interviews Scheduled/Completions - Asylum Office**

|  | Scheduled Interviews | Percent | Completed Interviews | Percent | Completed Interviews to Scheduled Interviews Ratio |
|---|---|---|---|---|---|
| **Asylum Division** | **10,624** | **100%** | **6,480** | **100%** | **0.61** |
| Arlington | 712 | 7% | 395 | 6% | 0.55 |
| Boston | 303 | 3% | 200 | 3% | 0.66 |
| Chicago | 1,096 | 10% | 880 | 14% | 0.80 |
| Houston | 228 | 2% | 173 | 3% | 0.76 |
| Los Angeles | 2,018 | 19% | 851 | 13% | 0.42 |
| Miami | 1,089 | 10% | 731 | 11% | 0.67 |
| New Orleans | 351 | 3% | 231 | 4% | 0.66 |
| New York | 1,866 | 18% | 1,118 | 17% | 0.60 |
| Newark | 1,649 | 16% | 983 | 15% | 0.60 |
| San Francisco | 1,093 | 10% | 759 | 12% | 0.69 |
| Tampa | 219 | 2% | 159 | 2% | 0.73 |

**Table 5. FY 2022 Q1 I-589 Completions and Outcomes - Asylum Division**

| | Total | Percent | Subtotal | Percent |
|---|---|---|---|---|
| **Total Completions** | **9,040** | **100%** | | |
| **Decisions*** | 6,190 | 68% | **6,190** | **100%** |
|   Grants | | | 1,685 | 27.2% |
|   Denials | | | 40 | 0.6% |
|   Referrals | | | 4,460 | 72.1% |
|   Terminations | | | 5 | 0.0% |
| **Admin Closes**** | 2,850 | 32% | **2,850** | **100%** |
|   No Jurisdiction | | | 343 | 12% |
|   Other Reasons | | | 2,507 | 88% |

<u>**Case Outcomes Definitions**</u>

***Decisions: Completed cases decided based on merits.**

    (1) Grants—Cases that USCIS interviewed and approved for asylum status.
    (2) Denials—Cases USCIS interviewed and found ineligible for asylum status while the applicant was in lawful  immigration status.
    (3) Referrals—Cases USCIS interviewed and found ineligible for asylum status and referred to the Immigration Judge because the applicant was not in lawful immigration status.
    (4) Terminations – Cases in which USCIS terminated asylum status.

****Admin Closes: Completed cases that USCIS administratively closed.**

    (1) No Jurisdiction—Cases USCIS administratively closed for lack of jurisdiction.
    (2) Other Reason—Cases USCIS administratively closed for withdrawn/LPR, ineligible/USC, outside the US/abandoned, or because the applicant failed to appear for the interview  and was not in lawful immigration status.

**Appendix I**

**FY 2022 Q1 I-589 Applications Filed by Office, Month (Percentage of Asylum Division Total)**

|  | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|
| Asylum Division | **31,025** (100%) | **9,077** (100%) | **10,564** (100%) | **11,384** (100%) |
| Arlington | **3,163** (10%) | 991 (11%) | 1,065 (10%) | 1,107 (10%) |
| Boston | **1,070** (3%) | 364 (4%) | 372 (4%) | 334 (3%) |
| Chicago | **2,696** (9%) | 799 (9%) | 891 (8%) | 1,006 (9%) |
| Houston | **2,926** (9%) | 844 (9%) | 949 (9%) | 1,133 (10%) |
| Los Angeles | **2,358** (8%) | 786 (9%) | 771 (7%) | 801 (7%) |
| Miami | **10,432** (34%) | 2,804 (31%) | 3,653 (35%) | 3,975 (35%) |
| New Orleans | **774** (2%) | 241 (3%) | 243 (2%) | 290 (3%) |
| New York | **1,869** (6%) | 556 (6%) | 655 (6%) | 658 (6%) |
| Newark | **1,869** (6%) | 539 (6%) | 707 (7%) | 623 (5%) |
| San Francisco | **2,206** (7%) | 702 (8%) | 730 (7%) | 774 (7%) |
| Tampa | **1,662** (5%) | 451 (5%) | 528 (5%) | 683 (6%) |

**Appendix I (continued)**

**FY 2022 Q1 I-589 Applications Completed by Office, Month (Percentage of Asylum Division Total)**

|  | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|
| **Asylum Division** | **9,040** **(100%)** | **2,784** (100%) | **2,830** (100%) | **3,426** (100%) |
| **Arlington** | **589** (8%) | 218 (7%) | 152 (5%) | 219 (6%) |
| **Boston** | **276** (3%) | 98 (4%) | 75 (3%) | 103 (3%) |
| **Chicago** | **1,165** (13%) | 365 (13%) | 386 (14%) | 414 (12%) |
| **Houston** | **398** (4%) | 100 (4%) | 121 (4%) | 177 (5%) |
| **Los Angeles** | **1,384** (15%) | 371 (13%) | 435 (15%) | 578 (17%) |
| **Miami** | **976** (11%) | 320 (11%) | 299 (11%) | 357 (10%) |
| **New Orleans** | **303** (3%) | 72 (3%) | 126 (4%) | 105 (3%) |
| **New York** | **1,552** (17%) | 432 (16%) | 448 (16%) | 672 (20%) |
| **Newark** | **1,267** (14%) | 408 (15%) | 414 (15%) | 445 (13%) |
| **San Francisco** | **949** (10%) | 332 (12%) | 320 (11%) | 297 (9%) |
| **Tampa** | **181** (2%) | 68 (2%) | 54 (2%) | 59 (2%) |

