AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| 2 BIG LEGACY, LLC, 2 BIG HOLDINGS, LLC, 5 STAR PROPERTY GROUP, LLC, FLIPPERATI, LLC, STANDING RENOVATIONS, LLC, THE ATLANTA INVESTARS, LLC, YENOM ACQUISITIONS, LLC AND ALVAREZ INVESTMENT GROUP <br> *Plaintiff(s)* <br> v. <br> CL-CH RESITDENTIAL CREDIT OPS 2, LLC, ALPHAFLOW TRANSITIONAL MORTGAGE TRUST 2021-WL1, WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR RESIDENTIAL MORTGAGE AGGREGATION TRUST, NYMT COMMERCIAL <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mario D. Breedlove
The Breedlove Law Firm, LLC
510 Plaza Drive
Suite 2220
Atlanta, GA 30349

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*