# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 02/27/2023 09:27:33

### BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | gain servicing LLC |
| **CONTROL NUMBER** | : | 18080119 |
| **BUSINESS TYPE** | : | Domestic Limited Liability Company |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

### BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 4279 Roswell Road NE, Suite 208-113, Atlanta, GA, 30342, USA |
| **REGISTERED AGENT NAME** | : | Reid Zeising |
| **REGISTERED OFFICE ADDRESS** | : | 3424 Peachtree St NE, Suite C-100, Atlanta, GA, 30326, USA |
| **REGISTERED OFFICE COUNTY** | : | Fulton |

### UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 4279 Roswell Road NE, Suite 208-113, Atlanta, GA, 30342, USA |
| **REGISTERED AGENT NAME** | : | Reid Zeising |
| **REGISTERED OFFICE ADDRESS** | : | 3424 Peachtree St NE, Suite C-100, Atlanta, GA, 30326, USA |
| **REGISTERED OFFICE COUNTY** | : | Fulton |

### AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Joel Schuessler |
| **AUTHORIZER TITLE** | : | Attorney In Fact |



EXHIBIT C