IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| GAIN SERVICING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | |
| ACCELERATED CARE CENTER, | ) | |
| LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF MARY YAAKUB

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | )ss |
| COUNTY OF ST. LOUIS | ) |

COMES NOW Mary Yaakub, being of lawful age and duly sworn upon her oath states as follows:

1. I am Mary Yaakub. I am a citizen and resident of Jefferson County, Missouri. I am the sole member of Accelerated Care Center, LLC.

2. Accelerated Care Center, LLC provides orthopedic medical services and is located 12152 Tesson Ferry Road, St. Louis, Missouri, 63128. That is its sole operating location.

3. I have not traveled to nor conducted any business in the State of Georgia.

Further Affiant Saith Naught.



EXHIBIT D

1

_____
Mary Yaakub

Subscribed and sworn before personally appearing on this 12th day of July 2023.

_____
Notary Public

My Commission Expires:

```
KELLIE J. CUNNEEN CARR
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 23, 2026
ST. LOUIS COUNTY
COMMISSION #14439224
```