

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **MODIVCARE INC.** | Control Number: | **21018328** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| NAICS Code: | **Any legal purpose** | NAICS Sub Code: | |
| Principal Office Address: | **6900 Layton Ave Suite 1200, Denver, CO, 80237, USA** | Date of Formation / Registration Date: | **1/21/2021** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **REGISTERED AGENT SOLUTIONS, INC.** |
| Physical Address: | **900 Old Roswell Lakes Pkwy, Suite 310, Roswell, GA, 30076, USA** |
| County: | **Fulton** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| JONATHAN BUSH | Secretary | 1275 PEACHTREE STREET NE, 6TH FLOOR, ATLANTA, GA, 30309, USA |
| KENNETH SHEPARD | CFO | 1275 PEACHTREE STREET NE, 6TH FLOOR, ATLANTA, GA, 30309, USA |
| L. HEATH SAMPSON | CEO | 1275 PEACHTREE STREET NE, 6TH FLOOR, ATLANTA, GA, 30309, USA |

Back    Filing History    Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19    Report a Problem?