# GEORGIA CORPORATIONS DIVISION

## GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **MODIVCARE SOLUTIONS, LLC** | Control Number: | **K935957** |
| Business Type: | **Foreign Limited Liability Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **6900 Layton Ave, Suite 1200, Denver, CO, 80237, USA** | Date of Formation / Registration Date: | **9/1/1999** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2023** |
| Principal Record Address: | **NONE** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **REGISTERED AGENT SOLUTIONS INC** |
| Physical Address: | **900 OLD ROSWELL LAKES PKWY STE 310, ROSWELL, GA, 30076, USA** |
| County: | **Fulton** |

Back            Filing History   Name History
                Return to Business Search