# Exhibit B

Fulton County Superior Court
***EFILED***KJ
Date: 7/17/2023 12:42 PM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CIVIL ACTION NO: _2023CV380375_

_Kristi Wynn and_

_Fred Wynn_
PLAINTIFF

VS.

_Kyung Lee_

DEFENDANT

NOTICE OF FILING

SIGNATURE

_Thomas Connoly_
PRINT NAME

_One Premier Plaza 5605 Glenridge Drive, NE Suite 900 Atlant, GA 30342_
ADDRESS

_404-888-6653_
PHONE NUMBER

Answer

_jhardee@fain medos.com_
EMAIL ADDRESS

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **KRISTIN WYNN and FRED WYNN,** | * | |
| **Plaintiffs,** | * | |
| | * | |
| **vs.** | * | **Civil Action No. 2023CV380375** |
| | * | |
| **KYUNG LEE,** | * | |
| **Defendant.** | * | |

### ANSWER OF KYUNG LEE

COMES NOW, Defendant Kyung Lee and answers and responds to the Plaintiffs' Complaint for Damages," and for answer, show the Court as follows:

### FIRST DEFENSE

Plaintiffs' Complaint fails to state a cause of action against this Defendant upon which relief can be granted.

### SECOND DEFENSE

No act or omission of this Defendant either proximately caused or contributed to all damage the Plaintiffs may have sustained, and on account thereof, Plaintiffs are not entitled to recover any sum of this Defendant.

### THIRD DEFENSE

The occurrence complained of was caused, produced or brought about directly and proximately by the negligence of the Plaintiffs and/or some other person or persons for whom this Defendant was not responsible and, on account thereof, Plaintiffs are not entitled to recover any sum of this Defendant.

### FOURTH DEFENSE

Plaintiffs, by the exercise of ordinary care, could have avoided being injured and damaged, and on account thereof, Plaintiffs are not entitled to recover any sum of this Defendant.

### FIFTH DEFENSE

The negligence of Plaintiffs equaled or preponderated over any act or omission of this Defendant in producing and bringing about the occurrence complained of, and on account thereof, Plaintiffs are not entitled to recover any sum of this Defendant.

### SIXTH DEFENSE

Plaintiffs are not the real party in interest with regards to the damages outlined in the Complaint, and can therefore not recover for same.

## SEVENTH DEFENSE

This Defendant has breached no duty owed to the Plaintiffs.

## EIGHTH DEFENSE

This Defendant was not the proximate cause of any injury to the Plaintiffs and the Plaintiffs fail to identify any such injuries or damages in their Complaint. As such, the Complaint should be dismissed.

## NINTH DEFENSE

This Defendant hereby gives notice that they intend to rely upon such other affirmative defenses as may become available or apparent during the course of discovery and thus reserve the right to amend its answer to assert any such defenses.

## TENTH DEFENSE

Venue is improper in this Court and, as a result thereof, Plaintiffs' Complaint must be dismissed.

## ELEVENTH DEFENSE

Further answering the numbered paragraphs of Plaintiffs' Complaint, Defendant answers as follows:

1.

This Defendant does not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiffs' Complaint and can therefore neither admit nor deny same.

2.

This Defendant does not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 2 of Plaintiffs' Complaint and can therefore neither admit nor deny same.

3.

This Defendant admits the allegations contained in paragraph 3 of Plaintiffs' Complaint.

4.

This Defendant denies the allegations contained in paragraph 4 of Plaintiffs' Complaint.

5.

This Defendant denies the allegations contained in paragraph 5 of Plaintiffs' Complaint.

6.

This Defendant denies the allegations contained in paragraph 6 of Plaintiffs' Complaint.

7.

This Defendant denies the allegations contained in paragraph 7 of Plaintiffs' Complaint.

8.

This Defendant denies the allegations contained in paragraph 8 of Plaintiffs' Complaint.

9.

This Defendant denies the allegations contained in paragraph 9 of Plaintiffs' Complaint.

10.

This Defendant denies the allegations contained in paragraph 10 of Plaintiffs' Complaint.

11.

This Defendant denies the allegations contained in paragraph 11 of Plaintiffs' Complaint.

12.

This Defendant denies the allegations contained in paragraph 12 of Plaintiffs' Complaint.

13.

This Defendant denies the allegations contained in paragraph 13 of Plaintiffs' Complaint.

14.

This Defendant denies the allegations contained in paragraph 14 of Plaintiffs' Complaint.

15.

This Defendant denies the allegations contained in paragraph 15 of Plaintiffs' Complaint.

16.

This Defendant denies the allegations contained in paragraph 16 of Plaintiffs' Complaint.

17.

This Defendant denies the allegations contained in paragraph 17 of Plaintiffs' Complaint.

18.

This Defendant denies the allegations contained in paragraph 18 of Plaintiffs' Complaint.

19.

This Defendant denies the allegations contained in paragraph 19 of Plaintiffs' Complaint.

20.

This Defendant denies the allegations contained in paragraph 20 of Plaintiffs' Complaint.

21.

This Defendant denies the allegations contained in paragraph 21 of Plaintiffs' Complaint.

22.

This Defendant denies the allegations contained in paragraph 22 of Plaintiffs' Complaint.

23.

This Defendant denies the allegations contained in paragraph 23 of Plaintiffs' Complaint.

24.

Defendant re-states and re-alleges her above responses to paragraphs 1 through 23 of the Plaintiff's Complaint as if fully set out herein.

25.

Defendant re-states and re-alleges her above responses to paragraphs 1 through 24 of the Plaintiff's Complaint as if fully set out herein.

26.

This Defendant denies the allegations contained in paragraph 26 of Plaintiffs' Complaint.

27.

This Defendant denies the allegations contained in paragraph 27 of Plaintiffs' Complaint.

**TWELFTH DEFENSE**

Any allegation contained in the Plaintiffs' Complaint, which has not herein expressly been admitted, is hereby denied.

WHEREFORE, Defendant having fully answered the Plaintiff's Complaint prays that he hence be discharged of the Plaintiff's Complaint on all the aforesaid defenses, and that judgment be entered in favor of this Defendant and against the Plaintiff, with all costs cast upon the Plaintiff.

This 17th day of July, 2023.

FAIN MAJOR & BRENNAN, P.C.

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
swilliamson@fainmajor.com

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
SARAH H. WILLIAMSON
Georgia Bar No. 421096
*Counsel for Defendant*

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| **KRISTIN WYNN and FRED WYNN,** | * | |
| **Plaintiffs,** | * | |
| | * | |
| **vs.** | * | **Civil Action No. 2023CV380375** |
| | * | |
| **KYUNG LEE,** | * | |
| **Defendant.** | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Answer of Kyung Lee** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Kristin Wynn
Fred Wynn
2729 Waymar Dr.
Marietta, GA 30008
Kristin.v.wynn@gmail.com
Fawynn63@yahoo.com
*Pro Se*

This 14th day of July, 2023.7

FAIN MAJOR & BRENNAN, P.C.

*/s/ James W. Hardee*

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
swilliamson@fainmajor.com

JAMES W. HARDEE
Georgia Bar No. 324399
SARAH H. WILLIAMSON
Georgia Bar No. 421096
*Counsel for Defendant*