# Exhibit C

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CIVIL ACTION NO: 2023CV380375

Krista Wynn and
Fred Wynn
PLAINTIFF

VS.

Kyung Lee

DEFENDANT

NOTICE OF FILING

_____
SIGNATURE

Thomas Connolly
PRINT NAME

One Premier Plaza 5605 Glenridge
Drive, NE Suite 900 Atlanta, GA 30342
ADDRESS

404-888-6653
PHONE NUMBER

jhardee@fammacos.com
EMAIL ADDRESS

Demand for Jury Trial

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **KRISTIN WYNN and FRED WYNN,** | * | |
| **Plaintiffs,** | * | |
| | * | |
| vs. | * | **Civil Action No. 2023CV380375** |
| | * | |
| **KYUNG LEE,** | * | |
| **Defendant.** | * | |

## DEMAND FOR JURY TRIAL

COMES NOW Defendant and herewith files her Demand for Twelve-Person Jury on all issues so triable.

This 17th day of July, 2023.

|  |  |
|---|---|
|  | **FAIN MAJOR & BRENNAN, P.C.** |
|  |  |
|  | */s/ James W. Hardee* |
| One Premier Plaza | JAMES W. HARDEE |
| 5605 Glenridge Drive, NE | Georgia Bar No. 324399 |
| Suite 900 | SARAH H. WILLIAMSON |
| Atlanta, GA 30342-1445 | Georgia Bar No. 421096 |
| (404) 688-6633 | *Counsel for Defendant* |
| jhardee@fainmajor.com | |
| swilliamson@fainmajor.com | |

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **KRISTIN WYNN and FRED WYNN,**<br>    **Plaintiffs,**<br><br>vs.<br><br>**KYUNG LEE,**<br>    **Defendant.** | *<br>*<br>*<br>*   **Civil Action No. 2023CV380375**<br>*<br>*<br>* |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Demand for Twelve Person Jury** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Kristin Wynn
Fred Wynn
2729 Waymar Dr.
Marietta, GA 30008
Kristin.v.wynn@gmail.com
Fawynn63@yahoo.com
*Pro Se*

This 17th day of July, 2023.

FAIN MAJOR & BRENNAN, P.C.

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
swilliamson@fainmajor.com

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
SARAH H. WILLIAMSON
Georgia Bar No. 421096
*Counsel for Defendant*