# Exhibit D

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CIVIL ACTION NO.: 2023CV380375

Kristi Wynn and
Fred Wynn
PLAINTIFF

VS.

Kyung Lee

DEFENDANT

NOTICE OF FILING

Leave of absence

SIGNATURE

Thomas Connolly
PRINT NAME

One Premier Plaza 5605 Glenridge Drive, NE Suite 900 Atlanta GA 30342
ADDRESS

404-888-6653
PHONE NUMBER

jhardee@fainmacd.com
EMAIL ADDRESS

LAW OFFICES

# FAIN, MAJOR & BRENNAN, P.C.

ONE PREMIER PLAZA
5605 GLENRIDGE DR., N.E., SUITE 900
ATLANTA, GEORGIA 30342-1445

(404) 688-6633

JAMES W. HARDEE

ALSO ADMITTED IN FLORIDA

FACSIMILE
(404) 420-1544

E-MAIL
jhardee@fainmajor.com

TO: All Judges, Clerks of Court and Counsel of Record

FROM: James W. Hardee

RE: Notice of Leave of Absence

DATE: July 17, 2023

COMES NOW, James W. Hardee, and respectfully notifies all Judges before whom he has cases pending, all affecting Clerks of Court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1. The periods of leave during which time Applicant will be away from the practice of law are: **August 24, 2023 – September 1, 2023, November 2-17, 2023; November 30-December 12, 2023 and December 20, 2023 - January 5, 2024.**

2. All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted,

FAIN, MAJOR & BRENNAN, P.C.

JAMES W. HARDEE
Georgia Bar No. 324399

One Premier Plaza
5605 Glenridge Dr. N.E., Suite 900
Atlanta, GA 30342
(404) 688-6633
jhardee@fainmajor.com


PRIMERUS
MEMBER

## EXHIBIT "A"

| CASE STYLE | PRESIDING JUDGE | OPPOSING COUNSEL |
|---|---|---|
| ***Kristin Wynn and Fred Wynn v. Kyung Lee***<br><br>Superior Court of Fulton County<br>Civil Action No.: 2023CV380375 | Honorable Rachelle L. Carnesale<br>Superior Court of Fulton County<br>T-8705 Justice Center Tower 5F<br>185 Central Avenue SW<br>Atlanta, GA 30303 | Kristin Wynn<br>Fred Wynn<br>2729 Waymar Dr.<br>Marietta, GA 30008<br>Kristin.v.wynn@gmail.com<br>Fawynn63@yahoo.com |



## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties, the Clerks of Court and all presiding Judges in the foregoing matters a copy of the foregoing **Notice of Leave of Absence** electronically via Odyssey eFileGA or by placing same in the United States Mail, postage prepaid.

This 17th day of July, 2023.

                                         FAIN, MAJOR & BRENNAN, P.C.

                                         */s/ James W. Hardee*
                                         JAMES W. HARDEE
                                         Georgia Bar No. 324399

One Premier Plaza
5605 Glenridge Dr. N.E.
Suite 900
Atlanta, GA 30342
(404) 688-6633
jhardee@fainmajor.com

