# Exhibit E

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CIVIL ACTION NO: 2023CV380375

Kristi Wynn and
Fred Wynn
PLAINTIFF

VS.

Kyung Lee

DEFENDANT

NOTICE OF FILING

SIGNATURE

Thomas Connolly
PRINT NAME

One Premier Plaza 5605 Glenridge Drive, NE Suite 900 Atlanta, GA 30342
ADDRESS

404-688-6653
PHONE NUMBER

jhardee@fainmajor.com
EMAIL ADDRESS

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **KRISTIN WYNN and FRED WYNN,** | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | **Civil Action No. 2023CV380375** |
| | * | |
| **KYUNG LEE,** | * | |
| Defendant. | * | |

### ACKNOWLEDGMENT OF RECEIPT OF COSTS

COMES NOW, the undersigned Clerk for the Superior Court of Fulton County and acknowledges receipt of costs in the amount of $222.00.

This 17th day of July, 2023.

*[signature]*

_____
Clerk, Superior Court of Fulton County