# EXHIBIT 1

E-FILED IN OFFICE - KC
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-05060-1**
6/9/2023 7:55 PM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☒ **Superior or** ☐ **State Court of** Gwinnett Superior Court **County**

**For Clerk Use Only**

**Date Filed** _____     **Case Number** 23-A-05060-1
                MM-DD-YYYY

| **Plaintiff(s)** | **Defendant(s)** |
|---|---|
| BARTON, PATRICIA R | APRIL HEALTHCARE LLC |
| Last  First  Middle I.  Suffix  Prefix | Last  First  Middle I.  Suffix  Prefix |

**Plaintiff's Attorney** Barbara R Evans     **State Bar Number** 523083     **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☒ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number                  Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

PATRICIA BARTON, _____

_____

_____

                              PLAINTIFF

                                  VS.

APRIA HEALTHCARE LLC, _____

_____

_____

                              DEFENDANT

23-A-05060-1

CIVIL ACTION NUMBER:_____

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Barbara R. Evans, Esq.
bre@brevanslegal.com
P. O. Box 956815
Duluth, GA 30095

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.

12th day of June, 2023

Tiana P. Garner
Clerk of Superior Court

By __Krystal Castaneda__
                Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-05060-
6/9/2023 7:55 PM
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| PATRICIA BARTON,<br>     PLAINTIFF,<br><br>v.<br><br>APRIA HEALTHCARE LLC,<br>     DEFENDANT. | CIVIL ACTION FILE NO: 23-A-05060-1<br><br>JURY TRIAL DEMANDED |

## COMPLAINT FOR BREACH OF CONTRACT

NOW COMES Patricia Barton, Plaintiff in the above-styled action, by and through undersign counsel and hereby makes her complaint for damages and other relief against Defendant, APRIA HEALTHCARE, LLC, (hereby referred to as "APRIA") and states as follows:

### PARTIES AND JURISDICTION

1.

The Plaintiff is a resident of Gwinnett County, Georgia and submit herself to the jurisdiction of this Court.

2.

APRIA is a foreign limited liability company whose principal office address is 26220 Enterprise Court, Lake Forest, California, 92630. APRIA does business in the State of Georgia at 805 Marathon Parkway, Suite 160, Lawrenceville, Georgia, 30046, located in Gwinnett County, Georgia. Its registered agent may be served with a copy of the Summons and Complaint at National Registered Agents, LLC, Registered Agent, 289 S. Culver Street, Lawrenceville, Georgia, 30046, also located in Gwinnett County, Georgia.

3.

Jurisdiction and venue are proper in this Court as to this Defendant.

**FACTUAL ALLEGATIONS**

4.

Plaintiff realleges and incorporates by reference paragraphs 1 through 3 as if fully set forth herein.

5.

APRIA is a home health care company offering respiratory therapy, oxygen therapy, infusion therapy and other related services for individuals suffering from respiratory complications.[i] APRIA provides respiratory medication and equipment such as apnea monitors, ventilators, oxygen concentrators and nebulizers. It provides home medical equipment delivery services for COPD, sleep apnea, wound therapy, and more.

6.

The Plaintiff, through her physician, obtained a Home Oxygen Concentrator from APRIA to assist her with breathing on or about June 13, 2019. In addition to the Home Oxygen Concentrator, the Plaintiff also obtained an IS-300 G3 Domestic S Cell, CPAP 02 Enrichment Connector, CPAP Pressure Value, OE Humidifier, O2 Humidifier Bottle, Tubing, O2 Cannula Nasal and an O2 Swivel Adapter.

7.

The Sales, Service and Rental Agreement, Care of Equipment, provided on or about June 13, 2019, and other subsequent Sales, Service and Rental Agreements provided by APRIA states that "[t]he Company will perform routine maintenance for all Rental Equipment and make any repairs that are necessary due to ordinary use."

8.

Although using the equipment, the Plaintiff experienced an increased difficulty in breathing.

9.

On or about December 2019, the Plaintiff suffered with bloody green sinus drainage and headaches requiring her to seek medical intervention. These symptoms persisted and she began to experience other symptoms including but not limited to, nasal congestion, nose bleeds, dizziness, inability to clear throat, cough, hoarseness, snoring, and bouts of not breathing during sleep. She was diagnosed with chronic obstructive lung disease and chronic hypoxemia, chronic maxillary sinusitis, and chronic rhinitis.

10.

The Plaintiff called APRIA and complained multiples times about the output of her breathing machine, after noticing it was no longer outputting oxygen to what was necessary.

11.

Finally, after calling the company multiple times, on or about June 18, 2021, a service person was sent to examine and service the equipment.

12.

The Plaintiff, upon watching the service person open the machine, learned that the filter to the machine was clogged and that the inside of the machine had what appeared to be mold covering the inside of the machine.

13.

The Plaintiff had been using a clogged, mold filled machine and suffered greatly as a result.

14.

APRIA's failure to timely service and to maintain its equipment exacerbated the Plaintiff's breathing issues, created new debilitating issues for the Plaintiff and increased the decline in the Plaintiff's quality of life.

