**EXHIBIT 2:** INFRINGEMENT 1
URL: https://www.houstonbighorns.com/contact

