AO 121 Rev. (06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave., S.E.**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION        [ ] APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District of Georgia |
|---|---|
| DOCKET NO. | DATE FILED<br>July 17, 2023 | 75 Spring St. SW Atlanta, GA. 30303<br>Atlanta Georgia 30303 |

| PLAINTIFF<br>Bee Creek Photography | DEFENDANT<br>Football United LLC |
|---|---|

| COPYRIGHT<br>REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VAu 1-259-726 | | Bee Creek Photography |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment        [ ] Answer        [ ] Cross Bill        [ ] Other Pleading |
|---|---|

| COPYRIGHT<br>REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br><br>[ ] Order        [ ] Judgment | WRITTEN OPINION ATTACHED<br><br>[ ] Yes        [ ] No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

| **DISTRIBUTION** | 1) Upon initiation of action, mail copy to Register of Copyrights | 2) Upon filing of document adding copyright(s) mail copy to Register of Copyrights | 3)Upon termination of action mail copy to Register of Copyrights |
|---|---|---|---|
| | 4) In the event of an appeal, forward copy to Appellate Court | | 5) Case File Copy |