⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FULTON COUNTY, GEORGIA

**2023CV381261**

JUN 06, 2023 03:31 PM

Cathelene Robinson, Clerk
Fulton County Superior Court

## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303

### SUMMONS

| | | |
|---|---|---|
| Smith, Ronalda | ) | Case |
| | ) | No.: 2023CV381261 |
| | ) | |
| Parks, Allen | ) | |
| **Plaintiff,** | ) | |
| | ) | **EXHIBIT "A"** |
| **vs.** | ) | |
| | ) | |
| Allstate Property & Casualty Insurance Company | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://peachcourt.com/ (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

> **Victor Hawk**
> **Hawk Law Group**
> **338 Telfair Street**
> **Augusta, Georgia 30901**

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This_____6th_day of_____June_,20_23_

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court

_____
Cathelene Robinson, Clerk
Fulton County Superior Court

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

Deputy Sheriff

**Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used**

⚜ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FULTON COUNTY, GEORGIA

**2023CV381261**

JUN 06, 2023 03:31 PM

Cathelene Robinson, Clerk
Fulton County Superior Court

IN THE SUPERIOR COURT FOR THE
COUNTY OF FULTON, STATE OF GEORGIA
Civil Action File No. _____

| | | |
|---|---|---|
| **RONALDA SMITH and** | ) | |
| **ALLEN PARKS,** | ) | |
| | ) | |
| Plaintiffs, | ) | **COMPLAINT FOR BAD FAITH** |
| | ) | |
| v. | ) | *Jury Trial Demanded* |
| | ) | |
| **ALLSTATE PROPERTY &** | ) | |
| **CASUALTY INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COME NOW, the Plaintiffs Ronalda Smith and Allen Parks, in the above-styled action, by and through their undersigned counsel, and file their Complaint for Bad Faith and provide the following support necessary for this action:

## PARTIES, JURISDICTION AND VENUE

1.     Plaintiffs Ronalda Smith ("Ms. Smith) and Allen Parks ("Mr. Parks") (hereinafter referred to as "Plaintiffs") are residents and citizens of Cobb County, Georgia and submit to the jurisdiction of this Court.

2.     Defendant Allstate Property & Casualty Insurance Company (hereinafter "Allstate") is a foreign insurance company licensed to do business in the State of Georgia. Allstate may be served with process by service upon its Registered

1

Agent, Linda Banks, c/o CT Corporation System, 289 S Culver Street, Lawrenceville, Georgia 30046-4805.

3.     The acts and omissions forming the basis of this Complaint arose in Fulton County, Georgia, and venue is also proper in Fulton County, Georgia.

## FACTUAL BACKGROUND

4.     This case arises out of an automobile theft that occurred on July 3, 2022, in Fulton County, State of Georgia.

5.     On July 3, 2022, the Plaintiffs' 2020 Chevrolet Corvette, VIN No. 1G1Y62D43L5106209 ("the vehicle"), was stolen along with a 40 caliber Taurus semi-automatic handgun, two (2) pairs of Air Jordan 1 shoes, and one (1) pair of men's Yeezy shoes, from a parking lot in Fulton County, State of Georgia.

6.     The vehicle was never recovered.

7.     The vehicle theft was properly reported to Allstate and Plaintiffs complied with all the terms and conditions of the Policy.

8.     The vehicle was insured by Allstate Property & Casualty Insurance Company ("Allstate"), bearing Policy Number 000831587396 ("the Policy"). **Exhibit A**.

9.     The Policy was in full force and effect on the date of the vehicle theft on July 3, 2022.

2

10.     At all times material to this action, Plaintiffs were insured for automobile theft coverage under the Policy.

11.     The Plaintiffs filed a claim with Allstate on the Policy for the full value of their vehicle and were assigned Claim No. 0675807283 S35 (the "Claim").

12.     Defendant has failed to make the settlement payment to date.

13.     Despite a valid legal claim for damages, Defendant has acted in bad faith by denying the claim without any reasonable justification based upon facts.

14.     Defendant did not process and handle the claim consistently with accepted claims practices and consistent with their legal requirement to act in good faith.

15.     Defendant failed to act in a reasonable and prudent manner of a similarly situated entity when it failed to evaluate and resolve the claim in a timely manner as required by law.

16.     The actions of the Defendant violates the terms of the Policy between Plaintiffs and Defendant, as well as contravening public policy.

17.     Allstate engaged in unfair claims practices and in bad faith by interpreting the insurance contract in a way that benefited Allstate and contrary to Georgia Law.

18.     Allstate interpreted the Policy in a way in which it benefited the insurance company and not their named insureds by denying the claim.

3

## COUNT I
## (BREACH OF CONTRACT)

19.    Plaintiffs reallege and incorporate by reference Paragraphs 1 through 18 as if set forth fully herein *verbatim*.

20.    Defendant breached the contract in its failure to properly and timely adjust and resolve a valid pending claim.

21.    Plaintiffs have suffered damages as a result of Defendant's breach of the covenant of good faith and fair dealing in an amount to be determined by a jury.

22.    As a direct and proximate result of Defendant's breach of contract, the Plaintiffs have suffered avoidable financial debt.

## COUNT II
## (NEGLIGENCE AND BAD FAITH)

23.    Plaintiffs reallege and incorporate by reference Paragraphs 1 through 22 as if set forth fully herein *verbatim*.

24.    Under all the circumstances of the case, the Plaintiffs' claims could have been settled and paid by Defendant and should have been satisfied by Defendant had they acted with ordinary care and good faith and given equal consideration to the interests of its insureds.

25.    As a result of the automobile insurance policy issued by Allstate, and because of the relationships of the parties to that contract, Defendant owed a duty to

4

its insureds with respect to the investigation, evaluation, negotiation, and settlement of the claims presented against its insureds as a result of the reported vehicle theft.

26.     Because of the relationship and contract between the parties, Defendant owed a duty to its insured Plaintiffs that included, but were not limited to, the following:

a.     To use ordinary care and good faith in the handling of the claims against its insureds;

b.     To give equal consideration to the financial interests of its insureds;

c.     To settle claims against its insureds when it had a reasonable opportunity to do so;

d.     To act reasonably and use that degree of care which is exercised by an ordinarily prudent insurer under the same or similar circumstances;

e.     To attempt in good faith to effectuate prompt, fair, and equitable settlement of claims submitted;

f.     To acknowledge with reasonable promptness pertinent communications with respect to claims arising under its policies; and

g.     To handle and settle the claim in accordance with applicable laws, statutes, governmental and industry regulations that establish the obligations and standard of conduct for insurance companies.

27.     Defendant breached its duty to act as described above.

28.     Defendant failed to settle and pay its insureds' claims when it had opportunities to do so.

29.     As a result of the breaches of duty to its insureds and bad faith, Defendant is liable for the full value of Plaintiffs vehicle in the amount of

5

$113,000.00, statutory penalty of $56,500.00, general damages, plus statutory attorney's fees and penalties.

## COUNT IV
### (PUNITIVE DAMAGES)

30.    Plaintiffs reallege and incorporate by reference Paragraphs 1 through 29 as if set forth fully herein *verbatim*.

31.    The actions of Defendant showed willful misconduct, wantonness, or that entire want of care which would raise the presumption of conscious indifference to the consequences to its insureds.

32.    The conduct of Defendant was deliberate and intentional and was the conscious and calculated result of Defendant's decision to give greater importance to its interests than to the interests of its insureds.

33.    Defendant acted with specific intent to cause harm to their insureds.

34.    By reason of the foregoing, Plaintiffs are entitled to an award of punitive damages pursuant to O.C.G.A. § 51-12-5.1 against Defendant in such amounts to be determined by the jury so as to penalize, punish or deter Defendant from repeating such conduct herein.

## COUNT V
### (ATTORNEY FEES AND EXPENSES OF LITIGATION)

35.    Plaintiffs reallege and incorporate by reference Paragraphs 1 through 34 as if set forth fully herein *verbatim*.

6

36.     Defendant acted in bad faith, been stubbornly litigious and caused the Plaintiffs unnecessary trouble and expense, which makes it liable under O.C.G.A. § 13-6-1, § 9-11-67.1, and § 33-4-6 for attorney's fees and other expenses of litigation.

WHEREFORE, Plaintiffs demand judgment against Defendant for the following:

a) That process and Summons be issued, as provided by law, requiring Defendant to appear and answer Plaintiffs' Complaint;

b) That the Court award and enter a judgment in favor of Plaintiffs and against Defendant for the full value of Plaintiffs' vehicle, 40 Caliber Taurus, two (2) pairs of Air Jordan 1 shoes, and one (1) pair of men's Yeezy shoes;

c) General damages arising from the conduct of the Defendant;

d) That Plaintiffs recover reasonable attorney's fees, sum equal to thirty-three percent (33%) of Defendant's liability of said damages;

e) That all costs for the action be cast on the Defendant;

f) That pre-judgment interest be granted to Plaintiffs; and

g) For such other and further relief as this Court deems just and proper.

Respectfully submitted this 6th day of June 2023.

                                HAWK LAW GROUP

                                /s/ *Victor Hawk*            
                                VICTOR HAWK
                                Georgia Bar No. 338650

SHAWN M. MERZLAK
Georgia Bar No. 297965
TIANNA BIAS
Georgia Bar No. 286561

*Attorneys for Plaintiffs*

338 Telfair Street
Augusta, GA 30901
(706) 722-3500
vhawk@hawklawgroup.com
smerzlak@hawklawgroup.com
tbias@hawklawgroup.com

8

 **Allstate.**

*Allstate Insurance Company*
*PO Box 660598*
*Dallas TX 75266-0598*

RONALDA SMITH
6480 CENTURY PARK PL SE
MABLETON GA 30126-7737

Information as of March 9, 2022

Policyholder(s)                    Page **1** of 2
**Ronalda Smith**

Policy number
831 587 396

You may contact us at 1-800-ALLSTATE
or visit us at www.allstate.com.

## DON'T LOSE YOUR DISCOUNT.

**For details log onto MyAccount or
see enclosed important notices.**

## Welcome to Allstate!

Thank you for choosing Allstate for your auto insurance. We look forward to protecting what's important to you
for many years.

### Here's your insurance policy
Along with your new auto policy, we've included a guide to what's in this package and answers to some common
questions.

### How to contact us
Please give your Allstate Agent a call at 1-800-ALLSTATE (1-800-255-7828) if you have any questions. It's our
job to make sure you're in good hands.

(ed. 2)

Sincerely,

Julie Parsons
President, Allstate Property and Casualty Insurance Company

NA515-1

Exhibit A

Policy number: **831 587 396**
Policy effective date: March 8, 2022

## Your Insurance Coverage Checklist

We're happy to have you as an Allstate customer! This checklist outlines what's in this package and provides answers to some basic questions, as well as any "next steps" you may need to take.

☐ **What's in this package?**
See the guide below for the documents that are included. *Next steps:* review your *Policy Declarations* to confirm you have the coverages, coverage limits, premiums and savings that you requested and expected. Read any *Endorsements* or *Important Notices* to learn about new policy changes, topics of special interest, as well as required communications. Keep all of these documents with your other important insurance papers.

☐ **Am I getting all the discounts I should?**
Confirm with your Allstate Agent that you're benefiting from all the discounts you're eligible to receive.

☐ **What about my bill?**
Unless you've already paid your premium in full, we'll send your bill separately. *Next steps:* please pay the minimum amount by the due date listed on it.

You can also pay your bill online at <u>Allstate.com/support</u> or through the Allstate mobile app. If you're enrolled in the Allstate® Easy Pay Plan, we'll send you a statement detailing your payment withdrawal schedule. Para español, llamar al 1-800-979-4285.

☐ **What if I have questions?**
Visit <u>Allstate.com/support</u> to browse our list of frequently asked questions and find information regarding billing or policy documents. You can also create an online account to access and manage your policies. Para español, llamar al 1-800-979-4285.

## A guide to your welcome package

     

**Proof of Insurance ID Cards**
Your insurance cards are legally required, so please keep them in your vehicle at all times.

**Policy Declarations***
The Policy Declarations lists policy details, such as your specific drivers, vehicles and coverages.

**Policy**
Your policy is your insurance contract; it lists all of the terms and conditions of your coverage.

**Policy Endorsements**
If changes are made to your policy, these documents will include your new contract language.

**Important Notices**
We use these notices to call attention to particularly important coverages, policy changes and discounts.

**Insurance Made Simple**
Insurance seem complicated? Our online guides explain coverage terms and features: <u>www.allstate.com/ madesimple</u> <u>Espanol.allstate.com /facildeentender</u>

***To make it easier to see where you may have gaps in your protection, we've highlighted any coverages you do not have in the Coverage Detail section in the enclosed Policy Declarations.**

# Thank you for choosing Allstate

**Allstate.**

## Proof of Insurance Card

For your convenience, two insurance cards have been included for each vehicle. State law requires that one of these cards be kept in each vehicle. Please place them in your vehicles by the effective date.



IDGA

---

**Georgia Insurance Policy Information Card** — **Allstate.**

Allstate Property and Casualty Insurance Company

| POLICY NUMBER | EFFECTIVE DATE |
|---|---|
| 831 587 396 | 03/08/22 |

EXPIRATION DATE
09/08/22

Ronalda Smith
6480 Century Park Pl SE
Mableton GA 30126-7737

YEAR / MAKE / MODEL      VEHICLE ID NUMBER
2014 Nissan Altima       1N4AL3APXEC276304

*The current status of actual motor vehicle liability insurance coverage is maintained by the GA DMVS and is accessible to law enforcement agencies upon a check of the vehicle registration.*

---

**Georgia Insurance Policy Information Card** — **Allstate.**

Allstate Property and Casualty Insurance Company

| POLICY NUMBER | EFFECTIVE DATE |
|---|---|
| 831 587 396 | 03/08/22 |

EXPIRATION DATE
09/08/22

Ronalda Smith
6480 Century Park Pl SE
Mableton GA 30126-7737

YEAR / MAKE / MODEL      VEHICLE ID NUMBER
2014 Nissan Altima       1N4AL3APXEC276304

*The current status of actual motor vehicle liability insurance coverage is maintained by the GA DMVS and is accessible to law enforcement agencies upon a check of the vehicle registration.*

---

**Georgia Insurance Policy Information Card** — **Allstate.**

Allstate Property and Casualty Insurance Company

| POLICY NUMBER | EFFECTIVE DATE |
|---|---|
| 831 587 396 | 03/08/22 |

EXPIRATION DATE
09/08/22

Ronalda Smith
6480 Century Park Pl SE
Mableton GA 30126-7737

YEAR / MAKE / MODEL      VEHICLE ID NUMBER
2017 Porsche Macan       WP1AA2A52HLB82915

*The current status of actual motor vehicle liability insurance coverage is maintained by the GA DMVS and is accessible to law enforcement agencies upon a check of the vehicle registration.*

---

**Georgia Insurance Policy Information Card** — **Allstate.**

Allstate Property and Casualty Insurance Company

| POLICY NUMBER | EFFECTIVE DATE |
|---|---|
| 831 587 396 | 03/08/22 |

EXPIRATION DATE
09/08/22

Ronalda Smith
6480 Century Park Pl SE
Mableton GA 30126-7737

YEAR / MAKE / MODEL      VEHICLE ID NUMBER
2017 Porsche Macan       WP1AA2A52HLB82915

*The current status of actual motor vehicle liability insurance coverage is maintained by the GA DMVS and is accessible to law enforcement agencies upon a check of the vehicle registration.*

---

**Georgia Insurance Policy Information Card** — **Allstate.**

Allstate Property and Casualty Insurance Company

| POLICY NUMBER | EFFECTIVE DATE |
|---|---|
| 831 587 396 | 03/08/22 |

EXPIRATION DATE
09/08/22

Ronalda Smith
6480 Century Park Pl SE
Mableton GA 30126-7737

YEAR / MAKE / MODEL      VEHICLE ID NUMBER
2020 Chevrolet Corvette  1G1Y62D43L5106209

*The current status of actual motor vehicle liability insurance coverage is maintained by the GA DMVS and is accessible to law enforcement agencies upon a check of the vehicle registration.*

---

**Georgia Insurance Policy Information Card** — **Allstate.**

Allstate Property and Casualty Insurance Company

| POLICY NUMBER | EFFECTIVE DATE |
|---|---|
| 831 587 396 | 03/08/22 |

EXPIRATION DATE
09/08/22

Ronalda Smith
6480 Century Park Pl SE
Mableton GA 30126-7737

YEAR / MAKE / MODEL      VEHICLE ID NUMBER
2020 Chevrolet Corvette  1G1Y62D43L5106209

*The current status of actual motor vehicle liability insurance coverage is maintained by the GA DMVS and is accessible to law enforcement agencies upon a check of the vehicle registration.*

---

**Georgia Insurance Policy Information Card** — **Allstate.**

Allstate Property and Casualty Insurance Company

| POLICY NUMBER | EFFECTIVE DATE |
|---|---|
| 831 587 396 | 03/08/22 |

EXPIRATION DATE
09/08/22

Ronalda Smith
6480 Century Park Pl SE
Mableton GA 30126-7737

YEAR / MAKE / MODEL      VEHICLE ID NUMBER
2012 Ford Truck F150 4wd  1FTFW1R64CFA55218

*The current status of actual motor vehicle liability insurance coverage is maintained by the GA DMVS and is accessible to law enforcement agencies upon a check of the vehicle registration.*

---

**Georgia Insurance Policy Information Card** — **Allstate.**

Allstate Property and Casualty Insurance Company

| POLICY NUMBER | EFFECTIVE DATE |
|---|---|
| 831 587 396 | 03/08/22 |

EXPIRATION DATE
09/08/22

Ronalda Smith
6480 Century Park Pl SE
Mableton GA 30126-7737

YEAR / MAKE / MODEL      VEHICLE ID NUMBER
2012 Ford Truck F150 4wd  1FTFW1R64CFA55218

*The current status of actual motor vehicle liability insurance coverage is maintained by the GA DMVS and is accessible to law enforcement agencies upon a check of the vehicle registration.*



Policy number: **831 587 396**

Policy effective date: March 8, 2022

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828) or logon to allstate.com.

KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828) or logon to allstate.com.

KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828) or logon to allstate.com.

KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828) or logon to allstate.com.

KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828) or logon to allstate.com.

KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828) or logon to allstate.com.

KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828) or logon to allstate.com.

KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828) or logon to allstate.com.

KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION

065 010 010
220309A703609
AUTR45GA20220310000262J02A-000185-002-0-00-11

## Your Allstate Roadside Assistance Cards

 **Allstate.**

### Allstate Roadside Assistance Towing & Labor Coverage

With Allstate Roadside Assistance, you'll never feel stuck, stalled or stranded. Allstate will help you with services like towing, tire changes and jump starts. Plan ahead and text **Allstate5** to **25788** to download the Allstate℠ Mobile app today.

Page **1** of 2

**Allstate.**

**Allstate.**

**Allstate.**

**Allstate.**

**Allstate.**

**Allstate.**

**Allstate.**

### Allstate Roadside Assistance

TOW • TIRE CHANGE • LOCKOUT • FUEL DELIVERY • JUMP START

**1-800-217-6423**
or get help via the Allstate Mobile app.
Text **Allstate5** to **25788**.*

**Policy Number: 831 587 396**
*Message & data rates may apply.*
*Please note, this card is NOT proof of insurance.*

**Allstate.**

### Allstate Roadside Assistance

TOW • TIRE CHANGE • LOCKOUT • FUEL DELIVERY • JUMP START

**1-800-217-6423**
or get help via the Allstate Mobile app.
Text **Allstate5** to **25788**.*

**Policy Number: 831 587 396**
*Message & data rates may apply.*
*Please note, this card is NOT proof of insurance.*

**Please note, this card is NOT proof of insurance.**



Policy number: **831 587 396**
Policy effective date:   March 8, 2022

**1-800-217-6423** | or text **Allstate5** to **25788** to get help via the Allstate Mobile app.

Please have the following information handy when you call:
• Your policy number (shown on the front of this card)
• Vehicle year, make, model and color
• Location of your vehicle
• Phone number you're calling from

*For reimbursement claims, please contact your Allstate Agent.*

**1-800-217-6423** | or text **Allstate5** to **25788** to get help via the Allstate Mobile app.

Please have the following information handy when you call:
• Your policy number (shown on the front of this card)
• Vehicle year, make, model and color
• Location of your vehicle
• Phone number you're calling from

*For reimbursement claims, please contact your Allstate Agent.*

065 010 010
220309A703609
AUTR45GA202203100026220ZA-000185-003-0-00-11

## Auto policy declarations

Your policy effective date is March 8, 2022



Platinum   Gold   Standard   Value Plan

 Allstate.

Page **1** of 6

Information as of March 9, 2022

### Total Premium for the Policy Period

Please review your insured vehicles and verify their VINs are correct.

| Vehicles covered | Identification Number (VIN) | Premium |
|---|---|---|
| 2012 Ford Truck F150 4wd | 1FTFW1R64CFA55218 | $1,229.19 |
| 2020 Chevrolet Corvette | 1G1Y62D43L5106209 | 2,147.04 |
| 2017 Porsche Macan | WP1AA2A52HLB82915 | 1,105.13 |
| 2014 Nissan Altima | 1N4AL3APXEC276304 | 1,272.13 |
| Additional coverages | | |
| **Total*** | | **$5,753.49** |

*\* Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s). If you do not pay your bill by the due date shown on your billing statement, you may be charged a late fee.*

### Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Allstate Easy Pay Plan | $288.77 | Responsible Payer | $455.65 |
| Allstate eSmart® | $354.63 | Risk Avoidance | $1,341.01 |
| Antilock Brakes | $560.84 | Electronic Stability Control | $450.72 |
| **Total discounts** | | | **$3,451.62** |

| Policy discounts | | | $2,440.06 |
|---|---|---|---|
| Allstate Easy Pay Plan | $288.77 | Allstate eSmart® | $354.63 |
| Responsible Payer | $455.65 | Risk Avoidance | $1,341.01 |

| 2012 Ford Truck F150 4wd discounts | | | $197.64 |
|---|---|---|---|
| Antilock Brakes | $118.53 | Electronic Stability Control | $79.11 |

| 2020 Chevrolet Corvette discounts | | | $396.31 |
|---|---|---|---|
| Antilock Brakes | $198.42 | Electronic Stability Control | $197.89 |

| 2017 Porsche Macan discounts | | | $187.03 |
|---|---|---|---|
| Antilock Brakes | $102.54 | Electronic Stability Control | $84.49 |

| 2014 Nissan Altima discounts | | | $230.58 |
|---|---|---|---|
| Antilock Brakes | $141.35 | Electronic Stability Control | $89.23 |

### Summary

Named Insured(s)
**Ronalda Smith**
Mailing address
**6480 Century Park Pl SE**
**Mableton GA 30126-7737**

Policy number
**831 587 396**

Your policy provided by
**Allstate Property and Casualty Insurance Company**
Policy period
Beginning **March 8, 2022** through **September 8, 2022** at 12:01 a.m. standard time
You may contact us at
1-800-ALLSTATE
or visit us at
www.allstate.com

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

GA010N8D



Auto policy declarations
Policy number:          **831 587 396**
Policy effective date:    March 8, 2022

### Listed drivers on your policy*

**Ronalda Smith** - Single female driver, age 37
**Allen Parks** - Single male driver, age 37

*Are there licensed drivers not listed above who either reside in your household (even if temporarily away from home) or are guests staying in your home for an extended period? If so, please contact us so your policy information and coverage is up to date. There are circumstances under which a loss may not be covered by this policy because the auto was being operated by someone residing at your house who is not listed on the policy. Additional detail about how we treat undisclosed drivers can be found in your policy.*

### Excluded drivers from your policy

None

GA010NBD

065 010 010
22030 9A703609
AUTR45GA20220310002622020A-000185-004-0-00-00

Auto policy declarations
Policy number: **831 587 396**
Policy effective date: March 8, 2022

Page **3** of 6

 **Allstate.**

## Coverage detail for 2012 Ford Truck F150 4wd

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $929.07 |
| • Bodily Injury | $25,000 each person<br>$50,000 each occurrence | | |
| • Property Damage | $25,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $2,000 | $300.12 |
| Auto Comprehensive Insurance | Not purchased* | | |
| Collision for Custom Equipment | Not purchased* | | |
| Comprehensive for Custom Equipment | Not purchased* | | |
| Roadside Coverage | Not purchased* | | |
| Transportation Expense | Not purchased* | | |
| Uninsured Motorists Insurance | Not purchased* | | |
| • Property Damage | | | |
| Auto Replacement Protection | Not purchased* | | |
| Automobile Medical Payments | Not purchased* | | |
| Portable Electronics and Media | Not purchased* | | |
| Sound System | Not purchased* | | |
| **Total premium for 2012 Ford Truck F150 4wd** | | | **$1,229.19** |

**\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.**

**VIN** 1FTFW1R64CFA55218

## Coverage detail for 2020 Chevrolet Corvette

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $490.45 |
| • Bodily Injury | $25,000 each person<br>$50,000 each occurrence | | |
| • Property Damage | $25,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $2,000 | $1,180.14 |
| Auto Comprehensive Insurance | Actual cash value | $2,000 | $319.28 |
| Collision for Custom Equipment | Not purchased* | | |
| Comprehensive for Custom Equipment | Not purchased* | | |
| Roadside Coverage | $100 each disablement | Not applicable | $6.50 |
| Transportation Expense | up to $30 per day for a maximum of 30 days | Not applicable | $22.37 |

**(continued)**

GA010NBD



Auto policy declarations
Policy number: **831 587 396**
Policy effective date: March 8, 2022

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Uninsured Motorists Insurance | Not purchased* | | |
| • Property Damage | | | |
| Auto Replacement Protection | | Not applicable | $128.30 |
| Automobile Medical Payments | Not purchased* | | |
| Portable Electronics and Media | Not purchased* | | |
| Sound System | Not purchased* | | |
| **Total premium for 2020 Chevrolet Corvette** | | | **$2,147.04** |

**\* This coverage can provide you with valuable protection. To help you stay
current with your insurance needs, contact your Allstate agent to discuss
coverage options and other products and services that can help protect
you.**

**VIN** 1G1Y62D43L5106209

**Lienholder**
Wells Fargo Dealer Services

**Rating information**
• The rating information for this vehicle is: for pleasure

## Coverage detail for 2017 Porsche Macan

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $487.12 |
| • Bodily Injury | $25,000 each person<br>$50,000 each occurrence | | |
| • Property Damage | $25,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $2,000 | $435.72 |
| Auto Comprehensive Insurance | Actual cash value | $2,000 | $175.79 |
| Collision for Custom Equipment | Not purchased* | | |
| Comprehensive for Custom Equipment | Not purchased* | | |
| Roadside Coverage | $100 each disablement | Not applicable | $6.50 |
| Transportation Expense | Not purchased* | | |
| Uninsured Motorists Insurance | Not purchased* | | |
| • Property Damage | | | |
| Auto Replacement Protection | Not purchased* | | |
| Automobile Medical Payments | Not purchased* | | |
| Portable Electronics and Media | Not purchased* | | |

*(continued)*

Auto policy declarations
Policy number: **831 587 396**
Policy effective date: March 8, 2022

Page **5** of 6

 **Allstate.**

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Sound System | Not purchased* | | |
| **Total premium for 2017 Porsche Macan** | | | **$1,105.13** |

\* This coverage can provide you with valuable protection.  To help you stay
current with your insurance needs, contact your Allstate agent to discuss
coverage options and other products and services that can help protect
you.

**VIN** WP1AA2A52HLB82915

**Lienholder**
Carmax Auto Finance (Retail)

## Coverage detail for 2014 Nissan Altima

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $952.95 |
| • Bodily Injury | $25,000 each person | | |
| | $50,000 each occurrence | | |
| • Property Damage | $25,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $2,000 | $319.18 |
| Auto Comprehensive Insurance | Not purchased* | | |
| Collision for Custom Equipment | Not purchased* | | |
| Comprehensive for Custom Equipment | Not purchased* | | |
| Roadside Coverage | Not purchased* | | |
| Transportation Expense | Not purchased* | | |
| Uninsured Motorists Insurance | Not purchased* | | |
| • Property Damage | | | |
| Auto Replacement Protection | Not purchased* | | |
| Automobile Medical Payments | Not purchased* | | |
| Portable Electronics and Media | Not purchased* | | |
| Sound System | Not purchased* | | |
| **Total premium for 2014 Nissan Altima** | | | **$1,272.13** |

\* This coverage can provide you with valuable protection.  To help you stay
current with your insurance needs, contact your Allstate agent to discuss
coverage options and other products and services that can help protect
you.

**VIN** 1N4AL3APXEC276304

GA0100NBD



Auto policy declarations
Policy number:  **831 587 396**
Policy effective date:  March 8, 2022

## Additional coverage

The following policy coverage is also provided.

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Death Indemnity Insurance | $10,000 benefit | Not applicable | Included |
| Uninsured Motorists Insurance for Bodily Injury | **Not purchased*** | | |
| **Total** | | | **$0.00** |

*\* This coverage can provide you with valuable protection.  To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.*

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.

- Allstate Auto Policy – ACR65
- Claim Satisfaction Guarantee Amendatory Endorsement – AP4878-2
- Automobile Death Indemnity Insurance-Coverage CM – ACR67
- GA Amendatory Endorsement – ACR195-1
- GA Bundling Benefits Endorsement – ACR199
- Auto Replacement Protection Amendatory Endorsement – ACR225

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Get rewarded for your everyday safe driving by participating in Drivewise®. Simply download the Allstate® mobile app and activate Drivewise®. You'll get cash back just for getting started and earn more cash back every six months thereafter for your safe driving.

▶ A $10.00 late fee may be assessed if payment is received after the due date.

▶ A $4.00 installment fee will be included in the minimum amount due of all bills. If you choose to pay by electronic funds transfer, the installment fee will be $1.50.

▶ This policy does not provide medical coverage.

**Allstate Property and Casualty Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*Julie Parsons*

Julie Parsons
President

*Susan L Lees*

Susan L. Lees
Secretary

GA0110N8D

065 010 010
220309A703609
AUTR45GA20220303100002620202A-000185-006-0-00-00



**ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**

# Auto
# Policy

## GEORGIA                                                          ACR65

Policy number
**831 587 396**

Policy effective
**March 8, 2022**

Policyholders
**Ronalda  Smith**
**6480 Century Park Pl SE**
**Mableton GA 30126-7737**

You may contact us at 1-800-ALLSTATE
or visit us at www.allstate.com



**Allstate Property and Casualty Insurance Company**
**The Company Named in the Policy Declarations**
A Stock Company, Home Office: 2775 Sanders Road, Northbrook, Illinois 60062



Auto Policy
Policy number: **831 587 396**
Policy effective date: March 8, 2022

# Table of Contents

**General Provisions** ........................................................................ 3
Insuring Agreement ........................................................................ 3
When And Where The Policy Applies .......................................... 3
Conformity To State Statutes ...................................................... 3
Definitions Used Throughout The Policy ................................... 3
Leased Autos .................................................................................. 4
Premium Changes .......................................................................... 4
Coverage Changes .......................................................................... 4
Duty To Report Changes ............................................................... 4
Notice .............................................................................................. 4
What To Do If There Is A Loss ...................................................... 4
Assistance And Cooperation Of The Insured ............................ 5
Subrogation .................................................................................... 5
Combining Limits Of Two Or More Autos Prohibited .............. 5
Transfer .......................................................................................... 5
Payment .......................................................................................... 5
Communications ............................................................................ 5
Conditional Reinstatement .......................................................... 6
Fraud Or Misrepresentation ........................................................ 6
Loss Reduction And Other Items ................................................. 6

**Part 1**
**Automobile Liability Insurance**
**Bodily Injury Liability and Property Damage Liability**
**Coverages AA and BB** ................................................................. 6
General Statement Of Coverage ................................................... 6
Our Right To Appeal ...................................................................... 6
Additional Payments We Will Make ............................................ 6
Additional Definitions For Part 1 ............................................... 7
Exclusions—What Is Not Covered .............................................. 7
Financial Responsibility ............................................................... 8
Limit Of Liability ........................................................................... 8
If There Is Other Insurance .......................................................... 8
Bankruptcy Or Insolvency ............................................................ 9
Additional Interested Parties ....................................................... 9

**Part 2**
**Automobile Medical Payments**
**Coverage CC** ................................................................................ 9
General Statement Of Coverage ................................................... 9
Additional Definitions For Part 2 ............................................... 9
Exclusions—What Is Not Covered .............................................. 9
Limit Of Liability ........................................................................... 10
Non-Duplication ............................................................................ 11
What To Do If There Is A Loss: Additional Duties .................... 11
Unreasonable Or Unnecessary Medical Expenses .................... 11
If There Is Other Insurance .......................................................... 11

**Part 3**
**Protection Against Loss To The Auto** ..................................... 11
Auto Collision Insurance .............................................................. 11
Auto Comprehensive Insurance ................................................... 11
Contents Coverage ........................................................................ 12
Roadside Coverage ........................................................................ 12
Transportation Expense Coverage .............................................. 12
Sound System Coverage ................................................................ 12
Portable Electronics And Media Coverage ................................ 13
Additional Payments We Will Make Under Part 3 ..................... 13
Additional Definitions For Part 3 ............................................... 13
Exclusions—What Is Not Covered .............................................. 14
Our Payment Of Loss .................................................................... 15
Right To Appraisal ........................................................................ 15
Limit Of Liability ........................................................................... 16
If There Is Other Insurance .......................................................... 16
No Benefit To Bailee ..................................................................... 16
Loss Payable Clause ...................................................................... 16

065 010 010
220309A703609
AUTR45GA20220310002622I2A-00018S-007-0-00-00

Auto Policy
Policy number: **831 587 396**
Policy effective date: March 8, 2022

Page **3** of 16

 **Allstate.**

A Stock Company – Home Office: Northbrook, Illinois

# General Provisions

The following provisions apply to all parts of the policy except where otherwise noted.

## Insuring Agreement

This policy is a legal contract between **you** and **us**. A coverage applies only when a premium for it is shown on the Policy Declarations or when the Policy Declarations lists the coverage as being "Included." On **your** Policy Declarations, coverages may be shown for each **auto**, or may be listed under "Additional Coverages."

If **you** pay the premiums when due and comply with the policy terms, **we**, relying on the information **you** have given **us**, make the following agreements with **you**.

**You** agree that it is **your** responsibility to review **your** Policy Declarations to:

1. confirm that the coverages and limits that **you** requested have actually been issued to **you**; and
2. ensure that each of the coverages and limits shown on the Policy Declarations are appropriate for **your** insurance needs.

**You** further agree to review those sections of this policy which relate to the coverages issued to **you**. Failure to review this policy, including **your** Policy Declarations, will not relieve **you** of this obligation. **You** should contact **us**, or the agent listed on **your** Policy Declarations, immediately if **you** have any questions about the coverages or limits issued to **you**, or if **you** believe there is any mistake about the coverages or limits issued to **you**, or if **you** have any questions about this policy.

The terms of this policy impose joint obligations on persons defined in applicable sections of this policy as insured persons. This means that the responsibilities, acts and omissions of a person defined as an insured person will be binding upon other person(s) defined as insured person(s).

Depending on the number of vehicles **you** are insuring, **we** may find it necessary to issue **you** two or more different policy numbers for this one policy. Even if **we** issue two or more policy numbers, this shall still constitute one policy. **Your** Policy Declarations lists the policy numbers applicable.

## When And Where The Policy Applies

**Your** policy applies only during the policy period. During this time, it applies to covered losses to the **auto**, accidents, and occurrences within the United States, its territories or possessions, Canada, and between their ports. The policy period is shown on the Policy Declarations.

## Conformity To State Statutes

When the policy provisions are in conflict with the statutes of the state in which **your** **auto(s)** described on the Policy Declarations are principally garaged, the provisions are amended to conform to such statutes.

## Definitions Used Throughout The Policy

The following definitions apply throughout the policy unless otherwise indicated. Defined words are printed in boldface type.

1. **Additional Auto** means an **auto** of which **you** become the owner during the policy period and which is:
   a) not described on the Policy Declarations; and
   b) not acquired as a permanent replacement for an **auto** described on the Policy Declarations.

   This **auto** will be an **additional auto** for the 30 days immediately after **you** acquire ownership, but only if:
   a) any other **autos** **you** own are insured either by **us** or by one of **our** affiliates, other than any **auto(s)** **we** and **our** affiliates refused to insure;
   b) the **auto** is not listed as an insured vehicle under any other motor vehicle insurance policy; and
   c) **you** pay any additional premium for the coverage afforded by this policy during the 30 day period.

   After the 30 days, the **auto** is no longer an **additional auto**.

2. **Auto** means a private passenger land motor vehicle which has at least four wheels and is designed for use on public roads. However, **auto** does not include any vehicle of the pick-up body, sedan delivery, panel truck or stake body type which has a manufacturer specified Gross Vehicle Weight Rating (GVWR) in excess of 14,000 pounds.

3. **Bodily Injury** means physical harm to the body, sickness, disease, or death, but does not include:
   a) Any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to a) through e) listed above.

4. **Non-owned Auto** means an **auto** used by **you** or a **resident** relative with the owner's permission but which is not:
   a) owned by **you** or a **resident** relative; or
   b) available or furnished for the regular use of **you** or a **resident** relative.

   This definition of **non-owned auto** does not apply to **Automobile Liability Insurance–Bodily Injury and Property Damage**.

5. **Replacement Auto** means an **auto** of which **you** become the owner during the policy period and which is:
   a) not described on the Policy Declarations; and
   b) acquired as a permanent replacement for an **auto** described on the Policy Declarations.



Auto Policy
Policy number:       831 587 396
Policy effective date:   March 8, 2022

This **auto** will be a **replacement auto** for the 30 days immediately after **you** acquire ownership, but only if:

a) any other **autos you** own are insured either by **us** or by one of **our** affiliates, other than any **auto(s) we** and **our** affiliates refused to insure;

b) the **auto** is not listed as an insured vehicle under any other motor vehicle insurance policy; and

c) **you** pay any additional premium for the coverage afforded by this policy during the 30 day period.

After the 30 days, the **auto** is no longer a **replacement auto**.

6. **Resident** means a person who physically resides in **your** household with the intention to continue residence there. **Your** unmarried dependent children while temporarily away from home will be considered **residents** if they intend to resume residing in **your** household.

7. **Shared-Expense Car Pool** means an arrangement between private parties to share rides:

a) for which partial or full reimbursement of driving expenses is made or offered, and for which there is no other compensation; and

b) which is not facilitated by a commercial enterprise which connects drivers to riders, including, but not limited to, a transportation network company.

8. **Substitute Auto** means a **non-owned auto** being temporarily used by **you** or a **resident** relative with the permission of the owner while **your auto** insured under this policy is being serviced or repaired, or if it is stolen or destroyed.

9. **Trailer** means any trailer, other than a **travel-trailer**, that is designed for use with an **auto**.

10. **Travel-trailer** means a trailer of the house, cabin or camping type equipped or used as a temporary living quarters.

   The **travel-trailer** must be designed for use with an **auto**.

11. **We**, **Us**, or **Our** means the company shown on the Policy Declarations.

12. **You** or **Your** means the policyholder(s) listed as Named Insured(s) on the Policy Declarations and the resident spouse of any such Named Insured.

## Leased Autos

Unless otherwise indicated, an **auto** leased to a person under a written agreement with a term of at least six continuous months shall be considered, for purposes of this policy, to be owned by that person.

## Premium Changes

The total premium for this policy is based on information **we** have received from **you** or other sources. **You** agree to cooperate with **us** in determining if this information is correct, if it is complete, and if it changes during the policy

period. **You** agree that if this information changes or is incorrect or incomplete, **we** may adjust **your** premium accordingly.

Changes which result in a premium adjustment are described in **our** rules. These changes include, but are not limited to:

1. **autos** insured by the policy, including changes in use;

2. drivers residing in **your** household, their ages or marital status;

3. coverages or coverage limits;

4. rating territory; and

5. discount or surcharge applicability.

Any calculation or adjustment of **your** premium will be made using the rules, rates and forms in effect, and on file if required, for **our** use in **your** state.

## Coverage Changes

When **we** broaden a coverage during the policy period without additional charge, **you** have the new feature if **you** have the coverage to which it applies. The new feature applies on the date the coverage change is effective in **your** state. Otherwise, the policy can be changed only by endorsement. Any change in **your** coverage will be made using the rules, rates and forms in effect, and on file if required, for **our** use in **your** state.

## Duty To Report Changes

**Your** policy was issued in reliance on information **you** provided including, but not limited to, information regarding **autos**, persons in **your** household, and **your** place of residence. **You** must promptly notify **us**:

1. when **you** change **your** address;

2. when any person with a driver's license joins **your** household, or when any **resident** of **your** household acquires a driver's license; and

3. when **you** acquire any **additional auto** or **replacement auto**.

## Notice

**Your** notice to **our** authorized agent shall be deemed to be notice to **us**.

## What To Do If There Is A Loss

If a person insured under this policy has an accident or loss involving a motor vehicle, **we** or **our** authorized agent must be informed promptly of all details. As soon as possible, any person making a claim must give **us** proof of loss, in writing or in another form specified by **us**, including all details **we** may need to determine the amounts payable. **We** may require that the proof of loss be a sworn proof of loss.

If an insured person is sued as a result of a motor vehicle accident, **we** must be informed immediately.

A person making a claim must:

1. Provide **us** with the following information as soon as possible:
   a) date and time of the accident or loss;
   b) location of the accident or loss; and

065 010 010
220309A703609
AUTR4SGA20220310026220Z2A-000185-008-0-00-00

Auto Policy
Policy number: **831 587 396**
Policy effective date: March 8, 2022

Page **5** of 16

 **Allstate.**

c) all other details reasonably required by **us** including, but not limited to, information obtained from the vehicle's computer, vehicle safety features, or ride-sharing applications.

2. Notify the police as soon as possible if:
   a) the owner or operator of a vehicle involved in the accident or loss cannot be identified; or
   b) a theft or vandalism loss has occurred.

3. Cooperate with **us** in **our** effort to investigate the accident or loss and settle any claims.

4. Allow **us** to take signed and recorded statements, including sworn statements and examinations under oath, separately and apart from others, and answer all reasonable questions **we** may ask as often as **we** may reasonably require.

5. Give **us** authorization to obtain medical reports and other records pertinent to the claim. The injured person may be required to take medical examinations by physicians **we** choose, as often as **we** reasonably require.

6. Promptly send **us** any and all legal papers relating to any claim or lawsuit.

7. Attend hearings and trials as often as **we** require.

8. In the case of loss to an **auto**, **trailer** or **travel-trailer** insured with **Auto Collision Insurance** or **Auto Comprehensive Insurance you** must:
   a) protect the **auto**, **trailer** or **travel-trailer** from further loss. **We** will pay reasonable expenses to guard against further loss. If **you** do not protect the **auto**, **trailer** or **travel-trailer**, further loss may not be covered.
   b) allow **us** to inspect the **auto**, **trailer** or **travel-trailer**, or have it inspected, before its repair or disposal. If **you** or **we** demand an appraisal of the loss under to the **Right To Appraisal** provision, **you** must allow **us** to have the **auto**, **trailer** or **travel-trailer** appraised.

### Assistance And Cooperation Of The Insured

A person insured under this policy must cooperate with **us** in the investigation, settlement and defense of any claim or lawsuit. If **we** ask, that person must also help **us** obtain payment from anyone who may be jointly responsible.

**We** are not obligated to provide reimbursement if a person insured under this policy voluntarily takes any action or makes any payments other than for covered expenses for bail bonds or first aid to others. If a person insured under this policy has a right to recover damages from anyone responsible for the loss, **we** may require that person to take proper action to preserve that right.

### Subrogation

When **we** pay under this policy, and a person insured under this policy has the right to recover from anyone else, that person's rights of recovery become

**ours** up to the amount **we** have paid. That person must protect these rights and, at **our** request, help **us** to enforce them.

### Combining Limits Of Two Or More Autos Prohibited

The coverage limits applicable to any one **auto** shown on the Policy Declarations will not be combined with or added to the coverage limits applicable to any other **auto** shown on the Policy Declarations or covered by the policy. This means that no stacking or aggregation of coverages will be allowed by this policy. This is true even though a separate premium is charged for each of those **autos**. This is true regardless of the number of:

1. vehicles or persons shown on the Policy Declarations;

2. vehicles involved in the accident or loss;

3. persons seeking damages as a result of the accident or loss; or

4. insured persons from whom damages are sought.

If two or more **autos** are shown on the Policy Declarations and one of these **autos** is involved in an accident or loss to which coverage applies, the coverage limits shown on the Policy Declarations for the involved **auto** will apply. If a covered accident or loss involves an **auto** other than one shown on the Policy Declarations, or if a person insured under this policy is struck as a pedestrian in a covered accident, the highest coverage limits shown on the Policy Declarations for the applicable coverage for any one **auto** will apply.

### Transfer

**You** may not transfer this policy to another person without **our** written consent. However, if **you** die, this policy will provide coverage until the end of the policy period, but only for **your** legal representative while acting as such and for persons covered on the date of **your** death.

### Payment

If **your** initial premium payment for **your** first policy period is by check, draft, or any remittance other than cash, such payment is conditional upon the check, draft, or remittance being honored upon presentation. If such check, draft, or remittance is not honored upon presentation, this policy shall be deemed void from its inception. This means that **we** will not be liable under this policy for any claims or damages which would otherwise be covered had the check, draft, or remittance been honored upon presentation.

### Communications

If **you** have indicated **your** willingness to conduct business electronically with **us**, including receiving and signing the electronic forms relating to **your** insurance and other transactions (current and future), the communications **we** may provide to **you** in electronic form include, but are not limited to, policy forms, renewal and non-renewal notices, informational or other notices, disclosures, premium information and cancellation notices.

Even when **you** and **we** have agreed that the primary method of communicating with **you** will be in electronic form, **we** may, in **our** discretion, send communications to **you** via U.S. Mail or other carrier instead of, or in



Auto Policy
Policy number:   **831 587 396**
Policy effective date:   March 8, 2022

addition to, providing them to **you** electronically. Electronic communications provided to **you** will have the same force and effect as if sent to **you** via U.S. Mail or other carrier with proof of mailing. Proof of electronic notification will be sufficient proof of notice for all electronic communications pertaining to this policy.

### Conditional Reinstatement

If **we** send a cancellation notice because:

1. the required premium was not paid in a timely manner, and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation; or
2. the required premium was not paid in a timely manner due to an issue with **your** electronic payment information and/or account balance, and **you** then update this information, and the transaction is not honored upon presentation;

**your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **we** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

### Fraud Or Misrepresentation

This entire policy is void from its inception if it was obtained or renewed through material misrepresentation, fraud or concealment of material fact. This means that **we** will not be liable for any claims or damages that would otherwise be covered.

**We** may not provide coverage for any insured who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

### Loss Reduction And Other Items

From time to time and at **our** sole discretion:

1. **we** may provide **you**, or allow others to provide **you**, with:
   a) items, memberships, special offers, merchandise, points, rewards, airline miles, services, classes, seminars, or other things of value designed to help **you** or other persons insured under this policy manage the risks **you** or they face, including, but not limited to, loss reduction or safety-related items; or
   b) items, memberships, special offers, merchandise, points, rewards, airline miles, services, classes, seminars, or things of any other type that **we** think may be of value to **you** or someone else insured under this policy.
2. **we** may make, or allow others to make, one or more of the following: charitable contributions, donations, or gifts.

These items, memberships, special offers, merchandise, points, rewards, airline miles, services, classes, seminars, charitable contributions, donations,

gifts, or other things of value may be provided in any form, including, but not limited to, redemption codes, coupons, vouchers, and gift cards.

# Part 1
# Automobile Liability Insurance
# Bodily Injury Liability—Coverage AA
# Property Damage Liability—Coverage BB

### General Statement Of Coverage

If a premium is shown on the Policy Declarations for **Automobile Liability Insurance - Bodily Injury and Property Damage**, **we** will pay damages which an **insured person** is legally obligated to pay because of:

1. **bodily injury** sustained by any person, and
2. damage to, or destruction of, property.

Under these coverages, **your** policy protects an **insured person** from liability for damages arising out of the ownership, maintenance, or use, loading or unloading, of an **insured auto**.

**We** will not pay any punitive or exemplary damages, fines or penalties under Bodily Injury Liability coverage or Property Damage Liability coverage. **We** will not pay any attorney's fees or litigation expenses awarded as a result of a punitive or exemplary damage award against the insured, or as a result of fines or penalties imposed on the insured.

**We** will defend an **insured person** sued as a result of a covered accident involving an **insured auto**. **We** will choose the counsel. **We** may settle any claim or suit if **we** believe it is proper. **We** will not defend an **insured person** sued for damages which are not covered by this policy.

### Our Right To Appeal

If an **insured person** or any other insurer elects not to appeal a judgment, **we** may do so. **We** will pay reasonable costs and interest incidental to the appeal. **We** will not be liable for more than the limit shown on **your** Policy Declarations plus the reasonable costs and interest incidental to the appeal.

### Additional Payments We Will Make

When **we** defend an **insured person** under this Part 1, **we** will pay:

1. up to $100 a day for the loss of wages or salary if **we** ask that person to attend hearings or trials to defend against a **bodily injury** suit. **We** won't pay for loss of other income. **We** will pay other reasonable expenses incurred at **our** request.
2. court costs for defense.
3. interest accruing on a judgment entered against **you**, but only on that part of a judgment entered against **you**, which does not exceed **our** limits of liability, until such time as **we** have paid, formally offered, or conditionally or unconditionally deposited in court, the amount for which

Auto Policy
Policy number: **831 587 396**
Policy effective date: March 8, 2022

 **Allstate.**

we are liable under this policy. Interest will be paid only on that part of a judgment entered against **you** which does not exceed **our** limits of liability. This means that under no circumstances will **we** pay interest on that part of a judgment entered against **you** which exceeds **our** stated limits of liability.

4. premiums on appeal bonds and on bonds to release attachments, but not in excess of **our** limit of liability. **We** have no obligation, however, to apply for or furnish these bonds.

**We** will reimburse an **insured person** for:

1. the cost of any bail bonds required because of an accident or traffic law violation involving the use of the **insured auto**. Payment won't exceed $300 per bond. **We** have no obligation to apply for or furnish a bond.

2. reasonable expenses incurred by an **insured person** for first aid to other persons at the time of a motor vehicle accident involving the **insured auto**.

## Additional Definitions For Part 1

1. **Insured Auto** means an **auto you** own which is described on the Policy Declarations and for which a premium is shown for **Automobile Liability Insurance – Bodily Injury and Property Damage**. This also includes:
   a) its **replacement auto**;
   b) an **additional auto**;
   c) a **substitute auto**;
   d) a **non-owned auto**; or
   e) a **trailer** or **travel-trailer**.

2. **Insured Person** means:
   a) While using **your insured auto**:
      1) **you**;
      2) any **resident**; and
      3) any other person using it with **your** permission.
   b) While using a **non-owned auto**:
      1) **you**; and
      2) any **resident** relative.

3. **Non-owned Auto** means an **auto** used by **you** or a **resident** relative with the owner's permission but which is not:
   a) owned by **you** or a **resident** relative; or
   b) available or furnished for the regular use of **you** or a **resident** relative.

   However, an **auto** owned by, or available or furnished for the regular use of, a **resident** relative shall be considered a **non-owned auto** with respect to:
   a) **you**, provided it is not owned by **you** or available or furnished for **your** regular use; and

   b) any **resident** relative who does not own the **auto** and for which the **auto** is not available or furnished for that person's regular use, provided the **auto** is not owned by **you** or available or furnished for **your** regular use.

## Exclusions—What Is Not Covered

**We** will not pay for any damages an **insured person** is legally obligated to pay because of:

1. **bodily injury** or property damage resulting from the ownership, maintenance or use, loading or unloading of the **insured auto** by any person as an employee of the United States government, while acting within the scope of such employment. This exclusion applies only if the provisions of the Federal Tort Claims Act, as amended, require the Attorney General of the United States to defend that person in any civil action or proceeding which may be brought for the **bodily injury** or property damage.

2. **bodily injury** or property damage arising out of the use of:
   a) an **insured auto** while used to carry persons, products or property for any form of compensation, including but not limited to fees, delivery charges or wages generally; or
   b) any **auto** an **insured person** is driving while available for hire by the public.

   This exclusion does not apply to **shared-expense car pools**.

3. **bodily injury** or property damage arising out of the use of **your insured auto** while it is rented to, leased to, or loaned for a charge to, any person or organization by or with the permission of an **insured person**.

4. **bodily injury** or property damage arising out of motor vehicle business operations such as repairing, servicing, testing, washing, parking, storing, leasing, or selling of motor vehicles. However, this exclusion does not apply to **you**, **resident** relatives, partners or employees of the partnership of which **you** or a **resident** relative are a partner, when using **your insured auto**.

5. **bodily injury** or property damage arising out of the use of a **non-owned auto** in any business or occupation of an **insured person**. However, this exclusion does not apply while **you**, **your** chauffeur, or domestic servant is using an **auto**, **travel-trailer** or **trailer**.

6. **bodily injury** or property damage arising out of the ownership, maintenance or use of a motor vehicle with less than four wheels.

7. **bodily injury** to an employee of any **insured person** arising out of or in the course of employment. This exclusion does not apply to **your** domestic employee who is not required to be covered by a workers' compensation law or similar law.

8. **bodily injury** to a co-worker injured in the course of employment. This exclusion does not apply to **you**.



Auto Policy
Policy number: **831 587 396**
Policy effective date: March 8, 2022

9. damage to or destruction of property an **insured person** owns, transports, is in charge of, or rents from others. This exclusion does not apply to a private residence or a garage rented by an **insured person.**

10. **bodily injury** or property damage intended by, or reasonably expected to result from, the intentional or criminal acts or omissions of an **insured person**. This exclusion applies even if:
    a) such **insured person** lacks the mental capacity to control or govern his or her conduct;
    b) such **insured person** is temporarily insane or temporarily lacks the mental capacity to control or govern his or her conduct or is temporarily unable to form any intent to cause **bodily injury** or property damage;
    c) such **bodily injury** or property damage is of a different kind or degree than intended or reasonably expected; or
    d) such **bodily injury** or property damage is sustained by a different person than intended or reasonably expected.

    This exclusion applies regardless of whether an **insured person** is actually charged with, or convicted of, a crime.

    This exclusion precludes coverage for all **insured persons** under the policy regardless of whether the person seeking coverage participated in any way in the intentional or criminal acts or omissions.

11. **bodily injury** or property damage which would also be covered under nuclear energy liability insurance. This applies even if the limits of that insurance are exhausted.

12. **bodily injury** or property damage arising out of the participation in any prearranged, organized, or spontaneous:
    a) racing contest;
    b) speed contest; or
    c) use of an **auto** at a track or course designed or used for racing or high performance driving;
    or in practice or preparation for any contest or use of this type.

13. **bodily injury** or property damage arising out of the use of a **trailer** or **travel-trailer** that is not attached to an **auto** which is an **insured auto**. However, this exclusion does not apply if the **trailer** or **travel-trailer** suddenly and accidentally becomes detached from such **auto** immediately before the accident.

14. any liability an **insured person** assumes arising out of any contract or agreement.

15. **bodily injury** or property damage arising out of the discharge of a weapon.

16. **bodily injury** or property damage arising out of the use of a **trailer** or **travel-trailer** while it is parked for use as a residence, or as an office, display space, or storage space.

## Financial Responsibility

When this policy is certified as proof under a motor vehicle financial responsibility law, the insurance under this part of the policy will comply with the provisions of that law.

## Limit Of Liability

The limits shown on the Policy Declarations for **Automobile Liability Insurance – Bodily Injury and Property Damage** are the maximum **we** will pay for any single accident involving an **insured auto**. The limit stated for each person for **bodily injury** is **our** total limit of liability for all damages because of **bodily injury** sustained by one person, including all damages sustained by anyone else as a result of that **bodily injury**. Subject to the limit for each person, the limit stated for each accident is our total limit of liability for all damages for **bodily injury**. For property damage, the limit stated for each accident is **our** total limit of liability for property damage sustained in any single accident involving an **insured auto**.

The limits shown on the Policy Declarations for **Automobile Liability Insurance – Bodily Injury and Property Damage** may not be added to the limits for similar coverage applying to other motor vehicles to determine the limit of insurance coverage available. This applies regardless of the number of:
1. policies involved;
2. vehicles involved;
3. persons covered;
4. claims made;
5. vehicles or premiums shown on the Policy Declarations; or
6. premiums paid.

THIS MEANS THAT NO STACKING OR AGGREGATION OF **AUTOMOBILE LIABILITY INSURANCE-BODILY INJURY AND PROPERTY DAMAGE** WHATSOEVER WILL BE ALLOWED BY THIS POLICY.

If none of the **autos** shown on the Policy Declarations is involved in the accident, the highest limit shown on the Policy Declarations for any one **auto** will apply.

An **auto** and attached **trailer** or **travel-trailer** are considered one vehicle. Also, an **auto** and a mounted camper unit, topper, cap, or canopy are considered one vehicle.

## If There Is Other Insurance

If more than one policy applies on a primary basis to an accident involving **your insured auto**, **we** will bear **our** proportionate share with other collectible liability insurance.

If an **insured person** is using a **substitute auto** or **non-owned auto**, **our** liability insurance will be excess over other collectible insurance.

Other collectible insurance and other collectible liability insurance includes any form of self-insurance.

065 010 010
220309A703609
AUTR45GA202203100026202A-000185-010-0-00-00



### Bankruptcy Or Insolvency
The bankruptcy or insolvency of an **insured person** or that person's estate will not relieve **us** of any obligation under this Part 1 of the policy.

### Additional Interested Parties
If one or more additional interested parties are listed on the Policy Declarations, the Automobile Liability Insurance coverages of this policy will apply to those parties as insureds.

**We** will mail or deliver at least 10 days' notice to an additional interested party if **we** cancel or make any changes to this policy which adversely affect that party's interest. **Our** notice will be considered properly given if mailed to the last known address of the additional interested party or if delivered electronically to such party.

The naming of an additional interested party does not increase that party's right of recovery under this policy, nor does it impose an obligation for the payment of premiums under this policy.

# Part 2
# Automobile Medical Payments
# Coverage CC

## General Statement Of Coverage
If a premium is shown on the Policy Declarations for **Automobile Medical Payments**, **we** will pay to or on behalf of an **insured person** reasonable expenses actually incurred by the **insured person** for necessary medical treatment, medical services or medical products actually provided to the **insured person** by a state licensed health care provider. Ambulance, hospital, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, professional nursing services, pharmaceuticals, eyeglasses, and hearing aids are covered. In addition, funeral expenses are covered if a **motor vehicle** accident results in death of an **insured person** and:

1. the Policy Declarations indicates **your** policy includes **Automobile Death Indemnity Insurance**, but no benefit is payable for death of that person under **Automobile Death Indemnity Insurance**; or
2. the Policy Declarations does not indicate **your** policy includes **Automobile Death Indemnity Insurance**.

**We** will not pay for experimental procedures or treatments for research projects or research purposes.

Payment will be made only when **bodily injury** is caused by a **motor vehicle** accident.

Medical treatment, medical services or provision of medical products must begin within 90 days of the date of the accident. The treatment, services, or products must be rendered within three years after the date of the accident.

This coverage does not apply to any person to the extent that the treatment is covered under any workers' compensation law.

### Additional Definitions For Part 2
1. **Insured Auto** means an **auto you** own which is described on the Policy Declarations and for which a premium is shown for **Automobile Medical Payments**. This also includes:
   a) its **replacement auto**;
   b) an **additional auto**;
   c) a **substitute auto**;
   d) a **non-owned auto**; or
   e) a **trailer** or **travel-trailer**.

2. **Insured Person(s)** means:
   a) **You** and any **resident** relative who sustains **bodily injury** while in, on, getting into or out of, or getting on or off of, an **auto**, **trailer**, or **travel-trailer**, or when struck as a pedestrian by a **motor vehicle**, **trailer**, or **travel-trailer**. The use of a **non-owned auto** must be with the owner's permission.

   b) Any other person who sustains **bodily injury** while in, on, getting into or out of, or getting on or off of:
      (1) **your insured auto** while being used as a vehicle by **you**, a **resident** relative, or any other person with **your** permission.
      (2) a **non-owned auto**, **trailer** or **travel-trailer** if the injury results from the operation or occupancy by:
         (a) **you**;
         (b) **your** private chauffeur or domestic servant on **your** behalf; or
         (c) a **resident** relative.

3. **Motor Vehicle** means a land motor vehicle designed for use on public roads.

### Exclusions—What Is Not Covered
This coverage does not apply to **bodily injury**:
1. intended by, or reasonably expected to result from, the intentional or criminal acts or omissions of an **insured person**. This exclusion applies even if:
   a) such **insured person** lacks the mental capacity to control or govern his or her own conduct;
   b) such **insured person** is temporarily insane or temporarily lacks the mental capacity to control or govern his or her conduct or is temporarily unable to form any intent to cause **bodily injury**;
   c) such **bodily injury** is of a different kind or degree than intended or reasonably expected; or
   d) such **bodily injury** is sustained by a different person than intended or reasonably expected.

   This exclusion applies regardless of whether an **insured person** is actually charged with, or convicted of, a crime.



Auto Policy
Policy number: 831 587 396
Policy effective date: March 8, 2022

This exclusion precludes coverage for all **insured persons** under the policy regardless of whether the person seeking coverage participated in any way in the intentional or criminal acts or omissions.

2. to **you** or a **resident** relative while in, on, getting into or out of, or getting on or off of, an auto owned by **you** or a **resident** relative, or an **auto** available or furnished for the regular use of **you** or a **resident** relative, which is not insured for this coverage.

3. to **you** or a **resident** relative while in, on, getting into or out of, getting on or off of, or struck as a pedestrian by:
   a) a vehicle operated on rails or crawler-treads; or
   b) a vehicle or other equipment designed for use off public roads, while not on public roads.

4. to any person arising out of the use of:
   a) an **insured auto** while used by an **insured person** to carry persons, products or property for any form of compensation, including but not limited to fees, delivery charges or wages generally; or
   b) any **auto** an **insured person** is driving while available for hire by the public.

   This exclusion does not apply to **shared-expense car pools**.

5. to any person arising out of the use of **your insured auto** while it is rented to, leased to, or loaned for a charge to, any person or organization by or with the permission of an **insured person**.

6. to any person arising out of the ownership, maintenance, or use of a **motor vehicle** with less than four wheels.

7. to any person, other than **you** or a **resident** relative, while using a **non-owned auto**:
   a) in **motor vehicle** business operations such as repairing, servicing, testing, washing, parking, storing, leasing, or selling of **motor vehicles**; or
   b) in any other business or occupation. This item b) does not apply to **you** or **your** private chauffeur or domestic servant while using an **insured auto**.

8. resulting from:
   a) war, whether declared or undeclared;
   b) warlike acts;
   c) invasion;
   d) insurrection;
   e) rebellion;
   f) revolution;
   g) civil war;
   h) usurped power;
   i) destruction for a military purpose; or
   j) action taken by civil, governmental or military authority to hinder or defend against an actual or impending enemy act.

9. to any person arising out of the participation in any prearranged, organized, or spontaneous:
   a) racing contest;
   b) speed contest; or
   c) use of an **auto** at a track or course designed or used for racing or high performance driving;
   or in practice or preparation for any contest or use of this type.

10. to any person or dependent of a person to the extent that such person or dependent has received benefits provided by the U.S. government under a contract of employment including past or present military duty.

    **We** will reimburse the U.S. government, as required in Chapter 55 of Title 10 of the U.S. Code, for expenses covered under this part of the policy when it incurs such expenses on behalf of an **insured person** through a facility of the uniformed services.

11. to any person arising solely out of the discharge of a weapon.

12. to any person while in, on, getting into or out of, or getting on or off of, a **trailer** or **travel-trailer** while it is parked for use as a residence, or as an office, display space, or storage space.

13. to any person while in, on, getting into or out of, or getting on or off of, a **trailer** or **travel-trailer** that is not attached to an **auto** which is an **insured auto**. However, this exclusion does not apply if the **trailer** or **travel-trailer** suddenly and accidentally becomes detached from such **auto** immediately before the accident.

## Limit Of Liability

The limit shown on the Policy Declarations for **Automobile Medical Payments** is the maximum **we** will pay for all expenses incurred by or for each person as the result of any one **motor vehicle** accident.

The limit shown on the Policy Declarations for **Automobile Medical Payments** may not be added to the limit(s) for similar coverage applying to other **motor vehicles** to determine the limit of insurance coverage available. This applies regardless of the number of:
1. policies involved;
2. vehicles involved;
3. persons covered;
4. claims made;
5. vehicles or premiums shown on the Policy Declarations; or
6. premiums paid.

THIS MEANS THAT NO STACKING OR AGGREGATION OF **AUTOMOBILE MEDICAL PAYMENTS** WHATSOEVER WILL BE ALLOWED BY THIS POLICY.

Auto Policy
Policy number: **831 587 396**
Policy effective date: March 8, 2022

 **Allstate.**

If none of the **autos** shown on the Policy Declarations is involved in the accident, the highest **Automobile Medical Payments** limit shown on the Policy Declarations for any one **auto** will apply.

If an **insured person** dies as the result of a covered **motor vehicle** accident and funeral expenses for that **insured person** are covered under **Automobile Medical Payments**, **we** will pay the least of the following as a funeral expenses benefit:

1.    $2,000;

2.    the **Automobile Medical Payments** limit stated on the Policy Declarations; or

3.    the remaining portion of the **Automobile Medical Payments** limit not expended for other covered medical expenses.

This funeral expenses benefit does not increase, and will not be paid in addition to, the limit shown on the Policy Declarations for **Automobile Medical Payments**. This benefit is payable to the deceased **insured person's** spouse if a **resident** of the same household at the time of the accident. However, if the deceased is a minor, the benefit is payable to either parent who is a **resident** of the same household at the time of the accident. In all other cases, the benefit is payable to the deceased **insured person's** estate.

### Non-Duplication
There will be no duplication of payments made under the **Automobile Medical Payments** coverage of this policy and any other coverage of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person. Any amount payable for **bodily injury** to an **insured person** under any other coverages of this policy will be reduced by that amount.

### What To Do If There Is A Loss: Additional Duties
The injured person may be required to take medical examinations by physicians **we** choose, as often as **we** reasonably require. If the injured person does not attend a required and scheduled medical examination and **we** are charged for that examination, coverage under this part of the policy will be reduced by the incurred cost of the examination.

The **insured person** must provide any information **we** request to support compliance with Medicare or other governmental reporting requirements or other medical coverage reporting requirements.

### Unreasonable Or Unnecessary Medical Expenses
If the **insured person** incurs medical expenses which **we** deem to be unreasonable or unnecessary, **we** may refuse to pay for those medical expenses and contest them.

If the **insured person** is sued by a medical services provider because **we** refuse to pay medical expenses which **we** deem to be unreasonable or unnecessary, **we** will pay resulting defense costs, and pay any resulting judgment against the **insured person**, up to the limit shown on the Policy

Declarations for **Automobile Medical Payments. We** will choose the counsel. The **insured person** must cooperate with **us** in the defense of any claim or lawsuit. If **we** ask the **insured person** to attend hearings or trials, **we** will pay up to $100 per day for loss of wages or salary. **We** will also pay other reasonable expenses incurred at **our** request.

No **insured person** may sue **us** for medical expenses **we** deem unreasonable or unnecessary unless:

1.    the **insured person** has paid the entire disputed amount to the medical services provider; or

2.    the medical services provider has expressly threatened or initiated collection activity toward the **insured person**.

### If There Is Other Insurance
When this coverage applies to a **substitute auto** or **non-owned auto**, **we** will pay only after all other collectible **auto** medical insurance has been exhausted. When this coverage applies to a **replacement auto** or **additional auto**, this policy will not apply if **you** have other collectible **auto** medical insurance.

# Part 3
# Protection Against Loss To The Auto

Other information applicable to all these coverages appears after all the coverage descriptions.

### Auto Collision Insurance
#### Coverage DD
If a premium for **Auto Collision Insurance** is shown for an **auto**, **trailer** or **travel-trailer** described on the Policy Declarations, **we** will pay for sudden and accidental direct physical loss to:

1.    that **auto**, or its **replacement auto**;

2.    that **trailer** or **travel-trailer**;

3.    an **additional auto**;

4.    a **non-owned auto**; or

5.    a **trailer** or **travel-trailer** that is not described on the Policy Declarations while it is attached to an **insured auto**;

from a collision with another object or by upset of such auto, trailer or **travel-trailer**.

### Auto Comprehensive Insurance
#### Coverage HH
If a premium for **Auto Comprehensive Insurance** is shown for an **auto**, **trailer** or **travel-trailer** described on the Policy Declarations, **we** will pay for sudden and accidental direct physical loss not caused by collision, to:

1.    that **auto**, or its **replacement auto**;

2.    that **trailer** or **travel-trailer**;

3.    an **additional auto**;

4.    a **non-owned auto**; or

5.    a **trailer** or **travel-trailer** that is not described on the Policy Declarations while it is attached to an insured **auto**.



Auto Policy                                                                                    Page **12** of 16
Policy number:          **831 587 396**
Policy effective date:   March 8, 2022

Loss caused by missiles, falling objects, fire, theft or larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, and riot or civil commotion is covered. Glass breakage, whether or not caused by collision, and collision with a bird or animal is covered. Plastic or other materials used by the manufacturer as substitutes for glass will also be considered glass. If by agreement between **you** and **us**, glass is repaired rather than replaced, the deductible amount will not be subtracted from a glass breakage loss.

## Contents Coverage
### Coverage HC

If a limit for **Contents Coverage** is shown for a **travel-trailer** described on the Policy Declarations, **we** will pay for sudden and accidental direct physical loss caused by Fire or Lightning to the following property, provided the property is contained in, attached to, or being used in connection with the **travel-trailer** for which **Contents Coverage** is purchased:

1.  Radio and television antennas, awnings, cabanas or equipment designed to create additional living facilities while the **travel-trailer** is off public roads.
2.  Household furniture or other personal property belonging to **you** or a **resident** relative.

This coverage does not apply to:

1.  Property permanently attached to the **travel-trailer**.
2.  Articles carried or held as samples or for sale, storage or repair, or for delivery.
3.  Merchandise kept for exhibition or sale; or theatrical wardrobes.
4.  Business or office furniture or appliances.
5.  Records or accounts, currency, coins, banknotes, bullion, deeds, contracts or evidences of debt, securities, tokens or tickets, revenue or other stamps in current use, manuscripts, art objects and animals.

The limit of **our** liability for this coverage is shown on the Policy Declarations, and applies regardless of the number of items involved in the loss.

## Roadside Coverage
### Coverage JJ

If a premium for **Roadside Coverage** is shown for an **auto** described on the Policy Declarations, **we** will pay costs for labor performed at the initial place of disablement and for towing made necessary by the disablement of that **auto** (or its **replacement auto**) or a **non-owned auto**. **We** will not pay for supplies or parts required by the disablement.

The total limit of **our** liability for towing and labor arising out of a single disablement is stated on the Policy Declarations.

**We** will not pay for:

1.  labor not related to the disablement, including installation of products or material not related to the disablement; or
2.  labor or repair work performed at a service station, garage, or repair shop.

## Transportation Expense Coverage
### Coverage UU

If a premium for **Transportation Expense Coverage** is shown for an **auto** described on the Policy Declarations, and **you** have a covered loss under **Auto Collision Insurance** or **Auto Comprehensive Insurance** that involves that **auto** (or its **replacement auto**), **we** will:

1.  reimburse **you** for **your** cost of renting an **auto** from a rental agency or garage; and
2.  pay for reasonable alternate transportation expenses **you** have either incurred, or **you** and **we** agree **you** will incur;

while **your insured auto** is disabled or being repaired. **You** agree to retain receipts for any expenses **you** incur and promptly provide them to **us** at **our** request.

If **your insured auto** is disabled by a collision or comprehensive loss, coverage starts the day of the loss. If **your** entire **insured auto** is stolen, coverage begins the day **you** report the theft to **us**. If **your insured auto** is drivable, coverage starts the day the **auto** is left at the repair facility for repairs, provided the necessary parts are available and the repair facility is ready to start the repairs at the time the **auto** is left at the facility.

Coverage ends when whichever of the following occurs first:

1.  completion of the repairs to **your insured auto**;
2.  if **your insured auto** is stolen, seven calendar days after **we** disclose **our** evaluation of the **insured auto's** actual cash value. However, if **your** stolen **auto** is recovered, coverage will end as soon as **your auto** is returned to use; or
3.  if **your insured auto** is deemed by **us** to be a total loss, seven calendar days after **we** disclose **our** evaluation of the **insured auto's** actual cash value.

The limit of **our** liability for **Transportation Expense Coverage** is shown on the Policy Declarations. In no event will the amount **we** pay for expenses incurred (or to be incurred) on a given day exceed the per day amount shown on the Policy Declarations, and in no event will **we** pay for expenses incurred (or to be incurred) for more days than the number of days shown on the Policy Declarations. **We** will not pay charges incurred in connection with a rented **auto** other than the daily rental rate.

**Transportation Expense Coverage** does not apply to a collision or comprehensive loss disabling a **trailer** or a **travel-trailer** but not an **insured auto**.

## Sound System Coverage
### Coverage ZA

If a premium for **Sound System Coverage** is shown for an **auto** described on the Policy Declarations, **we** will pay for sudden and accidental direct physical loss to a **sound system** installed in or on that **auto** (or its **replacement auto**).

065 010 010
220309A703609
AUTR45GA202203100026220A-000185-012-0-00-00

Auto Policy
Policy number: **831 587 396**
Policy effective date: March 8, 2022

 **Allstate.**

**Sound System Coverage** applies only if:

1. the **sound system** is damaged by collision of the **auto** with another object or by upset of the **auto**, and **your** policy includes **Auto Collision Insurance** that applies to that **auto**;

2. the entire **auto** is stolen, and **your** policy includes **Auto Comprehensive Insurance** that applies to that **auto**; or

3. physical damage is done to both the **sound system** and the **auto** caused by earthquake, explosion, falling objects, fire, lightning, flood, vandalism or malicious mischief, and **your** policy includes **Auto Comprehensive Insurance** that applies to that **auto**.

The limit of **our** liability for this coverage is shown on the Policy Declarations.

## Portable Electronics And Media Coverage
### Coverage ZZ

If a premium for **Portable Electronics And Media Coverage** is shown for an **auto** described on the Policy Declarations, **we** will pay for sudden and accidental direct physical loss to personal electronic devices or recording media that is:

1. in or on that **auto** (or its **replacement auto**) at the time of the loss; and
2. owned by **you** or a **resident** relative.

**Portable Electronics And Media Coverage** applies only if:

1. the property described in this coverage is damaged by collision of the **auto** with another object or by upset of the **auto**, and **your** policy includes **Auto Collision Insurance** that applies to that **auto**;

2. the entire **auto** is stolen, and **your** policy includes **Auto Comprehensive Insurance** that applies to that **auto**; or

3. physical damage is done to both the **auto** and to the property described in this coverage caused by earthquake, explosion, falling objects, fire, lightning, flood, vandalism or malicious mischief, and **your** policy includes **Auto Comprehensive Insurance** that applies to that **auto**.

For purposes of this coverage only, personal electronic devices are personal devices not installed in or on **your insured auto** by bolts, brackets, or other similar means, which are designed for:

1. voice, video or data transmission, or for voice, video or data reception;
2. recording or playing back recorded material; or
3. supplying power to cellular or similar telephone equipment.

Recording media includes, but is not limited to, portable hard drives, solid-state drives, flash drives, compact discs, tapes, and similar items.

This coverage will not apply to any personal property specifically described, and insured or otherwise protected for the loss, by any other insurance or by a service contract. This coverage will not apply to property that would be covered under **Sound System Coverage** if purchased.

The limit of **our** liability for this coverage is shown on the Policy Declarations, and applies regardless of the number of items involved in the loss.

## Additional Payments We Will Make Under Part 3

1. **We** will pay up to $200 for loss of clothing and personal luggage, including its contents, belonging to **you** or a **resident** relative while it is in or upon **your insured auto**. This is the maximum **we** will pay, regardless of the number of vehicles insured or items damaged or lost. This item 1 does not apply if the **insured auto** is a **travel-trailer**.

   This coverage applies only when:
   a) the loss is caused by collision of the **auto** with another object or by upset of the **auto**, and **your** policy includes **Auto Collision Insurance** that applies to that **auto**; or
   b) the entire **auto** is stolen, and **your** policy includes **Auto Comprehensive Insurance** that applies to that **auto**; or
   c) physical damage is done to both the **auto** and to the clothing and luggage caused by earthquake, explosion, falling objects, fire, lightning or flood, and **your** policy includes **Auto Comprehensive Insurance** that applies to that **auto**.

2. **We** will pay general average and salvage charges imposed when **your insured auto**, **trailer** or **travel-trailer** is being transported if **your** policy includes **Auto Collision Insurance** or **Auto Comprehensive Insurance** that applies to the loss to that **auto**, **trailer** or **travel-trailer**.

3. **We** will pay up to $500 to re-key **your insured auto** and to have any reprogramming associated with the new keys performed, if the entire **auto** is stolen and later recovered and **your** policy includes **Auto Comprehensive Insurance** that applies to that **auto**.

4. **We** will pay to replace a child passenger restraint system if it is:
   a) in use at the time of a covered **Auto Collision Insurance** loss involving **your insured auto**;
   b) damaged in a loss caused by collision of **your insured auto** with another object or by upset of **your insured auto** and **your** policy includes **Auto Collision Insurance** that applies to that **auto**;
   c) in **your insured auto** when the entire **auto** is stolen, and **your** policy includes **Auto Comprehensive Insurance** that applies to that **auto**. This applies even if the child restraint system is subsequently returned; or
   d) damaged in a loss involving **your insured auto** not caused by collision, and **your** policy includes **Auto Comprehensive Insurance** that applies to that **auto**.

## Additional Definitions For Part 3

1. **Camper Unit** means a demountable unit designed to be used as temporary living quarters, including all equipment and accessories built into and forming a permanent part of that unit. A camper unit does not include:
   a) caps, tops, or canopies designed for use as protection of the cargo area of an **auto** of the pick-up body type; or
   b) radio or television antennas, awnings, cabanas, or equipment designed to create additional off-highway living facilities.



Auto Policy
Policy number:        **831 587 396**
Policy effective date:    March 8, 2022

2.  **Custom Parts or Equipment** means equipment, devices, accessories, enhancements, and changes, permanently installed in or on an **insured auto**, other than those offered by the manufacturer of the **auto** specifically for that model or installed by the **auto** dealership when new as part of the original sale, which alter the appearance or performance of an **auto**. This does not include items designed for assisting disabled persons or items covered under **Sound System Coverage**.

3.  **Insured Auto** means an **auto you** own which is described on the Policy Declarations. This also includes:
    a)  its **replacement auto**;
    b)  an **additional auto**;
    c)  a **substitute auto**; or
    d)  a **non-owned auto**; or
    e)  a **trailer** or **travel-trailer** that is not described on the Policy Declarations, while it is attached to an **auto you** own which is described on the Policy Declarations or to an **auto** described in a) through d) above.

4.  **Insured Person** means:
    a)  While using **your insured auto**:
        (1)  **you**;
        (2)  any **resident**; and
        (3)  any other person using it with **your** permission.
    b)  While using a **non-owned auto**:
        (1)  **you**; and
        (2)  any **resident** relative.

5.  **Sound System** means any device permanently installed inside **your insured auto** by bolts, brackets, or other similar means, designed for:
    a)  voice, video or data transmission, or for voice, video or data reception;
    b)  recording or playing back recorded material; or
    c)  supplying power to cellular or similar telephone equipment;
    and which is installed in a location other than the one designed by the **auto's** manufacturer for that type of device.

    A **sound system** also includes antennas or other apparatus in or on **your insured auto** used specifically with a device described in the previous paragraph, if permanently installed. A **sound system** does not include any equipment that is externally exposed except for antennas.

## Exclusions—What Is Not Covered

**We** will not cover:

1.  loss intended by, or reasonably expected to result from, the intentional or criminal acts or omissions of an **insured person**. This exclusion applies even if:
    a)  such **insured person** lacks the mental capacity to control or govern his or her own conduct;
    b)  such **insured person** is temporarily insane or temporarily lacks the mental capacity to control or govern his or her conduct or is temporarily unable to form any intent to cause property damage;
    c)  the loss is of a different kind or degree than intended or reasonably expected; or
    d)  the loss is sustained by a different person than intended or reasonably expected.

    This exclusion applies regardless of whether an **insured person** is actually charged with, or convicted of, a crime.

    This exclusion precludes coverage for all **insured persons** under the policy regardless of whether the person seeking coverage participated in any way in the intentional or criminal acts or omissions.

2.  loss arising out of the use of:
    a)  an **insured auto** while used to carry persons, products or property for any form of compensation, including but not limited to fees, delivery charges or wages generally; or
    b)  any **auto** an **insured person** is driving while available for hire by the public.

    This exclusion does not apply to **shared-expense car pools**.

3.  loss to any **non-owned auto** arising out of motor vehicle business operations such as repairing, servicing, testing, washing, parking, storing, leasing, or selling of motor vehicles.

4.  loss resulting from:
    a)  war, whether declared or undeclared;
    b)  warlike acts;
    c)  invasion;
    d)  insurrection;
    e)  rebellion;
    f)  revolution;
    g)  civil war;
    h)  usurped power;
    i)  destruction for a military purpose; or
    j)  action taken by civil, governmental or military authority to hinder or defend against an actual or impending enemy act.

5.  loss resulting from nuclear hazard, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these.

6.  loss consisting of or caused by:
    a)  wear and tear;
    b)  freezing;
    c)  mechanical or electrical breakdown; or
    d)  mold, fungus, or bacteria.

    This exclusion does not apply to:

065 010 010
220309A703609
AUTR45GA022030100026220ZA-000185-013-0-00-00

Auto Policy
Policy number: **831 587 396**
Policy effective date: March 8, 2022

 **Allstate.**

a) mechanical or electrical breakdown resulting from a loss otherwise covered under **Auto Comprehensive Insurance** or **Auto Collision Insurance**; or

b) covered loss that results from burning of wiring used to connect electrical components.

7. loss to tires unless stolen or damaged by fire, malicious mischief or vandalism. This exclusion does not apply if the damage to tires occurs at the same time and from the same cause as other covered loss to the **insured auto**.

8. loss to any **sound system** in or on an **insured auto**.

    This exclusion will not apply when **you** have purchased **Sound System Coverage** and the loss to the **sound system** is covered under that coverage.

9. loss to any personal electronic devices or recording media. This exclusion will not apply if **you** have purchased **Portable Electronics And Media Coverage** and the loss to the personal electronic devices or recording media is covered under that coverage.

10. loss to a **camper unit** whether or not mounted. This exclusion will not apply if the **camper unit** is described on the Policy Declarations.

11. loss to appliances, furniture, equipment and accessories contained in, attached to, or being used in connection with a **travel-trailer**, that are not built into or forming a permanent part of that **travel-trailer**, including but not limited to, radio and television antennas, awnings, cabanas, or equipment designed to create additional living facilities.

    This exclusion will not apply to property contained in, attached to, or being used in connection with an insured **travel-trailer** if **Contents Coverage** is listed on **your** Policy Declarations for that **travel-trailer** and the property is covered under that coverage.

12. loss arising while **your insured auto**, **trailer**, or **travel-trailer** is rented to, leased to, or loaned for a charge to, any person or organization by or with the permission of an **insured person**.

13. loss arising out of participation in any prearranged, organized, or spontaneous:
    a) racing contest;
    b) speed contest; or
    c) use of an **auto** at a track or course designed or used for racing or high performance driving;
    or use in practice or preparation for any contest of this type.

14. loss consisting of or caused by confiscation or seizure by a government authority.

15. loss due to conversion or embezzlement by any person who has the vehicle due to any lien or sales agreement.

16. loss to home, office, store, display, or passenger **trailers** or **travel-trailers**. This exclusion will not apply if **Auto Collision Insurance** or

**Auto Comprehensive Insurance** is listed on the Policy Declarations for the **trailer** or **travel-trailer** and the loss is covered under the listed coverage.

17. loss to any device that is designed for the detection of radar or laser and can be used to evade law enforcement.

18. loss to any **custom parts or equipment** designed for racing which are installed in or on **your insured auto**. This includes, but is not limited to, nitrous oxide systems, roll cages, and air intake modifications.

19. loss arising from a collision of **your auto**, or **your trailer** or **travel-trailer**, with another object or by upset of that **auto**, **trailer** or **travel-trailer** if, at the time of the loss, the **auto** was being operated by a licensed driver who was not listed on **your** Policy Declarations as a driver and who was either:
    a) a **resident**; or
    b) a guest temporarily staying in **your** home.

    **We** will not apply this exclusion under the following circumstances:
    a) The driver operating the **auto** became a **resident**, a guest temporarily staying in **your** home, or a licensed driver no more than 185 days prior to the loss;
    b) At the time of the loss, the driver was listed as an insured or licensed operator under another policy of insurance that provides automobile liability insurance coverage for their use of **your auto**;
    c) At the time of the loss, the driver was operating the **auto**:
       i) for the purpose of obtaining emergency medical treatment for a passenger in the **auto**; or
       ii) because of the intoxicated condition of all other licensed drivers in the **auto**, and the driver was not legally intoxicated. Coverage will not apply unless a police accident report is obtained at the scene of the accident or, if a police accident report is not available at the scene of the accident, as soon as possible thereafter.

### Our Payment Of Loss

**We** may pay for the loss in money, or may repair or replace the damaged or stolen property at **our** option. **We** may, at any time before the loss is paid or the property is replaced, return at **our** own expense any stolen property, either to **you** or at **our** option to the address shown on the Policy Declarations, with payment for any resulting damage. **We** may take all or part of the property at the agreed or appraised value. **We** may settle any claim or loss either with **you** or the owner of the property.

### Right To Appraisal

Both **you** and **we** have a right to demand an appraisal of the loss. Each will appoint and pay a qualified appraiser. Other appraisal expenses will be shared equally. The two appraisers, or a judge of a court of record, will select an umpire. Each appraiser will state the actual cash value and the amount of loss. If the appraisers disagree, they'll submit their differences to the umpire. A



Auto Policy
Policy number: **831 587 396**
Policy effective date: March 8, 2022

written agreement by any two of these three persons will determine the amount of the loss.

## Limit Of Liability

**Our** limit of liability is the least of:

1. the actual cash value of the property or damaged part of the property at the time of loss, which may include a deduction for depreciation;

2. the cost to repair or replace the property or part to its physical condition at the time of loss using parts produced by or for the vehicle's manufacturer, or parts from other sources, including, but not limited to, non-original equipment manufacturers, subject to all applicable state laws and regulation;

3. the limit of liability shown on the Policy Declarations applicable to the damaged property. If the amount of the covered loss to the damaged property plus the cost of towing and storage for the damaged property exceeds the limit of liability shown on the Policy Declarations, **we** will pay up to an additional 5% of the limit shown for such towing and storage;

4. $500, if the loss is to a covered **trailer** or **travel-trailer** not described on the Policy Declarations; or

5. for loss to **custom parts or equipment**, the higher of $1,000 or the applicable limit shown on the Policy Declarations for **Collision Coverage for Custom Equipment** or **Comprehensive Coverage for Custom Equipment**.

Any applicable deductible amount is then subtracted. However:

1. If more than one **auto you** own and insure under this policy is damaged in a single collision covered under **Auto Collision Insurance** or by a single covered event covered under **Auto Comprehensive Insurance**, only the highest of the applicable **auto** deductibles (without consideration of any applicable deductible rewards) will be applied.

2. If an **insured person** using an **insured auto**, or a passenger in an **insured auto** with **your** permission, dies as a direct result of a collision covered under the **Auto Collision Insurance** of this policy, the deductible will not be applied to that accident. If such death occurs after the deductible has already been applied, **you** will be reimbursed for the deductible amount incurred.

If **we**, at **our** option, elect to pay for the cost to repair or replace the property or part, **our** liability does not include any decrease in the property's value, however measured, resulting from the loss and/or repair or replacement. If repair or replacement results in the betterment of the property or part, **you** may be responsible, subject to applicable state laws and regulations, for the amount of the betterment.

An **auto** and attached **trailer** or **travel-trailer** are considered separate items, and **you** must pay the deductible, if any, on each. Only one deductible will apply to an **auto** with a mounted **camper unit**. If unmounted, separate deductibles will apply to the **auto** and **camper unit**.

When more than one coverage is applicable to the loss, **you** may recover under the broadest coverage but not both. However, **Sound System Coverage**, if purchased, will provide coverage in excess of the limit for loss to **sound systems** provided under any other coverage.

## If There Is Other Insurance

If there is other insurance covering the loss at the time of the accident, **we** will pay only **our** share of any damages. **Our** share is determined by adding the limits of this insurance to the limits of all other insurance that applies on the same basis and finding the percentage of the total that **our** limits represent.

When this insurance covers a **substitute auto** or **non-owned auto**, **we** will pay only after all other collectible insurance has been exhausted.

When this insurance covers a **replacement auto** or **additional auto**, this policy won't apply if **you** have other collectible insurance.

## No Benefit To Bailee

This insurance will not benefit any person or organization who may be caring for or handling **your** property for a fee.

## Loss Payable Clause

If a Lienholder and/or Lessor is shown on the Policy Declarations, **we** may pay covered loss under this policy to **you** and to the Lienholder and/or Lessor as its interest may appear. **We** will pay neither **you** nor the Lienholder and/or Lessor if **you**, or someone at **your** direction, commits fraud, makes a material misrepresentation, or conceals material facts when obtaining or renewing this policy; or if **you** or any owner makes fraudulent statement(s) or engages in fraudulent conduct in connection with any loss for which coverage is sought.

The Lienholder and/or Lessor must notify **us** of any change in ownership or hazard that is known.

If **you** or any owner fails to render proof of loss within the time granted in the policy, the Lienholder and/or Lessor must do so within sixty days in the form and manner described in the policy. The Lienholder and/or Lessor are subject to the provisions of the policy relating to appraisal, time of payment and bringing suit.

**We** may cancel this policy according to its terms. **We** will notify the Lienholder and/or Lessor at least ten days prior to the date of cancellation that the cancellation is effective as to the interest of the Lienholder and/or Lessor.

Whenever **we** pay the Lienholder and/or Lessor any sum for loss under this policy, **we** will be subrogated to the extent of payment to the rights of the party to whom payment was made. However, **our** right to subrogate will not impair the rights of the Lienholder and/or Lessor to recover the full amount of its claim from the insured.

The Lienholder and/or Lessor has no greater rights under the provisions of the policy than the insured.

# Policy Endorsement

Policy number: **831 587 396**
Policy effective date:     March 8, 2022

Page **1** of 10         **Allstate.**

*The following endorsement changes your policy.*
*Please read this document carefully and keep it with your policy.*

## Claim Satisfaction Guarantee Amendatory Endorsement – AP4878-2

**Claim Satisfaction Guarantee Premium Credit Eligibility Requirements**
**You** are eligible to receive a credit under the **Claim Satisfaction Guarantee Premium Credit** provision below, if the following credit eligibility requirements are met:

1. **you** are dissatisfied for any reason with any aspect of the claims experience for a loss covered under **your** policy;

2. **your** policy is in force on the date of that covered loss;

3. the **Claim Satisfaction Guarantee Amendatory Endorsement** applied to **your** policy on the date of that covered loss;

4. **we** have made a payment to **you** or on **your** behalf for that covered loss;

5. **you** have not previously received a credit or payment under the **Claim Satisfaction Guarantee Premium Credit** provision in connection with that covered loss;

6. **you** have not previously received a credit or payment under the **Claim Satisfaction Guarantee Premium Credit** provision in connection with another covered loss occurring during the same policy period involving the same vehicle; and

7. **you** have provided notice of **your** dissatisfaction with the claims experience to **us** within 180 days of the date of that covered loss. The notice that **you** submit must include **your** name, address, claim number, date of loss, phone number and the reason that **you** are dissatisfied with the claims experience. The required notice must be submitted via first class mail to **our** Customer Care Center at the following address: Allstate Insurance, CSG, PO Box 13084, Roanoke, VA 24031-3084; or by other means made available by **us** for the express purpose of receiving notices of dissatisfaction pursuant to this endorsement.

**Claim Satisfaction Guarantee Premium Credit**
**We** will give **you** a premium credit after **you** have met all of the **Claim Satisfaction Guarantee Premium Credit Eligibility Requirements** listed above. The credit will be in an amount equal to the six-month premium listed on the Policy Declarations at the time of the covered loss for the vehicle listed on **your** Policy Declarations that was involved in the covered loss. If no vehicle listed on the Policy Declarations was involved in the covered loss, the premium credit will be equal to the premium for the vehicle listed on the Policy Declarations with the lowest premium amount.

If **your** policy has been in effect for more than six months at the time **we** receive **your** notice of dissatisfaction, the Claim Satisfaction Guarantee Premium Credit will be applied to **your** current policy period; however, if a premium credit amount exceeds the amount necessary to pay **your** policy period premium in

full, **we** will either apply the remaining credit to **your** next policy period premium or **we** will pay **you** the remainder via check, at **our** discretion.

If **your** policy has been in effect for less than six months at the time **we** receive **your** notice of dissatisfaction, the Claim Satisfaction Guarantee Premium Credit will be applied to **your** policy renewal premium (if the premium credit amount exceeds **your** policy renewal premium, **we** will either apply the remaining premium credit to the next policy period premium or **we** will pay **you** the remainder via check during the policy renewal period, at **our** discretion); however, if **your** policy is cancelled during the policy period in which a covered loss occurred, the premium credit under this endorsement will not exceed the prorated premium charged by Allstate for the applicable vehicle for the policy period, nor will it exceed the total premium **you** actually paid for the policy period for all vehicles on the policy.

**Our** concurrence with any reasons **you** state for **your** dissatisfaction is not a condition of the **Claim Satisfaction Guarantee Premium Credit Eligibility Requirements**, and **our** provision of a premium credit under this endorsement does not mean that **we** agree with any reasons **you** stated for **your** dissatisfaction.

This endorsement will not apply to **your** policy for any policy periods effective June 1, 2023 or after.

All other policy terms and conditions apply.

AP4878-2 (09/19)

---

*The following endorsement changes your policy.*
*Please read this document carefully and keep it with your policy.*

## Automobile Death Indemnity Insurance Coverage CM – Form ACR67

If a premium is shown on the Policy Declarations for **Automobile Death Indemnity Insurance**, or if the Policy Declarations lists the coverage as being "Included," **we** will pay the benefit shown on the Policy Declarations if an **insured person** dies as a direct result of **bodily injury** caused by a covered accident involving a motor vehicle. The injury must be sustained while the **insured person** is in, on, getting into or out of, an **auto**, **trailer**, or **travel-trailer**, or when struck as a pedestrian by a motor vehicle, **trailer**, or **travel-trailer**. The use of a **non-owned auto** must be with the owner's permission.

If the Policy Declarations lists this coverage as being "Included," this coverage will not apply when death results from an accident occurring while **Automobile Liability Insurance** is in suspense for all **autos** shown on the Policy Declarations.

Benefits will be paid only if:



Policy endorsement
Policy number:   **831 587 396**
Policy effective date:   March 8, 2022

1. death occurs within 90 days of the accident; or
2. death occurs within 1 year of the accident and the **bodily injury** continuously has prevented the **insured person** from performing all duties pertaining to that person's occupation.

**Additional Definition For Automobile Death Indemnity Insurance**

**Insured Person** means **you** and any **resident** relative.

**Exclusions—What Is Not Covered**

This coverage does not apply to:

1. death sustained while in the course of an occupation by any person:
   a) while operating, loading, unloading, assisting on, or performing any other duties related to the use of a commercial motor vehicle; or
   b) in motor vehicle business operations such as repairing, servicing, testing, washing, parking, storing, leasing or selling of motor vehicles.

2. death arising out of the use of:
   a) an **auto** while used by an **insured person** to carry persons, products or property for any form of compensation, including but not limited to fees, delivery charges or wages generally; or
   b) any **auto** an **insured person** is driving while available for hire by the public.

   This exclusion does not apply to **shared-expense car pools**.

3. death due to suicide committed by an **insured person** while sane or insane.

4. death resulting from:
   a) war, whether declared or undeclared;
   b) warlike acts;
   c) invasion;
   d) insurrection;
   e) rebellion;
   f) revolution;
   g) civil war;
   h) usurped power;
   i) destruction for a military purpose; or
   j) action taken by civil, governmental or military authority to hinder or defend against an actual or impending enemy act.

5. death sustained while in, on, getting into or out of, or when struck as a pedestrian by:
   a) a vehicle operated on rails or crawler-treads;
   b) a vehicle or other equipment designed for use off public roads, while not on public roads; or
   c) a vehicle while used as a residence or as an office, display space, or storage space.

6. death arising out of the participation in any prearranged, organized or spontaneous:
   a) racing contest;
   b) speed contest; or

c) use of an **auto** at a track or course designed or used for racing or high performance driving;

or in practice or preparation for any contest or use of this type.

7. death arising solely out of the discharge of a weapon.

8. death of an **insured person** arising out of their operation of a motor vehicle owned by that person, or available or furnished for their regular use, if such motor vehicle is not an **insured auto** under **Automobile Liability Insurance** of this policy.

**Payment Of Benefits; Autopsy**

The benefit is payable to the deceased **insured person's** spouse. The spouse must be a **resident** of the same household as the **insured person** at the time of the accident.

However, if the deceased is a minor, the benefit is payable to either parent. That parent must be a **resident** of the same household as the minor at the time of the accident.

In all other cases, the benefit is payable to the deceased **insured person's** estate.

**We** have the right and must be given the opportunity to make an autopsy where it is not prohibited by law.

**Consent Of Beneficiary**

The beneficiary's consent is not required for cancellation, assignment, change of beneficiary, or any other change under this coverage.

**Action Against Us**

No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Automobile Death Indemnity Insurance,** unless there is full compliance with all policy terms and such action is commenced within one year of the date of death.

All other policy terms and conditions apply.

---

*The following endorsement changes your policy.*
*Please read this document carefully and keep it with your policy.*

## Georgia
## Amendatory Endorsement – ACR195-1

It is agreed that the policy is amended as follows:

I.   The following changes are made to the **General Provisions**:

A.   The **Transfer** provision is replaced by the following:

**Transfer**

Policy endorsement
Policy number: **831 587 396**
Policy effective date: March 8, 2022

Page **3** of 10

 **Allstate.**

**You** may not transfer this policy to another person without **our** written consent. However, if **you** die, this policy will provide coverage until the end of the policy period, but only for **your** legal representative while acting as such, persons covered on the date of **your** death, and any person who has proper temporary custody of **your** owned **auto** until **your** legal representative is appointed and qualified.

Coverage in effect for the **resident** spouse of a Named Insured on the date of the Named Insured's death or termination of marriage will continue in effect 90 days following the death or termination of marriage, or until the end of the policy period, whichever is sooner.

B. The provision titled **Loss Reduction And Other Items** is deleted.

C. The following provisions are added:

**Cancellation**
**Your** Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

However, if this policy may not be canceled unless notice is given to a governmental agency, mortgagee, or other third party, **we** shall mail or deliver such notice stating the date cancellation shall become effective, but such date shall not be less than ten days from the date of mailing or delivery of the notice.

**Our** Right to Cancel:
**We** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations or sending notice electronically. When this policy has been in effect for less than 60 days, and it is not a renewal with **us, we** may cancel this policy for any reason by giving **you** at least ten days notice before the cancellation takes effect.

When this policy has been in effect for 60 days or more, or if it is a renewal with **us, we** may cancel this policy for one or more of the following reasons:
1. non-payment of premium;
2. the policy was obtained by misrepresentation, fraud or concealment of material facts;
3. material misrepresentation, fraud or concealment of material facts in presenting a claim, or violation of any of the policy terms;
4. there has been a substantial change or increase in hazard in the risk **we** originally accepted; or
5. a person listed as Named Insured on the Policy Declarations dies and **we** are not notified.

If the cancellation is for non-payment of premium, **we** will give **you** at least ten days notice. If the cancellation is for any of the other reasons, **we** will give **you** at least 30 days notice.

**Our** mailing the notice of cancellation to **you** by first-class mail, or sending the notice of cancellation electronically, will be deemed to be proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. Delivery of the notice by **us** shall be equivalent to mailing. **Your** return premium, if any, will be calculated on a pro rata basis and refunded on or before the cancellation date, or if an audit or rate investigation is required within 30 days after the conclusion of the audit or rate investigation. However, refund of unearned premium is not a condition of cancellation.

Notice of the cancellation of a policy protecting the interest of any lienholder shall be delivered or mailed to the last address of record shown in the policy. This notice shall state when, not less than ten days or such longer period as may be provided in the contract or by the statute, the cancellation shall become effective.

**Our** Right Not to Continue or Renew:
**We** have the right not to renew or continue the policy beyond the current premium period. If **we** don't intend to continue or renew the policy, **we** will mail **you** notice by first-class mail, or send notice electronically, at least 30 days before the end of the premium period. **Our** mailing notice of non-renewal to **you**, or sending the notice of cancellation electronically, will be deemed to be proof of notice.

**Charge For Insufficient Funds Or Closed Account**
If at any time, **your** payment of any premium amount due is made by check, electronic transaction, or other remittance which is not honored because of insufficient funds or a closed account, **you** will be charged a fee.

**Constitutionality Clause**
The premium for and the coverages of this policy have been established in reliance upon the provisions of the Georgia Motor Vehicle Accident Reparations Act. If a court of competent jurisdiction declares, or enters a judgment the effect of which is to render the provisions of that act invalid or unenforceable, in whole or in part, **we** will have the right to recompute the premium payable for this policy. These provisions will be voidable or subject to amendment at **our** option in accordance with such declaration or judgment.

**Interest**
**We** will pay interest at an annual rate of two percent of the amount owed, unless another rate is required by statute or law for:
1. interest on judgment, decree or mandated order for payment by a court; or
2. any refund or credit for excess amounts if **we** discover that the premium **we** charged was more than **we** are allowed to by **our**



Policy endorsement
Policy number:      831 587 396
Policy effective date:      March 8, 2022

filed and approved rules and rates. No interest will be payable for amounts refunded due to customer initiated policy changes.

### Action Against Us

No one may bring an action against **us** unless:

1. there is full compliance with all policy terms; and
2. the action is commenced within one year of the date the cause of action accrues. However, if an action is in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under a particular coverage that is shown on the Policy Declarations, such action must be commenced within the time period specified in the **Action Against Us** provision of that particular coverage. If an action is brought asserting claims relating to the existence or amount of coverage, or the amount of loss for which coverage is sought, under different coverages of this policy, the claims relating to each coverage shall be treated as if they were separate actions for the purpose of the time limit to commence action.

### What Law Will Apply

This policy is issued in accordance with the laws of Georgia and covers property or risks principally located in Georgia. Subject to the following paragraph, any and all claims or disputes in any way related to this policy shall be governed by the laws of Georgia.

If a covered loss to property **we** insure under this policy, a covered motor vehicle accident, or any other occurrence for which coverage applies under this policy happens outside Georgia, claims or disputes regarding that covered loss to property, covered motor vehicle accident, or other covered occurrence may be governed by the laws of the jurisdiction in which that covered loss to property, covered motor vehicle accident, or other covered occurrence happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

### Where Lawsuits May Be Brought

Subject to the following two paragraphs, any and all lawsuits in any way related to this policy shall be brought, heard, and decided only in a state or federal court located in Georgia. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy or involved in any other way with this policy, shall be brought, heard, and decided only in a state or federal court located in Georgia, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to property **we** insure under this policy, a covered motor vehicle accident, or any other occurrence for which coverage applies under this policy happens outside Georgia, lawsuits regarding that covered loss to property, covered motor vehicle accident, or other covered occurrence may also be brought in the judicial district

where that covered loss to property, covered motor vehicle accident, or other covered occurrence happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

II.    **Part 1—Automobile Liability Insurance** is amended as follows:

A.    The **General Statement Of Coverage** is replaced by the following:

### General Statement Of Coverage

If a premium is shown on the Policy Declarations for **Automobile Liability Insurance–Bodily Injury and Property Damage**, **we** will pay damages which an **insured person** is legally obligated to pay because of:

1. **bodily injury** sustained by any person, and
2. damage to, or destruction of, property, including loss of use.

Under these coverages, **your** policy protects an **insured person** from liability for damages arising out of the ownership, maintenance, or use, loading or unloading, of an **insured auto**.

**We** will not pay any punitive or exemplary damages, fines or penalties under Bodily Injury Liability coverage or Property Damage Liability coverage. **We** will not pay any attorney's fees or litigation expenses awarded as a result of a punitive or exemplary damage award against the insured, or as a result of fines or penalties imposed on the insured.

**We** will defend an **insured person** sued as a result of a covered accident involving an **insured auto**. **We** will choose the counsel. **We** may settle any claim or suit if **we** believe it is proper. **We** will not defend an **insured person** sued for damages which are not covered by this policy.

B.    In **Additional Definitions For Part 1**, the following is added to the definition of **Insured Person**:

c)    Any other person or organization liable for the use of an **insured auto**, provided:

1)    the **auto** is not owned or hired by the person or organization, and
2)    the use is by a person described under 2 a or 2 b above.

C.    The following changes are made in **Exclusions—What Is Not Covered**:

1.    Item 3 is replaced by the following:

3.    **bodily injury** or property damage arising out of the use of **your insured auto** while it is rented to, leased to, or loaned for a charge to, any person or organization by or with the permission of an **insured person**. However, this exclusion does not apply to the operation of an **insured**

065 010 010
220309A703609
AUTR4SGA202203100026220A-000185-016-0-00-00

Policy endorsement
Policy number:  **831 587 396**
Policy effective date:  March 8, 2022

Page **5** of 10



**auto** by **you** or a person related to **you** by blood, marriage, or adoption.

2.  The following is added to item 10:

This exclusion applies only to damages an **insured person** is legally obligated to pay which exceed the minimum financial responsibility limits required by Georgia law.

3.  The following item is added:

- **bodily injury** to **you** or any **resident** of **your** household related to **you** by blood, marriage or adoption whenever the ultimate benefits of this coverage would accrue directly or indirectly to **you** or any **resident** of **your** household related to **you** by blood, marriage or adoption. This exclusion applies only to damages an **insured person** is legally obligated to pay which exceed the minimum financial responsibility limits required by Georgia law.

E.  The **Financial Responsibility** provision is replaced by the following:

**Financial Responsibility**
When this policy is certified as proof under a motor vehicle financial responsibility law, the insurance under this part of the policy will comply with the provisions of that law. This liability coverage will comply to the extent of liability coverage and limits required by the law.

F.  The following is added to the **If There Is Other Insurance** provision:

This liability insurance will apply on a primary basis when **you** or a **resident** relative are an operator, but not an owner or employee of an owner of a motor vehicle which is owned by a person, firm, or corporation in the business of selling at retail new and used motor vehicles.

G.  The following provision is added:

**Action Against Us**
No **insured person** may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Part 1—Automobile Liability Insurance**, unless there is full compliance with all policy terms and such action is commenced no later than the last of the following to occur:
1.  two years after the date of the accident;
2.  one year after entry of final judgment or other court order terminating a lawsuit against the insured to determine the insured's liability or the amount of the insured's liability arising out of the accident;
3.  one year after **we** agree to a settlement; or
4.  if **we** have denied coverage and the **insured person** has thereafter settled with the claimant without any lawsuit being filed to determine the insured's liability or the amount of the

insured's liability arising out of the accident, within one year after the denial of coverage.

If the **insured person** is subjected to claims arising out of the same accident by more than one person claiming **bodily injury** or property damage, the time for the **insured person** to bring an action against **us** shall be determined separately as to the coverage sought or provided with respect to the claims of each of those claiming against the **insured person**.

If liability has been determined by judgment after trial, or by written agreement among the insured, the other person, and **us**, then whoever obtains this judgment or agreement against an **insured person** may sue **us** up to the limits of this policy. However, no one has the right to join **us** in a suit to determine legal responsibility of an **insured person**.

III.  **Part 2—Automobile Medical Payments** is amended as follows:

A.  The last paragraph of the **General Statement of Coverage** is replaced by the following:

This coverage does not apply to any person to the extent that treatment is covered under any workers' compensation law or any personal injury protection benefits of any other  **auto** policy.

B.  The following changes are made to **Exclusions—What Is Not Covered**:

1.  Item 5 is replaced by the following

5.  to any person arising out of the use of **your insured auto** while it is rented to, leased to, or loaned for a charge to, any person or organization by or with the permission of an **insured person**. However, this exclusion does not apply to the operation of an **insured auto** by **you** or a person related to **you** by blood, marriage, or adoption.

2.  The following items are added:
- to any person while voluntarily in, on, getting into or out of an **auto** which that person knows to be stolen.

- to any person as a result of conduct in the course of loading or unloading any **auto**. This exclusion does not apply if that person is in, on, getting into or out of the **auto**.

C.  The **If There Is Other Insurance** provision is replaced by the following:

**If There Is Other Insurance**
When this coverage applies to a **substitute auto** or **non-owned auto**, **we** will pay only after all other collectible **auto** medical insurance has been exhausted. When this coverage applies to a



Policy endorsement
Policy number:   **831 587 396**
Policy effective date:   March 8, 2022

replacement **auto** or **additional auto**, this policy will not apply if **you** have other collectible **auto** medical insurance.

This coverage will be primary for motor vehicles owned by a person, firm or corporation engaged in the business of selling at retail new and used motor vehicles pursuant to O.C.G.A. 33-34-3(d).

No one may recover duplicate benefits for the same elements of loss under this policy and any other policy or self-insurance.

D.   The following provision is added:

**Action Against Us**
No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Part 2—Automobile Medical Payments**, unless there is full compliance with all policy terms and such action is commenced within one year after the date the expenses for which coverage is sought were actually incurred by an **insured person**.

IV.   **Part 3—Protection Against Loss To The Auto** is amended as follows:

A.   In **Exclusions—What Is Not Covered**, item 12 is replaced by the following:

12.   loss arising while **your insured auto**, **trailer**, or **travel-trailer** is rented to, leased to, or loaned for a charge to, any person or organization by or with the permission of an **insured person**. However, this exclusion does not apply to the operation of an **insured auto** by **you** or a person related to **you** by blood, marriage, or adoption.

B.   The **Right To Appraisal** provision is replaced by the following:

**Right To Appraisal**
Both **you** and **we** have a right to demand an appraisal of the loss. In the case of a total loss, requests for appraisal must be in writing and must be submitted within 60 days after **we** make a written offer of settlement.

**You** and **we** will each appoint and pay a qualified appraiser. Other appraisal expenses will be shared equally. The two appraisers, or a judge of a court of record, will select an umpire. Each appraiser will state the actual cash value and the amount of loss. If the appraisers disagree, they'll submit their differences to the umpire. A written agreement by any two of these three persons will determine the amount of the loss.

C.   The last three paragraphs of the **Limit of Liability** provision are replaced by the following:

If repair or replacement results in the betterment of the property or part, **you** may be responsible, subject to applicable state laws and regulations, for the amount of the betterment.

An **auto** and attached **trailer** or **travel-trailer** are considered separate items, and **you** must pay the deductible, if any, on each. Only one deductible will apply to an **auto** with a mounted **camper unit**. If unmounted, separate deductibles will apply to the **auto** and **camper unit**.

When more than one coverage is applicable to the loss, **you** may recover under the broadest coverage but not both. However, **Sound System Coverage**, if purchased, will provide coverage in excess of the limit for loss to **sound systems** provided under any other coverage.

D.   The following is added to the **If There Is Other Insurance** provision:

However, this insurance will apply on a primary basis when **you** or a **resident** relative are an operator, but not an owner or employee of an owner of a **motor vehicle** which is owned by a person, firm, or corporation in the business of selling at retail new and used **motor vehicles**.

E.   The following paragraph is added to the **Loss Payable Clause** provision:

The first paragraph of this provision does not apply to loss or damage resulting from an act, or pattern, of domestic abuse or sexual assault if **you** did not cooperate in or contribute to the creation of the loss or damage and if the person who committed the act or acts that caused the loss or damage is criminally prosecuted for the act or acts. Payment to the innocent insured may be limited in accordance with his or her ownership interest in the property or reduced by payments to a mortgagee or other holder of a secured interest

F.   The following provisions are added:

**Collision Coverage For Custom Equipment**
**Coverage CD**
If a premium for **Collision Coverage For Custom Equipment** is shown for an **auto** described on the Policy Declarations, the maximum amount **we** will pay for a covered **Auto Collision Insurance** loss to **custom parts or equipment** installed in or on that **auto** is increased to the amount shown on the Policy Declarations for this coverage for that **auto**.

**Comprehensive Coverage For Custom Equipment**
**Coverage CH**
If a premium for **Comprehensive Coverage For Custom Equipment** is shown for an **auto** described on the Policy Declarations, the maximum amount **we** will pay for a covered **Auto Comprehensive Insurance** loss to **custom parts or equipment** installed in or on that **auto** is increased to the amount shown on the Policy Declarations for this coverage for that **auto**.

**Auto Fire, Lightning, Transportation And Theft**
**Insurance–Coverage HG**

Policy endorsement
Policy number: **831 587 396**
Policy effective date: March 8, 2022

 **Allstate**.

If a premium for **Auto Fire, Lightning, Transportation And Theft Insurance** is shown for an **auto**, **trailer** or **travel-trailer** described on the Policy Declarations, **we** will pay for sudden and accidental direct physical loss to:

1. that **auto**, or its **replacement auto**;

2. that **trailer** or **travel-trailer**;

3. an **additional auto**;

4. a **non-owned auto**; or

5. a **trailer** or **travel trailer** that is not described on the Policy Declarations while it is attached to an **insured auto**;

due to:

1. fire or lightning.

2. smoke or smudge due to a sudden, unusual and faulty operation of any fixed heating equipment serving the premises in which the **auto** is located.

3. stranding, sinking, burning, collision or derailment of any conveyance in or upon which the **auto** is being transported on land or on water.

4. theft or larceny.

**Assignment Of Claim Rights And Obligations**
In the event of a loss covered under Part 3 of this policy, **you** may assign to another party **your** right to receive claim proceeds that are otherwise payable to **you** under Part 3 of this policy, provided **you** have complied with all policy terms and **you** and **we** have agreed on the amount of claim proceeds to be paid. **You** may also assign **your** right to receive any supplemental claim proceeds **we** agree to pay. If **we** do not agree on the amount of supplemental claim proceeds to be paid, **you** (not the assignee) or **we** may demand an appraisal of the loss under the **Right To Appraisal** provision of this policy. Except as provided in this provision, **you** may not assign to any other party any rights or obligations under this policy related to a claim, or part of a claim, made or to be made under Part 3 of this policy.

Any assignment **you** make must be in writing and, at **our** request, **you** must provide **us** a copy of the assignment.

**Action Against Us**
No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Part 3—Protection Against Loss To The Auto**, unless there is full compliance with all policy terms and such action is commenced within one year after the date of loss.

All other policy terms and conditions apply.

---

*The following endorsement changes your policy.*
*Please read this document carefully and keep it with your policy.*

## Bundling Benefits Endorsement – ACR199

**Your** policy is amended as follows:

A. In the **General Provisions** section of **your** policy, the following provision is added:

**Auto Policy Renewal Guarantee**
**We** will, prior to the expiration of the current policy period, offer to **you** the opportunity to renew this policy for an additional policy period if **you** had one or more of the following policies in effect on the effective date of the current policy period:

1. an Allstate Homeowners, Condominium Owners, Manufactured Home Owners, or Renters policy; or

2. an individual life insurance policy or mortgage term life insurance certificate that would qualify this policy for an Allstate Auto/Life discount under **our** rules that are in effect and on file (if required) for **our** use in Georgia.

**We** will offer to renew this policy with such coverages, policy terms, conditions, limits of liability, deductibles and premiums as **we**, in **our** discretion, elect to include in the offer of renewal to **you** on the date that the renewal offer is processed by **us**. **You** may elect to accept **our** renewal offer by complying with the terms and conditions of the offer and all applicable policy terms and conditions, including those relating to premium payment.

**We** are not required to offer to **you** the opportunity to renew this policy if this policy is cancelled pursuant to the **Cancellation** provision of this policy or if:

1. **we** intend to discontinue writing non-commercial private passenger automobile insurance in Georgia;

2. **you** no longer reside in Georgia or one or more of the vehicles **you** insure under this policy are no longer principally garaged in Georgia;

3. renewal of this policy would violate any law or regulation;

4. **you** obtained this policy through an independent agent or agency, and the relationship between **us** and that independent agent or agency is discontinued or is being discontinued;

5. **you** or any member of **your** household who operates an **auto**:
   a) has had his or her driver's license suspended or revoked or otherwise fails to maintain a valid driver's license; or
   b) is convicted of driving while under the influence of alcohol or drugs, leaving the scene of an accident or any other violation considered to be a major violation as described in **our** rules that are in effect and on file (if required) for **our** use in Georgia;



Policy endorsement
Policy number: **831 587 396**
Policy effective date: March 8, 2022

6. **you** obtained this policy through a material misrepresentation;

7. a person insured under this policy made a false or fraudulent claim or knowingly aided or abetted another in the presentation of such a claim;

8. **you** do not comply with one or more requests **we** make for information for underwriting, rating or claims purposes;

9. any person, other than a spouse, has been added to **your** policy as a named insured during the current policy period or within 90 days immediately preceding the effective date of the current policy period and that individual did not meet **our** new business underwriting guidelines in effect at the time they were added;

10. **we** determine that at any time during the current policy period or within 185 days preceding the effective date of the current policy period, one or more licensed drivers residing in **your** household for more than 185 days were not listed on **your** Policy Declarations, unless the driver is listed as an insured or licensed operator under another policy of insurance that provides automobile liability insurance coverage for their use of **your insured auto**;

11. a vehicle has been added to **your** policy during the current policy period or within 90 days immediately preceding the effective date of the current policy period and that vehicle did not meet **our** new business underwriting guidelines in effect at the time it was added;

12. **we** determine that during the current policy period or within 90 days immediately preceding the effective date of the current policy period, a vehicle listed on the Policy Declarations has been:
    a) used by **you** or any other person to carry persons or property for a charge, or has been available for hire by the public. This does not apply:
       i) to **shared-expense car pools**; or
       ii) to use of **your** vehicle with a transportation network company that uses a digital network or software application service to connect its customers to transportation services provided by transportation network company drivers;
    b) used in the commission of a felony; or
    c) used in racing, including but not limited to, any prearranged, organized or spontaneous racing contest, speed contest, or used at a track or course designed or used for racing or high performance driving;

13. **you** are not a registered owner(s) of all vehicles identified on the Policy Declarations;

14. during the 36 month period ending on the last day of the current policy period, there have been four or more chargeable incidents (such as accidents or violations) which are chargeable to **your** policy

under **our** rules that are in effect and on file (if required) for **our** use in Georgia;

15. a vehicle listed on the Policy Declarations:
    a) has been mechanically or structurally altered for speed or racing or to remove safety features since the time it was first added to **your** policy; or
    b) is regularly garaged at a location different than the location being used to establish **your** premium.

If any of the items numbered 1 through 15 above apply, **we** may non-renew this policy. If **we** do not intend to continue the policy beyond the current policy period, **we** will mail notice to **you** at **your** last known address, or deliver notice to **you** electronically, at least 30 days before the end of the policy period.

B. In **Part 3—Protection Against Loss To The Auto**, the following Auto **Deductible Waiver** is added to the **Limit Of Liability** provision:

**Auto Deductible Waiver**
If an **auto** insured under this policy and property **we** insure under **your** Allstate Homeowners, Condominium Owners, Manufactured Home Owners, or Renters policy are damaged in the same event by the same covered cause of loss, at **your** option, the **auto** deductible will not be applied to the loss, or **you** will be reimbursed for such deductible, provided:
1. both the **auto** loss and the loss to property **we** insure under **your** Allstate Homeowners, Condominium Owners, Manufactured Home Owners, or Renters policy are promptly reported to **us**;
2. the amount of covered loss to the **auto** is higher than the applicable **auto** deductible (without consideration of any applicable deductible rewards); and
3. the amount of covered loss to property **we** insure under **your** Allstate Homeowners, Condominium Owners, Manufactured Home Owners, or Renters policy has been determined and such amount is higher than the applicable Homeowners, Condominium Owners, Manufactured Home Owners, or Renters policy deductible.

Even if a provision of the Homeowners, Condominium Owners, Manufactured Home Own ers, or Renters policy results in its deductible being waived, the **auto** deductible will not be applied (or it will be reimbursed) when the conditions identified in the paragraph above have been satisfied.

All other policy terms and conditions apply.

___

*The following endorsement changes your policy.*
*Please read this document carefully and keep it with your policy.*

Policy endorsement
Policy number: **831 587 396**
Policy effective date: March 8, 2022

 **Allstate.**

## Auto Replacement Protection – ACR225

The following changes are made to the **Protection Against Loss To The Auto** section of **your** policy:

I.   The following coverage is added:

### Auto Replacement Protection

If a premium for **Auto Replacement Protection** is shown for an **auto** described on **your** Policy Declarations, **we** will pay for loss to that **auto** as described in this endorsement, provided both of the following apply:

A.   **you** have both **Auto Collision Insurance** and **Auto Comprehensive Insurance** in effect under this policy at the time of loss to that **auto** and the loss is covered under either of those coverages; and

B.   the loss occurs during a policy period that began any time during a calendar year in which that **auto** was 15 model years old or less.

The **Leased Autos** provision in the **General Provisions** of this policy does not apply to this coverage.

**Auto Replacement Protection** does not automatically apply to any **replacement auto** or **additional auto you** acquire during the policy period.

A.   **Replacement Provision**
In the event of a covered total loss due to physical damage to the **auto** to which **Auto Replacement Protection** applies, **we** will pay to replace that **auto**. This **Replacement Provision** does not apply to loss caused by fire, theft, larceny or flood. This **Replacement Provision** does not apply to a leased vehicle.

Any amounts payable under this **Replacement Provision** will be reduced by any amount paid or payable under the **Auto Collision Insurance** or **Auto Comprehensive Insurance** of this policy, any deductible for which **you** are responsible under the **Auto Collision Insurance** or **Auto Comprehensive Insurance** of this policy, and the dollar amount of unrepaired damage which occurred prior to the total loss of **your auto**.

1.   In the event that the **auto** to be replaced meets the following requirements:
   a)   **you** are the original owner of that **auto**;
   b)   that **auto** was not previously titled; and
   c)   the loss occurs during a policy period that began any time during a calendar year in which that **auto** was two model years old or less;
   the amount **we** will pay to replace the **auto** will not exceed the cost of a new **auto** of the same make and model with the same equipment that has not been previously titled and is of the latest model year available at the time of the loss. If a new **auto** of the same make and model with the same equipment is not available, the amount **we** pay will not exceed the cost of a new **auto** that:

   a)   has not been previously titled and is of the latest model year available at the time of the loss;
   b)   is similar in size, class, body type and equipment; and
   c)   is similar in price to the price **you** paid for the **auto** being replaced, as adjusted for inflation, but not to exceed an amount equal to 110% of the Manufacturer's Suggested Retail Price of the **auto** being replaced.

2.   In the event that the auto to be replaced does not qualify for replacement under item A.1. above, the amount **we** will pay to replace the **auto** will not exceed the cost of an **auto** of the same make and model with the same equipment:
   a)   that is one model year newer; and
   b)   has 20,000 fewer miles;
   than the damaged **auto** being replaced.

B.   **Repair Provision**
In the event of a covered loss, other than a total loss, due to physical damage to the **auto** to which **Auto Replacement Protection** applies, **we** will pay to repair that **auto**, without a deduction for depreciation. This **Repair Provision** does not apply to loss caused by fire, theft, larceny or flood.

The most **we** will pay to repair the **auto** will be the lesser of the following, reduced by any amount paid or payable under the **Auto Collision Insurance** or **Auto Comprehensive Insurance** of this policy and any deductible for which **you** are responsible under the **Auto Collision Insurance** or **Auto Comprehensive Insurance** of this policy:

1.   the cost to repair or replace the property or part to its physical condition at the time of loss using parts produced by or for the vehicle's manufacturer, or parts from other sources, including, but not limited to, non-original equipment manufacturers, subject to applicable state laws and regulations; or

2.   the actual cash value of the **auto** at the time of loss, which may include a deduction for depreciation.

**We** reserve the right to repair or replace the damaged property or part, or to pay for the loss in money.

C.   **Loan Or Lease Gap Provision**
In the event of a covered total loss due to physical damage to, or theft of, the **auto** to which **Auto Replacement Protection** applies, if the amount **you** owe at the time of loss under the terms of an auto loan or auto lease agreement to which that **auto** is subject exceeds the actual cash value of the **auto** at the time of the loss, then **we** will pay the difference between these amounts. This **Loan Or Lease Gap Provision** applies only to the original auto loan or auto lease written on **your auto**. **We** may pay **you** and the lienholder or lessor named on the Policy Declarations.



Policy endorsement
Policy number: **831 587 396**
Policy effective date: March 8, 2022

Any amounts payable under this **Loan Or Lease Gap Provision** will be reduced by:

1. overdue loan or lease payments and the financial penalties associated with those overdue payments;

2. the transfer or rollover of a previous outstanding loan or lease balance from another vehicle to the original loan or lease for the **auto** described on the Policy Declarations;

3. the dollar amount of unrepaired damage which occurred prior to the total loss of **your auto**;

4. all refunds paid or payable to **you** as a result of the early termination of the auto loan or lease agreement or, to the extent financed, as a result of the early termination of any financed warranty or extended service agreement on **your auto**; and

5. any amount paid or payable under the **Replacement Provision** of this endorsement.

II. The following is added to the **If There Is Other Insurance** provision:

**Auto Replacement Protection** is excess over any other collectible insurance.


All other policy terms and conditions apply.

## Important notices

Policy number: **831 587 396**
Policy effective date:    March 8, 2022

Page **1** of 7

 **Allstate.**

# Here's How You Can Keep Your Allstate eSmart® Discount!

Thank you for choosing Allstate.

We want to take this opportunity to remind you that you are currently enjoying the Allstate eSmart® discount. We also want to remind you that you will need to enroll in our ePolicy program to keep this valuable discount on your policy.

When you enroll in ePolicy, you will be able to access your policy documents electronically through our secure online system, My Account.

### Your Next Steps

The first step to enrolling in ePolicy is to register for My Account. If you haven't already done this, go to MyAccount.Allstate.com and log in or create an account. Once you're logged in, select the **Manage Paperless link** next to your policy on the **Homepage**. Choose **Enroll in ePolicy** and choose **Save!**

Remember, you must complete these steps to enroll in ePolicy at least (1) day prior to your next renewal effective date, which is shown on the first page of your Policy Declarations, to keep the Allstate eSmart® discount on your policy.

### Important Reminder

Please keep in mind that if you do not enroll in ePolicy before your next policy renewal, you will lose the Allstate eSmart® discount at that time. Since we know managing your insurance costs is very important to you, we urge you to complete your ePolicy enrollment as soon as possible.

Thank you.

**X73344-1**

# Important Information About Your Auto Policy

The enclosed Policy Declarations lists important information about your policy, such as your address, the vehicles you've insured, the vehicle identification numbers (VIN) assigned to your insured vehicles, the drivers insured, and the coverages and coverage limits you've chosen. Your Policy Declarations also lists any discounts and surcharges applied to your policy.

Because much of the information found on your Policy Declarations is used to help us determine your premium, please be sure to review your Policy Declarations carefully each time you receive one. You may want to add coverage,

delete coverage or change your coverage limits, or you may want to change the information concerning the vehicles or drivers your policy insures.

Another thing to keep in mind is that you may now qualify for discounts that you were not eligible to receive previously. For instance, Allstate offers discounts for:

- Unmarried young drivers, including students under the age of 25
- Drivers who have completed approved driver training courses
- Drivers who also own a home, townhouse, condominium, or mobilehome

Please contact your Allstate agent for additional information about discount qualifications, as well as other discounts that may be available to you.

### Making Changes to Your Policy

If you need to make a change to any of the information listed on your Policy Declarations, please notify your Allstate agent as soon as possible. With a few exceptions, **any changes will be effective as of the date you notify us.**

If you have any questions about this notice, or if you need to update any of the information listed on the enclosed Policy Declarations, please contact your Allstate agent or 1-800-ALLSTATE (1-800-255-7828).

**X72910-1**

# Drivewise®

**Get rewarded for your everyday safe driving with Drivewise®!**

You'll get cash back for getting started and can earn more cash back every six months for your safe driving.

To get started, download the Allstate® mobile app and activate Drivewise. You'll get immediate feedback on your performance after every trip and can watch your rewards add up!

**X73694-1**

# How We Compensate Our Agencies

The company listed below uses local independent insurance agencies to provide customers with information and high-quality service in connection with their insurance buying decisions. These independent insurance agencies represent the company and provide numerous services to customers on



Important notices
Policy number:          | 831 587 396 |
Policy effective date:    March 8, 2022

the company's behalf. Independent insurance agencies are paid a commission by the company for selling and servicing the company's insurance policies and may be eligible to receive additional compensation and rewards based on performance. Any questions about the nature of this compensation can be directed to the independent insurance agency.

Allstate Property and Casualty Insurance Company

**X72007-1**

## We've Applied the Responsible Payer Discount to Your Policy

To welcome you to Allstate, we have applied our Responsible Payer Discount to your auto policy. We hope you enjoy this benefit.

You can continue to receive this discount at each renewal simply by paying your premiums on time. Please keep in mind that we may have to remove the discount from your policy should you fail to make a premium payment on time.

To help you keep the Responsible Payer Discount, we offer several convenient ways to pay your bill:

- You can sign up for the Allstate® Easy Pay Plan, which allows us to automatically deduct your insurance payment from your checking or savings account. You'll be able to select a convenient day of the month for your premium withdrawal—either a monthly installment payment or a single Pay-in-Full option. And you'll avoid the hassle of writing checks and worrying about payments getting lost in the mail.

- You can also pay your bill using our automated phone service 1-800-901-1732 or www.allstate.com. Please have your policy number with you when you call.

- In addition, you can register to view and pay your bill online at www.allstate.com. You can pay with your bank account, credit or branded debit card.

- If you'd prefer true one—stop bill paying convenience, choose Checkfree®. You can use the Checkfree® personal online payment center to view and pay not only your Allstate bill, but all or most of your other bills as well. To enroll, go to mycheckfree.com.

- Don't forget that you can always pay your bill by mail or at your Allstate representative's office.

**X72430-1**

## Please Notify Us of Extraordinary Circumstances That Negatively Impacted Your Credit History Information

Please contact Allstate if you believe that any of the events set forth below resulted in extraordinary circumstances that may have negatively impacted your credit history information.

a) Divorce situations in which the spouse can demonstrate derogatory items on the credit report are beyond his or her control

b) Deaths in the family where the surviving spouse may have a thin file due to the credit being in the other spouse's name

c) Involuntary Unemployment

d) Catastrophic Medical Expense

e) Care of Adult Dependent

f) Identity Theft

g) Serious or Long-term Injury, Illness or Disability

h) Care of a Dependent Grandchild

i) Domestic Violence

Please contact Allstate at 1-877-304-2644 if you believe your credit history information may have been negatively impacted by extraordinary circumstances. Allstate will send you an Extraordinary Circumstances Appeal Form that you will be asked to complete and return to Allstate along with documentation that supports your appeal. Once your Extraordinary Circumstances Appeal Form and supporting documentation are received, Allstate will be able to determine whether or not you qualify for a lower premium. In any case, you will be notified of the outcome of our review.

**Please note that if you wish to pursue this additional review, please contact Allstate within 90 days of the date your policy begins as shown in the Policy Declarations.**

**X72593**

## Voluntary Provider Networks

We want to let you know about a program that may be available to you.

If you, or anyone covered under your policy, is injured in a loss covered under your auto policy, a Voluntary Provider Network may be available to you. A Voluntary Provider Network

Important notices
Policy number: **831 587 396**
Policy effective date: March 8, 2022

Page **3** of 7



includes a variety of participating medical providers that can treat those injuries.

Voluntary Provider Networks maintain lists of their participating providers. In the event that you experience a loss, your claims representative can provide you with contact information for any participating Allstate networks that may be available in your state at that time.

You are under no obligation to use a medical provider who is a member of one of these networks, and you are free to seek medical services from a provider of your choice. There is no penalty if you choose a provider outside the network. If you are injured and treated by a provider who is a member of one of the participating networks, we may review their bills for covered medical services for re-pricing based on the approved rate for that provider's network.

You do not need to make a choice about these networks at this time. Please keep in mind that using a provider within a network should not be considered a confirmation that you have coverage. This notice is for informational purposes only.

**X73469**

# A New Georgia Law and Its Impact on Uninsured Motorist Coverage

Thank you for choosing Allstate to help protect what you have today and prepare you for the future.

Although our records indicate that your policy *does not* include Uninsured Motorist Coverage, we want to take this opportunity to make you aware of a new Georgia law that impacts this coverage. We also want to let you know about new Uninsured Motorist Coverage options available under the new law. While these changes *do not* affect your policy, you may want to familiarize yourself with the information below.

### What Is Uninsured Motorist Coverage
Uninsured Motorist Coverage protects an insured, their family, and any passengers in their vehicle when another at-fault driver with no automobile liability insurance is legally responsible for injuries or damage to the insured and/or their property. This coverage may also apply if the at-fault driver has liability insurance but the amount of insurance is less than the damages an insured sustained in the accident.

### How the New Law Impacts Uninsured Motorist Coverage
The 2008 Session of the Georgia General Assembly passed a law that requires us to provide a revised form of Uninsured

Motorist Coverage to policyholders who already have this coverage unless they choose to reject the coverage in writing.

The revised coverage—which we refer to as "Uninsured Motorist Coverage—Added on to At-Fault Liability Limits" (New Uninsured Motorist Coverage)—provides additional protection at a higher premium than the Uninsured Motorist Coverage we offered before this new law was passed. Under the New Uninsured Motorist Coverage, if an insured is injured or has property damage caused by an uninsured or underinsured motorist, the New Uninsured Motorist Coverage provides protection that will pay for damages that are higher than the at-fault driver's Liability Coverage limit up to the limits on the insured's New Uninsured Motorist Coverage.

### An Additional Uninsured Motorist Coverage Option
In light of the new law, we are also offering our customers the option of choosing what we refer to as Uninsured Motorist Coverage—Reduced by At-Fault Liability Limits (Traditional Uninsured Motorist Coverage). This coverage is comparable to the unrevised Uninsured Motorist Coverage we offered before the new law was passed. Traditional Uninsured Motorist Coverage provides less protection than the New Uninsured Motorist Coverage, but the Traditional Uninsured Motorist Coverage is available at a lower premium.

### Have Questions? Please Contact Us
Again, your automobile policy *does not* currently include Uninsured Motorist Coverage, so the new Georgia law *does not* impact your policy.

We understand that these coverage choices can be confusing and hopefully the attached examples will assist you in making an educated decision regarding the Uninsured Motorist Coverage that best suits your needs.

However, if you have any questions or would like to make any changes to your Uninsured Motorists Insurance coverage please contact your Allstate representative or call the Allstate Customer Information Center at 1-800-ALLSTATE℠ (1-800-255-7828).

Thank you again for choosing Allstate.

# Example of New Uninsured Motorist Coverage and Traditional Uninsured Motorist Coverage Claim Payment Calculation

An underinsured driver fails to stop at a red light, hits your car and causes you to have $175,000 in damages.



Important notices
Policy number:   **831 587 396**
Policy effective date:   March 8, 2022

The at-fault underinsured driver (At-Fault's) has $50,000 of Liability Coverage. Your policy contains $100,000 of Uninsured Motorist Coverage.

## NEW UNINSURED MOTORIST COVERAGE
**(This coverage is also referred to as Uninsured Motorists—Added on to At-Fault Liability Limits)**

| | |
|---|---|
| At-Fault's Liability Coverage Limit | $50,000 |
| Your New Uninsured Motorist Coverage Limit | $100,000 |
| Total Amount of Your Damages | $175,000 |

*Payment Break Out:*

| | |
|---|---|
| At-Fault's Liability Coverage = | $ 50,000 |
| Your **New Uninsured Motorists Coverage** = | $100,000 |
| Total Payment = | $150,000 |
| Amount Not Covered = | $ 25,000 (a) |

The maximum available coverage in this example was $150,000 (At-Fault's Liability Coverage Limit + Your New Uninsured Motorist Coverage Limit).

(a)  Please notice that $25,000 of the loss was not covered.

## Traditional Uninsured Motorist Coverage
**(This coverage is comparable to your current coverage. The coverage is also referred to as Uninsured Motorist Coverage—Reduced by At-Fault Liability Limits)**

| | |
|---|---|
| At-Fault's Liability Coverage Limit | $50,000 |
| Your **Traditional Uninsured Motorist Limit** | $100,000 |
| Total Amount of Your Damages | $175,000 |

*Payment Break Out:*

| | |
|---|---|
| At-Fault's Liability Coverage = | $50,000 |
| Your Available **Traditional Uninsured Motorist Coverage** = | $50,000(a) |
| Total Payment = | $100,000 |
| **Amount Not Covered =** | **$75,000**(b) |

(a)  The $50,000 amount shown here is determined by subtracting the At-Fault's Liability Coverage Limit from Your Traditional Uninsured Motorist Coverage Limit. The total available Traditional Uninsured Motorist Coverage you have in this example is $50,000.
(b)  Please notice that $75,000 of the loss is not covered.

**XC3013**

## Your Vehicle Mileage Information

One of the factors that may influence your auto premium is how many miles you put on your vehicle each year. Allstate may obtain information from you or a third-party vendor indicating the annual number of miles your vehicle(s) is driven. Currently, we're showing you drive the following annual miles:

**Vehicle:   2012 Ford Truck F150 4wd**
**VIN:   1FTFW1R64CFA55218**
**Previous Mileage Band:   No information available**
**Current Mileage Band:   No information available**

**Vehicle:   2020 Chevrolet Corvette**
**VIN:   1G1Y62D43L5106209**
**Previous Mileage Band:   No information available**
**Current Mileage Band:   No information available**

**Vehicle:   2017 Porsche Macan**
**VIN:   WP1AA2A52HLB82915**
**Previous Mileage Band:   No information available**
**Current Mileage Band:   No information available**

**Vehicle:   2014 Nissan Altima**
**VIN:   1N4AL3APXEC276304**
**Previous Mileage Band:   No information available**
**Current Mileage Band:   No information available**

If we don't have mileage information for you, your premium won't be changed due to mileage. You could be missing out on a potentially lower rate.

If you need to update the annual mileage on any of the above vehicle(s), you can easily do that. Simply contact your Allstate Agent or call us directly at 1-800-ALLSTATE for a mileage verification form to record two odometer readings that are at least 90 days apart.

**X73655-3**

## Important Information About Your Credit-Based Insurance Score

Please take a moment to read the notice immediately following this insert containing important information about our use of consumer reports and your rights under the federal Fair Credit Reporting Act. In that notice, we explain why we order credit reports and explain how important it is for you to check the accuracy of that information.

In the state where we issued your policy we are required by law to inform you of certain factors in your credit report(s)

Important notices
Policy number:  831 587 396
Policy effective date:   March 8, 2022

Page **5** of 7

 **Allstate.**

adversely affecting your credit-based insurance score. The most significant of these factors are:

The average number of months that accounts are listed on the credit report: Generally, the longer your average age of accounts, the more favorable your insurance score will be. Those with the most favorable insurance scores often have an average age of accounts of 16 years or longer. This includes accounts that are closed.

The presence of at least one customer-initiated, bank-related inquiry on your credit report in the past two years:  Inquiries appear on your credit report to show that credit grantors or other authorized parties have requested a copy of your credit report. Please note that we only consider customer-initiated inquiries, and we consider no more than one customer-initiated, bank-related inquiry during any 90-day period. Generally, fewer customer-initiated credit inquiries may lead to a more favorable insurance score.

The number of months since the most recent delinquent payment: A delinquent payment is one made over 30 days late. Delinquent payments within the past five years may have an adverse effect on an insurance score and the more recent the delinquency, the greater the adverse effect. Please note that over time the impact of this type of delinquency on your insurance score will decrease and even disappear if there are no new delinquencies. Avoiding future delinquencies may benefit your insurance score.

The presence of a derogatory item within the past five years:  A derogatory item may include a delinquency, a collection, or a derogatory public record, such as a bankruptcy, judgment, lien, repossession, or foreclosure. Avoiding derogatory items in the future may lead to a more favorable insurance score.

XF4

# Consumer Report Information and Its Impact on Your Insurance

Many factors play a role in determining your insurance premium. Among the factors we consider are the following: where you live, the coverages and limits you've chosen and discount eligibility. In addition, we use consumer reporting agency information for eligibility and rating purposes. The federal Fair Credit Reporting Act requires us to inform you when we take adverse action based on a consumer report.

As permitted by law, we ordered credit report information about you – the named insured on the policy.

Based in whole or in part on the information provided by Credit Reporting Agency listed below, the rate that we are able to offer you is higher than what it would have been if we had not taken your credit history into account: based on the credit information available to us.

## You May Request a Free Credit Report

Under Section 612 of the Fair Credit Reporting Act, you have the right to obtain a free copy of your consumer report from the credit reporting agency listed below if you request it within 60 days of receiving this notice (even if the report did not contain any information regarding credit status). You also have the right, under Section 611 of the Fair Credit Reporting Act, to dispute with the credit reporting agency listed below the accuracy or completeness of any information in any report(s) furnished by the agency.

If you'd like a free copy of your credit report, be sure to make your request within 60 days of receiving this notice. You can contact the reporting agency at:

TransUnion National Disclosure Center
2 Baldwin Place
P.O. Box 1000
Chester, PA 19022
Phone: 1-888-503-0048
www.transunion.com

Please keep in mind that the consumer reporting agency did not make the decision to take this adverse action and will not be able to provide you with any specific reasons regarding why we took this action. Also, any changes to your name or address within the past two years can affect the completeness of your report. If your information has changed, please let your insurance representative know.

## Have Questions? Please Contact Your Allstate Representative

We hope you will take advantage of these rights and help us give you the lowest premium we can provide. If you have any questions about the information contained in this notice, or about your insurance in general, please contact your insurance representative.

## The Connection Between Credit History and Premium

We determine premiums using the information you provide on your insurance application, as well as using other factors. Certain credit report information has proved an effective predictor of insurance losses. It also allows us to keep costs competitive by helping make it possible for customers who are less likely to experience losses to pay less for their insurance.



Important notices
Policy number: **831 587 396**
Policy effective date:   March 8, 2022

Keep in mind we use credit history in addition to, not instead of, our other characteristics. By considering this information, we can match likelihood of loss to premium even more precisely, and we think that's good for our customers. It allows us to keep insurance costs as competitive as possible for the greatest number of policyholders. You can also learn more about our use of credit information by visiting allstate.com.

Jersey City, New Jersey, 07310
1-800-709-8842

If you have any questions regarding this notice or your policy in general, please contact your insurance representative.

**XF3**

**XF2**

## Consumer Report Information and Its Impact on Your Insurance

In an effort to keep insurance costs as competitive as possible for the greatest number of policyholders, we may consider certain prior insurance information, prior insurance loss information and motor vehicle reports (MVR), when determining our customers' eligibility, premiums and payment options. We're writing now to let you know we recently ordered consumer report information about you and, if applicable, another insured person named on your policy, and we are providing you with additional details about this process.

Based in whole or in part on the information provided to us by ISO's Coverage Verifier Database, provided by ISO Consumer Report Center (CV), Allstate Property and Casualty Insurance Company could not offer you a lower rate.

Please keep in mind that the consumer reporting agency(ies) did not make the decision to take this adverse action and will not be able to provide you with any specific reasons regarding why we took this action. Also, any changes to your name or address within the past two years can affect the completeness of your file with the consumer reporting agency(ies). If your information has changed, please let your insurance representative know.

Under Section 612 of the Fair Credit Reporting Act, you have the right to obtain a free copy of your report(s) provided to us by the consumer reporting agency listed below if you request it within 60 days of receiving this notice. You also have the right, under Section 611 of the Fair Credit Reporting Act, to dispute with the consumer reporting agency the accuracy or completeness of any information in the consumer report(s) furnished by the agency.

To request your report, you may contact the appropriate consumer reporting agency at:

ISO Consumer Report Center
545 Washington Boulevard, 18th Floor,

## Your Rights Related to Reviewing and Changing Your Insurance Records

You should know that the laws in your state entitle you to know the specific items of information and their sources that support our decision. The information is described in the enclosed notice(s) about consumer reports. If you would like this information, please send us a written request within ninety (90) business days of the date of this notice. We will respond to you within twenty-one (21) business days of the date we receive your written request.

### Your Right to Review Your Insurance Records

You have the right to review recorded information about you contained in our insurance records or files. If you choose to review this information, please send us a written request that includes proper identification and a reasonable description of the information you wish to obtain. If we can locate and obtain this information with reasonable effort, we will inform you of its nature and substance within thirty (30) business days from the date we receive your request. You may obtain and review the information in person, or, if you prefer, we can mail the information to you. We will also tell you to whom we have disclosed this information within the last two (2) years or, if this information is unavailable, to whom we would normally disclose this information.

### Your Right to Request Correction, Change, or Deletion of Recorded Information

You have the right to send us a written request to correct, change, or eliminate any recorded information we have about you in our records or files. If we agree with your request, we will notify you within thirty (30) business days of receiving your request. We will also provide copies of the information we changed to any person(s) you designate who may have received this information within the past two (2) years, as well as to any person(s) or organization(s) who either supplied us with the information or to whom we disclosed it.

If we are unable to comply with your request, we will notify you within thirty (30) business days of receiving your request and will provide the reason(s) for our decision. If you disagree with the reason(s) for our action, you have the right to file a written

Important notices
Policy number: **831 587 396**
Policy effective date:   March 8, 2022

Page **7** of 7

 **Allstate.**

statement that includes what you believe is the correct
information and your reasons for disagreeing with our refusal
to make the requested correction, change, or deletion. We will
file your statement with the disputed information and will
provide it to any person(s) or organization(s) who either
supplied us with the information or to whom we disclosed it.
We will also provide your statement, along with the disputed
information, to the person(s) or organization(s) reviewing the
information as part of any subsequent lawful disclosure.

If you wish to request additional information, please contact
your insurance representative.

Thank you for choosing Allstate.

**XF5**



# Privacy Statement

Policy number: **831 587 396**
Policy effective date: March 8, 2022

 **Allstate.**

Thank you for choosing Allstate. We value you, respect your privacy and work hard to protect your personal information.

This statement is provided on behalf of Allstate Insurance Company and the affiliates ("Allstate") listed at the end of this notice. We would like to explain how we collect, use and share the information we obtain about you in the course of doing business.

## Our Privacy Assurance

- We do <u>not</u> sell your personal or medical information to anyone.
- We do <u>not</u> share your information with non-affiliate companies that would use it to contact you about their own products and services, unless permitted pursuant to a joint marketing agreement.
- We <u>require</u> persons or organizations that represent or assist us in servicing your policy and claims to keep your information confidential.
- We <u>require</u> our employees to protect your personal information and keep it confidential.

As you can see, protecting your personal information is important to us. In addition to the practices described above, we use a variety of physical, technical and administrative security measures that help to safeguard your information. For Social Security Numbers (SSN), this includes restricting access to our employees, agents and others who use your SSN only as permitted by law: to comply with the law, to provide you with products and services, and to handle your claims. Also, our employees' and agents' access to and use of your SSN are limited by the law, our policies and standards, and our written agreements.

Our privacy practices continue to apply to your information even if you cease to be an Allstate customer.

## What Personal Information Do We Have and Where Do We Get It

We gather personal information from you and from outside sources for business purposes. Some examples of the information we collect from you may include your name, phone number, home and e-mail addresses, driver's license number, Social Security Number, marital status, family member information and healthcare information. Also, we maintain records that include, but are not limited to, policy coverages, premiums, and payment history. We also collect information from outside sources including, but not limited to, insurance support organizations that assemble or collect information about individuals for the purpose of providing to insurance companies. This information may include, but is not limited to,

your driving record, claims history, medical information and credit information.

In addition, Allstate and its business partners gather information through Internet activity, which may include, for example, your operating system, links you used to visit allstate.com, web pages you viewed while visiting our site or applications, Internet Protocol (IP) addresses, and cookies. We use cookies, analytics and other technologies to help:

- Evaluate our marketing campaigns
- Analyze how customers use our website and applications
- Develop new services
- Know how many visitors have seen or clicked on our ads

Also, our business partners assist us with monitoring information including, but not limited to, IP addresses, domain names and browser data, which can help us to better understand how visitors use allstate.com.

## How We Use and Share Your Personal Information

In the course of normal business activities, we use and share your personal information. We may provide your information to persons or organizations within and outside of Allstate. This would be done as required or permitted by law. For example, we may do this to:

- Fulfill a transaction you requested or service your policy
- Market our products
- Handle your claim
- Prevent fraud
- Comply with requests from regulatory and law enforcement authorities
- Participate in insurance support organizations

The persons or organizations with whom we may share your personal information may include, among others:

- Your agent, broker or Allstate-affiliated companies
- Companies that perform services, such as marketing, credit card processing, and performing communication services on our behalf
- Business partners that assist us with tracking how visitors use allstate.com
- Other financial institutions with whom we have a joint marketing agreement
- Other insurance companies that play a role in an insurance transaction with you
- Independent claims adjusters
- A business or businesses that conduct actuarial or research studies
- Those who request information pursuant to a subpoena or court order
- Repair shops and recommended claims vendors

## The Internet and Your Information Security



Privacy Statement
Policy number: **831 587 396**
Policy effective date: March 8, 2022

We use cookies, analytics and other technologies to help us provide users with better service and a more customized web experience. Additionally, our business partners use tracking services, analytics and other technologies to monitor visits to allstate.com. The website may also use Web beacons (also called "clear GIFs" or "pixel tags") in conjunction with cookies. If you prefer, you can choose to not accept cookies by changing the settings on your web browser. Also, if you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement located at the bottom of the allstate.com homepage.

To learn more, the allstate.com Privacy Statement provides information relating to your use of the website. This includes, for example, information regarding:

1) How we collect information such as IP address (the number assigned to your computer when you use the Internet), browser and platform types, domain names, access times, referral data, and your activity while using our site;
2) Who should use our website;
3) The security of information over the Internet; and
4) Links and co-branded sites.

## How You Can Review and Correct Your Personal Information

You can request to review your personal information contained in our records at any time. To do this, please send a letter to the address below requesting to see your information for the previous two years. If you believe that our information is incomplete or inaccurate, you can request that we correct it. Please note we may not be able to provide information relating to investigations, claims, litigation, and other matters. We will be happy to make corrections whenever possible.

Please send requests to:
Allstate Insurance Company Customer Privacy Inquiries
PO Box 660598
Dallas, TX 75266-0598

## Your Preference for Sharing Personal Information

We would like to share your personal information with one or more Allstate affiliates in order to make you aware of different products, services and offers they can provide. However, you can request that Allstate and its affiliate companies not share your personal information with our affiliates for marketing products and services.

To request that we not allow other Allstate affiliates to use your personal information to market their products and services, you can contact us by calling 1-800-856-2518 twenty-four hours a day, seven days a week. Please keep in mind that it may take up to four weeks to process your request.

If you previously contacted us and asked us not to allow other Allstate affiliates to use your personal information, your previous choice still applies and you do not need to contact us again. If you would like to change your previous choice please call the number above at any time.

## We Appreciate Your Business

Thank you for choosing Allstate. We understand your concerns about privacy and confidentiality, and we hope this notice has been helpful to you. We value our relationship with you and look forward to keeping you in Good Hands®.

If you have questions or would like more information, please don't hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-ALLSTATE.

We reserve the right to change our Privacy practices, procedures, and terms.

Allstate Insurance Company

Allstate entities on which behalf this notice is provided and amongst which information may be shared:

The Allstate family of companies, LSA Securities, Deerbrook General Agency, Inc., Deerbrook Insurance Company, North Light Specialty Insurance Company, Northbrook Indemnity Company.

Please Note: Allstate affiliates American Heritage Life Insurance Company, Castle Key Insurance Company and Castle Key Indemnity Company participate in information sharing with the affiliates listed above, but have a separate privacy notice for their customers.

(ed. 10/2015)

**X73180v6**

065 010 010
220309A703609
AUTR45GA20220310002622D2A-000185-024-0-00-00