IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| **RONALDA SMITH & ALLEN PARKS,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **EXHIBIT "B"** |
| **Plaintiffs,** | | |
| v. | | CIVIL ACTION FILE NO. 2023CV381261 |
| **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY** | | |
| **Defendant.** | | |

## ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT

**COMES NOW**, Allstate Property and Casualty Insurance Company, and hereby timely files this Answer to Plaintiffs' Complaint, and shows this Honorable Court the following:

### FIRST DEFENSE

The subject policy of insurance does not provide coverage for the claimed loss.

### SECOND DEFENSE

No act or omission on the part of Allstate caused or contributed to the damages alleged by Plaintiffs and thus, Plaintiffs cannot recover from Allstate.

## THIRD DEFENSE

Plaintiffs' Complaint fails to state a claim for which relief can be granted.

## FOURTH DEFENSE

Plaintiffs' Complaint fails to state a claim pursuant to O.C.G.A. §§33-4-6, 51-12.5.1, 13-6-1, 9-11-67.1 for which relief can be granted.

## FIFTH DEFENSE

In response to the specific numbered and unnumbered allegations contained in Plaintiffs' Complaint, and without waiving the defenses previously raised by Allstate, as well as those that may be raised in the future, if necessary, Allstate states the following:

1.

The allegations contained in paragraph 1 are admitted.

2.

The allegations contained in paragraph 2 are admitted.

3.

The allegations contained in paragraph 3 are denied.

4.

The allegations contained in paragraph 4 are denied.

5.

The allegations contained in paragraph 5 are denied.

6.

The allegations contained in paragraph 6 are denied.

7.

The allegations contained in paragraph 7 are denied.

8.

In response to the allegations contained in paragraph 8, Allstate shows that the subject vehicle was listed on the identified policy. The remainder of the allegations contained in paragraph 8 are denied.

9.

The allegations contained in paragraph 9 are admitted.

10.

In response to the allegations contained in paragraph 10, Allstate admits that subject to the terms, conditions, provisions and limitations contained in the subject policy, the policy provided coverage. The remainder of the allegations contained in paragraph 10 are denied.

11.

The allegations contained in paragraph 11 are admitted.

12.

In response to the allegations contained in paragraph 12, Allstate admits that it has not paid Plaintiffs the amount they demanded for the reasons set forth in this Answer. The remainder of the allegations contained in paragraph 12 are denied.

13.

The allegations contained in paragraph 13 are denied.

14.

The allegations contained in paragraph 14 are denied.

15.

The allegations contained in paragraph 15 are denied.

16.

The allegations contained in paragraph 16 are denied.

17.

The allegations contained in paragraph 17 are denied.

18.

The allegations contained in paragraph 18 are denied.

19.

In response to the allegations contained in paragraph 19 of Plaintiffs' Complaint, Allstate hereby restates and reasserts its responses to the allegations

contained in paragraphs 1 through 18 as if those responses are set forth herein verbatim.

20.

The allegations contained in paragraph 20 are denied.

21.

The allegations contained in paragraph 21 are denied.

22.

The allegations contained in paragraph 22 are denied.

23.

In response to the allegations contained in paragraph 23 of Plaintiffs' Complaint, Allstate hereby restates and reasserts its responses to the allegations contained in paragraphs 1 through 22 as if those responses are set forth herein verbatim.

24.

The allegations contained in paragraph 24 are denied.

25.

The allegations contained in paragraph 25 are denied.

26.

The allegations contained in paragraph 26 are denied.

27.

The allegations contained in paragraph 27 are denied.

28.

The allegations contained in paragraph 28 are denied.

29.

The allegations contained in paragraph 29 are denied.

30.

In response to the allegations contained in paragraph 30 of Plaintiffs' Complaint, Allstate hereby restates and reasserts its responses to the allegations contained in paragraphs 1 through 29 as if those responses are set forth herein verbatim.

31.

The allegations contained in paragraph 31 are denied.

32.

The allegations contained in paragraph 32 are denied.

33.

The allegations contained in paragraph 33 are denied.

34.

The allegations contained in paragraph 34 are denied.

35.

In response to the allegations contained in paragraph 35 of Plaintiffs' Complaint, Allstate hereby restates and reasserts its responses to the allegations contained in paragraphs 1 through 34 as if those responses are set forth herein verbatim.

36.

The allegations contained in paragraph 32 are denied.

37.

All allegations not specifically admitted herein are hereby denied.

**WHEREFORE**, having fully answered the Plaintiffs' Complaint according to information currently available to this Defendant, while expressly reserving the right to amend its Answer after discovery and after further information is obtained, Allstate Property and Casualty Insurance Company hereby demands: judgment in its favor; a trial by jury of all disputed material factual issues; costs of Court to be taxed to the Plaintiffs; and all other relief that this Honorable Court may deem appropriate.

Respectfully submitted this 17th day of July, 2023.

                                        WEBB, ZSCHUNKE, NEARY
                                               & DIKEMAN, LLP

By: */s/ Marvin D. Dikeman*
     MARVIN D. DIKEMAN
     Georgia State Bar No. 221760
     MELISSA C. MCMULLEN
     Georgia State Bar No. 187560

     ***Attorneys for Defendant***

One Securities Centre, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 264-1080 / phone
(404) 264-4520 / fax
mdikeman@wznd.net
mmcmullen@wznd.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing pleading with the Clerk of Court using Odyssey File & Serve which will automatically send e-mail notification of such filing to the following attorneys of record:

Victor Hawk, Esq.
Shawn M. Merzlak, Esq.
Tianna Bias, Esq.
Hawk Law Group
338 Telfair Street
Augusta, GA 30901
vhawk@hawklawgroup.com
smerzlak@hawklawgroup.com
tbias@hawklawgroup.com

This 17th day of July, 2023.

                                                      /s/ Marvin D. Dikeman
                                                    MARVIN D. DIKEMAN
                                                    Georgia State Bar No. 221760

                                                    ***Attorney for Defendant***

WEBB, ZSCHUNKE, NEARY
& DIKEMAN, LLP
One Securities Centre, Suite 1210
3490 Piedmont Road
Atlanta, GA 30305
(404) 264-1080 / phone
mdikeman@wznd.net



Lynn Meadows <lmeadows@wznd.net>

## Filing Submitted for Case: 2023CV381261; Ronalda Smith,Allen ParksVS.Allstate Property & Casualty Insurance Company; Envelope Number: 12683736
1 message

no-reply@efilingmail.tylertech.cloud <no-reply@efilingmail.tylertech.cloud>
To: lmeadows@wznd.net

Mon, Jul 17, 2023 at 1:50 PM



# Filing Submitted

Envelope Number: 12683736
Case Number: 2023CV381261
Case Style: Ronalda Smith,Allen ParksVS.Allstate Property & Casualty Insurance Company

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| Court | Fulton - Superior Court |
| Date/Time Submitted | 7/17/2023 1:50 PM EST |
| Filing Type | ANSWER/RESPONSE |
| Filing Description | Allstate Property and Casualty Insurance Company's Answer to Plaintiffs' Complaint |
| Type of Filing | EFileAndServe |
| Filed By | Lynn Meadows |
| Filing Attorney | Marvin Dikeman |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.
If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |

This envelope is pending review and fees may change.
| | |
|---|---|
| Case Fee Information | $25.72 |
| Payment Service Fees | $0.72 |
| E-File Fees | $25.00 |
| ANSWER/RESPONSE | $0.00 |

**Total:**$25.72 (The envelope still has pending filings and the fees are subject to change)

| Document Details | |
|---|---|
| Lead Document | 23.07.17 - Pleading - Allstate's Answer.pdf |
| Lead Document Page Count | 9 |
| File Copy | Download Document |
| This link is active for 45 days. | |

For technical assistance, contact your service provider