IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALDA SMITH and,<br>ALLEN PARKS,<br><br>   Plaintiff,<br><br>v.<br><br>ALLSTATE PROPERTY & CASUALTY<br>INSURANCE COMPANY,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No._____<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF MARVIN D. DIKEMAN

COMES NOW, Marvin D. Dikeman, who after being duly sworn, deposes and states as follows:

1.

I am more than eighteen (18) years of age and suffer from no legal disability. The contents of this Affidavit are based on my personal knowledge.

2.

I have been practicing law for over thirty-five (35) years in the State of Georgia. I am a partner at the law firm of Webb, Zschunke, Neary & Dikeman, LLP.

3.

I am counsel of record for Defendant Allstate Property & Casualty Insurance Company in the above-styled action. The purpose of this Affidavit is to support Defendant Allstate Property & Casualty Insurance Company's Notice of Removal.

4.

In the Complaint, Plaintiffs explicitly seek recovery of more than $169,000.00.

5.

The factual representations contained in the Notice of Removal are true and correct and based on my own personal knowledge.

FURTHER AFFIANT SAYETH NOT.

_____
MARVIN D. DIKEMAN

Sworn to and subscribed before me, this 17th day of July, 2023.

_____
Notary Public
My Commission Expires: 06/26/2026

Lynn Renae Meadows
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires
06/26/2026

2