IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALDA SMITH and,<br>ALLEN PARKS,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE PROPERTY & CASUALTY<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No._____ |

## JURY DEMAND

COMES NOW, Defendant Allstate Property & Casualty Insurance Company, and within the time provided by law demand a trial by jury on all issues of fact.

Respectfully submitted this 17th day of July, 2023.

                                      WEBB, ZSCHUNKE, NEARY,
                                      & DIKEMAN, LLP

             By:    */s/ Marvin D. Dikeman*
                                   MARVIN D. DIKEMAN
                                   Georgia State Bar No. 221760
                                   MELISSA C. MCMULLEN
                                   Georgia State Bar No. 187560

                                   ***Attorneys for Defendant Allstate Property***
                                   ***& Casualty Insurance Company***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA  30305
Telephone: 404.264.1080
Telecopier: 404.264.4520
mdikeman@wznd.net
mmcmullen@wznd.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **JURY DEMAND** (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys:

Victor Hawk, Esq.
Shawn M. Merzlak, Esq.
Tianna Bias, Esq.
Hawk Law Group
338 Telfair Street
Augusta, GA 30901
vhawk@hawklawgroup.com
smerzlak@hawklawgroup.com
tbias@hawklawgroup.com

This 17th day of July, 2023.


By:   */s/ Marvin D. Dikeman*
      MARVIN D. DIKEMAN
      Georgia State Bar No. 221760

      ***Attorney for Defendant Allstate Property and Casualty Insurance Company***

**WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP**
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA  30305
Telephone: 404.264.1080
Telecopier: 404.264.4520
mdikeman@wznd.net