EXHIBIT A

ID# E-EWKUJJH2-ZFZ
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2614**

**JUN 14, 2023 11:30 AM**

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SANEATHA WILLIAMS, | ) |
|     Plaintiff, | ) Civil Action File No. _____ |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| RONALD DEAN DENISON, | ) |
|     Defendant. | ) |

## COMPLAINT

COMES NOW Saneatha Williams, Plaintiff, and files this Complaint as follows:

1.

Saneatha Williams (hereinafter "Plaintiff") sustained bodily injuries as a result of a motor vehicle collision that occurred on June 4, 2022 on I-285 Expressway in Atlanta, Cobb, Georgia. Plaintiff brings this action to recover damages directly and proximately caused from that collision. Plaintiff is a resident of the State of Georgia.

2.

On June 4, 2022, Plaintiff was traveling northbound on I-285 Expressway at the intersection of South Cobb Drive when Ronald Dean Denison improperly changed lanes and caused the collision with Plaintiff's vehicle.

3.

Defendant Ronald Dean Denison ("Denison") resides at 4075 Holt Road, Lot 208, Holt, Michigan 48842 and may be served with a copy of the summons and complaint at this address.

4.

Jurisdiction is proper in this Court for the Defendant.

5.

Venue is proper in this Court for the Defendant.

6.

Defendant has been lawfully served with plaintiff's complaint.

7.

Plaintiff was injured as a direct result of this subject collision.



EXHIBIT A

8.

The sole cause of the subject collision was the negligence of Ronald Dean Denison.

9.

Defendant's negligence proximately caused Plaintiff's injuries.

10.

Plaintiff is entitled to recover all economic damages, including without limitation, all medical expenses and lost wages, as well as all non-economic damages, including without limitation, loss of enjoyment of life, and physical and emotional pain and suffering.

11.

By reason of the foregoing, Plaintiff is entitled to recover compensatory damages from Defendant in an amount to be proven at trial.

12.

Defendant is responsible for the injuries and damages to Plaintiff.

13.

Defendant is responsible for fairly compensating Plaintiff for the injuries and damages caused by the collision.

14.

Plaintiff does not consent to receiving pleadings or other court filings by email only.

15.

No other person or entity caused or contributed to the cause of this subject collision.

WHEREFORE, Plaintiff prays for trial on all issues and judgment against Defendant as follows:

(A)    That Plaintiff recover the full value of her special damages in an amount to be proven at trial;

(B)    That Plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(C)    That Plaintiff recover such other and further relief as is just and proper;

(D)    That all issues be tried before a jury.

[signature on following page]

EXHIBIT A

This 14th day of June, 2023.

        WOOD CRAIG MILLER, LLC

        */s/ Brian W. Craig*
        Brian W. Craig
        Georgia Bar No. 143196
        Attorney for Plaintiff

3520 Piedmont Road, N.E., Suite 280
Atlanta, GA 30305
(404) 888-9962
(470) 552-3649 (FAX)
brian@woodcraig.com

EXHIBIT A

ID# E-EWKUJJH2-LU4
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2614**

JUN 14, 2023 11:30 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SANEATHA WILLIAMS, | ) |
| Plaintiff, | ) Civil Action File No. _____ |
| v. | ) |
| RONALD DEAN DENISON, | ) |
| Defendant. | ) |

## RULE 5.2 CERTIFICATE OF DISCOVERY

Pursuant to U.S.C.R. 5.2, I, Brian W. Craig, Counsel for Plaintiff, certify that I have this day served a copy of *Plaintiff's First Request for Admissions, Interrogatories, and Request for Production of Documents* to Defendant by placing same in the United States Mail, postage prepaid, addressed as follows:

>Ronald Dean Denison
>4075 Holt Road, Lot 208
>Holt, Michigan 48842

This 14th day of June, 2023.

WOOD CRAIG MILLER, LLC

*/s/ Brian W. Craig*
Brian W. Craig
Georgia Bar No. 143196
Attorney for Plaintiff

3520 Piedmont Road, N.E., Suite 280
Atlanta, GA 30305
(404) 888-9962
(470) 552-3649 (FAX)
brian@woodcraig.com

1

EXHIBIT A

EXHIBIT A

```
# E-H5JACKRQ-WQF
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

23-A-2614

JUN 21, 2023 09:52 AM

[signature]
Robin C. Bishop, Clerk of State Court
Cobb County, GA

State Court
```

## AFFIDAVIT OF SERVICE

**State of Georgia**                                **County of Cobb**

Case Number: 23-A-2614

Plaintiff:
**SANEATHA WILLIAMS**

vs.

Defendant:
**RONALD DEAN DENISON**

For:
Brian Craig
Wood Craig Miller, LLC.
3520 Piedmont Road, N.E.
Suite 280
Atlanta, GA 30305

Received by Absolute Legal Services to be served on **Ronald Dean Denison, 4075 Holt Road, Lot 208, Holt, MI 48842.**

I, Cristal Casler, being duly sworn, depose and say that on the **17th** day of **June, 2023** at **1:25 pm**, I:

**PERSONALLY** served Ronald Dean Denison at the address of 4075 Holt Road, Lot 208, Holt, MI 48842 with the following: **SUMMONS; COMPLAINT; RULE 5.2 CERTIFICATE OF DISCOVERY; PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS, INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT; ORDER TO APPOINT SPECIAL PROCESS SERVER.**

Description of Person Served: Age: 68, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 200, Hair: Gray

I certify that I am a citizen of the United States over the age of 18 and have no interest in the above-styled case.

Signed and sworn before me on the 20th day of
June, 2023 by the affiant who is
personally known to me or produced identification.

[signature]
NOTARY PUBLIC

Cristal Casler
Process Server

Absolute Legal Services
930 New Hope Road
Suite 11-110
Lawrenceville, GA 30045
(770) 736-8106

NICHOLAS HENSON
NOTARY PUBLIC, STATE OF MI
COUNTY OF INGHAM
MY COMMISSION EXPIRES Nov 30, 2025
ACTING IN COUNTY OF Ingham

Our Job Serial Number: RBC-2023001332
Ref: WILLIAMS

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2k

EXHIBIT A

EXHIBIT A

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

ID# E-BN3CZLDZ-EQF
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-2614**
JUL 17, 2023 11:59 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

SANEATHA WILLIAMS,

Plaintiff,

v.

RONALD DEAN DENISON,

Defendant.

Civil Action No. 23-A-2614

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT RONALD DEAN DENISON TO PLAINTIFF'S COMPLAINT

**COMES NOW RONALD DEAN DENISON** hereinafter ("Defendant"), by and through undersigned counsel, and files this Answer and Defenses to Plaintiff Saneatha Williams' ("Plaintiff") Complaint for Damages, and provides the following in support:

### FIRST DEFENSE

Plaintiff's Complaint fail to state a claim against Defendant upon which relief may be granted.

### SECOND DEFENSE

If it is judicially determined that Defendant is liable for any injuries sustained by Plaintiff, which is denied, then Defendant states that any injuries so sustained were caused, in whole or in part, by the Plaintiff's own negligence and/or fault, and/or assumption of the risk, and that Plaintiff's damages therefore should be reduced by the percentage commensurate with the degree of negligence or fault attributable to Plaintiff or barred completely.

### THIRD DEFENSE

Pursuant to O.C.G.A. § 51-12-33(a) and (b), any damages recoverable by Plaintiff must be apportioned among each person or entity that caused or contributed to the alleged damages



EXHIBIT A

based on the percentages of fault assigned by the trier of fact.

## FOURTH DEFENSE

Plaintiff is not entitled to recover from Defendant because the damages alleged in Plaintiff's Complaint, if any, are too remote, speculative, non-existence, and/or excessive.

## FIFTH DEFENSE

Plaintiff's claims against Defendant fail for lack of proximate cause.

## SIXTH DEFENSE

Pending further investigation and discovery, Defendant reserves the right to assert all applicable affirmative defenses provided under the Georgia Civil Practice Act.

## SEVENTH DEFENSE

Defendant asserts the defenses of contributory and comparative negligence.

## EIGHTH DEFENSE

Venue is improper in the State Court of Cobb County.

## NINTH DEFENSE

Jurisdiction is improper in the State of Georgia.

## TENTH DEFENSE

Subject to the foregoing defenses, Defendant hereby responds to the Plaintiff's Complaint as follows:

## RESPONSES TO INDIVIDUAL PARAGRAPHS

1.

Defendant denies the allegations contained within Paragraph 1 of Plaintiff's Complaint as pled.

2.

2

EXHIBIT A

EXHIBIT A

Defendant denies the allegations contained within Paragraph 2 of Plaintiff's Complaint.

3.

Defendant admits the allegations contained within Paragraph 3 of Plaintiff's Complaint.

4.

Defendants denies the allegations contained within Paragraph 4 of Plaintiff's Complaint.

5.

Defendant denies the allegations contained within Paragraph 5 of Plaintiff's Complaint.

6.

Defendant lacks sufficient information and belief to respond to the allegations contained within Paragraph 6 of Plaintiff's Complaint as pled. As such, it is denied.

7.

Defendant lacks sufficient information and belief to respond to the allegations contained within Paragraph 7 of Plaintiff's Complaint as pled. As such, it is denied.

8.

Defendant denies the allegations contained within Paragraph 8 of Plaintiff's Complaint.

9.

Defendant denies the allegations contained within Paragraph 9 of Plaintiff's Complaint.

10.

Defendant denies the allegations contained within Paragraph 10 of Plaintiff's Complaint.

11.

Defendant denies the allegations contained within Paragraph 11 of Plaintiff's Complaint.

12.

Defendant denies the allegations contained within Paragraph 12 of Plaintiff's Complaint.

EXHIBIT A

13.

Defendant denies the allegations contained within Paragraph 13 of Plaintiff's Complaint.

14.

Paragraph 14 of Plaintiff's Complaint does not call for a response. As such, it is denied.

15.

Defendant denies the allegations contained within Paragraph 15 of Plaintiff's Complaint.

**WHEREFORE**, having fully responded to Plaintiff's Complaint, Defendant prays as follows:

(a) That it be discharged without liability to Plaintiff;

(b) That all costs be assessed against Plaintiff;

(c) That this Court enter such other and further relief as it deems just and proper.

### DEMAND FOR TRIAL BY JURY

Defendant demands a trial by jury of 12 persons.

This the 17th day of July, 2023.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Michael G. DeLeva*
W. JASON PETTUS (GA Bar No. 140852)
jason.pettus@mgclaw.com
Michael G. DeLeva (GA Bar No. 561076)
Michael.DeLeva@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 510-1521
*Attorneys for Ronald Dean Denison*

EXHIBIT A

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Answer to Complaint* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

>Email: brian@woodcraig.com
>Brian W. Craig
>Wood Craig Miller, LLC
>3520 Piedmont Rd NE, Suite 280
>Atlanta, GA 30305
>Attorney for Saneatha Williams

This the 17th day of July, 2023.

>MCANGUS GOUDELOCK & COURIE, LLC
>
>*/s/ Michael G. DeLeva*
>W. JASON PETTUS (GA Bar No. 140852)
>jason.pettus@mgclaw.com
>Michael G. DeLeva (GA Bar No. 561076)
>Michael.DeLeva@mgclaw.com
>Post Office Box 57365
>270 Peachtree Street, NW, Suite 1800 (30303)
>Atlanta, Georgia 30343
>(678) 510-1521
>*Attorneys for Ronald Dean Denison*

EXHIBIT A

ID# E-BN3CZLDZ-GBQ
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2614**

JUL 17, 2023 11:59 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SANEATHA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>RONALD DEAN DENISON,<br><br>Defendant. | Civil Action No. 23-A-2614 |

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Rule 5.2 of the Georgia Uniform Superior Court Rules, this is to certify that I have this date served a true and correct copy of the following ***Ronald Dean Denison's Responses to Plaintiff's First Request for Admissions*** upon all parties to this matter by electronic service addressed as follows:

> Email: blair@woodcraig.com
> Brian W. Craig
> Wood Craig Miller, LLC
> 3520 Piedmont Rd NE, Suite 280
> Atlanta, GA 30305
> Attorney for Saneatha Williams

This the 17th day of July, 2023.

                MCANGUS GOUDELOCK & COURIE, LLC

                */s/ Michael G. DeLeva*
                W. JASON PETTUS (GA Bar No. 140852)
                jason.pettus@mgclaw.com
                Michael G. DeLeva (GA Bar No. 561076)
                Michael.DeLeva@mgclaw.com

EXHIBIT A



EXHIBIT A

Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 510-1521
*Attorneys for Ronald Dean Denison*