EXHIBIT C

ID# E-H5JACKRQ-WQF
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-2614**
JUN 21, 2023 09:52 AM

Robin C. Bishop, Clerk of State Court, Cobb County, GA

## AFFIDAVIT OF SERVICE

State of Georgia   County of Cobb   State Court

Case Number: 23-A-2614

Plaintiff:
**SANEATHA WILLIAMS**

vs.

Defendant:
**RONALD DEAN DENISON**

For:
Brian Craig
Wood Craig Miller, LLC.
3520 Piedmont Road, N.E.
Suite 280
Atlanta, GA 30305

Received by Absolute Legal Services to be served on **Ronald Dean Denison, 4075 Holt Road, Lot 208, Holt, MI 48842**.

I, Cristal Casler, being duly sworn, depose and say that on the **17th** day of **June, 2023** at **1:25 pm**, I:

**PERSONALLY** served Ronald Dean Denison at the address of 4075 Holt Road, Lot 208, Holt, MI 48842 with the following: **SUMMONS; COMPLAINT; RULE 5.2 CERTIFICATE OF DISCOVERY; PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS, INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT; ORDER TO APPOINT SPECIAL PROCESS SERVER.**

**Description** of Person Served: Age: 68, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 200, Hair: Gray

I certify that I am a citizen of the United States over the age of 18 and have no interest in the above-styled case.

Signed and sworn before me on the 20th day of
June, 2023 by the affiant who is
personally known to me or produced identification.

_____
NOTARY PUBLIC

NICHOLAS HENSON
NOTARY PUBLIC, STATE OF MI
COUNTY OF INGHAM
MY COMMISSION EXPIRES Nov 30, 2025
ACTING IN COUNTY OF Ingham

Cristal Casler
Process Server

Absolute Legal Services
930 New Hope Road
Suite 11-110
Lawrenceville, GA 30045
(770) 736-8106

Our Job Serial Number: RBC-2023001332
Ref: WILLIAMS

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2k

EXHIBIT C