# GEORGIA MOTOR VEHICLE CRASH REPORT

EXHIBIT D

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 22043932 | 0330200 | COBB | 6/6/2022 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 6/4/2022 | 21:00 | 6/4/2022 | 21:05 | 6/4/2022 | 21:29 | 2 | 0 | 0 | |

**Road of Occurence:** I 285 EXPY
**At Its Intersection With:** S COBB DR
**Not At Its Intersection But:** ☐ Miles ☐ North ☐ East ☐ Feet ☐ South ☐ West **Of:**
**Latitude (Y):** 33.832430   **Longitude (X):** -84.486130

☐ Suppl. To Original?
☐ Private Property?
☐ Hit And Run?

## Unit # 1
☑ Driver ☐ Ped ☐ Bike
☑ Susp At Fault

- **LAST NAME:** DENISON  **FIRST:** RONALD  **MIDDLE:** DEAN
- **Address:** 4075 HOLT RD 208
- **City:** MARIETTA  **State:** MI  **Zip:** 48842  **DOB:** [redacted]
- **Driver's License No:** D525744139977  **Class:** CLASS A  **State:** MI  **Country:** US
- **Insurance Co.:** FALLS LAKE NATIONAL  **Policy No.:** FLTRK00000065601  **Telephone No.:**
- **Year:** 1997  **Make:** FREIGHTLINER CORP  **Model:** FLD120
- **VIN:** 1FUPCSZB8VP712219  **Vehicle Color:** Silver
- **Tag #:** RB54059  **State:** MI  **County:**  **Year:** 2022
- **Trailer Tag #:**  **State:**  **County:**  **Year:**
- ☐ Same as Driver  **Owner's Last Name:**  **First:**  **Middle:**
- **Address:**
- **City:**  **State:**  **Zip:**
- **Removed By:** DRIVER  ☐ Request ☐ List
- **Alcohol Test:** No  **Type:** Not Tested  **Results:** None Given  **Drug Test:** No  **Type:**  **Results:**
- **First Harmful Event:** Motor Vehicle In Motion
- **Most Harmful Event:** Motor Vehicle In Motion
- **Operator/Ped Cond:** Not Drinking
- **Operator Factors:** Failed to Yield
- **Vehicle Factors:** No Contributing Factors  **Roadway Factors:** Traffic Congestion
- **Direction of Travel:** North  **Vehicle Maneuver:** Changing Lanes  **Non-Motor Maneuver:**
- **Vehicle Class:** Commercial Motor Vehicle (CMV)  **Vehicle Type:** Tractor/Trailer  **Vision Obscured:** Not Obscured
- **Number of Occupants:** 1  **Area of Initial Contact:** Left Side-Center  **Damage to Vehicle:** Minor Damage
- **Traffic Way Flow:** Two-Way Trafficway with a physical barrier  **Road Composition:** Black Top  **Road Character:** Straight and Level
- **Number of Lanes:** 4  **Posted Speed:** 60  **Work Zone:** None
- **Traffic Control:** Lanes  **Device Inoperative:** ☐ Yes ☑ No

**Citation Information:**
- Citation # 3927602   O.C.G.A. § 40-6-48
- Citation #              O.C.G.A. §
- Citation #              O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY
- **Carrier Name:** ALR TRUCKING
- **Address:** 1994 CARLAND RD  **City:** OWOSSO  **State:**  **Zip:**
- **U.S. D.O.T. #:** 1861665  **No. of Axles:** 6  **G.V.W.R:** 26001 or Greater
- **Cargo Body Type:** Van Enclosed-Box  **Vehicle Config.:** Tractor Trailer  ☑ Interstate ☐ Intrastate  **Fed. Reportable:** ☑ Yes ☐ No
- **C.D.L.?** ☐ Yes ☑ No  **C.D.L. Suspended?** ☐ Yes ☑ No
- **Vehicle Placarded?** ☐ Yes ☑ No  **Hazardous Materials?** ☐ Yes ☑ No
- **Hazmat Released?** ☐ Yes ☑ No
- If YES: Name or 4 Digit Number from Diamond or Box:
- One Digit Number from Bottom of Diamond:
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

## Unit # 2
☑ Driver ☐ Ped ☐ Bike
☐ Susp At Fault

- **LAST NAME:** WILLIAMS  **FIRST:** SANEATHA  **MIDDLE:** N
- **Address:** 2328 CAMPBELLTON RD SW U3
- **City:** ATLANTA  **State:** GA  **Zip:** 30311463  **DOB:** [redacted]
- **Driver's License No:** 051919107  **Class:** CLASS C  **State:** GA  **Country:** US
- **Insurance Co.:** ROOT INSURANCE  **Policy No.:** W8DF49  **Telephone No.:**
- **Year:** 2013  **Make:** JEEP  **Model:** COMPASS
- **VIN:** 1C4NJCBA9DD169247  **Vehicle Color:** Unknown
- **Tag #:** TCX8032  **State:** GA  **County:** FULTON  **Year:** 2023
- **Trailer Tag #:**  **State:**  **County:**  **Year:**
- ☑ Same as Driver  **Owner's Last Name:** WILLIAMS  **First:** SANEATHA  **Middle:** N
- **Address:** 2328 CAMPBELLTON RD SW U3
- **City:** ATLANTA  **State:** GA  **Zip:** 303114630
- **Removed By:** DRIVER  ☐ Request ☐ List
- **Alcohol Test:** No  **Type:** Not Tested  **Results:** None Given  **Drug Test:** No  **Type:**  **Results:**
- **First Harmful Event:** Motor Vehicle In Motion
- **Most Harmful Event:** Motor Vehicle In Motion
- **Operator/Ped Cond:** Not Drinking
- **Operator Factors:** No Contributing Factors
- **Vehicle Factors:** No Contributing Factors  **Roadway Factors:** Traffic Congestion
- **Direction of Travel:** North  **Vehicle Maneuver:** Straight  **Non-Motor Maneuver:**
- **Vehicle Class:** Privately Owned  **Vehicle Type:** Sports Utility Vehicle (SUV)  **Vision Obscured:** Not Obscured
- **Number of Occupants:** 1  **Area of Initial Contact:** Right Side-Center  **Damage to Vehicle:** Functional Damage
- **Traffic Way Flow:** Two-Way Trafficway with a physical barrier  **Road Composition:** Black Top  **Road Character:** Straight and Level
- **Number of Lanes:** 4  **Posted Speed:** 60  **Work Zone:** None
- **Traffic Control:** Lanes  **Device Inoperative:** ☐ Yes ☑ No

**Citation Information:**
- Citation #              O.C.G.A. §
- Citation #              O.C.G.A. §
- Citation #              O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY
- **Carrier Name:**
- **Address:**  **City:**  **State:**  **Zip:**
- **U.S. D.O.T. #:**  **No. of Axles:**  **G.V.W.R:**
- **Cargo Body Type:**  **Vehicle Config.:**  ☐ Interstate ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☐ No
- **C.D.L.?** ☐ Yes ☐ No  **C.D.L. Suspended?** ☐ Yes ☐ No
- **Vehicle Placarded?** ☐ Yes ☐ No  **Hazardous Materials?** ☐ Yes ☐ No
- **Hazmat Released?** ☐ Yes ☐ No
- If YES: Name or 4 Digit Number from Diamond or Box:
- One Digit Number from Bottom of Diamond:
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

EXHIBIT D

GDOT-523 (07/17)

EXHIBIT D

## COLLISION FIELDS

| Manner of Collision: Sideswipe-Same Direction | Location at Area of Impact: On Roadway - Non-Intersection | Weather: Clear | Surface Condition: Dry | Light Condition: Dark-Not Lighted |
|---|---|---|---|---|

## NARRATIVE

Added :Jun 5 2022 12:41AM
Vehicle 2 was traveling north on I 285 north bound in the number 3 lane. Vehicle 1 was traveling north on I 285 north bound in the number 4 lane beside vehicle 2. Vehicle 1 attempted a lane change into the number 3 lane when the left side of vehicle 1 struck the right side of vehicle2.
Driver 1 stated he did not see vehicle 2. Driver 1 stated no injuries.Driver 2 stated that there was a vehicle to the left of her and she did not have anywhere to go. Driver 2 stated no injuries.The witness stated she was in the number 2 lane beside vehicle 2 when vehicle 1 attempted a lane change from the number 4 lane to the number 3 lane.I observed significant damage to the right of vehicle 2. I observed several scratches to the left of vehicle 1. Due to the testimonial evidence of the drivers and witness along with the physical evidence I observed, I concluded the primary contributing factor of the collision to be driver 1 changing lanes improperly. Driver 1 was cited with "improper lane change" (citation# 3927602)Driver 1 phone#: 517-719-2182
Driver 2 phone#: 404-482-5830

## DIAGRAM



## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle: | Owner: |
|---|---|

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| HARVIN, ERIN | 2921 MEADE CIR | MARIETTA | Georgia | 30067 | 4043536167 |

EXHIBIT D

EXHIBIT D

## OCCUPANT INFORMATION

### 1
| Name (Last, First): DENISON, RONALD | | | | | Address: 4075 HOLT RD 208 MARIETTA, MI 48842 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: ■ | Sex: Male | Unit #: 1 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | EMS Arrival Time: | | | Hospital Arrival Time: | |

### 2
| Name (Last, First): WILLIAMS, SANEATHA | | | | | Address: 2328 CAMPBELLTON RD SW U3 ATLANTA, GA 303114630 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: ■ | Sex: Female | Unit #: 2 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | EMS Arrival Time: | | | Hospital Arrival Time: | |

### 3
| Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time: | EMS Arrival Time: | | | Hospital Arrival Time: | |

### 4
| Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time: | EMS Arrival Time: | | | Hospital Arrival Time: | |

## ADMINISTRATIVE

| Photos Taken: ☐ Yes ☑ No | By: | *Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.* |
|---|---|---|

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| Sungard, Cobb Co PD Trans () | Cobb County Police Department | 06/06/2022 00:01 | DENSON, | 6/5/2022 |

GDOT-523 (07/17)   [Printed: 6/6/2022 | 8561859]   *MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 United Ave, SE, Atlanta, GA 30316-2590*

EXHIBIT D