IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| SANEATHA WILLIAMS<br><br>Plaintiff,<br><br>v.<br><br>RONALD DEAN DENISON<br><br>Defendant. | Civil Action No. _____ |

**ANSWER AND AFFIRMATIVE DEFENSES OF**
**DEFENDANT RONALD DEAN DENISON TO PLAINTIFF'S COMPLAINT**

**COMES NOW RONALD DEAN DENISON** hereinafter ("Defendant"), by and through undersigned counsel, and files this Answer and Defenses to Plaintiff Saneatha Williams' ("Plaintiff") Complaint for Damages, and provides the following in support:

**FIRST DEFENSE**

Plaintiff's Complaint fail to state a claim against Defendant upon which relief may be granted.

## SECOND DEFENSE

If it is judicially determined that Defendant is liable for any injuries sustained by Plaintiff, which is denied, then Defendant states that any injuries so sustained were caused, in whole or in part, by the Plaintiff's own negligence and/or fault, and/or assumption of the risk, and that Plaintiff's damages therefore should be reduced by the percentage commensurate with the degree of negligence or fault attributable to Plaintiff or barred completely.

## THIRD DEFENSE

Pursuant to O.C.G.A. § 51-12-33(a) and (b), any damages recoverable by Plaintiff must be apportioned among each person or entity that caused or contributed to the alleged damages based on the percentages of fault assigned by the trier of fact.

## FOURTH DEFENSE

Plaintiff is not entitled to recover from Defendant because the damages alleged in Plaintiff's Complaint, if any, are too remote, speculative, non-existence, and/or excessive.

## FIFTH DEFENSE

Plaintiff's claims against Defendant fail for lack of proximate cause.

## SIXTH DEFENSE

Defendant asserts the defenses of contributory and comparative negligence.

## SEVENTH DEFENSE

Venue is improper in the State Court of Cobb County. By way of further answer, Defendant is a citizen of the State of Michigan.

## EIGHTH DEFENSE

Jurisdiction is improper in the State Court of Cobb County, Georgia. By way of further answer, Defendant is a citizen of the State of Michigan.

## NINTH DEFENSE

Pending further investigation and discovery, Defendant reserves the right to assert all applicable affirmative defenses provided under the Federal Rules of Civil Procedure.

## TENTH DEFENSE

Subject to the foregoing defenses, Defendant hereby responds to the Plaintiff's Complaint as follows:

## RESPONSES TO INDIVIDUAL PARAGRAPHS

1.

Defendant denies the allegations contained within Paragraph 1 of Plaintiff's Complaint as pled.

EXHIBIT E

2.

Defendant denies the allegations contained within Paragraph 2 of Plaintiff's Complaint.

3.

Defendant admits the allegations contained within Paragraph 3 of Plaintiff's Complaint. By way of further answer, Defendant is a citizen of the State of Michigan.

4.

Defendants denies the allegations contained within Paragraph 4 of Plaintiff's Complaint.

5.

Defendant denies the allegations contained within Paragraph 5 of Plaintiff's Complaint.

6.

Defendant is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7.

Defendant is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8.

Defendant denies the allegations contained within Paragraph 8 of Plaintiff's Complaint.

9.

Defendant denies the allegations contained within Paragraph 9 of Plaintiff's Complaint.

10.

Defendant denies the allegations contained within Paragraph 10 of Plaintiff's Complaint.

11.

Defendant denies the allegations contained within Paragraph 11 of Plaintiff's Complaint.

12.

Defendant denies the allegations contained within Paragraph 12 of Plaintiff's Complaint.

13.

Defendant denies the allegations contained within Paragraph 13 of Plaintiff's Complaint.

14.

Paragraph 14 of Plaintiff's Complaint does not call for a response. As such, it is denied.

15.

Defendant denies the allegations contained within Paragraph 15 of Plaintiff's Complaint.

**WHEREFORE**, having fully responded to Plaintiff's Complaint, Defendant prays as follows:

(a) That it be discharged without liability to Plaintiff;

(b) That all costs be assessed against Plaintiff;

(c) That this Court enter such other and further relief as it deems just and proper.

## **DEMAND FOR TRIAL BY JURY**

Defendant demands a trial by jury of 12 persons.

This the 17th day of July, 2023.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ W. Jason Pettus*
W. JASON PETTUS (GA Bar No. 140852)
jason.pettus@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 510-1687
*Attorney for Ronald Dean Denison*

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This the 17th day of June, 2023.

MCANGUS GOUDELOCK & COURIE, LLC


*/s/ W. Jason Pettus*
W. JASON PETTUS (GA Bar No. 140852)
Jason.Pettus@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 510-1687
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Answer and Defenses* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

>Brian W. Craig
>Wood Craig Miller, LLC
>3520 Piedmont Rd NE, Suite 280
>Atlanta, GA 30305
>Attorney for Saneatha Williams

This the 17th day of June, 2023.

                    MCANGUS GOUDELOCK & COURIE, LLC

                    */s/ W. Jason Pettus*
                    W. JASON PETTUS (GA Bar No. 140852)
                    Jason.Pettus@mgclaw.com
                    Post Office Box 57365
                    270 Peachtree Street, NW, Suite 1800 (30303)
                    Atlanta, Georgia 30343
                    (678) 510-1687
                    Attorney for Defendant