**EXHIBITS**

Exhibit "A"          I-130 Approval Notice for Nelson Nela Maniama

Exhibit "B"          Copy of Plaintiffs' CEAC Portal showing visa fee payment on
                     February 13, 2020.

Exhibit "C"          Copy of January 26, 2021 CEAC message indicating Plaintiffs'
                     case is documentarily qualified.

Exhibit "D"          Copy of May 25, 2022 NVC email to Plaintiff Maniama
                     notifying him of consular interview for March 31, 2022

Exhibit "E"          Plaintiff Maniama's June 1, 2022 inquiry to the NVC

Exhibit "F"          Plaintiff's Counsel's March 21, 2023 inquiry to the NVC

Exhibit "G"          Copy of May 2022 Visa Bulletin

Exhibit "H"          Copy of June 2023 Visa Bulletin

# Exhibit A

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| WAC1790459633 | 1130 - PETITION FOR ALIEN RELATIVE |

| Received Date | Priority Date | Petitioner A062 015 326 |
|---|---|---|
| 09/08/2017 | 09/08/2017 | NELA MANIAMA, NELSON |

| Notice Date | Page | Beneficiary |
|---|---|---|
| 11/25/2019 | 1 of 1 | ADIMOSI, JUDITH JORMENE |

|  |  |
|---|---|
| NELSON NELA MANIAMA<br><br>CLARKSTON GA | **Notice Type:** Approval Notice<br>Section: Husband or wife of permanent resident,<br>203(a)(2)(A) INA |

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 30 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include in the body of the e-mail your name and date of birth, and the Applicant's (beneficiary's) name and date of birth.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111



**USCIS Contact Center: www.uscis.gov/contactcenter**

FORM I-797 [REV. 08/01/16]

# Exhibit B



# Payment Receipts for IV Case KIN2020543001
# IV Fee Payment Receipt Details

**Principal Applicant** JUDITH JORMENE ADIMOSI
**Payment of Services Initiated** 13-FEB-2020 10:40:01
**Payment Processed Date** 14-FEB-2020
**Payment Amount** $650.00
**Payer** MANIAMA, NELSON N
**Payer Email** n*************@gmail.com
**Transaction ID** 26NH0KCF

| Applicant | IV Fee Payment Status | Fee Amount |
|---|---|---|
| J.N. | PAID | $325.00 |
| JUDITH JORMENE ADIMOSI | PAID | $325.00 |

# Next Steps

If your payment status shows that it is IN PROCESS, wait two to three business days for the payment to clear. Then sign into the system again to check for a status update.

If your payment status shows a status other than IN PROCESS or PAID, sign in to the Immigrant Visa Invoice Payment Center page https://ceac.state.gov/CTRAC/Invoice/Signon.aspx and click on Get Help.

If you receive a notice that your case has entered termination, **do not attempt to pay any fees**. You must contact the National Visa Center (NVC). You can find NVC contact information at nvc.state.gov/inquiry.

When the IV fee payment status is PAID, visit nvc.state.gov/260 for instructions on continuing the processing of your immigrant visa petition.

**IMPORTANT NOTES:**

- If you decide to file Form I-601A, Application for Provisional Unlawful Presence Waiver with USCIS, you must include a copy of this fee payment receipt or USCIS will reject your Form I-601A.
- Please keep this receipt for your records. If you can't print the receipt now, return to the Receipt Screen and email a copy to an address where you can print it later.
- Do not let more than one-year pass from the date your visa becomes available per the Final Action Date for your visa without contacting the

NVC about your immigrant visa petition or login to the CEAC portal. If a period of one-year passes from the last date of contact, all submitted forms and fees will expire and you must resubmit them to resume processing.

[Get Help]

## Next Steps

If your payment status shows that it is IN PROCESS, wait two to three business days for the payment to clear. Then sign into the system again to check for a status update.

If your payment status shows a status other than IN PROCESS or PAID, sign in to the Immigrant Visa Invoice Payment Center page https://ceac.state.gov/CTRAC/Invoice/Signon.aspx and click on Get Help.

If you receive a notice that your case has entered termination, **do not attempt to pay any fees**. You must contact the National Visa Center (NVC). You can find NVC contact information at nvc.state.gov/inquiry

When the IV fee payment status is PAID, visit nvc.state.gov/260 for instructions on continuing the processing of your immigrant visa petition.

**IMPORTANT NOTES:**

- If you decide to file Form I-601A, Application for Provisional Unlawful Presence Waiver with USCIS, you must include a copy of this fee payment receipt or USCIS will reject your Form I-601A.
- Please keep this receipt for your records. If you can't print the receipt now, return to the Receipt Screen and email a copy to an address where you can print it later.
- Do not let more than one-year pass from the date your visa becomes available per the Final Action Date for your visa without contacting the NVC about your immigrant visa petition or login to the CEAC portal. If a period of one-year passes from the last date of contact, all submitted forms and fees will expire and you must resubmit them to resume processing.

[Print Receipt]                    [Email Receipt]                    [Finish]

# Exhibit C



 Home | Contact Us | Sign Out

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

HOME | MESSAGES

CASE NUMBER: KIN2020543001
PRINCIPAL APPLICANT: JUDITH JORMENE ADIMOSI

# Messages

You cannot reply to message(s) from here. You can provide comments to post for rejected documents when uploading the replacement document.

Inbox

| Subject | Date |
|---|---|
| **All required applicant documents have been received and approved** | 26-JAN-2021 02:51:25 EST |
| Tax Returns | 09-DEC-2020 08:22:59 EST |
| I-864 | 09-DEC-2020 08:22:59 EST |
| I-864 | 09-DEC-2020 08:22:59 EST |
| Birth Certificate | 09-DEC-2020 08:22:59 EST |

DOCUMENTARILY QUALIFIED

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers

Exhibit D

 Gmail

**Nelson Maniama <n\*\*\*\*\*\*\*\*\*\*\*\*\*@gmail.com>**

---

## Immigrant Visa Interview Appointment
7 messages

**National_Visa_Center@state.gov** <National_Visa_Center@state.gov>
To: N\*\*\*\*\*\*\*\*\*\*\*\*\*@gmail.com
        Wed, May 25, 2022 at 4:41 PM

MAY 25, 2022

Case Number: KIN2020543001

Invoice ID: IVSCA00001079209

ADIMOSI, JUDITH JORMENE :

The National Visa Center (NVC) completed its processing of your immigrant visa application and forwarded it to the U.S. Embassy/Consulate General, where an immigrant visa interview has been scheduled. Appointment information is located at the bottom of this email.

**Important Information:**
You submitted forms and supporting documents to the NVC in electronic form. You must present the original forms and documents for review by the consular officer during your interview.

Please promptly read and follow all Interview Preparation Instructions located on the Department of State's web site at: https://nvc.state.gov/prep.

Important information regarding the required medical appointment is also listed on this site. Failure to promptly follow all instructions provided on this site will result in your immigrant visa being refused at the initial interview.

You should present this letter upon arrival at the Embassy/Consulate General.

Only family members listed below in the "Additional Applicants" section who are intending to immigrate at this time must appear at the Embassy/Consulate General on the appointment date.

**What To Do if You Cannot Keep the Appointment:**
To determine the proper procedure for rescheduling your interview appointment, please go to the U.S. Embassy or Consulate interview preparation instructions, select your interview location from the list and follow your Embassy/Consulate General's instructions listed under "Contact Information" on the right.

**Reminders:**
- Read and follow all interview instructions located at https://nvc.state.gov/prep.
- Bring this letter to your medical examination because the panel physician may need to review it before performing the examination.
- If a sponsor filed an I-864 (Affidavit of Support) AND provided the NVC with proof of an IRS Federal Income Tax Extension in lieu of a Federal Income Tax Return, you must upload this to CEAC or bring the sponsor's most recent Federal Income Tax Return to the visa interview.
- Failure to present all necessary documents to the Consular Officer will result in your immigrant visa being refused at the initial interview.

**COVID-19 Vaccine Requirements:** Effective October 1, 2021, the Centers for Disease Control and Prevention (CDC) will require all immigrant visa applicants, all K fiancé(e) visa applicants, and nonimmigrant visa applicants who are referred to the panel physicians to receive a full COVID-19 vaccine series as part of their medical exam prior to being issued a visa. The CDC requires the COVID-19 vaccine to be approved through either the World Health Organization (WHO) or the U.S. Food and Drug Administration (FDA).

Blanket waivers for the COVID vaccination will be applied in countries where the vaccine is not routinely available or when the vaccine is not age appropriate. The Department of State encourages all immigrant visa applicants and others subject to a medical exam to get vaccinated against COVID-19 as soon as possible to not experience delays in their visa processing.

Please refer to the CDC's announcement for more information.

**Questions:**
The National Visa Center has completed its processing of this case and any further inquiries should be addressed to the U.S. Embassy, Consulate General, or Diplomatic Mission listed below. When communicating with the Embassy/Consulate General by e-mail, letter, or fax, always refer to your name and case number exactly as they appear.

**Immigrant Visa Interview Details:**

Interview Date/Time:  MARCH 31, 2022 at 09:30 AM

Interview Location:    KINSHASA, DEM REP OF THE CONGO

NVC Case Number:   KIN2020543001

Invoice ID:            IVSCA00001079209

Principal Applicant:   ADIMOSI, JUDITH JORMENE

                       11 LUSANGA

                       KINSHASA, NGABA

                       CONGO-KINSHASA

Preference Category: F21-Spouse of Alien Resident

A #:                   068010409

**Additional Applicants:**

| Name | A# | Appointment Date/Time |
|------|-----|----------------------|
| N, J | 068010410 | MARCH 31, 2022 at 09:30 AM |

# Exhibit E

3/20/23, 8:54 AM      Nguyen & Pham LLC Mail - Cause de rendez vous manqué de l'interview.

Case 1:23-mi-99999-UNA   Document 2355-2   Filed 07/17/23   Page 13 of 34

 **NGUYEN & PHAM, LLC**
ATTORNEYS AT LAW

**Brenda Naveja <brenda@npattorney.com>**

---

## Fwd: Cause de rendez vous manqué de l'interview.
1 message

**Nelson Maniama** <n\*\*\*\*\*\*\*\*\*\*\*\*\*@gmail.com>      Sat, Mar 18, 2023 at 8:55 AM
To: immigration@npattorney.com

---------- Forwarded message ---------
From: **Nelson Maniama** <n\*\*\*\*\*\*\*\*\*\*\*\*\*@gmail.com>
Date: Sat, Jun 11, 2022 at 5:24 PM
Subject: Fwd: Cause de rendez vous manqué de l'interview.
To: <kinshasaiv@state.gov>

---------- Forwarded message ---------
From: **Nelson Maniama** <n\*\*\*\*\*\*\*\*\*\*\*\*\*@gmail.com>
Date: Wed, Jun 1, 2022 at 1:40 PM
Subject: Cause de rendez vous manqué de l'interview.
To: <USEmbassykinshasa@state.gov>

Nelson Maniama

CLarkston Ga     USA

Bureau de l'ambassade des États Unis d'Amérique
À Kinshasa (République Démocratique du Congo)

        Bonjour le responsable du bureau de l'ambassade des USA à Kinshasa. j'ai l'honneur de
venir auprès de votre haute personnalité vous faire part de raison que ma famille a manqué le rendez-vous de l'interview à la date prévue:
Le 31/03/2022 à 9:30.
Raison:j'ai reçu l'e-mail du centre national de visas après la date prévue pour l'interview :
Le25/05/2022 à 16:00 heure locale .
Les concernés sont:
1)Application principal:
Adimosi Judith Jormene
11 Lusanga
Kinshasa Ngaba
Congo Kinshasa
Contact: 0820477527
2)applicant secondaire
N, J
Case number KIN 2020543001
Invoice ID:IVSA00001079209.
Je compte recevoir une suite favorable à ma requête.

Exhibit F



## NGUYEN & PHAM, LLC
### ATTORNEYS AT LAW

**5430 Jimmy Carter Blvd**
**Suite 202; 2nd Floor**
**Norcross, GA 30093**
**TEL:**         (770) 685-7561
**FAX:**         (770) 685-7564
**WEBSITE:**     www.NPATTORNEY.com
**EMAIL:**       immigration@NPATTORNEY.com

<u>Attorneys</u>
**JENNY NGUYEN**
**ETHAN PHAM**
**ANTONIO MOLINA**
**CHRISTINA GOLDSTEIN**
**AMY NGUYEN**
**JAKE NGUYEN**
**LYDIA JUNG**

March 21, 2023

**VIA EMAIL:** KinshasaIV@state.gov
U.S. Embassy in the Democratic Republic of the Congo
310, Avenue des Aviateurs
Kinshasa, Gombe

### <u>REQUEST TO RESCHEDULE IMMIGRANT VISA INTERVIEW</u><br><u>BASED ON APPROVED I-130 (MARRIAGE TO US CITIZEN)</u>

     **Re:**    **Immigrant Visa Interview (Case No. NVC: KIN2020543001)**
              **Petitioner: Nelson Nela Maniama**
              **Spouse: Judith Jormene Adimosi (Beneficiary/Applicant)**
              **Child: J. N.**              **(Derivative Beneficiary)**

Dear Sir or Madam:

     Our law firm represents the Petitioner, Mr. Nelson Nela Maniama, and Beneficiary, Judith Jormene Adimosi. Attached please find a copy of our Form G-28.

     The Petitioner filed Form I-130 on behalf of his spouse, Ms. Judith Jormene Adimosi, and their child, J.N.                 It was approved by USCIS in 2020 and sent to the NVC. The consular interview was scheduled for March 31, 2022 at 9:30AM at the U.S. Embassy in the Democratic Republic of the Congo. However, the interview notice was not sent by NVC until nearly **TWO MONTHS** later on May 25, 2022 (see attached email sent by NVC). Therefore, the beneficiary and derivative beneficiary did not attend the interview. The Petitioner has been requesting for the interview appointment to be rescheduled for almost **TEN MONTHS**. (see attached evidence).

     We kindly request the case to be immediately rescheduled for an interview. If the NVC and/or the Embassy does not act within 60 days of receipt of this letter, we plan to file a Writ of Mandamus with the District Court.

Thank you for your attention to this matter.

Sincerely,

Lydia Jung, Esq.

Exhibit G



**United States Department of State**
**Bureau of Consular Affairs**

# VISA BULLETIN

---

**Number 65 Volume X**                                      **Washington, D.C.**

<u>IMMIGRANT NUMBERS FOR MAY 2022</u>

A. <u>STATUTORY NUMBERS</u>

This bulletin summarizes the availability of immigrant numbers during <u>May</u> for: "Final Action Dates" and "Dates for Filing Applications," indicating when immigrant visa applicants should be notified to assemble and submit required documentation to the National Visa Center.

Unless otherwise indicated on the U.S. Citizenship and Immigration Services (USCIS) website at <u>www.uscis.gov/visabulletininfo</u>, individuals seeking to file applications for adjustment of status with USCIS in the Department of Homeland Security must use the "Final Action Dates" charts below for determining when they can file such applications. When USCIS determines that there are more immigrant visas available for the fiscal year than there are known applicants for such visas, USCIS will state on its website that applicants may instead use the "Dates for Filing Visa Applications" charts in this Bulletin.

1. Procedures for determining dates. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; USCIS reports applicants for adjustment of status. Allocations in the charts below were made, to the extent possible, in chronological order of reported priority dates, for demand received by April 7th. If all reported demand could not be satisfied, the category or foreign state in which demand was excessive was deemed oversubscribed. The final action date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. If it becomes necessary during the monthly allocation process to retrogress a final action date, supplemental requests for numbers will be honored only if the priority date falls within the new final action date announced in this bulletin. If at any time an annual limit were reached, it would be necessary to immediately make the preference category "unavailable", and no further requests for numbers would be honored.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000.  The worldwide level for annual employment-based preference immigrants is at least 140,000.  Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620.  The dependent area limit is set at 2%, or 7,320.

3.  INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition on behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas:  CHINA-mainland born, EL SALVADOR, GUATEMALA, HONDURAS, INDIA, MEXICO, and PHILIPPINES.

4.  Section 203(a) of the INA prescribes preference classes for allotment of Family-sponsored immigrant visas as follows:

**FAMILY-SPONSORED PREFERENCES**

**First**:  (**F1**) Unmarried Sons and Daughters of U.S. Citizens:  23,400 plus any numbers not required for fourth preference.

**Second**:  Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents:  114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, plus any unused first preference numbers:

A. (**F2A**) Spouses and Children of Permanent Residents:  77% of the overall second preference limitation, of which 75% are exempt from the per-country limit.

B. (**F2B**) Unmarried Sons and Daughters (21 years of age or older) of Permanent Residents:  23% of the overall second preference limitation.

**Third**:  (**F3**) Married Sons and Daughters of U.S. Citizens:  23,400, plus any numbers not required by first and second preferences.

**Fourth**:  (**F4**) Brothers and Sisters of Adult U.S. Citizens:  65,000, plus any numbers not required by first three preferences.

## A. FINAL ACTION DATES FOR FAMILY-SPONSORED PREFERENCE CASES

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are authorized for issuance to all qualified applicants; and "U" means unauthorized, i.e., numbers are not authorized for issuance. (NOTE: Numbers are authorized for issuance only for applicants whose priority date is **earlier** than the final action date listed below.)

| **Family-Sponsored** | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| F1 | 01DEC14 | 01DEC14 | 01DEC14 | 01JAN00 | 01MAR12 |
| F2A | C | C | C | C | C |
| F2B | 22SEP15 | 22SEP15 | 22SEP15 | 01JAN01 | 22OCT11 |
| F3 | 22NOV08 | 22NOV08 | 22NOV08 | 15SEP97 | 08JUN02 |
| F4 | 22MAR07 | 22MAR07 | 15SEP05 | 01JAN00 | 22AUG02 |

## B.   DATES FOR FILING FAMILY-SPONSORED VISA APPLICATIONS

The chart below reflects dates for filing visa applications within a timeframe justifying immediate action in the application process. Applicants for immigrant visas who have a priority date <u>earlier than</u> the application date in the chart below may assemble and submit required documents to the Department of State's National Visa Center, following receipt of notification from the National Visa Center containing detailed instructions. The application date for an oversubscribed category is the priority date of the first applicant who cannot submit documentation to the National Visa Center for an immigrant visa. If a category is designated "current," all applicants in the relevant category may file applications, regardless of priority date.

The "C" listing indicates that the category is current, and that applications may be filed regardless of the applicant's priority date. The listing of a date for any category indicates that only applicants with a priority date which is **earlier** than the listed date may file their application.

Visit <u>www.uscis.gov/visabulletininfo</u> for information on whether USCIS has determined that this chart can be used (in lieu of the chart in paragraph 4.A.) this month for filing applications for adjustment of status with USCIS.

| Family-Sponsored | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| F1 | 15MAY16 | 15MAY16 | 15MAY16 | 01MAY01 | 22APR15 |
| F2A | C | C | C | C | C |
| F2B | 22SEP16 | 22SEP16 | 22SEP16 | 01MAY01 | 01OCT13 |
| F3 | 22AUG09 | 22AUG09 | 22AUG09 | 01MAR01 | 08NOV03 |
| F4 | 01OCT07 | 01OCT07 | 22FEB06 | 01MAR01 | 22APR04 |

5. Section 203(b) of the INA prescribes preference classes for allotment of Employment-based immigrant visas as follows:

**EMPLOYMENT-BASED PREFERENCES**

**First**:  Priority Workers:  28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second**:  Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability:  28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third**:  Skilled Workers, Professionals, and Other Workers:  28.6% of the worldwide level, plus any numbers not required by first and second preferences, of which not more than 10,000 may be provided to "*Other Workers".

**Fourth**:  Certain Special Immigrants:  7.1% of the worldwide level.

**Fifth**:  Employment Creation:  7.1% of the worldwide level, of which 32% are reserved as follows: 20% reserved for qualified immigrants who invest in a rural area; 10% reserved for qualified immigrants who invest in a high unemployment area; and 2% reserved for qualified immigrants who invest in infrastructure projects. The remaining 68% are unreserved and are allotted for all other qualified immigrants.

-4-                                                                May 2022

## A. **FINAL ACTION DATES FOR EMPLOYMENT-BASED PREFERENCE CASES**

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are authorized for issuance to all qualified applicants; and "U" means unauthorized, i.e., numbers are not authorized for issuance. (NOTE: Numbers are authorized for issuance only for applicants whose priority date is **earlier** than the final action date listed below.)

| **Employment-Based** | All Charge-ability Areas Except Those Listed | CHINA-mainland born | EL SALVADOR GUATEMALA HONDURAS | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|---|
| 1st | C | C | C | C | C | C |
| 2nd | C | 01MAR19 | C | 01SEP13 | C | C |
| 3rd | C | 22MAR18 | C | 15JAN12 | C | C |
| Other Workers | C | 01JUN12 | C | 15JAN12 | C | C |
| 4th | C | C | 01MAY17 | C | 01APR20 | C |
| Certain Religious Workers | C | C | 01MAY17 | C | 01APR20 | C |
| 5th Unreserved (C5, T5, and all others) | C | C | C | C | C | C |
| 5th Unreserved (I5 and R5) | C | 22NOV15 | C | C | C | C |
| 5th Set Asides: | | | | | | |
| Rural (20%) | C | C | C | C | C | C |
| High Unemployment (10%) | C | C | C | C | C | C |
| Infra-structure (2%) | C | C | C | C | C | C |

*Employment Third Preference Other Workers Category: Section 203(e) of the Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997, as amended by Section 1(e) of Pub. L. 105−139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW final action date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002. For Fiscal Year 2022 this reduction will be limited to approximately 150.

### B.   DATES FOR FILING OF EMPLOYMENT-BASED VISA APPLICATIONS

The chart below reflects dates for filing visa applications within a timeframe justifying immediate action in the application process. Applicants for immigrant visas who have a priority date earlier than the application date in the chart may assemble and submit required documents to the Department of State's National Visa Center, following receipt of notification from the National Visa Center containing detailed instructions. The application date for an oversubscribed category is the priority date of the first applicant who cannot submit documentation to the National Visa Center for an immigrant visa. If a category is designated "current," all applicants in the relevant category may file, regardless of priority date.

The "C" listing indicates that the category is current, and that applications may be filed regardless of the applicant's priority date. The listing of a date for any category indicates that only applicants with a priority date which is **earlier** than the listed date may file their application.

Visit www.uscis.gov/visabulletininfo for information on whether USCIS has determined that this chart can be used (in lieu of the chart in paragraph 5.A.) this month for filing applications for adjustment of status with USCIS.

| Employment-Based | All Charge-ability Areas Except Those Listed | CHINA - mainland born | EL SALVADOR GUATEMALA HONDURAS | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|---|
| 1st | C | C | C | C | C | C |
| 2nd | C | 01APR19 | C | 01DEC14 | C | C |
| 3rd | C | 01APR18 | C | 22JAN12 | C | C |
| Other Workers | C | 01AUG15 | C | 22JAN12 | C | C |
| 4th | C | C | 15JUN17 | C | C | C |
| Certain Religious Workers | C | C | 15JUN17 | C | C | C |
| 5th Unreserved (C5, T5, and all others) | C | C | C | C | C | C |
| 5th Unreserved (I5 and R5) | C | 15DEC15 | C | C | C | C |

(Chart B. DATES FOR FILING OF EMPLOYMENT-BASED VISA APPLICATIONS continued from previous page)

| Employment-Based | All Charge-ability Areas Except Those Listed | CHINA - mainland born | EL SALVADOR GUATEMALA HONDURAS | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|---|
| 5th Set Aside: (Rural – 20%) | C | C | C | C | C | C |
| 5th Set Aside: (High Unemployment – 10%) | C | C | C | C | C | C |
| 5th Set Aside: (Infrastructure – 2%) | C | C | C | C | C | C |

B.  <u>DIVERSITY IMMIGRANT (DV) CATEGORY FOR THE MONTH OF MAY</u>

Section 203(c) of the INA provides up to 55,000 immigrant visas each fiscal year to permit additional immigration opportunities for persons from countries with low admissions during the previous five years. The NACARA stipulates that beginning with DV-99, and for as long as necessary, up to 5,000 of the 55,000 annually allocated diversity visas will be made available for use under the NACARA program.  This will result in reduction of the DV-2022 annual limit to approximately 54,850. DV visas are divided among six geographic regions. No one country can receive more than seven percent of the available diversity visas in any one year.

For <u>May</u>, immigrant numbers in the DV category are available to qualified DV-2022 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers <u>BELOW</u> the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | | |
|---|---|---|---|
| AFRICA | 63,800 | Except:  Egypt | 13,000 |
| ASIA | 30,000 | Except:  Iran | 8,500 |
|  |  | Nepal | 4,800 |
| EUROPE | 27,000 |  |  |
| NORTH AMERICA (BAHAMAS) | 10 |  |  |
| OCEANIA | 1,200 |  |  |
| SOUTH AMERICA, and the CARIBBEAN | 1,300 |  |  |

-7-                                                  May 2022

Entitlement to immigrant status in the DV category lasts only through the end
of the fiscal (visa) year for which the applicant is selected in the lottery. The
year of entitlement for all applicants registered for the DV-2022 program ends as
of September 30, 2022. DV visas may not be issued to DV-2022 applicants after that
date. Similarly, spouses and children accompanying or following to join DV-2022
principals are only entitled to derivative DV status until September 30, 2022.
DV visa availability through the very end of FY-2022 cannot be taken for granted.
Numbers could be exhausted prior to September 30.


C.  THE DIVERSITY (DV) IMMIGRANT CATEGORY RANK CUT-OFFS WHICH WILL APPLY
    IN JUNE

For June, immigrant numbers in the DV category are available to qualified
DV-2022 applicants chargeable to all regions/eligible countries as follows. When an
allocation cut-off number is shown, visas are available only for applicants with DV
regional lottery rank numbers BELOW the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | | |
|---|---|---|---|
| AFRICA | Current | Except: Egypt | 13,000 |
| ASIA | Current | Except: Nepal | 5,700 |
| EUROPE | Current | | |
| NORTH AMERICA (BAHAMAS) | 10 | | |
| OCEANIA | Current | | |
| SOUTH AMERICA, and the CARIBBEAN | Current | | |

D.   <u>REAUTHORIZATION OF THE EMPLOYMENT-BASED FIFTH PREFERENCE I5 AND R5 REGIONAL CENTER VISA CATEGORIES</u>

The Consolidated Appropriations Act, 2022, which reauthorizes and reforms the EB-5 Immigrant Investor Regional Center Program, was enacted on March 15, 2022. The Department of State has resumed processing visa applications based on approved Employment-Based Fifth Preference Regional Center petitions that were filed with USCIS on or before June 30, 2021.

Chart A for Final Action Dates for Employment-Based Preference Categories and Chart B Dates for Filing of Employment-Based Visa Applications were revised to reflect some of the new provisions outlined in the EB-5 Reform and Integrity Act of 2022, mainly the creation of two pools of visa numbers within the EB-5 category. One pool of numbers is 'reserved' for certain set-aside categories while the remaining available numbers remain 'unreserved'.

Chart A for Final Action Dates for Employment-Based Preference Categories reflect final action dates for May that are effective immediately for the month of April. The Employment-Based Fifth Preference Unreserved (C5, T5, and all others) is Current for all countries; the Employment-Based Fifth Preference Unreserved (I5 and R5) categories are Current for all countries except China-mainland born, which is subject to a 22NOV15 final action date; and all set-aside categories are Current for all countries. It may become necessary to establish a China-mainland born final action date and application filing date for the C5 and T5 categories as early as June to keep number use within the maximum allowed under the FY-2022 annual limits if sufficient demand materializes.

E.   <u>EXTENSION OF EMPLOYMENT FOURTH CERTAIN RELIGIOUS WORKERS (SR) CATEGORY</u>

The Consolidated Appropriations Act, 2022, enacted on March 15, 2022, also extended the Employment Fourth Preference Certain Religious Workers (SR) category until September 30, 2022. As indicated in item F of the Visa Bulletin which announced the March final action dates, the extension has resulted in the immediate application of the following final action dates for the month of April:

SR: "Current" effective immediately for all countries except El Salvador, Guatemala, and Honduras, which are subject to a May 1, 2017 final action date, and Mexico, which is subject to an April 1, 2020 final action date.

F.   <u>AVAILABILITY OF EMPLOYMENT THIRD PREFERENCE "OTHER WORKERS" (EW) NUMBERS</u>

High number use in the Employment Third Preference "Other Workers" (EW) category may necessitate the establishment of a worldwide final action date as early as June to hold number use within the maximum allowed under the Fiscal Year 2022 annual limit. This situation will be continually monitored, and any necessary adjustments will be made accordingly.

G.   <u>FOR THE LATEST INFORMATION ON VISA PROCESSING AT U.S. EMBASSIES AND CONSULATES DURING THE COVID-19 PANDEMIC, PLEASE VISIT THE BUREAU OF CONSULAR AFFAIRS WEBSITE AT TRAVEL.STATE.GOV</u>

Department of State Publication 9514
CA/VO: April 7, 2022

Exhibit H



**United States Department of State**
**Bureau of Consular Affairs**

# VISA BULLETIN

---
**Number 79 Volume X**                                    **Washington, D.C.**

<u>IMMIGRANT NUMBERS FOR JULY 2023</u>

A.  <u>STATUTORY NUMBERS FOR PREFERENCE IMMIGRANT VISAS</u>

This bulletin summarizes the availability of immigrant numbers during <u>July</u> for "Final Action Dates" and "Dates for Filing Applications," indicating when immigrant visa applicants should be notified to assemble and submit required documentation to the National Visa Center.

Unless otherwise indicated on the U.S. Citizenship and Immigration Services (USCIS) website at <u>www.uscis.gov/visabulletininfo</u>, individuals seeking to file applications for adjustment of status with USCIS must use the "Final Action Dates" charts below for determining when they can file such applications. When USCIS determines that there are more immigrant visas available for the fiscal year than there are known applicants for such visas, USCIS will state on its website that applicants may instead use the "Dates for Filing Visa Applications" charts in this Bulletin.

1. Procedures for determining dates. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; USCIS reports applicants for adjustment of status. Allocations in the charts below were made, to the extent possible, in chronological order of reported priority dates, for demand received by June 2nd. If all reported demand could not be satisfied, the category or foreign state in which demand was excessive was deemed oversubscribed. The final action date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. If it becomes necessary during the monthly allocation process to retrogress a final action date, supplemental requests for numbers will be honored only if the priority date falls within the new final action date announced in this bulletin. If at any time an annual limit were reached, it would be necessary to immediately make the preference category "unavailable", and no further requests for numbers would be honored.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000.  The worldwide level for annual employment-based preference immigrants is at least 140,000.  Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620.  The dependent area limit is set at 2%, or 7,320.

3.  INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition on behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas:  CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

4.  Section 203(a) of the INA prescribes preference classes for allotment of Family-sponsored immigrant visas as follows:

## FAMILY-SPONSORED PREFERENCES

**First**:  (**F1**) Unmarried Sons and Daughters of U.S. Citizens:  23,400 plus any numbers not required for fourth preference.

**Second**:  Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents:  114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, plus any unused first preference numbers:

A. (**F2A**) Spouses and Children of Permanent Residents:  77% of the overall second preference limitation, of which 75% are exempt from the per-country limit.

B. (**F2B**) Unmarried Sons and Daughters (21 years of age or older) of Permanent Residents:  23% of the overall second preference limitation.

**Third**:  (**F3**) Married Sons and Daughters of U.S. Citizens:  23,400, plus any numbers not required by first and second preferences.

**Fourth**:  (**F4**) Brothers and Sisters of Adult U.S. Citizens:  65,000, plus any numbers not required by first three preferences.

### A.  FINAL ACTION DATES FOR FAMILY-SPONSORED PREFERENCE CASES

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are authorized for issuance to all qualified applicants; and "U" means unauthorized, i.e., numbers are not authorized for issuance. (NOTE: Numbers are authorized for issuance only for applicants whose priority date is **earlier** than the final action date listed below.)

| Family-Sponsored | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| F1 | 15DEC14 | 15DEC14 | 15DEC14 | 22APR01 | 01MAR12 |
| F2A | 08SEP20 | 08SEP20 | 08SEP20 | 01NOV18 | 08SEP20 |
| F2B | 22SEP15 | 22SEP15 | 22SEP15 | 01AUG01 | 22OCT11 |
| F3 | 22DEC08 | 22DEC08 | 22DEC08 | 15JAN98 | 08JUN02 |
| F4 | 22APR07 | 22APR07 | 15SEP05 | 01AUG00 | 22AUG02 |

For July, F2A numbers EXEMPT from per-country limit are authorized for issuance to applicants from all countries with priority dates earlier than 01NOV18. F2A numbers SUBJECT to per-country limit are authorized for issuance to applicants chargeable to all countries EXCEPT MEXICO, with priority dates beginning 01NOV18 and earlier than 08SEP20. All F2A numbers provided for MEXICO are exempt from the per-country limit.

-3-                                    July 2023

**B.   DATES FOR FILING FAMILY-SPONSORED VISA APPLICATIONS**

The chart below reflects dates for filing visa applications within a timeframe justifying immediate action in the application process. Applicants for immigrant visas who have a priority date <u>earlier than</u> the application date in the chart below may assemble and submit required documents to the Department of State's National Visa Center, following receipt of notification from the National Visa Center containing detailed instructions. The application date for an oversubscribed category is the priority date of the first applicant who cannot submit documentation to the National Visa Center for an immigrant visa. If a category is designated "current," all applicants in the relevant category may file applications, regardless of priority date.

The "C" listing indicates that the category is current, and that applications may be filed regardless of the applicant's priority date. The listing of a date for any category indicates that only applicants with a priority date which is **earlier** than the listed date may file their application.

Visit <u>www.uscis.gov/visabulletininfo</u> for information on whether USCIS has determined that this chart can be used (in lieu of the chart in paragraph 4.A.) this month for filing applications for adjustment of status with USCIS.

| Family-Sponsored | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| F1 | 01SEP17 | 01SEP17 | 01SEP17 | 01JAN03 | 22APR15 |
| F2A | C | C | C | C | C |
| F2B | 01JAN17 | 01JAN17 | 01JAN17 | 01APR02 | 01OCT13 |
| F3 | 01MAR10 | 01MAR10 | 01MAR10 | 15JUN01 | 08NOV03 |
| F4 | 01MAR08 | 01MAR08 | 22FEB06 | 15APR01 | 22APR04 |

5.  Section 203(b) of the INA prescribes preference classes for allotment of Employment-based immigrant visas as follows:

**EMPLOYMENT-BASED PREFERENCES**

**First**:  Priority Workers:  28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second**:  Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability:  28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third**:  Skilled Workers, Professionals, and Other Workers:  28.6% of the worldwide level, plus any numbers not required by first and second preferences, of which not more than 10,000 may be provided to "*Other Workers".

**Fourth**:  Certain Special Immigrants:  7.1% of the worldwide level.

**Fifth**:  Employment Creation:  7.1% of the worldwide level, of which 32% are reserved as follows: 20% reserved for qualified immigrants who invest in a rural area; 10% reserved for qualified immigrants who invest in a high unemployment area; and 2% reserved for qualified immigrants who invest in infrastructure projects. The remaining 68% are unreserved and are allotted for all other qualified immigrants.

-4-                                              July 2023

**A. FINAL ACTION DATES FOR EMPLOYMENT-BASED PREFERENCE CASES**

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are authorized for issuance to all qualified applicants; and "U" means unauthorized, i.e., numbers are not authorized for issuance. (NOTE: Numbers are authorized for issuance only for applicants whose priority date is **earlier** than the final action date listed below.)

| | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| **Employment-Based** | | | | | |
| 1st | C | 01FEB22 | 01FEB22 | C | C |
| 2nd | 15FEB22 | 08JUN19 | 01JAN11 | 15FEB22 | 15FEB22 |
| 3rd | 01FEB22 | 01APR19 | 01JAN09 | 01FEB22 | 01FEB22 |
| Other Workers | 01JAN20 | 01SEP15 | 01JAN09 | 01JAN20 | 01JAN20 |
| 4th | 01SEP18 | 01SEP18 | 01SEP18 | 01SEP18 | 01SEP18 |
| Certain Religious Workers | 01SEP18 | 01SEP18 | 01SEP18 | 01SEP18 | 01SEP18 |
| 5th Unreserved (including C5, T5, I5, R5) | C | 08SEP15 | 01APR17 | C | C |
| 5th Set Asides: | | | | | |
| Rural (20%) | C | C | C | C | C |
| High Unemployment (10%) | C | C | C | C | C |
| Infra-structure (2%) | C | C | C | C | C |

-5-                          July 2023

*Employment Third Preference Other Workers Category: Section 203(e) of the Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997, as amended by Section 1(e) of Pub. L. 105−139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW final action date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002. For Fiscal Year 2023 this reduction will be limited to approximately 150.


#### B.  <u>DATES FOR FILING OF EMPLOYMENT-BASED VISA APPLICATIONS</u>

The chart below reflects dates for filing visa applications within a timeframe justifying immediate action in the application process. Applicants for immigrant visas who have a priority date <u>earlier than</u> the application date in the chart may assemble and submit required documents to the Department of State's National Visa Center, following receipt of notification from the National Visa Center containing detailed instructions. The application date for an oversubscribed category is the priority date of the first applicant who cannot submit documentation to the National Visa Center for an immigrant visa. If a category is designated "current," all applicants in the relevant category may file, regardless of priority date.

The "C" listing indicates that the category is current, and that applications may be filed regardless of the applicant's priority date. The listing of a date for any category indicates that only applicants with a priority date which is **earlier** than the listed date may file their application.

Visit www.uscis.gov/visabulletininfo for information on whether USCIS has determined that this chart can be used (in lieu of the chart in paragraph 5.A.) this month for filing applications for adjustment of status with USCIS.

| Employment- Based | All Charge-ability Areas Except Those Listed | CHINA - mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 1st | C | 01JUN22 | 01JUN22 | C | C |
| 2nd | 01DEC22 | 08JUL19 | 01MAY12 | 01DEC22 | 01DEC22 |
| 3rd | 01MAY23 | 01JUN19 | 01AUG12 | 01MAY23 | 01MAY23 |
| Other Workers | 01FEB20 | 01JAN16 | 01AUG12 | 01FEB20 | 01FEB20 |
| 4th | 01OCT18 | 01OCT18 | 01OCT18 | 01OCT18 | 01OCT18 |
| Certain Religious Workers | 01OCT18 | 01OCT18 | 01OCT18 | 01OCT18 | 01OCT18 |
| 5th Unreserved (including C5, T5, I5, and R5) | C | 01JAN16 | 08DEC19 | C | C |

-6-                              July 2023

(Chart B. DATES FOR FILING OF EMPLOYMENT-BASED VISA APPLICATIONS continued from previous page)

| Employment- Based | All Chargeability Areas Except Those Listed | CHINA - mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 5th Set Aside: (Rural – 20%) | C | C | C | C | C |
| 5th Set Aside: (High Unemployment – 10%) | C | C | C | C | C |
| 5th Set Aside: (Infrastructure – 2%) | C | C | C | C | C |

B.   <u>DIVERSITY IMMIGRANT (DV) CATEGORY FOR THE MONTH OF JULY</u>

Section 203(c) of the INA provides up to 55,000 immigrant visas each fiscal year to permit additional immigration opportunities for persons from countries with low admissions during the previous five years. The NACARA stipulates that beginning with DV-99, and for as long as necessary, up to 5,000 of the 55,000 annually allocated diversity visas will be made available for use under the NACARA program.  This will result in reduction of the DV-2023 annual limit to approximately 54,850. DV visas are divided among six geographic regions. No one country can receive more than seven percent of the available diversity visas in any one year.

For <u>July</u>, immigrant numbers in the DV category are available to qualified DV-2023 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers <u>BELOW</u> the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | | |
|---|---|---|---|
| AFRICA | 63,500 | Except: Algeria | 40,000 |
| | | Egypt | 43,200 |
| | | Morocco | 63,000 |
| ASIA | 21,000 | Except: Iran | 12,500 |
| | | Nepal | 19,400 |
| EUROPE | 32,000 | Except: Russia | 32,000 |
| | | Uzbekistan | 15,000 |
| NORTH AMERICA (BAHAMAS) | Current | | |
| OCEANIA | 1,650 | | |
| SOUTH AMERICA, and the CARIBBEAN | 2,900 | | |

-7-                              July 2023

Entitlement to immigrant status in the DV category lasts only through the end of the fiscal (visa) year for which the applicant is selected in the lottery. The year of entitlement for all applicants registered for the DV-2023 program ends as of September 30, 2023. DV visas may not be issued to DV-2023 applicants after that date. Similarly, spouses and children accompanying or following to join DV-2023 principals are only entitled to derivative DV status until September 30, 2023. DV visa availability through the very end of FY-2023 cannot be taken for granted. Numbers could be exhausted prior to September 30.

C.  DIVERSITY (DV) IMMIGRANT CATEGORY RANK CUT-OFFS WHICH WILL APPLY
    IN AUGUST

For August, immigrant numbers in the DV category are available to qualified DV-2023 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers BELOW the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | | |
|---|---|---|---|
| AFRICA | 63,500 | Except: Algeria | 45,000 |
| | | Egypt | 43,200 |
| | | Morocco | 63,400 |
| ASIA | 21,000 | Except: Iran | 14,000 |
| | | Nepal | 20,500 |
| EUROPE | 32,000 | Except: Russia | 32,000 |
| | | Uzbekistan | 15,000 |
| NORTH AMERICA (BAHAMAS) | Current | | |
| OCEANIA | 1,650 | | |
| SOUTH AMERICA, and the CARIBBEAN | 2,900 | | |

D.  <u>FAMILY-SPONSORED SECOND PREFERENCE AVAILABILITY</u>

In the April 2023 *Visa Bulletin*, it was necessary to establish a final action date in the F2A category.  Number use has remained steady, and there is a strong likelihood that it will be necessary to retrogress the final action date next month to keep number use within the FY-2023 annual limit.

Additionally, number use in the F2B category has been steady throughout the fiscal year, and it may become necessary to retrogress the final action dates for Rest of World countries, India, and China in the coming months to keep number use within the FY-2023 annual limit.  These situations will be continually monitored, and any necessary adjustments will be made accordingly.

E.  <u>RETROGRESSION IN THE EMPLOYMENT-BASED THIRD PREFERENCE (EB-3) FOR REST OF WORLD COUNTRIES, MEXICO, AND PHILIPPINES</u>

In the May 2023 *Visa Bulletin*, the EB-3 final action dates for Rest of World, Mexico, and the Philippines were established to keep number use within the FY 2023 annual limit.  This was in part due to higher than expected demand from applicants with priority dates earlier than the established final action dates.  The Department and USCIS continue to see increased demand from these applicants, necessitating retrogression.  As a result, the Rest of World, Mexico, and Philippines EB-3 final action dates have retrogressed to 01FEB22. This situation will be continually monitored, and any necessary adjustments will be made accordingly.

F.  <u>RETROGRESSION IN THE EMPLOYMENT-BASED THIRD PREFERENCE (EB-3) FOR INDIA</u>

As readers were informed was possible in Item E of the June 2023 *Visa Bulletin*, it has become necessary to retrogress the EB-3 final action date for India effective in July. India's EB-3 number use has been consistently robust throughout the fiscal year, and it is estimated that applicants chargeable to India will use all EB-3 numbers made available to them during this fiscal year, taking into account INA 202(a)(5) and INA 202(e), by the end of June. Thus, applicants from India are subject to a final action date of 01JAN09. This situation will be continually monitored, and any necessary adjustments will be made accordingly.

G.  <u>FOR THE LATEST INFORMATION ON VISA PROCESSING AT U.S. EMBASSIES AND CONSULATES, PLEASE VISIT THE BUREAU OF CONSULAR AFFAIRS WEBSITE AT TRAVEL.STATE.GOV</u>

Department of State Publication 9514
CA/VO: June 2, 2023