AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| NELSON MANIAMA and JUDITH JORMENE ADIMOSI, on behalf of themselves and as next friends for J.N., a minor, *Plaintiff(s)* v. ANTONY BLINKEN, US Secretary of State, et al. *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Antony Blinken
> c/o Executive Office
> Office of the Legal Advisor Department of State
> 600 19th Street, NW
> Ste 5600
> Washington, DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> JENNY NGUYEN, CHRISTINA GOLDSTEIN
> NGUYEN & PHAM, LLC
> 5430 JIMMY CARTER BLVD, STE 202
> NORCROSS, GA 30093
> TEL: 770-685-7561
> EMAIL: IMMIGRATION@NPATTORNEY.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*