AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| NELSON MANIAMA and JUDITH JORMENE ADIMOSI, on behalf of themselves and as next friends for J.N., a minor, <br><br> *Plaintiff(s)* <br><br> v. <br><br> ANTONY BLINKEN, US Secretary of State et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Alejandro Mayorkas
c/o Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JENNY NGUYEN, CHRISTINA GOLDSTEIN
NGUYEN & PHAM, LLC
5430 JIMMY CARTER BLVD, STE 202
NORCROSS, GA 30093
TEL: 770-685-7561
EMAIL: IMMIGRATION@NPATTORNEY.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*