AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| NELSON MANIAMA and JUDITH JORMENE ADIMOSI, on behalf of the mselves and as next friends for J.N., a minor, <br><br> *Plaintiff(s)* <br> v. <br> ANTONY BLINKEN, US Secretary of State, et al. <br><br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Stephanie Porter
    c/o Executive Office
    Office of the Legal Advisor Department of State
    600 19th Street, NW
    Ste 5.600
    Washington, DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    JENNY NGUYEN, CHRISTINA GOLDSTEIN
    NGUYEN & PHAM, LLC
    5430 JIMMY CARTER BLVD, STE 202
    NORCROSS, GA 30093
    TEL: 770-685-7561
    EMAIL: IMMIGRATION@NPATTORNEY.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                                             *Signature of Clerk or Deputy Clerk*