**Appendix II**

**FY 2022 Q1 I-589 Interviews Scheduled by Month, Interview Outcome (Percentage by Month)**

|  | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|
| **Interviews Scheduled** | **10,624** | **2,955** | **3,480** | **4,189** |
|  | (100%) | (100%) | (100%) | (100%) |
| Completed | **6,480** | 1,862 | 2,146 | 2,472 |
|  | (61%) | (63%) | (62%) | (59%) |
| Canceled by USCIS | **2,077** | 575 | 605 | 897 |
|  | (20%) | (19%) | (17%) | (21%) |
| Canceled by Applicant | **857** | 228 | 302 | 327 |
|  | (8%) | (8%) | (9%) | (8%) |
| No Shows | **1,133** | 276 | 404 | 453 |
|  | (11%) | (9%) | (12%) | (11%) |
| Outcome Unknown | **77** | 14 | 23 | 40 |
|  | (1%) | (0.5%) | (1%) | (1%) |

<u>**Interview Outcomes**</u>

**Completed**—Cases in which the applicant appeared for their interview at the Asylum Office, and the Asylum Officer conducted an asylum interview.

**Canceled by USCIS**—Cases in which the asylum interview is cancelled at the fault of USCIS, due to office closures, unavailability of USCIS interpreters, etc.

**Canceled by Applicant**—Cases in which the applicant submitted a request to reschedule their asylum interview and the Asylum Office honored the request.

**No Shows**—Cases in which the applicant failed to appear for their scheduled asylum interview. interviews without an outcome entry.

**Outcome Unknown** — interviews without an outcome entry.

## Appendix III

**FY 2022 Q1 Interviews Scheduled by Month, Asylum Office, Interview Outcome[3]**

| | | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---:|---:|---:|---:|
| **Arlington** | **Scheduled Interviews** | **712** | **178** | **187** | **347** |
| | Completed | 395 | 116 | 109 | 170 |
| | Canceled by USCIS | 127 | 23 | 22 | 82 |
| | Canceled by Applicant | 112 | 26 | 33 | 53 |
| | No Shows | 73 | 13 | 21 | 39 |
| | Outcome Unknown | 5 | - | 2 | 3 |
| **Boston** | **Scheduled Interviews** | **303** | **92** | **116** | **95** |
| | Completed | 200 | 57 | 81 | 62 |
| | Canceled by USCIS | 60 | 20 | 14 | 26 |
| | Canceled by Applicant | 34 | 12 | 18 | 4 |
| | No Shows | 8 | 2 | 3 | 3 |
| | Outcome Unknown | 1 | 1 | - | - |
| **Chicago** | **Scheduled Interviews** | **1096** | **336** | **354** | **406** |
| | Completed | 880 | 265 | 284 | 331 |
| | Canceled by USCIS | 69 | 28 | 20 | 21 |
| | Canceled by Applicant | 52 | 22 | 12 | 18 |
| | No Shows | 78 | 18 | 31 | 29 |
| | Outcome Unknown | 17 | 3 | 7 | 7 |
| **Houston** | **Scheduled Interviews** | **228** | **69** | **65** | **94** |
| | Completed | 173 | 52 | 48 | 73 |
| | Canceled by USCIS | 24 | 5 | 12 | 7 |
| | Canceled by Applicant | 18 | 6 | 2 | 10 |
| | No Shows | 9 | 5 | 1 | 3 |
| | Outcome Unknown | 4 | 1 | 2 | 1 |
| **Los Angeles** | **Scheduled Interviews** | **2018** | **392** | **582** | **1044** |
| | Completed | 851 | 189 | 260 | 402 |
| | Canceled by USCIS | 470 | 52 | 86 | 332 |
| | Canceled by Applicant | 173 | 41 | 50 | 82 |
| | No Shows | 508 | 107 | 182 | 219 |
| | Outcome Unknown | 16 | 3 | 4 | 9 |
| **Miami** | **Scheduled Interviews** | **1089** | **369** | **370** | **350** |
| | Completed | 731 | 255 | 236 | 240 |
| | Canceled by USCIS | 199 | 65 | 88 | 46 |
| | Canceled by Applicant | 86 | 31 | 22 | 33 |
| | No Shows | 65 | 18 | 20 | 27 |
| | Outcome Unknown | 8 | - | 4 | 4 |

---

[3] Refer to Appendix II for definitions of interview outcome.

**Appendix III (continued)**

**FY 2022 Q1 Interviews Scheduled by Month, Asylum Office, Interview Outcome[4]**

| | | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|---|
| **New Orleans** | **Scheduled Interviews** | **351** | **22** | **140** | **189** |
| | Completed | 231 | 11 | 100 | 120 |
| | Canceled by USCIS | 73 | 8 | 20 | 45 |
| | Canceled by Applicant | 34 | 2 | 16 | 16 |
| | No Shows | 13 | 1 | 4 | 8 |
| **New York** | **Scheduled Interviews** | **1,866** | **648** | **558** | **660** |
| | Completed | 1,118 | 362 | 335 | 421 |
| | Canceled by USCIS | 344 | 171 | 80 | 93 |
| | Canceled by Applicant | 119 | 33 | 51 | 35 |
| | No Shows | 264 | 77 | 90 | 97 |
| | Outcome Unknown | 21 | 5 | 2 | 14 |
| **Newark** | **Scheduled Interviews** | **1,649** | **441** | **664** | **544** |
| | Completed | 983 | 272 | 388 | 323 |
| | Canceled by USCIS | 474 | 124 | 181 | 169 |
| | Canceled by Applicant | 121 | 29 | 57 | 35 |
| | No Shows | 70 | 16 | 38 | 16 |
| | Outcome Unknown | 1 | - | - | 1 |
| **San Francisco** | **Scheduled Interviews** | **1,093** | **326** | **374** | **393** |
| | Completed | 759 | 224 | 253 | 282 |
| | Canceled by USCIS | 213 | 71 | 74 | 68 |
| | Canceled by Applicant | 86 | 19 | 34 | 33 |
| | No Shows | 33 | 12 | 12 | 9 |
| | Outcome Unknown | 2 | - | 1 | 1 |
| **Tampa** | **Scheduled Interviews** | **219** | **82** | **70** | **67** |
| | Completed | 159 | 59 | 52 | 48 |
| | Canceled by USCIS | 24 | 8 | 8 | 8 |
| | Canceled by Applicant | 22 | 7 | 7 | 8 |
| | No Shows | 12 | 7 | 2 | 3 |
| | Outcome Unknown | 2 | 1 | 1 | - |

---

[4] Refer to Appendix II for definitions of interview outcome.

**Appendix IV**

**FY 2022 Q1 I-589 Adjudication Outcomes by Month of Case Completion (Percentage of Asylum Division Total)**

| | | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|---|
| **Total Completions** | | **9,040** (100%) | **2,784** (100%) | **2,830** (100%) | **3,426** (100%) |
| **Decisions** | **Sub-Total** | **6190** (68.5%) | **1862** (66.9%) | **2029** (71.7%) | **2299** (67.1%) |
| | Grants | **1,685** (18.6%) | 488 (17.5%) | 554 (19.6%) | 643 (18.8%) |
| | Denials | **40** (0.4%) | 14 (0.5%) | 10 (0.4%) | 16 (0.5%) |
| | Referrals | **4,460** (49.3%) | 1,359 (48.8%) | 1,463 (51.7%) | 1,638 (47.8%) |
| | Terminations | **5** (0.1%) | 1 (0.0%) | 2 (0.1%) | 2 (0.1%) |
| **Admin Closes** | **Sub-Total** | **2,850** (31.5%) | **922** (33.1%) | **801** (28.3%) | **1,127** (32.9%) |
| | No Jurisdiction | **343** (3.8%) | 120 (4.3%) | 101 (3.6%) | 122 (3.6%) |
| | Other Reason | **2,507** (27.7%) | 802 (28.8%) | 700 (24.7%) | 1,005 (29.3%) |

<u>Adjudication Outcomes</u>
**Grants**—Cases that USCIS interviewed and approved for asylum status.
**Denials**—Cases USCIS interviewed and found ineligible for asylum status while the applicant was in lawful immigration status.
**Referrals**—Cases USCIS interviewed and found ineligible for asylum status and referred to the Immigration Judge because the applicant was not in lawful immigration status.
**Terminations**—Cases in which USCIS terminated asylum status
**No Jurisdiction**—Cases USCIS administratively closed for lack of jurisdiction.
**Other Reason**—Cases USCIS administratively closed for withdrawn/LPR, ineligible/USC, outside the US/abandoned, or because the applicant failed to appear for the interview and was not in lawful immigration status.

## Appendix V

### FY 2022 Q1 I-589 Adjudication Outcomes by Month of Case Completion, Office

| | | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|---|
| **Arlington** | **Office Total** | **589** | **218** | **152** | **219** |
| | Grants | 166 | 43 | 60 | 63 |
| | Denials | 5 | 2 | 1 | 2 |
| | No Jurisdiction | 24 | 9 | 7 | 8 |
| | Other Reason | 154 | 89 | 17 | 48 |
| | Referrals | 239 | 75 | 66 | 98 |
| | Terminations | 1 | - | 1 | - |
| **Boston** | **Office Total** | **276** | **98** | **75** | **103** |
| | Grants | 31 | 13 | 8 | 10 |
| | Denials | 1 | 1 | - | - |
| | No Jurisdiction | 6 | 3 | 1 | 2 |
| | Other Reason | 33 | 13 | 10 | 10 |
| | Referrals | 205 | 68 | 56 | 81 |
| **Chicago** | **Office Total** | **1,165** | **365** | **386** | **414** |
| | Grants | 330 | 91 | 99 | 140 |
| | Denials | 14 | 2 | 3 | 9 |
| | No Jurisdiction | 27 | 9 | 8 | 10 |
| | Other Reason | 209 | 82 | 74 | 53 |
| | Referrals | 584 | 181 | 202 | 201 |
| | Terminations | 1 | - | - | 1 |
| **Houston** | **Office Total** | **398** | **100** | **121** | **177** |
| | Grants | 38 | 10 | 16 | 12 |
| | Denials | 2 | 2 | - | - |
| | No Jurisdiction | 32 | 7 | 11 | 14 |
| | Other Reason | 190 | 47 | 52 | 91 |
| | Referrals | 134 | 34 | 41 | 59 |
| | Terminations | 2 | - | 1 | 1 |
| **Los Angeles** | **Office Total** | **1,384** | **371** | **435** | **578** |
| | Grants | 270 | 79 | 93 | 98 |
| | No Jurisdiction | 50 | 16 | 18 | 16 |
| | Other Reason | 596 | 158 | 138 | 300 |
| | Referrals | 468 | 118 | 186 | 164 |

<u>**Adjudication Outcomes**</u>
**Grants**—Cases that USCIS interviewed and approved for asylum status.
**Denials**—Cases USCIS interviewed and found ineligible for asylum status while the applicant was in lawful immigration status.
**No Jurisdiction**—Cases USCIS administratively closed for lack of jurisdiction.
**Other Reason**—Cases USCIS administratively closed for withdrawn/LPR, ineligible/USC, outside the US/abandoned, or because the applicant failed to appear for the interview and was not in lawful immigration status.
**Referrals**—Cases USCIS interviewed and found ineligible for asylum status and referred to the Immigration Judge because the applicant was not in lawful immigration status.
**Terminations**—Cases in which USCIS terminated asylum status.

## Appendix V (continued)

### FY 2022 Q1 I-589 Adjudication Outcomes by Month of Case Completion, Office

| | | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|---|
| **Miami** | Office Total | 976 | 320 | 299 | 357 |
| | Grants | 117 | 47 | 21 | 49 |
| | Denials | 4 | 2 | 1 | 1 |
| | No Jurisdiction | 66 | 26 | 20 | 20 |
| | Other Reason | 220 | 47 | 74 | 99 |
| | Referrals | 569 | 198 | 183 | 188 |
| **New Orleans** | Office Total | 303 | 72 | 126 | 105 |
| | Grants | 95 | 21 | 35 | 39 |
| | Denials | - | - | - | - |
| | No Jurisdiction | 8 | 5 | 2 | 1 |
| | Other Reason | 113 | 37 | 60 | 16 |
| | Referrals | 87 | 9 | 29 | 49 |
| **New York** | Office Total | 1552 | 432 | 448 | 672 |
| | Grants | 83 | 21 | 26 | 36 |
| | Denials | 7 | 1 | 3 | 3 |
| | No Jurisdiction | 70 | 22 | 12 | 36 |
| | Other Reason | 366 | 120 | 86 | 160 |
| | Referrals | 1025 | 267 | 321 | 437 |
| | Terminations | 1 | 1 | - | - |
| **Newark** | Office Total | 1267 | 408 | 414 | 445 |
| | Grants | 245 | 83 | 84 | 78 |
| | Denials | 2 | 1 | - | 1 |
| | No Jurisdiction | 11 | 5 | 3 | 3 |
| | Other Reason | 341 | 83 | 99 | 159 |
| | Referrals | 668 | 236 | 228 | 204 |
| **San Francisco** | Office Total | 949 | 332 | 320 | 297 |
| | Grants | 282 | 74 | 102 | 106 |
| | Denials | 3 | 1 | 2 | - |
| | No Jurisdiction | 43 | 17 | 17 | 9 |
| | Other Reason | 281 | 124 | 89 | 68 |
| | Referrals | 340 | 116 | 110 | 114 |
| **Tampa** | Office Total | 181 | 68 | 54 | 59 |
| | Grants | 28 | 6 | 10 | 12 |
| | Denials | 2 | 2 | - | - |
| | No Jurisdiction | 6 | 1 | 2 | 3 |
| | Other Reason | 4 | 2 | 1 | 1 |
| | Referrals | 141 | 57 | 41 | 43 |

Adjudication Outcomes

**Grants**—Cases that USCIS interviewed and approved for asylum status.
**Denials**—Cases USCIS interviewed and found ineligible for asylum status while the applicant was in lawful immigration status.
**No Jurisdiction**—Cases USCIS administratively closed for lack of jurisdiction.
**Other Reason**—Cases USCIS administratively closed for withdrawn/LPR, ineligible/USC, outside the US/abandoned, or because the applicant failed to appear for the interview and was not in lawful immigration status.
**Referrals**—Cases USCIS interviewed and found ineligible for asylum status and referred to the Immigration Judge because the applicant was not in lawful immigration status.
**Terminations**—Cases in which USCIS terminated asylum status.

**Appendix VI**

**FY 2022 Q1 Pending I-589 Caseload by Office, Month**

|  | Oct 31, 2021 | Nov 30, 2021 | Dec 31, 2021 |
|---|---|---|---|
| **Asylum Division** | 422.8K | 430.6K | 438.5K |
|  | (100%) | (100%) | (100%) |
| **Arlington** | 50.5K | 51.4K | 52.3K |
|  | (12%) | (12%) | (12%) |
| **Boston** | 20.4K | 20.7K | 20.9K |
|  | (5%) | (5%) | (5%) |
| **Chicago** | 28.8K | 29.3K | 29.8K |
|  | (7%) | (7%) | (7%) |
| **Houston** | 37.1K | 37.9K | 38.9K |
|  | (9%) | (9%) | (9%) |
| **Los Angeles** | 46.4K | 46.7K | 46.9K |
|  | (11%) | (11%) | (11%) |
| **Miami** | 108.5K | 111.9K | 115.5K |
|  | (26%) | (26%) | (26%) |
| **New Orleans** | 7.1K | 7.3K | 7.4K |
|  | (2%) | (2%) | (2%) |
| **New York** | 45.4K | 45.6K | 45.6K |
|  | (11%) | (11%) | (11%) |
| **Newark** | 26.3K | 26.6K | 26.7K |
|  | (6%) | (6%) | (6%) |
| **San Francisco** | 39.3K | 39.7K | 40.2K |
|  | (9%) | (9%) | (9%) |
| **Tampa** | 13.2K | 13.7K | 14.3K |
|  | (3%) | (3%) | (3%) |

## Appendix VII

### FY 2022 Q1 I-589 Cases Filed by Top 20 Countries of Citizenship - Asylum Division

| | | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|---|
| | ALL COUNTRIES | 31,025 (100%) | 9,077 (100%) | 10,564 (100%) | 11,384 (100%) |
| 1 | VENEZUELA | 7,419 (24%) | 1,977 (22%) | 2,561 (24%) | 2,881 (25%) |
| 2 | CUBA | 4,039 (13%) | 994 (11%) | 1,378 (13%) | 1,667 (15%) |
| 3 | GUATEMAL | 2,526 (8%) | 842 (9%) | 810 (8%) | 874 (8%) |
| 4 | COLOMBIA | 2,307 (7%) | 754 (8%) | 795 (8%) | 758 (7%) |
| 5 | HAITI | 1,963 (6%) | 457 (5%) | 738 (7%) | 768 (7%) |
| 6 | HONDURAS | 1,642 (5%) | 537 (6%) | 562 (5%) | 543 (5%) |
| 7 | EL | 1,419 (5%) | 426 (5%) | 519 (5%) | 474 (4%) |
| 8 | MEXICO | 1,241 (4%) | 401 (4%) | 413 (4%) | 427 (4%) |
| 9 | CHINA | 892 (3%) | 303 (3%) | 283 (3%) | 306 (3%) |
| 10 | INDIA | 760 (2%) | 262 (3%) | 262 (2%) | 236 (2%) |
| 11 | RUSSIA | 608 (2%) | 154 (2%) | 186 (2%) | 268 (2%) |
| 12 | ETHIOPIA | 483 (2%) | 164 (2%) | 148 (1%) | 171 (2%) |
| 13 | NIGERIA | 480 (2%) | 174 (2%) | 173 (2%) | 133 (1%) |
| 14 | NICARAGUA | 464 (1%) | 116 (1%) | 161 (2%) | 187 (2%) |
| 15 | ECUADOR | 423 (1%) | 121 (1%) | 158 (1%) | 144 (1%) |
| 16 | TURKEY | 292 (1%) | 95 (1%) | 104 (1%) | 93 (1%) |
| 17 | BRAZIL | 286 (1%) | 91 (1%) | 93 (1%) | 102 (1%) |
| 18 | KENYA | 234 (1%) | 80 (1%) | 81 (1%) | 73 (1%) |
| 19 | EGYPT | 219 (1%) | 73 (1%) | 77 (1%) | 69 (1%) |
| 20 | ARMENIA | 188 (1%) | 67 (1%) | 61 (1%) | 60 (1%) |
| | OTHER | 3,287 (11%) | 1,045 (12%) | 1,051 (10%) | 1,191 (10%) |

## Appendix VIII
**FY2022 Q1 I-589 Cases Filed by Top Countries of Citizenship by Office[5]**

| | Arlington | | | Boston | | | Chicago | |
|---|---|---|---|---|---|---|---|---|
| | TOTAL | **3,163** (100%) | | TOTAL | **1,070** (100%) | | TOTAL | **2,696** (100%) |
| 1 | VENEZUELA | **773** (24%) | 1 | GUATEMALA | **275** (26%) | 1 | VENEZUELA | **609** (23%) |
| 2 | HONDURA | **360** (11%) | 2 | BRAZIL | **159** (15%) | 2 | GUATEMALA | **388** (14%) |
| 3 | EL SALVAFOR | **354** (11%) | 3 | EL SALVADOR | **122** (11%) | 3 | HONDURAS | **155** (6%) |
| 4 | ETHIOPIA | **280** (9%) | 4 | HONDURAS | **61** (6%) | 4 | CUBA | **150** (6%) |
| 5 | GUATEMALA | **258** (8%) | 5 | ECUADOR | **60** (6%) | 5 | COLUMBIA | **145** (5%) |
| 6 | COLOMBIA | **239** (8%) | 6 | HAITI | **50** (5%) | 6 | HAITI | **135** (5%) |
| 7 | NIGERIA | **93** (3%) | 7 | COLOMBIA | **38** (4%) | 7 | NIGERIA | **133** (5%) |
| 8 | MEXICO | **92** (3%) | 8 | ANGOLA | **36** (3%) | 8 | MEXICO | **95** (4%) |
| 9 | INDIA | **60** (2%) | 9 | VENEZUELA | **30** (3%) | 9 | EL SAVALDOR | **95** (4%) |
| 10 | AFGHANISTAN | **58** (2%) | 10 | TURKEY | **20** (2%) | 10 | INDIA | **81** (3%) |
| | OTHER | **596** (19%) | | OTHER | **219** (20%) | | OTHER | **710** (27%) |

| | Houston | | | Los Angeles | |
|---|---|---|---|---|---|
| | TOTAL | **2,926** (100%) | | TOTAL | **2,358** (100%) |
| 1 | VENEZUELA | **1,320** (45%) | 1 | CHINA | **429** (18%) |
| 2 | CUBA | **231** (8%) | 2 | GUATEMALA | **338** (14%) |
| 3 | HONDURAS | **225** (8%) | 3 | MEXICO | **230** (10%) |
| 4 | COLOMBIA | **168** (6%) | 4 | EL SAVALDOR | **201** (9%) |
| 5 | GUATEMALA | **160** (5%) | 5 | RUSSIA | **198** (8%) |
| 6 | MEXICO | **159** (5%) | 6 | ARMENIA | **177** (8%) |
| 7 | NIGERIA | **133** (5%) | 7 | VENEZUELA | **76** (3%) |
| 8 | EL SALVADOR | **132** (5%) | 8 | HONDURUS | **68** (3%) |
| 9 | INDIA | **29** (1%) | 9 | COLUMBIA | **68** (3%) |
| 10 | TURKEY | **22** (1%) | 10 | EGYPT | **58** (2%) |
| | OTHER | **347** (12%) | | OTHER | **515** (23%) |

---

[5] Only showing top countries of citizenship totaled 10 or more cases for privacy protection.

## Appendix VIII (continued)
**FY2022 Q1 I-589 Cases Filed by Top Countries of Citizenship by Office[6]**

| | Miami | |
|---|---|---|
| | | **10,432** |
| | TOTAL | (100%) |
| | | **3,695** |
| 1 | VENEZUELA | (35%) |
| | | **2855** |
| 2 | CUBA | (27%) |
| | | **1472** |
| 3 | HAITI | (14%) |
| | | **1042** |
| 4 | COLUMBIA | (10%) |
| | | **423** |
| 5 | GUATEMALA | (4%) |
| | | **223** |
| 6 | NICARAGUA | (2%) |
| | | **192** |
| 7 | HONDURAS | (2%) |
| | | **88** |
| 8 | RUSSIA | (1%) |
| | | **75** |
| 9 | MEXICO | (1%) |
| | | **48** |
| 10 | BRAZIL | (0.4%) |
| | | **319** |
| | OTHER | (4%) |

| | New Orleans | |
|---|---|---|
| | | **774** |
| | TOTAL | (100%) |
| | | **247** |
| 1 | VENEZUELA | (26%) |
| | | **148** |
| 2 | HONDURUS | (15%) |
| | | **134** |
| 3 | GUATEMALA | (11%) |
| | | **48** |
| 4 | COLUMBIA | (6%) |
| | | **40** |
| 5 | EL SALVADOR | (6%) |
| | | **33** |
| 6 | MEXICO | (5%) |
| | | **124** |
| 7 | OTHER | (4%) |

| | New York | |
|---|---|---|
| | | **1,869** |
| | TOTAL | (100%) |
| | | **240** |
| 1 | CHINA | (13%) |
| | | **151** |
| 2 | INDIA | (8%) |
| | | **143** |
| 3 | EUADOR | (8%) |
| | | **124** |
| 4 | EL SAVALDOR | (7%) |
| | | **117** |
| 5 | RUSSIA | (6%) |
| | | **106** |
| 6 | BANGLADASH | (6%) |
| | | **96** |
| 7 | HONDURUS | (5%) |
| | | **94** |
| 8 | VENEZUELA | (5%) |
| | | **87** |
| 9 | GUATEMALA | (5%) |
| | | **66** |
| 10 | COLUMBIA | (4%) |
| | | **645** |
| | OTHER | (35%) |

| | Newark | |
|---|---|---|
| | | **1,869** |
| | TOTAL | (100%) |
| | | **207** |
| 1 | GUATEMALA | (11%) |
| | | **179** |
| 2 | HONDURUS | (10%) |
| | | **152** |
| 3 | MEXICO | (8%) |
| | | **139** |
| 4 | VENEZUELA | (7%) |
| | | **138** |
| 5 | COLOMBIA | (7%) |
| | | **117** |
| 6 | ECUADOR | (6%) |
| | | **107** |
| 7 | TURKEY | (6%) |
| | | **91** |
| 8 | EL SALVADOR | (5%) |
| | | **82** |
| 9 | HAITI | (4%) |
| | | **53** |
| 10 | EGYPT | (3%) |
| | | **604** |
| | OTHER | (32%) |

| | San Francisco | |
|---|---|---|
| | | **2,206** |
| | TOTAL | (100%) |
| | | **329** |
| 1 | INDIA | (15%) |
| | | **275** |
| 2 | MEXICO | (12%) |
| | | **213** |
| 3 | GUATEMALA | (10%) |
| | | **189** |
| 4 | EL SAVALDOR | (9%) |
| | | **184** |
| 5 | COLUMBIA | (8%) |
| | | **167** |
| 6 | KENYA | (8%) |
| | | **87** |
| 7 | RUSSIA | (4%) |
| | | **87** |
| 8 | CHINA | (4%) |
| | | **83** |
| 9 | HONDURAS | (4%) |
| | | **67** |
| 10 | VENEZUELA | (3%) |
| | | **525** |
| | OTHER | (24%) |

| | Tampa | |
|---|---|---|
| | | **1,662** |
| | TOTAL | (100%) |
| | | **716** |
| 1 | CUBA | (43%) |
| | | **369** |
| 2 | VENEZUELA | (22%) |
| | | **171** |
| 3 | COLUMBIA | (10%) |
| | | **92** |
| 4 | HAITI | (6%) |
| | | **75** |
| 5 | HONDURUS | (5%) |
| | | **49** |
| 6 | MEXICO | (3%) |
| | | **190** |
| 7 | OTHER | (12%) |

[6] Only showing top countries of citizenship totaled 10 or more cases for privacy protection.

Page 15

**Appendix IX**

**FY 2022 Q1 Asylum Division Screening Cases Received by Type, Month**

| | Grand Total | Oct 2021 | Nov 2021 | Dec2021 |
|---|---|---|---|---|
| **Total Receipts** | **20,873** (100%) | 8,631 (100%) | 7,682 (100%) | 4,560 (100%) |
| Credible Fear | **19,594** (94%) | 8,186 (95%) | 7,229 (94%) | 4,179 (92%) |
| Reasonable Fear | **1,279** (6%) | 445 (5%) | 453 (6%) | 381 (8%) |

**FY 2022 Q1 Asylum Division Screening Cases Completed by Type, Outcome, Month**

| | | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|---|
| **Total Completions** | | **17,919** (100%) | **6,797** (100%) | **6,467** (100%) | **4,655** (100%) |
| Credible Fear | **Total** | **16,656** (93%) | **6,374** (94%) | **6,021** (93%) | **4,261** (92%) |
| | Positive | 10,775 (60%) | 4,138 (61%) | 4,015 (62%)) | 2,622 (56%) |
| | Negative | 5,434 (30%) | 2,105 (31%) | 1,825 (28%) | 1,504 (32%) |
| | Admin Closed | 447 (2%) | 131 (2%) | 181 (3%) | 135 (3%) |
| Reasonable Fear | **Total** | **1,263** (7%) | **423** (6%) | **446** (7%) | **394** (8%) |
| | Positive | 373 (2%) | 121 (2%) | 135 (2%) | 117 (3%) |
| | Negative | 620 (3%) | 211 (3%) | 222 (3%) | 187 (4%) |
| | Admin Closed | 270 (2%) | 91 (1%) | 89 (1%) | 90 (2%) |

**Appendix X**

**FY 2022 Q1 Screening Cases Received by Type, Office, Month**

CF = Credible Fear | RF = Reasonable Fear

| | | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|---|
| **Arlington** | Total | **4,594** | 1,684 | 1,359 | 1,551 |
| | CF | 4,357 | 1,610 | 1,275 | 1,472 |
| | RF | 237 | 74 | 84 | 79 |
| **Boston** | Total | **458** | 116 | 154 | 188 |
| | CF | 420 | 109 | 141 | 170 |
| | RF | 38 | 7 | 13 | 18 |
| **Chicago** | Total | **711** | 268 | 314 | 129 |
| | CF | 622 | 237 | 275 | 110 |
| | RF | 89 | 31 | 39 | 19 |
| **Houston** | Total | **9,384** | 4,540 | 3,233 | 1,611 |
| | CF | 8,735 | 4,295 | 3,015 | 1,425 |
| | RF | 649 | 245 | 218 | 186 |
| **Los Angeles** | Total | **566** | 194 | 260 | 112 |
| | CF | 538 | 187 | 248 | 103 |
| | RF | 28 | 7 | 12 | 9 |
| **Miami** | Total | **1,534** | 576 | 606 | 352 |
| | CF | 1,494 | 51 | 591 | 342 |
| | RF | 40 | 15 | 15 | 10 |
| **New Orleans** | Total | **1,242** | 407 | 729 | 106 |
| | CF | 1,204 | 393 | 714 | 97 |
| | RF | 38 | 14 | 15 | 9 |
| **New York** | Total | **850** | 300 | 383 | 167 |
| | CF | 821 | 294 | 370 | 157 |
| | RF | 29 | 6 | 13 | 10 |
| **Newark** | Total | **694** | 226 | 290 | 178 |
| | CF | 645 | 209 | 267 | 169 |
| | RF | 49 | 17 | 23 | 9 |
| **San Francisco** | Total | **688** | 242 | 291 | 155 |
| | CF | 606 | 213 | 270 | 123 |
| | RF | 82 | 29 | 21 | 32 |
| **Tampa** | Total | **152** | 78 | 63 | 11 |
| | CF | 152 | 78 | 63 | 11 |
| | RF | - | - | - | - |

**Appendix XI**

FY 2022 Q1 Credible Fear Cases Completed by Outcome, Office, Month

Pos = Positive Determination | Neg = Negative Determination | Close = Administrative Closure

| | | | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|---|---|
| | **Total** | | **4,954** | **2,344** | **1,591** | **1,019** |
| **Arlington** | Pos | Persecution | **3,205** | 1,554 | 1,043 | 608 |
| | | Torture | **609** | 283 | 189 | 137 |
| | Neg | Negative | **1068** | 482 | 350 | 236 |
| | Close | Dissolve | **23** | 11 | 6 | 6 |
| | | Other | **26** | 3 | 1 | 22 |
| | | Rare Language | **23** | 11 | 2 | 10 |
| | **Total** | | **57** | **11** | **11** | **35** |
| **Boston** | Pos | Persecution | **47** | 9 | 8 | 30 |
| | | Torture | **3** | 1 | 1 | 1 |
| | Neg | Negative | **6** | 1 | 2 | 3 |
| | Close | Other | **1** | - | - | 1 |
| | **Total** | | **107** | **46** | **23** | **38** |
| **Chicago** | Pos | Persecution | **36** | 14 | 9 | 13 |
| | | Torture | **9** | 5 | 1 | 3 |
| | Neg | Negative | **29** | 14 | 4 | 11 |
| | Close | Dissolve | **33** | 13 | 9 | 11 |
| | **Total** | | **8,444** | **3,037** | **3,171** | **2,236** |
| **Houston** | Pos | Persecution | **4,077** | 1,522 | 1,598 | 957 |
| | | Torture | **653** | 197 | 256 | 200 |
| | Neg | Negative | **3476** | 1254 | 1198 | 1024 |
| | Close | Dissolve | **54** | 14 | 17 | 23 |
| | | Other | **130** | 29 | 93 | 8 |
| | | Rare Language | **54** | 21 | 9 | 24 |
| | **Total** | | **204** | **50** | **52** | **102** |
| **Los Angeles** | Pos | Persecution | **147** | 40 | 36 | 71 |
| | | Torture | **20** | 5 | 7 | 8 |
| | Neg | Negative | **34** | 5 | 9 | 20 |
| | Close | Other | **3** | - | - | 3 |

## Appendix XI (continued)

FY 2022 Q1 Credible Fear Cases Completed by Outcome, Office, Month

Pos = Positive Determination | Neg = Negative Determination | Close = Administrative Closure

| | | | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|---|---|
| **Miami** | Total | | **413** | **182** | **131** | **100** |
| | Pos | Persecution | **154** | 61 | 56 | 37 |
| | | Torture | **218** | 94 | 69 | 55 |
| | Neg | Negative | **29** | 26 | - | 3 |
| | Close | Dissolve | **9** | - | 4 | 5 |
| | | Other | **2** | - | 2 | - |
| | | Rare Language | **1** | 1 | - | - |
| **New Orleans** | Total | | **1,339** | **509** | **413** | **417** |
| | Pos | Persecution | **709** | 214 | 255 | 240 |
| | | Torture | **96** | 22 | 39 | 35 |
| | Neg | Negative | **526** | 269 | 119 | 138 |
| | Close | Dissolve | **5** | 2 | - | 3 |
| | | Other | **1** | 1 | - | - |
| | | Rare Language | **2** | 1 | - | 1 |
| **New York** | Total | | **555** | **47** | **428** | **80** |
| | Pos | Persecution | **376** | 23 | 296 | 57 |
| | | Torture | **38** | 3 | 31 | 4 |
| | Neg | Negative | **133** | 20 | 95 | 18 |
| | Close | Dissolve | **3** | - | 2 | 1 |
| | | Rare Language | **5** | 1 | 4 | - |
| **Newark** | Total | | **183** | **50** | **68** | **65** |
| | Pos | Persecution | **120** | 26 | 46 | 48 |
| | | Torture | **22** | 5 | 8 | 9 |
| | Neg | Negative | **32** | 17 | 9 | 6 |
| | Close | Dissolve | **3** | 1 | - | 2 |
| | | Other | **2** | 1 | 1 | - |
| | | Rare Language | **4** | - | 4 | - |
| **San Francisco** | Total | | **299** | **96** | **119** | **84** |
| | Pos | Persecution | **156** | 55 | 51 | 50 |
| | | Torture | **29** | 3 | 11 | 15 |
| | Neg | Negative | **58** | 17 | 30 | 11 |
| | Close | Dissolve | **3** | 1 | - | 2 |
| | | Other | **50** | 18 | 26 | 6 |
| | | Rare Language | **3** | 2 | 1 | - |
| **Tampa** | Total | | **4** | **-** | **3** | **1** |
| | Pos | Persecution | **4** | - | 3 | 1 |
| | | Torture | **-** | - | - | - |
| | Neg | Negative | **-** | - | - | - |
| | Close | Other | **-** | - | - | - |

**Appendix XII**

FY 2022 Q1 Reasonable Fear Cases Completed by Outcome, Office, Month

Pos = Positive Determination | Neg = Negative Determination | Close = Administrative Closure

| | | | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|---|---|
| **Arlington** | Total | | **245** | **88** | **77** | **80** |
| | Pos | Persecution | **56** | 19 | 14 | 23 |
| | | Torture | **31** | 10 | 12 | 9 |
| | Neg | Negative | **103** | 36 | 34 | 33 |
| | Close | Dissolve | **53** | 22 | 17 | 14 |
| | | Other | **2** | 1 | - | 1 |
| **Boston** | Total | | **9** | **1** | **7** | **1** |
| | Pos | Persecution | **3** | 1 | 2 | - |
| | Neg | Negative | **1** | - | - | 1 |
| | Close | Dissolve | **5** | - | 5 | - |
| **Chicago** | Total | | **89** | **34** | **35** | **20** |
| | Pos | Persecution | **7** | 3 | 3 | 1 |
| | | Torture | **2** | 1 | - | 1 |
| | Neg | Negative | **55** | 24 | 22 | 9 |
| | Close | Dissolve | **25** | 6 | 10 | 9 |
| **Houston** | Total | | **675** | **227** | **227** | **221** |
| | Pos | Persecution | **116** | 47 | 37 | 32 |
| | | Torture | **60** | 13 | 24 | 23 |
| | Neg | Negative | **361** | 122 | 123 | 116 |
| | Close | Dissolve | **137** | 45 | 43 | 49 |
| | | Other | **1** | - | - | 1 |
| **Los Angeles** | Total | | **30** | **2** | **20** | **8** |
| | Pos | Persecution | **11** | - | 9 | 2 |
| | | Torture | **4** | 1 | 2 | 1 |
| | Neg | Negative | **12** | 1 | 7 | 4 |
| | Close | Other | **3** | - | 2 | 1 |

## Appendix XII (continued)

FY 2022 Q1 Reasonable Fear Cases Completed by Outcome, Office, Month

Pos = Positive Determination | Neg = Negative Determination | Close = Administrative Closure

| | | | Grand Total | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|---|---|
| **Miami** | **Total** | | **34** | **9** | **15** | **10** |
| | Pos | Persecution | **4** | 1 | 2 | 1 |
| | | Torture | **19** | 4 | 10 | 5 |
| | Neg | Negative | **5** | 2 | 1 | 2 |
| | Close | Dissolve | **3** | 2 | 1 | - |
| | | Other | **3** | - | 1 | 2 |
| **New Orleans** | **Total** | | **40** | **16** | **11** | **13** |
| | Pos | Persecution | **9** | 1 | 4 | 4 |
| | | Torture | **6** | 4 | - | 2 |
| | Neg | Negative | **17** | 7 | 5 | 5 |
| | Close | Dissolve | **7** | 3 | 2 | 2 |
| | | Other | **1** | 1 | - | - |
| **New York** | **Total** | | **20** | **1** | **10** | **9** |
| | Pos | Persecution | **9** | - | 4 | 5 |
| | Neg | Negative | **8** | 1 | 4 | 3 |
| | Close | Dissolve | **3** | - | 2 | 1 |
| **Newark** | **Total** | | **66** | **25** | **28** | **13** |
| | Pos | Persecution | **6** | 1 | 5 | - |
| | | Torture | **13** | 8 | 3 | 2 |
| | Neg | Negative | **34** | 10 | 15 | 9 |
| | Close | Dissolve | **9** | 6 | 2 | 1 |
| | | Other | **4** | - | 3 | 1 |
| **San Francisco** | **Total** | | **50** | **19** | **14** | **17** |
| | Pos | Persecution | **6** | 3 | 1 | 2 |
| | | Torture | **7** | 4 | 1 | 2 |
| | Neg | Negative | **23** | 7 | 11 | 5 |
| | Close | Dissolve | **12** | 5 | 1 | 7 |
| | | Other | **1** | - | - | 1 |
| **Tampa** | **Total** | | - | - | - | - |