15.

As a direct result of APRIA's breach of contract, the Plaintiff suffered harm- the decline of her health.

## COUNT II
## NEGLIGENCE

16.

Plaintiff realleges and incorporates by reference paragraphs 1 through 15 as if fully stated herein.

17.

APRIA was negligent in failing to service and to maintain its equipment per the Sales, Service and Rental Agreement.

18.

As a direct result of APRIA's negligence, the Plaintiff suffered injuries to her body and overall health.

19.

APRIA's negligence was the sole cause of Plaintiff's increased health issues.

20.

As a direct result of the APRIA's negligence in failing to perform its contractual duties, Plaintiff, Patricia Barton, continues to have physical pain and suffering; experienced mental anguish over her inability to assist in everyday normal responsibilities and activities for her household, no longer able to sleep in her bed, but sleeps in a recliner, unable to walk short distances as she once did, unable to attend church services and mingle with her church members; and damages including medical expenses.

21.

Plaintiff is entitled to compensatory, general, special, and actual damages in an amount to be determined by the enlightened conscience of the jury.

## COUNT III
## NEGLIGENCE PER SE

22.

Plaintiff realleges and incorporates by reference paragraphs 1 through 21 of this complaint into Count III as if fully set forth herein.

23.

APRIA had a legal duty to the Plaintiff.

24.

By failing to service and to maintain its equipment, the Plaintiff suffered and continues to suffer injury.

25.

The Plaintiff asserts that by breathing an uncleaned machine that was filled with what appears to be mold and an unchanged filter, for an extended time, this negligence exacerbated the Plaintiff injuries and caused additional harm.

26.

The Plaintiff is entitled to compensatory, general, special, and actual damages in an amount to be determined by the enlightened conscience of the jury.

**WHEREFORE**, Plaintiff pray for the following relief:

a. That process issue and the Defendant be served with a copy of the Summons and Complaint in the manner provided by law;
b. Plaintiff prays for an award for breach of contract for prejudgment interest, attorney's fees, costs, and all damages permitted under Georgia law;
c. Plaintiff prays for an award under Counts II and III for prejudgment interest, attorney's fees, costs, and all damages permitted under Georgia law;
d. Plaintiff reserves the right to amend her Complaint;
e. Plaintiff demands a trial by jury; and
f. Plaintiff prays for any other relief as the Court deems just and equitable.

Respectfully submitted on June 9, 2023.

BRE Law, LLC
P. O. Box 956815
Duluth, GA  30095
T:  678-369-3928
F:  888-270-0998
bre@brevanslegal.com

Barbara R. Evans
GA Bar No. 523083
Attorney for Plaintiff

---

[i] https://www.apria.com/services/care-for-copd-and-breathing-problems

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| PATRICIA BARTON, <br> PLAINTIFF, <br><br> v. <br><br> APRIA HEALTHCARE LLC, <br> DEFENDANT. | CIVIL ACTION FILE NO: 23-A-05060-1 <br><br> JURY TRIAL DEMANDED |

## VERIFICATION

My name is PATRICIA BARTON. I hereby swear or affirm, before notary public and under penalty of perjury that I have read the *Complaint for Breach of Contract* and I affirm that facts stated in the Complaint are true and accurate.

Dated: June 7, 2023

*Patricia R Barton*
Plaintiff

Subscribed and sworn before me on

June 7, 20 23.

_____
Notary Public. My commission expires
02-16-2026

Verification

Civil Action No. **23-A-05060-1**

Date Filed **6/9/2023**

Magistrate Court ☐
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

_____
**PATRICIA BARTON**
Plaintiff

VS.

_____
**APRIA HEALTHCARE LLC**
Defendant

Attorney's Address
BRE Law, LLC
PO Box 956815
Duluth GA 30095

Name and Address of party to be served.
Apria Healthcare
National Registered Agents, LLC
289 S. Culver Street
Lawrenceville, GA 30046

Garnishee

### Sheriff's Entry Of Service

**Personal ☐** I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious ☐** I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation ☒** Served the defendant **Apria Healthcare** a corporation by leaving a copy of the within action and summons with **Jane Richardson** in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail ☐** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est ☐** Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **16** day of **June**, 20**23**.

**W. Coberly  SO1332**
Deputy

Sheriff Docket _____ Page _____

Gwinnett County, Georgia

WHITE: Clerk      CANARY: Plaintiff / Attorney      PINK: Defendant

SC-2 Rev.3.13

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:** 23019177

**Person Served:** APRIA HEALTHCARE LLC
289 SOUTH CULVER STREET
LAWRENCEVILLE GA 30046
PHONE:

## Process Information:

| | |
|---|---|
| Date Received: | 06/15/2023 |
| Assigned Zone: | 289 S. Culver |
| Expiration Date: | |
| Paper Types: | COMPLAINT FOR BREAC OF CONTRACT |
| Notes/Alerts: | |

Court Case #: 23-A-05060-1
Hearing Date:

## Notes: